# EXHIBIT M

Case 2:09-md-02047-EEF-MBN   Document 20675-8   Filed 02/21/17   Page 2 of 7

Second Edition

# Estimating Building Costs




for the Residential & Light Commercial Construction

Wayne J. DelPico

RSMeans

# 28 | Conceptual Estimating

Thus far, the discussion of estimating practice has been limited to one type of estimating, the unit price method. As mentioned earlier, the unit price estimate is the takeoff or quantification of the plans in incremental parts. It is a dissection of the project into each component almost to the individual nut and bolt. This is the method most often used in the development of competitive bids. The unit price method of estimating requires a comprehensive set of plans and specifications that provides details on every aspect of the project.

It should come as no surprise that comprehensive bid documents are not always available. In fact, they are *rarely* the norm. It is not uncommon to receive a set of plans that is incomplete and without specifications, yet the estimator is asked to prepare a price.

Many architects and engineers are required to work within a budget for construction, so in order to keep a design on target for cost, interim estimates are prepared as a way to gauge the direction of the design. This process avoids putting the project out to bid when documents are complete, only to have the bids come in substantially higher than available funding.

Other reasons for early estimates with incomplete documents might include the development of preliminary budgets to start the financing process or to determine if, based on the cost of the project, it makes financial sense to go through with it. There are many reasons to account for this kind of estimate.

The preparation of estimates with incomplete or missing drawings and specifications is called *conceptual estimating*. This chapter explores some of the more common conceptual estimating methodologies used today.

## CONCEPTUAL ESTIMATING

Conceptual estimating is the realm of the experienced estimator. It is not a guess at cost. It should be a logical, defendable calculation. It requires that the estimator fill in the blanks created by the missing plans, details,

and specifications. He or she must understand and apply a mix of industry standards, building codes, experience, and owner's requirements to arrive at an anticipated approximate cost of construction for the project. It may also include some assumptions about the project, including escalation costs. The estimator and/or owner and design team sets parameters as a basis for pricing, which explains why conceptual estimating is sometimes referred to as *parametric estimating*.

It should be noted that conceptual estimates are not intended to be firm prices but preliminary pricing at various stages of design development. That having been said, it is all too common for an eager contractor to sign a fixed price contract based on incomplete documents. This is manageable if the contractor has some flexibility in pricing as the design matures. In fact, this is frequently done using a Guaranteed Maximum Price (GMP) or a Design-Build delivery method. It is also common under the often misused fast-track methodology, whereby the building design is being completed even though construction has commenced.

In addition to experience, the estimator is also required to have a fully developed database of historical costs or access to detailed published construction costs. While accurate assumptions and pricing are important, there is less reliance on contemporaneous costs such as subcontractor proposals.

This discussion considers three types of conceptual estimating methods, their use, their limitations, and the level of accuracy that can be anticipated. Each can provide significant value to the estimating process when prepared and used appropriately. These three methods are:

- Order-of-Magnitude Estimate
- Square-Foot Estimate
- Assembly or Systems Estimate

## Order-of-Magnitude Estimate

The order-of-magnitude estimate, sometimes called a Rough Order of Magnitude (ROM) is the 10,000-foot view or big picture. It frequently relies on parameters that are not typical construction parameters. For example, the ROM for a dormitory may be expressed in dollars per bed, or the cost of an apartment building would be reported in dollars per apartment.

ROMs are planning tools that rely heavily on historical or published cost data. They rarely have any bid documents at all. They are used as a basis in early decision making. The estimator may have little more to go on than criteria provided by the developer or investor. The developer might make the following request of the estimator:

*What would it cost to build a 200-bed nursing care facility?*

In response, the estimator would prepare a list of questions to help define or qualify the facility. He or she might ask the following:

- Location: urban or suburban
- Class of construction: wood frame, steel, brick and glass, etc.
- Labor rates: union or open-shop labor
- Quality: luxury, average, or economy finishes
- Amenities: pharmacy, nursing stations, public dining room, etc.
- Beds per room

With some basic questions answered, the estimator would use historical cost data for completed projects of a similar nature to generate the cost of this project. In the absence of historical cost experience, the estimator would rely on published cost models such as those provided by the RSMeans Company of Norwell, Massachusetts.

Total time invested in the estimate may be no more than an hour or two. The level of accuracy would be based on the data used, but an accuracy of ±25% is the average range.

## Square-Foot Estimate

Another method of conceptual estimating uses the gross square foot (SF) area of the structure as the reporting parameter. This is likewise meant as a planning tool. Square-foot estimates also rely heavily on historical costs from projects of a similar nature, type, and size. They are based on the premise that all building types can be distilled to a cost per SF of gross floor space. This is an especially useful tool for budget planning and decision making.

Consider a home builder who builds several models with a range of amenities. One particular model—let's call it the "Early American"—is a two-story colonial with 4 bedrooms, 2½ baths, a 2-car garage, and a full basement, and its size will be in the range from 2,000 SF to 2,250 SF (exclusive of the garage and basement). The base model includes regular appliances, plastic laminate countertops, white bathroom fixtures, and forced warm air heating. The luxury model includes designer appliances, ceramic tile, choice of color for the bath fixtures, and forced hot water heating. Over a very successful previous year, our builder has been able to accurately track the cost of each Early American home built with the amenities selected for each one. Using the data derived from these costs of previous Early American models, our builder is able to establish with precision accuracy a range of costs that can be reported as a cost per SF.

Our builder can, with reasonable confidence, translate the square foot area and specific amenity requests of a potential client into a range of cost based on the cost per SF obtained from previous builds. For example:

*If costs for the Early American models ranged from $122.00/SF to $130.00/SF, then a 2,100-SF model would cost from $256,200 to $273,000.*

If the potential clients were satisfied with this range, the builder could proceed to the next step of developing a more definitive estimate. If they were not satisfied, a minimum of time in estimating the cost was invested.

This method can be used for numerous types of structures. Again, in the absence of historical data, the builder would rely on published cost data such as *Square Foot Cost Data* published annually by the RSMeans Company. Accuracy is again dependent on the quality and detail of the historical or published cost data, but generally the accuracy is limited to ±20%.

## Assemblies or Systems Estimate

A more detailed type of conceptual estimate is called the *assemblies* or *systems* estimate. In the assemblies methodology, individual systems or groups of tasks assembled together are estimated as a single unit. This methodology can be used at almost any level of design development. It requires that there be decisions made on major systems and building components, even though they may be subject to change as the design develops. It allows the estimator the maximum amount of flexibility for making changes to systems without an entire revision of the estimate.

In contrast to the CSI MasterFormat that is employed as the organizational structure for unit price estimating, the Assemblies estimate uses its own formatting, called *Uniformat II*. Uniformat II organizes the project into major groups. Each group and the systems it includes are outlined as follows:

- **A—Substructure:** Includes the work of the foundation: slab, basement or stem walls, footings, grade beams, piles, caissons, excavation, backfill, and compaction for the foundation systems.
- **B—Shell:** Includes the exterior envelope and closure of the structure, including exterior walls, openings, roof systems, structural steel or wood frame, and floor systems.
- **C—Interior Construction:** Includes partitions, ceilings, doors, finishes, and interior systems.
- **D—Systems:** Subdivided into groups of interior building systems such as:
  - **Fire Suppression:** Includes fire suppression systems throughout the building.
  - **Conveying:** Includes elevators, escalators, material moving systems, and dumbwaiters.
  - **Plumbing:** Includes plumbing fixtures and trims, piping; hot and cold water, waste and vent, and plumbing appliances such as hot water heaters
  - **HVAC:** Includes heating, ventilation, and air-conditioning systems and their subsystems such as controls.
  - **Electrical:** Includes power and lighting distribution and panels, fire detection systems, communications, and data wiring.

- **E—Equipment and Furnishings:** Includes security, mercantile, ecclesiastical, theater, library, medical, food service, darkroom, and athletic equipment, as well as window treatments.
- **F—Special Construction:** Includes special systems of buildings such as special-purpose rooms, radiation protection, liquid and gas storage, and ice rinks.
- **G—Sitework:** Includes rigid and flexible pavements, landscape, utilities, grading and drainage, and miscellaneous site items.

Assemblies estimating uses a combination of industry standards and parameters to establish the value of a building system. Consider the following example:

*We are preparing an assemblies estimate for the HVAC on a two-story office building of 20,000 SF. Based on the occupancy and industry standards for the area in which the office is being constructed, we determine that 1 ton of cooling will handle 300 SF of floor space. If we use the total floor area of 20,000 SF and divide it by 300 SF per ton, we arrive at 66.66, rounded off to 67, tons of cooling required. Our historical cost data reveals that for projects of a similar size and type, HVAC cooling cost $3,500 including RTUs, ductwork, insulation, piping, etc. If those costs were extended for this project:*

$$67 \text{ tons} \times \$3,500 \text{ per ton} = \$234,500$$

Assemblies estimating saves time while still providing a reasonable degree of accuracy: ±15%.

Another example is to develop an assembly cost for a partition type. Instead of estimating each task separately, the assembly would create one price per linear foot (LF), or SF, for the metal stud framing, gypsum wallboard, tape and finish of both sides, and the insulation within the partition.

Assemblies estimating has a numerous uses in virtually every disvision of CSI MasterFormat.

## CONCLUSION

In summary, conceptual estimating is a very important part of the estimator's profession, although it requires experience as a unit price estimator to be able to develop the conceptual estimate. The three different methodologies allow different levels of accuracy and detail with varying degrees of estimating time invested. All three are meant to be used as planning tools and not as competitive bid tools.