UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION L  JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has received Defendant's Motion for Plan to Satisfy Translation Order, R. Doc. 20643, and the Plaintiff Steering Committee's Motion to Compel Complete Responses to Supplemental Discovery, R. Doc. 20661. The Court finds it appropriate to hear oral argument on these motions. Therefore,

**IT IS ORDERED** that the Court will hear oral argument on the Motions following the Monthly Status Conference on April 6, 2017 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon.

New Orleans, Louisiana, this 21st day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

1