UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ..................................................... : | | WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

# ORDER

The Court has received Plaintiffs Braxton and Kerrie Collins, and Jason and Cassie Herrington's Motions to Sever and Remand, R. Docs. 20639, 20640, as well as their Motions requesting a hearing date on these matters. R. Docs. 20648, 20649. The Court finds it appropriate to hear oral argument on these motions. Therefore,

**IT IS ORDERED** that Plaintiffs Motions requesting a hearing date, R. Docs. 20648, 20649, are **GRANTED**. The Court will hear oral argument on the Motions to Sever and Remand, R. Docs. 20639, 20640, following the Monthly Status Conference on April 6, 2017 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon.

**IT IS FURTHER ORDERED** that Plaintiff's Motions requesting a status conference, R. Docs. 20629, 20630, are **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 21st day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

1