UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>***Germano v. Taishan Gypsum, 09-cv-6687***<br>***Gross v. Knauf Gips KG, 09-cv-6690***<br>***Wiltz v. BNBM, 10-cv-361***<br>***Amorin v. Taishan Gypsum, 11-cv-1672***<br>***Amorin v. Taishan Gypsum, 11-cv-1395***<br>***Amorin v. Taishan Gypsum, 11-cv-1673*** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DECERTIFY CLASS WITH EXCESS PAGES**

NOW INTO COURT, through undersigned counsel, come Defendants China National Building Materials Company Limited, CNBMIT Co. Ltd., CNBM USA Corp., and United Suntech Craft, Inc. (collectively, the "CNBM Entities"), who respectfully request that this Court grant leave to file a reply brief in support of motion to decertify the class pursuant to Rule 23(c)(1)(C) in excess of the page limitation set forth by Local Rule 7.7. In support of this Motion, the CNBM Entities represent:

1. On July 23, 2014, Plaintiffs filed a motion to certify a class in excess of the page limitations set out in Local Rule 7.7.

2. Since that time, numerous events have transpired that bear upon the Court's certification determination, including class damages briefing as well as a class damages hearing, withdrawals by certain plaintiffs, expert substitutions, and interim orders.

3. Accordingly, on January 3, 2017, the CNBM Entities filed a motion to decertify.

4. On February 13, 2017, Plaintiffs filed an over-length opposition to the CNBM Entities' motion to decertify.

5. Given the length of Plaintiffs' certification motion and opposition to the CNBM Entities' motion to decertify, along with the numerous events that have transpired over the past couple years, the CNBM Entities require more than the pages allotted by Local Rule 7.7 to adequately address the issues that merit reconsideration of the Court's certification determination.

WHEREFORE, for the foregoing reasons, the Moving Defendants request that this Court grant them leave to file their reply brief in support of motion to decertify the class pursuant to Rule 23(c)(1)(C) in excess of the Local Rule page limitation.

Dated: February 22, 2017

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA 94105
Tel: 415-773-5700
Email: cvejnoska@orrick.com
ijohnson@orrick.com
adavidson@orrick.com
jmwu@orrick.com

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: 504-582-1111
Email: eeagan@gordonarata.com
dcurrault@gordonarata.com
arothenberg@gordonarata.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
Kelly Daley (NY Bar No. 4970117)
Marc R. Shapiro (NY Bar No. 4403606)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel: 212-506-5000
Email: jstengel@orrick.com
xiangwang@orrick.com
kdaley@orrick.com
mrshapiro@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Email: eshumsky@orrick.com

*Counsel for The CNBM Entities*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion for leave to file reply brief in support of motion to decertify with excess pages has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on February 22, 2017.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel.: 415-773-5700
Fax: 415-773-5759
Email: cvejnoska@orrick.com

*Counsel for the CNBM Entities*