UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Germano v. Taishan Gypsum, 09-cv-6687*<br>*Gross v. Knauf Gips KG, 09-cv-6690*<br>*Wiltz v. BNBM, 10-cv-361*<br>*Amorin v. Taishan Gypsum, 11-cv-1672*<br>*Amorin v. Taishan Gypsum, 11-cv-1395*<br>*Amorin v. Taishan Gypsum, 11-cv-1673* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## **ORDER**

Considering the foregoing Motion for Leave to File Reply Brief in Support of Motion to Decertify Class With Excess Pages filed by the CNBM Entities,

IT IS ORDERED that the motion is GRANTED and the attached Reply Brief in Support of Motion to Decertify Class is hereby filed.

New Orleans, Louisiana, this ___ day of _____, 2017

_____
ELDON E. FALLON
United States District Court Judge