UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**O R D E R**

Considering the Motion for Leave to Exceed Page Limitation of The Plaintiffs' Steering Committee's Reply to Responses and Oppositions By Taishan, the CNBM Entities, Beijing New Building Materials Public Limited Company, Beijing New Building Material (Group) Co., Ltd., and Jushi USA Fiberglass Co., Inc. To Motion to Remove Confidentiality Designation With Respect to Documents Produced By and Testimony of The Taishan Defendants and Third Parties filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that The Plaintiffs' Steering Committee's Reply to Responses and Oppositions By Taishan, the CNBM Entities, Beijing New Building Materials Public Limited Company, Beijing New Building Material (Group) Co., Ltd., and Jushi USA Fiberglass Co., Inc. To Motion to Remove Confidentiality Designation With Respect to Documents Produced By and Testimony of The Taishan Defendants and Third Parties be and is hereby filed into the record.

New Orleans, Louisiana, this 22nd day of February, 2017.

_____
Eldon E. Fallon
United States District Court Judge