# EXHIBIT "A"

# Lillian Flemming

| | |
|---|---|
| **From:** | Lenny Davis |
| **Sent:** | Tuesday, February 21, 2017 10:36 AM |
| **To:** | Lillian Flemming |
| **Subject:** | FW: MEET AND CONFER FOLLOW-UP |
| **Attachments:** | Taishan - Production by Custodian (incl Bates No).xlsx; Taishan Custodian Emails.pdf; Taishan Search Terms.pdf; State Secrets Privilege Log.pdf |

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Eikhoff, Christy Hull [mailto:Christy.Eikhoff@alston.com]
**Sent:** Monday, August 17, 2015 7:20 PM
**To:** Anthony Irpino; Taylor, Bernard; Joyce Romano; Kenny, Mike
**Cc:** Fred Longer; Lenny Davis; Madelyn O'Brien; Pearl Robertson; Sandy Duggan; Arnold Levin; Russ Herman; Becker, Josh; Haque, Aliyya
**Subject:** RE: MEET AND CONFER FOLLOW-UP

Counsel:

This email relates only to our client Taishan and includes several attachments and a link to a Taishan supplemental document production. Each will be addressed in this transmittal email.

1. Custodian names and emails – Please find attached a list of the custodian names that were searched by Taishan since we were engaged as Taishan's counsel on these matters. Note that because Taishan does not have an email server, searches included each custodian's computer hard drive, hard copy papers, and email accounts, which are established through public email services (akin to gmail, Hotmail, etc.). Also attached is a table showing you, by Bates number, the custodian associated with each document that has already been produced by us. This information was already available to you in by virtue of the load files we provided with each production, but we have created this report for you as a courtesy.
2. Search terms and date ranges – The search terms that were applied to establish documents for further attorney review are attached to this email. There are 205 search terms on the list. We did not employ a date cut-off for purposes of document collection, but we did apply a responsiveness date range of January 1, 2006 through March 9, 2015. Keep in mind that Taishan's production specifically incorporated certain documents that it had previously produced through its former counsel Hogan Lovells, and some of those documents may pre-date January 1, 2006.

3. State Secrets Act withholding log – A log showing the withholding of five (5) documents from Taishan has been attached. Please note that by operation of the Chinese State Secrets Act, a determination of whether a document contains state secrets must be made by a qualified law firm in China, and such documents cannot leave the country. As such, we at Alston & Bird do not have access to the documents withheld, and cannot provide you with any more information about the documents other than what you have been given.

4. Supplemental Production – Following our "meet and confer" conferences, we have undertaken to re-review some of the collected documents that have been withheld as non-responsive or privileged. As a result of that re-review, we are able to make a supplemental production of documents. The instructions for downloading this supplemental production are found below.

NOTE: We are in the process of supplementing our attorney-client privilege log to reflect additional documents that we have reviewed and identified as privileged. We will be providing you with a supplemented and superseding privilege log in the coming days.


PRODUCTION INSTRUCTIONS:

The password to access these documents is: **4US-usuZ**

FTP SITE ACCESS INSTRUCTIONS

**To access the site using Windows Explorer** (Start/Programs/Accessories/Windows Explorer), copy and paste this link into the Windows Explorer address field:

ftp://20150814TGProduction:wzI4Z9qoQtLoKocRww0v@transfer.alston.com

**Alternatively, to use dedicated FTP Software**, provide the following information in the program configuration or when prompted:

FTP Server: transfer.alston.com
Username: 20150814TGProduction
Password: wzI4Z9qoQtLoKocRww0v

**Please do <u>not</u> use a web browser (Internet Explorer, FireFox, Chrome, etc.) to access this site.**


Christy Hull Eikhoff
Alston & Bird, LLP
(404) 881-4496 – direct
(404) 881-7000 – main
Legal Assistant:  Scott Bobo
Christy.eikhoff@alston.com

---

**From:** Anthony Irpino [mailto:airpino@irpinolaw.com]
**Sent:** Thursday, August 13, 2015 8:46 PM
**To:** Taylor, Bernard; Joyce Romano; Kenny, Mike; Eikhoff, Christy Hull
**Cc:** Fred Longer; Lenny Davis; Madelyn O'Brien; Pearl Robertson; Sandy Duggan; Arnold Levin; Russ Herman (RHERMAN@hhklawfirm.com)
**Subject:** RE: MEET AND CONFER FOLLOW-UP

Thank you Bernard.

Anthony Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Tel:      (504) 525-1500
Fax:     (504) 525-1501

---

**From:** Taylor, Bernard [mailto:Bernard.Taylor@alston.com]
**Sent:** Thursday, August 13, 2015 7:42 PM
**To:** Anthony Irpino; Joyce Romano; Kenny, Mike; Eikhoff, Christy Hull
**Cc:** Fred Longer; Lenny Davis; Madelyn O'Brien; Pearl Robertson; Sandy Duggan; Arnold Levin; Russ Herman (RHERMAN@hhklawfirm.com)
**Subject:** RE: MEET AND CONFER FOLLOW-UP

Anthony, thanks for your email.  We'll respond on or before August 17, 2015.  Take care, bt

Bernard Taylor, Sr.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Business:  (404) 881-7288
Mobile: (404) 729-9654
Fax:      (404) 253-8869
email:      bernard.taylor@alston.com

---

**From:** Anthony Irpino [mailto:airpino@irpinolaw.com]
**Sent:** Thursday, August 13, 2015 8:39 PM
**To:** Joyce Romano; Taylor, Bernard; Kenny, Mike; Eikhoff, Christy Hull
**Cc:** Fred Longer; Lenny Davis; Madelyn O'Brien; Pearl Robertson; Sandy Duggan; Arnold Levin; Russ Herman (RHERMAN@hhklawfirm.com)
**Subject:** RE: MEET AND CONFER FOLLOW-UP

FROM RUSS HERMAN, ARNOLD LEVIN & ANTHONY IRPINO:

As a follow-up to our recent meet and confers, we write in an attempt to finalize some outstanding issues which need to be resolved very soon.

First, it was our understanding that Taishan would provide the PSC with the names of the custodians it has searched, the e-mail addresses it has searched, and the bates numbers/ranges of the documents which correspond to the custodians/e-mail addresses which it has searched in connection with document productions.  Please advise regarding the status of this issue.

Second, the PSC previously requested additional information relating to the document productions made to date.  In addition to custodians searched, we requested the search terms and date ranges used.  It was our understanding that you would let us know whether or not you would provide such information.  To date, we have not heard back from you relative to search terms or date ranges.  We need to know if you agree to provide such information.  If not, we will need to bring a motion to compel.  Accordingly, please advise by Monday, August 17th whether or not you will be producing the search term and date range information previously requested.

Finally, it was our understanding that Taishan had identified a handful of documents which it contends fall under the State Secret privilege, and that Taishan would be providing a specific State Secret privilege log for any such documents.  Please advise regarding the status of this issue.

We appreciate your immediate attention to this matter.  Please feel free to let us know if you have any questions.  Thank you.

Anthony Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Tel:	(504) 525-1500
Fax:	(504) 525-1501

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.