**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 09-6687 (E.D. Va.);**

*Gross v. Knauf Gips, KG*, **Case No. 09-6690 (E.D. La.);**

*Wiltz v. Beijing New Building Materials Public Limited Co.,* **Case No. 10-361 (E.D. La.);**

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1672 (S.D. Fl.);**

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1395 (E.D. La.); and**

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1673 (E.D. Va.).**

## <u>ORDER</u>

Before the Court is Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and  Beijing New Building Material (Group) Co., Ltd.'s ("BNBM Group," collectively the "BNBM Entities") Motion For Leave to Exceed Page Limitation.  The Court is of the opinion that the Motion should be GRANTED.

The BNBM Entities Reply in Support of Motion to Decertify is hereby filed to the record.

**SO ORDERED.**

New Orleans, Louisiana, this 22nd day of _____February_____ , 2017.

_____

ELDON E. FALLON
United States District Court Judge