UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.) | |

**O R D E R**

Considering the Motion for Leave to Exceed Page Limitation and To File the Entirety of Plaintiffs' Reply to Defendants' Oppositions to Plaintiffs' Motion to Enforce the Court's July 17, 2014 Contempt Order and Injunction Under Seal filed by Plaintiff-Intervenors and the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Reply to Defendants Oppositions to Plaintiffs' Motion to Enforce the Court's July 17, 2014 Contempt Order and Injunction be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that the Plaintiffs' Reply to Defendants Oppositions to Plaintiffs' Motion to Enforce the Court's July 17, 2014 Contempt Order and Injunction, and all exhibits, be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 22nd day of February, 2017.

_____
Eldon E. Fallon
United States District Court Judge