```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: CHINESE-MANUFACTURED      )
     DRYWALL PRODUCTS LIABILITY       )
 5   LITIGATION                       )
                                      ) MDL 2047 "L"
 6                                    ) NEW ORLEANS, LOUISIANA
                                      ) THURSDAY, JANUARY 22, 2015
 7                                    ) 9:00 A.M.
     THIS DOCUMENT RELATES TO:        )
 8                                    )
     ALL CASES                        )
 9                                    )
                                      )
10   *******************************

11

12

13             TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

14          HEARD BEFORE THE HONORABLE ELDON E. FALLON

15                 UNITED STATES DISTRICT JUDGE

16

17

     OFFICIAL COURT REPORTER:         SUSAN A. ZIELIE, RMR, FCRR
18                                    EASTERN DISTRICT OF LOUISIANA
                                      500 POYDRAS STREET, ROOM B406
19                                    NEW ORLEANS, LA 70130
                                      susan_zielie@laed.uscourts.gov
20                                    504.589.7781

21

22

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER AIDED TRANSCRIPTION.
24

25
```

CONTEMPT
Exhibit 1

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFFS'
      STEERING COMMITTEE:              HERMAN HERMAN KATZ
 3                                     BY:  LEONARD DAVIS, ESQUIRE
                                       820 O'KEEFE AVENUE
 4                                     NEW ORLEANS, LA 70113

 5                                     LEVIN, FISHBEIN, SEDRAN & BERMAN
                                       BY:  ARNOLD LEVIN, ESQUIRE
 6                                     510 WALNUT STREET, SUITE 500
                                       PHILADELPHIA, PA 19106
 7
      THE PLAINTIFFS:                  DANIEL BECNEL, ESQUIRE
 8                                     425 W. AIRLINE HIGHWAY
                                       SUITE B
 9                                     LAPLACE, LA 70086

10    FOR THE STATE/FEDERAL
      COORDINATION COMMITTEE:          BARRIOS, KINGSDORF & CASTEIX
11                                     BY:  DAWN BARRIOS, ESQUIRE
                                       701 POYDRAS STREET, SUITE 3600
12                                     NEW ORLEANS, LA 70139

13    PRO SE CURATOR:                  ROBERT MURRAY JOHNSTON, ESQ.
                                       LAW OFFICES OF
14                                        ROBERT M. JOHNSTON, LLC
                                       400 POYDRAS STREET
15                                     SUITE 2450
                                       NEW ORLEANS LA 70130
16
      DEFENDANT KNAUF:                 Frilot, LLC
17                                     BY:  KERRY J. MILLER, ESQUIRE
                                       ENERGY CENTRE
18                                     1100 POYDRAS STREET
                                       SUITE 3700
19                                     NEW ORLEANS, LA 70163

20    FOR HOME BUILDERS:               STONE PIGMAN
                                       BY:  DOROTHY H. WIMBERLY, ESQ.
21                                     546 Carondelet Street
                                       New Orleans LA 70130
22                                     504.593.0849
                                       dwimberly@stonepigman.com
23

24

25
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              NEW ORLEANS, LOUISIANA; THURSDAY, JANUARY 22, 2015          08:55AM

 2                          9:00 A.M.                                       08:55AM

 3              THE COURT:  Be seated, please.  Good morning, call the      08:59AM

 4   case.                                                                  09:00AM

 5              CASE MANAGER:  In re:  2047 in re:  Chinese                 09:00AM

 6   Manufactured Drywall Products Liability litigation.                   09:00AM

 7              THE COURT:  This is our monthly status conference in        09:00AM

 8   this matter.  I'm hear from liaison counsel.                          09:01AM

 9              MR. LEVIN:  Good morning, Your Honor.  Arnold Levin,        09:01AM

10   substituting for Russ Herman, who is the plaintiff's liaison.         09:01AM

11              MR. MILLER:  Good morning, Your Honor.  Kerry Miller on     09:01AM

12   behalf of Knauf and the defense steering committee.                   09:01AM

13              THE COURT:  I met with lead and liaison counsel moment      09:01AM

14   ago to discuss the agenda.                                            09:01AM

15              We don't have any motions necessarily on the               09:01AM

16   agenda but I'll take it on the order.                                 09:01AM

17              Do we have anything on Pretrial Orders?                     09:01AM

18              MR. LEVIN:  No, sir.  But BrownGreer will issue a           09:01AM

19   report to the Court today that speaks to the money that's             09:01AM

20   flowing to the clients.                                               09:01AM

21              THE COURT:  Anything on State Court Trial Settings?         09:01AM

22              MS. BARRIOS:  Your Honor, the three cases that are          09:01AM

23   listed in the joint report on page five are pending now in            09:01AM

24   Virginia, and we have hopes that they'll be able to be resolved       09:01AM

25   by Mr. Serpe.                                                         09:01AM
```

```
 1                   But I'd like to just jump head and talk about the    09:01AM

 2   Virginia class action settlements.  Garretson Group did not come     09:02AM

 3   today.  They asked me to make a very simple report.                  09:02AM

 4                   The other loss fund deadline is over.  They are      09:02AM

 5   now reviewing all the claim forms.  They are in the process of       09:02AM

 6   preparing the deficiency notices, which should go out by the end     09:02AM

 7   of the month.  They've been in very close contact with Jake          09:02AM

 8   Woody at BrownGreer, particularly with regard to your last order     09:02AM

 9   on the other loss funds and the payouts.  And they're talking        09:02AM

10   about all issues with regard to it, particularly the                 09:02AM

11   Medicare-Medicaid injury with regard to the bodily injury            09:02AM

12   payments.                                                            09:02AM

13                   Thank you.                                           09:02AM

14              MR. LEVIN:  That's a segue for one thing on the           09:02AM

15   Virginia settlements.  Not necessarily the Virginia settlement,      09:02AM

16   but Mr. Serpe is explaining to the Taishan plaintiffs on a           09:02AM

17   one-to-one basis, answering calls and effectively steering them      09:02AM

18   to make decisions with regard to the class certification order       09:02AM

19   of this Court with regard to Taishan and the assessment of           09:03AM

20   damages hearing which will take place during the February            09:03AM

21   pretrial conference, sir.                                            09:03AM

22              THE COURT:  All right.  That case seems to be going       09:03AM

23   well.  I appreciate the help that the judge is giving to it.         09:03AM

24   She and I have worked closely on this matter and she's been a        09:03AM

25   great help to us in this proceeding.                                 09:03AM
```

```
 1              While we are on that, Jake, give me a report on      09:03AM
 2   what's happening with regard to the money.                      09:03AM
 3              MR. WOODY:  Good morning, Your Honor.  My name is Jake 09:03AM
 4   Woody, from BrownGreer.  I'm here to give the monthly status     09:03AM
 5   report for the Chinese Drywall settlement program.              09:03AM
 6              I'll start very briefly, just as I always do, with    09:03AM
 7   our total number of claims to set the stage.                    09:03AM
 8              Total submitted claims is 22,491.  Of those, we       09:04AM
 9   reviewed 19,726.  We're complete with all claim types other than 09:04AM
10   miscellaneous claims.  We're actively reviewing those claims and 09:04AM
11   should be done with those in short order.                       09:04AM
12              Our largest claim type, as you know, is our Global    09:04AM
13   Banner IN/EX repair and relocation claims.  Those are           09:04AM
14   settlements for a pro rata share of three different settlements, 09:04AM
15   the Global settlement, the Banner settlement and the IN/EX      09:04AM
16   settlement.  We had just under 10,000 eligible claims in this   09:04AM
17   category, 9,983.  We've denied 1,674 largely for insufficient   09:04AM
18   documentation or because the claimants submitted a claim that   09:04AM
19   they had previously assigned to another claim.                  09:04AM
20              THE COURT:  So the denied doesn't mean that they're not 09:04AM
21   going to get some money but they're going to get it from another 09:04AM
22   fund?                                                           09:04AM
23              MR. WOODY:  They are denied for this claim type, but  09:04AM
24   they could potentially receive claim from other loss fund or for 09:04AM
25   other loss claim.                                               09:05AM
```

1        These numbers change month to month largely                09:05AM

2   because we have claimants withdrawing claims.                   09:05AM

3        We're at the stage in this claim type where we are         09:05AM

4   essentially reconciling duplicate claims.  We're only authorized 09:05AM

5   to make payment per property.  The claims that haven't been paid 09:05AM

6   are largely claims where we have that issue.  As we work through 09:05AM

7   them, claimants generally withdraw them.  We see duplicate       09:05AM

8   claims in many cases for spouses who submitted two claims out an 09:05AM

9   abundance of caution and also where we have competing claims     09:05AM

10  where one claimant has received an assignment and the other      09:05AM

11  assigned the claim.  We're reconciling those, and largely are    09:05AM

12  able to do that on our own.                                      09:05AM

13       We began issuing payments on GBI claims on                  09:05AM

14  September 12th of last year.  So far, we've issued 11,770        09:05AM

15  checks.  The number of checks is larger than the number of       09:05AM

16  claimants because many claimants are eligible for payment from   09:05AM

17  multiple settlements.  So they would receive two checks for one  09:06AM

18  claim.  So far, we have distributed just over $54.8 million.     09:06AM

19  That's an increase of 1.7 million from the last status           09:06AM

20  conference.                                                      09:06AM

21       We make payments every day.  The number fluctuates         09:06AM

22  as we're able to reconcile these duplicate claimant issues.  We  09:06AM

23  also require a W-9 and a verification of claims from claimants    09:06AM

24  before we make payment.  As we receive those, we put them in     09:06AM

25  line for payment and issue checks.                               09:06AM

1          Both of those forms are available on our website.      09:06AM

2    I'll give the address at the end of this presentation.        09:06AM

3          We have $21.3 million left to distribute.  As I         09:06AM

4    mentioned, we continue to make payments every day and this    09:06AM

5    process is largely stable and we're not seeing any problems with  09:06AM

6    it.                                                            09:06AM

7          The claims that are not Global, Banner, IN-EX           09:06AM

8    claims, we refer to as Other Loss Claims, and these fit in a  09:06AM

9    variety of categories.  Our four main Other Loss claims       09:07AM

10   are bodily injury; foreclosure and short sale; lost rent, use  09:07AM

11   and sales; and pre-remediation alternative living expenses,    09:07AM

12   which we abbreviate as PRALE here.                            09:07AM

13         We have just over 4,000 claims in these four claim      09:07AM

14   types; 428, to be exactly.  Of those 2,527 are eligible.  44 are  09:07AM

15   incomplete.  As I always mention, the incompleteness number   09:07AM

16   changes every month.  Last month, it was 100.  The month before,  09:07AM

17   I think it was 200.  So you can see the progress we're making in  09:07AM

18   reconciling those and moving them from either incomplete to   09:07AM

19   eligible if they satisfy the document requirements or denying  09:07AM

20   them for failure to submit those documents.                   09:07AM

21         Because of the low number of incomplete claims,         09:07AM

22   we're able to work with the parties and the Court to draft and  09:07AM

23   submit PTO-29, which allow us to begin making payments on     09:07AM

24   eligible Other Loss claims.                                   09:07AM

25         The Court entered this order on December 23rd.          09:07AM

| | | |
|---|---|---|
| 1 | We've received a lot of questions, and I'd like to just go | 09:08AM |
| 2 | through some of the high points of PTO-29. | 09:08AM |
| 3 | PTO-29 allow us to make what we call resolution | 09:08AM |
| 4 | offers on eligible Other Loss claims of varying amounts.  For | 09:08AM |
| 5 | bodily injury, it's up to $1,000.  For closure short sale | 09:08AM |
| 6 | claims, it's up to $10,000.  For loss use or sales, it's up to | 09:08AM |
| 7 | $10,000.  For lost rent, it's three times the verified monthly | 09:08AM |
| 8 | rent for rental property.  For PRALE claims, it's $14,400.  It's | 09:08AM |
| 9 | up to $14,400.  And miscellaneous tenant losses are up to | 09:08AM |
| 10 | $2,500. | 09:08AM |
| 11 | These amounts are essentially modified pro rata | 09:08AM |
| 12 | share of the amount available for Other Loss claims, which is | 09:08AM |
| 13 | $37.7 millin.  It's not a straight pro rata or distribution | 09:08AM |
| 14 | because each claim has a different value.  But within each claim | 09:08AM |
| 15 | type, it is a pro rata number.  That's where we got those | 09:08AM |
| 16 | numbers from and that's how we're proceeding. | 09:09AM |
| 17 | We will issue eligibility notices and have begun | 09:09AM |
| 18 | issuing eligibility notices on Other Loss claims that list the | 09:09AM |
| 19 | resolution offer. | 09:09AM |
| 20 | I should also mention, before I move on, that the | 09:09AM |
| 21 | up to -- this is an up to number.  So, if we review the claim | 09:09AM |
| 22 | and determine that the verified losses are less than the numbers | 09:09AM |
| 23 | that I mentioned, we make the lower offer. | 09:09AM |
| 24 | And whatever the offer is will be in the | 09:09AM |
| 25 | eligibility notice.  We'll issue these through our standard | 09:09AM |

1    notice process.                                                09:09AM

2              The notices contain instructions on how to           09:09AM

3    proceed.  Claimants have two options after receiving an        09:09AM

4    eligibility notice.  They can accept offer and receive payment. 09:09AM

5    Or they can, if they feel the offer is insufficient, request   09:09AM

6    what we call a special master award.  Those claims, if you     09:09AM

7    request that Special Master Award, those claims would be routed 09:09AM

8    to the special master who will review them independently of us 09:09AM

9    and make a determination.                                      09:09AM

10             Claimants who do not take any action within thirty    09:10AM

11   days will be deemed to have accepted the offer; and, if all    09:10AM

12   payment documents are present, we'll make payment to them.  So, 09:10AM

13   if you take no action, you will lose the chance to request the 09:10AM

14   Special Master Award but you will receive the resolution offer. 09:10AM

15             If the claimant requests a Special Master Award,      09:10AM

16   the offer can change.  It can go up, it can go down or it can  09:10AM

17   stay the same.                                                 09:10AM

18             What happens when a claimant requests this is yet     09:10AM

19   to be determined.  There's a number of variables at issue.  The 09:10AM

20   special master, as I mentioned, will do a review independent of 09:10AM

21   ours and come up with a determination.                         09:10AM

22             If a claimant accepts the resolution offer, we       09:10AM

23   will make payment rapidly.  Generally, within seven days of the 09:10AM

24   acceptance.  Assuming, of course, that the W-9 verification of 09:10AM

25   the claims form are present.                                   09:10AM

```
1          If you already submitted those documents in          09:10AM
2   support of another claim, of a GBI claim, you do not need to 09:10AM
3   submit them again.  We only need these documents once per claim. 09:10AM
4          If a claimant wishes to request a Special Master     09:11AM
5   Award, you cannot submit an additional documents.  The time to 09:11AM
6   submit supporting documents has passed, along with the claims 09:11AM
7   deadline.  You can, however -- and we prefer that you submit  09:11AM
8   something that tells us where in your claim what we should look 09:11AM
9   at:  A list of itemized expenses that you think support your  09:11AM
10  request and you can refer to documents you've already admitted 09:11AM
11  to us.  That will help streamline the special master review and 09:11AM
12  speed up the process.                                         09:11AM
13          Finally, we have received a lot of questions about   09:11AM
14  the timeline associated with that special master.  We anticipate 09:11AM
15  having the vast majority of all eligibility notices on Other  09:11AM
16  Loss claims issued by the first week of February.  That will  09:11AM
17  start the thirty-day clock on all the claims.  We will not be 09:11AM
18  able to grant deadline extensions for those claims.           09:11AM
19          So the deadline for almost all the Other Loss        09:11AM
20  claims should expire some time in the first week of March.  Once 09:11AM
21  we have a good idea of how many people want a special master  09:12AM
22  review and how many want to be paid, we'll be able to make a  09:12AM
23  better evaluation of how long it will take.  However, because 09:12AM
24  all of the claim documents are already in because we've reviewed 09:12AM
25  all the claims, it will not take as long as the claim process. 09:12AM
```

1    It will be a shorter process.                                    09:12AM

2              THE COURT:  All right.  We'll have some indication by   09:12AM

3    next meeting, I would think.                                     09:12AM

4              MR. WOODY:  I think so.                                 09:12AM

5              As I mentioned, have begun issuing eligible            09:12AM

6    notices on these claims.  So far, we've issued just over a       09:12AM

7    thousand on three different claim types.  We've issued all the   09:12AM

8    eligibility notices for bodily injury and foreclosure and short  09:12AM

9    sale claims and we've issued 200 notices on PRALE claims.  And   09:12AM

10   we'll continue to issue notices, as I mentioned, on all of the   09:12AM

11   remaining PRALE claims as well as the lost rent, use and sales   09:12AM

12   claims.                                                          09:12AM

13             So we've issued just over 1,000.  We've received       09:12AM

14   responses on 176 claims.  159 offers have been accepted.         09:12AM

15   Seventeen have requested the special master review, which puts   09:13AM

16   our acceptance rate at ninety percent.                           09:13AM

17             And we've also begun issuing payment on Other Loss     09:13AM

18   claims.  We began earlier this week.  We've paid forty-three     09:13AM

19   claims and disbursed $393,800.  We'll continue make payments on  09:13AM

20   accepted claims, and should have payment out pretty quickly      09:13AM

21   within the date of acceptance and resolve as many of these       09:13AM

22   claims as we can.                                                09:13AM

23             Finally, our contact information, the best place       09:13AM

24   to obtain the W-9 verification form I mentioned are on our       09:13AM

25   website at www3.BrownGreer.com/drywall.  If you need to email    09:13AM

| | | |
|---|---|---|
| 1 | us, you can do it at CDWquestions@BrownGreer.  And you can call | 09:13AM |
| 2 | us at 866-866-1729. | 09:13AM |
| 3 | THE COURT:  Thank you. | 09:13AM |
| 4 | The next item is Omnibus Class Actions.  Anything | 09:13AM |
| 5 | on that? | 09:14AM |
| 6 | MR. LEVIN:  Just one personal thing. | 09:14AM |
| 7 | The PSC has listened to the BrownGreer report each | 09:14AM |
| 8 | and every month, and I just want BrownGreer to know how | 09:14AM |
| 9 | appreciative we have of the work they are doing and the manner | 09:14AM |
| 10 | in which they're doing the work. | 09:14AM |
| 11 | THE COURT:  Yes.  They've done a good job, and I | 09:14AM |
| 12 | appreciate that also. | 09:14AM |
| 13 | MR. LEVIN:  With regard to the Class Action Complaints, | 09:14AM |
| 14 | the Omnibus, there's just one aspect of the complaints that's | 09:14AM |
| 15 | outstanding.  We have a complaint against SASAC in China right | 09:14AM |
| 16 | now.  And, if SASAC behaves as CMBM behaved and BMBM behaved in | 09:14AM |
| 17 | the past and doesn't enter an appearance and come in here, for | 09:14AM |
| 18 | whatever reasons, but appear in these proceedings, at that | 09:14AM |
| 19 | point, in about six weeks, we're prepared to take a default | 09:14AM |
| 20 | judgment against SASAC.  And then we will pursue assessment of a | 09:15AM |
| 21 | class action as we pursued against CMBM and BMBM an assessment | 09:15AM |
| 22 | of damages against SASAC, which is the umbrella corporation that | 09:15AM |
| 23 | has a lot of interests in the United States. | 09:15AM |
| 24 | THE COURT:  How about Class Action, the last item? | 09:15AM |
| 25 | MR. LEVIN:  That would be it, sir. | 09:15AM |

1    THE COURT:  The next item is Fee Expense.                    09:15AM

2    MR. LEVIN:  There's nothing new on that.                     09:15AM

3    THE COURT:  In connection with that, I have received         09:15AM

4    from Danny Becnel letters showing copies to you and to Arnold.    09:15AM

5         Danny, you want to flesh that out for me, the           09:15AM

6    issue here on Sean Payton.                                    09:15AM

7    MR. BECNEL:  Judge, as you know, Sean was living across      09:15AM

8    the lake in the Super Bowl year, in Mandeville, in a rather  09:16AM

9    expensive home.  He and his wife, the minute it was finished,    09:16AM

10   had to move out.  He then had to live in the Saint's training    09:16AM

11   camp for the whole season, and his wife wound up having to get   09:16AM

12   another house.  So she moved.  The Chinese drywall case really  09:16AM

13   resulted in the dissolution of their marriage.                09:16AM

14        And he approached me.  As you know, I represent         09:16AM

15   many of the Saints:  Mickey Loomis, the general manager, Drew    09:16AM

16   Brees and many of the team members.                           09:16AM

17        And so I handled that case by myself.  I                09:16AM

18   negotiated the settlement by myself.  And I don't mind if all    09:16AM

19   the other cases I have with the plaintiff's committee gets a     09:16AM

20   fee.  But this case was purely me.  And I could have settled it  09:16AM

21   probably a week after they were notified that I had Sean Payton.    09:17AM

22        In any event, I'd like to get paid on it.  And         09:17AM

23   it's been, I think I said -- I only got in at 1 o'clock so I     09:17AM

24   didn't even have time to get my file this morning from Kansas    09:17AM

25   City.  But I'd like to get paid on it.                        09:17AM

1          THE COURT:  All right.                                  09:17AM

2          MR. BECNEL:  And I don't think the PSC has a claim      09:17AM

3    against those funds.                                          09:17AM

4              I did the inspections myself.  In fact, it was      09:17AM

5    inspected five different times.  Because it was kind of the   09:17AM

6    poster child of how do you find what's wrong with the Chinese 09:17AM

7    drywall case.                                                 09:17AM

8          THE COURT:  Well, you know, in this case, I guess the   09:17AM

9    beauty of it is so forth, from the standpoint of the litigants 09:17AM

10   themselves, is that the defendant, the settlements call for the 09:17AM

11   defendant paying the attorney fees.                           09:17AM

12             Let me hear from Arnold.                            09:18AM

13         MR. LEVIN:  I will not hold it against Danny Becnel and 09:18AM

14   Sean Payton that they've had their way with the Philadelphia  09:18AM

15   Eagles for some time now.                                     09:18AM

16             Getting to the merits of Mr. Becnel's request.      09:18AM

17   The fee committee has conducted extensive interviews with every 09:18AM

18   plaintiff's counsel that is seeking a common benefit fee, and 09:18AM

19   the fee committee has taken all of that under advisement.  And I 09:18AM

20   can assure Mr. Becnel that those issues are being discussed by 09:18AM

21   the fee committee.                                            09:18AM

22             There will be a report, and he will be able to      09:18AM

23   review that report and take whatever action.                  09:18AM

24             I might add that, at the interview, the situation   09:18AM

25   with Sean Payton was not mentioned by Mr. Becnel.  However, the 09:18AM

1   fee committee is available -- is aware of his representation of          09:18AM

2   the lead plaintiff in the omnibus complaint, and we will treat          09:19AM

3   him the way we treat everybody as to when a common benefit fee,         09:19AM

4   how it advanced the litigation.  And also there's a segment of          09:19AM

5   the fee for the individual attorneys on their retainer                  09:19AM

6   agreements.  And that is being actively pursued and is a very           09:19AM

7   prolix and complex process, and Mr. Becnel will be treated as           09:19AM

8   everybody else is.  And he will have -- there will be a report,         09:19AM

9   the Court will see the report.  Danny Becnel could object to the        09:19AM

10  report, he could deal with it afterwards if he doesn't like what        09:19AM

11  the fee committee has done with regard to his particular claim.         09:19AM

12          But I can assure Danny that:  We know who he is,               09:19AM

13  we know who Sean Payton is, we know what this litigation is and         09:19AM

14  we will afford him due process.                                         09:19AM

15          THE COURT:  Okay.                                             09:20AM

16          MR. BECNEL:  Your Honor, let me just reply to that.          09:20AM

17          As you know, I got Sean Payton and the Saints to             09:20AM

18  do a commercial.  I paid the fee for sending to the advertising        09:20AM

19  counsel with the bar association, and it had all kinds of              09:20AM

20  commotion with it.  And we got a lot of cases as a result of the       09:20AM

21  public service announcement he made on Chinese Drywall.                09:20AM

22          The case was -- he and my first client,                      09:20AM

23  Dr. Parent, the dentist, that's the first two cases.  She's a          09:20AM

24  Taishan case, he was a Knauf case.                                      09:20AM

25          And, you know, I just don't think I should have to           09:20AM

1   wait, especially with my health situation periodically.  I don't   09:20AM

2   want to be here with my estate having to deal with something   09:20AM

3   that I should have been paid on and could have been paid on   09:20AM

4   directly, right off the bat.   09:21AM

5        THE COURT:  The interesting thing in this particular   09:21AM

6   case is that usually, as everybody knows, the fee comes from the   09:21AM

7   litigants.  The litigants work out some arrangement with their   09:21AM

8   attorney.  They hire the attorney, they agree to pay the   09:21AM

9   attorney a fee.  Then the case comes to MDL.  The MDL sets an   09:21AM

10  amount for common benefit fee.  That common benefit generally   09:21AM

11  comes from the attorney's fee portion, not in addition to the   09:21AM

12  claimant.   09:21AM

13       But, in this particular case, the interesting   09:21AM

14  thing was that the concept of the settlement was that the   09:21AM

15  claimants got their homes fixed, 100 percent of their homes   09:21AM

16  fixed; and, in addition to that, the defendants paid a fee.  So   09:21AM

17  the claimants didn't have to pay anything.  They got everything   09:21AM

18  done for them and plus their attorney fees.  So it's a little   09:22AM

19  different in this situation.   09:22AM

20       But I hear your comments, and nobody's going to   09:22AM

21  get any fee until I approve the fees.  So I'm going to give   09:22AM

22  everybody an opportunity express themselves, and I certainly   09:22AM

23  will take all of that into consideration.  Including a   09:22AM

24  fast-track type situation.  There are some people who may have   09:22AM

25  some issues, health and otherwise, that need to be dealt with,   09:22AM

```
 1    and I'm conscious of that.  Thanks for bringing it to my        09:22AM
 2    attention.                                                      09:22AM
 3                How about the Remediation Program, anything,         09:22AM
 4    Kerry?                                                           09:22AM
 5            MR. MILLER:  Good morning, again, Your Honor.  Kerry     09:22AM
 6    Miller.                                                          09:22AM
 7                Nothing really new to report, Your Honor.  The       09:22AM
 8    remediation program is into I think the last inning of the game. 09:22AM
 9    Moss is complete with ninety-plus percent of the homes.  They're 09:23AM
10    trying to do their last shift, including the last group of pro   09:23AM
11    se homes we talked about last time, get those started this       09:23AM
12    spring, so that everything's done this year, Your Honor.         09:23AM
13            THE COURT:  Yes.                                         09:23AM
14                As everyone knows, with the Remediation Program,     09:23AM
15    as I mentioned several times, in this particular case, rather    09:23AM
16    than wait for the case to get over the defendants have           09:23AM
17    undertaken the remediation program which even predated the       09:23AM
18    settlement of the case.  And, so far, they've been able to       09:23AM
19    remediate several thousand homes, which has worked out well.     09:23AM
20                How about the IN\EX, Banner, Knauf settlement?       09:23AM
21            MR. LEVIN:  Nothing with regard to that.                 09:23AM
22            THE COURT:  Anything on Shared Costs?                    09:23AM
23            MR. LEVIN:  Nothing, sir.                                09:23AM
24            THE COURT:  What about Taishan defendants?              09:23AM
25            MR. LEVIN:  Well, if we're in the ninth inning with     09:23AM
```

```
 1   regard to the Knauf remediation program, we're in the first    09:24AM

 2   inning or perhaps just batting practice with regard to Taishan. 09:24AM

 3           We are pursuing assets.  We are pursuing               09:24AM

 4   litigation in Portland, Oregon.  We have determined that Taishan 09:24AM

 5   affiliates have brought suit in Portland, Oregon and have       09:24AM

 6   utilized our court system, our federal court system, to pursue  09:24AM

 7   their commercial needs, where they have ignored us in the       09:24AM

 8   Eastern District of Louisiana and created another great wall    09:24AM

 9   between us and China.                                           09:24AM

10           THE COURT:  Is there any money in that?                09:24AM

11           MR. LEVIN:  There's $50,000 for attorneys fees in the  09:24AM

12   case that was settled.  We're not interested in hurting the    09:24AM

13   attorneys that have handled the case there for the $50,000.    09:24AM

14           But what we are interested in is finding out what      09:24AM

15   their ongoing business is.  It seems that they are purchasing  09:24AM

16   timber in the Northwest because of this a shortage of timber in 09:24AM

17   China.  Just like we had a shortage of drywall and purchased   09:25AM

18   from China drywall.                                            09:25AM

19           We have not seen the settlement agreement.  We've      09:25AM

20   been precluded so far from seeing the settlement agreement.  But 09:25AM

21   we think the settlement agreement contains clauses with ongoing 09:25AM

22   activities between the parties to the settlement.  That's just 09:25AM

23   one aspect of it.                                              09:25AM

24           Once we perfect service on SASAC, and either they      09:25AM

25   come in and defend or we get a default judgment against SASAC, 09:25AM
```

```
 1   that umbrella corporation has petroleum, banking and other      09:25AM

 2   interests around the world, including in the United States.     09:25AM

 3               And we just want to assure those poor unfortunates  09:25AM

 4   that didn't have Knauf board, so that their homes could be      09:25AM

 5   remediated, and had Taishan board, that eventually we are going 09:25AM

 6   to make them whole.  But, unfortunately, in the process, many of 09:26AM

 7   them have had foreclosures and gone bankrupt.                   09:26AM

 8         THE COURT:  As we know, the board that we're talking      09:26AM

 9   about was manufactured by basically two entities, one Knauf and 09:26AM

10   the other Taishan entities.                                     09:26AM

11               After discovery in trial, the Knauf entities        09:26AM

12   settled the case.  The Taishan entities did not.  They resisted 09:26AM

13   service, and then they resisted appearance.  And, eventually,   09:26AM

14   they showed up in court participating in an appeal.  They lost  09:26AM

15   the appeal, and then they decided that they were going to walk  09:26AM

16   away from the court because they didn't get their way.  They're 09:26AM

17   going to take their ball and go home, so to speak.              09:26AM

18               And, as a result, I gave them an opportunity to     09:26AM

19   explain why they did that.  They refused to participate in the  09:27AM

20   proceedings, so I found them in content of court.  And, in      09:27AM

21   addition to fining them, I provided that a percentage of any    09:27AM

22   fees or profits that they earned in this country, by either them 09:27AM

23   or any of their affiliates, would be seized by the Court.       09:27AM

24               So I would direct counsel to determine whether or   09:27AM

25   not there's any assets of that company, and I'll issue a seizure 09:27AM
```

1   order wherever they happen to be in the United States.  Because   09:27AM

2   I do sit, as an MDL judge, I sit as a district judge in every   09:27AM

3   district in the United States.  So let me know if there's any   09:27AM

4   assets, and I will seize them.   09:27AM

5        MR. BECNEL:  May it please the Court, I want to give   09:27AM

6   the Court some additional information on Chinese assets.   09:27AM

7             About five weeks ago, six weeks, Cargill and then   09:28AM

8   ADM filed suit in St. John Parish in our court system for money   09:28AM

9   against Syngenta, which produced genetically engineered corn.   09:28AM

10  There is a separate MDL which we had a hearing on yesterday in   09:28AM

11  Kansas.   09:28AM

12            But they, Chinese, refused to accept it.   09:28AM

13  Although, they already paid those companies.  And so the corn is   09:28AM

14  all coming back, which has been paid for by China.   09:28AM

15            And I think we would have the ability -- -as the   09:28AM

16  Court knows, the major grain exports come from Reserve,   09:28AM

17  Louisiana, with all of the grain elevators there.  And we may be   09:28AM

18  able to seize those grain.  You know, it could be sold here in   09:29AM

19  the US for cattle feed and other things.  But it's something   09:29AM

20  else that the Chinese sent back, that we may have an ability to   09:29AM

21  get those assets.   09:29AM

22        THE COURT:  Okay.  Well, if there's some assets, any   09:29AM

23  kind of assets from those companies or the affiliates of those   09:29AM

24  companies, I will act on it.  Because I do owe the system the   09:29AM

25  duty to effect my orders, and I ordered them to do that.  They   09:29AM

| | |
|---|---|
| 1 | violated it.  I held them in contempt.  So I'll stand behind | 09:29AM |
| 2 | that. | 09:29AM |
| 3 | MR. DAVIS:  Your Honor, we'll prepare the appropriate | 09:29AM |
| 4 | papers for the Court. | 09:29AM |
| 5 | But we'll ask Mr. Becnel or anyone else that has | 09:29AM |
| 6 | information, if they could get it to us and they could provide | 09:29AM |
| 7 | us the links to CMDM or BMDM or whoever it is so that we can | 09:29AM |
| 8 | make those links. | 09:29AM |
| 9 | THE COURT:  Let's make sure it's an affiliate or the | 09:29AM |
| 10 | company itself.  Because I don't want to wrongfully seize | 09:30AM |
| 11 | anything.  But I will seize matters or material. | 09:30AM |
| 12 | MR. LEVIN:  Your Honor, we would request that madam | 09:30AM |
| 13 | court reporter give us on an expedited basis, which we'll pay | 09:30AM |
| 14 | for obviously, the transcript of these proceedings.  Because I | 09:30AM |
| 15 | think this becomes very relevant for the judiciary in Portland, | 09:30AM |
| 16 | Oregon to see. | 09:30AM |
| 17 | MR. BECNEL:  In addition to that, Judge, there's an MDL | 09:30AM |
| 18 | judge on that very case.  And, yesterday, at the hearing, both | 09:30AM |
| 19 | ADM and Cargill says they didn't want to be in the MDL; they | 09:30AM |
| 20 | want it to come back.  Because almost all of the grain that goes | 09:30AM |
| 21 | to China is shipped through Reserve. | 09:30AM |
| 22 | MR. DAVIS:  If you'll got us that link, Danny, so we | 09:30AM |
| 23 | can make the connection, that that will be helpful.  Thank you. | 09:30AM |
| 24 | THE COURT:  Venture Supply, anything on Venture Supply? | 09:30AM |
| 25 | MR. LEVIN:  No, sir.  Just that the Virginia settlement | 09:30AM |

```
1   is just between Your Honor, Judge Wall, Mr. Serpe and Dewan and      09:30AM

2   others that have been working with them, is being run very          09:31AM

3   effectively.                                                        09:31AM

4            THE COURT:  Okay. *                                        09:31AM

5                Plaintiff and Defendant Profile, Fact Forms,           09:31AM

6   anything?                                                           09:31AM

7            MR. LEVIN:  Nothing, sir.                                  09:31AM

8            THE COURT:  Nothing on Frequently Asked Questions.        09:31AM

9                No pro se claimants?                                   09:31AM

10           MR. LEVIN:  Mr. Johnston has informed me that he           09:31AM

11  needn't come here --                                                09:31AM

12           THE COURT:  He is here.                                    09:31AM

13           MR. JOHNSTON:  It's been so interesting that I decided     09:31AM

14  to stay.                                                            09:31AM

15               Let me make a brief comment for the Court.            09:31AM

16               Since the November 25th status conference, I have      09:31AM

17  worked certainly very, very well with counsel for Knauf and         09:31AM

18  staff.  My office has provided every document, every piece of       09:31AM

19  paper for every one of the group that I've called the late Knauf    09:31AM

20  claimants, which we're all aware of, that we ended up being         09:31AM

21  informed by Kerry Miller at the last status that remediation was    09:32AM

22  going to be accomplished.  And I think it is going very, very       09:32AM

23  well.  And I just want to notify the Court that we've had           09:32AM

24  back-and-forth, but there's never been a negative moment since      09:32AM

25  the last status conference.  And we'll continue try to help         09:32AM
```

```
 1   these last group of people to get what they want, which is of      09:32AM
 2   course to have the remediation of their properties.               09:32AM
 3             THE COURT:  Okay.  I appreciate your work on it.         09:32AM
 4             As you all know, we had a number of pro se               09:32AM
 5   claimants.  They haven't hired attorneys.  They don't wish to      09:32AM
 6   hire an attorney.  And so I appointed Bob Johnston to help them    09:32AM
 7   navigate through this system.  He's been talking to them.  As a    09:32AM
 8   result of his efforts and efforts of Knauf, these individuals      09:32AM
 9   have been taken care of.  So I appreciate your work.              09:32AM
10        MR. LEVIN:  Your Honor, I apologize to Bob.  Because he       09:33AM
11   had told me before this hearing that he couldn't be here for the  09:33AM
12   complete hearing; he had a personal situation.  And I didn't      09:33AM
13   think he was in the courtroom when I started off.                 09:33AM
14        THE COURT:  All right.                                        09:33AM
15             Anything on --                                           09:33AM
16        MR. JOHNSTON:  Did you hear what I said?  It was so           09:33AM
17   interesting that I just had to stay.                              09:33AM
18        THE COURT:  Okay.                                             09:33AM
19             Physical Evidence.                                       09:33AM
20        MR. LEVIN:  Mr. Davis will respond to that.                   09:33AM
21        MR. DAVIS:  Yes, Your Honor.                                  09:33AM
22             In light of your comments earlier, prior status         09:33AM
23   conferences, we've met --                                         09:33AM
24        THE COURT:  This is the issue in the Physical Evidence.      09:33AM
25   In this some type situation, the exposure to the board has        09:33AM
```

```
 1   created physical problems with a lot of appliances, particularly    09:33AM
 2   with the copper-fit appliances.  It has some negative effect        09:33AM
 3   object those appliances.  Well, those appliances and a lot of       09:33AM
 4   other board had to be stored.  And you can imagine, there may be    09:33AM
 5   hundreds or thousands of refrigerators and things of that sort.     09:34AM
 6   The issue now is what do we do with it?  It's not really fair       09:34AM
 7   for the defendants to be required to continue to pay rent for       09:34AM
 8   these warehouses that I required them to keep the material in.      09:34AM
 9           So we have to recognize, however, the case is not          09:34AM
10   over and some proof may be needed.                                  09:34AM
11           So it seems to me that it's legitimate and                 09:34AM
12   appropriate for the defendants or liaison counsel and defendants    09:34AM
13   to file a motion with the Court to find some other way.  And        09:34AM
14   what we would do is take pictures of it, take samples of it,        09:34AM
15   take video of it and have individuals look at it so that they       09:34AM
16   can be able to testify.                                             09:34AM
17           The reason I suggest the motion is that so there's         09:34AM
18   no spoliation issue that's raised by a defendant later on saying    09:34AM
19   that you intentionally and maliciously destroyed this material      09:35AM
20   so that evidence should be used against you.  I don't see it        09:35AM
21   that way.  It's a practicality.                                     09:35AM
22           So file the motion and I'll authorize another way          09:35AM
23   of preserving that evidence.                                        09:35AM
24       MR. DAVIS:  Thank you, Your Honor.                             09:35AM
25           And, in light of that, we've also had discussions          09:35AM
```

```
 1   with Ms. Bass and Ms. Wimberly of the Home Builders committee to    09:35AM
 2   try to reach some type of proposal that we will present to the      09:35AM
 3   Court.                                                              09:35AM
 4              We appreciate that, Your Honor.                          09:35AM
 5         THE COURT:  Okay.                                             09:35AM
 6              Anything from BASS?  From the builder, Moss?  Any         09:35AM
 7   problems?                                                           09:35AM
 8              I always ask the Moss representative to be here.          09:35AM
 9   In case any litigants or lawyers have any issues, they can take      09:35AM
10   it up directly with the remediation program manager, who is in      09:35AM
11   charge of all of this.                                              09:36AM
12         MR. MILLER:  Your Honor, Kerry Miller again.                  09:36AM
13              Phil Adams from Moss is here, as he has been for         09:36AM
14   the last twenty or so status conferences.  Maybe more, I can       09:36AM
15   remember.  And, if there are any issues, this presents a nice      09:36AM
16   forum form discussion.                                             09:36AM
17              But what we've seen, Your Honor, is the                  09:36AM
18   remediation program has certainly peaked and is on the down        09:36AM
19   swing.  We don't have nearly the issues we used to.               09:36AM
20              But, to the extent they do exist, Mr. Adams is          09:36AM
21   here and certainly available to address them while in New         09:36AM
22   Orleans.                                                           09:36AM
23         THE COURT:  Yes.  The people who are interested in           09:36AM
24   remediating their homes have access to professional               09:36AM
25   well-thought-of, well documented national group that's been       09:36AM
```

```
 1    doing this.                                                09:36AM

 2              And, because of the numbers that they've worked  09:36AM

 3    on, they're able to have not only the quality but also some 09:37AM

 4    break for the numbers of cases that they're handling, and  09:37AM

 5    they're able to do it and do it efficiently.  While this has 09:37AM

 6    been going on.  So individuals have applied for this program. 09:37AM

 7    And, as in all remediation or as in all building programs,  09:37AM

 8    sometimes things don't work out.  And so Moss has been able to 09:37AM

 9    be at these meetings; and, any problems that people have had, 09:37AM

10    they've been able to bring them up at these meetings and they've 09:37AM

11    been able to get attention immediately for it.             09:37AM

12              So I think the program has worked very well, and I 09:37AM

13    appreciate the cooperation of the parties in doing it.     09:37AM

14         MR. LEVIN:  Your Honor, lead and liaison counsel have 09:37AM

15    monitored what's going on with the remediation.  There's emails 09:37AM

16    every day confirming various problems and the resolution of 09:37AM

17    various problems.  And we can say that, with the undertaking 09:38AM

18    that Knauf has made through Kerry and what Moss has done, that 09:38AM

19    we only wish that the Taishan defendants behaved in the manner 09:38AM

20    in which Knauf, their counsel and Moss have behaved to the 09:38AM

21    clients that we represent.                                 09:38AM

22         THE COURT:  All right.                                09:38AM

23              Any other items on the agenda?                   09:38AM

24              The Louisiana Attorney General, anything from the 09:38AM

25    attorney general?                                          09:38AM
```

1    The representative says no.                          09:38AM

2    The next meeting is February the 12th; and,         09:38AM

3    following that, it's March the 26th.  March 26th.   09:38AM

4         MR. MILLER:  Your Honor, one thing before we break.  09:38AM

5    On the issue of Already Remediated Homes, that was  09:38AM

6    right before the Louisiana Attorney General.        09:38AM

7    Your Honor, Sean Payton was the actually first ARA  09:38AM

8    that settled this part of that component of the class action  09:38AM

9    settlement.  That was a protocol I had worked out with Mr. Davis  09:38AM

10   in terms of documentation and putting books together and so on  09:39AM

11   and so forth.                                       09:39AM

12   On that, Your Honor, we've settled about 260 of     09:39AM

13   those.  We have about 150 left.  The 260 we've settled were the  09:39AM

14   cases that had the best documentation, such as Mr. Payton's home  09:39AM

15   and others like that, where the attorneys kept and the clients  09:39AM

16   kept very good records of what went on.             09:39AM

17   For the 150 that are left, maybe some fall in that  09:39AM

18   category.  But the others, at least to us, appear to have some  09:39AM

19   evidentiary issues and so are more difficult to resolve.  09:39AM

20   What we want to do, Your Honor is perhaps set up    09:39AM

21   mediations, perhaps set up face-to-face meetings with counsel  09:39AM

22   and their clients on these issues to try and wrap these up this  09:39AM

23   year while we wrap up the other aspects of the program.  09:39AM

24        THE COURT:  That's a good idea.                09:39AM

25   What's the total number?  Some thousands?           09:39AM

```
 1            MR. MILLER:  No.  Already remediated homes?  About 410.    09:39AM

 2   So we've gotten about 260 done with about 150 left to go.          09:39AM

 3            THE COURT:  All right.                                     09:40AM

 4            MR. MILLER:  Your Honor, on that score, I've recently      09:40AM

 5   switched firms.  I know that they were looking for some contact     09:40AM

 6   information in terms of getting additional information in on         09:40AM

 7   these already remediated homes that are unsettled or setting        09:40AM

 8   mediation, things of that nature.  I provided Duncan, your law      09:40AM

 9   clerk, with my new email address.  That will be available on the   09:40AM

10   Court's website.  And certainly me and the staff that I have at     09:40AM

11   my new firm will be very attentive to this issue moving forward    09:40AM

12   at this point.                                                      09:40AM

13            THE COURT:  Good luck to you at the new firm.  I know      09:40AM

14   you'll do a good job for them.                                      09:40AM

15                 Court will stand in recess.  Thank you.              09:40AM

16                 (9:38 a.m., proceedings recessed.)                    09:40AM

17                                                                       09:41AM

18

19                      CERTIFICATE

20

21

22        I, Susan A. Zielie, Official Court Reporter, do hereby
     certify that the foregoing transcript is correct.

23

24

25                      /S/ SUSAN A. ZIELIE, FCRR
                        _____
                           Susan A. Zielie, FCRR
```

## $

**$1,000** [1] - 9:5
**$10,000** [2] - 9:6, 9:7
**$14,400** [1] - 9:8, 9:9
**$2,500** [1] - 9:10
**$393,800** [1] - 12:19
**$50,000** [2] - 19:11, 19:13

## /

**/S** [1] - 29:24

## 1

**1** [1] - 14:23
**1,000** [1] - 12:13
**1,674** [1] - 6:17
**1.7** [1] - 7:19
**10,000** [1] - 6:16
**100** [2] - 8:16, 17:15
**11,770** [1] - 7:14
**1100** [1] - 2:18
**12th** [2] - 7:14, 28:2
**150** [3] - 28:13, 28:17, 29:2
**159** [1] - 12:14
**176** [1] - 12:14
**19,726** [1] - 6:9
**19106** [1] - 2:6

## 2

**2,527** [1] - 8:14
**200** [2] - 8:17, 12:9
**2015** [2] - 1:6, 4:1
**2047** [2] - 1:5, 4:5
**21.3** [1] - 8:3
**22** [2] - 1:6, 4:1
**22,491** [1] - 6:8
**23rd** [1] - 8:25
**2450** [1] - 2:15
**25th** [1] - 23:16
**260** [3] - 28:12, 28:13, 29:2
**26th** [1] - 28:3

## 3

**3600** [1] - 2:11
**37.7** [1] - 9:13
**3700** [1] - 2:18

## 4

**4,000** [1] - 8:13
**400** [1] - 2:14
**410** [1] - 29:1
**425** [1] - 2:8

**428** [1] - 8:14
**44** [1] - 8:14

## 5

**500** [2] - 1:18, 2:6
**504.589.7781** [1] - 1:20
**504.593.0849** [1] - 2:22
**510** [1] - 2:6
**54.8** [1] - 7:18
**546** [1] - 2:21

## 7

**70086** [1] - 2:9
**701** [1] - 2:11
**70113** [1] - 2:4
**70130** [3] - 1:19, 2:15, 2:21
**70139** [1] - 2:12
**70163** [1] - 2:19

## 8

**820** [1] - 2:3
**866-866-1729** [1] - 13:2

## 9

**9,983** [1] - 6:17
**9:00** [2] - 1:7, 4:2
**9:38** [1] - 29:16

## A

**A.M** [2] - 1:7, 4:2
**a.m** [1] - 29:16
**abbreviate** [1] - 8:12
**ability** [2] - 21:15, 21:20
**able** [15] - 4:24, 7:12, 7:22, 8:22, 11:18, 11:22, 15:22, 18:18, 21:18, 25:16, 27:3, 27:5, 27:8, 27:10, 27:11
**abundance** [1] - 7:9
**accept** [2] - 10:4, 21:12
**acceptance** [3] - 10:24, 12:16, 12:21
**accepted** [3] - 10:11, 12:14, 12:20
**accepts** [1] - 10:22
**access** [1] - 26:24
**accomplished** [1] - 23:22

**act** [1] - 21:24
**Action** [2] - 13:13, 13:24
**action** [6] - 5:2, 10:10, 10:13, 13:21, 15:23, 28:8
**Actions** [1] - 13:4
**actively** [2] - 6:10, 16:6
**activities** [1] - 19:22
**Adams** [2] - 26:13, 26:20
**add** [1] - 15:24
**addition** [4] - 17:11, 17:16, 20:21, 22:17
**additional** [3] - 11:5, 21:6, 29:6
**address** [3] - 8:2, 26:21, 29:9
**ADM** [2] - 21:8, 22:19
**admitted** [1] - 11:10
**advanced** [1] - 16:4
**advertising** [1] - 16:18
**advisement** [1] - 15:19
**affiliate** [1] - 22:9
**affiliates** [3] - 19:5, 20:23, 21:23
**afford** [1] - 16:14
**afterwards** [1] - 16:10
**agenda** [3] - 4:14, 4:16, 27:23
**ago** [2] - 4:14, 21:7
**agree** [1] - 17:8
**agreement** [3] - 19:19, 19:20, 19:21
**agreements** [1] - 16:6
**AIDED** [1] - 1:23
**AIRLINE** [1] - 29:11
**ALL** [1] - 1:8
**allow** [2] - 8:23, 9:3
**almost** [2] - 11:19, 22:20
**alternative** [1] - 8:11
**amount** [2] - 9:12, 17:10
**amounts** [2] - 9:4, 9:11
**announcement** [1] - 16:21
**answering** [1] - 5:17
**anticipate** [1] - 11:14
**apologize** [1] - 24:10
**appeal** [2] - 20:14, 20:15
**appear** [2] - 13:18, 28:18
**appearance** [2] - 13:17, 20:13

**APPEARANCES** [1] - 2:1
**appliances** [4] - 25:1, 25:2, 25:3
**applied** [1] - 27:6
**appointed** [1] - 24:6
**appreciate** [6] - 5:23, 13:12, 24:3, 24:9, 26:4, 27:13
**appreciative** [1] - 13:9
**approached** [1] - 14:14
**appropriate** [2] - 22:3, 25:12
**approve** [1] - 17:21
**ARA** [1] - 28:7
**Arnold** [3] - 4:9, 14:4, 15:12
**ARNOLD** [1] - 2:5
**arrangement** [1] - 17:7
**aspect** [2] - 13:14, 19:23
**aspects** [1] - 28:23
**assessment** [3] - 5:19, 13:20, 13:21
**assets** [7] - 19:3, 20:25, 21:4, 21:6, 21:21, 21:22, 21:23
**assigned** [2] - 6:19, 7:11
**assignment** [1] - 7:10
**associated** [1] - 11:14
**association** [1] - 16:19
**assuming** [1] - 10:24
**assure** [3] - 15:20, 16:12, 20:3
**attention** [2] - 18:2, 27:11
**attentive** [1] - 29:11
**Attorney** [2] - 27:24, 28:6
**attorney** [7] - 15:11, 17:8, 17:9, 17:18, 24:6, 27:25
**attorney's** [1] - 17:11
**attorneys** [5] - 16:5, 19:11, 19:13, 24:5, 28:15
**authorize** [1] - 25:22
**authorized** [1] - 7:4
**available** [5] - 8:1, 9:12, 16:1, 26:21, 29:9
**AVENUE** [1] - 2:3
**award** [1] - 10:6
**Award** [4] - 10:7, 10:14, 10:15, 11:5
**aware** [2] - 16:1, 23:20

## B

**B406** [1] - 1:18
**back-and-forth** [1] - 23:24
**ball** [1] - 20:17
**banking** [1] - 20:1
**bankrupt** [1] - 20:7
**Banner** [4] - 6:13, 6:15, 8:7, 18:20
**bar** [1] - 16:19
**BARRIOS** [3] - 2:10, 2:11, 4:22
**basis** [2] - 5:17, 22:13
**BASS** [1] - 26:6
**Bass** [1] - 26:1
**bat** [1] - 17:4
**batting** [1] - 19:2
**beauty** [1] - 15:9
**Becnel** [7] - 14:4, 15:13, 15:20, 15:25, 16:7, 16:9, 22:5
**BECNEL** [6] - 2:7, 14:7, 15:2, 16:16, 21:5, 22:17
**Becnel's** [1] - 15:16
**becomes** [1] - 22:15
**BEFORE** [1] - 1:14
**began** [2] - 7:13, 12:18
**begin** [1] - 8:23
**begun** [3] - 9:17, 12:5, 12:17
**behalf** [1] - 4:12
**behaved** [4] - 13:16, 27:19, 27:20
**behaves** [1] - 13:16
**behind** [1] - 22:1
**benefit** [4] - 15:18, 16:3, 17:10
**BERMAN** [1] - 2:5
**best** [2] - 12:23, 28:14
**better** [1] - 11:23
**between** [3] - 19:9, 19:22, 23:1
**BMBM** [2] - 13:16, 13:21
**BMDM** [1] - 22:7
**board** [5] - 20:4, 20:5, 20:8, 24:25, 25:4
**Bob** [2] - 24:6, 24:10
**bodily** [4] - 5:11, 8:10, 9:5, 12:8
**books** [1] - 28:10
**Bowl** [1] - 14:8
**break** [2] - 27:4, 28:4
**Brees** [1] - 14:16
**brief** [1] - 23:15
**briefly** [1] - 6:6

bring [1] - 27:10
bringing [1] - 18:1
brought [1] - 19:5
BrownGreer [5] -
4:18; 5:8, 6:4, 13:7,
13:8
builder [1] - 26:6
BUILDERS [1] - 2:20
Builders [1] - 26:1
building [1] - 27:7
business [1] - 19:15
BY [7] - 1:23, 1:23,
2:3, 2:5, 2:11, 2:17,
2:20

**C**

camp [1] - 14:11
cannot [1] - 11:5
care [1] - 24:9
Cargill [2] - 21:7,
22:19
Carondelet [1] - 2:21
case [22] - 4:4, 5:22,
14:12, 14:17, 14:20,
15:7, 15:8, 16:22,
16:24, 17:6, 17:9,
17:13, 18:15, 18:16,
18:18, 19:12, 19:13,
20:12, 22:18, 25:9,
26:9
CASE [1] - 4:5
CASES [1] - 1:8
cases [7] - 4:22, 7:8,
14:19, 16:20, 16:23,
27:4, 28:14
CASTEIX [1] - 2:10
categories [1] - 8:9
category [2] - 6:17,
28:18
cattle [1] - 21:19
caution [1] - 7:9
CDWquestions@
BrownGreer [1] -
13:1
CENTRE [1] - 2:17
certainly [5] - 17:22,
23:17, 26:18, 26:21,
29:10
CERTIFICATE [1] -
29:19
certification [1] - 5:18
certify [1] - 29:22
chance [1] - 10:13
change [2] - 7:1,
10:16
changes [1] - 8:16
charge [1] - 26:11
checks [4] - 7:15,
7:17, 7:25

child [1] - 15:6
China [6] - 13:15,
19:9, 19:17, 19:18,
21:14, 22:21
Chinese [4] - 4:5, 6:5,
14:12, 15:6, 16:21,
21:6, 21:12, 21:20
CHINESE [1] - 1:4
CHINESE-
MANUFACTURED
[1] - 1:4
City [1] - 14:25
claim [24] - 5:5, 6:9,
6:12, 6:18, 6:19,
6:23, 6:24, 6:25, 7:3,
7:11, 7:18, 8:13,
9:14, 9:21, 11:2,
11:3, 11:8, 11:24,
11:25, 12:7, 15:2,
16:11
claimant [7] - 7:10,
7:22, 10:15, 10:18,
10:22, 11:4, 17:12
claimants [13] - 6:18,
7:2, 7:7, 7:16, 7:23,
10:3, 10:10, 17:15,
17:17, 23:9, 23:20,
24:5
Claims [1] - 8:8
claims [45] - 6:7, 6:8,
6:10, 6:13, 6:16, 7:2,
7:4, 7:5, 7:6, 7:8,
7:9, 7:13, 7:23, 8:7,
8:8, 8:9, 8:13, 8:21,
8:24, 9:4, 9:6, 9:8,
9:12, 9:18, 10:6,
10:7, 10:25, 11:6,
11:16, 11:17, 11:18,
11:20, 11:25, 12:6,
12:9, 12:11, 12:12,
12:14, 12:18, 12:19,
12:20, 12:22
class [4] - 5:2, 5:18,
13:21, 28:8
Class [3] - 13:4,
13:13, 13:24
clauses [1] - 19:21
clerk [1] - 29:9
client [1] - 16:22
clients [4] - 4:20,
27:21, 28:15, 28:22
clock [1] - 11:17
close [1] - 5:7
closely [1] - 5:24
closure [1] - 9:5
CMBM [2] - 13:16,
13:21
CMDM [1] - 22:7
coming [1] - 21:14
comment [1] - 23:15

comments [2] - 17:20,
24:22
commercial [1] -
16:18, 19:7
committee [8] - 4:12,
14:19, 15:17, 15:19,
15:21, 16:1, 16:11,
26:1
COMMITTEE [2] - 2:2,
2:10
common [4] - 15:18,
16:3, 17:10
commotion [1] - 16:20
companies [3] -
21:13, 21:23, 21:24
company [2] - 20:25,
22:10
competing [1] - 7:9
complaint [2] - 13:15,
16:2
Complaints [1] -
13:13
complaints [1] - 13:14
complete [2] - 6:9,
18:9, 24:12
complex [1] - 16:7
component [1] - 28:8
COMPUTER [1] - 1:23
concept [1] - 17:14
conducted [1] - 15:17
CONFERENCE [1] -
1:13
conference [5] - 4:7,
5:21, 7:20, 23:16,
23:25
conferences [2] -
24:23, 26:14
confirming [1] - 27:16
connection [2] - 14:3,
22:23
conscious [1] - 18:1
consideration [1] -
17:23
contact [3] - 5:7,
12:23, 29:5
contain [1] - 10:2
contains [1] - 19:21
contempt [1] - 22:1
content [1] - 20:20
continue [5] - 8:4,
12:10, 12:19, 23:25,
25:7
cooperation [1] -
27:13
COORDINATION [1] -
2:10
copies [1] - 14:4
copper [1] - 25:2
copper-fit [1] - 25:2
corn [2] - 21:9, 21:13

corporation [2] -
13:22, 20:1
correct [1] - 29:22
Costs [1] - 18:22
counsel [10] - 4:8,
4:13, 15:18, 16:19,
20:24, 23:17, 25:12,
27:14, 27:20, 28:21
country [1] - 20:22
course [2] - 10:24,
24:2
court [8] - 19:6, 20:14,
20:16, 20:20, 21:8,
22:13, 29:15
Court [16] - 4:19, 4:21,
5:19, 8:22, 8:25,
16:9, 20:23, 21:5,
21:6, 21:16, 22:4,
23:15, 23:23, 25:13,
26:3, 29:21
COURT [39] - 1:1,
1:17, 4:3, 4:7, 4:13,
4:21, 5:22, 6:20,
12:2, 13:3, 13:11,
13:24, 14:1, 14:3,
15:1, 15:8, 16:15,
17:5, 18:13, 18:22,
18:24, 19:10, 20:8,
21:22, 22:9, 22:24,
23:4, 23:8, 23:12,
24:3, 24:14, 24:18,
24:24, 26:5, 26:23,
27:22, 28:24, 29:3,
29:13
Court's [1] - 29:10
courtroom [1] - 24:13
created [2] - 19:8,
25:1
CURATOR [1] - 2:13

**D**

damages [2] - 5:20,
13:22
DANIEL [1] - 2:7
Danny [6] - 14:4, 14:5,
15:13, 16:9, 16:12,
22:22
date [1] - 12:21
DAVIS [5] - 2:3, 22:3,
22:22, 24:21, 25:24
Davis [2] - 24:20, 28:9
DAWN [1] - 1:2
days [2] - 10:11, 10:23
deadline [4] - 5:4,
11:7, 11:18, 11:19
deal [2] - 16:10, 17:2
dealt [1] - 17:25
December [1] - 8:25
decided [2] - 20:15,

23:13
decisions [1] - 5:18
deemed [1] - 10:11
default [2] - 13:19,
19:25
defend [1] - 19:25
defendant [3] - 15:10,
15:11, 25:18
DEFENDANT [1] -
2:16
Defendant [1] - 23:5
defendants [7] -
17:16, 18:16, 18:24,
25:7, 25:12, 27:19
defense [1] - 4:12
deficiency [1] - 5:6
denied [3] - 6:17,
6:20, 6:23
dentist [1] - 16:23
denying [1] - 8:19
destroyed [1] - 25:19
determination [1] -
10:9, 10:21
determine [2] - 9:22,
20:24
determined [2] -
10:19, 19:4
Dewan [1] - 23:1
different [5] - 6:14,
9:14, 12:7, 15:5,
17:19
difficult [1] - 28:19
direct [1] - 20:24
directly [2] - 17:4,
26:10
disbursed [1] - 12:19
discovery [1] - 20:11
discuss [1] - 4:14
discussed [1] - 15:20
discussion [1] - 26:16
discussions [1] -
25:25
dissolution [1] - 14:13
distribute [1] - 8:3
distributed [1] - 7:18
distribution [1] - 9:13
District [1] - 19:8
DISTRICT [4] - 1:1,
1:2, 1:15, 1:18
district [2] - 21:2, 21:3
document [2] - 8:19,
23:18
DOCUMENT [1] - 1:7
documentation [3] -
6:18, 28:10, 28:14
documented [1] -
26:25
documents [8] - 8:20,
10:12, 11:1, 11:3,
11:5, 11:6, 11:10,

11:24
**done** [7] - 6:11, 13:11, 16:11, 17:18, 18:12, 27:18, 29:2
**DOROTHY** [1] - 2:20
**down** [2] - 10:16, 26:18
**Dr** [1] - 16:23
**draft** [1] - 8:22
**Drew** [1] - 14:15
**Drywall** [3] - 4:6, 6:5, 16:21
**DRYWALL** [1] - 1:14
**drywall** [4] - 14:12, 15:7, 19:17, 19:18
**due** [1] - 16:14
**Duncan** [1] - 29:8
**duplicate** [3] - 7:4, 7:7, 7:22
**during** [1] - 5:20
**duty** [1] - 21:25
**dwimberly@ stonepigman.com** [1] - 2:22

### E

**Eagles** [1] - 15:15
**earned** [1] - 20:22
**Eastern** [1] - 19:8
**EASTERN** [2] - 1:2, 1:18
**effect** [2] - 21:25, 25:2
**effectively** [2] - 5:17, 23:3
**efficiently** [1] - 27:5
**efforts** [1] - 24:8
**either** [3] - 8:18, 19:24, 20:22
**ELDON** [1] - 1:14
**elevators** [1] - 21:17
**eligibility** [6] - 9:17, 9:18, 9:25, 10:4, 11:15, 12:8
**eligible** [7] - 6:16, 7:16, 8:14, 8:19, 8:24, 9:4, 12:5
**email** [2] - 12:25, 29:9
**emails** [1] - 27:15
**end** [2] - 5:6, 8:2
**ended** [1] - 23:20
**ENERGY** [1] - 2:17
**engineered** [1] - 21:9
**enter** [1] - 13:17
**entered** [1] - 8:25
**entities** [4] - 20:9, 20:10, 20:11, 20:12
**especially** [1] - 17:1
**ESQ** [2] - 2:13, 2:20
**ESQUIRE** [5] - 2:3,

2:5, 2:7, 2:11, 2:17
**essentially** [2] - 7:4, 9:11
**estate** [1] - 17:2
**evaluation** [1] - 11:23
**event** [1] - 14:22
**eventually** [2] - 20:5, 20:13
**Evidence** [2] - 24:19, 24:24
**evidence** [2] - 25:20, 25:23
**evidentiary** [1] - 28:19
**EX** [1] - 8:7
**exactly** [1] - 8:14
**exist** [1] - 26:20
**expedited** [1] - 22:13
**Expense** [1] - 14:1
**expenses** [2] - 8:11, 11:9
**expensive** [1] - 14:9
**expire** [1] - 11:20
**explain** [1] - 20:19
**explaining** [1] - 5:16
**exports** [1] - 21:16
**exposure** [1] - 24:25
**express** [1] - 17:22
**extensions** [1] - 11:18
**extensive** [1] - 15:17
**extent** [1] - 26:20

### F

**face** [2] - 28:21
**face-to-face** [1] - 28:21
**fact** [1] - 15:4
**Fact** [1] - 23:5
**failure** [1] - 8:20
**fair** [1] - 25:6
**fall** [1] - 28:17
**FALLON** [1] - 1:14
**far** [5] - 7:14, 7:18, 12:6, 18:18, 19:20
**fast** [1] - 17:24
**fast-track** [1] - 17:24
**FCRR** [3] - 1:17, 29:24, 29:25
**February** [3] - 5:20, 11:16, 28:2
**federal** [1] - 19:6
**fee** [16] - 14:20, 15:17, 15:18, 15:19, 15:21, 16:1, 16:3, 16:5, 16:11, 16:18, 17:6, 17:9, 17:10, 17:11, 17:16, 17:21
**Fee** [1] - 14:1
**feed** [1] - 21:19
**fees** [5] - 15:11, 17:18,

17:21, 19:11, 10:22
**file** [3] - 14:24, 25:13, 25:22
**filed** [1] - 21:8
**finally** [2] - 11:13, 12:23
**fining** [1] - 20:21
**finished** [1] - 14:9
**firm** [2] - 29:11, 29:13
**firms** [1] - 29:5
**first** [6] - 11:16, 11:20, 16:22, 16:23, 19:1, 28:7
**FISHBEIN** [1] - 2:5
**fit** [2] - 8:8, 25:2
**five** [3] - 4:23, 15:5, 21:7
**fixed** [2] - 17:15, 17:16
**flesh** [1] - 14:5
**flowing** [1] - 4:20
**fluctuates** [1] - 7:21
**following** [1] - 28:3
**FOR** [3] - 2:2, 2:10, 2:20
**foreclosure** [2] - 8:10, 12:8
**foreclosures** [1] - 20:7
**foregoing** [1] - 29:22
**form** [3] - 10:25, 12:24, 26:16
**forms** [2] - 5:5, 8:1
**Forms** [1] - 23:5
**forth** [3] - 15:9, 23:24, 28:11
**forty** [1] - 12:18
**forty-three** [1] - 12:18
**forum** [1] - 26:16
**forward** [1] - 29:11
**four** [2] - 8:9, 8:13
**Frequently** [1] - 23:8
**Frilot** [1] - 2:16
**fund** [3] - 5:4, 6:22, 6:24
**funds** [2] - 5:9, 15:3

### G

**game** [1] - 18:8
**Garretson** [1] - 5:2
**GBI** [2] - 7:13, 11:2
**general** [2] - 14:15, 27:25
**General** [2] - 27:24, 28:6
**generally** [3] - 7:7, 10:23, 17:10
**genetically** [1] - 21:9
**Global** [3] - 6:12, 6:15, 8:7
**grain** [4] - 21:16,

21:17, 21:18, 22:20
**grant** [1] - 11:18
**great** [2] - 5:25, 19:8
**group** [4] - 18:10, 23:19, 24:1, 26:25
**Group** [1] - 5:2
**guess** [1] - 15:8

### H

**handled** [2] - 14:17, 19:13
**handling** [1] - 27:4
**head** [1] - 5:1
**health** [2] - 17:1, 17:25
**hear** [4] - 4:8, 15:12, 17:20, 24:16
**HEARD** [1] - 1:14
**hearing** [5] - 5:20, 21:10, 22:18, 24:11, 24:12
**held** [1] - 22:1
**help** [5] - 5:23, 5:25, 5:11, 23:25, 24:6
**helpful** [1] - 22:23
**hereby** [1] - 29:21
**HERMAN** [1] - 2:2
**Herman** [1] - 4:10
**high** [1] - 9:2
**HIGHWAY** [1] - 2:8
**hire** [2] - 17:8, 24:6
**hired** [1] - 24:5
**hold** [1] - 15:13
**HOME** [1] - 2:20
**Home** [1] - 26:1
**home** [3] - 14:9, 20:17, 28:14
**homes** [9] - 17:15, 18:9, 18:11, 18:19, 20:4, 26:24, 29:1, 29:7
**Homes** [1] - 28:5
**Honor** [23] - 4:9, 4:11, 4:22, 6:3, 16:16, 18:5, 18:7, 18:12, 22:3, 22:12, 23:1, 24:10, 24:21, 25:24, 26:4, 26:12, 26:17, 27:14, 28:4, 28:7, 28:12, 28:20, 29:4
**HONORABLE** [1] - 1:14
**hopes** [1] - 4:24
**house** [1] - 14:12
**hundreds** [1] - 25:5
**hurting** [1] - 19:12

### I

**idea** [1] - 11:21, 28:24
**ignored** [1] - 19:7
**imagine** [1] - 25:4
**immediately** [1] - 27:11
**IN** [1] - 1:4, 8:7
**IN-EX** [1] - 8:7
**IN/EX** [2] - 6:13, 6:15
**IN\EX** [1] - 18:20
**including** [3] - 17:23, 18:10, 20:2
**incomplete** [3] - 8:15, 8:18, 8:21
**incompleteness** [1] - 8:15
**increase** [1] - 7:19
**independent** [1] - 10:20
**independently** [1] - 10:8
**indication** [1] - 12:2
**individual** [1] - 16:5
**individuals** [3] - 24:8, 25:15, 27:6
**information** [5] - 12:23, 21:6, 22:6, 29:6
**informed** [2] - 23:10, 23:21
**injury** [5] - 5:11, 8:10, 9:5, 12:8
**inning** [3] - 18:8, 18:25, 19:2
**inspected** [1] - 15:5
**inspections** [1] - 15:4
**instructions** [1] - 10:2
**insufficient** [2] - 6:17, 10:5
**intentionally** [1] - 25:19
**interested** [3] - 19:12, 19:14, 26:23
**interesting** [4] - 17:5, 17:13, 23:13, 24:17
**interests** [1] - 13:23, 20:2
**interview** [1] - 15:24
**interviews** [1] - 15:17
**issue** [14] - 4:18, 7:6, 7:25, 9:17, 9:25, 10:19, 12:10, 14:6, 20:25, 24:24, 25:6, 25:18, 28:5, 29:11
**issued** [6] - 7:14, 11:16, 12:6, 12:7, 12:9, 12:13
**issues** [9] - 5:10, 7:22, 15:20, 17:25, 26:9,

26:15, 26:19, 28:19, 28:22
**issuing** [4] - 7:13, 9:18, 12:5, 12:17
**item** [3] - 13:4, 13:24, 14:1
**itemized** [1] - 11:9
**items** [1] - 27:23
**itself** [1] - 22:10

**J**

**Jake** [3] - 5:7, 6:1, 6:3
**JANUARY** [2] - 1:6, 4:1
**job** [2] - 13:11, 29:14
**john** [1] - 21:8
**JOHNSTON** [4] - 2:13, 2:14, 23:13, 24:16
**Johnston** [2] - 23:10, 24:6
**joint** [1] - 4:23
**Judge** [2] - 22:17, 23:1
**judge** [5] - 5:23, 14:7, 21:2, 22:18
**JUDGE** [1] - 1:15
**judgment** [2] - 13:20, 19:25
**judiciary** [1] - 22:15
**jump** [1] - 5:1

**K**

**Kansas** [2] - 14:24, 21:11
**KATZ** [1] - 2:2
**keep** [1] - 25:8
**kept** [2] - 28:15, 28:16
**Kerry** [6] - 4:11, 18:4, 18:5, 23:21, 26:12, 27:18
**KERRY** [1] - 2:17
**kind** [1] - 15:5, 21:23
**kinds** [1] - 16:19
**KINGSDORF** [1] - 2:10
**Knauf** [12] - 4:12, 16:24, 18:20, 19:1, 20:4, 20:9, 20:11, 23:17, 23:19, 24:8, 27:18, 27:20
**KNAUF** [1] - 2:16
**knows** [3] - 17:6, 18:14, 21:16

**L**

**LA** [7] - 1:19, 2:4, 2:9, 2:12, 2:15, 2:19,

2:21
**lake** [1] - 14:8
**LAPLACE** [1] - 2:9
**largely** [5] - 6:17, 7:1, 7:6, 7:11, 8:5
**larger** [1] - 7:15
**largest** [1] - 6:12
**last** [13] - 5:8, 7:14, 7:19, 8:16, 13:24, 18:8, 18:10, 18:11, 23:21, 23:25, 24:1, 26:14
**late** [1] - 23:19
**law** [1] - 29:8
**LAW** [1] - 2:13
**lawyers** [1] - 26:9
**lead** [3] - 4:13, 16:2, 27:14
**least** [1] - 28:18
**left** [4] - 8:3, 28:13, 28:17, 29:2
**legitimate** [1] - 25:11
**LEONARD** [1] - 2:3
**less** [1] - 9:22
**letters** [1] - 14:4
**LEVIN** [21] - 2:5, 2:5, 4:9, 4:18, 5:14, 13:6, 13:13, 13:25, 14:2, 15:13, 18:21, 18:23, 18:25, 19:11, 22:12, 22:25, 23:7, 23:10, 24:10, 24:20, 27:14
**Levin** [1] - 4:9
**LIABILITY** [1] - 1:4
**Liability** [1] - 4:6
**liaison** [5] - 4:8, 4:10, 4:13, 25:12, 27:14
**light** [2] - 24:22, 25:25
**line** [1] - 7:25
**link** [1] - 22:22
**links** [2] - 22:7, 22:8
**list** [2] - 9:18, 11:9
**listed** [1] - 4:23
**listened** [1] - 13:7
**litigants** [4] - 15:9, 17:7, 26:9
**litigation** [4] - 4:6, 16:4, 16:13, 19:4
**LITIGATION** [1] - 1:5
**live** [1] - 14:10
**living** [2] - 8:11, 14:7
**LLC** [2] - 2:14, 2:16
**look** [2] - 11:8, 25:15
**looking** [1] - 29:5
**Loomis** [1] - 14:15
**lose** [1] - 10:13
**Loss** [9] - 8:8, 8:9, 8:24, 9:4, 9:12, 9:18, 11:16, 11:19, 12:17

**loss** [5] - 5:4, 5:9, 6:24, 6:25, 9:6
**losses** [2] - 9:9, 9:22
**lost** [4] - 8:10, 9:7, 12:11, 20:14
**Louisiana** [1] - 19:8, 21:17, 27:24, 28:6
**LOUISIANA** [4] - 1:2, 1:6, 1:18, 4:1
**low** [1] - 8:21
**lower** [1] - 9:23
**luck** [1] - 29:13

**M**

**madam** [1] - 22:12
**main** [1] - 8:9
**major** [1] - 21:16
**majority** [1] - 11:15
**maliciously** [1] - 25:19
**manager** [2] - 14:15, 26:10
**MANAGER** [1] - 4:5
**Mandeville** [1] - 14:8
**manner** [2] - 13:9, 27:19
**MANUFACTURED** [1] - 1:4
**manufactured** [1] - 20:9
**Manufactured** [1] - 4:6
**March** [3] - 11:20, 28:3
**marriage** [1] - 14:13
**master** [7] - 10:6, 10:8, 10:20, 10:11, 11:14, 11:17, 12:15
**Master** [4] - 10:7, 10:14, 10:15, 11:4
**material** [3] - 22:11, 25:8, 25:19
**matter** [2] - 4:8, 5:24
**matters** [1] - 22:11
**MDL** [6] - 17:9, 21:2, 21:10, 22:17, 22:19
**mDL** [1] - 1:5
**mean** [1] - 6:20
**MECHANICAL** [1] - 1:23
**mediation** [1] - 29:8
**mediations** [1] - 28:21
**Medicaid** [1] - 5:11
**Medicare** [1] - 5:11
**Medicare-Medicaid** [1] - 5:11
**meeting** [2] - 12:3, 28:2
**meetings** [3] - 27:9, 27:10, 28:21
**members** [1] - 14:16
**mention** [2] - 8:15,

9:20
**mentioned** [8] - 8:4, 9:23, 10:20, 12:5, 12:10, 12:24, 15:25, 18:15
**merits** [1] - 15:16
**met** [2] - 4:13, 24:23
**Mickey** [1] - 14:15
**might** [1] - 15:24
**MILLER** [7] - 2:17, 4:11, 18:5, 26:12, 28:4, 29:1, 29:4
**Miller** [4] - 4:11, 18:6, 23:21, 26:12
**millin** [1] - 9:13
**million** [3] - 7:18, 7:19, 8:3
**mind** [1] - 14:18
**minute** [1] - 14:9
**miscellaneous** [2] - 6:10, 9:9
**modified** [1] - 9:11
**moment** [2] - 4:13, 23:24
**money** [5] - 4:19, 6:2, 6:21, 19:10, 21:8
**monitored** [1] - 27:15
**month** [7] - 5:7, 7:1, 8:16, 13:8
**monthly** [3] - 4:7, 6:4, 9:7
**morning** [6] - 4:3, 4:9, 4:11, 6:3, 14:24, 18:5
**Moss** [7] - 18:9, 26:6, 26:8, 26:13, 27:8, 27:18, 27:20
**motion** [3] - 25:13, 25:17, 25:22
**motions** [1] - 4:15
**move** [2] - 9:20, 14:10
**moved** [1] - 14:12
**moving** [2] - 8:18, 29:11
**MR** [39] - 4:9, 4:11, 4:18, 5:14, 6:3, 6:23, 12:4, 13:6, 13:13, 13:25, 14:2, 14:7, 15:2, 15:13, 16:16, 18:5, 18:21, 18:23, 18:25, 19:11, 21:5, 22:3, 22:12, 22:17, 22:22, 22:25, 23:7, 23:10, 23:13, 24:10, 24:16, 24:20, 24:21, 25:24, 26:12, 27:14, 28:4, 29:1, 29:4
**MS** [1] - 4:22
**multiple** [1] - 7:17
**MURRAY** [1] - 2:13

**N**

**name** [1] - 6:3
**national** [1] - 26:25
**nature** [1] - 29:8
**navigate** [1] - 24:7
**nearly** [1] - 26:19
**necessarily** [2] - 4:15, 5:15
**need** [4] - 11:2, 11:3, 12:25, 17:25
**needed** [1] - 25:10
**needn't** [1] - 23:11
**needs** [1] - 19:7
**negative** [2] - 23:24, 25:2
**negotiated** [1] - 14:18
**never** [1] - 23:24
**New** [2] - 2:21, 26:21
**new** [5] - 14:2, 18:7, 29:9, 29:11, 29:13
**NEW** [4] - 1:6, 1:19, 2:4, 2:12, 2:15, 2:19, 4:1
**next** [4] - 12:3, 13:4, 14:1, 28:2
**nice** [1] - 26:15
**ninety** [2] - 12:16, 18:9
**ninety-plus** [1] - 18:9
**ninth** [1] - 18:25
**nobody's** [1] - 17:20
**Northwest** [1] - 19:16
**nothing** [6] - 14:2, 18:7, 18:21, 18:23, 23:7, 23:8
**notice** [3] - 9:25, 10:1, 10:4
**notices** [9] - 5:6, 9:17, 9:18, 10:2, 11:15, 12:6, 12:8, 12:9, 12:10
**notified** [1] - 14:21
**notify** [1] - 23:23
**November** [1] - 23:16
**number** [11] - 6:7, 7:15, 7:21, 8:15, 8:21, 9:15, 9:21, 10:19, 24:4, 28:25
**numbers** [5] - 7:1, 9:16, 9:22, 27:2, 27:4

**O**

**o'clock** [1] - 14:23
**O'KEEFE** [1] - 2:3
**object** [2] - 16:9, 25:3
**obtain** [1] - 12:24
**obviously** [1] - 22:14
**OF** [4] - 1:2, 1:13,

1:18, 2:13
**offer** [9] - 9:19, 9:23, 9:24, 10:4, 10:5, 10:11, 10:14, 10:16, 10:22
**offers** [2] - 9:4, 12:14
**office** [1] - 23:18
**OFFICES** [1] - 2:13
**Official** [1] - 29:21
**OFFICIAL** [1] - 1:17
**Omnibus** [2] - 13:4, 13:14
**omnibus** [1] - 16:2
**once** [3] - 11:3, 11:20, 19:24
**one** [11] - 5:14, 5:17, 7:10, 7:17, 13:6, 13:14, 19:23, 20:9, 23:19, 28:4
**one-to-one** [1] - 5:17
**ongoing** [2] - 19:15, 19:21
**opportunity** [2] - 17:22, 20:18
**options** [1] - 10:3
**order** [6] - 4:16, 5:8, 5:18, 6:11, 8:25, 21:1
**ordered** [1] - 21:25
**Orders** [1] - 4:17
**orders** [1] - 21:25
**Oregon** [3] - 19:4, 19:5, 22:16
**ORLEANS** [7] - 1:6, 1:19, 2:4, 2:12, 2:15, 2:19, 4:1
**Orleans** [2] - 2:21, 26:22
**otherwise** [1] - 17:25
**outstanding** [1] - 13:15
**owe** [1] - 21:24
**own** [1] - 7:12

## P

**PA** [1] - 2:6
**page** [1] - 4:23
**paid** [11] - 7:5, 11:22, 12:18, 14:22, 14:25, 16:18, 17:3, 17:16, 21:13, 21:14
**paper** [1] - 23:19
**papers** [1] - 22:4
**parent** [1] - 16:23
**Parish** [1] - 21:8
**part** [1] - 28:8
**participate** [1] - 20:19
**participating** [1] - 20:14

**particular** [4] - 16:11, 17:5, 17:13, 18:15
**particularly** [3] - 5:8, 5:10, 25:1
**parties** [3] - 8:22, 19:22, 27:13
**passed** [1] - 11:6
**past** [1] - 13:17
**pay** [4] - 17:8, 17:17, 22:13, 25:7
**paying** [1] - 15:11
**payment** [10] - 7:5, 7:16, 7:24, 7:25, 10:4, 10:12, 10:23, 12:17, 12:20
**payments** [6] - 5:12, 7:13, 7:21, 8:4, 8:23, 12:19
**payouts** [1] - 5:9
**Payton** [7] - 14:6, 14:21, 15:14, 15:25, 16:13, 16:17, 28:7
**Payton's** [1] - 28:14
**peaked** [1] - 26:18
**pending** [1] - 4:23
**people** [5] - 11:21, 17:24, 24:1, 26:23, 27:9
**per** [2] - 7:5, 11:3
**percent** [3] - 12:16, 17:15, 18:9
**percentage** [1] - 20:21
**perfect** [1] - 19:24
**perhaps** [3] - 19:2, 28:20, 28:21
**periodically** [1] - 17:1
**personal** [2] - 13:6, 24:12
**petroleum** [1] - 20:1
**Phil** [1] - 26:13
**Philadelphia** [1] - 15:14
**PHILADELPHIA** [1] - 2:6
**physical** [2] - 24:19, 25:1
**Physical** [1] - 24:24
**pictures** [1] - 25:14
**piece** [1] - 23:18
**PIGMAN** [1] - 2:20
**place** [2] - 5:20, 12:23
**plaintiff** [2] - 16:2, 23:5
**plaintiff's** [3] - 4:10, 14:19, 15:18
**plaintiffs** [1] - 5:16
**PLAINTIFFS** [1] - 2:7
**PLAINTIFFS'** [1] - 2:2
**plus** [2] - 17:18, 18:9
**point** [2] - 13:19,

29:12
**points** [1] - 9:2
**poor** [1] - 20:3
**portion** [1] - 17:11
**Portland** [1] - 19:4, 19:5, 22:15
**poster** [1] - 15:6
**potentially** [1] - 6:24
**POYDRAS** [4] - 1:18, 2:11, 2:14, 2:18
**practicality** [1] - 25:21
**practice** [1] - 19:2
**PRALE** [4] - 8:12, 9:8, 12:9, 12:11
**pre** [1] - 8:11
**pre-remediation** [1] - 8:11
**precluded** [1] - 19:20
**predated** [1] - 18:17
**prefer** [1] - 11:7
**prepare** [1] - 22:3
**prepared** [1] - 13:19
**preparing** [1] - 5:6
**present** [3] - 10:12, 10:25, 26:2
**presentation** [1] - 8:2
**presents** [1] - 26:15
**preserving** [1] - 25:23
**pretrial** [1] - 5:21
**Pretrial** [1] - 4:17
**pretty** [1] - 12:20
**previously** [1] - 6:19
**PRO** [1] - 2:13
**pro** [7] - 6:14, 9:11, 9:13, 9:15, 18:10, 23:9, 24:4
**problems** [6] - 8:5, 25:1, 26:7, 27:9, 27:16, 27:17
**proceed** [1] - 10:3
**proceeding** [2] - 5:25, 9:16
**proceedings** [4] - 13:18, 20:20, 22:14, 29:16
**PROCEEDINGS** [2] - 1:13, 1:23
**process** [9] - 5:5, 8:5, 10:1, 11:12, 11:25, 12:1, 16:7, 16:14, 20:6
**produced** [1] - 21:9
**PRODUCED** [1] - 1:23
**Products** [1] - 4:6
**PRODUCTS** [1] - 1:4
**professional** [1] - 26:24
**Profile** [1] - 23:5
**profits** [1] - 20:22

**program** [9] - 6:5, 18:8, 18:17, 19:1, 26:10, 26:18, 27:6, 27:12, 28:23
**Program** [2] - 18:3, 18:14
**programs** [1] - 27:7
**progress** [1] - 8:17
**prolix** [1] - 16:7
**proof** [1] - 25:10
**properties** [1] - 24:2
**property** [2] - 7:5, 9:8
**proposal** [1] - 26:2
**protocol** [1] - 28:9
**provide** [1] - 22:6
**provided** [5] - 20:21, 23:18, 29:8
**PSC** [2] - 13:7, 15:2
**PTO-29** [3] - 8:23, 9:2, 9:3
**public** [1] - 16:21
**purchased** [1] - 19:17
**purchasing** [1] - 19:15
**purely** [1] - 14:20
**pursue** [2] - 13:20, 19:6
**pursued** [2] - 13:21, 16:6
**pursuing** [2] - 19:3
**put** [1] - 7:24
**puts** [1] - 12:15
**putting** [1] - 28:10

## Q

**quality** [1] - 27:3
**Questions** [1] - 23:8
**questions** [2] - 9:1, 11:13
**quickly** [1] - 12:20

## R

**raised** [1] - 25:18
**rapidly** [1] - 10:23
**rata** [4] - 6:14, 9:11, 9:13, 9:15
**rate** [1] - 12:16
**rather** [2] - 14:8, 18:15
**re** [2] - 4:5
**RE** [1] - 1:4
**reach** [1] - 26:2
**really** [4] - 14:12, 18:7, 25:6
**reason** [1] - 25:17
**reasons** [1] - 13:18
**receive** [5] - 6:24, 7:17, 7:24, 10:4, 10:14
**received** [5] - 7:10,

9:1, 11:13, 12:13, 14:3
**receiving** [1] - 10:3
**recently** [1] - 29:4
**recess** [1] - 29:15
**recessed** [1] - 29:16
**recognize** [1] - 25:9
**reconcile** [1] - 7:22
**reconciling** [3] - 7:4, 7:11, 8:18
**RECORDED** [1] - 1:23
**records** [1] - 28:16
**refer** [2] - 8:8, 11:10
**refrigerators** [1] - 25:5
**refused** [2] - 20:19, 21:12
**regard** [11] - 5:8, 5:10, 5:11, 5:18, 5:19, 6:2, 13:13, 16:11, 18:21, 19:1, 19:2
**RELATES** [1] - 1:7
**relevant** [1] - 22:15
**relocation** [1] - 6:13
**remaining** [1] - 12:11
**remediate** [1] - 18:19
**Remediated** [1] - 28:5
**remediated** [3] - 20:5, 29:1, 29:7
**remediating** [1] - 26:24
**Remediation** [2] - 18:3, 18:14
**remediation** [10] - 8:11, 18:8, 18:17, 19:1, 23:21, 24:2, 26:10, 26:18, 27:7, 27:15
**remember** [1] - 26:15
**rent** [5] - 8:10, 9:7, 9:8, 12:11, 25:7
**rental** [1] - 9:8
**repair** [1] - 6:13
**reply** [1] - 16:16
**report** [12] - 4:19, 4:23, 5:3, 6:1, 6:5, 13:7, 15:22, 15:23, 16:8, 16:9, 16:10, 18:7
**REPORTER** [1] - 1:17
**reporter** [1] - 22:13
**Reporter** [1] - 29:21
**represent** [2] - 14:14, 27:21
**representation** [1] - 16:1
**representative** [2] - 26:8, 28:1
**request** [7] - 10:5, 10:7, 10:13, 11:4, 11:10, 15:16, 22:12

requested [1] - 12:15
requests [2] - 10:15, 10:18
require [1] - 7:23
required [2] - 25:7, 25:8
requirements [1] - 8:19
Reserve [2] - 21:16, 22:21
resisted [2] - 20:12, 20:13
resolution [5] - 9:3, 9:19, 10:14, 10:22, 27:16
resolve [2] - 12:21, 28:19
resolved [1] - 4:24
respond [1] - 24:20
responses [1] - 12:14
result [3] - 16:20, 20:18, 24:8
resulted [1] - 14:13
retainer [1] - 16:5
review [7] - 9:21, 10:8, 10:20, 11:11, 11:22, 12:15, 15:23
reviewed [2] - 6:9, 11:24
reviewing [2] - 5:5, 6:10
RMR [1] - 1:17
ROBERT [2] - 2:13, 2:14
ROOM [1] - 1:18
routed [1] - 10:7
run [1] - 23:2
Russ [1] - 4:10

## S

Saint's [1] - 14:10
Saints [2] - 14:15, 16:17
sale [3] - 8:10, 9:5, 12:9
sales [3] - 8:11, 9:6, 12:11
samples [1] - 25:14
SASAC [6] - 13:15, 13:16, 13:20, 13:22, 19:24, 19:25
satisfy [1] - 8:19
score [1] - 29:4
SE [1] - 2:13
se [3] - 18:11, 23:9, 24:4
Sean [8] - 14:6, 14:7, 14:21, 15:14, 15:25, 16:13, 16:17, 28:7

season [1] - 14:11
seated [1] - 4:3
SEDRAN [1] - 2:5
see [5] - 7:7, 8:17, 16:9, 22:16, 25:20
seeing [2] - 8:5, 19:20
seeking [1] - 15:18
segment [1] - 16:4
segue [1] - 5:14
seize [4] - 21:4, 21:18, 22:10, 22:11
seized [1] - 20:23
seizure [1] - 20:25
sending [1] - 16:18
sent [1] - 21:20
separate [1] - 21:10
September [1] - 7:14
Serpe [3] - 4:25, 5:16, 23:1
service [3] - 16:21, 19:24, 20:13
set [3] - 6:7, 28:20, 28:21
sets [1] - 17:9
setting [1] - 29:7
Settings [1] - 4:21
settled [6] - 14:20, 19:12, 20:12, 28:8, 28:12, 28:13
settlement [15] - 5:15, 6:5, 6:15, 6:16, 14:18, 17:14, 18:18, 18:20, 19:19, 19:20, 19:21, 19:22, 22:25, 28:9
settlements [6] - 5:2, 5:15, 6:14, 7:17, 15:10
seven [1] - 10:23
seventeen [1] - 12:15
several [2] - 18:15, 18:19
share [2] - 6:14, 9:12
Shared [1] - 18:22
shift [1] - 18:10
shipped [1] - 22:21
short [4] - 6:11, 8:10, 9:5, 12:8
shortage [2] - 19:16, 19:17
shorter [1] - 12:1
showed [1] - 20:14
showing [1] - 14:4
simple [1] - 5:3
sit [2] - 21:2
situation [6] - 15:24, 17:1, 17:19, 17:24, 24:12, 24:25
six [2] - 13:19, 21:7

sold [1] - 21:18
sometimes [1] - 27:8
sort [1] - 25:5
speaks [1] - 4:19
special [7] - 10:6, 10:8, 10:20, 11:11, 11:14, 11:21, 12:15
Special [4] - 10:7, 10:14, 10:15, 11:4
speed [1] - 11:12
spoliation [1] - 25:18
spouses [1] - 7:8
spring [1] - 18:12
St [1] - 21:8
stable [1] - 8:5
staff [2] - 23:18, 29:10
stage [2] - 6:7, 7:3
stand [2] - 22:1, 29:15
standard [1] - 9:25
standpoint [1] - 15:9
start [2] - 6:6, 11:17
started [2] - 18:11, 24:13
State [1] - 4:21
STATE/FEDERAL [1] - 2:10
STATES [2] - 1:1, 1:15
States [4] - 13:23, 20:2, 21:1, 21:3
status [8] - 4:7, 6:4, 7:19, 23:16, 23:21, 23:25, 24:22, 26:14
STATUS [1] - 1:13
stay [3] - 10:17, 23:14, 24:17
STEERING [1] - 2:2
steering [2] - 4:12, 5:17
STENOGRAPHY [1] - 1:23
STONE [1] - 2:20
stored [1] - 25:4
straight [1] - 9:13
streamline [1] - 11:11
STREET [5] - 1:18, 2:6, 2:11, 2:14, 2:18
Street [1] - 2:21
submit [6] - 8:20, 8:23, 11:3, 11:5, 11:6, 11:7
submitted [4] - 6:8, 6:18, 7:8, 11:1
substituting [1] - 4:10
suggest [1] - 25:17
suit [2] - 19:5, 21:8
SUITE [5] - 2:6, 2:8, 2:11, 2:15, 2:18
Super [1] - 14:8
Supply [2] - 22:24

support [2] - 11:2, 11:9
supporting [1] - 11:6
Susan [2] - 29:21, 29:25
SUSAN [2] - 1:17, 29:24
susan_zielie@laed.uscourts.gov [1] - 1:19
swing [1] - 26:19
switched [1] - 29:5
Syngenta [1] - 21:9
system [3] - 19:6, 21:8, 21:24, 24:7

## T

Taishan [10] - 5:16, 5:19, 16:24, 18:24, 19:2, 19:4, 20:5, 20:10, 20:12, 27:19
team [1] - 14:16
tenant [1] - 9:9
terms [2] - 28:10, 29:6
testify [1] - 25:16
THE [40] - 1:14, 2:2, 2:10, 4:3, 4:7, 4:13, 4:21, 5:22, 6:20, 12:2, 13:3, 13:11, 13:24, 14:1, 14:3, 15:1, 15:8, 16:15, 17:5, 18:13, 18:22, 18:24, 19:10, 20:8, 21:22, 22:9, 22:24, 23:4, 23:8, 23:12, 24:3, 24:14, 24:18, 24:24, 26:5, 26:23, 27:22, 28:24, 29:3, 29:13
themselves [2] - 15:10, 17:22
they've [7] - 5:7, 13:11, 15:14, 18:18, 27:2, 27:10
thirty [2] - 10:10, 11:17
thirty-day [1] - 11:17
thousand [2] - 12:7, 18:19
thousands [2] - 25:5, 28:25
three [5] - 4:22, 6:14, 9:7, 12:7, 12:18
THURSDAY [2] - 1:6, 4:1
timber [2] - 19:16
timeline [1] - 11:14
TO [1] - 1:7
today [2] - 4:19, 5:3

together [1] - 28:10
total [3] - 6:7, 6:8, 28:25
track [1] - 17:24
training [1] - 14:10
transcript [2] - 22:14, 29:22
TRANSCRIPT [2] - 1:13, 1:23
TRANSCRIPTION [1] - 1:23
treat [2] - 16:2, 16:3
treated [1] - 16:7
Trial [1] - 4:21
trial [1] - 20:11
try [3] - 23:25, 26:2, 28:22
trying [1] - 18:10
twenty [1] - 26:14
two [5] - 7:8, 7:17, 10:3, 16:23, 20:9
type [6] - 6:12, 6:23, 7:3, 9:15, 17:24, 24:25, 26:2
types [3] - 6:9, 8:14, 12:7

## U

umbrella [2] - 13:22, 20:1
under [2] - 6:16, 15:19
undertaken [1] - 18:17
undertaking [1] - 27:17
unfortunately [1] - 20:6
unfortunates [1] - 20:3
United [4] - 13:23, 20:2, 21:1, 21:3
UNITED [2] - 1:1, 1:15
unsettled [1] - 29:7
up [19] - 9:5, 9:6, 9:9, 9:21, 10:16, 10:21, 11:12, 14:11, 20:14, 23:20, 26:10, 27:10, 28:20, 28:21, 28:22, 28:23
US [1] - 21:19
utilized [1] - 19:6

## V

value [1] - 9:14
variables [1] - 10:19
variety [1] - 8:9
various [2] - 27:16, 27:17
varying [1] - 9:4

**vast** [1] - 11:15
**Venture** [2] - 22:24
**verification** [3] - 7:23,
  10:24, 12:24
**verified** [2] - 9:7, 9:22
**video** [1] - 25:15
**violated** [1] - 22:1
**Virginia** [5] - 4:24, 5:2,
  5:15, 22:25

## W

**W-9** [3] - 7:23, 10:24,
  12:24
**wait** [2] - 17:1, 18:16
**walk** [1] - 20:15
**wall** [1] - 19:8
**Wall** [1] - 23:1
**WALNUT** [1] - 2:6
**warehouses** [1] - 25:8
**website** [3] - 8:1,
  12:25, 29:10
**week** [4] - 11:16,
  11:20, 12:18, 14:21
**weeks** [3] - 13:19,
  21:7
**well-thought-of** [1] -
  26:25
**whole** [2] - 14:11, 20:6
**wife** [2] - 14:9, 14:11
**Wimberly** [1] - 26:1
**WIMBERLY** [1] - 2:20
**wish** [2] - 24:5, 27:19
**wishes** [1] - 11:4
**withdraw** [1] - 7:7
**withdrawing** [1] - 7:2
**Woody** [2] - 5:8, 6:4
**WOODY** [3] - 6:3,
  6:23, 12:4
**world** [1] - 20:2
**wound** [1] - 14:11
**wrap** [2] - 28:22, 28:23
**wrongfully** [1] - 22:10
**www3.BrownGreer.**
  **com/drywall** [1] -
  12:25

## Y

**year** [4] - 7:14, 14:8,
  18:12, 28:23
**yesterday** [2] - 21:10,
  22:18

## Z

**Zielie** [2] - 29:21,
  29:25
**ZIELIE** [2] - 1:17,
  29:24