*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# CNBM
# China National Building Material Company Limited*
# 中 國 建 材 股 份 有 限 公 司

(*a joint stock limited company incorporated in the People's Republic of China with limited liability*)

(Stock Code: 3323)

## VOLUNTARY ANNOUNCEMENT
## DEVELOPMENT OF GYPSUM BOARD LITIGATION IN THE US

On 18 July 2014, China National Building Material Company Limited*（中國建材股份有限公司）(the "**Company**", the Company and its subsidiaries, together, "the **Group**")) was notified by Beijing New Building Material Public Limited Company* (北新集團建材股份有限公司) ("**BNBM**"), a 52.4% held subsidiary of the Company, that the motions made by Taishan Gypsum Company Limited* (泰山石膏股份有限公司) ("**Taishan Gypsum**"), a 65% held subsidiary of BNBM, in respect of some of the gypsum board litigation cases in the United States of America (the "**US**") to vacate the default judgment and the preliminary entry of the default order and to dismiss legal action on the ground that the US courts did not have personal jurisdiction had been dismissed. As Taishan Gypsum does not agree that the US courts have jurisdiction and objects to the substantive disputes being heard by a court without jurisdiction, it has, after due and careful consideration, decided not to continue to participate in any of the gypsum board litigation brought against Taishan Gypsum in the US courts.

T: 6/2/15-6/4/15
Exhibit 27

CONTEMPT
Exhibit 3

CNBMCO00000001

Since 2009, various gypsum board cases against a number of enterprises including at least dozens of Chinese gypsum board manufacturers have been brought by, among others, a number of homeowners and construction companies in the US, and the amounts involved will be determined by the US courts after the hearings. Since 2010, Taishan Gypsum has engaged one US well-known law firm to act on its behalf in the gypsum board litigation in the US. Before Taishan Gypsum responded to any legal action, a US district court had made a default judgment against Taishan Gypsum in one of the cases involving the owners of seven properties in the sum of US$2,758,356.52 with interest accruing from May 2010. Currently, the US courts have only made substantive ruling on merits in respect of the above one case. BNBM has been listed as one of the defendants in various gypsum board litigation cases in the US. Although the Company has neither produced nor exported any gypsum boards, it has also been listed as a one of the defendants in various gypsum board litigation cases in the US. Both the Company and BNBM have not participated in any gypsum board litigation in the US. Each of the Company, BNBM and Taishan Gypsum expects that the US courts may begin to make substantive default judgments on merits against them in the near future.

At present, it is unable to ascertain the number of plaintiffs and properties involved in the US gypsum board cases and it is also difficult to accurately predict the possible rulings. Although the US lawyers of BNBM and Taishan Gypsum estimate that the damages that might be imposed in the US court's default judgments for the gypsum board cases might be very large, since the major assets of the Company, BNBM and Taishan Gypsum are all located in China, according to the US and Chinese lawyers whom BNBM and Taishan Gypsum had respectively consulted, the possibility of the US judgments being enforced in China is very low. Therefore, based on information currently available to the Company, the Company believes that the US courts' judgments will not result in significant economic loss to the Group and will not have material adverse impact on the Group's production and operation.

This announcement is made on a voluntary basis and not required specifically under Part XIVA of the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong) (the "SFO") or the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited (the "**Listing Rules**").

CNBMCO00000002

# 1. INTRODUCTION

References are made to the overseas regulatory announcement of the Company dated 30 May 2010 in respect of an announcement released by BNBM, a 52.4% held subsidiary of the Company, relating to the gypsum board incident in the US and the information on the stage of development of the gypsum board cases in the US in the 2013 annual report of the Company. On 18 July 2014, the Company was notified by BNBM, that the motions made by Taishan Gypsum, a 65% held subsidiary of BNBM, in respect of some of the gypsum board litigation cases in the US to vacate the default judgment and the preliminary entry of the default order and to dismiss legal action on the ground that the US courts did not have personal jurisdiction had been dismissed. As Taishan Gypsum does not agree that the US courts have jurisdiction and objects to the substantive disputes being heard by a court without jurisdiction, it has, after due and careful consideration, decided not to continue to participate in any of the gypsum board litigation brought against Taishan Gypsum in the US courts.

# 2. THE STATUS OF THE GYPSUM BOARD CASES IN THE US

Since 2009, various gypsum board cases against a number of enterprises including at least dozens of Chinese gypsum board manufacturers have been brought by, among others, a number of homeowners and construction companies in the US, and the amounts involved will be determined by the US courts after the hearings. Since 2010, Taishan Gypsum has engaged one US well-known law firm to act on its behalf in the gypsum board Litigation in the US. Before Taishan Gypsum responded to any legal action, a US district court had made a default judgment against Taishan Gypsum in one of the cases involving the owners of seven properties in the sum of US$2,758,356.52 with interest accruing from May 2010. Taishan Gypsum had filed motions to vacate the default judgments and the pre-liminary entry of the default orders and to dismiss legal action on the ground that the US courts did not have personal jurisdiction, but some of the motions had been dismissed by the US courts. Currently, apart from the above one case, the US courts have not made any substantive ruling on merits in respect of the gypsum board cases. According to a notice from Taishan Gypsum's US lawyers, the US courts would successively organise the substantive hearing on merits of various cases in the next stage of the proceedings.

CNBMCO00000003

Taishan Gypsum has always been of the view that the US courts have no jurisdiction on the actions brought by the plaintiffs and that if the plaintiffs want to make any claims against Taishan Gypsum, they should bring and resolve their legal actions in the competent courts in China which have jurisdiction over Taishan Gypsum. However, after the expensive and lengthy hearings, the motions made by Taishan Gypsum disputing the jurisdiction of the US courts had been dismissed by the US courts. Taishan Gypsum is deeply disappointed about, and does not agree to, such rulings. Although Taishan Gypsum firmly believes, as supported by relevant scientific research, that the products of Taishan Gypsum are safe and up to standard, Taishan Gypsum does not agree to the substantive dispute being heard by a court without jurisdiction. Thus, Taishan Gypsum has, after due and careful consideration, decided not to continue to participate in any of the gypsum board Litigation in the US brought against Taishan Gypsum in the US courts.

BNBM has been listed as one of the defendants in various gypsum board litigation cases in the US. Although the Company has neither produced nor exported any gypsum boards, it has also been listed as one of the defendants in various gypsum board litigation cases in the US. Both the Company and BNBM have not participated in any gypsum board litigation in the US. Each of the Company, BNBM and Taishan Gypsum expects that the US courts may begin to make substantive default judgments on merits against them in the near future.

If the plaintiffs in the gypsum board litigation in the US bring any action against the Company, BNBM and Taishan Gypsum in the competent courts in China with jurisdiction, the Company, BNBM and Taishan Gypsum will actively respond in accordance with law.

CNBMCO00000004

## 3. IMPACT OF THE US GYPSUM BOARD LITIGATION

According to information provided by the US lawyers of BNBM and Taishan Gypsum, during the course of the gypsum board litigation in the US, a large number of plaintiffs are gradually joining the proceedings, and there are situations where cases are being merged. At present, it is unable to ascertain the number of plaintiffs and properties involved in the cases, and it is also difficult to accurately predict the possible rulings. Although the US lawyers of BNBM and Taishan Gypsum estimate that the damages that might be imposed in the US court's default judgments for the gypsum board cases might be very large, since the major assets of the Company, BNBM and Taishan Gypsum are all located in China, according to the US and Chinese lawyers whom BNBM and Taishan Gypsum have respectively consulted, there is no convention or treaty on mutual recognition and enforcement of judgments between China and the US such that the possibility of the US judgments being enforced in China is very low. Therefore, based on information currently available to the Company, the Company believes that the US courts' judgments will not result in significant economic loss to the Group and will not have material adverse impact on the Group's production and operation.

## 4. QUALITY OF THE GROUP'S GYPSUM BOARD PRODUCTS

Gypsum board is one of the important building and decorative materials. Compared to traditional building materials, it has the advantages of fire-proofing, sound-proofing, energy saving and cost efficiency, and is globally recognised as a green, safe and environmentally friendly new type of building material. Currently it is widely used in developed countries and regions such as the US and Europe.

The Company, BNBM and Taishan Gypsum have consistently been emphasising the importance of product quality. BNBM and Taishan Gypsum have introduced and established a series of measures, such as ISO9001 Quality Management System, ISO14001 Environment Management System, GB/T28001 Occupational Health and Safety Management System, ISO10012 Management System and Environmental Label Safeguarding Measures. In addition, their gypsum board products have obtained relevant international quality accreditations, including the US's UL ac-creditation and the United Kingdom's BS accreditation.

After the occurrence of the gypsum board incidents in the US, the Chinese government has attached high importance to it. During the period from May 2009 to June 2010, the relevant Chinese governmental authorities organised two national specific gypsum board inspections the scope of which covered the gypsum boards produced by BNBM and Taishan Gypsum (the Company has not produced any gypsum boards). The inspection results indicated that all inspected samples of gypsum boards produced by BNBM and Taishan Gypsum complied with the quality standards and no quality defects had been identified.

This announcement is made on a voluntary basis and not required specifically under Part XIVA of the SFO or the Listing Rules.

By order of the Board<br>
**China National Building Material Company Limited**<br>
**Chang Zhangli**<br>
*Secretary of the Board*

Beijing, the PRC
18 July 2014

*As at the date of this announcement, the board of directors of the Company comprises Mr. Song Zhiping, Mr. Cao Jianglin, Mr. Peng Shou, Mr. Cui Xingtai and Mr. Chang Zhangli, as executive directors, Mr. Guo Chaomin, Mr. Huang Anzhong and Ms. Cui Lijun, as non-executive directors, and Mr. Qiao Longde, Mr. Li Decheng, Mr. Ma Zhongzhi, Mr. Shin Fang and Mr. Wu Liansheng, as independent non-executive directors.*

\*   *For identification only*