Stock name: BNBM        Stock code: 000786        Announcement No.: 2014-030

**Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US**

**The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

On July 17, 2014, Beijing New Building Materials Public Limited Company (Hereinafter "BNBM") was notified in writing by Taishan Gypsum Company Limited (hereinafter "Taishan Gypsum"), a ~~held~~ controlled subsidiary of BNBM, that the motions of Taishan Gypsum in respect of some of the gypsum board litigation cases in the United States of America (the "US") to vacate the default judgment and the preliminary entry of the default order and to dismiss legal action on the ground that the US courts did not have personal jurisdiction had been dismissed. As Taishan Gypsum does not agree that the US courts have jurisdiction and objects to the substantive disputes being heard by a court without jurisdiction, it has, after due and careful consideration, decided not to continue to participate in any of the gypsum board litigation brought against Taishan Gypsum in the US courts.

For the gypsum board litigation in US against Taishan Gypsum and BNBM, the Company published the Announcement in Relation to the Event about Gypsum Board in US (Announcement No. 2010-009) on May 29, 2010 on the media designated for information disclosure, and hereafter, the Company has made continuous information disclosure in regular reports of past years (see details in the regular reports of past years). See below for the developments of gypsum board litigation in the US.

**I. Cases of Taishan Gypsum**

Since 2009, various gypsum board cases against a number of enterprises including at least dozens of Chinese gypsum board manufacturers have been brought by, among others, a number of homeowners and construction companies in the US, and the amounts

B: 7/8/15-7/11/15
Exhibit 26-R

Page 1

**CONTEMPT**
**Exhibit 4**

ALRMH-CNBM00005108-R

involved will be determined by the US courts after the hearings. Since 2010, Taishan Gypsum has engaged one US well-known law firm to act on its behalf in the gypsum board litigation in the US. Before Taishan Gypsum responded to any legal action, the United States District Court of Eastern District of Louisiana had made a default judgment against Taishan Gypsum in Germano case involving the owners of seven properties in the sum of US$2,758,356.52 with interest accruing from May 2010.

Taishan Gypsum had filed motions to vacate the default judgments and the preliminary entry of the default orders and to dismiss legal action on the ground that the US courts did not have personal jurisdiction, but some of the motions had been dismissed by the US courts. Currently, apart from the above one case, the US courts have not made any substantive ruling on merits in respect of the gypsum board cases. According to a notice from Taishan Gypsum's US lawyers, the US courts would successively organize the substantive hearing on merits of various cases in the next stage of the proceedings.

Taishan Gypsum has always been of the view that the US courts have no jurisdiction on the actions brought by the plaintiffs and that if the plaintiffs want to make any claims against Taishan Gypsum, they should bring and resolve their legal actions in the competent courts in China which have jurisdiction over Taishan Gypsum. However, after the expensive and lengthy hearings, the motions made by Taishan Gypsum disputing the jurisdiction of the US courts had been dismissed by the US courts. Taishan Gypsum is deeply disappointed about, and does not agree to, such rulings. Although Taishan Gypsum firmly believes, as supported by relevant scientific research, that the products of Taishan Gypsum are safe and up to standard, Taishan Gypsum does not agree to the substantive dispute being heard by a court without jurisdiction. Thus, Taishan Gypsum has, after due and careful consideration, decided not to continue to participate in any of the gypsum board litigation in the US brought against Taishan Gypsum in the US courts.

As of June 30, 2014, Taishan Gypsum accumulatively paid about RMB 88 million yuan of attorney's fee for the gypsum board litigation in the US.

**II. Cases of BNBM**

BNBM has been listed as one of the defendants in various gypsum board litigation cases in the US. Since 2010, BNBM has engaged one US well-known law firm for legal consulting services in relation to the gypsum board litigation in the US. BNBM has not participated in any gypsum board litigation in the US. BNBM expects that the US courts may begin to make substantive default judgments on merits against it in the near future.

As of June 30, 2014, BNBM accumulatively paid about RMB 14 million yuan of attorney's fee for the gypsum board litigation in the US.

### III. Impact of the Gypsum Board Litigation in the US

According to information provided by the US lawyers of BNBM and Taishan Gypsum, during the course of the gypsum board litigation in the US, a large number of plaintiffs are gradually joining the proceedings, and there are situations where cases are being merged. At present, it is unable to ascertain the number of plaintiffs and properties involved in the cases, and it is also difficult to accurately predict the possible rulings. However, the US lawyers of BNBM and Taishan Gypsum estimated that the damages that might be imposed in the US court's default judgments for the gypsum board cases might be very large.

The major assets of BNBM and Taishan Gypsum are all located in China. According to the US and Chinese lawyers whom BNBM and Taishan Gypsum have respectively consulted, there is no convention or treaty on mutual recognition and enforcement of judgments between China and the US such that the possibility of the US judgments being enforced in China is very low. Therefore, the US courts' judgments will not result in significant economic loss to BNBM or Taishan Gypsum, and will not have material adverse impact on the BNBM's net profits for the current period.

If the plaintiffs in the gypsum board litigation in the US bring any action against BNBM and Taishan Gypsum in the competent courts in China with jurisdiction, BNBM and Taishan Gypsum will actively respond in accordance with law.

### IV. Quality of the Company's Gypsum Board Products

ALRMH-CNBM00005110-R

Gypsum board is one of the important building and decorative materials. Compared to traditional building materials, it has the advantages of fireproofing, soundproofing, energy saving and cost efficiency, and is globally recognized as a green, safe and environmentally friendly new type of building material. Currently it is widely used in developed countries and regions such as the US and Europe.

BNBM and Taishan Gypsum have consistently been emphasizing the importance of product quality. BNBM and Taishan Gypsum have introduced and established a series of measures, such as ISO9001 Quality Management System, ISO14001 Environment Management System, GB/T28001 Occupational Health and Safety Management System, ISO10012 Management System and Environmental Label Safeguarding Measures. In addition, our gypsum board products have obtained relevant international quality accreditations, including the US's UL accreditation and the United Kingdom's BS accreditation.

After the occurrence of the gypsum board incidents in the US, the Chinese government has attached high importance to it. During the period from May 2009 to June 2010, the relevant Chinese governmental authorities organized two national specific gypsum board inspections the scope of which covered the gypsum boards produced by BNBM and Taishan Gypsum. The inspection results indicated that all inspected samples of gypsum boards produced by BNBM and Taishan Gypsum complied with the quality standards and no quality defects had been identified.

The Company will make timely information disclosure in relation to the developments of gypsum board litigation in the US, and we respectively ask investors to pay attention to the investment risk.

Beijing New Building Materials Public Limited Company

July 18, 2014