<u>**Partial Translation of CNBMGRP00392949-393015**</u>

…

<u>**CNBMGRP00393000**</u>

**China National Building Material Group Corporation     Document of the Board of Directors**

**Resolution No. 17 of the Third Session of the Board of Directors of CNBM Group**

**China National Building Material Group Corporation**

**Resolution of the Seventeenth Meeting of the Third Session of the Board of Directors**

The seventeenth meeting (the eighth in 2014) of the third session of the board of directors of China National Building Material Group Corporation was held on July 11, 2014 (Friday) in the form of live meeting. All 10 board directors attended the meeting. After deliberation and voting, the meeting reached the following resolutions:

**I.     Deliberated on and passed the proposal for the Group Corporation to contribute capital and establish CNBM United Investment Company Limited.** Main contents: China National Building Material Group Corporation will contribute capital to establish the investment company CNBM United Investment Company Limited (tentative name), which will have the registered capital in RMB 1 billion Yuan, and be established solely by the Group Corporation, with the initial installment of capital contributions in RMB 300 million Yuan.

This proposal was passed with 11 votes in favor, 0 vote against, and 0 vote abstained.

<div style="border:1px solid black; display:inline-block; text-align:center;">

**CONTEMPT**
**Exhibit 5**

</div>

**SONG: Exhibit 332**

CNBMGRP00393001

**II.    Deliberated on and passed the proposal on personnel adjustment for some tier 2 enterprises within the Group Corporation.** Main contents:

1. The personnel arrangement for assigning board directors, supervisors, and management level to CNBM United Investment Company Limited:

Board of Directors: Zhiping Song as the chairman of the board

Board directors: Jianglin Cao, Chaomin Guo, Guoping Zhou, Zhaoyu Guang;

There will be no supervisory committee. There will be only one supervisor, and Jiwei Wu will assume this position;

The nominated management team: Jianglin Cao as the general manager, and Guoping Zhou as the standing deputy general manager

2. Changes to the relevant board directors of BNBM Group

Lijun Cui will no longer serve as the deputy chairman of the board and the board director of BNBM Group, and she will be assigned to other positions;

Wenchun Bao will no longer serve as the board director of BNBM Group, and he is retired;

Zheng Tao will serve as the board director of BNBM Group, and be nominated as the general manager;

Guiping Liu will serve as the board director of BNBM Group.

3. Yueming Hu will be removed from his position as the board director of Sanshi Group, and he is retired.

This proposal was passed with 11 votes in favor, 0 vote against, and 0 vote abstained.

III.    **Deliberated on and passed the proposal on the event about gypsum boards shipped to the U.S.** Main contents: to agree with the report circulated by the Department of Legal Affairs and the attorney; and to respect Taishan Gypsum's decision not to attend the Judgement Debtor Hearing on July 17, 2014, not to petition to the Supreme Court of the United States for a certiorari and review regarding the jurisdictional dispute, and not to participate in the lawsuits on the merits in the U.S.

This proposal was passed with 11 votes in favor, 0 vote against, and 0 vote abstained.

For the proposals above, relevant companies shall carry out relevant legal procedures according to relevant provisions.

**CNBMGRP00393002**

(This page contains no main text, and it is the signature page for the seventeenth meeting of the third session of the board of directors of CNBM Group)

Signatures of board directors:

_____          _____          _____

(Zhiping Song)      (Yan Yao)          (Jianglin Cao)

_____          _____          _____

(Xiaoting Ni)       (Xiaogang Zhao)     (Laiyou Zhuang)

_____          _____          _____

(Xiaoqiang Lu)      (Yanfu Zhu)         (Xuefeng Peng)

_____

(Yumeng Wang)

July 11, 2014

CNBMGRP00392949

CNBMGRP00392949

♀
♀
♀
♀
♀
♀
♀
♀
♀
♀
♀
♀
♀
♀
♀
♀
♀
♀
♀

----------------------

Constructs three Dong to decide the character No. 2 China building material collection H limited company third board of directors second conference resolution China building material Group Company limited third board of directors first conference (2013 - eight, the year first time) (Tuesday) convened in the conference site conference form in northern Beijing in January 22, 2013, the conference was chaired by Chairman Song Zhiping, 11 trustees attended the meeting completely personally. Will discuss after the deliberation and vote forms the following resolution:

First, deliberation and through about Group 2012 annual financial statement final accounts auditing office and audit expense bill. Primary coverage: In 2012 Group financial settlement audit machine construction, believes the accounting firm, industrious ten thousand to believe the accountant teacher office and Xinghua accounting firm for the inherent responsibilities international accounting firm greatly and stands believes the accounting firm and other organizations;

1 Group and respective child enterprise (do not contain listed enterprise) the financial settlement audit expense is 4.61 million Yuan.

This bill agreed of by 11 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through two, deliberations and through about planning to report Group of SAC in 2013 to budget the major targets or quotas the bill. Primary coverage: The Chinese building materials group in 2013 budgets to plan to count off mainly refers to Biao Wei: Business income 2200. 1 billion Yuan, drop 0 compared to the previous year. 5%; Gross profit 105. 6.9 billion Yuan, drop 6 compared to the previous year. 23%; Ownership in parent company owner's net profit Run 27. 4.3 billion Yuan, drop 10 compared to the previous year, 591 this bills agreed by 11 tickets that 0 dissenting votes, 0 tickets will abandon the pitchfork to obtain through three, deliberations and through about planning to report Group of SAC in

Page 2

CNBMGRP00392949

2013 and 2013-2015 years tenure in office board of directors enterprise test
assessment objective recommended value bill. Primary coverage: 2013 year board of
directors enterprise test appraisal target value is: Gross profit: 1Q2. 800 million
Yuan; After the Jinan increase in value: 32. 600 million Yuan; The cost total
amount accounts for business income proportion: 97.50%;
Property ratio of debt to net worth: 80. 94%; Business income: 220 billion Yuan.
2013-2015 years tenure in office board of directors enterprise test evaluating
indicator value is: State capital store of value value-added rate: 125%; Total
property cycling rate: 0.79 time; Technical investment proportion: L8%; Labor
productivity of the entire body of industrial workers:
13. 800,000 Yuan/person/this bill agreed by 11 tickets that 0 dissenting votes, 0
tickets abandon the pitchfork to obtain through 2 four, deliberations and through
issue additionally the bill primary coverage of H clothing about the Chinese
building materials limited liability company: The Chinese building materials
limited liability company plans to distribute does not surpass the sixth branch
distributes H stock folds of yarn 20%, when namely 575, 834, 379 H stocks, concrete
quantity according to regulator request and release the situation in capital market
finally determined. The release way (through non-does not sell on ration to over 10
investors for the direction detection publicly) or public; Authorized joint-stock
company executive director Song Zhiping or Cao Jianglin (any) plenary powers
processing with this time issues additionally H stock related matter service.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the
pitchfork to obtain to pass.
The above related bill, please related company fulfill the relevant law procedure
according to the concerned requirements.
(Following blank) 3 (this page does not have main text, for the Chinese building
materials group third session of board of directors second conference resolution
trustee signing page). _. • 
The trustee signs;        ` (Song Zhiping) (Yao Yan) (Cao Jianglin) Zhenhua) J (Ni
Xiaoting) (Zhao Xiaogang) (Zhuang Laiyou)


(Lu Xiaoqiang) (Zhu Yanfu) (Xiong Jiwen) in January, 2013 22 said that in fours
building materials three Dong will decide the character No. 3 China building
material group to have the R Corporation third board of directors third conference
resolution China building material Group Company limited third board of directors
third conference (in 2013 the second time) (Friday) to convene in the conference
site conference form in northern Beijing in 2013 February 22, the conference is
chaired by Chairman Song Zhiping, 11 trustees attend the meeting completely
personally. Will discuss after the deliberation and vote forms the following
resolution:
First, deliberation and through Group 2013 year foreign donation budget bill.
Hosts.
Wants the content: In 2013 group foreign donation budget specified amount is 3368.
10,000 Yuan, occupy the collection group in 2013 to estimate the business income
(22, 000, 956. 840,000 Yuan) 0. 15%, increases 1434 regarding group 2012 year
foreign donation budget. 750,000 Yuan. The foreign donation budget includes 123
budget main bodies, the budget lines 286 items. And: The regularity donates project
55 items to outside, the donation amount 745 ^ 10,000 Yuan; Non-regular donation

Page 3

CNBMGRP00392949

project 231 items, donation amount 2622. 400,000 Yuan.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the
pitchfork to obtain to adopt two deliberations and through Group in 2013 are the
subsidiary enterprise bank credit provides the load luo the bills. Primary
coverage: The Chinese building materials group Sichuan 13 years are in the
sub-enterprise guarantee the quota 158. 5.9 billion Yuan, mainly include: In
import-export company 10 billion Yuan, Beixinjituan 30 hundred million Yuan, Bengbu
courtyard and subordinate Chengdu electro-optic 9. 9.2 billion Yuan and Qinhuangdao
courtyards 1. Teaches hundred million Yuan, building materials glass 0. 300 million
Yuan, Luobo Group and subordinate Luobo stocks 9. 9.6 billion Yuan and Zhonglian
glasses 4. 8.1 billion Yuan, jointly equip 100 million Yuan, the duplicate condor 1
800 million Yuan.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the
pitchfork to obtain to pass.
The above bill, please the related company fulfill the relevant law procedure
according to the concerned requirements.
(Following blank) 2 (this page does not have the main text, constructs # the group
third session of board of directors third time for China. Conference resolution
trustee signing page). …: •
The trustee signs study:
Factory.          - (Song Zhiping b (Yao Yan). : (Cao Jianglin), Zhenhua): . `:
(Situation small court) f ultra small just) building materials three Dong will
decide the character No. 4 China building material Group Company limited third
board of directors fourth conference resolution China building material Group
Company limited third board of directors fourth conference (in 2013 the third time)
12 saying that in 2013 April (Friday) convenes in written signature document form,
11 trustees attend the meeting completely. The conference forms the following
resolution after the deliberation and vote:
First, deliberation and 5 sends the State Council SAC through Group board of
directors 2012 annual work report the bill. Primary coverage: A board of directors
in 2012 standard operation;
Two boards of directors in 2012 prime task of completion; Three boards of directors
to SAC proposed that should select the attention question again reorganizing; Four
boards of directors in 2013 key emphasis.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain
through 1 two, deliberate and approve the bill that the building materials Bolivia
Wall Company key personnel in charge appoints and dismisses. Primary coverage: Is
the building materials glass general manager by Pengshou (legal representative);
Xing Ning no longer is the building materials glass general manager (legal
representative) duty.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain
through three, deliberations and send out Dong, supervisor to change session the
bill of adjustment through Luobo Group. The hosts want the content: The group sends
out the executive trustee to the Luobo Group third board of directors: Pengshou
(Dong Shichang, legal representative), Ma Liyun (general manager), Ding Jianluo,
Guo Yimin, non-executive trustee: Zhou Guoping, Xing Ning; Sends out supervisor to
the third board of supervisors: Cao Jianglin (president), Liu Fangqin.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the

Page 4

CNBMGRP00392949

pitchfork to obtain through four, deliberations and through exempting Liu Xinqi three lion group trustee bills.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain to pass.
The above related bill, please related company fulfill the relevant law procedure according to the concerned requirements.
(Following blank) 2 (this page does not have main text, for 囝 the building materials group third session of board of directors fourth conference resolution trustee signs page) trustee to sign:
(Song Zhi (Yao Yan)

(Cao Jianglin)

(Hao Zhenhua):
cj (ashamed small court) (Zhao Xiaogang)

(Zhuang Laiyou) (11 h (Lu Xiaoqiang)

(& Zhu Yanfu) (Peng ^ peak) (Xiong Jiwen) 0.2013 years on April 12 in threes building materials three Dong will decide the character No. 5 China building material Group Company limited ■ the third board of directors fifth conference resolution China building material Group Company limited third board of directors fifth conference (Friday) to convene in the conference site conference form in April 19, 2013, 11 trustees personally attend the meeting, the conference forms the following resolution after the deliberation and vote:
The deliberation and 9 reports the State Council with Italy through Group 2012 annual financial statement final accounts report of audit the bill of 囝 the capital committee. Financial settlement major targets or quotas:
Business income 2174. 3.2 billion Yuan, grow 12. 03%;
Gross profit 111. 5.6 billion Yuan, Grow-21 61°/○;
Net profit 86. 2.3 billion Yuan, Grow-27, 35%;
Ownership in parent company owner net profit 29. 7.3 billion Yuan, grow H 94%;
1 property amounts to 3006. 2.1 billion Yuan, grow 44. 87%;
The ownership interest equals the 542= 6.6 billion Yuan, grows 17. 63%;
Ownership in parent company ownership interest 188. 09, grow 18. 36%;
Property ratio of debt to net worth 81. 95%, grow 4. 18 percentage points.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain through (the following blank) _(this page do not have main text 5 are 囝 the building materials Group Company limited third session of board of directors fifth conference trustee signing page)' "trustee sign;. Turkey gentleman JJZ 乄 divination heart T Yao Cao Jianglin rlA Hao Te China

Ni Xiaoting Zhao Xiaogang f 4 main bless

_R Lu Xiaoqiang

Ma Zhu Yanfu two ○ 13 years in April 19 said that in threes building materials three Dong will decide the character No. 6 China building material collection

CNBMGRP00392949

country limited company third board of directors sixth conference resolution China
building material Group Company limited third board of directors sixth conference
(the excess 13 years fifth time) (Monday) to convene in the conference site
conference form in northern Beijing in May 6, 2013, the conference is chaired by
Chairman Song Zhiping, 10 trustees attend the meeting personally, trustee Peng
Xuefeng gives the pitchfork request to attend the meeting. The conference forms
special resolutions and five ordinary resolutions after the deliberation and vote:
Special resolution:
One. Deliberation and through increasing Group registered capital bill. Primary
coverage:
From 5,069,681,283.89 Yuan increases Group registered capital to 5, 529, 828, 572.
84 Yuan.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain
through ordinary resolution one, deliberation and bill that delimits through the
Chinese building materials group 2013-2015 years developmental strategy and gauge.
Group 2013-2015 years overall operation objectives are in 2013 the group realize
the business income 220 billion Yuan, the gross profit 10.6 billion Yuan; In 2014
the group realizes the business income 235 billion Yuan, the gross profit 12
billion Yuan; In 2015 the group realizes the business income 250 billion Yuan, the
gross profit 13.2 billion Yuan.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain
through two, deliberations and through Group in 2013 the bill of capital spending
plan. Main in accommodates: In 2013 Group plans the newspaper capital spending plan
482. 1.7 billion Yuan, investment in the fixed assets is 223. 6.3 billion Yuan,
stock pitchfork (property rights) planned investment 258. 5.4 billion Yuan, are to
invest the principal work project.
This bill agreed by 11 tickets that 0 dissenting votes, .0 tickets abandon the
pitchfork to obtain to pass.
Third, deliberation and distributes A stock and going on the market plan bill
through the Chinese building materials examination authentication group limited
liability company for the first time publicly. Primary coverage: The Chinese
building materials examination authentication group limited liability company (i.e.
"CTC") plans to distribute 55 million A stocks in within the boundaries publicly,
and goes on the market in the Shanghai Stock Exchange motherboard. This issuance
plan raises the fund approximately 5. 9- people of 400 million Yuan, after the
release finished, the CTC total capital stock increases to 220 million. After
becomes the state-owned shares extension holds the social security fund, Group
indirectly has CTC 15067.25 ten thousand, the proportion 68. 49°/. .
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the
pitchfork to obtain through 2 four, deliberations and near Group in 2013 the bill
primary coverage of comprehensive risk management report: 2013 Group total 44
member enterprises develop the comprehensive risk management newspaper arranging
newspaper work, induction investigation Group 2013 risk point altogether 18, wants
risk 3 seriously, generally risk 8, compared with small risk 5, minimum risk 2.
Three important risks: Because L the original capital are few, but group
corporation in recent years rapid growth, thus causes the property ratio of debt to
net worth to be high, the enterprise debt burden further aggravates then gains to
be able the strength to receive to affect and face heavy repaying pressure; By the

Page 6

CNBMGRP00392949

national macro-control policy and good immovable property can serious surplus and market disorderly competition and so on multiple influences, the cement market operation pressure continue to increase, the glass market is continually murky; 3. Then the group in situation of recent years rapid growth, continually increased faced with the joint reorganization enterprise the operation control risk that brought.

This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain through five, deliberations and carry on the enterprise donation item to the Ya'an earthquake disaster areas through Group the bill. Primary coverage: Group implements 3 million Yuan enterprise to donate to the Ya'an earthquake disaster area.

This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain to pass.

Above related bill 3 please related companies fulfill the relevant law procedure according to the concerned requirements.

(Following blank) 3 (this page does not have the main text, for 圉 the building materials group third board of directors sixth conference resolution.

The trustee signs page) trustee to sign:

(Song Zhiping) (Yao Yan)


(Cao Jianglin) (soul Zhenhua) (Ni Xiaoting) (Zhao Xiaogang) (Zhuang Laiyou)


1;

(Lu Xiaoqiang) extended lucky 3 Ik (Peng Xuefeng) (Xiong Jiwen) two。 13 years on May 6 in fours building materials three Dong to decide the character No. 7 China building material Group Company limited third board of directors seventh conference resolution.

圉 the building material Group Company limited third board of directors seventh conference (in 2013 the sixth time) 9 in 2013 September said that (Monday) convenes in northern Beijing in the conference site conference form, the conference is chaired by Chairman Song Zhiping, 11 trustees attend the meeting completely personally. Will discuss after the deliberation and vote forms the following resolution:

First, deliberation and through in the electro-optical Apollo solar energy limited company tellurium cadmium thin film solar cell production line project about Chengdu may the bill of research report. Primary coverage: In Chengdu electro-optical Apollo solar energy limited company has on the land to construct to yearly produce the so megawatt cadmium telluride thin film solar cell production line project. Project total investment 49. 900,000 Yuan, the construction throws 1 capital 445.6 million Yuan, construction period loans interest 7.3 million Yuan, floating capital 38QQ ten thousand Yuan.

This bill agreed of by 11 tickets, 0 dissenting votes, 0 abstentions obtain to adopt two deliberations and through about the Beixinjituan building materials limited liability company non-distributes A stocks publicly bill, primary coverage: Northern new building materials to including Chinese building materials stock over 10 specific investors non-do not distribute A stocks publicly finance again, circulation number not over 1. 500 million. The Chinese building materials stock by does not surpass a Renminbi 300 million Yuan cash to subscribe, other institutional

CNBMGRP00392949

investors by cash subscriber.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain to pass.
The above related bill s please related company fulfill the relevant law procedure according to the concerned requirements.
(Following blank) 2 (this page does not have main text, for the Chinese building materials group third session of board of directors seventh conference resolution trustee signs page) trustee to sign;
(Song Zhi - (Yao. Swallow) (Cao Jianglin)

(Hao Zhenhua!) (Ni Xiaoting) (Zhao Xiaogang)

Seven (Zhuang Laiyou) (V-I;
(Lu Xiaoqiang) 1 Zhu Yanfu)

(King in fierce) building materials three Dong will decide the character No. 8 China building material Group Company limited third board of directors eighth conference resolution China building material Group Company limited third board of directors eighth conference (in 2013 the seventh time) 1 saying that in 2013 November (Friday) convenes in northern Beijing in the conference site conference form, the conference is chaired by Chairman Song Zhiping, 11 trustees attend the meeting personally. The conference forms the following three resolutions after the deliberation and vote:
First, deliberation and through revising ""Management Personnel Management Industry hui Inspection Tentative method"" 5 reported SAC to set up a file.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain to adopt two deliberations and through Group management personnel in 2012 the salary cash plan bill. Primary coverage: The Group general manager Sichuan 12 year total salaries are 1.02 million Yuan, the base firewood is 310,400 Yuan, the achievements firewood is 7 (1.96 million Yuan, to the base firewood multiple is 2.3; Group manager level deputy personnel achievements salary distribution coefficient is divided into 0.9, 0.86 and 0.823 scales, trustee Cao Jianglin the salary according to the general manager salary 0.95 time of idea; The Group third tenure in office (in 2010 12,012 years) in various year achievements salaries postpones the cash 40% one and cash in this year.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through three, deliberations and through the collection country company to 国 the bill of disabled person welfare foundation public welfare item of donation. Primary coverage: Group donates a 1QQ ten thousand Yuan fund to the China Welfare Fund for the Handicapped common profit charitable project, the capital endowment will appropriate directly to the foundation, most late completes by the end of 2013.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through (the following blank) _2 (this page do not have main text, for 国 the building materials group third session of board of directors eighth conference resolution trustee bamboo fish trap character page) trustee signs;

CNBMGRP00392949

(Zhuang Laiyou) i/f;
(Lu Xiaoqiang) (Zhu Yanfu) Tv4 (king in fierce) building materials three Dong will decide character No. 9 _. , ........ •- -. - ........... ♦ _ • -. ` • - •` ` `. , ........ •. , ♦ • - • • • • • - •The ` ` China building material Group Company limited third board of directors ninth conference resolution China building material Group Company limited third board of directors ninth conference (in 2013 the eighth time) (Friday) convened by written signature document shape in Beijing in 2013 November 29, 11 trustees attended the meeting completely. The conference forms after the deliberation and vote by below resolution:
Deliberation and through 2013 annual financial statement final accounts auditing office and audit expense bill.
Primary coverage: In 2013 group financial settlement auditing office apprentices oneself to the service, to stand for the inherent responsibilities international accountant believes the accounting firm and believes the accounting firm three organizations greatly; In 2013 various Group and respective sub-enterprises (not including listed company) the financial settlement audit expense uses is 510. 50,000 Yuan.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain to pass.
The above bill, please the related company fulfill the relevant law procedure according to the concerned requirements.
(This page does not have main text, for the Chinese building materials group third session of board of directors ninth conference resolution trustee signing page)
trustee signs:
(Song Zhiping) (Yao Yan) (Cao Jianglin) f ^ l \ A, (red te China) (Ni Xiaoting) (Zhao Xiaogang) (Zhuang Laiyou)

(Lu Xiaoqiang) Zhu Yanfu) (Peng Xuefeng) (king in fierce). ◦ 13 years in November 29 said that in threes building materials three Dong will trade the character No. 10 China building material Group Company limited third board of directors tenth conference resolution China building material Group Company limited third board of directors tenth conference (in 2014 the first time) (Friday) to convene in the conference site conference form in northern Beijing in 2014 January 17, the conference is chaired by Chairman Song Zhiping, 11 trustees attend the meeting completely personally. Will discuss after the deliberation and vote forms the following resolution:
First, deliberation and through about planning newspaper 囯 the Group of capital committee in 2014 board of directors enterprise test assessment objective recommended value bill. Primary coverage: 2013 year board of directors business industry test appraisal target value is: Gross profit: 122. 8 billion Yuan; Economical increase in value: 32. 60 hundred million Yuan; The cost total amount accounts for business income proportion: 97.49%; Property ratio of debt to net worth:
81.74%; Business income: 2nd, 228. 100 million Yuan.
This bill agreed of by 11 tickets that 0 dissenting votes, 0 abstentions obtain through two, deliberations and through about planning to report SAC's Group 2014 annual financial statement to calculate the major targets or quotas in advance the bill. Primary coverage: 囯 building materials group in 2014 budgets to plan the

CNBMGRP00392949

counting off major targets or quotas is: The business income 2, 22.8 billion Yuan, drop I3 compared to the previous year. 31%; Li Run total amount 122 „800 million Yuan, are impartial with the previous year; Ownership in parent company owner's net profit Run 31. 6.2 billion Yuan, are impartial with the previous year.

This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through three, deliberation and through 2014 Group for subsidiary enterprise financing provides the load luo the bill. Primary coverage: In 2014 the Chinese building materials group provides for subsidiary enterprise financing the guarantee the quota 106. 8.8 billion Yuan, authorized to guarantee the upper limit specified amount to reduce 51 compared to 2013. 71 hundred million Yuan, range of fall 32. 61%. And: Import-export company 6.5 billion Yuan and northern new building materials group 18. 02 hundred million Yuan, mou Tan Yuan (in electro-optic 8 including Chengdu). 6.8 billion Yuan and Qinhuangdao courtyards 1. 800 million Yuan, unite about equipping 100 million Yuan, building materials glass & 300 million Yuan and Luobo Group (including the Luobo stock) 8. 200 million Yuan and Zhonglian glasses 4. 600 million Yuan.

This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain to approve the above related bill, please the related company fulfill the relevant law procedure according to the concerned requirements.

2 (this page does not have main text, for 国 the building materials group third session of board of directors tenth conference resolution trustee signing page) heavy matter signature:

(Song Zhiwei) (M swallow) (Cao Jianglin) "fc China))

(Ashamed small court)


j (Zhao Xiaogang)

(Zhuang Laiyou) (Lu Xiaoqiang) 1 (^: Extends luck) snowy peak) J (Zhao Xiaogang) two。14 years in January 17 saying that in threes building materials three Dong will decide character 11th. ....................... ...... ................... • • - .......‾ ‾ ‾ .................... ...... •, «. . , ......... ‾. ‾ ............ • . ‾ • - • • … ♦ • • •, _ • • • ..... Chinese building material Group Company limited 'the third board of directors 11th conference resolution China building material Group Company limited third board of directors 11th conference (in 2014 the second time) in 2014 February 26 said that (Wednesday) convenes in Beijing by conference site conference shape, the conference is chaired by Chairman Song Zhiping, 10 trustees attend the meeting personally, trustee Peng Xuefeng is authorized to entrust to attend the meeting. The conference forms the following resolution after the deliberation and vote:

First, deliberation and through about revising ""China Building material Group Company limited Enterprise official Deputy Synthesis Examination Means" bill s reported SAC to set up a file and issue the implementation.

Board of directors to management deputy 2013 industry hui examination means execution after revision.

This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through two, deliberations and through group 2014 year foreign donation budget the bills. Primary coverage: In 2014 group foreign donation budget specified amount is 2200. 860,000 Yuan, occupy the group in 2014 to estimate

CNBMGRP00392949

business income (230 billion Yuan) 0.10%, 2013 the foreign donation actual outlay
is basic with the group, increases 5. 760,000 Yuan. The foreign donation budget as
specially special will supervise in the group budget management.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain
through three, deliberations and near the bill of group 2014 year capital spending
plan. Primary coverage:
In 2014, the group plans the newspaper capital spending plan 300. 200 million Yuan,
in 2013 actual finish throws the capital compared to the same period The volume
25.6 billion Yuan increase 17 „27%; And investment in the fixed assets 175 J
hundred million Yuan, stock pitchfork and real investment 124. 500 million Yuan.
The planned investment is principal work investment.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the
pitchfork to obtain through four, deliberations and near have purchased the St.
Gobain copper indium gallium selenium thin film solar cell production line's bill
about the Bengbu courtyard beyond. Primary coverage: Sets up wholly-owned CNBM
AVANCIS Corporation in the German locality by St. Gobain Corporation's German
Enterprise AVANCIS newly, according to illuminating does not have the principle of
cash non-debt, strips its copper indium gallium selenium thin film solar cell
related property and service completely to this company, acquires the CNBMAVANCIS
Corporation 100% stockholder's rights that to AVANCIS by the Bengbu courtyard its
has. The bargain price draws up is 30 million euros, after receiving buys, for two
years to supplement the operation capital 38.4 million euros, total 68.4 million
euros.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain to
approve the above related bill, please the related company fulfill the correlation
method law procedure according to the related dependant program.
(This page does not have main text, for the Chinese building materials group third
session of board of directors 11th conference resolution trustee bamboo fish trap
character page) trustee signs the item (the b Zhenhua) (chi son small court) (Zhao
Xiaogang)

(Zhuang Laiyou) (Lu Xiaoqiang) (Zhu Yanfu) (Peng Xuefeng) (king in fierce) in
threes building materials three Dong will decide in the character No. 12 China
building material Group Company limited third board of directors 12th conference
resolution 囯 the building material Group Company limited third board of directors
12th conference (in 2014 the third time) 8 in 2014 April saying that (Tuesday)
convenes in Beijing by conference site conference shape, the conference is chaired
by Chairman Song Zhiping, 10 trustees attend the meeting personally, trustee Zhu
Yanfu is authorized to entrust to attend the meeting. The conference forms the
following resolution after the deliberation and vote:
First, deliberation and near about Chinese building materials group in 2014 debt
risk Fang An bill. Primary coverage: In 2014 Group debt risk plan Chinese-funded
produces the ratio of debt to net worth overall control objective is 81. 7%.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain
through two, deliberations and through subscribing Guangdong the 21st century media
limited liability company stock share bill. Primary coverage: 囯 building material
Group Company limited or its subordinate wholly-owned contribute 100 million Yuan
to subscribe Guangdong the 21st century media stock to have by the cash way to

CNBMGRP00392949

limit the company to issue additionally the stock, after occupying the release,
total capital stock 4. 08%, subscribe the fold of yarn and recognizes buys, the
ownership percentage to take after finally after the setting up a file evaluation
value determined as the foundation. Agreed that is authorized the manager level
concrete implementation project following work.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain to
approve the above related bill, please the related company fulfill the relevant law
procedure according to the relevant provision.
(Following blank) _2 (•This page does not have the main text, for 囯 the building
materials group third session of board of directors 12th conference resolution
trustee signs page) trustee to sign | (Song Zhiping) H (Yao Yan) (Cao Jianglin)

(Hao Zhenhua) (Ni Xiaoting) gJ (Zhao Xiaogang)

(Zhuang Laiyou) (Lu Xiaoqiang)


(Zhu Yanfu) (Peng Xuefeng) (king Yu Meng)
•Two ◦ 14 years in April eight said that in threes building materials three Dong
will decide character 13th ......... ....... •. ......... -. «·. - • . •` - - -
..... R ------ - -      •`-` • _- ...... .......... - ''• • ` •      . .. …. • .
............. ...... - - ............. • ..... ` «- -• . • ......... - • __-
....... The Chinese building material Group Company limited third board of
directors 13th conference resolution China building material Group Company limited
third board of directors 13th conference (the (3) labor 4 years fourth time)
(Tuesday) summoned in written signature document form in April 15, 2014, 11
trustees attended the meeting completely. The conference forms special resolutions
and three ordinary resolutions after the deliberation and vote:
Special resolution:
Deliberation and through about repairing in i Ding 囯 building material Group
Company limited regulation bill. The hosts want the content: The 21st article the
revision is "company board of directors supposes chairman 1, vice-chairman 1. The
chairman and vice-chairman appoints from the elases by SAC."; The third article the
revision is "company residence: Beijing Haidian District Fuxing Road I7 number
country sea square No. 2 building."
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain to
adopt the ordinary resolution:
First, deliberation and through appointing Cao Jianglin for Group general manager's
bill.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the
pitchfork to obtain to adopt two deliberations and through appointing Yao Yanwei
Group chief engineer's bill.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the
pitchfork to obtain through three, deliberation and remove from office, the bill of
retirement through Xu Jinhua. Because Group deepens changes leather work the need,
suggested that Comrade Xu Jinhua continues the responsible Group related work, to
the end of June, 2014, after completing the related work connection will go through
the retirement.

CNBMGRP00392949

This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain through (the following blank) _2 (this page do not have main text, for 囯 the building materials Group third session of board of directors 13th conference trustee signs page) trustee to sign the item (Song Zhiping) (Yao Yan) (i Zhenhua) ■4 the ten feet (Zhuang Laiyou)


1,^ (Ni Xiaoting) (Lu Xiaoqiang) (Peng Xuefeng) (king (Zhu Yanfu) building materials three Dong in fierce) (Cao Jianglin) will decide character 14th,…
................ - - < >-`…. • `, ` •` `, •
The Chinese building material Group Company limited third board of directors 14th conference resolution.
The Chinese building material Group Company limited third board of directors 14th conference (in 2014 the fifth time) (Tuesday) convened by conference site conference shape in 2014 April 29, 10 trustees attended the meeting personally, trustee Peng Xuefeng was authorized to entrust to attend the meeting. The conference forms special resolutions and six ordinary resolutions after the deliberation and vote:
Special resolution:
Deliberation and in 囯 in building material Group Company limited regulation nomination committee related article bill through revision. Primary coverage: The "China Building material Group Company limited Regulation" 33rd second revision is: "Nomination committee forms of 8 trustees, outside department trustee 4, hold the post of the convener by the chairman."
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain to adopt I ordinary resolutions:
First, deliberation and through Group 2013 annual financial statement final accounts report the bill, agreed that reported 囯 the capital committee. Financial settlement major targets or quotas: The business income 2522 ^ 700 million Yuan, grow 16. 02%; Gross profit 115. 1.2 billion Yuan, grow 3. 19%; Net profit 88. 900 million Yuan, grow 1. 15%; The ownership in the parent company owner net profit 26, 7.6 billion Yuan, grows -9= 99%; The property amounts to 3641 1.6 billion Yuan, grows 21. 22%; The owner pitchfork profit equals 659. 7.8 billion Yuan, grow 21. 58%; The ownership benefits 218 in the parent company owner pitchfork. 17 hundred million Yuan, grow 15. 99%; Property ratio of debt to net worth 81. 89%, drop 0. 06 percentage points.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain through two, deliberations and increase the registration capital in cash through Group the bill "primary coverage: The collection group company 2013 the state capital budget funds of receiving 661,510, 000 Yuan extension increases the common department registered capital. Group registered capital from 5, 529, 828, 572. 84 Yuan increase to 6,191, 338, 572. 84 Yuan.
This bill agreed of by 11 tickets that 0 dissenting votes, 0 abstentions obtain through three, deliberations and through adding Cao Jianglin for the board of directors nomination committee member's bill.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain through four, deliberations and through Group board of directors 2013 annual work report the bills, reports SAC with Italy. Primary coverage: Board of directors in

Page 13

CNBMGRP00392949

2013 standard operation and self building sentiment situation; Board of directors in 2013 prime task of completion; Shape potential that development Group faces with existing question; In 2014 task object and prime task.

This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain through five, deliberations and through about Chinese building materials group in 2014 to the bill of financial institution financing. Primary coverage: Group in 2014 applies for the total amount not over 10 billion Yuan comprehensive credit specified amount to various banks, including Everbright Bank 3 billion Yuan, China Construction Bank 10 hundred million Yuan, 国 agricultural bank 1 billion Yuan, China CITIC Bank 500 million Yuan, China ICBC 3 hundred million Yuan, Nanjing Bank 300 million Yuan, Beijing Bank 300 million Yuan, Shanghai Pudong Development Bank 200 million Yuan, Tianjin silver line of 200 million Yuan, registration intermediate stage bill specified amount 1.4 billion Yuan and sixth branch release intermediate stage bill specified amount 18 hundred million Yuan. And is authorized various manager strike banks to provide the corresponding basic data.

This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through six, deliberations and near adjustment Group have passed and out the bill of mouth and southwest cement use for building materials in the Everbright Bank credit specified amount. Primary coverage: Group transfers Everbright Bank's credit 1 billion Yuan to the group headquarters to building materials international equipment use, deadline one year; Group transfers Everbright Bank's credit 1.1 billion Yuan to the group headquarters to give the southwest cement use, deadline one year.

This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through to approve the above related bill, please the related company fulfill the relevant law procedure according to the relevant provision.

(Following blank) _3 (this page does not have main text, for the Chinese building materials Group third session of board of directors 14th conference trustee will sign page) trustee to sign f (Song Zhiping | Yao Yan) (Cao Jianglin) (Peng Xuefeng) (king in fiercely) in April, 2014 29 saying that in threes building materials three Dong will decide character 15th. . ,… . , ......... "-. • • • _...................... «< __.
..... . ..... ......... ..... • • - • ..... - • • - - • • • ` ..... The Chinese building material Group Company limited third board of directors 15th conference resolution.

The Chinese building material Group Company limited third board of directors 15th conference (in 2014 the sixth time). In June, 2014 9 said that (Monday) convenes in the conference site conference form, 10 trustees attend the meeting personally, trustee Lu Xiaoqiang is authorized to entrust Zhuang Laiyou to attend the meeting. Will discuss after the deliberation and vote forms the following four resolutions: First, considers and adopts 国 the bill of building materials group 2014-2016 years developmental strategy and plan. Primary coverage: Group 2014-2016 years overall operation objectives are in 2014 the group realize the business income 222.8 billion Yuan, the gross profit I 2.3 billion Yuan; 2015 year-end fair group realizes the business income 250 billion Yuan, the gross profit 13 billion Yuan; In 2016 group reality presently business income 270 billion Yuan, gross profit 14 billion Yuan.

This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain

CNBMGRP00392949

through 1 two, deliberation and through Group in 2014 the bill of comprehensive
risk management report.
Primary coverage: 2014 Group total 45 member enterprises do the arranging newspaper
work of comprehensive risk management report, induction investigation Group 2014
risk point altogether 20, important risk 5, generally risk 8, compared with small
risk 5, minimum risk 2.
Important risk point: 1. Cement, glass and other groups made the owner tectonic
plate to be slowed down by 国 the family economic growth rate, the market demand
worn out adverse impact, the operation pressure is big; 2. while the state law view
policy constantly stressed that the manufacturing industry reforming promotion,
produces can melt, the cement, glass and so on good immovable property can still
unceasingly increase, some regional markets exhibit the blind competition tendency;
3.
The group the rapid growth, property ratio of debt to net worth was high in recent
years, but outside the national macro-control causes the department financing
environment not to obtain the obvious new face, causes some enterprise debt burdens
to be heavy, forms the tremendous pressure to business industry management; 4.
market price fluctuation and financing difficulty increase initiate the bulk
commodity trade risks; 5. world politics economic pattern's uncertainty brings the
new challenge to the group corporation international trade development.
This bill agreed by 11 tickets that 0 dissenting votes, 0 tickets abandon the
pitchfork to obtain through three, deliberations and the building materials group
import and export common department through the Chinese building materials limited
liability companies apply for the subsidiary enterprise development hedge service
the bill. Primary coverage: Agreed that megalith collection group develops
aggregate amount not over 100 million US dollars and quantities in 2, 000 kilograms
within precious metal hedge service; Building materials group import and export
Shanghai Corporation develops transaction quantity upper limit 60 ten thousand ton
and transaction upper limit 500 million Yuan and earnest money upper limits 0. 500
million rod iron ore set of times guarantee the value service; The building
materials international trade limited company develops the transaction quantity
upper limit 400,000 tons, to pay the easy maximum amounts of money 200 million Yuan
and earnest money upper limit 20 million Yuan power coal hedge service.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain
through four, deliberations and register the release not over 1.4 billion Yuan
intermediate stage bill through Group the bill. Primary coverage: Group registers
the release not over 1.4 billion Yuan intermediate stage bill.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain to
approve the above related bill, please the related company fulfill the relevant law
procedure according to the relevant provision.
3 (this page does not have main text, for 国 the building materials Group third
session of board of directors 15th conference trustee signs page) trustee to sign;

(Song Zhi¥). Yao Yan)

(Cao Jianglin)

(Hao Zhenhua) (, if small court) (Zhao Xiaogang)

Page 15

CNBMGRP00392949

(Zhuang Laiyou) (Lu Xiaoqiang) & Zhu Yanfu) (Peng Xuefeng) (king in fierce) two 。
14 years in June nine said that in threes building materials three Dong will decide
the character No. 16 China building material Group Company limited third board of
directors 16th conference resolution China building material Group Company limited
third board of directors 16th conference (in 2014 the seventh time) on July 2
(Wednesday) not to summon in written signature document form in 14 years, 10
trustees attend the meeting completely. The conference forms the following
resolution after the deliberation and vote:
Considers and passes the building materials group import-export company to apply
adjust the use group credit volume 1 billion Yuan and uses the collection 困 a bond
fund 1 billion Yuan bill. Primary coverage: Agreed that Group transfers Everbright
Bank's credit 1 billion Yuan to the group headquarters to use to the building
materials information technique technique limited company, deadline 6 months;
Agreed that Group distributes the time bill to collect in fund 1 billion Yuan to
entrust 2014 the loan way to lend the building materials group to enter the export
corporation to use.
This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain
through (this page do not have main text, for the Chinese building materials Group
third session of board of directors 16th conference trustee signs page) trustee _to
sign S (Song Zhiping) (Yao Yan) (Cao Jianglin) h (Ni Xiaoting) (Zhao Xiaogang)
(Zhuang Laiyou) (Lu Xiaoqiang) (Zhu Yanfu) (Peng Xuefeng)

(King in fierce) on July 2, 2014 2 (this page did not have the main text, for
Chinese building materials firewood!? I the company third session of board of
directors 16th conference trustee signing page) chi matter bamboo slip•


(Song Zhiping) (Yao Yan) (Cao Jianghe) (Ni Xiaoting) (Zhao Xiaogang) (Zhuang
Laiyou)

(. Lu Xiaoqiang) (Zhu Yanfu) (Peng Leifeng) C king in fierce > 20 - four years on
July 2 (this page did not have the main text, constructed # the Group third session
of board of directors 16th conference trustee to sign space page > trustee to sign
for China

(Song Zhiping) (Yao Yan) (Cao Jianglin) (Ni Xiaoting) (Zhao Xiaogang) (Zhuang
Laiyou) (Lu Xiaoqiang) (Zhu Yanfu) (Peng Xuefeng) (king in fierce) two 。 14 years
on July 2 (this page did not have IPX, ^ t." . = .feih: 0.7 # Bian six ^ will know
the dream label along) (Ni Xiaoting) (Zhao Du (Zhuang Song: 仏)

(Lu Xiaoqiang) (Zhu Yan lives) (Peng Xun,) (prince fierce) 201 cup year in July two
0 (this page does not have the main text, for the Chinese building materials Group
third session of board of directors 16th conference trustee signs page > trustee to
sign (Song Zhigan) (Yao Yan) (Cao Jianglin) (Ni Xiaoting) (Zhao Xiaogang) (Zhuang
Laiyou) (Lu Xiaoqiang >. Zhu Yanfu.
(Peng Xuefeng > (king two 0" ==building materials three Dong== in fierce) in July, 2014
==will decide the character No. .17 China building material collection country==

CNBMGRP00392949

limited company „the third board of directors 17th conference resolution China building material Group Company limited third board of directors 17th conference (in 2014 the eighth time) (Friday) to convene by conference site conference shape in 2014 July 11, 10 trustees attend the meeting completely. The conference forms the following resolution after the deliberation and vote:

First, deliberation and invests to set up the building materials jointly to invest the bill of limited company through Group. Primary coverage: The Chinese building material Group Company limited invests to set up to invest in the common department the building materials jointly to invest the limited company (to choose a name temporarily), the company registered capital 1 billion Yuan person people coin, is set up by Group sole ownership, the first period contributes 300 million Yuan.

This bill agreed by 10 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through two, deliberations and through Group part second-level enterprise personnel adjustment the bills. The hosts want the content:

1. jointly invests the limited company to send out Dong, supervisor and manager level personnel arrangements to building materials:

Board of directors: Chairman trustee Song Zhiping: Cao Jianglin, Guo Chaomin, Zhou Guoping, illumination space;

Does not set up the board of supervisors, supposes supervisor 1, is held the post by Wu Jiwei;

Nomination senior manager: General manager Cao Jianglin, routine deputy general manager Zhou Guoping 2. Beixinjituan related trustee adjusts:

Cui Lijun no longer is Beixinjituan vice-chairman and trustee, is appointed to another post;

Bao Wenchun no longer holds the post of Beixinjituan trustee, retires;

Tao Zheng is appointed Beixinjituan trustee, and nominates the general manager; Liu Guiping is appointed Beixinjituan trustee.

3. removes Hu Yueming three lion group trustee, retires.

This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain through three, deliberation and through about losing the beautiful gypsum board event the countermeasure bill. Primary coverage: Agreed that the notification of legal department and attorney, respected does not participate July 17 that 2014 the Taishan gypsum made the amount of indemnification public hearing, no longer on the jurisdiction objection to American most high court to raise requests transfer to examine and not participate the decision in US entity lawsuit.

This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain to approve the above related bill, please the related company fulfill the relevant law procedure according to the relevant provision.

2 (this page does not have main text, for the Chinese building materials Group third session of board of directors 17th conference trustee bamboo fish trap character page) trustee signs 3 (Song Zhiping) (Yao Yan) (Cao Jianglin) (Zhu Yanfu) (king in fiercely) 20 - four years in July 11 said that in threes building materials three Dong will decide character 18th.

___ •_. ........ -_. …. -. -. - -. ‹ ............... - • - - ♦ - • - ‹ - - - - «- • ` • , " • • • •- • • • • - * "........... ` - the Chinese building material Group Company limited third board of directors 18th conference resolution.

The Chinese building material Group Company limited third board of directors 18th conference (in 2014 the ninth time)•I5 date (Friday) convened by conference site

CNBMGRP00392949

conference shape in August, 2014, 10 trustees attended the meeting completely. The conference forms the following resolution after the deliberation and vote:
First, deliberation and *, forms the triumphant abundant group, to make the solid glass platform's bill about the internal resource through the group. Primary coverage: Takes the group the existing glass business resources as the foundation, forms the triumphant abundant Group Company limited (to choose a name temporarily), forms the electronic and photovoltaic glass, the new material, the new energy and structural glass, the mining industry, the scientific research design and attire through the reorganization conformity prepares the manufacture and other service tectonic plate's the glass industrial groups. Authorized group manager level works out various service tectonic plates' concrete reorganization integration plans, in case implements in the process the major issue should notify Group board of directors promptly.
This bill agreed by 10 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through two, deliberations and near have formulated "China Building material Group Company limited Property Transfer Policing method" bill 9 and report SAC to set up a file.
This bill agreed by 10 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through three, deliberations and merge CIGS project application Group provides the load luo the bill through mou the port courtyards. Primary coverage: Group provides load Bulgaria for a Bengbu courtyard 467.17 million Yuan loan, freshwater mussel Bei Yuan carries on the money withdrawal according to the project implementation progress on the merger and acquisition CIGS project credit. The collection group company executive level should grasp to carry out 250 million Yuan state-owned capital in cash. The Bengbu courtyard should has capital in cash after the country to the account return the corresponding part loan, releases Group to guarantee the specified amount.
This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain through four, deliberation and donate the item through Beixinjituan outward the bill. Primary coverage:
The northern new building materials donate the Renminbi to Quang'an Municipal party committee and municipal government 1.5 million Yuan or the equivalent cargo.
This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain through five, deliberations and "altogether govern the bill of project foreign donation on five water" through the Zhejiang south cement limited company. Primary coverage: Zhejiang southern south cement limited company subordinate Lanxi Zhu Ge the cement limited company and other enterprises donate the people to the enterprise locus government, total 5.58 million Yuan.
This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain through six, deliberations and through exempting Comrade Deng Yuting the northern new building materials Group Company limited trustee bill.
This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain to pass.
2 (this page does not have the main text, for the Chinese building materials Group third session of board of directors 18th conference trustee. Signature page). The trustee signs s (Ni Xiaoting) (Zhao Xiaogang) (divination h (Zhuang Laiyou)

(Lu Xiaoqiang) @ extends luck) (Peng Xuefeng v (king in fiercely) in August, 2014

CNBMGRP00392949

15 saying that in threes building materials three Dong will decide in the character No. 19 China building material Group Company limited third board of directors 19th conference resolution 囯 the building material Group Company limited third board of directors 19th conference (in 2014 the tenth time) (Monday) to convene by conference site conference shape in 2014 October 27, 9 trustees attend the meeting personally, the Peng Xuefeng exterior trustee gives the pitchfork to entrust Lu Xiaoqiang to attend the meeting.

The conference forms the following resolution after the deliberation and vote: First, deliberation and through formulating ""China Building material Group Company limited Finance Derivation Operations management method" bill.

This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain through two, deliberations and near Group management personnel in 2013 the salary cash plan bill. Primary coverage: Group general manager 2013 year total salary is ten thousand Yuan, the base firewood is 34. 350,000 Yuan, the achievements firewood is 70. 650,000 Yuan, to base firewood multiple are 06;

Group manager level deputy personnel achievements salary distribution coefficient is divided into 0 „9 and 0. 88th, 0 „86 three scales, trustee Cao Jianglin salary according to general manager salary 0.95 time of idea; The management personnel's year achievements salary in 2013-2015 years fourth tenure in office, 40% postponements of payment, one when this tenure in office conclusion and cashed.

This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain through the bill that three, deliberations and near Group part second-level enterprise Dong, supervisor has adjusted.

Primary coverage:

1. Chinese building materials limited liability company Dong, supervisor adjusts because of the tenure in office arrives at the session, Cui Lijun (female) No longer holds the post of the Chinese building materials stock non-to carry out Dong Shi, recommends Tao Zhengwei China building materials stock non-executive trustee; Qiao Longde, Li Decheng, Ma Zhongzhi resigns from independent non-executive director, recommends Tang Yunwei, Zhao Lihua, Sun Yan the armed forces for the independent non-executive trustee; Tang Yunwei, Zhao Lihua no longer holds the post of 囯 the building materials stock independent jail matter duty, recommends Wu Weiku, Liu Jianwen is the independent supervisor.

2. Northern new building materials Group Company limited Dong, supervisor adjusts. Comrade Deng Yuting arrives at the retirement age, no longer is the director of corporations, recommends Wang Baoxiang for the director of corporations.

This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain through four, deliberate and approve the building materials group import-export company three subordinate company share reform plans bills. Primary coverage: Building materials group import and export Shanghai Corporation, the building materials international trade easy limited company and building materials international equipment limited company the import-export company the storage quantity state capital that has transforms as "interior may cumulative preferred stock", does not participate in the operating decisions, every year before the common share dividend assigns according to the net assets evaluation value 6% fixed rate allocate profits; Meanwhile is owned stocks the platform separately to increase funding to the above three companies by the import-export company and staff, this part of investment and Hangzhou courtyard (equipment shareholder) the

CNBMGRP00392949

original investment takes the common share. The root according to the articles of incorporation concerned requirements, the above three employees owns stocks the platform to press the common share separately 33= 66% 33. 68% and 30. 49% proportions, enjoy the same level pitchfork profit (to take actual evaluation value compared to example with the state-owned common share as standard). After increasing funding, the industry and commerce registration three company workers hold the stock platform ownership percentage are 20%.

This bill agreed by 10 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through five, deliberations and near have constructed # the group import-export company to apply to increase the capital in cash about the bill. Primary coverage: Group increases 1 billion Yuan registration capital in cash for the import-export company, increases funding arrives by stages.

This bill agreed by 10 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through six, deliberation and through subscribe about the Chinese building materials limited liability company encircle the scenery water putty Group Company limited Hong Kong direction detection to issue additionally the stock the bill. Primary coverage: Chinese building materials stock share through other QDII or ways, take 563,190, 040 stocks that the innate fund subscriber scenery cement direction detection issued additionally, the subscription price as the scenery cement on October 27 the closing price, always subscribed the amount 15. 600 million HK dollars. After the subscriber completes, after Chinese building materials share holding scenery Shui Ni distributes, total capital stock 16. 67%. Administration bureau level concrete implementation subscriber plan, signs including, but is not restricted in subscriber agreement and other documents, when the management should this subscriber special details and notifies to the board.

This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain to approve the above related bill, please the related company fulfill the relevant law procedure according to the relevant provision.

3 (this page does not have the main text; For 囲 the Jiancun Group third session of board of directors 19th conference trustee signs page) trustee to sign;

(Song Zhiping) m swallow) (Cao Jianglin)

(Ni Xiaoting) (Zhao Xiaogang) (Zhuang Laiyou) (Lu Xiaoqiang) (Zhu Yanfu)

(Peng Xuefeng) (king Yu Meng)•
` Two o- four years in October 27 said that (this page does not have main text, encircles for constructs # the collection surface company third session of board of directors 20th conference trustee to sign page) trustee to sign;
(Song Zhiping) (Yao Yan) (Cao Jianglin) 1 (Ni Xiaoting) (Zhao Xiaogang)

(Zhuang Laiyou) (Lu Xiaoqiang) (Zhu Yanfu) (Peng Xuefeng) (king in fierce) two ◦ 14 years in November five said that the Chinese building material Group Company limited third board of directors 21st conference resolution China building material Group Company limited third board of directors 21st conference (in 2014 the 12th time) in 2014 I in February 19 said (Friday) will discuss the form to convene by the conference site, 10 trustees attend the meeting completely. The conference forms the following resolution after the deliberation and vote:

CNBMGRP00392949

First, deliberation and 1§ hundred million Yuan credit provides the guarantee for the import-export company in Everbright Bank Beijing Branch through Group the bill. This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain through two, deliberations and through Group for building materials import and export in the China CITIC Bank 300 million Yuan floating capital loan provides the load luo the bills.

This bill agreed by 10 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through three, consider and adopt 国 the building material scientific research main hospital extension to increase the paicl-up capital the discussing case. Primary coverage: The main hospital plans the use capital surplus 109, 814, 889. 02 Yuan and undistributed profits 393, 302, 843. 61 Yuan, equal 503, 117, 732. 63 Yuan extension increases the paicl-up capital.

This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain through four, deliberate and pass the building materials jointly to invest the limited company invest the bill of ""Enterprise Observation" society limited liability company. Primary coverage: 10% pitchfork profits that the building materials jointly invest the limited company to let the building materials investment limited company has really given 1000 ten thousand Yuan institute that correspond to "Enterprise Observation" society limited company, and in building materials investment 10 million Yuan disposable payment.

This bill agreed by 10 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through five, deliberations and through the Luoyang glass limited liability company significant assets reorganization plan bills. Primary coverage: Primary coverage: Luobo Group or holds Luobo stock stock and other ways to purchase the Bengbu courtyard to hold by the cash Bengbu the building materials information demonstration material limited company 93. 68% stockholder's rights, and will hold this company 10W stock pitchfork price approximately 6 „7.1 billion Yuan to post Bolivia stock after the purchase; The Luobo stock its holds ordinary float and Minerals Corp. corresponding stockholder's rights and related debt pitchfork price approximately 5. 1.6 billion Yuan set to deliver Luobo Group. Sets and posts differential 5.5 billion Yuan to issue additionally A stock stocks to purchase to Luobo Group by the Luobo stock. At the same time, the Luobo stock throws the capital non-to distribute A stock stocks to collect the co-funding to other publicly not over 2. 200 million Yuan, for posting property operation fund as well as supplement listed company floating capital. The above related purchase and property heavy group the bargain price takes finally after the setting up a file related property estimate value determined as the datum.

This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain through six, deliberate and pass in the building materials the crag science and technology related employee to purchase the young shareholder stock pitchfork, implement the bill that the staff owns stocks. Primary coverage: The crag science and technology 23 management, technical and key member investments form the staff holding company to purchase 7% pitchforks that the young shareholder transfers 5 to recognize buy the price by crag science and technology at the end of 2013 net assets audit value 8109. 630,000 Yuan are the foundation decide firmly, main hospital chief assistant concurrently this general manager Tong Lijin contributes 908,800 Yuan to buy stock 3 to account for the staff ownership percentage 16%.

This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain

CNBMGRP00392949

through seven, deliberations and set up common Xun Jianshe to touch the screen to use the ultra-thin high aluminum lap glass production line project through Bengbu glass industry Design Research institutes the bill. Primary coverage: The Bengbu courtyard leaves the capital 14, 10,000 Yuan (owns stocks 70%) to set up the building materials with the Bengbu investments group limited company together (Bengbu) photoelectric material limited company, the construction yearly produces 0. 5th, 0. 7 Li high aluminum lap glasses 462. 30,000 m2 production lines; The project total investment 65,688 ten thousand Yuan, need the bank loan 45, 6.88 million Yuan, plans to apply for Group to guarantee 423.18 million Yuan, guarantees the policing method concerned requirements to fulfill the dependant program according to the group.

This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain to adopt the A. deliberation and in photoelectricity liquid crystal glass foundation plate phase of extension projects and maggot capital plan the bill through Chengdu. Primary coverage: In the Bengbu courtyard and subordinate photoelectricity science and technology progressive the photoelectricity science and technology limited company to Chengdu increases funding according to the stock pitchfork proportion, for implementing to yearly produce 3.05 million pieces of TFT glass foundation plate projects and issue of Leng Xiu. Project total investment 78, 8.72 million Yuan, needs the bank loan 53, 300,000 Yuan, plan to apply for Group to guarantee 20 according to the stock pitchfork proportion, 3.27 million Yuan, guarantees the policing method concerned requirements to fulfill the dependant program according to the group.

This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain through nine, deliberation and capital in cash change use and increase funding the new home Hua Gou bill festival She Guoyou through the Chinese new house. Primary coverage: Chinese new house reform getting out of trouble project 3 state capital operational budget fund estimate festival She 14, 6.74 million Yuan. Plans to enter in its holding subsidiary company Leshan new home Hua Gou to live in the labor limited company by the increasing funding way note, produces 1 million cubic meters green house PC component projects for its year of undertaking.

This bill agreed by 10 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through ten, deliberations and through about revising ""China Building material Group Company limited Take on luo the Policing method"" bill.

This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain through 11, consider and adopt 囯 the building materials stock to set up the wholly-owned in Hong Kong the discussing case. Primary coverage: The corporate name establishes provisionally that 囯 the building materials holding limited company (takes pours book finally as standard); Registered capital 100 million HK dollars; Proposed to agree that the Chinese building materials stock entire pitchfork handled, Hong Kong establishment wholly-owned related matters concerned. The extraterritorial investment project that the company carries on, reported the Chinese building materials stock to have the pitchfork organization to consider the authorization according to the concerned requirements separately.

This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain to approve the above related bill, please the related company fulfill the relevant law procedure according to the relevant provision.

4 (this page does not have main text, for the Chinese building materials Group

CNBMGRP00392949

third session of board of directors 21st conference trustee signs page) trustee to
sign S (king (Zhao Xiaogang) (Zhu Yanfu) (Zhuang Laiyou) (Peng Xuefeng) two ° 14
years in December 19 to say in fiercely) ten ^7^

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 2 号

# 中国建筑材料集团有限公司
# 第三届董事会第二次会议决议

中国建筑材料集团有限公司第三届董事会第一次会议（2013年第一次）于 2013 年 1 月 22 日（星期二）以会场会议形式在北京召开，会议由宋志平董事长主持，11 名董事全部亲自到会。会议经过审议和表决形成如下决议：

一、审议并通过关于集团公司 2012 年度财务决算审计机构和审计费用的议案。主要内容：  2012 年集团公司财务决算审计机构为天职国际会计师事务所、大信会计师事务所、中勤万信会计师事务所、兴华会计师事务所及立信会计师事务所等五家机构；

1

CNBMGRP00392949

集团公司及所属子企业（不含上市企业）的财务决算审计费用为461万元。

　　该议案以 11 票同意，0 票反对，0 票弃权获得通过

　　二、审议并通过关于拟报国资委的集团公司 2013 年预算主要指标的议案。主要内容：中国建材集团 2013 年预算拟报数主要指标为：营业收入 2200.10 亿元，比上年度下降 0.5%；利润总额 105.69 亿元，比上年度下降 6.23%；归属于母公司所有者的净利润 27.43 亿元，比上年度下降 10.59%。

　　该议案以 11 票同意，0 票反对，0 票弃权获得通过

　　三、审议并通过关于拟报国资委的集团公司2013年和2013~2015年任期董事会企业测试评价目标建议值的议案。主要内容：2013年度董事会企业测试评价目标值为：利润总额：102.8亿元；经济增加值：32.6亿元；成本费用总额占营业收入比例：97.50%；资产负债率：80.94%；营业收入：2200亿元。2013~2015年任期董事会企业测试评价指标值为：国有资本保值增值率：125%；总资产周转率：0.79次；技术投入比例：1.8%；全员劳动生产率：13.80万元/人

　　该议案以 11 票同意，0 票反对，0 票弃权获得通过

2

CNBMGRP00392950

四、审议并通过关于中国建材股份有限公司增发 H 股的议案。

主要内容：中国建材股份有限公司拟发行不超过已发行 H 股股数的 20%，即 575,834,379 股 H 股，具体数量将根据监管机构要求和发行时资本市场的情况最终确定。发行方式为定向（通过向不超过 10 名投资者非公开配售）或公开；授权股份公司执行董事宋志平或曹江林（任何一位）全权处理与本次增发 H 股有关的事务。

该议案以 11 票同意，0 票反对，0 票弃权获得通过。

以上有关议案，请有关公司按照有关规定履行相关法律程序。

（以下空白）

3

CNBMGRP00392951

（此页无正文，为中国建材集团第三届董事会第二次会议决议
　董事签字页）

董事签字：

<br>
（宋志平）　　　　　　　　（姚　燕）　　　　　　　　（曹江林）

<br>
（郝振华）　　　　　　　　（倪小庭）　　　　　　　　（赵小刚）

<br>
（庄来佑）　　　　　　　　（路小强）　　　　　　　　（朱延福）

<br>
（彭雪峰）　　　　　　　　（熊吉文）

二〇一三年一月二十二日

4

CNBMGRP00392952

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 3 号

# 中国建筑材料集团有限公司
# 第三届董事会第三次会议决议

中国建筑材料集团有限公司第三届董事会第三次会议（2013年第二次）于 2013 年 2 月 22 日（星期五）以会场会议形式在北京召开，会议由宋志平董事长主持，11 名董事全部亲自到会。会议经过审议和表决形成如下决议：

一、审议并通过集团公司 2013 年度对外捐赠预算的议案。主要内容：2013 年集团对外捐赠预算额度为 3368.00 万元，占集团 2013 年预计营业收入（22,000,956.84 万元）的 0.15‰，相对于集团 2012 年度对外捐赠预算增加 1434.75 万元。对外捐赠

1

CNBMGRP00392953

预算共包括 123 个预算主体，预算项目 286 项。其中：经常性对外捐赠项目 55 项，捐赠金额 745.60 万元；非经常性捐赠项目 231 项，捐赠金额 2622.40 万元。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

二、审议并通过集团公司 2013 年为所属企业银行授信提供担保的议案。主要内容：中国建材集团 2013 年为子企业担保上限额度 158.59 亿元，主要包括：进出口公司 100 亿元、北新集团 30 亿元、蚌埠院及下属成都中光电 9.92 亿元、秦皇岛院 1.80 亿元、中建材玻璃本部 0.3 亿元、洛玻集团及下属洛玻股份 9.96 亿元、中联玻璃 4.81 亿元、联合装备 1 亿元、中复神鹰 0.8 亿元。

该议案以 11 票同意，0 票反对，0 票弃权获得通过。

以上议案，请有关公司按照有关规定履行相关法律程序。

（以下空白）

2

CNBMGRP00392954

（此页无正文、为中国建材集团第三届董事会第三次会议决议
　董事签字页）

董事签字：

（宋志平）　　　　　　（姚　燕）　　　　　　（曹江林）

（郝振华）　　　　　　（倪小庭）　　　　　　（赵小刚）

（庄来佑）　　　　　　（路小强）　　　　　　（朱延福）

（彭雪峰）　　　　　　（熊吉文）

二〇一三年二月二十二日

CNBMGRP00392955

中国建筑材料集团有限公司　　董事会文件

中建材三董会决字 4 号

_____

# 中国建筑材料集团有限公司
# 第三届董事会第四次会议决议

中国建筑材料集团有限公司第三届董事会第四次会议（2013年第三次）于 2013 年 4 月 12 日（星期五）以书面签署文件形式召开，11 名董事全部到会。会议经过审议和表决形成如下决议：

一、审议并通过集团公司董事会 2012 年度工作报告的议案，报送国务院国资委。主要内容：一董事会 2012 年规范运作情况；二董事会 2012 年完成的主要工作；三董事会对国资委提出应重点关注问题的整改；四董事会 2013 年工作重点。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

1

CNBMGRP00392956

二、审议并通过中建材玻璃公司主要负责人任免的议案。主要内容：由彭寿担任中建材玻璃公司总经理（法定代表人）；邢宁不再担任中建材玻璃公司总经理（法定代表人）职务。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

三、审议并通过洛玻集团派出董、监事换届调整的议案。主要内容：集团向洛玻集团第三届董事会派出执行董事：彭寿（董事长、法人代表）、马立云（总经理）、丁建洛、郭义民，非执行董事：周国萍、邢宁；向第三届监事会派出监事：曹江林（主席）、刘方勤。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

四、审议并通过免去刘新琪三狮集团董事职务的议案。

该议案以 11 票同意，0 票反对，0 票弃权获得通过。

以上有关议案，请有关公司按照有关规定履行相关法律程序。

（以下空白）

2

CNBMGRP00392957

（此页无正文，为中国建材集团第三届董事会第四次会议决议
　董事签字页）


董事签字：


<table>
<tr><td>（宋志平）</td><td>（姚　燕）</td><td>（曹江林）</td></tr>
<tr><td>（郝振华）</td><td>（倪小庭）</td><td>（赵小刚）</td></tr>
<tr><td>（庄来佑）</td><td>（路小强）</td><td>（朱延福）</td></tr>
<tr><td>（彭雪峰）</td><td>（熊吉文）</td><td></td></tr>
</table>


二〇一三年四月十二日

3

CNBMGRP00392958

中国建筑材料集团有限公司    董事会文件

中建材三董会决字5号

# 中国建筑材料集团有限公司
# 第三届董事会第五次会议决议

中国建筑材料集团有限公司第三届董事会第五次会议于 2013 年 4 月 19 日（星期五）以会场会议形式召开，11 名董事均亲自到会，会议经过审议和表决形成如下决议：

审议并通过集团公司 2012 年度财务决算审计报告的议案，同意上报国务院国资委。财务决算主要指标：

营业收入 2174.32 亿元，同比增长 12.03%；

利润总额 111.56 亿元，同比增长-29.61%；

净利润 86.23 亿元，同比增长-27.35%；

归属于母公司所有者净利润 29.73 亿元，同比增长-29.94%；

1

CNBMGRP00392959

资产总计 3006.21 亿元，同比增长 44.87%;

所有者权益合计 542.66 亿元，同比增长 17.63%;

归属于母公司所有者权益 188.09，同比增长 18.36%;

资产负债率 81.95%，同比增长 4.18 个百分点。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

（以下空白）

2

CNBMGRP00392960

（此页无正文，为中国建材集团有限公司第三届董事会第五次
会议董事签字页）

董事签字：

| | | |
|---|---|---|
| 宋志平 | 姚　燕 | 曹江林 |
| 郝振华 | 倪小庭 | 赵小刚 |
| 庄来佑 | 路小强 | 朱延福 |
| 彭雪峰 | 熊吉文 | |

二〇一三年四月十九日

3

CNBMGRP00392961

中国建筑材料集团有限公司   董事会文件

中建材三董会决字6号

# 中国建筑材料集团有限公司
# 第三届董事会第六次会议决议

中国建筑材料集团有限公司第三届董事会第六次会议（2013年第五次）于2013年5月6日（星期一）以会场会议形式在北京召开，会议由宋志平董事长主持，10名董事亲自到会，彭雪峰董事授权委托参会。会议经过审议和表决形成一项特别决议、五项普通决议：

**特别决议：**

一、审议并通过增加集团公司注册资本的议案。主要内容：将集团公司注册资本从 5,069,681,283.89 元增加至 5,529,828,572.84 元。

该议案以11票同意，0票反对，0票弃权获得通过

CNBMGRP00392962

**普通决议：**

**一、审议并通过中国建材集团 2013-2015 年发展战略与规划的议案。**集团公司 2013-2015 年总体经营目标为 2013 年集团实现营业收入 2200 亿元，利润总额 106 亿元；2014 年集团实现营业收入 2350 亿元，利润总额 120 亿元；2015 年集团实现营业收入 2500 亿元，利润总额 132 亿元。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

**二、审议并通过集团公司 2013 年投资计划的议案。**主要内容：2013 年集团公司拟报投资计划 482.17 亿元，其中固定资产投资为 223.63 亿元，股权（产权）计划投资 258.54 亿元，均为投资主业项目。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

**三、审议并通过中国建材检验认证集团股份有限公司首次公开发行 A 股并上市方案的议案。**主要内容：中国建材检验认证集团股份有限公司（简称 "CTC"）拟在境内公开发行 5500 万股 A 股，并在上海证券交易所主板上市。本次发行计划募集资金约 5.9-7.4 亿元，发行完毕后，CTC 总股本增至 22000 万股。在完成国有股转持社保基金后，集团公司间接持有 CTC 15067.25 万股，占比 68.49%。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

2

CNBMGRP00392963

四、审议并通过集团公司 2013 年全面风险管理报告的议案。
主要内容: 2013 集团公司共计 44 家成员企业开展全面风险管理报告的编报工作，归纳排查集团公司 2013 风险点共 18 个，其中重要风险 3 个，一般风险 8 个，较小风险 5 个，极小风险 2 个。三个重要风险: 1. 由于原始资本较少而集团企业近年来快速发展，从而导致资产负债率偏高，企业债务负担进一步加重进而盈利能力受到影响并面临较重的还贷压力；2. 受国家宏观调控政策、行业产能严重过剩及市场无序竞争等多重影响，水泥市场经营压力继续增大，玻璃市场持续低迷；3. 集团在近年来快速发展的情况下，面临联合重组企业不断增多进而带来的运营管控风险。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

五、审议并通过集团公司向雅安地震灾区进行企业捐赠事项的议案。主要内容: 集团公司向雅安地震灾区实施 300 万元企业捐赠。

该议案以 11 票同意，0 票反对，0 票弃权获得通过。

以上有关议案，请有关公司按照有关规定履行相关法律程序。

（以下空白）

3

CNBMGRP00392964

（此页无正文，为中国建材集团第三届董事会第六次会议决议

董事签字页）


董事签字：


_____          _____          _____
（宋志平）                （姚　燕）                （曹江林）


_____          _____          _____
（郝振华）                （倪小庭）                （赵小刚）


_____          _____          _____
（庄来佑）                （路小强）                （朱延福）


_____          _____
（彭雪峰）                （熊吉文）


二〇一三年五月六日

CNBMGRP00392965

中国建筑材料集团有限公司  董事会文件

中建材三董会决字 7 号

# 中国建筑材料集团有限公司
# 第三届董事会第七次会议决议

中国建筑材料集团有限公司第三届董事会第七次会议（2013年第六次）于 2013 年 9 月 9 日（星期一）以会场会议形式在北京召开，会议由宋志平董事长主持，11 名董事全部亲自到会。会议经过审议和表决形成如下决议：

一、审议并通过关于成都中光电阿波罗太阳能有限公司碲化镉薄膜太阳能电池生产线项目可研报告的议案。主要内容：成都中光电阿波罗太阳能有限公司自有土地上建设年产 80 兆瓦碲化镉薄膜太阳能电池生产线项目。项目总投资 49090 万元，其中建设投

1

CNBMGRP00392966

资 44560 万元，建设期贷款利息 730 万元，流动资金 3800 万元。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

**二、审议并通过关于北新集团建材股份有限公司非公开发行 A 股的的议案**，主要内容：北新建材向包括中国建材股份在内的不超过 10 名特定投资者非公开发行 A 股进行再融资，发行数量不超过 1.5 亿股。中国建材股份以不超过人民币 3 亿元现金认购，其他机构投资者以现金认购。

该议案以 11 票同意，0 票反对，0 票弃权获得通过。

**以上有关议案，请有关公司按照有关规定履行相关法律程序。**

（以下空白）

CNBMGRP00392967

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 8 号

# 中国建筑材料集团有限公司
# 第三届董事会第八次会议决议

中国建筑材料集团有限公司第三届董事会第八次会议（2013年第七次）于 2013 年 11 月 1 日（星期五）以会场会议形式在北京召开，会议由宋志平董事长主持，11 名董事亲自到会。会议经过审议和表决形成以下三项决议：

一、审议并通过修订《高管人员经营业绩考核暂行办法》，上报国资委备案。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

二、审议并通过集团公司高管人员 2012 年薪酬兑现方案的议案。主要内容：集团公司总经理 2012 年度总薪酬为 102 万元，其中基薪为 31.04 万元，绩效薪为 70.96 万元，对基薪倍数为

1

CNBMGRP00392969

2.3；集团公司经理层副职人员绩效薪酬分配系数分为 0.9、0.86、0.82 三个档次，曹江林董事薪酬按总经理薪酬的 0.95 倍计；集团公司第三任期（2010 年—2012 年）内各年度绩效薪金中延期兑现的 40%在本年度一并兑现。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

**三、审议并通过集团公司向中国残疾人福利基金会公益项目捐赠的议案。**主要内容：集团公司向中国残疾人福利基金会公益慈善项目捐赠 100 万元资金，捐赠资金将直接拨付给基金会，最迟在 2013 年年底前完成。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

（以下空白）

2

CNBMGRP00392970

（此页无正文，为中国建材集团第三届董事会第八次会议决议
董事签字页）

董事签字：


（宋志平）


（姚　燕）


（曹江林）


（郝振华）


（倪小庭）


（赵小刚）


（庄来佑）


（路小强）


（朱延福）


（彭雪峰）


（王于猛）

二〇一三年十一月一日

3

CNBMGRP00392971

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 9 号

# 中国建筑材料集团有限公司
# 第三届董事会第九次会议决议

中国建筑材料集团有限公司第三届董事会第九次会议（2013年第八次）于 2013 年 11 月 29 日（星期五）以书面签署文件形式在北京召开，11 名董事全部到会。会议经过审议和表决形成以下决议：

**审议并通过 2013 年度财务决算审计机构和审计费用的议案。**

主要内容：　2013 年集团财务决算审计机构为天职国际会计师事务所、立信会计师事务所和大信会计师事务所三家机构；　2013年集团公司及所属各子企业（不含上市公司）的财务决算审计费用为 510.5 万元。

该议案以 11 票同意，0 票反对，0 票弃权获得通过。

以上议案，请有关公司按照有关规定履行相关法律程序。

1

CNBMGRP00392972

（此页无正文，为中国建材集团第三届董事会第九次会议决议

董事签字页）

董事签字：



（宋志平）



（姚　燕）



（曹江林）



（郝振华）

（倪小庭）



（赵小刚）



（庄来佑）

（路小强）

（朱延福）

（彭雪峰）

（王于猛）

二〇一三年十一月二十九日

3

CNBMGRP00392973

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 10 号

# 中国建筑材料集团有限公司
# 第三届董事会第十次会议决议

中国建筑材料集团有限公司第三届董事会第十次会议（2014年第一次）于 2014 年 1 月 17 日（星期五）以会场会议形式在北京召开，会议由宋志平董事长主持，11 名董事全部亲自到会。会议经过审议和表决形成如下决议：

一、审议并通过关于拟报国资委的集团公司 2014 年董事会企业测试评价目标建议值的议案。主要内容：2013 年度董事会企业测试评价目标值为：利润总额：122.80 亿元；经济增加值：32.60 亿元；成本费用总额占营业收入比例：97.49%；资产负债率：81.74%；营业收入：2,228.00 亿元。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

1

CNBMGRP00392974

二、审议并通过关于拟报国资委的集团公司 2014 年度财务预算主要指标的议案。主要内容：中国建材集团 2014 年预算拟报数主要指标为：营业收入 2,228 亿元，比上年度下降 13.31%；利润总额 122.8 亿元，与上年度持平；归属于母公司所有者的净利润 31.62 亿元，与上年度持平。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

三、审议并通过 2014 年集团公司为所属企业融资提供担保的议案。主要内容：2014 年中国建材集团为所属企业融资提供担保上限额度 106.88 亿元，比 2013 年批准担保上限额度减少了 51.71 亿元，降幅 32.61%。其中：进出口公司 65 亿元、北新建材集团 18.02 亿元、蚌埠院（含成都中光电）8.68 亿元、秦皇岛院 1.8 亿元、联合装备 1 亿元、中建材玻璃本部 0.3 亿元、洛玻集团（含洛玻股份）8.02 亿元、中联玻璃 4.06 亿元。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

以上有关议案，请有关公司按照有关规定履行相关法律程序。

CNBMGRP00392975

（此页无正文，为中国建材集团第三届董事会第十次会议决议

董事签字页）


董事签字：




———————————
（宋志平）

———————————
（姚　燕）

———————————
（曹江林）


———————————
（郝振华）

———————————
（倪小庭）

———————————
（赵小刚）


———————————
（庄来佑）

———————————
（路小蕾）

———————————
（朱延福）


———————————
（彭雪峰）

———————————
（赵小刚）


二〇一四年一月十七日

CNBMGRP00392976

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 11 号

# 中国建筑材料集团有限公司
# 第三届董事会第十一次会议决议

中国建筑材料集团有限公司第三届董事会第十一次会议（2014 年第二次）于 2014 年 2 月 26 日（星期三）以会场会议形式在北京召开，会议由宋志平董事长主持，10 名董事亲自到会，彭雪峰董事授权委托参会。会议经过审议和表决形成如下决议：

一、审议并通过关于修订《中国建筑材料集团有限公司企业负责人副职综合考评办法》的议案，上报国资委备案并发布实施。董事会对高管副职 2013 年的业绩考评按照修订后的办法执行。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

1

CNBMGRP00392977

二、审议并通过集团 2014 年度对外捐赠预算的议案。主要内容：2014 年集团对外捐赠预算额度为 2200.86 万元，占集团 2014 年预计营业收入（2300 亿元）的 0.10‰，与集团 2013 年度对外捐赠实际支出基本持平，增加 5.76 万元。对外捐赠预算将在集团预算管理中作为特别专项监管。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

三、审议并通过集团 2014 年度投资计划的议案。主要内容：2014 年，集团拟报投资计划 300.2 亿元，同比 2013 年实际完成投资额 256 亿元增加 17.27%；其中固定资产投资 175.7 亿元，股权和产权投资 124.5 亿元。计划内项目投资均为主业投资。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

四、审议并通过关于蚌埠院境外收购圣戈班铜铟镓硒薄膜太阳能电池生产线的议案。主要内容：由圣戈班公司的德国企业 AVANCIS 在德国当地新设立全资子公司 CNBM AVANCIS 公司，按照无现金无负债的原则，将其铜铟镓硒薄膜太阳能电池相关资产及业务全部剥离至该公司，由蚌埠院向 AVANCIS 收购其所持有的 CNBM AVANCIS 公司 100%股权。交易价格拟定为 3000 万欧元，收购后两年内追加运营资本 3840 万欧元，共计 6840 万欧元。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

以上有关议案，请有关公司按照相关相关程序履行相关法律程序。

2

CNBMGRP00392978

（此页无正文，为中国建材集团第三届董事会第十一次会议决议
　董事签字页）


董事签字：




（宋志平）　　　　　　　　（姚　燕）　　　　　　　　（曹江林）


（郝振华）　　　　　　　　（倪小庭）　　　　　　　　（赵小刚）




（庄来佑）　　　　　　　　（路小蕾）　　　　　　　　（朱延福）


（彭雪峰）　　　　　　　　（王于猛）




二〇一四年二月二十六日

3

CNBMGRP00392979

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 12 号

# 中国建筑材料集团有限公司
# 第三届董事会第十二次会议决议

中国建筑材料集团有限公司第三届董事会第十二次会议（2014 年第三次）于 2014 年 4 月 8 日（星期二）以会场会议形式在北京召开，会议由宋志平董事长主持，10 名董事亲自到会，朱延福董事授权委托参会。会议经过审议和表决形成如下决议：

一、审议并通过关于中国建材集团 2014 年债务风险控制方案的议案。主要内容： 2014 年集团公司债务风险控制方案中资产负债率总体控制目标为 81.7%。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

1.

CNBMGRP00392980

二、审议并通过认购广东二十一世纪传媒股份有限公司股份的议案。主要内容：中国建筑材料集团有限公司或其下属全资子公司以现金方式出资 1 亿元认购广东二十一世纪传媒股份有限公司增发股份，占发行后总股本的 4.08%，最终认购股数及认购后持股比例以经过备案的评估值为基础确定。同意授权经理层具体实施项目后续工作。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

以上有关议案，请有关公司按照相关规定履行相关法律程序。

（以下空白）

2

CNBMGRP00392981

（此页无正文，为中国建材集团第三届董事会第十二次会议决议
　董事签字页）

董事签字：

| | | |
|---|---|---|
| （宋志平） | （姚　燕） | （曹江林） |
| （郝振华） | （倪小庭） | （赵小刚） |
| （庄来佑） | （路小蔷） | （朱延福） |
| （彭雪峰） | （王于猛） | |

二〇一四年四月八日

3

CNBMGRP00392982

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 13 号

# 中国建筑材料集团有限公司
# 第三届董事会第十三次会议决议

中国建筑材料集团有限公司第三届董事会第十三次会议（2014年第四次）于 2014 年 4 月 15 日（星期二）以书面签署文件形式召开，11 名董事全部到会。会议经过审议和表决形成一项特别决议、三项普通决议：

**特别决议：**

**审议并通过关于修订中国建筑材料集团有限公司章程的议案。**主要内容：第二十一条修改为"公司董事会设董事长 1 名，副董事长 1 名。董事长、副董事长由国资委从董事会成员中任命。"；第三条修改为"公司住所：北京市海淀区复兴路 17 号国海广场 2 号楼。"

该议案以 11 票同意，0 票反对，0 票弃权获得通过

1

CNBMGRP00392983

**普通决议：**

**一、审议并通过聘任曹江林为集团公司总经理的议案。**

该议案以 11 票同意，0 票反对，0 票弃权获得通过

**二、审议并通过聘任姚燕为集团公司总工程师的议案。**

该议案以 11 票同意，0 票反对，0 票弃权获得通过

**三、审议并通过许金华免职、退休的议案。因集团公司深化改革工作的需要，建议许金华同志继续负责集团公司相关工作，至 2014 年 6 月底，在完成相关工作交接后办理退休手续。**

该议案以 11 票同意，0 票反对，0 票弃权获得通过

（以下空白）

2

CNBMGRP00392984

（此页无正文，为中国建材集团公司第三届董事会第十三次会议董事签字页）

董事签字：

（宋志平）　　　　　　　　（姚　燕）　　　　　　　　（曹江林）

（郝振华）　　　　　　　　（倪小庭）　　　　　　　　（赵小刚）

（庄来佑）　　　　　　　　（路小蕾）　　　　　　　　（朱延福）

（彭雪峰）　　　　　　　　（王于猛）

二〇一四年四月十五日

3

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 14 号

# 中国建筑材料集团有限公司
# 第三届董事会第十四次会议决议

中国建筑材料集团有限公司第三届董事会第十四次会议（2014 年第五次）于 2014 年 4 月 29 日（星期二）以会场会议形式召开，10 名董事亲自到会，彭雪峰董事授权委托参会。会议经过审议和表决形成一项特别决议、六项普通决议：

**特别决议：**

**审议并通过修订中国建筑材料集团有限公司章程中提名委员会有关条款的议案。**主要内容：《中国建筑材料集团有限公司章程》第三十三条第二段修改为："提名委员会由 8 名董事组成，其中外部董事 4 名，由董事长担任召集人。"

该议案以 11 票同意，0 票反对，0 票弃权获得通过

1

CNBMGRP00392986

普通决议:

一、审议并通过集团公司 2013 年度财务决算报告的议案，同意上报国资委。财务决算主要指标: 营业收入 2522.57 亿元，同比增长 16.02%; 利润总额 115.12 亿元，同比增长 3.19%; 净利润 88.09 亿元，同比增长 2.15%; 归属于母公司所有者净利润 26.76 亿元，同比增长 -9.99%; 资产总计 3644.16 亿元，同比增长 21.22%; 所有者权益合计 659.78 亿元，同比增长 21.58%; 归属于母公司所有者权益 218.17 亿元，同比增长 15.99%; 资产负债率 81.89%，同比下降 0.06 个百分点。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

二、审议并通过集团公司增加注册资本金的议案。主要内容: 集团公司将 2013 年收到的国有资本预算资金 661,510,000 元转增公司注册资本。集团公司注册资本从 5,529,828,572.84 元增至 6,191,338,572.84 元。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

三、审议并通过增选曹江林为董事会提名委员会委员的议案。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

四、审议并通过集团公司董事会 2013 年度工作报告的议案，同意上报国资委。主要内容: 董事会 2013 年规范运作及自身建设情况; 董事会 2013 年完成的主要工作; 正确认识集团公司面临的形势与存在的问题; 2014 年任务目标和主要工作。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

2

CNBMGRP00392987

五、审议并通过关于中国建材集团本部 2014 年向金融机构融资的议案。主要内容：集团公司本部 2014 年向各银行申请总额不超过 100 亿元综合授信额度，包括光大银行 30 亿元，中国建设银行 10 亿元，中国农业银行 10 亿元，中信银行 5 亿元，中国工商银行 3 亿元，南京银行 3 亿元，北京银行 3 亿元，浦发银行 2 亿元，天津银行 2 亿元，注册中期票据额度 14 亿元及已发行中期票据额度 18 亿元。并授权经理层向各银行提供相应的基础资料。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

六、审议并通过调剂集团公司在光大银行授信额度供中建材进出口及西南水泥使用的议案。主要内容：集团公司转光大银行对集团总部的授信 10 亿元给中建材国际装备使用，期限一年；集团公司转光大银行对集团总部的授信 11 亿元给西南水泥使用，期限一年。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

以上有关议案，请有关公司按照相关规定履行相关法律程序。

（以下空白）

3

CNBMGRP00392988

（此页无正文，为中国建材集团公司第三届董事会第十四次会议董事签字页）

董事签字：

| | | |
|---|---|---|
| （宋志平） | （姚　燕） | （薛江林） |
| （郝振华） | （倪小庭） | （赵小刚） |
| （庄来佑） | （路小蔷） | （朱延福） |
| （彭雪峰） | （王于猛） | |

二〇一四年四月二十九日

3

CNBMGRP00392989

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 15 号

# 中国建筑材料集团有限公司
# 第三届董事会第十五次会议决议

中国建筑材料集团有限公司第三届董事会第十五次会议（2014 年第六次）于 2014 年 6 月 9 日（星期一）以会场会议形式召开，10 名董事亲自到会，路小蔷董事授权委托庄来佑参会。会议经过审议和表决形成以下四项决议：

一、审议并通过中国建材集团 2014-2016 年发展战略与规划的议案。主要内容：集团公司 2014-2016 年总体经营目标为 2014 年集团实现营业收入 2228 亿元，利润总额 123 亿元；2015 年集团实现营业收入 2500 亿元，利润总额 130 亿元；2016 年集团实现营业收入 2700 亿元，利润总额 140 亿元。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

CNBMGRP00392990

**二、审议并通过集团公司 2014 年全面风险管理报告的议案。**
主要内容：2014 集团公司共计 45 家成员企业开展全面风险管理报告的编报工作，归纳排查集团公司 2014 风险点共 20 个，其中重要风险 5 个，一般风险 8 个，较小风险 5 个，极小风险 2 个。重要风险点：1. 水泥、玻璃等集团制造业主板块受国家经济增速放缓，市场需求疲软的不利影响，运营压力较大；2.在国家宏观政策不断强调制造业转型升级、去产能化的同时，水泥、玻璃等行业产能仍在不断增加，部分区域性市场呈现恶性竞争趋势；3.集团近年来快速发展，资产负债率偏高，而国家宏观调控造成外部融资环境未得到明显改观，导致部分企业债务负担较重，对企业经营形成较大压力；4.市场价格波动及融资难度加大引发大宗商品贸易风险；5.世界政治经济格局的不确定性给集团企业国际化业务发展带来新的挑战。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

**三、审议并通过中国建材股份有限公司及中建材集团进出口公司申请所属企业开展套期保值业务的议案。**主要内容：同意巨石集团开展总金额不超过 1 亿美元、数量在 2,000 公斤以内的贵金属套期保值业务；中建材集团进出口上海公司开展交易数量上限 60 万吨、交易金额上限 5 亿元、保证金上限 0.5 亿元铁矿石套期保值业务；中建材国际贸易有限公司开展交易数量上限 40 万吨、交易金额上限 2 亿元、保证金上限 2000 万元动力煤套期保值业务。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

2

CNBMGRP00392991

四、审议并通过集团公司注册发行不超过 14 亿元中期票据的议案。主要内容：集团公司注册发行不超过 14 亿元中期票据。

该议案以 11 票同意，0 票反对，0 票弃权获得通过

以上有关议案，请有关公司按照相关规定履行相关法律程序。

3

CNBMGRP00392992

（此页无正文，为中国建材集团公司第三届董事会第十五次会议董事签字页）

董事签字：

（宋志平）　　　　　　　（姚　燕）　　　　　　　（曹江林）

（郝振华）　　　　　　　（倪小庭）　　　　　　　（赵小刚）

（庄来佑）　　　　　　　（路小蒿）　　　　　　　（朱延福）

（彭雪峰）　　　　　　　（王于猛）

二〇一四年六月九日

3

CNBMGRP00392993

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 16 号

# 中国建筑材料集团有限公司
# 第三届董事会第十六次会议决议

中国建筑材料集团有限公司第三届董事会第十六次会议（2014年第七次）于 2014 年 7 月 2 日（星期三）以书面签署文件形式召开，10 名董事全部参会。会议经过审议和表决形成以下决议：

**审议并通过中建材集团进出口公司申请调剂使用集团授信额度 10 亿元及使用集团发债资金 10 亿元的议案。** 主要内容：同意集团公司转光大银行对集团总部的授信 10 亿元给中建材信息技术有限公司使用，期限 6 个月；同意集团公司将 2014 年发行中期票据募集资金中的 10 亿元以委托贷款方式借给中建材集团进出口公司使用。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

1

CNBMGRP00392994

（此页无正文，为中国建材集团公司第三届董事会第十六次会议
　董事签字页）

董事签字：

_____
（宋志平）

_____
（姚　燕）


_____
（曹江林）

_____
（倪小庭）

_____
（赵小刚）

_____
（庄来佑）

_____
（路小蕾）

_____
（朱延福）

_____
（彭雪峰）

_____
（王于猛）

二〇一四年七月二日

CNBMGRP00392995

（此页无正文，为中国建材集团公司第三届董事会第十六次会议
董事签字页）


董事签字：

---

（宋志平）

---

（姚　燕）

---

（曹江林）


---

（倪小庭）

---

（赵小刚）

---

（庄来佑）


---

（路小鲞）

---

（朱延福）

---

（彭寿峰）


---

（王于猛）


二〇一四年七月二日

2

CNBMGRP00392996

（此页无正文，为中国建材集团公司第三届董事会第十六次会议
　董事签字页）


董事签字：

_____　　_____　　_____
　（宋志平）　　　　　　　（姚　燕）　　　　　　　（曹江林）


_____　　_____　　_____
　（倪小庭）　　　　　　　（赵小刚）　　　　　　　（庄来佑）


_____　　_____　　_____
　（路小蕾）　　　　　　　（朱延福）　　　　　　　（彭雪峰）


_____
　（王于猛）


二〇一四年七月二日

CNBMGRP00392997

（此页无正文，为中国建材集团公司第三届董事会第十六次会议
董事签字页）


董事签字：

_____          _____          _____
    （宋志平）                    （姚  燕）                    （曹江林）


_____          _____          _____
    （倪小庭）                    （赵小熙）                    （庄来佑）


_____          _____          _____
    （路小蔷）                    （朱钰韬）                    （彭寿峰）


_____
    （王于猛）


                                          二〇一四年七月二日

                                                                2

CNBMGRP00392998

（此页无正文，为中国建材集团公司第三届董事会第十六次会议
　董事签字页）


董事签字：

_____　　　_____　　　_____
　（宋志平）　　　　　　　（姚　燕）　　　　　　　（曹江林）


_____　　　_____　　　_____
　（倪小庭）　　　　　　　（赵小刚）　　　　　　　（庄来佑）


_____　　　_____　　　_____
　（路小蔷）　　　　　　　（朱延福）　　　　　　　（彭雪峰）


_____
　（王于猛）


二〇一四年七月二日

CNBMGRP00392999

2

中国建筑材料集团有限公司   董事会文件

中建材三董会决字 17 号

# 中国建筑材料集团有限公司
## 第三届董事会第十七次会议决议

中国建筑材料集团有限公司第三届董事会第十七次会议（2014 年第八次）于 2014 年 7 月 11 日（星期五）以会场会议形式召开，10 名董事全部参会。会议经过审议和表决形成以下决议：

一、审议并通过集团公司出资设立中建材联合投资有限公司的议案。主要内容：中国建筑材料集团有限公司出资设立投资公司中建材联合投资有限公司（暂定名），公司注册资本 10 亿元人民币，由集团公司独资设立，其中首期出资 3 亿元人民币。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

1

CNBMGRP00393000

二、审议并通过集团公司部分二级企业人事调整的议案。主要内容:

1.向中建材联合投资有限公司派出董、监事及经理层人事安排:

董事会:董事长宋志平

董事:曹江林、郭朝民、周国萍、光照宇;

不设监事会,设监事1名,由武吉伟担任;

提名经营班子:总经理 曹江林,常务副总经理 周国萍

2.北新集团相关董事调整:

崔丽君不再担任北新集团副董事长、董事职务,另有任用;

包文春不再担任北新集团董事职务,退休;

陶铮任北新集团董事,并提名总经理;

刘贵平任北新集团董事。

3.免去胡月明三狮集团董事职务,退休。

该议案以11票同意,0票反对,0票弃权获得通过

三、审议并通过关于输美石膏板事件应对策略的议案。主要内容:同意法务部门和律师的通报,尊重泰山石膏做出的不参加2014年7月17日的赔偿金额听证会、不再就管辖权异议向美国最高院提请调审、不参与在美实体诉讼的决定。

该议案以11票同意,0票反对,0票弃权获得通过

以上有关议案,请有关公司按照相关规定履行相关法律程序。

2

CNBMGRP00393001

（此页无正文，为中国建材集团公司第三届董事会第十七次会议董事签字页）

董事签字：

（宋志平）　　　　　　　（姚　燕）　　　　　　　（曹江林）

（倪小庭）　　　　　　　（赵小刚）　　　　　　　（庄来佑）

（路小蔷）　　　　　　　（朱延福）　　　　　　　（彭雪峰）

（王于猛）

二〇一四年七月十一日

CNBMGRP00393002

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 18 号

# 中国建筑材料集团有限公司
# 第三届董事会第十八次会议决议

中国建筑材料集团有限公司第三届董事会第十八次会议（2014 年第九次）于 2014 年 8 月 15 日（星期五）以会场会议形式召开，10 名董事全部参会。会议经过审议和表决形成以下决议：

一、 审议并通过集团整合内部资源、组建凯盛集团、做实玻璃平台的议案。主要内容：以集团内部现有的玻璃业务资源为基础，组建凯盛集团有限公司（暂定名），通过重组整合形成电子及光伏玻璃、新材料、新能源、建筑玻璃、矿业、科研设计、装备制造等业务板块的玻璃产业集团。授权集团经理层制定各业务板块的具体重组整合方案，实施过程中如遇重大问题应及时通报集团公司董事会。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

1

CNBMGRP00393003

二、审议并通过制定《中国建筑材料集团有限公司资产转让管理办法》的议案，并上报国资委备案。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

三、审议并通过蚌埠院并购 CIGS 项目申请集团公司提供担保的议案。主要内容：集团公司为蚌埠院 46717 万元贷款提供担保，蚌埠院就并购 CIGS 项目授信按照项目实施进度进行提款。集团公司经理层应抓紧落实 25000 万元国有资本金。蚌埠院应在国有资本金到账后归还相应部分贷款，释放集团公司担保额度。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

四、审议并通过北新集团对外捐赠事项的议案。主要内容：北新建材向广安市委、市政府捐赠人民币 150 万元或等值货物。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

五、审议并通过浙江南方水泥有限公司就"五水共治"项目对外捐赠的议案。主要内容：浙江南方水泥有限公司下属兰溪诸葛南方水泥有限公司等 15 家企业向企业所在地政府捐赠人民币共计 558 万元。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

六、审议并通过免去邓玉庭同志北新建材集团有限公司董事职务的议案。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

2

CNBMGRP00393004

（此页无正文，为中国建材集团公司第三届董事会第十八次会议董事签字页）

董事签字：

（宋志平）　　　　　　　（姚　燕）　　　　　　　（曹江林）

（倪小庭）　　　　　　　（赵小刚）　　　　　　　（庄来佑）

（路小蕾）　　　　　　　（朱延福）　　　　　　　（彭雪峰）

（王于猛）

二〇一四年八月十五日

CNBMGRP00393005

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 19 号

# 中国建筑材料集团有限公司
# 第三届董事会第十九次会议决议

中国建筑材料集团有限公司第三届董事会第十九次会议（2014 年第十次）于 2014 年 10 月 27 日（星期一）以会场会议形式召开，9 名董事亲自到会，彭雪峰外部董事授权委托路小蕾参会。会议经过审议和表决形成以下决议：

一、审议并通过制定《中国建筑材料集团有限公司金融衍生业务管理办法》的议案。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

二、审议并通过集团公司高管人员 2013 年薪酬兑现方案的议案。主要内容：集团公司总经理 2013 年度总薪酬为 105 万元，其中基薪为 34.35 万元，绩效薪为 70.65 万元，对基薪倍数为 2.06；

1

CNBMGRP00393006

集团公司经理层副职人员绩效薪酬分配系数分为 0.9、0.88、0.86 三个档次，曹江林董事薪酬按总经理薪酬的 0.95 倍计；高管人员在 2013-2015 年第四任期内的年度绩效薪金，有 40%延期支付，将在本任期结束时一并兑现。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

**三、审议并通过集团公司部分二级企业董、监事调整的议案。**主要内容：

1. 中国建材股份有限公司董、监事调整

因任期到届，崔丽君（女）不再担任中国建材股份非执行董事，推荐陶铮为中国建材股份非执行董事；乔龙德、李德成、马忠智辞去独立非执行董事职务，推荐汤云为、赵立华、孙燕军为独立非执行董事；汤云为、赵立华不再担任中国建材股份独立监事职务，推荐吴维库、刘剑文为独立监事。

2. 北新建材集团有限公司董、监事调整

邓玉庭同志到达退休年龄，已不再担任公司董事，推荐王保祥为公司董事。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

**四、审议并通过中建材集团进出口公司三家下属公司股改方案的议案。**主要内容：中建材集团进出口上海公司、中建材国际贸易有限公司和中建材国际装备有限公司将进出口公司持有的存量国有资本转化为"内部可累积优先股"，不参与经营决策，每年在普通股股利分配前按净资产评估值的 6%固定利率分配红利；同时

2

CNBMGRP00393007

由进出口公司及员工持股平台分别对上述三家公司进行增资，该部分出资及杭州院（装备公司股东）的原有出资作为普通股。根据公司章程有关规定，上述三家公司员工持股平台分别按普通股的 33.66%、33.68% 和 30.49% 比例，与国有普通股享有同等权益（比例以实际评估值为准）。增资后，工商注册登记的三家企业员工持股平台持股比例均为 20%。

　　该议案以 10 票同意，0 票反对，0 票弃权获得通过

　　**五、审议并通过关于中建材集团进出口公司申请增加资本金的议案。**主要内容：集团公司为进出口公司增加 10 亿元注册资本金，增资分期到位。

　　该议案以 10 票同意，0 票反对，0 票弃权获得通过

　　**六、审议并通过关于中国建材股份有限公司认购中国山水水泥集团有限公司香港定向增发股份的议案。**主要内容：中国建材股份通过 QDII 或其他方式，以自有资金认购山水水泥定向增发的 563,190,040 股股份，认购价格为山水水泥 10 月 27 日收市价，总认购金额 15.6 亿港元。认购完成后，中国建材股份持有山水水泥发行后总股本的 16.67%。授权管理层具体实施认购方案，签署包括但不限于认购协议等文件，管理层应将本次认购具体情况及时向集团董事会通报。

　　该议案以 10 票同意，0 票反对，0 票弃权获得通过

　　以上有关议案，请有关公司按照相关规定履行相关法律程序。

3

CNBMGRP00393008

(此页无正文，为中国建材集团公司第三届董事会第十九次会议董事签字页)

董事签字：

（宋志平）　　　　　　　（姚　燕）　　　　　　　（曹江林）

（倪小庭）　　　　　　　（赵小刚）　　　　　　　（庄来佑）

（路小蔷）　　　　　　　（朱延福）　　　　　　　（彭雪峰）

（王于猛）

二〇一四年十月二十七日

CNBMGRP00393009

（此页无正文，为中国建材集团公司第三届董事会第二十次会议董事签字页）

董事签字：

（宋志平）　　　　　　　（姚　燕）　　　　　　　（曹江林）

（倪小庭）　　　　　　　（赵小刚）　　　　　　　（庄来佑）

（路小蔷）　　　　　　　（朱延福）　　　　　　　（彭雪峰）

（王于猛）

二〇一四年十一月五日

CNBMGRP00393010

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 21 号

# 中国建筑材料集团有限公司
# 第三届董事会第二十一次会议决议

中国建筑材料集团有限公司第三届董事会第二十一次会议（2014 年第十二次）于 2014 年 12 月 19 日（星期五）以会场会议形式召开，10 名董事全部到会。会议经过审议和表决形成以下决议：

一、审议并通过集团公司为进出口公司在光大银行北京分行 18 亿元授信提供担保的议案。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

二、审议并通过集团公司为中建材进出口在中信银行 3 亿元流动资金贷款提供担保的议案。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

1

CNBMGRP00393011

三、审议并通过中国建筑材料科学研究总院转增实收资本的议案。主要内容：总院拟使用资本公积 109,814,889.02 元、未分配利润 393,302,843.61 元，合计 503,117,732.63 元转增实收资本。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

四、审议并通过中建材联合投资有限公司投资《企业观察报》社有限责任公司的议案。主要内容：中建材联合投资有限公司受让中建材投资有限公司对《企业观察报》社有限公司已实缴的1000万元所对应的10%权益，并将1000万元一次性支付中建材投资。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

五、审议并通过洛阳玻璃股份有限公司重大资产重组方案的议案。主要内容：主要内容：洛玻集团以现金或所持洛玻股份股票等方式收购蚌埠院所持蚌埠中建材信息显示材料有限公司 93.68%股权，并在收购后将所持该公司 100%股权作价约 6.71 亿元置入洛玻股份；洛玻股份将其所持普通浮法及矿产公司相应股权及相关债权作价约 5.16 亿元置出给洛玻集团。置出和置入差额 1.55 亿元由洛玻股份向洛玻集团增发 A 股股份购买。同时，洛玻股份向其他投资者非公开发行 A 股股份募集配套资金不超过 2.2 亿元，用于置入资产运营资金以及补充上市公司流动资金。上述相关收购及资产重组最终交易价格以经备案的相关资产估值为基准确定。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

六、审议并通过中建材中岩科技有关公司员工收购小股东股权、实施员工持股的议案。主要内容：中岩科技 23 名管理、技术

2

CNBMGRP00393012

和业务骨干出资组建员工持股公司收购小股东转让的 7%股权，认购价格以中岩科技 2013 年底净资产审计值 8109.63 万元为基础确定，总院院长助理兼该公司总经理佟立金出资 90.88 万元入股，占员工持股比例 16%。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

七、审议并通过蚌埠玻璃工业设计研究院设立公司建设触摸屏用超薄高铝盖板玻璃生产线项目的议案。主要内容：蚌埠院出资 14,000 万元（持股 70%）与蚌埠投资集团有限公司共同设立中建材（蚌埠）光电材料有限公司，建设年产 0.5、0.7MM 高铝盖板玻璃 462.3 万 m²生产线；项目总投资 65,688 万元，需银行贷款 45,688 万元，拟申请集团公司担保 42318 万元，按集团担保管理办法有关规定履行相关程序。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

八、审议并通过成都中光电液晶玻璃基板一期扩建项目及增资方案的议案。主要内容：蚌埠院及所属中光电科技按股权比例逐级向成都中光电科技有限公司增资,用于实施年产 305 万片 TFT 玻璃基板项目及一期冷修。项目总投资 78,872 万元，其中需银行贷款 53,030 万元，拟申请集团公司按股权比例担保 20,327 万元，按集团担保管理办法有关规定履行相关程序。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

九、审议并通过中国新型房屋将节余国有资本金变更用途及增资中新房华构的议案。主要内容：中国新型房屋改革脱困项目

3

CNBMGRP00393013

的国有资本经营预算资金预计节余 14,674 万元。拟以增资方式注入其控股子公司乐山中新房华构住工有限公司，用于其承担的年产 100 万立方米绿色房屋 PC 构件项目。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

**十、审议并通过关于修订《中国建筑材料集团有限公司担保管理办法》的议案。**

该议案以 10 票同意，0 票反对，0 票弃权获得通过

**十一、审议并通过中国建材股份在香港设立全资子公司的议案。** 主要内容：公司名称暂定中国建材控股有限公司（以最终注册为准）；注册资本 1 亿港元；提请同意中国建材股份全权办理在香港成立全资子公司有关事宜。公司进行的境外投资项目，根据有关规定另行报中国建材股份内部有权机构审议批准。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

以上有关议案，请有关公司按照相关规定履行相关法律程序。

4

CNBMGRP00393014

(此页无正文，为中国建材集团公司第三届董事会第二十一次会议董事签字页)

董事签字：

（宋志平）　　　　　　（姚　燕）　　　　　　（曹江林）

（倪小庭）　　　　　　（赵小刚）　　　　　　（庄来佑）

（路小蔷）　　　　　　（朱延福）　　　　　　（彭雪峰）

（王于猛）

二〇一四年十二月十九日

CNBMGRP00393015