# 境外汇款申请书
## APPLICATION FOR OUTWARD REMITTANCE

致: 中国银行
TO: BANK OF CHINA

日期 Date: 2015/03/06

汇款申请书编号: OV10874157279836

| | | |
|---|---|---|
| ☐ 电汇 T/T ☐ 票汇 D/D ☐ 信汇 M/T | 发电等级 Priority | ☑ 普通 Normal ☐ 加急 Urgent |

| | | | |
|---|---|---|---|
| 申报号码 BOP Reporting No. | | | |
| 20 银行业务编号 Bank Transac. Ref.No | TT10874150000520 | 收电行/付款行 Receiver/Drawn on | |
| 32A 汇款币种及金额 Currency & Interbank Settlement Amount | USD49,998.00 | 金额大写 Amount in Words | 美元肆万玖仟玖佰玖拾捌元整 |
| 其中 现汇金额 Amount in FX | 0.00 | 账号 Account No./Credit Card No. | |
| 购汇金额 Amount of Purchase | 49,998.00 | 账号 Account No./Credit Card No. | 216902526896 |
| 其他金额 Amount of Others | 0.00 | 账号 Account No./Credit Card No. | |
| 50a 汇款人名称及地址 Remitter's Name & Address | TAISHAN GYPSUM COMPANY, LTD<br>EAST NATIONAL ROAD 104 TAIAN SHANDONG PROVINCE | | |
| ☐ 对公 组织机构代码 Unit Code | | ☐ 对私 个人身份证件号码 Individual ID NO.<br>☐ 中国居民个人 Resident Individual ☐ 中国非居民个人 Non-Resident Individual | |
| 54/56a 收款银行之代理行名称及地址 Correspondent of Beneficiary's Bank Name & Address | | WFBIUS6SXXX | |
| 57a 收款人开户银行名称及地址 Beneficiary's Bank Name & Address | 收款人开户银行在其代理行账号 Bene's Bank A/C No.<br>WELLS FARGO BANK, N.A.<br>171 17TH STREET 7TH FLOOR ATLANTA GEORGIA 30363 | | |
| 59a 收款人名称及地址 Beneficiary's Name & Address | 收款人账号 Bene's A/C No. 2000016952111<br>ALSTON AND BIRD LLP<br>1950 UNIVERSITY AVENUE 5TH FLOOR EAST PALO ALTO CA | | |
| 70 汇款附言 Remittance Information | 只限 140 个字位 Not Exceeding 140 Characters | 71A 国内外费用承担 All Bank's Charges If Any Are To Be Borne By | ☑ 汇款人 OUR ☐ 收款人 BEN ☐ 共同 SHA |

收款人常驻国家(地区)名称及代码 Resident Country/Region Name & Code: 美国

请选择: ☐ 预付货款 Advance Payment ☐ 货到付款 Payment Against Delivery ☐ 退款 Refund ☑ 其他 Others

| | | | |
|---|---|---|---|
| 交易编码 BOP Transac. Code | 227010 | 相应币种及金额 Currency & Amount | USD49998 |
| | | 交易附言 Transac. Remark | 律师税 |

本笔款项是否为保税货物项下付款 ☐ 是 ☐ 否  合同号  发票号

外汇局批件号/备案表号/业务编号

| 银行专用栏 For Bank Use Only | 申请人签章 Applicant's Signature | 银行签章 Bank's Signature |
|---|---|---|
| 购汇汇率 Rate @ 627.5200 | 请按照贵行背页所列条款代办以上汇款并进行申报<br>Please Effect The Upwards Remittance, Subject To The Conditions Overleaf | |
| 等值人民币 RMB Equivalent CNY313,747.45 | | |
| 手续费 Commission 313.75 | | |
| 电报费 Cable Charges 150.00 | 申请人姓名 Name of Applicant | 核准人签字 Authorized Person |
| 合计 Total Charges CNY314,211.20 | 电话 Phone No. 37090300011237 | 日期 Date |
| 支付费用方式 In Payment of the Remittance | ☐ 现金 by Cash<br>☐ 支票 by Check<br>☐ 账户 from Account | | |
| 核印 Sig. Ver. | 经办 Maker B563216 | 复核 Checker 170317 |

填写前请仔细阅读各联背面条款及填报说明
Please read the conditions and instructions overleaf before filling in this application.

TG-042315-0028886

**CONTEMPT Exhibit 8**

# 境外汇款申请书
### APPLICATION FOR FUNDS TRANSFERS (OVERSEAS)

TO: BANK OF CHINA
中国银行

汇款申请书编号: 0V10874157173920

Date: 2015/03/17

| Field | Value |
|---|---|
| BOP Reporting No. | 520999 0001 01 150317 6002 |
| Bank Transac. Ref No. | TT10874150000606 |
| Currency & Interbank Settlement Amount | USD500,000.00 |
| Amount in Words | 美元伍拾万元整 |
| Amount of FX | 0.00 |
| Amount of Purchase | 500,000.00 |
| Account No./Credit Card No. | 216902526896 |
| Amount of Others | 0.00 |
| Remitter's Name & Address | TAISHAN GYPSUM COMPANY, LTD<br>EAST NATIONAL ROAD 104 TAIAN SHANDONG PROVINCE |
| Unit Code | 720743873 |
| Bene's Bank A/C No. | WFBIUS6SXXX |
| Beneficiary's Bank Name & Address | WELLS FARGO BANK, N.A.<br>171 17TH STREET 7TH FLOOR ATLANTA GEORGIA 30363 |
| Bene's A/C No. | 2000016952111 |
| Beneficiary's Name & Address | ALSTON AND BIRD LLP<br>ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| Resident Country/Region Name & Code | 美国 840 |
| BOP Transac. Code | 404020 |
| Currency & Amount | USD500000.00 |
| Rate | 626.1500 |
| RMB Equivalent | CNY3,130,750.00 |
| Commission | 1,000.00 |
| Cable Charges | 150.00 |
| Total Charges | CNY3,131,900.00 |
| Name of Applicant / Phone No. | 18263891477 |
| Maker | 8563216 |
| Checker | 5354166 |

TG-042315-0028887

## APPLICATION FOR FUNDS TRANSFERS (OVERSEAS)

TO: BANK OF CHINA

Date: 2015/03/24

汇款申请书编号: 0V10874157108210

M7603 18763895079

| | |
|---|---|
| 32A Currency & Interbank Settlement Amount | USD2,729,196.50 |
| Amount in FX | 0.00 |
| Amount of Purchase | 2,729,196.50 |
| Amount of Others | 0.00 |
| Account No. | 216902526896 |

50a Remitter's Name & Address:
TAISHAN GYPSUM COMPANY, LTD
EAST NATIONAL ROAD 104 TAIAN SHANDONG PROVINCE

57a Beneficiary's Bank Name & Address:
WFBIUS6S***
WELLS FARGO BANK, N.A.
171 17TH STREET 7TH FLOOR ATLANTA GEORGIA 30363

59a Beneficiary's A/C No.: 2000016952111
Beneficiary's Name & Address:
ALSTON AND BIRD LLP
1950 UNIVERSITY AVENUE 5TH FLOOR EAST PALO ALTO CA

BOP Transac. Code: 424006

Currency & Amount: USD2729196.50

Phone No.: 18263891477

TG-042315-0028888