UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.) | **MAG. JUDGE WILKINSON** |

### AFFIDAVIT OF YAN GAO

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746. YAN GAO, being duly sworn, deposes and declares:

1. I am a Chinese national and reside in San Diego, CA, United States. Since September 2014, I have working full time at Herman Herman & Katz, LLC in New Orleans on H1B visa. I studied law at China University of Political Science & Law in Beijing from 2001 – 2004 where I earned a master's degree in international economic law. Thereafter, I studied American Business Law at Tulane University Law School where I earned an LL.M. with distinction in 2009. I passed China's National Bar in 2002 and California State Bar in 2010. I am admitted to practice law in the People's Republic of China nationwide and in the State of California. I am a lawyer in good standing in both the People's Republic of China and the State of California.

2. Notwithstanding my qualifications, I am not offering any legal opinions in this declaration. Rather, I am merely presenting my translations and English documents relating to TG upstream & downstream entities to the Court. I am a native Chinese speaker fluent in English and capable of reading and translating Chinese to English and vice versa. Such translations are,

1

**CONTEMPT Exhibit 13**

to the best of my knowledge, information, and belief, accurate and consistent with the original texts from which they have been translated.

3. I acquired and downloaded the member enterprises of China National Building Material Group Corporation ("CNBM Group") from the following website: http://www.cnbm.com.cn/wwwroot/c_000000010009/, which is the official website of CNBM Group. I then translated the list of member enterprises of CNBM Group. My English translation is attached as Exhibit "29" to the Substituted Memorandum Of Law In Support Of Motion Of Plaintiff-Intervenors And The Plaintiffs' Steering Committee To Enforce The Court's July 17, 2014 Contempt Order And Injunction ("Substituted Motion to Enforce").

4. I acquired and downloaded the member enterprises of China Building Materials Academy from the following website: http://www.cbma.com.cn/gywm/cydw.jsp, which is the official website of China Building Materials Academy. I then translated the list of member enterprises of China Building Materials Academy into English. My English translation is attached as Exhibit "33" to the Substituted Motion to Enforce.

5. I acquired and downloaded the list of subsidiaries and overseas companies of China National Building Material Import and Export Company ("CNBM Trading") from the following website: http://www.cnbminternational.com/lxwm/index.jsp, which is the official website of CNBM Trading. I then translated the list of subsidiaries and overseas companies of CNBM Trading into English. My English translation is attached as Exhibit "35" to the Substituted Motion to Enforce.

6. I translated the following document: "Statement on Implementation of the Requirements from the Group Corporation's Meeting of the International Business Risk Prevention" [BNBM(Group)-E-0000444-446] and certify that the text translated from Mandarin

to English is a correct and accurate translation. My English translation is attached as Exhibit "2" to the Substituted Motion to Enforce.

7. I translated the following document: "7/11/2014 CNBM Group Resolution No. 17 of the Third Session of the Board of Directors of CNBM Group" [CNBMGRP00393000-002] and certify that the text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "5" to the Substituted Motion to Enforce.

8. I translated part of the following document: "2013 CNBM Forest Products, Ltd. Auditor's Report" [CNBMFP00045798 – 45839] and certify that the text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "40" to the Substituted Motion to Enforce.

9. I translated part of the following document: "CNBM Forest Products Articles of Association" [CNBMFP00045790 – 45793] and certify that the text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "41" to the Substituted Motion to Enforce.

10. I translated the following document: "CNBM International Basic Situations of Overseas Subsidiary Companies" [CNBMUSA00011317] and certify that the text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "46" to the Substituted Motion to Enforce.

11. I translated part of the following document: "2014 Investigation Report on CNBM International" [CBMIE00029535-29554] and certify that the text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "47" to the Substituted Motion to Enforce.

12. I translated the following document: "Notes of 2010 Annual Financial Report of CNBM Investment Co., Ltd." [CNBMCO00076251-00076290] and certify that the text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "68" to the Substituted Motion to Enforce.

13. I translated the following document: "3/4/2013 Email re: Notice on Registration of Retention of Company's Material Info." [SUNTECH00000438-439] and certify that the text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "71" to the Substituted Motion to Enforce.

14. I translated the following document: "39/16/2012 Application for Title Registration for United Suntech Craft, Inc." [SUNTECH00001001] and certify that the text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "72" to the Substituted Motion to Enforce.

15. I translated part of the following document: "9/9/2014 Email from Jackie Wang to Huang Anzhong, Yingqun Zhu and wsh@cbmie.com (Chief Wu) reporting on developments in the Oregon litigation with Murphy Astoria" [CBMIE00036914-36918] and certify that the text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "86" to the Substituted Motion to Enforce.

16. I translated the following document: "2/6/2015 Email from DENG to ZHU Macy and ZHU Dan re: Risks of Doing Business with Murphy/Astoria in light of "high risks of conducting business related to the US" [CBMIE00039570–39571] and certify that the text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "87" to the Substituted Motion to Enforce.

17. I translated the following document: "8/19/2014 Email string re shipments under contract with Murphy/Astoria during the Contempt Period" [CNBMFP00004927-4929] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "88" to the Substituted Motion to Enforce.

18. I translated the following document: "CNBM Import & Export Table of US Related Business in 2014" [CBMIE00025787] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "101" to the Substituted Motion to Enforce.

19. I translated part of the following document: "2014 Introduction of CNBM Forest Products, Ltd." [CNBMFP00045594-45596] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "102" to the Substituted Motion to Enforce.

20. I translated part of the following spreadsheet: "2014 CNBM Forest Products, Ltd. Contracts Status Check Spreadsheet" [CNBMFP00001663] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "103" to the Substituted Motion to Enforce.

21. I translated the following document: "CNBM Import & Export Co. Sorting of American Business" [CBMIE00032577] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "113" to the Substituted Motion to Enforce.

22. I translated part of the following document: "3/13/2014 Meeting on Discussion of SYP Project" [CNBMFP00000152-157] and certify that that text translated from Mandarin to

English is a correct and accurate translation. My English translation is attached as Exhibit "115" to the Substituted Motion to Enforce.

23. I translated the following document: "9/3/2003 United Suntech Craft Meeting Notes" [SUNTECH00000042] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "118" to the Substituted Motion to Enforce.

24. I translated the following document: "99/3/2003 United Suntech Craft Meeting Notes" [SUNTECH00000042] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "123" to the Substituted Motion to Enforce.

25. I translated the following document: "9/17/2014 Email re: Fund Application Report of US Company" [SUNTECH00000212-213] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "126" to the Substituted Motion to Enforce.

26. I translated part the following document: "CNBM Import & Export and CNBM International 2014 Annual Work Report" [CBMIE00028128-28216] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "159" to the Substituted Motion to Enforce.

27. I translated part the following document: "CNBM International Breeder Material Dept. Jan. to Sept. Business Analysis Report" [CNBMUSA00024907-24936] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "160" to the Substituted Motion to Enforce.

28.     I translated part the following spreadsheet: "CNBM International Adhesive Tape Dept. October Business Analysis Report" [CNBMUSA00024950-2496] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "161" to the Substituted Motion to Enforce.

29.     I translated part the following document: "CNBM International Metal Engineering Department September 2014 Business Analysis Report" [CNBMUSA00024964-24977] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "162" to the Substituted Motion to Enforce.

30.     I translated part the following document: "11/14/2014 CNBM International Photovoltaic Department 1 Business Analysis Report" [CNBMUSA00024864-24888] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "163" to the Substituted Motion to Enforce.

31.     I translated part the following document: "Investigation Report on CNBM International" [CBMIE00029535-29554] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "165" to the Substituted Motion to Enforce.

32.     I translated part the following document: ""Three-Year Rolling" Development Planning of CNBM International Corporation in 2015-2017" [CNBMUSA00009676-9706] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "168" to the Substituted Motion to Enforce.

33.     I translated part of the following document: "2014 CNBM International Metal Engineering Department Work Summary" [CNBMUSA00009971-9990] and certify that that text

translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "171" to the Substituted Motion to Enforce.

34. I translated part the following document: "CNBM International 2014 Summary Work Report of Sales Manager" [CNBMUSA00001509-1518] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "175" to the Substituted Motion to Enforce.

35. I translated part the following document: "List of CNBM USA Bank Accounts" [CNBMUSA00002341-2342] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "192" to the Substituted Motion to Enforce.

36. I translated part the following: "Okorder.com: Cross-Border E-Commerce & Overseas Warehousing" [CNBMUSA00027107-27151] and certify that that text translated from Mandarin to English is a correct and accurate translation. My English translation is attached as Exhibit "156" to the Substituted Motion to Enforce.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 2-10-16

_____
高艳 YAN GAO
For the Plaintiffs' Steering Committee
in MDL No. 2047
Herman Herman & Katz, LLC
820 O'Keefe Ave,
New Orleans, LA 70113
Phone: (504) 581-4892