Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3    ********************************************************

 4    IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

      DRYWALL PRODUCTS LIABILITY

 5    LITIGATION                     SECTION:  L

 6    THIS DOCUMENT APPLIES TO       JUDGE FALLON

      ALL CASES

 7                                   MAG. JUDGE WILKINSON

 8    ********************************************************

 9

              CONFIDENTIAL - SUBJECT TO FURTHER

10                 CONFIDENTIALITY REVIEW

11                Wednesday, July 15, 2015

12                    — — —

13

14        Videotaped 30(b)(6) Deposition of BNBM GROUP

15    COMPANY, LIMITED through the testimony of YANMING

16    ZHOU, held at the offices of Phelps Dunbar LLP,

17    365 Canal Street, Suite 2000, New Orleans, Louisiana,

18    commencing at 9:12 a.m., on the above date, before

19    Michael E. Miller, Certified Court Reporter (#27009),

20    Registered Diplomate Reporter, Certified Realtime

21    Reporter.

22

23                    — — —

24              GOLKOW TECHNOLOGIES, INC.

          877.370.3377 ph | 917.591.5672 fax

25                 deps@golkow.com
```

**CONTEMPT**
**Exhibit 28**

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3        HERMAN HERMAN & KATZ LLC
          BY:  MADELYN M. O'BRIEN, ESQUIRE
 4            mobrien@hhklawfirm.com
          820 O'Keefe Avenue
 5        New Orleans, Louisiana 70113
          (504) 581-4892
 6
 7        LEVIN FISHBEIN SEDRAN & BERMAN
          BY:  ARNOLD LEVIN, ESQUIRE
 8            alevin@lfsblaw.com
              SANDRA L. DUGGAN, ESQUIRE
 9            sduggan@lfsblaw.com
          510 Walnut Street
10        Suite 500
          Philadelphia, Pennsylvania 19106
11        (215) 592-1500
12
          IRPINO LAW FIRM
13        BY:  PEARL A. ROBERTSON, ESQUIRE
              probertson@irpinolaw.com
14            ANTHONY IRPINO, ESQUIRE
              airpino@irpinolaw.com
15        2216 Magazine Street
          New Orleans, Louisiana 70130
16        (504) 525-1500
17
          GAINSBURGH BENJAMIN DAVID MEUNIER &
18        WARSHAUER LLC
          BY:  RACHEL A. STERNLIEB, ESQUIRE
19            rsternlieb@gainsben.com
          2800 Energy Centre
20        1100 Poydras Street
          New Orleans, Louisiana 70163-2800
21        (504) 522-2304
22
          THE LAMBERT FIRM, PLC
23        BY:  HUGH P. LAMBERT, ESQUIRE
              hlambert@thelambertfirm.com
24        701 Magazine Street
          New Orleans, Louisiana 70130-3629
25        (504) 581-1750
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR TAISHAN GYPSUM COMPANY:
 3        ALSTON & BIRD LLP
          BY:  BERNARD TAYLOR, ESQUIRE
 4             bernard.taylor@alston.com
          One Atlantic Center
 5        1201 West Peachtree Street
          Atlanta, Georgia 30309-3424
 6        (404) 881-7000
 7
 8   COUNSEL FOR BNBM DEFENDANTS:
 9        DENTONS US LLP
          BY:  C. MICHAEL MOORE, ESQUIRE
10             mike.moore@dentons.com
          2000 McKinney Avenue
11        Suite 1900
          Dallas, Texas 75201
12        (214) 259-0900
13
14        DENTONS US LLP
          BY:  DREW W. MARROCCO, ESQUIRE
15             drew.marrocco@dentons.com
          1301 K Street, N.W.
16        Suite 600, East Tower
          Washington, D.C. 20005
17        (202) 408-6400
18
19        DENTONS US LLP
          BY:  RICHARD L. FENTON, ESQUIRE
20             richard.fenton@dentons.com
          233 South Wacker Drive
21        Suite 5900
          Chicago, Illinois 60606
22        (312) 876-8000
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR BNBM DEFENDANTS:
 3       DENTONS HK LLP
         BY:  TODD LIAO, ESQUIRE
 4           todd.liao@dentons.com
             ANNIE QIU, ESQUIRE
 5           annie.qiu@dentons.com
         5th Floor The Center
 6       989 Changle Road
         Shanghai, 200031 China
 7       +86 21 2315 6000
 8
 9       PHELPS DUNBAR LLP
         BY:  HARRY ROSENBERG, ESQUIRE
10           harry.rosenberg@phelps.com
         365 Canal Street
11       Suite 2000
         New Orleans, Louisiana 70130-6534
12       (504) 566-1311
13
14   COUNSEL FOR CNBM DEFENDANTS:
15       ORRICK HERRINGTON & SUTCLIFFE LLP
         BY:  ERIC MATTHEW HAIRSTON, ESQUIRE
16           ehairston@orrick.com
         The Orrick Building
17       405 Howard Street
         San Francisco, California 94105
18       (415) 773-5700
19
20       GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLP
         BY:  EWELL E. EAGAN, JR., ESQUIRE
21           eeagan@gordonarata.com
         201 St. Charles Avenue
22       40th Floor
         New Orleans, Louisiana 70170-4000
23       (504) 582-1111
24
25
```

```
 1   A P P E A R A N C E S:

 2   COUNSEL FOR THE STATE OF LOUISIANA:

 3        PERKINS COIE LLP

          BY:  DAVID L. BLACK, ESQUIRE

 4             dblack@perkinscoie.com

          1900 Sixteenth Street

 5        Suite 1400

          Denver, Colorado 80202

 6        (303) 291-2400

 7

 8   ALSO PRESENT:

 9        SUNNY WANG, MANDARIN INTERPRETER

10        TONI XU, HERMAN HERMAN & KATZ, LLC

11        MELISSA BARDWELL, VIDEOGRAPHER

12                      — — —

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                         INDEX

 2

         PROCEEDINGS                          8

 3

 4

    EXAMINATION OF YANMING ZHAO:

 5

             BY MR. LEVIN                     9

 6

             BY MS. DUGGAN                   81

 7

             BY MR. LEVIN                    83

 8

 9

         REPORTER'S CERTIFICATE             132

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS

                        YANMING ZHAO

 2                      July 15, 2015

 3    NUMBER                DESCRIPTION            PAGE

 4    Exhibit 35-2    Notice of Deposition            30

 5    Exhibit 198A    Equity Structure Chart          52

                      2014 - Chinese Version

 6                    Bates BNBM(Group)0002772

 7    Exhibit 198R    Red-Lined Version of            52

                      Exhibit 198

 8

      Exhibit 211     Board of Directors Document    103

 9                    BNBM(Group)-E-0026245

10    Exhibit 214     Screen Print of BNBM            79

                      Website

11                    ALRMH-CNBM00008873 -

                      ALRMH-CNBM00008885

12

      Exhibit 214A    Chinese Version of              79

13                    Exhibit 214

14

15

                      REFERENCED EXHIBITS

16

17    NUMBER                                        PAGE

18    Exhibit 144     .....................         128

19

20

21

22

23

24

25
```

```
 1                    PROCEEDINGS

 2              (July 15, 2015 at 9:12 a.m.)

 3              THE VIDEOGRAPHER:  We are now on the

 4     record.  My name is Melissa Bardwell,

 5     videographer here for Golkow Technologies.

 6     Today is July 15th, 2015.  The time now is

 7     9:12 a.m.

 8              This videotaped deposition is being held

 9     in New Orleans, Louisiana in reference to the

10     Chinese Manufactured Drywall Products Liability

11     Litigation.

12              The deponent today is Beijing New

13     Building Material Group Company, Limited.

14              The court reporter is Mike Miller.

15     Counsel will be noted on the stenographic

16     record.  And the court reporter will now swear

17     in the witness.

18              (Interpreter duly sworn.)

19              (Witness duly sworn.)

20              MR. MOORE:  Before we start, Arnold, we

21     had a stipulation that all objections are

22     reserved except as to the form of the question,

23     correct?

24              MR. LEVIN:  The usual stipulation that

25     we've had in all the other depositions.
```

```
 1                 MR. MOORE:  The usual stipulation.

 2         Yeah, well, I just want to make sure

 3         that's the --

 4                 MR. LEVIN:  That's it.

 5                 MR. MOORE:  Okay.  Thank you.

 6                 MR. EAGAN:  And we have a further

 7         stipulation that an objection by one is an

 8         objection by all.  That keeps us from all

 9         jumping in.

10                 MR. LEVIN:  Yes.

11                 MR. MOORE:  Yes.

12                 MR. LEVIN:  Do we have all the entries

13         of appearance?

14                 THE REPORTER:  Yes.

15                 MR. LEVIN:  Let's get it right.

16                     YANMING ZHAO,

17                  having been duly sworn,

18                   testified as follows:

19                     EXAMINATION

20   BY MR. LEVIN:

21         Q    Good morning, Mr. Zhao.

22         A    Good morning.

23         Q    Did I pronounce your name right?

24         A    Yes.

25         Q    Good enough?
```

```
 1      A     Very good.

 2      Q     Okay.  Did you have a pleasant trip to

 3   America?

 4      A     Very good.

 5      Q     Then I hope we have a pleasant three or four

 6   days together.

 7      A     I hope so.

 8      Q     That's easy for you to say.

 9            Have you ever been to the United

10   States before?

11      A     No.

12      Q     When did you come to the United States this

13   time, which is the only time?

14      A     Two, three days ago.

15      Q     And did you meet with Mr. Moore and his

16   colleagues over the last three days?

17      A     Yes.

18      Q     And did you meet each and every day for a

19   period of time?

20      A     Yes.

21      Q     How many times did you meet with them?

22      A     Two, three times.

23      Q     For how long each time?

24      A     It varies.

25      Q     Couple hours each time?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A       Sometimes.

 2      Q       Sometimes more, sometimes less?

 3      A       Correct.

 4      Q       Now, did they meet with you in China?

 5      A       Yes.

 6      Q       And when was that, sir?

 7      A       Prior to my coming to America.

 8      Q       Was it a month ago, two months ago, three

 9   months ago or...

10      A       Before I came to America.

11      Q       What month was it?

12      A       I have met them all these month.

13      Q       How many times over the last six months have

14   you met them?

15      A       I'm sorry, I don't recall the specific

16   times.

17      Q       More than six times?

18      A       Yes.

19      Q       More than ten times?

20      A       Around ten times.

21      Q       And do you recall when your first meeting

22   with them was?

23      A       After February this year.

24      Q       Okay.  And was Mr. Moore there?

25      A       Yes.
```

```
1      Q      Mr. Barr?

2      A      He was also present.

3      Q      Any other -- I'm sorry.

4             Any of their other colleagues from

5  their law firm?

6      A      Attorney Liao was present.

7      Q      Was there any other lawyers present?

8      A      I don't recall.

9      Q      Well, do you recall whether any Chinese

10 national lawyers were present?

11     A      Yes.

12     Q      And who were they, sir?

13     A      Madam Yan, Y-A-N.

14     Q      And was she employed by your company, Group?

15     A      Yes.

16     Q      Part of the securities and legal department?

17     A      No.

18     Q      Was she an outside counsel, somebody that

19 had their own law firm?

20     A      Yes.

21     Q      And was she there each and every time that

22 you spoke with the lawyers from Mr. Moore's firm?

23     A      No.

24     Q      When was the first time that you discussed

25 this litigation with any lawyer?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A      From February this year, when I received

 2   materials from Beijing Superior Court.

 3      Q      And what materials were they?

 4             This is called begatting, one answer

 5   begats another.  We do a lot of begatting in the law.

 6      A      Notify us to participate in the litigation.

 7      Q      What did you receive from the Beijing -- was

 8   it Beijing Court?

 9      A      A stack of documents.

10      Q      How were they delivered to you?

11      A      I went to get them.

12      Q      Okay.  Where did you go to get them?

13      A      Beijing Superior Court.

14      Q      Who told you to go to the Beijing Superior

15   Court to get these documents?

16      A      The judge.

17      Q      What judge?

18      A      The judge in Beijing Superior Court.

19      Q      What was his or her name?

20      A      I don't remember the name.  I only know that

21   her last name is Chen, C-H-E-N.

22      Q      Did you speak with her?

23      A      Are you referring to -- she notified me

24   through a telephone call.

25      Q      What did she say to you?
```

1    A    She told me that there was a set of

2    litigation materials that she needed me to sign off on

3    that.

4    Q    And did you sign off on them?

5    A    Yes.

6    Q    And could you describe for me what the

7    litigation materials were?

8    A    You should have them.

9    Q    I hope so, but I want to know -- I want to

10   know what you know.  I don't want you to know what I

11   know.

12   A    I was given a set of materials, and a form

13   was included that then required my signature.

14   Q    And what was the form that required your

15   signature?

16   A    I don't remember a specific appearance, but

17   there are some notices, and at the bottom was a place

18   where I can place my signature on.

19   Q    Was it a complaint that had SASAC as a

20   defendant on it?

21   A    I believe our company was a defendant.

22   Q    Yeah.  Did you see SASAC on that complaint?

23   A    I don't recall.

24   Q    Was this the first time that you knew that

25   there was litigation involving a product that was

Confidential - Subject to Further Confidentiality Review

1    distributed by Taishan in the United States where an

2    allegation was that the drywall was defective and

3    destroyed 4,000 homes?

4              MR. MOORE:  Objection, form.

5              MR. LEVIN:  You got it right.

6              MR. TAYLOR:  Form.

7              MR. MOORE:  It's a test.

8              THE WITNESS:  Do I still need to answer

9       your question?

10             MR. LEVIN:  Yes.

11    A    It is difficult to answer your question.

12    This is not my first time learning the litigation of

13    the gypsum board sold in America by Taishan; however,

14    what you have described subsequently about the 4,000

15    homes, I'm not quite clear about that.

16    BY MR. LEVIN:

17    Q    When was the first time you learned of the

18    litigation, sir?

19    A    The first time I learned about the

20    litigation was when I browsed BNBM's annual report at

21    one time.

22    Q    In the ordinary course of performing your

23    duties at Group, do you have occasion to browse PLC's

24    annual reports?

25             MR. MOORE:  And just -- go ahead.  I'm

```
 1          sorry.

 2                  (Translation.)

 3                  MR. MOORE:  And for the record, just so

 4          we're clear, when you say "Group," we're

 5          referring to BNBM Group?

 6                  MR. LEVIN:  Correct.

 7                  MR. MOORE:  And when you say "PLC,"

 8          we're referring to BNBM PLC?

 9                  MR. LEVIN:  Correct.

10                  MR. MOORE:  And if you're going to talk

11          about some other company that's got "Group" or

12          "PLC" in it, you'll make that clear to the

13          witness?

14                  MR. LEVIN:  That's right.  I'll do that

15          with CNBM.  And we might as well say right now

16          when I talk of Taishan, I may say "TG."

17                  MR. MOORE:  That's fine with me.  That

18          works.

19                  MR. LEVIN:  And I will also use the term

20          "TTP" from time to time.

21                  MR. MOORE:  Okay.

22                  MR. LEVIN:  Is that okay?

23                  MR. TAYLOR:  That's fine.

24                  MR. LEVIN:  Good.  I want to satisfy

25          you.
```

 1                    MR. TAYLOR:  Well, that's good.

 2                    MR. LEVIN:  You're very important to me.

 3                    MR. TAYLOR:  Let my people go, and that

 4          will satisfy me.

 5                    MR. LEVIN:  That's what we say.  You

 6          have other expressions that mean the same thing.

 7                    MR. MOORE:  So what was the question,

 8          after all that?

 9                    MR. LEVIN:  Michael?  This Michael.

10                    (The following portion of the record was

11                    read.)

12                    "QUESTION:  In the ordinary course of

13          performing your duties at Group, do you have

14          occasion to browse PLC's annual reports?"

15      A     As the deputy general manager of BNBM Group,

16   I sometimes would review the PLC's annual report.

17   However, this is not my fixed job.

18   BY MR. LEVIN:

19      Q     Do you find them helpful in performing your

20   duties in connection with your employment at Group?

21      A     Reviewing the annual report is only my

22   occasional personal action.  It is not a fixed job of

23   mine.

24      Q     Is it helpful to you to review Group's --

25   strike that.

1          Is it helpful for you to review PLC's

2    reports so that you gain knowledge that helps you in

3    your particular employment?

4         A    Not much.

5         Q    Well, then, what causes you to review them

6    from time to time?

7         A    To understand Chinese stock market.

8         Q    Do you mean their particular position on the

9    market?

10              MR. LEVIN:  That's a lousy question.

11              MR. MOORE:  Objection, form.

12              MR. LEVIN:  I'll rephrase that question.

13   BY MR. LEVIN:

14        Q    Is PLC listed on any exchange in China?

15        A    BNBM is a public listed company in Shenzhen

16   Stock Exchange.

17        Q    And do you review the annual reports, in

18   whole or in part, so that you gain knowledge to

19   understand how they're doing on that particular

20   exchange?

21        A    Correct.

22        Q    And is that important, for your company to

23   know that information?

24        A    No.

25        Q    Is it important for you to know that

```
 1    information?

 2        A     My father-in-law is involved in trading

 3    stocks.

 4        Q     Does your father-in-law work for any BNBM-

 5    or CNBM-type company?

 6        A     No.

 7        Q     So you're performing an intelligence service

 8    for your father-in-law when you read the annual

 9    reports; is that what you're saying?

10              MR. MOORE:  Objection, form.

11              Please answer.

12        A     Not that either.

13    BY MR. LEVIN:

14        Q     What's your interest in it, reviewing the

15    report?

16              MR. MOORE:  Objection, asked and

17        answered.

18              But please answer again.

19        A     I have no personal interest.

20    BY MR. LEVIN:

21        Q     Well, if you don't do it at Group, does

22    anybody else review the annual reports as part of

23    their job classification at Group?

24        A     No.

25        Q     Do you review CNBM's annual reports?
```

Confidential - Subject to Further Confidentiality Review

```
 1                MR. MOORE:  Which CNBM?

 2                MR. LEVIN:  The non-Group CNBM.  PLC.

 3                MR. MOORE:  CNBM PLC?

 4                MR. LEVIN:  CNBM PLC.

 5                MR. MOORE:  Thank you.

 6      A      Are you referring to China Construction

 7   Material Company, Limited?

 8   BY MR. LEVIN:

 9      Q      Yes, that's what Pearl told me was the

10   correct thing, and Michael and I will stand corrected.

11      A      I have read it.

12      Q      And do you read that as a part of your job

13   classification?

14      A      No.

15      Q      Does anybody at Group review CNBM Ltd. as

16   part of their job classification, review their annual

17   reports?

18      A      The general CPA.

19      Q      For Group?

20      A      The general CPA of BNBM Group.

21      Q      And what is his name or her name or their

22   firm name?  That's a triple compound.

23                MR. MOORE:  Objection, form.

24      A      The general CPA of BNBM is Madam, last name,

25   L-I, first name, Y-U-A-N.  Li Yuan.
```

```
 1              MR. LEVIN:  Well, could you spell that
 2        again, please, Michael?
 3              THE INTERPRETER:  The interpreter will
 4        respell.  Last name, L-I, first name, Yuan,
 5        Y-U-A-N.  Li Yuan.
 6   BY MR. LEVIN:
 7        Q    And by whom is she employed?
 8        A    BNBM Group.
 9        Q    BNBM Group.  Okay.
10              Does she work in the financial
11   department at BNBM Group?
12        A    Yes.
13        Q    And does she, from time to time, provide
14   reports on what she does, in reviewing CNBM's annual
15   report?
16              MR. MOORE:  Objection, form.
17        A    I don't know.
18   BY MR. LEVIN:
19        Q    Who does she report to at your company?
20        A    To the general manager of the company.
21        Q    And who is that, sir?
22        A    Last name, T-A-O, first name, Z-H-E-N-G.
23        Q    Now, when did you first learn that you would
24   be deposed in these proceedings?
25        A    What proceedings?
```

1      Q      The litigation that has caused you to come

2    to America.

3      A      Ever since I received the deposition notice.

4      Q      And do you know that you are here today to

5    answer questions, not only of your own personal

6    knowledge but as a representative of Group?

7      A      Yes.

8      Q      And just for the record, I want to go

9    through some company names and tell you how I will

10   refer to them and see if you will understand that.

11                If I am referring, sir, to Taishan

12   Gypsum Co., Ltd., I may call them "Taishan" or "TG."

13   Do you understand that, sir?

14     A      Yes.

15     Q      And if I refer to Taian Taishan Plasterboard

16   Company, Limited, I may refer to that affiliate of TG

17   as "TTP."  Do you understand that?

18     A      Yes.

19     Q      And if I refer to Beijing New Building

20   Materials Public Limited Co., I may refer to them

21   simply as "BNBM" or "BNBM PLC."  Do you understand

22   that, sir?

23     A      Yes.

24     Q      And if I refer to your employer, Beijing New

25   Building Materials Group, I may refer to them as

1   either "Group," "BNBM Group" or "BNBMG."  Do you

2   understand that?

3       A    Yes.

4       Q    And if I refer to China National Building

5   Materials Co., Limited, I may just simply refer to

6   them as "CNBM, Limited" or just plain "CNBM."  Do you

7   understand that, sir?

8       A    Yes.

9       Q    And if I refer to China National Building

10  Materials Group, I may refer to them as "Group,"

11  "CNBM Group" or "CNBMG"; is that correct?

12              MR. MOORE:  Objection.

13              (Conference out of the hearing of the

14              reporter.)

15              MR. LEVIN:  I may never refer to them as

16      "Group," to keep it consistent with BNBM.

17              MR. MOORE:  Thank you.

18              MR. LEVIN:  Thank her.

19              MR. MOORE:  Thank you.

20      A    All right.

21  BY MR. LEVIN:

22      Q    Now, sir, in the course of your performing

23  your job duties at BNBM Group, you have occasion to

24  see these companies' names in English, as I've just

25  stated them?

Confidential - Subject to Further Confidentiality Review

```
 1     A     Sometimes.

 2     Q     And under what circumstances do you see

 3   these companies' names in English?

 4     A     Annual reports.

 5     Q     How about bills, invoices, things of that

 6   nature?

 7           MR. MOORE:  Objection, form.

 8     A     We are an independent company.  I'm not able

 9   to see their bills or invoices.

10   BY MR. LEVIN:

11     Q     Well, you see your own bills and invoices,

12   don't you?

13     A     There is no English name on our companies'

14   bills and invoices.  Only our companies' names appear

15   on those documents.

16           MR. LEVIN:  Could you read that back for

17       me, Michael.  I'm having difficulty with it.

18           (The following portion of the record was

19           read.)

20           "ANSWER:  There is no English name on

21       our companies' bills and invoices.  Only our

22       companies' names appear on those documents."

23   BY MR. LEVIN:

24     Q     Do they appear in English from time to time?

25           MR. MOORE:  Objection, asked and
```

Confidential - Subject to Further Confidentiality Review

1           answered.

2      A     What are you referring to?

3  BY MR. LEVIN:

4      Q     BN -- strike that.

5             Group's invoices, do they appear in

6  English from time to time?

7      A     I don't know.

8      Q     Well, if you're dealing with an

9  English-speaking country, does your invoices indicate

10  the name of your particular business in English, as

11  opposed to Chinese characters?

12      A     The invoices were issued by Beijing tax

13  authority, and they do not bear our company's English

14  name.

15      Q     What name do they bear?

16      A     The Chinese name of BNBM Group.

17      Q     Is that in English, that they say that?

18             MR. MOORE:  Objection, asked and

19        answered.

20      A     There are no English name appear on the

21  invoices issued by Beijing tax authority.

22  BY MR. LEVIN:

23      Q     Does any entity translate your invoice into

24  English?

25             MR. MOORE:  Objection, form.

```
 1     A      I don't understand what you meant when you

 2  said to translate invoice into English.

 3  BY MR. LEVIN:

 4     Q      Okay.  We'll get to that later, I think.

 5             How about your company's import/export

 6  forms, do they appear in English?

 7     A      Our company's name is also in Chinese on the

 8  import and export form.

 9     Q      Is it also in English on the import/export

10  form?

11     A      I don't recall.

12     Q      Well, you've seen them, haven't you, from

13  time to time, in the course of your business?

14     A      All the forms I've seen are in Chinese.

15             MR. LEVIN:  Okay.  This may be a good

16        time, not for everybody else to take a break,

17        but for me to take a break.

18             MR. MOORE:  Okay.  How long do you want

19        to break?

20             MR. LEVIN:  Five minutes.

21             MR. MOORE:  Okay.  Five minutes.

22             MR. LEVIN:  Off the record.

23             THE VIDEOGRAPHER:  The time now is

24        9:55 a.m.  We're off the record.

25             (Recess taken, 9:55 a.m. to 10:12 a.m.)
```

Confidential - Subject to Further Confidentiality Review

 1              THE VIDEOGRAPHER:  This begins Disc 2 of

 2        today's deposition.  Time now is 10:12 a.m.

 3        We're back on the record.

 4   BY MR. LEVIN:

 5        Q     Sir, are you familiar with the term "payment

 6   of request and billing"?

 7              MR. LEVIN:  Did I get it right?

 8        "Payment for request and billing"?

 9              MR. LIAO:  "Payment for request and

10        billing."

11   BY MR. LEVIN:

12        Q     "Payment for request and billing."

13        A     I need to look at the Chinese language of

14   that.  I don't know what you're trying to say.

15              THE INTERPRETER:  May the interpreter

16        suggest "payment notification"?

17   BY MR. LEVIN:

18        Q     How about "payment notification"?

19              MR. LEVIN:  Thank you.

20        A     I know that in Chinese.

21   BY MR. LEVIN:

22        Q     Okay.  And is there a form that Group uses

23   for payment notification?

24        A     I don't recall.

25              MR. LEVIN:  At this time, I wish I knew

Confidential - Subject to Further Confidentiality Review

 1        Chinese.

 2   BY MR. LEVIN:

 3        Q     When you tell a third party, somebody that

 4   you're dealing with, that they owe you money for goods

 5   that you delivered to that third party, what does

 6   Group's form say?

 7        A     "Payment Notification Form."

 8              THE INTERPRETER:  The interpreter would

 9        like to restart.

10        A     "Payment Notification," but not necessarily

11   "Form."

12   BY MR. LEVIN:

13        Q     Just "Payment Notification"?

14              Has that form --

15        A     Correct.

16        Q     -- ever had your group name in English on

17   it?

18        A     I don't recall.

19        Q     Well, when you deal with North American

20   countries, do you send them that form in English or in

21   Chinese?

22              MR. MOORE:  Object to the form of the

23        question.

24        A     My English is not very good.  I usually

25   would read Chinese.

```
 1   BY MR. LEVIN:

 2       Q     But what you send to an English-speaking

 3   customer, do you send the form in English?

 4                 MR. MOORE:  Object to the form.

 5       A     I don't recall.

 6   BY MR. LEVIN:

 7       Q     Have you ever seen any indicia of

 8   transactions with English-speaking countries?

 9                 THE INTERPRETER:  May the interpreter

10           inquire the word "indicia"?  Interpreter can't

11           find it in the dictionary.

12                 MR. LEVIN:  Let me have the question

13           read back and see if I can find another --

14                 MR. MOORE:  I think it's the word

15           "indicia" that she's --

16                 MR. LEVIN:  Yeah, sure.  Sure.  Harry

17           may have a thesaurus.

18                 (The following portion of the record was

19                 read.)

20                 "QUESTION:  Have you ever seen any

21           indicia of transactions with English-speaking

22           countries?"

23   BY MR. LEVIN:

24       Q     Have you ever seen any documents with --

25   that were sent to English-speaking countries by
```

```
 1   your -- by Group?

 2       A    I don't recall.

 3       Q    You ever deal with Japan?

 4       A    Yes.

 5       Q    Do you recall seeing any documents that were

 6   sent to Japan?

 7       A    I've seen documents sent to us from Japan.

 8       Q    Have you ever seen bills that you sent to

 9   Japan?

10       A    I don't recall.

11       Q    Have you ever dealt with Iran?

12       A    I don't know.

13       Q    Have you ever dealt with an Arab-speaking

14   country?

15       A    I don't know.

16                 (BG:7/15/15-7/18/15 Exhibit 35-2

17                 marked.)

18                 MR. LEVIN:  Exhibit 35-2 is the notice

19           of deposition.

20                 MR. MOORE:  Can I see it?  Is that the

21           last one?

22                 MR. LEVIN:  Yeah, it's going to be the

23           last one, I'll read it in.

24                 MR. MOORE:  That's fine.  That's fine.

25                 MR. LEVIN:  And as we did last week, to
```

1          preserve my voice, Sandy Duggan will, at times,

2          speak to documents.

3                  MR. MOORE:  I'm happy to hear her voice,

4          rather than yours, so I've got no problem.

5                  MR. LEVIN:  So am I, because I have to

6          hear my voice 24 hours a day.

7                  MR. MOORE:  Yeah.  I have no objection

8          to that at all.

9                  MR. LEVIN:  I live with my voice.

10                 MR. MOORE:  I understand.  Okay.  Go

11         ahead.

12    BY MR. LEVIN:

13         Q    Have you seen this notice of deposition

14    before?

15         A    Do you have a Chinese translation?

16                 MR. MOORE:  You know, I'll represent --

17         he can't, obviously, look at it in English, but

18         I will represent that he's presented here on

19         behalf of BNBM Group on all the topics that are

20         listed in Exhibit 35-2, if that helps.

21                 MR. LEVIN:  Yeah, it does.

22                 MR. MOORE:  Thank you.

23    BY MR. LEVIN:

24         Q    Okay.  So don't tell me what your counsel

25    said to you, but did your -- did you meet with your

1    counsel with regard to this particular document, the

2    notice of deposition?

3              MR. MOORE:  Of course, I meant to say,

4         also subject to our objections.  I just forgot

5         to say that, so...

6              Go ahead.

7              MR. LEVIN:  Yeah, I understood that.

8              MR. MOORE:  Thank you.

9    A    I have met with my attorney after I have

10   received the deposition notice.

11   BY MR. LEVIN:

12   Q    Okay.  And as a result of that meeting, were

13   you aware of the -- generally, the things that I was

14   going to ask you as an individual and on behalf of

15   your company?

16   A    Yes.  Okay.

17   Q    Sir, in preparation for this deposition, did

18   you review any materials dealing with the manufacture

19   by Taishan or TTP of plasterboard or wallboard shipped

20   and delivered to any address in the United States from

21   2005 through 2007?

22   A    Your question is rather long.  I think

23   during the prep of the deposition, I have mainly read

24   documents related to BNBM Group.

25   Q    Did you review any Taishan documents?

```
1              MR. LEVIN:  It's not your deposition.

2              MR. MOORE:  I know that.  I understand

3        it's not my deposition.

4              MR. LEVIN:  I'm kidding you.

5      A     We are an independent company.  I have not

6   seen their documents.

7   BY MR. LEVIN:

8      Q     Were you directed not to look for their

9   documents?

10     A     No.

11     Q     Did you look for any documents manufactured

12  by BNBM which were shipped or delivered to an address

13  in the United States from 2005 to 2015?

14             MR. MOORE:  Objection, form.

15     A     I've only seen a few agency agreements, in

16  around 2005, of our company and BNBM.

17  BY MR. LEVIN:

18     Q     Which ones were they, sir?

19     A     There are three agency agreements that we

20  represent BNBM.

21     Q     Could you identify them for me, sir?

22     A     I'm referring to the agency agreements of we

23  representing BNBM.

24     Q     For each agency agreement, could you tell me

25  who it was with and what year it was?
```

1            MR. MOORE:  Objection, asked and

2       answered.

3       A    I have seen agency agreements signed between

4    BNBM Group and BNBM.  The time was in around 2005.

5    BY MR. LEVIN:

6       Q    And what was the subject matter of those

7    agency agreements?

8       A    To represent BNBM exporting plasterboard.

9       Q    And was BNBM the manufacturer of the board?

10      A    Yes.  BNBM is the manufacturer of

11   plasterboard.

12      Q    And were you -- you were the agent of BNBM

13   to facilitate the shipment of that board?

14      A    No, we only facilitate them to handle

15   relevant process of exporting and custom clearance.

16      Q    Did you consider yourself to be a

17   freight-forwarder?

18      A    We're not a freight-forwarder.

19      Q    Do you facilitate the paperwork with the

20   government of China for customs and documents of that

21   nature?

22      A    Yes, we mainly handle the procedures of

23   documents that is required from the custom for custom

24   clearance.

25      Q    And is it a fact, sir, that BNBM could not

Confidential - Subject to Further Confidentiality Review

1    ship those goods without going through those

2    procedures that you facilitated for them?

3        A    No.

4        Q    Could goods leave China without

5    documentation with regard to customs with the Chinese

6    agency in charge of customs?

7                MR. MOORE:  Objection -- excuse me.

8          Objection, form.

9                Go ahead.

10       A    Yes, Chinese exported goods have to go

11   through the custom.

12   BY MR. LEVIN:

13       Q    So without your assistance, the goods could

14   not reach their delivery point?

15       A    We're only a company that provides agency

16   services.  There are also other companies that provide

17   similar services.

18       Q    But BNBM went to BNBM Group to provide those

19   services, did they not?

20       A    For those three transactions, yes.

21       Q    So that the delivery from the manufacturer

22   to the recipient of the goods was coordinated between

23   BNBM and BNBM Group; is that correct, sir?

24                MR. MOORE:  Objection, form.

25       A    No.  BNBM had only chosen BNBM Group as its

1    export agency to perform relevant custom clearance

2    procedures in the custom.

3    BY MR. LEVIN:

4        Q     Which company was liable for monetary

5    damages if the goods that were involved in those

6    transactions were damaged during the shipping process?

7        A     It depends on who caused such damage to the

8    goods.  It has nothing to do with BNBM Group.

9        Q     Does your company still have a copy of these

10   three agreements?

11       A     Yes.

12               MR. LEVIN:  The answer?

13               MR. MOORE:  Yes.

14               MR. LEVIN:  Yes.  I'll remember that

15       word.

16   BY MR. LEVIN:

17       Q     And do you know whether they were provided

18   to the Plaintiffs' Legal Committee in the course of

19   the production of your documents pursuant to this --

20   the request that was made of your counsel?

21       A     The company does have such a requirement of

22   keeping documents, but I'm not sure whether they have

23   kept the complete set of documents.

24       Q     Would those documents show who the goods

25   were shipped to?

Confidential - Subject to Further Confidentiality Review

 1      A      Which document are you referring to?

 2      Q      The three agreements.

 3      A      There were only the agency agreements with

 4   BNBM, to my recollection.

 5      Q      The agency agreements do not show the

 6   ultimate recipient of the goods; is that correct?

 7      A      I don't have a clear recollection on that.

 8      Q      Would the customs documents show the

 9   ultimate recipient of the goods?

10      A      I have not seen custom documents.  What I've

11   seen were the agency agreements.

12      Q      Were these agency agreements utilized in

13   connection with the shipment of drywall?

14      A      For these three, yes.  But they're only

15   agency agreements.

16      Q      But they involve drywall shipments?

17      A      We only handle the procedures.

18      Q      So in preparation for this deposition, you

19   didn't make an effort to determine who the -- where

20   the goods were shipped and who the goods were shipped

21   to; is that correct, sir?

22              MR. MOORE:  Objection, form.

23      A      That's not true.  During the deposition, we

24   had been diligently preparing documents, to the best

25   we can, according to the requirements of documents

1    production.

2    BY MR. LEVIN:

3        Q     So did you look for documents that would

4    reveal who received the goods that you facilitated the

5    customs paperwork for?

6              MR. MOORE:  Objection, form.

7        A     We searched diligently.

8    BY MR. LEVIN:

9        Q     But did you find anything that --

10             MR. LEVIN:  I'm sorry.  Did I cut you

11       off, Sunny?

12             THE INTERPRETER:  No.

13   BY MR. LEVIN:

14       Q     Did you find anything that indicated who

15   received the goods that were involved in the work that

16   you were doing?  When I say "you," I mean your

17   company, "you."

18       A     We searched and we saw these three agency

19   agreements that mentioned the American companies that

20   the goods were exporting to, but I personally do not

21   have a clear recollection on that.

22       Q     But they dealt with American companies, did

23   they not?

24       A     Yes.

25       Q     And although you saw them within the last

Confidential - Subject to Further Confidentiality Review

1    three, four months, you have no clear recollection of

2    who they were -- who they are?

3        A    Correct.

4        Q    Now, in searching and accumulating

5    information so that you would be prepared to answer my

6    questions today, did you look for communications

7    between anyone at BNBM and BNBM Group and BNBM or CNBM

8    or BNBM Group and CNBM or CNBM Group's directors,

9    executive officers or general managers, which refer to

10   the following topics:  Manufacture of drywall by

11   Knauf, Knauf, K-N-A-U-F?

12               MR. EAGAN:  Object to form.

13               MR. MOORE:  Yeah, I object to the form.

14          Can you break that down a little bit?  That is a

15          multiple question.  It's very confusing for me

16          to follow it in English.

17   BY MR. LEVIN:

18       Q    Did you find any communications with either

19   a BNBM-type company or CNBM Company in your files

20   dealing with Knauf's manufacture of Chinese drywall?

21               MR. EAGAN:  Object to form.

22               THE INTERPRETER:  May the interpreter

23          inquire whether counsel just said "Knauf's

24          manufacture of Chinese drywall"?

25               MR. LEVIN:  Yes.

```
 1      A    No.

 2  BY MR. LEVIN:

 3      Q    Did you find any communications with either

 4  a BNBM Company or a CNBM-type company involving

 5  Taishan or TTP's manufacture and shipment of

 6  drywall --

 7              MR. EAGAN:  Object to form.

 8  BY MR. LEVIN:

 9      Q    -- to the United States?

10      A    I don't understand what are you referring to

11  when you say "communications."

12      Q    E-mails?

13      A    No.

14      Q    Letters?

15      A    No.

16      Q    Invoices?

17      A    None of that.  I've only seen public

18  announcements.

19      Q    How about guaranties?

20      A    No.

21      Q    Memorandum of conversations?

22      A    No.

23      Q    In searching for these files, did you find

24  any materials dealing with the litigation that we are

25  involved in here, alleging defects in Taishan's
```

1   Chinese drywall from 2009 through 2015?

2            MR. TAYLOR:  Objection to form.

3       A    I don't know what you're referring to when

4   you said "defected."

5            THE INTERPRETER:  The interpreter needs

6         to inquire with deponent.

7            (Translation.)

8       A    I have only learned some information from

9   the public announcements of the public listed

10  companies.

11  BY MR. LEVIN:

12      Q    Which public announcements were they, sir?

13           THE INTERPRETER:  Interpreter needs to

14        inquire the deponent as whether he meant plural

15        or singular form when he said "public listed

16        company."

17           (Translation.)

18      A    Public listed companies.

19  BY MR. LEVIN:

20      Q    And which public listed companies were they,

21  that you saw public announcements concerning the

22  litigation?

23      A    Regarding to the plasterboards litigation,

24  there are public announcements of BNBM as well as

25  CNBM Company, Limited.

1       Q       And did you see these public announcements

2   at or about the time that they were promulgated?

3       A       After they're promulgated, promulgation.

4       Q       Shortly thereafter?

5               MR. EAGAN:  Object to form.

6       A       What I can be sure of was, after the

7   promulgation.

8   BY MR. LEVIN:

9       Q       Did you find them in the files of Group?

10      A       No.

11      Q       How did you become aware of them?

12      A       All these are public information, which you

13  can find from the computer.

14      Q       What caused you to utilize your computer to

15  seek out these public announcements?

16      A       I have already said you can find the status

17  of those companies from the Internet.

18      Q       What caused you to go on the Internet to

19  find the status of those companies?

20      A       To check the stock price, the price of the

21  stocks.

22      Q       So in checking the price of the stock, you

23  also looked at the announcements dealing with this

24  litigation?

25      A       Yes.

Confidential - Subject to Further Confidentiality Review

```
 1     Q    Was it important for Group to know the

 2   status of this litigation?

 3              MR. MOORE:  Object to the form of the

 4        question.

 5     A    I don't understand what you're referring to

 6   when you ask the question.

 7   BY MR. LEVIN:

 8     Q    Do you know what the meaning of "important"

 9   is?

10              MR. EAGAN:  Object to form.

11              MR. MOORE:  It's argumentative, isn't

12        it?

13              MR. LEVIN:  I'm just trying to get --

14              MR. MOORE:  I mean, we're here in a

15        translated deposition and that's just an

16        argumentative question.

17              MR. LEVIN:  Let's see whether -- let's

18        go for just a little bit.

19              MR. MOORE:  Yeah, I object to the -- I

20        object to the form of the question.

21              THE WITNESS:  I don't understand your

22        question.

23   BY MR. LEVIN:

24     Q    Was Group concerned about the status of the

25   litigation?
```

```
 1                  THE INTERPRETER:  May the interpreter
 2          inquire the definition of "concern" here,
 3          whether it's "worried" or "keeping an eye on"?
 4   BY MR. LEVIN:
 5       Q     Interested in the status of the litigation.
 6                  MR. MOORE:  Objection -- I'm sorry.
 7                  (Translation.)
 8                  MR. MOORE:  Objection, form, no
 9          foundation.
10       A     BNBM Group is concerned about the status of
11   this litigation, but at the same time, BNBM Group and
12   the other companies are independent companies.
13   BY MR. LEVIN:
14       Q     Yeah, you've said that two or three times.
15   I've heard you, that you're independent companies.
16                  MR. MOORE:  Object to the sidebar
17          comments.
18                  MR. LEVIN:  Well, they're not responsive
19          to the question.
20                  MR. MOORE:  I object to those sidebar
21          comments --
22                  MR. LEVIN:  They're gratuitous.
23                  MR. MOORE:  I object to all of these
24          sidebar comments.  Please ask a question,
25          Mr. Levin.
```

```
 1   BY MR. LEVIN:

 2       Q     In searching through your company's files

 3   for production of documents in this litigation, did

 4   you search for documents dealing with default

 5   judgments?

 6                 MR. MOORE:  Objection, form.

 7       A     During the preparation of this deposition,

 8   my main task was to collect relevant documents in

 9   BNBM Group.

10   BY MR. LEVIN:

11       Q     Did you search for documents concerning the

12   default judgments that were entered in this

13   litigation?

14       A     We were searching for those documents as

15   well after we received the deposition notice.

16       Q     Did you find those documents, sir?

17       A     I will need my attorney to decide on that.

18       Q     Well, when this document production was

19   made, were you involved in the document production?

20       A     Yes.

21       Q     Did any --

22       A     I have made a backup of all my documents, as

23   well as my computer.

24       Q     What about your corporation's documents, did

25   you search for them, other...
```

Confidential - Subject to Further Confidentiality Review

```
 1            MR. MOORE:  Objection, form.

 2      A     We have collected our company's documents.

 3  BY MR. LEVIN:

 4      Q     Did you search for documents concerning the

 5  contempt order that was entered by Judge Fallon in the

 6  Eastern District of Louisiana?

 7      A     During the deposition, my attorney had

 8  provided relevant documents.

 9      Q     Did you assist your attorney in collecting

10  those relevant documents?

11      A     Our company, itself, does not have these

12  relevant documents.

13      Q     In connection with the production of

14  documents in this litigation, did you search for the

15  documents dealing with business conducted in the

16  United States by your affiliates, subsidiaries,

17  associates, during -- from July 17, 2014, through

18  March 31st, 2015?

19            MR. EAGAN:  Object to form.

20            (Translation.)

21            MR. MOORE:  Objection, form.

22      A     What is "affiliate" company?

23  BY MR. LEVIN:

24      Q     Have you ever seen the word "affiliate" in

25  any documents of the group -- of Group?
```

```
 1      A    I don't recall.  But as a custom in China,

 2  most of the time, "affiliates" are referring to

 3  subsidiaries.

 4      Q    Sir, have you ever questioned the word

 5  "affiliate" prior to July 17th, 2014?

 6              MR. MOORE:  I object to the form of the

 7         question, no foundation.

 8      A    I have always had the same understanding as

 9  I just stated, which is that "affiliates" are

10  referring to subsidiaries.

11              MR. LEVIN:  This may be a good time to

12         take another five minutes.

13              MR. MOORE:  Sure.

14              THE VIDEOGRAPHER:  The time now is

15         11:01 a.m.  We're off the record.

16              (Recess taken, 11:01 a.m. to 11:22 a.m.)

17              THE VIDEOGRAPHER:  This begins Disc 3 of

18         today's deposition.  Time now is 11:22 a.m.

19         We're back on the record.

20  BY MR. LEVIN:

21      Q    I may have asked this question; and if I

22  have and have gotten an answer, I apologize for asking

23  it again.  But the three agency agreements that you

24  refer to, were they produced in this document

25  production -- in your document production to the PSC?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A     We have tried our best to find whatever we

 2   can find, and the documents that we have provided are

 3   all that our company can provide currently.

 4      Q     Yeah.  But my --

 5            MR. MOORE:  May I clarify something,

 6       just to -- it will save some time.

 7            MR. LEVIN:  Sure.  Michael, I don't care

 8       if you ever interrupt me to clarify things.

 9            MR. MOORE:  Okay.  It's to save time.

10            Those three agreements were produced.

11       They were produced by PLC, so you have them.

12       They couldn't find them in their files, so

13       you've got them.

14            MR. LEVIN:  That's fine.  Let me just

15       put that on the record.

16            MR. MOORE:  Sure.

17            MR. LEVIN:  Do you know the Bates

18       numbers on them?  It doesn't have to be now.

19            MR. MOORE:  We'll get them for you.

20            MR. LEVIN:  Yeah.

21            MR. MOORE:  Absolutely, we will get them

22       for you.

23            MR. LEVIN:  I never object to --

24            MR. MOORE:  Save you four or five

25       questions and --
```

Confidential - Subject to Further Confidentiality Review

```
 1                 MR. LEVIN:  15, 20 minutes, sometimes.

 2                 MR. MOORE:  -- 15, 20 minutes.  We need

 3          all the time we can get, so -- and we can get

 4          the Bates numbers, can't we, for those three

 5          documents?  Yeah, we can get those.

 6                 MR. LEVIN:  Okay.

 7                 MR. MOORE:  Okay.

 8                 MR. LEVIN:  On the record, it's my

 9          understanding that the three agency agreements

10          were produced by PLC and that counsel will

11          endeavor to get us the Bates numbers on them.

12                 MR. MOORE:  That is correct.

13    BY MR. LEVIN:

14      Q     Now, back again to the same line of

15    questioning, sir:  Did you search your file for any

16    business activities conducted during the contempt

17    period, not only by your company but by Taishan's

18    affiliates, subsidiaries, associates, for business

19    activities in the United States from July 17th, 2014,

20    to March 31st, 2015?

21      A     I've searched all our company's relevant

22    documents.

23      Q     Well, I don't mean to be pejorative, sir,

24    but if I ask a specific question, I would prefer if

25    you didn't generalize in your answer and say "all
```

1    documents."  If I ask about document X, I want your

2    answer about document X.  Do you understand, sir?

3        A     Yes.

4        Q     So I'll ask the question again.

5              Did you search your file to determine

6    whether or not you had documents concerning Taishan's

7    affiliates, subsidiaries, associates, concerning

8    business activities conducted by those entities in the

9    United States during the contempt period from

10   July 17th, 2014, through March 31st, 2015?

11              MR. TAYLOR:  Objection, form.

12       A     Yes.

13   BY MR. LEVIN:

14       Q     And did you come across any documents

15   concerning the same?

16       A     I have only found documents related to

17   BNBM Group.

18       Q     And their shipment -- well, strike that.

19              And their activities involving

20   commercial activity -- commercial business in the

21   United States during the contempt period; am I

22   correct?

23              MR. MOORE:  Object to the form.  No

24        foundation for that question.

25              MR. LEVIN:  Okay.  I'll get there,

Confidential - Subject to Further Confidentiality Review

1         somewhere, sometime.

2     A     I have only seen the import agency record of

3   the subsidiary company from America.

4   BY MR. LEVIN:

5     Q     When you refer to "subsidiary" companies,

6   could you name them?

7     A     Beijing New International Wood Industry.

8             THE INTERPRETER:  This is the

9         interpreter speaking.  The translation is a

10        literal translation.

11            MR. LEVIN:  Okay.

12  BY MR. LEVIN:

13    Q     Perhaps this could refresh your memory.  Are

14  you referring to BNBM Group Forest Products Co.,

15  Limited?

16    A     I have to look at the Chinese, please.

17            MR. LEVIN:  Might as well.  We'll have

18        to do it, then.  We'll get to that while

19        they're -- let's save some time.

20            Do you have it already?  Okay.

21            MR. MOORE:  Before we show it to the

22        witness, could we identify it and let me see it?

23            MR. LEVIN:  That's what I'm going to do.

24            MR. MOORE:  Okay.  Before you look at

25        it, let's identify it and let me look at it.

```
 1              MR. LEVIN:  It's a document that

 2        indicates "Equity Structure Chart 2014," and --

 3              (BG:7/15/15-7/18/15 Exhibit 198A

 4              marked.)

 5              (BG:7/15/15-7/18/15 Exhibit 198R

 6              marked.)

 7              MS. DUGGAN:  For the record, we're going

 8        to mark and offer into the deposition record

 9        Exhibit 198R, which is an "Equity Structure

10        Chart 2014" with Bates BNBM(Group)0002773.  And

11        attached to that page -- I'm sorry, 2773, and

12        we're writing R because this is a red-line

13        document.  The original Bates 2773 was provided

14        to counsel for BNBM Group, they red-lined the

15        document, the PSC accepts the red-lines.  And

16        we're marking this as Exhibit 198R.

17              We also have Exhibit 198A, which is the

18        Chinese version of this document, and that has

19        Bates BNBM(Group)0002772.

20              THE WITNESS:  Do I need to answer

21        anything?

22              MR. MOORE:  Hang on just one second.

23              (Conference out of the hearing of the

24              reporter.)

25              MR. MOORE:  Okay.  Go ahead.
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. LEVIN:

 2       Q     Sir, I show you Exhibit 198A.  And you

 3   indicated that you needed to look at the Chinese

 4   before you could determine whether the company that we

 5   were speaking about that was your subsidiary was

 6   BNBM Group Forest Products Co., Limited.  Can you

 7   answer my question now?

 8              (Translation.)

 9              MR. LEVIN:  And the answer is?

10       A     Correct.

11   BY MR. LEVIN:

12       Q     Yes?

13       A     Yes.

14       Q     So when looking for your file for

15   production, you found documents dealing with

16   BNBM Group Forest Products Co., Limited that indicated

17   transactions that occurred during the period July 17,

18   2014, through March 31st, 2015; am I correct, sir?

19       A     Accurately speaking, when I was prepping for

20   my deposition, my attorney provided me with the

21   relevant documents in that period of time for

22   BNBM Group Forest Products Company, Limited --

23   Limited's transaction of wood products as import and

24   export agency.

25       Q     And did you review those documents before
```

1    appearing here today?

2        A      I have read them.

3        Q      Did you review any of the announcements of

4    Taishan dealing with the subject matter of this

5    litigation before appearing here today?

6        A      I have.

7        Q      Did you review any documents dealing with

8    announcements of TTP before coming here today?

9        A      I'm not quite clear on the differences of

10   these two companies.

11       Q      I believe you already indicated that you

12   reviewed the announcements dealing with this

13   litigation of BNBM; am I correct?  That's PLC.

14       A      Yes.

15       Q      Did BNBM Group make any announcements

16   concerning this litigation to anyone in the world in a

17   printed form that was promulgated?

18              THE INTERPRETER:  Interpreter needs to

19         clarify with deponent.

20              (Translation.)

21       A      BNBM has announcements.

22              THE INTERPRETER:  The interpreter just

23         clarified with deponent did -- the interpreter

24         just clarified with deponent whether

25         "announcement" is singular or plural form.  The

Confidential - Subject to Further Confidentiality Review

1        deponent said, "More than one."

2               MR. LEVIN:  Could you please read that

3        back for me, please, Michael.

4               (The following portion of the record was

5               read.)

6               "ANSWER:  BNBM has announcements.

7               "THE INTERPRETER:  The interpreter just

8        clarified with deponent did -- the interpreter

9        just clarified with deponent whether

10        'announcement' is singular or plural form.  The

11        deponent said, 'More than one.'"

12   BY MR. LEVIN:

13       Q    When did BM Group make any announcements

14   concerning the litigation to anyone in the world in

15   printed form that was promulgated?  At what time?

16               MR. MOORE:  I object.  There's no

17        foundation for the question.

18       A    BNBM Group had never made any public

19   announcements.

20   BY MR. LEVIN:

21       Q    Okay.  Did you review any announcements made

22   by CNBM concerning this litigation?

23       A    Are you talking about China Building

24   Material Public Listed Company, Limited?

25       Q    Yes.

 1     A     Yes, I have seen them.

 2     Q     And under what circumstances have you seen

 3     them?

 4     A     I don't recall.

 5     Q     Did you review any announcements of

 6     CNBM Group concerning this litigation?

 7     A     No.

 8     Q     Did CNBM notify you of the contempt order

 9     that was entered by Judge Fallon in this litigation?

10     A     No.

11     Q     Did CNBM Group notify you of any contempt

12     order that was -- strike that.

13                Did CNBM Group notify you of the

14     contempt order in this litigation?

15     A     No.

16     Q     Did you become aware of the contempt order

17     in this litigation?

18     A     Now I know.

19     Q     When did you know?

20     A     When I started to prep for the litigation.

21     Q     Okay.  Now, your -- when you started to prep

22     for this deposition?

23                THE INTERPRETER:  The interpreter needs

24        to clarify with deponent.

25                (Translation.)

```
 1      A     When our company started to prep for

 2   participating in this litigation.

 3   BY MR. LEVIN:

 4      Q     Well, at what point -- what time was that?

 5   When was that?

 6      A     After February this year.

 7      Q     When did you learn of the contempt order?

 8            MR. MOORE:  Objection, asked and

 9       answered.  Wasn't that the whole series of

10       questions before?

11            MR. LEVIN:  He kept referring to it as

12       "litigation," as opposed to "contempt order."

13            MR. MOORE:  Oh.  The question above it

14       says, "When did you become aware of the contempt

15       order in this litigation?"

16            "Now, I know."

17            "When did you know?"

18            That was all related to -- all those

19       prior questions were related to the contempt

20       order, so I think he's already answered your

21       question.

22            MR. LEVIN:  I'm unclear.  Let's go for

23       one more.

24            MR. MOORE:  Go ahead.  I just --

25            MR. LEVIN:  Yeah.
```

1                    MR. MOORE:  The whole line of questions

2          was on...

3                    MR. LEVIN:  His answer used the word

4          "litigation," though.  That's what --

5                    MR. MOORE:  Well, but the question says,

6          "When did you learn of the contempt order?"  I'm

7          just looking at the transcript.

8      A     Accurately speaking, only after we have

9  decided to participate in the litigation did our

10  company clearly understood such a contempt order.

11  BY MR. LEVIN:

12      Q     Now, you were aware of the litigation before

13  your company decided to participate in the litigation;

14  am I correct?

15                    MR. MOORE:  Objection to the form of the

16          question.

17      A     There was a description of the litigation in

18  the announcements of the PLC company.

19  BY MR. LEVIN:

20      Q     At some time before you decided to

21  participate?

22                    MR. MOORE:  Object to the form of the

23          question.

24      A     We already knew there was a litigation

25  before we participated in the litigation, but we only

Confidential - Subject to Further Confidentiality Review

1    knew that we were involved in the litigation after

2    January of this year.

3    BY MR. LEVIN:

4        Q     Now, you are here to answer questions not

5    only as to what you know, but also as to what Group

6    knows.  Are you answering my questions now as to what

7    Group knows, or knew?

8        A     What BNBM Group knows.  I, as a witnesses --

9    I, as a witness of the company, speak on behalf of

10   BNBM Group.

11       Q     Prior to July of 2014, did you meet with any

12   attorneys concerning this litigation?

13       A     No.

14       Q     Prior to 2014, did you discuss this

15   litigation with any of your colleagues at Group?

16       A     No.

17       Q     Sir, in preparation for this deposition, did

18   you review the 2006 global offering?

19       A     Before the deposition, are you referring to

20   the documents of global offering?

21       Q     I'm referring to the big document that's the

22   global offering of CNBM.

23       A     Yes.

24       Q     And had you reviewed that document at or

25   about the time that that document came in being?

Confidential - Subject to Further Confidentiality Review

 1      A      After CNBM Company, Limited became a public

 2    listed company.

 3      Q      Did you review the document while it was

 4    being constructed, before it became a public limited

 5    company?

 6      A      No.

 7      Q      Does the document deal with Group?

 8             MR. MOORE:  Object to the form of the

 9        question.

10      A      Of course the document is related to the

11    Group.

12    BY MR. LEVIN:

13      Q      Did Group contribute, in whole or in part,

14    to the language in that document?

15      A      I don't know what you mean by that.

16      Q      Did you -- did CNBM Group provide any of the

17    information for that document?

18      A      BNBM Group most definitely provides its own

19    information, as the shareholder of a public listed

20    company.

21      Q      While the document was being composed,

22    written, did BNBM Group provide any information to be

23    put into that document?

24      A      I don't know.

25      Q      Who would know?

Confidential - Subject to Further Confidentiality Review

```
1        A      At the time when CNBM Group was in the

2    process of becoming a public listed company, if the

3    agency requires its shareholder, BNBM, to provide

4    information, for sure BNBM will do so.

5        Q      Who drafted the document, CNBM Group, CNBM,

6    or some other entity?

7        A      I don't know who drafted it.

8        Q      Would it have been CNBM?

9               MR. EAGAN:  Object to form.

10              MR. MOORE:  Same objection.

11       A      According to the custom of China, an entity

12   is to be formed for the public listed company, and the

13   preparation was done by this entity.

14   BY MR. LEVIN:

15       Q      And was that entity CNBM?

16       A      Are you talking about CNBM Company, Limited?

17       Q      Yes, I am.

18              MR. MOORE:  May we correct, if don't you

19         mind a correction?

20              MR. LEVIN:  No, I do not mind.

21       A      Yes.

22              MR. LEVIN:  Let's go off the record.

23              MR. MOORE:  Let's go off the record.

24              THE VIDEOGRAPHER:  The time is

25         11:58 a.m.  We're off the record.
```

Confidential - Subject to Further Confidentiality Review

```
 1              (Discussion off the record.)

 2              THE VIDEOGRAPHER:  The time now is

 3         11:59 a.m.  We're back on the record.

 4   BY MR. LEVIN:

 5         Q     Did the global offering affect in any way

 6    the status of BNBM Group?

 7              MR. MOORE:  Objection, form --

 8              (Translation)

 9              MR. MOORE:  I'm sorry.  My apologies.

10              Objection, form.

11         A     Yes.

12   BY MR. LEVIN:

13         Q     And how did it affect the status?

14         A     We became the shareholder of a Hong Kong

15    public listed company.

16         Q     And who was that public listed company?

17         A     CNBM Company, Limited.

18         Q     And did CNBM Company, Limited become Group's

19    subsidiary?

20         A     Yes.

21         Q     Now, when preparing for this deposition, did

22    you review any documents dealing with service of

23    complaints from the United States District Court for

24    the Eastern District of Penns- -- no, Eastern District

25    of Louisiana, dealing with BNBM Group?
```

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. MOORE:  Objection, asked and
 2         answered.
 3                    (Translation.)
 4                    MR. MOORE:  Objection, asked and
 5         answered.
 6      A     I have only signed and received the document
 7   served by Beijing People's Superior Court.
 8   BY MR. LEVIN:
 9      Q     And did you produce all the documents that
10   you signed and served that were received from the
11   Beijing Superior Court?
12      A     Yes.
13      Q     And how many documents did you receive from
14   the Beijing Superior Court?  How many complaints?
15                    MR. MOORE:  Objection, asked and
16         answered.
17      A     I don't remember specifically how many pages
18   there are.
19   BY MR. LEVIN:
20      Q     How many documents were there, not
21   necessarily how many pages?
22      A     One.
23      Q     Only one.
24                    And was it in Chinese?
25      A     In my recollection --
```

Confidential - Subject to Further Confidentiality Review

```
 1              THE INTERPRETER:  Interpreter needs to
 2        clarify with deponent.
 3              (Translation.)
 4    A     In my recollection, there are both English
 5   and Chinese included in this document.
 6   BY MR. LEVIN:
 7    Q     Did you receive any of these complaints from
 8   BNBM that dealt with BNBM Group?
 9              MR. MOORE:  Object to the form.  There's
10        no foundation for the question.
11    A     No.
12   BY MR. LEVIN:
13    Q     Did you ever receive -- strike that.
14              Who at BNBMG, during the years --
15   during 2006, '7, '8, '9, '10, '11, '12 -- if they're
16   different, we'll go through them by the number --
17   would receive these complaints if they came into your
18   facilities?  Was there a clerk that received them?
19              MR. MOORE:  Objection, compound.
20              MR. LEVIN:  We'll see where we go from
21        here.
22    A     We have only received the complaint against
23   BNBM Group in February of 2015.
24   BY MR. LEVIN:
25    Q     Okay.  Who has the authority at BNBM Group
```

Confidential - Subject to Further Confidentiality Review

1    to refuse service of a complaint?

2        A      Nobody.

3        Q      So, then, if a complaint is delivered to

4    your facilities, you accept it and do not refuse it;

5    is that correct?

6                MR. MOORE:  Object to the form.

7        A      If a complaint is delivered to our company,

8    we should have accepted it.

9    BY MR. LEVIN:

10       Q      Have you, sir, received any Federal Express

11   packages from my office?  That's Levin Fishbein

12   Sedran & Berman at 510 Walnut Street, Suite 500,

13   Philadelphia, Pennsylvania, 19106, USA.

14               MR. LEVIN:  Glad I remembered that.

15       A      I don't know.

16   BY MR. LEVIN:

17       Q      Who would know?

18       A      I don't know.

19       Q      Well, you are currently the group's deputy

20   general manager, and you're also the group's secretary

21   of the board; is that correct?

22       A      Correct.

23       Q      And what are your job duties as general

24   manager of Group?

25       A      I'm in charge of` legal affairs, as well as

Confidential - Subject to Further Confidentiality Review

1    the daily management of the company.

2        Q      Who do you report to, sir?

3        A      General manager Tao Zheng.

4        Q      Oh, I'm sorry.  I called you general

5    manager.  You are deputy general manager; is that

6    correct?

7        A      Correct.

8        Q      Do you want to be general manager?

9        A      A little bit.

10        Q      Is it going to happen?

11        A      I don't know.  It depends on the board of

12    directors.

13        Q      How many individuals work under you at

14    your -- that follow directives from you?

15        A      It's very hard for me to give you an

16    accurate number because I'm in charge of a lot of

17    works, and there are a lot of works related to the

18    daily operation of the company.

19        Q      Well, just tell me some of your job

20    functions during the daily operation of the company.

21                You already said legal affairs.  What

22    else?

23        A      Yes.  For example, security management,

24    supply management.

25        Q      Anything else?

Confidential - Subject to Further Confidentiality Review

```
1       A     A lot.

2       Q     Well, tell us about it.  Make believe you're

3   talking to your mother and you're telling her what

4   you've accomplished.

5       A     My mom would only worry about my health.

6             (Laughter.)

7   BY MR. LEVIN:

8       Q     Well, let's assure her you're in good

9   health, and let's tell her what you've accomplished.

10      A     I'm in charge of some daily management

11  work -- works of the company, including what I've just

12  mentioned, legal affairs, works related to supplies.

13  That's a big scope of a series -- of a series of

14  works, including security management and party affairs

15  work.

16      Q     What is party affairs work?

17      A     The disciplinary committee, the union.

18      Q     What does the disciplinary committee do?

19      A     In charge of the discipline of Communist

20  party members.

21            MR. LEVIN:  Could I have that answer

22        read back?

23            (The following portion of the record was

24            read.)

25            "ANSWER:  In charge of the discipline of
```

Confidential - Subject to Further Confidentiality Review

1         Communist party members."

2    BY MR. LEVIN:

3       Q      Is it my understanding that there are

4    individuals employed by BMG that are members of the

5    Communist party, and some that are not members of the

6    Communist party?

7                THE INTERPRETER:  The interpreter would

8         like to correct herself on the entire answer

9         given by the deponent.  I believe the deponent

10        only said "party members" instead of "Communist

11        party members."

12                (Translation.)

13                MR. LEVIN:  Did he say "Communist party

14        members"?

15                MR. MOORE:  Can we break for lunch,

16        please?

17                MR. LEVIN:  Yes, we can, if you're

18        hungry.

19                Sunny, you could clear that up at

20        lunch -- after lunch, if you want.

21                THE INTERPRETER:  And usually, "party"

22        means "Communist party," so --

23                MR. LEVIN:  Yeah, I know, and that's

24        what --

25                THE INTERPRETER:  -- it's not on the --

Confidential - Subject to Further Confidentiality Review

1          but he did not say "Communist party."  It's

2          implied.  So instead of --

3                    MR. MOORE:  Well, we ought to translate

4          what he actually said.

5                    THE INTERPRETER:  Yes, that's why I

6          corrected it.

7                    MR. LEVIN:  Yes, absolutely.

8                    MR. MOORE:  And if we go off the

9          record --

10    BY MR. LEVIN:

11        Q    The question that was pending, before we go

12    to lunch:  It is my understanding that there are

13    individuals employed by BMG who are members of the

14    Communist party, and some who are not members of the

15    Communist party?

16                    Could you give me an answer to that,

17    sir, and then we'll break for lunch.

18        A    That's correct.

19                    MR. LEVIN:  Okay.  We'll pick up on that

20          after lunch.

21                    MR. MOORE:  And I have -- off the

22          record, I've got some information.  We can go

23          off the record.

24                    THE VIDEOGRAPHER:  The time now is

25          12:17 p.m.  We're off the record.

Confidential - Subject to Further Confidentiality Review

```
 1                    (Recess taken, 12:17 p.m. to 1:25 p.m.)

 2                    THE VIDEOGRAPHER:  This begins Disc 4 of

 3            today's deposition.  Time now is 1:25 p.m.

 4            We're back on the record.

 5     BY MR. LEVIN:

 6        Q    Sir, when we broke for lunch, you mentioned

 7     that you disciplined party members.  I believe I said:

 8     Is there a distinction between Communist party members

 9     and non-Communist party members with regard to your

10     role with discipline?

11                    MR. MOORE:  Object to form,

12            mischaracterization of prior testimony.

13        A    Rarely any.  Basically, there are no

14     differences.

15     BY MR. LEVIN:

16        Q    Well, then, why, when I asked the question,

17     did you indicate you disciplined party members?

18                    MR. MOORE:  Objection, mischaracterizes

19            his prior testimony.

20        A    I discipline both party members and nonparty

21     members, but it is distinctively stated that party

22     members are to be disciplined.

23     BY MR. LEVIN:

24        Q    Who states that party members are to be

25     disciplined?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A      I'd like to repeat my answer.  I'm in charge

 2   of disciplining party members as well as some of the

 3   nonparty members, but all of them are BNBM's

 4   employees.

 5      Q      Are the board of directors all party

 6   members?

 7      A      Yes.

 8      Q      Are the officers of BNBMG all party members?

 9      A      No.

10      Q      Which ones are not party members?

11      A      Madam Li Yuan, L-I, Y-U-A-N.

12      Q      That's the only one?

13      A      Correct.

14      Q      Now, if an addressed -- strike that.

15             I believe I asked you whether you

16   received anything from my office in the way of Federal

17   Express mail.  What happens to federal -- what

18   happens -- who distributes the mail at your firm?

19      A      BNBM has not received letters from your

20   office.

21             (Conference out of the hearing of the

22             reporter.)

23             MR. LEVIN:  Did he answer the question?

24             MR. MOORE:  We've got a question on the

25          translation.  Can we go off the record and talk
```

Confidential - Subject to Further Confidentiality Review

 1          about it?

 2                  MR. LEVIN:  Well, wait.  The official

 3          translator is who translates.

 4                  MR. MOORE:  I know all about the

 5          official translator.

 6                  MR. LEVIN:  I realize you do.

 7                  MR. MOORE:  We're trying to get a clear

 8          record here, rather than just being slavish.  I

 9          have full respect for the official translator

10          and she's doing a very good job, but I would

11          think that the PSC, like any other party, would

12          want to endeavor to have a record that is clear,

13          correct?

14                  MR. LEVIN:  Well, I certainly do, and

15          it's not my deposition, and I'm answering your

16          questions.

17                  But the official translator knows the

18          word, the corporation, BNBM.  Now, if "BNBM" was

19          stated, that's what I want said on the official

20          translation record.  Otherwise, you're

21          correcting it.

22                  MR. MOORE:  Well, ask a question and

23          let's try to go forward.

24                  MR. LEVIN:  Let's take a look at the

25          last answer.

Confidential - Subject to Further Confidentiality Review

```
 1              (Pause.)

 2              MR. MOORE:  What are we doing, now?

 3   BY MR. LEVIN:

 4       Q     Did you, sir, ever receive letters that were

 5   addressed to BNBMG but delivered to the offices of

 6   BNBM?

 7       A     No.

 8       Q     If a legal document or a letter from a law

 9   firm was received by your firm, would you become --

10   would you become aware of it?

11              MR. MOORE:  Objection, that seeks

12         speculation by the witness.

13              MR. LEVIN:  Speaks protocol.

14       A     If our company receives letters from the

15   Court, we will receive such letter.

16   BY MR. LEVIN:

17       Q     How about letters from lawyers?

18       A     Yes.

19       Q     Is it a fact, sir, that at some point in

20   time, BNBM and BNBMG had the same address?

21       A     A long time ago.

22       Q     When was that?

23       A     Before 2006 or 2007.

24       Q     So in 2006 or 2007, or shortly before, you

25   had the same address as BNBM?
```

 1              MR. MOORE:  Object to the form of the

 2         question.

 3      A      In the same building, but with distinct --

 4    distinct different addresses.

 5    BY MR. LEVIN:

 6      Q      Meaning you were on different suites or

 7    different floors?

 8      A      Different floors.

 9      Q      What floor was BNBM on?

10      A      Fourth floor.

11      Q      And what floor were you on?

12      A      Third floor.

13      Q      And if something came to you that was

14    addressed to BNBM, would you make sure that it got

15    to -- to BNBM?

16              MR. MOORE:  Object to the form of the

17         question.  Excuse me, object to the form of the

18         question.

19              When you say "you," are you referring to

20         the company or to him?

21              MR. LEVIN:  I'm referring to the

22         company.

23              MR. MOORE:  The company.  Okay.  Thank

24         you.

25      A      The front office would not make a mistake in

 1    distribution because the two companies have different

 2    names.

 3    BY MR. LEVIN:

 4        Q      Who would not make a mistake?

 5        A      The front office.

 6        Q      The front office?  I'm sorry, I didn't hear

 7    you.

 8               MR. MOORE:  He said "the front office."

 9    BY MR. LEVIN:

10        Q      The front office of whom?

11        A      The front office of each company.

12        Q      Well, do they share the same front office?

13        A      No.

14        Q      So one's on the third floor, and one's on

15    the fourth floor?

16        A      Correct.

17        Q      So if a -- you were on the third floor,

18    BNBMG; am I correct?

19        A      Yes.

20        Q      And if somebody from the outside delivered

21    the mail or a package or some document to the third

22    floor, BNBMG office, but it was addressed to BNBM,

23    would you walk it upstairs or send somebody upstairs

24    with that particular item, to the fourth floor?

25               MR. MOORE:  Object to the form, seeks

```
 1          speculation, and no foundation.

 2     A     I don't know.

 3 BY MR. LEVIN:

 4     Q     Well, did you -- in 2006 and 2007, what was

 5 your job classification?

 6     A     Company's legal affair and daily management.

 7     Q     Were you also deputy general manager then?

 8     A     Yes.

 9     Q     Did you ever direct one of your employees

10 that is in a position to receive mail or documents or

11 hand deliveries that were misdirected to you and

12 really belonged with BNBM, to deliver them to BNBM?

13     A     I don't know.

14     Q     Do you know whether BNBM, on the fourth

15 floor, received mail or a document for BNBMG, on the

16 third floor, both being in the same building, would

17 hand-deliver or in some manner get that document to

18 you, on the third floor?

19          MR. MOORE:  Objection, form.

20     A     This is a matter of the front office.  I do

21 not know.

22 BY MR. LEVIN:

23     Q     Who runs the front office?

24          MR. MOORE:  Time frame?

25          MR. LEVIN:  Oh.  In 2005 and 2006.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. MOORE:  Thank you.

 2              MR. LEVIN:  That's at the time that you

 3         were on the third floor and BNBM was on the

 4         fourth floor in the same building.

 5    A     Each company has its own front office.

 6  BY MR. LEVIN:

 7    Q     Who was in charge of your front office, on

 8  the third floor?

 9    A     By the office of our company.

10    Q     Which person was in charge of it?

11    A     Office manager.

12    Q     And who was that?

13    A     I don't remember.

14    Q     Well, whether you don't remember her name,

15  or his name, or not, this unknown person that you

16  can't remember, do you remember whether you ever told

17  that person, whether it's a he or a her, that if mail

18  came in for BNBM on the fourth floor, they should

19  deliver it to the fourth floor?

20              MR. MOORE:  Object to form.  It's asked

21         and answered.

22    A     I don't know.

23  BY MR. LEVIN:

24    Q     You don't know, or you don't remember?

25              MR. EAGAN:  Object to form.
```

1           MR. MOORE:  Same objection.

2      A     This is the specific job of the front

3   office.  I really do not know.

4   BY MR. LEVIN:

5      Q     Well, as deputy general manager, are you in

6   charge of the front office?

7      A     I am not directly in charge of the front

8   office.

9      Q     Who is directly in charge of the front

10  office?

11     A     The office.

12     Q     Who at the office, a name?  2005 and 2006.

13     A     That's been over ten years.  I really do not

14  remember who specifically was in charge of the office

15  at the time.

16     Q     Do you have any tasks with regard to the

17  front office, as deputy manager?

18          MR. MOORE:  Objection, asked and

19      answered.

20     A     I'm not directly in charge of them.

21  BY MR. LEVIN:

22     Q     Are you indirect -- could you give them

23  orders, if you wanted to?

24     A     I haven't done that.

25     Q     Could you do it, though?

```
 1              MR. MOORE:  Object to form, speculation.

 2      A     I have not done that.

 3   BY MR. LEVIN:

 4      Q     In your life, all of your years, have you

 5   ever gotten a piece of mail that was not addressed to

 6   you, but you received it?

 7      A     No.

 8              MR. LEVIN:  Better post office than we

 9         have.

10              Okay.  Let's go to -- okay.  Sandy?

11              (BG:7/15/15-7/18/15 Exhibit 214 marked.)

12              (BG:7/15/15-7/18/15 Exhibit 214A

13              marked.)

14              MS. DUGGAN:  Plaintiffs are going to

15         mark as Exhibit 214 a printout from BNBM Group's

16         website.  It contains Bates number

17         ALRMH-CNBM00008873 through 8885.  This was

18         printed on July 14, 2015.

19              And also Exhibit 214A, which is the

20         website in Chinese from BNBM Group.  This

21         contains Bates numbers ALRMH-CNBM8886 through

22         8897.  We'll show copies of these two exhibits

23         to the witness and to counsel for all parties.

24              MR. MOORE:  May I have a clarification,

25         please?
```

Confidential - Subject to Further Confidentiality Review

```
1              MS. DUGGAN:  Yes.

2              MR. MOORE:  Are these documents that

3         were produced by BNBM Group or someone else?

4              MS. DUGGAN:  No, not to my knowledge.

5         We've Bates-stamped these documents ourselves.

6              MR. MOORE:  You what?  You obtained

7         these documents yourself?  You mentioned --

8         okay.  All right.

9              Again, I'm a little confused, and I

10        apologize --

11             MR. LEVIN:  No apologies for confusion.

12             MR. MOORE:  Well, if I had to apologize

13        for confusion, that's all I'd probably be doing.

14             MR. LEVIN:  That's why I told you not

15        to.

16             Let's go off the record.

17             MR. MOORE:  Yeah, let's go off the

18        record.

19             THE VIDEOGRAPHER:  The time now is

20        1:48 p.m.  We're off the record.

21             (Discussion off the record.)

22             THE VIDEOGRAPHER:  The time now is

23        1:49 p.m.  We're back on the record.

24    ///

25    ///
```

Confidential - Subject to Further Confidentiality Review

```
 1                    EXAMINATION

 2   BY MS. DUGGAN:

 3       Q     Mr. Zhao, have you had an opportunity to

 4   review Exhibit 214A and Exhibit 214?

 5       A     I'm looking at the Chinese version.

 6       Q     All right.  And would the designation

 7   www.bnbmg.com.cn indicate that these would be pages

 8   from BNBMG's website?

 9       A     Yes.

10       Q     And does BNBMG also have a website in

11   English?

12       A     Yes.

13       Q     And would that be accessible at

14   www.bnbmg.com.cn/en?

15       A     I have never accessed it.

16       Q     But would it be accessible by somebody who

17   wanted to access it at that address?

18       A     Yes.

19       Q     And who is in charge of maintaining the

20   website, both in English and in Chinese, for

21   BNBM Group?

22                 MR. MOORE:  Time frame?

23                 MS. DUGGAN:  Currently.

24       A     The office.

25   BY MS. DUGGAN:
```

1      Q      Which office?

2      A      BNBMG's office.

3      Q      Does the board of directors authorize the

4    maintenance of this website?

5      A      No.

6      Q      So would your office, then, the general

7    manager's office, authorize the maintenance of this

8    website?

9      A      Yes.

10     Q      Okay.  Are you aware, sir, whether

11   BNBM Group has maintained this website since July 17,

12   2014?

13     A      BNBM Group has always been maintaining this

14   website.

15     Q      Just to clarify, then, has the website

16   always been available in both English and Chinese?

17     A      I have always read the Chinese.

18     Q      So you don't know, then, whether it's also

19   been available always, as you stated previously, in

20   both English and Chinese?

21     A      Correct, I'm not sure.

22     Q      And who at your company would know the

23   answer to that question?

24     A      Whether BNBM Group's website is both

25   available in English and Chinese?

 1     Q     Yes.

 2     A     Both of them are available right now for

 3   sure.  This, I know.

 4     Q     Okay.  And who would know whether,

 5   previously, the English version of the website was

 6   also available?

 7     A     I don't know.

 8     Q     Would Mr. Tao Zheng know the answer to that

 9   question?

10           MR. MOORE:  Object to form, this calls

11       for speculation as to what another witness

12       knows.

13     A     He wouldn't know.

14   BY MS. DUGGAN:

15     Q     Well, which department, then, if you don't

16   know the specific person, would know the answer to the

17   question of the availability of your website in both

18   English and Chinese?

19           MR. MOORE:  Object to form, calls for

20       speculation.

21     A     The general manager's office knows the

22   matter.

23                        EXAMINATION

24   BY MR. LEVIN:

25     Q     Sir, take a look at the website.  What logo

1    is on top of that website?

2        A      "China Building Material Company Group."

3        Q      And next to that, does it state

4    "BNBM Group"?

5        A      Yes, that's what it says here.

6        Q      Could you tell me:  Does BNBM Group have its

7    own web -- own logo?

8        A      No.

9        Q      Why is it that you use CNBM Group's logo?

10       A      All group companies in the world is just

11   like that.

12       Q      When you say "all group companies," do you

13   mean all CNBM Group companies use that logo?

14       A      As far as I know, it's a common practice for

15   a global group company to use the same logo.

16       Q      When you say "global company," which -- what

17   are you referring to as the global company here?

18       A      I'm referring to all various of global group

19   companies.  Other entities and groups would also use

20   the same logos.

21       Q      Is the global company CNBM Group?

22       A      Yes.

23       Q      What is your company's current relationship

24   with CNBM Group?

25       A      CNBM Group owns 70% of our shares.

Confidential - Subject to Further Confidentiality Review

```
 1        Q      And who owns the other 30%?

 2        A      CNBM Import & Export Company.

 3        Q      They own 30%?

 4        A      As far as I can recall.

 5        Q      And who owns CNBM -- and who owns CNBM

 6   Import & Export Company?

 7        A      CNBM Group.

 8        Q      So if you add 70 and 30 together, you get

 9   100%; is that correct?

10        A      Correct.

11        Q      Would you consider yourself related to

12   CNBM Group?

13               MR. EAGAN:  Object to form.

14        A      You mean a relation of stock shares?  Then

15   the answer is yes.

16   BY MR. LEVIN:

17        Q      A subsidiary of CNBM Group?

18               MR. EAGAN:  Same objection.

19               MR. MOORE:  I object to the form of the

20          question.  Is that a question, "A subsidiary of

21          CNBM Group"?

22               MR. LEVIN:  Yeah, because it has a

23          question mark after it with a dot under it.

24               MR. MOORE:  Object.  I can't figure out

25          what the question is.  Just because it has a
```

Confidential - Subject to Further Confidentiality Review

```
 1         question mark doesn't -- seriously, "A

 2         subsidiary of CNBM Group," question mark.

 3         What's the question?

 4              MR. LEVIN:  Okay.

 5  BY MR. LEVIN:

 6     Q    Is C -- is BNBM Group a subsidiary of

 7  CNBM Group?

 8              MR. EAGAN:  Object to form.

 9     A    BNBM Group is a subsidiary of CNBM Group.

10  BY MR. LEVIN:

11     Q    Does BNBM Group have a board of directors?

12     A    Yes.

13     Q    And how many members are there of the board

14  of directors of BNBM Group?

15     A    There are five members.

16     Q    And are any of those five members appointed

17  by CNBM Group?

18     A    The two shareholders of BNBMG separately

19  voted and selected the four members of the board.  The

20  other member of the board was voted and selected

21  through staff representative meetings.

22     Q    I believe you said there are five members of

23  the board of directors of CNBM Group; am I correct,

24  sir?

25              MR. MOORE:  Object.  Did you say "CNBM"
```

Confidential - Subject to Further Confidentiality Review

1        or "BNBM"?

2                    MR. LEVIN:  Oh.  Strike that.

3                    MR. MOORE:  All right.  I thought it was

4        just --

5                    MR. LEVIN:  Yeah.

6    BY MR. LEVIN:

7        Q     There are five members of BNBM Group,

8    correct?

9                    MR. LEVIN:  I see the mistake.

10                    MR. EAGAN:  Object to form.

11       A     There are five members of the board of

12   directors of BNBMG.

13   BY MR. LEVIN:

14       Q     How many of those board of directors, if

15   any, were appointed by CNBM Group?

16                    MR. MOORE:  Object to the form, asked

17        and answered.

18       A     CNBMG recommends three nominees as the

19   members of board of directors, and they will become

20   the board of directors of BNBMG through voting and

21   election.

22   BY MR. LEVIN:

23       Q     Who votes for them?

24       A     Two shareholders.

25       Q     Two shareholders?

1       A       The shareholders meeting consists of both

2    shareholders.

3       Q       There are five members of the board of BMGM

4    [sic], and three of them are appointed by CNBMG?

5                    MR. MOORE:  Object to the form.

6                    Go ahead.

7       A       They were recommended and became the members

8    of directors through BNBMG's shareholders meeting.

9    BY MR. LEVIN:

10      Q       Who appoints the other two members of BNBMG?

11                   MR. MOORE:  Object to the form.

12      A       The other director was recommended by CNBM

13   Import & Export Company and voted by the shareholders

14   meeting.  The last director was voted and became a

15   member through the voting of the staff representative

16   meeting.

17                   THE INTERPRETER:  Interpreter needs to

18          clarify with deponent.

19                   (Translation.)

20   BY MR. LEVIN:

21      Q       What is the staff representative meeting?

22      A       The staff representatives are those

23   representatives that were recommended by the staff

24   from different departments representing the opinions

25   of those staff.

Confidential - Subject to Further Confidentiality Review

1      Q      What departments are they?

2      A      Do you want me to list them?

3      Q      Yeah -- yeah, list the departments.

4      A      For example, business administration

5    department; for example, metal industry department,

6    et cetera.

7      Q      Forest products department?

8      A      Yes.

9      Q      Integrated housing department?

10     A      I don't know exactly what department you're

11   referring to.

12              MR. LEVIN:  Let's move on, and I'll come

13       back.

14   BY MR. LEVIN:

15     Q      International trading department?

16     A      Yes.

17     Q      Okay.  Now, all of those departments

18   recommend one director; am I correct?

19     A      No.  An accurate understanding would be that

20   these departments would recommend their staff

21   representatives, and eventually one director would be

22   recommended by those staff representatives.

23     Q      And all of these directors are simply

24   recommended but then approved by the shareholders; is

25   that correct?

1      A      The shareholders meeting would elect the

2   board of directors members, which means that the

3   nominated directors would have been elected through

4   the election of the board of directors.

5      Q      Are the shareholders 100% -- are 100 --

6   strike that.

7              Are 100% of the shareholders either

8   directly or indirectly owned by CNBMG?

9              MR. EAGAN:  Object to form.

10             MR. MOORE:  Objection, asked and

11        answered.

12             (Translation.)

13             THE INTERPRETER:  The interpreter just

14        repeated the question.

15     A      Yes.

16   BY MR. LEVIN:

17     Q      Has the shareholders ever rejected a

18   recommendation of a director by CNBMG?

19             MR. EAGAN:  Object to form.

20     A      It didn't happen.

21   BY MR. LEVIN:

22     Q      If you turn to the second page in English,

23   anyway, on the document that came from the website

24   that says, Sunny, in particular, the left-hand corner,

25   "BNBMG Business," and in the right-hand top corner, it

Confidential - Subject to Further Confidentiality Review

1   says "Page 1 of 1," and the body says "Operations."

2            MR. MOORE:  I'm sorry, hold on.  I'm

3       trying to figure out where you are.

4            MR. LEVIN:  No, that's okay.

5            MR. MOORE:  What page are you on?  You

6       said second page, and I turned to it.

7            MR. LEVIN:  It's the second page of the

8       document.  Let me show you.

9            MR. TAYLOR:  Is it Bates number 8874, or

10      a different document?

11           MR. LEVIN:  I've got it.

12           MS. ROBERTSON:  8876.

13           MR. TAYLOR:  8876.

14           MR. EAGAN:  76?

15           MS. ROBERTSON:  8876.

16           MR. EAGAN:  Thank you.

17           MR. MOORE:  Arnold, you're going to have

18      her read it in Chinese, right --

19           MR. LEVIN:  Oh, yes.  Yeah, because --

20      yeah.  As we do that, anytime it doesn't work

21      right, just let me know.

22           MR. MOORE:  All right.  Thank you.

23           (Translation.)

24           THE INTERPRETER:  This is the

25      interpreter speaking.  Would counsel want the

Confidential - Subject to Further Confidentiality Review

1        interpreter to point at the Chinese version for

2        the witness?

3                MR. LEVIN:  Yes.

4                THE INTERPRETER:  Okay.

5                MR. LEVIN:  But I will direct you to the

6        English statement, and then you'll direct the

7        witness, in Chinese, to the statement that I put

8        on the record in English.

9                MR. MOORE:  Arnold, the problem I'm

10       having is, we're looking at this page, which

11       is -- in the English version, is 8876, and it's

12       got "BNBM Group" in the middle in the little

13       deal.  I don't see that on the Chinese version.

14               MR. LEVIN:  I don't think they match

15       completely, if I can say that on the record.

16       For the record -- well, I meant -- we've noticed

17       that the Chinese and the English version of the

18       same document that's on the Internet and has

19       been placed on the Internet by BNBM Group

20       doesn't match perfectly.

21               MR. LIAO:  But are you asking him to

22       look at the Chinese or the English?

23               MR. LEVIN:  I'm asking him to look at

24       the Chinese, if -- look at the business page of

25       BNBM Group's website.

Confidential - Subject to Further Confidentiality Review

```
 1              MR. LIAO:  What Bates number, the

 2       Chinese?

 3              MS. ROBERTSON:  We don't have the

 4       Chinese --

 5              MR. LIAO:  But you have to

 6       specifically --

 7              (Conference out of the hearing of the

 8              reporter between.)

 9              MR. LEVIN:  Let's struggle.  Sunny,

10       could you identify the business page in the

11       Chinese version?

12              Maybe -- could you find it?

13              THE INTERPRETER:  Here.

14              MR. LEVIN:  Okay.

15   BY MR. LEVIN:

16       Q    Does it state, in words or substance, and

17   I'll read the English, "BNBM Group operations

18   involve product divisions, mainly include basic

19   building materials, forest products, housing industry,

20   lightweight building materials, mineral products and

21   chemical products, et cetera"?

22              MR. TAYLOR:  Can we get the Bates number

23       of the Chinese version of the page she's looking

24       at?

25              THE INTERPRETER:  Counsel -- this is the
```

Confidential - Subject to Further Confidentiality Review

```
1          interpreter speaking.  Counsel, based on what

2          you said, I believe, in substance, you're

3          referring to the Chinese version with Bates

4          number ALRMH-CNBM00008889.

5                    MR. TAYLOR:  Thank you.

6                    MR. LEVIN:  Correct.

7                    (Telephonic interruption.)

8                    (Translation.)

9                    MR. MOORE:  I object because the Chinese

10         version does not appear to have the same

11         beginning paragraph as the English version.

12                    MR. LEVIN:  Okay.

13   BY MR. LEVIN:

14         Q    Let's go to Bates number 8891, which is the

15   Chinese version.  If you notice, that is a page that

16   is -- the logo is in Chinese, but the page also has an

17   English translation under the words "Business

18   Development of BNBMG."

19         A    Yes.

20         Q    And would you -- is it a fact, sir, that

21   this is BNBM's website, and BNBM's website in Chinese

22   also has an English narrative on it?  I am referring

23   to BNBM Group.

24                    MR. MOORE:  Objection, asked and

25         answered.
```

Confidential - Subject to Further Confidentiality Review

 1      A      Yes.

 2   BY MR. LEVIN:

 3      Q      And does that indicate that you do business

 4   in North America, Eastern Europe, the Middle East,

 5   South Asia, South Africa, Africa and some other

 6   districts in the world?

 7      A      That's the description in words, but, in

 8   fact, BNBM Housing does not include business with

 9   North America.

10      Q      Does the narrative in the website also say,

11   "Integrated Building is one of the core businesses of

12   BNBMG, which carries the wishes of the new housing

13   strategy in three new strategies of CNBMG"?

14      A      The paragraph describes that BNBM Integrated

15   Building business is the core business of BNBM Group.

16      Q      Sir, doesn't International Trading, as

17   evidenced in your website, indicate that it does

18   business in North America, Europe, the Middle East,

19   East Asia and Africa?

20             MR. MOORE:  I'm sorry, what page are you

21        on now?

22             MR. LEVIN:  Well, I'll -- I'll point to

23        the page.

24             MR. MOORE:  I think we've moved to a

25        different page.

Confidential - Subject to Further Confidentiality Review

```
 1              MR. TAYLOR:  I was going to say, we're
 2       not on the same --
 3              MR. MOORE:  And I'm unclear what page
 4       we're on.
 5              MR. LEVIN:  We did.  I'm going to get
 6       you a page.
 7              MR. TAYLOR:  Okay.
 8              MR. MOORE:  Let us look at the page, and
 9       then ask the question again, so we're clear.
10              MR. LEVIN:  Just so you can see it.
11              Sandy, do you want to identify the
12       Chinese and the English, please?
13              MS. DUGGAN:  We're referring the witness
14       right now to a page from the website that has
15       Bates page 8890 in Chinese and 8877 in English.
16              MR. MOORE:  Did you say 88 -- 88 what in
17       English?
18              MS. ROBERTSON:  8877.
19              MR. MOORE:  8877.  Okay.
20              (Pause.)
21              MR. LEVIN:  Is there a question pending?
22              MS. DUGGAN:  You haven't asked a
23       question.
24    BY MR. LEVIN:
25       Q    Sir, under "International Trading," does it
```

Confidential - Subject to Further Confidentiality Review

1    not state, in words or substance, that, "Group trades

2    in regions in North America, Europe, the Middle East,

3    East Asia and Africa, and our products are sold all

4    over the world"?

5        A     That's how the language describes it.

6        Q     And why do you have a website?  Is that to

7    generate business for yourselves?

8        A     Promotion.

9        Q     For promotion, yes.  To promote BNBMG; is

10   that correct?

11              MR. LEVIN:  Okay.  Let's break.

12       A     Because BNBMG has its own independent

13   businesses.

14              MR. LEVIN:  Okay.  We've heard that

15         before.

16              MR. MOORE:  Object to the sidebar.

17              THE VIDEOGRAPHER:  The time now is

18         2:29 p.m.  We're off the record.

19              (Recess taken, 2:29 p.m. to 2:51 p.m.)

20              THE VIDEOGRAPHER:  This begins Disc 5 of

21         today's deposition.  The time now is 2:51 p.m.

22         We're back on the record.

23   BY MR. LEVIN:

24       Q     Sir, looking at the document that was

25   generated for the website, and under "Forest

Confidential - Subject to Further Confidentiality Review

```
 1    Products," which is 8893 through 94 in Chinese, 8880

 2    in English --

 3               MR. LEVIN:  Not ready for you.

 4    BY MR. LEVIN:

 5       Q     Sir, with regard to Forest Products, is that

 6    company a wholly owned subsidiary of BNBM Group?

 7       A     BNBM Group once wholly owned

 8    BNBM International Forest Products Company, Limited.

 9       Q     And what does the Forest Products division

10    do?

11               MR. MOORE:  Object to the form of the

12         question.

13    BY MR. LEVIN:

14       Q     What business are they in?

15               (Translation.)

16               THE INTERPRETER:  This is the

17         interpreter speaking.  Deponent just mentioned a

18         few forestry terminologies according to the

19         Chinese version, but interpreter is not able to

20         locate their corresponding English versions.

21         Since they are terminologies, the interpreter

22         would like to require some time to check the

23         dictionaries for those terminologies' correct

24         translation.

25               (Translation.)
```

Confidential - Subject to Further Confidentiality Review

1      A      The main business of BNBM Group Forest

2  Products Company, Limited is acting as the import and

3  export agent for wood products, as well as converted

4  timber products, and acts as a company to sell the

5  oriented strand board.

6  BY MR. LEVIN:

7      Q      Now, does that subsidiary make money doing

8  what they do?

9      A      It makes money.

10      Q      And does some of their activities involve

11  timber in the northwest of North America, both United

12  States and Canada?

13      A      Include that.  It is the import agent of the

14  converted -- converted timber.

15      Q      But you make your money on a transaction

16  that involves the United States, and particularly the

17  state of Oregon.

18              MR. MOORE:  Objection, form.

19      A      No.  We are an import agent of North America

20  timber.

21  BY MR. LEVIN:

22      Q      Who are you an import agent for, what

23  companies?

24      A      For example, Canada Wasifu [phonetic].

25              THE INTERPRETER:  The interpreter just

Confidential - Subject to Further Confidentiality Review

1           inquired the English spelling of the Chinese

2           word pronounced as "Wasifu."  The deponent said,

3           "I do not know."

4    BY MR. LEVIN:

5        Q    Do you know what companies you served in

6    that capacity that you stated that did business in

7    Oregon from July of 2014 through March -- within the

8    period from July of 2014 through March of 2015?

9                (Translation.)

10               THE INTERPRETER:  The interpreter would

11          like to inquire the definition of "served in

12          that capacity."

13   BY MR. LEVIN:

14       Q    The role that you testified you played, or

15   that Forest Products plays, in connection with these

16   transactions.

17       A    I don't understand your question.

18       Q    Well, we'll get to it when we have the

19   documents in front of you.

20               Could you please turn to, or point to,

21   8896 through 97 in Chinese and 8884 in English, part

22   of the same document.  Now, I see that it states,

23   under the word "Others," "Investment in the building

24   materials industry."

25               (Translation.)

Confidential - Subject to Further Confidentiality Review

```
 1                    THE INTERPRETER:  This is the

 2          interpreter speaking.  The interpreter pointed

 3          at the language that counsel had just stated on

 4          the English page because there is no Chinese

 5          corresponding translation for that exact

 6          language on the Chinese page.

 7   BY MR. LEVIN:

 8      Q     Is there an indication in Chinese concerning

 9   BNBM Group's partially owned subsidiary, CNBM?

10      A     I don't see the Chinese description of it.

11      Q     Is there an indication in the Chinese

12   portion of the document dealing with investments in

13   the building materials industry?

14      A     That's not what it says on page 8896.

15      Q     Do you see it on page 8896 through 97?

16      A     Yes.

17      Q     And --

18                    THE INTERPRETER:  This is the

19          interpreter speaking.  Counsel, did you mean

20          whether he had read page 8896 to 97, or whether

21          he had seen those descriptions you just

22          mentioned on page 8896 through 97?

23                    MR. LEVIN:  Whether he has seen those

24          descriptions that I mentioned.

25      A     No.
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. LEVIN:

 2       Q     Well, does BNBM, the group, invest in CNBM?

 3       A     You're not referring to the contents of

 4   here, right?

 5       Q     No.

 6       A     BNBM Group is a shareholder of CNBM Company,

 7   Limited.

 8       Q     I take it, in reviewing the Chinese

 9   portion -- the Chinese document that's before you from

10   the Internet, it says nothing about investments in the

11   building material industry; is that correct?

12       A     You have just asked a very general question.

13   I need you to specify what are you referring to.

14       Q     I'm referring to investments that BNBM Group

15   may make for investment purposes.

16             MR. MOORE:  I object to form as vague.

17       A     My understanding is, as an independent

18   company, BNBM Group invested in CNBM as its

19   shareholder, and at the same time, it has its own

20   products.

21   BY MR. LEVIN:

22       Q     How much of an investment do you have in

23   CNBM?

24       A     More than 30% of equity.

25             MR. LEVIN:  Sandy.
```

```
 1                  (BG:7/15/15-7/18/15 Exhibit 211 marked.)

 2              MS. DUGGAN:  Plaintiffs are going to

 3          mark and offer into the record Exhibit 211,

 4          which is a document produced by BNBM Group.  The

 5          Bates number is BNBM(Group)-E-0026245.  It

 6          contains both Chinese and English.

 7              THE WITNESS:  Yes.

 8              MS. DUGGAN:  A copy of this has been

 9          provided to the witness and counsel for

10          defendants.

11     BY MR. LEVIN:

12       Q    Sir, I call your attention to 26249 in

13     English, and 26248 in Chinese.

14                  Who's that handsome man?

15       A    Our chairman of the board of directors.

16       Q    Does he have a name?

17       A    Song Zhiping.

18       Q    Chairman Song.  Do you think I'll ever meet

19     him?

20              MR. MOORE:  Objection.

21              MR. LEVIN:  Strike that.

22              MR. MOORE:  That's an argumentative

23          question.  You don't have to answer that.

24              MR. LEVIN:  I agree.

25              MR. MOORE:  I'm sure he's really looking
```

 1          forward to it.

 2                    MR. LEVIN:  Well, can't be both of us.

 3     BY MR. LEVIN:

 4     Q    It says here, in English, "As the founder of

 5     China's new material industry, Beijing New Building

 6     Materials (BNBM) Co., Limited since its inception."

 7                    What corporation is that referring to?

 8                    MR. MOORE:  Are you asking about the

 9          English version or the Chinese version?  Because

10          he can't tell you -- he can't tell you what's in

11          the English version.

12                    MR. LEVIN:  Well, I'm reading the

13          English version, and I can only read English.

14                    MR. MOORE:  I understand.  As long as

15          it's not couched -- the question is not couched

16          in the terms of, is that what the English

17          version says.

18                    MR. LEVIN:  It's -- I don't know.

19          It's --

20                    MR. MOORE:  He can't answer that.

21                    MR. LEVIN:  -- BNBMG's document.

22                    (Translation.)

23     BY MR. LEVIN:

24     Q    Do you see that in Chinese?

25     A    Do you want me to read the Chinese version?

Confidential - Subject to Further Confidentiality Review

```
1      Q     No, I want him to tell me whether he sees

2   that in Chinese.

3      A     Yes, I see the Chinese version.

4      Q     And the company published the English

5   version, did they not?

6      A     Yes.

7      Q     Now, let's go to 26253 in English, and as

8   well as Chinese.

9      A     I see that.

10     Q     Now, I'm going to read what the English says

11  on the document provided by your company in English.

12  "In step with the rapid growth of China's economy,

13  BNBM Group is fully committed to further developing

14  its operations in the manufacture of building

15  materials, wooden product and the housing industry to

16  become a leading comprehensive industrial group."

17             Do you -- sorry.

18             (Translation.)

19             MR. MOORE:  Excuse me.  Is there a

20       question?

21     A     I see that.

22             MR. LEVIN:  "Do you see that?"

23             MR. MOORE:  Well, he can't say what you

24       put in English.  He can't --

25             MR. LEVIN:  I understand, no more than I
```

Confidential - Subject to Further Confidentiality Review

1          can say what he puts in Chinese.  I understand

2          what you're saying.

3                    MR. MOORE:  Yeah.  Okay.

4                    MR. LEVIN:  That's why I was laughing.

5                    MR. MOORE:  Oh.  Okay.

6     BY MR. LEVIN:

7          Q     Do you see in Chinese what I stated to you

8     in English?

9          A     I see that.  This is the future vision of

10    BNBM Group.

11         Q     And does it manufacture -- does it state

12    "the manufacture of building materials"?

13         A     It says that.

14         Q     And does that refer to --

15         A     It's referring --

16         Q     I'm sorry.  Go ahead.

17         A     -- to that in a general term.

18         Q     Well, it's not -- does it refer to

19    wallboard?

20         A     It's not referring to wallboard.

21         Q     What is it referring to?

22         A     We cannot manufacture what public listed

23    company manufactures.

24         Q     Why not?

25         A     According to the regulation of Hong Kong

1    Stock Exchange.

2        Q      Is that because of the noncompete clause?

3                MR. MOORE:  Objection to the form, lacks

4          foundation.

5        A      I do not know the specific clause.  However,

6    I know that we cannot manufacture what Hong Kong

7    public listed company manufactures.

8    BY MR. LEVIN:

9        Q      And the Hong Kong public listing company is

10   CNBM?

11       A      Except the CNBM Company, Limited, the

12   companies listed on Chinese stock exchange --

13                THE INTERPRETER:  The interpreter would

14          like to start over again.

15       A      Except CNBM Company, Limited, we also cannot

16   manufacture what the Chinese stock exchange listed

17   company manufactures; therefore, we cannot manufacture

18   what BNBM Company, Limited manufactures.

19   BY MR. LEVIN:

20       Q      Is that because of the noncompete clause in

21   the global offering?

22                MR. MOORE:  Objection, asked and

23          answered.

24       A      I'm not sure.  I do not know.

25   BY MR. LEVIN:

Confidential - Subject to Further Confidentiality Review

1      Q      Nevertheless, you do handle BNBM PLC's --

2    excuse me -- product?

3               MR. LEVIN:  Thank you.

4               MR. MOORE:  Time frame?

5               MR. LEVIN:  He pointed to -- that I

6          should take some water.

7               MR. MOORE:  I object.  I need a time

8          frame.

9               MR. LEVIN:  That's good -- oh, I thought

10         you wanted a time-out.

11              MR. MOORE:  No, time frame.  I'm sorry.

12              MR. LEVIN:  At the time of this document

13         that's been identified that we're speaking of

14         now, 26245.

15              MR. MOORE:  Have we established a time

16         frame for this?  Excuse me.

17              MR. LEVIN:  Not yet.

18              MR. MOORE:  Well, I object to --

19              MR. LEVIN:  I'll straighten that out.

20              MR. MOORE:  Yeah.  I object to the form

21         of the question.  It has no foundation.  No time

22         frame has been established.

23   BY MR. LEVIN:

24      Q      Was this document created sometime after

25   2006?

Confidential - Subject to Further Confidentiality Review

1     A     I don't remember the specific time, but this

2  document is a pretty old document.

3     Q     Could you turn to 26269, and 26268 in

4  Chinese?

5     A     Yes.

6     Q     And, sir, is that a list of all the honors

7  your company has received?

8     A     Yes.

9     Q     And does the last line -- I believe it's

10  paragraph 22 in the Chinese, and it's also 22 in

11  English -- say "honored by SASAC in 2009"?

12     A     Yes.

13     Q     And in 26258, do you see the Chinese on top

14  of the English?

15     A     Yes.

16     Q     And does the Chinese state, in words or

17  substance, that, "BNBM Group has embarked on a

18  development trend of intensive diversification and

19  created a four-pronged operational framework that

20  combines investment in the building materials

21  industry, wooden products industry, logistics and

22  trading, and housing industry"?

23     A     Yes.

24     Q     Okay.  Look at 26265.

25     A     Yes.

Confidential - Subject to Further Confidentiality Review

 1       Q      Now, sir, this is a Group document, is it

 2    not?

 3       A      You mean the entire document?

 4       Q      Well, it was published by Beijing New

 5    Building Material Group Co., Limited, was it not?

 6    Look at the first page.

 7       A      It is a document of BNBM Group.

 8       Q      And going to page 26265, does it not state

 9    "Plasterboard:  The biggest manufacturer in Asia"?

10    It's the very top of the page.

11       A      It does say that.

12       Q      Now, have you ever seen this document

13    before?

14       A      I have.

15       Q      Is it maintained in the regular course of

16    your business?

17       A      Yes.

18       Q      Who created or signed the document?

19              MR. MOORE:  Object to form.  It's

20         compound.

21    BY MR. LEVIN:

22       Q      Who created the document?

23       A      This document is the company's promotional

24    material.  The correct statement here is BNBM

25    manufacturing business --

Confidential - Subject to Further Confidentiality Review

1      Q     I was looking for the --

2            MR. MOORE:  Please let the witness --

3  BY MR. LEVIN:

4      Q     Are you trying to correct a statement that

5  you made before?

6            MR. MOORE:  I want the witness to be

7       able to answer the question and not be

8       interrupted.

9      A     No.

10           MR. LIAO:  You didn't translate Mike's

11      comment.

12           MR. MOORE:  I want the witness to

13      answer --

14           THE INTERPRETER:  I was not able to

15      translate before I was --

16           MR. MOORE:  I didn't mean to interrupt

17      you.  I'm sorry.

18           MR. LEVIN:  Let's get Mike's comment on.

19           MR. MOORE:  Yeah.  My comment is -- my

20      objection is, I feel like the witness was trying

21      to answer the question and he was interrupted by

22      counsel.

23           MR. LEVIN:  Well, I apologize.

24      A     I'm reading off that.  It says,

25  "BNBM Company -- BNBM Company's manufacturing business

Confidential - Subject to Further Confidentiality Review

```
 1   develops its business using" --

 2                 MR. LEVIN:  Well --

 3       A    -- "its controlled subsidiary company,

 4   CNBM Company, Limited, as its core area."

 5                 MR. LEVIN:  I move to strike the last

 6          response as being totally unresponsive to the

 7          question that I asked.

 8   BY MR. LEVIN:

 9       Q    Who created this document?  That's the

10   question I asked, sir.

11                 MR. MOORE:  Objection, asked and

12          answered.

13       A    BNBM Group --

14   BY MR. LEVIN:

15       Q    Okay.

16       A    -- created this document.

17       Q    Was the document signed off by the board of

18   directors or the board of supervisors?

19       A    This document is BNBM Group's promotional

20   material and was not signed off by the board of

21   directors or the board of supervisors.

22       Q    Was it disseminated to the public?

23       A    This is -- yes.

24       Q    Has it ever been changed since it was

25   promulgated to the public?
```

Confidential - Subject to Further Confidentiality Review

```
1        A      This material?

2        Q      Yes.

3        A      There has been no change.

4        Q      And did the document come from your files

5    when you were making the production in this

6    litigation?

7        A      Correct.

8               MR. LEVIN:  Let's take five.

9               MR. MOORE:  Sure.

10              THE VIDEOGRAPHER:  The time now is

11        3:35 p.m.  We're off the record.

12              (Recess taken, 3:35 p.m. to 3:54 p.m.)

13              THE VIDEOGRAPHER:  This begins Disc 6 of

14        today's deposition.  Time now is 3:54 p.m.

15        We're back on the record.

16   BY MR. LEVIN:

17       Q      I'd like to ask you a few questions about

18   some individuals that are part of Group, but also

19   involved in other companies that have some

20   relationship with you.

21              Chairman Song.

22              (Translation.)

23   BY MR. LEVIN:

24       Q      Now, it's my understanding --

25       A      I know this person.
```

Confidential - Subject to Further Confidentiality Review

```
1       Q     I would hope so.
2             MR. MOORE:  There was no question, but
3        that's okay.  Go ahead.
4   BY MR. LEVIN:
5       Q     I believe that he is a chairman and director
6   of BNBMG, CNBMG and CNBM; is that correct?
7       A     Yes.
8       Q     And in your tasks, job, that you perform at
9   Group, you have occasion to work with Chairman Song?
10            MR. EAGAN:  Object to form.
11      A     What time frame are you referring to,
12  specifically?
13  BY MR. LEVIN:
14      Q     Now.  2014-2015.
15      A     He is the chairman of BNBMG's board of
16  directors.  I am the secretary of the board of
17  directors.
18      Q     And could you tell me what his function is
19  on the board of directors?
20      A     He's in charge of convening the board of
21  directors meeting, and as a member of the board of
22  directors, he would independently express his
23  opinions.
24      Q     Has he always been chairman while you've
25  been a director?
```

1      A      Your translation is while I was -- while I

2   have been a director?

3      Q      Yes, sir.

4      A      I'm not a director.

5      Q      Well, has he always been chairman as long as

6   you've been deputy general manager?

7      A      Yes.

8      Q      What does Chairman Song do in relationship

9   with your job classification and that you do for -- in

10  connection with your employment at BNBMG?

11             MR. MOORE:  Would you mind rephrasing

12        that?  Take a look at it.

13             MR. LEVIN:  I'm sure "interface" is

14        something he doesn't know.

15             Could you answer my question, sir?

16             MR. MOORE:  Object to the form, vague.

17      A      Can you specify further?

18  BY MR. LEVIN:

19      Q      Do you and Chairman Song ever work together,

20  doing things together in connection with your

21  employment at Group?

22      A      He, as the chairman of the board of

23  directors of BNBMG, and I, as the secretary of the

24  board of directors of BNBMG, would independently

25  perform our own duties according to the charter of the

1    board of directors meeting.

2        Q      Well, as chairman, do you take orders from

3    him?

4        A      The order of convening a board of directors

5    meeting.

6        Q      As chairman, does he ever tell you what to

7    do and how to do your job at BM -- BNBMG?

8        A      I do not report to him my daily works.

9        Q      So you simply deal with him at board of

10   directors meetings?

11       A      BNBMG has a strict company administration

12   structure; therefore, I only report to him within the

13   limitation of board of directors meetings items.

14       Q      Well, what differentiates a chairman from a

15   secretary in the board of directors of BN -- BNBMG?

16              MR. MOORE:  Objection, form.

17       A      Very easy.

18   BY MR. LEVIN:

19       Q      What did you mean by "very easy"?

20       A      While the chairman of the board of directors

21   perform his duty as a chairman of the board of

22   directors, the secretary of the board of directors is

23   in charge of the matters described in the charter of

24   the board of directors.

25       Q      Okay.  Well, since you might have noticed

Confidential - Subject to Further Confidentiality Review

```
 1   I'm not a board of director at BNBMG, tell me what the

 2   chairman does, pursuant to the charter or otherwise,

 3   at that company.

 4              MR. EAGAN:  Object to form.

 5              MR. MOORE:  Same objection.  Also object

 6        because it's been asked and answered.

 7              MR. LEVIN:  I don't think I've gotten an

 8        answer.

 9   A    I'll repeat my answer:  According to BNBMG's

10   charter, the chairman is in charge of convening the

11   board of directors meeting, and as a member of

12   director, he would perform his own responsibilities

13   and obligations.

14   BY MR. LEVIN:

15   Q    And that would be his own responsibilities

16   and obligations as a director?

17   A    First of all, he is a director, and then he

18   was elected as the chairman of the board by the

19   directors.

20   Q    So is it your testimony that the only

21   differentiation between the chairman and other

22   directors is that the chairman convenes the board of

23   directors and does nothing more?

24              MR. MOORE:  Objection, asked and

25        answered and misconstrues his prior testimony.
```

Confidential - Subject to Further Confidentiality Review

1      A      The main duty of a chairman of the board of

2   director -- board of directors is to convene board of

3   directors meeting, which is defined according to

4   Chinese company law.

5   BY MR. LEVIN:

6      Q      He's also the chairman of CNBMG, is he not?

7      A      Yes.

8      Q      And you don't sit on the board of directors

9   of CNBMG, do you?

10      A      Correct.  I am not a member of CNBMG's board

11   of directors.

12      Q      Are you aware of the duties he performs as a

13   chairman of that particular company?

14      A      I do not know.

15      Q      And he's also chairman of CNBM, is he not?

16      A      Yes.

17      Q      Do you have any idea why this gentleman,

18   this important gentleman, is chairman and director of

19   BNBMG, CNBMG and CNBM?

20           MR. EAGAN:  Object to form.

21      A      I don't know.  I only know that he is the

22   chairman of the board of directors of BNBMG.

23   BY MR. LEVIN:

24      Q      When he sits as a director of BNBMG, does he

25   ever give his views on the business activities of

Confidential - Subject to Further Confidentiality Review

1   CNBMG?

2       A    I have participated in every board of

3   directors meetings of BNBMG Group.  To be specific, in

4   recent years, he had not discussed in BNBMG's board of

5   directors meetings any companies other than BNBMG for

6   their matters.

7       Q    You said in recent meetings.  How about over

8   the entire period of time that you've observed

9   Chairman Song at a board of directors meeting at

10  BNBMG?

11      A    What I meant was, ever since I became the

12  secretary of the board of directors of BNBMG,

13  Chairman Song Zhiping had never discussed about the

14  status of other companies.

15      Q    As a -- both the chairman of BNBMG and

16  CNBMG, has he ever told you what CNBMG thought of any

17  issues that were before the board of directors at

18  BNBMG?

19              MR. EAGAN:  Object to form.

20      A    I don't recall.

21  BY MR. LEVIN:

22      Q    As chairman of BNBMG and CNBMG, has

23  Chairman Song ever informed the directors of BNBMG as

24  to any of the issues dealing with CNBM?

25              MR. EAGAN:  Object to form.

Confidential - Subject to Further Confidentiality Review

```
1              MR. MOORE:  Objection, asked and

2       answered.

3       A     The same answer as prior question, which is:

4    I do not know.

5    BY MR. LEVIN:

6       Q     Do you know Cao Jianglin?  Did I pronounce

7    it right?

8       A     I don't know who that person is, after

9    you've interpreted it.

10             THE INTERPRETER:  May the interpreter

11       ask for the spelling of the person's name?

12             MR. LEVIN:  Let me try.  C-A-O, space,

13       J-I-A-N-G-L-I-N.

14       A     I know this person.

15   BY MR. LEVIN:

16       Q     Does he hold any positions at BNBMG?

17       A     He is the chairman of supervisors in BNBMG.

18       Q     And what is his job task as chairman of the

19   supervisors -- supervisory committee of BNBM Group?

20       A     He performs the duties as the chairman of

21   supervisors, according to the charter of supervisors

22   meeting.

23       Q     What are these duties?

24       A     I do not recall it in its complete form, but

25   I believe it includes convening of supervisors
```

Confidential - Subject to Further Confidentiality Review

1    meetings.

2        Q     What do the supervisors do?

3        A     The supervisors monitor the company's

4    directors and executives.  You may need to refer to

5    the charter for the accurate answer.

6        Q     Well, I'm not asking you what the charter

7    says.  I'm asking you, as a ranking executive of the

8    company, what you see they do.

9        A     BNBMG strictly follow the company charter,

10   as well as company law.  They perform their

11   responsibilities and obligations according to the

12   company charter.

13               (Telephonic interruption.)

14   BY MR. LEVIN:

15       Q     Okay.  Have you read the charter?

16       A     I have.

17       Q     Tell me what the charter says they do.

18               MR. MOORE:  I'm going to object to the

19          form of the question.  You're asking what's in

20          the document.  You have the document.  We can

21          pull it out and look at it.

22               MR. LEVIN:  I'm asking his --

23               MR. MOORE:  You want him --

24               MR. LEVIN:  Wait, wait, wait.  He's

25          indicated that they do what the charter says

Confidential - Subject to Further Confidentiality Review

```
 1          they do.  That's his testimony.

 2                  MR. MOORE:  Uh-huh.

 3                  MR. LEVIN:  I now want to know his

 4          knowledge of the charter and what they do.  He's

 5          been avoiding the question.

 6                  MR. MOORE:  I'll object to your sidebar

 7          and your comments.

 8                  MR. LEVIN:  That's okay.  I'll withdraw

 9          the sidebar.

10                  MR. MOORE:  Thank you.

11                  I think the charter is the best

12          evidence, but I'll let him ask you -- you can

13          ask him what -- his understanding of what's in

14          the charter, I guess.

15  BY MR. LEVIN:

16     Q    Sir, I want to know what you've observed

17  with regard to what the chairman does -- or strike

18  that.  Strike that.

19                  I want to know what you reserve with

20  regard to what Cao Jianglin does.

21                  THE INTERPRETER:  May the interpreter

22          ask the counsel, did the counsel say "reserve"

23          or "observe"?

24                  MR. LEVIN:  "Observe."

25                  MR. MOORE:  Object to form, no
```

Confidential - Subject to Further Confidentiality Review

```
 1          foundation.

 2                    MR. LEVIN:  I'll give you a foundation.

 3     BY MR. LEVIN:

 4       Q     Do you have vision?

 5                    MR. MOORE:  That's argumentative.

 6                    And you do not have to answer that

 7          question.  That's purely argumentative.

 8     BY MR. LEVIN:

 9       Q     I want to know what you saw -- what you see

10     him doing in his capacity as chairman of the

11     supervisory committee of BNBM Group.

12                    MR. MOORE:  You're assuming he sees

13          that.  That's my objection.  You've not laid a

14          foundation for that question.

15                    THE WITNESS:  I follow my attorney's

16          advice.  I cannot answer this question.

17                    MR. MOORE:  No, I'm not instructing you

18          not to answer the question.  You can answer it

19          to the best of your ability.

20       A     Mr. Cao Jianglin, as the chairman of

21     supervisors in BNBMG, perform his responsibilities and

22     obligations according to the charter, which include

23     convening supervisors meetings.  As for other specific

24     things he does, you can refer the charter -- you can

25     refer the charter.
```

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. LEVIN:

 2        Q    Sir, I'm interested in what you know, not

 3    what the charter says, right now.  And if you know

 4    nothing, other than telling me to look to the charter,

 5    then I'll accept that answer.

 6                  Is it a fact, sir, that you know

 7    nothing about -- a personal knowledge about what this

 8    gentleman does, as chairman of the supervisory

 9    committee of BNBMG?

10                  MR. MOORE:  Objection, asked and

11          answered, and mischaracterizes his prior

12          testimony.

13        A    I think you misunderstood me.

14    BY MR. LEVIN:

15        Q    Well, maybe.  Can you answer my question?

16                  MR. MOORE:  I don't think he was

17          through.

18                  MR. LEVIN:  Oh.  I'm sorry.

19                  (Translation.)

20        A    Cao Jianglin, as the chairman of

21    supervisors, perform his duty to convene supervisors

22    meeting.  As for other duties he performs, including

23    his responsibility and obligation to supervise the

24    directors and executives, but for specifics of that, I

25    will need to recall.
```

1    BY MR. LEVIN:

2        Q    What do you mean by "I will need to recall"?

3        A    Because I have to look at the charter to

4    clearly recall the responsibility and obligation of

5    the chairman of supervisors, besides convening

6    supervisors meeting.  You asked me the specific --

7    specifics beside convening of a meeting.  I can't

8    recall.

9        Q    What do the supervisors do?

10       A    I only know the supervisors need to perform

11   their duties to monitor the directors and executives.

12   Chinese company law has distinct definitions on that.

13       Q    Who appoints the supervisors?

14       A    Two supervisors are nominated and elected by

15   two shareholders.  The other supervisor is to be

16   elected by the staff representative meeting.

17       Q    And who are the supervisors of BNBMG that

18   appoints those -- strike that.

19               And who are the shareholders of BNBMG

20   who appoints the two supervisors?

21               MR. MOORE:  Object to the form of the

22         question.

23       A    BNBMG's shareholders meeting would elect the

24   two supervisors, not -- not that the directors of

25   BNBMG would elect the supervisor.

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. LEVIN:

 2       Q     Who are -- I'm sorry.

 3                Who are BMG's shareholders at that

 4   meeting?

 5                MR. MOORE:  Objection, asked and

 6          answered.

 7       A     The same answer:  BNBMG Group's shareholders

 8   are CNBMG and CNBM Import & Export Company.

 9   BY MR. LEVIN:

10       Q     Sir, who is -- I'll spell -- H-U-A-N-G,

11   space, A-N-Z-H-O-N-G?

12       A     Huang Anzhong is BNBMG's director.

13       Q     Is she also a director of CNBMG?

14       A     I don't know.

15                MR. LEVIN:  This might be good for five.

16                MR. MOORE:  Sure.

17                THE VIDEOGRAPHER:  The time now is

18          4:32 p.m.  We're off the record.

19                (Recess taken, 4:32 p.m. to 4:49 p.m.)

20                THE VIDEOGRAPHER:  The time now is

21          4:49 p.m.  We are back on the record.

22   BY MR. LEVIN:

23       Q     What I asked before that I don't think I'd

24   asked, whether you were tired.

25       A     I'm not tired.
```

Confidential - Subject to Further Confidentiality Review

1      Q      Then I haven't done my job.

2      A      I just had a Texas steak.

3      Q      Texas what?

4             MR. MOORE:  Steak.

5   BY MR. LEVIN:

6      Q      Sir, have you ever heard of BNBM America?

7      A      I have heard of it.

8      Q      Have you reviewed any information concerning

9   BNBM America before coming to this deposition today?

10     A      I have.

11     Q      Have you seen any of the depositions that

12  were taken dealing with BNBM America?

13            THE INTERPRETER:  May the interpreter

14        inquire whether "deposition" means deposition

15        transcripts, or just in general, depositions?

16            MR. LEVIN:  Deposition transcripts.

17        Very good.

18     A      I have read it during deposition.

19            MR. MOORE:  I think there's some

20        confusion here, if you don't mind.  So it's

21        clear, I do think he was referring to -- he's

22        looked at his deposition on this --

23            MR. LEVIN:  Oh, okay.

24            MR. MOORE:  -- not the depositions of

25        other witnesses.  But you might want to clear

1        that up.

2                MR. LEVIN:  I will show him the

3        depositions, and I'll just ask.

4                MR. MOORE:  That's what I'm getting at.

5                THE INTERPRETER:  After the interpreter

6        interpreted what his counsel -- the witness'

7        counsel just clarified, the deponent said,

8        "That's correct."

9                MR. MOORE:  Thank you.

10   BY MR. LEVIN:

11       Q    Let me show you Exhibit 144, which has been

12   previously marked.

13               MR. MOORE:  Can I see it a moment?

14               (Document review.)

15               MR. MOORE:  Okay.

16               MR. LEVIN:  It's the deposition of

17        Donald H. Wilson Jr., taken on December 12th,

18        2011, in Bartow, Florida at the Law Offices of

19        Boswell & Dunlap.

20               It is, for the record, confidential,

21        subject to further confidentiality review, and I

22        cannot state with -- definitively whether there

23        has ever been a confidential -- further

24        confidentiality review.  Probably the witness

25        wanted it and never did anything about it, so

1        we'll keep it as confidential.

2              MR. MOORE:  That's fine with me.

3              MR. LEVIN:  You're easy to get along

4     with --

5              MR. MOORE:  Yeah.  Always.

6              MR. LEVIN:  -- at 5:00 o'clock.

7   BY MR. LEVIN:

8     Q    Sir, I show you, which is before you,

9   Exhibit 144, which has been previously marked for

10  identification.  Have you ever seen that transcript

11  before?

12    A    No.

13    Q    And the record should show that it was

14  listed as Exhibit 2 in the BNBM America deposition --

15  oh, strike that.

16              The deposition has several exhibits

17  attached to it.  Exhibit 2 is a letter from Boswell &

18  Dunlap which includes a Certificate of Domestication

19  and Articles of Incorporation of BNBM of America Inc.,

20  which was filed on June 30th, 2000, effective

21  February 22, 2000, and assigned a document number as

22  the exhibit states.  It was issued by Florida

23  Department of State, Katherine Harris, Secretary of

24  State.

25              MR. MOORE:  Yep.

 1                   MR. LEVIN:  God, I haven't heard that

 2         name in a while.

 3                   Could you?

 4                   (Translation.)

 5                   MR. MOORE:  To the extent any of that

 6         constitutes a question, I object to the form.

 7    BY MR. LEVIN:

 8         Q     And the question is:  Have you ever seen

 9    that?

10         A     I have not.

11         Q     If you go on, we have the Articles of

12    Incorporation in the state of Florida and a

13    Certificate of Domestication.

14                   THE INTERPRETER:  Counsel, would you

15         point to -- this is the interpreter speaking.

16         Would you show where you are referring to while

17         you're talking, so the deponent can follow

18         along?

19                   MR. MOORE:  May I suggest you just ask

20         him if he's seen any of the exhibits that are

21         attached as Exhibit 2 to this deposition

22         transcript?

23    BY MR. LEVIN:

24         Q     Could you look through Exhibit 2 and tell me

25    whether you've seen any of it?

Confidential - Subject to Further Confidentiality Review

```
 1                MR. MOORE:  Right.

 2                THE INTERPRETER:  Which one is

 3       Exhibit 2?

 4                MR. MOORE:  All of them.  Look through

 5       all of them and tell me if he's ever seen any of

 6       them.

 7                THE INTERPRETER:  Do you have a Chinese

 8       version of that?

 9                MR. LEVIN:  I have no idea.  Instead of

10       taking the time right now, why doesn't he see

11       them over the recess, and we can begin tomorrow

12       at 7:30?

13                MR. MOORE:  Happy to do that.

14                MR. LEVIN:  Sure.

15                MR. MOORE:  Yeah, I didn't think it

16       would take him too long to look through them,

17       but I'm happy to do it that way.  That's fine

18       with me.

19                THE WITNESS:  All right.

20                MR. LEVIN:  And then we'll reconvene at

21       7:30 tomorrow morning.

22                THE VIDEOGRAPHER:  The time now is

23       5:00 p.m.  Today's portion of our deposition,

24       consisting of six discs, is now concluded.

25                (Proceedings recessed at 5:00 p.m.)
```

Confidential - Subject to Further Confidentiality Review

```
 1                    REPORTER'S CERTIFICATE

 2

 3         This transcript is valid only for a transcript

 4    accompanied by my original signature and original

 5    required seal on this page.

 6         I, Michael E. Miller, Certified Court Reporter

 7    (LA Certificate #27009) in and for the State of

 8    Louisiana, as the officer before whom this testimony

 9    was taken, do hereby certify that YANMING ZHAO, after

10    having been duly sworn by me upon authority of

11    R.S. 37:2554, did testify as herein before set forth

12    in the foregoing 135 pages; that this testimony was

13    reported by me in the stenotype reporting method, was

14    prepared and transcribed by me or under my personal

15    direction and supervision, and is a true and correct

16    transcript to the best of my ability and

17    understanding; that the transcript has been prepared

18    in compliance with transcript format guidelines

19    required by statute or by rules of the board, and that

20    I am informed about the complete arrangement,

21    financial or otherwise, with the person or entity

22    making arrangements for deposition services; that I

23    have acted in compliance with the prohibition on

24    contractual relationships, as defined by Louisiana

25    Code of Civil Procedure Article 1434
```

Confidential - Subject to Further Confidentiality Review

1   and in rules and advisory opinions of the board;

2   that I have no actual knowledge of any prohibited

3   employment or contractual relationship, direct or

4   indirect, between a court reporting firm and any party

5   litigant in this matter nor is there any such

6   relationship between myself and a party litigant in

7   this matter.  I am not related to counsel or to the

8   parties herein, nor am I otherwise interested in the

9   outcome of this matter.

10

11          Signed this ___ day of _____, 2015.

12

13

14          _____

15          MICHAEL E. MILLER, FAPR, RDR, CRR

16          Certified Court Reporter

17          LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25

```
1                    ACKNOWLEDGMENT OF DEPONENT

2

3            I,_____, do hereby

4   certify that I have read the foregoing pages and

5   that the same is a correct transcription of the

6   answers given by me to the questions therein

7   propounded, except for the corrections or changes in

8   form or substance, if any, noted in the attached

9   Errata Sheet.

10

11           _____

12           YANMING ZHAO                DATE

13

14  Subscribed and sworn to before me this

15  _____ day of _____, 20 _____.

16  My commission expires: _____

17

18  Notary Public

19

20

21

22

23

24

25
```

1            — — — — — —

2                    ERRATA

                — — — — — —

3

4    PAGE   LINE    CHANGE

5    _____  _____   _____

6    _____  _____   _____

7    _____  _____   _____

8    _____  _____   _____

9    _____  _____   _____

10   _____  _____   _____

11   _____  _____   _____

12   _____  _____   _____

13   _____  _____   _____

14   _____  _____   _____

15   _____  _____   _____

16   _____  _____   _____

17   _____  _____   _____

18   _____  _____   _____

19   _____  _____   _____

20   _____  _____   _____

21   _____  _____   _____

22   _____  _____   _____

23   _____  _____   _____

24   _____  _____   _____

25   _____  _____   _____

Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3   *****************************************************

 4   IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

     DRYWALL PRODUCTS LIABILITY

 5   LITIGATION                     SECTION:  L

 6   THIS DOCUMENT APPLIES TO     JUDGE FALLON

     ALL CASES

 7                                MAG. JUDGE WILKINSON

 8   *****************************************************

 9

                CONFIDENTIAL - SUBJECT TO FURTHER

10                  CONFIDENTIALITY REVIEW

11                  Thursday, July 16, 2015

12                      — — —

13

14       Continuing Videotaped 30(b)(6) Deposition of

15   BNBM GROUP COMPANY, LIMITED through the testimony of

16   YANMING ZHAO, held at the offices of Phelps

17   Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans,

18   Louisiana, commencing at 7:36 a.m., on the above date,

19   before Michael E. Miller, Certified Court Reporter

20   (#27009), Registered Diplomate Reporter, Certified

21   Realtime Reporter.

22

23                      — — —

24              GOLKOW TECHNOLOGIES, INC.

         877.370.3377 ph | 917.591.5672 fax

25                  deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3        HERMAN HERMAN & KATZ LLC
          BY:  MADELYN M. O'BRIEN, ESQUIRE
 4             mobrien@hhklawfirm.com
          820 O'Keefe Avenue
 5        New Orleans, Louisiana 70113
          (504) 581-4892
 6
 7        LEVIN FISHBEIN SEDRAN & BERMAN
          BY:  ARNOLD LEVIN, ESQUIRE
 8             alevin@lfsblaw.com
               SANDRA L. DUGGAN, ESQUIRE
 9             sduggan@lfsblaw.com
          510 Walnut Street
10        Suite 500
          Philadelphia, Pennsylvania 19106
11        (215) 592-1500
12
          IRPINO LAW FIRM
13        BY:  PEARL A. ROBERTSON, ESQUIRE
               probertson@irpinolaw.com
14             ANTHONY IRPINO, ESQUIRE
               airpino@irpinolaw.com
15        2216 Magazine Street
          New Orleans, Louisiana 70130
16        (504) 525-1500
17
          GAINSBURGH BENJAMIN DAVID MEUNIER &
18        WARSHAUER LLC
          BY:  RACHEL A. STERNLIEB, ESQUIRE
19             rsternlieb@gainsben.com
          2800 Energy Centre
20        1100 Poydras Street
          New Orleans, Louisiana 70163-2800
21        (504) 522-2304
22
          THE LAMBERT FIRM, PLC
23        BY:  HUGH P. LAMBERT, ESQUIRE
               hlambert@thelambertfirm.com
24        701 Magazine Street
          New Orleans, Louisiana 70130-3629
25        (504) 581-1750
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR TAISHAN GYPSUM COMPANY:
 3        ALSTON & BIRD LLP
          BY:  BERNARD TAYLOR, ESQUIRE
 4             bernard.taylor@alston.com
               ALIYYA Z. HAQUE, ESQUIRE
 5             aliyya.haque@alston.com
               (via teleconference)
 6        One Atlantic Center
          1201 West Peachtree Street
 7        Atlanta, Georgia 30309-3424
          (404) 881-7000
 8
 9
     COUNSEL FOR BNBM DEFENDANTS:
10
          DENTONS US LLP
11        BY:  C. MICHAEL MOORE, ESQUIRE
               mike.moore@dentons.com
12        2000 McKinney Avenue
          Suite 1900
13        Dallas, Texas 75201
          (214) 259-0900
14
15
          DENTONS US LLP
16        BY:  DREW W. MARROCCO, ESQUIRE
               drew.marrocco@dentons.com
17        1301 K Street, N.W.
          Suite 600, East Tower
18        Washington, D.C. 20005
          (202) 408-6400
19
20   COUNSEL FOR BNBM DEFENDANTS:
21        DENTONS HK LLP
          BY:  TODD LIAO, ESQUIRE
22             todd.liao@dentons.com
               ANNIE QIU, ESQUIRE
23             annie.qiu@dentons.com
          5th Floor The Center
24        989 Changle Road
          Shanghai, 200031 China
25        +86 21 2315 6000
```

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR BNBM DEFENDANTS:
 3         PHELPS DUNBAR LLP
           BY:  HARRY ROSENBERG, ESQUIRE
 4              harry.rosenberg@phelps.com
           365 Canal Street
 5         Suite 2000
           New Orleans, Louisiana 70130-6534
 6         (504) 566-1311
 7
 8    COUNSEL FOR CNBM DEFENDANTS:
 9         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  ERIC MATTHEW HAIRSTON, ESQUIRE
10              ehairston@orrick.com
           The Orrick Building
11         405 Howard Street
           San Francisco, California 94105
12         (415) 773-5700
13
14         GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLP
           BY:  EWELL E. EAGAN, JR., ESQUIRE
15              eeagan@gordonarata.com
           201 St. Charles Avenue
16         40th Floor
           New Orleans, Louisiana 70170-4000
17         (504) 582-1111
18
19    COUNSEL FOR THE STATE OF LOUISIANA:
20         PERKINS COIE LLP
           BY:  DAVID L. BLACK, ESQUIRE
21              dblack@perkinscoie.com
           1900 Sixteenth Street
22         Suite 1400
           Denver, Colorado 80202
23         (303) 291-2400
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:

 2   ALSO PRESENT:

 3        SUNNY WANG, MANDARIN INTERPRETER

 4        TONI XU, HERMAN HERMAN & KATZ, LLC

 5        MELISSA BARDWELL, VIDEOGRAPHER

 6                    __ __ __

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

1                          INDEX

2

        PROCEEDINGS                        148

3

4

    EXAMINATION OF YANMING ZHAO:

5

            BY MR. LEVIN                   148

6

            BY MS. DUGGAN                  188

7

            BY MR. LEVIN                   196

8

            BY MS. DUGGAN                  278

9

10

        REPORTER'S CERTIFICATE            295

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      DEPOSITION EXHIBITS
                          YANMING ZHAO
 2                        July 16, 2015
 3     NUMBER                DESCRIPTION           PAGE
 4     Exhibit 144-1  2001 Uniform Business         160
                      Report, BNBM of
 5                    America Inc.
 6     Exhibit 168    BNBMG 2005 Auditor's          284
                      Report
 7                    BNBM(Group)0000427 -
                      BNBM(Group)0000518
 8
       Exhibit 168A   Chinese Version of            284
 9                    Exhibit 168
10     Exhibit 168R   Red-Lined Version of          284
                      Exhibit 168
11
       Exhibit 169    BNBMG 2006 Auditor's          284
12                    Report
                      BNBM(Group)0000560 -
13                    BNBM(Group)0000611
14     Exhibit 169A   Chinese Version of            284
                      Exhibit 169
15
       Exhibit 169R   Red-Lined Version of          284
16                    Exhibit 169
17     Exhibit 170    BNBMG 2007 Auditor's          285
                      Report
18                    BNBM(Group)0000651 -
                      BNBM(Group)0000701
19
       Exhibit 170A   Chinese Version of            285
20                    Exhibit 170
21     Exhibit 170R   Red-Lined Version of          285
                      Exhibit 170
22
       Exhibit 171    BNBMG 2008 Auditor's          285
23                    Report
                      BNBM(Group)0000745 -
24                    BNBM(Group)0000807
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                   DEPOSITION EXHIBITS
 2
 3      NUMBER              DESCRIPTION         MARKED
 4    Exhibit 171A   Chinese Version of             285
                     Exhibit 171
 5
      Exhibit 171R   Red-Lined Version of           285
 6                   Exhibit 171
 7    Exhibit 172    BNBMG 2009 Auditor's           286
                     Report
 8                   BNBM(Group)0000850 -
                     BNBM(Group)0000913
 9
      Exhibit 172A   Chinese Version of             286
10                   Exhibit 172
11    Exhibit 172R   Red-Lined Version of           286
                     Exhibit 172
12
      Exhibit 173    BNBMG 2010 Auditor's           286
13                   Report
                     BNBM(Group)0000956 -
14                   BNBM(Group)0001011
15    Exhibit 173A   Chinese Version of             286
                     Exhibit 173
16
      Exhibit 173R   Red-Lined Version of           287
17                   Exhibit 173
18    Exhibit 174    BNBMG 2011 Auditor's           287
                     Report
19                   BNBM(Group)0001054 -
                     BNBM(Group)0001109
20
      Exhibit 174A   Chinese Version of             287
21                   Exhibit 174
22    Exhibit 174R   Red-Lined Version of           287
                     Exhibit 174
23
      Exhibit 175    BNBMG 2012 Auditor's           288
24                   Report
                     BNBM(Group)0001154 -
25                   BNBM(Group)0001213
```

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS
 2
 3       NUMBER              DESCRIPTION           MARKED
 4    Exhibit 175A   Chinese Version of             288
                     Exhibit 175
 5
      Exhibit 175R   Red-Lined Version of           288
 6                   Exhibit 175
 7    Exhibit 176    BNBMG 2013 Auditor's           288
                     Report
 8                   BNBM(Group)0001266 -
                     BNBM(Group)0001337
 9
      Exhibit 176A   Chinese Version of             288
10                   Exhibit 176
11    Exhibit 176R   Red-Lined Version of           288
                     Exhibit 176
12
      Exhibit 177    BNBMG 2014 Auditor's           289
13                   Report
                     BNBM(Group)0003274 -
14                   BNBM(Group)0003330
15    Exhibit 177A   Chinese Version of             289
                     Exhibit 177
16
      Exhibit 177R   Red-Lined Version of           289
17                   Exhibit 177
18    Exhibit 189    BNBMG Articles of              275
                     Association
19                   BNBM(Group)0002654 -
                     BNBM(Group)0002661
20
      Exhibit 189A   Chinese Version of             275
21                   Exhibit 189
22    Exhibit 190    BNBMG Articles of              276
                     Association
23                   BNBM(Group)0002670 -
                     BNBM(Group)0002677
24
      Exhibit 190A   Chinese Version of             276
25                   Exhibit 190
```

Confidential - Subject to Further Confidentiality Review

```
 1                      DEPOSITION EXHIBITS
 2
 3       NUMBER                 DESCRIPTION            MARKED
 4    Exhibit 191     BNBMG Articles of                  276
                      Association
 5                    BNBM(Group)0002687 -
                      BNBM(Group)0002695
 6
      Exhibit 191A    Chinese Version of                 276
 7                    Exhibit 191
 8    Exhibit 192     BNBMG Articles of                  276
                      Association
 9                    BNBM(Group)0002705 -
                      BNBM(Group)0002713
10
      Exhibit 192A    Chinese Version of                 276
11                    Exhibit 192
12    Exhibit 193     BNBMG Articles of                  277
                      Association
13                    BNBM(Group)0002723 -
                      BNBM(Group)0002731
14
      Exhibit 193A    Chinese Version of                 277
15                    Exhibit 193
16    Exhibit 194     BNBMG Articles of                  277
                      Association
17                    BNBM(Group)0002740 -
                      BNBM(Group)0002747
18
      Exhibit 194A    Chinese Version of                 277
19                    Exhibit 194
20    Exhibit 195     BNBMG Articles of                  277
                      Association
21                    BNBM(Group)0002756 -
                      BNBM(Group)0002763
22
      Exhibit 195A    Chinese Version of                 277
23                    Exhibit 195
24    Exhibit 212     BNBM Commercial Invoices           240
                      Great_Western_0002 -
25                    Great_Western_0027
```

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS
 2
 3       NUMBER              DESCRIPTION           MARKED
 4    Exhibit 213    BNBM Packing List               241
                     DAVIS_CONSTRUCTION-00374
 5
      Exhibit 219    Flow Chart for Approval of      240
 6                   BNBM Important Contracts
                     BNBM(Group)-E-000855
 7
      Exhibit 220    Explanation of the Account      178
 8                   Receivable of BNBM of
                     America
 9                   BNBM(Group)-E-0008652
10    Exhibit 220R   Red-Lined Version of            180
                     Exhibit 220
11
      Exhibit 226    The Answer to Part of the       195
12                   Questions Regarding BNBMG
                     BNBM(Group)-E-0010740 -
13                   BNBM(Group)-E-0010744
14    Exhibit 228    Clawed Back by Mr. Moore,       262
                     Not Attached
15
      Exhibit 230    11/30/05 Export Agency          185
16                   Agreement
                     BNBM(Group)0007427 -
17                   BNBM(Group)0007429
18    Exhibit 230A   Chinese Version of              185
                     Exhibit 230
19
      Exhibit 231    11/30/05 Export Agency          186
20                   Agreement
                     BNBM(Group)0007437 -
21                   BNBM(Group)0007440
22    Exhibit 231A   Chinese Version of              186
                     Exhibit 231
23
      Exhibit 232    11/16/05 Export Agency          186
24                   Agreement
                     BNBM(Group)0007452 -
25                   BNBM(Group)0007455
```

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS
 2
 3      NUMBER             DESCRIPTION         MARKED
 4    Exhibit 232A   Chinese Version of          186
                     Exhibit 232
 5
      Exhibit 245    Explanation about the       221
 6                   Accounts Receivable of
                     BNBM of America Inc.
 7                   BNBM(Group)-E-0001744 -
                     BNBM(Group)-E-0001745
 8
      Exhibit 246    BNBM Invoice                241
 9                   BNBM(Group)-E-0019345 -
                     BNBM(Group)-E-00019347
10
11
12                    REFERENCED EXHIBITS
13
      NUMBER                               PAGE
14
      Exhibit 3        .....................   266
15
      Exhibit 3A       .....................   266
16
      Exhibit 138      .....................   261
17
      Exhibit 150      .....................   205
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

1                    PROCEEDINGS

2              (July 16, 2015 at 7:36 a.m.)

3              THE VIDEOGRAPHER:  This begins Disc 1 of

4        Volume 2 of the deposition of Beijing New

5        Building Material Group Company, Limited.  The

6        date today is July 16th, 2015.  The time now is

7        7:36 a.m.  We're back on the record.

8                    YANMING ZHAO,

9              having been duly sworn,

10               testified as follows:

11                    EXAMINATION

12   BY MR. LEVIN:

13        Q     Good morning, sir.

14        A     Good morning.

15        Q     When we left last night, I gave you a

16   homework assignment, do you remember, a package of

17   materials to look at?

18        A     I remember that.

19        Q     Did you look through them?

20        A     I didn't understand.

21        Q     Well, that's the next question.  Had you

22   ever seen them before?

23        A     Not before.

24        Q     In connection with preparation for the

25   deposition, were you shown these documents by your

```
 1    counsel?

 2      A      No.

 3      Q      Have you ever heard of a corporation,

 4    BNBM America?

 5      A      I've heard of it.

 6      Q      And could you tell me under what

 7    circumstances you heard of that corporation?

 8      A      It is reflected in the information of

 9    financial --

10             THE INTERPRETER:  The interpreter will

11        start over again.

12      A      It is reflected from the financial

13    information that they owe us money.

14    BY MR. LEVIN:

15      Q      And how much does BNBM America owe you?

16      A      About 14 million RMB.

17      Q      And when you say "you," that's BNBM Group?

18      A      Correct.

19      Q      Did you ever question anyone at BNBMG as to

20    how that debt was incurred?

21      A      During the prep of the deposition, I did

22    ask.

23      Q      And who did you ask?

24      A      Last name, W-E-I, first name,

25    C-H-U-N-S-H-A-N, Wei Chunshan.
```

```
 1      Q     And could you identify this gentlemen, who

 2   he was employed by and what his job classification

 3   was?

 4      A     He is currently employed by BNBMG.  He is a

 5   salesperson in international business department.

 6      Q     Do you know whether he was connected in his

 7   employment -- strike that.

 8                Was he employed by BMG at the time

 9   BNBM America was incorporated?

10      A     He could only be employed by one company.

11      Q     Was that BNBMG?

12      A     Currently, yes, BNBMG.

13      Q     And how about back when BNBM America was

14   incorporated, who was he employed by?

15      A     BNBMG America.

16      Q     And in what capacity was he employed back

17   then?

18      A     You mean prior to BNBM America?

19      Q     Yes.

20      A     I believe he went to BNBMG America as soon

21   as he graduated.

22      Q     And do you know who paid him at that time,

23   who his employer was with regard to paychecks that he

24   received in connection with his employ?

25      A     That would be BNBMG America all along.
```

Confidential - Subject to Further Confidentiality Review

1              MR. MOORE:  I have a question about the

2         translation, just briefly.  Could we go off the

3         record just briefly and let me ask you the

4         question, or raise the question?  Is that all

5         right?

6              MR. LEVIN:  Yeah.

7              MR. MOORE:  Off the record.

8              THE VIDEOGRAPHER:  The time now is

9         7:44 a.m.  We're off the record.

10              (Discussion off the record.)

11              THE VIDEOGRAPHER:  The time now is

12         7:46 a.m.  We're back on the record.

13              MR. LEVIN:  In an off-the-record

14         discussion, it was agreed to amongst and between

15         counsel that the proper name of the corporation,

16         as appears on the documents and should appear in

17         the record, is BNBM America, and not BNBMG

18         America.

19    BY MR. LEVIN:

20         Q    What function or services did this gentleman

21    perform for BNBM America after it was established?

22         A    Wei Chunshan told me that as an employee of

23    BNBM America, he did regular businesses.

24         Q    What is "regular businesses"?  Since there

25    was no charter, could you tell me?

Confidential - Subject to Further Confidentiality Review

```
1      A      The businesses of building materials.

2      Q      Selling it?

3      A      Yes.

4      Q      So he was like a salesman?

5      A      Should I speculate?

6      Q      Well, if knowing what he did as a salesman,

7   after speaking to you, you believe to be speculation,

8   then speculate.

9              MR. MOORE:  Object to form, speculation.

10             MR. LEVIN:  It's his word.

11     A      For the preparation of the deposition, I

12  inquired Wei Chunshan, and he told me that he worked

13  as a salesperson in BNBM America.  He didn't tell me

14  the details, and I didn't ask.

15  BY MR. LEVIN:

16     Q      Didn't you want to know, in preparation for

17  this deposition today, what the details of his

18  employment were?

19             MR. MOORE:  Objection, form.

20     A      I will answer truthfully --

21  BY MR. LEVIN:

22     Q      Absolutely.

23     A      -- to the knowledge that I know.

24     Q      Could you please answer my question, sir?

25  We've had this problem several times, and your counsel
```

Confidential - Subject to Further Confidentiality Review

1   will say that I'm engaged in a sidebar now.  Perhaps I

2   am.  But I want to know answers to my questions, not

3   answers to the questions that you want me to ask you.

4           Now, having said that --

5           MR. MOORE:  Well, I object to the

6       sidebar, and I object to chastising the witness.

7       I think Mr. Zhao, as obvious from the deposition

8       and the testimony, has been very forthcoming and

9       attempted to answer all your questions, and so

10      we very much disagree with your characterization

11      of what's gone on in this deposition.

12          MR. LEVIN:  Unfortunately, it's not your

13      deposition, sir.  I would love to take your

14      deposition on that issue.

15          MR. MOORE:  I have the right to object,

16      sir.

17          MR. LEVIN:  Yes, sir.

18          MR. MOORE:  Thank you.

19          See, I told you you'd get your swagger

20      back by 7:45.

21          MR. LEVIN:  I haven't got it yet.

22      Somehow, I'm not offended by that comment.

23          MR. MOORE:  It's actually 7:50, though,

24      so took you a little longer.

25   BY MR. LEVIN:

Confidential - Subject to Further Confidentiality Review

1      Q     My question, sir, is, and I'll repeat it:

2   Didn't you want to know, in preparation for this

3   deposition today, what the details of his employment

4   were?

5               MR. MOORE:  Object -- go ahead.  I'm

6         sorry.

7               (Translation.)

8               MR. MOORE:  Objection, form.

9      A     I'd like to repeat my point of view.  In

10  order to prepare for the deposition, I had learned

11  some relevant information from Wei Chunshan.  I will

12  truthfully speak what I know.

13  BY MR. LEVIN:

14     Q     Well, have you told us, sir, what the

15  details of his employment was at BNBM America when

16  BM America came into existence?

17               MR. MOORE:  Objection, asked and

18         answered.

19     A     During the period of Wei Chunshan's

20  employment with BNBM America, he was a salesperson for

21  construction materials over here.  That's all he told

22  me.

23  BY MR. LEVIN:

24     Q     So he was basically a salesman at

25  BNBM America at the time BM America was -- he was

Confidential - Subject to Further Confidentiality Review

```
1    employed by BNBM America, and he's a salesman today

2    with BNBM Group; is that correct?

3         A     Yes.

4         Q     Did you think of asking anybody else at the

5    company for the details of -- concerning BNBM America?

6         A     No.

7         Q     Do you know who Yu Xian Feng is?  Y-U,

8    space, X-I-A-N, space, F-E-N-G, space.

9         A     The deputy general manager of BNBMG.

10        Q     Did you know what his position was at

11   BNBM America?

12               MR. MOORE:  Objection, no foundation.

13        A     Yu Xuanfeng and BNBM America, I don't

14   recall.

15   BY MR. LEVIN:

16        Q     Did you ever see a document with his name on

17   it from BNBM America?

18        A     It was in the document that you had handed

19   over to me yesterday.

20        Q     But until yesterday, you did not know his

21   position?

22        A     I'm not sure about his detailed position in

23   BNBM America.

24        Q     Do you know who Song, S-O-N-G, space, Z-H-I,

25   space, P-I-N-G is?
```

 1      A      The chairman of the board of directors of

 2  BNBMG.

 3      Q      Did you know what his position was, before

 4  last night when I handed you a document for a homework

 5  assignment, with BNBM America?

 6                  MR. MOORE:  Objection, form, vague, and

 7      no foundation.

 8      A      I don't recall.

 9  BY MR. LEVIN:

10      Q      Do you know who this gentleman is:  C-A-O,

11  space, J-I-A-N-G, space, L-I-N?

12      A      Cao Jianglin is the chairman of the

13  supervisors committee of BNBMG.

14      Q      Do you know what his position was with

15  BNBM America?

16                  MR. MOORE:  Objection, no foundation.

17      A      I don't recall.

18  BY MR. LEVIN:

19      Q      Do you know who this gentleman is:  L-I,

20  space, J-I-A-N-G?

21      A      Yes, I do.

22      Q      And what is his position with BNBMG?

23      A      He had already left BNBMG.

24      Q      Do you know what his position -- what was

25  the highest position he held at BNBMG before he

Confidential - Subject to Further Confidentiality Review

```
 1    separated from his employment?

 2       A    The assistant to the general manager of

 3   BNBMG.

 4       Q    Do you know where he is now?

 5       A    I don't know.

 6       Q    Do you know who -- and I'll spell, W-E-I,

 7   space, C-H-U-N, space, S-H-A-N, space.  Do you know

 8   who that gentleman is?

 9       A    That was the gentleman that I inquired of

10   during my deposition.

11       Q    Who does -- who employs him today?

12       A    I have already mentioned before, he is now

13   employed by BNBMG.

14       Q    In what capacity?

15            MR. MOORE:  Objection, asked and

16       answered.

17       A    Wei Chunshan is a salesperson in BNBMG's

18   import and export department.

19   BY MR. LEVIN:

20       Q    Do you know what position he held at

21   BNBM America?

22            MR. MOORE:  Objection, asked and

23       answered.

24   BY MR. LEVIN:

25       Q    Sir?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A     He told me he was a salesperson over there.

 2      Q     I'm a bit troubled that you never spoke to

 3   Mr. Song; Mr. Cao, C-A-O; sought Li Jiang, to ask them

 4   any questions concerning BNBM America before you came

 5   to the United States to testify at this deposition,

 6   period.

 7                 Is there a reason why you didn't speak

 8   to them?

 9                 MR. EAGAN:  Object to form.

10                 MR. MOORE:  Yeah, I object to form too.

11           That's an argumentative question that contains

12           sidebar in it.  Could you make that just a

13           neutral question that does not include your

14           viewpoints, which are not relevant here?  I

15           would ask you to rephrase it.

16                 MR. LEVIN:  Well, I will ask the

17           question again, but the question that I asked

18           stands.

19   BY MR. LEVIN:

20      Q     Is there any reason why you didn't speak to

21   them before coming to America to testify at this

22   deposition?

23                 MR. EAGAN:  Object to form.

24                 (Translation.)

25   BY MR. LEVIN:
```

```
 1        Q      Sir, I show you --

 2               MR. MOORE:  Wait, you didn't get an

 3          answer.

 4        A      If a reason is needed, the only one I can

 5   give to you is probably that there were a lot of work

 6   to be done during the preparation of the deposition.

 7   BY MR. LEVIN:

 8        Q      Well, these documents were never shown to

 9   you by your attorneys in preparation for the

10   deposition, were they?

11               MR. MOORE:  Objection, vague, unless you

12          identify "these documents."

13   BY MR. LEVIN:

14        Q      The documents that I speak to are Exhibit 2

15   of the deposition I gave you last night.

16        A      I did not see it before you give me the

17   document last evening.

18        Q      Now, I've handed you a copy of a uniform

19   business report, 2001, that's part of Exhibit 2.  It

20   indicates BNBM of America Inc., filed January 16th,

21   2001, 8:00 a.m., Secretary of State; and ask your

22   counsel to show it to you.

23               MR. MOORE:  Can we give this some sort

24          of exhibit number, just so we can --

25               MR. LEVIN:  Why don't we call it --
```

```
 1                MR. MOORE:  Can we call it 2A?

 2                MR. LEVIN:  That's what I was going to

 3        do.

 4                MS. DUGGAN:  We can call it 144-1.

 5                MR. MOORE:  You want to put that on

 6        there?

 7                MR. LEVIN:  Let's mark it as

 8        Exhibit 144-1.

 9                MR. MOORE:  Thank you.

10                (BG:7/15/15-7/18/15 Exhibit 144-1

11                marked.)

12                MS. DUGGAN:  Exhibit 144-1 is one page

13        from Exhibit 144, which is Exhibit 2 to the

14        deposition transcript of BNBM America.

15                MR. MOORE:  Thank you.

16                (Translation.)

17   BY MR. LEVIN:

18        Q     Sir, I realize that document is in English,

19   but do you recognize the names, on the right-hand side

20   of that document, of executives and/or employees of

21   BNBMG?

22        A     I recognize the Chinese spellings.

23        Q     And do you recognize who signed that

24   document?

25        A     According to Chinese spelling, it was L-I,
```

Confidential - Subject to Further Confidentiality Review

1    J-I-A-N-G.

2         Q     Do you know whether BNBMG has copies of this

3    document in their files?

4         A     I didn't see that.

5         Q     Do you know whether BNBMG has the files of

6    BNBM America on the third floor of the building where

7    you are employed?

8         A     I think Mr. Levin's question is not very

9    straightforward.  The company I am employed in is

10   currently located on the ninth and tenth floor of

11   Z-H-U, Y-U International.  We used to have an office

12   location on the third floor of the X-I, S-A-N, Q-I's

13   office building.

14        Q     Well, currently on the ninth floor, wherever

15   you are, do you have a -- is there a file for

16   BNBM America?

17        A     We have submitted everything that we have,

18   according to the requirements of deposition.

19        Q     So am I to take it that there was no file

20   for BNBM America to submit?

21        A     You should put it that way.  We have

22   submitted everything that we have.

23        Q     And BNBM America is not within the

24   everything that you have, because you don't have it?

25        A     I repeat, we have already submitted all the

Confidential - Subject to Further Confidentiality Review

1    materials that we have in regard to BNBM America.

2        Q    So the only indicia of --

3                MR. LEVIN:  Not that word.  Okay.  Bad

4            word.  I just learned it last week.

5    BY MR. LEVIN:

6        Q    Am I clear in my understanding that the only

7    reference in the files of BNBMG to BNBM America is

8    a -- is the notation of a debt that they owe to

9    BNBM America -- BNBMG?

10               MR. EAGAN:  Object to form.

11               THE INTERPRETER:  This is the

12           interpreter speaking.  Did counsel say -- did

13           counsel say "a debt that they owe to

14           BNBM America"?

15               MR. LEVIN:  "BNBMG."

16               (Translation.)

17               MR. MOORE:  Objection, asked and

18           answered.

19       A    Correct.

20   BY MR. LEVIN:

21       Q    What ownership interest in BNBM America did

22   BMG -- did BNBMG have?

23       A    What do you mean by "ownership interest"?

24       Q    Did they have shares in it?

25       A    This company no longer exists.

Confidential - Subject to Further Confidentiality Review

1        Q      At the time that it was formed, what

2    ownership agreement did BNBMG have in BNBM America?

3        A      To my recollection, BNBM America was not

4    directly owned by BNBMG.

5        Q      Do you know who owned BNBM America?

6        A      I don't recall.

7        Q      How was the debt incurred by BNBM America to

8    BNBMG?

9        A      It was because prior to the year 2000, we

10   sold products for them, and after that, we had also

11   sold some building materials for them.  It was a

12   nonsuccessful business.

13       Q      Has BNBM America ever been dissolved by --

14   in the state of Florida?

15       A      BNBM America no longer existed after the

16   year 2005.  This was what Wei Chunshan told me.

17       Q      The salesman told you that?

18       A      For the purpose of deposition preparation, I

19   approached him.

20              MR. MOORE:  Excuse me.  I've got another

21         quick translation question that should take just

22         a second, if he could step out just a minute,

23         for the reasons you mentioned.

24              MR. LEVIN:  Sure.

25              MR. MOORE:  It will take just a moment.

Confidential - Subject to Further Confidentiality Review

```
 1                 THE VIDEOGRAPHER:  Go off the record?

 2          The time is 8:20 a.m.  We are off the record.

 3                 (Discussion off the record.)

 4                 THE VIDEOGRAPHER:  The time now is

 5          8:26 a.m.  We're back on the record.

 6   BY MR. LEVIN:

 7          Q     Did BNBM America sell BMG's -- BNBMG's

 8   product?

 9          A     No, because BNBMG sold products to

10   BNBM America.

11          Q     Okay.

12          A     In around 2000, BNBMG sold products to

13   BNBM America.

14          Q     Let's go back in time.  That building that

15   BNBMG was in on the third floor and BNBM was in on the

16   second floor back in 2005 and 2006, do you remember

17   that testimony, sir?

18                 Let me correct that.  I meant the

19   third and fourth floor.

20          A     Correct.

21          Q     How many floors did that building have?

22          A     Five floors.

23          Q     Who was on the first floor?

24          A     Also BNBM.

25          Q     Who was on the second floor?
```

Confidential - Subject to Further Confidentiality Review

```
 1       A      My memory is so-so --

 2       Q      We've noticed that.

 3       A      -- but I remember it was also BNBM.

 4       Q      Is that BNBM PLC or BNBMG?

 5       A      BNBM, not BNBMG.

 6              MR. MOORE:  I object -- go ahead.  I'm

 7        sorry.

 8  BY MR. LEVIN:

 9       Q      Who was on the fifth floor?

10       A      I don't have a clear recollection.

11       Q      Was it a BNBM -- strike that.

12              Did the company on the fifth floor

13  have "BNBM" in its name?

14       A      I don't recall.

15       Q      Who --

16       A      I repeat that there is a distinct difference

17  between the two names I just mentioned, BNBM and

18  BNBMG.

19       Q      That was not my question.

20              Whether it be BNBM, BNBMG or some

21  other BNBM, was the letters "BNBM" in its name?

22       A      Yes.

23       Q      And do you recall which of the many BNBMs it

24  was?

25              MR. MOORE:  Objection, asked and
```

Confidential - Subject to Further Confidentiality Review

1          answered.

2      A     We were able to distinguish it very clearly

3   from the Chinese characters.

4   BY MR. LEVIN:

5      Q     That's not my question.

6              Do you recall whether the initials

7   "BNBM," whatever comes after that, was in its name?

8              MR. MOORE:  Objection, asked and

9       answered.

10     A     Yes.

11  BY MR. LEVIN:

12     Q     But you don't remember which BNBM

13  corporation it was?

14     A     You are asking what company was located on a

15  certain floor of a certain building ten years ago.  I

16  do not have a clear recollection.

17     Q     Who owned the building?

18     A     I do not have a clear recollection as for

19  the property owner.

20     Q     Does the property owner of the building have

21  the name -- the letters "BNBM" in its name?

22     A     In its name, yes.

23     Q     But you don't remember the full name of the

24  owner; is that correct?

25     A     As far as I can recall, the owner was either

Confidential - Subject to Further Confidentiality Review

 1    BNBM or BNBMG.  One is the owner.  The other, if had

 2    an office in the building, would need to pay rent to

 3    the other party.

 4        Q     Go ahead, sir.

 5        A     According to Chinese company law, the

 6    property ownership of the two company are divided

 7    distinctively.

 8        Q     Okay.  You want to go to the bathroom?  I'll

 9    give you a hall pass.

10              MR. MOORE:  Let's take a five-minute

11          break.

12              THE VIDEOGRAPHER:  The time now is

13          8:36 a.m.  We're off the record.

14              (Recess taken, 8:36 a.m. to 8:52 a.m.)

15              THE VIDEOGRAPHER:  This begins Disc 2 of

16          today's deposition.  The time now is 8:52 a.m.

17          We're back on the record.

18    BY MR. LEVIN:

19        Q     Sir, did BNBM fund the capitalization of

20    BNBM America in any way?

21              MR. MOORE:  BNBM Group?

22              MR. LEVIN:  Excuse me.  BNBM Group.

23          Thank you.

24        A     BNBMG only sells products to BNBM America.

25    BY MR. LEVIN:

Confidential - Subject to Further Confidentiality Review

```
 1        Q      Did they provide capital for BNBM America?

 2        A      I don't know.

 3        Q      Do you know who would know?

 4        A      I don't know.

 5        Q      Would Mr. Song know?

 6               MR. MOORE:  Objection, asked and

 7           answered, and seeking speculation from the

 8           witness.

 9        A      I don't know.

10   BY MR. LEVIN:

11        Q      You know, if I wanted to find out about

12   BNBM America, what you don't know about BNBM America,

13   who at BNBMG should I ask those questions?

14        A      I don't know.

15        Q      Don't tell me what your attorneys have told

16   you, but when you came to America for this deposition,

17   did you know that I was going to ask you questions

18   about BNBM America?

19               MR. EAGAN:  Object to form.

20               MR. MOORE:  Yeah, I object.  I think

21           that seeks both work product and attorney-client

22           privileged communications, and I would instruct

23           the witness not to answer the question.

24               THE WITNESS:  I follow the advice of my

25           attorney.  I will not answer this question.
```

```
 1   BY MR. LEVIN:

 2       Q      I don't want to know what your attorney told

 3   you or what you said to your attorney.  I want to know

 4   your state of mind, what's in your head.  Were you

 5   aware that I was going to ask you questions on

 6   BNBM America?

 7       A      I said it this morning.  For the purpose of

 8   prepping for the deposition, I inquired Mr. Wei

 9   Chunshan regarding questions of BNBM America.

10       Q      Did you ask the salesman who capitalized

11   BNBM America?

12       A      No.

13       Q      Did BNBM Group provide any staff for

14   BNBM America?

15       A      No.

16       Q      Did you ask the salesman who provided any

17   staff for BNBM America?

18       A      We're both independent companies.  Each

19   company hires its own employees.

20       Q      Did you ask the salesman whether

21   BNBM America hired its own employees?

22       A      I did ask.

23       Q      And what did he tell you?

24       A      He said BNBM America hires its own

25   employees.
```

Confidential - Subject to Further Confidentiality Review

1     Q     Were any of those employees previously

2  employed by BNBMG?

3     A     Yes.

4     Q     And do you know which employees they were,

5  that were employed by BNBMG and then became employees

6  of BNBM America?

7     A     L-I, J-I-A-N-G, Li Jiang.

8     Q     Anybody else?

9     A     I don't recall.

10    Q     Did BNBMG loan any money to BNBM America?

11    A     No.

12    Q     Did BNBMG guarantee any bank loans for

13 BNBM America?

14    A     No.

15    Q     Do you know who funded the operation of

16 BNBM America?

17    A     What do you mean by "funded the operation"?

18    Q     Gave them money to operate their business.

19    A     I don't know.

20    Q     Did BNBMG use BNBM America to sell its

21 drywall in the United States?

22             MR. MOORE:  Objection, form.  I'm sorry.

23             (Translation.)

24             MR. MOORE:  Objection, form.

25    A     Two points.  Number one, ever since BNBM

Confidential - Subject to Further Confidentiality Review

1   became a public listed company, BNBMG no longer

2   manufactured any plasterboard products.  Number two,

3   Wei Chunshan told me that after 2000, most of the

4   products BNBMG sold to BNBM America were stone

5   materials, which I believe did not include

6   plasterboard products.

7   BY MR. LEVIN:

8      Q    Did BNBMG sell any drywall manufactured by

9   BNBM PLC in America?

10              MR. MOORE:  Can you state the time frame

11        for that?

12              MR. LEVIN:  During the operation of

13        BNBM America.

14              MR. MOORE:  Thank you.

15     A    Wei Chunshan told me that from the year 2000

16  to 2005, before the disappear of this company, BNBMG

17  did not sell the plasterboard that was manufactured by

18  BNBM to BNBM America.

19  BY MR. LEVIN:

20     Q    Did BNBMG sell any drywall manufactured by

21  Taishan in the United States?

22     A    No.

23     Q    Did BNBMG sell any drywall in the United

24  States during its existence?

25     A    In around 2005, BNBMG had only involved in

Confidential - Subject to Further Confidentiality Review

1    three transactions as an agent of BNBM exporting

2    products to America.

3        Q    Did --

4        A    BNBMG --

5        Q    I'm sorry.

6        A    -- did not sell plasterboard directly to

7    America.

8        Q    Did BNBM America sell any drywall in the

9    United States?

10       A    Yes.

11       Q    And who manufactured the drywall that

12   BNBM America sold in the United States?

13       A    Before the year 2000, BNBM manufactured the

14   plasterboard.  This is the information provided to me

15   by Wei Chunshan.

16       Q    Was that DragonBoard?

17       A    Yes.

18       Q    Did they sell any of TG's drywall in

19   America?

20       A    No.

21       Q    Did they sell any of TTP's drywall in

22   America?

23       A    No.

24       Q    Did the product that BNBM America sold in

25   the United States -- was it sold in the state of

Confidential - Subject to Further Confidentiality Review

```
 1    Florida?

 2    A     He told me yes.

 3    Q     Was it sold in the state of Louisiana?

 4    A     I don't recall.

 5    Q     Was it sold in the state of Virginia?

 6    A     I don't recall.

 7    Q     Was it sold in the state of Alabama?

 8    A     I also don't recall that.

 9    Q     Was it sold in the state of Mississippi?

10    A     I don't recall.

11    Q     Have you ever heard of Davis Construction?

12    A     No.

13    Q     Do you know the manner in which BNBM America

14    received funds for its sale of drywall?  Was it

15    prepaid, billed and then paid later?

16    A     I don't know.

17    Q     Do you know whose idea it was to set up

18    BNBM America?

19    A     I don't know.

20    Q     Do you know how that large debt that you

21    show on your books of BNBM America was incurred?  What

22    caused it to get to that level?

23    A     It is a nonsuccessful business.  We have

24    sold goods to BNBM America without getting paid for

25    those goods.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q     I'm not an accountant, but could you tell me

 2   and explain to me why that debt hasn't been written

 3   off and is still kept on your books?

 4      A     That reflects how restrict is our accounting

 5   procedure.  We would not handle that without the

 6   approval of outside audit institution.

 7               THE INTERPRETER:  Interpreter would like

 8         to correct her interpretation for the word

 9         "restrict," rather "strict."

10               MR. MOORE:  "Restrict" should be

11         "strict."

12               MR. LEVIN:  That's okay, the change.

13               MR. MOORE:  Okay.

14   BY MR. LEVIN:

15      Q     Have you ever asked your accountants as to

16   the reason why that debt is still carried on the

17   books?

18      A     I trust the accountants in our company

19   because they strictly follow the accounting standard

20   of China.

21      Q     How many years has that been on the books of

22   BNBMG?

23      A     I do not recall the exact numbers of years.

24      Q     Well, what year did BNBM America cease to

25   act actively as a corporate entity?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A      I don't understand your question.

 2      Q      When did BNBM America stop doing business?

 3      A      Wei Chunshan told me around 2005.

 4      Q      And it is now 2015.  That's not a question;

 5   that's a statement.

 6             So is it fair to say, for the last ten

 7   years, you've carried this debt on your books as an

 8   accounts receivable?

 9      A      That reflects the strictness of our

10   accounting.

11      Q      And as an account receivable, without a

12   write-off, your assets are increased, are they not?

13             MR. EAGAN:  Object to form.

14             MR. MOORE:  I object to the form as

15        well.

16      A      Is that an accounting question?

17   BY MR. LEVIN:

18      Q      Yes.

19      A      I don't quite understand that.  I don't

20   know.

21      Q      Does BNBMG borrow money from banks?

22      A      Yes.

23      Q      And do the banks that you borrow money from

24   look at your financial statements?

25      A      Yes, and they would review those bank
```

Confidential - Subject to Further Confidentiality Review

1    statements that had already been audited by outside

2    audit institutions.

3         Q      And are they interested in -- strike that.

4                   In your borrowing with your banks, do

5    you borrow with regard to an accounting term called

6    accounts receivable financing?

7         A      That's another accounting question.

8         Q      Who are your accountants?

9                   MR. MOORE:  Outside?

10                  MR. LEVIN:  Outside accountants, yes.

11                  MR. MOORE:  Thank you.

12        A      What is an outside accountant?

13   BY MR. LEVIN:

14        Q      Okay.  Somebody that doesn't work inside --

15   no, strike that.

16                  MR. MOORE:  Yeah, no.

17   BY MR. LEVIN:

18        Q      Somebody that's not employed by BMG that you

19   engage to do your accounting with.

20        A      BNBMG strictly follow Chinese company law,

21   as well as Chinese accounting standards.  Its

22   financial statements each year has been strictly

23   audited by outside audit institutions.

24        Q      But my question was who your accountants

25   were, what are their names, what was their company.

Confidential - Subject to Further Confidentiality Review

```
 1      A      There is a large number of accountants in

 2    BNBMG in the financial department.  I can only list

 3    two.  For example, L-I, W-A-N-Y-U-E.  For example,

 4    C-H-E-N, space, L-I-N-G-Y-I-N-G.  Both of them are

 5    employees of BNBMG.

 6      Q      Who are the accountants that are not

 7    employees of BNBMG who provide accounting or auditing

 8    service -- and/or auditing services for your company?

 9      A      I don't know the names.

10      Q      Have you ever seen their reports?

11      A      I have.

12      Q      But you have no recollection of their names?

13      A      I don't know the specific names of the

14    auditors.

15      Q      What about the name of the company that they

16    work for?

17      A      For example, X-I-N-Y-O-N-G, Z-H-O-N-G-H-E.

18    I don't recall others.

19              THE INTERPRETER:  This is the

20        interpreter speaking.  The spelling the

21        interpreter just provided is a literal spelling

22        based on the pronunciation of the witness.

23        There may be another accurate translation to

24        that, which the interpreter is not aware of at

25        this moment.
```

1    BY MR. LEVIN:

2        Q    Sir, do you know whether that auditing firm

3    also serves as an auditing firm for BNBM PLC?

4        A    No, I don't know.

5        Q    Do you know whether they serve as an

6    auditing firm for Taishan?

7        A    I don't know.  We independently hired them

8    to be our auditing institution.

9        Q    Do you know whether Mr. Song recommended

10   them to you?

11       A    I don't know.

12       Q    Do you know whether they also served as

13   auditors or accountants for CNBM?

14       A    I don't know.

15       Q    Do you know if they also served as

16   accountants and/or auditors for CNBMG?

17       A    I don't know.

18            MR. LEVIN:  Let's have Exhibit 220.

19            (BG:7/15/15-7/18/15 Exhibit 220 marked.)

20            MR. LEVIN:  Sandy, do you want to put

21        this on the record in English and Chinese?

22            MS. DUGGAN:  Exhibit 220 is a

23        translation that was prepared by the PSC of

24        BNB(Group)-E-0008652.  Attached to the PSC's

25        translation is a machine translation provided by

```
 1          BNBM Group, and following that is a document in

 2          Chinese with Bates BNBM(Group)-E-0008652.

 3                   MR. MOORE:  Is this one of the documents

 4          you asked us to look at prior to the deposition?

 5                   MS. DUGGAN:  I'll state for the record

 6          that counsel for BNBM Group has not yet had an

 7          opportunity to review the PSC's translation, and

 8          pursuant to previous stipulation, counsel will

 9          have an opportunity to do that either during the

10          deposition or following the deposition.

11                   MR. MOORE:  Okay.

12                   MS. DUGGAN:  And provide any red-lines.

13                   MR. MOORE:  It's pretty short.  Maybe we

14          could bypass that.

15                   MR. LEVIN:  Then why don't we take five

16          minutes now.

17                   MR. MOORE:  Yeah, let's do that.  We

18          might be able to just accomplish that.

19                   MR. LEVIN:  That's fine.

20                   THE VIDEOGRAPHER:  The time is 9:28 a.m.

21          We're off the record.

22                   (Recess taken, 9:28 a.m. to 9:42 a.m.)

23                   THE VIDEOGRAPHER:  The time now is

24          9:42 a.m.  We're back on the record.

25                   MS. DUGGAN:  After defendant BNBM Group
```

Confidential - Subject to Further Confidentiality Review

```
1         had an opportunity to review the PSC's

2         translation of Exhibit 220, they provided us

3         with a red-line that we agreed to, so we are now

4         marking and introducing into the record

5         Exhibit 220R, which is an agreed-to translation

6         of BNBM(Group)-E-0008652, followed by the

7         machine translation and the Chinese document

8         with that same Bates number.

9              (BG:7/15/15-7/18/15 Exhibit 220R

10             marked.)

11             MS. DUGGAN:  And the witness has been

12        provided this document.

13   BY MR. LEVIN:

14        Q    Sir, could you read the document and become

15   familiar with the Chinese document that's before you.

16             (Document review.)

17   BY MR. LEVIN:

18        Q    Sir, as I read -- first of all, in the

19   document, it keeps mentioning BNBM.  Is that BNBM PLC

20   or BNBMG, that it's referring to?

21        A    From the document I see, and as a

22   manufacturer, it has to be BNBM, because ever since

23   1996-1997, when BNBM became a public listed company,

24   BNBMG no longer manufactured any plasterboard

25   products.
```

Confidential - Subject to Further Confidentiality Review

1       Q       Now, does the -- are you familiar with the

2   subject matter of this document?

3       A       The explanation of the account receivable of

4   BNBM of America?

5       Q       Yes.

6       A       Yes.

7       Q       Have you seen this document before?

8       A       I don't recall.

9       Q       Do you know how this document was generated?

10      A       I don't know.

11      Q       Does the document indicate that the United

12  States created excellent conditions for DragonBoard

13  gypsum board to be exported to the United States?

14      A       That is what the language says.

15      Q       Are you aware of the -- of those facts at

16  that period -- in that period of time?

17              MR. MOORE:  Can we establish a time

18        frame for this?  I don't think that's been done.

19              MR. LEVIN:  During 1996 through 1998.

20              THE WITNESS:  What was your question?

21  BY MR. LEVIN:

22      Q       Does the document indicate that, during that

23  time period, 1996 through 1998, there were excellent

24  conditions for selling DragonBoard in the United

25  States?

1              MR. MOORE:  I object to the -- go ahead.

2       I apologize.

3                   (Translation.)

4              MR. MOORE:  I object to the form of the

5       question because it lacks foundation.  No time

6       frame has been established.

7       A    The language of the document only described

8    since 1998.

9    BY MR. LEVIN:

10      Q    And --

11      A    I'm not quite clear about that.

12      Q    And wasn't that the condition in 2004 as

13   well?

14      A    I don't know.

15      Q    Who owned DragonBoard between 1998 and 2004?

16              MR. MOORE:  Objection, form.

17              MR. LEVIN:  Strike that.

18   BY MR. LEVIN:

19      Q    Who owned the patent for DragonBoard between

20   2000 -- between 1998 and 2004?

21      A    The patent for DragonBoard?  I don't quite

22   understand your question.

23      Q    Okay.  Let me state it this way.

24                   Who owned the trademark for

25   DragonBoard between 1998 and 2004?

1      A      I don't recall.

2      Q      Do you recall the statement in this document

3   that the market for selling plasterboard was weak,

4   domestically -- that would be in China -- during that

5   time frame?

6               MR. MOORE:  Object to form.  No time

7         frame has been established.

8               MR. LEVIN:  You can answer the question.

9               MR. MOORE:  You can answer.

10              THE WITNESS:  I'm sorry, I'd like you to

11        tell me again.

12              (Translation.)

13     A      That's how the language described it.

14   BY MR. LEVIN:

15     Q      Do you have a recollection of the conditions

16   in the marketplace during that period of time?

17              MR. MOORE:  Same objection as to form

18        because there's no time frame established.

19     A      I do not know the market condition around

20   1998.

21   BY MR. LEVIN:

22     Q      How about 2004?

23     A      Starting from 1996-1997, when BNBM became a

24   public listed company, BNBMG stopped manufacturing

25   plasterboard; therefore, I do not know the market

1  condition in that time period asked by Mr. Levin.

2      Q      Well, what was BNBMG doing as a business

3  enterprise during that period of time?

4      A      What time period?

5      Q      1996 through 1997.

6      A      At the time, BNBMG did tradings for some

7  other products.

8      Q      Did you do tradings for plasterboard during

9  that period of time?

10     A      Yes, before the year 2000.

11     Q      How about after the year 2000?

12     A      We were agent for some products in terms of

13  exporting.

14     Q      Would these products include drywall?

15     A      We were the agent of three transactions

16  exporting plasterboard to America in 2005.

17     Q      Who manufactured that drywall?

18     A      BNBM.

19     Q      So that you were involved in the drywall

20  market during that period of time, were you not?

21              MR. MOORE:  Objection, form, no

22        foundation.

23     A      We were not involved in plasterboard market.

24  We were only the agent of three transactions exporting

25  plasterboard to America.

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. LEVIN:

 2        Q      Well, your company made money doing what you

 3    did with regard to plasterboard during that period of

 4    time, did you not?

 5        A      We only charged agency fee.

 6        Q      What were the agent fees -- agency fees for

 7    those three transactions?

 8        A      I don't recall the specifics.

 9        Q      Could you describe those three transactions?

10        A      According to BNBM's requirements, we handled

11    relevant procedures of custom clearance and charged

12    agency fee accordingly.

13        Q      Who were the recipients of the drywall in

14    the United States?

15        A      I don't recall.

16               (BG:7/15/15-7/18/15 Exhibit 230 marked.)

17               (BG:7/15/15-7/18/15 Exhibit 230A

18               marked.)

19               MS. DUGGAN:  The plaintiffs are marking

20          as Exhibit 230 and 230A two documents that were

21          produced by BNBM PLC in this litigation.

22          Exhibit 230 has BNBMPLC0007427 to 7428 Bates

23          number, Export Agency Agreement dated

24          November 30, 2005.  Exhibit 230A is a document

25          in Chinese with Bates number BNBMPLC0007424
```

Confidential - Subject to Further Confidentiality Review

```
1          through 7426.  A copy of these documents will be

2          provided to the witness, the interpreter and

3          counsel for defendants.

4                  (BG:7/15/15-7/18/15 Exhibit 231 marked.)

5                  (BG:7/15/15-7/18/15 Exhibit 231A

6                  marked.)

7                  MS. DUGGAN:  We're marking as

8          Exhibit 231 a document produced by BNBM PLC with

9          Bates 0007437 to 7440, Export Agency Agreement

10         dated November 30, 2005.  Exhibit 231A is a

11         document in Chinese, Bates numbers

12         BNBMPLC0007434 through 7436.  Copies of these

13         documents are provided to the witness, the

14         interpreter and counsel for defendants.

15                 (BG:7/15/15-7/18/15 Exhibit 232 marked.)

16                 (BG:7/15/15-7/18/15 Exhibit 232A

17                 marked.)

18                 MS. DUGGAN:  Exhibit 232 was produced by

19         BNBM PLC in this litigation, Export Agency

20         Agreement dated November 16, 2005, Bates numbers

21         BNBMPLC0007452 through 7455.  Exhibit 232A is a

22         document in Chinese with Bates BNBMPLC0007449

23         through 7451.  Copies of these documents and

24         exhibits are provided to the witness, to the

25         interpreter and counsel for defendants.
```

Confidential - Subject to Further Confidentiality Review

```
1              MR. MOORE:  Question, Sandy.  These were
2         documents you have alerted us to in advance of
3         the deposition, correct?
4              MS. ROBERTSON:  No, sir.  These are the
5         documents you informed us of yesterday.
6              MS. DUGGAN:  These -- yesterday, the
7         witness testified about three agency agreements
8         with BNBM, and we -- you provide -- you kindly
9         provided us with the Bates numbers to those
10        documents --
11             MR. MOORE:  Right.  Oh, yeah.
12             MS. DUGGAN:  -- because you stated they
13        were not in the files of BNBM Group.  So we're
14        now marking them as exhibits, and we would like
15        to share them with the witness and ask some
16        questions.
17             MR. MOORE:  Sure.  No problem.
18             Are the translations ones that -- I'm
19        really asking more about the translations.
20             MS. DUGGAN:  Certainly.  These were
21        produced by BNBM PLC in this litigation.  We did
22        not prepare these translations ourselves.
23             MR. MOORE:  Okay.
24             MR. LIAO:  We provided the translations.
25             MR. MOORE:  We did?  We provided the
```

Confidential - Subject to Further Confidentiality Review

1           translations?  Okay.  All right.  Very good.

2           Thank you.  So we have no issue with the

3           translations.  Okay.  Thank you.

4                         EXAMINATION

5    BY MS. DUGGAN:

6       Q     Mr. Zhao, yesterday you had testified that

7    you had entered into three separate agency agreements

8    with BNBM PLC, correct?

9       A     This is an inaccurate description.  I only

10   said -- I only said that in around 2005, BNBMG was the

11   agent of BNBM's exporting of plasterboard to America.

12      Q     Did BNBMG enter into agency agreements with

13   BNBM PLC in 2005?

14                  MR. MOORE:  Objection, form, misstates

15        the title of the document.

16      A     We were the agent of three exporting

17   transactions.

18   BY MS. DUGGAN:

19      Q     If you look at Exhibit 230, 231 and 232, as

20   well as Exhibits 230A, 231A and 232A, can you tell me

21   if these are agreements that you entered into -- when

22   I say "you," I'm referring to your company,

23   BNBM Group -- did you enter into agreements with BNBM

24   PLC?

25      A     Yes, for the three documents in front of me.

Confidential - Subject to Further Confidentiality Review

1     Q     And, again, you're referring to 230A, 231A

2   and 232A, which are in Chinese?

3     A     Yes.

4     Q     And, Mr. Zhao, if you look at Exhibit 230A,

5   is this an Export Agency Agreement dated November 30,

6   2005, and it has number USA002?

7     A     Yes.

8     Q     And who signed this agreement?

9     A     Li Jiang.

10    Q     And who is Li Jiang?

11    A     He used to be an employee of BNBMG.

12    Q     And did Mr. Jiang have authority to enter

13  into this contract on behalf of BNBM Group?

14              THE INTERPRETER:  The interpreter needs

15       to inquire the deponent.

16              (Translation.)

17    A     According to Chinese custom, it is effective

18  upon placing of a seal.  This is a special contract

19  seal of BNBMG.

20  BY MS. DUGGAN:

21    Q     Did the board of directors authorize this

22  contract?

23    A     It's not necessary to go through the

24  authorization of the board of directors.  The board of

25  directors would not interfere with the daily

Confidential - Subject to Further Confidentiality Review

1   production and operation.

2       Q    But this contract does, in fact, have the

3   seal that's required to make it a binding contract on

4   your company; is that correct?

5       A    This is only an ordinary business of the

6   company.  Neither the board of directors or the board

7   of supervisors would interfere with any daily

8   productions and management.

9       Q    That wasn't my question.

10           I just want to confirm with you that

11  this contract does, in fact, have the seal that you

12  mentioned earlier that's required to make it a binding

13  contract for BNBM Group.

14      A    This is the company's special contract seal.

15  The seal is there.

16      Q    And so --

17           THE INTERPRETER:  The interpreter needs

18     to clarify.

19      A    The contract is only entered with the

20  presence of the seal.

21  BY MS. DUGGAN:

22      Q    Just for purposes of making sure the record

23  is clear, you were pointing to the seal that's on

24  page 7426; is that correct?

25      A    Yes.

Confidential - Subject to Further Confidentiality Review

1      Q      And it's also contained on the other pages,

2   as well, of the document, partially?

3      A      Correct.

4      Q      Is this the type of document that you would

5   maintain in your files at your company on a regular

6   basis?

7      A      Yes.

8      Q      And am I correct that you do not have this

9   document in your files?

10      A      We have provided all the documents that

11   we're able to provide.

12      Q      And you did not provide this document,

13   correct?

14      A      Correct.

15      Q      Do you know why it wouldn't have been in

16   your files?

17      A      I don't know.

18      Q      If you could look at Exhibit 231A, is this

19   an -- excuse me.  Is this an Export Agency Agreement

20   dated November 30, 2005?

21      A      That's what the language says.

22      Q      And is this an agreement between BNBM PLC

23   and BNBM Group?

24      A      Yes.

25      Q      Does this agreement have the authorized seal

Confidential - Subject to Further Confidentiality Review

1    of BNBM Group?

2        A      It has the special contract seal of BNBMG.

3        Q      Is that contained on page 7436?

4        A      Yes.

5        Q      And who signed this agreement on behalf of

6    your company?

7        A      I see Li Jiang's name.

8        Q      And did Li Jiang have authority to sign this

9    contract on behalf of the company?

10       A      It is so, reading from the material.

11       Q      And am I correct that this is the type of

12   document that you would regularly maintain in your

13   files at BNBM Group?

14       A      In the file of the business department, this

15   is only an ordinary business.

16       Q      But this document was not produced to us in

17   this litigation, correct, by your company?

18       A      BNBMG had provided all documents it's able

19   to provide.  In other words, BNBMG had provided all

20   documents that it can find.

21       Q      And you don't know why that this particular

22   document, Exhibit 231A, was not provided to us; is

23   that correct?

24              MR. MOORE:  Objection, form.

25       A      BNBMG did not find this document.

1    BY MS. DUGGAN:

2        Q     Okay.  If you could please look at

3    Exhibit 232A.

4        A     I'd like to clarify a point.  This document

5    is kept in the business department.  BNBMG tried its

6    best to search all documents and produce those

7    documents as well.

8        Q     Thank you.

9              In looking at Exhibit 232A, is this an

10   Export Agency Agreement dated November 16, 2005,

11   number 1?

12       A     Yes.

13       Q     Is this an agreement that BNBM Group entered

14   into with BNBM PLC?

15       A     Yes.

16       Q     And who signed the agreement on behalf of

17   your company?

18       A     From the language, it was Li Jiang.

19       Q     And did Li Jiang have authority to enter

20   into this contract?

21       A     From the face of the document, correct.

22       Q     And does this document also contain the

23   required seal of BNBM Group to make it a valid

24   contract?

25       A     Yes.

Confidential - Subject to Further Confidentiality Review

1        Q     And that seal is contained on page 7451,

2    correct?

3        A     Yes.

4        Q     And the seal is also partially contained on

5    7449 and 7450, correct?

6        A     Yes.

7        Q     Do you know who signed the contract on

8    behalf of BNBM PLC?

9        A     I'd like to correct your statement earlier.

10   What I saw, the partial seals, were that of BNBM's,

11   not BNBMG's.

12       Q     But each of those two pages is also signed

13   by Li, correct?

14       A     Yes.

15       Q     All right.  And do you know who signed this

16   agreement on behalf of BNBM PLC on page 7451?

17       A     Yes.  Wang Bing.

18       Q     And do you know why your company did not

19   provide us with this agreement as part of its

20   production?

21             MR. MOORE:  Objection, form.

22       A     BNBM Group searched all documents it can

23   produce.

24   BY MS. DUGGAN:

25       Q     Can we turn back for one second to

```
 1    Exhibit 231A.  If you could look on the last page of

 2    that agreement, do you recognize the signature for

 3    BNBM PLC?

 4        A     Yes.

 5        Q     And whose signature is that?

 6        A     Wang Bing's.

 7        Q     And also look back at 230A, and I have the

 8    same question:  Do you know who signed that agreement

 9    on behalf of BNBM PLC?

10        A     Yes.

11        Q     And who was that?

12        A     Wang Bing.

13              MS. DUGGAN:  Thank you.

14              MR. LEVIN:  My turn?

15              (BG:7/15/15-7/18/15 Exhibit 226 marked.)

16              MR. LEVIN:  Your turn.

17              MS. DUGGAN:  Plaintiffs are marking

18        Exhibit 226 in this deposition.  This is a

19        translation prepared by the PSC of

20        BNBM(Group)-E-0010740 to 744.  This is a partial

21        translation.  Attached to the PSC's partial

22        translation is a machine translation provided by

23        BNBM Group, and then a document in Chinese with

24        Bates numbers BNBM Group -- excuse me,

25        BNBM(Group)-E-0010740 to 744.
```

Confidential - Subject to Further Confidentiality Review

```
 1              Counsel for BNBM Group has not yet had
 2         an opportunity to review this translation, but
 3         pursuant to our stipulation, may provide
 4         red-lines either during the deposition or after
 5         the deposition.
 6              MR. MOORE:  Okay.  It hasn't been
 7         red-lined yet.
 8              MS. DUGGAN:  Correct.
 9              MR. MOORE:  Okay.  Do you want us to
10         look at it quickly, or not?
11              MR. LEVIN:  I think you could do it
12         after.
13              MR. MOORE:  I'm happy to do it after,
14         sure.  Go ahead.
15              MR. LEVIN:  Well, what I'm going to
16         ask --
17              MR. MOORE:  Sure.  Go ahead.
18              MS. DUGGAN:  We've provided a copy of
19         this document to the witness, to the interpreter
20         and counsel for all defendants.
21                        EXAMINATION
22    BY MR. LEVIN:
23      Q    Sir, could you turn to the highlighted
24    Chinese page, because that's the translation that is
25    our translation that I've given to your counsel.
```

Confidential - Subject to Further Confidentiality Review

1              THE INTERPRETER:  Sandy, can I have a

2       copy?

3              MR. MOORE:  It doesn't have any

4       highlights on it.

5              MS. DUGGAN:  We're aware of that.  We're

6       going to point you to the right page, if you

7       just give us a moment.

8              (Comments off the stenographic record.)

9              MR. TAYLOR:  Just to be sure I'm clear,

10      are we supposed to have a copy with highlighting

11      on it?  And if we don't, why not?  Okay.  It's

12      coming.

13             MS. DUGGAN:  We're working on it.

14             MR. TAYLOR:  Okay.  Good.  Thank you.

15             (Conference out of the hearing of the

16              reporter between Mr. Arpino and

17              Mr. Taylor.)

18             MS. DUGGAN:  We have highlighted the

19      portion of the document that was translated and

20      are providing a copy of the highlighted portion

21      to the witness.

22   BY MR. LEVIN:

23      Q    Sir, could you identify that document, the

24   legend on the top?

25      A    The title is "The Answer to Part of the

1    Questions Regarding BNBMG."

2        Q    And is it a -- is that document from

3    BNBM Group's file?

4        A    Yes.

5        Q    Have you ever seen that document before?

6        A    I don't recall.

7        Q    Looking at the subject matter of the

8    document, do you find it to be truthful?  The

9    highlighted portions.

10           MR. MOORE:  Object to the form of the

11        question.  That's vague.  Instead if the

12        document is not truthful, perhaps you could ask

13        if it's inaccurate?

14       A    If it is a document provided by BNBM Group,

15    it should be truthful.

16    BY MR. LEVIN:

17       Q    And would it also be accurate?

18       A    Yes.

19       Q    And do you recall that this document was

20    provided to the China Beijing Changping Branch Bank

21    with regard to the credit line of BNBM Group?

22       A    It is so, according to the language.

23       Q    Okay.  And when was this document generated?

24    It says five clients and accounts receivable up to

25    December 31st, 2006.  Was it -- was it generated after

1    2006?

2        A    Yes.

3        Q    And were you seeking a credit line of

4    510 million yuan?  And that's your company, not you.

5        A    Yes.

6        Q    You're not Donald Trump.

7        A    Thank you.

8        Q    And do you list, of the five accounts

9    receivable that you provided to the Bank of China, the

10   number one was BNBM of America, 15,246,771 -- I guess

11   yuan, and six cents, or RM -- it doesn't matter.

12                MR. MOORE:  Objection, form.

13       A    Yes.  I've noticed there are also relevant

14   data below that regarding bad debt preparation.

15   BY MR. LEVIN:

16       Q    Was BNBM of America listed as a bad debt?

17       A    According to Chinese accounting standard, as

18   reflected on this document, different bad debt

19   accounts are recorded according to different account

20   names.

21       Q    Well, in any event, BNBM of America's debt

22   was not listed as a bad debt; am I correct?

23       A    No.  According to all account receivables,

24   we prepared to record them as bad debt according to

25   the terms of the account.

Confidential - Subject to Further Confidentiality Review

```
 1                    THE INTERPRETER:  The interpreter needs
 2          to inquire with deponent.
 3    BY MR. LEVIN:
 4        Q     My question is --
 5                    MR. MOORE:  Wait a minute.
 6                    MR. LEVIN:  I'm sorry.
 7                    (Translation.)
 8                    THE INTERPRETER:  Upon clarification,
 9          there is no change on the interpreter's prior
10          interpretation.
11    BY MR. LEVIN:
12        Q     My question was:  On that document, is Bank
13    of America's debt listed as a bad debt?
14                    MR. MOORE:  You said "Bank of America"?
15                    MR. LEVIN:  I mean Bank -- BNBM of
16          America.  I'm sorry.
17                    THE INTERPRETER:  The interpreter would
18          like the deponent to break down his statement.
19                    The interpreter needs to check the
20          dictionary.
21        A     Your statement is not precise.
22    BY MR. LEVIN:
23        Q     Okay.
24        A     BNBM Group -- BNBM Group honestly provides
25    to banks its own account receivable status, including,
```

1    but not limited to, BNBM America Company.  At the same

2    time, BNBMG strictly follow Chinese accounting

3    standard, and according to the account receivables

4    term of years to prepare bad debt --

5                    THE INTERPRETER:  The interpreter needs

6         to clarify.

7                    (Translation.)

8       A     All data are honest and precise.

9    BY MR. LEVIN:

10      Q     So, sir, it's not listed as a bad debt, for

11   whatever reason?

12                   MR. MOORE:  Objection to form,

13        mischaracterizes his prior testimony.

14      A     You did not understand what I said.  It was

15   listed as account receivable, which was reflected back

16   to the bank honestly.  At the same time, it was

17   prepared as bad debt strictly according to the number

18   of the years of the bad -- of the debt.

19                   I've even noticed that -- I've also

20   noticed under paragraph 2, it's specifically marked

21   "Not Audited" as a reminder to the bank.

22   BY MR. LEVIN:

23      Q     Okay.  Who authorized the dissemination of

24   this document to the bank?

25      A     The general CPA, Madam L-I, Y-U-A-N.

Confidential - Subject to Further Confidentiality Review

```
 1      Q     Were there any drafts of this document

 2   before it was provided to the bank?

 3      A     I don't know.

 4      Q     Was a document similar to this provided to

 5   the bank from the year 2006 through 2015 with

 6   information concerning the debt that BNBM of America

 7   owes to BNBMG?

 8            MR. MOORE:  Objection, form, no

 9        foundation for the question.

10            THE WITNESS:  Please repeat the

11        question.  Your question is very unclear.

12            MR. LEVIN:  Michael, would you repeat

13        the question, please?  Save my voice.

14            THE INTERPRETER:  The interpreter will

15        repeat her interpretation.

16            MR. LEVIN:  Oh.

17            (Translation.)

18      A     I don't know.  All I know is, we truthfully

19   provide accurate financial information of the company

20   to the banks.

21   BY MR. LEVIN:

22      Q     And you still provide this BNBM debt as a

23   receivable to the bank, do you not?

24            MR. MOORE:  Objection -- I'm sorry.

25            (Translation.)
```

```
 1              MR. MOORE:  Objection, no foundation for

 2         the question.

 3     A     I think Mr. Levin still did not understand

 4    what I have said.

 5    BY MR. LEVIN:

 6     Q     That may be.  So why don't you say it?

 7              MR. MOORE:  I object, asked and

 8         answered.  He doesn't have to say the answer

 9         again.

10              MR. LEVIN:  Well, I don't -- I don't

11         think he's answered my question as to whether or

12         not he still provides it as a receivable to the

13         bank.

14              MR. MOORE:  My problem with your

15         question is that there's no foundation.

16              MR. LEVIN:  And you've taken your

17         objection on that basis.

18              MR. MOORE:  Yes.

19              MR. LEVIN:  And you haven't directed the

20         witness not to answer.

21              MR. MOORE:  I have not.

22              MR. LEVIN:  I'll stand with my question.

23              (Translation.)

24              THE INTERPRETER:  The interpreter needs

25         to clarify with deponent.
```

Confidential - Subject to Further Confidentiality Review

```
 1               (Translation.)

 2      A    If BNBM America is still being recorded as

 3  account receivable in our book, at the same time, we

 4  would make the preparation of bad debt according to

 5  the terms of years of such a debt.  This follows the

 6  Chinese accounting standards and accurately reflects

 7  the true status of BNBM's financial status -- BNBMG,

 8  rather.

 9  BY MR. LEVIN:

10      Q    Sir, from 2006 until present, has

11  BNBM America made any payments with regard to that

12  debt?

13      A    No.

14      Q    And in your view, is there a certain time

15  period that a debt has to be on the books before it's

16  classified as a bad debt?

17      A    You have to ask that to the audit

18  institution of China.

19               MR. LEVIN:  Take five.

20               MR. MOORE:  Thanks.

21               THE VIDEOGRAPHER:  The time now is

22       10:42 a.m.  We're off the record.

23               (Recess taken, 10:42 a.m. to 11:08 a.m.)

24               THE VIDEOGRAPHER:  This begins Disc 3 of

25       today's deposition.  Time now is 11:08 a.m.
```

Confidential - Subject to Further Confidentiality Review

1          We're back on the record.

2              MS. DUGGAN:  Mr. Zhao, the plaintiffs

3      have previously marked as Exhibit 50 in a prior

4      deposition in this matter a copy of an order

5      entered by Judge Fallon in this litigation,

6      record document number --

7              MR. LEVIN:  150.

8              MS. DUGGAN:  -- 17869.  I'm going to

9      provide you a copy of that exhibit, and a copy

10     to the interpreter as well.  And this is

11     Exhibit 150.

12             I'm going to read a paragraph from

13     page 3 of that order, and then Mr. Levin will

14     have some questions for you.

15             Second-to-last paragraph on that page

16     reads as follows, "It is further ordered that

17     Taishan and any of its affiliates or

18     subsidiaries is hereby enjoined from conducting

19     any business in the United States until or

20     unless it participates in this judicial process.

21     If Taishan violates this injunction, it must pay

22     a further penalty of 25% of the profits earned

23     by the company or its affiliates who violate the

24     order for the year of the violation."

25             THE INTERPRETER:  Do you have a copy?

Confidential - Subject to Further Confidentiality Review

```
 1                MS. DUGGAN:  The next paragraph --

 2                (Translation.)

 3                MS. DUGGAN:  "It is further ordered that

 4          the Clerk of Court forward this contempt order

 5          to the U.S. Secretary of Commerce, the Chair of

 6          the U.S. Senate Committee on Commerce, Science

 7          and Transportation, and the U.S. Attorney

 8          General, so that these officials are aware of

 9          the seriousness of the situation, and for any

10          appropriate action they may see fit."

11   BY MR. LEVIN:

12      Q    Sir, are you aware of that contempt order?

13                MR. MOORE:  I object.  We covered this

14          in detail yesterday.  I mean, he answered many

15          questions about the contempt order yesterday.

16          Are we going to go through that again?

17                MR. LEVIN:  It hadn't been spelled out

18          to him.  Just bear with me for a while.

19                MR. MOORE:  Yeah, it just seems like

20          we're repeating things, but go ahead.

21                MR. LEVIN:  We aren't.  We're getting

22          into it.

23                MR. MOORE:  Yeah.  I am going to object

24          to all the questions as being asked and

25          answered.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. LEVIN:  I'll note that, until you

 2         tell me they haven't been.

 3              MR. MOORE:  I'll make my objections.

 4    A     Do you have a Chinese version of it?

 5  BY MR. LEVIN:

 6    Q     I have what is translated to you.  Do you --

 7              MR. LEVIN:  Does he still want an

 8         explanation?

 9              THE WITNESS:  You'll have to repeat your

10         question because I don't quite understand it.

11              THE INTERPRETER:  The interpreter can

12         repeat her interpretation of the prior question.

13  BY MR. LEVIN:

14    Q     The question was, and I'll repeat it:  Sir,

15  are you aware of that contempt order?

16              MR. MOORE:  Objection, asked and

17         answered yesterday.

18    A     The attorney told me that during the

19  deposition.

20              MR. MOORE:  Don't -- don't -- time out.

21              MR. LEVIN:  Yeah.  Listen, I have no

22         problem if you talk to him.

23              MR. MOORE:  Yeah.  We can't talk about

24         what you were told by your attorneys.

25  BY MR. LEVIN:
```

Confidential - Subject to Further Confidentiality Review

```
 1       Q      But my question is:  Are you aware of the

 2   contempt order?

 3                MR. MOORE:  Could I have a clarification

 4        on time frame, because --

 5                MR. LEVIN:  At the time it was entered.

 6                MR. MOORE:  At the time it was entered.

 7        Okay.

 8       A      Now I know.

 9   BY MR. LEVIN:

10       Q      Is it a fact, sir, that you only found out

11   about the contempt order in preparation for this

12   deposition?

13                MR. MOORE:  Objection, asked and

14        answered yesterday.

15                MR. EAGAN:  Join the objection.

16       A      Yes.

17   BY MR. LEVIN:

18       Q      After you found out about the contempt

19   order, in preparation for this deposition, I would

20   assume you found out about the contempt order in a

21   meeting with counsel, but don't tell me what counsel

22   said.

23                MR. MOORE:  I also object to that

24        because it really does invade the

25        attorney-client privilege, and would instruct
```

1           him not to answer that question, the way it's

2           framed.

3    BY MR. LEVIN:

4       Q    Did you know about the contempt order before

5    you met with counsel?

6               MR. MOORE:  Objection, asked and

7           answered yesterday and again today.

8       A    As far as I can recall, it was after I met

9    with the attorney.

10   BY MR. LEVIN:

11      Q    Did you speak with anyone at BNBM Group

12   concerning the contempt order, other than your

13   attorneys?

14              MR. MOORE:  Objection, asked and

15          answered.

16      A    Are you referring to up to today?

17   BY MR. LEVIN:

18      Q    Yes.  And other than me.

19              MR. MOORE:  And do not give any response

20          based on any conversations with counsel in BNBMG

21          Group, or outside counsel.  Otherwise, if you

22          can answer it without disclosing that, those

23          conversations, please do so.

24      A    I don't recall.

25   BY MR. LEVIN:

```
 1        Q      Do you recall whether outside counsel was

 2   present when the matter was discussed with your

 3   attorneys?

 4                MR. MOORE:  Objection to form, vague.

 5        A      We have always had the presence of attorney

 6   whenever we discussed any matter related to this

 7   litigation.

 8   BY MR. LEVIN:

 9        Q      Was -- who was the outside counsel that was

10   present, the name?

11        A      For example, Attorney Liao.

12        Q      What is his full name?

13                MR. LEVIN:  Oh, okay.

14   BY MR. LEVIN:

15        Q      Any other outside counsel?

16        A      I don't recall.

17        Q      Other than members or associates or

18   colleagues of Mr. Moore and his firm, Dentons, were

19   any other American lawyers present?

20        A      In order to prepare for this litigation, we

21   had hired Dentons as our law firm.

22        Q      But -- go ahead.  I'm sorry.

23        A      While discussing the topic you just

24   mentioned, there had always been the presence of

25   Dentons law firm.  I do not remember other attorneys
```

Confidential - Subject to Further Confidentiality Review

1    from other law firms were present.

2        Q    Do you remember other attorneys being

3    present but not knowing their names?

4             MR. MOORE:  Object to the form of the

5        question.

6        A    What I remember is, Dentons is the only law

7    firm that BNBMG had hired for this litigation.

8    BY MR. LEVIN:

9        Q    But were other law firms' members present

10   when you spoke -- when you met, not spoke -- when you

11   met, other than the Dentons firm, whether you hired

12   them or not?

13            MR. MOORE:  Objection, asked and

14        answered.

15       A    During the discussion of litigation-related

16   topics, we had only communicated with Dentons as the

17   only law firm that we had hired for the company in

18   this litigation.

19   BY MR. LEVIN:

20       Q    Do you know the name Joe Cyr, C-Y-R?

21       A    I don't know.

22       Q    Do you know who Dong Chungang is?

23       A    Yes.

24       Q    Who is he?

25       A    A Chinese attorney.

Confidential - Subject to Further Confidentiality Review

```
1        Q      Has he ever represented BNBM Group?

2        A      Never.

3        Q      Have you ever met with him in connection

4    with the litigation involving defective drywall in the

5    United States?

6        A      Litigation of defective drywall?  I disagree

7    with the description.

8        Q      Okay.

9               MR. MOORE:  "This litigation," maybe.

10   BY MR. LEVIN:

11       Q      Have you ever met with Mr. Dong Chungang

12   with regard to this litigation?

13       A      We met.

14       Q      And when did you meet, sir?

15       A      I'm sorry, I need my attorney to advise me

16   on the terminology.

17              MR. LEVIN:  I don't care if you advise

18        him on the terminology.

19              MR. MOORE:  I have no idea.

20              MR. LEVIN:  Okay.

21       A      "Co-defense" or something to that extent.

22              MR. LEVIN:  Okay.

23              MR. MOORE:  Okay.

24              MR. LEVIN:  I'll help you out.

25   BY MR. LEVIN:
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q     Have you ever met with him with regard to

 2   defending this litigation?

 3      A     No.

 4      Q     Have you ever sought his advice with regard

 5   to the litigation?

 6      A     No.  He is not our company's attorney.

 7      Q     Do you know whether or not he represents

 8   BNBM?

 9      A     I don't know.

10      Q     Do you know whether he represents CNBM?

11      A     I don't know.

12      Q     Do you know whether he represents

13   CNBM Group?

14      A     I don't know.

15      Q     Have you communicated with BNBM with

16   reference to this litigation?

17            MR. EAGAN:  Object to form.

18      A     No.

19   BY MR. LEVIN:

20      Q     You do realize that these questions that I'm

21   asking you with regard to litigation and the contempt

22   order not only apply to you personally, but apply to

23   your company, because you're the designated 30(b)(6)

24   witness in these proceedings?

25            MR. EAGAN:  Object to form.
```

Confidential - Subject to Further Confidentiality Review

1             MR. MOORE:  I object to the form of the

2        question.  This has been covered.  It's been

3        asked and answered.

4    A     From the beginning, when we first hire --

5    when we first hired Dentons as our company's lawyer,

6    the attorney in Dentons clearly told us that we should

7    not talk about anything related to this litigation

8    without the presence of attorney.

9             MR. MOORE:  I'm going to assert the

10        attorney-client privilege as to that answer

11        because it divulged those communications, and I

12        didn't know it was going to until it came out.

13        So I assert attorney-client privilege as well.

14    A     I'm sorry.  I can only say that we had

15    strictly followed the requirements.

16             MR. MOORE:  That's fine.

17    BY MR. LEVIN:

18    Q     When did you first engage Dentons as your

19    law firm?

20    A     After February this year.

21    Q     Okay.  Did Orrick ever represent you in

22    connection with this litigation?

23             MR. EAGAN:  Object to form.

24    A     I repeat, Dentons is the only law firm that

25    BNBMG had hired, representing BNBMG, to handle all

1    relevant matters of this litigation.

2    BY MR. LEVIN:

3        Q     I'm speaking of before February, did Orrick

4    ever represent you in connection with this litigation?

5                    MR. EAGAN:  Object to form.

6        A     What I've said is clear enough already.  We

7    have only hired Dentons as our only law firm in regard

8    to this litigation.

9    BY MR. LEVIN:

10       Q     Did you ever meet with Orrick attorneys,

11   even though they didn't represent you?

12                   MR. EAGAN:  Object to form.

13       A     In the same meeting that I mentioned

14   earlier, I believe Orrick law firm was present.

15   BY MR. LEVIN:

16       Q     When was that meeting, sir?

17       A     I was not able to say the terminology.

18                   THE INTERPRETER:  The interpreter just

19       repeated the question to the witness.

20       A     After February of 2015.

21   BY MR. LEVIN:

22       Q     So you were in a meeting with Dentons, and

23   the Orrick firm was present?

24       A     Your statement is confusing.  Dentons is the

25   only law firm that was hired by BNBMG.  While

Confidential - Subject to Further Confidentiality Review

 1    discussing matters related to this litigation, Dentons

 2    law firm should be the only firm that is present.

 3                  To my recollection, I met Orrick law

 4    firm at -- in the meeting when the co-defense was

 5    signed, I believe.

 6        Q    So you signed an agreement with the Orrick

 7    firm in a meeting when the -- when Dentons was present

 8    when the co-defense was signed?

 9                  MR. TAYLOR:  Object to form.

10                  MR. MOORE:  I have to object to this as

11           potentially violating the attorney-client

12           privilege on a joint defense basis.

13                  MR. LEVIN:  I'm not going to go any

14           further -- let's go off the record.

15                  THE VIDEOGRAPHER:  The time now is

16           11:37 a.m.  We're off the record.

17                  (Discussion off the record.)

18                  THE VIDEOGRAPHER:  The time now is

19           11:38 a.m.  We're back on the record.

20    BY MR. LEVIN:

21        Q    Were Taishan's counsel present at that

22    meeting, Mister --

23                  MR. TAYLOR:  Objection to form.

24    BY MR. LEVIN:

25        Q    -- Mr. Taylor or Ms. Eikhoff?

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. TAYLOR:  Objection to form.

 2      A     Are you talking about the meeting that I

 3  just mentioned --

 4  BY MR. LEVIN:

 5      Q     Yes, sir.

 6      A     -- the meeting where the joint defense was

 7  signed?

 8      Q     Yes.

 9      A     Yes.

10      Q     Were both of them present, or one or the

11  other?

12      A     I don't recall.

13      Q     Were there any civilian representatives --

14  strike that.

15                    Were there any nonlawyers of BNBM

16  present at that meeting?

17      A     I don't recall.

18      Q     Was Mr. Song there?

19      A     No.

20      Q     Were there any other officers or employees

21  of BNBMG present at that meeting?

22      A     I was present.

23                    THE INTERPRETER:  The interpreter needs

24       to clarify with deponent.

25                    (Translation.)
```

1      A      The colleague from the legal department was

2   present.

3   BY MR. LEVIN:

4      Q      And who was that, sir?

5      A      Z-H-A-O, J-I-E.

6      Q      Were there any nonlawyers from Taishan or

7   TTP present at that meeting?

8      A      I don't recall.

9      Q      Were any nonlawyers of CNBM present at that

10  meeting?

11     A      I don't recall.

12     Q      Were any members of CNBMG present at that

13  meeting?

14            MR. EAGAN:  Object to form.

15     A      Yes.

16  BY MR. LEVIN:

17     Q      Who were they?

18     A      As far as I know, there was Z-H-O-U,

19  G-U-O-P-I-N-G.

20     Q      Anybody else?

21     A      I don't remember.

22     Q      Now, before this meeting, did you discuss

23  this litigation with anyone at Taishan or TPP?

24     A      No.

25     Q      Before this meeting, did you discuss this

```
 1    litigation with anyone at BNBM PLC?

 2        A    No.

 3        Q    Before this meeting, did you discuss this

 4    litigation with anybody at CNBM?

 5        A    No.

 6        Q    Before this meeting, did you discuss this

 7    litigation with anybody at CNBMG?

 8        A    No.

 9             I'd like to make an additional

10    comment.  Before we had received document from Beijing

11    Supreme Court, we did not think BNBMG was a defendant.

12        Q    Had you discussed that with your legal

13    department?

14             MR. TAYLOR:  Objection to form.

15             MR. MOORE:  Yeah, I'm going to assert

16        attorney-client privilege and instruct him not

17        to answer that question.

18             THE WITNESS:  I follow the advice of my

19        attorney.

20    BY MR. LEVIN:

21        Q    And your attorney at that time was the legal

22    department?

23        A    BNBMG has its own legal department, as well

24    as its own attorneys.

25        Q    And as a result of that discussion with your
```

Confidential - Subject to Further Confidentiality Review

1    attorneys, it was the impression of BNBMG, the company

2    that you're here as a 30(b)(6) witness, that you were

3    not involved in the litigation; is that correct?

4              MR. MOORE:  Objection, violates the

5         attorney-client privilege.  Instruct the witness

6         not to answer.

7              THE WITNESS:  I should follow my

8         attorney's advice.

9              MR. MOORE:  Yeah.

10             MR. LEVIN:  That's what he was

11        answering.

12             MR. MOORE:  Yes.

13   BY MR. LEVIN:

14        Q    Was it BNBMG's opinion that they were not

15   involved in this litigation prior to receiving process

16   from the Beijing court?

17             MR. EAGAN:  Objection to form.

18             MR. MOORE:  If you can answer that

19        question without relating -- without relying

20        upon conversations with either outside or inside

21        lawyers, then you -- I'll allow you to answer

22        the question.

23        A    Before February 2015 when we received

24   document from Beijing People's Supreme Court, we did

25   not know that BNBMG was involved in this litigation as

1    a party.

2                    MR. LEVIN:  Okay.  Why don't we break

3           for lunch now.  It will help expedite the

4           deposition, since I'll be going to another area.

5                    MR. MOORE:  Okay.

6                    THE VIDEOGRAPHER:  The time now is

7           11:48 a.m.  We are off the record.

8                    (Recess taken, 11:48 a.m. to 12:57 p.m.)

9                    THE VIDEOGRAPHER:  This begins Disc 4 of

10          today's deposition.  Time now is 12:57 p.m.

11          We're back on the record.

12                   MR. LEVIN:  I show you 245.

13                   (BG:7/15/15-7/18/15 Exhibit 245 marked.)

14                   MS. DUGGAN:  Plaintiffs are marking as

15          an Exhibit 245, which is a partial translation

16          of BNBM(Group)-E-0001744 to 1745.  This

17          translation was prepared by the PSC.  It has not

18          yet been reviewed by counsel for BNBM Group.

19          Attached to the PSC's translation is a machine

20          translation prepared and provided by counsel for

21          BNBM Group.

22                   Attached to that is a document in

23          Chinese with Bates BNBM(Group)-E-0001744 to

24          1745.  The Chinese document has been highlighted

25          in yellow to show the portions of the document

Confidential - Subject to Further Confidentiality Review

1          that were translated by the PSC.  We have a copy

2          for the witness, a copy for the interpreter and

3          a copy for all counsel for defendants.

4    BY MR. LEVIN:

5        Q     Sir, are you familiar with that document?

6        A     I'm not familiar with it.

7        Q     Are you familiar with the subject matter of

8    that document?

9        A     I am familiar.

10       Q     Excuse me?

11       A     I am familiar.

12       Q     And did you become familiar with the subject

13   matter of that document by reason of your employment

14   at BNBMG?

15       A     For the points of that BNBM America owes

16   money to BNBMG, I am familiar with that.

17       Q     Do you see, in Chinese, a heading, "Detailed

18   Explanations are as Follows," or words in substance to

19   that effect?

20       A     I see that.

21       Q     The answer?

22       A     I see that.

23       Q     Okay.  Do you see where it says, in words or

24   substance, "Through a series of technology

25   innovations, BNBM's gypsum board successfully acquired

Confidential - Subject to Further Confidentiality Review

```
 1    the United States UL certification, Chinese gypsum

 2    board entered the United States market for the first

 3    time"?

 4        A      I see that.

 5        Q      And do you agree with that statement?

 6        A      I don't know.

 7        Q      Do you know what United States UL is,

 8    certification?

 9        A      I've heard of it.

10        Q      In what context have you heard of it?

11        A      I don't recall.

12        Q      Do you know that "UL" stands for

13    Underwriters Laboratory?

14        A      I do not know.

15               THE INTERPRETER:  This is the

16        interpreter speaking.  The interpreter did not

17        interpret the words "Underwriters Laboratory,"

18        but rather said it in English.  Does the

19        interpreter need to translate that?  If she

20        does, please provide the definition of

21        "Underwriters Laboratory."

22    BY MR. LEVIN:

23        Q      Are you aware, sir, that a product to be

24    sold in the United States properly has to be certified

25    by the Underwriters Laboratory?
```

1           MR. MOORE:  Objection, form, lacks

2      foundation.

3      A     I do not know.

4  BY MR. LEVIN:

5      Q     Do you know whether the board involved is

6  DragonBoard?

7      A     I don't understand you.

8      Q     What was the designation of the board that

9  was involved in BNBM's shipment to the United States?

10          MR. MOORE:  Objection, form.

11     A     BNBMG was only an agent of BNBM in three

12  transactions exporting plasterboard to the United

13  States in the period of 2005.  I do not remember the

14  specific destinations.

15  BY MR. LEVIN:

16     Q     Are you aware that to sell board in the

17  United States, it must meet special specifications for

18  U.S. sales?

19          MR. MOORE:  Objection, form, no

20      foundation.

21     A     I do not know.

22  BY MR. LEVIN:

23     Q     The English version that I have states, and

24  I ask you whether this is true, that -- in words or

25  substance, "This move," the selling of all this board

Confidential - Subject to Further Confidentiality Review

1    to the United States, "effectively eased the situation

2    that the gypsum board market became saturated in

3    China."

4        A    That's what the document says.

5        Q    Well, is that what you knew was the

6    situation at that point in time?

7        A    I don't recall.

8        Q    And it goes on to say that, "In two years

9    afterwards, large numbers of BNBM's gypsum board

10   entered the United States market."  Are you aware of

11   that?

12               MR. MOORE:  I'm going to object,

13          Counsel -- excuse me, before you translate.  If

14          you could couch your questions, as you have

15          been, as to what -- is it in the Chinese

16          document, I think that's all he can do.

17               MR. LEVIN:  Well, unless he remembers

18          independently what I'm saying.

19               MR. MOORE:  Well, yeah, but you're

20          quoting from the document, and I just want to

21          make sure that we're clear on the record that

22          he's -- he only can look at the Chinese version.

23          The way you were handling it before was fine.

24          You said, "Do you see that in the document?"  I

25          don't have a problem with that.

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. LEVIN:

 2       Q     On the instructions of your counsel --

 3              MR. MOORE:  I'm not instructing.  I'm

 4         just suggesting.

 5   BY MR. LEVIN:

 6       Q     -- do you see in the document that it says,

 7   "In two years afterwards, large numbers of BNBM's

 8   gypsum board entered the United States market"?

 9       A     That's what the paper says.

10       Q     Okay.  And are you, sir, aware of that,

11   other than from reading the document?

12       A     I do not know.

13       Q     Do you also see in the document that it

14   says, "BNBM Group also sent special people to the

15   United States to take charge of the sales work"?

16       A     That's what the paper says.

17       Q     Are you aware of that, sir?

18       A     I do not know.

19       Q     Did you discuss these facts with anybody at

20   BNBM Group before you came here for the deposition so

21   that you could prepare adequately for my questioning

22   at this deposition?

23              MR. MOORE:  Object to the form of the

24         question.  There's no foundation for that

25         question.
```

Confidential - Subject to Further Confidentiality Review

```
 1      A      Before I came for the deposition, I had

 2   adequate discussions with relevant personnel in

 3   BNBM Group, but I do not know what you meant by the

 4   truth.

 5   BY MR. LEVIN:

 6      Q      Did you have discussions with relevant

 7   personnel as to the employees of BNBM Group that went

 8   to the United States to facilitate the work that was

 9   being done, as evidenced by this document?

10             MR. MOORE:  Objection, lacks foundation.

11      A      I have inquired Mr. Y-U, X-U-A-N-F-E-N-G

12   regarding whether people were sent to the United

13   States for business.  He told me no.

14   BY MR. LEVIN:

15      Q      Well, this document comes from BNBM Group's

16   files and was provided to us.  Do you have reason to

17   disbelieve what this document says with regard to

18   people coming to the United States to take charge of

19   the sales work?

20      A      I would rather believe the special

21   interviews that I have held with my colleagues during

22   the process of this deposition.

23      Q      Now, you --

24      A      I'm sorry.  I believe what they have told me

25   are the facts.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q     Well, you mentioned "colleagues," and you

 2   mentioned "they."  Is that more than just the salesman

 3   that you interviewed?

 4               MR. MOORE:  Objection, form,

 5        misconstrues his prior testimony.

 6      A     During the deposition, I had interviewed

 7   more than two of my colleagues with each time the

 8   attorneys were present.

 9   BY MR. LEVIN:

10      Q     Who were your colleagues that you

11   interviewed?  What are their names?

12      A     For example, L-I, Y-U-A-N.  Y-U,

13   X-U-A-N-F-E-N-G --

14      Q     Spell that second one, please.

15      A     Y-U, space, X-U-A-N-F-E-N-G.

16               W-E-I, C-H-U-N-S-H-E-N-G.

17      Q     C-H-U-N?

18      A     S-H-E-N-G.

19      Q     H-E-N-G?

20      A     S-H-E-N-G -- S-H-A-N, rather.

21      Q     Who is Li Yung?  That would be the first

22   one, if I pronounced it incorrectly.

23      A     That's Li Yuan.

24      Q     What does he do at the company?

25      A     Madam Li Yuan is the general CPA.
```

Confidential - Subject to Further Confidentiality Review

1      Q      And what did she tell you about BNBM and

2    BNBM Group's involvement in BNBM America?

3      A      I'd like to consult my attorney.  If my

4    attorney was present, do I still need to explain to

5    Mr. Levin?

6                  MR. LEVIN:  Consult your attorney.

7                  MR. MOORE:  If these are facts that you

8          obtained as part of your investigation to be a

9          30(b)(6) witness, you may disclose those facts

10          in the deposition as long as you don't disclose

11          any legal advice given to you by the lawyers.

12      A      All right.  Li Yuan and I did not discuss

13    the status related to BNBM America.

14    BY MR. LEVIN:

15      Q      The second person that you mentioned, Yu

16    Xuanfeng, did I pronounce it correctly?

17      A      Your pronunciation is not accurate, but I

18    know who you're referring to.

19      Q      Good.  You call me Levin, Levine, Levine or

20    Levin.

21      A      In Chinese, we call you "Lie-win"

22    [phonetic].

23      Q      Well, I'm sure I'll hear that again from my

24    colleagues.

25                  (Laughter.)

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. LEVIN:

 2       Q     What did -- did you discuss with that

 3   gentleman anything involving BNBM of America?

 4       A     First of all, there is very good inference

 5   of the Chinese name, Mr. Levin.

 6             Number two, I've discussed with both

 7   of them regarding BNBM America.

 8       Q     And what did you discuss?

 9       A     I inquired them relevant questions.

10       Q     Okay.

11       A     The preparation was done according to the

12   requirements of the deposition.

13       Q     What relevant questions did you discuss with

14   them?

15       A     Should I give you examples?

16       Q     Certainly.

17       A     For example, I've asked Yu Xuanfeng whether

18   special personnel was sent to America for the

19   operation.  For example, I've asked Wei Chunshan what

20   are the goods BNBM America sells.

21       Q     What did they tell you?

22             MR. MOORE:  Objection, asked and

23         answered.

24       A     For the first answer Yu Xuanfeng gave was

25   no.  Wei Chunshan told me it would mainly be stone
```

Confidential - Subject to Further Confidentiality Review

```
 1   materials.

 2   BY MR. LEVIN:

 3       Q    Okay.  So that I'm absolutely clear, despite

 4   this document produced by BNBM Group, stating that

 5   special people were sent to the United States for

 6   sales work, your investigation with these three

 7   individuals indicated to you that that's not true?

 8       A    Correct.

 9       Q    Sir, you've seen Exhibit 2, which has been

10   marked as Exhibit 144-1.

11            MR. LEVIN:  Could you hand it to the

12        witness?

13       A    Thank you.

14   BY MR. LEVIN:

15       Q    Now, the officers of American -- of

16   BNBM America are listed on that document.  The first

17   officer is Yu Xuanfeng.  It's my understanding that

18   you did ask him questions, did you not?

19            THE INTERPRETER:  The interpreter --

20   BY MR. LEVIN:

21       Q    -- concerning BNBM America?

22            THE INTERPRETER:  The interpreter would

23        like to clarify a spelling with deponent.

24       A    The spelling on this English document is

25   incorrect, so I'm not sure if this is the same person.
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. LEVIN:

 2       Q     Well, is it close enough to the spelling

 3   that you gave me of the individuals that you

 4   interviewed concerning BNBM America?

 5               MR. MOORE:  Objection, form.

 6       A     Close.

 7   BY MR. LEVIN:

 8       Q     Did you interview Mr. Song, Chairman Song,

 9   concerning whether special employees were sent to the

10   United States with regard to sales work for BNBMG?

11               MR. MOORE:  Objection, asked and

12         answered.

13       A     No.

14   BY MR. LEVIN:

15       Q     Did you interview Mr. Cao whether -- Cao

16   Jianglin, whether special employees were sent to the

17   United States with regard to sales work for BNBMG?

18               MR. MOORE:  Objection -- object to the

19         form, asked and answered.

20       A     No.

21   BY MR. LEVIN:

22       Q     Does Cao Jianglin use an English name when

23   he deals with English-speaking people?

24       A     I don't know.

25       Q     Do you know him as Bruce Lee?
```

Confidential - Subject to Further Confidentiality Review

```
1      A     Yes.

2      Q     And when does he use the term "Bruce Lee"?

3      A     I don't know.

4      Q     Do you know how he picked that name?

5      A     You mean X-I-A-O-L-O-N-G, last name, L-E-E?

6            THE INTERPRETER:  This is the

7       interpreter speaking --

8  BY MR. LEVIN:

9      Q     Bruce, B-R-U-C-E --

10           THE INTERPRETER:  -- Xioalong Lee is

11      Chinese name of Bruce Lee.

12  BY MR. LEVIN:

13     Q     When does he use the term "Bruce Lee"?

14     A     All the movies that I have watched had his

15  name spelled X-I-A-O-L-O-N-G, last name, L-E-E.

16     Q     Do you know when he calls himself Bruce Lee

17  in a commercial context?

18     A     I don't know.  I've never seen him.

19           MR. MOORE:  Off the record a minute.

20           MR. LEVIN:  Hold.

21           MR. MOORE:  I think I --

22           MS. ROBERTSON:  I think we have --

23           (Conference out of the hearing of the

24            reporter between Ms. Robertson and

25            Mr. Moore.)
```

Confidential - Subject to Further Confidentiality Review

1                MR. MOORE:  Right, confusion.

2    BY MR. LEVIN:

3        Q    I'm not referring to anybody in motion

4    pictures.

5                THE INTERPRETER:  Oh, I'm sorry.

6    BY MR. LEVIN:

7        Q    What I would like to know is whether the

8    gentleman uses the name Bruce Lee as his name when he

9    deals in a commercial context with English-speaking

10   individuals.

11               MR. MOORE:  Could you say which

12        gentleman, so we're clear?

13               MR. LEVIN:  Cao Jianglin.

14       A    I don't know.

15   BY MR. LEVIN:

16       Q    In preparation for this deposition, have you

17   read the deposition transcript of Wood Nation?

18       A    No.

19       Q    Do you know who Wood Nation is?

20       A    It's an American company.

21       Q    Did BNBMG deal with them?

22       A    I don't recall.

23       Q    Do you have an English name?

24       A    Yes.

25       Q    What is it, sir?

```
 1      A      Y-A-M-I-C, Yamic.

 2      Q      Y-A-M?

 3      A      I-C.

 4      Q      How did you pick that name?

 5      A      My younger brother picked the name for me.

 6  He's a college English teacher.

 7      Q      That's a little too much knowledge.

 8             I'm going back -- I do not have a

 9  younger brother that teaches Chinese at college.

10      A      I only have one younger brother.

11      Q      Although sometimes we say he speaks Chinese

12  to us.

13             Sir, getting back to 245, Exhibit 245,

14  the document states, "BNBM Group adopted the strategy

15  to sell them," referring to gypsum board, "in the

16  United States at low prices to solve the problem of

17  inventory overstock.  Thus the accounts receivable

18  mentioned above came into being."

19             Do you see that in the Chinese

20  document?

21      A      That's what the paper says.

22      Q      Do you have any independent knowledge of

23  that fact?

24      A      I don't know whether it's a fact or not.

25      Q      Does your corporation that you represent
```

Confidential - Subject to Further Confidentiality Review

1    here today as a 30(b)(6) witness know whether that's a

2    fact or not?

3        A      As the corporation witness, the fact that I

4    know is that BNBM Group has BNBM America as account

5    receivable.

6        Q      But do you know, sir, whether they sold at

7    very low prices to unload their inventory overstock on

8    the American market?

9        A      That's what the paper says.

10       Q      Do you see that in the paper?

11       A      I see that's what the paper says.

12       Q      Well, did you explore that with the people

13   that you spoke to in order to prepare for this

14   deposition that you mentioned 10, 15 minutes ago?

15       A      I've already explained to Mr. Levin the

16   relevant content of the interviews I have conducted

17   for the deposition.

18       Q      Did anybody ever tell you that they unloaded

19   their inventory at low prices to get rid of their

20   overstock at BNBM?

21       A      No.

22       Q      Was selling in the American market

23   beneficial to BNBM and/or BNBM Group?

24               MR. MOORE:  Objection, compound and

25          lacks foundation.

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. LEVIN:  Okay.  I'll split it.

 2          There's been an objection, and I will withdraw

 3          the question.

 4   BY MR. LEVIN:

 5       Q     Did anybody ever tell you that -- strike

 6   that.

 7                    Was selling in the American market

 8   beneficial to BNBM?

 9                    MR. MOORE:  Objection, form, lacks a

10          time frame and lacks foundation.

11       A     Are you asking me to speculate the status of

12   another company?

13   BY MR. LEVIN:

14       Q     I'm asking you to tell me whether BNBM found

15   it beneficial to unload their overstock inventory in

16   the United States.

17                    MR. MOORE:  Same objection, and also

18          object to form as calling for speculation.

19       A     During the deposition, I'm not able to

20   speculate the action of another company.

21   BY MR. LEVIN:

22       Q     Okay.  Let's talk about your company.  Was

23   selling in the American market beneficial to BNBMG?

24                    MR. MOORE:  Objection, vague, lacks time

25          frame.
```

1      A      I hope you can give me a specific time frame

2  or ask the question as an assumption.

3  BY MR. LEVIN:

4      Q      The time frame is the time frame listed in

5  the document that I've shown you as Exhibit 245.

6               MR. MOORE:  Objection, form.

7      A      To my knowledge, BNBM Group sold goods to

8  BNBM America, thus formed account receivable.  That's

9  a fact.

10  BY MR. LEVIN:

11      Q      The facts and the sales that are referred to

12  in this report, is that what gave rise to the accounts

13  receivable by -- that BNBMG carries on its books from

14  BNBM?

15               MR. EAGAN:  I object to form.

16               MR. MOORE:  Object to form, asked and

17      answered.

18      A      I think I've already clarified my answer.  I

19  disagree with the fact that you have just stated.

20  BY MR. LEVIN:

21      Q      Even though the fact is stated in a document

22  provided to me by BNBMG?

23               MR. MOORE:  Objection, lacks foundation.

24      A      I respect the facts as I have described

25  during the deposition, that's BNBMG had sold goods to

 1    BNBM America, thus had formed account receivable.

 2    BY MR. LEVIN:

 3        Q    Now, if you turn to the machine translation,

 4    I have been informed that there is such a term as

 5    "metadata," and I'm happy to know that term.  And

 6    could you tell me what date that metadata states?  It

 7    says "Created."

 8              MR. MOORE:  Objection, form.

 9        A    I don't know the meaning of that word.

10    BY MR. LEVIN:

11        Q    Do you see the date there?  Let me help you.

12    I read Friday, January 21st, 13:51 hours, the year

13    2011.

14              MR. MOORE:  Object to form, incomplete

15         characterization of the document.

16        A    I see the date on that paper.

17    BY MR. LEVIN:

18        Q    What date is it?

19        A    January the 21st, 2011, at 13:51 hours.

20              MR. LEVIN:  Okay.  Let's take five, and

21         we'll go into another area.

22              MR. MOORE:  Okay.

23              THE VIDEOGRAPHER:  The time now is

24         1:47 p.m.  We are off the record.

25              (Recess taken, 1:47 p.m. to 2:16 p.m.)

Confidential - Subject to Further Confidentiality Review

```
1              THE VIDEOGRAPHER:  This begins Disc 5 of
2         today's deposition.  The time now is 2:16 p.m.,
3         and we're back on the record.
4              MS. DUGGAN:  We have a set of four
5         documents that we're going to present to the
6         witness, and I'm just going to describe them for
7         the record.
8              (BG:7/15/15-7/18/15 Exhibit 219 marked.)
9              MS. DUGGAN:  The first document is
10        Exhibit 219.  This is a PSC translation of
11        BNBM(Group)-E-0008555.  Following the PSC's
12        translation is a machine translation provided by
13        BNBM Group and a document in Chinese with Bates
14        BNBM(Group)-E-0008555.  Counsel for BNBM Group
15        has not had an opportunity yet to review the
16        PSC's translation.
17             We'll provide a copy of this Exhibit 219
18        to the witness, a copy to the interpreter and a
19        copy to all counsel.
20             (BG:7/15/15-7/18/15 Exhibit 212 marked.)
21             MS. DUGGAN:  The second document is
22        Exhibit 212.  This document was produced by a
23        third party pursuant to a subpoena in this
24        litigation.  The Bates is Great_Western_002
25        through 0027.  This document was made available
```

Confidential - Subject to Further Confidentiality Review

1          to all defendants in this litigation previously.

2               (BG:7/15/15-7/18/15 Exhibit 213 marked.)

3               MS. DUGGAN:  The third document is

4          Exhibit 213, consists of one page, produced by

5          Davis Construction, a third party, pursuant to a

6          subpoena in this litigation, Bates

7          number 000374.  This document was previously

8          made available to counsel for defendants.

9               We're going to present the witness, as

10         well as the interpreter and counsel for all

11         parties, with Exhibits 212 and 213.

12              (BG:7/15/15-7/18/15 Exhibit 246 marked.)

13              MS. DUGGAN:  The fourth document is

14         Exhibit 246.  It was produced by BNBM Group in

15         this litigation.  It contains Bates

16         BNBM(Group)-E-0019345 through 9347.  The

17         document is in English.

18              MR. LEVIN:  Do we have a stipulation as

19         to these four documents, Mike?

20              MR. MOORE:  Well, let me look at them,

21         Arnold, and see.  Let me see if I can -- well, I

22         can't --

23              MR. LEVIN:  First -- the second three,

24         not the first.

25              (Telephonic interruption.)

Confidential - Subject to Further Confidentiality Review

```
1              MR. MOORE:  We can stipulate -- tell me

2         if I'm missing something here, but we can

3         stipulate that BNBM(Group) document E-0008555 is

4         authentic and a business record of BNBM.

5              We can --

6              MR. LEVIN:  Oh, wait, wait.  I don't

7         think you've translated this document as yet, so

8         you're stipulating as to the Chinese, and we'll

9         leave the English open to be red-lined, if it

10        has to be.  See, I did your job.

11             MR. LIAO:  That's correct, right, just

12        this Chinese.

13             MR. MOORE:  Yeah, I just read that Bates

14        number --

15             MR. LIAO:  Yeah, you read the Bates

16        number.

17             MR. MOORE:  Just that second page.

18             And then we can stipulate to

19        Exhibit 246, which is BNBM(Group)-E-0019345

20        through 347, as authentic business records of

21        BNBM Group that came from our files and

22        production in this case.

23             MR. LEVIN:  Wait, I'm having difficulty.

24             (Conference out of the hearing of the

25             reporter.)
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. LEVIN:  Okay.  Go ahead.

 2              MR. MOORE:  That's it.  The other are --

 3         appear to be third-party documents that I have

 4         no way of knowing.

 5              MR. LEVIN:  Let's go off the record.

 6              MR. MOORE:  Sure.

 7              THE VIDEOGRAPHER:  The time now is

 8         2:21 p.m.  We're off the record.

 9              (Discussion off the record.)

10              THE VIDEOGRAPHER:  The time now is

11         2:23 p.m.  We're back on the record.

12    BY MR. LEVIN:

13         Q    Sir, I'd like you to look at Exhibit 219,

14    and look at the Chinese in that exhibit.  That's a

15    document that says "Flowchart for Approval of BNBM

16    Important Contracts."

17         A    Yes.

18         Q    Have you ever seen this document before?

19         A    No.

20         Q    Looking at it, do you know the subject

21    matter of that document?

22         A    I see the content of it.

23         Q    Well, could you describe this document and

24    how it's used in the ordinary course of your business?

25         A    The document that I see is a document from
```

1    another company.  I do not know how it is used in the

2    ordinary course of business of another company.

3         Q    The other company being BNBM PLC?

4         A    Yes, it is what is -- what it says on top of

5    this page.

6         Q    Well, this document was produced in this

7    litigation by your company, Group.

8         A    I don't know.

9         Q    It says "Flowchart for Approval of BNBM

10   Important Contracts."  Is that -- do you see that in

11   Chinese?

12        A    Yes.  It reflects a flowchart for approval

13   of BNBM important contracts.

14        Q    And does it direct BNBM Group to do things

15   in a certain manner?

16             MR. MOORE:  Objection, form.

17        A    This is your speculation.  I do not make

18   judgment on other companies' documents.

19   BY MR. LEVIN:

20        Q    Were you shown this document in preparation

21   for this deposition?

22        A    I don't recall.

23        Q    Do you see where the document indicates

24   "International Business Department"?

25        A    Yes.

Confidential - Subject to Further Confidentiality Review

1      Q      Whose international business department is

2    that, BNBM's or BNBM Group?

3      A      Other company does not have the right to put

4    our company's name on the documents they produce.

5      Q      Are you referring to where the document

6    says, in words or substance, "On the matter of

7    exporting gypsum board to the United States by the

8    Group on behalf of Public Limited Company," that

9    that's what you refer to as the other company not

10   having the authority to put your name on the document?

11                MR. MOORE:  Objection -- I'm sorry.  Go

12          ahead.

13                (Translation.)

14                MR. MOORE:  Objection, form.

15     A      Mr. Levin, you have misunderstood me.  This

16   is a form that came from another company.  The

17   departments listed on it can only be that of other

18   company's departments.  Of course I've noticed its

19   description.  Included there says regarding the group

20   representing the share to export American Gypsum board

21   issue.  This is exactly what I have expressed to you

22   during the deposition.

23                MR. MOORE:  Mr. Levin, Arnold, I don't

24          think he has to leave for this because I don't

25          think it's that critical, but she translated

1          "Public Limited Company," I think, as "share."

2               THE INTERPRETER:  That's -- this is the

3          interpreter speaking.  That's exactly what the

4          Chinese document says.  It can infer to as

5          public listed company, but that's what the

6          document says.  I cannot infer.

7               MR. MOORE:  Okay.  All right.  Thank

8          you.

9               THE INTERPRETER:  You're welcome.

10  BY MR. LEVIN:

11     Q    Can you read the Chinese where it -- under

12  the block that says "Specific Description"?  Yeah.

13  Well, next to the "Specific Description," here

14  (indicating).

15     A    "Regarding the Group representing the share

16  to export American gypsum board issue, please follow

17  the English version of the shipping contract, while

18  the Chinese translation is only for reference."

19     Q    And does it refer to the carriage of goods

20  by sea contract?

21     A    From the face of the document, that's

22  correct.

23     Q    Does BNBMG follow these instructions from

24  BNBM PLC?

25               MR. MOORE:  Object to form, no

Confidential - Subject to Further Confidentiality Review

1          foundation.

2      A      Are you talking about the blank form?

3   BY MR. LEVIN:

4      Q      Yes.

5              MR. MOORE:  Same objection.

6      A      I don't know.

7   BY MR. LEVIN:

8      Q      Have you ever seen this form before in the

9   files of BNBMG?

10     A      I don't recall.

11     Q      Let's look at 246 -- well, it's not 246.

12  What is it on the...

13              I show you Exhibit 246, sir, and the

14  Bates number is 19345 and 19346 and 19347.  Have you

15  seen this document before?

16     A      I don't recall.

17     Q      Looking at the document, could you tell me

18  what it is?

19     A      I will need the translation.

20     Q      This document came from BNBM Group's file.

21  Does BNBM Group use English-language documents in

22  connection with sales to the United States?

23              MR. MOORE:  Object to form, lack of

24       foundation, misconstrues his prior testimony.

25     A      I don't want to speculate.

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. LEVIN:

 2       Q     But --

 3       A     I'm sorry.  Between BNBMG and America, if

 4   I'm not mistaken from reading of the document, it says

 5   January 2006.  It should still be those three

 6   transactions as the agent of the exporting.

 7       Q     Okay.  On Exhibit 246, do you recognize the

 8   company that it says "Sold to:  Messrs. Wood

 9   Nation Inc."?

10       A     I don't recognize the company.

11             MR. LEVIN:  Off the record.

12             THE VIDEOGRAPHER:  The time is 2:39 p.m.

13        We're off the record.

14             (Discussion off the record.)

15             THE VIDEOGRAPHER:  The time now is

16        2:39 p.m.  We're back on the record.

17   BY MR. LEVIN:

18       Q     Do you see on Exhibit 246, the top of the

19   document says "BNBM"?

20       A     I see these four letters.

21       Q     Do you know why they're there?

22       A     You want me to speculate?

23       Q     If you want to.

24       A     I do not want to.

25       Q     Well, was it a BNBM product that was
```

1    involved in this?

2        A      I need the Chinese version.

3        Q      During that time period reflected in this

4    document, what company was located at No. 16 West

5    Road, Haidian District, Beijing?

6        A      At the time, BNBM Group was located in that

7    address.

8        Q      It says the address of the beneficiary was

9    Beijing New Building Materials Co., Limited.  Is that

10   BNBM Group?

11               MR. MOORE:  Objection, asked and

12          answered.

13               THE INTERPRETER:  Interpreter needs to

14          clarify with deponent.

15               (Translation.)

16               MR. MOORE:  I object to all questions

17          relating to Exhibit 246 because it is in English

18          and not in Chinese.  I think that creates

19          confusion, and the witness has made it clear

20          that he needs the Chinese version.  Therefore, I

21          object to the entire line of questions

22          concerning Exhibit 246.

23               MR. LEVIN:  I'd like to ask counsel:  Is

24          there a Chinese version of this document?

25               MR. MOORE:  I'm not aware of one.  You

Confidential - Subject to Further Confidentiality Review

```
1            certainly had the opportunity to translate it,

2            if you wanted to, as you've done with other

3            documents.

4                   THE INTERPRETER:  This is the

5            interpreter speaking.  The interpreter did not

6            have the opportunity to interpret the answer of

7            the deponent.

8                   MR. LEVIN:  Yes.

9                   THE INTERPRETER:  Would you like that

10           answer?

11                  MR. LEVIN:  Would you, please?

12      A     If there is such a wording as

13   "incorporated," then that must be referring to BNBM.

14                  THE INTERPRETER:  May the interpreter

15           clarify with deponent?

16                  MR. MOORE:  Object to all questions --

17                  (Translation.)

18                  MR. LEVIN:  Go ahead.

19                  MR. MOORE:  Object to all questions on

20           Exhibit 246 for the reasons previously stated.

21                  MR. LEVIN:  Do we have part of an answer

22           coming, still, or are we finished?

23                  THE INTERPRETER:  It's finished.

24                  MR. LEVIN:  Okay, Sunny.

25   BY MR. LEVIN:
```

Confidential - Subject to Further Confidentiality Review

```
1        Q      This document, 246 that your counsel

2    objected to, is in English and came from your files;

3    that is, the files of BNBM Group.

4                  Who at BNBM Group, today, would be

5    able to answer my questions about English documents in

6    your files?

7        A      I don't know.

8        Q      Well, is there somebody in your

9    organization, your company, your business, that

10   creates documents in English when sales are made or

11   transactions are made with English-speaking nations?

12                  MR. MOORE:  Object to form.

13       A      Yes.

14   BY MR. LEVIN:

15       Q      And who would that be, sir?

16       A      Do I also need to give you examples?

17       Q      Give me examples.

18       A      For example, X-I-A-O, space, Y-U-E-N-A-N.  I

19   know his English is not bad.

20       Q      Well --

21       A      But is it related to the content of our

22   deposition?

23       Q      Yes.

24                  MR. MOORE:  Is the time period now in

25          this question?
```

Confidential - Subject to Further Confidentiality Review

1          MR. LEVIN:  The time period is now with

2       reference to the documents then.  In other

3       words, who would help me with 246, if I wanted

4       to know what it said.

5          MR. MOORE:  Okay.  Today.

6    A    Are you saying that you need BNBMG to

7  provide a translation?

8  BY MR. LEVIN:

9    Q    An English-speaking employee or operative of

10  BNBMG who could read 246 in English and answer my

11  questions.

12          MR. MOORE:  Object to form, calls for

13       speculation.

14          THE INTERPRETER:  The interpreter needs

15       to clarify with deponent.

16    A    There are employees who are, as such, an

17  English understanding that can read this document, but

18  I come here to specifically answer your question as

19  company's witness.

20  BY MR. LEVIN:

21    Q    Are these employees that could interpret

22  these documents -- do they prepare documents in

23  English?

24    A    I don't know.

25    Q    Do you have English typewriters, or there's

1    no such thing as a typewriter anymore?  Boy, do I show

2    my age.

3                MR. MOORE:  Object to form.

4        A    I'm in charge of the company's daily

5    affairs.  I'm not sure whether our company has English

6    typewriter or not.

7    BY MR. LEVIN:

8        Q    Do you have English keyboards on your

9    word-processing equipment?

10       A    As far as I know, English keyboard is a

11   unified keyboard, globally.

12       Q    What's that mean?  Could you explain that

13   answer to me?

14       A    Are you asking about English keyboard?

15       Q    Yes, I am.

16       A    All keyboards that I have access to are

17   English keyboards.

18       Q    With English letters on them?

19       A    Just like this computer (indicating).

20       Q    Who at your facilities prepares documents

21   utilizing the English keyboard?

22       A    Everyone who prepares documents uses English

23   keyboard.

24       Q    Can you read the documents that are produced

25   by the English keyboard?

Confidential - Subject to Further Confidentiality Review

 1      A     I input Chinese utilizing English keyboards.

 2      Q     Let's look at Exhibit 212.  Sir, are you

 3   familiar with documents such as this document that

 4   bear the heading "Beijing New Building Materials Co.,

 5   Limited"?

 6            MR. MOORE:  I object to the form of the

 7         question as to any -- I'm sorry, object to the

 8         form of the question as to any questions to the

 9         witness with respect to an English document

10         that's not been translated.

11            MR. LEVIN:  Well, he could recognize the

12         document.

13            MR. MOORE:  I have the same objection.

14      A     I only see BNBMG in Chinese characters on

15   this document.

16   BY MR. LEVIN:

17      Q     Do you recognize the company

18   Great Western -- strike that.

19            Are you familiar with the company

20   Great Western Building Materials?

21      A     I'm not familiar with it.

22      Q     Never heard of it?

23      A     I don't recall.

24      Q     Could you look at who signed that particular

25   document?  And that's not signed in English, it's

1    signed in Chinese, so maybe you can help me.

2        A      It was not written in formal Chinese

3    character; therefore, I'm not able to identify.

4        Q      Is that your company's stamp?

5        A      The characters of our company appear on the

6    face of the document, but I'm not sure.

7        Q      Why would your company stamp a Beijing New

8    Building Materials Co., Limited document?

9        A      I don't know.  You have seen how our

10   company's special contract seal looks like during the

11   process of deposition in the morning.

12       Q      So is it your testimony this is not your

13   company seal?

14       A      I'm not sure.  What I'm saying is, I have

15   often seen the seal that was placed on the document

16   that you saw this morning.  And now, from the face of

17   the document, I can barely recognize the Chinese

18   characters of --

19       Q      Well, maybe this can help you.  Let's look

20   at Exhibit 213 -- I'm sorry.

21       A      -- "Beijing New Building Materials Company,

22   Limited."

23              THE INTERPRETER:  Interpreter needs to

24        clarify with deponent.

25              (Translation.)

Confidential - Subject to Further Confidentiality Review

1           THE INTERPRETER:  The interpreter would

2       like to make a correction:  Beijing New Building

3       Material Company, Limited Group.

4   BY MR. LEVIN:

5       Q    Sir, I show you Exhibit 213.  Have you ever

6   seen this document before?

7       A    I don't recall.

8       Q    Do you see on the top of the document the

9   stamp "BNBM," just like we saw on a prior document,

10  Exhibit 246?

11      A    Stamp "BNBM"?

12      Q    No.  Written on the top of the document,

13  "BNBM."

14      A    Yes, I see it.

15      Q    Now, are you familiar with the company EAC &

16  Sons Corporation?

17      A    I'm not familiar.

18      Q    Never heard of it?

19      A    I don't recall.

20      Q    Did you review the sales of the BNBM product

21  and your company's -- strike that.

22           Did you review the sales of BNBM

23  products before -- to United States companies before

24  this deposition?

25           MR. MOORE:  By "BNBM," are you referring

Confidential - Subject to Further Confidentiality Review

1          to PLC?

2                    MR. LEVIN:  PLC.

3                    MR. MOORE:  Thank you.

4                    THE WITNESS:  I'd like Mr. Levin to

5          clarify the question.

6                    MR. LEVIN:  Is there an answer?

7                    MR. MOORE:  No, he asked you to clarify

8          the question.

9   BY MR. LEVIN:

10     Q     What is it that you don't understand about

11   the question?

12     A     I don't understand your sentence.

13     Q     Did you review, as the 30(b)(6) witness,

14   your corporate representative for BNBM Group, the

15   product that BNBM PLC sold to the United States?

16                    MR. MOORE:  Objection to form, vague.

17     A     During the process of preparing for the

18   deposition, I have reviewed a large amount of

19   documents.  I would like you to specify --

20   BY MR. LEVIN:

21     Q     Did you review --

22     A     -- what specific document you are asking me

23   whether I have reviewed or not.

24     Q     Did you review documents concerning product

25   delivered to Wood Nation Inc. in Tampa, Florida?

 1      A     I don't recall.  I don't have a good reading

 2  capability when it comes to English documents.

 3      Q     Did you review documents concerning delivery

 4  of product to EAC & Sons Corporation in Kissimmee,

 5  Florida?

 6      A     I don't recall.

 7      Q     Did you review documents concerning product

 8  delivered to Great Western Building Materials in

 9  Oxnard, California?

10      A     Do you have the Chinese version?

11      Q     I'm using documents provided to me by your

12  company, a Chinese company in Beijing, in English.  So

13  I'm handing you your own company's documents and

14  asking you the questions, sir.

15              MR. MOORE:  Object.  That's not their

16        own company's document.

17              MR. LEVIN:  You're right.

18              MR. MOORE:  It's a third-party document.

19              MR. LEVIN:  You're right.  I withdraw

20        that question.  There's no question pending.

21  BY MR. LEVIN:

22      Q     I show you Exhibit 213 and ask you if you --

23  if you recognize that stamp in Chinese at the bottom

24  of that document.

25      A     I have the same document that you had

Confidential - Subject to Further Confidentiality Review

```
1    already given to me.

2        Q      Look at that stamp.

3        A      Is that a stamp?

4        Q      I think so.

5        A      I don't know.

6        Q      Could you read me the Chinese on that stamp?

7               MR. MOORE:  Objection, form, no

8           foundation.

9        A      I'm not sure whether this is a stamp or not.

10   BY MR. LEVIN:

11       Q      Just read the Chinese --

12       A      What I see is the Chinese character of

13   Beijing New Building Materials Group Company, Limited.

14       Q      That's your company, is it not?

15       A      Yes.

16       Q      And who signed it?

17       A      The signature is not formal.  I do not know.

18               MR. MOORE:  Arnold.

19               MR. LEVIN:  One more.

20               MR. MOORE:  Sure.

21   BY MR. LEVIN:

22       Q      Let's look at --

23               MR. LEVIN:  I know I've gone a long

24           time.

25   BY MR. LEVIN:
```

 1     Q     Let's look at Exhibit 212.  And look at what

 2  I've referred to as a stamp and what you refer to as

 3  "I don't know," and tell me what it says in Chinese.

 4             MR. MOORE:  I object to the form of the

 5         question.  I would object to the sidebar and

 6         would ask counsel to rephrase the question.

 7  BY MR. LEVIN:

 8     Q     Do you see the -- do you see the

 9  Chinese-language statement on the document?

10     A     Yes.

11     Q     And what does it say, sir?

12     A     It used to be a name of our company.

13     Q     What's the -- read it.

14     A     Beijing New Material Group Company, Limited.

15     Q     And who signed it?

16     A     I don't know.

17             MR. LEVIN:  Okay.  We'll take -- yeah,

18         we'll take a break now.

19             THE VIDEOGRAPHER:  The time now is

20         3:12 p.m.  We're off the record.

21             (Recess taken, 3:12 p.m. to 3:40 p.m.)

22             THE VIDEOGRAPHER:  This begins Disc 6 of

23         today's deposition.  The time now is 3:40 p.m.

24         We're back on the record.

25             MS. DUGGAN:  The plaintiffs are going to

1          introduce into the record in this deposition a

2          document that was previously marked as

3          Exhibit 138 during the deposition of BNBM PLC.

4                This is a statistical spreadsheet of

5          gypsum boards exported to the U.S. in the year

6          2006 by the international business department,

7          and the front of the document is a translation

8          of the PSC of BNBMPLC-E-0029161 in native

9          format.

10               Following the translation is a machine

11         translation provided by counsel for BNBM PLC,

12         and then third is the document produced in

13         native format by BNBM PLC with Bates 29161, and

14         it's a single page.

15               MR. MOORE:  We will -- I'm happy for

16         that to come into the record, as it did in

17         the -- we looked back at the PLC deposition, and

18         it's a PLC document, not a Group document, but

19         it could come in just the way it did in the PLC

20         deposition.  Is that okay?

21               MR. LEVIN:  That's fine, yeah.

22               MR. MOORE:  Okay.

23               MR. LEVIN:  Is that on the record?

24               MR. MOORE:  We can put it on the record.

25         I just want to be consistent with what Barr did.

```
 1                MR. LEVIN:  Oh, it is on the record.

 2                MR. MOORE:  Oh, it is?

 3                MR. LEVIN:  Yeah.

 4                MR. MOORE:  Okay.

 5                MR. LEVIN:  Okay.  What's the document

 6         number, 228?  228.

 7                (BG:7/15/15-7/18/15 Exhibit 228 marked.)

 8                MS. DUGGAN:  Plaintiffs are marking for

 9         identification Exhibit 228.  This is a partial

10         translation prepared by the PSC of

11         BNB(Group)-E-0031486 to 488.  Following the

12         PSC's translation is a machine translation

13         provided by BNBM Group, and then a document in

14         Chinese, Bates BNBM(Group)-E-0031486 to 488.

15                The PSC has highlighted in yellow on the

16         Chinese document the portion that was translated

17         by the PSC, and counsel for BNBM Group has not

18         yet had an opportunity to review the

19         translation, but will be able to red-line it

20         pursuant to our stipulation.

21                MR. MOORE:  My concern is, this may be a

22         privileged document.  This is the first time

23         I've seen it.  It deals with lawsuits and

24         reporting on the case, and I'm just looking at

25         one of the pages, "Suggestions for the Lawsuit."
```

Confidential - Subject to Further Confidentiality Review

```
 1                    So out of an abundance of caution, I'm

 2           going to invoke the procedures to claw back this

 3           document as being a privileged document, just

 4           based on some of the content that I see in it.

 5           I realize that we don't get no who prepared it,

 6           but --

 7                    MR. LEVIN:  Well, if you turn to the

 8           last -- third page in English, it indicates

 9           "General Management Department."

10                    MR. MOORE:  I know, but what I'm looking

11           at is -- I'm looking at the English part,

12           Section 2, "Report on the Case"; Section 3,

13           "Suggestion for the Lawsuit.  Our departments

14           suggest should work" -- I mean, I've got to be

15           careful on privilege, and just based on what I'm

16           seeing in the document, I think that this very

17           well could be a privileged document that needs

18           to be clawed back under Judge Fallon's pretrial

19           procedures.  And I'm going to --

20                    MR. LEVIN:  Well, when you say this

21           document does not deal with this litigation --

22                    MR. MOORE:  Well, if it deals with any

23           litigation, it's still a privileged document.

24                    MR. LEVIN:  It deals with litigation

25           that's over and consummated.
```

1           MR. MOORE:  Still privileged.

2           MR. LEVIN:  And it deals with how two

3      companies treated the litigation.

4           MR. MOORE:  I represent both companies

5      and whether the lawsuit is over or not, it does

6      not mean that the privilege is lost, and so,

7      therefore, my position is, is that out of an

8      abundance of caution, we're going to claw back

9      this document as a privileged document under the

10      pretrial procedures.  I just have to be careful

11      about it.

12           MR. LEVIN:  Could you tell who -- the

13      author of the documents are?

14           MR. MOORE:  No, I'm going strictly --

15      it's the first time I've seen it, and I'm going

16      strictly on content.  That's -- and I'm looking

17      primarily at page 3 of the English version,

18      "Report on Case" and "Suggestions for the

19      Lawsuit."  I just can't run any risk of waiving

20      privileges in this case.  I've got to be

21      extremely careful about that.

22           MR. ARPINO:  Let me ask you this --

23           MR. MOORE:  I think I've said what I

24      need to say.

25           MR. LEVIN:  Well, the group has prepared

Confidential - Subject to Further Confidentiality Review

```
1          a privilege log, haven't you?

2                MR. MOORE:  We have, and we just have to

3          add this to the privilege log.

4                MR. LEVIN:  Okay.

5                MR. MOORE:  We did prepare a privilege

6          log at great time and expense, but we'll claw

7          this back and add it to the log.

8                MR. LEVIN:  You know, I'm going to keep

9          the deposition open at the end of the

10         deposition, on other matters, but I especially

11         will keep the deposition open with regard to

12         this.

13               MR. MOORE:  I assume that you would keep

14         the deposition open, so I don't think it really

15         much -- you know, I think that's going to be the

16         case anyway, so we'll take the position the

17         deposition is closed, and then we'll just deal

18         with it later.

19               MR. LEVIN:  That's fine.

20               MR. MOORE:  I just can't take a chance

21         on this.

22               MR. LEVIN:  Let's go to the global

23         prospectus.

24               MR. MOORE:  Are we still on the record?

25               So I have removed from the witness that
```

```
 1        exhibit, so it doesn't get inadvertently

 2        attached to the transcript.

 3             MS. ROBERTSON:  I did not provide a copy

 4        to the court reporter.

 5             MR. MOORE:  Thank you.

 6             MS. DUGGAN:  Mr. Zhao, the plaintiffs

 7        previously marked in other depositions in this

 8        matter, Exhibit 3 and Exhibit 3A.  And

 9        exhibit -- we're going to provide a copy of

10        these to you to review.

11             Exhibit 3 is a global offering by China

12        National Building Material Company, Limited

13        dated March 13, 2006; and Exhibit 3A is a copy

14        of this document in Chinese.

15             MR. MOORE:  And, Sandy, remind me what

16        the status is of the translations on this, since

17        we've got all sorts of --

18             MS. DUGGAN:  The Chinese version and the

19        English version were produced in this litigation

20        by defendants, and they are public documents

21        that were published by CNBM.

22             MR. MOORE:  All right.  Okay.  I recall

23        that now.

24             MR. LEVIN:  From the Hong Kong Exchange.

25             MR. MOORE:  Right.  Thank you.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. LEVIN:  That may be -- it may be
 2         big, but it's going to be short.
 3              MS. DUGGAN:  I want to make one
 4         correction.  We downloaded these documents from
 5         the Hong Kong Stock Exchange website.  They were
 6         not produced to us.
 7              MR. MOORE:  Okay.  That's fine.
 8  BY MR. LEVIN:
 9    Q    Sir, are you familiar with that document?
10    A    I am familiar.
11    Q    Under what circumstances did you become
12  familiar with the document?
13    A    After CNBM became public listed company.
14              (Conference out of the hearing of the
15              reporter.)
16  BY MR. LEVIN:
17    Q    Okay.  And what did you learn, after CNBM
18  became a public company, concerning the reorganization
19  as it affected BNBMG?
20              MR. EAGAN:  Object to form.
21    A    I don't understand Mr. Levin's question.
22  BY MR. LEVIN:
23    Q    Did the status of BNBMG change in any way
24  after the reorganization?
25    A    The same nonpublic listed company's
```

Confidential - Subject to Further Confidentiality Review

1    shareholder had become the shareholder of a public

2    listed company.

3        Q    What was your relationship to BNBM PLC prior

4    to the reorganization?

5        A    Before CNBM PLC's reorganization and became

6    a public listed company, we --

7              THE INTERPRETER:  Interpreter needs to

8        clarify with deponent.

9              (Translation.)

10             THE INTERPRETER:  The interpreter will

11       continue her interpretation.

12       A    -- we, BNBM, was the direct owner of shares

13   of CNBM PLC -- BNBM Group, rather.

14             MR. LEVIN:  Could you restate that?

15       Because I think you corrected yourself in it.

16             MR. MOORE:  Yeah.

17       A    Before the reorganization, BNBM Group is the

18   direct owner of BNBM's shares.

19   BY MR. LEVIN:

20       Q    And after the reorganization?

21       A    After the reorganization, BNBM Group became

22   the direct share owner of CNBM PLC and no longer

23   directly owns BNBM's shares.

24       Q    Were you compensated in any way for giving

25   up your ownership interest in BNBM?

Confidential - Subject to Further Confidentiality Review

```
 1      A    We received the direct shares in CNBM PLC.

 2   All transactions are being monitored by Hong Kong

 3   Stock Exchange.

 4      Q    Well, I'm really not interested in the Hong

 5   Kong Stock Exchange.  I'm interested in you, BNBMG and

 6   BNBM and your relationship to CNBMG.

 7                And my question to you was:  Did any

 8   value pass hands between BNBM and BNBMG when you gave

 9   up your ownership interest in BNBM?

10                May I just say:  Was that for nil

11   consideration?

12                MR. EAGAN:  Object to form.

13                MR. MOORE:  I object to the form of the

14        question, particularly as to the first part,

15        which was sidebar by Mr. Levin as to what he's

16        interested in, which is not relevant.

17                I also object to the form as being a

18        compound question, and I object to the form as

19        it being already asked and answered.

20                The witness can go ahead and answer the

21        question.

22                MR. LEVIN:  Thank you.

23                MR. MOORE:  Thank you.

24                MR. LEVIN:  You're welcome.

25      A    I will clarify because Mr. Levin did not
```

Confidential - Subject to Further Confidentiality Review

```
 1    understand.  During the process of reconstruction,

 2    BNBMG became the direct shareholder of BN --

 3                THE INTERPRETER:  The interpreter would

 4        like to reinterpret.

 5        A    During the reorganization, BNBMG changed

 6    from being the direct shareholder of BNBM to the

 7    direct holder of CNBM PLC.  All these transactions

 8    received monitor and instruction of third-party

 9    institution, was a fair and legal action with

10    consideration.

11    BY MR. LEVIN:

12        Q    What was the consideration that BNBMG

13    obtained for giving up its interest in BNBM?

14                MR. MOORE:  Objection, asked and

15        answered.

16                MR. LEVIN:  I haven't gotten an answer

17        yet.

18                MR. MOORE:  I believe you have.

19        A    I repeat, it received the direct shares of

20    CNBM PLC.

21    BY MR. LEVIN:

22        Q    Well, CNBM was a different corporation than

23    BNBM, was it not?

24        A    Correct.  They're both independent company

25    with legal person-type self-management companies.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q     Okay.  Accepting your words that they were

 2   independent companies, and based on your words, as an

 3   independent company, is it true that BNBMG, an

 4   independent company, gave up its interest in BNBM, an

 5   independent company, for no consideration?

 6                MR. MOORE:  I object to the form.  It's

 7           asked and answered.  I'm going to let him answer

 8           it for the third time, and then we're not going

 9           to answer it again.

10                THE WITNESS:  Thank you.

11      A     First of all, Mr. Levin made a common-sense

12   mistake.  You had accepted my conclusion, but denied

13   the facts that I provided.

14                After its reorganization, BNBMG gave

15   up its interest in BNBM; but in manners of fair trade,

16   it acquired the interest in CNBM PLC.  I don't know if

17   my description this time around is clear or not to

18   you.

19                MR. MOORE:  Can we go off the record a

20           minute?

21                MR. LEVIN:  Sure.

22                THE VIDEOGRAPHER:  The time now is

23           4:04 p.m.  We're off the record.

24                (Discussion off the record.)

25                THE VIDEOGRAPHER:  The time now is
```

1       4:05 p.m.  We're back on the record.

2   BY MR. LEVIN:

3       Q     So in exchange, as I understand your

4   testimony, for giving up BNBMG's interest in BNBM, you

5   acquired an interest in CNBM?

6       A     Yes.

7       Q     And this was all authorized by still another

8   entity, CNBM Group?

9                 MR. HAIRSTON:  Objection, form.

10                MR. MOORE:  I object to the form as

11        well.

12      A     All these transactions are decided by the

13  board of directors meetings and shareholders meetings

14  of all individual companies that are involved in it.

15  BY MR. LEVIN:

16      Q     Sir, is it a fact that this reorganization

17  could not have been accomplished without CNBM Group's

18  approval?

19                MR. MOORE:  Objection, asked and

20        answered.

21      A     This is not a fact.  Each company makes

22  their independent decision by their company's board of

23  directors meetings and shareholders meetings.

24  BY MR. LEVIN:

25      Q     So if BNBM and BNBMG decided to do the

Confidential - Subject to Further Confidentiality Review

```
 1    transaction by which BNBMG gave up its interest in

 2    BNBM, they would not need the approval of CNBMG; is

 3    that correct?

 4              MR. EAGAN:  Object to form.

 5              MR. MOORE:  I object to the form of the

 6         question.  It's been asked and answered, and

 7         it's a mischaracterization of his prior

 8         testimony.

 9    A    I will express my point of view for the

10    third time.  BNBMG and BNBM make independent decision

11    in regard to their interest by their individual

12    shareholders meetings and board of directors meetings.

13              MR. LEVIN:  Okay.  Let's help my voice

14         out, Sandy, and let's get the auditor's reports

15         in.

16              THE WITNESS:  I'd like to make an

17         additional comment.  Is that okay?

18              MR. LEVIN:  If I said it wasn't okay,

19         would you still do it?

20              THE WITNESS:  I will not do it if you

21         disagree.

22              MR. LEVIN:  Well, why don't you have a

23         sidebar with your counsel before you make a

24         gratuitous comment?

25              MR. MOORE:  I don't think it's
```

Confidential - Subject to Further Confidentiality Review

1           necessary.  He answered the question, and we

2           ought to go on to something else.

3                     MR. LEVIN:  Fine.

4                     THE WITNESS:  In regard to the prior

5           question.

6                     MR. MOORE:  Let's -- in deference to my

7           client, let me go outside and find out what this

8           is about.

9                     THE VIDEOGRAPHER:  The time now is

10          4:11 p.m.  We're off the record.

11                    (Recess taken, 4:11 p.m. to 4:23 p.m.)

12                    THE VIDEOGRAPHER:  The time now is

13          4:23 p.m.  We're back on the record.

14    BY MR. LEVIN:

15       Q    Sir, during the last 15 minutes of my

16    questioning of you, you indicated that, "During the

17    reorganization, BNBMG changed from being the direct

18    shareholder of BNBM to the direct holder of CNBM PLC.

19    All of these transactions received monitor and

20    instruction of third-party institution, was a fair and

21    legal action with consideration."

22                    Who was the third-party institution?

23       A    There are a lot.  For example, Chinese

24    stock --

25                    THE INTERPRETER:  Interpreter needs to

Confidential - Subject to Further Confidentiality Review

1           check the dictionary for that terminology.

2                   (Pause.)

3                   MR. MOORE:  Can we go off the record for

4           a minute to save some time and help her a little

5           bit?

6                   THE VIDEOGRAPHER:  The time now is

7           4:26 p.m.  We're off the record.

8                   (Discussion off the record.)

9                   THE VIDEOGRAPHER:  The time now is

10          4:27 p.m.  We're back on the record.

11      A    -- for example, China Security Regulatory

12      Commission, audit institution.

13                  THE INTERPRETER:  There's a comma

14          between "China Security Regulatory Commission"

15          and "audit institution."

16                  MR. LEVIN:  Sandy.  Pass the baton.

17                  MR. MOORE:  Oh.  Okay.

18                  (BG:7/15/15-7/18/15 Exhibit 189 marked.)

19                  (BG:7/15/15-7/18/15 Exhibit 189A

20          marked.)

21                  MS. DUGGAN:  We're going to mark for

22          identification Exhibit 189 and 189A, which are

23          BNBM Group Articles of Association dated 2006.

24          In English, the Bates numbers are

25          BNBM(Group)00002654 to 2661; and in Chinese,

```
1        BNBM(Group)00002646 to 2653.
2                (BG:7/15/15-7/18/15 Exhibit 190 marked.)
3                (BG:7/15/15-7/18/15 Exhibit 190A
4        marked.)
5                MS. DUGGAN:  We are marking as
6        Exhibit 190 and 190A BNBM Group Articles of
7        Association dated November 10, 2008.  In
8        English, the Bates is BNBM(Group)00002670 to
9        2677; and in Chinese, BNBM(Group)00002662 to
10       2669.  And the "A" designation on the exhibit
11       numbers is the Chinese version.
12               (BG:7/15/15-7/18/15 Exhibit 191 marked.)
13               (BG:7/15/15-7/18/15 Exhibit 191A
14       marked.)
15               MS. DUGGAN:  Marking as Exhibit 191 and
16       191A, BNBM Group Articles of Association dated
17       October 10, 2009.  The English version has Bates
18       numbers BNBM(Group)00002687 to 2695; and in
19       Chinese, BNBM(Group)00002678 to 2686.
20               (BG:7/15/15-7/18/15 Exhibit 192 marked.)
21               (BG:7/15/15-7/18/15 Exhibit 192A
22       marked.)
23               MS. DUGGAN:  Marking as Exhibit 192 and
24       192A, BNBM Group Articles of Association dated
25       March 20, 2010.  English, BNBM(Group)00002705 to
```

Confidential - Subject to Further Confidentiality Review

1        2713; and in Chinese, BNBM(Group)00002699 to

2        2704.

3                (BG:7/15/15-7/18/15 Exhibit 193 marked.)

4                (BG:7/15/15-7/18/15 Exhibit 193A

5                marked.)

6                MS. DUGGAN:  Exhibit 193 and 193A are

7        BNBM Group Articles of Association dated July 5,

8        2010.  English is BNBM(Group)00002723 to 2731;

9        and in Chinese, Bates number 2714 to 2722.

10               (BG:7/15/15-7/18/15 Exhibit 194 marked.)

11               (BG:7/15/15-7/18/15 Exhibit 194A

12               marked.)

13               MS. DUGGAN:  Exhibits 194 and 194A are

14       BNBM Group Articles of Association dated

15       February 16, 2011.  In English,

16       BNBM(Group)00002740 to 2747; and in Chinese,

17       BNBM(Group)00002732 to 2739.

18               (BG:7/15/15-7/18/15 Exhibit 195 marked.)

19               (BG:7/15/15-7/18/15 Exhibit 195A

20               marked.)

21               MS. DUGGAN:  Exhibit 195 and 195A are

22       BNBM Group Articles of Association dated

23       July 21, 2014.  Bates numbers for the English

24       are BNBM(Group)00002756 to 2763; and in Chinese,

25       BNBM(Group)00002748 to 2755.

1           Counsel for BNBM Group notified the PSC

2      they did not have any red-lines or edits to the

3      English translations of these Articles of

4      Association.

5           MR. MOORE:  That is generally accurate,

6      although I was advised by one of my colleagues

7      that there may be one slight change, red-line

8      change.  But for the most part, I mean, yes, we

9      have reviewed these and we can stipulate to the

10     translations as being accurate.

11           And if those documents have BNBM(Group)

12     Bates numbers on them, then we can stipulate to

13     them as being authentic and business records of

14     the company.

15           (Conference out of the hearing of the

16           reporter.)

17           MR. MOORE:  I'm advised that that minor

18     red-line I referred to, upon further reflection,

19     we thought it was immaterial, so there's no

20     red-line, okay?

21           MS. DUGGAN:  Okay.

22                EXAMINATION

23  BY MS. DUGGAN:

24     Q    Mr. Zhao, have you seen these Articles of

25  Association before, that have been marked as

```
 1    Exhibits 189 through 195, and the "A" version of these

 2    exhibits is the Chinese version?

 3        A    I see that I have a duplicate -- duplicate

 4    copy here.

 5        Q    Okay.  Perhaps you could provide the

 6    duplicate copy to your counsel.

 7                  MR. MOORE:  Okay.  Thank you.

 8    BY MS. DUGGAN:

 9        Q    And have you seen these Articles of

10    Association before?

11        A    I have.

12        Q    And who prepared Exhibit 189A?  This is an

13    Articles of Association from 2006.

14        A    BNBMG prepared it --

15                  THE INTERPRETER:  The interpreter needs

16          to clarify with deponent.

17                  (Translation.)

18        A    -- and was approved by shareholders meeting.

19    BY MS. DUGGAN:

20        Q    Who approved these Articles of Association?

21        A    The shareholder meeting.

22        Q    Of BNBM Group?

23        A    Yes, BNBM Group.

24        Q    And who -- and who at BNBM Group prepared

25    these Articles of Association?
```

Confidential - Subject to Further Confidentiality Review

1          MR. MOORE:  You want the name of an

2       individual?  Is that what you're seeking?

3  BY MS. DUGGAN:

4     Q     I'm asking if there was a person with the

5  responsibility to prepare this document, and who was

6  that?  If it's a department, you can tell me it's a

7  department.

8     A     The office.

9     Q     Which office?

10    A     General manager's office.

11          THE INTERPRETER:  The interpreter needs

12       to clarify.

13          (Translation.)

14          THE INTERPRETER:  No change in the

15       interpretation.

16  BY MS. DUGGAN:

17    Q     Okay.  And if you look at the last page,

18  which, on your document in Chinese, is 2653, is that

19  an official seal of BNBM Group?  And I'll note there's

20  two seals, so perhaps they're different.

21    A     These are two seals of the two shareholding

22  companies, to verify the validity of the article of

23  association.

24    Q     And the seal on top is from China National

25  Building Materials Group Corporation; is that correct?

Confidential - Subject to Further Confidentiality Review

```
1      A     Correct.

2      Q     And the seal on the bottom is China National

3   Building Material Import/Export Company; is that

4   correct?

5      A     Correct.

6      Q     And did you maintain these documents within

7   your company as part of the regular course of your

8   business?

9            MR. MOORE:  Counsel, I've already

10      stipulated to them as business records.  I don't

11      think you need to go through all these

12      questions.

13            MR. LEVIN:  Okay.

14            MR. MOORE:  Save time.

15            MR. LEVIN:  Let's go off the record.

16            MR. MOORE:  Off the record.

17            MS. DUGGAN:  Let him just answer the

18      pending question.

19      A     This is a material document of the company.

20   Not only it was kept by the shareholder companies, but

21   also kept by the company itself.

22            THE VIDEOGRAPHER:  Off the record?  The

23      time now is 4:40 p.m.  We're off the record.

24            (Discussion off the record.)

25            THE VIDEOGRAPHER:  The time is 4:40 p.m.
```

1        We're back on the record.

2               MR. LEVIN:  Why don't we put that on the

3        record.

4               MR. MOORE:  Yeah, I'll put it on the

5        record.

6               As to the documents that are being

7        discussed right now that have our Bates-stamp

8        numbers on them, we've stipulated them as being

9        authentic business records of BNBM Group, and

10       we've advised counsel that in the interest of

11       time, the usual business records questions do

12       not need to be asked.  I think they will cause

13       some degree of confusion.

14              Mr. Levin has told me that there's some

15       additional questions they need to ask, and

16       that's fine with me.

17   BY MS. DUGGAN:

18       Q    Mr. Zhao, with regard to --

19              THE INTERPRETER:  Does the interpreter

20       need to -- do I need to interpret?

21              MR. LEVIN:  Yeah, go ahead.

22              (Translation.)

23   BY MS. DUGGAN:

24       Q    Mr. Zhao, with regard to Exhibits 190A

25   through 195A, similar to Exhibit 189A, are these all

Confidential - Subject to Further Confidentiality Review

 1    approved by the shareholders of BNBM Group?

 2        A     Yes.

 3        Q     And are there any additional Articles of

 4    Association that you're aware of?

 5                    MR. MOORE:  Are you talking about in

 6            this time frame, in the time frame of these

 7            exhibits?

 8                    MS. DUGGAN:  Beginning in 2006, and the

 9            last one we have, which is Exhibit 195A, is

10            dated July 21, 2014.

11                    MR. MOORE:  Okay.

12        A     All the Articles of Association from 2006 to

13    2014 are here.

14                    MS. DUGGAN:  Thank you.

15                    The plaintiffs would like to introduce

16            various auditor's reports from BNBMG.  We

17            provided counsel for BNBMG an opportunity to

18            review the translations of these documents.

19            They have provided us with red-lines to the

20            documents.

21                    The parties have not yet reached an

22            agreement on the red-lines, so we're going to

23            introduce the plaintiffs' documents as well as

24            the same exhibit, but we'll call it an R

25            document, and that will represent the red-line

1          that was provided by counsel for BNBM Group.

2                    MR. MOORE:  That would be fine.

3                    (BG:7/15/15-7/18/15 Exhibit 168 marked.)

4                    (BG:7/15/15-7/18/15 Exhibit 168A

5               marked.)

6                    (BG:7/15/15-7/18/15 Exhibit 168R

7               marked.)

8                    MS. DUGGAN:  Exhibit 168 is a 2005

9          auditor's report for BNBM Group, contains Bates

10         numbers BNBM(Group)0000427, dash, 518.

11                   Exhibit 168R will be the red-line to

12         that document provided by counsel for BNBM Group

13         with the same Bates numbers, 427 to 518.

14                   Exhibit 168A is the Chinese version of

15         the 2005 auditor's report for BNBM Group.

16         That's at Bates numbers BNBM(Group)0000371 to

17         426.

18                   (BG:7/15/15-7/18/15 Exhibit 169 marked.)

19                   (BG:7/15/15-7/18/15 Exhibit 169A

20              marked.)

21                   (BG:7/15/15-7/18/15 Exhibit 169R

22              marked.)

23                   MS. DUGGAN:  Exhibit 169 is a 2006

24         auditor's report for BNBM Group, Bates numbers

25         BNBM(Group)0000560 to 611.

1           Exhibit 169R are the red-line version of

2     that document provided by counsel for BNBM Group

3     with the same Bates numbers.

4           Exhibit 169A is the 2006 auditor's

5     report for BNBM Group in Chinese, Bates

6     BNBM(Group)0000519 to 559.

7           (BG:7/15/15-7/18/15 Exhibit 170 marked.)

8           (BG:7/15/15-7/18/15 Exhibit 170A

9           marked.)

10          (BG:7/15/15-7/18/15 Exhibit 170R

11          marked.)

12          MS. DUGGAN:  Exhibit 170 is a 2007

13    auditor's report for BNBM Group, Bates

14    BNBM(Group)0000651 to 701.

15          Exhibit 170R are the red-lines provided

16    by counsel for BNBM Group to the 2007 auditor's

17    report with the same Bates range.

18          Exhibit 170A, 2007 auditor's report for

19    BNBM Group in Chinese, Bates BNBM(Group)0000612

20    to 650.

21          (BG:7/15/15-7/18/15 Exhibit 171 marked.)

22          (BG:7/15/15-7/18/15 Exhibit 171A

23          marked.)

24          (BG:7/15/15-7/18/15 Exhibit 171R

25          marked.)

```
 1              MS. DUGGAN:  Exhibit 171 is a 2008

 2       auditor's report for BNBM Group, Bates

 3       BNBM(Group)0000745 to 807.

 4              Exhibit 171R are the red-lined -- is the

 5       red-lined version provided by counsel for

 6       BNBM Group, same Bates range, 745 to 807.

 7              Exhibit 171A is the 2008 auditor's

 8       report in Chinese for BNBM Group, Bates

 9       BNBM(Group)0000702 to 744.

10              (BG:7/15/15-7/18/15 Exhibit 172 marked.)

11              (BG:7/15/15-7/18/15 Exhibit 172A

12              marked.)

13              (BG:7/15/15-7/18/15 Exhibit 172R

14              marked.)

15              MS. DUGGAN:  Exhibit 172 is a 2009

16       auditor's report for BNBM Group, Bates

17       BNBM(Group)0000850 to 913.

18              Exhibit 172R is the red-lined version

19       provided by counsel for BNBM Group with the same

20       Bates range, 850 to 913.

21              Exhibit 172A is a 2009 auditor's report

22       in Chinese for BNBM Group, Bates

23       BNBM(Group)0000808 to 849.

24              (BG:7/15/15-7/18/15 Exhibit 173 marked.)

25              (BG:7/15/15-7/18/15 Exhibit 173A
```

Confidential - Subject to Further Confidentiality Review

```
 1              marked.)

 2              (BG:7/15/15-7/18/15 Exhibit 173R

 3              marked.)

 4              MS. DUGGAN:  Exhibit 173 is a 2010

 5       auditor's report for BNBM Group, Bates

 6       BNBM(Group)0000956 to 1011.

 7              Exhibit 173R is a red-lined version

 8       provided by counsel for BNBM Group to the 2010

 9       auditor's report, the same Bates range, 956 to

10       1011.

11              Exhibit 173A is the 2010 auditor's

12       report in Chinese for BNBM Group, Bates

13       BNBM(Group)0000914 to 955.

14              (BG:7/15/15-7/18/15 Exhibit 174 marked.)

15              (BG:7/15/15-7/18/15 Exhibit 174A

16              marked.)

17              (BG:7/15/15-7/18/15 Exhibit 174R

18              marked.)

19              MS. DUGGAN:  Exhibit 174 is the 2011

20       auditor's report for BNBM Group, Bates

21       BNBM(Group)00001054 to 1109.

22              Exhibit 174R is the red-lined version of

23       the 2011 auditor's report provided by counsel

24       for BNBM Group with the same Bates range, 1054

25       to 1109.
```

```
 1                  Exhibit 174A is the 2011 auditor's
 2         report in Chinese for BNBM Group, Bates
 3         BNBM(Group)00001012 to 1053.
 4                  (BG:7/15/15-7/18/15 Exhibit 175 marked.)
 5                  (BG:7/15/15-7/18/15 Exhibit 175A
 6                  marked.)
 7                  (BG:7/15/15-7/18/15 Exhibit 175R
 8                  marked.)
 9                  MS. DUGGAN:  Exhibit 175 is the 2012
10         auditor's report for BNBM Group, Bates
11         BNBM(Group)00001154 to 1213.
12                  Exhibit 175R is the red-lined version
13         provided by counsel for BNBM Group of the 2012
14         auditor's report with the same Bates range, 1154
15         to 1213.
16                  Exhibit 175A is the 2012 auditor's
17         report in Chinese for BNBM Group, Bates
18         BNBM(Group)00001110 to 1153.
19                  (BG:7/15/15-7/18/15 Exhibit 176 marked.)
20                  (BG:7/15/15-7/18/15 Exhibit 176A
21                  marked.)
22                  (BG:7/15/15-7/18/15 Exhibit 176R
23                  marked.)
24                  MS. DUGGAN:  Exhibit 176 is the 2013
25         auditor's report for BNBM Group, Bates
```

Confidential - Subject to Further Confidentiality Review

1          BNBM(Group)00001266 to 1337.

2                    Exhibit 176R is the red-lined version of

3          the 2013 auditor's report provided by counsel

4          for BNBM Group with the same Bates range, 1266

5          to 1337.

6                    Exhibit 176A is the 2013 auditor's

7          report in Chinese for BNBM Group, Bates

8          BNBM(Group)00001214 to 1265.

9                    (BG:7/15/15-7/18/15 Exhibit 177 marked.)

10                   (BG:7/15/15-7/18/15 Exhibit 177A

11                   marked.)

12                   (BG:7/15/15-7/18/15 Exhibit 177R

13                   marked.)

14                   MS. DUGGAN:  Exhibit 177 is the 2014

15         auditor's report for BNBM Group, Bates

16         BNBM(Group)00003274 to 3330.

17                   Exhibit 177R is the red-lined version of

18         the 2014 auditor's report provided by counsel

19         for BNBM Group with the same Bates range, 3274

20         to 3330.

21                   Exhibit 177A is the 2014 auditor's

22         report in Chinese for BNBM Group, Bates

23         BNBM(Group)00003226 to 3273.

24                   MR. LEVIN:  Any more things to do?

25                   MS. DUGGAN:  Did you stipulate that

Confidential - Subject to Further Confidentiality Review

1          these are business records of BNBM Group?

2                MR. MOORE:  Yes, to the -- all of those

3          documents, I haven't looked at every one of

4          them, but I'm assuming they all have

5          BNBM Group's Bates label on them.

6                MS. DUGGAN:  Yes.

7                MR. MOORE:  And to the -- the Chinese

8          version -- only the Chinese versions have the

9          Bates label.  And as to those Chinese versions,

10         those -- we will stipulate those are authentic

11         business records of BNBM Group.

12               As to the -- and then we have red-lined

13         some changes, and I don't know that we need to

14         really get into that unless you ask questions

15         that delve into the areas where the red-lines

16         are, so...

17               MS. DUGGAN:  I note that on the English

18         versions, they also have a BNBM Group Bates

19         label, and they were produced in this litigation

20         to us from BNBM Group.

21               MR. MOORE:  Yes.  Yes.  At the very

22         beginning of production, we had -- in an effort

23         to expedite production to the Plaintiffs'

24         Steering Committee, we had manually translated

25         some documents and Bates -- hard-copy documents

Confidential - Subject to Further Confidentiality Review

```
 1          we were able to put our hands on, and we
 2          Bates-labeled those.  But we did them very
 3          quickly, so before we could stipulate to the
 4          correctness of the translation, we had to go
 5          back and do a double-check, and that's where
 6          we've done the red-line.
 7              And we stipulate to the Chinese
 8          translation subject to the red-line that we put
 9          on there.
10  BY MS. DUGGAN:
11     Q    Mr. Zhao, have you seen these auditor's
12  reports before, from 2005 to 2014?
13              MR. MOORE:  While he's looking, may I
14          make one thing clear for the record?  And that
15          is that we're not stipulating to the
16          translations as being business records of
17          BNBM Group.
18              MS. DUGGAN:  You prepared those
19          translations for purposes of litigation, is my
20          understanding.
21              MR. MOORE:  Yes, that is correct.
22              MS. DUGGAN:  I understand that.
23              MR. MOORE:  Okay.
24  BY MS. DUGGAN:
25     Q    So when I asked you if you've seen these
```

Confidential - Subject to Further Confidentiality Review

 1    auditors' reports before, I'm referring to the

 2    exhibits that have the "A" after them.  Those are the

 3    Chinese versions.

 4        A    Yes.

 5        Q    And you received these documents as part of

 6    your normal course of business?

 7        A    These are our company's audit reports and

 8    also -- and also documents produced by BNBMG for this

 9    deposition.

10        Q    And who prepares the audit reports?

11        A    The audit reports were issued by

12    professional audit institutions.  They are produced by

13    our company to you.

14        Q    And does the board of directors of

15    BNBM Group authorize the creation of this auditor's

16    report?

17            MR. MOORE:  Object to form.

18        A    I don't understand your question.

19    BY MS. DUGGAN:

20        Q    Are these documents prepared by BNBM Group,

21    or by an auditor that is hired by BNBM Group?

22        A    It was audited by the auditing institution

23    hired by BNBM Group, and the same auditing institution

24    issued the auditing reports.

25        Q    And when you say "it was audited," the "it"

 1    refers to the company, BNBM Group; is that correct?

 2        A     The auditing institution hired by BNBM Group

 3    audited, itself, the company.

 4        Q     And you have no reason to believe that the

 5    information contained within these audit reports is

 6    not accurate; is that correct?

 7        A     This is the auditing completed by the

 8    independent third-party auditing institution.

 9                THE INTERPRETER:  Interpreter needs to

10          clarify whether "institution" is plural or

11          singular form.

12                (Translation.)

13                MR. MOORE:  I think the problem is,

14          since it was prepared by an auditing group, I'm

15          not sure he can say that everything in it is

16          correct.  He can identify the document, but I

17          don't think he can --

18                THE INTERPRETER:  The deponent said,

19          "It's plural, 'institutions.'"

20                MS. DUGGAN:  Did you finish the answer,

21          then?

22                THE WITNESS:  Correct.

23                MR. LEVIN:  See you tomorrow.

24                MR. MOORE:  Okay.  7:30.

25                THE VIDEOGRAPHER:  The time is 5:00 p.m.

1          Today's portion of our deposition, consisting of

2          six discs, is now concluded.

3                   (Proceedings recessed at 5:01 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    REPORTER'S CERTIFICATE

 2

 3          This transcript is valid only for a transcript

 4     accompanied by my original signature and original

 5     required seal on this page.

 6          I, Michael E. Miller, Certified Court Reporter

 7     (LA Certificate #27009) in and for the State of

 8     Louisiana, as the officer before whom this testimony

 9     was taken, do hereby certify that YANMING ZHAO, after

10     having been duly sworn by me upon authority of

11     R.S. 37:2554, did testify as herein before set forth

12     in the foregoing 163 pages; that this testimony was

13     reported by me in the stenotype reporting method, was

14     prepared and transcribed by me or under my personal

15     direction and supervision, and is a true and correct

16     transcript to the best of my ability and

17     understanding; that the transcript has been prepared

18     in compliance with transcript format guidelines

19     required by statute or by rules of the board, and that

20     I am informed about the complete arrangement,

21     financial or otherwise, with the person or entity

22     making arrangements for deposition services; that I

23     have acted in compliance with the prohibition on

24     contractual relationships, as defined by Louisiana

25     Code of Civil Procedure Article 1434
```

Confidential - Subject to Further Confidentiality Review

1   and in rules and advisory opinions of the board;

2   that I have no actual knowledge of any prohibited

3   employment or contractual relationship, direct or

4   indirect, between a court reporting firm and any party

5   litigant in this matter nor is there any such

6   relationship between myself and a party litigant in

7   this matter.  I am not related to counsel or to the

8   parties herein, nor am I otherwise interested in the

9   outcome of this matter.

10

11          Signed this ___ day of _____, 2015.

12

13

14          _____

15          MICHAEL E. MILLER, FAPR, RDR, CRR

16          Certified Court Reporter

17          LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25

```
 1                    ACKNOWLEDGMENT OF DEPONENT

 2

 3            I,_____, do hereby

 4     certify that I have read the foregoing pages and

 5     that the same is a correct transcription of the

 6     answers given by me to the questions therein

 7     propounded, except for the corrections or changes in

 8     form or substance, if any, noted in the attached

 9     Errata Sheet.

10

11            _____

12            YANMING ZHAO                 DATE

13

14     Subscribed and sworn to before me this

15     _____ day of _____, 20 _____.

16     My commission expires: _____

17

18     Notary Public

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

1                       — — — — — —

2                         ERRATA

                        — — — — — —

3

4    PAGE   LINE     CHANGE

5    _____  _____   _____

6    _____  _____   _____

7    _____  _____   _____

8    _____  _____   _____

9    _____  _____   _____

10   _____  _____   _____

11   _____  _____   _____

12   _____  _____   _____

13   _____  _____   _____

14   _____  _____   _____

15   _____  _____   _____

16   _____  _____   _____

17   _____  _____   _____

18   _____  _____   _____

19   _____  _____   _____

20   _____  _____   _____

21   _____  _____   _____

22   _____  _____   _____

23   _____  _____   _____

24   _____  _____   _____

25   _____  _____   _____

Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3     ****************************************************

 4     IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

       DRYWALL PRODUCTS LIABILITY

 5     LITIGATION                  SECTION:  L

 6     THIS DOCUMENT APPLIES TO     JUDGE FALLON

       ALL CASES

 7                                  MAG. JUDGE WILKINSON

 8     ****************************************************

 9

              CONFIDENTIAL - SUBJECT TO FURTHER

10                  CONFIDENTIALITY REVIEW

11

12              Friday, July 17, 2015

13                    — — —

14

15         Continuing Videotaped 30(b)(6) Deposition of

16     BNBM GROUP COMPANY, LIMITED through the testimony of

17     YANMING ZHAO, held at the offices of Phelps

18     Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans,

19     Louisiana, commencing at 7:39 a.m., on the above date,

20     before Michael E. Miller, Certified Court Reporter

21     (#27009), Registered Diplomate Reporter, Certified

22     Realtime Reporter.

23                    — — —

24              GOLKOW TECHNOLOGIES, INC.

           877.370.3377 ph | 917.591.5672 fax

25                  deps@golkow.com
```

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3        HERMAN HERMAN & KATZ LLC
          BY:  MADELYN M. O'BRIEN, ESQUIRE
 4             mobrien@hhklawfirm.com
          820 O'Keefe Avenue
 5        New Orleans, Louisiana 70113
          (504) 581-4892
 6
 7        LEVIN FISHBEIN SEDRAN & BERMAN
          BY:  ARNOLD LEVIN, ESQUIRE
 8             alevin@lfsblaw.com
               SANDRA L. DUGGAN, ESQUIRE
 9             sduggan@lfsblaw.com
          510 Walnut Street
10        Suite 500
          Philadelphia, Pennsylvania 19106
11        (215) 592-1500
12
          IRPINO LAW FIRM
13        BY:  PEARL A. ROBERTSON, ESQUIRE
               probertson@irpinolaw.com
14             ANTHONY IRPINO, ESQUIRE
               airpino@irpinolaw.com
15        2216 Magazine Street
          New Orleans, Louisiana 70130
16        (504) 525-1500
17
          GAINSBURGH BENJAMIN DAVID MEUNIER &
18        WARSHAUER LLC
          BY:  RACHEL A. STERNLIEB, ESQUIRE
19             rsternlieb@gainsben.com
          2800 Energy Centre
20        1100 Poydras Street
          New Orleans, Louisiana 70163-2800
21        (504) 522-2304
22
          THE LAMBERT FIRM, PLC
23        BY:  HUGH P. LAMBERT, ESQUIRE
               hlambert@thelambertfirm.com
24        701 Magazine Street
          New Orleans, Louisiana 70130-3629
25        (504) 581-1750
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR TAISHAN GYPSUM COMPANY:
 3        ALSTON & BIRD LLP
          BY:  JOSHUA L. BECKER, ESQUIRE
 4             josh.becker@alston.com
               (via teleconference)
 5             ALIYYA Z. HAQUE, ESQUIRE
               aliyya.haque@alston.com
 6             (via teleconference)
               CHUNLIAN YANG, ESQUIRE
 7             lian.yang@alston.com
               (via teleconference)
 8        One Atlantic Center
          1201 West Peachtree Street
 9        Atlanta, Georgia 30309-3424
          (404) 881-7000
10
11   COUNSEL FOR BNBM DEFENDANTS:
12        DENTONS US LLP
          BY:  C. MICHAEL MOORE, ESQUIRE
13             mike.moore@dentons.com
          2000 McKinney Avenue
14        Suite 1900
          Dallas, Texas 75201
15        (214) 259-0900
16
          DENTONS US LLP
17        BY:  DREW W. MARROCCO, ESQUIRE
               drew.marrocco@dentons.com
18        1301 K Street, N.W.
          Suite 600, East Tower
19        Washington, D.C. 20005
          (202) 408-6400
20
21        DENTONS HK LLP
          BY:  TODD LIAO, ESQUIRE
22             todd.liao@dentons.com
               ANNIE QIU, ESQUIRE
23             annie.qiu@dentons.com
          5th Floor The Center
24        989 Changle Road
          Shanghai, 200031 China
25        +86 21 2315 6000
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR BNBM DEFENDANTS:
 3        PHELPS DUNBAR LLP
          BY:  HARRY ROSENBERG, ESQUIRE
 4             harry.rosenberg@phelps.com
          365 Canal Street
 5        Suite 2000
          New Orleans, Louisiana 70130-6534
 6        (504) 566-1311
 7
 8   COUNSEL FOR CNBM DEFENDANTS:
 9        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  ERIC MATTHEW HAIRSTON, ESQUIRE
10             ehairston@orrick.com
          The Orrick Building
11        405 Howard Street
          San Francisco, California 94105
12        (415) 773-5700
13
14        GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLP
          BY:  EWELL E. EAGAN, JR., ESQUIRE
15             eeagan@gordonarata.com
          201 St. Charles Avenue
16        40th Floor
          New Orleans, Louisiana 70170-4000
17        (504) 582-1111
18
19   COUNSEL FOR THE STATE OF LOUISIANA:
20        PERKINS COIE LLP
          BY:  DAVID L. BLACK, ESQUIRE
21             dblack@perkinscoie.com
          1900 Sixteenth Street
22        Suite 1400
          Denver, Colorado 80202
23        (303) 291-2400
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:

 2   ALSO PRESENT:

 3        SUNNY WANG, MANDARIN INTERPRETER

 4        TONI XU, HERMAN HERMAN & KATZ, LLC

 5        MELISSA BARDWELL, VIDEOGRAPHER

 6                      — — —

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              INDEX

2

        PROCEEDINGS                              311

3

4

    EXAMINATION OF YANMING ZHAO:

5

            BY MR. LEVIN                      320

6

            BY MS. DUGGAN                     341

7

            BY MR. LEVIN                      348

8

            BY MS. DUGGAN                     349

9

            BY MR. LEVIN                      356

10

            BY MS. DUGGAN                     358

11

            BY MR. LEVIN                      362

12

            BY MR. MOORE                      424

13

            BY MR. LEVIN                      436

14

15

        REPORTER'S CERTIFICATE                442

16

17

18

19

20

21

22

23

24

25

```
 1                      DEPOSITION EXHIBITS
                          YANMING ZHAO
 2                         July 17, 2015
 3    NUMBER                   DESCRIPTION           PAGE
 4    Exhibit 95     Documents Regarding Service      329
                     of BNBMG
 5
      Exhibit 105    Additional Efforts to Serve      333
 6                   Complaints and Related
                     Pleadings on BNBMG
 7
      Exhibit 164    Alibaba Contract                 358
 8                   BNBM(Group)-E-0002794 -
                     BNBM(Group)-E-0002801
 9
      Exhibit 164A   Chinese Version of               358
10                   Exhibit 164
11    Exhibit 178    2005 Board Resolutions           335
                     BNBM(Group)0001818 -
12                   BNBM(Group)0001858
13    Exhibit 178A   Chinese Version of               335
                     Exhibit 178
14
      Exhibit 178R   Red-Lined Version of             335
15                   Exhibit 178
16    Exhibit 179    2006 Board Resolutions           336
                     BNBM(Group)0001913 -
17                   BNBM(Group)0001966
18    Exhibit 179A   Chinese Version of               336
                     Exhibit 179
19
      Exhibit 179R   Red-Lined Version of             336
20                   Exhibit 179
21    Exhibit 180    2007 Board Resolutions           336
                     BNBM(Group)0002022 -
22                   BNBM(Group)0002069
23    Exhibit 180A   Chinese Version of               336
                     Exhibit 180
24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS

 2

 3      NUMBER              DESCRIPTION           MARKED

 4   Exhibit 181      2008 Board Resolutions        337
                      BNBM(Group)0002102 -
 5                    BNBM(Group)0002133

 6   Exhibit 181A     Chinese Version of            337
                      Exhibit 181
 7
     Exhibit 182A     Chinese Version of            337
 8                    Exhibit 182

 9   Exhibit 182R     Red-Lined Version of          337
                      Exhibit 2009 Board
10                    Resolutions
                      BNBM(Group)0002172R -
11                    BNBM(Group)0002209R

12   Exhibit 183A     Chinese Version of            338
                      Exhibit 183
13
     Exhibit 183R     Red-Lined Version of          338
14                    Exhibit 2010 Board
                      Resolutions
15                    BNBM(Group)0002162 -
                      BNBM(Group)0002319
16
     Exhibit 184A     Chinese Version of            338
17                    Exhibit 184

18   Exhibit 184R     Red-Lined Version of          338
                      Exhibit 2011 Board
19                    Resolutions
                      BNBM(Group)0002358R -
20                    BNBM(Group)0002392R

21   Exhibit 185      2012 Board Resolutions        339
                      BNBM(Group)0002424 -
22                    BNBM(Group)0002454

23   Exhibit 185A     Chinese Version of            339
                      Exhibit 185
24

25
```

```
 1                    DEPOSITION EXHIBITS
 2
 3      NUMBER              DESCRIPTION          MARKED
 4   Exhibit 186     2013 Board Resolutions        339
                     BNBM(Group)0002483 -
 5                   BNBM(Group)0002511
 6   Exhibit 186A    Chinese Version of            339
                     Exhibit 186
 7
     Exhibit 187     2014 Board Resolutions        340
 8                   BNBM(Group)0002555 -
                     BNBM(Group)0002596
 9
     Exhibit 187A    Chinese Version of            340
10                   Exhibit 187
11   Exhibit 187R    Red-Lined Version of          340
                     Exhibit 187
12
     Exhibit 188     2015 Board Resolutions        340
13                   BNBM(Group)0002599 -
                     BNBM(Group)0002600
14
     Exhibit 188A    Chinese Version of            340
15                   Exhibit 188
16   Exhibit 206     Commercial Invoices           348
                     BNBM(Group)0002825 -
17                   BNBM(Group)0002872
18   Exhibit 215     Clawed Back by Mr. Moore,     311
                     Not Attached
19
     Exhibit 216     4/9/10 Wall Street Journal    319
20                   Article
                     BNBM(Group)-E-0004362
21
     Exhibit 217     BNBM Invoices                 361
22                   BNBM(Group)-E-0004849 -
                     BNBM(Group)-E-0004890
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS
 2
 3      NUMBER              DESCRIPTION           MARKED
 4   Exhibit 222    BNBM Design Research            417
                    Institute Company, Limited
 5                  Articles of Association
                    BNBM(Group)-E-000738 -
 6                  BNBM(Group)-E-0001743
 7   Exhibit 223    BNBM Group Company, Limited     398
                    Articles of Association
 8                  BNBM(Group)-E-0004100 -
                    BNBM(Group)-E-0004114
 9
     Exhibit 224    Clawed Back by Mr. Moore,       372
10                  Not Attached
11   Exhibit 225    Application for Gypsum Board    381
                    Prices
12                  BNBM(Group)-E-0008654
13   Exhibit 227    Memorandum                      420
                    BNBM(Group)-E-0020914
14
     Exhibit 233    Alibaba E-mail(s)               365
15                  BNBM(Group)-E-0000273 -
                    BNBM(Group)-E-0000274
16
     Exhibit 234    Alibaba E-mail(s)               365
17                  BNBM(Group)-E-0000297 -
                    BNBM(Group)-E-0000298
18
     Exhibit 235    Alibaba E-mail(s)               366
19                  BNBM(Group)-E-0000362 -
                    BNBM(Group)-E-0000363
20
     Exhibit 236    E-mail(s)                       384
21                  BNBM(Group)-E-0001023 -
                    BNBM(Group)-E-0001024
22
23
24
25
```

```
 1                    DEPOSITION EXHIBITS
 2
 3      NUMBER              DESCRIPTION          MARKED
 4   Exhibit 243    BNBMG Company, Limited        387
                    Export Products of the
 5                  Import & Export Business
                    Department and the Countries
 6                  Exported to
                    BNBM(Group)-E-0008707
 7
     Exhibit 247    BNBMG Company, Limited        392
 8                  Internal Control System
                    Construction Work Summary
 9                  BNBM(Group)-E-0004986 -
                    BNBM(Group)-E-0004990
10
     Exhibit 248    Work Report Materials of      395
11                  BNBMG Company, Limited for
                    the Year 2005
12                  BNBM(Group)-E-0012010 -
                    BNBM(Group)-E-0012016
13
     Exhibit 249    CNBMG Corporation            407
14                  Administrative Measures
                    BNBM(Group)-E-0005107 -
15                  BNBM(Group)-E-0005115
16   Exhibit 250    Measures for Annual          414
                    Operational Performance
17                  BNBM(Group)-E-0005016 -
                    BNBM(Group)-E-0005045
18
     Exhibit 251    CNBMG Corporation Interim    404
19                  Provisions
                    BNBM(Group)-E-0005101 -
20                  BNBM(Group)-E-0005106
21   Exhibit 252    Native Spreadsheet           374
                    BNBM(Group)-E-0006515
22
     Exhibit 253    CNBMG Corporation Measures   435
23                  for Management of Asset
                    Transfer
24                  BNBM(Group)-E-0005083 -
                    BNBM(Group)-E-0005092
25
```

1                    DEPOSITION EXHIBITS

2

3      NUMBER                DESCRIPTION          MARKED

4   Exhibit 254    BNBMG Chinese Document            416

                   w/Translation

5                  BNBM(Group)-E-0005116

6   Exhibit 255    CNBMG Corporation                423

                   Implementation Measures

7                  BNBM(Group)-E-0005140 -

                   BNBM(Group)-E-0005147

8

9

10                   REFERENCED EXHIBITS

11

    NUMBER                                        PAGE

12

    Exhibit 61        ......................      322

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    PROCEEDINGS

 2              (July 17, 2015 at 7:39 a.m.)

 3              THE VIDEOGRAPHER:  This begins Disc 1 of

 4      Volume 3 of the deposition of Beijing New

 5      Building Material Group Company, Limited.  The

 6      date today is July 17th, 2015.  The time now is

 7      approximately 7:39 a.m., and we're back on the

 8      record.

 9              (Interpreter reminded of her oath.)

10              (Witness reminded of his oath.)

11              (BG:7/15/15-7/18/15 Exhibit 215 marked.)

12              MS. DUGGAN:  Plaintiffs are going to

13      mark for identification and introduce into the

14      record Exhibit 215.  This is a PSC translation

15      of BNBM(Group)-E-0000444.

16              There is an attachment -- this is an

17      e-mail with an attachment that has been

18      translated by the PSC.  Following the

19      translation is a machine translation, and then a

20      document in Chinese with Bates

21      BNBM(Group)-E-0000444 through 446.  And the

22      entire document has been translated by the PSC.

23      Counsel for BNBM Group has not yet had an

24      opportunity to review the translation.

25              We are showing the witness a copy of
```

Confidential - Subject to Further Confidentiality Review

```
 1        this document, the interpreter and counsel for

 2        all parties.

 3              MR. MOORE:  And BNBM Group reserves the

 4        right to review the translation, as we have in

 5        the past.

 6              MS. DUGGAN:  Yes.  Pursuant to our

 7        stipulation, that's true.

 8              MR. MOORE:  Yes.

 9              (Conference out of the hearing of the

10              reporter.)

11              MR. MOORE:  Okay.  After looking at

12        this, this appears to us to be a privileged

13        document.  Mr. Zhao Jie, Z-H-A-O, J-I-E, is an

14        attorney, in-house attorney, and this has to do

15        with -- discusses litigation for the company.

16        So we're going to claw this one back under

17        attorney-client privilege and put it on the

18        privilege log.

19              MR. LEVIN:  Have you gotten those

20        comments, Mike?

21              THE REPORTER:  Uh-huh.

22              MR. LEVIN:  Okay.  I'd like to make an

23        offer of proof here.  This does not appear to be

24        a privileged document.  It doesn't appear to --

25        the author doesn't appear to be an attorney.
```

```
 1              It's a document in the normal course of

 2         business a few days before the contempt period.

 3         It informs the company, BNBM Group, of certain

 4         requirements, certain current situations and

 5         some adjustments -- suggestions for adjustment.

 6         It's required to prevent the top management of

 7         the upper-level enterprise from holding the

 8         position of overseas enterprise legal person.

 9              It sorts out the contracts on overseas

10         projects, and it requires to regulate the

11         disclaimer clauses in places of arbitration,

12         directs BNBM Group to ask local officers --

13         lawyers to offer advice, when necessary.  It

14         informs the employees of BNBM Group to use

15         personal e-mail accounts.

16              It talks about not using certain banks.

17         It talks about not doing business activities,

18         but only doing them in the name of their own

19         legal personal unit and leave no comments on any

20         issues of other companies.  Communications or

21         overseas projects should be conducted by

22         specially appointed people using special e-mail

23         accounts --

24              MR. MOORE:  Arnold, I really do object

25         to -- I understand you need to make an offer of
```

1    proof, but I do have to object to the detail in

2    which you're getting into on this because that

3    frustrates my ability to protect this document

4    as an attorney-client document.  I think it is.

5           I will cooperate with you, at some point

6    in time, on the log, to be able to identify it,

7    but for you to go through and read it is not

8    fair to me or to my client from the standpoint

9    of attorney-client privilege, so -- well, I just

10   can't --

11         MR. LEVIN:  I disagree with you --

12         MR. MOORE:  -- I can't allow that.

13         MR. LEVIN:  -- but I will honor your

14   suggestion, and I will take it as a suggestion,

15   not an order.

16         MR. MOORE:  Well, I'm certainly not in a

17   position to give anybody orders, but I am

18   suggesting to you that we will work with you in

19   good faith to describe the document in such a

20   way that if you want to challenge our assertion

21   of privilege, which is your right to do, you

22   will have the ability to do so.  But I cannot

23   agree to the document being read into the record

24   because that sort of frustrates my ability to

25   make an attorney-client -- well, to protect my

```
 1            privilege, so --

 2                 MR. LEVIN:  Well, I do not agree that

 3            it's a privileged document, but if you so state,

 4            I will do nothing at this point to invade your

 5            privilege --

 6                 MR. MOORE:  Thank you.  And so --

 7                 MR. LEVIN:  -- other than to ask you to

 8            identify -- the witness to identify who the

 9            author is and his job classification.

10                 MR. MOORE:  Sure.  I'm going to spell

11            this because I probably would not do well on the

12            pronunciation, but in the "to" line is a

13            Z-H-A-O, J-I-E, who is an in-house attorney at

14            BNBMG Group.  And as I look at the document

15            again -- this is the first time I've seen it, so

16            I have to be very careful on this -- the first

17            time I've seen it.  It does contain suggestions

18            which appear to me to be somewhat legal in

19            nature.

20                 Therefore, in an abundance of caution

21            and so as not to run any risk of waiving the

22            privilege of my client, we're going to assert

23            attorney-client privilege as to Exhibit 215 and

24            claw it back under the pretrial procedures.  And

25            we will place it on the privilege log, and I
```

 1          will cooperate fully with Mr. Levin to describe

 2          the document in such a way that if he chooses to

 3          contest the assertion of privilege, which he has

 4          a right to do, he will be able to do so.

 5                  MR. LEVIN:  Can you tell us who the

 6          e-mail is from?

 7                  MR. MOORE:  It's from -- again, I'll

 8          just spell it, Z-H-U, H-U-I, which I'm being

 9          advised is from the enterprise management

10          department of BNBMG Group.

11                  MR. LEVIN:  Okay.  And I -- can we

12          stipulate that if I had asked the witness the

13          name of the author of the document and the name

14          of the individual that sent the e-mail, he would

15          have testified and given me the same information

16          that you've given me?

17                  MR. MOORE:  Yes, sir.

18                  MR. LIAO:  No.

19                  MR. MOORE:  Why not?

20                  (Conference out of the hearing of the

21                  reporter.)

22                  MR. MOORE:  Oh, okay.  I gotcha.  Thank

23          you.  That's helpful.

24                  Here's the problem.  We can tell you the

25          author of the e-mail, which is on the face of

Confidential - Subject to Further Confidentiality Review

1    the e-mail.  We are not able to tell you -- at

2    this point in time without further

3    investigation, the author of the attachment,

4    because the attachment says "Statement on

5    Implementing Requirements of the Group's

6    Corporation Meeting, International Business

7    Risk," and it says "Leaders of the Company," so

8    that's the document, really, that -- it's the

9    attachment, is the one that I'm concerned about

10   that is attorney-client.  And it doesn't have

11   a -- it's just an attachment.  It doesn't have a

12   "to" and "from."

13          But I will stipulate that as to the

14   cover letter, Arnold, that if he was asked to

15   testify, he would provide you with the same

16   information that I just provided to you.

17          MR. LEVIN:  And will you take it upon

18   yourself to get me the author of the attachment?

19          MR. MOORE:  Yes, sir, I will.  I will

20   provide you more -- once I can get with my

21   client, I will provide you more information

22   about this document so that you'll be in a

23   position to -- for both of us to better assess

24   it, okay?

25          MR. LEVIN:  I'd like the ask the witness

Confidential - Subject to Further Confidentiality Review

```
1          a question or two, just on the e-mail and not

2          the attachment.

3                    MR. MOORE:  I don't feel comfortable

4          doing that.

5                    MR. LEVIN:  Well, what I --

6                    MR. MOORE:  I'm not going to allow him

7          to do that.  I'm asserting privilege over the

8          entire document, and I can't -- I can't afford

9          to get in a position of some sort of a partial

10         waiver, so I'm asserting --

11                   MR. LEVIN:  Okay.  I would agree it's

12         not a partial waiver, if the witness would

13         identify and tell me who enterprise management

14         department is and what they do.

15                   MR. MOORE:  Unfortunately, the law is --

16                   MR. LEVIN:  Did I give you the cough?

17                   MR. MOORE:  I swallowed the coffee.  I'm

18         sorry.  Coffee got me.

19                   I appreciate your offer, except the law

20         is, is that even if you don't -- even if you

21         assert it's not a partial waiver, someone else

22         can.  So I just can't run any risk on the entire

23         document, Arnold.

24                   Thank you.  I sound like Arnold Levin

25         right now.
```

Confidential - Subject to Further Confidentiality Review

```
1              MR. LEVIN:  You could never sound like

2        Arnold Levin.  You don't want to sound like

3        Arnold Levin.

4              MR. MOORE:  Trade one accent for

5        another.  Probably not.

6              (BG:7/15/15-7/18/15 Exhibit 216 marked.)

7              MS. DUGGAN:  Plaintiffs are marking for

8        identification and introduction into the record

9        Exhibit 216.  This is a translation by the PSC

10       of BNBM(Group)-E-0004362.  Counsel for

11       BNBM Group has not yet had an opportunity to

12       review this translation, but will -- may do so

13       pursuant to our stipulation.

14             Following the PSC's translation is a

15       machine translation, and finally, a document in

16       Chinese with Bates BNBM(Group)-E-0004362.

17             We show a copy of this exhibit to the

18       witness, to the interpreter, and to counsel for

19       all parties.

20             MR. MOORE:  Same stipulation on the

21       translation?

22             MS. DUGGAN:  Yes.

23             MR. MOORE:  Thank you.

24    ///

25    ///
```

```
 1                    YANMING ZHAO,

 2               having been duly sworn,

 3                testified as follows:

 4                    EXAMINATION

 5  BY MR. LEVIN:

 6      Q    Sir, have you ever seen this Wall Street

 7  Journal article before?

 8      A    I do not recall.

 9      Q    I represent to you that this document was

10  produced by your employer, BNBM Group, as part of the

11  production of this litigation, and thus I represent to

12  you that it came from the files of BNBM Group.

13               The document indicates that it is from

14  an article in the Wall Street Journal on April 9th,

15  2010, does it not, sir?

16               MR. MOORE:  If you could ask him the

17         question -- I'm sorry.

18               (Translation.)

19               MR. MOORE:  Could you phrase the

20         questions like we were doing the last two days,

21         "Does it appear -- do you see that in the

22         Chinese version?"

23               MR. LEVIN:  I'll follow up on that.

24               MR. MOORE:  Thank you.

25  BY MR. LEVIN:
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q     Does that appear in the Chinese version?

 2      A     Yes.

 3      Q     And does the article, in substance, speak to

 4   the litigation involving Chinese drywall in the U.S.

 5   courts of the United States?

 6            MR. MOORE:  I object to the form of the

 7         question.  The article speaks for itself.  It is

 8         what it is, and I object to him -- to you

 9         paraphrasing it and asking him about it.  But

10         I'll let him answer the question.

11      A     That's what the language says.

12   BY MR. LEVIN:

13      Q     So is it fair to say, sir, that this article

14   appeared in the files of BNBMG in 2010, four years

15   before you, as a corporate witness, indicated on

16   this -- at this deposition that you first became aware

17   of the litigation?

18            MR. EAGAN:  Object to form.

19            MR. MOORE:  I object to the form of the

20         question.  There's no time frame established as

21         to when the document entered into the files of

22         BNBM Group, none whatsoever, so there's no

23         foundation for the question.

24      A     Mr. Levin, I think you do not remember my

25   testimony correctly.  I was aware of the litigation
```

1   before our participation of the litigation from BNBM's

2   announcements.

3           THE INTERPRETER:  Interpreter needs to

4       clarify with deponent.

5           (Translation.)

6   A   On the paper is only the relevant content.

7   The relevant content on the printed paper overlaps

8   with the content of BNBM's announcement.  But BNBMG

9   only knew that it is directly related to the

10  litigation after it has received materials from

11  Beijing People's Supreme Court.

12  BY MR. LEVIN:

13  Q   Do you see on the machine translation that

14  the document states, "Created Friday, April 16th,

15  11:28, 2010"?  Page 1 of the machine translation.

16  A   Yes.

17          MR. LEVIN:  Okay.  Next document.

18          MS. DUGGAN:  Mr. Zhao, the plaintiffs

19      previously marked in other depositions

20      Exhibit 61.  This exhibit has Bates numbers

21      KnaufGips0160544 to 888.

22          This document was produced by Knauf

23      defendants in this litigation.  Contains an

24      e-mail from David Gregory at Knauf to Manfred

25      Grundke and Hans Peter Ingenillem dated May 18,

```
 1        2009.  The subject is "ASQIQ and CNBM/BNBM

 2        Letters."  The e-mail notes that only the

 3        Chinese version of these letters were sent.

 4              I'm going to hand a copy of this exhibit

 5        to the witness.  Defendants were previously

 6        provided this exhibit.

 7              And I've marked for the witness a

 8        Chinese letter at Bates 160717, and the English

 9        version of that letter follows at 160720.  This

10        is a letter to Mr. Wang Bing, general manager of

11        Beijing New Building Material Group Company,

12        Limited, and this is from Mark Norris,

13        commercial director for Knauf Plasterboard

14        Tianjin Company, Limited.

15              MR. MOORE:  May I have a clarification?

16        Who produced this document?

17              MR. LEVIN:  Knauf.

18              MR. MOORE:  Knauf produced --

19              MS. DUGGAN:  These were the Knauf

20        defendants in this litigation produced --

21              MR. MOORE:  Okay.

22              MS. DUGGAN:  And this is the e-mail with

23        two letters attached and all the attachments

24        that were sent with the letters.  The document

25        contains both English and Chinese documents.
```

Confidential - Subject to Further Confidentiality Review

1           MR. MOORE:  Okay.  Can I see it first?

2      Thank you.

3           MR. LEVIN:  See how helpful I am?

4           MR. MOORE:  Oh, you are so helpful.

5           (Document review.)

6           MR. MOORE:  Bear with me just a second

7      while I look through this.

8           MR. LEVIN:  No, I understand.

9           (Document review.)

10          MR. MOORE:  Okay.  Okay.  Thank you.  Go

11     ahead.

12  BY MR. LEVIN:

13     Q    As the corporate representative for this

14  30(b)(6) deposition, have you ever seen those

15  documents before?

16     A    No.

17     Q    Well, I represent to you, sir, that those

18  documents were given to me by your competitor, Knauf.

19     A    I'd like to remind Mr. Levin a sentence in

20  Chinese, which says, "We're willing to follow the

21  leadership of CNBM."  I don't know when Knauf was

22  under the leadership of CNBM.

23     Q    Sir, I'm not suggesting, and the document

24  doesn't suggest, that you followed the leadership of

25  CNBM.

```
 1                    Does the document -- was the document

 2    received by BNBMG?

 3                    MS. DUGGAN:  Mr. Levin is --

 4        A     No.

 5                    MS. DUGGAN:  And Mr. Levin is

 6         specifically referring to page 160717 to 718,

 7         which is flagged for you there with a pink flag.

 8                    MR. MOORE:  Can we have that back?

 9                    MR. LEVIN:  Yeah, here it is for you.

10                    MR. MOORE:  Do you have the English

11         version?  Can we go off the record for just a

12         second?

13                    MR. LEVIN:  Yes.

14                    THE VIDEOGRAPHER:  The time now is

15         8:06 a.m.  We're off the record.

16                    (Discussion off the record.)

17                    THE VIDEOGRAPHER:  The time is 8:08 a.m.

18         We're back on the record.

19    BY MR. LEVIN:

20        Q     Sir, was this document received by BNBMG?

21        A     No.

22        Q     How do you know that it wasn't received?

23    It's addressed to Mr. Wang Bing.

24        A     Yesterday you asked me whether I knew Wang

25    Bing or not.  I said I do.  But I do not know when
```

Confidential - Subject to Further Confidentiality Review

1    Wang Bing was the general manager of BNBMG.  BNBMG's

2    board of directors meeting had never hired Wang Bing

3    as BNBMG's executive.

4        Q    Well, was this letter addressed to the

5    offices of Beijing New Materials, BNBM's --

6    BNBM Group's physical location?

7        A    Correct.

8        Q    And is it dated May 15th, 2009?

9        A    Yes.

10       Q    Do you have a -- on May 15th, 2009, did you

11   have a receptionist in your building for BNBMG?

12       A    BNBMG had its own reception desk --

13       Q    And --

14       A    -- on May the 15th, 2009, at the ninth and

15   the tenth floor of Building 4, Z-H-U-Y-U,

16   International, S-H-O-U-T-I, South Road, Beijing.

17       Q    And isn't that letter addressed to the ninth

18   and tenth floor?

19       A    Yes.

20       Q    And was your receptionist -- part of her job

21   to receive all mail that was delivered to the ninth

22   and tenth floor to BNBMG?

23       A    Distribution of letters is included in the

24   job description of our front office.  But Wang Bing --

25                THE INTERPRETER:  Interpreter needs to

1          clarify tense with the deponent.

2               (Translation.)

3     A     -- Wang Bing was not and is not an employee

4 of BNBMG.

5 BY MR. LEVIN:

6     Q     But the letter was addressed to BNBMG, was

7 it not?

8     A     But we do not have such a general manager.

9     Q     Does -- was BNBM PLC in the same building

10 that you were in at the time?

11     A     I think Mr. Levin is mistaken in his memory.

12 I mentioned in the testimony that I provided

13 yesterday, in around 2005 and 2006, BNBMG and BNBM PLC

14 were in the same office building.

15     Q     What about at the time of this letter, was

16 BNBM PLC in the same building?

17     A     No.

18     Q     From time to time, did you get mail

19 forwarded to you by BNBMB PLC?

20               MR. MOORE:  Objection, asked and

21          answered.

22     A     I don't recall.

23 BY MR. LEVIN:

24     Q     If you received mail addressed to BNBM PLC

25 at your offices at BNBMB Group, would you forward that

Confidential - Subject to Further Confidentiality Review

 1    mail to BNBM PLC?

 2              MR. MOORE:  Object to form, no

 3         foundation, seeks speculation.

 4     A     I'd like to remind Mr. Levin, if I'm not

 5    mistaken in my memory, you've already asked the

 6    question yesterday.  I cannot speculate the work of

 7    front office.  This is neither the requirement of my

 8    deposition nor my job responsibility.

 9    BY MR. LEVIN:

10     Q     Perhaps you tell us what the requirement of

11    this deposition is, that you're referring to, what

12    your requirements are.

13     A     The requirement of this deposition is to

14    require me, as the corporate witness of BNBMG, to

15    state facts, not to speculate.

16     Q     Well, this isn't speculation.  Perhaps you

17    tell me what you refer to when you repeatedly use the

18    term "the front office."

19              MR. MOORE:  I object to form as to the

20         sidebar portion of that question, which is

21         irrelevant.  And this has been asked and

22         answered.  We went through this yesterday.  But

23         I'll let the witness answer again.

24              MR. LEVIN:  Thank you.

25     A     Front office is a position in the company.

Confidential - Subject to Further Confidentiality Review

1    Its responsibility, in part --

2              THE INTERPRETER:  The interpreter will

3         start over again.

4    A     One of its responsibility is to receive and

5    send letters.

6    BY MR. LEVIN:

7    Q     And who was in charge of the front office on

8    March 15, 2009 -- May 15, 2009?

9    A     I don't remember.

10   Q     Before coming here to America and preparing

11   for this deposition, did you speak to people in the

12   front office concerning their activities relevant to

13   this litigation?

14   A     No.

15             (BG:7/15/15-7/18/15 Exhibit 95 marked.)

16             MR. LEVIN:  Let's move on.  Exhibit 95.

17             MS. DUGGAN:  Plaintiffs are going to

18        mark and introduce into the record in this

19        deposition Exhibit 95.  This exhibit contains a

20        series of proofs of service from the Beijing

21        Superior People's Court; requests for service

22        abroad of judicial or extrajudicial documents

23        pursuant to the Hague Convention that were

24        completed by the PSC's agent, APS International;

25        certificates of service completed by APS.  And

1       the proofs of service by Beijing Superior

2       People's Court are in both Chinese and English.

3               Contained within Exhibit 95 is a request

4       for service pursuant to the Hague that was

5       attempted in the Gross litigation on BNBM Group

6       on July 7th, 2010.  Service was refused on

7       August 25th, 2010.

8               Service was attempted in the Gross

9       action of an intervention complaint on

10      December 17, 2010.  Service was refused on

11      January 17, 2011.  It's noted that the addressee

12      has moved, current address unknown.

13              Service was attempted in the Gross

14      action on BNBM Group on January 26th, 2011.

15      Service was refused by BNBM Group on March 22,

16      2011.  Service was refused again on the second

17      attempt on March 29, 2011.

18              Service was attempted in the Amorin

19      Virginia case on BNBM Group on November 11,

20      2013.  Service was refused by BNBM Group on

21      December 23rd, 2013.

22              Service was attempted in the Amorin

23      Florida complaint on BNBM Group on November 11,

24      2013, and service was refused on December 23,

25      2013.

```
 1              The documents also reflect that service

 2         was attempted in the Amorin Louisiana action on

 3         BNBM Group on November 11, 2013, and service was

 4         refused on December 23rd, 2013.

 5              We're showing a copy of Exhibit 95 to

 6         the witness, and a copy is being provided to

 7         counsel for defendants.

 8              MR. MOORE:  I object to the description

 9         of these documents, and I move to strike it.

10         Counsel has attempted to summarize in her own

11         words, through some form or fashion, what's in

12         these documents.  That is not proper in a

13         deposition.  I move to strike her comments in

14         their entirety.

15              She's obviously entitled to ask the

16         witness about the documents, but she is not

17         entitled to prepare a summary and read from it

18         as to what these documents say.  That is

19         entirely improper in a deposition.  Move to

20         strike it all.

21              Why aren't these Bates-stamped?  Wait

22         until she's through.

23              (Translation.)

24              THE INTERPRETER:  Does the witness have

25         a copy?  I'm sorry.
```

```
 1              MS. DUGGAN:  I'll also note, based on

 2         counsel's question about Bates-stamping, these

 3         documents were filed on the docket, on the ECF

 4         docket in MDL 2047, and there's a legend at the

 5         top of the various documents showing what the

 6         rec doc number is.  So they are of record in

 7         this case, and they've been before the Court.

 8              MR. MOORE:  My objection stands, and I

 9         would instruct the witness not to consider any

10         of the comments of counsel summarizing what is

11         in the documents in attempting to answer

12         questions about the documents.

13    BY MR. LEVIN:

14         Q    Sir, have you seen these documents before,

15    yes or no?

16         A    No.

17              MR. LEVIN:  Let's move on.

18              MR. MOORE:  Can we take a short break?

19              MR. LEVIN:  Sure.

20              THE VIDEOGRAPHER:  Time now is 8:26 a.m.

21         We're off the record.

22              (Recess taken, 8:26 a.m. to 8:42 a.m.)

23              THE VIDEOGRAPHER:  This begins Disc 2 of

24         today's deposition.  Time now is 8:42 p.m.

25         We're back on the record.
```

Confidential - Subject to Further Confidentiality Review

```
 1                  (BG:7/15/15-7/18/15 Exhibit 105 marked.)

 2                  MS. DUGGAN:  Plaintiffs are marking for

 3          identification and introduction into the record

 4          Exhibit 105.  This is a summary chart that was

 5          prepared by the PSC pursuant to Federal Rule of

 6          Evidence 1006.  It's a chart of additional

 7          efforts to serve complaints and related

 8          pleadings on BNBM Group.

 9                  The chart identifies the dates of the

10          documents that are letters from the PSC and

11          Federal Express invoices, and attached to the

12          chart is the supporting documentation with

13          Tabs 1 through 11.

14                  A copy of this exhibit is provided to

15          the witness and to counsel for all parties, as

16          well as the interpreter.

17                  MR. MOORE:  Once again, I move to strike

18          counsel's descriptions of this document.  It's

19          something that the PSC prepared.  Obviously, the

20          witness will not have ever seen this.

21                  I have no objection to the witness being

22          asked about actual documents, but I do object to

23          him being asked about a Rule 1006 summary

24          prepared by the PSC.  And I move to strike all

25          of counsel's comments describing these materials
```

Confidential - Subject to Further Confidentiality Review

1         or summarizing these materials in their

2         entirety.  Go ahead.

3    BY MR. LEVIN:

4         Q     Sir, do you have any knowledge of Federal

5    Express envelopes delivered to your office by Federal

6    Express from the offices of Messrs. Levin, Fishbein,

7    Sedran & Berman?

8         A     I do not know that.

9         Q     Do you know whether any letters were

10   delivered to the office by regular mail from Levin

11   Fishbein Sedran & Berman?

12        A     I do not know that.

13              MR. LEVIN:  Sandy, your turn.

14              MR. MOORE:  Are we through with this?

15              MS. DUGGAN:  Yes.

16              We're going to now turn our attention to

17        a series of BNBM Group board resolutions.  I

18        want to state for the record that these

19        documents were produced in this litigation by

20        BNBM Group.

21              There are documents in Chinese, as well

22        as English translations.  It's our understanding

23        that BNBM Group prepared the English

24        translations as part of the process of

25        litigation and that the English translations

Confidential - Subject to Further Confidentiality Review

1      themselves are not part of the business records

2      of BNBM Group.

3           We provided counsel for BNBM Group an

4      opportunity to review these translations and to

5      red-line them.  They have done so.  On a number

6      of the red-lines, the PSC is in agreement.  In

7      some instances, we are not in agreement, and

8      then in other instances, there were no red-lines

9      provided at all.  So I will make sure I state

10     for the record which is the case for each year.

11     And when I'm finished, counsel for BNBM Group

12     can tell me about any stipulations as to the

13     business records of these documents.

14          MR. MOORE:  Thank you, Sandy.  That's

15     just fine.  Let's proceed.

16          (BG:7/15/15-7/18/15 Exhibit 178 marked.)

17          (BG:7/15/15-7/18/15 Exhibit 178A

18          marked.)

19          (BG:7/15/15-7/18/15 Exhibit 178R

20          marked.)

21          MS. DUGGAN:  Exhibit 178 are the 2005

22     board resolutions for BNBM Group.  The Bates

23     range for English is BNBM(Group)00001818 to

24     1858.

25          We're marking for identification

Confidential - Subject to Further Confidentiality Review

```
 1              Exhibit 178R, which are the red-lines that

 2        BNBM Group's counsel have provided.  The parties

 3        are not in agreement on the translations, so

 4        we're marking both 178 and 178R for the record.

 5              Exhibit 178A is the 2005 board

 6        resolutions in Chinese for BNBM Group.  Those

 7        are at Bates BNBM(Group)00001777 to 1817.

 8              (BG:7/15/15-7/18/15 Exhibit 179 marked.)

 9              (BG:7/15/15-7/18/15 Exhibit 179A

10        marked.)

11              (BG:7/15/15-7/18/15 Exhibit 179R

12        marked.)

13              MS. DUGGAN:  Exhibit 179 is the English

14        translation of the 2006 board resolutions for

15        BNBM Group at BNBM(Group)00001913 to 1966.

16              Exhibit 179R are the red-lines provided

17        by counsel for BNBM Group for the 2006 board

18        resolutions with the same Bates range.  We're

19        marking both for identification because the

20        parties are not in agreement on the translation.

21              Exhibit 179A are the 2006 board

22        resolutions for BNBM Group in Chinese, and they

23        are at Bates range BNBM(Group)00001859 to 1912.

24              (BG:7/15/15-7/18/15 Exhibit 180 marked.)

25              (BG:7/15/15-7/18/15 Exhibit 180A
```

```
 1              marked.)

 2              MS. DUGGAN:  Exhibit 180 are the 2007

 3      board resolutions for BNBM Group at Bates range

 4      BNBM(Group)00002022 to 2069.  Counsel for

 5      BNBM Group did not provide any red-lines to this

 6      and are in agreement with the English

 7      translations.

 8              Exhibit 180A are the 2007 board

 9      resolutions in Chinese for BNBM Group at Bates

10      BNBM(Group)00001967 to 2021.

11              (BG:7/15/15-7/18/15 Exhibit 181 marked.)

12              (BG:7/15/15-7/18/15 Exhibit 181A

13              marked.)

14              MS. DUGGAN:  Exhibit 181 are the 2008

15      board resolutions for BNBM Group at Bates

16      BNBM(Group)00002012 to 2133.  Counsel for

17      BNBM Group is in agreement on the English

18      translations.  No red-lines were provided.

19              Exhibit 181A are the 2008 board

20      resolutions for BNBM Group in Chinese.  They're

21      at Bates range BNBM(Group)00002070 to 2101.

22              (BG:7/15/15-7/18/15 Exhibit 182A

23              marked.)

24              (BG:7/15/15-7/18/15 Exhibit 182R

25              marked.)
```

```
 1              MS. DUGGAN:  Exhibit 182R are the 2009

 2         board resolutions for BNBM Group at Bates

 3         BNBM(Group)00002172 to 2209.  The PSC agrees to

 4         the red-lines provided by counsel for

 5         BNBM Group.

 6              Exhibit 182A are the 2009 board

 7         resolutions in Chinese for BNBM Group at Bates

 8         BNBM(Group)00002134 to 2171.

 9              (BG:7/15/15-7/18/15 Exhibit 183A

10              marked.)

11              (BG:7/15/15-7/18/15 Exhibit 183R

12              marked.)

13              MS. DUGGAN:  Exhibit 183R are the 2010

14         board resolutions for BNBM Group.  These are

15         red-lines that the parties have agreed to for

16         the English translation.  The Bates is

17         BNBM(Group)00002262 to 2319.

18              Exhibit 183A are the 2010 board

19         resolutions in Chinese for BNBM Group, Bates

20         BNBM(Group)00002210 to 2261.

21              (BG:7/15/15-7/18/15 Exhibit 184A

22              marked.)

23              (BG:7/15/15-7/18/15 Exhibit 184R

24              marked.)

25              MS. DUGGAN:  Exhibit 184R are the 2011
```

```
 1          board resolutions for BNBM Group.  The PSC

 2          agrees to the red-lines provided by counsel for

 3          BNBM Group.  The Bates range is

 4          BNBM(Group)00002358 to 2392.

 5                  Exhibit 184A are the 2011 board

 6          resolutions in Chinese for BNBM Group, Bates

 7          BNBM(Group)00002320 to 2357.

 8                  (BG:7/15/15-7/18/15 Exhibit 185 marked.)

 9                  (BG:7/15/15-7/18/15 Exhibit 185A

10                  marked.)

11                  MS. DUGGAN:  Exhibit 185 are the 2012

12          board resolutions for BNBM Group.  No red-lines

13          were provided by counsel for BNBM Group, and the

14          Bates is BNBM(Group)00002424 to 2454.

15                  Exhibit 185A are the 2012 board

16          resolutions in Chinese for BNBM Group, Bates

17          BNBM(Group)00002393 to 2423.

18                  (BG:7/15/15-7/18/15 Exhibit 186 marked.)

19                  (BG:7/15/15-7/18/15 Exhibit 186A

20                  marked.)

21                  MS. DUGGAN:  Exhibit 186 are the 2013

22          board resolutions for BNBM Group.  There were no

23          red-lines provided.  The Bates is

24          BNBM(Group)00002483 to 2511.

25                  Exhibit 186A are the 2013 board
```

Confidential - Subject to Further Confidentiality Review

```
 1          resolutions in Chinese for BNBM Group, Bates

 2          BNBM(Group)00002455 to 2482.

 3                    (BG:7/15/15-7/18/15 Exhibit 187 marked.)

 4                    (BG:7/15/15-7/18/15 Exhibit 187A

 5                    marked.)

 6                    (BG:7/15/15-7/18/15 Exhibit 187R

 7                    marked.)

 8                    MS. DUGGAN:  Exhibit 187 are the 2014

 9          board resolutions for BNBM Group, Bates

10          BNBM(Group)00002555 to 2596.

11                    And Exhibit 187R are the red-lines

12          provided by counsel for BNBM Group for the 2014

13          board resolutions.  The parties did not agree on

14          the translation.  And they contain the same

15          Bates range.

16                    Exhibit 187A are the 2014 board

17          resolutions in Chinese for BNBM Group, Bates

18          BNBM(Group)00002512 to 2554.

19                    (BG:7/15/15-7/18/15 Exhibit 188 marked.)

20                    (BG:7/15/15-7/18/15 Exhibit 188A

21                    marked.)

22                    MS. DUGGAN:  Exhibit 188 are the 2015

23          board resolutions for BNBM Group.  No red-lines

24          were provided.  BNBM(Group) Bates 00002599 to

25          2600.
```

Confidential - Subject to Further Confidentiality Review

```
1                    And Exhibit 188A is in Chinese for the

2          2015 board resolutions at Bates

3          BNBM(Group)00002597 to 2598.

4                    MR. MOORE:  For the record, let me just

5          state a quick objection.  Where we don't have

6          agreement -- Sandy, as you've read these in,

7          where we don't have agreement on the

8          translation, we object as you read them in.

9          Other than that, proceed.  Okay?

10                   MS. DUGGAN:  We've provided a copy of

11         the Chinese version of all of these resolutions

12         to the witness, and all of the documents that I

13         just read in have been provided to counsel for

14         all parties.

15                   And do we have a stipulation that the

16         board resolutions for the years 2005 to 2015 in

17         Chinese are business records of BNBM Group and

18         that they are authentic?

19                   MR. MOORE:  Yes.

20                   MS. DUGGAN:  Just have a couple of

21         questions for the witness.

22                             EXAMINATION

23    BY MS. DUGGAN:

24      Q    Mr. Zhao, if you could look, for example, at

25    Exhibit 178A, this appears to me to contain the board
```

Confidential - Subject to Further Confidentiality Review

1   resolutions of BNBM Group for the year 2005, and I

2   note that on the cover of this package is a chart.

3                And my question to you is:  Did your

4   company prepare this chart?

5        A    Yes.

6        Q    And does this summarize what is contained in

7   this exhibit in terms of the various resolutions of

8   the board and the dates that the meetings were held?

9        A    Yes.

10       Q    And do the board of directors for BNBM Group

11  approve these resolutions?

12       A    Yes.

13       Q    And in which manner must they be approved?

14                MR. MOORE:  Objection, form.  I'm sorry.

15  BY MS. DUGGAN:

16       Q    In other words --

17                MR. MOORE:  Hang on.  Objection, form.

18  BY MS. DUGGAN:

19       Q    In other words, does the board have to

20  approve them unanimously, by a majority, or in some

21  other fashion?

22       A    On the resolutions that I see, all of the

23  approval strictly follows BNBMG's company charter.

24       Q    And what does that charter provide with

25  respect to approval of board resolution minutes by the

1    board of directors of BNBM Group?

2            MR. MOORE:  Objection, form.  The

3        document speaks for itself.  I'll allow you to

4        ask him what his understanding is.

5    A    The charter has definite stipulations on how

6    a resolution is to be approved.

7    BY MS. DUGGAN:

8    Q    And what is your understanding of that

9    particular stipulation with regard to approval of

10   resolutions of the board of directors meetings?

11   A    My understanding is as the same as the

12   charter, because as the secretary of the board of

13   directors meeting, I must perform my responsibilities

14   and obligations strictly in accordance with the

15   charter.

16   Q    And what is your understanding, sir?

17   A    According to the charter, seek opinions from

18   the directors, and the board of directors would

19   examine and vote on whether a relevant resolution is

20   to be approved or not to be approved.

21   Q    And when the board of directors vote, in

22   order for the resolution to be approved, does it

23   require simply a majority of the board of directors,

24   or does it require a percentage that's higher than a

25   majority?

1      A      According to the stipulation of the charter,

2  two-third of the directors must approve on any -- on

3  any major issues, while half of the directors must

4  approve on general resolutions.

5              THE INTERPRETER:  Interpreter needs to

6        clarify with deponent.

7              (Translation.)

8              THE INTERPRETER:  Interpreter would like

9        to correct her interpretation.

10     A      More than half of the directors must approve

11  on general resolutions.

12  BY MS. DUGGAN:

13     Q      And can you give me an example of what would

14  be a major issue?

15     A      For example, important transactions on the

16  interest of company's shareholding entities.  Another

17  example would be revision on the charter.

18     Q      And in contrast, what would be an example of

19  a general issue that would only require more than a

20  majority of the board of directors' approval?

21     A      Would you like me to give you an example?

22     Q      Yes, please.

23     A      For example, to apply relevant credit lines

24  with the bank.

25     Q      To apply for credit with a bank would be an

1    example of a generalized issue; is that correct -- or

2    general issue?  Excuse me.

3        A    Yes.  That's also the requirement of the

4    bank.

5        Q    Mr. Zhao, when these resolutions are

6    approved, they contain the same seal -- I'll point

7    you, for example, to page 1782 -- is that correct?

8    This would be the red seal of the company.

9        A    There are two issues here.  The first issue

10   being that upon the approval of the resolution, the

11   resolution become effective without a seal.  By the

12   signature of the directors, their independent opinions

13   were being expressed.

14              The second issue is, the seal is an

15   official seal of BNBMG.

16       Q    But they become effective even before the

17   seal is applied; is that correct?

18       A    Of course -- of course the directors give

19   their independent opinions.  As soon as they approve

20   of the resolution, the resolution would become

21   effective.

22       Q    Have there been any revisions or changes to

23   any of these resolutions contained within

24   Exhibits 178A through 188A?

25       A    I don't know what is your definition when

Confidential - Subject to Further Confidentiality Review

1    you said "revisions or changes"?

2       Q    Were these resolutions ever revised or

3    corrected in any manner from 2005 to 2015?

4              MR. MOORE:  You're talking about the

5         document itself, right?

6              MS. DUGGAN:  Exactly.

7    BY MS. DUGGAN:

8       Q    And if the answer is yes, where would those

9    revisions be?

10      A    Yes, before the formal approval of the

11   directors.

12      Q    I don't think I understood your answer.

13              Are you saying that the minutes are

14   revised before they're finalized?

15      A    The resolutions may be revised before the

16   discussion of the directors take place and approved,

17   but once the directors discussed and approved the

18   resolutions, they are treated as effective and legally

19   binding.

20      Q    To your knowledge, were any of the finally

21   approved resolutions that are contained within

22   Exhibits 178A to 188A ever changed after they were

23   finalized?

24      A    I don't know.

25      Q    Who would know the answer to that question,

Confidential - Subject to Further Confidentiality Review

```
 1   sir?

 2       A     Only me, because I am the secretary of the

 3   board of directors.

 4       Q     Do you need to check your files to be able

 5   to answer that question?

 6       A     I have just reviewed relevant documents, and

 7   I do not remember the instance that revision had been

 8   made after the directors had approved the resolutions.

 9   This is not allowed in accordance with the company

10   charter.

11               MS. DUGGAN:  Okay.  Thank you.

12               MR. MOORE:  I have one housekeeping

13       matter.  When you did Exhibit 182, you said that

14       we agreed -- we had provided a red-line and the

15       PSC had agreed to it.  Did we actually mark a

16       182R?  Perhaps we did.  Can you just

17       double-check?

18               MS. DUGGAN:  Yes.

19               I believe I only marked 182R and 182A,

20       but if the court reporter could check that for

21       me, that would be great.

22               THE REPORTER:  I show 182A and 182R

23       only.

24               MR. MOORE:  Then we're good.  Thank you.

25               MR. LEVIN:  Okay.  Move on.
```

Confidential - Subject to Further Confidentiality Review

```
 1                    EXAMINATION

 2  BY MR. LEVIN:

 3     Q     Do you remember -- strike that.

 4              Does the name "Grundke" mean anything

 5  to you, G-R-U-E-N-K-E?

 6              (Clarification requested by the

 7              reporter.)

 8  BY MR. LEVIN:

 9     Q     I'm sorry, I got the correct spelling now,

10  G-R-U-N-D-K-E.

11              THE INTERPRETER:  G-R-U-N?

12              MR. LEVIN:  D-K-E.  D, as in delta.

13     A     I do not recall.

14  BY MR. LEVIN:

15     Q     Are you aware that a representative of Knauf

16  came to your facilities to discuss with your company

17  the litigation at or about the time that the Knauf

18  letters were established in this deposition?

19              MR. MOORE:  Objection to form, no

20        foundation.

21     A     I don't know.

22              MR. LEVIN:  Okay.  Let's mark, Sandy,

23        these now.

24              (BG:7/15/15-7/18/15 Exhibit 206 marked.)

25              MS. DUGGAN:  Plaintiffs are marking for
```

Confidential - Subject to Further Confidentiality Review

```
1              identification and introducing into the record

2              in this deposition Exhibit 206.  This exhibit

3              contains a series of documents produced by

4              BNBM Group in this litigation.  They have Bates

5              numbers 0002825 through 2872.

6                   It's my understanding that counsel for

7              BNBM Group has stipulated that these are, in

8              fact, business records of BNBM Group, but I'd

9              like to give you an opportunity to review them.

10                  MR. MOORE:  Give me a chance to review

11             them.

12                  MR. LEVIN:  Should we take five minutes?

13                  MR. MOORE:  It won't take that long.

14                  MR. LEVIN:  Okay.

15                  (Document review.)

16                  MR. MOORE:  Yes.

17                  THE WITNESS:  Okay.

18                  MR. MOORE:  We stipulate to these as

19             business records of BNBM Group.

20                            EXAMINATION

21        BY MS. DUGGAN:

22           Q    Mr. Zhao, have you seen these records

23        before?

24           A    Yes, but because it is in English, therefore

25        I do not have a good recollection on that.
```

Confidential - Subject to Further Confidentiality Review

```
1       Q     Do you know what these records are?

2       A     My colleague had briefed me on the business

3   status.   These are some contracts with customers --

4              THE INTERPRETER:  The interpreter would

5        like to start over again.

6       A     My colleague had briefed me on the business

7   status.   These are some contracts between BNBMG and

8   customers when BNBMG was the import agent of some

9   Chinese customers.

10  BY MS. DUGGAN:

11      Q     And which colleague did you speak with about

12  these documents?

13      A     W-A-N-G, space, W-E-I-R-E-N.

14      Q     And who is Mr. Wang Weiren?

15      A     Mr. Wang Weiren is in charge of the

16  operation of BN Forest Products Company.

17      Q     And does Mr. Wang Weiren speak English?

18      A     He speaks Chinese with me.

19      Q     And you pointed out that these are contracts

20  that are in English.  Who within your company is

21  authorized to enter into contracts in English with

22  companies that you deal with in the United States?

23      A     BNBMG does not authorize any specific

24  colleague to sign specifically English contracts.  The

25  contract that I see as the import agent is submitted
```

1    by the opposing company.

2        Q      Who is the opposing company?

3        A      For example, in Chinese, you pronounce

4    "Baillie" or "Baillie" [pronouncing].  The logo on the

5    document reflects that it is a document provided by

6    the opposing company.

7        Q      And are you referring, sir, to

8    BNBM(Group)0002825 as your example?

9        A      Correct, it's the first page.

10       Q      Okay.  And is this contract, in fact, signed

11   by BNBM Group?

12       A      Yes.

13       Q      And who signed the contract?

14       A      L-I, space, L-I-N-G-M-E-I.

15       Q      And is that a stamp of your company, where

16   he signed on the page?

17       A      Yes.

18       Q      And who is Li Lingmei?

19       A      She is a male --

20              THE INTERPRETER:  Interpreter

21        correction.

22              MR. LEVIN:  Yeah, we don't know now, I

23        guess.

24       A      She is a female.  She is a salesperson in

25   Beijing New Forest Products Company, Limited.

 1    BY MS. DUGGAN:

 2        Q      And is she authorized by BNBM Group to enter

 3    into these contracts on behalf of your company?

 4        A      Yes, she has a right to sign these

 5    contracts.

 6        Q      You mentioned that she's a salesperson.

 7    Does she -- is she an officer of the company in any

 8    way?

 9        A      She's not an -- she's not an officer of

10    BNBMG.

11        Q      Is she an officer of Beijing New Forest

12    Products Company, Limited?

13        A      No.

14        Q      Okay.  I'd like to give you an opportunity

15    to look at each of these contracts and tell me if they

16    were signed by someone who was authorized by

17    BNBM Group to enter into these contracts.  And if

18    you'd prefer to do that during a break, that would be

19    fine as well.

20                MR. LEVIN:  We can take a break now.

21                THE WITNESS:  Thank you.

22                MS. DUGGAN:  Can we go off the record?

23                MR. MOORE:  I'm sorry, I was being --

24                MS. DUGGAN:  I wanted the witness -- to

25          give the witness an opportunity to look at each

Confidential - Subject to Further Confidentiality Review

1        and every contract and just tell me whether they

2        are signed by someone who was authorized --

3                MR. MOORE:  Yeah, sure.

4                MS. DUGGAN:  -- on behalf of the company

5        to enter into the contract.

6                MR. MOORE:  Yeah, there could have been

7        one translation issue having to do with "senior

8        executive" and "officer."

9                Todd, could you explain that?

10               MR. LIAO:  Yeah, I think when you said,

11       "Is she an officer" --

12               MR. LEVIN:  Off the record?

13               MR. MOORE:  Off the record, yeah.

14               THE VIDEOGRAPHER:  The time now is

15       9:28 a.m.  We're off the record.

16               (Recess taken, 9:28 a.m. to 9:48 a.m.)

17               THE VIDEOGRAPHER:  This begins Disc 3 of

18       today's deposition.  Time now is 9:48 a.m.

19       We're back on the record.

20   BY MS. DUGGAN:

21       Q    Mr. Zhao, I have a couple of questions on

22   document 2825.  I believe you testified earlier that

23   this contract was signed by Ms. Lingmei; is that

24   correct?

25       A    Ms. Li Lingmei signed this document with the

Confidential - Subject to Further Confidentiality Review

1    authorization of BNBMG.  I've also noticed that the

2    seal on this material is blue; therefore, I can be

3    sure that this is the seal of BNBM Group.

4        Q    And I believe you testified earlier, and

5    this is the way it reads in English, that Ms. Lingmei

6    worked as a salesperson at Beijing New Forest Products

7    Company, Limited, and I have a question about that.

8              I'm going to show you what was marked

9    previously in this deposition as Exhibit 198A, and I'm

10   looking at Exhibit 198R, which is the red-line that

11   the parties have agreed to.  And this is an Equity

12   Structure Chart 2014, and underneath "BNBM Group," to

13   the left, it shows ten wholly owned subsidiaries.

14             And the fourth item, the fourth box on

15   that chart in my English translation says "BNBM Group

16   Forest Products Company, Limited," and I wanted to ask

17   you if that's the entity that Ms. Lingmei is a

18   salesperson for.

19       A    Ms. Li Lingmei is a salesperson for Beijing

20   New International Wood Products Company, Limited.  As

21   the import agent for customers, he would need to

22   obtain BNBMG's authorization, when using BNBMG's

23   credit line, before signing.

24       Q    And just so that the record is clear, does

25   Ms. Lingmei work for the entity that is in that fourth

1    box on that chart to the left, where it says "Wholly

2    Owned Subsidiaries"?  And I'm referring to the fourth

3    box from the top.

4        A     Yes, but --

5        Q     And is the --

6        A     -- at the same time -- but as the import

7    agent, Ms. Li Lingmei, upon receiving special

8    authorization of BNBMG, can also sign the document,

9    but the document becomes valid upon placing of BNBMG's

10   seal.  After the completion of the business as import

11   agent, BNBMG will receive profits from the Chinese

12   customer.

13       Q     Thank you.

14             On this page, the one that we're

15   talking about, 2825 with "Baillie" at the top, it's

16   addressed to Beijing New Building Materials

17   Co., Limited.  I just want to confirm with you.  Is

18   this the address for your company:  10/F Building 4,

19   Interwest Business Center, No. 9 South Road, Suouti,

20   Haidian District, Beijing, China?

21       A     Yes.  Yes, it is the office address of

22   BNBMG.

23       Q     Have you had an opportunity during the break

24   to review each of the contracts contained within this

25   exhibit, and are you able to tell me whether each one

Confidential - Subject to Further Confidentiality Review

1    contains the authorized seal of BNBM Group and is

2    signed by somebody who had the authority to enter into

3    the contract?

4        A    I have reviewed relevant documents during

5    the break, even though it's in English, but I have

6    diligently searched for BNBMG's business stamp on each

7    one of them.  These documents are valid.  Even though

8    I cannot identify some of the signers because it is

9    not printed, but the stamp is valid, and they must

10   have been officially authorized.

11       Q    Just so we're clear, you're talking about

12   the contracts in Exhibit 206?

13       A    Yes.

14       Q    Thank you.

15            MR. LEVIN:  I have a few questions.

16            MR. MOORE:  Oh, I'm sorry.

17                      EXAMINATION

18   BY MR. LEVIN:

19       Q    All this lumber that is involved in these

20   documents that we have been dealing with for the last

21   hour -- half hour, hour, what did BNBMG do with this

22   lumber when it got to China?

23       A    I can give Mr. Levin an introduction of the

24   business.  May I?

25            MR. MOORE:  Yes.

Confidential - Subject to Further Confidentiality Review

1          MR. LEVIN:  Yes what?

2          MR. MOORE:  He said, "May I?"  "I can

3      give Mr. Levin an introduction of the business.

4      May I?"

5   BY MR. LEVIN:

6      Q     Yes, you may.

7      A     Thank you.

8          Following the instruction of its

9   Chinese customers, BNBMG acts as an agent to import

10  logs and its products from different countries and

11  different companies.

12         BNBMG would precharge a guarantee

13  deposit from its Chinese customers and to issue a

14  letter of credit to the Chinese customers' designated

15  foreign companies according to the requirements of

16  such Chinese customers.

17         Upon the arrival of the goods in

18  China, BNBMG would assist on relevant procedures of

19  custom clearance.  Before receiving those goods,

20  Chinese customers need to pay BNBMG the payments for

21  the goods, as well as the agency fee.  The transaction

22  is completed upon Chinese customers making payment and

23  receiving goods from BNBMG.

24     Q     Are we finished?

25     A     Yes.

Confidential - Subject to Further Confidentiality Review

```
1              MR. LEVIN:  Okay.  Please mark

2         Exhibit 164 and identify it, Sandy.

3              (BG:7/15/15-7/18/15 Exhibit 164 marked.)

4              (BG:7/15/15-7/18/15 Exhibit 164A

5              marked.)

6              MS. DUGGAN:  Plaintiffs are introducing

7         into the record Exhibit 164.  This document

8         contains Bates BNBM(Group)0002794 through 2801.

9              We're also offering Exhibit 164A, which

10        has Bates numbers BNBM(Group)0002786 through

11        2793.

12             I note for the record that Exhibit 164

13        is in English and 164A is in Chinese.  Both

14        documents were produced by BNBM Group in this

15        litigation.

16                       EXAMINATION

17   BY MS. DUGGAN:

18        Q    Mr. Zhao, I direct your attention to

19   Exhibit 164A.  Have you ever seen this before?

20        A    Yes.

21        Q    And what is it, sir?

22        A    This is a contract between BNBMG and

23   Alibaba.

24        Q    And did BNBMG sign this contract?

25             (Document review.)
```

1    BY MS. DUGGAN:

2        Q      Perhaps look at page 2788.

3        A      The official seal is a little blurry.

4        Q      Does it appear to have the official seal of

5    your company?

6        A      I'm able to identify the contract seal of

7    BNBMG on the first page.

8        Q      It's contained there on the first page?

9        A      Yes (indicating).

10       Q      And the witness is pointing to page 2786,

11   correct?

12       A      Yes.

13       Q      And what is the date of this contract?

14       A      July the 25th, 2013.

15       Q      And was this contract entered into by

16   somebody with authority from your company?

17       A      Yes.

18       Q      And was it approved by the board of

19   directors?

20       A      The daily production, operation and

21   management do not require the interference of the

22   board of directors.  A definite description can be

23   found in the charter.

24       Q      And did you maintain this contract in the

25   files of your company as part of the regular course of

```
 1    your business?

 2        A      Yes.

 3        Q      And is this contract with Alibaba.com still

 4    valid?

 5        A      A document becomes valid upon signature and

 6    seal.

 7        Q      Can you tell me whether Exhibit 164, which

 8    is this contract in English, is part of your regular

 9    business records, or was this prepared as part of this

10    litigation that we're involved in?

11        A      I don't know.

12               MR. MOORE:  I can clarify for you.

13        A      I can only see the Chinese version.

14               MR. MOORE:  May I clarify?

15               MR. LEVIN:  Sure.

16               MR. MOORE:  This English version was

17           translated by us as part of the document

18           production, the initial production, and -- but

19           we've not had a chance yet to double-check it

20           because it wasn't one of the ones you sent to us

21           in advance of the deposition.

22               So we reserve our right to look at it

23           again and make any -- if we feel there -- need

24           to make any changes, we'll make those in the

25           errata sheet.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. LEVIN:  Right.

 2              MS. DUGGAN:  Certainly.

 3              Can we go off the record for one second?

 4              THE VIDEOGRAPHER:  Time now is

 5      10:13 a.m.  We're off the record.

 6              (Discussion off the record.)

 7              THE VIDEOGRAPHER:  The time now is

 8      10:16.  We're back on the record.

 9              MR. MOORE:  Yes, we've had a chance to

10      look at Exhibit 217, and it appears to us to be

11      invoices from BNBM Group to BNBM of America, and

12      relating mostly to stone products.  And they

13      have our Bates number, therefore, they came from

14      our files, and we will stipulate to them as

15      business records of BNBM Group.

16              (BG:7/15/15-7/18/15 Exhibit 217 marked.)

17              MS. DUGGAN:  And for the record, the

18      plaintiffs are going to offer Exhibit 217 for

19      this deposition.  And the Bates numbers are

20      BNBM(Group)-E-0004849 -- they don't go in order,

21      so I'm going to read each of the Bates numbers.

22      It's 4849, 4850, 4852, 4853, 4854, 4855, 4856,

23      4857, 4858, 4859, 4860, 4861, 4862, 4864, 4865,

24      4866, 4867, 4868, 4869, 4870 and 4890.

25              MR. LEVIN:  Okay.
```

```
 1                    EXAMINATION

 2   BY MR. LEVIN:

 3       Q     Sir, looking at Exhibit 164, the Alibaba

 4   contract, why did BNBMG enter into a contract with

 5   Alibaba?

 6       A     BNBMG intends to do a promotion on Alibaba's

 7   website.

 8       Q     And is it a fact, sir, that Alibaba has a

 9   website -- this is going to be difficult for me --

10   with a storefront that broadcasts it internationally

11   to the world?

12               MR. LEVIN:  How did I do?

13               THE INTERPRETER:  This is the

14          interpreter speaking.  When counsel said

15          "storefront," did you mean a storefront on the

16          website, or a physical storefront?

17               MR. LEVIN:  Website.

18               THE INTERPRETER:  Oh.

19               (Translation.)

20       A     Alibaba is a famous website.  BNBMG does

21   promotion on Alibaba's website.

22   BY MR. LEVIN:

23       Q     And does that website target

24   internationally?

25               MR. MOORE:  Objection, form.
```

```
 1      A      All websites are international.

 2  BY MR. LEVIN:

 3      Q      And could business organizations in the

 4  United States utilize that website to make contact

 5  with you?

 6      A      Yes, if --

 7      Q      And is it a fact --

 8              MR. MOORE:  Hang on.

 9              MR. LEVIN:  I'm sorry.

10      A      Yes, if any.

11  BY MR. LEVIN:

12      Q      And is it a fact, sir, that you have

13  received communications via that website from concerns

14  in the United States?

15              MR. MOORE:  I don't think he finished

16          his answer.  You asked him, "Could organizations

17          in the United States utilize that website to

18          make contact with you," he answered, "Yes, if,"

19          and then you cut him off.

20              MR. LEVIN:  I didn't mean to.

21              MR. MOORE:  If you look on the -- if you

22          look at the --

23              MR. LEVIN:  I accept what you said.

24              MR. MOORE:  I'd like the witness to be

25          able to at least finish --
```

1          MR. LEVIN:  Could you give us the "if"?

2          THE INTERPRETER:  The interpreter would

3      like to point out that the record did record the

4      complete answer of the deponent.  The deponent

5      said, "Yes," comma, "if any."

6          MR. MOORE:  Oh, "if any."

7          MR. LEVIN:  Okay.

8          MR. MOORE:  Yeah.  Okay.  Thank you.

9  BY MR. LEVIN:

10     Q     And then my next question is:  Is it a fact,

11  sir, that contact has been made to BNBMG by United

12  States business organizations through that website?

13     A     No.

14         MR. LEVIN:  Let's identify these

15      exhibits, please.

16         MS. DUGGAN:  Turning back for a moment

17      to Exhibit 164, on our original letter,

18      Mr. Moore, regarding these translations, I

19      believe that this exhibit was on the list that

20      we provided and your response was you did not

21      have any red-lines to the English version of the

22      contract.  But if you would like another

23      opportunity to review it, that's fine.

24         MR. MOORE:  You're talking about this

25      Alibaba?

Confidential - Subject to Further Confidentiality Review

```
 1            MS. DUGGAN:  Exactly, yes.

 2            MR. LEVIN:  Michael, if you want to

 3       review it, review it.

 4            MR. MOORE:  Yeah, we probably still need

 5       to review it.

 6            MS. DUGGAN:  That's fine.

 7            MR. MOORE:  That was my understanding.

 8            MS. DUGGAN:  That's fine.

 9            (BG:7/15/15-7/18/15 Exhibit 233 marked.)

10            MS. DUGGAN:  The plaintiffs are now

11       going to mark for identification and offer into

12       the record Exhibit 233.  This is a translation

13       of BNBM(Group)-E-0000273 to 274.  There is a

14       machine translation that follows the PSC's

15       translation that was prepared by BNBM Group, and

16       then a document in Chinese with Bates

17       BNBM(Group)-E-0000273 to 274.

18            Counsel for BNBM Group has not had an

19       opportunity yet to review or red-line the PSC's

20       translation.  Copies are being provided to the

21       witness, to the interpreter, and to counsel for

22       all parties.

23            (BG:7/15/15-7/18/15 Exhibit 234 marked.)

24            MS. DUGGAN:  We're also marking

25       Exhibit 234.  This is a translation prepared by
```

Confidential - Subject to Further Confidentiality Review

1        the PSC of BNBM(Group)-E-0000297 to 298.

2        There's a machine translation provided by

3        BNBM Group and a document in Chinese, Bates

4        BNBM(Group)-E-0000297 to 298.

5               Again, counsel for BNBM Group has not

6        had an opportunity to review or red-line the

7        PSC's translation.

8               (BG:7/15/15-7/18/15 Exhibit 235 marked.)

9               MS. DUGGAN:  And finally, we're marking

10       and offering Exhibit 235.  This is a translation

11       prepared by the PSC of BNBM(Group)-E-0000362 to

12       363.  There is a machine translation provided by

13       BNBM Group and a document in Chinese with Bates

14       BNBM(Group)-E-0000362 to 363.

15              And the counsel for BNBM Group has not

16       had an opportunity yet to review or red-line

17       this translation.

18              MR. MOORE:  As we've said before, we

19       reserve our right to review the translation.

20       Thank you.

21              MS. DUGGAN:  Yes.

22   BY MR. LEVIN:

23       Q    Sir, have you reviewed the documents?

24       A    I don't recall.

25       Q    No, have you reviewed them just now?  I'm

1     sorry.

2         A      I reviewed it just now.

3         Q      Okay.  Looking at those documents, aren't

4     they e-mail contacts from Alibaba to bnbmg.com.cn?

5         A      According to the document, yes.

6         Q      Who is "lkl" in the e-mail address of BNBMG?

7         A      I don't know.

8         Q      Is that Kailong Lu, K-A-I-L-O-N-G, space,

9     L-U?

10        A      I don't know.

11        Q      Do you know that person?

12        A      Yes.

13        Q      What position does she hold at BNBMG?

14        A      He's a salesperson in BNBMG's import and

15    export business department.

16        Q      And do you see where each of those documents

17    indicate "Buyer Country/Region: United States"?

18        A      Where is it?  Right here (indicating)?  Yes.

19               I notice a detail from the exhibit

20    that you just handed to me, Exhibit 164A.  I notice

21    that our company's Z-H-A-N-G, space, W-E-N-J-I-A, left

22    a different e-mail address.

23               More interestingly, the date on this

24    Alibaba's e-mail is July the 12th, 2013, while the

25    date that our company signed an agreement with Alibaba

1    was on July the 25th.

2        Q     Sir, take a look at document 297.

3        A     Yes.

4        Q     Bates number 297 of Exhibit 234.

5             MR. MOORE:  I'm sorry, could you give me

6         that page again?  I apologize.

7             MR. LEVIN:  297.

8             MR. MOORE:  Okay.  I've got it.

9    BY MR. LEVIN:

10       Q     Do you see on the very top of that page

11   where it says "Subject: United States," and then

12   Chinese letters next to the United States?

13       A     No.

14       Q     Would you read the Chinese letters next to

15   the word "Subject" in that document?  Just tell me

16   what it says in Chinese -- well, wait.  How could you

17   do that?

18             Can you read the subject line to me?

19             THE INTERPRETER:  Here?

20             MR. LEVIN:  Right here, Sunny

21       (indicating).

22       A     "A purchasing inquiry awaits your

23   quotation."

24   BY MR. LEVIN:

25       Q     And the English came through there.  Could

Confidential - Subject to Further Confidentiality Review

1    you read that English for me?

2              MR. MOORE:  I'm not sure y'all are on

3         the same line.

4              MR. LEVIN:  All right.  Can I show him

5         this?

6              MR. MOORE:  Oh, okay.  That will help.

7         Thank you.

8      A     "An inquiry from the United States awaits

9    your quotation."

10   BY MR. LEVIN:

11     Q     Thank you.

12              Let's take a look at 362, Exhibit 235.

13   Can you read -- take a look at the Chinese.  Can you

14   tell me who's making an inquiry of BNBMG there?  You

15   see "Gustavo"?

16              MR. MOORE:  Well, that's in English.

17              MR. LEVIN:  Yeah, but I think...

18              (Translation.)

19              THE WITNESS:  We have a different

20         exhibit.

21              MR. LEVIN:  Do you have 362?  235.

22         Exhibit 235, Bates number 362.

23              THE INTERPRETER:  The interpreter will

24         repeat the question asked.

25              (Translation.)

 1      A     I see the word.

 2   BY MR. LEVIN:

 3      Q     Do you see who is requesting information

 4   from your company?

 5      A     Alibaba.

 6      Q     Do you see the name of a company in the

 7   United States that's requesting information from you?

 8      A     The document writes "United States."

 9            MR. LEVIN:  I'm not going to make it if

10        I don't take a five-minute break now.  I thought

11        I'd finish the document.

12            MR. MOORE:  That's fine.

13            THE VIDEOGRAPHER:  The time now is

14        10:38 a.m.  We're off the record.

15            (Recess taken, 10:38 a.m. to 10:55 a.m.)

16            THE VIDEOGRAPHER:  This begins Disc 4 of

17        today's deposition.  Time now is 10:55 a.m.

18        We're back on the record.

19   BY MR. LEVIN:

20      Q     Sir, looking at 382, could you tell me the

21   date of that document, when it was sent?  Right on

22   top.

23            MR. MOORE:  Which exhibit?

24            MR. LEVIN:  We're still in the same,

25        235.

```
 1              MR. MOORE:  362?

 2              MR. LEVIN:  Yeah, 362.  I'm sorry, I

 3       said '82.

 4              MR. MOORE:  That's okay.  Yeah.

 5    A     May the 3rd.

 6  BY MR. LEVIN:

 7    Q     What year?

 8    A     2014.

 9    Q     Now, when -- before the break, we were

10  fiddling around and looking for "Gustav," which

11  appears in the document in English.  Did you find

12  that, sir?

13    A     Yes, I found that.

14    Q     And could you tell me where Gustav was from?

15    A     It says here from America.

16    Q     And when you say "America," you mean the

17  United States?

18    A     Yes.

19              MR. LEVIN:  224.

20  BY MR. LEVIN:

21    Q     Before we get to 224, these three documents

22  from Alibaba, do you retain them in your files in the

23  ordinary course of business at BNBMG?

24    A     What documents are you referring to?

25    Q     235, 233 and 234.
```

Confidential - Subject to Further Confidentiality Review

```
 1      A      Mr. Levin, BNBMG promotes its company to any

 2   English-speaking business organizations in the world

 3   through the website of Alibaba.  In preparation of

 4   this deposition, I specifically inquired Mr. Y-U,

 5   space, X-U-A-N-F-E-N-G.  He told me BNBMG did not

 6   realize business transactions with American companies

 7   through Alibaba's website.

 8                  MR. LEVIN:  Okay.  Could you read him

 9        the question again?

10                  (The following portion of the record was

11                  read.)

12                  "QUESTION:  Before we get to 224, these

13             three documents from Alibaba, do you retain them

14             in your files in the ordinary course of business

15             at BNBMG?"

16                  MR. LEVIN:  I move to strike the last

17             answer as being totally unresponsive, and I

18             would ask the witness to answer that question.

19                  (Translation.)

20                  THE INTERPRETER:  The interpreter will

21             repeat the question.

22                  (Translation.)

23      A      Yes.  At the same time I explained to

24   Mr. Levin our cooperation process with Alibaba.

25                  (BG:7/15/15-7/18/15 Exhibit 224 marked.)
```

Confidential - Subject to Further Confidentiality Review

```
 1              MS. DUGGAN:  Plaintiffs are going to
 2         mark for identification Exhibit 224 and offer
 3         this exhibit into the record.  This is a
 4         translation prepared by the PSC of
 5         BNBM(Group)-E-0004365 to 4370.  Following the
 6         PSC's translation is a machine translation
 7         provided by BNBM Group, and a document in
 8         Chinese with Bates BNBM(Group)-E-0004365 through
 9         4370.
10              And counsel for BNBM Group has not yet
11         reviewed the PSC's translation, or had an
12         opportunity to red-line it, but will be given
13         that opportunity pursuant to our stipulation.
14              MR. MOORE:  Give me a moment to look at
15         this before there's any answer.
16              (Document review.)
17              MR. MOORE:  I'm concerned that this may
18         be a privileged document that relates to a
19         briefing that deals with legal matters.  I will
20         have to conduct more investigation to make a
21         final determination on this issue.
22              I'm going to go ahead and claw this one
23         back, under the pretrial orders, until we can
24         make such definitive determination, as I do not
25         want to risk in any way waiving the
```

Confidential - Subject to Further Confidentiality Review

```
1            attorney-client privilege of my client.

2                 MR. LEVIN:  Please understand that I do

3            not want to lose the witness, so he may have to

4            come back.

5                 MR. MOORE:  I don't have any choice,

6            Arnold, but to --

7                 MR. LEVIN:  I'm not arguing with you.

8                 MR. MOORE:  Okay.

9                 (BG:7/15/15-7/18/15 Exhibit 252 marked.)

10                MS. DUGGAN:  We are now going to mark

11           for identification and offer into the record

12           Exhibit 252.  This is a document that was

13           produced by BNBM Group in its native format.

14           Bates range is BNBM(Group)-E-0006515.  It's only

15           one page.  There is a machine translation

16           attached to this document which was provided to

17           us by BNBM Group.

18                The PSC has not prepared a translation

19           for this document.  We're providing a copy of

20           Exhibit 252 to the witness, to the interpreter

21           and to counsel for all parties.

22                MR. MOORE:  Give me a moment to look at

23           this.

24                (Document review.)

25                MR. MOORE:  Page 6515 is a PSC
```

Confidential - Subject to Further Confidentiality Review

1           translation?

2                MR. LEVIN:  That's correct.

3                MS. DUGGAN:  No.

4                MR. LEVIN:  Wait, wait, wait.

5                MS. DUGGAN:  The PSC did not prepare any

6           translations of this document.  We were provided

7           a machine translation by BNBM Group.  The

8           document you are looking to with that Bates

9           range is -- was produced by BNBM Group in its

10          native format, and the cover page to the exhibit

11          so indicates.  And that was printed straight

12          from the production that was provided

13          electronically to the PSC.

14               MR. MOORE:  Okay.

15               MS. DUGGAN:  So that is a BNBM document

16          printed as it was produced.

17               (Document review.)

18               MR. MOORE:  Yeah, go ahead.

19               MR. LEVIN:  It might be a good idea, we

20          have about 12 more documents like this, that we

21          give them to you at this point so you can look

22          at them over lunch.

23               MR. MOORE:  That would be great.  That

24          would save some time.

25               MR. LEVIN:  Yeah, we're going to try to

Confidential - Subject to Further Confidentiality Review

1         save time.

2              MR. MOORE:  Yeah, that would be great.

3         But this one's -- go ahead.  This one's fine.

4    BY MR. LEVIN:

5         Q    Can you -- is this a document that reflects

6    customer information from a resource database?

7              MR. MOORE:  Object to form, no

8         foundation.

9         A    From the face of document, that's what it is

10   written.

11   BY MR. LEVIN:

12        Q    And is this document kept by your company in

13   the regular course of business?

14        A    I don't know.

15        Q    Well, if this document was produced by your

16   company to the Plaintiffs' Steering Committee, did it

17   come from your company files?

18        A    If that is so, then it is from the source of

19   our company.

20        Q    When you say the "source" of your company,

21   do you mean your company's files?

22        A    I'm not sure.

23        Q    Was this document made by somebody in your

24   company that had the information to create this

25   document?

Confidential - Subject to Further Confidentiality Review

```
 1      A      I don't know.

 2      Q      Who would know?

 3      A      The document does not contain any of our

 4   company's employees' name.

 5      Q      Well, I'm not asking you whether it contains

 6   any of your employees' names, but who would create a

 7   document of customers at your company?

 8                    MR. MOORE:  Objection, form, vague.

 9                    MR. LEVIN:  Not to me.

10      A      Any salesperson who has done businesses may

11   create his or her own customer information index.

12   BY MR. LEVIN:

13      Q      And if a salesperson created this

14   information and it ended up in your company's files,

15   would then your company maintain this information and

16   this document in the normal course of your company's

17   business?

18                    THE WITNESS:  Could you repeat your

19          question, Mr. Levin?

20                    MR. LEVIN:  Michael?

21                    (The following portion of the record was

22                    read.)

23                    "QUESTION:  And if a salesperson created

24          this information and it ended up in your

25          company's files, would then your company
```

Confidential - Subject to Further Confidentiality Review

1          maintain this information and this document in

2          the normal course of your company's business?"

3                   MR. EAGAN:  Object to form.

4                   MR. MOORE:  Same objection.

5     A     Our company will maintain the document, if

6     it did happen.

7     BY MR. LEVIN:

8     Q     What date is this document?

9     A     There are two dates on the document.  One is

10    October the 8th, 2013.  The other is

11    November the 18th, 2013.

12    Q     How many salesmen does your company have?

13                  MR. MOORE:  Time frame?

14                  MR. LEVIN:  In the time frame of this

15       document.

16    A     There are some sales personnels; however,

17    I'm not able to provide you with an accurate number in

18    the time frame of the document.

19    BY MR. LEVIN:

20    Q     Is it less than five?

21                  MR. MOORE:  Objection, form.

22    A     More.

23    BY MR. LEVIN:

24    Q     Less than ten?

25    A     BNBMG has hundreds of employees.

Confidential - Subject to Further Confidentiality Review

```
 1      Q      Have you ever seen a document like this

 2   before?

 3              MR. EAGAN:  Object to form.

 4      A      No.

 5   BY MR. LEVIN:

 6      Q      Would you concede, sir, that this salesman

 7   was doing a good job, maintaining a list of his

 8   customers in the detail that exists on this document?

 9              MR. EAGAN:  Object to form.

10              MR. MOORE:  Object to form.  It calls

11         for speculation of the witness, no foundation.

12      A      Do you want me to make an assumption?

13              MR. MOORE:  No, I do not want the

14         witness to make assumptions or speculate.

15   BY MR. LEVIN:

16      Q      I want you to give me your opinion as the

17   deputy general manager of the company that performs

18   his duties pursuant to the charter of the company.

19              MR. MOORE:  Objection, form.  Same

20         objections.

21      A      Hired by the board of directors as a deputy

22   general manager of the company, I am in charge of

23   management of daily affairs and legal affairs.  I'm

24   not directly in charge of the salespeople.

25   BY MR. LEVIN:
```

Confidential - Subject to Further Confidentiality Review

1      Q      So not being directly in charge of the

2    salespeople, you would have no information about sales

3    to the United States, would you?

4                 MR. MOORE:  Objection, form, no

5           foundation for the question.

6      A      In order to prepare for this deposition, I

7    inquired information regarding BNBMG's exporting its

8    products to America with the responsible person of the

9    business department.

10   BY MR. LEVIN:

11     Q      Look at that document and look at the

12   individuals listed on that document who have their

13   places of business in the United States and tell me

14   whom you spoke to, if anyone, concerning those

15   particular entities in preparation for this

16   deposition, as you've just stated.

17                MR. MOORE:  Objection, mischaracterizes

18          his testimony as just stated.

19     A      I repeat:  In order to prepare for the

20   deposition, I inquired in detail from BNBMG's

21   responsible person for sales regarding the products of

22   BNBMG exporting to the United States.

23   BY MR. LEVIN:

24     Q      Who was that person?

25     A      Y-U, space, X-U-A-N-F-E-N-G.

Confidential - Subject to Further Confidentiality Review

```
 1      Q     And did that person inform you of the names

 2   of the customers contained in Exhibit 252 who have

 3   United States addresses?

 4               MR. MOORE:  Objection, no foundation,

 5          assume facts not in evidence.

 6      A     What I had inquired of him are all related

 7   to this deposition in regard to exporting products to

 8   the United States.

 9   BY MR. LEVIN:

10      Q     Did he divulge any of the names of United

11   States customers contained in that document?

12               MR. MOORE:  Objection to the form, no

13          foundation, and assumes facts not in evidence.

14      A     No.

15               MR. LEVIN:  225.

16               (BG:7/15/15-7/18/15 Exhibit 225 marked.)

17               MS. DUGGAN:  Plaintiffs are marking for

18          identification and introduction into the record

19          in this deposition Exhibit 225.  This is a

20          translation of BNBM(Group)-E-0008654.  The

21          translation was prepared by the PSC.  Attached

22          to the PSC's translation is a machine

23          translation provided by BNBM Group and a

24          document in Chinese, Bates

25          BNBM(Group)-E-0008654.
```

Confidential - Subject to Further Confidentiality Review

```
1              Counsel for BNBM Group has not yet

2         reviewed the PSC's translation, but will have an

3         opportunity to do so pursuant to our

4         stipulation.

5              MR. MOORE:  Give me just a second to

6         look at it, please.

7              (Document review.)

8              MR. MOORE:  Please go ahead.

9    BY MR. LEVIN:

10      Q    Sir, is this a document generated by

11   yourself?

12      A    I personally?

13      Q    Yes.

14      A    I don't recall.

15      Q    Is it from your file?

16      A    According to the Bates number, that's

17   correct.

18      Q    Now, is it from a file that you personally

19   keep?

20      A    I don't recall.

21      Q    Did you ever see this document before?

22      A    I don't recall.

23      Q    Do you know who the document refers to when

24   it's addressed to "Distinguished Company Leadership"?

25      A    I don't know, because at the bottom, it says
```

1    "Approve by BNBM General Manager."  Plus, the document

2    does not bear a date.

3        Q    The "BNBM" that's referred to in the

4    document, is that Group or PLC?

5        A    BNBMG has its own fixed title.

6        Q    Well, is this -- does the "BNBM" refer to

7    PLC or Group?

8             MR. MOORE:  In this document.  That may

9         be the confusion.  Go ahead.

10       A    The document appears to be referring to

11   BNBM PLC.

12   BY MR. LEVIN:

13       Q    The --

14            MR. MOORE:  Wait a minute.

15            MR. LEVIN:  I'm sorry.

16       A    BNBM PLC and BNBM Group can be clearly

17   distinguished, either by its Chinese characters or

18   English letters.

19   BY MR. LEVIN:

20       Q    Whose global image were you trying to create

21   in this document?  BNBM's, BNBM Group's, or both?

22            MR. MOORE:  Objection.  There's no

23         foundation for the question.

24       A    I cannot speculate.

25   BY MR. LEVIN:

Confidential - Subject to Further Confidentiality Review

```
 1      Q    Well --

 2      A    I'm sorry.

 3           It is addressed to "Distinguished

 4   Company Leaders."  I cannot speculate what company it

 5   is referring to here.

 6                MR. LEVIN:  236.

 7                (BG:7/15/15-7/18/15 Exhibit 236 marked.)

 8                MS. DUGGAN:  Plaintiffs are marking for

 9           identification and offering into the record

10           Exhibit 236.  This is a translation prepared by

11           the PSC of BNBM(Group)-E-0001023 to 1024.

12           There's a machine translation that was provided

13           to the PSC by BNBM Group and a document in

14           Chinese, Bates BNBM(Group)-E-0001023 to 1024.

15                As with other documents, counsel for

16           BNBM Group has not yet reviewed the translation,

17           but will have an opportunity to do so pursuant

18           to our stipulation.

19                MR. MOORE:  Give me just one moment.

20                (Document review.)

21                MR. MOORE:  Go ahead.

22   BY MR. LEVIN:

23      Q    Sir, have you seen this document before?

24      A    I don't recall.

25      Q    What is the date of the document?
```

Confidential - Subject to Further Confidentiality Review

1      A      November the 2nd, 2010.

2      Q      This document -- who is Chief Lu?

3      A      I don't know.

4      Q      This document refers to the "big group

5   corporation."  Do you know which corporation that is?

6      A      CNBM Group.

7      Q      And this document was produced to us by your

8   company, BNBM Group, correct?

9      A      From the Bates number at the bottom, yes.

10     Q      So is it fair to say, sir, that big group

11  corporation, CNBM Group, was asking you to provide --

12  strike that.

13             Is it fair to say, sir, that big group

14  corporation, paren, CN -- strike that.

15             Is it fair to say to you, sir, that

16  big group corporation, which is CNBM Group, was giving

17  you a directive in this document?

18             MR. EAGAN:  Object to form.

19             MR. MOORE:  Objection, no foundation for

20        the question.

21     A      Mr. Levin, CNBMG is the majority shareholder

22  of BNBMG.  It is only an ordinary action when it asked

23  some documents from the company it holds share in for

24  backup.

25  BY MR. LEVIN:

Confidential - Subject to Further Confidentiality Review

```
 1        Q     So it's telling you to do something because

 2   it's the majority shareholder; is that correct?

 3                   MR. EAGAN:  Object to form.

 4                   MR. MOORE:  Object to form.  There's no

 5        foundation for that question.

 6        A     CNBMG, as the controlling company of BNBMG,

 7   according to the requirements of Chinese company law

 8   has the right to request the subsidiary that CNBMG

 9   controls to provide documents.

10   BY MR. LEVIN:

11        Q     Can BNBMG take out a bank loan without the

12   big group's approval?

13        A     Yes.  BNBMG has an independent board of

14   directors meeting to make such decision.  If

15   shareholder's approval is needed, the board of

16   directors will apply for the holding of a shareholders

17   meeting.

18        Q     And does it make you feel more secure that

19   the board of directors has been -- are CN -- strike

20   that.

21                   Do you feel more comfortable -- strike

22   that.  It's a warmup.

23                   Sir, is it a fact that the board of

24   directors of BNBMG, the majority of those board of

25   directors were approved by the big group corporation?
```

1              MR. MOORE:  Object to the form of the

2         question, asked and answered.  We went through

3         this in detail yesterday.

4              MR. LEVIN:  I know.  I just don't

5         remember.

6     A     Three members of BNBMG's board of directors

7   were recommended by CNBMG and voted to become members

8   of BNBMG's board of directors.

9              During the time the directors of BNBMG

10  hold their respective positions, those directors would

11  take the position of BNBMG in considering whether a

12  resolution is valid or not.  They also express their

13  opinions independently.

14             MR. LEVIN:  Let's move on to 243.

15             (BG:7/15/15-7/18/15 Exhibit 243 marked.)

16             MS. DUGGAN:  Plaintiffs are marking for

17        identification Exhibit 243, offering this into

18        the record.  This is a translation of

19        BNBM(Group)-E-0008707.  The translation was

20        prepared by the PSC.  Following that is a

21        machine translation, and then a document in

22        Chinese with Bates BNBM(Group)-E-0008707.

23             Counsel for BNBM Group has not yet had

24        an opportunity to review the PSC's translation,

25        but will have one pursuant to our stipulation.

Confidential - Subject to Further Confidentiality Review

```
 1                MR. MOORE:  One second.

 2                (Document review.)

 3                MR. MOORE:  Go ahead.

 4     BY MR. LEVIN:

 5          Q     Sir, do you recognize this particular

 6     document?

 7          A     I recognize it.

 8          Q     And have you seen it before?

 9          A     I don't recall.

10          Q     If it was produced to us from BNBMG's

11     production, would you concede, sir, that it is a

12     business record kept in the ordinary course of

13     business by BNBMG?

14          A     From the Bates number, correct.

15          Q     And was making a record such as this the

16     regular practice of your particular company?

17          A     What do you mean by "regular practice"?

18          Q     In the course of your business, does your

19     business create documents such as this?

20                MR. EAGAN:  Object to form.

21          A     I don't recall.

22     BY MR. LEVIN:

23          Q     You don't recall, or you don't know?

24                MR. EAGAN:  Object to form.

25                MR. MOORE:  Same objection.
```

1       A       I do not recall to this particular document.

2   BY MR. LEVIN:

3       Q       How about a document with the type of

4   information contained on this particular document?

5                   MR. EAGAN:  Object to form.

6                   MR. MOORE:  Objection, form.

7                   MR. LEVIN:  I'm getting there.

8                   MR. MOORE:  Objection, form.

9       A       I don't understand what type of document

10  you're talking about.  To my knowledge, at the time

11  stated on this document, BNBMG no longer produce the

12  products mentioned in the document.

13  BY MR. LEVIN:

14      Q       Who would know whether this document was the

15  type of document that was ordinarily created at BNBMG?

16      A       I don't know.

17      Q       Well, does this document deal with export

18  products of the import and export business department

19  at BNBMG?

20      A       That's what the language says.

21      Q       And does it talk to the product being gypsum

22  board?

23      A       That's what the document says.

24      Q       And does it talk to the countries other than

25  China in which the product was sent?

Confidential - Subject to Further Confidentiality Review

1           THE INTERPRETER:  This is the

2       interpreter speaking.  You said "does it talk

3       to"?

4           MR. LEVIN:  Okay.  I'm sorry.

5           THE INTERPRETER:  Or talk about?

6           MR. LEVIN:  I come from a different

7       region.

8   BY MR. LEVIN:

9       Q    Does it speak to the countries that are

10  recipients of BNBMG's products -- I withdraw that

11  question.

12           Does it state which countries?

13           MR. MOORE:  Objection, no foundation for

14      the question.

15      A    I've noticed that these countries, there are

16  no countries from South America.  Beside that, there

17  are countries from all continents of the world.

18  BY MR. LEVIN:

19      Q    And is there a country in North America

20  there?

21      A    The document says "America."

22           MR. MOORE:  Let me -- I didn't get a

23      chance to pose my objection.  I have the same

24      objection to this line of questions.  The way

25      they're phrased, there's no foundation for the

Confidential - Subject to Further Confidentiality Review

1          questions being asked.

2    BY MR. LEVIN:

3        Q     When it says "America," does that refer to

4    the United States?

5                  MR. MOORE:  Same objection to the line

6          of questions.

7        A     Every time I say "America," I refer to the

8    United States.

9                  MR. LEVIN:  It's a quarter of, but I

10         just want to go through the -- I'll do that

11         after.

12                 MR. MOORE:  I've got a little more time

13         right now, if you --

14                 MR. LEVIN:  Okay.

15   BY MR. LEVIN:

16       Q     Could we go back to 236?  That's the one

17   from the big group corporation.  This document was

18   produced by BNBMG?

19       A     Yes.

20       Q     Is this a document that was kept by BNBMG in

21   the regular course of its business?

22       A     Yes.

23       Q     And did BNBMG keep documents such as this

24   from the big group corporation as a regular activity

25   of BMGA in their recordkeeping -- BNBMG in their

1    regular course of business?

2              THE INTERPRETER:  May the interpreter

3         inquire counsel on whether counsel said to "keep

4         documents such as this from the big group

5         corporation"?

6              MR. LEVIN:  Let me strike that.

7    BY MR. LEVIN:

8    Q    Was it the regular practice of BNBMG to keep

9    documents such as this that had requests from the big

10   corporation, big group corporation?

11             MR. MOORE:  Object to form, no

12        foundation for the question.

13   A    "Big group" is a colloquial expression that

14   some of the BNBMG's employees, when addressing CNBMG.

15   BNBMG would keep relevant important documents.

16             MR. LEVIN:  We're going to go off the

17        record now, taking our luncheon break.

18             THE VIDEOGRAPHER:  The time now is

19        11:54 a.m.  We're off the record.

20             (Recess taken, 11:54 a.m. to 12:52 p.m.)

21             THE VIDEOGRAPHER:  This begins Disc 5 of

22        today's deposition.  The time now is 12:52 p.m.

23        We're back on the record.

24             (BG:7/15/15-7/18/15 Exhibit 247 marked.)

25             MS. DUGGAN:  Plaintiffs are marking for

Confidential - Subject to Further Confidentiality Review

```
 1          identification and offering into the record in

 2          this deposition Exhibit 247.  This is a partial

 3          translation prepared by the PSC of

 4          BNBM(Group)-E-0004986 to 4990.  Following the

 5          PSC's translation is a machine translation

 6          provided by BNBM Group, and a Chinese document

 7          with Bates BNBM(Group)-E-00004986 to 4990.

 8               The PSC has highlighted in yellow on the

 9          Chinese document the portions of the document

10          that were translated by the PSC.

11               Counsel for BNBM Group has not yet had

12          an opportunity to review the PSC's translation,

13          but may do so pursuant to our stipulation.

14               MR. MOORE:  Yeah, give me just one

15          moment to look at the document.

16               MS. DUGGAN:  I'm providing a copy of

17          this document to the witness, to the

18          interpreter, and counsel for all parties.

19               (Document review.)

20               MR. MOORE:  Okay.  Go ahead.

21  BY MR. LEVIN:

22     Q    Sir, have you seen this document before?

23     A    I have.

24     Q    And under what circumstances -- did you see

25  it in preparation for this deposition, or in the
```

1    normal course of business at BNBMG?

2              MR. MOORE:  Objection.  Objection, form.

3       A    I saw the document in the normal course of

4    business at BNBMG.

5    BY MR. LEVIN:

6       Q    And was it a regular practice of BNBMG to

7    make such a document?

8       A    Yes.

9       Q    Could you identify this document, sir?

10      A    This is a document regarding BNBMG's

11   internal control systems summary.  May I continue?

12   This is a report to the shareholders upon completion

13   of the project.

14      Q    And the shareholders are Group Corporation;

15   that's CNBMG, is it not?

16      A    Yes.

17      Q    And the document is dated May 28th, 2014; am

18   I correct?

19      A    Correct.

20      Q    And at paragraph Roman numeral V, it states,

21   in words or substance, that it is in response to the

22   Group Corporation's calling requiring subsidiaries to

23   comprehensively start their internal control system

24   construction.

25              THE WITNESS:  Do I need to answer?

Confidential - Subject to Further Confidentiality Review

1              MR. LEVIN:  Didn't I give him a

2         question?

3              MS. DUGGAN:  No.

4    BY MR. LEVIN:

5         Q    Yes.  I'd like to know whether the Chinese

6    states that.

7         A    The Chinese says, "According to the Group

8    Company's requirement in regard to further construct

9    internal control system -- systems notification."

10        Q    And when you refer to "Group" there, that's

11   CNBMG, is it not?

12        A    Yes.

13             MR. LEVIN:  248.

14             (BG:7/15/15-7/18/15 Exhibit 248 marked.)

15             MS. DUGGAN:  Plaintiffs are marking for

16        identification and introducing into the record

17        Exhibit 248.  This document contains a partial

18        translation prepared by the PSC of

19        BNBM(Group)-E-0012010 through 16.  Following the

20        PSC's translation is a machine translation

21        prepared by BNBM Group, and then a document in

22        Chinese with Bates BNBM(Group)-E-0012010 through

23        16.

24             The PSC has highlighted in yellow on the

25        Chinese document the portions of the document

Confidential - Subject to Further Confidentiality Review

1          that were translated by the PSC.

2                  Counsel for BNBM Group has not yet had

3          an opportunity to review our translation, but

4          may do so pursuant to our stipulation.

5                  MR. MOORE:  Give me a moment to look at

6          the document, please.

7                  (Document review.)

8                  MS. DUGGAN:  We've provided a copy of

9          this document to the witness and to the

10         interpreter and counsel for all parties.

11                 (Document review.)

12                 MR. MOORE:  Okay.  Go ahead.

13    BY MR. LEVIN:

14         Q     Sir, have you seen this document before?

15         A     Yes.

16         Q     Did you see it as a record kept by GMBMB in

17    the ordinary course of their business?

18         A     Yes, it is BNBMG's work record.

19         Q     And was making reports such as this the

20    regular practice of BNBMG?

21         A     Yes.

22         Q     And does the report indicate that it's being

23    done to actively -- in words or substance, to actively

24    cooperate with China National Building Material

25    Company, Limited's listing in Hong Kong?

```
 1       A     Yes.

 2       Q     And does CNBM Company, Limited hold shares

 3   in BNBMG?

 4       A     CNBM Company, Limited does not hold shares

 5   in BNBMG.

 6       Q     And is the date of this document

 7   November 20th, 2005?

 8       A     Yes.

 9       Q     And does the document also state, in words

10   or substance, that at the beginning of 2005, a series

11   of work was completed on selling all of Beijing Nano

12   Harbor Technology Branch Company's assets and

13   liabilities and the ownership of the DragonBoard brand

14   to BNBM Public Limited Company?

15               THE INTERPRETER:  This is the

16           interpreter speaking.  Can counsel spell

17           "Beijing Nano"?  The word --

18               MR. LEVIN:  Beijing, as the city.  Nano,

19           as N-A-N-O.

20               THE INTERPRETER:  Beijing

21           Nanotechnology?

22               MR. LEVIN:  Nanotechnology Branch

23           Company -- Nano Harbor Technology.

24               (Translation.)

25       A     Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1               MR. LEVIN:  Okay.  Let's move on.  223.

 2               (BG:7/15/15-7/18/15 Exhibit 223 marked.)

 3               MS. DUGGAN:  Plaintiffs are marking for

 4          identification and introduction into the record

 5          in this deposition a partial translation of

 6          BNBM(Group)-E-0004100 through 4114.  The

 7          translation was prepared by the PSC.  Following

 8          the translation is a machine translation

 9          provided by BNBM Group, and a Chinese document,

10          Bates numbers BNBM(Group)-E-0004100 through

11          4114.  The PSC has highlighted in yellow on the

12          Chinese document the portions of the document

13          that were translated.

14               And counsel for BNBM Group has not yet

15          had an opportunity to red-line the PSC's

16          translation, but may do so pursuant to our

17          stipulation.

18               MR. MOORE:  Give me one moment to review

19          the document.

20               (Document review.)

21               MR. MOORE:  Go ahead.

22     BY MR. LEVIN:

23          Q     Sir, have you seen this document before?

24          A     I have.

25          Q     And did you see it during the regular course
```

1    of business at BNBM Group?

2        A    Yes.

3        Q    And was it the regular practice of BNBM to

4    prepare documents such as this?

5        A    Yes.

6        Q    Was this a report by BNBM to some other

7    entity?

8        A    It's an internal self-assessment report.

9        Q    Well, was this document turned over to

10   another company?

11       A    I don't recall.  It is basically a summary

12   on its internal work.

13       Q    Well, this internal work, was it being

14   performed pursuant to instructions by CNBM Group

15   and/or SASAC?

16       A    Throughout the document, it is in regard to

17   BNBMG's own operation and management work, including,

18   as the document reflects, the increase of

19   development -- the activity of increased developments.

20       Q    Does the document also say that it is being

21   performed pursuant to the uniform arrangement by SASAC

22   and CNBM Group?

23       A    This is a customary practice of Chinese

24   enterprises when writing a document.

25               THE INTERPRETER:  Interpreter needs to

Confidential - Subject to Further Confidentiality Review

```
 1        clarify.

 2              (Translation.)

 3     A     It doesn't mean that the company has

 4  received instructions from certain entities that it

 5  respects.

 6  BY MR. LEVIN:

 7     Q     Well, it indicates a uniform arrangement by

 8  SASAC and CNBM Group, at least in English.  What does

 9  that mean?

10              MR. MOORE:  He can't answer your

11        question about what it means in English.

12              MR. LEVIN:  He might be able to.  He's

13        shaking his head yes and no to me.

14     A     It is only a customary practice of writing

15  of Chinese enterprises.

16  BY MR. LEVIN:

17     Q     Sir, I'm not interested in what is customary

18  in China.  I'm interested in what BNBM Group did.

19  Could you answer my question as to your company, not

20  as to the custom in China?  That means nothing to me.

21              MR. HAIRSTON:  Objection to form.

22              MR. MOORE:  All right.  Look, that's a

23        really argumentative, sort of disrespectful

24        question.

25              MR. LEVIN:  Well, I suggest that --
```

```
 1                    (Simultaneous discussion interrupted by

 2                    the reporter.)

 3               MR. MOORE:  May I finish?

 4               MR. LEVIN:  Yes, sir.

 5               MR. MOORE:  Mr. Zhao has been here now

 6          for going on three days.  He has been respectful

 7          and made every effort to answer the questions.

 8          We obviously have language differences.  And,

 9          Arnold, I just would ask you to show him the

10          same respect.

11               MR. LEVIN:  I don't think I'm being

12          disrespectful.

13               MR. MOORE:  I think the question was

14          very disrespectful.  I'd ask you to rephrase the

15          question.

16               MR. LEVIN:  I will rephrase the

17          question, but I don't believe it was

18          disrespectful.

19               MR. MOORE:  Then we disagree.

20               MR. LEVIN:  Once more.

21               MR. MOORE:  Once more.

22     BY MR. LEVIN:

23          Q    Sir, is it your practice at BNBMG to conduct

24     yourself the way this document says you conducted

25     yourself?
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. MOORE:  Objection, form, vague.

 2              MR. HAIRSTON:  Same objection.

 3      A      The entire document reflects that BNBMG had

 4   improved its management activities through its own

 5   efforts.  I notice the highlighted parts on page 4101.

 6   It clearly states "Company's Leader, General Manager

 7   C-U-I, space, L-I-J-U-N, and Party Director, B-A-O,

 8   space, W-E-N-C-H-U-N."  It's sufficiently reflected

 9   that it is BNBMG's own management that has organized

10   the activity.

11   BY MR. LEVIN:

12      Q      Sir, I don't mean to be disrespectful, but

13   does the document state the activities of BNBM Group

14   were according to the uniform arrangement by SASAC and

15   CNBM Group?

16              MR. HAIRSTON:  Objection, form,

17         mischaracterizes the document.

18              MR. MOORE:  Objection, form.

19      A      I repeat:  The entire document reflects

20   BNBMG's own management activities.

21   BY MR. LEVIN:

22      Q      Sir --

23              MR. MOORE:  Can she translate?

24              MR. LEVIN:  Oh, we need the translation

25         first.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. MOORE:  Yeah, thank you.

 2      A    The language Mr. Levin had mentioned was

 3  more of that of a customary practice in writing of

 4  Chinese enterprises.

 5  BY MR. LEVIN:

 6      Q    Does the document say that in writing, that

 7  it's a customary practice in China?

 8              MR. EAGAN:  Objection, argumentative.

 9              MR. MOORE:  Same objection.  Also asked

10       and answered.

11      A    That's what I think.

12  BY MR. LEVIN:

13      Q    It's what you think, but not what the

14  document says; am I correct, sir?

15              MR. EAGAN:  Objection, argumentative.

16              MR. MOORE:  Objection, argumentative.

17       You don't have to answer that question.  That's

18       an argumentative question.  Let's move on.

19              MR. LEVIN:  At my speed.

20              MR. MOORE:  At whatever speed.

21  BY MR. LEVIN:

22      Q    Does the document mention SASAC in it?

23      A    It is mentioned.

24      Q    Does the document mention CNBM Group in it?

25      A    It is also mentioned.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q     Does the document --

 2                  MR. MOORE:  Wait, wait.

 3                  MR. LEVIN:  I'm sorry.

 4      A     It is also mentioned.

 5  BY MR. LEVIN:

 6      Q     Does the document mention a uniform

 7  arrangement by SASAC and CNBM Group?

 8      A     There are such wordings in the document.

 9                  MR. LEVIN:  Let's move on now.  251.

10                  (BG:7/15/15-7/18/15 Exhibit 251 marked.)

11                  MS. DUGGAN:  The PSC is marking for

12            identification Exhibit 251.  This is a partial

13            translation of BNBM(Group)-E-0005101 through

14            5106.  The PSC prepared this partial

15            translation.

16                  Counsel for BNBM Group has not yet had

17            an opportunity to review it, but may red-line it

18            pursuant to our stipulation.  There is a machine

19            translation provided by BNBM Group, and a

20            document in Chinese with Bates

21            BNBM(Group)-E-0005101 to 5106.  We have

22            highlighted in yellow on the Chinese document

23            the portions that were translated by the PSC.

24                  MR. MOORE:  Give me a moment to review

25            the document.
```

Confidential - Subject to Further Confidentiality Review

```
 1                    (Document review.)

 2                    MR. MOORE:  Go ahead.

 3     BY MR. LEVIN:

 4          Q    Sir, have you seen this document before?

 5          A    I have seen it.

 6          Q    Have you seen it in the course of -- the

 7     regular course of the activity -- of the activities

 8     that you performed pursuant to your charter at BNBMG?

 9                    MR. MOORE:  Objection, form.

10          A    Yes, I have seen it during my work.

11     BY MR. LEVIN:

12          Q    And is a document such as this, in

13     particular this document, kept in the -- by your

14     company in the regular course of their business?

15          A    Yes.

16          Q    And could you tell me what this document

17     reflects?

18          A    The document in its entirety reflects a

19     reminder from the share --

20                    THE INTERPRETER:  The interpreter needs

21          to clarify with the deponent.

22                    (Translation.)

23          A    The document in its entirety reflects a

24     reminder from the shareholder regarding to prevent

25     entity management personnel to commit crime using
```

Confidential - Subject to Further Confidentiality Review

1    their positions at work.

2    BY MR. LEVIN:

3        Q      Was the document generated by BNBMG or

4    CNBMG?

5        A      The document was generated by CNBMG.

6        Q      And could you tell me why CNBMG sent you

7    this document?

8                    MR. HAIRSTON:  Objection to form.

9                    MR. MOORE:  Object to form,

10            mischaracterizes his last answer.  There's no

11            foundation.

12       A      I believe it is normal that CNBMG, as the

13   majority shareholder, reminds its holding company to

14   prevent occupational crime from the company's

15   operational and managerial personnels.

16   BY MR. LEVIN:

17       Q      How did this document become a part of

18   BNBMG's file?

19                   MR. MOORE:  Objection, asked and

20            answered.

21       A      It is a normal practice, as clearly stated

22   in paragraph 19 of page 5106.  It says, "Each entity

23   shall report to the Group Company for the record in

24   accordance with this stipulation and the actual status

25   of the entity, and to form method of practice."

Confidential - Subject to Further Confidentiality Review

```
 1                    (BG:7/15/15-7/18/15 Exhibit 249 marked.)

 2               MS. DUGGAN:  Plaintiffs are marking for

 3          identification Exhibit 249.  We're offering this

 4          exhibit into the record.  It is a partial

 5          translation of BNBM(Group)-E-0005107 to 5115.

 6          This translation was prepared by the PSC.

 7               Counsel for BNBM Group has not yet had

 8          an opportunity to review it and provided

 9          red-lines, but may do so pursuant to our

10          stipulation.

11               Attached to the translation is a machine

12          translation provided by BNBM Group, and a

13          document in Chinese that has Bates

14          BNBM(Group)-E-0005108 to 5115.

15               We have highlighted in yellow on the

16          Chinese document the portion of the document

17          that was translated by the PSC.

18               THE INTERPRETER:  This is the

19          interpreter --

20               MS. DUGGAN:  We handed this exhibit to

21          the witness, to the interpreter, and to counsel

22          for all parties.

23               THE INTERPRETER:  This is the

24          interpreter speaking.  The interpreter did not

25          finish her interpretation, and it's the
```

1        interpreter's fault.  In the last answer

2        provided by the deponent, the deponent said,

3        "This is only a management proposal," right

4        following the end of his answer.

5                MR. MOORE:  Give me one second.  I'll

6        scan through this.  I won't read the whole

7        thing.

8                MR. LEVIN:  Well, let me give you a

9        couple documents to look at.  Give me -- not the

10       highlighted ones.  Which one do you have, Sandy?

11       Give him 249 and 250 and 254.

12               (Conference out of the hearing of the

13                reporter.)

14               MR. LEVIN:  We can take five minutes and

15       do it now.

16               MR. MOORE:  That would be great.  Thank

17       you.  That would be helpful.

18               THE VIDEOGRAPHER:  The time is 1:34 p.m.

19       We're off the record.

20               (Recess taken, 1:34 p.m. to 1:44 p.m.)

21               THE VIDEOGRAPHER:  The time now is

22       1:44 p.m.  We're back on the record.

23               MS. DUGGAN:  I want to make one

24       correction to my description of Exhibit 249.

25       The Chinese document begins on page 1 -- excuse

1        me, begins on page 5107, not 5108.

2                MR. MOORE:  Try not to make that mistake

3        again.

4   BY MR. LEVIN:

5        Q    Sir, have you seen this document before?

6        A    I have.

7        Q    And did you see it within the normal course

8   of business?

9        A    Yes.

10       Q    And keeping such documents as this, is this

11  a regular practice of CNBMG -- BNBMG?

12       A    Yes.

13       Q    And is this document -- was it created by

14  China National Building Material Group Corporation?

15       A    Yes.

16       Q    And --

17       A    It is an administrative method of the

18  majority shareholder of BNBMG, which is CNBMG's

19  sending of capital contributor representatives.

20       Q    Is this a document wherein CNBM is informing

21  the representatives of capital contributors as to

22  certain issues?  Strike that.  Let's do it more in

23  keeping with the words of the document.

24                Are the measures outlined in this

25  document in whole or in part applicable to the

```
 1    representatives of capital contributors appointed by

 2    all the wholly owned subsidiaries, controlled

 3    subsidiaries, associates and any other types of

 4    enterprises having an asset relationship with the

 5    Group Corporation?

 6              And I take it that the Group

 7    Corporation referred to there is CNBM Group.

 8              MR. MOORE:  Objection, too long and

 9         complicated.  That's a new objection.  I just

10         made that up.

11              MR. LEVIN:  I'll react the same way as

12         to the old objections.

13    A    Mr. Levin, corresponding to this is

14    number 27 and 28 of the document.  Number 27 says,

15    "According to this measure, a separated measure

16    regarding to capital contributor representative

17    holding different position can be made."

18              Number 28 says, "If this measure

19    contradicts in any way with the company law, as well

20    as the country's relevant policy, the relevant policy

21    of the country prevails."

22              All three paragraphs complete --

23              THE INTERPRETER:  The interpreter needs

24         to inquire.

25              (Translation.)
```

1       A     All three paragraphs complete the

2    expression.

3    BY MR. LEVIN:

4       Q     Well, why don't you read my paragraph.  How

5    about reading Article 2.

6                MR. LEVIN:  Sunny?

7       A     Paragraph 2, "This measure applies to

8    representatives of capital contributors sent to all

9    wholly owned, interest controlled, partially owned or

10   other types of enterprises (it is referred to as

11   'enterprise' thereafter)" --

12   BY MR. LEVIN:

13      Q     Who is the parent?  Oh, I'm sorry.

14      A     -- "that has -- that have asset relationship

15   with the Group company."

16      Q     Okay.  Since we're reading articles, sir,

17   why don't you read Article 15.

18                MR. LEVIN:  And maybe, Sunny, it would

19          be good if we read the first paragraph and then

20          each of the Roman numeral items thereafter one

21          at a time.

22                MR. MOORE:  You want him to read two

23          pages of the document?

24                MR. LEVIN:  Yes, because he chose to

25          read from one.  If you'll let me paraphrase and

Confidential - Subject to Further Confidentiality Review

1        we'll see how it goes, I'd be happy to do that.

2                MR. MOORE:  Yeah, why don't you --

3                MR. LEVIN:  But I'm having difficulty

4        with the witness, Michael.

5                MR. MOORE:  Well, you know, I think he's

6        doing the best he can.

7                MR. LEVIN:  He may be.

8                MR. MOORE:  He really is.  Why don't you

9        try to paraphrase and ask him if it is reflected

10       in the Chinese version, and let's see how it

11       goes?

12               MR. LEVIN:  I have a suggestion.  Off

13       the record.

14               THE VIDEOGRAPHER:  Just one second.  The

15       time is 1:53 p.m.  We are off the record.

16               (Discussion off the record.)

17               THE VIDEOGRAPHER:  The time now is

18       1:57 p.m.  We're back on the record.

19               MR. LEVIN:  With regard to Article 15

20       and Article 16 in this document, we have -- the

21       document being Exhibit 249, we have a

22       stipulation that as to those two articles,

23       they're authentic, they're business records,

24       they haven't been changed since they were

25       promulgated, they're part of the normal business

1          activities of BNBMG in keeping such materials

2          that come from CNBMG.

3               We have English translations that were

4          provided by the PSC, and that the defendant will

5          be entitled to check our English translations,

6          red-line it, and then we will -- and if there

7          are no changes, it will remain as the document

8          presented in the record.  And if there are

9          changes, we will meet and confer with regard to

10         them.

11              MR. MOORE:  Agreed.

12              (Translation.)

13              MS. DUGGAN:  For purposes of a

14         clarification of the record --

15              MR. MOORE:  Wait a minute.  She's

16         translating.

17              (Translation.)

18              MS. DUGGAN:  For purposes of

19         clarification, the two articles that Mr. Levin

20         was referring to are on pages 5111 and 5112.

21              MR. LEVIN:  And just to be clear, when

22         we began to address ourselves to this document,

23         I believe we qualified the document as being

24         authentic and a business record, the entire

25         document, subject to your review and red-lining.

Confidential - Subject to Further Confidentiality Review

```
 1              MR. MOORE:  Yeah, if the original

 2        Chinese document has our Bates number showing it

 3        came out of our files, we will so stipulate.

 4              MR. LEVIN:  That's fine.  Next.

 5              (BG:7/15/15-7/18/15 Exhibit 250 marked.)

 6              MS. DUGGAN:  Plaintiffs are marking for

 7        identification Exhibit 250.  This is a partial

 8        translation of BNBM(Group)-E-0005016 to 5045.

 9        The translation was prepared by the PSC.

10              Counsel for BNBM Group, pursuant to our

11        stipulation, will have an opportunity to review

12        it and red-line it.  There is a machine

13        translation provided by BNBM Group, and a

14        document in Chinese, which is

15        BNBM(Group)-E-0005016 to 5045.

16              The PSC has highlighted in yellow on the

17        Chinese document the portion of the document

18        that was translated, and that highlighting is

19        contained on page 5016.

20   BY MR. LEVIN:

21        Q    Sir, are you familiar with this document?

22        A    I'm familiar.

23        Q    And have you seen it in the regular course

24   of your employment activities at BNBMG?

25        A    Yes.
```

```
 1              MR. LEVIN:  And, sir, can we stipulate

 2         that it's authentic and a business record?

 3              That "sir."

 4              MR. MOORE:  She's just telling him what

 5         you said.

 6              Yeah, this portion of 250, which is in

 7         Chinese and has our Bates numbers on it, we

 8         stipulate to that as being a business record,

 9         but not the remainder of the document.

10              All of our stipulations as to business

11         records are only those documents in Chinese that

12         have the BNBM(Group) Bates number on them.  If

13         they meet that requirement, we will so

14         stipulate.

15              MR. LEVIN:  It's authentic?

16              MR. MOORE:  Authentic and business

17         record.

18              MR. LEVIN:  Okay.

19    BY MR. LEVIN:

20      Q    Sir, could you tell me how the enterprise

21    management department was created?

22              MR. MOORE:  I apologize.  It may just be

23         getting late here, but where is "enterprise

24         management department"?  I'm trying to find it

25         in here.  I may just be missing it.
```

```
 1              MR. LEVIN:  Okay.  Strike that.

 2   BY MR. LEVIN:

 3      Q     Does this document describe how the

 4   enterprise management department was created?

 5              MR. MOORE:  I have an objection to the

 6         form.  As I previously stated, it's without

 7         foundation.  I don't see any reference to the

 8         enterprise management department.

 9              Why don't you ask him if there is such a

10         thing?

11      A     Mr. Levin, the document that I'm looking at

12   is a template.  I don't know whether -- I don't know

13   which company officially promulgated this document.  I

14   also do not know how an enterprise management

15   department is created.

16              MR. LEVIN:  Okay.  Thank you.  254.

17              (BG:7/15/15-7/18/15 Exhibit 254 marked.)

18              MS. DUGGAN:  Plaintiffs are marking for

19         identification Exhibit 254.  This is a partial

20         translation of BNBM(Group)-E-0005116 to 5120.

21         The translation was prepared by the PSC and

22         pursuant to our stipulation, counsel for

23         BNBM Group will have an opportunity to review it

24         and red-line it, if necessary.  Attached to the

25         PSC's translation is a machine translation
```

Confidential - Subject to Further Confidentiality Review

```
1           provided by BNBM Group, and a document in

2           Chinese, Bates BNBM(Group)-E-0005116 to 5120.

3                   The PSC has highlighted in yellow the

4           portion of the document that it translated.  I

5           will just note for the record that there is some

6           shading in gray on the Chinese document, and

7           that shading was in the original document.

8                   MR. LEVIN:  I have one question before I

9           have a stipulation.

10                  MR. MOORE:  Okay.

11  BY MR. LEVIN:

12      Q    Sir, are you familiar with --

13              (Translation.)

14                  MR. LEVIN:  Oh, I'm sorry.

15  BY MR. LEVIN:

16      Q    Sir, are you familiar with that document?

17      A    I am familiar.

18                  MR. LEVIN:  May we have a stipulation

19          it's authentic and a business record?

20                  MR. MOORE:  Yes, as we stipulated before

21          with respect to the Chinese version that has the

22          BNBM Bates numbers 0005116 to 5120, and only as

23          to those documents, we stipulate.

24                  MR. LEVIN:  222.

25                  (BG:7/15/15-7/18/15 Exhibit 222 marked.)
```

```
 1                    MS. DUGGAN:  Plaintiffs are marking for

 2             identification and introduction into the record

 3             Exhibit 222.  This is a translation prepared by

 4             the PSC of BNBM(Group)-E-0001738 to 1743.

 5             Pursuant to our stipulation, counsel for

 6             BNBM Group will have an opportunity to red-line

 7             this, if necessary.

 8                    There is a machine translation in the

 9             exhibit that was prepared by BNBM Group, and a

10             document in Chinese with Bates

11             BNBM(Group)-E-0001738 to 1743.

12                    We're giving a copy of this exhibit to

13             the witness, to the interpreter and counsel for

14             all parties.

15                    MR. MOORE:  Give me a moment to look at

16             it.

17                    (Document review.)

18                    MR. MOORE:  Go ahead.

19     BY MR. LEVIN:

20         Q     Sir, are you familiar with this document?

21         A     I am familiar.

22         Q     And did you become familiar with it in the

23     regular course of your business activities at CNBMG --

24     BNBMG?  Excuse me.

25         A     Yes.
```

1          MR. LEVIN:  May we have the same

2     stipulation we've had before?

3          MR. MOORE:  Yes.

4          MR. LEVIN:  I guess we don't have to

5     agree on what it is.  That's the same language

6     that was used with regard to 254.

7          MR. MOORE:  Yes.

8          MR. LEVIN:  This one, 227.

9          MR. MOORE:  Yeah, the only thing I would

10     point out -- and so it's clear on the record on

11     Exhibit 222, and with all these stipulations

12     that we're making, particularly the ones we've

13     done this afternoon, we're -- I look at this

14     document, particularly page -- Bates

15     number 1743, the very last page, and it's got a

16     date, but it doesn't -- it's got a year date,

17     but it doesn't have the month and the day, so

18     I'm not stipulating that these are necessarily

19     final documents.

20          I mean, they could be forms or, as he

21     said, templates.  I just don't want to be held

22     to I stipulated that somehow these are the

23     final --

24          MR. LEVIN:  They are what they are.

25          MR. MOORE:  They are what they are,

1        right.

2              (BG:7/15/15-7/18/15 Exhibit 227 marked.)

3              MS. DUGGAN:  Plaintiffs are going to

4        mark for identification Exhibit 227.  This is a

5        translation prepared by the PSC of

6        BNBM(Group)-E-0020914.  There is a machine

7        translation provided by BNBM Group, and a

8        document in Chinese at Bates

9        BNBM(Group)-E-0020914.

10             Counsel for BNBM Group has not yet had

11       an opportunity to review the PSC's translation,

12       but may do so pursuant to our stipulation.

13             MR. MOORE:  Give me a chance to look at

14       it, please.

15             (Document review.)

16             MR. MOORE:  Yeah, I'll agree to the same

17       stipulation as to the Chinese version with those

18       Bates numbers, but I would point out that it's

19       not a signed agreement.  It is -- you know, it

20       looks like it even could -- a lot of these look

21       like they could be Word documents.  But if they

22       came out of our files, we'll make the

23       stipulation.

24             MR. LEVIN:  It does have a stamp on it,

25       though, doesn't it?

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. MOORE:  Oh, it does?  Okay.  Let me

 2          look at that again.  I was looking at the

 3          English translation.

 4                    MR. LIAO:  No, it does not have a stamp

 5          on it.

 6                    MR. MOORE:  There's no stamp on it.

 7                    MR. LEVIN:  It's an electronic

 8          signature.  No?

 9                    MR. LIAO:  It's the company name, but it

10          says it requires to be chopped, and there is no

11          chop on it.

12                    MR. MOORE:  Chop, no chop.  So I

13          can't --

14                    MR. LEVIN:  Well, if there's another

15          document, will you produce it?

16                    MR. MOORE:  You know, we've gone to

17          great lengths to produce everything we can find,

18          so I can't -- I can't say that there's another

19          document.

20                    MR. LEVIN:  Are we on or off the record?

21                    THE VIDEOGRAPHER:  We're on.

22                    MR. LEVIN:  Okay.

23     BY MR. LEVIN:

24          Q     Sir, do you recognize this document?

25          A     I'm not familiar with it.
```

Confidential - Subject to Further Confidentiality Review

1      Q      Are you familiar with the substance of this

2   document?

3      A      I don't recall.

4      Q      Are you familiar with a company called Taian

5   Taihe Building and Decorative Materials Company?

6      A      I am not familiar with it.

7      Q      Are you familiar with any investments that

8   BNBM and -- PLC and BNBMG made jointly in any company?

9      A      To my knowledge, currently BNBMG and

10  BNBM PLC do not have joint investments in any company.

11     Q      Have they ever had them in the past?

12     A      I don't recall.

13     Q      You don't recall, or you don't know?

14     A      I don't recall.

15     Q      Who would know that information at BNBMG?

16            MR. MOORE:  Objection, form, no

17        foundation.

18     A      As company witness, I became deputy general

19  manager of BNBMG since 2003.

20  BY MR. LEVIN:

21     Q      Who would know the information, if anybody

22  would know it, concerning joint investments by

23  BNBM PLC and BNBMG?

24            MR. MOORE:  Same objection.

25     A      I don't know.

```
 1              MR. LEVIN:  255.

 2              (BG:7/15/15-7/18/15 Exhibit 255 marked.)

 3              MS. DUGGAN:  Plaintiffs are marking for

 4         identification Exhibit 255.  This is a partial

 5         translation of BNBM(Group)-E-0005140 to 5147.

 6         The partial translation was prepared by the PSC.

 7         There was a machine translation provided by

 8         BNBM Group and a document in Chinese, Bates

 9         BNBM(Group)-E-0005140 to 5147.  The PSC has

10         highlighted in yellow on the Chinese document

11         the portions that were translated by the PSC.

12              Pursuant to our stipulation, counsel for

13         BNBM Group will have an opportunity to red-line,

14         if necessary, the PSC's translation.

15              MR. MOORE:  Give me a moment, please.

16              MS. DUGGAN:  We're providing a copy of

17         the document to the witness, to counsel for all

18         parties, and to the interpreter.

19              (Document review.)

20              MR. MOORE:  Go ahead.

21              MR. LEVIN:  Do we have a stipulation?

22              MR. MOORE:  Same stipulation as to the

23         Chinese version that has the BNBMG Bates numbers

24         on it.

25              MR. LEVIN:  And that would be the
```

1          stipulation that was agreed to in 222?

2                    MR. MOORE:  Same stipulation.

3                    MR. LEVIN:  And all the other documents?

4                    MR. MOORE:  Yes.  Yes.

5     BY MR. LEVIN:

6          Q     Sir, are you familiar with this document?

7          A     I am familiar.

8          Q     And have you seen this document within the

9     normal course of your business activities at BNBMG?

10         A     Yes.

11                   MR. LEVIN:  Subject to my comments at

12            the end of this deposition, he's your witness.

13                   MR. MOORE:  Oh, thank you.

14                   MR. LEVIN:  I give him back to you.

15                   MR. MOORE:  Thank you.

16                         EXAMINATION

17    BY MR. MOORE:

18         Q     Mr. Zhao, I have a few questions for you.

19    It shouldn't take too long.

20                   Have you held your position as deputy

21    general manager of BNBM Group since early 2003?

22         A     Yes.

23         Q     Are you responsible for the daily operation

24    and management of corporate internal affairs and legal

25    matters?

1      A      Yes.

2      Q      Since 2005, has BNBM Group had any equity

3   interest in BNBM PLC?

4      A      No.

5      Q      Does BNBM Group have any ownership interest

6   in Taishan?

7      A      No.

8      Q      Since you've been the deputy general manager

9   of BNBM Group, has BNBM Group had any overlapping

10  officers or employees with Taishan?

11     A      No.

12     Q      Do BNBM Group and BNBM PLC have any

13  overlapping employees, officer or directors?

14     A      BNBM Group and BNBM PLC do not have any

15  overlapping employees, officers and directors.

16     Q      Has BNBM Group ever funded Taishan's

17  operations?

18     A      No.

19     Q      Has BNBM Group ever funded BNBM PLC's

20  operations?

21     A      No.

22     Q      Has BNBM Group ever paid for any of

23  Taishan's expenses?

24     A      No.

25     Q      Has BNBM Group ever paid for any of

Confidential - Subject to Further Confidentiality Review

```
 1    BNBM PLC's expenses?

 2         A     No.

 3         Q     Has BNBM Group ever paid for any of

 4    Taishan's losses?

 5         A     No.

 6         Q     Has BNBM Group -- no.

 7               Has BNBM Group ever paid for any of

 8    BNBM PLC's losses?

 9         A     No.

10         Q     Has BNBM Group ever paid for any of

11    Taishan's employees' salaries?

12         A     No.

13         Q     Has BNBM Group ever paid for any of

14    BNBM PLC's employees' salaries?

15         A     No.

16         Q     Has BNBM Group ever shared any office space,

17    secretarial staff or office supplies with Taishan?

18         A     No.

19         Q     Has BNBM Group ever shared any office space,

20    secretarial staff or office supplies with BNBM PLC?

21         A     No.

22         Q     Has BNBM Group ever authorized Taishan to

23    act as an agent of BNBM Group in entering into

24    contracts that bind BNBM Group?

25               MR. LEVIN:  Objection to form, calls for
```

Confidential - Subject to Further Confidentiality Review

1        a legal conclusion.

2              (Translation.)

3              MR. LEVIN:  Objection to form, calls for

4        a legal conclusion.

5              MR. MOORE:  You can answer.

6              THE WITNESS:  Can you repeat?

7              (Translation.)

8    A    No.

9    BY MR. MOORE:

10   Q    Has BNBM Group ever authorized BNBM PLC to

11   act as an agent of BNBM Group in entering into

12   contracts that bind BNBM Group?

13             MR. LEVIN:  Objection, calls for a legal

14       conclusion.

15   A    No.

16             MR. LEVIN:  Objection to form.

17   BY MR. MOORE:

18   Q    Has BNBM Group ever made any loans to

19   BNBM PLC or Taishan?

20   A    No.

21   Q    Has BNBM Group ever had a joint bank account

22   with BNBM PLC or Taishan?

23   A    No.

24   Q    Does any officer, director or employee of

25   BNBM Group control the finances of BNBM PLC or

Confidential - Subject to Further Confidentiality Review

1   Taishan?

2       A     No.

3       Q     Has BNBM Group ever had centralized

4   accounting with BNBM PLC?

5       A     No.

6       Q     Has BNBM Group ever had centralized

7   accounting with Taishan?

8       A     No.

9       Q     Has BNBM Group ever made any undocumented

10  transfers of funds to BNBM PLC or Taishan?

11      A     No.

12      Q     Has BNBM PLC or Taishan ever made any

13  undocumented transfers of funds to BNBM Group?

14      A     No.

15      Q     Does BNBM Group have the authority to

16  withdraw money from BNBM PLC or Taishan's accounts?

17      A     No.

18      Q     Does BNBM PLC or Taishan have the authority

19  to withdraw money from BNBM Group's accounts?

20      A     No.

21      Q     Does BNBM Group share financial statements,

22  profit and loss statements or corporate accounting

23  with Taishan?

24      A     No.

25      Q     Does BNBM Group share financial statements,

Confidential - Subject to Further Confidentiality Review

```
 1    profit and loss statement or corporate accounting with

 2    BNBM PLC?

 3        A    No.

 4        Q    Does BNBM Group exercise any control over

 5    BNBM PLC's management or operation?

 6        A    No.

 7        Q    Does BNBM Group exercise any control over

 8    Taishan's management or operation?

 9        A    No.

10        Q    Does BNBM Group manage the assets of Taishan

11    or BNBM PLC?

12        A    No.

13        Q    Do Taishan or BNBM PLC manage the assets of

14    BNBM Group?

15        A    No.

16        Q    Has BNBM Group ever funded CNBM PLC's

17    operations?

18        A    No.

19        Q    Has BNBM Group ever funded CNBM Group's

20    operations?

21        A    No.

22        Q    Has BNBM Group ever paid for any of

23    CNBM PLC's expenses?

24        A    No.

25        Q    Has BNBM Group ever paid for any of
```

Confidential - Subject to Further Confidentiality Review

```
 1    CNBM Group's expenses?

 2        A      No.

 3        Q      Has BNBM Group ever paid for any of

 4    CNBM PLC's losses?

 5        A      No.

 6        Q      Has BNBM Group ever paid for any of

 7    CNBM Group's losses?

 8        A      No.

 9        Q      Has BNBM Group ever paid for any of

10    CNBM PLC's employees' salaries?

11        A      No.

12        Q      Has BNBM Group ever paid for any of

13    CNBM Group's employees' salaries?

14        A      No.

15        Q      Has BNBM Group ever shared any office space,

16    secretarial staff or office supplies with CNBM PLC?

17        A      No.

18        Q      Has BNBM Group ever shared any office space,

19    secretarial staff or office supplies with CNBM Group?

20        A      No.

21        Q      Has BNBM Group ever authorized CNBM PLC to

22    act as an agent of BNBM Group to enter into contracts

23    that bind BNBM Group?

24                MR. LEVIN:  Objection to form, call for

25          a legal conclusion.
```

```
1      A     No.

2  BY MR. MOORE:

3      Q     Has BNBM Group ever authorized CNBM Group to

4  act as an agent of BNBM Group in entering into

5  contracts that bind BNBM Group?

6                MR. LEVIN:  Objection to form, calls for

7        a legal conclusion.

8      A     No.

9  BY MR. MOORE:

10     Q     Has BNBM Group ever had a joint bank account

11 with CNBM Group or CNBM PLC?

12     A     No.

13     Q     Does any -- okay.  Thank you.

14                Does any officer, director or employee

15 of BNBM Group control the finances of CNBM Group or

16 CNBM PLC?

17     A     No.

18     Q     Has BNBM Group ever had centralized

19 accounting with CNBM Group?

20     A     No.

21     Q     Has BNBM Group ever had centralized

22 accounting with BNBM PLC?

23     A     No.

24     Q     Has BNBM Group ever made any undocumented

25 transfers of funds to CNBM Group or CNBM PLC?
```

Confidential - Subject to Further Confidentiality Review

```
 1       A     No.

 2       Q     Has CNBM Group or CNBM PLC ever made any

 3  undocumented transfers of funds to BNBM Group?

 4       A     No.

 5       Q     Does BNBM Group have the authority to

 6  withdraw money from CNBM Group or CNBM PLC's accounts?

 7       A     No.

 8       Q     Does CNBM Group or CNBM PLC have the

 9  authority to withdraw money from BNBM Group's

10  accounts?

11       A     Not that either.

12       Q     Okay.  Does BNBM Group share financial

13  statements, profit and loss statements or corporate

14  accounting with CNBM PLC?

15       A     They do not share that.

16       Q     Does BNBM Group share financial statements,

17  profit and loss statements or corporate accounting

18  with CNBM Group?

19       A     They do not share that.

20       Q     Does BNBM Group exercise any control over

21  CNBM Group's daily operations?

22       A     No.

23       Q     Does BNBM Group exercise any control over

24  CNBM PLC's daily operations?

25       A     No.
```

Confidential - Subject to Further Confidentiality Review

1       Q       Does BNBM Group manage the assets of

2    CNBM PLC or CNBM Group?

3       A       They do not manage that.

4       Q       Do CNBM PLC or CNBM Group manage the assets

5    of BNBM Group?

6       A       They do not manage that.

7       Q       Do you remember Mr. Levin asking you a

8    question -- Mr. Levin, my apologies -- asking you a

9    question --

10              MR. LEVIN:  I had an uncle that was

11         "Levin."

12              MR. MOORE:  Okay.  Let me start over.

13              How do they pronounce your name in

14         Chinese?

15              THE INTERPRETER:  "Lie-win."

16              MR. LEVIN:  Don't ask him.

17              MR. MOORE:  "Lie-win," okay.  Start

18         over.

19    BY MR. MOORE:

20       Q    Do you remember Mr. Levin asking you a

21    question whether you reviewed any document related to

22    the sales of BNBM drywall in which BNBM Group served

23    as an export agent for BNBM?

24       A       Yes.

25       Q       Did you review the export agency contracts

```
 1    for the above sales of BNBM?

 2         A      I reviewed the Chinese agency agreement.

 3         Q      And that was my next question:  Were those

 4    export agency contracts in Chinese?

 5         A      Yes.

 6         Q      Let me show you what has previously been

 7    marked as Exhibit 233, Exhibit 234 and Exhibit 235.

 8    Do you recall from Mr. Levin's questioning that these

 9    are the Alibaba inquiries that were received by

10    BNBM Group?

11         A      Yes.

12         Q      Did any of those inquiries in those three

13    exhibits ever turn into any business transaction for

14    BNBM Group?

15              MR. LEVIN:  Objection to the form.

16              (Translation.)

17              MR. LEVIN:  Objection to form.

18         A      In order to prepare for this deposition, I

19    have inquired Mr. Y-U, space, X-U-A-N-F-E-N-G.  He

20    told me that we have not completed any final

21    transaction through Alibaba's website.

22    BY MR. MOORE:

23         Q      Okay.  Let me hand you what Mr. Levin showed

24    you as Exhibit 252, and take a moment to look at the

25    chart that's on the BNBM Bates number 006515.
```

1        A     Yes.

2        Q     In your investigation as the corporate

3    representative for BNBM Group in this deposition, did

4    you determine whether or not any of those customers on

5    the list were actually situations in which BNBM Group

6    sold product or otherwise entered into a business

7    transaction with those listed customers?

8                MR. LEVIN:  Objection to foundation.

9    BY MR. MOORE:

10       Q     And I'm only interested in those customers

11    listed that are United States customers.

12       A     In order to prepare for this deposition, I

13    have inquired Mr. Yu Xuanfeng of the company and was

14    told that on -- on and about the marked dates on the

15    chart, we have not accomplished any actual

16    transactions with the American company reflected in

17    the chart.

18                MR. MOORE:  Pass the witness.

19                MR. LEVIN:  I have one document that I

20        forgot to put in.

21                MR. MOORE:  Sure.

22                MR. LEVIN:  253.

23                (BG:7/15/15-7/18/15 Exhibit 253 marked.)

24                MS. DUGGAN:  Plaintiffs are marking for

25        identification and offering into the record

1          Exhibit 253.  This is a partial translation of

2          BNBM(Group)-E-0005083 through 5092.  The

3          translation was prepared by the PSC.

4                  There's also a machine translation

5          provided by BNBM Group, and a document in

6          Chinese with Bates BNBM(Group)-E-0005083 to

7          5092.  The PSC has highlighted in yellow on the

8          Chinese document the portions that were

9          translated by the PSC.

10                 And counsel for BNBM Group will have an

11         opportunity, pursuant to our stipulation, to

12         red-line the PSC's translation, if necessary.

13                 MR. MOORE:  I've reviewed it, and go

14         ahead.

15                           EXAMINATION

16   BY MR. LEVIN:

17      Q     Sir, have you seen this document before?

18      A     I have.

19      Q     And did you see it in the normal course of

20   your business activities at BNBMG?

21      A     Yes.

22                 MR. LEVIN:  And, Mr. Moore, do we have

23         the same stipulations with regard to business

24         records and authenticity that we've had in the

25         other documents?

Confidential - Subject to Further Confidentiality Review

```
 1              MR. MOORE:  Yes.

 2              MR. LEVIN:  I have two questions.

 3         You're smiling.  You haven't heard the

 4         questions.

 5    BY MR. LEVIN:

 6      Q    My question is:  When you were shown the

 7    three documents from Alibaba, didn't I ask you whether

 8    you knew those companies, in my direct examination?

 9      A    Are you referring to Alibaba?

10      Q    I'm referring to the three documents that

11    Mr. Moore showed you just within the last five

12    minutes.

13      A    I believe my answer to Mr. Moore was that,

14    according to Mr. Yu Xuanfeng, we did not accomplish

15    any transaction through Alibaba.

16      Q    Did you call Mr. Yu Xuanfeng after I asked

17    you the questions and get that information?

18      A    I've asked these type of questions to Mr. Yu

19    Xuanfeng during my preparation of the deposition.

20      Q    And did you specifically ask him with regard

21    to the companies that are listed on those three

22    documents?

23      A    I did not specifically ask him about the

24    companies listed in those three documents.

25      Q    You were also shown a document which appears
```

1    to be a log of customer calls at Exhibit 252.

2              MR. MOORE:  Do you have that?  Thank

3         you.

4    A      This document?

5    BY MR. LEVIN:

6    Q      Yes.

7    A      I'm not familiar with it.

8    Q      You're not familiar with this document?

9    A      I saw the document during the process of

10   today's deposition.  Before I saw the document, I was

11   not familiar with it.

12   Q      Sir, you're going to be given -- or you can

13   be given copies of the deposition for the last three

14   days.  And I want you to read it very carefully and

15   make me a promise that if anything is inconsistent

16   with the testimony that you gave when I asked you

17   questions and the testimony that you gave when

18   Mr. Moore led you through questions, that you file an

19   errata.

20             MR. MOORE:  All right.  Go ahead,

21        I'll --

22             (Translation.)

23             MR. MOORE:  That's an improper question.

24        The witness is not here, Mr. Levin, to make you

25        promises.  We will consult with our client and

Confidential - Subject to Further Confidentiality Review

```
 1        do what we need to do, but we're not going to

 2        respond to a statement like that.

 3              MR. LEVIN:  May I ask you a question,

 4        Mr. Moore?

 5              MR. MOORE:  So you do not have to answer

 6        questions about promises to Mr. Levin.

 7              MR. LEVIN:  Can I ask you a question?

 8              MR. MOORE:  By all means.

 9              MR. LEVIN:  I would offer you the same

10        thing, and will you promise me to provide me

11        with an errata?

12              MR. MOORE:  I'm not here to be deposed,

13        and I'm not here to make promises to you.  We'll

14        do what we think is in the best interest of our

15        client in accordance with the Rules.

16              MR. LEVIN:  Okay.

17              MR. MOORE:  This is a deposition, not a

18        promise session.

19              MR. LEVIN:  With that, that is the end

20        of my questioning at this deposition.

21              (Translation.)

22              MR. LEVIN:  Oh, she's still...

23              And I would leave it open subject to the

24        witness being called back, if so ordered by

25        Judge Fallon for the following reasons:
```

Confidential - Subject to Further Confidentiality Review

1          The witness -- 30(b) witness had

2     insufficient knowledge with regard to corporate

3     activities and may not be the proper witness to

4     have been provided.

5          Several documents that were not on a

6     privilege log have been clawed back, and there

7     will be motion practice as a result to those

8     documents, and depending on the determination of

9     the Court, the witness may have to reappear.

10         Multiple documents the witness could not

11    identify.

12         Large groups of documents have been

13    recently provided as late as last week, and I do

14    not know whether document production is even

15    over.  They are provided in such a manner that

16    they have been -- they have to be translated,

17    and that has not occurred, despite valiant

18    efforts of my staff.

19         For these reasons, I will state that it

20    is our position that the deposition remain open.

21         MR. MOORE:  Mr. Levin, we respectfully

22    disagree with your views on that.  We consider

23    this deposition closed.  We brought this witness

24    from China at great inconvenience and expense to

25    be the 30(b)(6) witness.  It's our view that he

Confidential - Subject to Further Confidentiality Review

 1              has performed that function in accordance with

 2              the topics that were set forth in your

 3              deposition notice.

 4                    We have gone to great lengths to produce

 5              documents for BNBM Group.  That document

 6              production was completed some time ago, as you

 7              well know.

 8                    We feel like we have fully complied in

 9              all respects with the Rule, and it is our

10              position -- and we know we have a disagreement

11              on this, but it's our position that the

12              deposition is closed.

13                    MR. LEVIN:  Denied.

14                    MR. MOORE:  Thank you, Judge Levin.

15                    THE VIDEOGRAPHER:  The time now is

16              2:58 p.m.  Today's portion of our deposition,

17              consisting of five discs, is now concluded.

18                    (Proceedings recessed at 2:58 p.m.)

19

20

21

22

23

24

25

```
 1                   REPORTER'S CERTIFICATE

 2

 3         This transcript is valid only for a transcript

 4   accompanied by my original signature and original

 5   required seal on this page.

 6         I, Michael E. Miller, Certified Court Reporter

 7   (LA Certificate #27009) in and for the State of

 8   Louisiana, as the officer before whom this testimony

 9   was taken, do hereby certify that YANMING ZHAO, after

10   having been duly sworn by me upon authority of

11   R.S. 37:2554, did testify as herein before set forth

12   in the foregoing 147 pages; that this testimony was

13   reported by me in the stenotype reporting method, was

14   prepared and transcribed by me or under my personal

15   direction and supervision, and is a true and correct

16   transcript to the best of my ability and

17   understanding; that the transcript has been prepared

18   in compliance with transcript format guidelines

19   required by statute or by rules of the board, and that

20   I am informed about the complete arrangement,

21   financial or otherwise, with the person or entity

22   making arrangements for deposition services; that I

23   have acted in compliance with the prohibition on

24   contractual relationships, as defined by Louisiana

25   Code of Civil Procedure Article 1434
```

1    and in rules and advisory opinions of the board;

2    that I have no actual knowledge of any prohibited

3    employment or contractual relationship, direct or

4    indirect, between a court reporting firm and any party

5    litigant in this matter nor is there any such

6    relationship between myself and a party litigant in

7    this matter.  I am not related to counsel or to the

8    parties herein, nor am I otherwise interested in the

9    outcome of this matter.

10

11           Signed this ___ day of _____, 2015.

12

13

14           _____

15           MICHAEL E. MILLER, FAPR, RDR, CRR

16           Certified Court Reporter

17           LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3         I,_____, do hereby

 4   certify that I have read the foregoing pages and

 5   that the same is a correct transcription of the

 6   answers given by me to the questions therein

 7   propounded, except for the corrections or changes in

 8   form or substance, if any, noted in the attached

 9   Errata Sheet.

10

11         _____

12         YANMING ZHAO                    DATE

13

14   Subscribed and sworn to before me this

15   _____ day of _____, 20 _____.

16   My commission expires: _____

17

18   Notary Public

19

20

21

22

23

24

25
```

1          _ _ _ _ _ _

2                ERRATA

            _ _ _ _ _ _

3

4    PAGE   LINE    CHANGE

5    ____   ____    _____

6    ____   ____    _____

7    ____   ____    _____

8    ____   ____    _____

9    ____   ____    _____

10   ____   ____    _____

11   ____   ____    _____

12   ____   ____    _____

13   ____   ____    _____

14   ____   ____    _____

15   ____   ____    _____

16   ____   ____    _____

17   ____   ____    _____

18   ____   ____    _____

19   ____   ____    _____

20   ____   ____    _____

21   ____   ____    _____

22   ____   ____    _____

23   ____   ____    _____

24   ____   ____    _____

25   ____   ____    _____

‑ ‑ ‑ ‑ ‑ ‑ ‑

**ERRATA**

**DEPOSITION OF YANMING ZHAO**

勘误表

赵雁鸣庭外录证

‑ ‑ ‑ ‑ ‑ ‑ ‑

| **PAGE**<br>页 | **LINE(S)**<br>行 | **CHANGE**<br>更正 |
|---|---|---|
| 1 | 16 | Change "ZHOU" to "ZHAO".<br>应为："赵"。 |
| REASON:<br>理由 | | Typo.<br>笔误。 |
| 12 | 13 | Change "Madam Yan" to "Attorney Yan".<br>证人供称："晏律师"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 15 | 13 | Change "the litigation of the gypsum board sold in America by Taishan" to "the drywall case of Taishan in the US".<br>证人供称"泰山公司在美国有石膏板案件"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 20 | 6-7 | Change "China Construction Material Company, Limited" to "China National Building Material Company Limited".<br>证人供称："中国建材股份有限公司"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 24 | 9 | Change "invoices" to "payment receipts".<br>证人供称："发票"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 24 | 14 | Change "invoices" to "payment receipts".<br>证人供称："发票"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 24 | 21 | Change "invoices" to "payment receipts".<br>证人供称："发票"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |

| 25 | 12 | Change "invoices" to "payment receipts". |
| | | 证人供称："发票"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 25 | 21 | Change "invoices" to "payment receipts". |
| | | 证人供称："发票"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 26 | 2 | Change "invoices" to "payment receipts". |
| | | 证人供称："发票"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 33 | 20 | Change "represent" to "served as agent for". |
| | | 证人供称："代理"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 33 | 23 | Change "representing" to "serving as agent for". |
| | | 证人供称："代理"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 34 | 8 | Change "represent" to "serve as agent for". |
| | | 证人供称："代理"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 55 | 23-24 | Change "China Building Material Public Listed Company, Limited" to "China National Building Material Company Limited". |
| | | 证人供称："中国建材股份有限公司"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 59 | 2 | Change "January of this year" to "February of this year". |
| | | 证人供称："今年二月份"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 61 | 1 | Change "CNBM Group" to "China National Building Material Company Limited". |
| | | "中国建材集团"应更正为"中国建材股份有限公司"。 |
| REASON: | | Correct error in speaking. |
| 理由 | | 更正口误。 |

| 61 | 3 | Add "Group" after "BNBM". |
| | | 证人供称："北新集团"。 |
| REASON: | | Interpretation issue. |

| | | |
|---|---|---|
| 理由 | | 翻译错误。 |
| 61 | 4 | Add "Group" after "BNBM". |
| | | 证人供称： "北新集团" 。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 66 | 24 | Change "supply" to "logistics". |
| | | 证人供称： "后勤" 。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 67 | 12 | Change "supplies" to "logistics". |
| | | 证人供称： "后勤" 。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 71 | 3 | Change "BNBM's" to "BNBM Group's". |
| | | 证人供称： "北新集团的" 。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 71 | 19 | Add "Group" after "BNBM". |
| | | 证人供称： "北新集团" 。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 87 | 18 | Change "nominees" to "director candidates". |
| | | 证人供称： "董事候选人" 。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 95 | 8-9 | Change "BNBM Housing does not include business in North America" to "BNBM Integrated Building does not have business in North America". |
| | | 证人供称： "北新集成房屋没有北美的业务" 。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 111 | 25 | Change "BNBM Company's manufacturing business" to "BNBM Group's building material manufacturing business". |
| | | 证人供称： "北新集团建材制造业务" 。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 126 | 7 | Change "BNBMG" to "BNBM". |
| | | 证人供称： "北新" 。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 150 | 15 | Change "BNBMG" to "BNBM". |
| | | 证人供称： "北新" 。 |

| | | REASON:<br>理由 | Interpretation issue.<br>翻译错误。 |
|---|---|---|---|
| 150 | 20 | | Change "BNBMG" to "BNBM".<br>证人供称： "北新" 。 |
| | | REASON:<br>理由 | Interpretation issue.<br>翻译错误。 |
| 150 | 25 | | Change "BNBMG" to "BNBM".<br>证人供称： "北新" 。 |
| | | REASON:<br>理由 | Interpretation issue.<br>翻译错误。 |
| 163 | 10 | | Change "for" to "to".<br>证人供称： "给" 。 |
| | | REASON:<br>理由 | Interpretation issue.<br>翻译错误。 |
| 163 | 11 | | Change "for" to "to".<br>证人供称： "给" 。 |
| | | REASON:<br>理由 | Interpretation issue.<br>翻译错误。 |
| 175 | 25 | | Change "bank" to "financial".<br>证人供称： "财务" 。 |
| | | REASON:<br>理由 | Interpretation issue.<br>翻译错误。 |
| 212 | 21 | | Change "Co-defense" to "Joint defense".<br>证人供称： "共同抗辩" 。 |
| | | REASON:<br>理由 | Interpretation issue.<br>翻译错误。 |
| 227 | 11 | | Change "X-U-A-N-F-E-N-G" to "X-I-A-N-F-E-N-G".<br>证人供称： "险峰" 。 |
| | | REASON:<br>理由 | Interpretation issue.<br>翻译错误。 |
| 228 | 13 | | Change "X-U-A-N-F-E-N-G" to "X-I-A-N-F-E-N-G".<br>证人供称： "险峰" 。 |
| | | REASON:<br>理由 | Interpretation issue.<br>翻译错误。 |
| 228 | 15 | | Change "X-U-A-N-F-E-N-G" to "X-I-A-N-F-E-N-G".<br>证人供称： "险峰" 。 |
| | | REASON:<br>理由 | Interpretation issue.<br>翻译错误。 |
| 230 | 17 | | Change "Xuanfeng" to "Xianfeng".<br>证人供称： "险峰" 。 |
| | | REASON:<br>理由 | Interpretation issue.<br>翻译错误。 |

4

| 230 | 24 | Change "Xuanfeng" to "Xianfeng". |
|---|---|---|
| | | 证人供称： "险峰"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 245 | 20 | Change "representing" to "serving as agent for". |
|---|---|---|
| | | 证人供称： "代理"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 246 | 15 | Change "representing" to "serving as agent for". |
|---|---|---|
| | | 证人供称： "代理"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 250 | 13 | Change "incorporated" to "stock company". |
|---|---|---|
| | | 证人供称： "股份"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 313 | 11 | Change "in places of arbitration" to "and places of arbitration". |
|---|---|---|
| | | 应为： "和仲裁地"。 |
| REASON: | | Typo. |
| 理由 | | 笔误。 |

| 350 | 16 | Change "BN" to "BNBM". |
|---|---|---|
| | | 证人供称： "北新"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 351 | 25 | Change "Beijing New" to "BNBM". |
|---|---|---|
| | | 证人供称： "北新"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 352 | 4 | Change "a right" to "an authority". |
|---|---|---|
| | | 证人供称： "权力"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 354 | 21 | Change "he" to "she". |
|---|---|---|
| | | 证人供称： "她"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 372 | 5 | Change "X-U-A-N-F-E-N-G" to "X-I-A-N-F-E-N-G". |
|---|---|---|
| | | 证人供称： "险峰"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| | | |
|---|---|---|
| 380 | 7 | Delete "its". |
| | | 删除："其"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 380 | 25 | Change "X-U-A-N-F-E-N-G" to "X-I-A-N-F-E-N-G". |
| | | 证人供称："险峰"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 399 | 3 | Change "BNBM" to "BNBMG". |
| | | 应为："北新集团"。 |
| REASON: | | Clarification. |
| 理由 | | 澄清。 |
| 399 | 6 | Change "BNBM" to "BNBMG". |
| | | 应为："北新集团"。 |
| REASON: | | Clarification. |
| 理由 | | 澄清。 |
| 399 | 18-19 | Change "the increase of development -- the activity of increased developments" into "the activity of management improvement". |
| | | 证人供称："管理提升活动"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 434 | 19 | Change "X-U-A-N-F-E-N-G" to "X-I-A-N-F-E-N-G". |
| | | 证人供称："险峰"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 435 | 13 | Change "Xuanfeng" to "Xianfeng". |
| | | 证人供称："险峰"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 437 | 14 | Change "Xuanfeng" to "Xianfeng". |
| | | 证人供称："险峰"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 437 | 16 | Change "Xuanfeng" to "Xianfeng". |
| | | 证人供称："险峰"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |
| 437 | 19 | Change "Xuanfeng" to "Xianfeng". |
| | | 证人供称："险峰"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

证人确认书

本人，赵雁鸣，特此确认，本人已经阅读之前第 1 页至第 445 页各页内容，确认其是对本人对其中所提各项问题所作回答的正确记录，但附件勘误表中列出的对形式或内容进行更正或修改（如有）的除外。

赵雁鸣                              2015. 9. 11
                                    日期

ACKNOWLEDGMENT OF DEPONENT

I, YANMING ZHAO, do hereby certify that I have read the foregoing pages, 1 through 445 and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.


_____        2015. 9. 11
YANMING ZHAO                                      DATE

**C. Michael Moore**
Partner

c.michael.moore@dentons.com
D   +1 214 259 0902

Dentons US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201-1858 USA

T   +1 214 259 0900
F   +1 214 259 0910

August 10, 2015

**BY E-MAIL**

Kristie Martello
Supervisor of Case Management
Golkow Technologies Inc.
production@golkow.com

Re:    Deposition of Yanming Zhao, July 15 to July 17, 2015 -- Confidentiality Designations

Dear Ms. Martello:

As counsel for Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), I write to you regarding BNBM Group's 30(b)(6) witness deposition of Mr. Yanming Zhao in the Chinese Drywall MDL (2:09-md-2047) in the Eastern District of Louisiana, which was conducted from July 15 through July 17, 2015 in New Orleans.

Pursuant to the Court's pre-trial order on confidentiality (PTO 16), BNBM Group submits the following confidentiality designations for the Deposition Transcript of Yanming Zhao ("Zhao Deposition").

The following sections of the Zhao Deposition are marked as "**Confidential Information"** and are to be redacted, as they discuss matters that are subject to an Order from the Court designating them as such:

- Zhao Deposition 52:3 through 55:19

- Zhao Deposition 103:1 through 103:19

- Zhao Deposition 104:4 through 104:7

- Zhao Deposition 105:7 through 105:16

- Zhao Deposition 106:7 through 113:7

- Zhao Deposition  178:19 through 186:25

- Zhao Deposition  188:19 through 195:25

- Zhao Deposition 197:23 through 198:9

- Zhao Deposition 198:1 through 199:11

- Zhao Deposition 199:12 through 202:25

August 10, 2015
Page 2

- Zhao Deposition 204:1 through 204:18

- Zhao Deposition 221:13 through 225:11

- Zhao Deposition 226:6 through 22

- Zhao Deposition 240:8 through 240:19

- Zhao Deposition 241:13 through 241:17

- Zhao Deposition 243:13 through 244:25

- Zhao Deposition 245:5 through 245:10

- Zhao Deposition 246:11 through 246:22

- Zhao Deposition 248:3 through 248:10

- Zhao Deposition 248:18 through 249:10

- Zhao Deposition 262:7 through 265:18

- Zhao Deposition 275:18 through 277:25

- Zhao Deposition 278:24 through 280:23

- Zhao Deposition 282:24 through 283:4

- Zhao Deposition 283:12 through 289:23

- Zhao Deposition 311:11 through 319:16

- Zhao Deposition 320:6 through 321:5

- Zhao Deposition 335:16 through 341:3

- Zhao Deposition 341:24 through 347:10

- Zhao Deposition 348:24 through 349:9

- Zhao Deposition 349:22 through 352:19

- Zhao Deposition 353:21 through 356:13

- Zhao Deposition 357:8 through 357:23

- Zhao Deposition 358:3 through 360:10

- Zhao Deposition 361:9 through 361:24

- Zhao Deposition 362:3 through 363:19

- Zhao Deposition 365:9 through 372:24

August 10, 2015
Page 3

- Zhao Deposition 374:9 through 374:21

- Zhao Deposition 376:5 through 378:6

- Zhao Deposition 381:1 through 383:24

- Zhao Deposition 384:6 through 387:22

- Zhao Deposition 389:17 through 389:25

- Zhao Deposition 390:9 through 390:21

- Zhao Deposition 391:16 through 391:25

- Zhao Deposition 392:24 through 393:23

- Zhao Deposition 394:17 through 394:24

- Zhao Deposition 395:5 through 395:23

- Zhao Deposition 396:14 through 397:23

- Zhao Deposition 398:2 through 17

- Zhao Deposition 399:6 through 400:5

- Zhao Deposition 402:3 through 403:25

- Zhao Deposition 404:10 through 408:4

- Zhao Deposition 409:8 through 411:15

- Zhao Deposition 414:5 through 415:25

- Zhao Deposition 416:17 through 417:7

- Zhao Deposition 418:1 through 14

- Zhao Deposition 420:2 through 420:12

- Zhao Deposition 421:24 through 423:14

- Zhao Deposition 433:20 through 436:12

- Zhao Deposition 437:6 through 438:11

- BG 7/15/15-7/18/15 Exhibit 164

- BG 7/15/15-7/18/15 Exhibit 164A

- BG 7/15/15-7/18/15 Exhibit 168

- BG 7/15/15-7/18/15 Exhibit 168A

August 10, 2015
Page 4

- BG 7/15/15-7/18/15 Exhibit 168R

- BG 7/15/15-7/18/15 Exhibit 169

- BG 7/15/15-7/18/15 Exhibit 169A

- BG 7/15/15-7/18/15 Exhibit 169R

- BG 7/15/15-7/18/15 Exhibit 170

- BG 7/15/15-7/18/15 Exhibit 170A

- BG 7/15/15-7/18/15 Exhibit 170R

- BG 7/15/15-7/18/15 Exhibit 171

- BG 7/15/15-7/18/15 Exhibit 171A

- BG 7/15/15-7/18/15 Exhibit 171R

- BG 7/15/15-7/18/15 Exhibit 172

- BG 7/15/15-7/18/15 Exhibit 172A

- BG 7/15/15-7/18/15 Exhibit 172R

- BG 7/15/15-7/18/15 Exhibit 173

- BG 7/15/15-7/18/15 Exhibit 173A

- BG 7/15/15-7/18/15 Exhibit 173R

- BG 7/15/15-7/18/15 Exhibit 174

- BG 7/15/15-7/18/15 Exhibit 174A

- BG 7/15/15-7/18/15 Exhibit 174R

- BG 7/15/15-7/18/15 Exhibit 175

- BG 7/15/15-7/18/15 Exhibit 175A

- BG 7/15/15-7/18/15 Exhibit 175R

- BG 7/15/15-7/18/15 Exhibit 176

- BG 7/15/15-7/18/15 Exhibit 176A

- BG 7/15/15-7/18/15 Exhibit 176R

- BG 7/15/15-7/18/15 Exhibit 177

- BG 7/15/15-7/18/15 Exhibit 177A

August 10, 2015
Page 5

- BG 7/15/15-7/18/15 Exhibit 177R

- BG 7/15/15-7/18/15 Exhibit 178

- BG 7/15/15-7/18/15 Exhibit 178A

- BG 7/15/15-7/18/15 Exhibit 178R

- BG 7/15/15-7/18/15 Exhibit 179

- BG 7/15/15-7/18/15 Exhibit 179R

- BG 7/15/15-7/18/15 Exhibit 180

- BG 7/15/15-7/18/15 Exhibit 180A

- BG 7/15/15-7/18/15 Exhibit 181

- BG 7/15/15-7/18/15 Exhibit 181A

- BG 7/15/15-7/18/15 Exhibit 182A

- BG 7/15/15-7/18/15 Exhibit 182R

- BG 7/15/15-7/18/15 Exhibit 183A

- BG 7/15/15-7/18/15 Exhibit 183R

- BG 7/15/15-7/18/15 Exhibit 184A

- BG 7/15/15-7/18/15 Exhibit 184R

- BG 7/15/15-7/18/15 Exhibit 185

- BG 7/15/15-7/18/15 Exhibit 185A

- BG 7/15/15-7/18/15 Exhibit 186

- BG 7/15/15-7/18/15 Exhibit 186A

- BG 7/15/15-7/18/15 Exhibit 187

- BG 7/15/15-7/18/15 Exhibit 187A

- BG 7/15/15-7/18/15 Exhibit 187R

- BG 7/15/15-7/18/15 Exhibit 188

- BG 7/15/15-7/18/15 Exhibit 188A

- BG 7/15/15-7/18/15 Exhibit 189

- BG 7/15/15-7/18/15 Exhibit 189A

August 10, 2015
Page 6

- BG 7/15/15-7/18/15 Exhibit 190
- BG 7/15/15-7/18/15 Exhibit 190A
- BG 7/15/15-7/18/15 Exhibit 191
- BG 7/15/15-7/18/15 Exhibit 191A
- BG 7/15/15-7/18/15 Exhibit 192
- BG 7/15/15-7/18/15 Exhibit 192A
- BG 7/15/15-7/18/15 Exhibit 193
- BG 7/15/15-7/18/15 Exhibit 193A
- BG 7/15/15-7/18/15 Exhibit 194
- BG 7/15/15-7/18/15 Exhibit 194A
- BG 7/15/15-7/18/15 Exhibit 195
- BG 7/15/15-7/18/15 Exhibit 195A
- BG 7/15/15-7/18/15 Exhibit 198
- BG 7/15/15-7/18/15 Exhibit 198A
- BG 7/15/15-7/18/15 Exhibit 206
- BG 7/15/15-7/18/15 Exhibit 211
- BG 7/15/15-7/18/15 Exhibit 216
- BG 7/15/15-7/18/15 Exhibit 217
- BG 7/15/15-7/18/15 Exhibit 219
- BG 7/15/15-7/18/15 Exhibit 220
- BG 7/15/15-7/18/15 Exhibit 220R
- BG 7/15/15-7/18/15 Exhibit 222
- BG 7/15/15-7/18/15 Exhibit 223
- BG 7/15/15-7/18/15 Exhibit 225
- BG 7/15/15-7/18/15 Exhibit 226
- BG 7/15/15-7/18/15 Exhibit 227
- BG 7/15/15-7/18/15 Exhibit 230

August 10, 2015
Page 7

- BG 7/15/15-7/18/15 Exhibit 230A

- BG 7/15/15-7/18/15 Exhibit 231

- BG 7/15/15-7/18/15 Exhibit 231A

- BG 7/15/15-7/18/15 Exhibit 232

- BG 7/15/15-7/18/15 Exhibit 232A

- BG 7/15/15-7/18/15 Exhibit 233

- BG 7/15/15-7/18/15 Exhibit 234

- BG 7/15/15-7/18/15 Exhibit 235

- BG 7/15/15-7/18/15 Exhibit 236

- BG 7/15/15-7/18/15 Exhibit 243

- BG 7/15/15-7/18/15 Exhibit 245

- BG 7/15/15-7/18/15 Exhibit 246

- BG 7/15/15-7/18/15 Exhibit 247

- BG 7/15/15-7/18/15 Exhibit 248

- BG 7/15/15-7/18/15 Exhibit 249

- BG 7/15/15-7/18/15 Exhibit 250

- BG 7/15/15-7/18/15 Exhibit 251

- BG 7/15/15-7/18/15 Exhibit 252

- BG 7/15/15-7/18/15 Exhibit 253

- BG 7/15/15-7/18/15 Exhibit 254

- BG 7/15/15-7/18/15 Exhibit 255

Sincerely,

*Mike Moore*

C. Michael Moore
Partner

cc:     Russ Herman, Esq.
        Arnold Levin, Esq.



Christopher Q. King
Partner

christopher.king@dentons.com
D   +1 312 876 8224

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6404 USA

T   +1 312 876 8000
F   +1 312 876 7934

Salans FMC SNR Denton
McKenna Long
dentons.com

September 11, 2015

**VIA EMAIL**
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhklawfirm.com
drywall@hhkc.com
ldavis@hhklawfirm.com

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
alevin@lfsblaw.com

Re:      In re Chinese Drywall Litigation
         Confidentiality Designations for Yu Chen and Yanming Zhao Depositions

Counsel:

I write to respond to your August 25, 2015 letter regarding the Yu Chen and Yanming Zhao confidentiality designations.  While we believe that the designations as originally made were reasonable and appropriate, we are committed to working with the Plaintiffs' Steering Committee to reach an agreement on the appropriate designations for the Chen and Zhao depositions, as we have for many other discovery issues.  The attached charts list all exhibits and transcript lines that BNBM PLC and BNBM Group had previously designated as confidential and state whether they agree to remove the confidentiality designations from those items.  For any exhibit or portion of a transcript that BNBM PLC or BNBM Group believes should remain confidential, the chart states the basis for the confidentiality designation.

Consistent with the requirements of Pre-trial Oder No. 16, please let us me know when you are available to meet and confer about the designations proposed in the attached charts.

Very truly yours,

Dentons US, LLP

Christopher Q. King

**BNBM Group and BNBM PLC's Proposed Revisions to the Confidentiality
Designations For the Deposition of Mr. Yu Chen (September 11, 2015)**

| Ex. No.[1] | Bates No. | Relevant Transcript Citations[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 42-2 (AA) | BNBM(Group)0002829-0002831 | | Not Confidential | |
| 42-2 (BB) | BNBM(Group)0002834-0002836 | | Not Confidential | |
| 42-2 (C) | BNBM(Group)0002846 | | Not Confidential | |
| 42-2 (E) | BNBM(Group)0002849 | | Not Confidential | |
| 42-2 (G) | BNBM(Group)0002851 | | Not Confidential | |
| 42-2 (O) | BNBM(Group)0002852 | | Not Confidential | |
| 42-2 (U) | BNBM(Group)0002861 | | Not Confidential | |
| 42-2 (Z) | BNBM(Group)0002827-0002828 | | Not Confidential | |
| 43-2 (A) | BNBM(Group)0002837-0002838 | | Not Confidential | |
| 43-2(B) | BNBM(Group)0002847-0002848 | | Not Confidential | |
| 43-2(FF) | BNBM(Group)0002864 | | Not Confidential | |
| 43-2(OO) | BNBM(Group)0002857 | | Not Confidential | |
| 43-2(V) | BNBM(Group)0002862 | | Not Confidential | |
| 43-2(W) | BNBM(Group)0002863 | | Not Confidential | |
| 44-2(D) | BNBM(Group)0002843; Baillie00323 | | Not Confidential | |
| 44-2(S) | BNBM(Group)0002844-0002845 | | Not Confidential | |
| 44-2(T) | BNBM(Group)0002850 | | Not Confidential | |

---

[1] Excluding any exhibit the parties previously agreed should be designated highly confidential, BNBM PLC and BNBM Group agree that the exhibits can be designated as specified herein.
[2] Excluding any portion of the transcript which the parties previously agreed should be designated highly confidential, BNBM PLC and BNBM Group agree that any portion of the transcript not referenced herein can be made not confidential

1

| Ex. No.[1] | Bates No. | Relevant Transcript Citations[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 96 | BNBMPLC0007421 -0007479; BNBMPLC0007494 -0007499; BNBMPLC0007503 - BNBMPLC0007506 ; BNBMPLC0007508 -0007509: BNBMPLC0007516 -0007518; BNBMPLC0007521 -0007523; BNBMPLC0007528 -0007529; BNBMPLC0007531 ; BNBMPLC0007533 ; BNBMPLC0007535 ; BNBMPLC0007540 -0007543 BNBMPLC0007545 ; BNBMPLC0007553 -0007558; BNBMPLC0007562 ; BNBMPLC0007564 ; BNBMPLC0007570 -0007571; BNBMPLC0007573 -0007576; BNBMPLC0007580 -0007588; BNBMPLC0007590 -0007596 | | Confidential | Chinese regulatory requirements applicable to Chinese companies that have stock publicly traded in China. |
| 100 | BNBMPLC 0003218- 0003219; BNBMPLC0003 007-0003008; BNBMPLC0001 553-0001554; BNBMPLC0001 391; TG- 040615- 0028706 | | Not Confidential | |

| Ex. No.[1] | Bates No. | Relevant Transcript Citations[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 103 | Composite Exhibit BNBMPLC0005 923-0006089 | | Confidential | Non-publically available document disusing corporate strategy |
| 104 | BNBMPLC0006 284-6428 | | Confidential | Non-publically available document disusing corporate strategy |
| 109 | BNBMPLC-E-0000470 | 391:2-393:14 | Confidential | Internal company communication |
| 110 | BNBMPLC-E-0000819-820 | | Confidential | Chinese regulatory requirements applicable to Chinese companies that have stock publicly traded in China. |
| 111 | BNBMPLC-E-0000987-1005 | 290:9-292:9; 293:11-295:1; 298:5-299:21 | Confidential | This a CNBM Group document which CNBM Group treats as confidential; BNBM PLC and BNBM Group will respect CNBM Group's confidentiality designation |
| 112 | BNBMPLC-E-0001033-1045 | 245:9-14; 247:4-6; 248:18-20; 249:11-251:6; 251:17-24; 252:22-266:20 | Confidential | Internal corporate communication designated as confidential at time of creation |
| 115 | BNBMPLC-E-0001225 | 452:15-453:7 | Confidential | Draft disclosure statement, which differs from final version |
| 116 | BNBMPLC-E-001226-1227 | | Not confidential | |
| 118 | BNBMPLC-E-0001339-1353 | 268:5-269:23; 270:20-24; 272:6-274:19 280:3-283:18; 300:20-301:17 | Confidential | Discusses companies self-evaluation on corporate governance issues |
| 119 | BNBMPLC-E-0002110-2154 | | Not confidential | |
| 123 | BNBMPLC-E-0006059-6060 | 376:14-377:16 378:13-18; 387:8-389:10 | Confidential | Internal communication regarding company audit |
| 127 | BNBMPLC-E-0009561-9567 | 589:22-590:10; 591:10-21; 592:10-24 | Confidential | Internal document relating to company strategy and decision making |
| 131 | BNBMPLC-E-001088-90 | | Not Confidential | |

3

| Ex. No.[1] | Bates No. | Relevant Transcript Citations[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 133 | CNBMGRP000 098047-9838 | 218:4-222: | Confidential | This a CNBM Group document which CNBM Group treats as confidential; BNBM PLC and BNBM Group will respect CNBM Group's confidentiality designation |
| 134-1 | BNBMPLC-E-0010164 | 229:20-230:18 | Confidential | Internal company communication regarding regulatory compliance |
| 134-1R | | 229:20-230:18 | Confidential | Internal company communication regarding regulatory compliance |
| 134 | BNBMPLC-E-0010163 | 225:4-227:23 | Confidential | Internal company communication regarding audit |
| 134R | | 225:4-227:23 | Confidential | Internal company communication regarding audit |
| 138 | BNBMPLC-E-0029161 | | Not confidential | |
| 139 | BNBMPLC-E-0029707-29708 | | Not confidential | |
| 140 | BNBMPLC-E-0030088-30091 | 400:19-402:10 | Confidential | Personnel evaluation materials |
| 140R | | 400:19-402:20 | Confidential | Personnel evaluation materials |
| 142 | BNBMPLC-E-0000052-00058 | | Confidential | Chinese regulatory requirements applicable to Chinese companies that have stock publicly traded in China |
| 143 | BNBMPLC0007 290-BNBMPLC0007 291 | | Confidential | Chinese regulatory requirements applicable to Chinese companies that have stock publicly traded in China. |

4

**BNBM Group and BNBM PLC's Proposed Revisions to the Confidentiality
Designations For the Deposition of Mr. Yanming Zhao (September 11, 2015)**

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 164 | BNBM(Group)0002794-BNBM(Group)0002801 | | Not Confidential | |
| 164A | BNBM(Group)0002786-BNBM(Group)0002793 | | Not Confidential | |
| 168 | BNBM(Group)0000427-BNBM(Group)0000518 | | Confidential | Detailed financial information of a non-public company |
| 168A | BNBM(Group)0000371-BNBM(Group)0000426 | | Confidential | Detailed financial information of a non-public company |
| 168R | | | Confidential | Detailed financial information of a non-public company |
| 169 | BNBM(Group)0000560-BNBM(Group)0000611 | | Confidential | Detailed financial information of a non-public company |
| 169A | BNBM(Group)0000519-BNBM(Group)0000559 | | Confidential | Detailed financial information of a non-public company |
| 169R | | | Confidential | Detailed financial information of a non-public company |
| 170 | BNBM(Group)0000651-BNBM(Group)0000701 | | Confidential | Detailed financial information of a non-public company |
| 170A | BNBM(Group)0000612-BNBM(Group)0000650 | | Confidential | Detailed financial information of a non-public company |
| 170R | | | Confidential | Detailed financial information of a non-public company |
| 171 | BNBM(Group)0000745-BNBM(Group)0000807 | | Confidential | Detailed financial information of a non-public company |
| 171A | BNBM(Group)0000702-BNBM(Group)0000744 | | Confidential | Detailed financial information of a non-public company |
| 171R | | | Confidential | Detailed financial information of a non-public company |
| 172 | BNBM(Group)0000850-BNBM(Group)0000913 | | Confidential | Detailed financial information of a non-public company |

[1] Excluding any exhibit the parties previously agreed should be designated highly confidential, BNBM PLC and BNBM Group agree that the exhibits can be designated as specified herein.
[2] Excluding any portion of the transcript which the parties previously agreed should be designated highly confidential, BNBM PLC and BNBM Group agree that any portion of the transcript not referenced herein can be made not confidential.

1

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 172A | BNBM(Group)0000808-BNBM(Group)0000849 | | Confidential | Detailed financial information of a non-public company |
| 172R | | | Confidential | Detailed financial information of a non-public company |
| 173 | BNBM(Group)0000956-BNBM(Group)0001011 | | Confidential | Detailed financial information of a non-public company |
| 173A | BNBM(Group)0000914-BNBM(Group)0000955 | | Confidential | Detailed financial information of a non-public company |
| 173R | | | Confidential | Detailed financial information of a non-public company |
| 174 | BNBM(Group)0001054-BNBM(Group)0001109 | | Confidential | Detailed financial information of a non-public company |
| 174A | BNBM(Group)0001012-BNBM(Group)0001053 | | Confidential | Detailed financial information of a non-public company |
| 174R | | | Confidential | Detailed financial information of a non-public company |
| 175 | BNBM(Group)0001154-BNBM(Group)0001213 | | Confidential | Detailed financial information of a non-public company |
| 175A | BNBM(Group)0001110-BNBM(Group)0001153 | | Confidential | Detailed financial information of a non-public company |
| 175R | | | Confidential | Detailed financial information of a non-public company |
| 176 | BNBM(Group)0001266-BNBM(Group)0001337 | | Confidential | Detailed financial information of a non-public company |
| 176A | BNBM(Group)0001214-BNBM(Group)0001265 | | Confidential | Detailed financial information of a non-public company |
| 176R | | | Confidential | Detailed financial information of a non-public company |
| 177 | BNBM(Group)0003274-BNBM(Group)0003330 | | Confidential | Detailed financial information of a non-public company |
| 177A | BNBM(Group)0003226-BNBM(Group)0003273 | | Confidential | Detailed financial information of a non-public company |
| 177R | | | Confidential | Detailed financial information of a non-public company |

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 178 | BNBM(Group)0001818-BNBM(Group)0001858 | | Confidential | Discloses corporate strategy for a non-public company |
| 178A | BNBM(Group)0001777-BNBM(Group)0001817 | | Confidential | Discloses corporate strategy for a non-public company |
| 178R | | | Confidential | Discloses corporate strategy for a non-public company |
| 179 | BNBM(Group)0001913-BNBM(Group)0001966 | | Confidential | Discloses corporate strategy for a non-public company |
| 179A | BNBM(Group)0001859-BNBM(Group)0001912 | | Confidential | Discloses corporate strategy for a non-public company |
| 179R | | | Confidential | Discloses corporate strategy for a non-public company |
| 180 | BNBM(Group)0002022-BNBM(Group)0002069 | | Confidential | Discloses corporate strategy for a non-public company |
| 180A | BNBM(Group)0001967-BNBM(Group)0002021 | | Confidential | Discloses corporate strategy for a non-public company |
| 181 | BNBM(Group)0002102-BNBM(Group)0002133 | | Confidential | Discloses corporate strategy for a non-public company |
| 181A | BNBM(Group)0002070-BNBM(Group)0002101 | | Confidential | Discloses corporate strategy for a non-public company |
| 182A | BNBM(Group)0002134-BNBM(Group)0002171 | | Confidential | Discloses corporate strategy for a non-public company |
| 182R | BNBM(Group)0002172-R-BNBM(Group)0002209-R | | Confidential | Discloses corporate strategy for a non-public company |
| 183A | BNBM(Group)0002210-BNBM(Group)0002261 | | Confidential | Discloses corporate strategy for a non-public company |
| 183R | BNBM(Group)0002262-R-BNBM(Group)0002319-R | | Confidential | Discloses corporate strategy for a non-public company |
| 184A | BNBM(Group)0002320-BNBM(Group)0002357 | | Confidential | Discloses corporate strategy for a non-public company |
| 184R | BNBM(Group)0002358-R-BNBM(Group)0002392-R | | Confidential | Discloses corporate strategy for a non-public company |
| 185 | BNBM(Group)0002424-BNBM(Group)0002454 | | Confidential | Discloses corporate strategy for a non-public company |

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 185A | BNBM(Group)0002393-BNBM(Group)0002423 | | Confidential | Discloses corporate strategy for a non-public company |
| 186 | BNBM(Group)0002483-BNBM(Group)0002511 | | Confidential | Discloses corporate strategy for a non-public company |
| 186A | BNBM(Group)0002455-BNBM(Group)0002482 | | Confidential | Discloses corporate strategy for a non-public company |
| 187 | BNBM(Group)0002555-BNBM(Group)0002596 | | Confidential | Discloses corporate strategy for a non-public company |
| 187A | BNBM(Group)0002512-BNBM(Group)0002554 | | Confidential | Discloses corporate strategy for a non-public company |
| 187R | BNBM(Group)0002512-BNBM(Group)0002554 | | Confidential | Discloses corporate strategy for a non-public company |
| 188 | BNBM(Group)0002599-BNBM(Group)0002600 | | Confidential | Discloses corporate strategy for a non-public company |
| 188A | BNBM(Group)0002599-BNBM(Group)0002600 | | Confidential | Discloses corporate strategy for a non-public company |
| 189 | BNBM(Group)0002654-BNBM(Group)0002661 | | Not Confidential | |
| 189A | BNBM(Group)0002646-BNBM(Group)0002653 | | Not Confidential | |
| 190 | BNBM(Group)0002670-BNBM(Group)0002677 | | Not Confidential | |
| 190A | BNBM(Group)0002662-BNBM(Group)0002669 | | Not Confidential | |
| 191 | BNBM(Group)0002687-BNBM(Group)0002695 | | Not Confidential | |
| 191A | BNBM(Group)0002678-BNBM(Group)0002686 | | Not Confidential | |
| 192 | BNBM(Group)0002705-BNBM(Group)0002713 | | Not Confidential | |
| 192A | BNBM(Group)0002696-BNBM(Group)0002704 | | Not Confidential | |
| 193 | BNBM(Group)0002723-BNBM(Group)0002731 | | Not Confidential | |
| 193A | BNBM(Group)0002714-BNBM(Group)0002722 | | Not Confidential | |
| 194 | BNBM(Group)0002740-BNBM(Group)0002747 | | Not Confidential | |
| 194A | BNBM(Group)0002732-BNBM(Group)0002739 | | Not Confidential | |
| 195 | BNBM(Group)0002756-BNBM(Group)0002763 | | Not Confidential | |
| 195A | BNBM(Group)0002748-BNBM(Group)0002755 | | Not Confidential | |

4

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 198 | BNBM(Group)0002773 | | Confidential | Contains non-public investment information |
| 198A | BNBM(Group)0002772 | | Confidential | Contains non-public investment information |
| 206 | BNBM(Group)0002825-BNBM(Group)0002872 | | Not Confidential | |
| 211 | BNBM(Group)-E-0026245- BNBM(Group)-E-0026270 | | Not Confidential | |
| 216 | BNBM (Group)-E-0004362 | | Not Confidential | Previously Listed in error |
| 217 | BNBM (Group)-E-0004849-4850 BNBM (Group)-E-0004852-4870 BNBM (Group)-E-0004890 | | Not Confidential | |
| 219 | BNBM (Group)-E-0008555 | | Not Confidential | |
| 220 | BNBM(Group)-E-0008652 | | Not Confidential | |
| 220R | BNBM (Group)-E-0008652 | | Not Confidential | |
| 222 | BNBM(Group)-E-0001738-1743 | | Not Confidential | |
| 223 | BNBM (Group)-E-0004100-4114 | 399:6-400:15; 401:23-403:11; 403:22-404:8 | Confidential | Company's internal audit analysis |
| 225 | BNBM (Group)-E-0008654 | 382:10 -383:11; 383:20 - 384:5 | Confidential | Internal BNBM PLC communication discussing potential customers, pricing, and market strategy |
| 226 | BNBM (Group)-E-0010740-10744 | | Confidential | Discusses detailed financial information of a non-public company |
| 227 | BNBM(Group)-E-0020914 | | Confidential | Memorandum of Understanding between BNBM PLC and BNBM Group regarding joint investment project |
| 230 | BNBMPLC0007427-BNBMPLC0007429 | | Not Confidential | |
| 230A | BNBMPLC0007424-BNBMPLC0007426 | | Not Confidential | |

5

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 231 | BNBMPLC0007437-BNBMPLC0007440 | | Not Confidential | |
| 231A | BNBMPLC0007437-BNBMPLC0007440 | | Not Confidential | |
| 232 | BNBMPLC0007452-BNBMPLC0007455 | | Not Confidential | |
| 232A | BNBMPLC0007449-BNBMPLC0007451 | | Not Confidential | |
| 233 | BNBM(Group)-E-0000273-298 | | Not Confidential | |
| 234 | BNBM(Group)-E-0000297-274 | | Not Confidential | |
| 235 | BNBM(Group)-E-0000362-363 | | Not Confidential | |
| 236 | BNBM(Group)-E-001023-1024 | 384:6-387:13 | Confidential | Internal business communication regarding capital management |
| 243 | BNBM(Group)-E-0008707 | | Not Confidential | |
| 245 | BNBM (Group)-E-001744-1745 | | Not Confidential | |
| 246 | BNBM(Group)-E-0019345- BNBM(Group)-E-0019347 | | Not Confidential | |
| 247 | BNBM(Group)-E-0004986-4990 | 394:10-395:12 | Confidential | Discusses internal management and personnel issues |
| 248 | BNBM(Group)-E-0012010-12016 | 397:9-25 | Confidential | Contains detailed discussion of finances, performance, and strategy of a non-public company |
| 249 | BNBM(Group)-E-0005107-5115 | 409:17-411:15 | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |
| 250 | BNBM(Group)-E-005016-5045 | | Confidential | Internal audit and analysis of performance of a non-public company |
| 251 | BNBM(Group)-E-005101-5106 | 405:23-406:25 | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |
| 252 | BNBM(Group)-E-0006515 | | Not Confidential | |

6

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 253 | BNBM(Group)-E-0005083-5092 | | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |
| 254 | BNBM(Group)-E-0005116-5120 | | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |
| 255 | BNBM(Group)-E-0005140-5147 | | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |

84885903\V-2

7