Translation of the list of member enterprises of CNBM Group from
http://www.cnbm.com.cn/wwwroot/c_000000010009/

Member enterprises:

China National Building Material Company Limited

China Building Materials Academy

China National Building Material Import and Export Company

Beijing New Building Materials Group Company Limited

China National United Equipment Group Corporation

China New Building Group Corporation

Triumph Technology Group Company

Zhejiang Leomax Group Special Cement Co., Ltd.

CNBM Assets Management Corporation

**CONTEMPT Exhibit 29**