Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3   ********************************************************

 4   IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

     DRYWALL PRODUCTS LIABILITY

 5   LITIGATION                   SECTION:  L

 6   THIS DOCUMENT APPLIES TO      JUDGE FALLON

     ALL CASES

 7                                MAG. JUDGE WILKINSON

 8   ********************************************************

 9

            CONFIDENTIAL - SUBJECT TO FURTHER

10                CONFIDENTIALITY REVIEW

11              Friday, June 5, 2015

12                   — — —

13

14

15       Videotaped 30(b)(6) Deposition of CHINA

16   NATIONAL BUILDING MATERIALS COMPANY LIMITED ("CNBM")

17   through the testimony of ZHANGLI CHANG, held at Gordon

18   Arata McCollam DuPlantis & Eagan LLC, 201 St. Charles

19   Avenue, Suite 4000, New Orleans, Louisiana, commencing

20   at 9:04 a.m., on the above date, before Micheal A.

21   Johnson, Certified Court Reporter (#29025), Registered

22   Merit Reporter and Certified Realtime Reporter.

23                   — — —

            GOLKOW TECHNOLOGIES, INC.

       877.370.3377 ph | 917.591.5672 fax

            deps@golkow.com
```

┌─────────────────────┐
│   CONTEMPT          │
│   Exhibit 31        │
└─────────────────────┘

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3        HERMAN HERMAN & KATZ LLC
          BY:  RUSS M. HERMAN, ESQUIRE
 4             rherman@hhklawfirm.com
               MADELYN M. O'BRIEN, ESQUIRE
 5             mobrien@hhklawfirm.com
          820 O'Keefe Avenue
 6        New Orleans, Louisiana 70113
          (504) 581-4892
 7
 8        LEVIN FISHBEIN SEDRAN & BERMAN
          BY:  SANDRA L. DUGGAN, ESQUIRE
 9             sduggan@lfsblaw.com
               ARNOLD LEVIN, ESQUIRE
10             alevin@lfsblaw.com
          510 Walnut Street, Suite 500
11        Philadelphia, Pennsylvania 19106
          (215) 592-1500
12
13        IRPINO LAW FIRM
          BY:  PEARL A. ROBERTSON, ESQUIRE
14             probertson@irpinolaw.com
          2216 Magazine Street
15        New Orleans, Louisiana 70130
          (504) 525-1500
16
17        GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
          BY:  RACHEL A. STERNLIEB, ESQUIRE
18             rsternlieb@gainsben.com
          1100 Poydras Street, Suite 2800
19        New Orleans, Louisiana 70163-2800
          (504) 522-2304
20
21        LAMBERT AND NELSON PLC
          BY:  HUGH P. LAMBERT, ESQUIRE
22             hlambert@thelambertfirm.com
          701 Magazine Street
23        New Orleans, Louisiana 70130-3629
          (504) 581-1750
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS (CONT.):
 3        COLSON HICKS EDISON
          BY:  JEFF J. KEISER, ESQUIRE
 4            (Via Speakerphone)
              jeff@colson.com
 5        600 Carondelet Street
          Rooms 810 and 812
 6        New Orleans, Louisiana 70130
          (305) 476-7400
 7
 8   COUNSEL FOR TAISHAN GYPSUM COMPANY:
 9        ALSTON & BIRD LLP
          BY:  CHUNLIAN YANG, ESQUIRE
10            lian.yang@alston.com
          950 F Street, N.W.
11        Washington, D.C. 20004-1404
          (202) 239-3300
12
13        HANGARTNER RYDBERG & TERRELL LLC
          BY:  ALAN DEAN WEINBERGER, ESQUIRE
14            aweinberger@handrylaw.com
          701 Poydras Street, Suite 310
15        New Orleans, Louisiana 70139
          (504) 522-5690
16
17   COUNSEL FOR BNBM DEFENDANTS:
18        DENTONS US LLP
          BY:  MATTHEW T. NICKEL, ESQUIRE
19            matt.nickel@dentons.com.
          2000 McKinney Avenue, Suite 1900
20        Dallas, Texas 75201-1858
          (214) 259-0976
21
22        PHELPS DUNBAR LLP
          BY:  HARRY ROSENBERG, ESQUIRE
23            harry.rosenberg@phelps.com
          365 Canal Street, Suite 2000
24        New Orleans, Louisiana 70130-6535
          (504) 566-1311
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR CNBM DEFENDANTS:
 3        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  L. CHRISTOPHER VEJNOSKA, ESQUIRE
 4             cvejnoska@orrick.com
               ANDREW K. DAVIDSON, ESQUIRE
 5             adavidson@orrick.com
               JASON M. WU, ESQUIRE
 6             jmwu@orrick.com
          405 Howard Street
 7        San Francisco, California 94105-2669
          (415) 773-5916
 8
 9        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  SHELLEY ZHANG, ESQUIRE
10             szhang@orrick.com
               XIANG WANG, ESQUIRE
11             xiangwang@orrick.com
          5701 China World Tower
12        No. 1 Jianguomenwai Avenue
          Beijing 100004
13        People's Republic of China
          +86 10 8595 5668
14
15        GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLP
          BY:  EWELL E. EAGAN, JR., ESQUIRE
16             eeagan@gordonarata.com
          201 St. Charles Avenue, Suite 4000
17        New Orleans, Louisiana 70170-4000
          (504) 582-1111
18
19   COUNSEL FOR THE STATE OF LOUISIANA:
20        PERKINS COIE LLP
          BY:  DAVID L. BLACK, ESQUIRE
21             dblack@perkinscoie.com
               CRAIG M.J. ALLELY, ESQUIRE
22             callely@perkinscoie.com
          1900 Sixteenth Street, Suite 1400
23        Denver, Colorado 80202-5255
          (303) 291-2309
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S :

 2   COUNSEL FOR THE STATE OF LOUISIANA:

 3        OFFICE OF THE ATTORNEY GENERAL.

          STATE OF LOUISIANA

 4        BY:  L. CHRISTOPHER STYRON, ESQUIRE

               styron@ag.state.la.us

 5        1885 North Third Street

          Baton Rouge, Louisiana 70802

 6        (225) 326-6079

 7

 8   ALSO PRESENT:

 9        SUNNY WANG, MANDARIN INTERPRETER

10        YAN GAO

11        DARNELL BROWN, VIDEOGRAPHER

12                    ___ ___ ___

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                        INDEX
                     ZHANGLI CHANG
 2                    June 5, 2015

 3

 4      PROCEEDINGS                            10

 5

 6   EXAMINATION OF ZHANGLI CHANG:

 7           BY MR. HERMAN                     12

 8

 9      REPORTER'S CERTIFICATE                118

10

11

12      INFORMATION REQUESTED BY COUNSEL FOR CNBM

13                   Page 26, Line 9
                     Page 54, Line 15
14                   Page 55, Line 24
                     Page 58, Line 22
15                   Page 67, Line 6
                     Page 69, Line 7
16                   Page 70, Line 23
                     Page 75, Line 2
17                   Page 79, Line 1
                     Page 79, Line 10
18                   Page 102, Line 20
                     Page 115, Line 20
19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS
                         ZHANGLI CHANG
 2                        June 5, 2015
 3
 4     NUMBER                    DESCRIPTION         MARKED
 5     Exhibit 1-HL_00000026  E-mail(s)               110
 6     Exhibit 1-HL_00000261  E-mail(s)               112
                              HL_00000261
 7
       Exhibit 3             China National           100
 8                           Building Material
                             Company, Limited,
 9                           Global Offering
10     Exhibit 3-A           China National           100
                             Building Material
11                           Company, Limited,
                             Global Offering
12                           (Chinese Version)
13     Exhibit 25            China National            84
                             Building Material
14                           Company Limited
                             Overseas Regulatory
15                           Announcement
16     Exhibit 25-A          China National            84
                             Building Material
17                           Company Limited
                             Overseas Regulatory
18                           Announcement (Chinese
                             Version)
19
       Exhibit 27            China National            86
20                           Building Material
                             Company Limited
21                           Voluntary
                             Announcement,
22                           Development of Gypsum
                             Board Litigation in
23                           the US
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                       DEPOSITION EXHIBITS
                          ZHANGLI CHANG
 2                        June 5, 2015
 3
 4    NUMBER                      DESCRIPTION        MARKED
 5    Exhibit 27-A          China National              86
                            Building Material
 6                          Company Limited
                            Voluntary
 7                          Announcement,
                            Development of Gypsum
 8                          Board Litigation in
                            the US (Chinese
 9                          Version)
10    Exhibit 29            China National              88
                            Building Material
11                          Company Limited
                            Voluntary
12                          Announcement, Updates
                            on Recent
13                          Developments in the
                            Gypsum Board
14                          Litigation in the US
15    Exhibit 29-A          China National              88
                            Building Material
16                          Company Limited
                            Voluntary
17                          Announcement, Updates
                            on Recent
18                          Developments in the
                            Gypsum Board
19                          Litigation in the US
                            (Chinese Version)
20
      Exhibit 31            China National              90
21                          Building Material
                            Company Limited
22                          Announcement, Further
                            Updates on Recent
23                          Developments in the
                            Gypsum Board
24                          Litigation in the US
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS
                        ZHANGLI CHANG
 2                       June 5, 2015
 3
 4   NUMBER                    DESCRIPTION          MARKED
 5   Exhibit 31-A          China National              90
                           Building Material
 6                         Company Limited
                           Announcement, Further
 7                         Updates on Recent
                           Developments in the
 8                         Gypsum Board
                           Litigation in the US
 9                         (Chinese Version)
10   Exhibit 33            China National              95
                           Building Material
11                         Company Limited
                           Announcement, Recent
12                         Developments in the
                           Gypsum Board
13                         Litigation in the US
14   Exhibit 33-A          China National              95
                           Building Material
15                         Company Limited
                           Announcement, Recent
16                         Developments in the
                           Gypsum Board
17                         Litigation in the US
                           (Chinese Version)
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
1                        PROCEEDINGS

2                 (June 5, 2015 at 9:04 a.m.)

3                 THE VIDEOGRAPHER:  We are now on the

4         record.  My name is Darnell Brown and I'm the

5         videographer with Golkow Technologies.  Today's

6         date is June 5th, 2015, and the time is 9:04.

7                 This video deposition is being held in

8         New Orleans, Louisiana, in the matter of Chinese

9         Drywall for the United States District Court for

10        the Eastern District of Louisiana.  The deponent

11        is Zhangli Chang.

12                Counsel will be noted on the

13        stenographic record.

14                The court reporter is Micheal Johnson

15        and will now swear in the witness.

16                (Interpreter sworn.)

17                (Oath administered to the witness.)

18        MR. HERMAN:  I have a couple of

19        preliminary matters.  First of all, I want to

20        thank the law firm of Gordon Arata and Tim Eagan

21        for hosting the deposition of the 30(b)(6)

22        representative of CNBM.  I want to thank the

23        attorney for CNBM and CNBM Group.  Chris, I

24        appreciate the courtesy.  I have a family

25        matter.  I'd like to recess at about ten minutes
```

Confidential - Subject to Further Confidentiality Review

1       after 11.  I'll try to get back here no later

2       than 12:15, but we may anticipate a luncheon

3       break from 11:10 to about 12:30 today.

4              MR. VEJNOSKA:  That's fine.

5              MR. HERMAN:  I also received an e-mail

6       from counsel asking if on Sunday we could end

7       the deposition early.  Folks have air

8       arrangements and I'll certainly accommodate

9       that.

10             MR. VEJNOSKA:  We appreciate that,

11      Mr. Herman.

12             MR. HERMAN:  I'm willing to enter a

13      stipulation.  It's usual, at least in the

14      eastern district of federal court and in most

15      courts, that all objections except as to the

16      form of the question are reserved.  The witness

17      reserves his right to read and sign the

18      deposition, and that if a counsel has an

19      objection, that objection will stand for all

20      parties if -- assuming that counsel for BNBMG

21      and BNBM who is present agree to that, and we

22      have a counsel -- local counsel for Taishan

23      present.  So if that's agreeable, if you'd

24      signify that for the record as to those three

25      stipulations, we can begin the questioning.

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. ROSENBERG:  The stipulations are
 2         agreeable to BNBM entities.
 3                    MR. WEINBERGER:  And Taishan.
 4                    MR. VEJNOSKA:  And CNBM Company.
 5                         ZHANGLI CHANG
 6              having been first duly sworn,
 7                 testified as follows:
 8                         EXAMINATION
 9  BY MR. HERMAN:
10      Q     Good morning, sir.  Appreciate you being
11  here.  Welcome to New Orleans.
12              Sir, for how many years have you been
13  the secretary to CNBM Company?
14      A     Ten years.
15      Q     You were the secretary, as I understand it,
16  in the years 2006, 2007; is that correct?
17      A     Correct.
18      Q     And you were the secretary of CNBM Company
19  in the years 2009, 2010; is that correct?
20      A     Correct.
21      Q     And you are the secretary of the company in
22  the year 2014?
23      A     Correct.
24      Q     And you are also the secretary currently in
25  the year 2015; is that correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A      Correct.

 2      Q      You have held other executive positions in

 3   CNBM; is that correct?

 4              MR. VEJNOSKA:  Objection, vague and

 5         ambiguous.

 6   BY MR. HERMAN:

 7      Q      Have you been a director of CNBM Company,

 8   sir?

 9      A      I am a director of CNBM incorporation.

10              MR. VEJNOSKA:  I think it's company.

11              THE INTERPRETER:  Excuse me.

12              MR. HERMAN:  Is that an objection?  Is

13         that an objection?

14              MR. VEJNOSKA:  Would you just mark that,

15         please.

16              THE INTERPRETER:  We stipulate that

17         every time he says incorporation he means

18         company, I should translate into company?

19              MR. VEJNOSKA:  Please.  It's a

20         clarification for the benefit of your record,

21         Mr. Herman.

22              MR. HERMAN:  That's okay.

23   BY MR. HERMAN:

24      Q      Sir, in -- from August 2006 to the present,

25   you have been a vice president of CNBM; is that
```

Confidential - Subject to Further Confidentiality Review

1    correct?

2            MR. VEJNOSKA:  Objection, vague and

3        ambiguous.

4            I'm happy to help if you want me to tell

5        you why.

6            MR. HERMAN:  No, that's okay.  I

7        understand.

8            MR. VEJNOSKA:  Okay.

9    BY MR. HERMAN:

10    Q    When I refer to CNBM, I'm referring to CNBM

11    Company.  Is it true that you have been a vice

12    president of CNBM Company since 2006?

13    A    Yes.

14    Q    Is it true that you were an executive

15    director of CNBM Company from November 2011 to the

16    present time?

17    A    Correct.

18    Q    You have also been a director of BNBM

19    Company from July 2008 to date; is that correct?

20    A    What are you referring to when you say

21    "BNBM"?

22    Q    I'm referring to the company in your annual

23    reports and in your announcements, not BNBM Group, but

24    BNBM --

25            MR. VEJNOSKA:  Objection, vague and

Confidential - Subject to Further Confidentiality Review

1          ambiguous.

2                    MR. HERMAN:  Excuse me.  One second.

3     BY MR. HERMAN:

4          Q     -- Plc?

5          A     Can you repeat your question?

6          Q     Yes.  Is it true that you have been a

7     director of BNBM Plc from 2008 to the present?

8          A     Yes.

9          Q     Is it true that you have been a director of

10    China Triumph from October 2012 to the present?

11         A     Yes.

12         Q     Is it true that you are vice chairman of the

13    board of Southwest Cement Company November 2011 to the

14    current time?

15         A     Yes.

16         Q     Is it true that you have been a director of

17    China United and China Composites from November 2011

18    to the present?

19                    THE INTERPRETER:  This is the

20         interpreter speaking.  The interpreter needs to

21         correct Chinese translation for China United and

22         China Composites.

23                    MR. HERMAN:  I'll just move on.

24    BY MR. HERMAN:

25         Q     Is it true you've been a director of North

Confidential - Subject to Further Confidentiality Review

```
 1   Cement from March 2009 to the present?

 2              MR. VEJNOSKA:  Objection, vague and

 3         ambiguous.

 4              MR. HERMAN:  Are you directing him not

 5         to answer?

 6              MR. VEJNOSKA:  No.

 7              You may answer.

 8    A    Yes.

 9   BY MR. HERMAN:

10    Q    Is it true that you have been a director of

11   South Cement Company from September 2007 to present?

12              MR. VEJNOSKA:  Objection, vague and

13         ambiguous.

14              You may answer.

15    A    Yes.

16   BY MR. HERMAN:

17    Q    Is it true that you have been a director of

18   China Fiberglass Company, now China Jushi from

19   July 2005 to present?

20    A    Yes.

21    Q    Is it true that you have been a director of

22   CNBM Investment from 2000 to present?

23              MR. VEJNOSKA:  Objection, vague and

24         ambiguous.

25    A    Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. HERMAN:

 2       Q     What is the definition, as you understand it

 3   in the CNBM annual reports from 2005 to date, of the

 4   word "controlling shareholders"?

 5               MR. NICKEL:  Objection, form.

 6               THE INTERPRETER:  This is the

 7         interpreter speaking.  Please allow the

 8         interpreter to finish the interpretation before

 9         you raise your objection.  Thank you very much.

10               MR. VEJNOSKA:  Objection, vague and

11         ambiguous, calls for a legal conclusion.

12               THE WITNESS:  Do I still need to answer

13         the question?

14               MR. VEJNOSKA:  Yes, you may answer.

15       A     Please repeat the question.

16               THE INTERPRETER:  The interpreter will

17         repeat the question.

18               MR. VEJNOSKA:  Same objections.

19       A     We hold majority of shares.

20   BY MR. HERMAN:

21       Q     Are you familiar with CNBM's global offering

22   in the year 2006?

23               MR. VEJNOSKA:  Objection, vague and

24         ambiguous.

25   BY MR. HERMAN:
```

Confidential - Subject to Further Confidentiality Review

1       Q      Are you familiar -- I'll repeat the

2    question -- with CNBM Plc's global offering of shares

3    of stock in 2006 superintended by Morgan Stanley?

4       A      What is the specifics of it?

5       Q      Are you familiar with that document?

6       A      I am familiar.

7       Q      As the secretary of CNBM Plc in 2006, will

8    you describe what input, if any, was given by BNBM

9    Company to that document?

10              MR. VEJNOSKA:  Objection, foundation --

11         I'm sorry.

12              THE INTERPRETER:  May the interpreter

13         have the definition of "input" in context.

14              MR. HERMAN:  Information.

15              THE INTERPRETER:  The interpreter will

16         interpret again.

17              MR. NICKEL:  Objection, form.

18              MR. VEJNOSKA:  Objection, foundation.

19      A      Can you ask some specific questions instead?

20    BY MR. HERMAN:

21      Q      Yes.  What role, if any, did you have in the

22    preparation of that global offering?

23      A      I organize agencies and prepared for the

24    work of a public offering.

25      Q      Is it true that CNBM Company published in

Confidential - Subject to Further Confidentiality Review

1    English and Chinese on www.hkex.com.hk the global

2    offering in Chinese and English?

3        A    Yes.

4        Q    As the corporate representative of CNBM

5    Company, isn't it true that from the years 2005

6    through March 15, 2015, the annual reports of CNBM

7    Company were published by CNBM Company on

8    www.hkte --strike that -- www.hkex.com.hk in both

9    Chinese and English?

10       A    Yes.

11       Q    Is it true that during the years of those

12   publications that you were the official secretary to

13   the board of directors of CNBM Company?

14       A    Yes.

15       Q    Is it true that as the corporate

16   representative here of CNBM Company that the board of

17   directors of CNBM Company authorized the publication

18   of the 2006 global offering in Chinese and English?

19                THE WITNESS:  Please interpret again.

20                THE INTERPRETER:  The interpreter will

21        reinterpret it.

22       A    I was only responsible to publish the

23   Chinese and English version of the report on the

24   website.  I was not authorized to proof and modify the

25   Chinese and English version.

Confidential - Subject to Further Confidentiality Review

1   BY MR. HERMAN:

2       Q     Who authorized you to publish the 2006

3   global offering publicly in Chinese and English?

4                 MR. VEJNOSKA:  Objection, foundation,

5           vague and ambiguous.

6       A     I was not authorized to -- what was that?

7   What is it in Chinese?

8                 THE INTERPRETER:  The interpreter will

9           reinterpret the question.

10      A     The board of directors authorized me to only

11  publish the content up on the website.

12  BY MR. HERMAN:

13      Q     Who authorized you -- and I'm asking --

14  strike that.

15                As the representative of CNBM Company

16  at this deposition, who authorized you to publish the

17  CNBM Company annual reports in Chinese and English for

18  the years 2005 through March 15th, 2015?

19      A     Publishing the English and Chinese version

20  of the annual report is my responsibility.  Upon the

21  approval of the board of directors, I was responsible

22  to publish the English and Chinese version of the

23  report up to the website.

24      Q     Was the website public in order that it

25  could be accessed by any company or person that wished

Confidential - Subject to Further Confidentiality Review

1    to read the annual reports in either Chinese or

2    English?

3              MR. VEJNOSKA:  Objection, foundation,

4        and vague and ambiguous.

5        A    Yes.

6    BY MR. HERMAN:

7        Q    And since the publication of the global

8    offering of CNBM Company in 2006, have any words in

9    that offering been deleted or changed from the

10   publication which was originally published in 2006?

11       A    Are you talking about the content published

12   on the website?

13       Q    Yes.

14       A    No.

15       Q    Have any of the words in the 2005 through

16   March 2015 of the annual reports of CNBM Company been

17   deleted or changed on the website?

18              MR. VEJNOSKA:  Objection, compound.

19       A    No.

20   BY MR. HERMAN:

21       Q    Is it true that CNBM also -- CNBM Company

22   also published announcements from a period in 2010 to

23   2015 regarding litigation about Chinese drywall in the

24   United States of America?

25       A    Yes.

Confidential - Subject to Further Confidentiality Review

 1      Q      Is it true that part of your responsibility

 2   as secretary was to post those reports publicly on the

 3   CNBM -- for CNBM Company on www.hkex.com.hk in both

 4   Chinese and English?

 5                THE INTERPRETER:  Interpreter will

 6         reinterpret again.

 7      A      Yes.  This website is not the website

 8   address of the company but rather the website address

 9   of the United Stock Exchange in Hong Kong.

10   BY MR. HERMAN:

11      Q      And was that publication by CNBM Company of

12   announcements approved by the board of directors of

13   CNBM Company?

14                MR. VEJNOSKA:  Objection, vague and

15         ambiguous.

16      A      What kind of announcements you are referring

17   to here?

18   BY MR. HERMAN:

19      Q      Announcements, for example, of the overseas

20   regulatory announcement of China National Building

21   Material Company, Limited, on May 28th, 2010, at -- as

22   of that date the announcement the board of directors

23   of CNBM Companies was Mr. Song Zhiping, Mr. Cao

24   Jianglin, Mr. Li Yimin, Mr. Peng Shou and Mr. Cui Xin

25   Gtai as executive directors and Ms. Cui Lijun,

Confidential - Subject to Further Confidentiality Review

 1   Mr. Huang Anzhong and Mr. Zho Fenggao as nonexecutive

 2   directors; that is the type of announcement that I am

 3   referring to.

 4              MR. VEJNOSKA:  Objection, vague and

 5         ambiguous.

 6     A     What did you say about approval of the board

 7   of directors?  What does this statement corresponding

 8   to prior question?  I know the content of the

 9   announcement.  What is your question?

10   BY MR. HERMAN:

11     Q     My question is the overseas regulatory

12   announcement previously identified in English as 25

13   and in Chinese as 25A of May 28th, 2010, isn't it true

14   that that was approved to be published publicly by the

15   board of directors of CNBM Company?

16              MR. VEJNOSKA:  Objection, foundation.

17         You're referring to exhibits, numbers.

18              MR. HERMAN:  No, I'm just describing --

19              MR. VEJNOSKA:  You said 25 and 25A.

20              MR. HERMAN:  Yes, they were furnished to

21         your counsel yesterday.

22              MR. VEJNOSKA:  So from the Taishan

23         depositions?

24              MR. HERMAN:  Yes.

25              MR. VEJNOSKA:  Thank you.

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. HERMAN:  You're welcome.

 2                    THE WITNESS:  Do I need to answer the

 3          question?

 4                    MR. VEJNOSKA:  Yes, if you can.

 5      A     It's not necessary to be approved by the

 6     board of directors.  It is only an announcement of --

 7     for the overseas matter which is only required

 8     according to the regulation of public offering to be

 9     forwarded and published.

10     BY MR. HERMAN:

11      Q     Who made --

12                    MR. VEJNOSKA:  We apparently did not get

13          those yesterday.

14                    MR. HERMAN:  Well, they were -- I can

15          assure you that you did.

16                    MR. VEJNOSKA:  I can show you the boxes

17          we have.  We can deal with it at a break.  It's

18          not a big issue.

19                    MR. HERMAN:  Why don't we deal with it

20          now because --

21                    MR. VEJNOSKA:  I think the simplest

22          thing is when you're ready, if you show it to

23          him, if you give me a copy, I'll take a look at

24          it.

25                    MR. HERMAN:  I certainly will.
```

Confidential - Subject to Further Confidentiality Review

1          MR. VEJNOSKA:  That will solve the

2     problems.

3  BY MR. HERMAN:

4     Q     Who authorized or directed that the -- that

5  the overseas regulatory announcement of CNBM Company

6  of May 28th, 2010, would be released so that it could

7  be published in Chinese and in English?

8     A     This is my responsibility, which is in

9  accordance -- was a requirement of the United Stock

10 Exchange to republish the Chinese announcements of

11 BNBM Company on the website.

12    Q     Isn't it true that the global overseas

13 regulatory -- that the -- strike that.

14          Isn't it true that the overseas

15 regulatory announcement was also published on the

16 website in English?

17    A     Yes.

18    Q     Another type of voluntary -- of announcement

19 I'll describe now of China National Building Material

20 Company, Limited, it is a voluntary announcement

21 development of gypsum board litigation in the US by

22 order of the board China National Building Material

23 Company, Limited, Chang Zhangli, secretary of the

24 board.  Are you familiar with having responsibility by

25 orders of the board of CNBM Company, Limited, to post

Confidential - Subject to Further Confidentiality Review

1    such announcements in English and Chinese on a

2    publicly accessible medium?

3                MR. VEJNOSKA:  Do you have a date for

4        the one you're referring to?

5                MR. HERMAN:  There are a number of them.

6        Right now I'm describing the type.

7                MR. VEJNOSKA:  Objection, vague and

8        ambiguous, compound, overbroad.

9                Would you mark the question, please.

10   BY MR. HERMAN:

11       Q     I'm going to repeat the question.  I think

12   counsel's objection as to a compound question is a

13   correct objection.

14                My question is this:  Isn't it true

15   that there is another type of voluntary announcement

16   of China National Building Material Company, Limited,

17   which is, quote, a voluntary announcement, development

18   of gypsum board litigation in the US, end quote?

19       A     Are you asking me about my responsibilities?

20       Q     No, I haven't asked that.  You asked me to

21   identify earlier what types of announcements.  This is

22   another type of announcement.  Are you familiar that

23   you signed for the company such announcements?

24                MR. VEJNOSKA:  Objection, vague and

25        ambiguous.

Confidential - Subject to Further Confidentiality Review

1      A      Yes.

2   BY MR. HERMAN:

3      Q      Did you carry out that responsibility at the

4   direction of the board of directors of China National

5   Building Material Company, Limited?

6      A      I did that according to my responsibilities

7   as the secretary of the board of directors.

8      Q      Isn't it correct that on such announcements

9   the board of directors of China National Building

10  Material Company, Limited, were listed on the

11  announcements?

12             MR. VEJNOSKA:  Objection, compound,

13       vague and ambiguous.

14     A      I also do not understand what he was trying

15  to ask.

16  BY MR. HERMAN:

17     Q      I'll ask another question.  On the

18  announcements, were they not by, quote, order of the

19  board, end quote?

20             MR. VEJNOSKA:  Objection, compound.

21             You may answer, Mr. Chang, if you can.

22     A      The board of directors what?

23             THE INTERPRETER:  The interpreter will

24       repeat the question.

25     A      No.

Confidential - Subject to Further Confidentiality Review

```
1   BY MR. HERMAN:

2       Q     I will give you an opportunity before the

3   deposition concludes to look at such announcements

4   and -- to look at such announcements in their full

5   context.  Are you willing to do that?

6       A     I'm willing.

7       Q     Isn't it true that those announcements were

8   published in both Chinese and English publicly?

9       A     Yes.

10      Q     Did you cause them on behalf of China

11  National Building Material Company, Limited, to be

12  published publicly?

13            MR. VEJNOSKA:  Objection, compound,

14       vague and ambiguous.

15      A     Yes.

16  BY MR. HERMAN:

17      Q     Is it true that China National Building

18  Material Company, Limited, published interim reports?

19      A     Half-year report.

20      Q     What role did you have in the publication,

21  if any, of those reports?

22      A     I was responsible for the editing and

23  publication of the announcements.

24      Q     And were they published in both English and

25  Chinese?
```

 1      A      Yes.

 2      Q      And they were published publicly; is that

 3   correct?

 4      A      Correct.

 5      Q      Did you have any responsibility for

 6   auditing -- strike that.

 7              Did you have any responsibility for

 8   editing any of the annual reports of China National

 9   Building Material Company, Limited?

10      A      Yes.

11      Q      In preparation -- strike that.

12              Did you review before coming to the

13   United States of America any of the annual reports of

14   CNBM, that is, China National Building Material

15   Company, Limited?

16              MR. VEJNOSKA:  Objection, vague and

17        ambiguous.

18      A      I did.

19   BY MR. HERMAN:

20      Q      Before coming to the United States for your

21   deposition, did you review any of the announcements

22   regarding litigation in the United States concerning

23   Chinese manufactured drywall?

24              MR. VEJNOSKA:  Objection, vague and

25        ambiguous.

Confidential - Subject to Further Confidentiality Review

 1      A      I did review the public announcements that

 2   our company had published in regard to the litigation

 3   of gypsum board.

 4   BY MR. HERMAN:

 5      Q      Did you review, before coming to the United

 6   States for your deposition, the interim reports of

 7   China National Building Material Company, Limited?

 8                  MR. VEJNOSKA:  Objection, vague and

 9          ambiguous.

10      A      I did.

11   BY MR. HERMAN:

12      Q      During the years 2005 through March 15,

13   2015, did you, as the secretary of the board of

14   directors of China National Building Material Company,

15   Limited, record the minutes of the boards of directors

16   meetings?

17      A      Yes.

18      Q      Are there minutes of the boards of directors

19   meetings for China National Building Material Company,

20   Limited, containing approvals of -- strike that.

21                  Did you review, before coming to the

22   United States for your deposition, the 2006 global

23   offering of China National Building Material Company,

24   Limited?

25                  MR. VEJNOSKA:  Objection, vague and

```
 1           ambiguous.

 2      A      I did.

 3              MR. VEJNOSKA:  Mr. Herman, we've been

 4      going a little over an hour, so --

 5              MR. HERMAN:  We can take a break.

 6              MR. VEJNOSKA:  Yeah, I don't want to

 7      interrupt the flow.

 8              MR. HERMAN:  No, it's okay.

 9              MR. VEJNOSKA:  When it's convenient for

10      you.

11              MR. HERMAN:  We can take a break now.

12      Do you want to break 15 minutes?  10 minutes?

13      Whatever.

14              MR. VEJNOSKA:  How about ten?  Do you

15      want to take ten?

16              MR. HERMAN:  Sure.

17              MR. VEJNOSKA:  Since we got a little

18      early start time.

19              MR. HERMAN:  That's fine.  It's ten

20      after 10.  We'll try to get back, everyone, at

21      20 after.

22              THE VIDEOGRAPHER:  The time is now

23      10:07.  This is the end of media No. 1 and we're

24      going off the record.

25              (Recess Taken From 10:07 a.m. To
```

Confidential - Subject to Further Confidentiality Review

```
 1              10:25 a.m.)

 2              THE VIDEOGRAPHER:  Time is now 10:25.

 3          This is the start of media No. 2 and we're back

 4          on the record.

 5   BY MR. HERMAN:

 6      Q    Sir, did you have any responsibility for

 7   editing interim reports?

 8              MR. VEJNOSKA:  Objection, vague and

 9          ambiguous.

10      A    Yes.

11   BY MR. HERMAN:

12      Q    Would you give us your educational

13   background.

14      A    I was in college from 1990 to 1994 and I

15   studied for MBA from the year 2000 to 2005.

16      Q    And as I understand it, you are a recipient

17   of two college degrees:  A bachelor's degree and a

18   master's degree; is that correct?

19      A    Correct.

20      Q    When did you begin the study of the English

21   language?

22              MR. VEJNOSKA:  Objection, foundation.

23      A    High school.

24   BY MR. HERMAN:

25      Q    In what year?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A      1987.

 2      Q      And did you continue your study of English

 3   throughout high school?

 4      A      I did not study a lot.

 5      Q      Well, did you continue your study of English

 6   throughout high school?

 7      A      On and off.

 8      Q      Did you study English during your

 9   undergraduate college career?

10      A      Yes.

11      Q      Where did you study English?

12      A      College.

13      Q      Which college?

14      A      Wuhan Technology University.

15      Q      And how many years at the university did you

16   study English?

17      A      Two years.

18      Q      Did you study English during your graduate

19   years?  By "graduate years," I mean during your

20   master's -- during your study for your master's

21   degree?

22      A      No.

23      Q      After you achieved your master's degree, did

24   you have any study of the English language?

25      A      No.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q      Is this your first trip to the United States

 2   of America?

 3      A      No.

 4      Q      Would you state for the record your -- the

 5   dates by year of your other visits to the United

 6   States of America.

 7      A      I do not have a clear recollection on that.

 8   Multiple times.

 9      Q      More than five times?

10      A      Yes.

11      Q      On any of your trips to America, were you in

12   the United States of America in connection with

13   employment with China National Building Material

14   Company, Limited?

15             MR. VEJNOSKA:  Objection, vague and

16         ambiguous, compound.

17      A      Yes.

18   BY MR. HERMAN:

19      Q      What types of activities did you accomplish

20   in the United States of America on behalf of China

21   National Building Material Company, Limited?

22             MR. VEJNOSKA:  Objection, vague and

23         ambiguous.

24      A      Basically there are two types.  Type No. 1

25   is the annual report and interim report, the road
```

1   show, to introduce our company to the investors.  The

2   second type is that I was selected and sent to America

3   for a short-term training.

4   BY MR. HERMAN:

5       Q     When was the road show?

6               THE INTERPRETER:  This is the

7         interpreter speaking.  Did counsel say "road

8         trip"?

9               MR. HERMAN:  R-o-a-d show, s-h-o-w.

10      A     From the time that it went to public until

11  in around 2010.

12  BY MR. HERMAN:

13      Q     Who selected you for short-term training in

14  America?

15      A     The company sent me.

16      Q     That would be China National Building

17  Material Company, Limited?

18      A     Yes.

19      Q     Where was the training?

20      A     Stanford.

21      Q     And for how long were you trained at

22  Stanford?

23      A     Twenty days.

24      Q     And what were the subjects for which you

25  were trained in California -- in Stanford?

Confidential - Subject to Further Confidentiality Review

```
 1      A       Management.

 2      Q       And when was that training of 20 days

 3   accomplished in the United States?

 4      A       Approximately in September or October 2013.

 5      Q       Were -- did CNBM Group participate in the

 6   road show that China National Building Material

 7   Company, Limited, participated in?

 8              MR. VEJNOSKA:  Objection, vague and

 9       ambiguous.

10      A     No.

11   BY MR. HERMAN:

12      Q       Did BNBM Group participate in the same road

13   show that you described China National Building

14   Material Company, Limited, participated in?

15              MR. NICKEL:  Objection, form.

16              MR. VEJNOSKA:  Objection, vague and

17       ambiguous.

18      A     No.

19   BY MR. HERMAN:

20      Q       Did BNBME company participate in the road

21   show that you participated in?

22              MR. NICKEL:  Objection, form.

23      A     What company is BNBME?

24   BY MR. HERMAN:

25      Q       BNBM Plc.
```

Confidential - Subject to Further Confidentiality Review

1           MR. NICKEL:  Same objection.

2      A     Used to.

3  BY MR. HERMAN:

4      Q     I apologize.  I didn't hear the answer.

5      A     Used to.

6      Q     When did BNBM Plc participate in the road

7  show?

8           MR. NICKEL:  Objection, form.

9      A     I do not have a clear recollection on the

10  specific time, but it used to be in Hong Kong.

11  BY MR. HERMAN:

12      Q     The road show that used to be in Hong Kong,

13  what was the purpose of that road show?

14      A     The purpose of the road show is to allow the

15  investors to better understand the company and the

16  executives of the company answered the questions of

17  the investors.

18      Q     The road show that you participated in for

19  China National Building Material Company, Limited, in

20  the United States of America, can you tell me the

21  various locations where that road show was conducted?

22           MR. VEJNOSKA:  Objection, compound,

23       foundation, vague and ambiguous.

24      A     Mainly in New York, Boston, and it was also

25  conducted in San Francisco.

 1   BY MR. HERMAN:

 2       Q      Were there other representatives of China

 3   National Building Material Company, Limited, who

 4   participated in the road show in the United States of

 5   America?

 6       A      Yes.

 7       Q      Would you name them?

 8       A      I am not sure, but generally the executives

 9   of the management and also my colleagues in the office

10   of secretary of the board of directors.  The

11   executives of the management constantly change.  There

12   are no fixed group of people who came to America.

13       Q      Does China National Building Material

14   Company, Limited, maintain records of the road trips

15   to the United States of America?

16       A      Yes.

17       Q      Does China National Building Material

18   Company, Limited, maintain records of the training of

19   China National Building Material Company, Limited,

20   employees who received training in the United States

21   of America?

22       A      Yes.

23       Q      Where are the records of China National

24   Building Material Company, Limited, which indicate

25   road show to the United States of America?

Confidential - Subject to Further Confidentiality Review

1      A      At the office of the secretary of the board

2    of directors.

3      Q      Where are the records of China National

4    Building Material Company, Limited, training sessions

5    of its employees in the United States of America?

6      A      There were no specific records for the

7    training sessions.  However, there is only a file

8    indicating that I was trained in the United States and

9    was given a certificate of completion.

10     Q      Are there records of other China National

11   Building Material Company, Limited, employees who

12   received training in the United States of America?

13             MR. VEJNOSKA:  Objection, foundation,

14        vague and ambiguous.

15     A      As far as I know, I was the only one.

16   BY MR. HERMAN:

17     Q      At the road shows in the United States that

18   you attended, were written materials provided the

19   attendees?

20     A      Yes.

21     Q      Are the written materials that were provided

22   attendees kept in any records of China National

23   Building Material Company, Limited?

24             THE INTERPRETER:  The interpreter will

25        start over again.

1      A      Yes.

2  BY MR. HERMAN:

3      Q      Where are those records kept?

4      A      At the secretary's office of the board of

5  directors.

6      Q      Are there lists of attendees of road show

7  events of China National Building Material Company,

8  Limited, of the United States of America businesses or

9  individuals?

10             MR. VEJNOSKA:  Objection, foundation,

11        vague and ambiguous.

12     A      What are you referring to when you said,

13  "American businesses"?

14  BY MR. HERMAN:

15     Q      I'll try to rephrase the question.  At road

16  shows in the United States of America that you

17  attended for China National Building Material Company,

18  Limited, are there records of businesses or

19  individuals who attended road show events?

20     A      Were you asking the people that we did the

21  road show for?  Can you ask a specific question?

22     Q      I'm asking who the attendees at the road

23  show events were.

24             MR. VEJNOSKA:  Objection, compound.

25     A      The attendees?  Mainly the Wall Street

Confidential - Subject to Further Confidentiality Review

1    funds --

2                    THE INTERPRETER:  Interpreter would like

3          to correct her interpretation.

4      A      Mainly the Wall Street foundations.

5    BY MR. HERMAN:

6      Q      Well, are there lists of the individuals who

7    attended the road show events?

8      A      I'm not sure whether this was kept, because

9    to us this is not important at all.

10     Q      Were invitations published in English for

11   the road show events in the United States of America?

12     A      The invitations, yes.

13     Q      Were invitations issued by China National

14   Building Material Company, Limited, to investors who

15   had invested in the company in the United States of

16   America?

17                    MR. VEJNOSKA:  Objection, compound,

18         vague and ambiguous.

19     A      No.

20   BY MR. HERMAN:

21     Q      Were invitations issued to prospective

22   investors in China National Building Material Company,

23   Limited, to attend the road shows in the United States

24   of America?

25                    MR. VEJNOSKA:  Objection, compound,

Confidential - Subject to Further Confidentiality Review

1          vague and ambiguous.

2      A     We did not do these things, but rather was

3   arranged by the organizer.

4   BY MR. HERMAN:

5      Q     Who were the organizers of the road show?

6      A     Investment bank --

7              THE INTERPRETER:  Interpreter needs to

8          clarify with deponent.

9              The interpreter will reinterpret.

10     A     The investor banks.

11  BY MR. HERMAN:

12     Q     Was JPMorganChase an investor bank at the

13  time road shows were convened in the United States of

14  America?

15             MR. VEJNOSKA:  Objection, compound,

16         vague and ambiguous.

17     A     We have not cooperated with JPMorgan.

18  JPMorgan, the investment bank, had not cooperated with

19  us for the road show.

20  BY MR. HERMAN:

21     Q     Did they attend -- did a representative of

22  JPMorganChase or any of its employees attend a road

23  show in the United States of America?

24     A     I don't have a clear recollection on that.

25     Q     Did a representative of Morgan Stanley or

Confidential - Subject to Further Confidentiality Review

```
 1    any of its employees attend a road show in the United

 2    States of America?

 3        A     Yes.

 4        Q     Did Morgan Stanley assist in organizing the

 5    road shows in the United States of America?

 6              MR. VEJNOSKA:  Objection, compound,

 7         vague and ambiguous.

 8        A     Yes.

 9    BY MR. HERMAN:

10        Q     Who at Morgan Stanley, if you can name them,

11    were the employees of Morgan Stanley that assisted in

12    organizing the road show?

13              MR. VEJNOSKA:  Objection, compound,

14         vague and ambiguous.

15        A     I don't have -- I don't have a clear

16    recollection.

17    BY MR. HERMAN:

18        Q     Isn't it true that JPMorganChase owned stock

19    in China National Building Material Company, Limited,

20    at times when the road show occurred in the United

21    States of America?

22              MR. VEJNOSKA:  Objection, compound,

23         vague and ambiguous.

24        A     As whether they specifically owned or not, I

25    do not know, but in our annual report we did indicate
```

Confidential - Subject to Further Confidentiality Review

1    that JPMorgan fund owned our shares.  Because there

2    are many different names of JPMorgan.  I'm not sure

3    which one you're referring to.

4    BY MR. HERMAN:

5        Q    At the time that road shows were occurring

6    in the United States of America, isn't it true that

7    JPMorganChase and its subsidiaries were doing business

8    in the state of Texas?

9                MR. VEJNOSKA:  Objection, foundation,

10        compound, vague and ambiguous.

11       A    We have not done businesses with JPMorgan

12   investment bank nor its subsidiaries.

13   BY MR. HERMAN:

14       Q    Are you aware that this building is an

15   office of JPMorganChase Bank?

16                MR. VEJNOSKA:  Objection, foundation,

17        beyond the scope.

18                You may answer as an individual.

19       A    I do not know.

20   BY MR. HERMAN:

21       Q    Are you aware that during the occasions of

22   road shows in the United States of America that Morgan

23   Stanley was offering stock in China National Building

24   Material Company, Limited, in Florida?

25                MR. VEJNOSKA:  Objection, foundation,

Confidential - Subject to Further Confidentiality Review

1        compound, vague and ambiguous.

2     A     I do not know.

3  BY MR. HERMAN:

4     Q     Isn't it true that at the time road shows

5  were conducted in the United States of America, Morgan

6  Stanley was offering stock in China National Building

7  Material Company, Limited, in the state of Louisiana?

8              MR. VEJNOSKA:  Objection, foundation,

9        compound, vague and ambiguous.

10    A     I do not know.

11 BY MR. HERMAN:

12    Q     Isn't it true at the time that road shows

13 were being conducted in the United States of America,

14 that Morgan Stanley was offering stock in China

15 National Building Material Company, Limited, in

16 Virginia?

17              MR. VEJNOSKA:  Same objections.

18    A     I do not know.

19 BY MR. HERMAN:

20    Q     Isn't it true that at the time that the road

21 shows were conducted in the United States of America,

22 that China National Building Material Company,

23 Limited, was offering stock in China National

24 Building -- strike that.

25              Isn't it true at the time that road

Confidential - Subject to Further Confidentiality Review

1  shows were conducted in the United States of America,

2  that Morgan Stanley was offering stock in the China

3  National Building Material Company in the state of

4  Texas?

5          MR. VEJNOSKA:  Objection, foundation,

6      compound, vague and ambiguous.

7      A    I do not know.  As far as I know, none of

8  them -- as far as I know, none of them happened.

9  BY MR. HERMAN:

10      Q    Isn't it true that at the time of the road

11  shows, Morgan Stanley was offering stock in China

12  National Building Material Company, Limited, in the

13  state of Mississippi?

14          MR. VEJNOSKA:  Objection, foundation,

15      compound, vague and ambiguous.

16      A    No.

17  BY MR. HERMAN:

18      Q    Isn't it true -- are you saying no or you

19  don't know?

20      A    I don't think it happened.

21      Q    Isn't it true at the time of the road shows

22  in the United States of America, that Morgan Stanley

23  was offering stock in the state of Alabama?

24          MR. VEJNOSKA:  Same objections.

25      A    As far as I know, it did not.

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. HERMAN:

 2       Q    I'm going to repeat the question because I

 3   don't think I asked the question properly.

 4               Isn't it true at the time of the road

 5   shows in the United States of America, that Morgan

 6   Stanley was offering stock in China National Building

 7   Material Company, Limited, in the state of Alabama?

 8               MR. VEJNOSKA:  Objection, compound,

 9       foundation, vague and ambiguous.

10       A    Not as far as I know.  Because the purpose

11   of the road show was to introduce our company to the

12   investors and to answer the investors' questions.

13   BY MR. HERMAN:

14       Q    Do you have investors in the state of

15   Louisiana?

16               MR. VEJNOSKA:  Objection, vague and

17       ambiguous.

18       A    I do not know.

19   BY MR. HERMAN:

20       Q    Do you have investors in the state of Texas?

21               MR. VEJNOSKA:  Same objections.

22       A    I do not know.

23   BY MR. HERMAN:

24       Q    Do you have investors in the state of

25   Mississippi?
```

```
 1                    MR. VEJNOSKA:  Objection, vague and

 2        ambiguous.

 3   BY MR. HERMAN:

 4        Q     Do you have investors --

 5        A     I do not know.

 6        Q     -- in the state of Alabama?

 7        A     I do not know.

 8                    MR. VEJNOSKA:  Objection, vague and

 9        ambiguous.

10   BY MR. HERMAN:

11        Q     Do you have investors in the state of

12   Virginia?

13                    MR. VEJNOSKA:  Objection, vague and

14        ambiguous.

15   BY MR. HERMAN:

16        Q     Do you have investors --

17        A     I do not know.

18        Q     Do you have investors in the state of

19   Florida?

20                    MR. VEJNOSKA:  Objection, vague and

21        ambiguous.

22        A     I do not know.

23   BY MR. HERMAN:

24        Q     Were shares in China National Building

25   Material Company, Limited, offered on the New York
```

Confidential - Subject to Further Confidentiality Review

1    Stock Exchange for investment by American citizens?

2               MR. VEJNOSKA:  Objection, vague and

3          ambiguous.

4     A     We offered the stocks in Hong Kong Exchange.

5    BY MR. HERMAN:

6     Q     Was the stock offered for investment --

7    strike that.

8               MR. HERMAN:  We'll resume at hopefully

9          around 12:15, but it might be longer.

10              THE VIDEOGRAPHER:  Time is now 11:10;

11         we're going off the record.

12              (Recess Taken From 11:10 a.m. To

13              12:32 p.m.)

14              THE VIDEOGRAPHER:  Time is now 12:32.

15         This is the start of media No. 3 and we're back

16         on the record.

17    BY MR. HERMAN:

18    Q     Why was the 26 -- I'm sorry.  Why was the

19    2006 global offering published by China National

20    Building Material Company, Limited, in English?

21    A     Because it is international distribution.

22    It is global distribution.

23    Q     Do I understand, then, it was intended by

24    China National Building Material Company, Limited, to

25    be available to businesses and individuals in

Confidential - Subject to Further Confidentiality Review

1   English-speaking countries?

2           MR. VEJNOSKA:  Objection, vague and

3       ambiguous.

4   A     Not completely correct, because people in

5   Hong Kong and Taiwan speak Chinese.

6   BY MR. HERMAN:

7   Q     Let me rephrase the question or re-ask the

8   question.

9               Was one of the reasons that the global

10  offering of 2006 was published in English so that

11  Americans, corporations and individuals, would have

12  access to the global offering?

13  A     The reason why that our offering was

14  published in both Chinese and English was because it

15  is the requirement of Hong Kong Exchange for public

16  listing.

17  Q     What was Morgan Stanley's role in connection

18  with the 2006 global offering?

19          MR. VEJNOSKA:  Objection, foundation,

20      vague and ambiguous.

21  A     Account manager.

22  BY MR. HERMAN:

23  Q     What is an account manager?

24  A     It is responsible for selling our stocks to

25  the investors.

Confidential - Subject to Further Confidentiality Review

1      Q      At the time of the global offering of 2006,

2    was Morgan Stanley's central office in New York City,

3    United States of America?

4                  MR. VEJNOSKA:  Objection, foundation,

5          vague and ambiguous.

6      A      We had cooperated with Morgan Stanley Hong

7    Kong.

8    BY MR. HERMAN:

9      Q      Sir, was Morgan Stanley's main office, at

10   the time of the 2006 global offering, in the United

11   States of America?

12                 MR. VEJNOSKA:  Objection, foundation,

13         vague and ambiguous, asked and answered.

14                 THE INTERPRETER:  The interpreter will

15         repeat the question.

16     A      I'm not sure, when you said "main office,"

17   did you refer to the office building or the office

18   facilities?

19   BY MR. HERMAN:

20     Q      The primary business office of Morgan

21   Stanley.

22                 MR. VEJNOSKA:  Same objections.

23     A      I can't make out of what is a primary

24   office.  However, the office that cooperated with us

25   was the Hong Kong team.

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. HERMAN:

 2       Q       Before the 2006 global offering, did

 3    executives of China National Building Material

 4    Company, Limited, travel to the United States in

 5    preparation or discussion that there was to be a

 6    global offering?

 7              MR. VEJNOSKA:  Objection, vague and

 8       ambiguous.

 9       A       Yes.

10    BY MR. HERMAN:

11       Q       To which city or cities did they travel?

12       A       New York, Boston, San Francisco.

13       Q       And when --

14              THE INTERPRETER:  May the interpreter

15       clarify.  I thought I said Boston.

16              MR. VEJNOSKA:  You did.

17    BY MR. HERMAN:

18       Q       When executives of China National Building

19    Material Company, Limited, traveled to the United

20    States in connection with the 2006 global offering of

21    China National Building Material Company, Limited, did

22    they meet at Morgan Stanley offices in the city that

23    you just mentioned?

24              THE INTERPRETER:  Interpreter needs to

25       clarify with the deponent on whether the word
```

Confidential - Subject to Further Confidentiality Review

1         "office" is single or plural.

2    BY MR. HERMAN:

3         Q     Well, I'll ask the question differently.

4    When executives of China National Building Material

5    Company, Limited, traveled to New York City in the

6    United States in connection with the 2006 global

7    offering, did they meet at a Morgan Stanley office in

8    the city of New York?

9         A     With the people of Morgan Stanley office New

10   York.

11        Q     Did they meet in the physical presence of an

12   office of Morgan Stanley in New York City?

13        A     We met investors using their meeting room

14   for road show promotion.

15        Q     Did you meet in New York City?

16        A     In Morgan's office in Manhattan.

17        Q     Is that an answer?

18        A     Yes.

19        Q     Did you meet in Morgan Stanley's office in

20   Boston?

21        A     I'm not sure.

22        Q     Did you meet in Morgan Stanley's office in

23   San Francisco?

24        A     I'm not sure.

25        Q     Isn't it true that from 2005 through 2014

Confidential - Subject to Further Confidentiality Review

1    that Song, S-o-n-g, Zhiping, Z-h-i-p-i-n-g, was

2    chairman of China National Building Material Company,

3    Limited?

4        A    Yes.

5        Q    Isn't it true that Song was chairman of

6    China National Building Material Company, Limited, as

7    well as BNBM Group from 2005 to the present time?

8        A    Mr. Song is the chairman of two companies,

9    but for Beijing group he is currently the chairman of

10   the board of directors, but I do not have a clear

11   recollection since when.

12       Q    Isn't Song also chairman today of CNBM

13   Group?

14       A    Yes.

15            MR. VEJNOSKA:  I'm sorry.  Can you mark

16       the previous answer, please.

17   BY MR. HERMAN:

18       Q    Did Chairman Song travel to the United

19   States in connection with the 2006 global offering?

20       A    Yes.

21       Q    And did Chairman Song, in connection with

22   the global offering of 2006, meet with potential

23   American investors on his trip?

24       A    Yes.

25       Q    From March 2005 to the present time, was

```
1    Cao, C-a-o, Jianglin president of China National

2    Building Material Company, Limited?

3        A    Yes.

4        Q    Was Cao of China National Building Material

5    Company, Limited, president of that company from

6    March 2005 to date?

7                THE INTERPRETER:  May the interpreter

8        ask the counsel to spell Cao?  Do you mean

9        C-a-o?

10               MR. HERMAN:  Yes.

11       A    Yes.

12   BY MR. HERMAN:

13       Q    Was Cao from 2009 to the present date

14   chairman of the supervisory committee of BNBM Company,

15   Limited?

16               MR. VEJNOSKA:  Objection, foundation.

17       A    Yes.

18   BY MR. HERMAN:

19       Q    Was Chairman Cao chairman of the supervisory

20   committee of BNBM Group from August 2005 to present?

21       A    Mr. Cao is the chairman of the Beijing

22   supervisory committee.  I'm not sure about the

23   starting time, but he is the chairman right now.

24               MR. VEJNOSKA:  Please mark that answer.

25   BY MR. HERMAN:
```

Confidential - Subject to Further Confidentiality Review

1      Q      Is Mr. Cao a director from October 2005 to

2   the present time of CNBM Group?

3      A      No.

4      Q      When did Cao become a director of CNBM

5   Group?

6      A      Director?  I'm not sure.

7      Q      Did Cao travel to the United States of

8   America in connection with the business of China

9   National Building Material Company, Limited, business

10   after the global offering of 2006?

11             MR. VEJNOSKA:  Objection, vague and

12        ambiguous.

13      A      Not according to my knowledge.

14   BY MR. HERMAN:

15      Q      Was Bing Wang chairman of the board of

16   directors of BNBM Plc from August 2009 to the current

17   date?

18      A      Yes.

19      Q      Was Bing Wang vice president of China

20   National Building Material Company, Limited, from

21   August 2009 to the present day?

22      A      Yes.

23      Q      Are you -- or were you a director of Taishan

24   Gypsum from 2014 to date?

25      A      No.

Confidential - Subject to Further Confidentiality Review

1      Q      Were you ever a director of Taishan Gypsum?

2      A      No.

3      Q      Were you secretary -- strike that.

4             Were you a general manager of BNBM Plc

5    from September 2009 to the present?

6      A      No.

7      Q      Have you ever been -- have you ever been a

8    deputy general manager of BNBM Plc?

9      A      Yes.

10     Q      Have you ever been a secretary to the board

11   of BNBM Plc?

12     A      Yes.

13     Q      Have you been a director of BNBM Plc from

14   July 2008 to the present?

15     A      Yes.

16     Q      Have you been a vice president of CNBM, that

17   is, China National Building Material Company, Limited,

18   a vice president from 2006 to the present date?

19     A      Yes.

20     Q      Isn't it true that you are executive

21   director of China National Building Material Company,

22   Limited, from November 2011 to the current day?

23     A      Yes.

24     Q      Isn't it true --

25             MR. VEJNOSKA:  Sorry, interpose a vague

Confidential - Subject to Further Confidentiality Review

 1        and ambiguous objection.  Thank you.

 2   BY MR. HERMAN:

 3        Q     Isn't it true that you have been secretary

 4   to the board of directors of China National Building

 5   Material Company, Limited, since 2005?

 6        A     Yes.

 7        Q     Isn't it true that Yu, Y-u, Chen, C-h-e-n,

 8   has been a director of Taishan Gypsum since 2014?

 9             MR. VEJNOSKA:  Objection, foundation.

10        A     I'm not sure.

11   BY MR. HERMAN:

12        Q     Isn't it true that Yu Chen has been a

13   director of BNBM from September 2009 to the present

14   date?

15             MR. VEJNOSKA:  Objection, foundation.

16        A     Yes.

17   BY MR. HERMAN:

18        Q     Isn't it true that Yu Chen was the acting

19   secretary to the board of BNBM from August 2009 to

20   2012?

21             MR. VEJNOSKA:  Same objection.

22             Would you mark the question, please.

23   BY MR. HERMAN:

24        Q     Isn't it true that Zheng, Z-h-e-n-g, Tao,

25   T-a-o, was secretary to the board of BNBM from 2005 to

```
 1   2009?

 2                   THE INTERPRETER:  This is the

 3           interpreter speaking.  Counsel, did you say

 4           Z-h-a-n-g?

 5                   MR. HERMAN:  Z-h-e-n-g.

 6   BY MR. HERMAN:

 7       Q    I said Z-h-e-n-g.

 8                   MR. VEJNOSKA:  Sorry.  Objection, vague

 9           and ambiguous.

10       A    Tao Zheng was the secretary of the board of

11   directors, but I do not have a clear recollection as

12   of when did it start.

13   BY MR. HERMAN:

14       Q    Was Zheng Tao from February 2005 to

15   September 2009 assistant general manager of BNBM?

16                   MR. NICKEL:  Objection, form.

17                   MR. VEJNOSKA:  Objection, vague and

18           ambiguous.

19   BY MR. HERMAN:

20       Q    Is Zheng Tao a nonexclusive director of CNBM

21   today, that is, China National Building Material

22   Company, Limited?

23                   MR. VEJNOSKA:  Nonexecutive.

24       A    Yes.

25   BY MR. HERMAN:
```

Confidential - Subject to Further Confidentiality Review

1      Q     Is Zheng Tao today a director of BNBM Group?

2      A     I'm not sure whether he is a director or

3   not.

4      Q     Is Tao -- strike that.

5              Is Zheng Tao general manager of BNBM

6   Group today?

7              MR. VEJNOSKA:  Objection, foundation.

8      A     Yes.

9   BY MR. HERMAN:

10     Q     Is Yanming, Y-a-n-m-i-n-g, Zhao, Z-h-a-o,

11   deputy general manager today of BNBM Group?

12             MR. VEJNOSKA:  Objection, foundation.

13     A     Yes.

14   BY MR. HERMAN:

15     Q     Is Jianjun, J-i-a-n-j-u-n, Jia, J-i-a, a

16   director of Taishan Gypsum from 2005 to 2008?

17             MR. VEJNOSKA:  Objection, foundation.

18     A     I'm not sure.

19   BY MR. HERMAN:

20     Q     Is Jia Jianjun a deputy manager -- deputy

21   general manager of BNBM from March 2005 to 2008?

22             MR. VEJNOSKA:  Objection, foundation,

23        vague and ambiguous.

24     A     He used to be a deputy general manager, but

25   I do not have a clear recollection as for the time

1    frame.

2    BY MR. HERMAN:

3        Q      Do you know Chairman Jia of Taishan Gypsum?

4        A      Yes.

5        Q      When did you last see him?

6        A      I do not have a clear recollection on that.

7        Q      Is he still chairman of the board of

8    directors of Taishan Gypsum, to your knowledge?

9        A      As far as I know, yes.

10       Q      Do you know Peng Wenlong?

11       A      I don't know this person.

12              THE INTERPRETER:  May the interpreter

13          ask for the spelling of Peng Wenlong.

14              MR. HERMAN:  Yeah.  It is W-e-n-l-o-n-g,

15          P-e-n-g.

16              THE INTERPRETER:  Thank you.

17              MR. HERMAN:  You're welcome.

18   BY MR. HERMAN:

19       Q      I'll ask the question again.  Do you know

20   Wenlong Peng who was the general manager of Taishan

21   Gypsum in the year 2014?

22              MR. VEJNOSKA:  Objection, foundation.

23       A      No, I don't know this Wenlong Peng.

24   BY MR. HERMAN:

25       Q      Do you know Shuhong Cui, C-u-i?  And I'll

Confidential - Subject to Further Confidentiality Review

1    spell both names, S-h-u-h-o-n-g, capital C-u-i.

2              THE INTERPRETER:  Can you spell the name

3         again, Counsel?

4              MR. HERMAN:  Yes.  S-h-u-h-o-n-g, Cui,

5         C-u-i.

6    A    Yes.

7  BY MR. HERMAN:

8    Q    Was Cui a vice president of China National

9  Building Material Company, Limited, from August 2009

10 to the present?  I'm going to retract the question.

11             Was Cui a supervisor of China National

12 Building Material Company, Limited, from 2005 to the

13 present time?

14   A    Yes.

15   Q    What is the role of a supervisor of the

16 board of directors of China National Building Material

17 Company, Limited?

18   A    There are three types of supervisors, and

19 the main job responsibility of the supervisors is to

20 supervise the job performance of the board of

21 directors and the management.  One type is independent

22 supervisors.  They are not related to CNBM.  Another

23 type being the employees -- employees voted

24 supervisors, such as Cui Shuhong who was elected by

25 the employees.  And the third type is the type that

1    was assigned by the shareholders.

2        Q      Was Cui general manager of the human

3    resource department at China National Building

4    Material Company, Limited, from 2005 to the present

5    time?

6        A      Yes.

7        Q      Was Cui also the deputy director of the

8    general manager's office of CNBM Group in 2005?

9                MR. VEJNOSKA:  Objection, vague and

10         ambiguous, argumentative.

11       A      What month in 2005?

12   BY MR. HERMAN:

13       Q      In 2005, it was generally January through

14   April of 2005.

15               MR. VEJNOSKA:  Objection, vague and

16         ambiguous.

17       A      From the supervisor's resume, he once was

18   the deputy general manager of the administrative human

19   resources department of CNBMG, but I do not have a

20   clear recollection as for the time frame.

21               MR. VEJNOSKA:  Excuse me, he said CNBMG.

22         Thank you.  He's good.

23   BY MR. HERMAN:

24       Q      Do you know Guoping Zhou, G-u-o-p-i-n-g

25   Z-h-o-u?

Confidential - Subject to Further Confidentiality Review

1      A      Yes.

2      Q      Was Zhou a supervisor of China National

3    Building Material Company, Limited, from March 2005 to

4    the present?

5      A      Yes.

6      Q      Is Zhou the chief economist of CNBM Group

7    from 2009, December, to the current day?

8                  MR. VEJNOSKA:  Objection, foundation.

9      A      From the supervisor's resume, he [sic] is

10   the economist of the group, but I do not have a clear

11   recollection as for the time frame.  It is a female.

12                  THE INTERPRETER:  The interpreter would

13        correct her interpretation from "he" to "she."

14   BY MR. HERMAN:

15     Q      Since 2006 who or what company has been the

16   controlling shareholder of China National Building

17   Material Company, Limited?

18                  MR. VEJNOSKA:  Objection, vague and

19        ambiguous, calls for legal conclusion.

20     A      Please explain what is "controlling

21   shareholder."

22   BY MR. HERMAN:

23     Q      I will read the definition for you.  "CNBM

24   Group is a controlling shareholder of CNBM.  Upon

25   completion of the global offering, CNBM Group will

Confidential - Subject to Further Confidentiality Review

```
 1    hold 63.49 percent total share capital.  As a result,

 2    CNBM Group will effectively be able to control the

 3    composition of the board and through the board

 4    exercise a significant influence over our management

 5    and corporate decisions."

 6              MR. VEJNOSKA:  Do you want to tell him

 7         the source, Mr. Herman?

 8              MR. HERMAN:  I would like him to answer

 9         my question.

10              MR. VEJNOSKA:  There is no question yet.

11              You don't need to answer.  There's no

12         question.

13              MR. HERMAN:  There is no question

14         pending.

15              MR. VEJNOSKA:  Actually, no, you've read

16         the definition.

17              MR. HERMAN:  He asked me to read the

18         definition.  There was a question before that.

19         The question's still pending.

20              MR. VEJNOSKA:  Why don't you put it

21         together for him so he understands.

22    BY MR. HERMAN:

23         Q    Why don't I do this.  Why don't I just give

24    you the question.  Do you recall that in 2010 CNBM

25    Group was the controlling shareholder and promoter of
```

Confidential - Subject to Further Confidentiality Review

```
 1    China National Building Material Company, Limited?

 2              MR. VEJNOSKA:  I'm sorry, objection,

 3         vague and ambiguous, calls for a legal

 4         conclusion.  And I think you said controlling

 5         company, not controlling shareholder.  Maybe you

 6         just want to translate it again.

 7              MR. HERMAN:  No, I didn't.

 8              MR. VEJNOSKA:  No, not you.  I'm saying

 9         maybe you just translated it -- just repeat the

10         translation.

11              MR. HERMAN:  You know, we have an

12         official translator.  If you want to correct

13         something, you can read and sign and you can do

14         it.  But instructing the translator is not part

15         of the procedure that Judge Fallon authorized

16         for these depositions.  I'll repeat the

17         question.

18              MR. VEJNOSKA:  That will be fine.

19              THE INTERPRETER:  Well, this is the

20         interpreter speaking.  Controlling shareholder

21         can be translated into Chinese either

22         controlling shareholding company or controlling

23         shareholder.  Controlling shareholder in Chinese

24         means an individual who holds a share while

25         controlling shareholding company is a company
```

```
1        who holds shares.  I believe CNBM is a company

2        that holds shares.  Therefore, the interpreter

3        translated into Chinese the controlling

4        shareholder company versus the controlling

5        shareholder -- shareholder which is individual.

6              MR. VEJNOSKA:  Just please mark that.

7              MR. HERMAN:  And the translation is

8        correct, and I would like the witness to answer

9        the question.

10              THE INTERPRETER:  May I have the

11        question read back, please.

12              (Question Read Back.)

13              THE INTERPRETER:  While the interpreter

14        was interpreting the question again, the

15        deponent asked the interpreter is it shareholder

16        or shareholding company.  May the interpreter

17        ask the deponent to clarify?

18              MR. HERMAN:  Yes.  I'll ask it both

19        ways.  First shareholding company.

20              THE INTERPRETER:  May the interpreter

21        clarify with the deponent, just to make sure

22        it's a correct interpretation?  Just give me one

23        second to clarify.

24              MR. HERMAN:  Well, I'll quote it

25        exactly.
```

Confidential - Subject to Further Confidentiality Review

1                    THE INTERPRETER:  May I clarify with --

2                    MR. HERMAN:  I'll quote it exactly.

3    BY MR. HERMAN:

4        Q    CNBM Group is a controlling shareholder and

5    a promoter of China National Building Material

6    Company, Limited.  Is that true?

7                    THE INTERPRETER:  The interpreter would

8            like to clarify with the deponent as for the

9            accurate translation of a shareholder because

10           there is a question as to -- the issue still has

11           not been resolved.

12                    MR. HERMAN:  I will state it came from

13           the witness' edited documents.

14                    MR. VEJNOSKA:  And I'll point out it's

15           English, so she's trying to translate it now to

16           Chinese.

17                    MR. HERMAN:  Oh, okay.  Well, I'll try

18           to retranslate it.

19   BY MR. HERMAN:

20       Q    Isn't it true that CNBM Group is a

21   controlling company shareholder and a promoter of

22   China National Building Material Company, Limited?

23                    THE INTERPRETER:  This is the

24           interpreter speaking.  Did the counsel say

25           controlling company holder or controlling --

Confidential - Subject to Further Confidentiality Review

1          controlling company shareholder or controlling

2          shareholder company?

3                  MR. HERMAN:  Controlling company

4          shareholder.

5                  THE INTERPRETER:  The interpreter will

6          interpret it literally as follows.

7                  MR. VEJNOSKA:  Please mark the question.

8                  Objection, vague and ambiguous,

9          foundation, calls for a legal conclusion.

10     A     May I take a look at the Chinese of the

11   question asked?

12   BY MR. HERMAN:

13     Q     I'm speaking orally.  Can you answer the

14   question?

15                 MR. VEJNOSKA:  Objection, asked and

16          answered, argumentative.

17                 THE INTERPRETER:  Can we go off the

18          record just to clarify it with the translation

19          issues?

20                 MR. HERMAN:  I have tried three

21          different times.

22                 THE INTERPRETER:  No, it's me.

23                 MR. HERMAN:  I have tried three

24          different times.

25                 THE INTERPRETER:  No, it's not you.

Confidential - Subject to Further Confidentiality Review

```
1          There are different ways to translate it into
2          Chinese.  So the way -- if I literally translate
3          the way that you phrased it, it makes perfect
4          sense in English, but it doesn't really make
5          sense in Chinese.  That's the only -- it's a
6          culture language difference.
7                  MR. HERMAN:  As I understand it, the
8          translator told me that it could either be an
9          individual shareholder or a company shareholder.
10                 THE INTERPRETER:  A controlling
11         shareholder company would make sense in Chinese.
12                 MR. HERMAN:  Oh, okay.  Let's do that.
13    BY MR. HERMAN:
14        Q    Is it true that CNBM Group is a controlling
15    company shareholder of China National Building
16    Material Company, Limited?  And I'll ask it another
17    way.  From what I'm reading here, isn't it true that
18    CNBM Group is a controlling shareholder company of
19    China National Building Material Company, Limited?
20                 MR. VEJNOSKA:  Objection, vague and
21         ambiguous, foundation, calls for legal
22         conclusion.
23                 Would you please mark the question.
24        A    According to the explanation in our annual
25    report, as well as the global offering documents,
```

```
 1    CNBMG is the controlling shareholder of CNBM.

 2                 MR. VEJNOSKA:  Mr. Herman --

 3    BY MR. HERMAN:

 4       Q    Is that true today?

 5                 MR. VEJNOSKA:  Objections -- the same

 6          objections to the last question.

 7       A    Yes.

 8                 MR. HERMAN:  All right.  Let's take a

 9          break.

10                 THE VIDEOGRAPHER:  Time is now 1:33.

11          We're going off the record.

12                 (Recess Taken From 1:33 p.m. To

13                 1:50 p.m.)

14                 THE VIDEOGRAPHER:  Time is now 1:50.

15          This is the start of media No. 4 and we're back

16          on the record.

17    BY MR. HERMAN:

18       Q    Sir, I have a series of questions.  They all

19    relate to the China National Building Material

20    Company, Limited, voluntary announcements of the

21    development of gypsum board litigation in the US.

22    Where did you get the information that was put into

23    the voluntary announcements?

24                 MR. VEJNOSKA:  Objection, compound,

25          vague and ambiguous.
```

Confidential - Subject to Further Confidentiality Review

```
 1      A      Beijing Building Material Company, Inc.

 2   BY MR. HERMAN:

 3      Q      When did you first learn of litigation in

 4   the United States concerning gypsum board produced by

 5   Taishan Gypsum or its subsidiary?

 6             MR. VEJNOSKA:  Objection, vague and

 7        ambiguous.

 8      A      In 2009.

 9   BY MR. HERMAN:

10      Q      In 2009 was there any communication that you

11   know of between China National Building Material

12   Company, Limited, and CNBM Group about litigation in

13   the United States related to gypsum board produced by

14   Taishan Gypsum or its subsidiary?

15      A      No.

16      Q      Was there any communication known to you

17   between China National Building Material Company,

18   Limited, and CNBM Group concerning the default

19   judgment rendered by Judge Eldon Fallon against

20   Taishan Gypsum?

21             MR. VEJNOSKA:  Objection, vague and

22        ambiguous, overbroad.

23      A      Can you specify more clearly?

24   BY MR. HERMAN:

25      Q      Were there any e-mails between China
```

Confidential - Subject to Further Confidentiality Review

```
 1    National Building Material Company, Limited, and CNBM

 2    Group concerning the default judgment against Taishan

 3    Gypsum?

 4                    MR. VEJNOSKA:  Objection, vague and

 5          ambiguous, overbroad.

 6      A    Are you referring to if there is -- if there

 7    are any e-mail interaction between China National

 8    Building Material Company and China National Building

 9    Material Company Group in regard to the default

10    judgment against Taishan?

11    BY MR. HERMAN:

12      Q    Yes.

13                    MR. VEJNOSKA:  Same objections.

14      A    Do you have a scope as for the scope of the

15    people that have had such e-mail interaction?

16    BY MR. HERMAN:

17      Q    Sir, I would like you to answer my question.

18    I'm not going to answer your question.  I'm asking you

19    of your own knowledge, were there any e-mails you know

20    about between employees of China National Building

21    Material Company, Limited, and CNBM Group relating to

22    the default judgment against Taishan Gypsum?

23      A    I'm not sure.

24      Q    Were there any written materials, letters,

25    memoranda, or any writings of any kind between or
```

Confidential - Subject to Further Confidentiality Review

1    among China National Building Material Company,

2    Limited, employees and CNBM Group employees concerning

3    the default judgment rendered against Taishan Gypsum

4    in the United States?

5                    MR. VEJNOSKA:  Objection, vague and

6            ambiguous, overbroad.

7                    THE WITNESS:  Will you interpret for me

8            again?

9                    THE INTERPRETER:  Yes.

10                   MR. VEJNOSKA:  Same objections.

11   A     The legal departments of the two companies

12   should have had status report back and forth.

13   BY MR. HERMAN:

14   Q     Were there any communications, e-mails or

15   writings, between employees of China National Building

16   Material Company, Limited, and employees of CNBM Group

17   concerning the judgment debtor rule directing Taishan

18   to appear before Judge Fallon resulting from the

19   default judgment?

20                   MR. VEJNOSKA:  Objection, vague and

21           ambiguous, overbroad.

22   A     Yes, as far as I know, the relevant

23   announcements had been given to the directors of the

24   group company.

25   BY MR. HERMAN:

Confidential - Subject to Further Confidentiality Review

```
 1      Q      What executives --

 2              MR. VEJNOSKA:  Would you mark that,

 3        please.

 4  BY MR. HERMAN:

 5      Q      What executives of CNBM Group and CNBM

 6  Material Company, Limited, met to discuss the

 7  litigation in the United States involving Taishan

 8  Gypsum where you were present?

 9              MR. VEJNOSKA:  Objection, foundation.

10      A      There are some --

11              MR. VEJNOSKA:  Were you finished?  Would

12        you ask him if he's finished?  I'm sorry.

13      A      There's something unclear about the question

14  indeed.  Currently Mr. Cao Jianglin is still the

15  general manager of the group.  At the same time,

16  Mr. Cao is also the general manager of the limited

17  company and I have indeed reported to him as he is

18  taking the role of the general manager of the limited

19  company.

20  BY MR. HERMAN:

21      Q      In the annual reports which you participated

22  in in editing from 2006 through 2014, from whom --

23  strike that.

24              In 2006 doesn't the annual report of

25  China National Building Material Company, Limited,
```

```
 1    report information about Taishan Gypsum?

 2              MR. VEJNOSKA:  Objection, vague and

 3         ambiguous.

 4    A     What information about Taishan?

 5   BY MR. HERMAN:

 6    Q     Any information.

 7              MR. VEJNOSKA:  Same objection.

 8    A     There are some relevant descriptions

 9   regarding Taishan in the annual report.

10   BY MR. HERMAN:

11    Q     Where did you get that relevant information

12   from?

13    A     The report from BNBM.

14    Q     For each year after 2006 in the annual

15   reports that you edited, did you receive in those

16   years relevant information about Taishan from BNBM?

17              MR. NICKEL:  Objection, form.

18              MR. VEJNOSKA:  Objection, compound,

19         vague and ambiguous.

20    A     Yes.

21   BY MR. HERMAN:

22    Q     In the year 2006 in the China National

23   Building Material Company, Limited, annual report, is

24   there relevant information about BNBM Group?

25              MR. NICKEL:  Objection, form.
```

1      A      This is indeed pretty broad.  If you're

2    saying whether the words of Beijing Group had

3    appeared, yes, they did.

4    BY MR. HERMAN:

5      Q      Where did those words come from?

6                MR. NICKEL:  Objection, form.

7      A      It is our shareholder.

8    BY MR. HERMAN:

9      Q      Which shareholder?

10     A      The shareholder of China National Building

11   Material Company, Limited.

12     Q      Which shareholder of China National Building

13   Material Company, Limited, provided the words in the

14   annual reports about BNBM Group?

15                MR. NICKEL:  Objection, form.

16     A      CNBM Group.

17   BY MR. HERMAN:

18     Q      In the annual reports --

19     A      Excuse me.  I would like to ask you.  You

20   were asking who had provided BNBM Group or CNBM

21   Group's words?

22     Q      BNBM Group.

23     A      Every shareholder provides its own

24   information.

25     Q      In the annual reports from 2006 through

Confidential - Subject to Further Confidentiality Review

1    March 15, 2015, who provided the information about

2    CNBM Group to China National Building Material

3    Company, Limited, for the China National Building

4    Material Company, Limited, annual report?

5              MR. VEJNOSKA:  Objection, vague and

6        ambiguous, compound.

7    A    First of all, according to the rules of

8    annual reports, relevant information regarding to

9    shareholders are required to be disclosed.  No. 2,

10   when there is any change to any of the shareholders,

11   this shareholder is obligated to provide such

12   information to CNBM.

13   BY MR. HERMAN:

14   Q    What percentage of shares did CNBM Group own

15   in China National Building Material Company, Limited,

16   in July of 2014?

17   A    About 12 percent.

18   Q    Who were the other shareholders in July 2014

19   of China National Building Material Company, Limited?

20   A    BNBMG, BNBM Import & Export Company --

21             THE INTERPRETER:  Interpreter would like

22        to start over again.

23   A    BNBMG, CNBM Import & Export Company, CNBM

24   Science Research General Institute, China Xinda,

25   X-i-n-d-a, and the public investors.

1              MR. VEJNOSKA:  Would you please mark the

2       answer.  Thank you.

3  BY MR. HERMAN:

4       Q      In July of 2014, did CNBM Group own

5  70.04 percent of BNBMG?

6              MR. VEJNOSKA:  Objection, foundation.

7       A      CNBMG owns around 70 percent of the BNBMG's

8  shares, but I do not have a clear recollection on the

9  numbers after the decimal.

10             MR. VEJNOSKA:  Mark the answer, please.

11  BY MR. HERMAN:

12       Q      In July of 2014, isn't it true that CNBM

13  Group owned 100 percent of CNBM trading shares?

14             MR. VEJNOSKA:  Objection, vague and

15       ambiguous.

16       A      Are you referring to CNBM Import & Export

17  Company?

18  BY MR. HERMAN:

19       Q      Yes.

20       A      Yes.

21       Q      Isn't it true in July of 2014, that CNBM

22  Group owned 100 percent of Building Materials Academy?

23       A      Yes.

24       Q      Isn't it true that as of July '14 -- excuse

25  me.  Isn't it true that as of July 2014, that CNBM

1    Group held directly and indirectly 100 percent of CNBM

2    Company or China National Building Material Company,

3    Limited?

4              MR. VEJNOSKA:  Objection, vague and

5         ambiguous.

6    A    What year?  2014.  Okay.  2014.

7              THE WITNESS:  Please repeat the Chinese

8         for me.

9              THE INTERPRETER:  The interpreter will

10        reinterpret.

11   A    Yes.

12   BY MR. HERMAN:

13   Q    Isn't it true that in July 2014, China

14   National Building Material Company, Limited, owned

15   100 percent of China United Cement Company?

16   A    Yes.

17   Q    Isn't it true that in July 2014, China

18   National Building Material Company, Limited, owned

19   80 percent of South Cement Company?

20   A    Yes.

21   Q    Isn't it true that in July 2014, China

22   National Building Material Company, Limited, owned

23   70 percent of North Cement Company?

24   A    Yes.

25   Q    Isn't it true that as of July 2014, China

1    National Building Material Company, Limited, owned

2    70 percent of Southwest Cement Company?

3        A    Yes.

4        Q    Isn't it true that as of July 2014, China

5    National Building Material Company, Limited, owned

6    directly and indirectly 65 percent of BNBM Lightweight

7    Building Materials Company?

8                MR. VEJNOSKA:  Objection, vague and

9        ambiguous.

10       A    Please repeat your question.

11   BY MR. HERMAN:

12       Q    Isn't it true that in July 2014, China

13   National Building Material Company, Limited, owned

14   directly and indirectly 65 percent of BNBM Lightweight

15   Building Materials Company?

16               MR. VEJNOSKA:  Objection, vague and

17       ambiguous.

18       A    I don't think this is a correct number.

19   BY MR. HERMAN:

20       Q    Isn't it true that as of July 2014, BNBM

21   Lightweight Building Materials Company owned

22   65 percent of Taishan Gypsum?

23               MR. VEJNOSKA:  Objection, foundation.

24       A    In 2014 BNBM directly and indirectly owned

25   65 percent of Taishan Gypsum Company.

 1    BY MR. HERMAN:

 2        Q      In July 2014 who were the company's

 3    shareholders of BNBM Lightweight Building Materials?

 4                    MR. VEJNOSKA:  Objection, foundation.

 5        A      BNBM is one of those.  The rest are the

 6    public investors.

 7    BY MR. HERMAN:

 8        Q      Were the public directors -- strike that.

 9                    Were some of the public investors

10    JPMorganChase?

11        A      I don't know about that.

12        Q      Were some of the public investors of BNBM

13    Lightweight Building Materials in July 2014 Morgan

14    Stanley?

15                    MR. VEJNOSKA:  Objection, foundation.

16        A      All of the investors can invest directly or

17    in other ways to the public traded BNBM.  Since I do

18    not see the shareholders' list, therefore I do not

19    know who are the public shareholders.

20    BY MR. HERMAN:

21        Q      In July 2014 did China National Building

22    Material Company, Limited, own 100 percent of China

23    Composites?

24                    THE INTERPRETER:  May the interpreter

25        have the Chinese correct translation of China

Confidential - Subject to Further Confidentiality Review

```
 1        Composites?

 2             The interpreter would like to

 3        reinterpret the question.

 4    A    Yes.

 5  BY MR. HERMAN:

 6    Q    In July 2014 did China National Building

 7  Material Company, Limited, own 33-plus percent of

 8  China Jushi Glass Fiber?

 9    A    Yes.

10    Q    In July 2014 did China Jushi, J-u-s-h-i, own

11  100 percent of Jushi Group, J-u-s-h-i Group?

12             MR. VEJNOSKA:  Objection, foundation.

13    A    Yes.

14  BY MR. HERMAN:

15    Q    In July 2014 did China National Building

16  Material Company, Limited, own 91 percent of China

17  Triumph Engineering?

18    A    Yes.

19    Q    Is China Triumph Engineering also known as

20  CTIEC?

21    A    I'm not sure about this English

22  abbreviation.

23    Q    In July 2014 did China National Building

24  Material Company, Limited, own 100 percent of CNBM

25  Investment Company?
```

Confidential - Subject to Further Confidentiality Review

```
1      A     Yes.

2             (C:6/5/15-6/7/15 Exhibit 25 marked.)

3             (C:6/5/15-6/7/15 Exhibit 25-A marked.)

4             MR. HERMAN:  I'm going to identify for

5       the record Exhibit 25, marked C:6/5/15 to 6/7/15

6       bearing Bates numbers AL-RMHCNBM00005121 through

7       5128 in English, and Exhibit 25-A, also

8       designated as C:6/5/15-6/7/15

9       AL-RMH-CNBM00005121-A.

10            I'm going to provide counsel for CNBM

11      with the English.  It's previously been provided

12      other counsel in the Taishan deposition.  And

13      I'm going to provide the witness and the

14      translator with the exhibit in Chinese and in

15      English.

16  BY MR. HERMAN:

17      Q     I'll ask the witness to turn to page 5124-A

18  and I'll hold it up so that the witness may find it

19  easily.  In English it's 5127.

20            MR. HERMAN:  Okay.

21            MR. VEJNOSKA:  Thank you, Mr. Herman.

22            MR. HERMAN:  You're welcome.

23  BY MR. HERMAN:

24      Q     What is the date of this document?

25      A     May 28th, 2010.
```

Confidential - Subject to Further Confidentiality Review

1      Q      Are you familiar with this document?

2      A      I am aware of it.

3      Q      Are you aware that it was published in

4  English and in Chinese by Beijing New Building

5  Material Company, Limited, in relation to event about

6  gypsum board in the US?

7                 MR. NICKEL:  Objection, form.

8      A      We republished it.

9  BY MR. HERMAN:

10     Q      I see.  China National Building Material

11 Company, Limited, had published this document

12 publicly?

13     A      Yes.

14     Q      And if you turn to the last page, page 5128

15 in English and 5125-A in Chinese, are the board of

16 directors of CNBM Company, Limited, correctly stated

17 as of the date of the announcement?

18     A      Yes.

19     Q      And this was published in English and

20 Chinese on the Hong Kong Exchange, stock exchange?

21                 MR. VEJNOSKA:  Objection, vague and

22        ambiguous.

23     A      Yes.

24                 MR. HERMAN:  In connection with the

25        testimony of the witness, I offer and introduce

Confidential - Subject to Further Confidentiality Review

1         into evidence Exhibit 25.  And if counsel would

2         like, we'll also introduce Exhibit 25-A.

3                   MR. VEJNOSKA:  I'm not sure what you're

4         doing.

5                   MR. HERMAN:  Exhibit 25 --

6                   MR. VEJNOSKA:  We're in a deposition.

7                   MR. HERMAN:  Exhibit is in 25 and in

8         Chinese it's 25-A.  And I'm introducing it into

9         the deposition.

10                  MR. VEJNOSKA:  It's in the deposition

11        record.

12                  MR. HERMAN:  Yes, I am.

13                  MR. VEJNOSKA:  Understood.

14                  MR. HERMAN:  Do you want it -- both 25

15        and 25-A introduced?  Otherwise, I'll only

16        introduce the English version.

17                  MR. VEJNOSKA:  No, why don't you please

18        put both of them in the deposition record.

19                  MR. HERMAN:  We'll introduce both

20        Exhibit 25 and 25-A.

21                  (C:6/5/15-6/7/15 Exhibit 27 marked.)

22                  (C:6/5/15-6/7/15 Exhibit 27-A marked.)

23                  MR. HERMAN:  The next document is China

24        National Building Material Company, Limited,

25        voluntary announcement, development of gypsum

Confidential - Subject to Further Confidentiality Review

1       board litigation in the US, identified as

2       Exhibit 27, June 5th -- I'm sorry, C:6/5/15 to

3       6/7/15.  And it is CNBMCO1 through 6 in English.

4       It is Exhibit 27-A in Chinese.  And it bears

5       Bates numbers 5129-A through 5132-A.  And we

6       will give a copy to the witness, a copy to the

7       translator and a copy to counsel for CNBM China

8       National Building Material Company, Limited.

9               MR. VEJNOSKA:  Thank you.

10   BY MR. HERMAN:

11       Q    Sir, I will ask you to turn to the last

12   page, 5132-A, and I ask you what the date is on this

13   document?

14       A    July the 18th, 2014.

15       Q    And was this document made public and

16   published by order of the board of directors of China

17   National Building Material Company, Limited?

18       A    This document is my responsibility,

19   describing the development of the matter with the

20   attorneys of our company as well as my colleagues.  We

21   have drafted the announcement according to the

22   regulations.  Therefore, no board meeting was held.

23       Q    Does the last page of the document have your

24   name on it as secretary of the board?

25       A    Yes.

Confidential - Subject to Further Confidentiality Review

1       Q       Does it have the names of the directors of

2    your company?

3       A       Yes.

4       Q       Did you cause it to be published publicly in

5    English and Chinese?

6       A       Yes.

7       Q       Where was it published publicly?

8       A       In Hong Kong Stock Exchange.

9               MR. HERMAN:  I am going to offer the

10          Deposition Exhibit 27 in English and

11          Exhibit 27-A in Chinese.

12              (C:6/5/15-6/7/15 Exhibit 29 marked.)

13              (C:6/5/15-6/7/15 Exhibit 29-A marked.)

14   BY MR. HERMAN:

15      Q       Sir, I'm going to direct your attention to

16   Exhibit 29 in English, C:6/15/15 to 6/7/15, CNBMCO,

17   pages 21 through 24, and in Chinese Exhibit 29-A,

18   ALRMH Exhibits 5133-A to 5135-A, and I'll direct your

19   attention to the last page as I hand counsel and the

20   translator the document.

21              The document is entitled voluntary

22   announcement -- China National Building Material

23   Company, Limited, a Voluntary Announcement Updates on

24   Recent Developments in the Gypsum Board Litigation in

25   the US.

Confidential - Subject to Further Confidentiality Review

```
 1      A      Yes.

 2      Q      This was also your responsibility to -- for

 3   China National Building Material Company, Limited?

 4               MR. VEJNOSKA:  Objection, vague and

 5          ambiguous.

 6      A      I was responsible in organizing including

 7   lawyers in our company and the colleagues of my

 8   company.  Together we drafted and disclosed the

 9   information.

10   BY MR. HERMAN:

11      Q      Your name appears on the document as

12   secretary of the board; is that correct?

13      A      Correct.

14      Q      And what is the date of the document on the

15   last page?

16      A      August the 20th, 2014.

17      Q      And the names of the board of directors

18   appears on the last page of the document, that is,

19   directors of the China National Building Material

20   Company, Limited?

21      A      Yes.

22               MR. HERMAN:  I'm going to offer

23          Exhibit 29 in English --

24      A      I would like to make an explanation.  All

25   the announcements from CNBM have to contain the names
```

Confidential - Subject to Further Confidentiality Review

1    of the directors in the front and in the back in

2    accordance with the requirements of Hong Kong

3    Exchange -- Hong Kong Stock Exchange.  This is a fixed

4    format.

5    BY MR. HERMAN:

6        Q     Did you cause Exhibit 29-A, as part of your

7    responsibility, to be published publicly in both

8    English and Chinese?

9        A     This is a requirement of Hong Kong Stock

10   Exchange.

11       Q     Yes.  You did it, though?

12       A     Yes.  My colleague and I, including the

13   attorneys.

14              MR. HERMAN:  I'll offer Exhibit 29 in

15        English and Exhibit 29-A in Chinese.

16              (C:6/5/15-6/7/15 Exhibit 31 marked.)

17              (C:6/5/15-6/7/15 Exhibit 31-A marked.)

18              MR. HERMAN:  Identify for the witness

19        China National Building Material Company,

20        Limited, announcement, further updates on recent

21        developments in the gypsum board litigation in

22        the US; Exhibit 31 in English is C:6/5/15 to

23        6/7/15, Bates number CNBMCO page 329 to

24        page 331.  The Chinese is in C:6/5/15 to 6/7/15

25        Exhibit 31-A-ALRMH5136-A to 5137.  And we hand

Confidential - Subject to Further Confidentiality Review

1        counsel the copies and the translator copies.

2    BY MR. HERMAN:

3        Q      Would you turn to the last page, sir, of

4    Exhibit 31-A.  Was this document your responsibility

5    as secretary of the board of China National Building

6    Material Company, Limited?

7            MR. VEJNOSKA:  Objection, vague and

8        ambiguous.

9        A      Yes.

10   BY MR. HERMAN:

11       Q      What is the date of the document?

12       A      February the 13th, 2015.

13       Q      Does it state the date of the board of

14   directors of the China National Building Material

15   Company, Limited, as of that date?

16       A      It states the date of the announcement, not

17   the dates of the board of directors.

18       Q      So let me rephrase the question.  On the

19   date of the announcement of February 13th, 2015, were

20   the directors stated on Exhibit 31-A correct?

21       A      Correct.

22       Q      Did you cause Exhibit 31-A, the

23   announcement, to be published publicly in Chinese and

24   in English?

25       A      It is the requirements of Hong Kong Stock

Confidential - Subject to Further Confidentiality Review

1    Exchange.

2        Q     Did you cause it to be published publicly?

3                    MR. VEJNOSKA:  Objection, vague and

4            ambiguous.

5        A     Yes.

6                    MR. HERMAN:  Offer Exhibit 31 and 31-A.

7                    MR. VEJNOSKA:  Mr. Herman, just so I'm

8            clear because you are using a process here

9            that's a little unique to me.  When you're

10           offering them, you mean you are simply attaching

11           them to the record of the deposition?

12                   MR. HERMAN:  No, I don't mean that at

13           all.  I mean that a court is going to have to

14           rule whether they're admissible or not for some

15           purpose at some future time.

16                   MR. VEJNOSKA:  And you'll have to offer

17           them to the court at that time, correct?

18                   MR. HERMAN:  Oh, way before that time.

19                   MR. VEJNOSKA:  Okay.  I just want to be

20           very clear that we're going to reserve our

21           objections to these.  I don't see that -- and we

22           will still work with you as we talked about

23           before on authenticity and those matters, but I

24           didn't want the record to be unclear if you

25           think that somehow these are now being admitted

1           into evidence for trial before the court.

2                   MR. HERMAN:  I have no doubt that they

3           are exceptions to the hearsay rule, that they're

4           business records, that there's been a

5           foundation.  I have no doubt that they're

6           admissions against interest, they're part of the

7           res gestae, but you have an absolute right to

8           object and your objection is continuing to such

9           time as a formal offer in evidence is made.

10                  MR. VEJNOSKA:  I admire your confidence

11          and I appreciate the explanation.  Thank you.

12                  MR. HERMAN:  Often in error, never in

13          doubt.

14                  MR. VEJNOSKA:  We've been going for

15          almost an hour and a quarter.  Can we take a

16          break?

17                  MR. HERMAN:  We can take a break.  Sure.

18          Want to take a 15-minute break?

19                  MR. VEJNOSKA:  That will be great.

20                  MR. HERMAN:  So you'll know in advance,

21          what I intend to do is have -- we'll go through

22          the rest of the CNBM announcements and the CNBM

23          annual reports in English and Chinese.  When I

24          say "go through them," I'll ask the questions I

25          feel are necessary but not the details, provide

Confidential - Subject to Further Confidentiality Review

 1            them to counsel in both English and Chinese and

 2            offer them in the deposition so that when we

 3            begin tomorrow those documents will already have

 4            been available to you, the witness and so on.

 5                      MR. VEJNOSKA:  Thank you.

 6                      THE VIDEOGRAPHER:  Time is now 3:02.

 7            This is the end of media No. 4.  We are going

 8            off the record.

 9                      (Recess Taken From 3:02 p.m. To

10                      3:24 p.m.)

11                      THE VIDEOGRAPHER:  Time is now 3:24.

12            This is the start of media No. 5 and we're back

13            on the record.

14                      MR. VEJNOSKA:  Mr. Herman, with your

15            permission, the witness has asked if he can

16            correct something he said before the last break.

17                      MR. HERMAN:  I have no objection to

18            that.  I have no objection to that.

19                      THE WITNESS:  During the break when

20            Mr. Wang showed me a question and translated a

21            question for me, I realized that I made an

22            obvious error.  The question asked was whether

23            CNBMG has 100 percent of CNBM's share.  I

24            thought that I heard BNBMG; therefore, I would

25            like to make that correction.

Confidential - Subject to Further Confidentiality Review

1              MR. VEJNOSKA:  Thank you.

2     BY MR. HERMAN:

3         Q     What is the correction?

4         A     Can you read back the question for me,

5     please.

6              MR. HERMAN:  I have no objection if you

7          want to read it in English and the translator

8          translates it in Chinese.

9              MR. VEJNOSKA:  I will give the time

10          index.  It's 69:25.  Question:  Isn't it true

11          that as of July '14 -- excuse me, isn't it true

12          that as of July 2014, that CNBM group held

13          directly and indirectly 100 percent of CNBM

14          Company or China National Building Material

15          Company, Limited?

16         A     No.  At the time I mistakenly heard it as

17     BNBMG.  This is a very obvious error because CNBM is a

18     public traded company; therefore, it is impossible for

19     a shareholder to hold 100 percent of its shares.

20     BY MR. HERMAN:

21         Q     Thank you.

22              (C:6/5/15-6/7/15 Exhibit 33 marked.)

23              (C:6/5/15-6/7/15 Exhibit 33-A marked.)

24              MR. HERMAN:  The document that I

25          identify now is document 33 in English, C:6/5/15

Confidential - Subject to Further Confidentiality Review

1          to 6/7/15, Bates number AL-RMHCNBM5138 to 5140

2          in English; 33-A in Chinese AL-RMH-CNBM5138-A

3          and 5139-A, and we provided it to counsel, the

4          translator and the witness.

5     BY MR. HERMAN:

6          Q     If you would look at the last page of

7     Exhibit 33-A, it's 5139-A.  What is the date of this

8     document, China National Building Material Company,

9     Limited, Announcement, Recent Developments in the

10    Gypsum Board Litigation in the US?

11         A     The date is March the 13th, 2015.

12         Q     Is this announcement part of your

13    responsibility?

14         A     Yes.

15         Q     And it bears your name, sir?

16         A     Yes.

17         Q     And it also has the -- as of the date of the

18    announcement the board of directors of the company

19    listed?

20         A     You mean the members of the board of

21    directors?

22         Q     Yes, members of the board of directors of

23    China National Building Material Company, Limited.

24         A     Yes.

25         Q     Did you cause this document 33-A to be

1    published in both Chinese and in English publicly?

2        A     I disclosed the information in accordance

3    with the requirement of Hong Kong Exchange -- Stock

4    Exchange.

5        Q     In both English and Chinese?

6        A     Yes.

7               MR. HERMAN:  I'm going to offer in the

8         deposition Exhibits 33 and 33-A.

9    BY MR. HERMAN:

10       Q     On the last page of 33-A, there is on the

11   bottom -- as I look at it, it will be on the right

12   side of the page, it's on the left side as I look at

13   it, an asterisk and a footnote that says, "for

14   identification only."  The same asterisk appears after

15   China National Building Material Company, Limited.

16   What does that mean?

17       A     Where else it appears?

18       Q     It appears in English after the words "China

19   National Building Material Company, Limited," but does

20   not have an asterisk on the Chinese version that was

21   published.

22       A     So on the English version of the documents,

23   you have that asterisk.  From what I see, both

24   versions have it.

25       Q     What does that mean?  What do the words in

Confidential - Subject to Further Confidentiality Review

1    the document "for identification only" mean?  Is that

2    to distinguish China National Building Material

3    Company, Limited, from China National Building

4    Material Company Group?

5        A    I don't know.  I also don't know what that

6    means.  I believe the attorney added it.

7        Q    Do you know which attorney?

8             MR. VEJNOSKA:  Slaughter and May.

9        A    From Hong Kong, Slaughter and May.

10   BY MR. HERMAN:

11       Q    Thank you.

12            MR. HERMAN:  Let's go off the record one

13       minute.

14            THE VIDEOGRAPHER:  Time is now 3:38.

15       We're going off the record.

16            (Recess Taken From 3:38 p.m. To

17            3:48 p.m.)

18            THE VIDEOGRAPHER:  Time is now 3:48 and

19       we're back on the record.

20            MR. HERMAN:  The first document is

21       Exhibit 4.  It has a prefix of C:6/5/15 to

22       6/7/15.  And for purposes of the record, every

23       time I say "prefix C," there is going to be a

24       6/5/15 to 6/7/15 following.  It is the 2005

25       annual report of CNBM, Bates numbers

```
 1          AL-RMHCNBM4244 through 4352 in English, and

 2          Exhibit 4-A is Bates number 4353 through 4461.

 3          And I hand to the witness and the court reporter

 4          one of each documents in Chinese.

 5   BY MR. HERMAN:

 6      Q    And I ask the witness to look at

 7   Exhibit 4-A, the Chinese version.

 8              THE INTERPRETER:  So to identify it --

 9   BY MR. HERMAN:

10      Q    Look at the green copy, 4353 through 4461.

11      A    The numbers are covered.  The numbers are

12   covered.

13      Q    Look -- which numbers are covered?

14      A    Just tell me what page it is in the annual

15   report.

16      Q    Well, in the English annual report, we're

17   looking --

18              MR. HERMAN:  Let's take a recess.

19              THE VIDEOGRAPHER:  Time is now 3:52.

20       We're going off the record.

21              (Recess Taken From 3:52 p.m. To

22              3:57 p.m.)

23              THE VIDEOGRAPHER:  Time is now 3:57 and

24       we're back on the record.

25              MR. HERMAN:  I'm going to withdraw the
```

```
 1        prior exhibit.  There is a numbering problem and

 2        also -- and when I checked, there are also some

 3        pages missing.  So I want to go through and make

 4        sure they're complete and that the Bates numbers

 5        are correct so that the witness can identify

 6        them.  So you can either take them with you and

 7        struggle or leave them here and we'll deal with

 8        it.

 9                (C:6/5/15-6/7/15 Exhibit 3 marked.)

10                (C:6/5/15-6/7/15 Exhibit 3-A marked.)

11                MR. HERMAN:  But at this point I'm going

12        to offer China National Building Material

13        Company, Limited, global offering in English,

14        Exhibit No. 3, C prefix, Bates numbers

15        AL-RMHCNBM1 through 643 in English, and 4462 and

16        5104 in Chinese.  And we'll distribute them to

17        the translator, to the witness.  I'll hand it to

18        counsel.

19                Have counsel for BNBM and Taishan

20        received a set of the global offering documents?

21                MR. WEINBERGER:  Taishan has received

22        the document.

23                MR. NICKEL:  BNBM has received the

24        document.

25   BY MR. HERMAN:
```

Confidential - Subject to Further Confidentiality Review

1    Q    Would you look at Exhibit 3-A, which is the

2  Chinese version of the China National Building

3  Material Company, Limited, global offering of

4  March 13, 2006.

5         MR. WEINBERGER:  Excuse me, I need to

6         state something for the record.  Taishan does

7         not mean to suggest that it is stipulating to

8         the admissibility of the documents that are

9         being distributed.  I just want to protect the

10        record by saying that.

11        MR. HERMAN:  Okay.

12  BY MR. HERMAN:

13   Q    Can you identify this as the China National

14  Building Material Company, Limited, global offering of

15  March 13, 2006?

16   A    Yes.

17   Q    What was your role in preparing the global

18  offering of March 13th, 2006?

19   A    The secretary of the board of directors.

20   Q    Did you also edit this document?

21        MR. VEJNOSKA:  Objection, vague and

22        ambiguous.

23   A    I participated in the discussions.

24  BY MR. HERMAN:

25   Q    And did you receive, as the secretary of

Confidential - Subject to Further Confidentiality Review

1    China National Building Material Company, Limited,

2    various information from CNBM Group?

3              MR. VEJNOSKA:  Same objection.

4    A    This document includes the information of

5    CNBM Group.  CNBM Group as major initiator of it, it

6    has the obligation to provide its relevant

7    information.

8    BY MR. HERMAN:

9    Q    Did BNBM provide relevant information to be

10   included within Exhibit 3-A?

11             MR. NICKEL:  Objection, form.

12             MR. VEJNOSKA:  Objection, vague and

13       ambiguous.

14   A    If during the time the counsel was editing

15   and writing this document and needed BNBM to provide

16   relevant information, then BNBM does have the

17   obligation to do so.

18   BY MR. HERMAN:

19   Q    Did --

20             MR. VEJNOSKA:  Mark the answer.

21   BY MR. HERMAN:

22   Q    Did BNBM fulfill its obligation in providing

23   material that is contained in Exhibit 3-A?

24             MR. NICKEL:  Objection, form.

25             MR. VEJNOSKA:  Objection, vague and

Confidential - Subject to Further Confidentiality Review

```
 1          ambiguous, calls for speculation.

 2     A     BNBM provided information including but not

 3   limited to its businesses.

 4   BY MR. HERMAN:

 5     Q     Did Taishan Gypsum provide information that

 6   was relevant and included in Exhibit 3-A?

 7               MR. VEJNOSKA:  Objection, vague and

 8        ambiguous.

 9     A     We have only requested BNBM to provide the

10   information.  As for the source of the information

11   provided, I'm not sure.

12   BY MR. HERMAN:

13     Q     Did China National Building Material

14   Company, Limited, cause Exhibit 3 in English and 3-A

15   in Chinese to be published publicly?

16     A     We published the English and Chinese

17   versions according to the requirements of the Hong

18   Kong Stock Exchange.

19     Q     Was the English version also publicly

20   published?

21     A     Yes.

22     Q     Where was it publicly published?

23     A     The website of Hong Kong Stock Exchange.

24     Q     What role did Morgan Stanley play in

25   connection with the global offering, Exhibit 3 in
```

Confidential - Subject to Further Confidentiality Review

1  English, Exhibit 3-A in Chinese?

2      A      It is the sole global coordinator,

3  bookrunner, sponsor and lead manager.

4      Q      What is a bookrunner in the context of

5  Exhibit 3 and Exhibit 3-A?

6      A      This is a terminology of investment banks.

7  I may not be able to explain it accurately.  My

8  understanding of bookrunner is that a bookrunner would

9  collect investors' information and distribute stocks

10  to the investors.

11              MR. HERMAN:  In connection with the

12          testimony of the witness, I'm going to offer

13          Exhibit 3 and 3-A, the global offering of China

14          National Building Material Company, Limited,

15          dated March 13, 2006.

16  BY MR. HERMAN:

17      Q      In the year 2014, isn't it true that

18  JPMorganChase & Company, by virtue of control over its

19  subsidiaries, owned more than 800,000 H shares --

20  that's H, letter H shares -- of China National

21  Building Material Company, Limited?

22              THE INTERPRETER:  May the interpreter

23          have the definition of virtual of control?

24              MR. HERMAN:  Control as it's used by

25          China National Building Material Company,

Confidential - Subject to Further Confidentiality Review

 1          Limited, in its various reports.

 2                  THE INTERPRETER:  May the interpreter

 3          interpret the word "virtual" as actually or

 4          factually?

 5                  MR. HERMAN:  Yes.

 6                  MR. VEJNOSKA:  How about by reason?

 7                  MR. HERMAN:  That's fine too.  I'll take

 8          all the help I can get.

 9                  THE INTERPRETER:  What's the definition

10          of "by reason of control"?

11                  MR. VEJNOSKA:  I'm out.

12                  MR. HERMAN:  Control means it has the

13          right to direct the activities of --

14                  THE INTERPRETER:  By reason, you mean.

15                  MR. VEJNOSKA:  Objection, vague and

16          ambiguous, foundation, calls for speculation,

17          calls for legal conclusion.

18      A     May I take a look at that document?

19  BY MR. HERMAN:

20      Q     Yes, but I don't think it will help.  It's

21  in English.  So I will ask another question.

22                  MR. VEJNOSKA:  There's no question.

23  BY MR. HERMAN:

24      Q     Did JPMorganChase & Company, to your best

25  recollection, own shares in your company in July of

Confidential - Subject to Further Confidentiality Review

1   2014?

2                   MR. VEJNOSKA:  Objection, vague and

3        ambiguous.

4        A     Yes.

5   BY MR. HERMAN:

6        Q     Did JPMorganChase Securities, LLC, own

7   shares in your company in July of 2014?

8                   MR. VEJNOSKA:  Objection, vague and

9        ambiguous.

10       A     The shareholders' list published in the

11  annual report was provided to us by Hong Kong Central

12  Security Company.  A paragraph of the annual report

13  should be dedicated to list the first few of major

14  shareholders.  As for what do those shareholders

15  represent, it has already been clearly listed in the

16  annual report.

17  BY MR. HERMAN:

18       Q     Under the directors' report of 2014,

19  disclosure of interest of substantial shareholders,

20  was JPMorganChase Securities, LLC, to your best

21  recollection, listed?

22                  MR. VEJNOSKA:  Objection, vague and

23       ambiguous.

24       A     The registration listed the first few of --

25                  THE INTERPRETER:  The interpreter needs

Confidential - Subject to Further Confidentiality Review

1              a moment to check the dictionary.

2       A      The registration listed the first few of

3  H shares shareholders.  They have publicly purchased

4  the shares from the market and JPMorgan's name was

5  listed in our annual report.  But as for whether it is

6  JPMorgan Securities or JPMorgan's some other

7  companies, I'm not sure.

8              As far as my personal understanding,

9  there are two types of companies with JPMorgan.  One

10  type that had bought our shares should be their asset

11  management company; should not be the security

12  company.

13  BY MR. HERMAN:

14      Q      Under disclosure of interest in the

15  directors' report regarding substantial shareholders,

16  to your recollection was JPMorganChase & Company

17  listed as a substantial shareholder?

18              MR. VEJNOSKA:  Objection, vague and

19         ambiguous.

20      A      According to my recollection, it is a

21  comparatively big H shares shareholder, but whether it

22  is listed as a substantial shareholder of H -- of -- I

23  do not have a clear recollection on that.

24  BY MR. HERMAN:

25      Q      Do you have a recollection that Morgan

Confidential - Subject to Further Confidentiality Review

```
 1    Stanley in the directors' report disclosure of

 2    interest was listed as a substantial shareholder of

 3    the company, your company?

 4              MR. VEJNOSKA:  Objection, vague and

 5         ambiguous.

 6       A    Well, the questions regarding Morgan Stanley

 7    is kind of -- well, Morgan Stanley is also in two

 8    parts.  One is that of the investment bank and the

 9    other is that of asset management.  The listing of the

10    part in our annual report was provided to us by Hong

11    Kong Central Security Clearing Company, to which we

12    have no authority to amend.  We can only disclose

13    truthfully.  Therefore, I do not have a clear

14    recollection on that.

15    BY MR. HERMAN:

16       Q    Do you have a recollection that Morgan

17    Stanley was a holder -- a substantial shareholder of

18    H shares in CNBM Company?

19       A    I'm not sure.

20

21

22

23

24              (Discussion Off The Record.)

25              MR. HERMAN:  Go off the record.
```

Confidential - Subject to Further Confidentiality Review

 1                  THE VIDEOGRAPHER:  The time is now 4:32.

 2       Going off the record.

 3                  (Recess Taken From 4:32 p.m. To

 4              4:36 p.m.)

 5                  THE VIDEOGRAPHER:  The time is now 4:36

 6       and we're back on the record.

 7  BY MR. HERMAN:

 8       Q    In July of 2014, did you receive, as a

 9  secretary of CNBM Company, information in e-mail form

10  requesting that CNBM and BNBM advise Taishan with

11  regard to their continued presence, that is, Taishan

12  Gypsum's continued presence, in the litigation of

13  drywall in the United States?

14                  MR. VEJNOSKA:  Objection, vague and

15          ambiguous.

16                  MR. NICKEL:  Objection, form.

17                  MS. YANG:  I'll join.

18       A    I don't understand.

19  BY MR. HERMAN:

20       Q    Did you get any e-mails in 2014 as secretary

21  of CNBM Company relating to Taishan Gypsum not

22  appearing in Judge Fallon's courtroom?

23       A    No.

24       Q    Did CNBM Group provide CNBM Company with

25  information about whether Taishan Gypsum should

Confidential - Subject to Further Confidentiality Review

1    continue to appear in drywall litigation in the United

2    States?

3                    MR. VEJNOSKA:  Objection, vague and

4         ambiguous.

5         A     No.

Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review

1

2

3

4

5

6

7

8

9

10    Q    Was there any other communication, other

11 than the announcement or announcements, to

12 subsidiaries of CNBM regarding the court's order as

13 translated to you by the translator?

14         MR. VEJNOSKA:  Objection, vague and

15      ambiguous, calls for speculation, calls for a

16      legal conclusion.

17    A    No.

18 BY MR. HERMAN:

19    Q    Are you aware of any subsidiary of CNBM that

20 continued to do business in the United States of

21 America after Judge Fallon's order in July of 2014?

22         MR. VEJNOSKA:  Objection, vague and

23      ambiguous, calls for speculation, calls for a

24      legal conclusion.

25    A    When you said "doing business," what kind of

1    business were you referring to?  Can you explain?

2    BY MR. HERMAN:

3       Q     Any kind of business.

4             MR. VEJNOSKA:  Same objections.

5       A     Business consultancy included as well?

6    BY MR. HERMAN:

7       Q     Yes.

8             MR. VEJNOSKA:  Same objections.

9       A     I learned some ever since I became the

10   company's witness, but I did not know that prior to

11   this.

12   BY MR. HERMAN:

13      Q     Are you aware that subsidiaries or related

14   companies to CNBM Company were proceeding in United

15   States courts to assert claims against others between

16   July 17, 2014, and March 25, 2015?

17            MR. VEJNOSKA:  Objection, vague and

18        ambiguous, calls for speculation, calls for a

19        legal conclusion, incorrect standard.

20            Would you mark the question, please.

21      A     Please repeat that.

22            THE INTERPRETER:  The interpreter will

23        repeat.

24      A     I also knew that afterwards.

25            MR. VEJNOSKA:  Mr. Herman, I want you to

Confidential - Subject to Further Confidentiality Review

```
 1          be able to finish your line of questioning.  I
 2          just wanted to point out it's about 5 after 5.
 3                  MR. HERMAN:  I'm going to finish this
 4          line.  Thank you.
 5  BY MR. HERMAN:
 6      Q    Is there some provision in CNBM Company's
 7  corporate documents that states that US companies
 8  cannot assert jurisdiction against CNBM Company in the
 9  United States, but that CNBM-related companies can
10  utilize the United States courts for the company's
11  purposes?
12                  MR. VEJNOSKA:  Objection, foundation,
13          vague and ambiguous, argumentative.
14      A    Not according to my recollection.
15                  MR. HERMAN:  Thank you.  Appreciate you
16          being here.  We thank the translator, we thank
17          the court reporters, we thank counsel, and we
18          thank the Gordon Arata law firm for their
19          hospitality today.  And we'll start at 9:00
20          tomorrow morning.  And we will take the annual
21          reports.  We'll go to -- can we use your
22          conference room and -- on the 39th floor, and
23          we'll try to -- 40th floor.  And we'll try to
24          put those in order so we can go through them
25          tomorrow morning.
```

Confidential - Subject to Further Confidentiality Review

1                THE VIDEOGRAPHER:  Time is 5:06.  This

2          ends media No. 5.  We're going off the record.

3                  (Proceedings Recessed At 5:06 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1                    REPORTER'S CERTIFICATE

 2

 3         This transcript is valid only for a transcript

 4    accompanied by my original signature and original

 5    required seal on this page.

 6         I, Micheal A. Johnson, Certified Court Reporter

 7    (LA Certificate #29025) in and for the State of

 8    Louisiana, as the officer before whom this testimony

 9    was taken, do hereby certify that ZHANGLI CHANG, after

10    having been duly sworn by me upon authority of

11    R.S. 37:2554, did testify as herein before set forth

12    in the foregoing 121 pages; that this testimony was

13    reported by me in the stenotype reporting method, was

14    prepared and transcribed by me or under my personal

15    direction and supervision, and is a true and correct

16    transcript to the best of my ability and

17    understanding; that the transcript has been prepared

18    in compliance with transcript format guidelines

19    required by statute or by rules of the board, and that

20    I am informed about the complete arrangement,

21    financial or otherwise, with the person or entity

22    making arrangements for deposition services; that I

23    have acted in compliance with the prohibition on

24    contractual relationships, as defined by Louisiana

25    Code of Civil Procedure Article 1434
```

Confidential - Subject to Further Confidentiality Review

1   and in rules and advisory opinions of the board;

2   that I have no actual knowledge of any prohibited

3   employment or contractual relationship, direct or

4   indirect, between a court reporting firm and any party

5   litigant in this matter nor is there any such

6   relationship between myself and a party litigant in

7   this matter.  I am not related to counsel or to the

8   parties herein, nor am I otherwise interested in the

9   outcome of this matter.

10

11          Signed this ___ day of _____, 2015.

12

13

14          _____

15          MICHEAL A. JOHNSON, RMR, CRR

16          Certified Court Reporter

17          LA Certified Court Reporter #29025

18

19

20

21

22

23

24

25

```
 1                ACKNOWLEDGMENT OF DEPONENT

 2

 3        I,_____, do hereby

 4   certify that I have read the foregoing pages and

 5   that the same is a correct transcription of the

 6   answers given by me to the questions therein

 7   propounded, except for the corrections or changes in

 8   form or substance, if any, noted in the attached

 9   Errata Sheet.

10

11        _____

12        ZHANGLI CHANG                    DATE

13

14   Subscribed and sworn to before me this

15   _____ day of _____, 20 _____.

16   My commission expires: _____

17

18   Notary Public

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

1                    — — — — — —

2                      ERRATA

                     — — — — — —

3

4    PAGE   LINE    CHANGE/REASON

5    _____  _____  _____

6    _____  _____  _____

7    _____  _____  _____

8    _____  _____  _____

9    _____  _____  _____

10   _____  _____  _____

11   _____  _____  _____

12   _____  _____  _____

13   _____  _____  _____

14   _____  _____  _____

15   _____  _____  _____

16   _____  _____  _____

17   _____  _____  _____

18   _____  _____  _____

19   _____  _____  _____

20   _____  _____  _____

21   _____  _____  _____

22   _____  _____  _____

23   _____  _____  _____

24   _____  _____  _____

25   _____  _____  _____

Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3    ****************************************************

 4    IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

      DRYWALL PRODUCTS LIABILITY

 5    LITIGATION               SECTION:  L

 6    THIS DOCUMENT APPLIES TO     JUDGE FALLON

      ALL CASES

 7                             MAG. JUDGE WILKINSON

 8    ****************************************************

 9

             CONFIDENTIAL - SUBJECT TO FURTHER

10               CONFIDENTIALITY REVIEW

11               Saturday, June 6, 2015

12                   — — —

13

14        Videotaped 30(b)(6) Deposition of CHINA

15    NATIONAL BUILDING MATERIALS COMPANY LIMITED ("CNBM")

16    through the testimony of ZHANGLI CHANG, VOLUME 2, held

17    at Gordon Arata McCollam DuPlantis & Eagan LLC, 201

18    St. Charles Avenue, Suite 4000, New Orleans,

19    Louisiana, commencing at 9:07 a.m., on the above date,

20    before Micheal A. Johnson, Certified Court Reporter

21    (#29025), Registered Merit Reporter and Certified

22    Realtime Reporter.

23                   — — —

24            GOLKOW TECHNOLOGIES, INC.

         877.370.3377 ph | 917.591.5672 fax

25               deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR THE PLAINTIFF CLASS:
 3         HERMAN HERMAN & KATZ LLC
           BY:  RUSS M. HERMAN, ESQUIRE
 4              rherman@hhklawfirm.com
                JENNIFER J. GREENE, ESQUIRE
 5              jgreene@hhklawfirm.com
           820 O'Keefe Avenue
 6         New Orleans, Louisiana 70113
           (504) 581-4892
 7
 8         LEVIN FISHBEIN SEDRAN & BERMAN
           BY:  SANDRA L. DUGGAN, ESQUIRE
 9              sduggan@lfsblaw.com
                ARNOLD LEVIN, ESQUIRE
10              alevin@lfsblaw.com.
                MATTHEW C. GAUGHAN, ESQUIRE
11              mgaughan@lfsblaw.com
           510 Walnut Street, Suite 500
12         Philadelphia, Pennsylvania 19106
           (215) 592-1500
13
14         IRPINO LAW FIRM
           BY:  PEARL A. ROBERTSON, ESQUIRE
15              probertson@irpinolaw.com
           2216 Magazine Street
16         New Orleans, Louisiana 70130
           (504) 525-1500
17
18         GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
           BY:  RACHEL A. STERNLIEB, ESQUIRE
19              rsternlieb@gainsben.com
           1100 Poydras Street, Suite 2800
20         New Orleans, Louisiana 70163-2800
           (504) 522-2304
21
22         LAMBERT AND NELSON PLC
           BY:  HUGH P. LAMBERT, ESQUIRE
23              hlambert@thelambertfirm.com
           701 Magazine Street
24         New Orleans, Louisiana 70130-3629
           (504) 581-1750
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR TAISHAN GYPSUM COMPANY:
 3        ALSTON & BIRD LLP
          BY:  CHUNLIAN YANG, ESQUIRE
 4             lian.yang@alston.com
          950 F Street, N.W.
 5        Washington, D.C. 20004-1404
          (202) 239-3300
 6
 7   COUNSEL FOR BNBM DEFENDANTS:
 8        DENTONS US LLP
          BY:  MATTHEW T. NICKEL, ESQUIRE
 9             matt.nickel@dentons.com.
          2000 McKinney Avenue, Suite 1900
10        Dallas, Texas 75201-1858
          (214) 259-0976
11
12        PHELPS DUNBAR LLP
          BY:  HARRY ROSENBERG, ESQUIRE
13             harry.rosenberg@phelps.com
          365 Canal Street, Suite 2000
14        New Orleans, Louisiana 70130-6535
          (504) 566-1311
15
16   COUNSEL FOR CNBM DEFENDANTS:
17        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  L. CHRISTOPHER VEJNOSKA, ESQUIRE
18             cvejnoska@orrick.com
               ANDREW K. DAVIDSON, ESQUIRE
19             adavidson@orrick.com
               JASON M. WU, ESQUIRE
20             jmwu@orrick.com
          405 Howard Street
21        San Francisco, California 94105-2669
          (415) 773-5916
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR CNBM DEFENDANTS:
 3
         ORRICK HERRINGTON & SUTCLIFFE LLP
 4       BY:  XIANG WANG, ESQUIRE
              xiangwang@orrick.com
 5       5701 China World Tower
         No. 1 Jianguomenwai Avenue
 6       Beijing 100004
         People's Republic of China
 7       +86 10 8595 5668
 8
         GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLP
 9       BY:  EWELL E. EAGAN, JR., ESQUIRE
              eeagan@gordonarata.com
10       201 St. Charles Avenue, Suite 4000
         New Orleans, Louisiana 70170-4000
11       (504) 582-1111
12
     COUNSEL FOR THE STATE OF LOUISIANA:
13
         PERKINS COIE LLP
14       BY:  CRAIG M.J. ALLELY, ESQUIRE
              callely@perkinscoie.com
15       1900 Sixteenth Street, Suite 1400
         Denver, Colorado 80202-5255
16       (303) 291-2304
17
18   ALSO PRESENT:
19       SUNNY WANG, MANDARIN INTERPRETER
20       CALDER GABROY
21       DARNELL BROWN, VIDEOGRAPHER
22                    — — —
23
24
25
```

Confidential - Subject to Further Confidentiality Review

1                         INDEX

                    ZHANGLI CHANG

2                    June 6, 2015

3

4        PROCEEDINGS                              130

5

6    EXAMINATION OF ZHANGLI CHANG:

7            BY MR. HERMAN              141

8

9        REPORTER'S CERTIFICATE               231

10

11

12        INFORMATION REQUESTED BY COUNSEL FOR CNBM

13                  Page 155, Line 5

                    Page 159, Line 5

14                  Page 175, Line 25

                    Page 199, Line 13

15                  Page 203, Line 16

                    Page 205, Line 15

16                  Page 212, Line 8

                    Page 215, Line 22

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1                   DEPOSITION EXHIBITS
                        ZHANGLI CHANG
 2                       June 6, 2015
 3
 4    NUMBER                 DESCRIPTION              MARKED
 5    Exhibit 4      2005 Annual Report of China       218
                     National Building Material
 6                   Company Limited
                     (English Version)
 7
      Exhibit 4-A    2005 Annual Report of China       218
 8                   National Building Material
                     Company Limited
 9                   (Chinese Version)
10    Exhibit 5      2006 Annual Report of China       139
                     National Building Material
11                   Company Limited
                     (English Version)
12
      Exhibit 5-A    2006 Annual Report of China       139
13                   National Building Material
                     Company Limited
14                   (Chinese Version)
15    Exhibit 6      2007 Annual Report of China       138
                     National Building Material
16                   Company Limited
                     (English Version)
17
      Exhibit 6-A    2007 Annual Report of China       138
18                   National Building Material
                     Company Limited
19                   (Chinese Version)
20    Exhibit 7      2008 Annual Report of China       137
                     National Building Material
21                   Company Limited
                     (English Version)
22
      Exhibit 7-A    2008 Annual Report of China       137
23                   National Building Material
                     Company Limited
24                   (Chinese Version)
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                      DEPOSITION EXHIBITS
                           ZHANGLI CHANG
 2                          June 6, 2015
 3
 4    NUMBER              DESCRIPTION              MARKED
 5    Exhibit 8       2009 Annual Report of China    136
                      National Building Material
 6                    Company Limited
                      (English Version)
 7
      Exhibit 8-A     2009 Annual Report of China    136
 8                    National Building Material
                      Company Limited
 9                    (Chinese Version)
10    Exhibit 9       2010 Annual Report of China    135
                      National Building Material
11                    Company Limited
                      (English Version)
12
      Exhibit 9-A     2010 Annual Report of China    135
13                    National Building Material
                      Company Limited
14                    (Chinese Version)
15    Exhibit 10      2011 Annual Report of China    134
                      National Building Material
16                    Company Limited
                      (English Version)
17
      Exhibit 10-A    2011 Annual Report of China    134
18                    National Building Material
                      Company Limited
19                    (Chinese Version)
20    Exhibit 11      2012 Annual Report of China    133
                      National Building Material
21                    Company Limited
                      (English Version)
22
      Exhibit 11-A    2012 Annual Report of China    134
23                    National Building Material
                      Company Limited
24                    (Chinese Version)
25
```

```
 1                      DEPOSITION EXHIBITS
                          ZHANGLI CHANG
 2                        June 6, 2015
 3
 4     NUMBER                   DESCRIPTION            MARKED
 5     Exhibit 12       2013 Annual Report of China      132
                        National Building Material
 6                      Company Limited
                        (English Version)
 7
       Exhibit 12-A     2013 Annual Report of China      132
 8                      National Building Material
                        Company Limited
 9                      (Chinese Version)
10     Exhibit 13       2014 Annual Report of China      131
                        National Building Material
11                      Company Limited
                        (English Version)
12
       Exhibit 13-A     2014 Annual Report of China      132
13                      National Building Material
                        Company Limited
14                      (Chinese Version)
15     Exhibit 13-X     Shareholding Structure of the    163
                        Group
16                      (Chinese Version)
17     Exhibit 13-Z     Shareholding Structure of the    163
                        Group
18                      (English Version)
19
20
21
22
23
24
25
```

```
 1                     PROCEEDINGS

 2              (June 6, 2015 at 9:07 a.m.)

 3              THE VIDEOGRAPHER:  We're now on the

 4      record.  My name is Darnell Brown and I'm the

 5      videographer for Golkow Technologies.  Today's

 6      date is June 6th, 2015, and the time is 9:07.

 7              This video deposition is being held in

 8      New Orleans, Louisiana, in the matter of Chinese

 9      Drywall.  And this is the continuing deposition

10      of Zhangli Chang.

11              Mr. Chang, I just want to remind you

12      that you're still under oath.

13              Counsel, you may begin.

14              MR. HERMAN:  I'd like to distribute to

15      counsel for CNBM Company, Limited, Taishan's

16      counsel -- does Taishan have a counsel here?

17              MS. YANG:  I'm right here.

18              MR. HERMAN:  Oh, yes, you are -- and

19      Taishan's counsel and BNBM's counsel the 2014

20      annual report of China National Building

21      Material Company, Limited.  Let's do that right

22      now as quickly as we can, please.

23              For the record, we're distributing that

24      in English and Chinese and we will identify it

25      for the record once everyone has it before them,
```

Confidential - Subject to Further Confidentiality Review

```
 1            and I will give counsel for CNBM an extra copy

 2            of each so that his witness, the translator has

 3            a copy, et cetera.

 4                   MR. VEJNOSKA:  Thank you, Mr. Herman.

 5                   MR. HERMAN:  You're welcome.  And your

 6            colleague also -- I hope by the time it's

 7            distributed, your colleague also has it in

 8            Chinese, which may facilitate him also.

 9                   MR. VEJNOSKA:  Thank you very much.

10                   MR. HERMAN:  You're welcome.

11                   (C:6/5/15-6/7/15 Exhibit 13 marked.)

12                   MR. HERMAN:  Exhibit 13, C prefix, is

13            the 2014 Annual Report of China National

14            Building Material Company, Limited.  It's Bates

15            numbered beginning on the cover at 3662 in

16            English and 3883 is the last page.

17                   And I'm going to give a further

18            identification so that if there're Bates number

19            problems with the English or Chinese, you'll

20            find it.  And I'll also refer during any

21            questioning to the page number in the original

22            report.

23                   In reviewing these last night, it

24            confirmed what we were talking about yesterday

25            with my colleagues that the page number in Roman
```

```
 1          numerals on both the English and the Chinese is

 2          identical.  For example, page 1 on Exhibit 13,

 3          if you turn to page 1 on Exhibit 13-A, which is

 4          the Chinese, they're identical and so on.  So

 5          even if the Bates number somehow can't be read,

 6          the page number that I'll refer to in

 7          questioning, it will be very clear.

 8                  (C:6/5/15-6/7/15 Exhibit 13-A marked.)

 9                  MR. HERMAN:  Exhibit 13-A is Bates

10          number on the cover 3884 through 4105.  And the

11          page number on Exhibit 13 in English at page 220

12          is identical to page number 220 on the Chinese

13          version.

14                  Does the translator have both English --

15                  THE INTERPRETER:  I need an English

16          version.  Thank you.

17                  MR. HERMAN:  Chris, you have it in

18          English?

19                  MR. VEJNOSKA:  Yes.

20                  MR. HERMAN:  And your witness and your

21          colleague have it in Chinese?

22                  MR. VEJNOSKA:  Yes.

23                  (C:6/5/15-6/7/15 Exhibit 12 marked.)

24                  (C:6/5/15-6/7/15 Exhibit 12-A marked.)

25                  MR. HERMAN:  Let's do Exhibit 2013 --
```

1    I'm sorry, Exhibit 2013 of the CNBM report.

2    Let's distribute that and identify it for the

3    record.

4         And while we're doing that, for the

5    witness and for counsel, any questions I ask are

6    going to start with Exhibit 2014.  The 2013

7    annual report of China National Building

8    Material Company, Limited, is identified as

9    Exhibit C 12.  The Chinese of that China

10   National Building Material Company, Limited,

11   annual report of 2013 is 12-A.

12        The English version begins with Bates

13   number C -- sorry, begins with Bates number

14   3226, and the last page is Bates number 3443;

15   and, again, I'm going to turn to the first page

16   of Exhibit 12, and Exhibit 12-A is Bates number

17   3444 and ends with exhibit [sic] number 3661,

18   and the last numbered page is 216 in the Chinese

19   version of 12-A.  And the last page in the

20   English version of Exhibit 12 is 216.

21        At this point I want to make sure that

22   counsel, counsel's colleague and the witness and

23   the translator each have Exhibit 12-A and that

24   the translator also has Exhibit 12.

25        (C:6/5/15-6/7/15 Exhibit 11 marked.)

Confidential - Subject to Further Confidentiality Review

1           (C:6/5/15-6/7/15 Exhibit 11-A marked.)

2           MR. HERMAN:  At this time let's

3    distribute China National Building Material

4    Company, Limited, Annual Report 2012 -- Annual

5    Report 2012 of China National Building Material

6    Company, Limited, is Exhibit C 11 in the English

7    version.  It begins with Bates number 2790 and

8    ends with Bates number 3007.  The last numbered

9    page in Roman numerals of Exhibit 11, C 11 is

10   216.

11           The Chinese report of China National

12   Building Material Company, Limited, for 2012 is

13   identified as Exhibit 11-A, and it bears Bates

14   numbers 3008 through 3225, and the last page of

15   each report is page 216.

16           Does the court reporter have it in both

17   English and Chinese?

18           (C:6/5/15-6/7/15 Exhibit 10 marked.)

19           (C:6/5/15-6/7/15 Exhibit 10-A marked.)

20           MR. HERMAN:  Let's distribute the annual

21   report of 2011.  The China National Building

22   Material Company, Limited, 2011 Annual Report is

23   Exhibit C 10 in English, and it begins with

24   Bates number 2354 and concludes with Bates

25   number 2571.  And the last page of the document,

1          in Roman numeral, is 216.

2                    Exhibit 10-A is the Chinese version of

3          China National Building Material Company,

4          Limited, report -- annual report of 2011.  It

5          bears C Exhibit 10-A.  Bates number 2572 is the

6          cover page and ending Bates number is 2789.  The

7          last page of each report, that is, 10 and 10-A,

8          is page 216 in Roman numerals.

9                    Let's -- does the witness and the court

10         reporter have both -- have the Chinese version?

11                   THE INTERPRETER:  Yes.

12                   MR. HERMAN:  The court reporter has

13         both?

14                   THE INTERPRETER:  Yes.

15                   MR. HERMAN:  Let's go to the 2010 Annual

16         Report of China National Building Material

17         Company, Limited.

18                   (C:6/5/15-6/7/15 Exhibit 9 marked.)

19                   (C:6/5/15-6/7/15 Exhibit 9-A marked.)

20                   MR. HERMAN:  The 2010 Annual Report of

21         China National Building Material Company,

22         Limited, is C Exhibit 9 in English, Bates

23         numbers 1926 through 2132, and the last page of

24         Exhibit 9 is 2139.  It is also Roman

25         numeral 212.

Confidential - Subject to Further Confidentiality Review

1           Exhibit 9-A is the 2010 Annual Report of

2      China National Building Material Company,

3      Limited, Exhibit C 9-A, Bates number 2140

4      through 2353.  The last page in Roman numeral is

5      212, 212.

6           (C:6/5/15-6/7/15 Exhibit 8 marked.)

7           (C:6/5/15-6/7/15 Exhibit 8-A marked.)

8           MR. HERMAN:  Let's distribute the Annual

9      Report 2009.  And while we're doing that, I want

10     to make sure that the court reporter has it in

11     both English and Chinese, that the witness has

12     the Chinese version of Exhibit 9-A.

13           THE WITNESS:  Yes.

14           MR. HERMAN:  Exhibit 8 is the 2009

15     Annual Report of China National Building

16     Material Company, Limited, in English.

17     Exhibit 8-A is the 2009 Annual Report of China

18     National Building Material Company, Limited, in

19     Chinese.  Exhibit C 8 begins on the cover with

20     Bates number 1514 and ends with the Bates number

21     1719, and the last page is 204.  That's

22     Exhibit 8 in English.

23           In Chinese, the exhibit is C 8-A, the

24     2009 Annual Report of China National Building

25     Material Company, Limited.  Exhibit 8-A -- it's

Confidential - Subject to Further Confidentiality Review

1          Exhibit C 8-A, Bates number 1720 through Bates

2          number 1925.  The last page of Exhibit 8 and

3          Exhibit 8-A in Roman numerals is 204.

4                  The court reporter has both versions?

5                  THE INTERPRETER:  Yes.

6                  MR. HERMAN:  The translator has -- I'm

7          sorry, the translator has both versions?

8                  THE INTERPRETER:  Yes.

9                  MR. HERMAN:  And the witness has the

10         Chinese version; is that correct?

11                 THE WITNESS:  Yes, I do.

12                 (C:6/5/15-6/7/15 Exhibit 7 marked.)

13                 (C:6/5/15-6/7/15 Exhibit 7-A marked.)

14                 MR. HERMAN:  Distribute now the China

15         National Building Material Company, Limited,

16         2008 Annual Report, Exhibit 7 in English,

17         Exhibit 7-A in Chinese.

18                 Exhibit C 7 in English begins with the

19         Bates number 1118 on the cover and ends with the

20         Bates number 1315 on the last page.  The last

21         page in Roman numerals is 196.

22                 Exhibit C 7-A in Chinese of the annual

23         report of China National Building Material

24         Company, Limited, in 2008 is Bates number 1316

25         through Bates number 1513, and in Roman numeral

```
 1            at the top, the last page is page 196.

 2                    And I want to check to make sure that

 3            the translator has both 7-A and 7 and the

 4            witness has 7-A.

 5                    THE WITNESS:  Yes.

 6                    (6/5/15-6/7/15 Exhibit 6 marked.)

 7                    (6/5/15-6/7/15 Exhibit 6-A marked.)

 8                    MR. HERMAN:  Distribute now Exhibit

 9            No. 6 in English, the CNBM Company, Limited,

10            Annual Report for 2007, and in Chinese the 2007

11            CNBM Company, Limited, report as Exhibit 6-A.

12                    MR. VEJNOSKA:  Can we go off the record

13            for just a second?

14                    THE VIDEOGRAPHER:  Time is 9:29 a.m.

15            We're going off the record.

16                    (Recess Taken From 9:29 a.m. To

17                    9:29 a.m.)

18                    THE VIDEOGRAPHER:  The time is now 9:29.

19            We're back on the record.

20                    MR. HERMAN:  Exhibit 6 is the China

21            National Building Material Company, Limited,

22            Annual Report of 2007 in English.  The Bates

23            number on the cover is 782.  That ending Bates

24            number is 949.  The last page in Roman numerals

25            is 166.  That's the English version.
```

Confidential - Subject to Further Confidentiality Review

1             In Chinese the exhibit is 6-A, Bates

2        number 950 through 1117.  The beginning -- the

3        last page in Roman numerals is 166.  I hand

4        Exhibit 6-A to counsel.

5             MR. VEJNOSKA:  Thank you, sir.

6             MR. HERMAN:  The translator and the

7        witness have that Exhibit 6-A in Chinese; is

8        that correct?

9             THE WITNESS:  Yes.

10             MR. HERMAN:  And the translator has

11        Exhibit 6 also in English, correct?

12             THE INTERPRETER:  Yes.

13             (C:6/5/15-6/7/15 Exhibit 5 marked.)

14             (C:6/5/15-6/7/15 Exhibit 5-A marked.)

15             MR. HERMAN:  We'll now distribute China

16        National Building Material Company, Limited,

17        Annual Report for the year 2006.  The version in

18        English is Exhibit 5, in Chinese Exhibit 5-A.

19             Exhibit 5 in English of the 2006 annual

20        report of China National Building Material

21        Company, Limited, on the cover the Bates number

22        is 4106.  The last page is exhibit number -- I'm

23        sorry, is Bates number 4243.  And the last page

24        at the top left corner of Exhibit 5 is, in Roman

25        numerals, page 136.

1               MR. VEJNOSKA:  That's actually English.

2       That's Pearl's.

3               MR. HERMAN:  That's why any lawyer who

4       wants to look halfway decent needs at least

5       three assistants to keep them straight.

6               The Chinese version of Exhibit 5 --

7       strike that.

8               The Chinese version of Exhibit 5-A, the

9       2006 annual report, begins at Bates number 644,

10      concludes at 781, and the Roman numeral last

11      page is page 136 of Exhibit 5-A.

12              And I'll ask if the translator and the

13      witness have Exhibits 5-A, 2006 annual report?

14              THE WITNESS:  Yes.

15              MR. HERMAN:  And the translator also has

16      it in English?

17              THE INTERPRETER:  Yes.

18              MR. HERMAN:  And I hand to counsel a

19      copy in Chinese.

20              Fees of handling -- I would like -- the

21      witness understands the witness is still under

22      oath?

23              THE WITNESS:  Yes.

24              MR. HERMAN:  After I make this

25      statement, with counsel's permission, I want to

Confidential - Subject to Further Confidentiality Review

```
1          recess for a bit.  I am going to -- I am going
2          to advise counsel that I'll begin questioning
3          the witness from the 2014 annual report,
4          exhibit --
5                    MR. VEJNOSKA:  13.
6                    MR. HERMAN:  -- Exhibit 13-A in Chinese
7          and 13 in English.  I am then going to question
8          the witness from the annual report of
9          Exhibit 9-A in Chinese for 2010.  I am then
10         going to question the witness next from the
11         annual report of 2012, Exhibit 11 in English,
12         Exhibit 11-A in Chinese.  And assuming we have
13         enough time, sometime today I'll question the
14         witness next on the 2006 annual report,
15         Exhibit 5 in English, Exhibit 5-A in Chinese.
16                    I would like to ask the witness a couple
17         of preparatory questions.
18                              EXAMINATION
19    BY MR. HERMAN:
20         Q     Good morning, sir.
21         A     Hello.
22         Q     Before your deposition, did you have an
23    opportunity to review Exhibit 13-A, the annual report
24    of 2014?
25         A     Yes.
```

1     Q     In preparation for your deposition, did you

2   have an opportunity to review the annual report for

3   2012, Exhibit 11-A?

4     A     Yes.

5     Q     And in preparation for your deposition, did

6   you have an opportunity to review Exhibit 9-A, the

7   annual report of 2010?

8     A     Yes.

9     Q     And in preparation for your deposition, did

10  you have an opportunity to review the annual report

11  for 2006, 5-A?

12    A     Yes.

13    Q     And I'll ask you, in preparation for your

14  deposition, did you have an opportunity to review the

15  annual reports of China National Building Material

16  Company, Limited, for all the years of the annual

17  reports which have been identified thus far today?

18    A     Yes.

19          MR. HERMAN:  At this time, Counsel, with

20       your permission, we'll take -- I believe we can

21       speed this along if we take a half-hour recess

22       where -- in which counsel for CNBM can make sure

23       that, particularly, the exhibits 2014 annual

24       report, the 2010 annual report, the 2012 annual

25       report and the 2006 annual report are matched so

```
 1          that I haven't neglected really to describe

 2          properly that these reports match, and so that

 3          counsel may have an opportunity to talk to the

 4          witness generally.  There's no question pending,

 5          so I have no objection to whatever discussions

 6          counsel may want to have with the witness during

 7          this recess.  Is this an okay procedure for us

 8          to follow?

 9               MR. VEJNOSKA:  Yes.  We will do our best

10          in that time to compare -- as I understand,

11          you're asking us to compare the English to the

12          Chinese versions, in particular, of these four

13          exhibits.  We'll do that.  We don't need time to

14          talk to the witness about them.  He's prepared

15          to answer your questions, but half an hour is

16          fine.

17               MR. HERMAN:  Okay.

18               MR. VEJNOSKA:  We'll do our best in that

19          time.

20               MR. HERMAN:  It may be, because I am

21          going to have questions about the other annual

22          reports, if there's sufficient time, you may

23          want to compare the others.

24               MR. VEJNOSKA:  May I ask you a question?

25               MR. HERMAN:  Certainly.
```

1            MR. VEJNOSKA:  It will facilitate our

2       review.  Can you tell me, did you download the

3       English versions and the Chinese versions from

4       the Hong Kong Stock Exchange website?

5            MR. HERMAN:  Yes.

6            MR. VEJNOSKA:  And you downloaded them

7       at, I assume, generally the same time --

8            MR. HERMAN:  Same day.

9            MR. VEJNOSKA:  Same day.

10           MR. HERMAN:  Same sitting, yes.

11           MR. VEJNOSKA:  Okay.  And you did this

12      recently?

13           MR. HERMAN:  Well, you say recently.  It

14      certainly has been -- it's been in the last

15      three weeks.

16           MR. VEJNOSKA:  I'm enjoying being able

17      to depose you, Mr. Herman.  This is terrific.

18           MR. HERMAN:  Listen, I -- you know, I --

19           MR. LEVIN:  You want to turn him over to

20      me next.

21           MR. HERMAN:  It's okay.  I find that you

22      are an extraordinarily talented counsel and it's

23      very easy to answer the questions, if you've

24      asked, and I'm enjoying it.

25           MR. VEJNOSKA:  I warn you, I'm half

1    Irish, so I --

2              MR. HERMAN:  I'm going to warn you.

3              MR. VEJNOSKA:  I know about the Blarney

4    stone.

5              MR. HERMAN:  I've kissed the stone.

6              MR. VEJNOSKA:  Literally.

7              MR. HERMAN:  And I will not further

8    elaborate about any lip service.

9              MR. VEJNOSKA:  Any other activities with

10   the stone.

11             MR. HERMAN:  Yeah.

12             MR. VEJNOSKA:  All right.  That's good.

13   My question is --

14             MR. LEVIN:  Incidentally, this is all on

15   the record.

16             MR. VEJNOSKA:  Yes, I understand that.

17   And I don't believe I have said anything

18   compromising.

19             MR. LEVIN:  Not yet.

20             MR. VEJNOSKA:  Not yet.  My question

21   about the timing of downloading was just -- you

22   know, "recent" is a relative term.  I understand

23   that.  But if you downloaded them in 2012,

24   that's one thing; if you downloaded them in the

25   last month or so, that's something else.

Confidential - Subject to Further Confidentiality Review

```
1                MR. HERMAN:  I can assure you they've

2         all been downloaded certainly in the last month.

3                MR. VEJNOSKA:  Okay.

4                MR. HERMAN:  There's no question about

5         that.

6                MR. VEJNOSKA:  Then I will tell you with

7         that representation, I don't believe we will

8         have any problem matching them in the sense of

9         taking your word as an officer of the court

10        that -- how you have done this.  We will take

11        the time that you've graciously allotted us to

12        just flip through these and look at these.

13               Obviously to try to match them truly is

14        going to be a very lengthy period, but this is

15        why, as we corresponded before, if they are

16        from -- all from the stock exchange, I don't

17        expect that they have changed over time.  And if

18        they're -- at the same time I fully expect that

19        they are -- they just are what they appear to

20        be.

21               MR. HERMAN:  I will also represent that

22        the Chinese citizen who has a master's degree

23        from Tulane University has been employed by the

24        Plaintiffs Steering Committee since 2010, at

25        least since 2010, and in the last week has
```

Confidential - Subject to Further Confidentiality Review

1    checked to make sure that our Chinese and

2    English versions are the same versions which

3    were downloaded from www.hkex.com.hk.

4           MR. VEJNOSKA:  And then obviously I am

5    expecting and truly hoping that we're not going

6    to talk about each and every page of each and

7    every one of these reports.  So as we go through

8    them, we'll do our best on the fly to also look

9    and match as we go.  Is that acceptable?

10          MR. HERMAN:  It is only acceptable

11   because I gave a commitment to you, Counsel,

12   that we would end this portion of the deposition

13   on Sunday early so that folks could catch a

14   plane.

15          MR. VEJNOSKA:  Okay.

16          MR. HERMAN:  And even though I'm not

17   under oath, I think you'll find during this case

18   that I keep my word.

19          MR. VEJNOSKA:  I've had no different

20   experience to date.

21          THE VIDEOGRAPHER:  Time is now 9:45.

22   We're going off the record.

23          (Recess Taken From 9:45 a.m. To

24          10:19 a.m.)

25          THE VIDEOGRAPHER:  Time is now 10:19 and

Confidential - Subject to Further Confidentiality Review

1          we're back on the record.

2                  MR. VEJNOSKA:  Just for the purposes of

3          the record and to be transparent about the

4          process so that there's no question about where

5          we stand on this, we spent the last twenty-some

6          minutes, 25 minutes maybe, doing just a random

7          comparison of pages that's -- of the four annual

8          reports that you said you're going to start

9          with, 2014, 2010, 2012 and 2006.  And as I said,

10         what we did was we just looked at random pages.

11         And I will represent, by the way, although there

12         is no question pending, but we did not speak to

13         the witness at all about these.  Although I

14         agree with you it certainly was our right to do

15         so.

16                 We saw in some some -- when we looked at

17         them, some questions about, for instance,

18         translations.  We saw some places where it says

19         "connected transactions" but the translation

20         seems to say "related transactions," whatever.

21         We'll deal with those if we get to those as we

22         go through.

23                 The 2012 reports, the pagination on the

24         English version is incorrect.  The Chinese

25         version is fine.  The English version goes

Confidential - Subject to Further Confidentiality Review

1     pages 1 through 20, then page 78, 79, 80, 92,

2     107 through 109, 125, 164 --

3          MR. HERMAN:  What we'll do, Counsel --

4          MR. VEJNOSKA:  But I assume these are

5     just maybe pages that accidentally got pulled

6     through the front.  And to tell you the truth,

7     as long as the -- as long as at some point

8     you'll confirm that the official exhibit is

9     correct, I'm sure that I can follow along on

10     this.  And I'll just say to whoever did this

11     work, this had to be a herculean task to get

12     done overnight so I certainly understand how

13     errors could be made.  I'm -- and mispagination

14     is just not a very big deal, but since you did

15     ask us to look, I did just want to be clear.

16          MS. ROBERTSON:  Do you want to random

17     check this?

18          MR. VEJNOSKA:  No, that's fine.

19          MR. HERMAN:  Before we -- before we

20     begin twenty -- year 2012, which you've just

21     commented on, we will get you a full set

22     paginated correctly for you to review.

23          MR. VEJNOSKA:  Perfect.  So that's all

24     the time that we had to do, but we are prepared

25     to go forward and I don't anticipate any -- any

Confidential - Subject to Further Confidentiality Review

```
 1          problem.  And as we -- I'm sure you're going to
 2          be looking at specific pages and we'll do our
 3          best to make sure as we do that we're all
 4          looking at the same pages in both Chinese and
 5          English.
 6                  MR. HERMAN:  Actually, Counsel, you've
 7          been so cooperative, I was going to question the
 8          witness on every single page.  But in light of
 9          your comment, I've tried to only pick a few
10          pages to question the witness.
11                  MR. VEJNOSKA:  I know that disappointed
12          Mr. Levin greatly.  He wanted every page, didn't
13          you?
14                  MR. LEVIN:  Yes.
15     BY MR. HERMAN:
16      Q    Would you turn to the annual report of China
17     National Building Material Company, Limited, 13-A.
18     I'd direct the witness to page 13 -- on Exhibit 13-A,
19     the 2014 annual report, to the first unnumbered page,
20     Exhibit 38 -- Bates number 3885 in the lower right,
21     the Financial and Business Highlights as of
22     December 31st, 2014.
23                  In this Financial and Business
24     Highlight, who referred or sent the information for
25     inclusion under the title "Gypsum Board, Taishan
```

```
1    Gypsum" near the bottom of the page?

2              MS. YANG:  Objection, form.

3              MR. VEJNOSKA:  Objection, foundation,

4        calls for speculation.

5              MS. YANG:  Objection, form.

6    A    This page is the Financial and Business

7    Highlights according to the audit report prepared by

8    CPA.

9              MR. VEJNOSKA:  Mr. Herman, I'm sorry, I

10       assume we have the same stipulation that an

11       objection by one is an objection by all?

12             MR. HERMAN:  Yes.

13             MR. VEJNOSKA:  Thank you.

14   BY MR. HERMAN:

15   Q    And which CPA firm provided that information

16   for inclusion in the annual report?

17   A    Let me check to see the name.  It is on

18   page 100 of the Chinese version.  The abbreviation of

19   the name of the firm is Baker Tilly Hong Kong.  The

20   full name of the firm appears on page 101.

21             MR. VEJNOSKA:  I move to interpose an

22       objection to foundation.

23   BY MR. HERMAN:

24   Q    Does that name --

25             THE INTERPRETER:  Sorry, the interpreter
```

Confidential - Subject to Further Confidentiality Review

1            is trying to find the corresponding

2            translation -- correct translation for the full

3            name of the CPA firm on the Chinese -- on the

4            English version, and she has not been able to

5            find it so far.

6                    MR. HERMAN:  I'll ask another question

7            that may assist.

8       BY MR. HERMAN:

9            Q     At page 6, Roman numeral VI, of both the

10      English and the Chinese version, in the Chinese

11      version 3891, the international auditor is stated as

12      Baker Tilly Hong Kong, Limited; isn't that correct?

13           A     Correct.

14           Q     And again at page 6, Roman numeral, the

15      domestic auditor is stated as Baker Tilly China,

16      Certified Public Accountants; is that correct?

17           A     It does not say "China."  The firm Baker

18      Tilly certified public accounting's office does have

19      domestic auditors for the Chinese part.

20           Q     Was it the international auditor of Baker

21      Tilly or the domestic auditor of Baker Tilly that

22      provided the financial information in the 2014 annual

23      report?

24           A     International auditor.

25           Q     If you would turn to Roman numeral page VII,

Confidential - Subject to Further Confidentiality Review

1    Bates number 3892, is there also a definition of Baker

2    Tilly China as Baker Tilly China, Certified Public

3    Accountants?

4        A    Yes.

5        Q    And is there also a definition of Baker

6    Tilly HK as Baker Tilly Hong Kong, Limited?  Which

7    of -- did Baker Tilly China certified public

8    accountants provide financial information for the 2014

9    annual report?

10       A    Baker Tilly Hong Kong accounting firm

11   compiled this report according to international

12   accounting rules and regulations as well as

13   requirements of the Hong Kong Exchange.  While the

14   Chinese part of the report was --

15            THE INTERPRETER:  The interpreter needs

16        to clarify with the deponent.

17       A    Baker Tilly China audited according to the

18   rules and regulations of Chinese accounting, which has

19   nothing to do with this.

20   BY MR. HERMAN:

21       Q    When you say "has nothing to do with this,"

22   do you mean nothing to do with the financial

23   information reported in the 2014 annual report of CNBM

24   Company, Limited?

25       A    I would like to re-emphasize that this

1    report, this auditor's report, was prepared by Baker

2    Tilly Hong Kong according to the rules and regulations

3    of international accounting and the requirements of

4    the Hong Kong Exchange.

5        Q    Isn't it true that Baker Tilly Hong Kong

6    also was the auditor according to international rules

7    of BNBM Plc?

8              MR. NICKEL:  Objection, form.

9              MR. VEJNOSKA:  Objection, form.

10       A    BNBM is a Chinese public-traded company.  It

11   compiles its accounting report in accordance with the

12   rules of -- and regulations of Chinese accounting.

13   BY MR. HERMAN:

14       Q    And what company performed that service?

15             MR. VEJNOSKA:  Objection, foundation.

16       A    I don't have a clear recollection on the

17   auditor of BNBM.

18   BY MR. HERMAN:

19       Q    There is certain --

20       A    This is a public information.  You should be

21   able to find it from the Internet.

22       Q    This report, 2014 of CNBM Company, Limited,

23   Exhibit 13-A, reports financial information about

24   BNBM Plc and about Taishan Gypsum.  Where does that

25   information come from that's included in this report?

1     A     Baker Tilly Hong Kong in accordance with the

2   international regulations -- international accounting

3   rules and regulation through its editing on BNBM and

4   Taishan had compiled the report.

5                    MR. VEJNOSKA:  Would you mark the

6        answer, please.

7   BY MR. HERMAN:

8     Q     If you would turn now to Roman numeral

9   page II, Bates number 3887, the information of the

10   first sentence says, "The annual report in both

11   Chinese and English versions is available on the

12   company's website at http://cnbm.wsfg.hk (the 'company

13   website')."

14                    Would you indicate whether that is the

15   same Chinese and English versions of the 2014 annual

16   report that is also published at www.hkex.com.hk?

17     A     Correct.

18     Q     If you would look at the same document, I am

19   going to read from the English version the last

20   clause.  "H share register of the company at

21   cnbm3323-ecom@hk.tricorglobal.com."

22                    If I wanted to find out who the

23   H shareholders were as of the annual report of 2014,

24   could I access the register of CNBM Company, Limited's

25   share register at this printed address?

Confidential - Subject to Further Confidentiality Review

1          MR. VEJNOSKA:  Objection, calls for

2      speculation, vague and ambiguous.

3      A     I would like to give you a brief explanation

4   as for the content here.  Along with the Internet's

5   popularity, in order to decrease the burden of the

6   companies as well as the shareholders, the Hong Kong

7   Exchange had much such a reform.  Before that, each

8   company should mail to individual shareholders the

9   company's annual report through the register of the

10  company.

11             After the reform, however, the

12  shareholders are able to go to the website and

13  download the information.  If requested by the

14  shareholders, the company will mail to them the

15  complete annual report.  After that is the register,

16  which is a representative institution in Hong Kong for

17  the company's H shares.  It is an organization that is

18  in charge of shareholders' information.  If any

19  shareholder requests the annual report, such request

20  can be made to this organization.  As to whether it

21  also serves those shareholders that are -- that hold

22  non-H shares, I'm not sure.

23  BY MR. HERMAN:

24      Q     Would you turn to Roman numeral III, Bates

25  number 3888, Corporate Profile.  I'll read in English

Confidential - Subject to Further Confidentiality Review

1   for the translator the page 3 in English, and then

2   I'll have a question for the witness.  "With parent,

3   BNBMG, CNBM Trading, Cinda and Building Materials

4   Academy, as promoters, the company was converted into

5   a joint stock limited company on 28 March 2005."

6              My question is who is the parent

7   referred to in that sentence?

8              And to be fair with the witness, who

9   has reviewed the document previously at page 10, Bates

10  number 3895, the word "parent" is defined.  And so

11  I'll refine my question.  Is the parent referred to on

12  page Roman numeral III the same entity defined as

13  parent on page 10?

14      A    Yes.

15      Q    So the word "parent" as described on page 3

16  is China National Building Material Company Group --

17  Company Group?  That's wrong.  I'll strike that -- is

18  China National Building Material Group Corporation,

19  correct?

20              THE WITNESS:  Please reinterpret.

21              THE INTERPRETER:  The interpreter will

22        repeat her interpretation.

23      A    It is different from how we call it in

24  Chinese.  In Chinese we call it China National

25  Building Material Company Group, Limited.  I don't

1    know whether it is an issue with translation or not.

2    Please compare that with our English version.  The

3    English version has the complete abbreviation of the

4    name.

5    BY MR. HERMAN:

6        Q    Is the complete -- would you look at

7    page 10, Bates 3666.  I'm sorry, it's page 10 of the

8    Chinese version and it's Bates 3895.  What is the

9    difference between, on the definition page, "parent"

10   and "parent group"?

11       A    There are differences.  Parent refers to the

12   parent itself.  However, parent group refers to parent

13   companies as well as their affiliate companies.

14                  THE INTERPRETER:  Interpreter needs to

15          clarify with deponent.

16                  The interpreter is clarifying with the

17          deponent as for whether each company he had just

18          uttered was in singular form or in plural form

19          because in Chinese there are no differences.

20          The deponent will re-answer the question.

21                  The interpreter re-advised the deponent

22          to please provide the interpreter with whether

23          the company is company or companies each time he

24          mentions the word company.

25                  The deponent just told the interpreter

Confidential - Subject to Further Confidentiality Review

1        that every time he mentions the parent, that it

2        will be parent company, singular form, and every

3        time he mentions affiliate company, it would be

4        affiliate companies, plural.

5                MR. VEJNOSKA:  Would you please mark

6        that.  We don't believe he said affiliate.  He

7        said "subsidiary."

8                THE INTERPRETER:  The interpreter agrees

9        with the correction.

10               MR. VEJNOSKA:  Thank you, ma'am.

11   A    Parents group is referring to the parent

12   company as well as its subsidiary companies not

13   including CNBM.

14   BY MR. HERMAN:

15   Q    I'll ask the witness to turn to page 13,

16   Bates number 3898 of the 2014 annual report titled

17   "Shareholding Structure of the Group, The Simplified

18   Structure of the Group as at 31 December 2014 is set

19   out below."  And for purposes of the record it is

20   Bates number 3898.

21   A    Yes.

22   Q    With counsel's permission, I would like the

23   witness to circle in green all of the parent of CNBM

24   Group's subsidiaries as he understands it.

25               MR. VEJNOSKA:  Objection, calls for

Confidential - Subject to Further Confidentiality Review

```
 1          legal conclusion, vague and ambiguous.

 2                  MR. HERMAN:  Are you instructing the

 3          witness not to --

 4                  MR. VEJNOSKA:  No, of course not.

 5                  MR. HERMAN:  Okay.

 6                  MR. VEJNOSKA:  Mr. Chang, do you

 7          understand what Mr. Herman has asked you to do?

 8      A     The definition of subsidiaries is in

 9     accordance with the definition given by the CPA and

10     the definition referred to on our annual report.

11     BY MR. HERMAN:

12      Q     The witness has marked in green BNBMG, CNBM

13     Trading, Building Materials Academy and the Company.

14     Is the Company on page Roman numeral XIII the China

15     National Building Material Company, Limited?

16                  I may have misstated the question.

17     I'm going to start over.

18                  There is a single word, "Company," in

19     a box circled -- or in green by the witness.  My

20     question is, does that word "Company" in the box mean

21     China National Building Material Company, Limited?

22      A     Yes.

23                  MR. VEJNOSKA:  Counsel, may I ask, are

24          you going to mark the page you gave him when you

25          asked him to mark on?
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. HERMAN:  Oh, yes.  Not only that,
 2        we'll have it reproduced as it is for counsel
 3        for the record and the witness --
 4              MR. VEJNOSKA:  Great.
 5              MR. HERMAN:  -- once we're -- once we
 6        recess at some point.
 7   A      On page 8 of the Chinese version, you should
 8   also be able to find the definition.
 9   BY MR. HERMAN:
10   Q      Yes.  I'm going to ask with counsel's
11   permission that the witness now -- on page 13, Bates
12   number 3898, with counsel's permission now circle in
13   pink the subsidiaries of China National Building
14   Material Company, Limited.
15   A      Following the same rules that I had just
16   emphasized earlier?
17   Q      Yes.
18              MR. VEJNOSKA:  And object, calls for a
19        legal conclusion.
20              And just so the record is clear, we are
21        using the same page that he just marked in green
22        in response to the prior question?
23              MR. HERMAN:  That is correct.
24              MR. VEJNOSKA:  Thank you.
25   A      I would like to confirm with you that I were
```

1    to mark the subsidiaries of CNBM; is that correct?

2    BY MR. HERMAN:

3        Q      Of CNBM Company, Limited, yes.

4        A      (Witness Complies.)

5                   MR. VEJNOSKA:  I hand it to you, sir.

6                   MR. HERMAN:  For the record, the witness

7            has circled, on the English version I'll state

8            what it is, at page 13, Bates 3676, China United

9            Cement, South Cement, North Cement, Southwest

10           Cement, BNBM Lightweight Building Materials,

11           China Composites, China Triumph Engineering and

12           CNBM Investment.

13       A      Correct.

14                  MR. HERMAN:  We are going to mark and

15           duplicate in color on the English version 13 --

16           Exhibit 13-Z, page 13 of the 2014 report, Bates

17           number 3676.  We are going to make sure that it

18           has the same colors as the witness has marked

19           3898 Bates number, page 13.  And we will also

20           confirm both with counsel for CNBM Material

21           Company, Limited, and we will have them

22           reproduced so that the markings are circled

23           rather than -- in the colors that the witness

24           has designated so that everyone will have a

25           clear understanding who looks at this exhibit in

Confidential - Subject to Further Confidentiality Review

```
1              the future of what the witness has circled.  And

2              we'll name the Chinese version as Exhibit 13-X,

3              Bates number 3898, page Roman numeral XIII.

4                    (Exhibit 13-Z marked.)

5                    (Exhibit 13-X marked.)

6    BY MR. HERMAN:

7        Q    I would like to ask the witness some

8    questions about Exhibit 13-X, the Chinese version that

9    he just circled.

10                   MR. VEJNOSKA:  Mr. Herman -- go ahead.

11                   Two things.  First, I will just say 13-X

12             shows something I probably should've learned in

13             the first grade, which is if you put pink on

14             green, you get orange looks like.  So I trust

15             that will -- you'll figure that out.

16                   And we've been going about an hour, so

17             whenever you reach a convenient point for a

18             break.

19                   MR. HERMAN:  I just have a couple of

20             questions --

21                   MR. VEJNOSKA:  That's fine.

22                   MR. HERMAN:  -- on 13-X and I'm advised

23             we only have 20 minutes of tape left.

24                   MR. VEJNOSKA:  Okay.

25                   MR. HERMAN:  And you and I will figure
```

Confidential - Subject to Further Confidentiality Review

```
 1          out what to do with the 13-Y.

 2                  MR. VEJNOSKA:  Actually I suspect that

 3          greater minds than ours will.  I'm looking at

 4          them, I think.

 5                  MR. HERMAN:  Yes, I would prefer

 6          circles.  It might be easier for all of us.

 7          Thank you.

 8   BY MR. HERMAN:

 9      Q    Would you look at 13-X.  There are a number

10   of companies or entities in small pink boxes.  And I

11   would like to take the first, China United.  Is there

12   some term for those companies such as sister companies

13   or brother companies or grandfather companies?  How

14   are they described?

15                  MR. VEJNOSKA:  Objection, vague and

16          ambiguous, calls for a legal conclusion,

17          foundation.

18      A    Are you referring to these --

19   BY MR. HERMAN:

20      Q    Yes.

21      A    -- these companies?  We usually refer to

22   them as the subsidiaries of China United Cement.

23      Q    And is that true -- is that also how the --

24   it would be referred to for South Cement?

25                  MR. VEJNOSKA:  Same objections.
```

1      A      The same reference.

2    BY MR. HERMAN:

3      Q      And is that how they're referred to for

4    North Cement?

5                  MR. VEJNOSKA:  Same objections.

6      A      Yes.

7    BY MR. HERMAN:

8      Q      And is that how they are referred to for

9    Southwest Cement?

10                  MR. VEJNOSKA:  Same objections.

11      A      Yes.

12    BY MR. HERMAN:

13      Q      And is that how they are referred to for

14    BNBM Lightweight Building Material?

15                  MR. VEJNOSKA:  Same objection.

16      A      Yes.

17    BY MR. HERMAN:

18      Q      And is that how they are referred to for

19    China Composites?

20                  MR. VEJNOSKA:  Same objections.

21      A      I would like to point out that one of those

22    companies is not a subsidiary of China Composites.  By

23    the name of Zhongfu, Z-h-o-n-g-f-u, one word,

24    Shenying, S-h-e-n-y-i-n-g.  It used to be, but it is

25    no longer the subsidiary company.

```
 1   BY MR. HERMAN:

 2       Q     The others are subsidiaries of China

 3   Composites?

 4               MR. VEJNOSKA:  Same objections.

 5       A     Yes, for those that are marked.  But there

 6   is also a place stating other companies which cannot

 7   be confirmed.

 8               MR. HERMAN:  Now would be a good time

 9          for a break, and it is 11 --

10       A     This chart is a chart for the investors.  We

11   call it road map, which is for them to have a general

12   understanding of the company's structure.  When it

13   comes to each specific company, they should refer to

14   the detailed information given following this page in

15   the report.

16               MR. HERMAN:  It's 11:25.  Why don't we

17          break and come back at 12:25.

18               MR. VEJNOSKA:  That's fine.

19               THE VIDEOGRAPHER:  Time is now 11:24.

20          This is the end of media No. 1.  We're going off

21          the record.

22               (Recess Taken From 11:24 a.m. To

23               12:29 p.m.)

24               THE VIDEOGRAPHER:  Time is now 12:29.

25          This is the start of media No. 2, and we're back
```

Confidential - Subject to Further Confidentiality Review

1         on the record.

2    BY MR. HERMAN:

3         Q      Referring to Exhibit 13-X at page 13, Bates

4    number 3898, I would like to ask you a question about

5    the companies that are listed on the same line with

6    China Triumph Engineering.  Are the named companies in

7    the pink boxes subsidiaries of China Triumph

8    Engineering where they appear on the same line as

9    China Triumph Engineering?

10             MR. VEJNOSKA:  Objection, calls for

11         legal conclusion, calls for speculation.

12        A      One of these companies by the name of

13   Beijing Triumph, which has 50 percent on it, I'm not

14   quite sure, but I can go back and check.  Well, I am

15   sure it is one of the subsidiaries.

16   BY MR. HERMAN:

17        Q      Are the other companies on the same line

18   with China Triumph Engineering also subsidiaries?

19        A      I'm not sure, but these companies are the

20   companies that China Triumph Engineering Company holds

21   shares in.

22             MR. VEJNOSKA:  I didn't get in quickly

23         enough.  Objection, calls for legal conclusion,

24         foundation.

25   BY MR. HERMAN:

Confidential - Subject to Further Confidentiality Review

```
1       Q       If we go down the line at China Triumph
2    Engineering, what does the percentage 51 percent
3    .15 -- I'm sorry.  What does 51.15 percent -- what is
4    that meant to indicate next to the arrow pointing to
5    Nanjing Triumph?
6       A       The shareholding percentage, which is that
7    China Triumph Engineering Company holds 51.15 percent
8    of the shares of Nanjing Triumph.
9       Q       Does that indicate to you that Nanjing
10   Triumph is a subsidiary of China Triumph Engineering?
11              MR. VEJNOSKA:  Objection, calls for a
12        legal conclusion, foundation.
13      A       Nanjing Triumph is, in fact, a subsidiary of
14   China Triumph Engineering Company.
15   BY MR. HERMAN:
16      Q       Is --
17              MR. VEJNOSKA:  It's an eye test.
18              MR. HERMAN:  It's a cataract.
19   BY MR. HERMAN:
20      Q       What is the next company following Nanjing?
21   What's the name of that company?
22      A       In Chinese it is called Junxin, J-u-n-x-i-n,
23   Technology.
24      Q       What is the word solar, s-o-l-a-r, in
25   Chinese?
```

```
 1      A     What is the pronunciation supposed to be?  I
 2   don't understand.  How is it supposed to be translated
 3   into?  I don't know.
 4      Q     The company which you just mentioned, is it
 5   a subsidiary of China Triumph Engineering?
 6               MR. VEJNOSKA:  Objection, calls for
 7         legal conclusion, foundation.
 8      A     Yes, it is a subsidiary of China Triumph
 9   Engineering Company and also a subsidiary of BN --
10   rather, CNBM indirectly --
11   BY MR. HERMAN:
12      Q     Is --
13      A     -- as a holding company of --
14               THE INTERPRETER:  The interpreter will
15         start over again.
16               MR. HERMAN:  I apologize.
17      A     Yes, it is a subsidiary of China Triumph
18   Engineering Company and also a subsidiary of CNBM
19   indirectly as a shareholding company.
20   BY MR. HERMAN:
21      Q     Is Shenzhen Triumph a subsidiary of China
22   Triumph Engineering?
23               MR. VEJNOSKA:  Same objections.
24      A     It is a direct subsidiary of China Triumph
25   Engineering and an indirect subsidiary of CNBM.
```

1          MR. VEJNOSKA:  Move to strike

2      nonresponsive portion.

3  BY MR. HERMAN:

4      Q     Is Bengbu Triumph a subsidiary of China

5  Triumph Engineering?

6          MR. VEJNOSKA:  Same objections.

7      A     Bengbu Triumph is a subsidiary of China

8  Triumph Engineering Company.

9  BY MR. HERMAN:

10      Q     Is Triumph Energy Saving a subsidiary of

11  China Triumph Engineering?

12          MR. VEJNOSKA:  Same objections.

13      A     Yes.

14  BY MR. HERMAN:

15      Q     Is Environmental Protection Research

16  Institution a subsidiary of China Triumph Engineering?

17      A     Yes.

18          MR. VEJNOSKA:  Same objections.

19  BY MR. HERMAN:

20      Q     Are there other companies that are

21  subsidiaries of China Triumph Engineering?

22      A     I'm not sure.

23      Q     Is BNBM PNG a subsidiary of CNBM Investment?

24          MR. VEJNOSKA:  Objection, calls for

25      legal conclusion, foundation.

 1      A     Yes.

 2   BY MR. HERMAN:

 3      Q     Is CNBMIT a subsidiary of CNBM Investment?

 4              MR. VEJNOSKA:  Same objections.

 5      A     Yes.

 6   BY MR. HERMAN:

 7      Q     Is CNBMI Logistics a subsidiary of CNBM

 8   Investment?

 9              MR. VEJNOSKA:  Same objections.

10      A     Yes.

11   BY MR. HERMAN:

12      Q     I'll ask you now to look at page 13,

13   Exhibit 13-X, and I want to ask you about China Jushi,

14   J-u-s-h-i, Glass Fiber.  Is it correct that CNBM

15   Company, Limited, owns 33.82 percent of China Jushi?

16      A     Yes.

17      Q     Who owns the other shares of China Jushi?

18      A      For other shares please refer to China

19   Jushi's annual report for accurate information.

20   Besides CNBM there are also Zhejiang, new word,

21   Zhengshi Company, Limited, and Zhencheng, new word,

22   Investment Company, Limited, and Suoruisike Company,

23   Limited, and other A share investors.

24      Q     Where would -- where is -- well, strike

25   that.

1            Is China Jushi Glass Fiber publicly

2    listed?  And when I say "publicly listed," is its

3    annual report -- or its financial records published

4    publicly?

5        A    Yes, it is a public-traded company at

6    Shanghai Stock Exchange.  All the annual reports and

7    announcements are published on the website of Shanghai

8    Stock Exchange.

9        Q    What is that website?

10       A    This is the website of Shanghai Stock

11   Exchange; one of the two biggest stock exchanges in

12   China.  It is very easy to be found.

13       Q    Is Jushi Group a subsidiary of China Jushi

14   Glass Fiber?

15            MR. VEJNOSKA:  Objection, calls for a

16       legal conclusion, foundation.

17       A    Yes.

18   BY MR. HERMAN:

19       Q    Is BNS a subsidiary of China Jushi Glass

20   Fiber?

21            MR. VEJNOSKA:  Same objections.

22       A    Yes.

23            MR. HERMAN:  We will discuss with

24       counsel the proper way to attach to this

25       deposition 13-Z and 13-X as indicated with the

Confidential - Subject to Further Confidentiality Review

```
1              witness' earlier testimony with colored circles.
2    BY MR. HERMAN:
3         Q     I'll ask the witness to turn to corporate
4    information page, Roman numeral IV of the 2014 annual
5    report identified as Bates number 3889.  Are the
6    executive directors listed on page Roman numeral IV
7    the same executive directors today in 2015 as they
8    were at the end of the year 2014?
9         A     Yes.
10        Q     Song Zhiping is chairman of the board of
11   directors of China National Building Material Company,
12   Limited?
13        A     Yes.
14        Q     And you are the executive -- you are the
15   vice president and a director of China National
16   Building Material Company, Limited?
17        A     Yes.
18        Q     And the members of the strategic steering
19   committee that are in the 2014 report, are they the
20   same today?
21        A     Yes.
22        Q     And is Song Zhiping chairman of the
23   strategic steering committee?
24        A     Yes.
25        Q     And on the nomination committee, are those
```

Confidential - Subject to Further Confidentiality Review

```
 1    individuals the same individuals today?

 2        A      Yes.

 3        Q      And Song Zhiping is on that nomination

 4    committee?

 5        A      Yes.

 6        Q      And Tang Yunwei is chairman of the

 7    nomination committee?

 8        A      Yes.

 9        Q      I'm going to hand you -- the witness back

10    Exhibit 13-X.  Is this the nominating committee for

11    directors of China National Building Material Company,

12    Limited?  And I don't mean to confuse the witness.

13    Look at 13-X, and where it says "nomination

14    committee," is this the nominating committee for

15    directors of China National Building Material Company,

16    Limited?

17                MR. VEJNOSKA:  Objection, vague and

18          ambiguous.

19        A      I'll have to take a look at the definitions

20    in the back.  On page 48 of the Chinese version, it

21    states the duties and summary of the work of the

22    nomination committee.  The nomination committee of the

23    company is mainly responsible for formulating

24    procedures and standards for electing the directors of

25    the company, senior management members as well as
```

```
 1    members of remuneration and performance appraisal

 2    committee, the audit committee and the strategic

 3    steering committee, formulating standards for the

 4    directors or supervisors designated to the wholly

 5    owned subsidiaries of the company, formulating

 6    standards for the directors or supervisors designated

 7    or recommended to the controlled subsidiaries of the

 8    company and conducting preliminary review on the

 9    qualifications and conditions of the directors, senior

10    management members, as well as members of the

11    remuneration and performance appraisal committee.  The

12    audit committee and the strategic steering committee,

13    reviewing the qualifications and conditions of the

14    directors or supervisors designated to the wholly

15    owned subsidiaries of the company or the directors or

16    supervisors designated to recommend to the controlled

17    subsidiaries of the company based on the nominations

18    of the chairman of the board and assisting the

19    chairman of the board on submitting relevant matters

20    to the board.

21    BY MR. HERMAN:

22        Q     Is Tang Yunwei, T-a-n-g Y-u-n-w-e-i,

23    chairman of the nominating committee?

24        A     He is the chairman.

25              MR. VEJNOSKA:  Would you please mark the
```

Confidential - Subject to Further Confidentiality Review

1        previous answer.

2    BY MR. HERMAN:

3        Q      Does he hold any position in any other of

4    the entities listed on 13-X?

5        A      Where is it?  The interpreter said 13-X.

6    Mr. Tang Yunwei is the independent director of the

7    company.  Besides Mr. Song Zhiping, the majority of

8    the members of the nomination committee are

9    independent directors.  Independent director is one

10   that does not hold any position in other entities of

11   the company and has no relation to other directors nor

12   hold any other positions.

13       Q      Does Zhao Lihua, Z-h-a-o L-i-h-u-a, hold any

14   executive position in any of the other entities listed

15   on Exhibit 13-X?

16       A      Mr. Zhao Lihua is also an independent

17   director of the company.  Except that he holds a

18   position in this company, he does not hold positions

19   in any other companies listed on the chart.

20       Q      Is it correct that Song Zhiping is not an

21   independent director?

22       A      Correct.

23       Q      Who appoints the indirector -- strike that.

24              Who appoints the indirect directors of

25   the nominating committee?

1              MR. VEJNOSKA:  Objection --

2     BY MR. HERMAN:

3        Q     Strike that.

4              MR. VEJNOSKA:  Want to clean it up?

5        Okay.

6     BY MR. HERMAN:

7        Q     Who appoints the independent directors of

8     the nominating committee?

9              MR. VEJNOSKA:  Objection, vague and

10         ambiguous.

11              THE INTERPRETER:  The interpreter needs

12         to clarify with deponent.

13       A     According to the requirements of Hong Kong

14    Stock Exchange, as well as rules and regulations for a

15    public-listed company and rules and regulations of

16    this company, it is the board of directors that would

17    make a decision on the committees under the board of

18    directors.

19    BY MR. HERMAN:

20       Q     Does that mean that Song Zhiping, Cao

21    Jianglin, Peng Shou, Cui Xingtai and yourself select

22    the nominating committee members?

23       A     The members of this committee was -- in the

24    very beginning was decided by all the members of the

25    board of directors.  It was not decided only by we --

1   the five members.

2       Q    Who else was decided in the decision of the

3   appointment of the nominating committee?  I'll restate

4   it.

5            Who else was involved in the decision

6   of the appointment of the nominating committee?

7       A    All members of the board of directors.

8       Q    Including the nonexecutive directors?

9       A    Correct.

10      Q    And including all of the independent

11  nonexecutive directors?

12      A    Yes.

13      Q    And did each of the executive directors,

14  nonexecutive directors and independent nonexecutive

15  directors each have one vote?

16      A    Yes.

17      Q    And if you will look at the list of

18  nonexecutive directors, Guo C-h-o-m-i-n [sic], Huang,

19  H-u-a-n-g, Anzhong, and Tao, T-a-o, Zheng, Z-h-e-n-g,

20  are any of those nonexecutive directors hold any

21  executive positions in any other entity listed on

22  Exhibit 13-X?

23            THE INTERPRETER:  Would counsel respell

24       the first name?  That's okay.

25            MR. HERMAN:  Capital G-u-o, capital

Confidential - Subject to Further Confidentiality Review

1          C-h-a-o-m-i-n --

2                    THE INTERPRETER:  C-h-o-a?

3                    MR. HERMAN:  C-h-a-o-m-i-n.

4                    MR. VEJNOSKA:  Objection, compound,

5          foundation.

6      A      According to the resume that had been

7      provided to me as well -- which is disclosed in the

8      annual report and based on my own understanding of the

9      status, Mr. Guo Chaomin, G-u-o C-h-a-o-m-i-n, is the

10     vice president of the parent company CNBMG.  Huang

11     Anzhong is also the vice president of the parent

12     company and also the chairman of the board of

13     directors for CNBM Trading.  Mr. Tao Zheng is the

14     general manager of BNBMG.

15     BY MR. HERMAN:

16     Q      Is Shin Fang, S-h-i-n F-a-n-g, an

17     independent nonexecutive director?

18     A      Yes.

19     Q      And is he an employee of any of the other

20     entities listed on Exhibit 13-X?

21     A      Besides this company, he does not hold any

22     position in any other companies.

23     Q      None of the independent nonexecutive

24     directors on the page 4, Bates number 3889, have any

25     employment in any of the companies listed in 13-X; is

Confidential - Subject to Further Confidentiality Review

1    that true?

2        A     The independent nonexecutive directors only

3    hold positions in this company and do not hold any

4    positions in any companies other than this company.

5        Q     Would you turn to page 5, Roman numeral V,

6    Bates number 3890.  Are any members of the audit

7    committee listed on 3890 members or employees of any

8    other company listed on Exhibit 13-X?

9            MR. VEJNOSKA:  Objection, compound,

10        foundation.

11       A     All members of the audit committee are

12   independent directors of the company.  They do not

13   hold any positions in any other companies except in

14   this company.

15   BY MR. HERMAN:

16       Q     Are any of the supervisors listed on Bates

17   number 3890, page 5 of the annual report, holding any

18   other employment in any other company listed on

19   Exhibit 13-X?

20       A     The scope of the question is rather broad.

21   There are three categories I would like to explain to

22   you.  No. 1, the annual report has the resumes of all

23   the supervisors.  Two of them, Mr. Wu Weiku and

24   Mr. Liu Jianwen are independent supervisors.  Besides

25   the positions they hold in this company as

Confidential - Subject to Further Confidentiality Review

```
 1    supervisors, they do not hold any positions in the

 2    companies shown on the organizational structure chart

 3    of the company.

 4        Q    Does Wu --

 5        A    Mr. Wu Jiwei and Ms. Zhou Gouping are

 6    supervisors recommended and nominated by the parent

 7    company.  Mr. Wu Jiwei is the chief CPA of the parent

 8    company.  Ms. Zhou Gouping is the chief legal counsel

 9    and chief economist of the parent company.  Mr. Wu and

10    Ms. Zhou hold -- the positions that I have just

11    mentioned are their daily business name positions.  As

12    whether they hold other positions in other companies,

13    I am not sure.  Ms. Cui Shuhong and Mr. Liu Zhiping

14    are staff representative supervisors and were elected

15    by all the staff of the company as the staff

16    representatives.  Ms. Cui Shuhong is the executive

17    general manager of this company's human resources

18    department.  She does not hold any position above the

19    line of this company.  But for the parts under this

20    company, they may hold positions designated by this

21    company as directors and supervisors, but I do not

22    have a clear recollection of the specifics.

23             Mr. Liu Zhiping is the general manager

24    of this company's investment department, which is

25    similar to Ms. Cui, which is that he does not hold
```

Confidential - Subject to Further Confidentiality Review

1    positions in those companies shown on the chart as

2    above the words this company.  As the representative

3    sent by this company, they may hold positions in this

4    company's subsidiaries.  It is not "they may," it is

5    they do.  They do hold positions, but I do not have a

6    clear recollection on the specifics.

7        Q    You are, as you have said, secretary of the

8    board of directors of China National Building Material

9    Company, Limited, as listed in this annual report and

10   you are one of the two authorized representatives of

11   China National Building Material Company, Limited, as

12   listed in this annual report; is that correct?

13       A    Correct.

14            MR. HERMAN:  We're going to take a

15            15-minute break.  It's been a little more than

16            an hour.  I appreciate your presence.  When we

17            come back, I'll tell you in advance so you may

18            take a look at it with your counsel, I am going

19            to be questioning you from Roman numeral

20            pages VII through XII of the annual report of

21            China National Building Material Company,

22            Limited, in the 2014 annual report.  Thank you.

23            We'll recess.

24            THE VIDEOGRAPHER:  Time is now 1:28.

25            We're going off the record.

Confidential - Subject to Further Confidentiality Review

```
 1              (Recess Taken From 1:28 p.m. To

 2              1:52 p.m.)

 3              THE VIDEOGRAPHER:  Time is now 1:52 and

 4      we're back on the record.

 5   BY MR. HERMAN:

 6      Q    I would like you to turn to Roman numeral

 7   page VII of the 2014 annual report, Bates 3892.  Would

 8   you look at the first page of definitions, and if

 9   there are some definitions you disagree with, would

10   you tell us about them, and if you'd prefer that I go

11   definition by definition, I'll do that.

12      A    All right.

13              MR. VEJNOSKA:  I will object for the

14          record as compound.  I have no objection of

15          doing it this way with proper names.

16              MR. HERMAN:  It may be easier for me

17          just to name the proper names I'm concerned

18          with.

19              MR. VEJNOSKA:  Great.

20              MR. HERMAN:  And the witness can tell me

21          whether the proper names are correct in the

22          parentheses.

23   BY MR. HERMAN:

24      Q    Beijing Triumph, Beijing Triumph Building

25   Materials Engineering Company, Limited?
```

```
 1      A      Correct.

 2      Q      Bengbu Triumph, China Triumph Bengbu

 3   Engineering and Technology Company, Limited?

 4      A      Correct.

 5      Q      BNBM, Beijing New Building Material Public

 6   Limited Company?

 7      A      Correct.

 8      Q      Beijing New Building Material (Group)

 9   Company, Limited, BNBMG?

10      A      Correct.

11      Q      Board, the board of directors of the

12   company?

13      A      Correct.

14      Q      Building Materials Academy, China Building

15   Materials Academy?

16      A      Correct.

17      Q      China Composites, China Composites Group

18   Corporation, Limited?

19      A      Correct.

20      Q      China Fiberglass, China Fiberglass Company,

21   Limited?  China Jushi, China Jushi Company, Limited,

22   formerly known --

23              THE INTERPRETER:  One second please.

24         Yeah, please go on.

25   BY MR. HERMAN:
```

Confidential - Subject to Further Confidentiality Review

1      Q      China Jushi, China Jushi Company, Limited,

2    formerly known as China Fiberglass?

3      A      Correct.

4      Q      China Triumph, China Triumph International

5    Engineering Company, Limited?

6      A      Correct.

7      Q      Page 8, Bates number 3893.  Cinda,

8    C-i-n-d-a, China Cinda Asset Management Company,

9    Limited?

10     A      Yes.

11     Q      CNBM Investment, CNBM Investment Company,

12   Limited?

13     A      Correct.

14     Q      CNBMI Logistics, CNBMI Logistics Company,

15   Limited?

16     A      Correct.

17     Q      CNBMIT, CNBMIT Company, Limited?

18     A      Correct.

19     Q      CNBM Trading, China National Building

20   Materials & Equipment Import and Export Company -- I

21   misstated.  I misstated.  I'll say it again.  CNBM

22   Trading, China National Building Materials & Equipment

23   Import and Export Corporation?

24     A      Correct.

25     Q      Company or CNBM, China National Building

Confidential - Subject to Further Confidentiality Review

 1    Material Company, Limited?

 2        A     Correct.

 3        Q     Controlling shareholder as the meaning

 4    ascribed thereto under the listing rules.  Which

 5    listing rules does this refer to?

 6        A     You'll find the listing rules on page 10

 7    which says the listing rules of the Hong Kong Stock

 8    Exchange.

 9        Q     Yes.  Where would we find the listing rules,

10    that is, the rules governing the listing of securities

11    on the stock exchange, which exist today?

12                  MR. VEJNOSKA:  Objection, foundation,

13          speculation.

14        A     It is public information you can find on the

15    website of Hong Kong Stock Exchange.

16    BY MR. HERMAN:

17        Q     Has the definition of "controlling

18    shareholder" been listed on the Hong Kong Stock

19    Exchange from 2007 to date?

20                  MR. VEJNOSKA:  Objection, foundation,

21          speculation, and compound.

22        A     The Hong Kong Stock Exchange rules, yes.

23    BY MR. HERMAN:

24        Q     Would you turn to Roman numeral page X of

25    the 2014 annual report Bates number 3895.  Jushi

Confidential - Subject to Further Confidentiality Review

 1   Group, the Jushi Group Company, Limited?

 2       A    Correct.

 3       Q    Would you turn to page 11 of the 2014 annual

 4   report, Bates number 3896, promoters.  The initial

 5   promoters of the company, being the parent, BNBMG,

 6   Cinda, the Building Materials Academy, and the CNBM

 7   Trading; is that correct?

 8       A    Correct.

 9       Q    Has the reporting period of CNBM Company,

10   Limited, been from January 1st of each year through

11   December of each year since 2005?

12       A    Perhaps December the 31st.  From January the

13   1st to December the 31st.

14       Q    If you'll turn to page 12, Bates

15   number 3897, Taishan Gypsum, Taishan Gypsum Company,

16   Limited?

17       A    Yes.

18       Q    Page 17 of the 2014 annual report, Bates

19   number 3902 under the heading of Lightweight Building

20   Materials Segment are listed gypsum boards BNBM and

21   gypsum boards Taishan Gypsum.  Did BNBM provide the

22   information on this chart regarding gypsum boards of

23   BNBM?

24       A    Yes.

25       Q    And did Taishan Gypsum provide the

Confidential - Subject to Further Confidentiality Review

```
 1   information about Taishan Gypsum boards?

 2       A     The information listed here regarding

 3   Taishan Gypsum was from BNBM.

 4       Q     Under the title "Glass Fiber and Composite

 5   Materials Segment," the term "Rotor Blade," is that a

 6   manufactured product that contains fiberglass?

 7                 MR. VEJNOSKA:  Objection, beyond the

 8        scope.

 9       A     Correct.

10   BY MR. HERMAN:

11       Q     And is that -- are those fiberglass

12   manufactured products manufactured by Jushi Group or

13   another subsidiary of Jushi?

14       A     I do not know.

15       Q     Could you turn to page 19 of the report

16   of -- annual report of 2014 of CNBM Company, Limited.

17   This report was issued by the chairman of the board of

18   directors of CNBM on March 24th, 2015; is that

19   correct?

20       A     Correct.

21       Q     And if you would turn to page 20 of the 2014

22   annual report.  I don't have the Bates number in front

23   of me of the Chinese --

24                 MR. VEJNOSKA: 3905.

25                 MR. HERMAN:  It's 3905?
```

1    BY MR. HERMAN:

2        Q     3905.  Was Mr. Cao Jianglin president and

3    executive director of China National Building Material

4    Company, Limited, in the year 2014?

5        A     Yes.

6        Q     And was he overall responsible for the

7    production of cement?

8        A     He is not responsible for a specific

9    business.

10       Q     Within his business overview, was he

11   responsible for the overview of the CNBM subsidiary

12   cement companies?

13             MR. VEJNOSKA:  Objection, vague and

14         ambiguous, foundation, legal conclusion.

15       A     What is that?  Can you please repeat.

16   BY MR. HERMAN:

17       Q     Yes.  Do you see the title "Business

18   Overview" under the photograph of Mr. Cao Jianglin?

19       A     Yes.

20       Q     Do you see under "Business Overview,"

21   categories of business segments, major products and

22   services, major operating entities, and direct and

23   indirect equity interest held by the company?

24       A     Yes.

25       Q     Is Cao Jianglin, as president and executive

1    director in 2014 of CNBM Company, Limited, responsible

2    for the overview of the business segments listed on

3    page 20?

4              MR. VEJNOSKA:  Objection, vague and

5         ambiguous.

6    A     For this part Mr. Cao Jianglin made a

7    discussion and analysis on behalf of the company's

8    management, which is different from the report of

9    chairman of the board of directors Mr. Song.  These

10   are two different reports.

11   BY MR. HERMAN:

12   Q     And Mr. Cao Jianglin is responsible for the

13   report at page 20 of the annual report of 2014?

14   A     Mr. Cao Jianglin, as the director, is

15   responsible for the content of the report, but for the

16   content on page 20 was his report only on behalf of

17   the management, including myself, made to the

18   shareholders.

19   Q     Does that report continue to page 40 of the

20   annual report of 2014?

21   A     Yes.

22   Q     Would you turn to page 60 of the annual

23   report of 2014, Bates number 3945?  Do you see the

24   line that says, "substantial shareholders as of 31

25   December 2014"?

1      A     Yes.

2      Q     Would you turn to the next page, page 61.

3   Is it titled "Disclosure of Interest of Substantial

4   Shareholders and Persons Who Have an Interest or Short

5   Position Disclosable under Divisions 2 and 3 of

6   Part XV of the Securities and Futures Ordinance"?

7      A     I see that.

8      Q     Do you see JPMorganChase & Company is the

9   beneficial owner of H shares long?

10     A     Yes.

11     Q     How many shares?

12     A     53286037.

13     Q     Do you see that JPMorganChase & Company is

14   the investment manager of long H shares?

15     A     Yes.

16     Q     Do you see how many shares JPMorganChase --

17   H shares JPMorganChase & Company is investment manager

18   of?

19     A     Yes.

20     Q     How many shares?

21     A     17528000.

22     Q     Do you see that JPMorganChase & Company is

23   custodian of long H shares?

24     A     I see that.

25     Q     How many shares?

Confidential - Subject to Further Confidentiality Review

```
1      A      159874794.

2      Q      Do you see that JPMorganChase & Company is

3   beneficial owner of short H shares?

4      A      Yes, I see that.

5      Q      How many shares?

6      A      6015701.

7      Q      Do you see that JPMorganChase & Company has

8   a lending pool of H shares?

9      A      Yes.

10     Q      How many shares?

11     A      159874794.

12     Q      Would you turn to page 62.  Under

13   "Disclosure of Interest Continued," do you see

14   Citigroup, Inc., C-i-t-i-g-r-o-u-p, Inc.?

15     A      I see that.

16     Q      What is the total of H shares listed for

17   Citigroup, Inc.?  I'm going to strike the question.

18   I'm going to have to do it individually to be fair to

19   the witness.

20            Do you see that Citigroup interest of

21   controlled corporation long H shares?

22     A      Yes.

23            MR. VEJNOSKA:  Mr. Herman, if it will

24       help expedite it, we're willing to stipulate

25       that this document says what you are reading to
```

Confidential - Subject to Further Confidentiality Review

1          the witness under Citigroup.

2                    MR. HERMAN:  We'll accept the

3          stipulation at page 62, that the number of

4          shares listed for Citigroup in the class of

5          shares long and short positions, lending pool

6          positions, capacity, number of shares, along

7          with any notes to the shares, the percentage of

8          relevant class of share capital and the

9          percentage of total share capital is accurate as

10         reported in the 2014 annual report at page 62,

11         Bates number 3947.

12                   THE WITNESS:  Correct.

13    BY MR. HERMAN:

14         Q    Would you turn to page 63, Bates

15    number 3948.  Do you see "Disclosure of Interest

16    Continued"?

17         A    Yes.

18                   MR. HERMAN:  Does counsel want to offer

19         a stipulation that the disclosure of interest of

20         JPMorganChase & Company and those other

21         JPMorgan-related companies at page 63 of the

22         2014 annual report is correct?

23                   MR. VEJNOSKA:  Well, I would offer a

24         stipulation that the document says what it says.

25         I don't think you've been asking this witness or

Confidential - Subject to Further Confidentiality Review

1       can ask the witness if those are correct

2       numbers, but I'm trying to facilitate not

3       needing you to read into the record the entire

4       page.

5               MR. HERMAN:  Well, I believe that the

6       witness has established for the record that the

7       annual reports, 2006 through 2014, that he had

8       responsibility in part for putting these reports

9       together, that he's familiar with them and that

10      he had some editorial capacity.

11  BY MR. HERMAN:

12      Q    And I'll ask the witness, then, to the best

13  of your knowledge and information is the report of

14  JPMorganChase & Company and its related companies at

15  page 63 of the 2014 annual report correct?

16      A    I would like to elaborate.  This part of the

17  content which is information regarding H shares

18  shareholders is the information according to the

19  division 2 and 3 of part XV of the Securities and

20  Futures Ordinance, SFO, for those who have an interest

21  or short position.

22              This part of the information was

23  received through, if you look at page 2, Tricor

24  Investor Services.  I would like to say that the

25  shares hold by the H shares shareholders change.

1    That's No. 1.

2                 THE INTERPRETER:  Interpreter needs to

3          clarify with deponent.

4     A      And they are not the major shareholders of

5    the company either.

6                 THE INTERPRETER:  Interpreter needs to

7          clarify with deponent.

8     A      Honestly, we're not sure about these

9    H shares shareholders in terms of their contact

10   people.  H shares -- I mean, H -- by H shares

11   shareholders, I mean shareholders such as JPMorgan,

12   UBS, Citigroup.  The contact people of those companies

13   may be one of those marked funds.

14                 And the continued part on page 63 was

15   also provided us by the security register company.  We

16   did not do any modifications.  And I will try my best

17   and to the best of my knowledge to answer your

18   questions regarding the content of the report.

19                 MR. VEJNOSKA:  So, Mr. Herman, just to

20          be clear, the stipulation that I'm just trying

21          to offer as to both pages 62 and 63 is, you've

22          been asking him to look at this and read it and

23          you've asked him, does it say what the document

24          says.  And I'm more than willing and happy to

25          try to avoid having to do that by stipulating

Confidential - Subject to Further Confidentiality Review

```
 1          that pages 62 and 63 indeed, as to JPMorgan and

 2          Citigroup, say what they say.  And if you want

 3          to try to elaborate more with the witness about

 4          what he understands as to the source of that,

 5          you certainly may.  And if you don't -- if that

 6          stipulation is not useful to you, then there's

 7          no obligation to accept it obviously.

 8   BY MR. HERMAN:

 9       Q    Would I get better information about the

10   shareholders of JPMorganChase Company, for example, if

11   I were allowed to put them under oath and ask them the

12   same question?

13          MR. VEJNOSKA:  Objection, calls for

14          speculation and at least slightly argumentative.

15       A    My understanding is that JPMorganChase is a

16   very large company and we have only cooperated with

17   one or several of the funds inside of that company,

18   and these funds are also changing.  My personal

19   understanding is the information depicts all.  And the

20   global shareholding status of JPMorgan, frankly, I do

21   not really know about it.

22   BY MR. HERMAN:

23       Q    At page 63, is JPMorganChase & Company

24   listed under substantial shareholders?

25       A    The chart here states substantial
```

Confidential - Subject to Further Confidentiality Review

1    shareholders and persons who have an interest or short

2    position disclosable under the Securities and Futures

3    Ordinance.

4        Q     And is JPMorgan listed as one of those?

5        A     It is a person who has an interest or short

6    position under the Securities and Future Ordinance.

7        Q     Would you look at --

8        A     It is not one of the company's substantial

9    shareholders.

10       Q     Would you look at page 63.  On page 63 after

11   the Roman numeral I, what are the words?  I'll restate

12   the question.

13             On page 63 after numeral 1, what are

14   the words at the top of the page?

15       A     "Substantial shareholders and persons who

16   have an interest or short position under the

17   Securities and Futures Ordinance."

18       Q     What are the words under that?

19       A     Continued from the last page -- continued

20   from the content of last page.

21       Q     What are the words under paragraph 4?

22             MR. VEJNOSKA:  Sorry, did you translate

23        that already?

24             Then I'll just state that I gather based

25        on the questioning that my offer of the

1          stipulation has not been accepted.

2                    Is there a question pending?

3                    MR. HERMAN:  Yeah.

4                    MR. VEJNOSKA:  I think there is.

5     BY MR. HERMAN:

6          Q     What are the words of paragraph 4?

7          A     "JPMorganChase & Company was deemed to hold

8     interests in long position and short position of the

9     company by virtue of its control over the following

10    corporations which held interests in the company."

11         Q     Is the number of shares that JPMorganChase &

12    Company held an interest in in short and long shares

13    stated?

14         A     Yes.

15         Q     And what is stated in terms of total

16    H shares long position?

17         A     230688831 shares.

18         Q     And how many shares are stated that

19    JPMorganChase & Company has in a short position?

20         A     6015701 shares.

21         Q     Does it also indicate that JPMorganChase &

22    Company has control over the nine companies listed,

23    4.1, 4.2, 4.3, 4.4, 4.5, 4.6, 4.7, 4.8 and 4.9 on

24    page 63?

25         A     For this part of the content, just like what

Confidential - Subject to Further Confidentiality Review

```
1    I said, was received from the security register
2    company and we have just republished the information
3    and we are not sure about the content -- the content's
4    accuracy.  I am not sure.
5        Q    That's not my question.  Let me -- maybe I
6    didn't phrase the question properly.
7                At page 63, published March 2015,
8    doesn't it say in paragraph 4 that JPMorganChase &
9    Company has control over the corporations listed on
10   the rest of that page?
11               MR. VEJNOSKA:  Objection, asked and
12        answered.
13               Would you mark the previous answer,
14        please.
15       A    For this part of the content it was so
16   written.
17   BY MR. HERMAN:
18       Q    It was okay?  What --
19               MR. HERMAN:  You need to change the
20        tape?  Let's change the tape.
21               THE VIDEOGRAPHER:  Time is now 2:51.
22        This is the end of media No. 2.  We're going off
23        the record.
24               (Recess Taken From 2:51 p.m. To
25                2:55 p.m.)
```

Confidential - Subject to Further Confidentiality Review

 1                THE VIDEOGRAPHER:  Time is now 2:55.

 2        This is the start of media No. 3.  We're back on

 3        the record.

 4    BY MR. HERMAN:

 5        Q    Sir, as of the date that you caused the

 6    annual report of 2014 to be published publicly, did

 7    you, as secretary of CNBM Company, Limited, receive

 8    any notice from JPMorganChase Company that the

 9    information on page 63 was incorrect or inaccurate as

10    of that date?

11        A    No.

12                MR. HERMAN:  Let's take a break.

13                THE VIDEOGRAPHER:  Time is now 2:56.

14        We're going off the record.

15                (Recess Taken From 2:56 p.m. To

16                3:21 p.m.)

17                THE VIDEOGRAPHER:  Time is now 3:21 and

18        we're back on the record.

19    BY MR. HERMAN:

20        Q    Would you turn, please, to Exhibit 13-Z --

21    13-X.  Please turn to Exhibit 13-X, page 84, Bates

22    number 3969.  Who provided the information on material

23    litigation and arbitration in the annual report of

24    2014 at page 84?

25        A    There are two parts to it.  The first part

1   is the company's announcements to the public.  No. 2

2   is from BNBM.

3        Q     There were two sources for the information

4   on page 84; is that correct?

5                   MR. VEJNOSKA:  Objection, asked and

6          answered.

7                   You may answer.

8        A     And our company's own information.

9   BY MR. HERMAN:

10       Q     So CNBM Company, Limited, BNBM Plc and the

11  public announcement were the sources for the

12  information on page 84; is that correct?

13       A     Yes.

14       Q     And at the time that the announcement CNBM

15  and BNBM reported the information on page 84, you were

16  the secretary to the board of directors of both CNBM

17  and BNBM; is that correct?

18                  MR. NICKEL:  Objection, form.

19       A     I was the secretary of the board of

20  directors of CNBM, not the secretary of the board of

21  directors for BNBM.

22  BY MR. HERMAN:

23       Q     Who -- what employee of BNBM provided the

24  information that was used in page 84?

25       A     It was provided by Ms. Shi Keping, the

 1    secretary of the board of directors of BNBM.

 2        Q     Has any employee of Taishan Gypsum indicated

 3    to you that the information on page 84 was inaccurate

 4    or incorrect as of the day it was publicly published?

 5              MS. YANG:  Objection, form.

 6        A     No.

 7    BY MR. HERMAN:

 8        Q     Has any employee of BNBM Plc reported that

 9    any of the information on page 84 as of the day of

10    publication of page 84 of Exhibit 13, 13-A, was

11    inaccurate or incorrect?

12              MR. NICKEL:  Objection, form.

13        A     Nobody notified me.

14    BY MR. HERMAN:

15        Q     Has anybody in CNBM notified you that any of

16    the information on page 84 of the 2014 annual report

17    was incorrect or inaccurate?

18        A     No.

19        Q     Could you turn to page 175 in the annual

20    report of 2014.  It begins Bates number 4060.  It's

21    titled "Particulars of Principal Subsidiaries," and it

22    goes from page 175 through page 180 of the annual

23    report of 2014.

24              MR. VEJNOSKA:  Have you completed your

25        translation?

Confidential - Subject to Further Confidentiality Review

```
1                    THE INTERPRETER:  Yes.

2                    MR. VEJNOSKA:  May I ask how you

3         translated the title?

4                    THE INTERPRETER:  Yes.

5                    MR. VEJNOSKA:  I said, may I ask how you

6         translated it in Chinese?

7                    THE INTERPRETER:  Just like what is

8         said --

9                    MR. VEJNOSKA:  What who said?

10                   THE INTERPRETER:  By the counselor,

11        which is I understand different from the Chinese

12        translation --

13                   MR. VEJNOSKA:  Yes.

14                   THE INTERPRETER:  -- presented on

15        page 175 of the Chinese exhibit.

16                   MR. VEJNOSKA:  Please mark that.

17                   MR. HERMAN:  Would you look at page 175

18        and next to the numeral 19 ask the witness to

19        translate what that means.

20        A     This is the accounting report attachment

21   note No. 19 that was edited by the company's audit

22   organization which says the specifics of principal

23   subsidiaries of the company.

24                   MR. VEJNOSKA:  Was that -- I'm sorry.

25        Was that the title that he read or something
```

1      else?

2              THE WITNESS:  Correct.

3    BY MR. HERMAN:

4      Q    At page 175, do you see name of subsidiary

5    BNBM notes 1, 2 and 3?

6      A    I see that.

7      Q    Would you read note 3 on page 177, which is

8    Bates number 4062.

9              THE INTERPRETER:  May the interpreter

10        have a moment to look at the Chinese version?

11              MR. HERMAN:  Sure.

12      A    "On December the 30th, 2014, BNBM offered

13    private placements with limited offer condition" --

14              THE INTERPRETER:  The interpreter needs

15        to clarify the translation of a terminology with

16        the deponent.

17              The interpreter would like to start over

18        again.

19      A    On September the 30th, 2014, BNBM offered

20    private placements on listed A shares with sales

21    restriction and raised of RMB 2 thousand 120 million

22    as registered share capital in RMB, 1 thousand

23    962 million as shared premium.  After the newly

24    increased shares had been registered and arrived in

25    the account for this offering, BNBM's total equity was

1    decreased from 52.40 percent to 55.2 percent.

2    BY MR. HERMAN:

3         Q    Do the words after that, the group's

4    effective equity interest in BNBM were diluted from

5    52.40 percent to 45.20 percent, BNBM is controlled by

6    the group by virtue of the dominant voting interest in

7    BNBM dispersion of holding of other vote holders,

8    participation rate of shareholders and previous

9    shareholders meetings?

10              THE INTERPRETER:  The interpreter

11         interpreted -- this is the interpreter speaking.

12         The interpreter interpreted literally of what it

13         was written, but the interpreter did not have a

14         clear understanding of what is said.

15              MR. VEJNOSKA:  Please mark the question.

16    BY MR. HERMAN:

17         Q    Does the note indicate that the group --

18              THE INTERPRETER:  Just one moment.  The

19         witness is speaking.

20    BY MR. HERMAN:

21         Q    -- controlled --

22              THE INTERPRETER:  Just one moment.

23    BY MR. HERMAN:

24         Q    -- BNBM --

25              THE INTERPRETER:  He's speaking.  He's

Confidential - Subject to Further Confidentiality Review

1          answering a question.

2      A      The Chinese version does not have these --

3  this part.

4  BY MR. HERMAN:

5      Q      Why was this part published in English and

6  not in Chinese?

7      A      Both Chinese and English version of the

8  reports were provided by CPA.  But I agree with the

9  content of the English version.  The main meaning are

10  the same.

11     Q      Would you look at page 175.  Do you see the

12  words "Taishan Gypsum Company, Limited ('Taishan

13  Gypsum') (Note IV)"?

14     A      Yes.

15     Q      Would you turn to page 177 and read in

16  Exhibit 13-X at page 177, note IV.

17                MR. VEJNOSKA:  I'm sorry, I think it's

18         13-A.

19                MR. HERMAN:  X.  I'll repeat the

20         question.  Counsel's correct.  Thank you.

21                MR. VEJNOSKA:  My pleasure.

22  BY MR. HERMAN:

23     Q      Would you turn to page 177 and read in

24  Exhibit 13-X at page 177 --

25                MR. HERMAN:  13-X -- it's in A.

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. HERMAN:

 2       Q     Read in Exhibit 13-A, Exhibit 13-X.  I

 3    better do it over again.  Let's see if I can do it

 4    with my eyes shut.  It might help.

 5                   Would you look at page 177 of

 6    Exhibit 13-A and look at the language under note IV in

 7    Chinese and interpret it for us.

 8                   MR. HERMAN:  That's wrong too?  I think

 9        it's right.

10       A     Did you want me to interpret it?

11                   MR. HERMAN:  I would like the witness to

12        read it and for the interpreter to interpret it.

13        In other words, the witness reads the Chinese

14        version and the translator will interpret it for

15        the record.

16       A     The entity is considered to be controlled by

17    the company because it is a subsidiary of another

18    company subsidiary.

19    BY MR. HERMAN:

20       Q     Would you look at page 177 of the 2014

21    annual report, Bates number 4062 under 19,

22    "Particulars of Principal Subsidiaries (continued),"

23    at the words, "China Triumph International Engineering

24    Company, Limited (China Triumph)."  Does that company,

25    China Triumph International Engineering Company,
```

1    Limited, appear in the column under name of

2    subsidiary?

3        A    Yes.

4        Q    Does the company CTIEC Shenzhen Triumph

5    Scienotech Engineering Company, Limited, appear under

6    the column name of subsidiary?

7        A    Yes.

8        Q    Does the company CTIEC Nanjing Triumph

9    International Engineering Company, Limited, appear

10   under the column name of subsidiary?

11       A    Yes.

12       Q    Does CTIEC Bengbu Triumph Scienotech

13   Engineering Company, Limited, appear in the column

14   under name of subsidiary?

15       A    Yes.

16       Q    Does CNBM Investment Company, Limited,

17   appear in the column under name of subsidiary?

18       A    Yes.

19       Q    At page 182 of Exhibit 13-X, Bates number

20   4067, do you see the words "interest in associates"?

21            THE INTERPRETER:  This is the

22       interpreter speaking.  The word "associates" can

23       be translated into various of Chinese words.

24       Should the interpreter use the translation on

25       the Chinese version which is literally

Confidential - Subject to Further Confidentiality Review

1          translated back as affiliate company?

2                  MR. HERMAN:  Yes.

3                  THE INTERPRETER:  The interpreter is

4          interpreting what the interpreter had just said

5          on the record to the deponent.

6                  MR. VEJNOSKA:  I note for the record

7          that we disagree that it says "affiliates."

8    BY MR. HERMAN:

9       Q    Do you see on page 182 is "China Jushi

10   Company, Limited ('China Jushi') (Note i)," under the

11   column name of associate?

12      A    Yes.

13      Q    I would like you to turn to exhibit -- the

14   2010 annual report in English is Exhibit 9 and for the

15   witness Exhibit 9-A of the CNBM annual report.

16                 MR. VEJNOSKA:  I was convinced we were

17          going to spend the entire day on 2014.

18   BY MR. HERMAN:

19      Q    Would you look at Exhibit 9-A at Bates

20   number 1931 on the English, Exhibit 20 -- Bates

21   number 2145 on the Chinese and it's page 4, "Corporate

22   Information."  Is the information recorded on this

23   page correct and accurate?

24      A    Yes.

25      Q    I would like you to please look at page 166,

Confidential - Subject to Further Confidentiality Review

 1   Bates number 2307 of the annual report of 2010.  You

 2   see paragraph 19, "Particulars of Subsidiaries"?

 3       A     Yes.

 4       Q     Were these details of the company principal

 5   subsidiaries at December 31st, 2010, and

 6   December 31st, 2009?

 7                 MR. VEJNOSKA:  Objection, foundation,

 8          calls for a legal conclusion.

 9       A     This is the content listed on the attachment

10   by our CPA's report.

11   BY MR. HERMAN:

12       Q     Was BNBM a subsidiary of CNBM Company,

13   Limited, in the years 2009 and 2010?

14                 MR. VEJNOSKA:  Objection, calls for a

15          legal conclusion, foundation, vague and

16          ambiguous.

17       A     According to our CPA's report, that's

18   correct.

19   BY MR. HERMAN:

20       Q     In the year 2009 and 2010, was Taishan

21   Gypsum Company, Limited, a subsidiary of China

22   National Building Material Company, Limited?

23                 MR. VEJNOSKA:  Objection, calls for a

24          legal conclusion, foundation, vague and

25          ambiguous.

Confidential - Subject to Further Confidentiality Review

```
 1              MS. YANG:  Objection to form.

 2      A     The content of Taishan Gypsum in

 3   attachment 3 has the same interpretation as seen in

 4   the 2014 report.

 5   BY MR. HERMAN:

 6      Q     Would you answer the question that I asked?

 7      A     Taishan Gypsum is the subsidiary of BNBM.

 8   BNBM is a subsidiary of CNBM Company.  CNBM holds the

 9   shares of Taishan Gypsum through holding shares of

10   BNBM.

11      Q     Would you turn to page 169 of the report,

12   Bates number 2310 of the CNBM annual report of 2010.

13   At that page do you see at the top "20" paragraph,

14   "Investments in Associates (continued)"?

15      A     I see that.

16      Q     Do you see under name of associate "China

17   Fiberglass, (Note 1)"?

18      A     Yes, I see that.

19      Q     And do you see under name of associate

20   "Jushi Group Company, Limited (Note 3)"?

21      A     I see that.

22      Q     As of the years 2009 and 2010, was Jushi

23   Group Company, Limited, regarded as an associate of

24   the company as it is the subsidiary of China

25   Fiberglass?
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. VEJNOSKA:  Objection, calls for a

 2         legal conclusion, foundation, vague and

 3         ambiguous.

 4     A     Jushi Group is the subsidiary of China

 5   Fiberglass and China Fiberglass is an affiliate

 6   company of CNBM Company.  China Fiberglass Company and

 7   Jushi Group are two operational entities.

 8              MR. VEJNOSKA:  Would you please mark the

 9         answer.  Again, we don't think he's saying

10         "affiliated."

11   BY MR. HERMAN:

12     Q     Would you please turn to the 2006, Exhibit

13   No. 5 in English and Exhibit 5-A in Chinese.  If

14   you'll turn to pages --

15              MR. HERMAN:  I need to take -- go off

16         the record for about two or three minutes.

17              THE VIDEOGRAPHER:  Time is 4:17.  We're

18         going off the record.

19              (Recess Taken From 4:17 p.m. To

20         4:22 p.m.)

21              THE VIDEOGRAPHER:  Time is now 4:22 and

22         we're back on the record.

23   BY MR. HERMAN:

24     Q     Do you know where the Luneng mine is, the

25   gypsum mine?
```

Confidential - Subject to Further Confidentiality Review

1     A     I do not know.

2     Q     Have you ever heard of the Luneng gypsum

3  mine, L-u-n-e-n-g?

4     A     I have heard of it.

5     Q     As secretary of CNBM Company, Limited, do

6  you know if any executive from CNBM Company, Limited,

7  visited that mine between the years of 2005 and 2014?

8              MR. VEJNOSKA:  Objection, vague and

9        ambiguous, overbroad.

10    A     I'm not sure about this.

11  BY MR. HERMAN:

12    Q     In what context have you heard about that

13  gypsum mine?

14    A     When I was the vice president and secretary

15  of the board of directors of BNBM, I learned that

16  Luneng gypsum mine was one of the major gypsum mines

17  in China.

18    Q     Did anyone in BNBM Plc ever indicate to you

19  that the gypsum board in the United States of America,

20  which was the subject of a lawsuit, was manufactured

21  with gypsum mined from that mine?

22              MR. NICKEL:  Objection, form.

23    A     I'm not sure.

24  BY MR. HERMAN:

25    Q     Exhibit 5-A, the annual report 2006 of CNBM

Confidential - Subject to Further Confidentiality Review

1  Company, Limited, would you turn to pages 758 and 759,

2  notes to the consolidated financial statements at

3  page 113 and 114.  In the English version it's Bates

4  number 4220 and 4221.

5          MR. VEJNOSKA:  Thank you.

6          MR. HERMAN:  You're welcome.

7  BY MR. HERMAN:

8      Q    Do you see under paragraph No. 20 the words

9  "particulars of subsidiaries"?

10     A    Yes.

11     Q    Is BNBM named as a subsidiary?

12          MR. NICKEL:  Objection, form.

13     A    That is what is written in this report.

14          MR. HERMAN:  Would the court reporter

15    read that back to me.

16          (Answer Read Back.)

17  BY MR. HERMAN:

18     Q    Would you turn to the next page, 4221 in the

19  English version, page 114 in both versions, and

20  page 759 in the Chinese version.  Do you see under

21  name of subsidiary, Shandong Taihe Dongxin Company,

22  Limited?

23     A    I see that.

24     Q    Was that a predecessor of Taishan Gypsum?

25          MS. YANG:  Objection, form.

Confidential - Subject to Further Confidentiality Review

1      A      I don't have a clear recollection on that.

2    I will need to verify that.

3    BY MR. HERMAN:

4      Q      Would you look at note 6 for Shandong Taihe

5    Dongxin Company, Limited.

6                  MS. YANG:  Objection.

7      A      Is note 2 this note?

8    BY MR. HERMAN:

9      Q      Note 6.

10                 THE INTERPRETER:  The interpreter

11       misspoken.

12     A      Is note 6 this note?

13   BY MR. HERMAN:

14     Q      According to the consolidated financial

15   statement notes of the China National Building

16   Material Company, Limited, annual report of 2006 was

17   Shandong Taihe Dongxin Company, Limited, considered

18   controlled by CNBM Company, Limited, because it was a

19   subsidiary of another CNBM Company, Limited,

20   subsidiary?

21                 MS. YANG:  Objection, form.

22                 MR. VEJNOSKA:  Please mark the question.

23     A      According to these materials, as well as my

24   personal recollection, Taihe Dongxin Company, Limited,

25   changed its name to Taishan Gypsum Company, Limited,

 1   afterwards.

 2   BY MR. HERMAN:

 3       Q     And in the year 2006, isn't it true that

 4   Shandong Taihe was a subsidiary of BNBM Plc?

 5                MR. NICKEL:  Objection, form.

 6                MS. YANG:  We join.

 7       A     Yes.

 8   BY MR. HERMAN:

 9       Q     And isn't it true that in 2006 BNBM Plc was

10   a subsidiary of China National Building Material

11   Company, Limited?

12       A     Yes.

13                MR. VEJNOSKA:  Objection, calls for a

14          legal conclusion, foundation.

15   BY MR. HERMAN:

16       Q     The question was answered.

17                Isn't it true, as a secretary to the

18   board of directors of CNBM, that you learned that the

19   gypsum board which is the subject of the lawsuit in

20   the United States was manufactured by Shandong Taihe

21   which later changed its name to Taishan Gypsum?

22                MS. YANG:  Objection, form.

23       A     Change of a name is an action of the company

24   on its own.  The company makes this decision according

25   to its own circumstance.

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. HERMAN:

 2        Q     Let me ask the question differently.  Did

 3    you learn that in the years 2006 and 2007 that Taishan

 4    Gypsum manufactured drywall that is the subject of the

 5    lawsuit in the United States?

 6                    MS. YANG:  Objection, form.

 7                    THE WITNESS:  Please repeat your

 8          interpretation.

 9                    THE INTERPRETER:  The interpreter will

10          repeat her interpretation.

11                    MS. YANG:  Same objection.

12        A     I learned that afterwards -- I learned that

13    after the incident happened.

14                    MR. HERMAN:  It's been an hour.  We'll

15          take a break.  I know that usually they talk

16          about a 15-minute break in the morning and a

17          15-minute.  The witness has been cooperative and

18          the deposition has proceeded well, and I don't

19          have any objection to taking a 10- or 15-minute

20          on the hour, particularly in the late afternoon.

21          And I should be able to finish today by 5:45.

22          So if we take a 15-minute break and we come back

23          at around 5 till 5, should be sufficient.

24                    MR. VEJNOSKA:  Okay.

25                    THE VIDEOGRAPHER:  Time is now 4:40.
```

1       This is the end of media No. 3.  We're going off

2       the record.

3               (Recess Taken From 4:40 p.m. To

4               5:03 p.m.)

5               THE VIDEOGRAPHER:  Time is now 5:03.

6       This is the start of media No. 4 and we're back

7       on the record.

8               (C:6/5/15-6/7/15 Exhibit 4-A marked.)

9               (C:6/5/15-6/7/15 Exhibit 4 marked.)

10  BY MR. HERMAN:

11      Q     Sir, we are distributing Exhibit 4-A to you

12  and to the court reporter, which is the Chinese

13  version of the 2005 CNBM Annual Report, Bates number

14  4353-4461.  We're also distributing in English the

15  2005 CNBM Annual Report, 4244 Bates number to 4352

16  Bates number.  And we've handed also copies to counsel

17  representing the other defendants or parties in the

18  case.

19              Sir, if you would turn to page 4,

20  Bates number 4357 in the Chinese version of

21  Exhibit 4-A, you are listed as secretary to the board

22  of directors.  And am I correct that you have been

23  secretary of the board of directors of CNBM Company,

24  Limited, continuously from the year 2005 through the

25  year -- through the current date?

Confidential - Subject to Further Confidentiality Review

```
1      A     Correct.

2      Q     And if you would turn to page 7, Bates

3   number 4360 in the Chinese version of 4-A, "Taihe" is

4   listed as Shandong Taihe Dongxin Company, Limited,

5   correct?

6              THE INTERPRETER:  Can counsel spell the

7        names again?

8              MR. HERMAN:  Sure.

9   BY MR. HERMAN:

10     Q     "Taihe" listed as Shandong Taihe Dongxin

11  Company, Limited.

12     A     Correct.

13     Q     At page 8 of Exhibit 4-A is a "Shareholding

14  Structure of the Group," that's the title to it.  Do

15  you see that, sir?

16     A     I see that.

17     Q     Who is the parent referred to in this 2005

18  annual report?

19     A     CNBM Company.

20     Q     And who is the company referred to in this

21  report?  Let me go back --

22     A     CNBM Company.

23     Q     Let me go back to a previous question.  Who

24  is the parent referred to at page 8?

25     A     CNBMG.
```

Confidential - Subject to Further Confidentiality Review

1       Q       And the company, is that CNBM Company,

2    Limited?

3               MR. VEJNOSKA:   Asked and answered.

4       A       CNBM Limited Company.

5    BY MR. HERMAN:

6       Q       Now, what was your role in preparing the

7    Exhibit 4-A, the annual report in 2005, of CNBM

8    Company, Limited?

9       A       I was in charge of organizing the editing

10   and writing of the report.

11      Q       And did you cause the report to be published

12   publicly?

13      A       Yes.

14      Q       And before your deposition today, did you

15   have an opportunity to review the report in preparing

16   for your deposition?

17      A       I reviewed it.

18      Q       Have you ever received from BNBM Plc any

19   notification that any annual report published by CNBM

20   from 2005 through date was incorrect as it related to

21   BNBM?

22      A       No.

23      Q       Have you ever received from Taishan Gypsum

24   or Taihe any notification that the publication of the

25   CNBM Material Company, Limited, annual reports from

Confidential - Subject to Further Confidentiality Review

1    2005 through to date are inaccurate or incorrect in

2    any way?

3            MS. YANG:  Objection, form.

4       A    No.

5    BY MR. HERMAN:

6       Q    Have you received at any time from 2005 to

7    date from China National Building Material Group any

8    notification that any of the annual reports of CNBM

9    Company, Limited, from 2005 to date are incorrect or

10   inadequate?  Excuse me, I'm going to repeat the

11   question.

12           Have you received at any time from

13   2005 to date from China National Building Material

14   Group any notification that any of the annual reports

15   of CNBM Company, Limited, are incorrect or inaccurate?

16           MR. VEJNOSKA:  Objection, compound,

17        vague and ambiguous.

18      A    No.

19   BY MR. HERMAN:

20      Q    Would you please turn to Exhibit 6-A, which

21   is the annual report of CNBM Company, Limited, of the

22   year 2007.

23           MR. VEJNOSKA:  6-A, correct?

24           MR. HERMAN:  Yes.

25           MR. VEJNOSKA:  Thank you.

```
 1              MR. HERMAN:  You're welcome.

 2   BY MR. HERMAN:

 3       Q     Would you please turn to page 9, Bates

 4   number 0960 in Exhibit 6-A, the annual report for

 5   2007.  Is it true that Taihe, T-a-i-h-e, in the 2007

 6   report was defined as Shandong Taihe Dongxin Company,

 7   Limited, currently known as Taishan Gypsum Company,

 8   Limited?

 9       A     Yes.

10       Q     Would you turn to page 128, Bates -- Chinese

11   Bates number 1079 in Exhibit 6-A and English Bates

12   number 911 in Exhibit 6-A [sic], China National

13   Building Material Company, Limited, annual report of

14   2007.  Would you please look at paragraph 21,

15   "Particulars of Subsidiaries."

16       A     Do you want me to read it?

17       Q     I'm going to ask you a question.  I wanted

18   to make sure you had it before you, sir.  BNBM is

19   named as a subsidiary of China National Building

20   Material Company, Limited; isn't that true?

21              MR. NICKEL:  Objection, form.

22       A     According to the CPA's accounting report,

23   that's what it is written.

24   BY MR. HERMAN:

25       Q     And these CPA accounting reports you have
```

Confidential - Subject to Further Confidentiality Review

1    referred to in the reports from 2005 through today

2    have been furnished or created by certified public

3    accountants retained by China National Building

4    Material Company, Limited; isn't that true?

5         A     Yes.

6         Q     And in -- at page 128 of the annual report

7    of 2007, Shandong Taihe Dongxin Company, Limited, is

8    also listed as a subsidiary; isn't that true?

9              MS. YANG:  Objection, form.

10        A     According to the report, Shandong Taihe

11   Dongxin Company, Limited, is a subsidiary of BNBM.

12   BY MR. HERMAN:

13        Q     Would you turn to page 65 of the annual

14   report of 2007.  It is -- I don't have the Bates

15   number in front of me, but it is -- should be page 65

16   in the Chinese version of the annual report of China

17   National Building Material Company, Limited, 2007

18   report.

19              MR. VEJNOSKA:  Mr. Herman, for the

20         record it appears it is Bates number 1016.

21              MR. HERMAN:  Thank you.

22              MR. VEJNOSKA:  That's in the Chinese.

23              MR. HERMAN:  That's in Exhibit 6-A.

24              MR. VEJNOSKA:  Yes, sir, the Chinese

25         version.

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. HERMAN:

 2       Q     You see at the top of page 65, sir, the

 3   Roman numeral I?

 4       A     Yes, I see it.

 5       Q     Would you read the title of Roman numeral

 6   number I.

 7       A     "Material Litigation and Arbitration."

 8       Q     Would you read the sentence under "Material

 9   Litigation and Arbitration."

10       A     "During the reporting period, the group was

11   not involved in any litigation and arbitration which

12   might have a significant impact on the group's

13   production and operation, nor was any of the

14   directors, supervisors and senior management of the

15   group involved in any material litigation of

16   arbitration" -- "or arbitration."

17       Q     In the year 2007, did any executive of

18   Taishan Gypsum report that there were complaints about

19   its manufactured Chinese drywall in the United States

20   of America?

21             MS. YANG:  Objection, form.

22       A     Not according to my knowledge.

23   BY MR. HERMAN:

24       Q     Did any executive of BNBM report in 2006 or

25   2007 that there was a problem with gypsum manufactured
```

1   by Taishan -- strike that.

2              In 2006 or 2007 did CNBM Company,

3   Limited, receive any report that there was a problem

4   with drywall that had been manufactured by Taishan

5   which was located in the United States of America?

6              MS. YANG:  Objection, form.

7      A     Not according to my knowledge.

8   BY MR. HERMAN:

9      Q     Do you recall what year Taishan Gypsum was

10  first served with a lawsuit because of alleged

11  defective drywall it manufactured and which was

12  located in the United States of America?

13             MS. YANG:  Objection, form.

14     A     I do not recall.

15  BY MR. HERMAN:

16     Q     If my memory is correct, I believe you

17  testified earlier your first notice as secretary of

18  BNBM Company, Limited, about the lawsuit in the United

19  States regarding Taishan drywall was in the year 2010.

20  Did I recall that correctly?

21             MR. VEJNOSKA:  Objection, misstates

22        testimony.

23             MR. NICKEL:  Objection, form.

24             MS. YANG:  Join.

25     A     I don't think your recollection is correct.

Confidential - Subject to Further Confidentiality Review

1    I believe I said the first time I learned of gypsum

2    board drywall incidents was in 2009.

3    BY MR. HERMAN:

4        Q      2009?

5        A      (Nods Head.)

6        Q      Thank you.  I would like you to look at the

7    2013 annual report of China National Building Material

8    Company, Limited, Exhibit 12 in English, Exhibit 12-A

9    in Chinese.  The English 12, Exhibit 12 is 3226 Bates

10   number to 3443 Bates number, and Exhibit 12-A in

11   Chinese of the 2013 CNBM annual report is Bates number

12   3444 to 3661.

13              Would you turn to Bates number 3307 --

14   I'm sorry.  Would you turn to Bates number 3525 in

15   Exhibit 12-A.  It's also page 80 of the China National

16   Building Material Company, Limited, annual report of

17   2013.  In the English version it's Bates number 3307.

18              Do you see the title of the page

19   marked "Significant Events"?

20       A      I see that.

21       Q      Would you read the second paragraph to

22   yourself at page 80 of the CNBM Company, Limited,

23   annual report of 2013 at Bates 3525 to yourself and

24   then I'll ask you a couple of questions and after this

25   line of questions, we'll recess for the day.

Confidential - Subject to Further Confidentiality Review

```
 1                    (Witness Reviews Document.)

 2      A     All right.

 3  BY MR. HERMAN:

 4      Q     Does the 2013 annual report of CNBM Company,

 5  Limited, refer to the litigation in the United States

 6  that was first published in an overseas regulatory

 7  announcement on 30 May 2010 as immaterial litigation?

 8                    MR. VEJNOSKA:  Objection, vague and

 9          ambiguous.

10      A     Yes.

11  BY MR. HERMAN:

12      Q     Who made the decision of the language that

13  was incorporated at page 80 into the annual report?

14                    MR. VEJNOSKA:  I'm going to instruct the

15          witness that if his answer would involve any

16          legal advice, he is not to give the substance of

17          that advice.

18      A     Please repeat your question.

19  BY MR. HERMAN:

20      Q     Yes.  Did the board of directors of China

21  National Building Material Company, Limited, approve

22  the language that is in Exhibit 12-A that the

23  litigation in the United States of America regarding

24  gypsum drywall was immaterial litigation?

25      A     Correct.
```

Confidential - Subject to Further Confidentiality Review

1      Q      Did the board of directors of China National

2  Building Material Company, Limited, in the annual

3  report of 2013 approve the language that BNBM was a

4  subsidiary of China National Building Material

5  Company, Limited?

6                 MR. NICKEL:  Objection, form.

7      A      The decision of the language subsidiary was

8  decided by CPA based on the CPA's judgment.

9  BY MR. HERMAN:

10     Q      And did the board of directors of CNBM

11  Company, Limited, approve of that decision?

12                 MR. NICKEL:  Objection, form.

13     A      Correct.

14  BY MR. HERMAN:

15     Q      Did the board of directors of CNBM Company,

16  Limited, in the annual report of 2013 approve of the

17  language that Taishan Gypsum was a 65 percent held

18  subsidiary of BNBM?

19                 MS. YANG:  Objection, form.

20     A      Please repeat that.

21                 THE INTERPRETER:  The interpreter will

22        repeat.

23                 MS. YANG:  Same objection.

24     A      BNBM holds 65 percent of Taishan Gypsum.

25  This is a fact.  BNBM decided the percentage of share

Confidential - Subject to Further Confidentiality Review

1    it holds according to its own procedures.

2    BY MR. HERMAN:

3       Q      In the 2013 annual report of CNBM Company,

4    Limited, did the board of directors of CNBM Company,

5    Limited, approve of the language that was inserted

6    regarding BNBM and Taishan Gypsum as the subsidiary of

7    BNBM?

8                    MR. NICKEL:  Objection, form.

9                    MS. YANG:  Objection, form.

10      A      The board of directors is responsible for

11   the content of the report.  But the items that -- as

12   you have mentioned that needed approval are facts that

13   actually does not need an approval.  Directors are

14   responsible for the accuracy, completeness and factual

15   nature of the annual report.

16                   MR. HERMAN:  Thank you very much for

17           your appearance today.  I have no further

18           questions today.  We'll see you at 9:00 tomorrow

19           morning, and I will conclude my questions at

20           4:00 so that -- tomorrow so that you're able to

21           make whatever flight arrangements, whoever has

22           flight arrangements, and I'll try to organize

23           the material in such a way that we won't delay.

24                   THE VIDEOGRAPHER:  Time is now 5:47.

25           This is the end of media No. 4.  We're going off

Confidential - Subject to Further Confidentiality Review

1          the record.

2                    MR. HERMAN:  I want to thank the

3          translator, the court reporters, the witness and

4          counsel for the witness for a productive day

5          during this deposition.

6                    MR. VEJNOSKA:  Thank you, Mr. Herman.

7                    (Proceedings Recessed At 5:49 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1                    REPORTER'S CERTIFICATE

 2

 3        This transcript is valid only for a transcript

 4   accompanied by my original signature and original

 5   required seal on this page.

 6        I, Micheal A. Johnson, Certified Court Reporter

 7   (LA Certificate #29025) in and for the State of

 8   Louisiana, as the officer before whom this testimony

 9   was taken, do hereby certify that ZHANGLI CHANG, after

10   having been duly sworn by me upon authority of

11   R.S. 37:2554, did testify as herein before set forth

12   in the foregoing 113 pages; that this testimony was

13   reported by me in the stenotype reporting method, was

14   prepared and transcribed by me or under my personal

15   direction and supervision, and is a true and correct

16   transcript to the best of my ability and

17   understanding; that the transcript has been prepared

18   in compliance with transcript format guidelines

19   required by statute or by rules of the board, and that

20   I am informed about the complete arrangement,

21   financial or otherwise, with the person or entity

22   making arrangements for deposition services; that I

23   have acted in compliance with the prohibition on

24   contractual relationships, as defined by Louisiana

25   Code of Civil Procedure Article 1434
```

Confidential - Subject to Further Confidentiality Review

1   and in rules and advisory opinions of the board;

2   that I have no actual knowledge of any prohibited

3   employment or contractual relationship, direct or

4   indirect, between a court reporting firm and any party

5   litigant in this matter nor is there any such

6   relationship between myself and a party litigant in

7   this matter.  I am not related to counsel or to the

8   parties herein, nor am I otherwise interested in the

9   outcome of this matter.

10

11          Signed this ___ day of _____, 2015.

12

13

14          _____

15          MICHEAL A. JOHNSON, RMR, CRR

16          Certified Court Reporter

17          LA Certified Court Reporter #29025

18

19

20

21

22

23

24

25

1                   ACKNOWLEDGMENT OF DEPONENT

2

3          I,_____, do hereby

4    certify that I have read the foregoing pages and

5    that the same is a correct transcription of the

6    answers given by me to the questions therein

7    propounded, except for the corrections or changes in

8    form or substance, if any, noted in the attached

9    Errata Sheet.

10

11          _____

12          ZHANGLI CHANG                    DATE

13

14   Subscribed and sworn to before me this

15   _____ day of _____, 20 _____.

16   My commission expires: _____

17

18   Notary Public

19

20

21

22

23

24

25

1      — — — — — —

2                    ERRATA

                — — — — — —

3

4    PAGE    LINE    CHANGE

5    _____   _____   _____

6    _____   _____   _____

7    _____   _____   _____

8    _____   _____   _____

9    _____   _____   _____

10   _____   _____   _____

11   _____   _____   _____

12   _____   _____   _____

13   _____   _____   _____

14   _____   _____   _____

15   _____   _____   _____

16   _____   _____   _____

17   _____   _____   _____

18   _____   _____   _____

19   _____   _____   _____

20   _____   _____   _____

21   _____   _____   _____

22   _____   _____   _____

23   _____   _____   _____

24   _____   _____   _____

25   _____   _____   _____

Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3    ****************************************************

 4    IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

      DRYWALL PRODUCTS LIABILITY

 5    LITIGATION                  SECTION:  L

 6    THIS DOCUMENT APPLIES TO      JUDGE FALLON

      ALL CASES

 7                              MAG. JUDGE WILKINSON

 8    ****************************************************

 9

           CONFIDENTIAL - SUBJECT TO FURTHER

10               CONFIDENTIALITY REVIEW

11                Sunday, June 7, 2015

12                    — — —

13

14         Videotaped 30(b)(6) Deposition of CHINA

15    NATIONAL BUILDING MATERIALS COMPANY LIMITED ("CNBM")

16    through the testimony of ZHANGLI CHANG, VOLUME 3, held

17    at Gordon Arata McCollam DuPlantis & Eagan LLC, 201

18    St. Charles Avenue, Suite 4000, New Orleans,

19    Louisiana, commencing at 9:10 a.m., on the above date,

20    before Micheal A. Johnson, Certified Court Reporter

21    (#29025), Registered Merit Reporter and Certified

22    Realtime Reporter.

23                    — — —

24         GOLKOW TECHNOLOGIES, INC.

         877.370.3377 ph | 917.591.5672 fax

25             deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR THE PLAINTIFF CLASS:
 3         HERMAN HERMAN & KATZ LLC
           BY:  RUSS M. HERMAN, ESQUIRE
 4              rherman@hhklawfirm.com
                MADELYN M. O'BRIEN, ESQUIRE
 5              mobrien@hhklawfirm.com
           820 O'Keefe Avenue
 6         New Orleans, Louisiana 70113
           (504) 581-4892
 7
 8         LEVIN FISHBEIN SEDRAN & BERMAN
           BY:  SANDRA L. DUGGAN, ESQUIRE
 9              sduggan@lfsblaw.com
                ARNOLD LEVIN, ESQUIRE
10              alevin@lfsblaw.com.
                MATTHEW C. GAUGHAN, ESQUIRE
11              mgaughan@lfsblaw.com
           510 Walnut Street, Suite 500
12         Philadelphia, Pennsylvania 19106
           (215) 592-1500
13
14         IRPINO LAW FIRM
           BY:  PEARL A. ROBERTSON, ESQUIRE
15              probertson@irpinolaw.com
           2216 Magazine Street
16         New Orleans, Louisiana 70130
           (504) 525-1500
17
18         GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
           BY:  RACHEL A. STERNLIEB, ESQUIRE
19              rsternlieb@gainsben.com
           1100 Poydras Street, Suite 2800
20         New Orleans, Louisiana 70163-2800
           (504) 522-2304
21
22         LAMBERT AND NELSON PLC
           BY:  HUGH P. LAMBERT, ESQUIRE
23              hlambert@thelambertfirm.com
           701 Magazine Street
24         New Orleans, Louisiana 70130-3629
           (504) 581-1750
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR TAISHAN GYPSUM COMPANY:
 3        ALSTON & BIRD LLP
          BY:  CHUNLIAN YANG, ESQUIRE
 4             lian.yang@alston.com
          950 F Street, N.W.
 5        Washington, D.C. 20004-1404
          (202) 239-3300
 6
 7   COUNSEL FOR BNBM DEFENDANTS:
 8        DENTONS US LLP
          BY:  MATTHEW T. NICKEL, ESQUIRE
 9             matt.nickel@dentons.com.
          2000 McKinney Avenue, Suite 1900
10        Dallas, Texas 75201-1858
          (214) 259-0976
11
12        PHELPS DUNBAR LLP
          BY:  HARRY ROSENBERG, ESQUIRE
13             harry.rosenberg@phelps.com
          365 Canal Street, Suite 2000
14        New Orleans, Louisiana 70130-6535
          (504) 566-1311
15
16   COUNSEL FOR CNBM DEFENDANTS:
17        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  L. CHRISTOPHER VEJNOSKA, ESQUIRE
18             cvejnoska@orrick.com
               ANDREW K. DAVIDSON, ESQUIRE
19             adavidson@orrick.com
               JASON M. WU, ESQUIRE
20             jmwu@orrick.com
          405 Howard Street
21        San Francisco, California 94105-2669
          (415) 773-5916
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:

 2    COUNSEL FOR CNBM DEFENDANTS:

 3

          ORRICK HERRINGTON & SUTCLIFFE LLP
 4        BY:  SHELLEY ZHANG, ESQUIRE
               szhang@orrick.com
 5             XIANG WANG, ESQUIRE
               xiangwang@orrick.com
 6        5701 China World Tower
          No. 1 Jianguomenwai Avenue
 7        Beijing 100004
          People's Republic of China
 8        +86 10 8595 5668

 9

          GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLP
10        BY:  EWELL E. EAGAN, JR., ESQUIRE
               eeagan@gordonarata.com
11        201 St. Charles Avenue, Suite 4000
          New Orleans, Louisiana 70170-4000
12        (504) 582-1111

13

      COUNSEL FOR THE STATE OF LOUISIANA:

14

          PERKINS COIE LLP
15        BY:  CRAIG M.J. ALLELY, ESQUIRE
               callely@perkinscoie.com
16        1900 Sixteenth Street, Suite 1400
          Denver, Colorado 80202-5255
17        (303) 291-2304

18

19    ALSO PRESENT:

20        SUNNY WANG, MANDARIN INTERPRETER

21        CALDER GABROY

22        DARNELL BROWN, VIDEOGRAPHER

23                     — — —

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                          INDEX
                         ZHANGLI CHANG
 2                        June 7, 2015
 3
 4

     EXAMINATION OF ZHANGLI CHANG:
 5
                 BY MR. HERMAN              241
 6
 7
           REPORTER'S CERTIFICATE                300
 8
 9
10      INFORMATION REQUESTED BY COUNSEL FOR CNBM
11                   Page 251, Line 18
                     Page 293, Line 14
12
13
        INFORMATION REQUESTED BY COUNSEL FOR THE PSC
14
                     Page 261, Line 18
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                   DEPOSITION EXHIBITS

                       ZHANGLI CHANG
 2                      June 7, 2015

 3

 4   NUMBER                DESCRIPTION              MARKED

 5   Exhibit 60      2014 Interim Report of China     242

                     National Building Material
 6                   Company, Limited

                     (English Version)
 7

     Exhibit 60-A    2014 Interim Report of China     242
 8                   National Building Material

                     Company, Limited
 9                   (Chinese Version)

10   Exhibit 61      E-mail(s)                         277

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1              THE VIDEOGRAPHER:  We're now on the

 2         record.  My name is Darnell Brown and I'm the

 3         videographer for Golkow Technologies.  Today's

 4         date is June 7th, 2015, and the time is

 5         9:10 a.m.  This video deposition is being held

 6         in New Orleans, Louisiana, in the matter of

 7         Chinese Drywall, and this is the continuing

 8         deposition of Zhangli Chang.

 9              I just want to remind you, Mr. Chang,

10         you're still under oath.

11              Counsel, you may begin.

12                   ZHANGLI CHANG,

13             having been previously sworn,

14                testified as follows:

15                    EXAMINATION

16    BY MR. HERMAN:

17       Q    On the first day -- first of all, good

18    morning.

19              On the first day of your deposition,

20    you acquainted us with your activities in connection

21    with the interim reports of CNBM Company, Limited.

22    And my first questions today are regarding the 2014

23    interim report as of June 30th, 2014, and the

24    questions that I'll be asking about Exhibit 60-A,

25    which is in Chinese, and 60, which is in English,
```

1    occur at page 41.  We are circulating now copies for

2    the translator, for the witness and all counsel.

3    Exhibit 60-A is in Chinese.  It is from Bates 8356

4    through Bates 8445 in Chinese and Bates 7730 to 7819

5    in English.

6                    (C:6/5/15-6/7/15 Exhibit 60 marked.)

7                    (C:6/5/16-6/7/15 Exhibit 60-A marked.)

8    BY MR. HERMAN:

9        Q    Sir, I ask you to turn to page 41, Bates

10   number 8398.  My questions at page 41 will be directed

11   to the witness regarding the section on significant

12   events, "Material Litigation and Arbitration" section.

13                   In preparation for your deposition,

14   did you review this section of the 2014 Interim Report

15   of China National Building Material Company, Limited?

16       A    Yes.

17       Q    And can you recall who contributed material

18   for the material litigation and arbitration section at

19   page 41 of the CNBM Company, Limited, 2014 report?

20                   MR. VEJNOSKA:  I will instruct the

21           witness that if his answer involves any lawyer

22           or law firm, he is not to divulge the substance

23           of any conversation.

24                   But you may otherwise answer, Mr. Chang.

25       A    It was contributed by BNBM Company, Limited,

1   as well as the company's own information and the

2   information from the discussion with the attorneys.

3   BY MR. HERMAN:

4       Q    Was CNBM Group aware of the section on

5   material litigation and arbitration before it was

6   published publicly?

7                MR. VEJNOSKA:  Objection, foundation,

8        beyond the scope.

9                You may answer as an individual.

10      A    I'm not sure.

11  BY MR. HERMAN:

12      Q    To your knowledge, the decision not to

13  continue to participate in any gypsum board litigation

14  brought against it in the US courts at page 41 is that

15  it has decided -- that refers to Taishan Gypsum,

16  correct?

17                MS. YANG:  Objection, form.

18      A    Yes.

19  BY MR. HERMAN:

20      Q    I represent to you that BNBM at the time of

21  this report had been paying attorneys' fees for some

22  time before this report was issued in connection with

23  the litigation in US courts.  My question is, did any

24  employee of BNBM consult on the decision not to

25  continue to participate in the gypsum board litigation

Confidential - Subject to Further Confidentiality Review

```
 1    in the United States?

 2                  MR. NICKEL:  Objection, form.

 3                  MR. VEJNOSKA:  I need to add, it's

 4         beyond the scope.

 5                  You may answer as an individual.

 6                  MS. YANG:  We join that objection.

 7    A     Can you be specific?  You mean consult what?

 8    BY MR. HERMAN:

 9    Q     Consult with any member of the CNBM Company,

10    Limited, executives before the decision to withdraw

11    was made.

12                  MR. NICKEL:  Same objection.

13                  MR. VEJNOSKA:  And same instruction.

14                  MS. YANG:  We join.

15    A     Please re-ask your question --

16                  MR. VEJNOSKA:  Mr. Herman, before you

17         do --

18    A     -- in a complete form.

19                  MR. VEJNOSKA:  I'm sorry.  Just for the

20         sake of the record, I assume we, once again,

21         have a stipulation that objection by one is an

22         objection by all?

23                  MR. HERMAN:  Yes.

24                  MR. VEJNOSKA:  Thank you very much.

25    BY MR. HERMAN:
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q      I'm going to change the question, and I
 2   apologize to you because I had a transition in these
 3   questions.
 4                  Did any member of the board of
 5   directors of BNBM Company, Limited, consult with any
 6   member or employee of Taishan before the decision to
 7   withdraw was made?
 8                  MR. NICKEL:  Objection, form.
 9                  MS. YANG:  We join.
10                  MR. VEJNOSKA:  And, again, as beyond the
11          scope.
12                  Mr. Chang, you may answer, but as an
13          individual.
14      A      Whether the directors of BNBM consulted the
15   employees of Taishan, I am not sure, but I, as a
16   director of BNBM, did not do that.
17   BY MR. HERMAN:
18      Q      Did any executive of CNBM Company, Limited,
19   consult with any employee of Taishan, to your
20   knowledge, before Taishan's decision to withdraw from
21   the litigation?
22                  MR. VEJNOSKA:  Objection, vague and
23          ambiguous.
24      A      According to my understanding, as well as my
25   communication with the company's executives, the
```

Confidential - Subject to Further Confidentiality Review

1    company's vice president, Mr. Wang Bing, had

2    communication with Taishan.

3    BY MR. HERMAN:

4        Q      Before the decision of Taishan to withdraw

5    from the United States litigation, to your knowledge,

6    did any employee of CNBM Group have communication

7    about withdrawing with Taishan Gypsum?

8                    MR. VEJNOSKA:  Objection, beyond the

9          scope.

10                   You may answer as an individual.

11                   MS. YANG:  Objection, form.

12       A      I do not know.

13   BY MR. HERMAN:

14       Q      To your personal knowledge, as secretary and

15   as a director of CNBM and as a director of BNBM, did

16   any executive of CNBM Company, Limited, pay or

17   guarantee Taishan's payment of attorneys' fees for the

18   US litigation?

19                   MS. YANG:  Objection, form.

20                   THE WITNESS:  Please repeat the Chinese

21         translation.

22                   THE INTERPRETER:  The interpreter will

23         repeat.

24       A      No.

25   BY MR. HERMAN:

Confidential - Subject to Further Confidentiality Review

```
1        Q      Did, to your knowledge, BNBM Plc agree to

2   guarantee or pay Taishan's legal fees in connection

3   with the US litigation?

4                    MR. NICKEL:  Objection, form.

5                    MR. VEJNOSKA:  Objection, beyond the

6        scope.

7                    You may answer as an individual.

8        A      I'll reply as the director of BNBM.  BNBM

9   Company, Limited, and Taishan Gypsum Company, Limited,

10  are both incorporations and they make decisions

11  independently, and, as my personal understanding,

12  because BNBM is a public-traded company, it is

13  impossible for BNBM to make such a decision.

14                   MR. HERMAN:  When we break, I'm going to

15       hand counsel Taishan's first-day deposition of

16       June 2nd, 2015, at 9 a.m. at page 9, Judge

17       Fallon, following briefing and argument by

18       Taishan and the PLC, ruled that alter ego was

19       definitely within the scope of the inquiry of

20       affiliates.  And at the recess you may want to

21       read this, if you haven't read it before.

22                   MR. VEJNOSKA:  Counsel, I have my

23       objections if you are referring to -- my "beyond

24       the scope" objections are not that alter ego is

25       an improper topic.  It is that you're asking him
```

1          to testify as to actions taken or decisions made

2          by other entities that are different than the

3          one that he is here to testify about.  I agree

4          that you may ask about alter ego and all the

5          other items that Judge Fallon mentioned.  I'm

6          aware of that.  That's the basis of my

7          objection.

8               MR. HERMAN:  Thank you, Counsel.  I

9          thank you very much.  That concludes my

10         questioning on the 2014 interim report,

11         Exhibit 60 in English and 60-A in Chinese in

12         connection with testimony on June 6th thus far

13         and on June 7th of the witness.

14              I'm going to offer in the deposition the

15         following documents:  The 2006 BNBM global

16         offering, Exhibit 3; the 2005 CNBM -- when I say

17         "CNBM," I'm speaking about CNBM Limited Company,

18         annual report of 2005, annual 4 -- Exhibit 4;

19         the 2006 CNBM annual report, Exhibit 5; the 2007

20         CNBM annual report, Exhibit 6; the 2008 CNBM

21         annual report, Exhibit 7; the 2009 CNBM annual

22         report, Exhibit 8; the 2010 CNBM annual report,

23         Exhibit 9; the 2011 CNBM annual report,

24         Exhibit 10; the CNBM annual report of 2012,

25         Exhibit 11; the CNBM -- 2013 CNBM annual report,

Confidential - Subject to Further Confidentiality Review

```
 1          Exhibit 12; the CNBM annual report of 2014,

 2          Exhibit 13; the CNBM interim report of 2014,

 3          Exhibit 60.  And I say to counsel, if counsel

 4          wants to introduce the Chinese version of those

 5          exhibits at some point for any purpose, his

 6          objections are reserved and he may do so without

 7          objection from the plaintiffs' legal committee.

 8                    MR. VEJNOSKA:  Thank you, Mr. Herman.

 9          We do reserve our objections to the exhibits

10          that you have listed and we will deal with the

11          question of which, if any, Chinese version

12          exhibits we will submit when the time is

13          perfect.

14                    MR. NICKEL:  BNBM also reserves its

15          objections.

16                    MS. YANG:  Same with Taishan.

17   BY MR. HERMAN:

18       Q    Sir, where did you achieve your MBA,

19   master's of business administration, degree?

20       A    Quinghua, Q-u-i-n-g-h-u-a --

21       Q    Have you personally --

22       A    -- School of Business Administration.

23       Q    Have you personally engaged in any lectures

24   to other people on behalf of CNBM Company, Limited,

25   related to the areas of your degree in business
```

 1   administration?

 2        A      I don't understand.

 3                    THE INTERPRETER:  This is the

 4        interpreter speaking.  May the interpreter

 5        inquire the definition of --

 6                    MR. HERMAN:  Yes.  I'm going to withdraw

 7        the question and I'm going to ask hopefully

 8        about a better question.

 9   BY MR. HERMAN:

10        Q      Have you published any written materials

11   regarding the business administration of CNBM Company,

12   Limited?  And in fairness to the witness, I'm not

13   speaking about annual reports, interim reports or

14   announcements that have been previously testified to.

15                    MR. VEJNOSKA:  Objection, vague and

16        ambiguous.

17                    THE WITNESS:  Please repeat the Chinese

18        translation.

19                    THE INTERPRETER:  The interpreter will

20        do so.

21        A      The question is way too broad.  After I have

22   studied MBA, of course the content of my study is

23   helpful to my work.  I don't understand the specifics

24   of what you had mentioned in terms of the written

25   materials published or lectures.

Confidential - Subject to Further Confidentiality Review

1   BY MR. HERMAN:

2       Q    I'll get back to the question.  Let me ask

3   another question.  How many times have you traveled to

4   Stanford University in connection with management

5   training?

6       A    Only once.

7       Q    How many times have you traveled to the

8   United States of America for the business of CNBM

9   Company, Limited, in the last ten years?

10              MR. VEJNOSKA:  Objection, asked and

11          answered, vague and ambiguous.

12      A    I don't have an accurate recollection on

13   that.  Starting from the beginning of 2006, I did the

14   road show globally for the company.  In about 2009 or

15   2010 and afterwards, I come almost every year.

16   BY MR. HERMAN:

17      Q    Do you --

18              MR. VEJNOSKA:  Could you please mark the

19          answer.

20   BY MR. HERMAN:

21      Q    Do you currently hold a passport from the

22   public -- Republic of China?

23      A    Yes.

24              THE INTERPRETER:  The interpreter would

25          like to clarify with the deponent.

Confidential - Subject to Further Confidentiality Review

1           The interpreter would like to correct

2       her interpretation for the prior question.  The

3       deponent actually said, starting from the

4       beginning of 2006 until the year 2009 or 2010, I

5       came to America almost every year.

6           MR. VEJNOSKA:  Thank you, Madam

7       Translator.

8   BY MR. HERMAN:

9       Q    You have a current passport issued by the

10  People's Republic of China; is that correct?

11      A    Yes.

12      Q    Since 2006, how many passports have you been

13  issued by the People's Republic of China?

14      A    I only have one passport.  However, there

15  had been renewal in between.

16      Q    How often has your passport been renewed

17  since 2006?

18      A    This was taken care of by my colleagues that

19  work in the foreign affairs department in our company.

20  I do not have a clear recollection as for the

21  frequency of the renewal.  When I said "renewal," I

22  was referring to when the old passport pages were used

23  up or when the passport expired.

24      Q    Since 2006, have you been issued visas for

25  your visits to the United States of America on behalf

Confidential - Subject to Further Confidentiality Review

1    of CNBM Company, Limited?

2        A     I don't understand.

3        Q     Do you understand the word "visa," v-i-s-a?

4        A     I understand visa.  The Chinese visa is

5    issued by the Chinese Foreign Affairs Office.

6        Q     Yes.  How many visas have you been utilized

7    since 2006?

8        A     To come to the United States?

9        Q     Yes, sir.

10             MR. VEJNOSKA:  I might be able to help

11        if --

12             MR. HERMAN:  Sure.

13             MR. VEJNOSKA:  -- you'd like to.  He may

14        be confusing the Chinese visa and the US visa.

15        There's a special visa to come to the United

16        States.

17       A     I'm not quite sure about it, because every

18    time it was taken care of by my colleagues in the

19    foreign affairs office in the company.  All I did was

20    according to the requirements to show up at the

21    embassy for an interview for the visas.

22    BY MR. HERMAN:

23       Q     The embassy of the People's Republic of

24    China or in the United States of America or the

25    embassy of the United States of America in China?

1    A     The American embassy in China.

2    Q     The passports after they expire from 2006 to

3    date, are those passports returned to your colleagues

4    at the foreign affairs department in China?

5    A     Correct.

6    Q     And as the visas expire, are they returned

7    to the foreign affairs office of your colleagues in

8    China?

9    A     The visas are posted in the passports and I

10   must always hand the passports in every time.

11   Q     Have you maintained a record of your visits

12   to the United States of America since 2006 of the

13   dates of your arrival and departure or other time

14   periods?

15   A     I myself do not make a record on the details

16   of these kind of work-related issues because they're

17   repetitive, but the specifics of the works I have

18   already spoke about.

19   Q     Do you have your current passport and visa

20   with you today?

21   A     It's in the hotel.

22            MR. HERMAN:  I am going to request

23        production or a declaration of the beginning and

24        ending trips of the witness to the United States

25        of America on behalf of CNBM Company, Limited,

1          since 2006 after counsel has had an opportunity

2          to consider production of a declaration or any

3          records which give the dates of the witness'

4          trips to the United States since 2006.

5                   And I'll move on to another question.

6     BY MR. HERMAN:

7          Q     Did employees or representatives of BNBM Plc

8     attend the trade show in Las Vegas?

9                   MR. VEJNOSKA:  BNBM?

10                  MR. HERMAN:  BNBM.

11                  MR. VEJNOSKA:  Objection, vague and

12          ambiguous, beyond the scope.

13                  Answer as an individual.

14         A     I do not know.

15    BY MR. HERMAN:

16         Q     Did representatives of CNBM Company,

17    Limited, since 2006 attend a trade show in Las Vegas,

18    Nevada, for the purpose of promoting Chinese products?

19                  MR. VEJNOSKA:  Objection, vague and

20          ambiguous.

21                  I would just like to add foundation to

22          my prior objection.

23         A     I don't know.

24    BY MR. HERMAN:

25         Q     Did representatives of CNBM Company,

Confidential - Subject to Further Confidentiality Review

1   Limited, since 2006 attend a trade show in the state

2   of Texas for the purpose of promoting CNBM Company,

3   Limited's promotion of manufactured goods?

4            MR. VEJNOSKA:  Objection, vague and

5        ambiguous.

6   A    CNBM Company, Limited, is a shareholding

7   company.  It neither manufacture nor sell of any

8   products.  Therefore, I do not know the questions

9   asked.

10  BY MR. HERMAN:

11  Q    Is CNBM Company, Limited, a promoter of

12  products manufactured in China for sale -- by BNBM

13  subsidiaries for sale in the United States of America?

14            THE INTERPRETER:  This is the

15        interpreter speaking.  Did counsel say for by

16        BNBM?

17  BY MR. HERMAN:

18  Q    Let me repeat the question.  Is CNBM

19  Company, Limited, a promoter of products manufactured

20  in China by the subsidiaries or any subsidiary of BNBM

21  for sale in the United States of America?

22            MR. VEJNOSKA:  Objection, vague and

23        ambiguous, calls for legal conclusion.

24            THE WITNESS:  Please repeat the Chinese

25        translation.

Confidential - Subject to Further Confidentiality Review

1             THE INTERPRETER:  The interpreter will

2        repeat the Chinese translation.

3      A     What location are you referring to?

4  BY MR. HERMAN:

5      Q     United States of America.

6      A     No.

7      Q     Are you familiar with A-l-i-b-a-b-a,

8  Alibaba?

9      A     It is a very famous Chinese Internet

10  company.

11      Q     To your knowledge, did BNBM Plc pay anything

12  of value to Alibaba for posting on Alibaba's network

13  from 2006 to date?

14      A     I don't know.

15             MR. NICKEL:  Objection, form.

16  BY MR. HERMAN:

17      Q     Did CNBM Company, Limited, pay anything or

18  give anything of value to Alibaba for posting on the

19  Alibaba network products that were to be distributed

20  or sold in the United States of America during the

21  years 2006 to date?

22      A     No.

23      Q     Were there communications between CNBM and

24  BNBM executives concerning the default judgment

25  against Taishan?

Confidential - Subject to Further Confidentiality Review

1           MR. VEJNOSKA:  Objection, vague and

2      ambiguous, foundation.

3           THE WITNESS:  Please repeat the

4      translation.

5           THE INTERPRETER:  The interpreter will

6      do so.

7      A    There have been communications between I and

8  Mr. Wang Bing and between Mr. Wang Bing and Mr. Cao

9  Jianlin.  I learned that from my conversation with

10  them.

11           MR. HERMAN:  Is the answer complete?

12  BY MR. HERMAN:

13      Q    Were your e-mails with Mr. Wang Bing --

14  strike that.

15           Were the communications between

16  yourself and Mr. Wang Bing concerning the default

17  judgment in e-mails?

18      A    Mainly telephonic and oral communications.

19      Q    Were any of the communications by e-mail?

20      A    Yes.

21      Q    The communications between Wang --

22      A    But not in regard to this issue.

23      Q    Were there any communications by e-mail

24  between executives of CNBM Company, Limited, and

25  BNBM Plc concerning the default judgment in the United

 1    States of America?

 2                    MR. VEJNOSKA:  Objection, vague and

 3           ambiguous, overbroad.

 4       A       I'm not sure about other people.

 5    BY MR. HERMAN:

 6       Q       Well, were there communications between

 7    yourself electronically and any other executive of

 8    BNBM about the default judgment?

 9                    MR. VEJNOSKA:  Objection, vague and

10           ambiguous, overbroad.

11       A       My work habit is that I communicate mainly

12    through telephone.  If there are any discussion needed

13    or any issues that needed to be understood, I would

14    use telephone and -- because I personally do not have

15    fixed schedules to review the e-mails because I'm not

16    always in the office.  Therefore, for any discussions

17    I would either use telephone or face-to-face

18    communications.

19    BY MR. HERMAN:

20       Q       In preparation for your deposition, have you

21    reviewed any e-mails of CNBM Company, Limited,

22    executives about the default judgment rendered in the

23    United States of America?

24                    MR. VEJNOSKA:  Objection, vague and

25           ambiguous, overbroad.

Confidential - Subject to Further Confidentiality Review

```
 1      A     No.

 2 BY MR. HERMAN:

 3      Q     Have you reviewed in connection with the

 4 litigation in the United States of America in

 5 preparation of your deposition any e-mails

 6 participated in by BNBM Plc concerning the default

 7 judgment?

 8            MR. VEJNOSKA:  Objection, vague and

 9       ambiguous, overbroad.

10      A     Whose e-mails?

11 BY MR. HERMAN:

12      Q     E-mails from or originated by BNBM Plc?

13            MR. VEJNOSKA:  Same objections.

14      A     Who did BNBM send the e-mails to?

15 BY MR. HERMAN:

16      Q     My question, again, in preparation for your

17 deposition did you review any e-mails originated by

18 BNBM Plc concerning the default judgment in the United

19 States?

20            MR. VEJNOSKA:  Same objection.

21      A     No.

22 BY MR. HERMAN:

23      Q     In the preparation for this deposition, did

24 you review any e-mails from CNBM Group executives

25 relating to the default judgment in the United States
```

1    of America?

2                    MR. VEJNOSKA:  Objection, vague and

3         ambiguous, overbroad.

4    A      No.

5    BY MR. HERMAN:

6    Q      In preparation for your deposition, did you

7    review any e-mails from Taishan Gypsum related to the

8    default judgment in the United States of America?

9    A      No.

10                   MR. VEJNOSKA:  Same objections.

11   BY MR. HERMAN:

12   Q      In connection with your preparation for the

13   deposition, did you review any e-mails from Taishan

14   Gypsum concerning the judgment debtor examination of

15   July 17, 2014, in the United States of America?

16                   MS. YANG:  Objection.

17   A      No.

18                   MR. HERMAN:  Mark the question and

19        answer for me, will you, please.

20   BY MR. HERMAN:

21   Q      In preparation for your deposition, did you

22   review any e-mails from BNBM Plc in connection with

23   the judgment debtor examination in the United States

24   which was rendered on July 17, 2014?

25                   MR. VEJNOSKA:  Objection, foundation,

Confidential - Subject to Further Confidentiality Review

1          vague and ambiguous.

2      A      No.

3  BY MR. HERMAN:

4      Q      In connection with your preparation for the

5  deposition, did you review any e-mails of CNBM Group

6  relating to the judgment debtor examination scheduled

7  on July 17, 2014, in the United States Federal Court?

8              MR. VEJNOSKA:  Madam Translator, did you

9          say "CNBM Group" or "CNBM"?  I want to be sure

10         that he's answering correctly.

11             THE INTERPRETER:  I'm not sure, but the

12         interpreter would like to reinterpret the

13         question.

14             MR. VEJNOSKA:  Thank you.

15     A      No.

16             MR. HERMAN:  I'm going to make a request

17         for certain documents which we will detail in a

18         subsequent request for production specifically,

19         and then we'll take a recess.

20             We request the custodial and personal

21         files for the witness from 2005 to date as it

22         relates to the shipment of any products of any

23         company listed on Exhibit 13-X which is the

24         shareholding structure of the group in the

25         annual report 2014 of the CNBM Company, Limited,

1        at page 13, specifically as products intended

2        for the sale or resale in the United States of

3        America, as well as any documents relating to

4        litigation by CNBM Company, Limited, and its

5        subsidiaries or affiliates filed in the United

6        States of America from 2005 to date.

7                I make the same request for the period

8        2005 to date of Cao Jianglin, president and

9        executive director of CNBM Company, Limited,

10       2005 to date.

11               I make the same request of

12       J-i-a-n-g-l-i-n, new word capital C-a-o,

13       president and executive director of CNBM Limited

14       Company 2005 to date.

15               I make the same request of S-h-o-u, new

16       word, P-e-n-g, director of CNBM and chairman of

17       China Triumph.

18               I make the same request of Xing Tai,

19       T-a-i, new word capital C-u-i, director of CNBM

20       Company, Limited.

21               I make the same request of

22       Z-h-i-p-i-n-g, capital S-o-n-g, chairman and

23       executive director of CNBM Company, Limited,

24       2005 to date.

25               I make the same request of

Confidential - Subject to Further Confidentiality Review

1    G-u-o-p-i-n-g, new word Z-h-o-u, supervisor of

2    CNBM Company, Limited, 2005 to date.

3              I make the same request for

4    S-h-u-h-o-n-g, new word capital C-u-i,

5    supervisor of CNBM Company, Limited, 2005 to

6    date.

7              I make the same request of Bing Wang,

8    vice president of CNBM Company, Limited, 2009 to

9    date.

10              I make the same request of Zheng,

11    Z-h-e-n-g, new word capital T-a-o, nonexecutive

12    director of CNBM Company, Limited, 2014 to date.

13              I make the same request of capital

14    G-u-o, capital C-h-a-o-m-i-n, nonexecutive

15    director of CNBM Company, Limited.

16              I make the same request of H-u-a-n-g,

17    capital A-n-z-h-o-n-g, nonexecutive director,

18    CNBM Company, Limited.

19              I make the same request of capital J-i-n

20    capital Y-u capital H-u, auditing manager of

21    CNBM Company, Limited 2005 to 2014, finance

22    manager of BNBM Plc for the year 2005, director

23    of BNBM Plc for the year 2005, and supervisor of

24    BNBM Plc for the time frame of September 2005 to

25    date.

Confidential - Subject to Further Confidentiality Review

```
 1              As I said, these requests will be part
 2       of a formal request for production of documents,
 3       if they are not part of a formal prior request
 4       for production.  And if counsel has previously
 5       produced for CNBM Company, Limited, documents
 6       such as I have called for, if counsel will
 7       provide the CNBM Company, Limited, Bates numbers
 8       for those documents in English, we will accept
 9       the Bates numbers in lieu of documents.
10              And we'll recess at this time.  We'll
11       come back let's say a quarter till 11.
12              MR. VEJNOSKA:  All right.
13              MR. HERMAN:  Great.
14              THE VIDEOGRAPHER:  Time is now 10:33.
15       This is the end of media No. 1.  We're going off
16       the record.
17              (Recess Taken From 10:33 a.m. To
18              10:52 a.m.)
19              THE VIDEOGRAPHER:  Time is now 10:52.
20       This is the start of media No. 2 and we're back
21       on the record.
22              MR. HERMAN:  I request all files and
23       documents regarding any CNBM employee who was
24       sent to the United States for training by CNBM
25       Company, Limited, from 2005 to date.  We'll make
```

Confidential - Subject to Further Confidentiality Review

```
 1            it a part of a formal request for production.

 2                 I request all files and/or documents

 3            regarding CNBM road shows in the United States

 4            to introduce CNBM, Limited, to investors from

 5            2005 through 2010, including employees of CNBM

 6            Company, Limited, who traveled to the US for

 7            road shows, written materials provided to

 8            attendees of road shows, invitations and guest

 9            lists for road shows, list of attendees at road

10            shows and follow-up materials, letters, e-mails

11            and communications to attendees of the road

12            show.

13   BY MR. HERMAN:

14       Q    Did you write any e-mails to anyone within

15   CNBM Limited Company regarding the default judgment?

16                MR. VEJNOSKA:  Objection, vague and

17            ambiguous.

18       A    No.

19   BY MR. HERMAN:

20       Q    Did you write any e-mails -- strike that.

21                Did you receive any e-mails from

22   anyone within the CNBM Company, Limited, regarding the

23   default judgment?

24                MR. VEJNOSKA:  Same objection.

25       A    I'm not sure.
```

Confidential - Subject to Further Confidentiality Review

1    BY MR. HERMAN:

2        Q    Did you write or receive any e-mails from

3    anyone at the CNBM Company, Limited, regarding

4    Taishan's decision to withdraw from the litigation?

5                MS. YANG:  Objection, form.

6        A    I'm not sure.

7                MR. HERMAN:  If I haven't called for

8            production of such e-mails, I'll call for them

9            now, and I will make them formal -- a part of a

10           formal motion -- rather, request for production

11           of documents.

12                   I'm going to distribute C Exhibit 65.

13           It's two pages.  It was downloaded on

14           April 13th, 2015 -- today is Sunday, June 7th,

15           2015 -- from

16           http://www.cnbm.com.cn/EN/c_0000001600030001/ in

17           English.

18                   And I'll ask the translator to translate

19           for me the questions that I ask because we were

20           not able to download Exhibit 65 in Chinese.

21   BY MR. HERMAN:

22       Q    Were you familiar that CTIEC-TECO American

23   Technology Inc., was posted on the CNBM Company,

24   Limited, website as one of the companies doing

25   business in the United States of America as shown on

Confidential - Subject to Further Confidentiality Review

1    Exhibit 65?

2                    MR. VEJNOSKA:  Objection, foundation,

3        vague and ambiguous.

4                    THE WITNESS:  Please repeat.

5                    THE INTERPRETER:  The interpreter will

6        repeat.

7        A    I don't quite understand everything that is

8    on this web page, but according to my limited

9    knowledge, I don't think this is the web content of

10   CNBM.  Therefore, I cannot decide whether this

11   company, CTIEC, is one of our subsidiaries of our

12   company limited.

13                   On page 2 you will see the copyright

14   of 2003 China National Building Material Group

15   Corporation.

16   BY MR. HERMAN:

17       Q    Isn't it true that CNBM Company, Limited,

18   established CNBM International (USA) in the state of

19   California in that the state of California still

20   registers CNBM International (USA) as an active

21   corporation?

22                   MR. VEJNOSKA:  Objection, foundation;

23       states the facts and therefore argumentative.

24       A    I don't know.

25   BY MR. HERMAN:

```
 1      Q      Isn't it true that CNBM Company, Limited,

 2   established CNBM Investment UNITED SUNTECH CRAFT INC.

 3   to do business in the United States of America?

 4      A      May I have a request to have you provide me

 5   with the Chinese version of the web page?  Because all

 6   these abbreviations stated here, such as CNBM and

 7   others, are the abbreviations that are commonly used

 8   within the CNBM Group.  However, the translation may

 9   not be accurate from what -- my existing knowledge of

10   those abbreviations.

11      Q      We will provide a Chinese Exhibit 65-A which

12   translates into Chinese Exhibit 65 after lunch.  And I

13   recognize I do not have at this moment a copy or a

14   translation in Chinese of 65-A.  If I had such a

15   translation, you can be assured that I would have

16   presented it to you.

17      A      I understand, but it is easy to be mixed up.

18   According to the translation rendered, you mentioned

19   CNBM Company, Limited, but when I look at it, it is

20   not our company's website and therefore in order to

21   avoid discrepancy I believe it would be more accurate

22   if I speak with the Chinese translation in hand.

23      Q      Yes, we will provide it, and we do recognize

24   the copyright you referred to, 2003 China National

25   Material Building Group Corporation.
```

Confidential - Subject to Further Confidentiality Review

```
 1                    Is it true that CNBM Company, Limited,

 2   has set up more than 38 branches and eight offices

 3   worldwide involving 28 countries and regions located

 4   over five continents around the world and established

 5   import and export business relations with more than

 6   120 countries and regions?

 7                    MR. VEJNOSKA:  Objection, compound,

 8        foundation.

 9      A     First of all -- I would like to make two

10   points.  First of all, I am sure CNBM referred here is

11   not our company, which is CNBM Company, Limited.  But

12   I believe what is referring now -- what is referred

13   here is CNBM Group Company.  I'm not sure about the

14   content of this paragraph.

15   BY MR. HERMAN:

16      Q     Is that the complete --

17      A     Yes.

18                    MR. HERMAN:  In light of the witness'

19        testimony, I'm going to provisionally offer

20        Exhibit 65 because the witness has been shown

21        the document.  I will distribute 65-A in Chinese

22        after the luncheon recess so that the witness

23        may review it and reserve further questioning

24        after the witness has reviewed the Chinese

25        version for the 30(b)(6) deposition of CNBM
```

Confidential - Subject to Further Confidentiality Review

1           Group.

2                 MR. VEJNOSKA:  I appreciate your

3           statement, Mr. Herman, and we obviously will

4           reserve our objections to this, and I will say

5           that while I imagine that getting the Chinese

6           translation this afternoon could be of some use

7           to the witness, I think what he's really asking

8           for is what you already told us that you've not

9           been able to get, which is the actual Chinese

10          language version of the website.

11                MR. HERMAN:  I'm advised by my

12          colleague, Pearl Robertson, she just received

13          the Chinese version and we will have it printed

14          and produced after lunch.

15                MR. VEJNOSKA:  You want to just hand me

16          your iPhone, Pearl?

17                MS. ROBERTSON:  It's up to counsel.

18                MR. VEJNOSKA:  Because then we'd have to

19          mark it.

20                MR. HERMAN:  I understand counsel's

21          question, but I suggest you don't hand him

22          anything personally of yours.

23                MR. VEJNOSKA:  Good advice.

24    BY MR. HERMAN:

25       Q    Did you write or receive any e-mails within

1    CNBM Company, Limited, related to the contempt order

2    issued by Judge Fallon?

3        A    As far as I remember, I might have discussed

4    with my colleagues regarding the content of this order

5    of injunction.  But for the rest of it, I do not have

6    a clear recollection.

7        Q    When you discussed the contempt order of

8    Judge Fallon -- or issued by Judge Fallon, did you

9    discuss that subject with colleagues of CNBM Company,

10   Limited?

11       A    Yes.

12       Q    Do you recall the names of the colleagues

13   with whom you discussed the contempt order within CNBM

14   Company, Limited?

15       A    I have discussed that with my colleague in

16   the legal department by the name of Ms. Du Guangyuan.

17   I have also reported this matter to Mr. Cao.

18       Q    Did you discuss the contempt order issued by

19   Judge Eldon Fallon with any company colleague in

20   BNBM Plc?

21       A    Yes.

22       Q    What are the names of your colleagues in

23   BNBM Plc with whom you discussed Judge Eldon Fallon's

24   contempt order?

25       A    Ms. Shi Keping, the secretary of BNBM

1   Company, Limited, of the board of directors.

2       Q     Did you discuss Judge Fallon's contempt

3   order with any colleague in CNBM Group?

4       A     We did report that after our public

5   announcement was made.

6       Q     Report the contempt order to CNBM Group

7   after the contempt order was made?

8       A     After we had published the public

9   announcement on the websites of our company limited as

10  well as on the website of Hong Kong Stock Exchange.

11      Q     Did you discuss with your colleagues at

12  Taishan -- of Taishan Gypsum Judge Fallon's issued

13  contempt order?

14              MS. YANG:  Objection, form.

15      A     Not according to my recollection.

16  BY MR. HERMAN:

17      Q     Did you have any communication with

18  Chairman Jia of Taishan Gypsum concerning the default

19  judgment?

20      A     No.

21      Q     Did you have any communication with

22  Chairman Jia of Taishan Gypsum regarding the decision

23  of Taishan to withdraw from the US litigation

24  concerning gypsum board?

25              MS. YANG:  Objection, form.

Confidential - Subject to Further Confidentiality Review

1     A     No.

2   BY MR. HERMAN:

3     Q     Did you have any discussion with

4   Chairman Jia of Taishan Gypsum regarding the contempt

5   order issued by Judge Fallon?

6               MS. YANG:  Objection, form.

7     A     No.

8   BY MR. HERMAN:

9     Q     Have you had any discussion with Wenlong

10  Peng concerning Taishan Gypsum's default judgment?

11              MS. YANG:  Objection, form.

12    A     No.

13  BY MR. HERMAN:

14    Q     Have you had any communication with Wenlong

15  Peng about Taishan Gypsum's decision to withdraw from

16  the litigation?

17              MS. YANG:  Objection, form.

18    A     No.

19  BY MR. HERMAN:

20    Q     Have you had any communication with Wenlong

21  Peng regarding the contempt order issued by Judge

22  Eldon Fallon?

23              MS. YANG:  Objection, form.

24    A     No.

25  BY MR. HERMAN:

Confidential - Subject to Further Confidentiality Review

1      Q      Did CNBM Company, Limited, approve or

2   consent to loan guarantees from BNBM Plc in favor of

3   Taishan Gypsum from 2006 to the present date?

4                  MR. NICKEL:  Objection, form.

5                  THE WITNESS:  Please repeat the Chinese.

6                  THE INTERPRETER:  Interpreter will

7        repeat the Chinese translation.

8      A      Regarding the issue that requires the voting

9   and decision made by the shareholders of BNBM Company,

10  Limited, to make guarantee for the loan of Taishan

11  Gypsum, BNBM Company, Limited, had approved of that.

12  BY MR. HERMAN:

13     Q      Did CNBM Company, Limited, as a shareholder

14  of BNBM Plc, vote to approve such loans and

15  guarantees?

16                 MR. VEJNOSKA:  Objection, foundation,

17       beyond the scope.

18                 You may answer as an individual.

19     A      Is there a time frame?

20  BY MR. HERMAN:

21     Q      From 2006 to the present date.

22     A      According to my recollection as the

23  secretary of the board of directors of CNBM Company,

24  Limited, for the matter of BNBM guarantees for Taishan

25  Gypsum, it is not necessary to seek the approval from

1    the board of directors of CNBM Company, Limited.

2    Q    But did CNBM Company, Limited, as a

3    shareholder of CNBM -- strike that.

4              But did CNBM Company, Limited, as a

5    shareholder of BNBM Plc approve of the action of

6    BNBM Plc to make loan guarantees to Taishan Gypsum?

7              MR. NICKEL:  Objection, form.

8    A    According to my recollection, CNBM Company,

9    Limited --

10             THE WITNESS:  Excuse me, can you please

11        retranslate the question into Chinese.

12             THE INTERPRETER:  The interpreter will

13        retranslate.

14             MR. VEJNOSKA:  Asked and answered.

15   A    CNBM Company, Limited, as a shareholder of

16   BNBM according to the percentage of shares we hold

17   voted approval on the shareholders' meeting.

18             MR. HERMAN:  It's 20 minutes till 12.  I

19        have two lines of questioning left.  I

20        anticipate perhaps two-and-a-half hours at most

21        for those lines of question.  I suggest that we

22        recess early for lunch under the circumstances.

23        I don't know what time the court reporter has.

24        I have approximately 20 minutes till 12.  If we

25        get back here at 20 minutes after 12, we should

Confidential - Subject to Further Confidentiality Review

```
1          have plenty time to conclude these lines of

2          questions, and I suggest we recess at this point

3          for lunch till 20 minutes after 12.

4                   MR. VEJNOSKA:  That's acceptable.  Thank

5          you.

6                   THE VIDEOGRAPHER:  Time is now 11:37.

7          This is the end of media No. 2 and we're going

8          off the record.

9                   (Recess Taken From 11:37 a.m. To

10                  12:23 p.m.)

11                  THE VIDEOGRAPHER:  The time is now

12         12:23.  This is the start of media No. 3 and

13         we're back on the record.

14                  (C:6/5/15-6/7/15 Exhibit 61 marked.)

15                  MR. HERMAN:  I'm going to identify for

16         the record Exhibit 61, and I'll go slow with the

17         Bates numbers.  It's 0160544 through 160888.

18         And I am going to identify Exhibit 61, which

19         contains documents in English and translations

20         in Chinese.  I'm going to take my time

21         identifying these documents as they're

22         distributed to the translator, the witness and

23         all counsel.

24                  There is an e-mail, Bates

25         KNAUFGIPS0160554 dated May 18th, 2009, from
```

Confidential - Subject to Further Confidentiality Review

1      DGregory@mail.knauf.com.cn from Manfred, that's

2      M-a-n-f-r-e-d, Grundke, G-r-u-n-d-k-e, and Hans

3      Peter Ingenillem, I-n-g-e-n-i-l-l-e-m, subject

4      ASQIQ and CNBM BNBM letters, attachments TJN-US

5      CNBM BNBM letters dated 15 May '09, TJN-US KPT

6      ltr to AQSIQ 15 May 2009 that states, "Please

7      see attached letters.  The one to BNBM was sent

8      on the 15th of May.  ASQIQ and CNBM was sent on

9      the 18th of May 2009.  Please note that the CN

10     versions were sent.  Regards, Davis" -- "David."

11          Documents in Chinese KNAUFGIPS0160545,

12     546 and 547, in Chinese, then follows a letter

13     of May 15, 2009, to Mr. Song Zhiping, chairman

14     of the board to China National Building Material

15     Group Corporation to Zizhuyuan Nanlu, Haidian

16     District, Beijing, China 10044, reference,

17     "Latest Development of the Plasterboard Incident

18     in the USA," KNAUFGIPS0160548 and 160549 in

19     English.

20          The next document are attachments from

21     Bates number 160550 through 160716.  In the

22     attachments, the Chinese documents are 01 -- I'm

23     sorry.  In the attachment, the Chinese -- the

24     documents in the Chinese language are Bates

25     number 160550, 160553 through 160554.  In

1        Chinese and English, Exhibits [sic] 160555

2        through 160560 -- I'm sorry, through 160561,

3        160562 through 160687 that represent complaints

4        or lawsuits filed and they are in English.

5              They are followed by the Germano lawsuit

6        in Chinese, which is 160688 through 160705.  In

7        English, then, a news report about lawsuits

8        being filed, 160706, 160707, and Chinese

9        language 160708, 160709.

10             A news report in English then follows,

11       160710, 160771 -- strike that.  160710 is

12       followed by 160711, 160712, all in English.  And

13       then there follows a Chinese 160713, 160714,

14       160715, 160716.  That is followed by a letter in

15       Chinese, 160717, 160718, 160719 addressed on

16       May 15th, 2009, to Mr. Wang Bing, general

17       manager of Beijing New Building Material Group

18       Company, Limited, F9/F10, Building 4, Zhuyu

19       International No. 9, Shouti South Road, Haidian

20       District, Beijing, China 10048 titled "Latest

21       Development of the Plasterboard Incident in the

22       USA.  Dear Mr. Wang," from Mark Norris,

23       commercial director, Greater China, North Board

24       Tianjin Company, Limited.  And the English

25       version 160720, 721.

```
 1              And that is followed by, in English and

 2         Chinese, a listing of lawsuits, KNAUFGIPS160722

 3         through 160729, and a series of complaints or

 4         lawsuits in English, 160730 through 160855,

 5         which is followed by the Germano lawsuit in

 6         Chinese, KNAUFGIPS0160856 through 0160873, which

 7         is followed by a news report in English of

 8         KNAUFGIPS160874, 1607 -- I'm sorry -- 160874,

 9         and second page, 160875, which is then followed

10         by the Chinese version, 160876 and 160877, which

11         followed after that is a news report in English

12         of 16078 -- 160 -- strike 16078.  Is followed by

13         Bates number 160878 and 879 in English a news

14         report, which is followed in Chinese, 160880 and

15         160881, followed by, in English, a news report

16         160882, 160883, 160884, followed by Chinese

17         language, 160885, 160886, 160887, 160888.

18              The vast majority of these documents

19         were attachments to two letters.  I only intend

20         to inquire of the witness regarding the letters

21         and not the attachments, but I advise counsel

22         for the defendants CNBM, CNBMG, BNBM, BNBMG and

23         Taishan Gypsum, that there are some quotes in

24         some of the news reports from various

25         representatives of one or more defendants, and
```

Confidential - Subject to Further Confidentiality Review

```
 1          since they are within news reports, I'm not

 2          going to question this witness about anything

 3          specific in the news reports, but counsel may

 4          want, after this deposition, to pay some

 5          attention to the news reports in order to be

 6          cognizant of quotes that may have been given by

 7          representatives of a particular defendant.

 8   BY MR. HERMAN:

 9      Q    With that I would like to ask the witness to

10   turn to KNAUFGIPS0160545, 546 and 547.

11               MR. HERMAN:  In English, Counsel, it

12          would be Bates number 0160548 and 01549.

13   BY MR. HERMAN:

14      Q    I would like to ask the witness to review

15   that before I ask any questions.  It is the May 15th,

16   2009, correspondence to Mr. Song Zhiping, chairman of

17   the board of China National Material Building Group

18   Corporation, to Z-i-z-h-u-y-u-a-n, capital N-a-n-l-u,

19   Haidian District, Beijing, China 10044, from David

20   Gregory, chairman of the board, Knauf Plasterboard

21   Company, Limited.

22               (Witness Reviews Document.)

23   BY MR. HERMAN:

24      Q    At any time before July 17, 2014, were you

25   made aware of this letter?
```

 1       A      I do not know.

 2       Q      At any time did you review this letter in

 3   connection with your preparation for this deposition?

 4       A      No, this is my first time.

 5       Q      I am going to direct the witness' attention

 6   to Bates number KNAUFGIPS0160717, 160718 and 160719.

 7   In Chinese it is 160717, 160718, 160719.  It is the

 8   letter of May 15th, 2009, to Mr. Wang Bing, general

 9   manager of Beijing New Building Material Group

10   Company, Limited, F9/F10, Building 4, Zhuyu National

11   No. 9, Shouti South Road, Haidian District, Beijing,

12   China 10048 titled, "Latest Development of the

13   Plasterboard Incident in the USA," from Mark Norris,

14   commercial director, Greater China, Knauf Plasterboard

15   Taishan Company, Limited.

16              At any time before July 17, 2014, did

17   you receive a copy of the correspondence of May 15,

18   2009, to Mr. Wang Bing?

19       A      No.

20       Q      In preparation for your deposition as the

21   30(b)(6) representative of CNBM Group Company,

22   Limited, did you review this letter before your

23   deposition at any time?

24              MR. VEJNOSKA:  Objection.  Mr. Herman,

25        just for a clear record, it appears you asked if

Confidential - Subject to Further Confidentiality Review

1        he saw it in his appearance as the 30(b)(6)

2        representative of CNBM Group Company, which

3        obviously he's not.

4              MR. HERMAN:  Let me ask it again.  The

5        question's not correct.

6   BY MR. HERMAN:

7        Q    At any time in your preparation to testify

8   as a witness on behalf of CNBM Company, Limited, did

9   you review the correspondence of May 15th, 2009,

10  addressed to Mr. Wang Bing by Knauf Company?

11       A    No.

12             MR. HERMAN:  Because I have shown the

13       letters to the witness and also provided the

14       attachments, I am going to attach the Exhibit

15       No. 61 to the deposition and we will have an

16       opportunity to question other witnesses of CNBM

17       Group and -- CNBM Group and C -- BNBM Group at a

18       later date.

19             MR. VEJNOSKA:  And just for the record,

20       I would say that since you -- sorry, go ahead.

21       Why don't you translate, Madam Translator, and

22       then I'll make my statement.

23             And the only statement I wanted to make

24       for the record so that we're clear if and when

25       we come back to it sometime in the future, is

```
 1          you had said at the end of your description of

 2          this that the vast majority of these documents

 3          were attachments to two letters.  So I don't

 4          know which were and which weren't, and I don't

 5          think we need to deal with that now.  I

 6          appreciate that you're just simply attaching

 7          these to the deposition as items you have shown

 8          to the witness.

 9               MR. HERMAN:  Well, so for whatever

10          purpose you deem important or other counsel

11          deems important, I read them in sequence.  So

12          the first letter I identify has the attachments

13          to that letter, and the second letter I identify

14          has the attachments that go with that letter,

15          and the attachments with both letters are

16          identical.

17     BY MR. HERMAN:

18       Q    On April 16th, 2015, a company by the name

19     of Plum Creek gave a deposition in this matter.  CNBM

20     was represented by Jonathan Riddell, esquire, of

21     Orrick Herrington & Sutcliffe, LLP.  Taishan was

22     represented by McKenzie Kahnke, esquire, of Alston &

23     Bird, and BNBM Plc and BNBM Group Company, Limited,

24     were represented by Adam Pierson, esquire, Dentons US,

25     LLP.  And I'll ask the witness in preparation for his
```

Confidential - Subject to Further Confidentiality Review

1    deposition did he read the deposition of Plum Creek or

2    review any of the documents in connection with that

3    deposition?

4         A    No.

5         Q    On April 17th, 2015, Sunpin, S-u-n-p-i-n,

6    Solar, S-o-l-a-r, CNBM was represented by Kelly D.

7    Daley of Orrick Herrington and Sutcliffe; Taishan was

8    represented by Matthew D. Lawson of Alston & Bird; and

9    BNBM entities was represented by Kate Rumsey of

10   Dentons US.

11             Did you review that deposition and any

12   of the documents produced in that deposition before

13   your deposition as a 30(b)(6) representative of CNBM

14   Limited Company began?

15        A    No.

16        Q    On April 22nd, 2015, the deposition of New

17   Jersey Institute of Technology was taken.  CNBM

18   entities was represented by Kelly M. Daley, esquire,

19   of Hannah Junkerman, Orrick Herrington & Sutcliffe;

20   Taishan was represented by Mackenzie and Kahnke of

21   Alston & Bird; and BNBM entities was represented by

22   Kate Rumsey, R-u-m-s-e-y, of Dentons US.

23             In preparation for your deposition,

24   did you read that deposition or any of the documents

25   introduced in that deposition?

Confidential - Subject to Further Confidentiality Review

1      A      No.

2      Q      On April, did you review that deposition and

3   any of the documents of the New Jersey Institute of

4   Technology deposition in preparation for your

5   deposition?

6              MR. VEJNOSKA:  Objection, asked and

7        answered.

8      A      No.

9   BY MR. HERMAN:

10      Q      On April 24th, 2015, CTIEC-TECO American

11   Technology, Inc.'s deposition was taken.  Taishan was

12   represented by Mackenzie Kahnke at Alston & Bird; CNBM

13   was represented by Jason Wu of Orrick Herrington &

14   Sutcliffe; BNBM was represented by Adam Pierson of

15   Dentons US.

16              Did you read that deposition and

17   documents introduced in the deposition in preparation

18   for your testimony?

19      A      No.

20      Q      On May 13th, 2015, Hull Forest Products'

21   deposition was taken in this matter.  CNBM Company,

22   Limited, was represented by Kelly M. Daley, esquire,

23   of the Orrick firm; BNBM Plc and BNBM Group were

24   represented by Kenneth J. Pfaehler of Dentons US;

25   Taishan was represented by Mackenzie Kahnke of

Confidential - Subject to Further Confidentiality Review

 1   Alston & Bird.

 2                  Did you review that deposition or any

 3   of the documents introduced in that deposition as part

 4   of your preparation for this deposition?

 5      A      No.

 6      Q      On May 18th, 2015, Hampton Companies'

 7   deposition was taken, China National Building

 8   Materials Company, Limited, was represented by

 9   Christopher Cruz of Orrick Herrington & Sutcliffe;

10   Beijing entities was represented by Kate Ramsey -- I'm

11   sorry, Rumsey, R-u-m-s-e-y, of Dentons US.

12                  Did you review that deposition or any

13   of the documents introduced in that deposition in

14   connection with preparation for your testimony here?

15      A      No.

16      Q      On May 21st, 2015, WH International, Inc.'s

17   deposition was taken in this matter.  BNBM Plc and

18   BNBM Group were represented by Kenneth J. Pfaehler,

19   P-f-a-e-h-l-e-r, of Dentons US; CNBM Group CNBM

20   Company, Limited, and CNBM Forest Products was

21   represented by Jason Cabot of the Orrick firm; Taishan

22   was represented by Mackenzie Kahnke of the Alston &

23   Bird firm.

24                  Did you review that deposition or any

25   of the documents in that deposition in preparation for

1    your deposition?

2        A      No.

3        Q      On May 21st, 2015, the deposition of Western

4    Wood Lumber Company was taken.  BNBM Plc, BNBM Group

5    was represented by Kenneth Pfaehler of Dentons; CNBM

6    Group, CNBM Company, Limited, and CNBM Forest Products

7    was represented by Jason Cabot of Orrick; Taishan was

8    represented by Mackenzie Kahnke of Alston & Bird.

9                          Did you review that

10   deposition in connection with your -- or in

11   preparation for your deposition?

12       A      No.

13       Q      Did you review any of the court transcript

14   testimony of documents in the Oregon Federal Court

15   with regard to Western Wood Lumber Company and any

16   litigation involving CNBM Company, Limited, or its

17   subsidiaries?

18                  THE INTERPRETER:  The interpreter will

19          reinterpret.

20       A      No.

21   BY MR. HERMAN:

22       Q      On May 28th, 2015, Baillie Lumber Company's

23   deposition was taken.  BNBM Plc and BNBM Group were

24   represented by Justin Kattan, K-a-t-t-a-n, of Dentons;

25   CNBM Company was represented by Aaron M. Rubin of

1    Orrick; Taishan was represented by Mackenzie Kahnke of

2    Alston & Bird.

3              Did you review that deposition or any

4    of the documents entered in that deposition in

5    preparation for your testimony?

6        A     No.

7        Q     Without repeating each deposition, do I

8    understand you have never reviewed any of those

9    depositions for any purpose?  Is that a correct

10   understanding?

11       A     Correct.

12             MR. HERMAN:  I want to advise all

13        counsel here for the various parties who did not

14        attend in person the Taishan Gypsum 30(b)(6)

15        deposition from June 2nd, 2015, to June 4th,

16        2015, that under Federal Rule of Evidence 1006,

17        I introduced a chart of the various litigation

18        which I have asked the witness about and the

19        underlying documents.  Volume 1 was identified

20        as Exhibit 42, volume 2 was identified as

21        Exhibit 43 and volume 3 was identified as

22        Exhibit 44, and the Federal Rule of Evidence

23        1006 offer in chart form was in each volume.

24             I am going to ask a series of questions

25        of the witness, and I anticipate that the chart

Confidential - Subject to Further Confidentiality Review

1        will be a great deal longer than my questioning

2        and therefore you should be able to conclude

3        your business here by about 2:30, which should

4        give you adequate time to get to the airport or

5        make whatever arrangements you wish to make, and

6        I so advise the videographer, the court

7        reporter, our translator, the witness, all

8        lawyers in attendance.  I thank them for their

9        courtesies and professionalism and I thank the

10       Gordon Arata firm for its facility and its

11       hospitality, and I'll do that now so that you

12       can depart quickly.

13   BY MR. HERMAN:

14       Q    Isn't it true that China Triumph

15   International Engineering Group Company, Limited,

16   sometimes referred to as CTIEC, is a direct subsidiary

17   of CNBM?

18            MR. VEJNOSKA:  Objection, calls for a

19       legal conclusion, asked and answered.

20       A    China Triumph International Engineering

21   Group Company, Limited, is a subsidiary of the

22   company.  Its abbreviation is included in our annual

23   report.  Whether the abbreviation is as described

24   earlier, I'm not sure.

25   BY MR. HERMAN:

1      Q      Are you aware that in October 2014, during

2    the contempt period, CTIEC made interest payments to

3    TECO related to a $250,000 loan with payments made to

4    NJIT along with other sums owing to TECO, total

5    payments of $28,717.51?

6      A      I don't know.

7      Q      Are you aware that on March -- in

8    March 2015, Peng Shou, S-h-o-u, visited TECO in the

9    United States of America with regard to a joint

10   venture with CTIEC in Toledo, Ohio?

11     A      I don't know.

12     Q      Are you aware that Peng Shou's key selling

13   points in forming the CTIEC-TECO joint venture on

14   March 30th, 2005, was that CTIEC was owned by CNBM?

15            MR. VEJNOSKA:  Objection, foundation,

16        vague and ambiguous.

17     A      I don't know.

18   BY MR. HERMAN:

19     Q      Are you aware that in February 2013, CNBM

20   and its subsidiary China Triumph International

21   Engineering Group Company ceremonially dedicated the

22   CNBM New Energy Materials Research Center at the

23   New Jersey Institute of Technology?

24            MR. VEJNOSKA:  Objection, beyond the

25        scope.

Confidential - Subject to Further Confidentiality Review

1                You may answer as an individual.

2       A      I had some understanding of this information

3    after I was designated as the company's witness.

4    However, I'm not sure what company you're referring to

5    when you said CNBM.

6    BY MR. HERMAN:

7       Q      Referring to CNBM Company, Limited.

8                MR. VEJNOSKA:  Same objection, beyond

9         the scope.

10               You can answer as an individual.

11      A      Mr. Peng Shou is also a vice president of

12   China Triumph International Engineering Group Company.

13   As to whether he had obtained enough -- a legal

14   authorization from CNBM to attend this event, I am not

15   sure.

16   BY MR. HERMAN:

17      Q      Are you aware that in December 2013, Peng

18   Shou, as both the executive director and vice

19   president of CNBM Company, Limited, and chairman and

20   president of China Triumph International Engineering

21   Company, negotiated a PV materials technology

22   development agreement between NJIT and CTIEC?

23               MR. VEJNOSKA:  Objection, beyond the

24         scope.

25               You may answer as an individual.

```
1        A     I don't know.

2   BY MR. HERMAN:

3        Q     Are you aware that an agreement effective

4   date of July 1st, 2013, was negotiated by Peng Shou

5   for both -- both as executive director and vice

6   president of CNBM and chairman and president of China

7   Triumph International Engineering Company and that in

8   the agreement, China Triumph International Engineering

9   Company could give any property subject to the

10  agreement to any "affiliate" without any permission

11  from or accounting to NJIT?

12              MR. VEJNOSKA:  Objection, beyond the --

13          I'm sorry.

14              Would you please mark the question.

15              Objection, beyond the scope.

16              You may answer as an individual.

17       A     I don't understand the question.  Please

18  repeat in Chinese.

19  BY MR. HERMAN:

20       Q     I'll ask another question.  In the agreement

21  between China Triumph International Engineering

22  Company and NJIT, effective December -- strike that --

23  effective July 1, 2013, are you aware that the term

24  "affiliate" was defined in the PV materials agreement

25  as "a company or other entity controlling, controlled
```

Confidential - Subject to Further Confidentiality Review

1    by or under the common control, directly or

2    indirectly, with CTIEC and control, for the purposes

3    of the definition, means the ability to determine the

4    management policies of a company or other entity

5    through ownership of a majority of shares by control

6    of the board of management by agreement or otherwise"?

7                    MR. VEJNOSKA:  Objection, compound,

8            calls for a legal conclusion, beyond the scope.

9                    You may answer as an individual.

10    A     The question is rather long.  Please repeat

11    the Chinese.

12    BY MR. HERMAN:

13    Q     I'll try to shorten the question.

14                    MR. VEJNOSKA:  Good luck.

15    BY MR. HERMAN:

16    Q     Have you read the agreement of July 1st,

17    2013, between NJIT and China Triumph International

18    Engineering Company, which was negotiated by Peng

19    Shou?

20                    MR. VEJNOSKA:  Objection, beyond the

21            scope.

22                    You may answer as an individual.

23    A     No.

24    BY MR. HERMAN:

25    Q     What is Peng Shou's current position with

Confidential - Subject to Further Confidentiality Review

```
 1    CNBM Company, Limited?

 2        A      Executive director and vice president.

 3        Q      Who is the current chairman and president of

 4    China Triumph International Engineering Company?

 5        A      Peng Shou.

 6        Q      Where is Mr. Peng Shou's office at the

 7    current time?

 8        A      His office for daily operation is in

 9    Shanghai.

10        Q      Do you know the address?

11        A      I have never been to the specific location.

12    I do not know the specifics.

13        Q      Where is the current office of China Triumph

14    International Engineering Company?

15        A      In Shanghai.

16               MR. VEJNOSKA:  Mr. Herman, when you

17          reach a convenient point, maybe we can take a

18          very brief break.

19               MR. HERMAN:  Of course.  Why don't we do

20          it right now.

21               MR. VEJNOSKA:  Thank you.

22               THE VIDEOGRAPHER:  The time is now 1:37.

23          We're going off the record.

24               (Recess Taken From 1:37 p.m. To

25               1:53 p.m.)
```

Confidential - Subject to Further Confidentiality Review

```
 1                    THE VIDEOGRAPHER:  The time is now 1:53.
 2          This is the start of media No. 4 and we're back
 3          on the record.
 4   BY MR. HERMAN:
 5       Q      Are you aware that CNBM Investment Company,
 6   Limited, is engaged in legal proceedings in the state
 7   of Texas from 2014 to the present against J., that's
 8   Jeff Chang, and BNK International for damages arising
 9   from hardwood floor sales and business with the US
10   company BNK International?
11       A      I learned this matter after I was designated
12   as the company witness.  I did not know that prior.
13       Q      Have you read Jeffrey Chang's, the owner of
14   BNK's business, deposition of May 20th, 2015, and
15   documents entered therein?
16       A      No.
17       Q      Are you aware that China National Building
18   Material Import & Export Company, also known as CNBM
19   Trading, was part of a lawsuit that began on May 5th,
20   2014, in a federal court in Oregon against Westerlund,
21   W-e-s-t-e-r-l-u-n-d, and Murphy/Astoria, to recover
22   monies allegedly owed it?
23                    MR. VEJNOSKA:  Objection, beyond the
24          scope.
25                    You may answer as an individual.
```

1      A      To my recollection, I've heard of this

2   matter at a meeting of a certain attorney.   Because

3   this company is not a company of CNBM Company,

4   Limited, therefore, I did not ask -- I did not ask to

5   learn the specifics.

6   BY MR. HERMAN:

7      Q      Is this company a company of CNBM Group?

8              MR. VEJNOSKA:   Objection, vague and

9         ambiguous, calls for a legal conclusion.

10      A      As reflected from our annual report, China

11   National Building Material Import & Export Company is

12   a company of the group with the group holding

13   100 percent of its shares.

14              MR. HERMAN:   Want to give me a

15         five-minute recess to confer with my colleagues?

16              MR. VEJNOSKA:   Sure.

17              MR. HERMAN:   Would you-all step outside

18         with me, please.

19              THE VIDEOGRAPHER:   Time is now 2:01.

20         We're going off the record.

21              (Recess Taken From 2:01 p.m. To

22              2:07 p.m.)

23              THE VIDEOGRAPHER:   Time is now 2:07 and

24         we're back on the record.

25              MR. HERMAN:   This concludes this part of

```
 1        noticed 30(b)(6) deposition of CNBM Company,

 2        Limited.  We have made a request for records,

 3        and should we get the records, we would accept a

 4        declaration from this witness, or some

 5        knowledgeable witness that counsel designates,

 6        so that we don't have to bring the witness back.

 7             MR. VEJNOSKA:  Let me just respond first

 8        by saying that I appreciate your courtesy

 9        towards the witness and all of us.  We do think

10        that the witness' testimony has been complete

11        and adequate and the deposition should be

12        closed, but we will obviously -- I'm not going

13        to convince you of that now and we will deal

14        with that -- cross that bridge if and when we

15        need to.

16             MR. HERMAN:  Just one other issue.  I

17        want to make sure that Exhibits 13-Z and 13-X

18        are included in a way where they're legible and

19        readable, including the witness' circling

20        various entities.  And if some problem develops

21        at a future date, I'll let opposing counsel

22        know, he can let me know, but I believe that now

23        the exhibits in the record are adequate.

24             MR. VEJNOSKA:  Okay.

25             THE VIDEOGRAPHER:  Time is now 2:09.
```

1          This ends media No. 4.  We're going off the

2     record.

3               (Deposition Concluded At 2:09 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1                  REPORTER'S CERTIFICATE

 2

 3          This transcript is valid only for a transcript

 4     accompanied by my original signature and original

 5     required seal on this page.

 6          I, Micheal A. Johnson, Certified Court Reporter

 7     (LA Certificate #29025) in and for the State of

 8     Louisiana, as the officer before whom this testimony

 9     was taken, do hereby certify that ZHANGLI CHANG, after

10     having been duly sworn by me upon authority of

11     R.S. 37:2554, did testify as herein before set forth

12     in the foregoing 69 pages; that this testimony was

13     reported by me in the stenotype reporting method, was

14     prepared and transcribed by me or under my personal

15     direction and supervision, and is a true and correct

16     transcript to the best of my ability and

17     understanding; that the transcript has been prepared

18     in compliance with transcript format guidelines

19     required by statute or by rules of the board, and that

20     I am informed about the complete arrangement,

21     financial or otherwise, with the person or entity

22     making arrangements for deposition services; that I

23     have acted in compliance with the prohibition on

24     contractual relationships, as defined by Louisiana

25     Code of Civil Procedure Article 1434
```

Confidential - Subject to Further Confidentiality Review

1    and in rules and advisory opinions of the board;

2    that I have no actual knowledge of any prohibited

3    employment or contractual relationship, direct or

4    indirect, between a court reporting firm and any party

5    litigant in this matter nor is there any such

6    relationship between myself and a party litigant in

7    this matter.  I am not related to counsel or to the

8    parties herein, nor am I otherwise interested in the

9    outcome of this matter.

10

11           Signed this ___ day of _____, 2015.

12

13

14           _____

15           MICHEAL A. JOHNSON, RMR, CRR

16           Certified Court Reporter

17           LA Certified Court Reporter #29025

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1                  ACKNOWLEDGMENT OF DEPONENT

 2

 3          I,_____, do hereby

 4   certify that I have read the foregoing pages and

 5   that the same is a correct transcription of the

 6   answers given by me to the questions therein

 7   propounded, except for the corrections or changes in

 8   form or substance, if any, noted in the attached

 9   Errata Sheet.

10

11          _____

12          ZHANGLI CHANG                    DATE

13

14   Subscribed and sworn to before me this

15   _____ day of _____, 20 _____.

16   My commission expires: _____

17

18   Notary Public

19

20

21

22

23

24

25
```

```
 1                — — — — — —

 2                      ERRATA

                  — — — — — —

 3

 4     PAGE   LINE     CHANGE/REASON

 5     _____  _____  _____

 6     _____  _____  _____

 7     _____  _____  _____

 8     _____  _____  _____

 9     _____  _____  _____

10     _____  _____  _____

11     _____  _____  _____

12     _____  _____  _____

13     _____  _____  _____

14     _____  _____  _____

15     _____  _____  _____

16     _____  _____  _____

17     _____  _____  _____

18     _____  _____  _____

19     _____  _____  _____

20     _____  _____  _____

21     _____  _____  _____

22     _____  _____  _____

23     _____  _____  _____

24     _____  _____  _____

25     _____  _____  _____
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

PEOPLE'S REPUBLIC OF CHINA

CITY OF _____Beijing_____

DECLARATION OF 杨颖（Ying YANG）

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, 杨颖（Ying YANG）, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2. I am director of translation division with Beijing Golden Olive Translation Center, and work in the office in Beijing, China.

3. I am fluent in the languages of Chinese and English.

4. I hereby certify that I prepared the English translation of the "ERRATA TO THE DEPOSITION OF ZHANGLI CHANG" ("ERRATA") in Chinese which was signed by Mr. Zhangli Chang, and when I translated the page/line numbers in the ERRATA, I reviewed the Transcript in English (see Attachment A) and the Chinese translation of the Transcript (see Attachment B) and confirmed that the contents in the Chinese translation of the Transcript as referred to by the page/line numbers indicated in the ERRATA in Chinese are corresponding to the contents in the Transcript in English as referred to by the page/line numbers indicated in the English translation of the ERRATA. I further certify that these copies of the ERRATA are true and accurate translations of one another.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



Executed on July __8__, 2015

杨颖

Signature

杨颖

Printed Name

路易斯安那州东区联邦地区法院


多地合并诉讼案号：2:09-md-2047
关于：中国制造的石膏墙产品责任诉讼

**常张利的 2015 年 6 月 5 日-7 日庭外采证勘误表**

| 页/行 | 记录 | 更正 | 原因 |
|---|---|---|---|
| **第一卷** | | | |
| 13:7 | "中国建材公司" | "中国建材股份" | 口译错误 |
| 22:4 | "在香港的联合交易所" | "香港联合交易所" | 口译错误 |
| 25:5-6 | "这是联交所的要求，需要在该在网站重新公布北新建材股份的中文公告" | "按照联合证券交易所的要求，我在联合证券交易所的网站上重新发布了北新建材股份的国内中文公告。" | 口译错误 |
| 42:11 | "配合" | "协作" | 口译错误 |
| 42:12 | "配合" | "协作" | 口译错误 |
| 51:3 | "配合" | "协作" | 口译错误 |
| 51:14 | "配合" | "协作" | 口译错误 |
| 54:4 | "北京集团" | "北新建材集团" | 口译错误 |
| 55:12 | "北京" | "北新建材集团" | 口译错误 |
| 56:2 | "不是" | "是" | 更正 |
| 59:12 | "非独占" | "非执行" | 口译错误 |
| 62:10 | "中国建材" | "中国建材股份" | 口译错误 |
| 63:9-10 | "中国建材集团的行政人力资源部的副总经理" | "中国建材集团总经理办公室的副主任" | 口译错误 |
| 72:1 | "北京建筑材料公司" | "北新建材股份有限公司" | 澄清 |
| 74:11 | "集团公司的董事" | "公司的董事会" | 口译错误 |
| 77:1 | "北京集团" | "北新建材集团" | 口译错误 |
| 78:5 | "中国建材" | "中国建材股份" | 口译错误 |
| 81:16 | "北新建材" | "北新建材股份" | 口译错误 |
| 82:4 | "北新建材" | "中国建材股份" | 口译错误 |
| 102:8 | "北新建材" | "北新建材股份" | 口译错误 |
| 102:9 | "北新建材" | "北新建材股份" | 口译错误 |
| 103:1 | "北新建材" | "北新建材股份" | 口译错误 |

| 页/行 | 记录 | 更正 | 原因 |
|---|---|---|---|
| 106:6 | "香港中央证券公司" | "卓佳证券登记有限公司" | 澄清 |
| 108:3-4 | "香港中央结算有限公司" | "卓佳证券登记有限公司" | 澄清 |

| 第二卷 | | | |
|---|---|---|---|
| 153:8 | "天职国际中国按照中国会计准则和规定来进行审计的，与这没什么关系" | "天职国际中国被列为国内的审计公司，但是这份年报中所提供的信息来自其国际审计公司（天职国际香港）。天职国际中国负责国内的报告，并没有参与这份报告。" | 口译错误 |
| 154:7 | "北新建材" | "北新建材股份" | 口译错误 |
| 154:12 | "北新建材" | "北新建材股份" | 口译错误 |
| 155:2 | "编辑" | "审计" | 口译错误 |
| 157:13-14 | "中国建筑材料公司集团有限公司" | "中国建筑材料集团有限公司" | 口译错误 |
| 158:7 | "关联公司" | "子公司" | 口译错误 |
| 159:7 | "中国建材" | "中国建材股份" | 口译错误 |
| 162:1 | "中国建材" | "中国建材股份" | 口译错误 |
| 169:5 | "中国建材" | "中国建材股份" | 口译错误 |
| 169:11 | "中国建材" | "中国建材股份" | 口译错误 |
| 169:11-12 | "中国建材作为一个间接持股的子公司" | "由中国建材股份间接持有的子公司" | 口译错误 |
| 171:15 | "中国建材" | "中国建材股份" | 口译错误 |
| 171:16-17 | "浙江、新词、振石有限公司，以及珍成，新词，投资有限公司，以及索瑞斯特有限公司" | "振石控股集团有限公司，以及珍成国际有限公司，以及索瑞斯特财务有限公司" | 澄清 |
| 175:2 | "控制的子公司" | "所拥有的控股企业" | 口译错误 |
| 175:6 | "控制的子公司" | "所拥有的控股企业" | 口译错误 |
| 181:7-8 | "崔淑红女士担任本公司人力资源部的执行总经理" | "崔淑红女士担任本公司人力资源部的总经理" | 澄清 |
| 188:2 | "北新建材" | "北新建材股份" | 口译错误 |

| 页/行 | 记录 | 更正 | 原因 |
|---|---|---|---|
| 196:10 | "合作" | "协作" | 口译错误 |
| 199:1-2 | "我们对其内容——内容的准确性并不确定" | "我们不能保证具体的和实际的内容——内容的准确性" | 口译错误 |
| 201:13 | "中国建材" | "中国建材股份" | 澄清 |
| 201:13 | "北新建材" | "北新建材股份" | 澄清 |
| 204:8 | "12 月 30 日" | "9 月 30 日" | 口译错误 |
| 204:25 | "北新建材股本总额" | "本公司持有的北新建材股本总额" | 口译错误 |
| 205:1 | "55.2 %" | "45.2 %" | 口译错误 |
| 212:3 | "关联" | "联营" | 口译错误 |
| 213:10 | "北新建材" | "北新建材股份" | 澄清 |
| 219:14 | "中国建材股份" | "中国建材集团" | 口译错误 |
| 228:17 | "北新建材" | "北新建材股份" | 澄清 |
| 第三卷 | | | |
| 245:8 | "北新建材" | "北新建材股份" | 澄清 |
| 245:8-9 | "北新建材" | "北新建材股份" | 澄清 |
| 247:6 | "北新建材" | "北新建材股份" | 澄清 |
| 247:7 | "北新建材" | "北新建材股份" | 澄清 |
| 247:8 | "北新建材" | "北新建材股份" | 澄清 |
| 251:7-8 | "从 2006 年年初开始，我为公司去参加全球的路演，大概在 2009 年或 2010 年及以后，我每年基本都去。" | "自 2006 年年初（这是我进行公司的全球路演的时间）起直到大约 2009 年或者 2010 年，我几乎每年都过来。" | 口译错误 |
| 268:4 | "这个网页" | "这个英文网页" | 口译错误 |
| 268:4-5 | "中国建材" | "中国建材股份" | 口译错误 |
| 272:3 | "这个禁止令的内容" | "关于这个禁止令的公告的内容" | 口译错误 |
| 275:17 | "董事会" | "股东会" | 口译错误 |
| 276:9 | "北新建材" | "北新建材股份" | 口译错误 |
| 292:8-9 | "中国建材" | "中国建材股份" | 口译错误 |

| 页/行 | 记录 | 更正 | 原因 |
|---|---|---|---|
| 297:2 | "因此，我没有问------我没有询问了解具体内容" | "我不知道这些细节" | 口译错误 |
| 297:6-7 | "集团的公司，由集团持有其100%股份" | "由集团拥有100%股份的公司" | 口译错误 |

### 庭外采证证人的确认书

本人，常张利，在此证明我已阅读前述各页的内容，且前述的内容为我对其中提出的问题所做出的回答的正确记录，但对形式或实质内容的更正或改变除外。对形式或实质内容的更正或改变，如果有的话，在所附勘误表上进行备注。

2015. 7. 8

常张利          日期

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 2:09-md-2047

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

**ERRATA TO THE DEPOSITION OF ZHANGLI CHANG
TAKEN JUNE 5-7, 2015**

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| **Volume I** | | | |
| 13:9 | "CNBM incorporation" | "CNBM Company" | Interpretation error |
| 22:9 | "United Stock Exchange in Hong Kong" | "Hong Kong Stock Exchange" | Interpretation error |
| 25:9-11 | "was a requirement of the United Stock Exchange to republish the Chinese announcements of BNBM Company on the website." | "I republished the domestic Chinese announcements of BNBM Company to the website of the Stock Exchange in accordance with the Exchange's requirements." | Interpretation error |
| 42:17 | "cooperated" | "collaborated" | Interpretation error |
| 42:18 | "cooperated" | "collaborated" | Interpretation error |
| 51:6 | "cooperated" | "collaborated" | Interpretation error |
| 51:24 | "cooperated" | "collaborated" | Interpretation error |
| 54:9 | "Beijing group" | "BNBM Group" | Interpretation error |
| 55:21 | "Beijing" | "BNBM Group" | Interpretation error |
| 56:3 | "No" | "Yes" | Correction |
| 59:20 | "nonexclusive" | "non-executive" | Interpretation error |
| 62:22 | "CNBM" | "CNBM Company" | Interpretation error |
| 63:17-19 | "deputy general manager of the administrative human resource department of CNBMG" | "deputy director of the general manager's office of CNBM Group" | Interpretation error |
| 72:1 | "Beijing Building Material Company, Inc." | "Beijing New Building Materials PLC" | Clarification |
| 74:23-24 | "directors of the group company" | "Board of Directors at the company" | Interpretation error |

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 77:2 | "Beijing Group" | "BNBM Group" | Interpretation error |
| 78:12 | "CNBM" | "CNBM Company" | Interpretation error |
| 81:24 | "BNBM" | "BNBM PLC" | Interpretation error |
| 82:5 | "BNBM" | "CNBM Company" | Interpretation error |
| 102:15 | "BNBM" | "BNBM PLC" | Interpretation error |
| 102:16 | "BNBM" | "BNBM PLC" | Interpretation error |
| 103:2 | "BNBM" | "BNBM PLC" | Interpretation error |
| 106:11-12 | "Hong Kong Central Security Company" | "Tricor Investor Services Limited" | Clarification |
| 108:10-11 | "Hong Kong Central Security Clearing Company" | "Tricor Investor Services Limited" | Clarification |
| **Volume II** | | | |
| 153:17-19 | "Baker Tilly China audited according to the rules and regulations of Chinese accounting, which has nothing to do with this" | "Baker Tilly China is listed as a domestic auditor but the information provided in this annual report was from the international auditor (Baker Tilly HK). Baker Tilly China was in charge of domestic reporting and was not involved in this report." | Interpretation error |
| 154:10 | "BNBM" | "BNBM PLC" | Interpretation error |
| 154:17 | "BNBM" | "BNBM PLC" | Interpretation error |
| 155:3 | "editing" | "auditing" | Interpretation error |
| 157:24-25 | "China National Building Material Company Group, Limited" | "China National Building Materials Group Corporation" | Interpretation error |
| 158:13 | "affiliate" | "subsidiaries" | Interpretation error |
| 159:13 | "CNBM" | "CNBM Company" | Interpretation error |
| 162:1 | "CNBM" | "CNBM Company" | Interpretation error |

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 169:10 | "CNBM" | "CNBM Company" | Interpretation error |
| 169:18 | "CNBM" | "CNBM Company" | Interpretation error |
| 169:18-19 | "a subsidiary of CNBM indirectly as a shareholding company" | "a subsidiary indirectly held by CNBM Company" | Interpretation error |
| 171:20 | "CNBM" | "CNBM Company" | Interpretation error |
| 171:20-22 | "Zhejiang, new word, Zhengshi Company, Limited, and Zencheng, new word, Investment Company, Limited, and Suoruisike Company" | "Zhenshi Holding Group Co., Ltd and Zhencheng International, Limited and Surest Finance Limited" | Clarification |
| 175:7 | "controlled subsidiaries" | "owned holding enterprises" | Interpretation error |
| 175:16-17 | "controlled subsidiaries" | "owned holding enterprises" | Interpretation error |
| 181:16-18 | "Ms. Cui Shuhong is the executive general manager of this company's human resources department" | "Ms. Cui Shuhong is the general manager of this company's human resources department" | Clarification |
| 188:3 | "BNBM" | "BNBM PLC" | Interpretation error |
| 196:16 | "cooperated" | "collaborated" | Interpretation error |
| 199:3 | "we are not sure about the content" | "we do not guarantee the specific and actual content" | Interpretation error |
| 201:20 | "CNBM" | "CNBM Company" | Clarification |
| 201:21 | "BNBM" | "BNBM PLC" | Clarification |
| 204:12 | "December the 30th" | "September the 30th" | Interpretation error |
| 204:25 | "BNBM's total equity" | "BNBM's total equity held by the Company" | Interpretation error |
| 205:1 | "55.2 percent" | "45.2 percent" | Interpretation error |
| 212:5 | "affiliate" | "associate" | Interpretation error |
| 213:15 | "BNBM" | "BNBM PLC" | Clarification |
| 219:19 | "CNBM Company" | "CNBM Group" | Interpretation error |
| 228:24 | "BNBM" | "BNBM PLC" | Clarification |
| **Volume III** | | | |
| 245:14 | "BNBM" | "BNBM PLC" | Clarification |
| 245:16 | "BNBM" | "BNBM PLC" | Clarification |

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 247:8 | "BNBM" | "BNBM PLC" | Clarification |
| 247:12 | "BNBM" | "BNBM PLC" | Clarification |
| 247:13 | "BNBM" | "BNBM PLC" | Clarification |
| 251:13-15 | "Starting from the beginning of 2006, I did the road show globally for the company. In about 2009 or 2010 and afterwards, I come almost every year." | "Starting from the beginning of 2006, which was when I did the road show globally for the company, until about 2009 or 2010, I came almost every year." | Interpretation error |
| 268:8 | "this web page" | "this English web page" | Interpretation error |
| 268:10 | "CNBM" | "CNBM Company" | Interpretation error |
| 272:4-5 | "the content of this order of injunction" | "the content of the public announcement regarding this injunction order" | Interpretation error |
| 276:1 | "board of directors" | "shareholders' meeting" | Interpretation error |
| 276:16 | "BNBM" | "BNBM PLC" | Interpretation error |
| 292:14 | "CNBM" | "CNBM Company" | Interpretation error |
| 297:4-5 | "therefore, I did not ask - - I did not ask to learn the specifics" | "I don't know the details" | Interpretation error |
| 297:12-13 | "a company of the group with the group holding 100 percent of its shares." | "a company that the Group holds 100% of the shares of" | Interpretation error |

**Acknowledgement of Deponent**

    I, Chang Zhangli, do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____

Chang Zhangli                     Date



ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA  94105-2669

tel +1-415-773-5700
fax +1-415-773-5759

WWW.ORRICK.COM

July 8, 2015

Christopher Vejnoska
(415) 773-5916
cvejnoska@orrick.com

*VIA E-MAIL*

Kristie Martello
Supervisor of Case Management
Golkow Technologies Inc.
production@golkow.com



ORRICK

Kristie Martello
July 8, 2015
Page 2


Sincerely,

Christopher Vejnoska


cc:

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

404-881-7000
Fax: 404-253-8869
www.alston.com

Bernard Taylor, Sr.                    Direct Dial: 404-881-7288                    Email: bernard.taylor@alston.com

June 26, 2015

VIA EMAIL

Kristie Martello                              cc:
Supervisor of Case Management                Russ M. Herman, Esq.
Golkow Technologies Inc.                      Herman, Herman & Katz, LLC
production@golkow.com                         820 O'Keefe Ave.
                                              New Orleans, LA  70113
                                              RHERMAN@hhklawfirm.com

                                              Arnold Levin, Esq.
                                              Levin, Fishbein, Sedran & Berman
                                              510 Walnut St, Ste 500
                                              Philadelphia, PA 19106
                                              ALevin@LFSBLaw.com

Re:     Depositions of Zhangli Chang and Gouping Zhou – Confidentiality Designations

Dear Ms. Martello,

   As counsel for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"), I write to you regarding CNBM Co. Ltd. and CNBM Group Corp.'s 30(b)(6) witness depositions of Zhangli Chang and Gouping Zhou in the Chinese Drywall MDL (2:09-md-2047) in the Eastern District of Louisiana, which were conducted in New Orleans from June 5 through June 7, 2015 and June 16 through June 18, 2015, respectively.

   Pursuant to the Court's pre-trial order on confidentiality (PTO 16), Taishan submits the following confidentiality designations for the Deposition Transcript of Zhangli Chang ("Chang Deposition").

   The following sections of the Chang Deposition and Exhibits are designated as Highly Confidential and are to be redacted, as they discuss matters that are subject to an Order from the Court designating them as such:

- Chang Deposition 109:7 through 114:17.

June 26, 2015
Page 2

- C:6/2/15-6/4/15 Exhibit 1, including, but not limited to, the following specifically-referenced Bates Numbers:

    o T:6/2/15-6/4/15 Exhibit 1 (HL_26)

    o T:6/2/15-6/4/15 Exhibit 1 (HL_261)

- Any other attached Exhibit with Bates Number beginning with "HL"

Pursuant to the Court's pre-trial order on confidentiality (PTO 16), Taishan submits the following confidentiality designations for the Deposition Transcript of Gouping Zhou ("Zhou Deposition").

The following sections of the Zhou Deposition and Exhibits are designated as Highly Confidential and are to be redacted, as they discuss matters that are subject to an Order from the Court designating them as such:

- Zhou Deposition 166:2 through 190:10

- Zhou Deposition 237:15 through 238:8

- CG:6/16/15-6/18/15 Exhibit 1, CG:6/16/15-6/18/15 Exhibit 40, and CG:6/16/15-6/18/15 Exhibit 40A, including, but not limited to, the following specifically-referenced Bates Numbers:

    o CG:6/16/15-6/18/15  Exhibit 1 (HL_26)

    o CG:6/16/15-6/18/15 Exhibit 1 (HL_261)

    o CG:6/16/15-6/18/15 Exhibit 1 (HL_305)

    o CG:6/16/15-6/18/15 Exhibit 1 (HL_306)

    o CG:6/16/15-6/18/15 Exhibit 40 (HL_104)

    o CG:6/16/15-6/18/15 Exhibit 40A (HL_105)

- Any other attached Exhibit with Bates Number beginning with "HL"

Please feel free to contact me if you have any questions regarding these confidentiality designations.

Thank you for your dedicated work in preparing these transcripts.

June 26, 2015
Page 3

Sincerely,

ALSTON & BIRD LLP

Bernard Taylor, Sr.