Translation of the list of subsidiaries and overseas companies of China National Building Material Import and Export Company from
http://www.cnbminternational.com/lxwm/index.jsp

**Subsidiaries**

CNBM International Corporation

CNBM International Engineering Co., Ltd.

CNBM Shanghai Corp.

CNBM— SHJP

CNBM Steel Co., Ltd.

CNBM Forest Products Trading Ltd.

CNBM Technology Co., Ltd.

CNBM General Machinery Co., Ltd.

CNBM New Energy Engineering Co., Ltd.

**Overseas companies**

CNBM USA

CNBM UAE

CNBM Jianhua

CNBM JORDAN

CNBM Industries Maintenance

CNBM K.S.A.

CNBM ETHIOPIA

CNBM YEMEN

CNBM LIBYA

CNBM India

**CONTEMPT
Exhibit 35**

1