1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF LOUISIANA

3    ******************************************************

4    IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

     DRYWALL PRODUCTS LIABILITY

5    LITIGATION                    SECTION:  L

6    THIS DOCUMENT APPLIES TO      JUDGE FALLON

     ALL CASES

7                                  MAG. JUDGE WILKINSON

8    ******************************************************

9


10

11

12              Wednesday, November 4, 2015

13                   — — —

14

15      Videotaped 30(b)(6) Deposition of CNBM TRADING

16   through the testimony of LIHE WANG, held at the

17   offices of Gordon, Arata, McCollam, Duplantis & Eagan,

18   LLC, 201 St. Charles Avenue, Suite 4000, New Orleans,

19   Louisiana, commencing at 9:05 a.m., on the above date,

20   before Michael E. Miller, Certified Court Reporter

21   (#27009), Registered Diplomate Reporter, Certified

22   Realtime Reporter.

23                   — — —

24         GOLKOW TECHNOLOGIES, INC.

        877.370.3377 ph | 917.591.5672 fax

25           deps@golkow.com

**CONTEMPT**
**Exhibit 36**

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3        SEEGER WEISS LLP
          BY:  CHRISTOPHER A. SEEGER, ESQUIRE
 4            cseeger@seegerweiss.com
          77 Water Street
 5        New York, New York 10005
          (212) 584-0700
 6
 7        SEEGER WEISS LLP
          BY:  SCOTT ALAN GEORGE, ESQUIRE
 8            sgeorge@seegerweiss.com
          1515 Market Street, Suite 1380
 9        Philadelphia, Pennsylvania 19102
          (215) 564-2300
10
11   COUNSEL FOR TAISHAN GYPSUM COMPANY:
12        ALSTON & BIRD LLP
          BY:  MACKENZIE HELLER, ESQUIRE
13            mackenzie.heller@alston.com
              (via teleconference)
14        One Atlantic Center
          1201 West Peachtree Street
15        Atlanta, Georgia 30309-3424
          (404) 881-7000
16
17   COUNSEL FOR BNBM DEFENDANTS:
18        DENTONS US LLP
          BY:  DREW W. MARROCCO, ESQUIRE
19            drew.marrocco@dentons.com
          1301 K Street, N.W.
20        Suite 600, East Tower
          Washington, D.C. 20005
21        (202) 408-6400.
22
          PHELPS DUNBAR LLP
23        BY:  HARRY ROSENBERG, ESQUIRE
              harry.rosenberg@phelps.com
24        365 Canal Street, Suite 2000
          New Orleans, Louisiana 70130-6534
25        (504) 566-1311
```

```
 1    COUNSEL FOR CNBM DEFENDANTS and THE WITNESS:
 2        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  CHRISTOPHER VEJNOSKA, ESQUIRE
 3            cvejnoska@orrick.com
              JASON WU, ESQUIRE
 4            jmwu@orrick.com
              ANDREW K. DAVIDSON, ESQUIRE
 5            adavidson@orrick.com
          The Orrick Building
 6        405 Howard Street
          San Francisco, California 94105
 7        (415) 773-5700
 8

          GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLC
 9        BY:  ALEX B. ROTHENBERG, ESQUIRE
              arothenberg@gordonarata.com
10        201 St. Charles Avenue
          40th Floor
11        New Orleans, Louisiana 70170-4000
          (504) 582-1111
12
13   ALSO PRESENT:
14        SUNNY WANG, MANDARIN INTERPRETER
15        TONI XU, HERMAN HERMAN & KATZ, LLC
16        SHUHANG JIANG, HERMAN HERMAN & KATZ, LLC
17        SHELLEY ZHANG, ORRICK HERRINGTON & SUTCLIFFE LLP
18        MELISSA BARDWELL, VIDEOGRAPHER
19                         — — —
20
21
22
23
24
25
```

1                          INDEX

                         LIHE WANG

2                     November 4, 2015

3

4       PROCEEDINGS                                6

5

6    EXAMINATION OF LIHE WANG:

7            BY MR. SEEGER                        8

8

9       REPORTER'S CERTIFICATE                 116

10

11

12                 MARKED TESTIMONY

13

        Testimony Marked by Mr. Vejnoska        95

14

        Testimony Marked by Mr. Vejnoska       105

15

16

17

18

19

20

21

22

23

24

25

```
 1                    DEPOSITION EXHIBITS
                           LIHE WANG
 2                      November 4, 2015
 3        NUMBER              DESCRIPTION          MARKED
 4   Exhibit 287    CNBM Import and Export              102
                    Corporation Profile Form
 5                  (Certified English
                    Translation & Chinese)
 6
     Exhibit 517    CNBM International Webpage          109
 7                  (English Version)
 8   Exhibit 517A   CNBM International Webpage          109
                    (Chinese Version)
 9
     Exhibit 524    E-mail(s)                            96
10                  (Partial English
                    Translation, Machine
11                  Translation & Chinese)
                    CBMIE00002186
12
     Exhibit 525    E-mail(s)                            91
13                  (Partial English
                    Translation, Machine
14                  Translation & Chinese)
                    CBMIE00002200
15
     Exhibit 532    Request for Providing               97
16                  Repayment Guarantee
                    (Partial Draft English
17                  Translation, Machine
                    Translation & Chinese)
18                  CBMIE00012968
19   Exhibit 536    E-mail(s)                            72
                    (Partial Draft English
20                  Translation, Machine
                    Translation & Chinese)
21                  CBMIE00025482
22   Exhibit 538    CNBM Import and Export               60
                    Company Sorting of American
23                  Business
                    (Partial Draft English
24                  Translation, Machine
                    Translation & Chinese)
25                  CBMIE00032577
```

1   Exhibit 549     Zhu Letter to Shi and Zhou          85
                    (Partial Draft English
2                   Translation, Machine
                    Translation & Chinese)
3                   CBMIE00388825
4   Exhibit 626     CNBM I&E and International          112
                    2014 Annual Work Report
5                   (Partial English
                    Translation, Machine
6                   Translation & Chinese)
                    CBMIE00028128
7
    Exhibit 632     Various Contracts of China         114
8                   National Building Materials
                    and Equipment Import and
9                   Export Corp. During the
                    Contempt Period
10
    Exhibit 634     Clawed Back by Mr. Vejnoska,        70
11                  Not Attached
12  Exhibit 636     Table for U.S.-Related              66
                    Businesses
13                  (Partial English
                    Translation, Machine
14                  Translation & Chinese)
                    CBMIE00032553
15
    Exhibit 646     CNBMG Corporation Work              98
16                  Updates
                    (Partial Draft English
17                  Translation, Machine
                    Translation & Chinese)
18                  CBMIE00008710
19
20
                    PREVIOUSLY MARKED EXHIBITS
21
        NUMBER                                      PAGE
22
    Exhibit 38      ........................            20
23
    Exhibit 458     ........................            36
24
    Exhibit 520     ........................           105
25

```
 1                    PROCEEDINGS

 2            (November 4, 2015 at 9:05 a.m.)

 3            THE VIDEOGRAPHER:  We are now on the

 4      record.  My name is Melissa Bardwell,

 5      videographer here for Golkow Technologies.  Date

 6      today is November 4th, 2015.  Time is

 7      approximately 9:05 a.m.

 8            This video deposition is being held in

 9      New Orleans, Louisiana in reference to the

10      Chinese Manufactured Drywall Products Liability

11      Litigation.

12            The deponent today is Wang Lihe.

13            Would counsel please introduce

14      themselves and state their affiliations for the

15      record.

16            MR. SEEGER:  I'll start it out.  Chris

17      Seeger, and with me is Scott George from Seeger

18      Weiss, for plaintiffs.

19            MR. MARROCCO:  Drew Marrocco from

20      Dentons, here for BNBM, Mr. Meunier and

21      BNBM Group.

22            MR. VEJNOSKA:  Chris Vejnoska for the

23      company and the witness, joined by my

24      colleagues, all of whom have signed in, Shelley

25      Zhang, Jason Wu, Andrew Davidson and Alex
```

```
1              Rothenberg of our host law firm, Gordon Arata.

2                   MR. ROSENBERG:  And Harry Rosenberg, the

3         defendants liaison counsel.

4                   MR. SEEGER:  Does anybody have any

5         statements for the record?  Did you want to

6         mention --

7                   MR. MARROCCO:  Just we're conducting

8         this under the parties' normal protocol and

9         procedure, where an objection by one defendant

10        serves as an objection by all defendants.

11                  MR. SEEGER:  Sounds good.

12                  (Interpreter duly sworn.)

13                  (Witness duly sworn.)

14                       LIHE WANG,

15                   having been duly sworn,

16                    testified as follows:

17                       EXAMINATION

18   BY MR. SEEGER:

19     Q     Let me start by saying good morning, and

20   thank you for being here to answer questions.

21                  I want to ask you --

22     A     Good morning.

23     Q     Thank you.  I want to ask you some questions

24   about your background, so could you take us through

25   your professional background, from the time you
```

1   graduated whatever the Chinese equivalent of college

2   is.

3       A    Ever since my graduation from college, first

4   of all I worked at CNBM International Trading Company

5   and then CNBM Import and Export Company.

6               THE INTERPRETER:  This is the

7       interpreter speaking.  Would counsels from both

8       parties stipulate "International Trading

9       Company" as "International Company" so I will

10      interpret the way --

11              MR. VEJNOSKA:  Yes, as per yesterday's

12      discussion on the record.

13              THE INTERPRETER:  -- we stipulated

14      yesterday.  Thank you.

15              MR. SEEGER:  Yes, so stipulated.

16              THE INTERPRETER:  The interpreter would

17      like to correct the record.

18      A    Ever since I graduated from college, first

19  of all, I worked at CNBM International Company, and

20  then CNBM Import and Export Company.

21  BY MR. SEEGER:

22      Q    So, Ms. Wang -- is that the right

23  pronunciation?

24      A    Yes, Ms. Wang.

25      Q    Ms. Wang or Wang?  I just want to make sure

1    I have it.

2         A      Wang.

3         Q      Okay.  Ms. Wang, so what -- what jobs did

4    you perform at CNBM International?

5         A      I used to be a salesperson and a sales

6    manager.

7         Q      Okay.  And how long were you there for?

8         A      From August 2004 to December the 31st or the

9    end of December, 2011.

10        Q      Okay.  And at that point you moved onto CNBM

11   Import and Export?

12        A      Yes.

13        Q      And what jobs have you performed since

14   joining CNBM Import and Export?

15        A      I used to be the deputy manager and then

16   manager of the enterprise administration department as

17   well as the manager of investment and development

18   department.

19        Q      Can you tell us what the enterprise

20   management department is and what it does, what's its

21   function?

22        A      Primarily works in relation to enterprise

23   investment as well as legal affairs.

24        Q      Okay.  And that's worldwide investment?

25        A      Yes.

1      Q     Okay.  And so when you say "primarily works

2   with investment," could she be -- could you give us a

3   little more detail, like what exactly is your job

4   function?  Are you an accountant?  Are you tracking

5   sales?

6      A     For example, if our sales department is

7   planning on investing in a certain market or planning

8   to establish an overseas branch at a certain place,

9   then we will study the situation and their feasibility

10  report, we will compile the report, and report that to

11  our supervisor.

12     Q     And are you the primary person that performs

13  these tasks that you just described at present, at

14  CNBM Import Export?

15     A     Usually, let's take the example of

16  establishing an overseas branch company.  For the

17  feasibility analysis, for the raising of the idea of

18  feasibility analysis, whatever department that had

19  come up with the idea would need to complete the idea.

20          What we do primarily are in relation

21  to written documents.  We basically, to compile the

22  material they have submitted and to understand the

23  situation, and then to report it.

24          MR. SEEGER:  First of all, I just want

25     to say I think you're saying "feasibility," not

1           "visibility," correct, Sunny?

2                THE INTERPRETER:  Yes.

3                MR. SEEGER:  Just for the record.  I

4      noticed how it came up a few times.

5  BY MR. SEEGER:

6      Q    In terms of compiling these reports, who

7  would actually prepare the physical report?  Would it

8  be you, Ms. Wang?

9      A    Primarily would be the department who had

10  raised the idea.

11      Q    Okay.  So what role would you play, if any,

12  in preparing feasibility reports with regard to

13  expanding outside of China, overseas, United States,

14  wherever you go?

15      A    For example, we would primarily look at the

16  document they have submitted to see whether their idea

17  had been explained clearly in the material.

18      Q    And, Ms. Wang, would you be the one who

19  would follow up with questions if the information was

20  not presented clearly?

21                MR. VEJNOSKA:  Objection, form.

22                MR. SEEGER:  Did I mishear her?

23                MR. VEJNOSKA:  No, she didn't say it.

24                MR. SEEGER:  Okay.

25      A    We would communicate with the department who

1    had raised the idea.

2    BY MR. SEEGER:

3        Q     Okay.  How much interaction have you

4    personally had with overseas operations that dealt

5    with either importing, exporting or sales in the

6    United States?

7                 MR. VEJNOSKA:  Objection, compound.

8        A     Can you be specific?

9    BY MR. SEEGER:

10       Q     Yeah.  Let me read what I wrote -- what I

11   asked.

12                 Let me ask it this way:  All of the

13   overseas entities or -- you know, overseas entities

14   that would be reporting back to --

15                 (Telephone interruption.)

16                 MR. SEEGER:  It's my office.  You'd

17        think they'd know where I am right now.

18                 MR. VEJNOSKA:  They want to make sure

19        you're actually here.

20                 MR. SEEGER:  I'm sorry.

21   BY MR. SEEGER:

22       Q     The report -- what was the question I had?

23   Now I lost it.  So let me strike the question, I'm

24   going to start over again.

25                 MR. SEEGER:  First of all, can we --

1          just for the record, can we refer to -- are you

2          okay with referring to CNBM Import Export as

3          CNBM Trading?

4                    MR. VEJNOSKA:  That's fine with me.

5          Let's just be sure that the witness is clear.

6                    THE WITNESS:  That's fine.

7                    MR. SEEGER:  Okay.  Thank you.

8    BY MR. SEEGER:

9      Q     Ms. Wang, who do you directly report to at

10   the present?

11     A     I report directly to Chen Yongxin at the

12   present.

13     Q     Okay.  And that's a man?

14     A     Yes.

15     Q     And what is his title?

16     A     General manager.

17     Q     Okay.  And general manager of what company?

18     A     CNBM Group Import and Export Company.

19     Q     Okay.  And is that the -- is she comfortable

20   with us also referring to that as CNBM Trading?

21     A     Yes, as long as we have agreed to that.

22                    THE INTERPRETER:  This is the

23          interpreter speaking.  When the deponent says

24          "CNBMG Import and Export," should the

25          interpreter translate as "CNBMG Trading

```
1        Company"?
2              MR. VEJNOSKA:  My suggestion is this.
3        Why don't you translate it as she says it.
4              MR. SEEGER:  Okay.
5              MR. VEJNOSKA:  Ms. Wang, what I want to
6        tell you is that just so we're clear, references
7        to CNBM Import and Export and references to CNBM
8        Trading are to the same company.
9              THE WITNESS:  All right.
10             MR. SEEGER:  Okay.  So we're good with
11       that, right?
12             MR. VEJNOSKA:  I think so, but if you
13       don't mind, if I sense that there's some
14       confusion or if you sense that there's some
15       confusion, we'll just ask.
16             MR. SEEGER:  Is it easier -- I mean, is
17       it just easier for her -- for her, in terms of
18       just answering questions, what is the easiest
19       reference?  I'll make a note and I'll try to
20       continue --
21             MR. VEJNOSKA:  You may ask her what she
22       calls it herself.
23             MR. SEEGER:  Yeah, what does she call
24       the company?
25    A     The company where I work at?
```

```
 1   BY MR. SEEGER:

 2       Q    Yes.

 3       A    CNBMG Import and Export Company.

 4       Q    Okay.  So for the record, when I refer to

 5   Import and Export --

 6                 MR. VEJNOSKA:  That's fine.

 7                 MR. SEEGER:  Okay.  Thank you.  All

 8        right.

 9   BY MR. SEEGER:

10       Q    So Mr. Chen Yongxin --

11                 MR. SEEGER:  Would that be the right

12        pronunciation, Sunny?

13                 THE INTERPRETER:  Chen Yongxin.

14   BY MR. SEEGER:

15       Q    Okay.  Chen Yongxin is the general manager

16   of CNBM Import Export, correct?

17       A    Correct.

18       Q    Okay.  And who --

19                 MR. VEJNOSKA:  I'm sorry, Mike, he asked

20        "general manager," not "president" of CNBM

21        Import and Export.

22                 THE INTERPRETER:  This is the

23        interpreter speaking.  Also, did counsel say

24        CNBM or CNBMG?

25                 MR. SEEGER:  I don't think we need to
```

1          say CNBMG.

2                    MR. VEJNOSKA:  No, that's the same

3          thing.

4                    MR. SEEGER:  So we'll do CNBM Import and

5          Export, that will be the company she works for.

6                    THE WITNESS:  Correct.

7      BY MR. SEEGER:

8          Q    Okay.  And so who does -- who is above him?

9      Who does he report to?  Let me ask it that way.

10         A    I believe reports to the board of directors.

11         Q    Okay.  The board of directors of which

12     company?

13         A    The board of directors of CNBMG Import and

14     Export Company.

15         Q    Okay.  And could you tell -- identify for me

16     the people who report directly to you?

17         A    At present?

18         Q    At present, yeah.

19         A    Currently, my department only has one

20     employee.

21         Q    And that's Ms. Wang?

22         A    There is another employee beside me.

23         Q    Could you please identify who that is?

24         A    Han Tun.

25         Q    Are you done?  Okay.  Sorry about that.

1                     I want to go back to Mr. Chen for a

2     second.  Does he have a role in CNBM International

3     Company?  Or investment?

4          A     No.

5          Q     Does he have a role in CNBM Investment

6     Company?

7          A     He is a general manager of CNBM Investment

8     Company.

9          Q     Does he deal with, as far as you know,

10    Ms. Wang, United Suntech?

11         A     I don't quite know that.

12         Q     Okay.  And with regard to Mr. Chen, if we

13    could just stay with him for a second, does he -- do

14    you know if he serves on the board of directors for

15    CNBM Import and Export?

16         A     He is a director.

17         Q     So he's on the board of directors, just to

18    be clear?

19         A     Yes.

20         Q     Do you know if he holds any positions with

21    any other CNBM entities?

22                    THE WITNESS:  Can you repeat?

23                    THE INTERPRETER:  The interpreter will

24        repeat.

25         A     What did you mean when you say "CNBM

1    entities"?

2    BY MR. SEEGER:

3        Q     Any -- well, any other CNBM businesses.

4    CNBM Group?  I don't know the names off the top of my

5    head.  What are some of the names of some other

6    CNBM...

7                  Does he, for example, work for CNBM

8    Corporate Group?  We'll start there.

9                  MR. VEJNOSKA:  Objection, foundation,

10        vague and ambiguous.

11               MR. SEEGER:  Okay.  Let me actually

12        reask the question, just to make sure.

13   BY MR. SEEGER:

14       Q     So Mr. Chen, does he hold any position that

15   you know of, any position at all, with CNBM Group?

16       A     As far as I know, he does not hold position

17   in CNBMG.

18       Q     How about, does he hold any positions with

19   CNBM Company?

20       A     Which company are you referring to when you

21   said "CNBM Company"?

22       Q     I have it as CNBM Company, Limited.

23       A     As far as I know, he does not hold a

24   position in CNBM Company, Limited.

25       Q     Do you know of him holding a position in any

```
 1    company -- any of the companies that are under the

 2    CNBM umbrella or flag?

 3                   MR. VEJNOSKA:  Objection, vague and

 4         ambiguous.

 5    A     Can you ask specifically?

 6                   MR. SEEGER:  Yeah.  Do we have stickers

 7         for exhibits?

 8                   (Conference out of the hearing of the

 9                   reporter between Mr. Seeger and

10                   Mr. George.)

11    BY MR. SEEGER:

12    Q     So I'm going to show her pre-marked

13    Exhibit 38.  I'll ask some questions based on this.

14    So she may want to look toward the end.  Ms. Wang, you

15    may want to look at the end.  I think it's page 13.

16                   Ms. Wang, sorry, I just wanted to ask

17    you if you could take a look at -- do you recognize

18    these companies?  And for the record, we're looking at

19    page 13 of Exhibit 38.

20                   MR. VEJNOSKA:  Yes.  Just so the record

21         is clear, Exhibit 38, which was marked

22         yesterday, is as I understand it a compendium

23         prepared by the PSC of various corporate charts

24         from various CNBM Company annual reports over

25         different years.
```

```
 1                  MR. GEORGE:  That's correct.
 2                  MR. VEJNOSKA:  And the one we are
 3          looking at right now is the corporate
 4          shareholding structure of the group marked as of
 5          31 December 2014.
 6                  MR. GEORGE:  Correct.
 7                  MR. SEEGER:  Thanks for that
 8          clarification.
 9                  And just for the record, I'll identify,
10          we're looking at the page that's Bates-stamped,
11          the last four digits 2804 and 28 -- and 3022 is
12          the -- are the two pages.  I have no idea with
13          these documents.  There should be a Chinese
14          version.  Is it there, Chris?
15                  MR. VEJNOSKA:  It is, but the Bates
16          numbers --
17                  MR. SEEGER:  Yeah, they're not in
18          sequence.
19                  MR. VEJNOSKA:  -- for instance, on mine,
20          are different than the Bates numbers on the
21          witness's.
22                  MR. GEORGE:  If you look at -- just go
23          to --
24                  MR. SEEGER:  Just tear off the page and
25          mark it.  You know what, Chris, let's make it
```

```
1            simple.  I don't need the whole exhibit.  I'm
2            just going to tear off one page.
3                      MR. VEJNOSKA:  No, that's fine.  All I
4            want to point out is -- no.  I have 3898.  The
5            one that she has, interestingly -- Mr. George,
6            I'm going to hand these to you and you'll see
7            what I'm looking at.  Mine and hers somehow are
8            different.  The Bates numbers are different.
9                      MR. GEORGE:  The last page.
10                     MR. VEJNOSKA:  Does it happen to be 13
11           in multiple --
12                     MR. SEEGER:  That's what threw me off.
13           Every page is marked 13.
14                     MR. VEJNOSKA:  Yeah.  So we're fine.  So
15           she is looking --
16                     MR. SEEGER:  When I said page 13 --
17                     MR. VEJNOSKA:  They say that consistency
18           is the hobgoblin of small minds.  3898, yes, is
19           on this page.
20                     MR. SEEGER:  Apparently this is page 13
21           in every report.
22                     MR. VEJNOSKA:  Yes.
23                     MR. SEEGER:  I didn't know that.  Do we
24           have Ms. Wang on the right page?
25                     MR. VEJNOSKA:  We do.  I apologize for
```

```
 1        that.
 2              MR. SEEGER:  No, no, no.  You helped.
 3        Okay, so let me start the questioning over
 4        again, Ms. Wang.
 5  BY MR. SEEGER:
 6    Q      Please take a look at the page that you're
 7  looking at right now, and just for the record, it's
 8  Bates-stamped -- 3898 are the last four numbers.  It's
 9  part of this Exhibit 38.  Please take a look at this
10  page and tell me if you recognize what's on here.
11    A      Can you be more specific, "recognize what's
12  on here"?
13    Q      Do you recognize this as a family tree, in a
14  sense, that lays out the corporate structure of CNBM,
15  the parent at the top, and all the other companies
16  that are owned by CNBM?  Is that fair?
17    A      From the document, it appears to be a
18  structure chart; however, I do not know every company
19  that is on there.
20    Q      Okay.  So, Ms. Wang, you recognize the
21  company you work for on here, correct?
22    A      Correct.
23    Q      And tell me what other companies you're
24  familiar with.
25    A      Can you ask specifically?  What did you mean
```

1    when you said "familiar"?

2        Q      Well, are you familiar with the company

3    BNBM Group?

4        A      I'm aware of this company.

5        Q      Okay.  Let's just start there.

6               Do you know if Mr. Chen holds a

7    position in BNBM?

8        A      Not according to what I know.

9        Q      Okay.  Who would be the best person to get

10   the answer to that question from?

11              MR. VEJNOSKA:  Objection, form.

12       A      I don't know.

13   BY MR. SEEGER:

14       Q      Okay.  You see CNBM Building Materials?  Do

15   you see that company there -- oh, Building Materials

16   Academy, I'm sorry.

17       A      I see a box which says Building Materials

18   Academy.

19       Q      And have you had -- have you, yourself, had

20   any dealings with that Building Materials Academy?

21       A      No.

22       Q      How about Mr. Chen, do you know?

23       A      What are you referring to, "dealings"?

24       Q      Do you know if he plays a role as a

25   director, an officer or a manager for Building

 1    Materials Academy?

 2        A    No.

 3        Q    So -- and if you just take a moment, so we

 4    don't go through all these, because it would be

 5    terribly boring, could you just take a moment to look

 6    at this page and let me know if there are any

 7    companies here for which you have any responsibilities

 8    to as an employee, other than -- other than

 9    CNBM Trading.

10              (Document review.)

11        A    On the chart, besides CNBM Import and Export

12    Company, I have not found any other company that I

13    work for.

14    BY MR. SEEGER:

15        Q    Okay.  Are there any companies -- are there

16    any CNBM-owned companies that are not on this chart

17    that you work for?

18        A    What are you referring to, "work for," as

19    "work for"?

20        Q    You perform any job responsibilities as an

21    employee, reporting, preparing reports.

22        A    I only work for Import and Export Company

23    for jobs such as reporting and preparing reports.

24        Q    So are there any other jobs that you perform

25    that you have not yet identified for me that you might

1    do for some of these other companies?

2       A     For what was listed, words such as "writing

3    reports," I've only worked in that capacity with the

4    Import and Export Company.

5       Q     Okay.

6       A     Also, as supervisor of CNBM International.

7             THE INTERPRETER:  The interpreter needs

8        to clarify with deponent.

9       A     I'm also a director of Tongyong Machinery

10   Company.

11   BY MR. SEEGER:

12      Q     I'm sorry, just to be clear, did you say

13   T-O-N-G and Y-O-N-G?

14            THE INTERPRETER:  This is the

15       interpreter speaking, Tongyong.

16   BY MR. SEEGER:

17      Q     Ms. Wang, is that one --

18            MR. SEEGER:  I'm sorry, did I cut you

19       off, Sunny?

20            THE INTERPRETER:  The interpreter

21       inquired the witness how to correctly translate

22       the Chinese character Tongyong into English.

23       The deponent does not know; therefore, the

24       interpreter preserved the Chinese character

25       spelling as T-O-N-G-Y-O-N-G on the record.

1    BY MR. SEEGER:

2       Q     Okay.  And just to clarify a couple of

3    things, T-O-N-G-Y-O-N-G, Ms. Wang, that's one company,

4    right?

5       A     Correct.

6       Q     And what specifically do you do for that

7    company, T-O-N-G-Y-O-N-G?

8       A     I'm a director.

9       Q     Okay.  And could you explain to me what you

10   do in your role as a director, like what exactly you

11   do?

12      A     For example, that company's annual business

13   plan will be submitted to the board of directors, and

14   we would discuss about that.

15      Q     Which board of directors, Ms. Wang?

16      A     The board of directors of Tongyong Machinery

17   Company.

18      Q     Is this company, T-O-N-G-Y-O-N-G, is that a

19   subsidiary of CNBM Trading?

20            MR. VEJNOSKA:  Objection, vague and

21        ambiguous, calls for a legal conclusion.

22      A     "Subsidiary of CNBM Trading," as you just

23   said?  Can you be more specific?

24   BY MR. SEEGER:

25      Q     What relationship, to the extent that you

1    know, is there between T-O-N-G-Y-O-N-G and

2    CNBM Trading?

3        A     You're referring to Import and Export

4    Company when you said "Trading," right?

5        Q     Correct.

6        A     CNBM Import and Export Company holds shares

7    of Tongyong Machinery Company.

8        Q     Okay.  Does she know what -- how many

9    shares, what percentage of an interest they own in

10   that company?  Is it a wholly owned company?

11       A     As far as I know, I believe it is 70%.

12       Q     Seven-zero, just to be clear?

13       A     Correct.

14       Q     Thank you.

15             Can you identify who the shareholders

16   are, the other shareholders besides the 70%

17   shareholder, which is CNBM Import and Export?

18       A     Another company.

19       Q     Could you identify the name of that company,

20   please?

21       A     As far as I remember, I believe it is called

22   S-H-U-N-M-A-O-D-A-O.

23       Q     And this entity that you just described,

24   the -- the one that was just spelled out --

25             THE INTERPRETER:  I'm sorry, the

```
 1          interpreter would like to make a correction,

 2          S-H-U-N-M-A-O-D-A, rather, without the O.

 3               MR. SEEGER:  Sunny, how would you

 4          pronounce that?

 5               THE INTERPRETER:  Shunmaoda.

 6  BY MR. SEEGER:

 7     Q     Ms. Wang, is Shunmaoda a company that is

 8  owned by CNBM Import and Export?

 9     A     No.

10     Q     Do you know if it's a company that's owned

11  by CNBM Group?

12     A     No.

13     Q     Does CNBM Import and Export sell goods made

14  by Tongyong?

15     A     No.

16     Q     Let me just go back to something you said

17  earlier.  I believe you also had described yourself as

18  a supervisor of CNBM International; is that right?

19     A     Yes.

20     Q     And what do you do in your capacity as a

21  supervisor of CNBM International?  What do you do for

22  that company?

23     A     For example, to understand whether the works

24  performed by the management level personnel had the

25  case of hurting the company.
```

1      Q      Would it be hurting or helping the company?

2      A      Primarily to supervise them, to find out

3   whether they have hurt the company.

4      Q      And hurt the company in what way, just so I

5   can understand?

6      A      For example, whether or not they have

7   performed their duties right.

8      Q      Okay.  And this is for CNBM International,

9   correct?

10      A      Yes.

11      Q      And you perform a similar role for

12   CNBM Import and Export; is that true or not?

13      A      When you said "similar," what did you

14   specifically refer to?

15      Q      Well, do you also review the performance of

16   employees or management-level employees for

17   CNBM Import and Export to determine whether they also

18   are hurting the company?

19      A      I'm also an employee supervisor in the

20   Import and Export Company.  I know a little bit in

21   that regard as well.

22            MR. VEJNOSKA:  Mr. Seeger, I may be able

23        to help a little if you'll allow me.

24            MR. SEEGER:  Sure.

25            MR. VEJNOSKA:  I think when she says --

```
 1          but maybe you want to ask Ms. Wang.  When she
 2          says supervisor of CNBM International, I think
 3          she's referring to being on the supervisory
 4          committee or supervisory board, which is a
 5          Chinese function that corporations have to
 6          ensure that management is performing properly.
 7                    MR. SEEGER:  Okay.
 8                    MR. VEJNOSKA:  As opposed to being an
 9          employee someplace and maybe supervising
10          employees below her at I&E.
11                    MR. SEEGER:  Gotcha.
12     BY MR. SEEGER:
13       Q    Ms. Wang, the clarification that I just got
14     from your counsel, is that -- did he do that
15     correctly?  Would you agree or disagree?
16       A    That's correct.
17       Q    Thank you.
18            What degrees do you hold?  I think I
19     saw a reference somewhere that you have a Ph.D.; is
20     that correct?
21       A    Yes.
22       Q    In what area?  What subject?
23       A    Management, enterprise management.
24       Q    Okay.  I just want to understand a little
25     bit more, so let me just go back, I'm sorry.
```

1                  In the period from 2011 through the

2    present, has the person that you have been reporting

3    to been the same person, or has that changed?

4         A     There have been changes.

5         Q     Okay.  And could you tell me some of the

6    other people -- tell me the names of some of the other

7    people that you have reported to in that time frame.

8         A     During the time I worked at enterprise

9    management, I reported to Wu Jian.

10        Q     Okay.  Is that person still with the

11   company?

12        A     Yes.

13        Q     And what is his current role?

14        A     Deputy general manager.

15        Q     Do you still report to this person?

16        A     No.

17        Q     Does your immediate boss report to this

18   person?

19        A     No.

20        Q     Okay.  Can you identify any other names of

21   people that you've reported to during this period?

22        A     There is no other people.

23        Q     Okay.  Would you know if the person who

24   we've spelled his name -- is it Wu?  Is it a Mr. Wu?

25                  THE INTERPRETER:  (Nods head.)

1    BY MR. SEEGER:

2        Q      Could you tell me if Mr. Wu, as far as you

3    know, holds positions in any of the other CNBM

4    companies?

5        A      He's the chairman of the board of CNBM

6    Tongyong Machinery Company.

7        Q      At the present, are there any CNBM companies

8    that are doing business in the U.S. that report to you

9    or provide you with feasibility reports or...

10       A      Can you be specific?  What are you referring

11   to as "doing business"?

12       Q      Either importing/exporting goods to the

13   United States or purchasing goods from the United

14   States.

15       A      It's not necessary to report to me.

16       Q      Are you familiar with a company by the name

17   of CNBM USA?

18       A      I'm aware of this company.

19       Q      Do they -- does anybody at that company send

20   reports to you?

21       A      No.

22       Q      Wouldn't part of your job in enterprise

23   management be to manage these companies that do

24   business throughout the world?  I thought that's what

25   your testimony was.  I might have that wrong.

1               MR. VEJNOSKA:  Objection, vague and

2      ambiguous, misstates testimony.

3      A     I'm not in charge.

4  BY MR. SEEGER:

5      Q     No, I know that, Ms. Wang, that you're not

6  in charge, but I just want to know if you have any

7  role, supervisory, reviewing reports, anything in your

8  role as an enterprise manager where you would interact

9  with CNBM USA.

10     A     No.

11     Q     Okay.  What about CNBM Forest Products?

12     A     "Forest Product" what?

13     Q     Have you received reports from CNBM Forest

14  Products in your role as an enterprise manager?

15     A     What type of reports?

16     Q     Any kind of report.

17     A     As far as I can recall, if they were

18  planning to establish an overseas branch company, they

19  would send us their ideas.

20     Q     Have those ideas -- have ideas been sent to

21  you from CNBM Forest Products?

22     A     Are you referring to ideas such as

23  establishing overseas branch companies?

24     Q     Okay.  Do you know if CNBM Forest Products

25  is a subsidiary of CNBM Import and Export?

1                    MR. VEJNOSKA:   Objection, calls for a

2          legal conclusion.

3       A      The Forest Products company is a company in

4    which Import and Export Company holds shares in.

5    BY MR. SEEGER:

6       Q      Okay.  So I understand CNBM Import and

7    Export holds shares in Forest, but I'm really asking

8    you:   In your capacity as an enterprise manager within

9    Import and Export, are you reviewing the business

10   operations of Forest?

11                   MR. VEJNOSKA:   Objection, form.

12      A      What are you referring to as "business

13   operation"?

14   BY MR. SEEGER:

15      Q      Buying/selling goods, generating profits.

16      A      No reports, they do not report to me.

17      Q      Who do they report to at Import and Export?

18                   MR. VEJNOSKA:   Objection, foundation.

19      A      As far as I know, they make their own

20   transaction decisions, and it is not necessary for

21   them to report to Import and Export Company.

22                   MR. SEEGER:   Let's -- you want to take a

23          break, we've been going an hour, let's take a

24          little break.

25                   MR. VEJNOSKA:   Sure, good time.

1              THE VIDEOGRAPHER:  The time now is

2         10:04 a.m.  We're off the record.

3              (Recess taken, 10:04 a.m. to 10:21 a.m.)

4              THE VIDEOGRAPHER:  This begins Disc 2 of

5         today's deposition.  Time now is 10:21 a.m.

6         We're back on the record.

7    BY MR. SEEGER:

8         Q    By the way, Ms. Wang, I intend to try to get

9    this done today, but if you need a break at any point

10   for, you know, the restroom, get some coffee or water,

11   please let us know.

12        A    All right.  Thank you.

13             MR. SEEGER:  I'd like to mark an

14        exhibit.  So it's already pre-marked as

15        Exhibit 458.

16             MR. GEORGE:  So as at prior depositions,

17        this is originally Chinese translation, and

18        these exhibits will have a cover translation by

19        the PSC, followed by a machine translation

20        provided by the moving party, and finally, the

21        last page is the original Chinese image of the

22        document.

23             And to the extent counsel is willing to

24        stipulate the authenticity of the Chinese

25        original for these purposes today, that will

1           help matters.

2                 MR. VEJNOSKA:  On that, Mr. Seeger and

3           Mr. George, we are, as I said yesterday, very

4           willing to entertain stipulations on all these

5           documents.  My suggestion would be that we do so

6           after the deposition.  I'm not in a position at

7           this point to look at a Chinese document and

8           tell you if it's authentic or not.

9                 MR. SEEGER:  If it's something she's

10          written, I'll ask her.

11                MR. VEJNOSKA:  Absolutely.

12                MR. SEEGER:  We can do that.  And then

13          whatever she hasn't, we can talk about.  I guess

14          it doesn't matter.

15                MR. VEJNOSKA:  We're not going to, I

16          don't think, end up having problems about -- if

17          there are documents that we know the history of,

18          and we've produced, we've collected, we've

19          produced, I don't think we'll end up having

20          issues about authenticity.

21                MR. SEEGER:  Okay.

22                MR. VEJNOSKA:  Maybe other issues, but

23          that's...

24                MR. SEEGER:  Okay.  Thanks.

25                MR. VEJNOSKA:  My suggestion is plow

1           through, and then you tell us -- I mean, if

2           they're all of them, they're all of them, but

3           anything you want us to look at.

4                   MR. SEEGER:  Yeah.  Well, come back,

5           we'll get Chris to do that.

6                   MR. VEJNOSKA:  Yeah.

7    BY MR. SEEGER:

8       Q    So, Ms. Wang, please take -- I see you're

9    reading it, but please take the time you need to read

10   through it.  We're going to ask you some questions

11   about this.

12                  MR. VEJNOSKA:  And if possible, I'll say

13          this just once today, and it will apply to all

14          documents with PSC translations, which is we

15          reserve our right to object to the accuracy of

16          the translation.

17                  MR. GEORGE:  And for all -- as prior and

18          for all deposition -- I mean, all exhibits today

19          that are translated, we intend to work with you

20          and other counsel to arrive at a mutually

21          agreeable translation if at all possible.

22                  THE INTERPRETER:  Does counsel want the

23          interpreter to interpret the conversation?

24                  MR. VEJNOSKA:  No, that's okay.  Spare

25          all of us.

```
 1                    (Document review.)

 2      A     I've read it.

 3   BY MR. SEEGER:

 4      Q     Okay.  Ms. Wang, let's first start with the

 5   portion of this -- this is a multi-page document, but

 6   there's an e-mail on here that was written by you,

 7   correct?

 8      A     Yes.

 9      Q     And just for the record, if you could

10   identify or just let me identify, and you tell me if

11   I've identified it properly.

12                    There's an e-mail on here from you

13   dated February 4th, 2015, to a group of people, and

14   I'll identify them in a moment -- but let's just start

15   there.  Correct?

16      A     "Correct" what?  If there is such an e-mail,

17   if that's correct?

18      Q     At this point, I'm just identifying the

19   e-mails, so I'm going to -- let me ask a handful of

20   questions.  I'm not going to ask her about the

21   substance.  I just want to identify the portion that

22   was written by her.

23                    So right now all I'm asking is:  The

24   e-mail dated February 4th, 2015, from her to a bunch

25   of people, the subject line is "Business Statistical
```

1   Table 1 Worksheet."

2              Can she identify that as an e-mail

3   that was written by her?

4       A    Yes.

5       Q    Okay.  And there are a number of people on

6   the e-mail that you wrote, I'd like you to try to

7   identify, if you could.  So on the line that says

8   "To," can you identify each of the people here and

9   what their role is with CNBM?

10             (Document review.)

11             MR. SEEGER:  It would be a little easier

12      if I ask.  Let me ask the questions this way.

13  BY MR. SEEGER:

14      Q    Ms. Wang, who is the first -- the first

15  person in the e-mail chain that you sent this to?  The

16  English letters are "ZJS."  Who would that be?

17      A    Zhang Jinsong.

18      Q    And how about the next person?

19      A    Wu Xiang.

20      Q    And can we keep going?

21      A    Zhang Liao.

22      Q    Okay.  And then the next person?

23      A    Zhang Lina.

24      Q    Okay.  CG?

25      A    I'm sorry, all of a sudden I -- I'm unable

1    to identify who exactly is CG.

2        Q    Okay.  Let's go to the next person.

3        A    Li Ruomei.

4        Q    Okay.  And then I think the next one is Macy

5    Zhu?

6        A    Yes, there is a Macy Zhu here, Z-H-U, space,

7    Y-I-N-G-Q-U-N.

8              MR. SEEGER:  Q-U-N?  Did you say?

9              THE INTERPRETER:  Yes.

10   BY MR. SEEGER:

11       Q    And the last one, Dan Zhu?

12       A    Zhu Dan.

13       Q    Okay.  Now, I just want to go back through

14   that list if you don't mind.  You can tell me what

15   their role is, if you know, Ms. Wang.  Going back to

16   the first person.

17       A    Zhang Jinsong is a general manager of

18   CNBM International.

19       Q    Okay.  And then the next one, Wu Xiang?

20       A    Wu Xiang is a general manager of CNBM Supply

21   Chain Management Company.

22       Q    Okay.  And Zhang Liao?  The next person, I'm

23   sorry, I'm trying.

24              MR. VEJNOSKA:  That was good.

25       A    Zhang Liao is a general manager of

1    CNBM International Equipment Company.

2    BY MR. SEEGER:

3         Q     Okay.  And then let's go to Zhang Lina.

4         A     Lina Zhang is a deputy general manager of

5    CNBM Energy Company.

6         Q     Okay.  And -- okay.  You forgot CG, no

7    recollection of who that is, correct?

8         A     All of a sudden, I don't recall.

9         Q     That's okay.  Don't guess.

10               Let's go to the next one.  I think

11   it's Li Ruomei?

12        A     Li Ruomei is the manager of sales department

13   of CNBM Import and Export Company.

14        Q     That's your company, correct?

15        A     Yes.

16        Q     Okay.  And if we could keep going, Zhu

17   Yingqun?

18        A     Zhu Yingqun is a general manager of CNBM

19   Jianpu Company.

20        Q     Okay.  And last one, Zhu Dan?

21        A     Zhu Dan is a general manager of CNBM Forest

22   Products Company.

23        Q     Okay.  Now, if we could do the same thing

24   with the cc list.

25        A     The first person is Luo Cai.

```
1        Q      Okay.  And who is that?

2        A      She is an employee of the enterprise

3   management department.

4        Q      Of CNBM Import and Export?

5        A      Yes.

6        Q      Okay.  So when she mentioned earlier today

7   about one other employee in the enterprise management

8   department, was that the person she was talking about?

9        A      No.

10        Q      Okay.  This is somebody else?

11        A      The person I mentioned earlier is an

12   employee in the investment department.

13        Q      Okay.  How many employees total are in the

14   enterprise management department?

15        A      When I left, besides me, there were five

16   others.

17        Q      Okay.  All right.  And, Ms. Wang, if you

18   could continue through the list of people that were

19   cc'd on your e-mail.

20        A      The second person is Hu Xiaolong.

21        Q      And their title?

22        A      He's an employee of CNBM International

23   Company.

24        Q      Okay.  Now, the people on this e-mail, are

25   these people that you are in regular communication
```

1   with as part of your job?

2        A     Not necessarily regular.

3        Q     Okay.  All right.  Can she continue

4   identifying who is on the cc list?

5        A     The next person is Yang Botao.

6        Q     And their title?

7        A     He's an employee of CNBM International

8   Equipment Company.

9        Q     Okay.  Next person?

10       A     Sun Yan.

11       Q     Go ahead.

12       A     The person is an employee of CNBM

13   information technology --

14       Q     Okay.

15       A     -- department.

16             THE INTERPRETER:  Interpreter needs to

17       clarify with deponent.

18             (Translation.)

19             THE INTERPRETER:  Upon clarification of

20       the deponent:

21       A     Sun Yan is an employee of CNBM Information

22   Technology Company.

23   BY MR. SEEGER:

24       Q     Okay.  Next person?

25       A     Jiang Gaoyu is an employee of CNBM Supply

1    Chain Management Company.

2        Q     Okay.  Next person, please?

3        A     Sun Suning.

4        Q     Okay.  And their title or what they do?

5              MR. SEEGER:  Only if she knows.

6              MR. VEJNOSKA:  (Nods head.)

7        A     All of a sudden, I don't recall.

8    BY MR. SEEGER:

9        Q     Okay.  Not a problem.

10             Next person?

11       A     Yang Fengshe.

12       Q     Okay.

13       A     Is an employee of CNBM Energy Company.

14       Q     Okay.  And the next person?

15       A     That's it.

16       Q     Oh.  Oh, okay, yeah, yeah.  I'm sorry.

17   Okay.

18             So if you can -- so at the time you

19   wrote this e-mail, February of 2015, were you aware of

20   the contempt order that was issued in the litigation

21   that was going on here in the United States regarding

22   Taishan gypsum board?

23       A     At the time I wrote this e-mail?

24       Q     Yes.

25       A     Because our guaranty money in the Court of

1    Oregon had been frozen, the day before the e-mail was

2    written, I met with our Oregon attorney.

3                   MR. SEEGER:  Is she finished with her

4        answer?

5        A    We knew our assets were under a certain

6    degree of risk.

7    BY MR. SEEGER:

8        Q    The risk of what?

9        A    Because the guaranty money in Oregon was

10   requested to be frozen by the Louisiana plaintiffs.

11       Q    So your first learning about the contempt

12   order was a day before you wrote this e-mail?

13       A    I'm aware of our Oregon -- at the time, I

14   was not quite clear about the phrase "contempt order."

15       Q    Did you have an understanding about --

16   whether it was called "contempt order" or whatever,

17   did you have a basic understanding about what was

18   going on in the litigation here regarding -- here in

19   Louisiana regarding Taishan Gypsum?

20                  MR. VEJNOSKA:  Objection, vague and

21       ambiguous.

22                  THE WITNESS:  Can you ask specific

23       question?

24   BY MR. SEEGER:

25       Q    Did you have an understanding about any kind

1    of a judicial order that had been entered in Louisiana

2    with regard to CNBM, Taishan --

3                    MR. SEEGER:  How do you ask this

4         question in a way that it gets translated?  You

5         want to object to that one, Chris?  Let me

6         strike it and start over again.

7    BY MR. SEEGER:

8         Q     Prior to writing this e-mail, did you have

9    any understanding about the court here in Louisiana

10   subjecting CNBM companies to any kind of business

11   restrictions?

12                   MR. VEJNOSKA:  Objection, foundation.

13        A     Can you ask a more specific question?

14   BY MR. SEEGER:

15        Q     Yes.

16        A     First of all, what are the business

17   restrictions?  Second of all, what companies are you

18   referring to when you said "CNBM companies"?

19        Q     Okay.  Let's start over again.

20                   You -- sitting here today, you have an

21   understanding of something called a contempt order,

22   right?

23        A     At the time I was preparing for this

24   deposition, I learned the phrase "contempt order," but

25   because I am not a legal professional, all I know is

1    this phrase, that's all.

2        Q    Okay.  Fair enough.

3             So at the time you wrote this e-mail,

4    you had an understanding of certain risks in the

5    United States to CNBM entities.  Please, just in your

6    own words, what is the -- what was your understanding

7    at the time you wrote this e-mail that those specific

8    risks were?

9        A    My understanding at the time was that

10   because our guaranty money in Oregon had been frozen,

11   thus a business risk occurred for us over there.

12       Q    And did you have an understanding of what --

13   where that risk came from, what exactly that risk was?

14       A    The plaintiffs in Louisiana requested to

15   have it frozen.

16       Q    Okay.  And who brought that to your

17   attention?

18       A    Brought attention of what?  Are you

19   referring to the frozen matter?

20       Q    Yes.  Yes.

21       A    The first time I learned that the guaranty

22   money was frozen was from Zhu Yingqun.

23       Q    And is that person on this e-mail that you

24   wrote?

25       A    Yes.

1      Q      Okay.  And what is the title of Zhu Yingqun?

2      A      At the time I wrote this e-mail, she was the

3   general manager of CNBM Jianpu Company.

4      Q      And what business does that company conduct?

5      A      To import fish powder and to export

6   furniture.

7      Q      To and from the United States?

8      A      I know that their furniture had been

9   exported to the United States.

10     Q      Did you select the people to write this to

11   because they were involved with company --

12   CNBM-related companies that either imported or

13   exported with the United States?

14     A      The companies I have selected are the

15   companies where Import and Export Company holds shares

16   in.

17     Q      Shares in what?

18            MR. SEEGER:  Sunny, are you done with

19        that.

20            THE INTERPRETER:  Yes.

21            MR. SEEGER:  Okay.  I'm sorry, I didn't

22        understand.

23            (Realtime transcript review.)

24            MR. SEEGER:  Okay.  I see.  I see.

25   BY MR. SEEGER:

1    Q    You addressed this e-mail -- it says,

2   "Hello, all leaders and colleagues."  Who are the

3   "leaders" on this e-mail that you addressed this to?

4   Can you just identify them?

5    A    The "leaders" here are referring to the

6   leaders of those companies.

7    Q    Are there any -- are there any specific

8   people on this e-mail that she was referring to when

9   she addressed the e-mail to "leaders and colleagues"?

10    A    I was addressing specifically to those

11   who -- to whom the e-mail was sent to.

12             MR. SEEGER:  Let me just try to clarify,

13        Sunny.  I'll take one more -- it's not a big

14        point.  She chose to address -- I'm sorry.

15   BY MR. SEEGER:

16    Q    Ms. Wang, you chose to address the e-mail to

17   "leaders and colleagues," so there's a difference.  So

18   I'm asking you:  Were there specific people on this

19   e-mail that you felt the need to address as leaders,

20   out of respect for their position?

21    A    I wrote here "leaders" because they are

22   leaders in the companies where they are at.

23    Q    Okay.  I understand.  Thanks.

24             So the -- let's just turn now to the

25   substance of the e-mail, where you say, "Given the

1    high risks related to the United States, it's

2    suggested that all companies cease their business in

3    the United States."  Correct?

4        A    Yes.

5        Q    And that's you, as a representative or an

6    employee of CNBM Import and Export, writing this

7    e-mail to your colleagues from all these other

8    companies, correct?

9        A    Correct.

10       Q    And you say, "If it's necessary to do

11   business in the United States, please report that" to

12   somebody by the name of Cai Luo, in enterprise

13   management, correct?

14       A    Yes.

15       Q    Is -- and so why did you select Cai Luo for

16   these people to report to?

17       A    Because Luo Cai is an employee in the

18   enterprise management department.

19       Q    Okay.  Would she be the person that these

20   entities would have given their summaries of 2014

21   business and their forecasts for the upcoming year to

22   as well?

23       A    Can you ask me specifically?  Are you

24   referring to this time?

25       Q    Yeah.  Back in this point in time, yes.

1        A      Yes.

2        Q      Okay.  You also state here that if it's

3    necessary to conduct business in the United States, to

4    report the information to enterprise management.  And

5    my question to you is, as part of enterprise

6    management:  What would enterprise management do with

7    that information?

8                    MR. VEJNOSKA:  Objection, speculation.

9                    THE WITNESS:  Please ask again.

10                   THE INTERPRETER:  The interpreter can

11        repeat --

12   BY MR. SEEGER:

13       Q      Why are you asking your colleagues at these

14   other companies to report if they -- the fact that if

15   they continued to work in the United States, you want

16   that reported to enterprise management?  Why were you

17   asking them to do that?

18       A      As the Import and Export Company, as a

19   shareholder of those companies, we wanted to know how

20   much businesses they have in the United States because

21   of the Oregon case, and how much risks they have in

22   the United States.

23       Q      Risk as a result of the contempt order from

24   Louisiana, right?

25                   MR. VEJNOSKA:  Objection, argumentative,

1        foundation, misstates testimony.

2     A     No.

3   BY MR. SEEGER:

4     Q     Risk as a result of what, then?

5     A     Results from the fact that plaintiffs of

6   Louisiana had requested to freeze the guaranty money

7   in Oregon.

8     Q     Okay.  Did you at this time have an

9   understanding that that money was frozen because of

10  the contempt order, or you didn't know?

11    A     At the time, I did not know what "contempt

12  order" mean.

13    Q     Okay.  Were you at this time -- and this is

14  really just a yes-or-no answer.  Were you talking with

15  U.S. attorneys at this point about why these assets

16  were frozen?

17    A     I have only met our attorney from Orrick the

18  day before.

19    Q     The day before the e-mail?

20           THE INTERPRETER:  The interpreter needs

21       to clarify with deponent.

22           (Translation.)

23           THE INTERPRETER:  The interpreter was

24       clarifying with the deponent as her prior

25       testimony, when she mentioned her meeting with

1          the Oregon attorney, the interpreter suspect

2          that she had misinterpreted "Orrick attorney"

3          and "Oregon attorney."

4               MR. SEEGER:  Okay.

5               THE INTERPRETER:  But the deponent said

6          what she just said was "Orrick attorney."

7               MR. SEEGER:  Okay.

8     BY MR. SEEGER:

9          Q    And I don't want to know the substance of

10    any discussions with any U.S. attorneys, but can you

11    identify the name of the attorney you met with or that

12    you spoke to the day before?

13         A    Wang Xiang, Zhang Yali.

14         Q    I'm sorry, say that again.  Y-A-L-I?  Okay.

15               Also, at the end of the e-mail, you

16    say, "Each entity, please attach high importance and

17    give feedback on time."

18               Did you get feedback from this e-mail?

19         A    I did receive that.

20         Q    Could you please describe for me what type

21    of feedback you got?

22         A    The feedbacks regarding how much businesses

23    they have in the United States.

24         Q    Okay.  Do you recall if most of that

25    feedback was done in writing, but through e-mail?

```
 1        A     Yes.

 2              MR. SEEGER:  I guess let's take

 3        another -- let's keep them to five minutes.

 4        We'll just take a lot of five-minute breaks, and

 5        I'll move through that stuff.  Is that okay with

 6        you?

 7              MR. VEJNOSKA:  Yeah.

 8              THE VIDEOGRAPHER:  The time is

 9        11:07 a.m.  We're off the record.

10              (Recess taken, 11:07 a.m. to 11:16 a.m.)

11              THE VIDEOGRAPHER:  This begins Disc 3 of

12        today's deposition.  The time now is 11:16 a.m.

13        We're back on the record.

14   BY MR. SEEGER:

15     Q     Ms. Wang, can you go to the first page of

16   the e-mail.  It's the very first page right there.

17              MR. VEJNOSKA:  You want all the way?

18              MR. SEEGER:  Yeah, all the way to the

19        front.

20              MR. VEJNOSKA:  All the way.

21              MR. SEEGER:  Okay.

22   BY MR. SEEGER:

23     Q     Now, I don't see you on this e-mail; is that

24   right?

25              MR. VEJNOSKA:  Mr. Seeger, do you need
```

1              her to look at the translation or --

2                    MR. SEEGER:  Oh, I'm sorry.  I directed

3              her to the English version.  This stuff makes me

4              delirious.  I can't keep coming back.  Yeah, I'm

5              sorry.

6     BY MR. SEEGER:

7         Q    It's the e-mail from Daniel on February 6th.

8         A    No.

9         Q    Okay.  So just a few questions.  It looks

10    like your e-mail that you wrote was forwarded by

11    Suning Sun to Deng Jianjun?

12                   MR. SEEGER:  Did I get that?

13                   THE INTERPRETER:  Can you spell it,

14             Counsel?

15                   MR. SEEGER:  Yeah.  The e-mail -- it

16             looks like her e-mail was forwarded on

17             February 5th from S-U-N-I-N-G, S-U-N to

18             J-I-A-N-J-U-N, D-E-N-G.

19        A    It appears to be so from the document.

20    BY MR. SEEGER:

21        Q    Okay.  And I don't know if you've identified

22    this person yet.  If you haven't, if you could do it

23    for me, I'd appreciate it.  The person who the e-mail

24    was forwarded to, Jianjun Deng?

25        A    Jianjun Deng is an employee of CNBM Forest

1    Products Company.

2        Q     Okay.  And also, if you go to the e-mail

3    that is written on February 6th from Daniel to Macy

4    Zhu and Dan Zhu, I just want to ask you a couple of

5    questions about that.

6                   Could you please identify the people

7    who are cc'd on this?

8        A     The first person is Bai Jinhui.

9        Q     And his title or -- if you know?

10       A     I do not know her title.

11       Q     Do you know what company she's with?

12       A     She's at CNBM Forest Products Company.

13       Q     Okay.  And how do you know that?  Do you

14   know that because you know who she is, or do you know

15   that from something in the e-mail address?

16       A     I know this person.

17       Q     Because a question I have for you is that

18   you have identified a lot of people from a lot of

19   different companies, but they all seem to have -- not

20   all, but many of them seem to have the same e-mail

21   address.  Is that common within the CNBM companies?

22                   MR. VEJNOSKA:  Objection, form.

23       A     What company are you referring to when you

24   said "CNBM companies"?

25   BY MR. SEEGER:

1    Q    Okay.  So, for example, this person we were

2  just talking about, Bai, her e-mail is jinhui.bai@,

3  and then it says cbmie.com.

4            MR. SEEGER:  Just see if we can get her

5       to where I am.

6            (Translation.)

7  BY MR. SEEGER:

8    Q    Do you see that?

9    A    Yes.

10   Q    And that person works at CNBM Forest,

11 correct?

12   A    Yes.

13   Q    Okay.  Now, if we go to your e-mail, you

14 have an e-mail to this very first person, zjs@ the

15 same e-mail address, and you identified him, Zhang

16 Jinsong, as being at CNBM International.  That's a

17 different company, right?

18   A    CNBM International and CNBM Import and

19 Export Company are different companies.

20   Q    But they have the same -- what I'm asking

21 you is they have the same e-mail address, it appears.

22            I mean, do you know the answer for

23 that?  If you don't, that's fine.

24   A    As far as I know, CNBM International has its

25 own e-mail system.

```
 1        Q      So how would you -- if you know the answer

 2    to this, then tell me.  If you don't, that's fine.

 3                    So would you be able to explain why an

 4    employee from CNBM Forest has the same e-mail address?

 5                    MR. VEJNOSKA:  Objection, foundation,

 6          speculation.

 7                    THE WITNESS:  What was his objection?

 8                    THE INTERPRETER:  The interpreter will

 9          repeat the attorney's objection.

10                    (Translation.)

11                    MR. VEJNOSKA:  Don't worry about it,

12          Ms. Wang.  You can answer the question, if you

13          can.

14                    MR. SEEGER:  Yeah.

15        A      CNBM Import and Export Company has an

16    information technology department because it requires

17    some foundation and some work in order to build up an

18    e-mail system; therefore, some companies would ask the

19    IT department of Import and Export Company to

20    establish their e-mail system.

21                    As far as I know, the e-mail system of

22    CNBM Equipment Company was established through the

23    assistance of that IT department and upon payment to

24    that IT department.

25    BY MR. SEEGER:
```

1     Q     Okay.  So is that -- is that how somebody

2   from CNBM Forest wound up with a cbmie.com address?

3     A     Because their e-mail system is also

4   cbmie.com, I would draw inference based on that, which

5   is that IT department had also assisted them in

6   building their e-mail system.

7              MR. SEEGER:  Okay.  I think that's all I

8        have on that.

9              (CBMIE Exhibit 538 marked.)

10              MR. SEEGER:  I believe the Chinese --

11        Chris, the Chinese is attached to that, if she

12        wants to look at that instead of the English.

13              MR. VEJNOSKA:  Thank you.

14   BY MR. SEEGER:

15     Q     Ms. Wang, look at it, but my first question

16   will be to ask you if you can identify it, but take

17   your time and read it, if you'd like.

18              (Document review.)

19              MR. SEEGER:  Just tell her to let us

20        know whenever she's done.

21              (Document review.)

22              (Conference out of the hearing of the

23              reporter between Mr. Seeger and

24              Mr. Vejnoska.)

25     A     I'm done reading it.

1    BY MR. SEEGER:

2        Q     Okay.  Well, can you identify this document?

3        A      In the beginning of the document it says,

4    "CNBM Import and Export Company, Sorting of American

5    Business."

6        Q     Okay.  I'll be a little more specific.

7                What's the purpose of a document like

8    this?

9                MR. VEJNOSKA:  Objection, foundation,

10        speculation.

11       A     The document does not say the purpose of it.

12   BY MR. SEEGER:

13       Q     Are you familiar with this document?  Have

14   you seen this before?

15       A     I'm not sure.

16       Q     Let me ask it to you this way, not whether

17   you've seen this specific document, but have you seen

18   reports like this for CNBM Companies?  Is the format,

19   is anything familiar to you about this document?

20       A     I don't quite understand the question.

21       Q     Are you familiar with reports like this, not

22   so much the content of it specifically.  I'm just

23   asking you, is this a common type of report that's

24   generated by, you know, other -- well, looks like it

25   was -- well, let's start with that.

1               First of all, does this -- have you

2   ever seen a report like this before?

3       A     For example, the e-mail that we talked about

4   earlier, after the e-mail, I did receive the business

5   summaries sent to me by different companies.

6       Q     Okay.  And would the report have been

7   prepared to look like what you have in front of you?

8       A     I don't recall the specific formats.

9       Q     Okay.  Because the title of the document is

10  "CNBM Import and Export Company, Sorting of American

11  Business."  Is that a title that you've seen on any

12  documents, you know, other than this one?  Is that a

13  common title that's used?

14      A     What are you referring to when you said

15  "common"?

16      Q     Okay.  Forget about "common."

17              Are you telling me you've never seen a

18  report like that ever before in your job as --

19  whatever you do for enterprise management?

20      A     I'm not sure whether or not I've seen

21  reports with such a title.

22      Q     How about reports with this type of

23  substance?

24              MR. VEJNOSKA:  Objection, vague and

25        ambiguous.

```
1                 You can answer.

2                 THE WITNESS:  Can you ask a specific

3         question?

4                 MR. SEEGER:  No, I did -- oh, do you

5         want me to ask it differently?  Does she not

6         understand my question?

7                 THE WITNESS:  I'm sorry, I actually did

8         not understand.

9                 MR. SEEGER:  Okay.

10  BY MR. SEEGER:

11      Q    So this is a report that sorts American

12  business by subsidiaries of CNBM Trading.  Would she

13  agree with me that far?

14                MR. VEJNOSKA:  Objection, calls for a

15         legal conclusion.

16      A    Are you referring to the Import and Export

17  Company when you said "CNBM Trading"?

18  BY MR. SEEGER:

19      Q    Yes, sorry.

20      A    The document says "American business of

21  every subsidiary is as follows."

22      Q    Right.  Isn't this the type of report that

23  you asked for in your e-mail, when you asked the

24  people that were on the e-mail that we talked about

25  earlier, on Exhibit 458, to send you summaries of 2014
```

1    and forecasts of 2015 business in the United States?

2    Isn't this the type of information you asked for?

3        A    I required them -- I required them to

4    provide me with the business status in the United

5    States, but I did not give them specific requirements

6    on the format of the report.

7        Q    Okay.  I understand that, but wouldn't this

8    report be the type of response you would have expected

9    when you were asking those subsidiaries to send you

10   their summaries for 2014 and their forecasts for 2015?

11   This is the type of information you were asking for,

12   isn't it?

13       A    I have only required them to provide me with

14   some information.

15       Q    Okay.  And this contains information,

16   correct?

17       A    It does say some information in it.

18       Q    Okay.  And do you understand how to

19   interpret the information in these -- in the tables

20   that are here?

21       A    It's some of their business status, which I

22   do not quite understand.

23       Q    Okay.  So you would not be the person within

24   CNBM Import and Export to interpret this kind of

25   information?

1       A       I asked them for certain information so that

2   I will understand what's the total scale of the

3   business they have done.

4       Q       And this report provides that kind of

5   information, doesn't it?

6       A       It has the totals here.

7       Q       Is that not the information you were asking

8   for?

9       A       I primarily asked for the totals; however,

10  there is also some other information in it, which I do

11  not quite understand.

12      Q       So there's more information in here than you

13  had asked for, is what you're saying?

14      A       What I'm concerned is the total volume.

15      Q       And that information is in this document,

16  correct?

17              MR. VEJNOSKA:  Objection, asked and

18          answered.

19              MR. SEEGER:  What?  Because I'd stop.  I

20          didn't think it was.

21              Can she answer one more time?

22              THE WITNESS:  I'm sorry, I forgot the

23          question.

24              MR. SEEGER:  Okay.

25              MR. VEJNOSKA:  You want to read it back

```
 1            to her, maybe?

 2                  THE INTERPRETER:  Yes, the interpreter

 3        will repeat.

 4                  (Translation.)

 5    A     That's correct.

 6                  MR. SEEGER:  Thank you.

 7                  Let me show you another one.

 8                  (CBMIE Exhibit 636 marked.)

 9                  MR. GEORGE:  The prior exhibit was the

10        PSC translation on the top and the machine

11        translation with the metadata on the second

12        tier, and the final tier is the original image,

13        which is in Chinese.

14                  In this document, the metadata actually

15        serves some purposes.

16                  MR. SEEGER:  Okay.

17    BY MR. SEEGER:

18    Q     So I just want to take a moment to take a

19    look at this.  For the record, it's Exhibit 636.

20                  (Document review.)

21    BY MR. SEEGER:

22    Q     Can I ask you a few questions now, or do you

23    need a little more time?

24    A     Yes.

25    Q     Okay.  You prepared this document, right,
```

1    Ms. Wang?

2       A     From the time period, I'd say this is not a

3    document I have prepared.

4                 MR. SEEGER:  Okay.  I'll just represent

5          for the record, and Chris, you can take a look,

6          but from the metadata that we have, it seems to

7          indicate that the author of this document is

8          Ms. Wang.

9    BY MR. SEEGER:

10      Q     Does anybody else use your computer besides

11   you?

12      A     I, myself, use my computer.

13      Q     Okay.  And do you see the --

14      A     Oh...

15      Q     Did you see something that helped you recall

16   that you prepared this, Ms. Wang?

17      A     I've seen a document similar to this.

18      Q     Okay.  You've probably seen many documents

19   similar to this one, correct, in terms of the format?

20      A     From the time period on the document, I

21   believe it was created by an employee of the

22   enterprise management department.

23      Q     And the time frame, if you actually look at

24   the first footnote at the end of the chart, it says

25   it's a summary of U.S.-related business, covers the

1    period from July 1, 2014, to April 7th, 2015.

2    Correct?

3        A    Yes.

4        Q    And whether you prepared this or somebody

5    else did, this is the kind of report that would be

6    created in the ordinary course of business for

7    summarizing, you know, business done in other areas;

8    in this case it's the U.S.  Correct?

9        A    No.

10       Q    Why, the reports would look differently?

11   There would be a different format?

12       A    What are you referring to when you said "the

13   reports"?

14       Q    I'm talking about reports that contain this

15   kind of information.  This particular report is a

16   table for U.S.-related business.

17            This isn't the first time a report

18   like this has been generated for U.S.-related

19   business, is it?

20            MR. VEJNOSKA:  Objection, form.

21       A    To my recollection, there was another

22   learning of information prior to this report, but I'm

23   not sure whether the format is the same as this one.

24   BY MR. SEEGER:

25       Q    Okay.

1       A     This was prepared for the Orrick attorney.

2       Q     Okay.  I see.

3             Who is the employee you said that

4   might have been operating your computer to generate

5   this information?

6       A     I'm not sure this person had operated my

7   computer.

8       Q     Well, how could it be, then, that in the

9   data that we have it says that the author is you?

10  It's either you or somebody who was at your computer

11  doing this, correct?

12            MR. VEJNOSKA:  Objection, argumentative,

13       calls for speculation.

14      A     I'm not sure which specific computer had

15  generated this specific report, document.

16  BY MR. SEEGER:

17      Q     Do you have more than one?

18      A     I have one computer.

19      Q     Okay.  So I just want to be clear, and I'm

20  going to move on.

21            So your testimony is you did not --

22  even though I'll represent to you that there is data

23  that was produced that indicates this came from you

24  and your computer, your testimony is that you did not

25  prepare this report; is that right?

1      A      The computer may have this report, but I did

2   not personally prepare this report.

3                  MR. SEEGER:  And so I guess, Chris, I

4          thought she did, so we were going to have her

5          authenticate it.  But I'll talk to you after

6          about, you know, just for the purposes of

7          business records.

8                  MR. VEJNOSKA:  Okay.

9                  MR. SEEGER:  And I was going to do the

10          same thing with Exhibit 634, but --

11                  MR. VEJNOSKA:  Do you want to show it to

12          her and see if she recognizes it?

13                  MR. SEEGER:  Sure.  Let's do that.  Give

14          me a copy too.

15                  MR. VEJNOSKA:  Sorry, you can't take it

16          back.

17                  MR. SEEGER:  Once it's gone, it's gone.

18                  (CBMIE Exhibit 634 marked.)

19   BY MR. SEEGER:

20      Q      We're, just for the record, marking

21   Exhibit 634.  Can you tell me if this is -- well, hold

22   on a second.  Okay.

23                  Ms. Wang, if you could also tell me if

24   this is a report that you generated?  Whether it was

25   for attorneys or, you know, for business purposes, I'm

1    just asking if this is a document created by you.

2        A     Let me take a look.

3        Q     Sure.  Take your time.

4              (Document review.)

5              MR. VEJNOSKA:  Chris, while she's doing

6         that, I'll say that her comment a moment ago

7         regarding the prior exhibit, that it was

8         prepared for use by and perhaps at the request

9         of counsel is the first time that I have heard

10        this.  So I'm going to reserve my rights, right

11        now, to potentially claw this back.  But we

12        obviously need to look into --

13             MR. SEEGER:  Okay.  We understand.

14             MR. VEJNOSKA:  -- the document.

15             MR. SEEGER:  Yeah, sure.

16             MR. GEORGE:  Obviously, you know, if it

17        was produced properly in the first instance, we

18        identified this for today's deposition, if a

19        clawback takes place, if you'll work with us,

20        that's fine.

21             MR. SEEGER:  We'll fight that later.

22             MR. GEORGE:  The nonprivileged reports

23        are being discussed today.

24             MR. VEJNOSKA:  Yes.

25             MR. GEORGE:  Thank you.

```
 1                    (Document review.)

 2                    MR. SEEGER:  Just let me know when

 3          you're ready, Ms. Wang.

 4                    THE WITNESS:  Go ahead and ask your

 5          question.

 6                    MR. SEEGER:  Okay.

 7    BY MR. SEEGER:

 8       Q    So it's pretty much the same question I have

 9    with this as I did for the last one:  Is this a report

10    that you generated?

11                    And just in case the word "report" is

12    confusing her because of the way I'm using it, report

13    or document that she generated.

14       A    I believe this document was generated by an

15    employee of enterprise management department.

16                    MR. SEEGER:  Okay.  Put it aside.

17                    (CBMIE Exhibit 536 marked.)

18    BY MR. SEEGER:

19       Q    This document, I'll just identify for the

20    record, it's Exhibit 536.

21                    And, Ms. Wang, go ahead and take a

22    moment to take a look at this.  I'm going to ask you a

23    few questions.

24                    (Document review.)

25                    MR. SEEGER:  Good?  Okay.
```

1    BY MR. SEEGER:

2        Q     Ms. Wang, so let me ask you this:  At the

3    very top of this document, there's a section, and it

4    looks like it was written by somebody by the name of

5    Bo Gao, B-O, G-A-O, CNBM Technology Company, Limited.

6                    Do you recognize who that is?  Do you

7    see it?

8        A     I see Gao Bo, who is an employee of CNBM

9    Information Technology Company, Limited.

10       Q     So in the top part, it describes a situation

11   where -- you know, it appears to me, and you correct

12   me if I'm wrong, that CNBM companies are doing

13   business with, you know, American companies; like GE

14   is identified here.  And it indicates that the way

15   they do this is that letters of credit are opened up

16   for these subsidiaries through CNBM Import and Export.

17                   Am I understanding this correctly?

18                   MR. VEJNOSKA:  Objection, foundation,

19            speculation, beyond the scope.

20                   THE WITNESS:  Can you ask specifically?

21   BY MR. SEEGER:

22       Q     Is it common for CNBM Import and Export to

23   open up letters of credit for subsidiaries that do

24   business with American companies that would require a

25   letter of credit in order to do business?

```
 1                    MR. VEJNOSKA:  Objection, form.

 2        A    No.

 3   BY MR. SEEGER:

 4        Q    Okay.  This first part that I was just

 5   reading from, do you know anything about this?  Would

 6   you be the person to talk to?

 7        A    There are some business cooperations between

 8   the Import and Export Company and companies such as

 9   Information and Technology Company.  Their

10   relationship is that of a partnership relationship.

11        Q    And would part of that partnership include

12   CNBM Import and Export opening up letters of credit to

13   enable those entities to do business in the United

14   States or elsewhere, not just the United States?

15        A    When the two companies do business or

16   partnerships, for example, if Import and Export

17   Company are to purchase something from the United

18   States, it would be the Import and Export Company that

19   would issue the credit -- letter of credit.

20        Q    Okay.  What if what's being purchased is

21   being purchased through a different CNBM entity, like

22   CNBM Technology Company, would CNBM Import and Export

23   still then provide the letter of credit?

24                    MR. VEJNOSKA:  Objection, vague and

25        ambiguous, calls for speculation.
```

1      A      We were actually talking about the

2    information technology company.

3    BY MR. SEEGER:

4      Q      Right.  And I'm talking about the e-mail at

5    the top.  I'll read it in English, but you please read

6    it in Chinese.

7                    It says, "Our business relating to the

8    United States mainly consists of two parts:  The first

9    focuses on import agency of American IT products in

10   domestic market.  We pay American manufacturers in

11   form of L/C open through CNBM Import and Export

12   Company or TT.

13                   "The second is to purchase or import

14   related medical devices from American GE.  Likewise,

15   we pay American manufacturer in the form of L/C opened

16   through CNBM Import and Export or TT."

17                   Underneath that is somebody's name, Bo

18   Gao, CNBM Technology Company, Ltd.  Did I read that

19   correctly?

20                   MR. VEJNOSKA:  I'm going to object --

21      A      You read it correctly.

22                   MR. VEJNOSKA:  And I'll object on the

23       grounds that you did not.

24                   MR. SEEGER:  Okay.  What did I miss?

25       Anything important I need to go back and read?

1                  MR. VEJNOSKA:  You said "CNBM" instead

2         of "the Import and Export Company" in both

3         places.

4                  MR. SEEGER:  That's fine.

5    BY MR. SEEGER:

6         Q    Okay.  Now, let's go to the e-mail right

7    below that, Ms. Wang.  You see where it says from -- I

8    think it's Tianchu Wu?  Do you see that?

9         A    Yes, I see that.

10        Q    That's this e-mail is dated January 21st,

11   2015, and it's to several people, one of whom is that

12   Bo Gao that wrote the e-mail above, correct?

13        A    Yes.

14        Q    And you're cc'd on this, correct?

15        A    Yes.

16        Q    The subject is "Sorting of American

17   business," correct?

18        A    Yes.

19        Q    And it goes out to all subsidiaries.  That's

20   what it says, right?

21        A    It says "All subsidiaries," but e-mail sent

22   to four people.

23        Q    Correct.  But it's addressed to -- the

24   written part below the body of the e-mail is

25   written -- it's addressed to "All subsidiaries."

1                    Did I read that -- I just want to make

2     sure, because I have a question about that.

3                    MR. VEJNOSKA:  Objection, asked and

4          answered.

5         A     (No translated answer.)

6     BY MR. SEEGER:

7         Q     So my question to you about this is:  Do you

8     know why Tianchu Wu, where he addressed this e-mail

9     to -- looks like four people, would they -- would

10    those four people be involved with all of the CNBM

11    subsidiaries, or do you think that's just a mistake?

12                   MR. VEJNOSKA:  Objection, misstates

13         document, calls for speculation.

14                   MR. SEEGER:  What did I miss?  So I

15         don't waste time on it, if you don't mind

16         telling me.

17                   MR. VEJNOSKA:  You said "all CNBM

18         subsidiaries," and CNBM is a very large company.

19                   MR. SEEGER:  Okay.

20                   MR. VEJNOSKA:  This is just from

21         enterprise management of I&E.

22                   MR. SEEGER:  Okay.  Let me correct --

23         let me strike the question.  That's a good

24         correction.

25    BY MR. SEEGER:

1     Q     The e-mail is addressed to four people, but

2   it's -- but in the body of the e-mail it says "All

3   subsidiaries."  Would those people be involved with

4   all of the subsidiaries of CNBM Import and Export

5   Company?

6     A     No.

7     Q     How many subsidiaries are there of

8   CNBM Import and Export Company, do you know?

9     A     The Import and Export Company holds shares

10  in more than ten companies.

11    Q     Okay.  And the e-mail here says, "Please

12  sort the business condition in the United States and

13  report it to our department before off-duty tomorrow,"

14  and you're one of the contact people for that

15  information, correct?

16    A     Yes.

17            MR. SEEGER:  Want to take a break for

18        lunch.

19            MR. VEJNOSKA:  Sure.

20            MR. SEEGER:  Let me have a follow-up --

21        just let me clean it up.

22            (Conference out of the hearing of the

23            reporter between Mr. Seeger and

24            Mr. George.)

25            MR. SEEGER:  Do you have 538 there

1   still?

2      MR. VEJNOSKA:  Sure.

3      MR. SEEGER:  And you know what, put in

4   front of her, if you can, also Exhibit 536.  It

5   was the one we were just talking about.

6      MR. VEJNOSKA:  This one.

7      MR. SEEGER:  Yeah, that's it.  Okay.

8 BY MR. SEEGER:

9  Q Ms. Wang, do me a favor.  Please take a look

10 at the document that we talked about earlier.  It was

11 the report that you were unable to identify.  For the

12 record, it's marked as Exhibit 538.

13     And if you go -- if you go to the

14 second page of the report, where it describes

15 CNBM Technology Company, do you see the language that

16 is identical to the e-mail I was discussing with you

17 which we marked as Exhibit 536?  It's the language

18 regarding posting letters of credit for subsidiaries

19 of CNBM Import and Export.

20     You see that?

21  A Yes.

22  Q Okay.  It's identical, both in the report

23 that you looked at and in the e-mail that we were

24 discussing, correct?

25  A Yes.

1      Q      Does that help refresh your recollection

2   that you, in fact, received what we were talking about

3   earlier that was marked as Exhibit 538, the report?

4      A      This e-mail, you mean?

5      Q      That one is in Chinese that you're pointing

6   to, so I have no idea.  It's -- yeah, that one.

7                   MR. VEJNOSKA:  You can help.

8                   THE INTERPRETER:  (Indicating.)

9                   MR. SEEGER:  Right.

10                  MR. VEJNOSKA:  Ms. Wang --

11                  THE INTERPRETER:  You were showing her

12          the table --

13                  MR. VEJNOSKA:  -- he wants to know if

14          seeing this document here, Exhibit 536, helps

15          you remember if you have seen this table before,

16          which is Exhibit 538.

17     A      I don't remember whether I have seen this

18   document.

19                  MR. SEEGER:  Okay.  Let's take lunch.

20                  THE VIDEOGRAPHER:  The time now is

21          12:16 p.m.  We're off the record.

22                  (Recess taken, 12:16 p.m. to 12:58 p.m.)

23                  THE VIDEOGRAPHER:  This begins Disc 4 of

24          today's deposition.  Time now is 12:58 p.m.

25          We're back on the record.

```
 1    BY MR. SEEGER:

 2        Q    Okay.  So I'm going to pick up by handing

 3    you another document to look at.

 4                So take a moment, Ms. Wang, to look at

 5    this document, and I'll ask you -- just let me know

 6    when you're done, and I'll ask you some questions.

 7                (Document review.)

 8        A    I'm done reading it.

 9    BY MR. SEEGER:

10        Q    Okay.  Do you recall receiving this e-mail

11    from Macy Zhu?

12        A    I remember that.

13        Q    And I don't see a date on here, do you?  You

14    would not recall the date, but this probably came

15    before the other e-mail that we were talking about,

16    where you were -- the e-mail that you wrote.  Let me

17    strike that question.

18                Is this -- you had testified earlier

19    that you found out from somebody about the lawsuits.

20    Was this -- in this e-mail, is this the first time

21    you're hearing about the lawsuits in the U.S.?

22        A    From this e-mail, I learned that the

23    guaranty money in Oregon was -- what was he referring

24    to, what matter he was referring to when he said the

25    first time that I've learned?
```

1      Q      Okay.  And Macy Zhu is asking you to help

2    her find out who is responsible for this lawsuit in

3    the group, and she says she'll inquire about the

4    situation.

5                  Do you recall reaching out to somebody

6    as a result of getting this e-mail?

7      A      I have forwarded this e-mail to Luo Cai to

8    have her try to learn the status.

9      Q      Okay.  And did she report back to you, or

10   did she report back to Macy Zhu?

11     A      I did not follow up on that.

12     Q      Okay.  And it says -- it starts off by

13   saying "Happy new year," but would that help you come

14   up with a rough approximation for when you received

15   this, in terms of the date?

16     A      Seven years ago.

17                  THE INTERPRETER:  Interpreter

18       correction.

19     A      Before the new year.

20   BY MR. SEEGER:

21     Q      Do you remember which new year?  Is it the

22   Chinese New Year, or is it the...

23     A      It was in the end of December 2014.

24     Q      Okay.  Thank you.

25                  Ms. Wang, do you know approximately

1    when -- and I'm not asking you for your personal

2    knowledge, but as a representative of the company,

3    CNBM Import and Export, do you know when they first

4    learned about the litigation in the U.S. regarding

5    Taishan Gypsum?

6        A    Regarding this matter, I asked Huang

7    Anzhong.  He said he knew there was a lawsuit in the

8    United States regarding Taishan Gypsum, but he said he

9    did not recall the time.

10       Q    Do you know approximately how far back that

11   goes?  Is it, you know, two, three years, last year?

12       A    What are you specifically referring to when

13   you said "Taishan Gypsum"?  Can you be specific?

14       Q    The litigation regarding the Taishan Gypsum

15   that's going on here in Louisiana.

16       A    He said he had learned about this matter for

17   a while, but he did not remember when was the first

18   time he learned about it.

19       Q    Do you know if the company was aware of this

20   in 2010?

21       A    I don't know.

22       Q    Who exactly is Huang Anzhong?

23       A    He is the chairman of the board of the

24   Import and Export Company.

25       Q    Okay.  Do you know if he holds any other

1    positions besides chairman of the board of the Import

2    and Export Company?

3        A    He's also the deputy general manager of

4    CNBM Group, and a director of CNBM Company, Limited,

5    and a director of BNBM Group.

6        Q    Okay.  Who's funding the litigation for

7    Taishan Gypsum, do you know?

8                MR. VEJNOSKA:  Objection, vague and

9          ambiguous, beyond the scope.

10       A    I do not know.

11   BY MR. SEEGER:

12       Q    Do you know who's paying the legal fees for

13   the -- I'm just asking about fees -- who's paying the

14   legal costs and fees for the attorneys that are

15   representing Taishan Gypsum and the CNBM entities that

16   are involved?

17               MR. VEJNOSKA:  Objection, beyond the

18         scope.

19               You can answer as an individual.

20               THE WITNESS:  What was the last sentence

21         he said?

22               THE INTERPRETER:  The interpreter will

23         repeat the objection.

24               (Translation.)

25               THE WITNESS:  I forgot the question.

1               MR. SEEGER:  Do you have it there,

2        Sunny?

3               THE INTERPRETER:  The interpreter will

4          repeat.

5               (Translation.)

6     A     I do not know.

7               (CBMIE Exhibit 549 marked.)

8     BY MR. SEEGER:

9     Q     For the record, we just passed out

10    Exhibit 549.  Please take a moment to read, and let me

11    know when you're ready to answer some questions.

12               (Document review.)

13               MR. VEJNOSKA:  Mr. Seeger, I don't know

14          if you're aware of this.  This document has been

15          inadvertently produced.  It was clawed back last

16          week at the Forest Products deposition.  I know

17          you don't know that, I could tell from the

18          expression on your face.  And I was not at that

19          deposition, so I was just confirming that.

20               MR. SEEGER:  Okay.

21               MR. VEJNOSKA:  So I really didn't know

22          it either.  So my request is that we not

23          question the witness at this point.  We'll

24          exercise our right to -- there's a stipulation

25          and an order in place between the parties about

1         clawbacks which also gives the PSC the right to

2         contest the clawback.

3                 MR. SEEGER:  Okay.  So do you want me --

4         so with regard to her, what can we do today?

5                 MR. VEJNOSKA:  Nothing.

6                 MR. SEEGER:  You don't want the --

7                 MR. VEJNOSKA:  We can't question her

8         about it.

9                 MR. SEEGER:  Would you be okay if I not

10        refer to the document in any way, ask her if

11        it's refreshed her recollection in any way and

12        ask her some questions separate -- you know,

13        related to, but nothing that --

14                MR. VEJNOSKA:  Well, I'd like her to

15        stop looking at it.  I think you can ask her the

16        question, but I don't think we can have her

17        refresh her recollection either based on --

18                MR. SEEGER:  I'm not trying to be

19        difficult.  I don't know anything about this.

20        Has anything happened on it yet?  Has it been

21        raised with the Court?

22                MR. GEORGE:  Actually, I wasn't aware of

23        this either.  Even though it was last week,

24        there's been no practice further, I believe,

25        since then.

1            MR. VEJNOSKA:  Okay.  That's my

2     understanding too, which is why it's not obvious

3     to any of us sitting around this table today.  I

4     have no objection to you asking questions that

5     you can about whatever you want --

6            MR. SEEGER:  Yeah.

7            MR. VEJNOSKA:  -- as long as it doesn't

8     impinge on the -- obviously, any attorney-client

9     advice or work product.

10           MR. SEEGER:  Look, let me give you a

11    preview of what I want to go to, okay, and you

12    tell me -- I don't care.

13           I'm less interested in whose fees get

14    paid as opposed to who is paying it and it's

15    related to something else.  So do you mind if I

16    just delve into that a little bit?

17           MR. VEJNOSKA:  You ask her those

18    questions.  I just think we need to take this

19    document out of circulation.

20           MR. SEEGER:  I'll never give you mine.

21    I've got notes on it.

22           MR. VEJNOSKA:  That's all right.

23           MR. SEEGER:  I'm kidding.

24           MR. VEJNOSKA:  There's a process to

25    handle it.  I'm not worried about you or your

 1          ethics, Mr. Seeger.

 2                    MR. SEEGER:  Okay.  Ms. Wang, so just --

 3          your attorney can describe to you, if you want

 4          to do it now, what's going on.  Because I'm

 5          going to -- you have to explain to her why we

 6          pulled the document.

 7                    MR. VEJNOSKA:  Why don't I.

 8                    Ms. Wang, this is a document that --

 9                    MR. SEEGER:  Don't characterize it.

10                    MR. VEJNOSKA:  -- is -- it is our

11          position that this is a confidential document

12          protected by privilege, and so questioning based

13          on this document cannot be allowed.

14                    So I'd like to ask you to -- whatever

15          you read about from this document, if this is

16          the first time you saw it, to forget that, and

17          Mr. Seeger may ask you other questions that

18          relate to the litigation here in Louisiana as he

19          has been asking you so far.

20                    I'd ask that you respond to that based

21          on your knowledge and your preparation for this

22          deposition in interviewing other people at

23          CNBM Import and Export, not based on this

24          document.

25                    And then as Mr. Seeger asks questions,

```
 1          if we --

 2               MR. SEEGER:  I'll give you a chance to

 3          object, yeah.

 4               MR. VEJNOSKA:  -- if we get to a spot

 5          where we again are talking about privileged

 6          material, I will instruct you then.

 7               So for now -- for now, just do your best

 8          to answer Mr. Seeger's questions as you have

 9          been all day.

10               MR. SEEGER:  Okay.

11               THE WITNESS:  I understand.

12     BY MR. SEEGER:

13       Q    Ms. Wang, let me just ask you some

14     questions.  Forget about the document.  I'm not going

15     to ask you any questions about it.

16               I'm mostly interested in who's bearing

17     the costs of the litigation here in New Orleans with

18     regard to the -- what the plaintiffs claim is

19     defective drywall from Taishan Gypsum, okay?

20               THE WITNESS:  Repeat your question,

21          please.

22               THE INTERPRETER:  The interpreter will

23          repeat.

24               (Translation.)

25               (Conference out of the hearing of the
```

1                      reporter between Mr. Seeger and

2                      Mr. Vejnoska.)

3      A     I do not know who bears the cost of the

4   legal fees of Taishan Gypsum's lawsuit.

5                      MR. SEEGER:  Okay.  Just -- let's go off

6         for one second.

7                      THE VIDEOGRAPHER:  Time now is 1:16 p.m.

8         We're off the record.

9                      (Recess taken, 1:16 p.m. to 1:18 p.m.)

10                     THE VIDEOGRAPHER:  The time now is

11        1:18 p.m.  We're back on the record.

12   BY MR. SEEGER:

13     Q     Ms. Wang, let me ask you the questions this

14   way:  Have you been involved on behalf of Import and

15   Export, where the company that you work for has been

16   asked to cover expenses of some of its subsidiaries?

17                     Are you typically involved in that,

18   either in the decision-making process or in

19   processing, you know, the paperwork for that?

20     A     No.

21     Q     Okay.  So sitting here as a representative

22   for Import and Export, and in your own capacity as

23   part of the group that you're with, you have no

24   knowledge as to who's paying the costs of litigating

25   here in Louisiana with regard to Taishan Gypsum?

1               MR. VEJNOSKA:   Objection, beyond the

2       scope.

3     A     I do not know who pays the litigation fees

4  of Taishan Gypsum.

5  BY MR. SEEGER:

6     Q     Are you aware of whether Import and Export

7  or the parent, CNBM Company -- are you aware, just I'm

8  asking you now, just you personally -- do you know if

9  they have been asked to pay attorneys' fees related to

10  the Taishan Gypsum litigation?

11               MR. VEJNOSKA:   Same objection.

12     A     I do not know.

13  BY MR. SEEGER:

14     Q     Do you know who would know the answer to

15  that question, the last question I asked you?

16     A     I do not know.

17     Q     Can you remind me, who is Dan Zhu again?

18     A     Dan Zhu is the general manager of CNBM

19  Forest Products Company.

20     Q     Oh, Forest Products.   Okay.

21               Does CNBM Forest Products have

22  anything to do -- oh, no, no, I know.   Strike the

23  question.   I got it.

24               (CBMIE Exhibit 525 marked.)

25  BY MR. SEEGER:

1      Q      Please take a moment, Ms. Wang, to read

2   this, and I'll ask you some questions.

3                  (Document review.)

4      A      I'm done reading it.

5   BY MR. SEEGER:

6      Q      Okay.  So can you -- let's start by

7   identifying the e-mail.  So at the -- it's dated

8   December 23rd, 2014.  Can you identify the people at

9   the top?  Who is it from and who is it to?

10     A      From the document itself, it was sent by

11  Huang Anzhong.

12     Q      And who were the people it's sent to?

13     A      The document says it was received by Wang

14  Yingli --

15     Q      And --

16     A      -- and Liu Shanshan.

17     Q      And can you identify for me who those two

18  people are?

19     A      Wang Yingli is a director of the general

20  manager's office.

21     Q      With which entity, with which company?

22     A      CNBM Import and Export Company.

23     Q      Okay.  And the other person?

24     A      Liu Shanshan is the manager of financial

25  department.

```
1        Q      For Import and Export?

2        A      Yes.

3        Q      I'm sorry, I know I've been told this, so I

4   apologize for asking you again.  Huang Anzhong, which

5   company is he with?

6        A      He's the chairman of the board of the Import

7   and Export Company.

8        Q      Okay.

9        A      And a deputy general manager of the group

10  company.

11       Q      Okay.  And who are the cc's?

12       A      The document says Zhao Yanming.

13              THE INTERPRETER:  The interpreter needs

14        to clarify with the witness.

15              (Translation.)

16              THE INTERPRETER:  Interpreter

17        correction, rather Zhao Yangmin.

18  BY MR. SEEGER:

19       Q      And what company?

20       A      Import and Export Company.

21       Q      Okay.  And the next person?

22       A      Wu Suhua.

23       Q      And which company?

24       A      Import and Export Company.

25       Q      Okay.  Are you familiar with the content of
```

1    this e-mail?  Have you seen this before?

2        A    I have not seen it before.

3        Q    Okay.  And is it common within the companies

4    to have the group guarantee a loan or other types of

5    financial obligations for its subsidiaries?

6        A    What are you referring to as "common"?  What

7    is "common"?

8        Q    Well, so in the e-mail it says -- and I'll

9    read it in English, and then she can read along in

10   Chinese.

11               "In order to solve year-end financial

12   strain of reduced financing costs, after negotiation

13   with Shanghai Branch of the Export/Import Bank of

14   China, the bank agrees to issue USD 100 million of

15   loans to CNBM Energy at a one-year lending rate of

16   3.2% under the precondition of guaranty from the

17   group."

18               So CNBM Energy is a subsidiary of

19   which CNBM company, let's start there?

20       A    The Import and Export Company holds shares

21   in CNBM Energy Company.

22       Q    Okay.  And the Import and Export Company is

23   different from CNBM Group, correct?

24       A    Correct.

25       Q    Okay.  So this e-mail is discussing a

1    scenario where the group would guarantee a loan

2    obligation for CNBM Energy; am I right?

3              MR. VEJNOSKA:   Objection, foundation,

4       speculation.

5       A     The document does not directly say that.

6    BY MR. SEEGER:

7       Q     Tell me in your own words what you think

8    this document says.

9       A     It says the Shanghai branch of the import

10   and export company's bank agrees to lend $100 million

11   US dollar loan to CNBM Energy Company, Limited.

12      Q     And what else?

13             MR. VEJNOSKA:  Would you mark the

14       answer, please?

15      A     The bank says it can only release the loan

16   with the guarantee of the group.

17   BY MR. SEEGER:

18      Q     Okay.  So now my question is the -- I think

19   you answered this already, just to be sure:

20   CNBM Energy is a subsidiary of the Import and Export,

21   correct?

22      A     CNBM Energy Company is a company where

23   Import and Export Company holds share in.

24      Q     How much -- how many shares, what percentage

25   of ownership?

1          A      I do not recall the specifics.  It's

2    approximately 70%.

3          Q      And how much of an interest in CNBM Import

4    and Export does CNBM Group own?

5          A      100% of interest.

6          Q      And of all the people on the e-mail where

7    this is being discussed, the only person who has a

8    position with the group is who sent the e-mail, right,

9    Huang Anzhong; is that correct?

10         A      Correct.

11                 (CBMIE Exhibit 524 marked.)

12   BY MR. SEEGER:

13         Q      Just let me know when you're ready,

14   Ms. Wang.

15                 (Document review.)

16         A      I'm ready.

17   BY MR. SEEGER:

18         Q      Okay.  And I just have a very simple

19   question on this.  I don't -- I've seen references in

20   documents to tier two, tier three companies.  Can you

21   explain what that means?

22                 Oh, for the record, let me just

23   identify the exhibit as Exhibit 524, sorry.

24         A      The document does not say what tier two or

25   tier three companies specifically mean.

1      Q      Right, and I'm asking her if she knows.

2      A      You mean me?

3      Q      Yes.

4      A      I don't know what it specifically means as

5      the second tier or third tier.

6      Q      Does she have a general understanding of

7      what it means to be a tier two or a tier three

8      company?

9      A      I will speculate based on the face of the

10     document, but that's a mere speculation.

11     Q      Okay.  That's okay.  You don't have to do

12     that.

13            Let me ask you:  Who is Shuai Li, who

14     sent the e-mail, do you know?

15     A      She is an employee at general manager's

16     office.

17     Q      General manager.  And was that a part of the

18     group, CNBM Group?

19     A      An employee at the general manager's office

20     of CNBM Import and Export Company.

21            (CBMIE Exhibit 532 marked.)

22            MR. SEEGER:  Okay.  You know what, you

23         can keep the document.  I'm not going to ask you

24         any questions about that.  Skip that one.  Let's

25         do 646.

 1                    (CBMIE Exhibit 646 marked.)

 2                    MR. SEEGER:  Chris, the only page I'm

 3          going to ask questions about is 8712.

 4                    MR. VEJNOSKA:  The witness would like to

 5          know if we can take a quick break.

 6                    MR. SEEGER:  Absolutely.

 7                    THE VIDEOGRAPHER:  The time now is

 8          1:41 p.m.  We're off the record.

 9                    (Recess taken, 1:41 p.m. to 1:54 p.m.)

10                    THE VIDEOGRAPHER:  This begins Disc 5 of

11          today's deposition.  The time now is 1:54 p.m.

12          We're back on the record.

13   BY MR. SEEGER:

14       Q    Okay.  So, Ms. Wang, I'm going to ask you

15   questions about the page that's numbered -- the last

16   four numbers are 87 -- what did I say it was?

17                    MR. VEJNOSKA:  12.

18   BY MR. SEEGER:

19       Q    8712.  So if you'd take a moment to read

20   that.

21                    (Document review.)

22   BY MR. SEEGER:

23       Q    Good?

24       A    You may ask questions.

25       Q    Okay.  Thank you.

1                    First, for the record, we're looking

2    at document Exhibit 646.

3                    Can you identify -- you can look at

4    the first page, if you want, but can you identify this

5    document?

6        A     Which page?

7        Q     If you go to the cover page.  This is in

8    English, but if she can -- can she identify for the

9    record what this document is?  I don't know where the

10   Chinese version starts.  There you go, yeah.

11       A     It says here "China National Building

12   Material Group Corporation Work Updates."

13       Q     Okay.  And this is published by the Office

14   of the Group Corporation, correct?

15       A     This says here "Edited and printed by the

16   Group Company's Office."

17       Q     Okay.  And so my question for you -- my

18   first question is, this document was produced as part

19   of Import and Export's materials.  Is it something

20   you're familiar with prior to today?  Have you seen

21   this before today?

22       A     I am not familiar with this document.

23       Q     Would you have any idea, sitting here today,

24   as to why this would be in the files at Import and

25   Export?

1                    MR. VEJNOSKA:   Objection, calls for

2         speculation.

3         A     I don't know why it is in the files of the

4    Import and Export Company.

5    BY MR. SEEGER:

6         Q     Okay.  And then if you go to page 8712, at

7    the top of the page, there's a narrative I'll read.

8    It says, "On March 29th, the Group Corporation held a

9    work meeting for internal audit.  The meeting

10   learned the guiding principles of the work meeting of

11   SASAC for internal audit of central enterprises."

12                    Do you see where I am?

13        A     I see the expression is in the document.

14        Q     Were these meetings -- were these types of

15   meetings where companies got together -- you know,

16   were these types of meetings called by CNBM Group

17   common?

18        A     Can you ask specific question?

19        Q     I thought I did.  Let me strike it.

20                    If you look at the end of that

21   paragraph, it says, "China Building Materials Academy,

22   Beijing New Building Material Group Company, Ltd.,

23   China United Cement Corporation and Taishan Gypsum

24   made speeches on experience exchange."

25                    Just ask her if she sees where I am

1   here.

2      A      I see that.

3      Q      Is it common for the group to host meetings

4   of subsidiaries and -- you know, CNBM subsidiaries and

5   companies for the purpose of exchanging ideas like

6   this?

7      A      I'm not sure whether it is common or not.

8      Q      What about conducting internal audits of

9   CNBM affiliated companies, was that usually done

10  through the group?

11              MR. VEJNOSKA:  Objection, vague and

12        ambiguous, overbroad.

13              THE WITNESS:  Can you ask a more

14        specific and clearer question?

15  BY MR. SEEGER:

16     Q      Okay.  So as you see on this page, there are

17  a number of companies that showed up at a meeting that

18  was hosted by the group to exchange ideas, discuss

19  internal audits, and there are some other things

20  mentioned in that paragraph.

21              I'm asking you if you have any

22  knowledge, one way or another, if that was a common

23  event?  Did that happen once a year, more than once a

24  year?

25     A      I don't know the situation of CNBM Group's

1    meeting in this circumstance.

2              (CBMIE Exhibit 287 marked.)

3    BY MR. SEEGER:

4        Q    Okay.  So for the record, we're about to

5    discuss Exhibit 287, which looks like a defendant fact

6    sheet that was prepared by CNBM Import and Export,

7    right?

8              Do me a favor and take a look at this,

9    but also I want to bring your attention to the fact

10   that I believe you signed it, so just confirm that

11   when you have a chance.

12             (Document review.)

13   BY MR. SEEGER:

14       Q    Ms. Wang, just to save you the trouble of

15   reading the entire thing, would it be okay if I asked

16   a question, and then maybe you'll know where to focus

17   your reading?  And if you feel the need to read more,

18   just tell me, and we'll take a break and let you keep

19   reading.  I just want to ask -- you might not need to

20   read the whole thing.

21       A    All right.

22       Q    Okay.  First question is:  I just wanted you

23   to acknowledge that you signed this.

24       A    It has my signature in the back.

25       Q    Okay.  And at the time you signed it, you

1    would have read it before you signed it, correct?

2              THE WITNESS:  I didn't hear it clearly.

3              (Translation.)

4    A    Yes.

5    BY MR. SEEGER:

6    Q    Okay.  My question is on page 2, and it

7    says -- it's under the heading where it says "Contact

8    Information of Defendant Manufacturer Completing This

9    Profile Form," under B, it has an address.  Are you

10   there?

11   A    I see that.

12   Q    Okay.  Is that the current address for

13   CNBM Import and Export?

14   A    Yes.

15   Q    Okay.  And then on the next page under

16   the -- it goes onto page 3, but it's under the section

17   "Affiliate and Subsidiary Information," under B.

18             Are you there?  Tell me when you're

19   there.

20   A    I'm here.

21   Q    Okay.  There you show the same address as

22   you do for Import and Export for Forest Products --

23   wait.  I'm sorry.  I'm sorry.  Let me strike that

24   question.

25             You show the same address for

1   CNBM International as you do for Import and Export,

2   correct?

3       A    Yes.

4       Q    Okay.  That's all I have on that.

5            Let me just ask you some -- I'm done

6   with that.  Tell me if you know the answer to any of

7   these questions.

8            Who -- which CNBM entity makes and --

9   manufactures and sells cement?

10      A    Some entities which shares were held by

11  CNBM Company, Limited manufacture and sell cement, but

12  I do not know the specifics.

13      Q    And does CNBM Import and Export sell cement?

14      A    At present?

15      Q    Yes.

16      A    Not as far as I know.

17      Q    Did they at one point and then stop doing

18  it?

19      A    I'm not sure whether Import and Export

20  Company had ever sold --

21      Q    Okay.

22      A    -- it.

23      Q    How about glass fiber, does CNBM Import and

24  Export sell glass fiber?

25      A    Yes.

1       Q      Does CNBM Import and Export manufacture

2  glass fiber?

3       A      No.

4       Q      Who manufactures it?

5       A      You have just asked a very general question.

6  Were you asking who manufactured in China?

7       Q      Oh, no, I'm sorry, that's a very good

8  correction.

9                  Which CNBM entity manufactures glass

10  fiber?

11      A      I know a company by the name of Jushi, which

12  interest was held by CNBM Group, that manufactures

13  fiberglass.

14      Q      Okay.

15      A      But I do not know the specifics.

16              THE INTERPRETER:  Glass fiber,

17        correction of the interpreter.

18              MR. VEJNOSKA:  Would you mark the

19        answer, please.

20              MR. SEEGER:  What's wrong with it?

21              MR. VEJNOSKA:  She said "Company," "CNBM

22        Company," not "CNBM Group."

23              MR. SEEGER:  We're marking -- we're not

24        marking, we're showing the witness Exhibit 520.

25        The problem is it's all in English I think,

```
 1        right?

 2             MR. GEORGE:  Yeah.

 3   BY MR. SEEGER:

 4     Q    Ask her if she's able to follow this in

 5   English.  If not, we don't have to do much on it.

 6     A    I would like to have the Chinese document.

 7     Q    I don't have it.  That's all right.  She can

 8   put it aside.

 9             Ms. Wang, are you familiar with

10   OkOrder?

11     A    I know OkOrder.

12     Q    Okay.  And so tell me what you understand

13   OkOrder to be.

14     A    It is an Internet platform of

15   CNBM International.

16     Q    CNBM International or CNBM Import and

17   Export?

18     A    CNBM International.

19     Q    Okay.  And what products -- is it a platform

20   for selling products?

21     A    As far as I know, it exhibits its products

22   on that platform.

23             MR. SEEGER:  I'm sorry, Sunny, I didn't

24       understand.  What was that?

25             THE INTERPRETER:  Does counsel need the
```

```
 1          interpreter to repeat?  "As far as I know, it

 2          exhibits its products on that platform."

 3   BY MR. SEEGER:

 4      Q    It exhibits its products for the purpose of

 5   selling them, correct?

 6               MR. VEJNOSKA:  Objection, beyond the

 7          scope.

 8               You may answer.

 9               THE WITNESS:  Please repeat what my

10          attorney just said.

11               (Translation.)

12      A    I'm not sure.

13   BY MR. SEEGER:

14      Q    Okay.  While he's getting that document,

15   Ms. Wang, so the purpose of the platform is for -- is

16   to sell product; is that fair?

17      A    Are you referring to OkOrder's platform?

18      Q    Yes.  Yes.

19               (Telephone interruption.)

20               (Comments off the stenographic record.)

21      A    I'm aware of such a platform, and on the

22   platform, it has the introduction of its products.

23   BY MR. SEEGER:

24      Q    Okay.  And it's for -- so if somebody wanted

25   to buy the product, they could go on to the platform
```

1    and order product that's offered on OkOrder; is that

2    fair?

3        A    I'm not sure about their specific

4    information.

5        Q    Well, what's the purpose of the --

6              MR. SEEGER:  You can give Chris those.

7    BY MR. SEEGER:

8        Q    What's the purpose of the platform?  When

9    you said -- what do you mean by -- when you say

10   "exhibit product," let me ask you that, what do you

11   mean by that?

12              MR. VEJNOSKA:  Objection, beyond the

13        scope.

14       A    I only know that it has the product's

15   information on it.

16   BY MR. SEEGER:

17       Q    Okay.  Do you know if people can go on there

18   and buy or sell, or is it just a place where you'd go

19   to get information about products?

20       A    I have not gotten on it; therefore, I'm not

21   sure.  I'm not sure whether --

22              THE INTERPRETER:  The interpreter needs

23        to clarify with the witness.

24       A    I'm not sure whether there is purchasing and

25   selling or there are only information of the products

1    on it.

2    BY MR. SEEGER:

3        Q      Would you know if there's information

4    regarding Taishan Gypsum on OkOrder?

5                    MR. VEJNOSKA:  Objection, beyond the

6            scope.

7        A      I do not know.

8                    (CBMIE Exhibit 517 marked.)

9                    (CBMIE Exhibit 517A marked.)

10   BY MR. SEEGER:

11       Q      Okay.  Just a couple more questions on this.

12   Earlier you said that OkOrder, you said was a platform

13   of CNBM International, so Ms. Wang, could you look at

14   the document we handed you and just tell me if you

15   still think that's correct?

16                   MR. GEORGE:  And for the record's sake,

17           it's marked 417 [sic], which is the English

18           version of the site and 417A [sic], which is

19           from the Chinese version of the website.

20                   MR. SEEGER:  Yeah, you have both.

21   BY MR. SEEGER:

22       Q      I'll just point to --

23                   MR. GEORGE:  I apologize, 517.

24                   MR. SEEGER:  517 and 517A.

25                   (Conference out of the hearing of the

```
 1                    reporter between Mr. Seeger and

 2                    Mr. Vejnoska.)

 3               (Interruption by the reporter.)

 4               MR. VEJNOSKA:  Mike, I'm happy to say, I

 5          was -- Mr. Seeger asked me a question and I was

 6          saying that it may be a translation issue as to

 7          whether it says CNBM I&E in the Chinese version

 8          as developing.

 9               MR. SEEGER:  Can somebody tell me that

10          before I ask the question?  Yeah, you guys let

11          me know.

12               MR. VEJNOSKA:  I suspect you probably

13          want to ask your own people.

14               MR. SEEGER:  It's not that important,

15          but might as well get it right.

16               MR. VEJNOSKA:  I only -- and for the

17          sake of the record, first, I didn't want to

18          interject, I wanted to answer your question.

19               MR. SEEGER:  That's fine.

20               MR. VEJNOSKA:  But second, since

21          Ms. Wang is reading the Chinese version, I

22          wanted to be sure that the record ends up being

23          clear based on that.

24               MR. SEEGER:  Yeah, that makes sense.

25          That makes sense.
```

1                    (Conference out of the hearing of the

2                    reporter between Mr. Seeger and

3                    Mr. George.)

4             MR. SEEGER:  Okay, I'm going to ask the

5        question, you guys all follow along.

6    BY MR. SEEGER:

7        Q    All right.  Ms. Wang, you have this in front

8    of you?  You had testified earlier that it was --

9    OkOrder was a platform of CNBM International, but on

10   the website, if you read at the top, it says "China

11   National Building Materials Equipment Import and

12   Export Corporation is a large comprehensive service

13   platform of CNBM Group."

14       A    I'd like you to clarify, what were you

15   referring to when you said "China National Building

16   Material Equipment Company."

17       Q    At the very -- at the top of the

18   narrative -- I hope it's -- I don't read Chinese, but

19   I think it's right along in here (indicating).  Right.

20                  I mean, I guess my question is

21   simple --

22             MR. SEEGER:  Oh, go ahead, Sunny.

23             THE INTERPRETER:  The interpreter needs

24        to clarify with the witness.

25             (Translation.)

1      A      It says "China National Material Import and

2   Export Company."  This is our company.

3   BY MR. SEEGER:

4      Q      That's your company.  Okay.

5                     And that's different from

6   CNBM International, though, correct?

7      A      It is different.

8      Q      Okay.  So which entity has the OkOrder

9   platform, is it CNBM Import and Export, or is it

10  CNBM International?

11     A      CNBM Import and Export Company owns

12  OkOrder's platform.

13     Q      Okay.  And is this -- so is OkOrder, you

14  know, the kind of website where you can access it from

15  anywhere?  Can I access it from the U.S.?

16     A      I have not been on the website, so I'm not

17  sure.

18                   MR. SEEGER:  Okay.  I've got one more

19          document.  The pain is coming to an end.

20                   (Conference out of the hearing of the

21                   reporter between Mr. Seeger and

22                   Mr. Vejnoska.)

23                   (CBMIE Exhibit 626 marked.)

24  BY MR. SEEGER:

25     Q      For the record, we're handing out

1    Exhibit 626.  I really only have a question about the

2    cover page.  Maybe she can -- Ms. Wang can sort out

3    something.

4              Ms. Wang, just let me ask you this:

5    This document from 2014, which we've marked

6    as Exhibit 626, references two companies at the top,

7    CNBM Import and Export Company and CNBM International

8    Corporation.  Are those one and the same company or

9    two separate companies?

10       A    They're separate companies.

11       Q    Okay.  Do you work for both companies?

12       A    At present?

13       Q    At any time.  Let's start with at any time.

14       A    In the beginning, I worked for the

15   International Company, and afterwards, I worked for

16   CNBM Group Import and Export Company.

17       Q    Did she ever work for both at the same

18   time -- did you ever work for both at the same time?

19   Sorry.

20       A    No.

21       Q    And this is -- on the cover it says it's

22   "2014 Annual Work Report."  Do you know who this

23   report went to or who it was for?

24              (Document review.)

25       A    I'm not sure who it was written for.

1    BY MR. SEEGER:

2         Q     Okay.

3         A     But there is one in here -- I don't know who

4    it was written for.

5         Q     Do you know why both companies are on here

6    as opposed to just one company?

7         A     The document doesn't say why both companies'

8    names are there.

9         Q     I was asking her if she knew why it would

10   be.

11        A     As far as I can speculate, this annual

12   report reflects the situation of CNBM International

13   Company, which interest is held by CNBM Import and

14   Export Company.

15              MR. SEEGER:  Let's take a break, and I

16         think I'm done.  Can you hang back for a minute

17         or two and we'll look at this stuff?

18              MR. VEJNOSKA:  Sure.

19              THE VIDEOGRAPHER:  The time now is

20         2:33 p.m.  We're off the record.

21              (Recess taken, 2:33 p.m. to 2:36 p.m.)

22              (The following proceedings were

23              conducted off the videotaped record.)

24              (CBMIE Exhibit 632 marked.)

25              MR. GEORGE:  So Exhibit 632, which is an

```
1          in globo of sales contracts we identified that

2          will be implicated by the contempt period, we're

3          putting into the record, and our understanding

4          is that counsel will be reviewing that and the

5          other possible business records for authenticity

6          and for admission as a business record, correct?

7                    MR. VEJNOSKA:  Correct.

8                    MR. SEEGER:  Okay.  That's it.

9                    (Proceedings recessed at 2:37 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    REPORTER'S CERTIFICATE

 2

 3          This transcript is valid only for a transcript

 4     accompanied by my original signature and original

 5     required seal on this page.

 6          I, Michael E. Miller, Certified Court Reporter

 7     (LA Certificate #27009) in and for the State of

 8     Louisiana, as the officer before whom this testimony

 9     was taken, do hereby certify that LIHE WANG, after

10     having been duly sworn by me upon authority of

11     R.S. 37:2554, did testify as herein before set forth

12     in the foregoing 119 pages; that this testimony was

13     reported by me in the stenotype reporting method, was

14     prepared and transcribed by me or under my personal

15     direction and supervision, and is a true and correct

16     transcript to the best of my ability and

17     understanding; that the transcript has been prepared

18     in compliance with transcript format guidelines

19     required by statute or by rules of the board, and that

20     I am informed about the complete arrangement,

21     financial or otherwise, with the person or entity

22     making arrangements for deposition services; that I

23     have acted in compliance with the prohibition on

24     contractual relationships, as defined by Louisiana

25     Code of Civil Procedure Article 1434
```

1    and in rules and advisory opinions of the board;

2    that I have no actual knowledge of any prohibited

3    employment or contractual relationship, direct or

4    indirect, between a court reporting firm and any party

5    litigant in this matter nor is there any such

6    relationship between myself and a party litigant in

7    this matter.  I am not related to counsel or to the

8    parties herein, nor am I otherwise interested in the

9    outcome of this matter.

10

11           Signed this ___ day of _____, 2015.

12

13

14           _____

15           MICHAEL E. MILLER, FAPR, RDR, CRR

16           Certified Court Reporter

17           LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25

```
 1               ACKNOWLEDGMENT OF DEPONENT

 2

 3         I,_____, do hereby

 4    certify that I have read the foregoing pages and

 5    that the same is a correct transcription of the

 6    answers given by me to the questions therein

 7    propounded, except for the corrections or changes in

 8    form or substance, if any, noted in the attached

 9    Errata Sheet.

10

11         _____

12         LIHE WANG                 DATE

13

14    Subscribed and sworn to before me this

15    _____ day of _____, 20 _____.

16    My commission expires: _____

17

18    Notary Public

19

20

21

22

23

24

25
```

1                __ __ __ __ __ __

2                    ERRATA

                  __ __ __ __ __ __

3

4 PAGE    LINE     CHANGE

5 _____    _____    _____

6 _____    _____    _____

7 _____    _____    _____

8 _____    _____    _____

9 _____    _____    _____

10 _____    _____    _____

11 _____    _____    _____

12 _____    _____    _____

13 _____    _____    _____

14 _____    _____    _____

15 _____    _____    _____

16 _____    _____    _____

17 _____    _____    _____

18 _____    _____    _____

19 _____    _____    _____

20 _____    _____    _____

21 _____    _____    _____

22 _____    _____    _____

23 _____    _____    _____

24 _____    _____    _____

25 _____    _____    _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 |
| | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

PEOPLE'S REPUBLIC OF CHINA

CITY OF _____ Beijing _____

DECLARATION OF 杨颖（Ying YANG）

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, 杨颖（Ying YANG）, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1.  I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2.  I am director of translation division with Beijing Golden Olive Translation Center, and work in the office in Beijing, China.

3.  I am fluent in the languages of Chinese and English.

4.  I hereby certify that I prepared the English translation of the "ERRATA TO THE DEPOSITION OF CNBM INPORT & EXPORT WANG LIHE" ("ERRATA") in Chinese which was signed by Ms. WANG Lihe, and when I translated the page/line numbers in the ERRATA, I reviewed the Transcript in English (see Attachment A) and the Chinese translation of the Transcript (see Attachment B) and confirmed that the contents in the Chinese translation of the Transcript as referred to by the page/line numbers indicated in the ERRATA in Chinese are corresponding to the contents in the Transcript in English as referred to by the page/line numbers indicated in the English translation of the ERRATA. I further certify that these copies of the ERRATA are true and accurate translations of one another.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 11, 2015



_____
Signature

_____
杨颖
Printed Name

路易斯安那州东区美国联邦地方法院

多地合并诉讼案件号：2:09-md-2047
关于中国制造的石膏墙产品责任诉讼

中建材集团进出口公司王立鹤 **2015 年 11 月 4 日**的庭外采证勘误表

| 页/行 | 记录 | 更正 | 原因 |
|---|---|---|---|
| 26:4 | "另外，担任中建材国贸的监事。" | "我也是中建材国贸的监事。" | 翻译错误 |
| 30:11 | "我也是进出口公司的一名雇员监事。" | "我也是进出口公司的一名职工监事。" | 翻译错误 |
| 34:2 | "我不负责。" | "我并不管理那个。" | 翻译错误 |
| 35:14 | "据我所知，它们自己作出交易决定，且它们不需要向进出口公司报告。" | "对于他们的具体交易，他们自己做决定。据我所知，不需要向中建材集团进出口报告。" | 翻译错误 |
| 42:8 | "销售部" | "业务部门" | 翻译错误 |
| 45:21-22 | 答：因为我们在俄勒冈州法院的担保金被冻结了，在写电子邮件的前一天，我与我们在俄勒冈的律师会面了。 | 答：因为我们在俄勒冈州法院的保证金被冻结了，在写电子邮件的前一天，我见了我们的奥睿律师。 | 翻译错误 |
| 46:2 | "我们知道我们的资产处于一定程度的风险之下。" | "我知道我们的资产处于一定程度的风险之下。" | 翻译错误 |
| 46:5 | "担保金" | "保证金" | 可供选择的翻译 |
| 49:2 | "中建材建浦" | "上海建浦" | 证人更正 |
| 52:10-11 | "作为进出口公司，作为这些公司的股东，因为俄勒冈的案件，我们希望知道它们在美国开展了多少业务，以及它们在美国存在多少风险。" | "作为进出口公司，因为俄勒冈州的案件，我们希望了解在我们持股的各公司中，有多少业务处于这种风险之下。" | 翻译错误 |
| 54:7 | "张亚莉" | "张耀丽" | 文字记录错误 |

| 页/行 | 记录 | 更正 | 原因 |
|---|---|---|---|
| 64:1-2 | "我要求他们——我要求他们向我提供在美国的业务情况，但是我没有给他们具体的报告格式要求。" | "我请——我希望他们能向我提供某些关于他们在美国业务状态的信息。我没有要求具体格式。" | 翻译错误 |
| 64:6 | "要求" | "请" | 翻译错误 |
| 74:10-11 | "当两个公司从事业务或进行合作，例如，如果进出口公司准备从美国购买什么东西，将会由进出口公司出具信用——信用证。" | "当两个公司开始合作从事业务，进出口公司，例如从美国购买什么东西，进出口公司将是向美国客户出具信用证的公司。" | 翻译错误 |
| 76:15 | "所有子公司" | "各子公司" | 翻译错误 |
| 82:9 | "7年前" | "新年之前" | 翻译错误 |
| 95:5-6 | "它写道，进出口公司银行的上海分行同意借给中建材能源有限公司一亿美元的贷款。" | "它写道，进出口银行的上海分行同意给中建材能源有限公司一亿美元的贷款。" | 翻译错误与证人更正 |
| 99：4 | 答：它说"中国建筑材料集团有限公司工作更新"。 | 答：它说"中国建筑材料集团有限公司工作动态"。 | 翻译错误 |
| 105:7 | "中国建材集团" | "中国建材股份" | 证人更正 |
| 112:8 | "中建材集团进出口拥有 OkOrder 平台。" | "中建材国贸拥有 OkOrder 的平台。" | 证人更正 |

庭外采证证人的确认书

　　本人，王立鹤，在此证明我已阅读前述各页的内容，且前述的内容为我对其中提出的问题所做出的回答的正确记录，但对形式或实质内容的更正或改变除外。如果有对形式或实质内容的更正或改变的话，那么在所附勘误表上予以指出。

2015. 12. 10

王立鹤　　　　　　　　　　　日期

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 2:09-md-2047
IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

**ERRATA TO THE DEPOSITION OF CNBM IMPORT & EXPORT WANG LIHE
TAKEN NOVEMBER 4, 2015**

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 26:6 | "Also, as supervisor of CNBM International." | "I am also a supervisor of CNBM International." | Interpretation error |
| 30: 19-20 | "I'm also an employee supervisor in the Import and Export Company." | "I'm also a staff supervisor in the Import and Export Company." | Interpretation error |
| 34:3 | "I'm not in charge." | "I don't manage that." | Interpretation error |
| 35:19-21 | "As far as I know, they make their own transaction decisions, and it is not necessary for them to report to Import and Export Company." | "For their specific transactions, they make their own decisions.  As far as I know, there is no need to report to CNBM Import and Export Company." | Interpretation error |
| 42:12 | "sales department" | "business department" | Interpretation error |
| 45: 25-46:1-2 | A: Because our guaranty money in the Court of Oregon had been frozen, the day before the e-mail was written, I met with our Oregon attorney. | A: Because our security deposit in the Court of Oregon had been frozen, the day before the e-mail was written, I met with our Orrick attorney. | Interpretation error |
| 46:5-6 | "We knew our assets were under a certain degree of risk." | "I knew our assets were under a certain degree of risk." | Interpretation error |
| 46:9 | "guaranty money" | "security deposit" | Alternative interpretation |
| 49:3 | "CNBM Jianpu" | "Shanghai Jianpu" | Witness correction |

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 52:18-22 | "As the Import and Export Company, as a shareholder of those companies, we wanted to know how much businesses they have in the United States because of the Oregon case, and how much risks they have in the United States." | "As the Import and Export Company, because of the Oregon case, we wanted to understand that among the companies that we held shares in, how many businesses were under this kind of risk." | Interpretation error |
| 54:13 | "Zhang Yali" | "Zhang Yaoli" | Transcription error |
| 64:3-6 | "I required them -- I required them to provide me with the business status in the United States, but I did not give them specific requirements on the format of the report." | "I requested -- I hoped they could provide me some information of their business status in the US.  I did not request specific formats." | Interpretation error |
| 64:13 | "required" | "requested" | Interpretation error |
| 74:15-19 | "When the two companies do business or partnerships, for example, if Import and Export Company are to purchase something from the United States, it would be the Import and Export Company that would issue the credit -- letter of credit." | "When two companies start doing business as partners, Import and Export Company, for example, purchases something from the U.S., it would be the Import and Export Company which issues the letter of credit to the US client." | Interpretation error |
| 76:21 | "all subsidiaries" | "each subsidiary" | Interpretation error |
| 82:16 | "Seven years ago." | "Before the new year." | Interpretation error |
| 95:9-11 | "It says the Shanghai branch of the import and export company's bank agrees to lend $100 million US dollar loan to CNBM Energy Company, Limited." | "It says the Shanghai branch of the Export and Import Bank agrees to give CNBM Energy Company a $100 million US dollar loan." | Interpretation error and witness correction |

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 99:11-12 | A: It says here "China National Building Material Group Corporation Work Updates." | A: It says here "China National Building Material Group Corporation Work Dynamics." | Interpretation error |
| 105:12 | "CNBM Group" | "CNBM Company" | Witness correction |
| 112:11-12 | "CNBM Import and Export Company owns OkOrder's platform." | "CNBM International owns OkOrder's platform." | Witness correction |

**Acknowledgement of Deponent**

      I, Lihe Wang, do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____

Lihe WANG                  Date



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

*tel* +1-415-773-5700
*fax* +1-415-773-5759

WWW.ORRICK.COM

November 13, 2015

Jason M. Wu
(415) 773-5986
jmwu@orrick.com

*VIA E-MAIL*

Kristie Martello
Supervisor of Case management
Golkow Technologies Inc.
production @golkow.com

Re:     30(b)(6) Deposition of China National Building Material & Equipment Import & Export
        Corporation (November 4, 2015) - Confidentiality Designations

Dear Ms. Martello:

As counsel for China National Building Material & Equipment Import & Export ("CBMIE"), I
write to you regarding the 30(b)(6) deposition of CBMIE held on November 4, 2015.

The following excerpts of the 30(b)(6) deposition transcript of CBMIE should be designated as
Confidential:

- 36:13-60:8

- 60:10-66:5

- 66:9-70:2

- 70:20-72:15

- 72:19-80:18

- 81:2-85:6

- 89:13-91:16

- 92:1-96:10

- 96:13-97:20

- 98:2-102:1



ORRICK

Kristie Martello
November 13, 2015
Page 2

- 112:25-114:14

The following exhibits to the deposition transcript should also be designated as Confidential:

- Exhibits 524, 525, 532, 536, 538, 626, 632, 634, 636, 646

The following exhibit has been clawed back by counsel for CBMIE and, therefore, should not be included as an exhibit to this deposition:

- Exhibits 549

Thank you for your attention to this matter and for your ongoing service on this case. Please let me know if you have any questions

Sincerely,

Jason M. Wu



ORRICK

Kristie Martello
November 13, 2015
Page 3

cc:     Alan Weinberger - aweinberger@hanrylaw.com
        Harry Rosenberg - harry.rosenberg@phelps.com
        C. Michael Moore - mike.moore@dentons.com
        Gene R. Besen - gene.besen@dentons.com
        Richard L. Fenton - richard.fenton@dentons.com
        Leah R. Bruno - leah.bruno@dentons.com
        Michael H. Barr - michael.barr@dentons.com
        Justin N. Kattan - justin.kattan@dentons.com
        Bernard Taylor - bernard.taylor@alston.com
        Christina H. Eikhoff - christy.eikhoff@alston.com
        David Venderbush - david.venderbush@alston.com
        Michael P. Kenny - mike.kenny@alston.com
        Russ M. Herman - rherman@hhkc.com
        Sandra L. Duggan - sduggan@lfsblaw.com
        Frederick S. Longer - flonger@lfsblaw.com
        Arnold Levin - alevin@lfsblaw.com
        Leonard A. Davis - ldavis@hhklawfirm.com