1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3    *****************************************************

4    IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

     DRYWALL PRODUCTS LIABILITY

5    LITIGATION                  SECTION:  L

6    THIS DOCUMENT APPLIES TO     JUDGE FALLON

     ALL CASES

7                               MAG. JUDGE WILKINSON

8    *****************************************************

9


10

11            Wednesday, October 28, 2015

12                  — — —

13

14         Videotaped Deposition of JIANJUN DENG, held

15   at Gordon Arata McCollam DuPlantis & Eagan LLC, 201

16   St. Charles Avenue, Suite 4000, New Orleans,

17   Louisiana, commencing at 9:06 a.m., on the above date,

18   before Micheal A. Johnson, Certified Court Reporter

19   (#29025), Registered Merit Reporter and Certified

20   Realtime Reporter.

21                                ┌─────────────────┐
                                  │   **CONTEMPT**   │
22                  — — —         │   **Exhibit 38**  │
                                  └─────────────────┘
23

24            GOLKOW TECHNOLOGIES, INC.

          877.370.3377 ph │ 917.591.5672 fax

25              deps@golkow.com

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR THE PLAINTIFF CLASS:
 3         GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
           BY:   GERALD E. MEUNIER, ESQUIRE
 4              gmeunier@gainsben.com
                RACHEL A. STERNLIEB, ESQUIRE
 5              rsternlieb@gainsben.com
           1100 Poydras Street, Suite 2800
 6         New Orleans, Louisiana 70163-2800
           (504) 522-2304
 7
 8    COUNSEL FOR TAISHAN GYPSUM COMPANY:
 9         ALSTON & BIRD LLP
           BY:   MACKENZIE (MACK) HELLER, ESQUIRE
10              mackenzie.heller@alston.com
                (Via Speakerphone)
11         1201 West Peachtree Street, Suite 4200
           Atlanta, Georgia 30309-3424
12         (404) 881-4828
13
      COUNSEL FOR BNBM DEFENDANTS:
14
           DENTONS US LLP
15         BY:   MATTHEW T. NICKEL, ESQUIRE
                matt.nickel@dentons.com
16         2000 McKinney Avenue, Suite 1900
           Dallas, Texas 75201-1858
17         (214) 259-0976
18
           PHELPS DUNBAR LLP
19         BY:   HARRY ROSENBERG, ESQUIRE
                harry.rosenberg@phelps.com
20         365 Canal Street, Suite 2000
           New Orleans, Louisiana 70130-6535
21         (504) 566-1311
22
23
24
25
```

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR CNBM DEFENDANTS:
 3         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  JAMES L. STENGEL, ESQUIRE
 4             jstengel@orrick.com
           51 West 52nd Street
 5         New York, New York 10019-6142
           (212) 506-3775
 6
           ORRICK HERRINGTON & SUTCLIFFE LLP
 7         BY:  XIANG WANG, ESQUIRE
               xiangwang@orrick.com
 8         5701 China World Tower
           No. 1 Jianguomenwai Avenue
 9         Beijing 100004
           People's Republic of China
10         +86 10 8595 5668
11         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  JASON CABOT, ESQUIRE
12             jcabot@orrick.com
           405 Howard Street
13         San Francisco, California 94105-2669
           (415) 773-5605
14
           ORRICK HERRINGTON & SUTCLIFFE LLP
15         BY:  J.R. RIDDELL, ESQUIRE
               jriddell@orrick.com
16         400 Capitol Mall, Suite 3000
           Sacramento, California 95814-4497
17         (916) 329-7928
18         GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLC
           BY:  Alex B. Rothenberg, Esquire
19             Arothenberg@gordonarata.com
           201 St. Charles Avenue, Suite 400
20         New Orleans, Louisiana 70170-4000
           (504) 679-9826
21
           ALSO PRESENT:
22
               TONI XU
23             EMILY ZHANG
               MARK ANCALADE, VIDEOGRAPHER
24             SUNNY WANG, MANDARIN INTERPRETER
                    — — —
25
```

```
 1                        INDEX

                    JIANJUN DENG

 2                  October 28, 2015

 3

 4       PROCEEDINGS                          9

 5

 6  EXAMINATION OF JIANJUN DENG:

 7          BY MR. MEUNIER             10

 8

 9       REPORTER'S CERTIFICATE            127

10

11

12       INFORMATION REQUESTED BY COUNSEL FOR CNBM

13              Page 113, Line 8

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      DEPOSITION EXHIBITS
                            JIANJUN DENG
 2                         October 28, 2015

 3

 4    NUMBER                 DESCRIPTION            MARKED

 5    Exhibit 413    Translation of                   88
                     CNBMGRP00388825-388826
 6                   (Exhibit Clawed Back)

 7    Exhibit 414    Defendant, CNBM Forest            55
                     Products (Canada) Ltd.'s
 8                   Corporate Disclosure
                     Statement Filed in U.S.
 9                   District Court for the
                     District of Oregon on May 5,
10                   2014 (Docket No.
                     3:14-cv-00746, Rec. Doc.
11                   No. 3)

12    Exhibit 420    April 8, 2015 CNBM Forest         63
                     Products (Canada) Ltd.'s
13                   Defendant Profile Form
                     (English)
14
      Exhibit 420-A  April 8, 2015 CNBM Forest         63
15                   Products (Canada) Ltd.'s
                     Defendant Profile Form
16                   (Chinese) with Translator's
                     Declaration
17
      Exhibit 421    CNBM Forest Products (Canada)     51
18                   Ltd.'s Certificate of
                     Incorporation, September 14,
19                   2011 (British Columbia)
                     Bates No. CNBMFP00005012
20
      Exhibit 426    June 10, 2010 Articles of         84
21                   Association of CNBM Forest
                     Products Ltd Bates Nos.
22                   CNBMFP00045790-45793

23    Exhibit 427    CNBM Forest Products Trading      74
                     Ltd Slideshow Presentation
24                   Bates Nos.
                     CNBMFP00148600-148622
25
```

```
 1                    DEPOSITION EXHIBITS
                        JIANJUN DENG
 2                     October 28, 2015
 3
 4     NUMBER                DESCRIPTION            MARKED
 5     Exhibit 454    CNBM Forest Products Ltd.,        55
                      2013 Auditor's Report
 6                    Bates Nos.
                      CNDMFP00045798-45839
 7
       Exhibit 458    02/04/2015 through02/06/2015     106
 8                    E-mail Chain "RE: Forest
                      Products Business in the
 9                    United States (urgent)"
                      Bates Nos.
10                    CBMIE00039570-39571
       Exhibit 461    Miscellaneous Invoices,          125
11                    Contracts and Related
                      Shipping Documents Reflecting
12                    CNBM Forest Products
                      (Canada), Ltd's Business
13                    Conducted with Murphy Astoria
                      USA Forest Products During
14                    the Contempt Period
15     Exhibit 463    Miscellaneous Invoices,           36
                      Contracts, and Related
16                    Shipping Documents for CNBM
                      Forest Products, Ltd.'s
17                    Business Conducted with
                      Southern Forest Products, LLC
18                    During the Contempt Period
19     Exhibit 465    01/28/2014 Letter, Liebo to      109
                      Kao RE: CNBM Forest Products
20                    (Canada), Ltd.'s Account with
                      Wells Fargo in CA
21                    Bates No. CNBMFP00005011
22
23
24
25
```

```
 1                  DEPOSITION EXHIBITS
                       JIANJUN DENG
 2                    October 28, 2015
 3
 4    NUMBER                DESCRIPTION              MARKED
 5    Exhibit 468    September 9, 2015 Amended and      15
                     Supplemental Notice of Oral
 6                   and Videotaped Deposition
                     Pursuant to The Court's
 7                   Directive During the March
                     17, 2015 Special Hearing and
 8                   Minute Entry and Orders
                     [REC>DOC.18493]
 9
      Exhibit 469    Miscellaneous Invoices,            33
10                   Contracts, and Related
                     Shipping Documents for CNBM
11                   Forest Products (Canada),
                     Ltd.'s Business Conducted
12                   with Millwood Timber, Inc.
                     During the Contempt Period
13
      Exhibit 502    07/30/2014 through 08/08/2014      44
14                   E-mail Chain
                     Bates Nos.
15                   CNBMFP00010768-10769
16    Exhibit 502-1  03/13/2014 through 03/20/2014      50
                     E-mail Chain
17                   Bates Nos.
                     CNBMFP00005072-5073
18
      Exhibit 507    Complaint, Action for Breach      122
19                   of Contract, Reformation,
                     Rescission, Declaratory
20                   Relief, Tortious
                     Interference, Business Libel
21                   and Misappropriation, Demand
                     for Jury Trial
22                   Bates Nos. CMIE00065639-65648
23
24
25
```

```
 1                    DEPOSITION EXHIBITS
                        JIANJUN DENG
 2                     October 28, 2015
 3
 4   NUMBER              DESCRIPTION              MARKED
 5   Exhibit 508   CNBM Import and Export Corp.     118
                   and CNBM Forest Products
 6                 (Canada), Ltd. v. Murphy
                   Overseas USA Astoria Forest
 7                 Products, LLC, et al.,
                   Complaint filed in Oregon
 8                 District Court on May 5, 2015
                   Bates Nos.
 9                 CBMIE00066338-66348
10   Exhibit 509   Miscellaneous Invoices,           35
                   Contracts, and Related
11                 Shipping Documents for CNBM
                   Forest Products (Canada),
12                 Ltd.'s Business Conducted
                   with Western Wood LLC During
13                 the Contempt Period
14   Exhibit 511   Partial Translation of           116
                   CNBMFP00001663: Excel
15                 Spreadsheet Produced in
                   Native Format "Forest Product
16                 Canada Ltd., Contracts Status
                   Check"
17                 Bates No. CNBMFP00001663
18   Exhibit 515   SPF Offers - December 8, 2014     40
                   Bates No. CNBMFP00084226
19
20
21
22
23
24
25
```

```
1                        PROCEEDINGS
2                   THE VIDEOGRAPHER:  We're now on the
3          record.  My name is Mark Ancalade, the
4          videographer with Golkow Technologies.  Today is
5          October the 28th, 2015, at the time indicated on
6          the video screen, which is 9:06.
7                   This deposition is being held at
8          201 St. Charles Avenue in New Orleans,
9          Louisiana, taken in the matter of
10         Chinese-Manufactured Drywall Products Liability
11         Litigation, MDL numbers MDL 2047, being heard
12         before the United States District Court, Eastern
13         District of Louisiana.
14                  Today's deponent is CNBM Forest Products
15         Canada, Ltd., through its corporate
16         representative Jianjun Deng.
17                  Counsel will be noted on the
18         stenographic record.
19                  Today's court reporter is Micheal
20         Johnson.  Would the court reporter please swear
21         in the interpreter and the witness, please.
22                  (Interpreter sworn.)
23                  (Oath administered to the witness.)
24
25
```

```
1                          JIANJUN DENG

2                 having been first duly sworn,

3                    testified as follows:

4                          EXAMINATION

5    BY MR. MEUNIER:

6         Q     Good morning, Mr. Deng.

7         A     Hello.

8         Q     My name is Jerry Meunier.  I represent the

9    plaintiffs' steering committee in this case.  What is

10   your full name and address?

11        A     Are you referring to my residence address?

12        Q     I would like your residence address and your

13   business address, please.

14        A     My name is Deng Jianjun.  My residence

15   address is No. 18, 165th Street, Mudan Road, Pudongxin

16   District, Shanghai.

17        Q     What is your office address?

18        A     Are you referring to the business address of

19   CNBM Forest Products Canada?

20        Q     I would like to know your office address,

21   where you work.  If you have more than one address, I

22   would like to know all of them.

23        A     My office address is 15th Floor, No. 321,

24   Sichuan Zhong Road, Huapu District, Shanghai.

25        Q     By whom are you employed?
```

1       A       I'm not sure about the legal meaning of the

2    word "employed."

3       Q       Who do you receive your work pay from?

4       A       I receive my salary from CNBM Trading

5    Company, Limited.

6       Q       For how long have you been receiving your

7    salary from that company?

8       A       Around four-and-a-half years.

9       Q       What is the nature of the business conducted

10   by CNBM Trading Company, Limited?

11      A       I'm not sure what kind of company is CNBM

12   Trading Company as you mentioned.

13      Q       You have no idea what kind of business they

14   do?

15      A       I know the business of CNBM Forest Products

16   Trading Company.

17              THE INTERPRETER:  May the interpreter

18       clarify with the witness?

19              The interpreter would like to correct

20       her prior interpretation.  In fact, the witness

21       said that he receives salary from CNBM Forest

22       Products Trading Company, Limited.

23   BY MR. MEUNIER:

24      Q       So both now and for the last four-and-a-half

25   years, you have been paid for your work by CNBM Forest

1   Product Trading Company, Limited, correct?

2       A     CNBM Forest Products Trading Company,

3   Limited, pays me salary, that's correct.

4       Q     What is the nature of the business conducted

5   by CNBM Forest Product Trading Company?

6       A     As far as I know, the primary business is

7   board and logs.

8               THE INTERPRETER:  Interpreter needs to

9         clarify with witness.

10              Upon clarifying with witness, the answer

11        should be "lumber and log."

12   BY MR. MEUNIER:

13      Q     Does the company purchase lumber and logs

14   from other countries?

15      A     Yes.

16      Q     Do those countries include the United States

17   of America?

18      A     Yes.

19      Q     What percent of the lumber and logs that

20   that company purchases come from the United States of

21   America?

22      A     I don't know.

23      Q     Is CNBM Forest Product Trading Company the

24   same company as CNBM Forest Products?

25      A     The Chinese name of CNBM Forest Products

1    Trading Company, Limited, is correct.

2         Q     Let me make sure we understand each other.

3    Is CNBM Forest Product Trading Company, Limited, the

4    same company as CNBM Forest Products, Limited?

5         A     Yes.

6         Q     Have you ever worked for CNBM Forest

7    Products Canada, Limited?

8         A     Yes.

9         Q     For what period of time did you work for

10   that company?

11        A     Approximately from May of 2014 until today.

12        Q     You told me earlier that today and for the

13   last four-and-a-half years you have received your work

14   pay from CNBM Forest Products -- or CNBM Forest

15   Products Trading, correct?

16        A     Correct.

17        Q     And yet even though that company pays you,

18   you say you work for CNBM Forest Products Canada?

19        A     I also work for CNBM Forest Products Canada

20   Company, that is correct.

21        Q     So do you work for both companies?

22        A     Correct.

23        Q     What is your job title today?

24        A     I'm in charge of the daily business of CNBM

25   Forest Products Canada Company, Limited.

1       Q       Is there anyone in that company who has a

2    higher rank than you do?

3       A       Yes.

4       Q       Who is that?

5               THE INTERPRETER:   Interpreter needs to

6          clarify with witness as for whether the word

7          "director" in his answer is in singular or

8          plural form.

9       A       Our directors.

10   BY MR. MEUNIER:

11      Q       So you answer to the directors of Forest

12   Products Canada?

13      A       Correct.

14      Q       And who are they?

15      A       Currently the directors of CNBM Forest

16   Products Canada Company are Zhu Dan, Wu Xiang and Zhu

17   Yinqun.

18      Q       As the person in charge of the daily

19   business for CNBM Forest Products Canada, what is your

20   job title?

21      A       I do not have a title at CNBM Forest

22   Products Canada Company, Limited.

23      Q       Do you have a title for any company?

24      A       Yes.

25      Q       What is that title and which company do you

1   refer to?

2       A     The deputy manager of the overseas business

3   department of CNBM Forest Products Trading Company,

4   Limited.

5       Q     Mr. Deng, let me show you a document which

6   I'm going to mark as Exhibit 468.  It is the notice of

7   today's deposition, and it's filed in the record as

8   document 19453.

9               (Deposition Exhibit 468 marked.)

10  BY MR. MEUNIER:

11      Q     Have you seen this document before,

12  Mr. Deng?

13              (Witness Reviews Document.)

14      A     Do you have a Chinese version for this

15  document, a translated version?

16  BY MR. MEUNIER:

17      Q     No.

18              (Witness Reviews Document.)

19  BY MR. MEUNIER:

20      Q     My question is, have you seen it before?

21      A     I don't recall.

22      Q     Do you understand that today you have been

23  designated by CNBM Forest Products Canada, Limited, to

24  testify on its behalf regarding the topics that are

25  listed in that deposition notice?

1     A     I understand.

2     Q     Have you reviewed the topics in the notice

3   of deposition that you are here to testify about?

4     A     I have reviewed.

5     Q     Are you prepared to testify on those topics

6   on behalf of CNBM Forest Products Canada, Limited?

7     A     I'm prepared.

8     Q     What did you do in order to prepare for

9   today's deposition?

10     A     I have checked some of our company's

11   documents and prior e-mails as well as interviewed

12   relevant personnel of CNBM Forest Products Canada,

13   Limited.

14     Q     Whom did you interview?

15     A     As far as I remember, I have interviewed Zhu

16   Dan, Wu Xiang, Zhu Yinqun, as well as the financial

17   department personnel of CNBM Forest Products Canada

18   Company, Limited.

19     Q     Tell me with respect to each of those named

20   individuals who they work for?

21     A     Zhu Dan works for CNBM Forest Products

22   Canada, Limited.  Wu Xiang is also from CNBM Forest

23   Products Canada, Limited.  Zhu Yinqun is also from

24   CNBM Forest Products Canada, Limited.

25     Q     And you say you also interviewed the

```
 1   financial official for Canada, Limited?

 2       A     I did interview the financial personnel in

 3   charge in CNBM Forest Products Canada, Limited.

 4       Q     Who is that person?

 5       A     Fei Yueying.

 6       Q     What did you learn in your interview of Zhu

 7   Dan?

 8       A     Relevant topics in this deposition notice.

 9       Q     What, more specifically, did you learn from

10   that interview with regard to those topics?

11       A     I do not have a clear recollection now.

12       Q     Did you keep notes from that interview?

13       A     I did not take notes.

14       Q     What did you learn from the interview of

15   Mr. Wu Xiang?

16       A     Primarily the general status of the lawsuit

17   in regard to CNBM Forest Products Canada, Limited.

18       Q     Mr. Xiang had information about the lawsuit

19   that you did not have?

20             THE INTERPRETER:  This is the

21       interpreter speaking.  Did counsel say Mr. Wong?

22             MR. MEUNIER:  Yiang, Y-i-a-n-g, Yiang.

23             THE INTERPRETER:  Y-i-a-n-g or

24       X-i-a-n-g?

25             MR. MEUNIER:  X-i.  Sorry.
```

1      A     I do not know.

2   BY MR. MEUNIER:

3      Q     And you don't know what you learned from him

4   about the lawsuit?

5      A     Can you ask the question again.

6      Q     When you interviewed Mr. Xiang and you

7   say -- in order to get ready for the deposition, and

8   you say you learned from him the status of the

9   lawsuit, did he have information about the lawsuit

10   that you did not have?

11     A     I don't think he has that.

12     Q     Did you take notes of that interview?

13     A     I did not take notes.

14     Q     What did you learn in your interview with

15   Mr. Zhu Yinqun?

16     A     I don't quite recall.

17     Q     And you didn't -- and you didn't take notes?

18     A     I did not take notes.

19     Q     What did you learn in your interview with

20   Mr. Yueying, Fei Yueying?

21     A     Primarily some of the datas of our CNBM

22   Forest Products Canada, Limited, in the area of

23   finance.

24     Q     Did you discuss with him the financial

25   aspects of work activity carried out between CNBM

1    Forest Products Canada and American customers?

2                    MR. STENGEL:  Objection to form.

3        A     May I hear the question again?

4    BY MR. MEUNIER:

5        Q     Let me ask a different question.  What --

6    you say you discussed financial data with that

7    gentleman.  Can you be more specific?  What financial

8    data did you discuss?

9        A     We only had a general discussion.  I do not

10   recall the specifics.

11       Q     In any of these interviews we've just talked

12   about, did you discuss the business activity of CNBM

13   Forest Products Canada between July 2014 and

14   March 2015 as it relates to American business or

15   American companies?

16                    MR. STENGEL:  Objection to form.

17       A     I don't quite understand.  What do you mean

18   when you said "American business"?

19   BY MR. MEUNIER:

20       Q     Business with customers in the United States

21   of America is what I mean.

22       A     We did discuss about it.

23       Q     More specifically, what was discussed and

24   with whom?

25       A     Like I said earlier regarding to the

1    financial aspect, I discussed with Fei Yueying who is

2    in charge of the finance of CNBM Forest Products

3    Canada, Limited.

4        Q    So in these interviews, including with that

5    gentleman you just named, you had discussion about the

6    business that was conducted between Forest Products

7    Canada and American customers between March -- I mean

8    between July of 2014 and March of 2015; is that

9    correct?

10            MR. STENGEL:  Objection to form, vague

11        and ambiguous.

12       A    Regarding with the American companies --

13   well, I'm sorry, I forgot your question.

14   BY MR. MEUNIER:

15       Q    When you testified a few minutes ago that in

16   these interviews to get ready for today's deposition

17   you had discussion about the business that was carried

18   out between Forest Products Canada and customers in

19   the United States, what specifically did you mean by

20   that?

21       A    Which is the contracts, the purchasing

22   contracts, entered between CNBM Canada Forest

23   Products, Limited, and its American customers in the

24   period of time you have just mentioned.

25       Q    Which contracts?

1      A      Primarily purchasing contracts of the Canada

2  company in this period of time.

3      Q      When you say "purchasing contracts," you

4  mean contracts to purchase log and lumber from

5  customers in the United States?

6                  MR. STENGEL:  Objection to form.

7      A      Yes.

8  BY MR. MEUNIER:

9      Q      So it's true, isn't it, Mr. Deng, that

10 between July of 2014 and March of 2015, CNBM Forest

11 Products Canada did business with customers in the

12 United States of America?

13                 MR. STENGEL:  Objection to form, vague

14        and ambiguous.

15     A      What do you mean by "did business"?

16 BY MR. MEUNIER:

17     Q      Carried out business activity under the

18 contracts that you just mentioned is what I mean.

19                 MR. STENGEL:  Objection, vague and

20        ambiguous, calls for a legal conclusion.

21     A      I forgot your prior question.  I'm sorry.

22 BY MR. MEUNIER:

23     Q      You've testified that CNBM Forest Products

24 Canada had purchasing contracts to purchase log and

25 lumber from customers in the United States, correct?

1              MR. STENGEL:  Objection, vague and

2        ambiguous.

3     A     What period of time are you referring to?

4 BY MR. MEUNIER:

5     Q     At any time in the past.

6     A     Correct, we did.

7     Q     Did Forest Products Canada have such

8 contracts in existence between July 2014 and

9 March 2015?

10             MR. STENGEL:  Objection, vague and

11        ambiguous, calls for a legal conclusion.

12     A     Yes.

13 BY MR. MEUNIER:

14     Q     What contracts in particular were in

15 existence between July 2014 and March 2015?

16             MR. STENGEL:  Objection, vague and

17        ambiguous, calls for a legal conclusion.

18     A     I generally remember that there are

19 contracts, but I do not know the specific contents of

20 those contracts.  I do not have an accurate

21 recollection right now.

22 BY MR. MEUNIER:

23     Q     Do you remember the names of the American

24 customers with whom those contracts existed?

25             MR. STENGEL:  Objection, vague and

1          ambiguous.

2     A     When you said "American customers," are you

3     referring to all the relevant parties in all of our

4     purchasing contracts?

5     BY MR. MEUNIER:

6     Q     Yes.

7     A     I remember a few.

8     Q     Tell me the ones you remember.

9     A     I remember one is Sun Forest Product, and

10    another company by the name of Western Wood, and

11    another company is Millwood, M-i-l-l-wood.  That's all

12    I can remember now.

13    Q     Are the contracts with those companies still

14    in existence today?

15            MR. STENGEL:  Objection to form, vague

16        and ambiguous.

17    A     What do you mean by "existence"?

18    BY MR. MEUNIER:

19    Q     Existence.  That's a philosophical question.

20            MR. STENGEL:  Counsel, I think he's

21        talking about are the contracts still in force

22        or are they physically still in existence?

23        That's the problem with the term "existence" in

24        this context.

25    BY MR. MEUNIER:

```
 1       Q     Let me ask it this way.  Is work activity

 2   taking place under any of those agreements today?

 3               MR. STENGEL:  Objection to form, vague

 4       and ambiguous.

 5       A     Not now.

 6   BY MR. MEUNIER:

 7       Q     When did the work activity stop under the

 8   agreement with Sun Forest Product?

 9               MR. STENGEL:  Objection to form.

10       A     2014 -- 2015, in March.

11   BY MR. MEUNIER:

12       Q     When did the work activity under the

13   agreement with Westerlund [sic] stop?

14               MR. STENGEL:  Objection to form.

15   BY MR. MEUNIER:

16       Q     Oh, I'm sorry, it was Western Wood.  I may

17   have misspoken.

18       A     What?  I remember it was around February of

19   2015.

20       Q     When did the work activity under the

21   contract with Millwood stop?

22               MR. STENGEL:  Objection, form.

23       A     I don't have a clear recollection on that.

24   BY MR. MEUNIER:

25       Q     Was it sometime in 2015?
```

1     A     It's possible in the end of 2014, but I do

2   not recall the specific date right now.

3     Q     Why did the work activity stop under the

4   agreement with Sun Forest Products?

5               MR. STENGEL:  Objection to form.

6     A     Because the product delivery under the

7   purchasing contract had completed.

8   BY MR. MEUNIER:

9     Q     Is that the same reason it stopped under the

10   other contracts we've mentioned, Western Wood and

11   Millwood?

12     A     Yes.

13     Q     Did CNBM Forest Products Canada make a

14   profit under its contract with Sun Forest Product?

15               MR. STENGEL:  Objection to form.

16     A     Usually we do not calculate profits to any

17   individual contract.

18   BY MR. MEUNIER:

19     Q     So if you made a -- if the company made a

20   profit under that agreement, where would the profit

21   amount be reflected?

22               MR. STENGEL:  Objection, form.

23     A     I do not know how to answer this question.

24   BY MR. MEUNIER:

25     Q     Who keeps records of profits and losses for

1    CNBM Forest Products Canada?

2        A    The person in charge of the financial

3    department of CNBM Forest Products Canada.

4        Q    Who is that?

5        A    Fei Yueying, the person I mentioned earlier.

6        Q    In preparing yourself to testify today on

7    behalf of CNBM Forest Products Canada, did you attempt

8    to find out what, if any, profit that company made in

9    dealings with US customers between July 2014 and

10   March 2015?

11              MR. STENGEL:  Objection to form.

12       A    Yes.

13   BY MR. MEUNIER:

14       Q    What did you do to find out about that?

15       A    I interviewed our financial manager.

16       Q    And what did you learn about that?

17              THE INTERPRETER:  The interpreter needs

18         to clarify the gender of the person the witness

19         had just mentioned in his answer to the

20         question.

21       A    She provided the 2014 Annual Report of CNBM

22   Forest Products Canada, Limited.

23   BY MR. MEUNIER:

24       Q    And what did the annual report show

25   regarding profit made by the company in dealing with

1    US customers between July 2014 and March 2015?

2              MR. STENGEL:  Objection, form.

3         A     In our annual report the countries are not

4    classified in categories.

5    BY MR. MEUNIER:

6         Q     Do you have a copy of the annual report?

7         A     I don't have it now.

8         Q     Did you bring it to the United States with

9    you?

10        A     I did not.

11        Q     Is it on a computer that you could gain

12   access to it today if we needed to see it?

13        A     It's in the computer of Fei Yueying.

14        Q     Have you produced that report to the

15   attorneys for CNBM Forest Products or Forest Products

16   Canada?

17        A     I'm not sure about this.

18              MR. MEUNIER:  I'm going to call for the

19         production of the annual report, and if it can't

20         be produced today during the questioning of the

21         witness, I'm going to ask that the deposition be

22         kept open so that I can question the 30(b)(6)

23         witness about that report.

24              MR. STENGEL:  Counsel, over the break

25         we'll figure out where we are on this issue and

1          get back to you.

2    BY MR. MEUNIER:

3        Q      Is there any other written document that you

4    know of besides the annual report which would tell us

5    what, if any, profit CNBM Forest Products Canada may

6    have made in dealing with US customers between

7    July 2014 and March of 2015?

8               MR. STENGEL:  Objection to form.

9        A      You mean written documents?

10   BY MR. MEUNIER:

11       Q      Yes.

12       A      As CNBM Forest Products Canada Company has

13   an accounting record software which reflects the

14   general status of the company in this period of time,

15   however, it does not specify in category of each

16   country.

17       Q      When you say "accounting software," are you

18   referring to QuickBooks?

19       A      Correct.

20       Q      Have you produced any QuickBooks printouts

21   to the attorneys for CNBM Forest Products or Forest

22   Products Canada?

23       A      Yes.

24               MR. MEUNIER:  I'm told we haven't

25          received any such printouts.  I would like to

 1          call for the production of whatever QuickBooks

 2          materials --

 3                  MR. STENGEL:  We'll discuss it over the

 4          break.

 5                  MR. MEUNIER:  Discuss that after we

 6          break?

 7                  MR. STENGEL:  Yeah.

 8     BY MR. MEUNIER:

 9          Q    Let me clarify one thing about the annual

10     report.  That 2014 annual report that you talked

11     about, is that a report of CNBM Forest Products

12     Canada?

13          A    Correct.

14          Q    You told me earlier that to get ready for

15     the deposition you reviewed some documents, correct?

16          A    Correct.

17          Q    I would like you to, once again, go through

18     the documents you reviewed and in each case tell us

19     what you learned from those documents.

20          A    Because I have reviewed a lot of documents,

21     do I need to elaborate on each of them?

22          Q    I would like you to be as specific as you

23     can.  By that I mean what did you review and what did

24     you learn from reviewing that document?

25          A    First of all, I reviewed contracts of CNBM

1    Forest Products Canada Company and the shipment

2    documents under those CNBM Forest Products Canada's

3    contracts.  And some company documents related to CNBM

4    Forest Products Canada.  And some prior e-mails of

5    CNBM Forest Products Canada.  And also some other

6    documents, but it is very hard to categorize those

7    documents.  That's all I can remember right now.

8        Q    What did you learn from reviewing the

9    contracts of Forest Products Canada?

10       A    The general business status of the Canada

11   company; for example, the contract amounts, the

12   contract's quantity, and the status of the customers.

13       Q    Have you produced those contracts to the

14   attorneys for CNBM Forest Products Canada?

15       A    Yes.

16       Q    Who were the contracts with?

17       A    The three companies I mentioned earlier.

18       Q    You mean the contracts you -- I'm sorry.

19       A    And also --

20       Q    Were you going to say something?

21       A    I'm done.

22       Q    So you reviewed three contracts.  They were

23   with Sun Forest Products, Western Wood and Millwood.

24       A    More than three contracts.

25       Q    So how many other contracts did you review?

1      A      Total about 16 or 17, but I do not remember

2   the specific number right now.

3      Q      Was work activity being carried out under

4   all of those contracts between July 2014 and March of

5   2015?

6              MR. STENGEL:  Objection to the form.

7      A      Yes.

8   BY MR. MEUNIER:

9      Q      And aside from looking at the annual report

10  and the QuickBooks accounting, are there any other

11  ways or documents to look at to see how much money was

12  made by Forest Products under those contracts?

13     A      I'm not sure about that.

14     Q      You say you looked at records of shipments

15  of logs and lumber from the US?

16     A      It's the shipping documents under each

17  contract.

18     Q      Did those documents show the delivery of

19  logs and lumber from the US to your company in China?

20             MR. STENGEL:  Objection to form.

21     A      Are you referring to whether the contracts

22  have -- well, I don't understand the question.  Can

23  you re-ask the question?

24  BY MR. MEUNIER:

25     Q      I was not referring to the contracts.  I'm

1    referring to the shipping documents that you say you

2    looked at.  Did those shipping documents reflect the

3    shipment of logs and lumber from the United States of

4    America to your company in China?

5              MR. STENGEL:  Objection, form.

6        A    Some of the documents reflect CNBM Forest

7    Products Canada Company.

8    BY MR. MEUNIER:

9        Q    Did any or all of those shipments of logs

10   and lumber occur between July 2014 and March 2015?

11       A    Some of them occurred in that time period.

12             MR. MEUNIER:  Let me, before I go on,

13        ask that we attach to the deposition as

14        Exhibit 468 the notice of today's deposition.

15   BY MR. MEUNIER:

16       Q    Mr. Deng, and while we're on the subject of

17   the shipping documents, let me show you some material

18   that has been produced to us by the attorneys for your

19   company.

20             MR. MEUNIER:  And I'll give the Bates

21        numbers.  I'm referring to -- all right.  I'm

22        told they're not in Bates numbered order.  Why

23        don't we do this, we only have a few minutes

24        left on the tape.

25   BY MR. MEUNIER:

```
1      Q     Mr. Deng, take a look at that material and

2   we're going to change tapes and then I'll ask you some

3   questions about it.

4               THE VIDEOGRAPHER:  This is the end of

5          tape 1.  We're now off the record at 10:24.

6               (Recess Taken From 10:24 a.m. To

7               10:45 a.m.)

8               THE VIDEOGRAPHER:  This is the beginning

9          of tape 2.  We're now back on the record.  The

10         time is 10:45.

11              MR. STENGEL:  Excuse me, Mr. Meunier.

12         Before we broke you had questions about two

13         specific documents, the annual report referenced

14         by the witness and the QuickBooks.  We have

15         confirmed that those have both been produced and

16         I had asked Mr. Cabot to give you the Bates

17         ranges for those documents.

18              MR. CABOT:  The 2014 annual report is

19         CNBMFP 1811 and the QuickBooks printout is

20         CNBMFP 198704.

21              MR. MEUNIER:  Thank you.

22              (Deposition Exhibit 469 marked.)

23   BY MR. MEUNIER:

24      Q     Mr. Deng, we have marked as FP Exhibit 469

25   documents which are invoices, contracts and related
```

1    shipping documents for CNBM Forest Products business

2    with Millwood Timber.  Have you had a chance to review

3    that material?

4        A    Yes.

5        Q    Do those documents appear to be true and

6    correct copies of the originals?

7             MR. STENGEL:  I'll just interpose an

8         observation more than an objection that this is

9         a composite document relevantly less voluminous

10        than the others, but the witness has had a few

11        minutes to review this, but it would be an

12        overall assessment, not a detailed review of

13        each page of the document.

14       A    These documents appear to be similar to what

15   I have received from Millwood.

16   BY MR. MEUNIER:

17       Q    So these were among the documents you said

18   you reviewed when you talked about getting ready for

19   the deposition and looking at shipping records and

20   documents, correct?

21       A    Correct.

22       Q    And these records are kept in the normal

23   course of the business activities carried out by CNBM

24   Forest Products Canada; is that correct?

25             MR. STENGEL:  Object as compound.

```
 1      A     Correct.

 2            MR. MEUNIER:  I'll then ask that the

 3       Millwood Timber, Inc., documents marked globally

 4       as Exhibit 469 be attached to the deposition.

 5  BY MR. MEUNIER:

 6      Q     Now, you indicated you also reviewed

 7  shipping documents relative to Western Wood, correct?

 8      A     Correct.

 9            (Deposition Exhibit 509 marked.)

10  BY MR. MEUNIER:

11      Q     So I'm showing you some documents which have

12  been marked globally as FP, Forest Products,

13  Exhibit 509.  And I would ask you to look through

14  those and confirm that those are the shipping

15  documents that are included in what you have reviewed.

16            MR. STENGEL:  Same objection as to

17       compound nature of the composite exhibit.

18            (Witness Reviews Document.)

19      A     We have received a lot of shipping documents

20  in dealing with Western Wood.  They appear to be

21  similar documents as I'm reading now.

22  BY MR. MEUNIER:

23      Q     And are those documents records that are

24  kept by CNBM Forest Products Canada in the course of

25  its regular business activity?
```

```
 1              MR. STENGEL:  Objection, form.

 2      A     Yes.

 3              MR. MEUNIER:  I'll then ask that this --

 4         these documents globally marked as FP

 5         Exhibit 509 be attached to the deposition.

 6              (Deposition Exhibit 463 marked.)

 7   BY MR. MEUNIER:

 8      Q     You also told us that you had reviewed

 9   documents related to the business done between Forest

10   Products and Southern Forest Products.  Let me show

11   you this material, then, which has been marked

12   globally as Forest Products Exhibit 463.

13              (Witness Reviews Document.)

14      A     This page does not belong to Southern Forest

15   Products.

16   BY MR. MEUNIER:

17      Q     Thank you, sir.

18              MR. MEUNIER:  For the record, the

19         witness has indicated as the page that does not

20         belong to the material we've categorized as

21         related to Southern Forest Products, a document

22         that's Bates numbered CNBMFP00074226.

23   BY MR. MEUNIER:

24      Q     Do you recognize that document at all,

25   Mr. Deng?
```

```
 1      A      I do have an impression of it.

 2      Q      What is that document?

 3      A      This is a quotation sent by Trapa,

 4   T-r-a-p-a, Company to CNBM Forest Products Company.

 5      Q      Was any work carried out with Trapa after

 6   this quotation was submitted?

 7      A      I'm not sure about that.

 8      Q      Are you familiar with the company called

 9   Hampton Affiliates?

10      A      I've heard of it.

11      Q      Did CNBM Forest Products or Forest Products

12   Canada ever do business with that company?

13      A      What time period are you referring to?

14      Q      At any time.

15      A      Yes.

16      Q      When did CNBM Forest Products Canada do

17   business with Hampton Affiliates?

18      A      CNBM Forest Products Canada had not directly

19   signed any contracts with Hampton as far as I know.

20      Q      Did CNBM Forest Products Trading sign an

21   agreement with them?

22      A      Yes.

23      Q      When was that agreement signed?

24      A      I do not remember the specific dates.

25      Q      Was it between July 2014 and March 2015?
```

1     A     I don't believe so, as far as I can

2   remember.

3     Q     What is your best recollection of the date?

4     A     As far as that I remember, it's possible

5   that CNBM Forest Products Trading Company signed

6   contracts with Hampton directly in the year 2011 or

7   2012.

8     Q     Was work still being carried out under

9   those -- that agreement between July 2014 and

10  March 2015?

11            MR. STENGEL:  Objection to form.

12    A     If you're referring to shipping, then it's

13  no.

14  BY MR. MEUNIER:

15    Q     Well, you notice that this -- this document,

16  which you said didn't belong with the Southern Forest

17  Products but belonged with -- what had to do with

18  Trapa, this document has a date of -- a shipment date

19  of January 2015, correct?

20    A     That's what it says on the document.

21    Q     And you know that Trapa is a branch of

22  Hampton Affiliates.  You know that, don't you?

23            MR. STENGEL:  Objection to form, calls

24      for a legal conclusion.

25    A     I cannot answer this question.

```
 1   BY MR. MEUNIER:

 2      Q    Let me ask you just one more question about

 3   the Southern Forest Products information that you've

 4   looked at.  These documents, like the others, are kept

 5   by Forest Products Canada in the course of its normal

 6   business activity, correct?

 7              MR. STENGEL:  Objection to form.

 8      A    Correct.

 9              MR. MEUNIER:  So I ask that we attach to

10         the deposition as FP Exhibit 463 the documents

11         related to Southern Forest Products.

12              MR. STENGEL:  And, Counsel, just to be

13         clear, I've objected to the compound nature of

14         these assemblages.  I also presume you're not

15         attempting to offer in any evidentiary way the

16         caption as you've attached to each composite

17         exhibit since they contain conclusions which

18         would be contrary to our case.

19              MR. MEUNIER:  Just for the purpose of

20         information.

21              MR. STENGEL:  Thank you.

22              MR. MEUNIER:  Since we've referred to

23         it, let me give an exhibit number to the

24         document dealing with Trapa.

25   BY MR. MEUNIER:
```

1      Q      Before I do, let me clarify one thing.  You

2   know that Trapa stands for Trans-Pacific Trading US?

3      A      As far as I know there are two companies in

4   Trapa, and both of them use the same abbreviates.

5      Q      Is that what the initials stand for, what I

6   just said, Trans-Pacific Trading US?

7      A      Trapa has two companies, like I said.  One

8   is a Canadian company by the name of Trapa -- by the

9   name of Trans-Pacific Trading Company, Limited.

10  Another one is Trans-Pacific Trading US, Limited.

11     Q      When you told us earlier that this document

12  did not belong with the Southern Forest Products

13  material but had to do with Trapa, which Trapa were

14  you referring to?

15     A      Both companies.

16            MR. MEUNIER:  All right.  I'll then mark

17        that document as FP Exhibit 515.

18            (Deposition Exhibit 515 marked.)

19  BY MR. MEUNIER:

20     Q      Mr. Deng, you use an English name, Daniel

21  Deng, correct?

22     A      Correct.

23     Q      Do you use that name for all of the business

24  that you conduct with US customers on behalf of CNBM

25  Forest Products Canada?

1       A       Most of the time, yes.

2       Q       When you told us you looked at e-mails to

3   get ready for the deposition, did you look at e-mails

4   written to and from you as using the name Daniel Deng?

5       A       Yes.

6       Q       What is your education?

7               THE INTERPRETER:  Interpreter needs to

8       clarify with witness.

9       A       I have a master's degree.

10  BY MR. MEUNIER:

11      Q       Where did you receive your master's?

12      A       Shanghai.

13      Q       And what was your master's in?

14      A       I studied international economy.

15      Q       Economics?

16              THE INTERPRETER:  May the interpreter

17      inquire with the witness.

18      A       International economics.

19  BY MR. MEUNIER:

20      Q       Were any of your courses conducted in

21  English?

22      A       Yes.

23      Q       So you do understand and speak English,

24  correct?

25      A       Yes.

```
 1      Q    And you've written e-mails in English,

 2 correct?

 3      A    Yes.

 4      Q    For example, let me show you an exchange of

 5 e-mails which are Bates numbered CNBM Forest Products

 6 10768 and 10769.  And this is an e-mail exchange

 7 between you as Daniel Deng and Walker Osborne with

 8 Southern Forest Products, Inc., correct?

 9      A    Are we only looking at the first two pages?

10      Q    Yes, sir.  The earliest dated e-mail is one

11 from Mr. Osborne to you on July 30, 2014, and the

12 chain concludes with an e-mail from that same

13 gentleman to you on August 8, 2014.

14           So you wrote these -- you wrote your

15 e-mails in English and you read Mr. Osborne's in

16 English without any need for translation, correct?

17      A    Correct.

18      Q    Look at your e-mail of August 5, 2014, it's

19 at the bottom of the first page, which begins, "Hi,

20 Walker."  Do you see that?

21      A    I see that.

22      Q    And in that e-mail you say, "If possible,

23 please try at least 20 containers (25+ ideal) per

24 shipment as agreed in contracts."

25           Do you see that?
```

1      A      I see that.

2      Q      Those were contracts then in place between

3  CNBM Forest Products Canada and Southern Forest, Inc.,

4  correct?

5      A      The contract referred in the e-mail was

6  signed between CNBM Forest Products Canada and

7  Southern Forest Company, that's correct.

8      Q      Now, the shipment that you referred to here

9  is the shipment of lumber and logs; is that true?

10      A      Only logs.

11      Q      Where were the logs coming from, Mr. Deng?

12      A      The logs mentioned in the contract referred

13  to in the e-mail should've come from southern United

14  States.

15      Q      In fact, from southern Louisiana.  True?

16      A      I don't know.

17      Q      Well, Southern Forest Products is a company

18  located in Louisiana, isn't it?

19      A      Louisiana state?

20      Q      The state of Louisiana, yes, sir.

21      A      I'm not sure where it actually is located,

22  but I believe they have a yard in Louisiana.

23      Q      At the time you were exchanging these

24  e-mails with Mr. Walker Osborne, that is, in late

25  July, early August of 2014, had you been made aware of

1    the July 17, 2014, contempt order and sanctions

2    imposed by the federal judge in this case?

3        A    At the time I did not know.

4        Q    Did you ever change any of your dealings

5    with this Louisiana Forest Products Company based on

6    the contempt order and sanctions imposed by the

7    federal judge here in Louisiana?

8                MR. STENGEL:  Objection to form.

9        A    Not according to my recollection.

10               MR. MEUNIER:  I'll mark as FP

11           Exhibit 502 the e-mail exchange that we've been

12           referring to.  Again, it's Bates numbered CNBM

13           Forest Products 10768, 10769.

14               MR. STENGEL:  Counsel, there are some

15           other exchanges stapled to the same physical

16           exhibit.  Are you introducing all of that or

17           just the ones you're talking about?

18               MR. MEUNIER:  At this point just those

19           two.  I'm going to try to break it up.

20               (Deposition Exhibit 502 marked.)

21    BY MR. MEUNIER:

22        Q    Does CNBM Forest Products Canada have a

23    working relationship with Simpson Lumber?

24               MR. STENGEL:  Objection, form.

25        A    Please define "working relationship."

```
 1   BY MR. MEUNIER:

 2       Q     A program for importing lumber is what I

 3   mean.

 4                MR. STENGEL:  Objection, form.

 5       A     CNBM Forest Products Canada Company

 6   indirectly purchased lumber from Simpson.

 7   BY MR. MEUNIER:

 8       Q     Let me refer you to, then, an e-mail which

 9   appears on Bates number document CNBMFP00005074.  And

10   it's an e-mail dated March 13, 2014.  Do you recognize

11   that e-mail as one that you wrote using the name

12   Daniel Deng?

13       A     Correct, I recognize that.

14       Q     And you wrote it in English without any

15   assistance with translation, correct?

16       A     Correct.

17       Q     Now, you refer in this e-mail to being in

18   charge -- this is the second paragraph -- to being in

19   charge of CNBM Forest Products Canada, Limited, supply

20   chain management.  Do you see that?

21       A     That's what I said in this e-mail.

22       Q     And you were writing the e-mail to, among

23   other people, a gentleman named Bryan Hicks who's the

24   trade services relation manager for Global Banking

25   with Wells Fargo, correct?  Is that who Mr. Hicks is?
```

1    He's with Wells Fargo, Mr. Deng?

2        A      Correct.

3        Q      Now, in this e-mail you say, we -- we --

4    "We're currently working on a program with Simpson

5    Lumber, importing lumber from Tacoma to China."

6                Now, you know Tacoma is in the state

7    of Washington in the United States, correct?

8        A      I know that.

9        Q      And why were you writing to Wells Fargo Bank

10   in connection with that program?

11       A      I remember at the time we were planning to

12   use Wells Fargo Bank.

13       Q      What do you mean by "use Wells Fargo Bank"?

14       A      We choose to use Wells Fargo to make payment

15   for the purchasing contracts.

16       Q      You had used Wells Fargo in connection with

17   your company's work with Westerlund, correct?

18       A      At the time we used Wells Fargo Bank, that

19   is correct.

20       Q      In fact, your company, CNBM Forest Products

21   Canada had an account open at Wells Fargo as of the

22   date of this e-mail, March 2014, correct?

23       A      Correct.

24       Q      Is that bank account at Wells Fargo still in

25   existence?

1      A      It exists.

2      Q      Has it ever gone out of existence since the

3   time it was opened?

4      A      No.

5      Q      And your company has used that bank and that

6   bank account in order to conduct business with US

7   customers, correct?

8              MR. STENGEL:  Objection to form.

9      A      Including some of the Canadas.

10  BY MR. MEUNIER:

11     Q      Including Canada and US customers, right?

12     A      Correct.

13     Q      And CNBM Forest Products Canada has never

14  changed the way it works with the Wells Fargo Bank

15  based on the contempt and sanctions order that was

16  imposed by the federal judge, has it?

17             MR. STENGEL:  Objection, form.

18     A      I'm not sure what you mean when you said

19  "changed."

20  BY MR. MEUNIER:

21     Q      Have you ever suspended the use of the bank

22  account at Wells Fargo based on that contempt or

23  sanctions order?

24     A      As far as I know, the account had not been

25  suspended and it has always been in existence.

1      Q     Now, let me again ask about this program

2  with Simpson Lumber that you referred to in this

3  March 13, 2014, e-mail that we've been looking at.

4             Was that program ever put into effect?

5      A     Yes.

6      Q     When was it put into effect?

7      A     I do not recall the specific date, but I

8  believe it was in July of 2014 -- it was around

9  April 2014 or May 2014.

10     Q     I'm not sure I understand the answer, so let

11 me try to get more clarification.  You believe the

12 program with Simpson Lumber for importing lumber from

13 Tacoma, Washington, went into effect in either April,

14 May or July of 2014, you're not sure which month?

15     A     I'm not sure which month.  It's possible

16 either in April or May.

17     Q     Did it remain in effect between July 2014

18 and April -- I'm sorry, March 2015?

19     A     I'm sorry, I did not hear the specific

20 dates.

21     Q     You told us when you thought the program

22 began and went into effect.  My question is, did it

23 remain in effect between July 2014 and March 2015?

24     A     We, CNBM Forest Products Canada, indirectly

25 purchased Simpson's lumber in this period of time,

1    that is correct.

2         Q      How many shipments of material -- I guess

3    logs or lumber -- have occurred under the program with

4    Simpson Lumber?

5         A      Are you referring to shipment from Simpson

6    or the Canada company actually shipped the goods to

7    China?

8         Q      I'm really talking about any shipments under

9    this program -- under the program that you refer to in

10   your e-mail.

11        A      Because Simpson uses trucks to send out

12   goods.  Therefore, it is impossible to make a

13   calculation of how many times.

14        Q      So under this program the logs and lumber

15   leave Tacoma, Washington, by truck, correct?

16        A      Correct.

17        Q      And where did --

18        A      Incorrect.

19        Q      Okay.  How is the lumber taken from Tacoma,

20   Washington?

21        A      Through sea shipment.

22        Q      Where does it go?

23        A      China.

24        Q      And I asked you how many shipments of that

25   lumber have occurred under the program, and I'm not

1    sure about your answer.  What's your answer to that

2    question?

3        A    If you're asking how many shipments there

4    were for shipping the lumbers from Tacoma to China, if

5    I'm not mistaken in my recollection, it's

6    approximately seven or eight shipments.

7        Q    Is this program with Simpson Lumber still in

8    effect today?

9        A    No.

10       Q    When did it stop?

11       A    In the end of 2014.

12       Q    Was it profitable for CNBM Products Canada?

13            MR. STENGEL:  Objection to form.

14       A    We have not made a profit calculation

15   against this individual project; therefore, I do not

16   know.

17            MR. MEUNIER:  Let me then mark the

18        exchange of e-mails that's reflected by Bates

19        number documents CNBMFP 5072, 73 and 74, with

20        the understanding that we have really just been

21        questioning the witness about the e-mail on

22        5074.  But to complete the exchange, I'll mark

23        that entire exchange as Exhibit FP 502-1.

24            (Deposition Exhibit 502-1 marked.)

25   BY MR. MEUNIER:

1      Q      I want to talk to you now a bit, Mr. Deng,

2   about the relationships between the different

3   companies between CNBMFP Canada and some of the other

4   companies.  Is it true that CNBM Forest Products,

5   Limited, created CNBM Forest Products Canada, Limited,

6   in 2011?

7      A      CNBM Forest Products Canada Company was

8   established in 2011, that is correct.

9      Q      And it was established by CNBM Forest

10  Products, correct?

11     A      I'm not sure about that.

12     Q      Let me show you a certificate of

13  incorporation reflecting the incorporation of CNBM

14  Forest Products Canada, Limited, on September 14,

15  2011.  It's Bates numbered CNBMFP 5012.

16            Do you recognize that as the

17  certificate of incorporation for that company,

18  Mr. Deng?

19     A      I recognize that.

20            MR. MEUNIER:  And I'll mark and attach

21       this as FP Exhibit 421.

22            (Deposition Exhibit 421 marked.)

23  BY MR. MEUNIER:

24     Q      Let me next show you a document that was

25  filed in the federal court of Portland, Oregon, on

1    May 5th, 2014, as a corporate disclosure statement

2    made by Forest Products Canada, Limited.  If you look

3    on the second page, Mr. Deng, in the paragraph marked

4    2, the number 2, it states, "CNBM Forest Products

5    (Canada) Ltd's parent company is CNBM Forest Products,

6    Ltd.  CNBM Forest Products Ltd. is a wholly-owned

7    subsidiary of China National Building Materials Import

8    and Export Corporation."

9                    Is that a true statement?

10   A     That's what this document says.

11   Q     Do you have, as you sit here, any reason to

12   dispute the truth of that statement?

13   A     I do not.

14   Q     In fact, CNBM Forest Products Canada is

15   owned 100 percent by CNBM Forest Products, Limited,

16   correct?

17   A     I'm not sure about this.

18   Q     You're telling us you're not sure whether

19   Forest Products Canada is a 100 percent wholly owned

20   subsidiary of Forest Products?

21   A     I said I'm not sure of the equity structure

22   of Forest Products Canada because it involves some

23   legal facts.  Therefore, I cannot give you a definite

24   answer.

25   Q     Well, let me just ask you this.  Do you know

1    of any other owners of Forest Products Canada other

2    than Forest Products, Limited?

3        A    I do not know.

4        Q    Can you tell me what the difference is

5    between the nature of the business done by Forest

6    Products Canada and the business done by Forest

7    Products?

8                MR. STENGEL:  Objection to form.

9        A    What do you mean by "nature of the

10   business"?

11   BY MR. MEUNIER:

12       Q    Is there any difference between the type of

13   business done by the one company and the type of

14   business done by the other?

15       A    The primary products in CNBM Forest Products

16   Canada Company and CNBM Forest Products Trading

17   Company are both lumbers and logs.

18       Q    So they deal in the same product, lumbers

19   and logs, right?

20       A    Correct.

21       Q    Well, why is there a need for Forest

22   Products Canada to exist as a company if it's doing

23   the same thing done by Forest Products?

24                MR. STENGEL:  Objection to form.

25       A    I do not know.

```
 1   BY MR. MEUNIER:

 2       Q      Do you know that CNBM Forest Products,

 3   Limited, is a 100 percent wholly owned subsidiary of

 4   CNBM Trading or Forest Product Trading?

 5       A      I don't understand your question.

 6       Q      Let me -- I should have clarified --

 7   clarified something first.  Is China National Building

 8   Materials Import & Export Corporation the same company

 9   as CNBM Trading?

10       A      I do not know.

11       Q      Have you ever referred to China National

12   Building Materials Import & Export Corporation by any

13   other name?

14       A      Are you referring to in daily life?

15       Q      Yes.

16       A      China National Building Material

17   International.

18       Q      So you've called CNBM Import & Export

19   Corporation CNBM International?

20       A      Sometimes that's how we communicate in the

21   company.

22       Q      But whatever you call it, you know, don't

23   you, that CNBM Import & Export Corporation is the

24   100 percent parent owner of the company you work for,

25   CNBM Forest Products?  You know that, don't you?
```

```
 1      A     I still don't understand the legal

 2   definition of "100 percent owner."

 3      Q     All right.  Let me show you a document,

 4   then.  It's been previously marked as FP Exhibit 454.

 5   It is the "CNBM Forest Products Ltd., Auditor's

 6   Report."

 7                  MS. STERNLIEB:  And it's the PSC's

 8          translation -- partial translation followed by

 9          the machine translation followed by the Chinese.

10          The portions that have been translated are

11          highlighted in yellow on the Chinese document.

12                  (Deposition Exhibit 454 marked.)

13                  MR. STENGEL:  Counsel, it's 11:55.  At

14          any time you get to a breaking point.

15                  MR. MEUNIER:  I think I just have a

16          couple of questions and then we'll break.

17                  MR. STENGEL:  Okay.

18                  (Witness Reviews Document.)

19                  MR. MEUNIER:  Let me take back the

20          corporate disclosure statement from the Oregon

21          case and mark it as FP Exhibit 414.

22                  (Deposition Exhibit 414 marked.)

23   BY MR. MEUNIER:

24      Q     Have you seen this auditor's report of CNBM

25   Forest Products, Limited, before?
```

```
 1        A     No.

 2        Q     Do you see on the first page of the

 3  document, Mr. Deng, where -- and it's --

 4  CNBMFP00045834 is the Bates number of the page.  Do

 5  you see there under the caption, "Relationship of

 6  Related Parties and Their Transactions," where China

 7  National Building Materials & Equipment Import &

 8  Export Corporation is identified as a parent company?

 9  Do you see that?

10        A     I see this is what the document says.

11        Q     And do you see where it's also indicated

12  that CNBM Import & Export Corporation, the parent

13  company of Forest Products, owns 100 percent of Forest

14  Products?  Do you see where that's indicated?

15              THE INTERPRETER:  Did counsel say

16        "foreign products"?  This is the interpreter

17        speaking.

18              MR. MEUNIER:  Forest Products.

19        A     That's what the document says.  I see that.

20  BY MR. MEUNIER:

21        Q     And as the witness today designated to

22  testify on behalf of CNBM Forest Products Canada, do

23  you have any basis whatsoever to dispute the accuracy

24  or the truth of that statement that CNBM Building

25  Materials & Equipment Import & Export Corporation is
```

1    the 100 percent owning parent of CNBM Forest Products,

2    Limited?

3        A      That's what the document says.  I do not

4    have an opinion about it.

5        Q      Well, I know you don't have an opinion about

6    it, but my question's a little different.  Do you have

7    any reason to say it's not true?

8        A      I do not.

9        Q      And you see there where it's also indicated

10   on that same page that China National Building

11   Material Group Corporation is also identified as a

12   parent company owning 100 percent of CNBM Forest

13   Products, Limited.  Do you see that?

14       A      I see that's what the document says.

15       Q      Do you have any reason to say that that is

16   not true?

17       A      I do not.

18       Q      And finally, you see at the bottom where it

19   says, "Notes:  China National Building Material Group

20   Corporation is the ultimate controller."  Do you have

21   any reason to disagree with that statement?

22              MR. STENGEL:  Objection, vague and

23         ambiguous, lack of foundation.

24       A      The document says China Building Material

25   Group Company, Limited.

1                    MR. MEUNIER:  I'm sorry, we're out of

2         tape.

3                    THE VIDEOGRAPHER:  This is the end of

4         tape 2.  We're now off the record at 12:08.

5                    (Recess Taken From 12:08 p.m. To

6                    1:07 p.m.)

7                    THE VIDEOGRAPHER:  This is the beginning

8         of tape 3.  We're now back on the record.  The

9         time is 1:07.

10                    MR. MEUNIER:  We have been looking at

11        the auditor's report of CNBM Forest Products,

12        Limited.  We'll mark and attach it as Forest

13        Products Exhibit 454.

14   BY MR. MEUNIER:

15      Q    And, Mr. Deng, I think you indicated that

16   you have not reviewed this report before today; is

17   that true?

18      A    Correct.

19      Q    So do you know who the auditor was who

20   prepared this report?

21      A    I did not know before today.

22      Q    Who is the auditor?

23      A    According to the document, they are Chen

24   Mingsheng and Shi Chaoxin.

25      Q    Have you heard anyone with CNBM Forest

1   Products, Limited, criticize the auditor's report in

2   any way?

3       A    Not to my recollection.

4       Q    And specifically you've never heard anyone

5   with CNBM Forest Products, Limited, take issue with

6   the notes -- with the statement in the notes on the

7   first page we've shown you, that China National

8   Building Material Group Corporation is the ultimate

9   controller, you never heard anyone take issue with

10  that, have you?

11              MR. STENGEL:  Objection to the form.

12      A    Not to my recollection.

13  BY MR. MEUNIER:

14      Q    How many employees does CNBM Forest Products

15  Canada have?

16      A    Currently there are five employees in CNBM

17  Forest Products Canada Company working for the

18  business of CNBM Forest Products Canada.

19      Q    Could you please name those five and give me

20  their job positions?

21      A    Ms. Fei Yueying, who is in charge of the

22  financial work; and Chen Dongdong, who is also a

23  female, who is in charge of the area of receipts; and

24  Dai Zheli, she's also a female, who is in charge of

25  the processing of the receipts.

1                    THE INTERPRETER:  Interpreter needs to

2          clarify with witness.

3                    The interpreter just clarified with the

4          witness for the definition of "receipts."  This

5          is what the witness said:  "Shipping documents."

6     A     And Shen Xu, he's in charge of business; and

7     myself.

8     BY MR. MEUNIER:

9     Q     And you've testified that you are an

10    employee of both Forest Products Canada and CNBM

11    Forest Products Trading, correct?

12                   MR. STENGEL:  Objection to form.

13    A     I have said that I'm the person in charge

14    for the daily operation of CNBM Forest Products

15    Company, that is correct.

16    BY MR. MEUNIER:

17    Q     But you say you're also one of the five

18    employees of Forest Products Canada, correct?

19                   MR. STENGEL:  Counsel, I think there was

20          maybe a translation --

21                   MR. MEUNIER:  Translation --

22                   MR. STENGEL:  I think you were talking

23          about people working for the company which got

24          translated as an employee.  I'm not sure he was

25          using that term.  I don't know, but I think that

1          may be.

2     BY MR. MEUNIER:

3          Q     Let me try to clarify it.  I asked you

4     earlier who were the employees of Forest Products

5     Canada and you told me there were five individuals and

6     you've named those and you include yourself as one of

7     the five employees of Forest Products Canada; is that

8     correct?

9          A     Yes.

10         Q     But you've also told us that you receive the

11    pay for your work not from Forest Products Canada but

12    from the parent company, Forest Products or Forest

13    Products Trade, right?

14         A     I did say CNBM Forest Products Company,

15    Limited, pays me my salary.

16         Q     And you have a title with that company.

17    You're the deputy manager for the overseas department,

18    right?

19         A     Overseas business department's deputy

20    manager.

21         Q     And at the same time you have no title with

22    Forest Products Canada but you are in charge of the

23    daily business of Forest Products Canada; is that

24    right?

25         A     Yes.

1      Q      For the four other employees that you named,

2   the four other employees of Forest Products Canada

3   besides you, are they also paid for their work by CNBM

4   Forest Products, Limited?

5      A      They receive their salaries from CNBM Forest

6   Products Trading Company.

7      Q      And CNBM Forest Products Trading Company is

8   the same company that we referred to as CNBM Forest

9   Products, Limited; is that true?

10      A      The Chinese translations from the face of

11   them are different.  However, they are the same

12   company in fact.

13      Q      Thank you.  Now, who are the officers and

14   directors of CNBM Forest Products, Limited?

15      A      The directors of CNBM Forest Products

16   Trading, Limited, Company are Mr. Zhu Dan, Mr. Wu

17   Xiang, Ms. Zhu Yinqun.

18      Q      And Mr. Zhu, whom you just named as an

19   officer or director of CNBM Forest Products Trading,

20   is also the president or CEO of Forest Products

21   Canada, correct?

22      A      Mr. Zhu Dan is one of the directors of the

23   Canada company.

24      Q      He's not the president or CEO of the Canada

25   company?

1      A     Not as far as I know.

2      Q     All right.  Mr. Deng, I'm going to show you

3   a document that is part of this federal litigation,

4   and it is what is called a profile form for CNBM

5   Forest Products Canada, Limited.  It is a translation

6   of the Chinese version.  And I'll show you both the

7   English and Chinese versions.  And I'm going to mark

8   for attachment this document as FP Exhibit 420.

9               (Deposition Exhibit 420 marked.)

10  BY MR. MEUNIER:

11     Q     And the Chinese version would be already

12  marked as 420-A.

13              (Deposition Exhibit 420-A marked.)

14  BY MR. MEUNIER:

15     Q     Do you see in the section of this document

16  which is entitled "Contact Information of Defendant

17  Manufacturer Completing This Profile Form," to Roman

18  numeral I, where subparagraph F states that the

19  president or CEO of CNBM Forest Products Canada,

20  Limited, is Mr. Dan Zhu, Z-h-u?  Do you see that?

21              THE INTERPRETER:  May the interpreter

22        inquire what is defendant manufacturer,

23        specifically the word "manufacturer" here?

24              MR. MEUNIER:  It's in the title of

25        section Roman numeral I.

```
 1                    THE INTERPRETER:  Yes.  What does that
 2          mean, in the context.  Means factory?
 3                    MR. MEUNIER:  Well, the term "defendant
 4          manufacturer" is just used for purposes of the
 5          form, but it does not necessarily mean that the
 6          only companies filling out the form are
 7          manufacturers.  And in this case CNBM Forest
 8          Products Canada had to fill out the form even
 9          though it's not a manufacturer.  That's just the
10          title the form was given.  It doesn't...
11                    (Witness Reviews Document.)
12      A     I see that.
13  BY MR. MEUNIER:
14      Q     So do you agree that Dan Zhu, who you have
15  identified as one of the officers and directors of
16  CNBM Forest Products, Limited, is also the president
17  or CEO of CNBM Forest Products Canada, Limited?
18      A     The document says Zhu Dan is the president
19  or CEO of CNBM Wood Products Canada, Limited.
20                    THE INTERPRETER:  Interpreter would like
21          to correct.  Rather, "Forest Products."
22  BY MR. MEUNIER:
23      Q     You see in that same section, Roman
24  numeral I, subparagraph K, where the document lists
25  all offices or locations in the US where the entity
```

1    has done business at any time in 2001 through the

2    present?  Do you see that?

3        A    I see that.

4        Q    Do you agree that in the time period since

5    2001 through the present, CNBM Forest Products Canada

6    has done business in the state of Oregon?

7                MR. STENGEL:  Objection to form.

8        A    We have supplier in Oregon state.

9                MR. MEUNIER:  I'm sorry, we have what?

10               THE INTERPRETER:  Supplier.

11   BY MR. MEUNIER:

12       Q    Supplier.  Who's the supplier?

13       A    Excuse me, I would like to correct my

14   answer.  I don't have a clear recollection on whether

15   or not we have a supplier in the state of Oregon.

16       Q    But you don't disagree with the statement in

17   this form that CNBM Forest Products Canada has done

18   business in the time since 2001 in the state of

19   Oregon, do you?

20       A    I do not.

21       Q    And you don't deny that, just as this

22   statement says, in the time period since 2001, CNBM

23   Forest Products Canada also has done business in the

24   state of Washington and in the state of Alabama.  You

25   don't deny that, do you?

1      A      I do not deny that.

2      Q      And, in fact, even though Louisiana is not

3  listed there, we saw e-mails earlier indicating that

4  you had e-mail correspondence in 2014 with a customer

5  in the state of Louisiana; isn't that true?

6                  MR. STENGEL:  Objection to form.

7      A      There are e-mail correspondence.

8                  MR. MEUNIER:  There are what?

9                  THE INTERPRETER:  There are e-mail

10       correspondence.

11  BY MR. MEUNIER:

12      Q      So you agree with me, Mr. Deng, that

13  specifically during the period July of 2014 through

14  March of 2015, CNBM Forest Products Canada has done

15  business with US customers in the states of Oregon,

16  Washington, Alabama and Louisiana, at least those

17  states, correct?

18                  MR. STENGEL:  Object to the form.

19      A      We do have suppliers in these states.  I

20  have misspoken earlier.  They are not customers but

21  suppliers.

22  BY MR. MEUNIER:

23      Q      But you do business with the suppliers in

24  those states and you were doing business with them

25  during that period of time, weren't you?

1                   MR. STENGEL:  Objection to form, calls

2        for a legal conclusion.

3        A     Correct.

4   BY MR. MEUNIER:

5        Q     And is it true that you could not have done

6   business with those suppliers in those states during

7   that period of time, July 2014 to March 2015, without

8   the authorization of your parent company CNBM Forest

9   Products, correct?

10                  MR. STENGEL:  Objection to form.

11       A     That's incorrect.

12   BY MR. MEUNIER:

13       Q     Why is that incorrect?

14       A     CNBM Forest Products Canada Company makes

15   its own decision on what and how to do business

16   with -- in America or Canada.

17       Q     Tell me who at Forest Products Canada has

18   the authority to negotiate and sign contracts with

19   suppliers in those places.

20       A     Are you talking about CNBM Forest Products

21   Canada?

22       Q     Yes.  Tell me who at CNBM Forest Products

23   Canada is -- has the authority to negotiate and sign

24   contracts with customers and suppliers in those states

25   that we've been talking about.

1      A      I know that one contract was signed --

2             THE INTERPRETER:  The interpreter would

3     like to reinterpret.

4      A      I know that some of the contracts were

5   signed by me.

6   BY MR. MEUNIER:

7      Q      Which ones?

8      A      I don't recall.

9      Q      Isn't it true that Ken Kao is the one who

10   signs the contracts for CNBM Forest Products Canada?

11     A      When you said Ken Kao, are you referring to

12   Mr. Gao Xiaozheng?

13     Q      The name as I see it is Ken Kao, managing

14   director of CNBM Forest Products, Limited.  That's his

15   English name.  I don't know what the Chinese name is.

16     A      Mr. Gao Xiaozheng indeed had signed

17   contracts on behalf of CNBM Forest Products Canada.

18     Q      And that gentleman is the managing director

19   for CNBM Products, Limited, correct?

20     A      He used to.

21     Q      Is it true that CNBM Forest Products,

22   Limited, or Trading, whatever you want to call them,

23   is made aware of all agreements that are made between

24   CNBM Forest Products Canada and customers and

25   suppliers in places like Oregon, Washington, Alabama

1    and Louisiana?

2                MR. STENGEL:  Objection to form.

3        A    They are aware.

4    BY MR. MEUNIER:

5        Q    Let me try to identify --

6                MR. MEUNIER:  Did I mark and attach the

7            profile forms, both English and the Chinese

8            version, 420 and 420-A?  Okay.

9    BY MR. MEUNIER:

10       Q    Let me try to identify some additional

11   officers and directors and employees, Mr. Deng.  Do

12   you know who Zhou Guoping is?  That's Z-h-o-u

13   G-u-o-p-i-n-g.

14       A    Yes.

15       Q    And it's true that he is a supervisor of

16   CNBM?  She, I'm sorry.  She is a supervisor of CNBM?

17       A    Which CNBM you're referring to?

18       Q    That's a very good question.  Do you know

19   her to be a supervisor of any CNBM entity or company?

20       A    I have only met her when I was preparing for

21   the deposition.  I --

22       Q    Did you -- I'm sorry.

23       A    -- do not know what she is in charge of

24   specifically.

25       Q    Did you review her deposition testimony in

1    this case?

2         A     I have not.

3         Q     Do you know that she is a chief economist of

4    CNBM Group?

5         A     I did not know that --

6         Q     Did you know --

7         A     -- before.

8         Q     Did you know that she was designated, like

9    you are today, to testify as a witness on behalf of

10   CNBM Group in this case?

11        A     I do know that.

12        Q     And this same lady is, since January of

13   2015, a director and vice chairperson of CNBM Forest

14   Products Trading, the parent company of CNBM Forest

15   Products Canada, correct?

16        A     I don't understand your question.

17        Q     Since January of 2015, is she the director

18   and vice chairman of CNBM Trading?

19        A     I'm not aware of this matter.

20        Q     Is she the director and vice chairman of

21   CNBM Import & Export?

22        A     I don't know.

23        Q     Do you know who Huang Anzhong is?  That's

24   H-u-a-n-g A-n-z-h-o-n-g.

25        A     I do.

1        Q      Do you know that he is a vice president --

2    I'm sorry, vice general manager of CNBM Group?

3        A      I do not know.

4        Q      Do you know that he served as general

5    manager of CNBM Trading from 2005 to 2015?

6        A      What company you're referring to when you

7    said CNBM Trading?

8        Q      CNBM Import & Export would be another name

9    for the company.

10               THE INTERPRETER:  Interpreter would like

11        to reinterpret.

12        A      I didn't say that.  I said I only know CNBM

13    Import & Export Company.

14   BY MR. MEUNIER:

15        Q      All right.  Is Mr. Huang Anzhong a chairman

16   and director of that company?

17        A      I know that he used to be the general

18   manager of this company.

19        Q      And he is now the chairman and director; is

20   that correct?

21        A      I know he is a director, but I'm not sure

22   whether or not he is the chairman.

23        Q      Do you know who Lihe Wang is, L-i-h-e

24   W-a-n-g?

25               THE INTERPRETER:  This is the

1           interpreter speaking.  Did counsel spell

2      L-i-a-g?

3               MS. STERNLIEB:  L-i-h-e.

4               THE INTERPRETER:  Did counsel say

5      L-i-h-e, last name W-a-n-g?

6               MR. MEUNIER:  Yes.

7      A    I know who Lihe Wang is.

8   BY MR. MEUNIER:

9      Q    Is that person the business manager, the

10  manager of enterprise management department and the

11  deputy general manager of CNBM Import & Export?

12     A    I know Lihe Wang is the manager of

13  enterprise management department, but I'm not sure

14  whether he is the deputy general manager.

15     Q    But that's with CNBM Import & Export; is

16  that true?

17     A    Correct.

18     Q    Do you know who Han Wei is, H-a-n W-e-i?

19     A    I do not know.

20     Q    Do you know who Macy Zhu is, M-a-c-y Z-h-u?

21     A    Yes.

22     Q    Is that a man or a woman?

23     A    A woman.

24     Q    Is she the vice president of CNBM Forest

25  Products?

1      A      She used to be.

2      Q      What period of time did she serve as vice

3   president?

4      A      I don't recall when she was employed, but I

5   do recall her employment ended in either the end of

6   November 2014 or the beginning of December 2014.

7      Q      Where does she now work?

8      A      Shanghai Jian Pu Import & Export Company,

9   Limited.

10      Q      Is that company a branch of CNBM Forest

11   Products, Limited?

12      A      Not as far as I know.

13      Q      Has she negotiated letters of credit on

14   behalf of CNBM Forest Products as well as CNBM Forest

15   Products Canada?

16      A      I'm not sure about this.

17      Q      I think we talked already about Ken Kao.

18   You do know who I'm talking about.  He's the managing

19   director of CNBM Forest Products, Limited.  You know

20   him?

21      A      I know him.

22      Q      And do you know Jackie Wang, that would be

23   the English name Jackie Wang, W-a-n-g, Chinese name

24   Wang Jianwei, J-i-a-n-w-e-i?  Do you know that person?

25      A      I know Wang Jianwei.

```
 1      Q      Is she the executive director of CNBM Forest

 2   Products, Limited?

 3      A      Wang Jianwei is a man and he used to be

 4   assistant general manager of the Forest Products

 5   company.

 6      Q      You mentioned Shanghai Jian Pu Import &

 7   Export as a company where Macy Zhu worked.  Is that

 8   company a branch of CNBM Import & Export?

 9              MR. STENGEL:  Objection to form.

10      A      Macy Zhu currently works there, but I don't

11   know whether it is -- that I don't know.

12   BY MR. MEUNIER:

13      Q      You don't know whether it's related to CNBM

14   Import/Export?

15      A      I'm not sure.

16      Q      I want to next show you, Mr. Deng, a slide

17   show -- or a printout of a slide presentation by CNBM

18   Forest Products Trading, Limited, and it's Bates

19   numbered CNBMFP00148600 through 148622.  I'm marking

20   it as FP Exhibit 427.

21              (Deposition Exhibit 427 marked.)

22   BY MR. MEUNIER:

23      Q      Have you seen this document before?

24              (Witness Reviews Document.)

25      A      I have seen this before.
```

1    BY MR. MEUNIER:

2        Q    And just so we're clear, this company, CNBM

3    Forest Products Trading, Limited, shown on the first

4    page of this slide presentation, is the company that

5    has paid your salary for the last four-and-a-half

6    years and is the 100 percent owner and parent of CNBM

7    Forest Products Canada, correct?

8                MR. STENGEL:  Objection to form,

9        compound.

10       A    This company did pay my salary in the last

11   four years.

12   BY MR. MEUNIER:

13       Q    And they are the parent and 100 percent

14   owner of CNBM Forest Products Canada, correct?

15       A    I'm not sure about that.  I only know that

16   CNBM Forest Products Trading Company provides the

17   fund.

18       Q    You told me earlier that you had no reason

19   to dispute the statement made in the Oregon

20   litigation, CNBM Import & Export, et cetera, versus

21   Murphy Overseas.  It's FP Exhibit 414 to the

22   deposition.  I showed you the statement that CNBM

23   Forest Products Canada's parent company, CNBM Forest

24   Products, Limited, and that CNBM Forest Products,

25   Limited, is a wholly owned subsidiary of China

1    National Building Materials Import & Export

2    Corporation.  You still have no reason to dispute that

3    statement, do you?

4                   THE INTERPRETER:  Interpreter will

5         reinterpret.

6         A    I do not.

7    BY MR. MEUNIER:

8         Q    What date was this slide presentation

9    prepared; do you know?

10        A    I don't recall.

11        Q    Was it created before CNBM Forest Canada --

12   CNBM Forest Products Canada came into existence in

13   2011?

14        A    Not this version, I believe.

15        Q    Did you approve or have anything to do with

16   the presentation?

17                   THE INTERPRETER:  Interpreter needs to

18        clarify with witness.

19        A    I've read it.

20   BY MR. MEUNIER:

21        Q    It's true, isn't it, that CNBM Forest

22   Products is a core subsidiary of CNBM Group?

23        A    That's what the document says.

24        Q    And that's specifically on the slide shown

25   at Bates number document 148602 is where that

1    statement about it being a core subsidiary is made,

2    correct?

3         A    Correct.

4         Q    And if you would turn to the part of the

5    slides, the document Bates numbered 148609, you'll see

6    a map entitled "CNBM Global Strategy."  Do you see

7    that?

8         A    I see that.

9         Q    Is that logo, the CNBM logo shown on this

10   map, the same one that is used for -- well, tell me

11   what company that logo refers to, the CNBM with the

12   little symbol to the left.

13        A    As far as I know, the logo is used by CNBM

14   Forest Products Canada Company as well as CNBM Forest

15   Products Trading Company.  And also -- CNBM Group

16   Import & Export Company also uses this logo.

17        Q    Is this logo registered as a trademark?

18             MR. STENGEL:  Objection, lack of

19        foundation.

20        A    I don't know about that.

21   BY MR. MEUNIER:

22        Q    On the map on the page that I've referred

23   you to, the CNBM logo is shown in different parts of

24   the world, including the United States, correct?

25        A    It appears to be so, according to the map.

1     Q     And does this map represent that CNBM,

2  whatever companies are covered by that logo, looked to

3  the United States of America as a sourcing strategy

4  for business partnerships?

5                    THE INTERPRETER:  May the interpreter

6          inquire the definition of "sourcing" in the

7          context of the question?

8                    MR. MEUNIER:  I'm using the word that's

9          on the map.

10                   THE INTERPRETER:  The interpreter will

11         reinterpret.

12                   MR. STENGEL:  Objection to the form.

13    A     I disagree with the opinion.

14  BY MR. MEUNIER:

15    Q     Then tell me what you think it means to have

16  the CNBM logo on this map shown in the United States

17  of America.  What is that -- what is the meaning of

18  that?

19                   MR. STENGEL:  Objection to form, calls

20         for speculation.

21    A     I do not know because I did not create this

22  document.

23  BY MR. MEUNIER:

24    Q     Who did create it?

25    A     I don't have a clear recollection of

```
 1   specifically who was in charge of creating this

 2   document.

 3       Q    Do you disagree with what is represented by

 4   this map?

 5            MR. STENGEL:  Objection to form.

 6       A    I do not have a personal opinion on what is

 7   reflected on this map.

 8   BY MR. MEUNIER:

 9       Q    When did you first become aware of this

10   slide presentation?

11       A    I believe it was quite -- I do not recall

12   the specific time.

13       Q    How did you become aware of this?

14       A    You mean this document?

15       Q    Yes.

16       A    Sometimes we use it for presentation.

17       Q    You use it to promote the business of the

18   company, don't you?

19       A    That's correct.

20       Q    And you would not promote the business of

21   the company with anything that was false information,

22   would you?

23       A    Correct.

24       Q    Please turn to the page of the slide

25   presentation that's Bates numbered 148614.  This slide
```

1    states that CNBM-Tolko is a leading commercial wood

2    product brand, and it then states, "The very first to

3    start a sawmill program in North America lumber

4    industry."

5              Do you know what is meant by the

6    "sawmill program in the North America lumber

7    industry"?

8        A    I do have a certain degree of understanding.

9        Q    Great.  Please tell me what your

10   understanding is.

11       A    At the time CNBM Forest Products Trading

12   Company worked together with CNBM Forest Products

13   Company in cooperation with Tolko factory, it

14   purchased the products of Tolko factory and then Tolko

15   uses CNBM's logo on its packaging.

16       Q    But why does it say -- what does it mean

17   when it says, "The very first to start sawmill program

18   in North America lumber industry"?  What does that

19   mean?

20              THE INTERPRETER:  Interpreter needs to

21        clarify with witness.

22       A    At the time CNBM Forest Products Trading

23   Company had signed a contract to purchase the entire

24   production capability of Tolko sawmill manufacturer

25   and the contract is effective for about a year.

1    BY MR. MEUNIER:

2        Q      And what period of time was that?

3        A      Because it was quite a while ago, I do not

4    have an accurate recollection on that, but I believe

5    it was about -- between the year 2010 and 2011.

6        Q      You told me that this slide presentation is

7    used at meetings to promote business.  Is it still

8    used today to promote business?

9        A      We're not using this today.

10       Q      When did you stop using it?

11       A      I do not have a clear recollection on that

12   because our company has many different versions of

13   promotional slides.

14       Q      So this slide presentation gets updated from

15   time to time?

16       A      That's correct.

17       Q      Has the map I showed you with the global

18   sourcing strategy and the CNBM logo on it -- has that

19   been updated since the version we see here?

20       A      I would believe so, but I'm not sure.

21       Q      Some version of this slide show, then, was

22   used to present at meetings between July 2014 and

23   March 2015, correct?

24              MR. STENGEL:  Objection to form.

25       A      Some versions were used --

1                    MR. MEUNIER:  I would like --

2       A      -- to make the presentation.

3                    MR. MEUNIER:  I would like to call for

4            the production of whatever version or versions

5            were used during that contempt sanctions period.

6                    Pending that, we will mark as Forest

7            Products Exhibit 427 the slide slow documents,

8            and we have to change the tape.

9                    THE VIDEOGRAPHER:  This is the end of

10           tape 3.  We're now off the record at 2:26.

11                   (Recess Taken From 2:26 p.m. To

12           2:45 p.m.)

13                   THE VIDEOGRAPHER:  This is the beginning

14           of tape 4.  We're now back on the record and the

15           time is 2:45.

16      BY MR. MEUNIER:

17      Q    Mr. Deng, what was your position and who

18      were you working for in March of 2011?

19      A      In March of 2011 I worked for CNBM Forest

20      Products Trading Company, Limited.

21      Q    Do you recall the occasion of a trade

22      mission visit by the British Columbia Trade and

23      Investment representative officer Pat Bell to CNBM

24      Import & Export in March of 2011?

25      A      I do not remember that because at the time I

1    just joined CNBM Forest Products Trading Company,

2    Limited.

3        Q      Have you ever reviewed the remarks made at

4    that March 28, 2011, trade mission visit by Mr. Huang

5    Anzhong?  We spoke of him earlier, H-u-a-n-g

6    A-n-z-h-o-n-g.

7        A      I do not recall.

8                THE INTERPRETER:  Interpreter...

9        A      I do not remember that I've ever reviewed

10   that.

11   BY MR. MEUNIER:

12       Q      Let me show you a copy of -- I'm going to

13   show you a copy of a printout from the CNBM website

14   which makes reference to the British Columbia's trade

15   mission visit with CBMIE; that is, CNBM Import &

16   Export.

17                MR. STENGEL:  Rachel, are these just

18          single-page documents?

19                MR. MEUNIER:  Tell you what, we're going

20          to -- to save time, we're going to withdraw

21          that.  We're going to move on.

22   BY MR. MEUNIER:

23       Q      Let me show you a document which is entitled

24   "Articles of Association of CNBM Forest Products,

25   Limited," and it's been marked Forest Products

1    Exhibit 426.

2              (Deposition Exhibit 426 marked.)

3              MS. STERNLIEB:  And this is a partial

4         translation of CNBMFP00045790 through 45793.

5         The PSC's translation is on top followed by the

6         machine translation followed by the Chinese

7         version of the document highlighted where the

8         PSC has translated the portions.

9    BY MR. MEUNIER:

10        Q    Mr. Deng, have you ever reviewed the

11   Articles of Association of CNBM Forest Products,

12   Limited?

13        A    I have not seen this document.

14        Q    On the first page under the heading

15   "Chapter Two Name of the Capital Contributor

16   (Shareholder)," et cetera, it identifies CNBM -- or

17   China National Building Materials & Equipment Import &

18   Export Corporation as the capital contributor and

19   shareholder of CNBM Forest Products, Limited.  Do you

20   see that?

21        A    I see that.

22        Q    Do you see under the heading "Chapter Three"

23   in that first subparagraph which states, "As the

24   capital contributor, the Shareholder" -- meaning China

25   National Building Materials & Equipment Import &

1    Export Corporation -- "will enjoy the owner's rights

2    to obtain asset profits, make import decisions, and

3    select the management."

4                    Do you see that?

5        A    I see that.

6        Q    As someone who serves today as an official

7    deputy manager for CNBM Forest Products, do you agree

8    that the 100 percent equity owner, China National

9    Building Materials & Equipment Import & Export

10   Corporation, has the right to select the management of

11   CNBM Forest Products?

12                  MR. STENGEL:  Objection, form.

13       A    Are you talking about CNBM Forest Products

14   Trading Company?

15   BY MR. MEUNIER:

16       Q    I thought we established earlier that CNBM

17   Forest Products, Limited, and CNBM Forest Products

18   Trading Company are the same entity.

19       A    That's correct.

20       Q    So, yes, I am talking here -- I'm making

21   reference to the Articles of Association and talking

22   here about the right of the equity owner, China

23   National Building Materials & Equipment Import &

24   Export Corporation to select the management of CNBM

25   Forest Products, Limited.  I'm asking you if you

1    disagree with that in your position as an officer of

2    CNBM Forest Products.

3        A    I do not.

4        Q    Turn the page, please, to what's written

5    under the heading "Chapter Five, Article 10," it

6    states that, "The Company" -- again, we're talking

7    about CNBM Forest Products, Limited -- "does not have

8    the meeting of shareholders" -- and the capitalist

9    shareholder which is identified as China National

10   Building Materials & Equipment Import & Export

11   Corporation -- "exercises the following

12   authorities" -- and then it lists things like

13   developing business policy and investment plan,

14   electing and changing directors, et cetera.

15             Again, my question is whether you, as

16   a current officer of CNBM Forest Products, would

17   disagree with what is stated here in the articles of

18   association for that company?

19             MR. STENGEL:  Objection to form.

20       A    I do not disagree.

21   BY MR. MEUNIER:

22       Q    The version of the articles that we've been

23   referring to, if you look at the final page, it's

24   Bates numbered CNBMFP 45792, has a date of June 10,

25   2010.  To your knowledge, have these Articles of

1    Association of CNBM Forest Products, Limited, ever

2    been modified or amended since June 10, 2010?

3         A     I don't know about this.

4         Q     You don't know whether it's been modified or

5    not?

6         A     That's correct.

7                   MR. MEUNIER:  I'll call for the

8              production of any modification of these

9              articles, if they exist, and without any being

10             produced, we'll assume that these are the

11             current articles.

12                  And I will attach, then, as a deposition

13             exhibit, Forest Products Exhibit 426, the

14             referenced excerpts from the Articles of

15             Association.

16   BY MR. MEUNIER:

17        Q     Mr. Deng, when did you first become aware of

18   this litigation?

19        A     In January of 2015.

20        Q     How did you become aware of it?

21        A     Our then-attorney in America sent an e-mail,

22   and I have learned generally there was such a matter

23   from that e-mail.

24        Q     And, again, that was in January of 2015?

25        A     If my recollection is not incorrect, that is

1    so.

2        Q     And so I take it that prior -- before

3    January 2015, you were never made aware of the judge's

4    order of contempt and sanctions dealing with Taishan

5    Gypsum and its affiliates?

6        A     Correct.

7        Q     I want to refer you to a letter written by

8    Mr. Dan Zhu, executive vice president of CNBM Forest

9    Products, to two individuals he calls Director Shi and

10   Chief Zhou.  And it's been labeled as Forest Products

11   Exhibit 413.

12            MS. STERNLIEB:  This is a translation of

13        CNBMGRP00388825 through 388826.  It's the PSC's

14        translation followed by the machine translation

15        followed by the Chinese text.

16            (Deposition Exhibit 413 marked.)

17   BY MR. MEUNIER:

18       Q     Mr. Deng, before I question you about it,

19   let's make one thing clear about the date of this

20   letter.  If you look at the third page, at least in my

21   version, at the bottom, where it indicates it's from

22   Dan Zhu, gives his e-mail address, and it says sent

23   March 2nd, 2015.  So I'm going to assume that the

24   dates referenced in the letter are dates in 2015.

25            MR. STENGEL:  Counsel, will you give us

```
 1          five minutes.  We may have a clawback situation

 2          here because this appears to have privileged

 3          material.

 4                    MR. MEUNIER:  Okay.  Off the record.

 5                    THE VIDEOGRAPHER:  We're now off the

 6          record at 3:07.

 7                    (Recess Taken From 3:07 p.m. To

 8                    3:10 p.m.)

 9                    THE VIDEOGRAPHER:  We're now back on the

10          record.  The time is 3:10.

11                    MR. STENGEL:  Counsel, thanks for the

12          accommodation in giving us time to review.  This

13          clearly reflects attorney-client advice from

14          counsel next to me, so we're exercising our

15          right to claw it back from production.

16                    MR. MEUNIER:  Which unfortunately we

17          didn't get a privilege log that would have

18          allowed us to sort that out.

19                    MR. STENGEL:  Well, this is from a group

20          production for one thing.  And obviously it

21          wouldn't have been logged because somehow we

22          missed it as a privileged document.

23                    MR. MEUNIER:  Well, I don't -- I don't

24          intend to ask the witness anything about the

25          arrangements with counsel.  I do intend to ask a
```

```
 1          couple of questions about the relationships

 2          between and among the companies.  So I want to

 3          respect fully the protection of the

 4          attorney-client relationship, but my questions

 5          were not going to touch on anything dealing with

 6          what lawyers said or what they paid lawyers or

 7          anything like that.

 8               MR. STENGEL:  Well, I guess on that

 9          basis, I'm not certain what the document adds to

10          your examination.

11               MR. MEUNIER:  Well, maybe I can

12          enlighten you on that if I'm allowed to.

13               MR. STENGEL:  Well, if we can have a

14          clear understanding that what you're proposing

15          to do is in no way in derogation of our clawback

16          rights and so --

17               MR. MEUNIER:  Yeah.

18               MR. STENGEL:  -- we'll let you ask some

19          questions.

20               MR. MEUNIER:  That's fine.

21               MR. STENGEL:  We stand by our assertion

22          of privilege.  We are clawing back.

23               MR. MEUNIER:  Okay.

24               MR. STENGEL:  We're allowing just

25          limited use subject to preservation of our
```

1           rights.

2                   MR. MEUNIER:  That's fine, Jim.  That's

3           fine.  And, you know, we may at some point have

4           a redacted version in the record rather than

5           what's privileged.

6                   MR. STENGEL:  And obviously asking you

7           for the moment not to attach it as an exhibit.

8                   MR. MEUNIER:  Right.  Okay.

9   BY MR. MEUNIER:

10      Q    Mr. Deng, in this letter and in the first --

11  or second paragraph of the letter, Mr. Zhu, who we

12  earlier saw in documents to be identified as the

13  president and CEO of CNBM Forest Products Canada and

14  whom you've also identified as a director of CNBM

15  Forest Products, is writing here to an individual

16  named Chief Zhou and I would ask you to confirm if you

17  know that Chief Zhou is the chairman of CNBM Group; is

18  that true?

19      A    I cannot confirm it.

20      Q    Do you know who Director Shi is, the other

21  person to whom this is written?

22      A    Because the accurate names were not listed,

23  therefore, I'm not sure.

24      Q    I want to -- I'm not sure I know what you

25  mean by the accurate names not being listed.  You have

1    a Chinese translation in front of you.  Are you saying

2    that the letter being addressed to Director Shi and

3    Chief Zhou is not an accurate listing of those names?

4        A    Because the e-mail address here is not

5    complete, therefore, I cannot identify it.

6        Q    You mean the e-mail address of Director Shi

7    and Chief Zhou is not complete?

8        A    Correct, because there are only three

9    abbreviations.

10       Q    Now, in this second paragraph of the letter

11   it's true, is it not, that Mr. Zhou, the president and

12   CEO of Forest Products Canada, states that, "We asked

13   headquarters for instructions as to whether we should

14   respond to the lawsuit," the lawsuit being the

15   litigation here?

16            Do you see that?

17       A    It says, "We reported to the Group about

18   that affected by Taishan Gypsum's Board Import/Export

19   Corporation of Forest Products Canada Company pursued

20   by the opposite party."

21       Q    Yes.  Where "Group Corporation" is

22   referenced, you understand that to be CNBM Group?

23       A    I do not know.  I cannot speculate.

24            MR. MEUNIER:  The difficulty here is

25       there's a letter written on behalf of Forest

1              Products Canada, the company I'm deposing today,

2              and I've got a witness who can't answer

3              questions about the letter.  It's frustrating.

4                   MR. STENGEL:  It's also a privileged

5              document that shouldn't have been produced in

6              the first place.

7                   MR. MEUNIER:  Well, the point I'm asking

8              about now shouldn't be privileged.  I don't

9              think it bears on any privilege.

10   BY MR. MEUNIER:

11       Q    Mr. Deng, let me just -- I was asking you

12   about the sentence that follows that one.  "We asked

13   the headquarters for instructions about whether we

14   should respond to the lawsuit."

15              Do you see that?  Do you see the

16   sentence I'm talking about?

17       A    Yes, it says asking for instruction from the

18   headquarters to see whether we should respond to the

19   lawsuit.

20       Q    So before CNBM Forest Products Canada would

21   even respond to this litigation, it was necessary to

22   get instructions from CNBM Group; is that correct?

23                   MR. STENGEL:  Before we get to that,

24              this questioning of this document has veered

25              into where I didn't want us to go, which is the

1          role of counsel responding in this dispute.  You

2          can ask him that question independent of the

3          document, and I'll instruct him not to make

4          reference to any conversations he's had with

5          lawyers.  But at this time I think we've

6          determined we really can't use the document

7          without putting at risk the privilege.  So I'm

8          going to assert the rights we have under the

9          clawback agreement to end questioning as to the

10         document at this point.  But you can ask the

11         question independent of the document.

12                 MR. MEUNIER:  I've got a question

13         pending, so I would like an answer to that.

14                 MR. STENGEL:  Well, I can instruct him

15         not to answer the pending question, and then you

16         can ask him the question independent of the

17         document.

18     BY MR. MEUNIER:

19         Q     Let me re-ask the question.

20                 Mr. Deng, without you referring to any

21     conversations you've had with lawyers, is it true that

22     CNBM Forest Products Canada, before it could respond

23     to this litigation, had to seek instructions about

24     whether to do so from CNBM Group?

25                 MR. STENGEL:  Objection to form.

```
1        A    I think it's more so as to ask the

2   headquarters to provide their opinions and

3   recommendations.

4   BY MR. MEUNIER:

5        Q    About whether to respond to the lawsuit?

6        A    Yes.

7             MR. MEUNIER:  I'm not going to attach

8        the document, but I do want to give it a --

9             MR. STENGEL:  Thank you.

10            MR. MEUNIER:  -- prospective exhibit

11       number because we previously marked it as Forest

12       Products Exhibit 413.  And subject to resolution

13       of the clawback issue, we'll ask that the

14       appropriate redacted portion of that letter be

15       attached in connection with the witness'

16       testimony.

17  BY MR. MEUNIER:

18       Q    Mr. Deng, you told us earlier that you did

19  not become aware of this litigation until January of

20  2015, right?

21       A    Correct.

22       Q    And you may have answered this before,

23  forgive me if I'm repeating myself.  When did you

24  first become aware of the contempt order and sanctions

25  order entered by Judge Fallon on July 17, 2014?
```

1        A      At about the same time.

2        Q      So just so the record is clear, at no time

3    before January of 2015 did you, as an employee or

4    worker associated with CNBM Companies that you've

5    identified, ever receive any advice or warnings or

6    guidance about the contempt order from Judge Fallon,

7    correct?

8        A      CNBM Forest Products Trading Canada Company

9    did not prior to January 2015.

10       Q      But after you became aware of the litigation

11   and the contempt order, you did have concerns, didn't

12   you, about whether your company should be doing

13   business in the United States?

14              MR. STENGEL:  Objection to form.

15       A      Yes.

16   BY MR. MEUNIER:

17       Q      I want to show you a letter that you sent on

18   February 6th, 2015, to Macy Zhu.

19              MS. STERNLIEB:  This is a translation of

20       CBMIE00039570 through 39571.  The PSC's

21       translation, machine translation, followed by

22       the Chinese text.

23   BY MR. MEUNIER:

24       Q      I've called it a letter because I've got

25   old-school habits.  It's actually an e-mail, isn't it,

1    Mr. Deng?  It's an e-mail?

2        A     It is an e-mail.

3        Q     And you wrote the subject for the e-mail

4    which you called "Forest Products Business in the

5    United States (urgent)," correct?

6        A     Yes, that's what the e-mail says.

7        Q     Why did you consider it urgent?

8        A     Because at the time CNBM Forest Products

9    Canada Company has signed a contract regarding to the

10   shipment of bulk logs.  The loading date was around

11   February the 16th.  At the same time we learned from

12   attorney that the Forest Products company as well as

13   the Canada company were listed as defendants.  I would

14   like to amend my answer.  They were CNBM Group

15   Import & Export Company as well as CNBM Forest

16   Products Canada Company.

17       Q     Now, you wrote this e-mail -- let me ask you

18   this.  Did you write this e-mail after reading Judge

19   Fallon's contempt and sanctions order of July 17,

20   2014?

21       A     At the time I have not yet read the

22   document.

23       Q     But you told me that when you wrote this

24   e-mail and called this urgent business, you were aware

25   of the contempt order from Judge Fallon, were you not?

1      A      I was aware of that and the attorney had

2   told us about the contempt order, but we did not have

3   the document.  It was only mentioned in this e-mail.

4      Q      Now, you write the e-mail to Macy Zhu and --

5   forgive me, I'm trying to remember what position that

6   person has.  That person is with CNBM Import & Export?

7      A      Not as far as I know.

8      Q      Well, who is Macy Zhu with?  I mean, at the

9   time this e-mail was written, who was she with?

10     A      She is a general manager of Shanghai Jian Pu

11  Import & Export Company.

12     Q      Why would you write to her about the Forest

13  Products business of CNBM Forest Products Canada in

14  the US?

15     A      Because at the time, prior to her leaving of

16  the Forest Products company, she had always been the

17  person who was in charge of communicating with our

18  American attorney.

19     Q      And you also addressed the e-mail to Dan

20  Zhu, who as we said was the president and CEO of

21  Forest Products Canada as well as an officer of Forest

22  Products, right?

23     A      Director Zhu?

24     Q      Do you understand my question?  You wrote to

25  Dan Zhu, who at that time was the president and CEO of

1    Forest Products Canada as well as a director for

2    Forest Products, correct?

3         A     I did write to Dan Zhu.  He is CNBM Forest

4    Products Canada company's director as well as the

5    executive deputy general manager of CNBM Forest

6    Products Company, Limited.

7         Q     Do you know why both Macy Zhu and Dan Zhu

8    have e-mail addresses that indicate a relationship

9    with CBMIE, which is the import and export company of

10   CNBM?

11        A     I do not know about it.

12        Q     All right.  In the letter you state that in

13   mid January 2015, CNBM Forest Products Canada signed

14   an agreement with Astoria Forest Products.  That is a

15   company in Oregon, correct?

16        A     Astoria Forest Products does have an office

17   in the state of Oregon.

18        Q     And who signed that contract in mid

19   January 2015 on behalf of CNBM Forest Products Canada?

20        A     I don't have a clear recollection on the

21   specific signer of this contract.

22        Q     And you state in your e-mail that the

23   contract called for a shipment of bulk logs in the

24   amount of $3.54 million, correct?

25        A     That's what it says.

1      Q      Did that shipment occur and was that amount

2   paid?

3                  MR. STENGEL:  Object to the form.

4      A      The shipment occurred.

5   BY MR. MEUNIER:

6      Q      And the $3.54 million was paid?

7      A      In the end it was paid.

8      Q      When was the shipment made?

9      A      Approximately in mid or the end of

10  February 2015.

11     Q      And when was the payment made?

12     A      I believe the last payment was made before

13  the end of February of 2015.

14     Q      Did anyone, to your knowledge, ever advise

15  CNBM Products Canada not to go forward with that

16  shipment and payment in light of Judge Fallon's

17  contempt order?

18     A      Nobody had given a hard advice like that.

19     Q      In the next paragraph you say that CNBM

20  Canada would transfer and directly sell the cargo to

21  Taiga Building Products Company.  Were you proposing

22  here that that could be done instead of going forward

23  with the arrangements with Astoria?

24     A      I don't understand your question.

25     Q      What were you proposing in this paragraph

1    about Taiga Building Products Company?

2        A    We chose that Canada company would purchase

3    the shipment from AFP and sell it to Taiga company.

4        Q    So under that proposal you were saying there

5    would be a way to go forward with getting that

6    material, those logs, without having to deal directly

7    with the US customer?

8              MR. STENGEL:  Objection to form.

9        A    That's not so, because CNBM Forest Products

10   Canada Company still needed to deal with Astoria

11   Company in the United States based on then

12   circumstance.

13   BY MR. MEUNIER:

14       Q    Well, were you given any response or advice

15   regarding the proposal to sell the cargo directly to

16   Taiga -- or Taiga, rather, Building Products Company?

17             MR. STENGEL:  I suspect that question

18         can't be answered without violating a privilege.

19         The last paragraph of at least the PSC human

20         translation indicates clearly that this

21         description of the transaction was in

22         furtherance of seeking legal advice from the

23         lawyer team in the enterprise management

24         department.  I think the witness can answer yes

25         or no if he got a response to that request for

```
 1        legal advice.
 2               MR. MEUNIER:  That's all I need.
 3   BY MR. MEUNIER:
 4        Q     Without telling us what the response was,
 5   did you get a response to the request for advice as to
 6   the direct sell to Taiga Building Products Company?
 7        A     I did receive that.
 8        Q     Did you follow that advice?
 9        A     No.
10        Q     Why not?
11        A     Because we don't think the contempt order
12   applies to CNBM Forest Products Canada Company.
13        Q     Well, if you didn't think it might apply,
14   why did you write this letter?
15        A     We wanted to consult the possible business
16   risks.
17        Q     So in the last paragraph where you ask that
18   there be communication with the lawyer team and the
19   enterprise management department of the headquarters,
20   when you say "headquarters," are you referring to --
21   well, who are you referring to when you say
22   "headquarters"?  Which company?
23        A     I was referring to CNBM Import & Export
24   Company.
25        Q     And is that the lawyer team that you
```

1   received the advice from that you did not follow?

2      A    We did receive an advice, but it did not

3   state yes or no.

4      Q    You told me earlier you got advice that you

5   did not follow.  My question is where did the advice

6   come from that you did not follow?

7      A    We received advice from the enterprise

8   management department in Beijing from CNBM Group

9   Import & Export Company.  It advised us to stop

10   businesses in the United States.

11      Q    And I believe that's reflected on the third

12   page of the document in English which is CNBM --

13   CBMIE00039571.  Is this an e-mail reply that you got

14   from Lihe Wang?

15               MR. STENGEL:  Jerry, you are showing

16      your age.

17               MR. MEUNIER:  Why?

18               MR. STENGEL:  You're going in reverse

19      order.  The back are the first e-mails.

20               MR. MEUNIER:  This came before?

21      A    This was the e-mail prior to the e-mail I

22   sent.

23   BY MR. MEUNIER:

24      Q    Okay.  I'm sorry.  So this e-mail from Lihe

25   Wang referenced the high risk of business related to

1   the US and suggested that all companies cease business

2   in the US, correct?

3        A     That's what the e-mail says.

4        Q     And Wang is with the enterprise management

5   department of CNBM Import & Export?

6        A     Yes.

7        Q     And did you understand Wang's e-mail advice

8   to cease business in the US as being based on Judge

9   Fallon's contempt order?

10       A     I'm not 100 percent sure.

11       Q     But when you got Wang's e-mail, then you

12  decided to do the e-mail we've been talking about that

13  went to Macy Zhu and others?

14       A     Correct.

15       Q     So let me, before we move on, just make sure

16  I've got it.  At a time you're aware of Judge Fallon's

17  contempt order, you get an e-mail from CNBM Import &

18  Export's representative of the enterprise management

19  department, Wang, advising that your company stop

20  doing business in the US, right?

21            MR. STENGEL:  Objection to form.

22       A     We did receive such an e-mail.

23  BY MR. MEUNIER:

24       Q     And then you write asking for advice on

25  whether, because of Judge Fallon's order, the company

1    should stop doing business in the US; is that true?

2              MR. STENGEL:  Objection to form,

3         misstates the prior testimony.

4    A    We did ask headquarters to assess the

5    business risks.

6    BY MR. MEUNIER:

7    Q    Did headquarters assess the business risks?

8              MR. STENGEL:  I'm going to object.  I'm

9         also concerned because of primarily translation

10        issues.  Business risks may not safely exclude

11        legal risk assessment.  So I will instruct him

12        not to reflect any legal risk assessment he got

13        from lawyers of the company.

14   A    I do not know whether CNBM Import & Export

15   Company had indeed conducted or not the specific

16   business risks assessments.

17   BY MR. MEUNIER:

18   Q    But after asking headquarters to assess the

19   business risks, CNBM Products Canada proceeded to do

20   business in the US at this time, at the time of this

21   e-mail, correct?

22             MR. STENGEL:  Objection to form.

23   A    Yes.

24             MR. MEUNIER:  I'll mark as and ask that

25        we attach as FP Exhibit 458 the e-mails that we

```
 1            have been discussing from February of 2015.

 2                  (Deposition Exhibit 458 marked.)

 3                  MR. STENGEL:  Are we getting close to

 4            the end of the tape?  I would like a break.

 5                  MR. MEUNIER:  Break.

 6                  THE VIDEOGRAPHER:  This is the end of

 7            tape 4.  We're now off the record at 4:01.

 8                  (Recess Taken From 4:01 p.m. To

 9                  4:11 p.m.)

10                  THE VIDEOGRAPHER:  This is the beginning

11            of tape 5.  We're now back on the record.  The

12            time is 4:11.

13    BY MR. MEUNIER:

14       Q    Mr. Deng, you've told us you started working

15    for CNBM Forest Products Canada in May of 2014 and

16    you've also told us that you hold a position with CNBM

17    Forest Products -- or Forest Products Trading.  What

18    other CNBM entities besides those two companies have

19    you either worked for or been paid by?

20       A    I also work for CNBM Forest Products New

21    Zealand Company.

22                  THE INTERPRETER:  Interpreter needs to

23            clarify with witness.

24    BY MR. MEUNIER:

25       Q    Any others besides CNBM Forest Products
```

1    New Zealand?

2        A    No.

3        Q    Who is the parent company of CNBM Forest

4    Products New Zealand?

5        A    I'm not 100 percent sure, but it is CNBM

6    Forest Products Trading Company, Limited.

7        Q    And is that the same as CNBM Forest

8    Products, Limited?

9        A    We are talking about the same company.

10       Q    Okay.  I wanted to get back just briefly to

11   Wells Fargo.  We talked before about the bank account

12   that CNBM Forest Products Canada had there, and I want

13   to show you a letter dated January 28, 2014.  It's

14   Bates numbered CNBMFP00005011.

15            Has this Wells Fargo commercial

16   checking account at the Wells Fargo Bank in Seattle

17   been open and used by CNBM Forest Products since

18   January 2014?

19       A    It is not used by CNBM Forest Products

20   Trading Company, but CNBM Forest Products Canada

21   Company.

22       Q    And has it been used by CNBM Forest Products

23   Canada Company since January of 2014 until the present

24   time?

25       A    Yes.

1      Q      What is the average balance in the account?

2      A      I cannot estimate this.

3      Q      Can you give me a low and a high account

4   balance just as a typical range for what's in the

5   account?

6      A      The low would be a few hundred US dollars

7   and the high can be 3.5 to 4 million US dollars.

8      Q      That's a big range.  Is that range -- low to

9   high, would that apply for the period July 2014 to

10  March 2015?

11     A      If my recollection is not mistaken, that's

12  correct, it does apply.

13     Q      Who has the authority to withdraw funds or

14  transfer money from that account?

15             THE INTERPRETER:  Interpreter needs to

16       clarify with witness.

17     A      Different people would authorize different

18  amounts.

19  BY MR. MEUNIER:

20     Q      So tell me who has withdrawal or

21  check-writing authority and up to what amounts?

22     A      If the amount is more than 300,000 US

23  dollars, the people to approve would include CNBM

24  Forest Products Canada Company's director Zhu Dan as

25  well as the chairman of directors Wu Xiang.  If the

1    amount is below $300,000, then the director of CNBM

2    Forest Products Canada Company's Zhu Dan's approval

3    would be sufficient.

4              MR. MEUNIER:  I will mark and attach as

5         deposition Exhibit FP Exhibit 465 the

6         January 28, 2014, letter that we've referred to.

7              (Deposition Exhibit 465 marked.)

8    BY MR. MEUNIER:

9         Q    Mr. Deng, tell me what business has been

10   conducted between CNBM Forest Products or Forest

11   Products Canada and Plum Creek Timber Company?

12        A    If my recollection is not mistaken, CNBM

13   Forest Products Canada Company had signed a log

14   purchasing agreement with Plum Creek in May of 2014.

15        Q    What did that agreement call for?

16        A    The primary purpose of the agreement is that

17   Plum Creek would provide goods to CNBM Forest Products

18   Canada Company.  If my recollection is not mistaken,

19   the quantity is 1,000 cubic meters.

20        Q    Is there still a log purchasing agreement in

21   place with Plum Creek?

22        A    As far as I know, Canada Company had only

23   signed one log purchasing agreement with Plum Creek.

24        Q    And that was in May of 2014?

25        A    If my recollection is not mistaken, that is

1    the date.

2        Q     And when you say goods were provided and you

3    say 1,000 cubic meters, are you talking about logs or

4    lumber?

5        A     Logs.

6        Q     And where were the logs from?

7        A     I do not quite remember the specific

8    addresses, but I believe they are from a few thousand

9    states in the United States.

10       Q     When you say "a few thousand states," maybe

11   we have a translation problem.

12               THE INTERPRETER:  Thousand.

13               MR. STENGEL:  Southern.

14   BY MR. MEUNIER:

15       Q     A few southern states, states in the

16   southern part of the US, correct?

17       A     That's correct.

18       Q     That would include Louisiana?

19       A     I'm not sure about that because we, CNBM

20   Forest Products Canada Company, cannot control the

21   supply channel of Plum Creek.

22       Q     If the agreement was signed in May of 2014,

23   when do you think the actual shipment of the material

24   occurred?

25       A     The shipment from Plum Creek to CNBM Forest

1    Products Canada Company should've occurred in either

2    May or June, but I do not quite remember the exact

3    time.

4         Q     Mr. Deng, we were provided with a

5    spreadsheet from the attorneys for your company, and

6    I'm just going to ask you to help me understand it.  I

7    don't want to spend too much time on it, but it's a

8    document that is entitled "Contracts Status" report.

9    And it begins -- the partial translation begins at a

10   document that's Bates numbered CNBMFP00001663.

11             MS. STERNLIEB:  That is a partial --

12        this is a partial translation of CNBMFP00001663

13        followed by the machine translation, followed by

14        the document which was produced in native format

15        in an Excel spreadsheet.

16   BY MR. MEUNIER:

17        Q     Are you familiar with this document,

18   Mr. Deng?

19        A     I have seen this document.

20        Q     Do you know the date period that is covered

21   by this document?

22        A     From May 2014 all the way to the beginning

23   of 2015.

24        Q     The headings for the columns referring, for

25   example, to Southern Pine, Simpson, et cetera, are

1    those separate agreements entered into between CNBM

2    Forest Products Canada and those customers?

3        A      This is our internal document.

4    Corresponding to that is our purchasing agreement,

5    that's correct.

6        Q      Are each of the customers that are

7    identified in the columns US businesses?

8        A      The companies listed in this document are

9    the suppliers of CNBM Forest Products Canada Company.

10   They are all located in the United States, that is

11   correct.

12       Q      And on the second page there's a table at

13   the bottom of the page giving certain dollar amounts.

14   Do you see that?

15                MR. STENGEL:  And that corresponds with

16        this?

17                MR. MEUNIER:  Yeah.

18                MR. STENGEL:  It's the last physical

19        page of the document.

20       A      I see that.

21   BY MR. MEUNIER:

22       Q      Tell me what the bottom figure, which

23   appears to be -- is that US dollars?

24       A      They are US dollars.

25       Q      Tell me what that last figure $5,440,600

1   represents.

2       A     This is the estimated income of CNBM Forest

3   Products Canada Company in the end of 2014.

4       Q     So even though some of the information on

5   this spreadsheet, I thought I heard you say, goes past

6   the end of 2014 into 2015; is that true?

7               MR. STENGEL:  Court Reporter, can you

8          mark the transcript?  We've got a translation

9          issue we're going to have to chase down.

10      A     I didn't hear the question.

11  BY MR. MEUNIER:

12      Q     All right.  Mr. Deng, am I correct that the

13  spreadsheet does include some payments under

14  agreements that occurred after the end of 2014?

15      A     It's not listed here.

16      Q     So then all of the dollar amounts reflected

17  on this spreadsheet would be dollar amounts received

18  by CNBM Forest Products Canada in the year 2014?

19              MR. STENGEL:  Objection to the form.

20      A     There are too many US dollar amounts.  I'm

21  not sure which ones you are referring to.

22  BY MR. MEUNIER:

23      Q     All I'm trying to find out is whether the

24  dollar amounts in the spreadsheet are -- any of those

25  amounts are received after 2014 in the year 2015?

1       A     Are you referring to the amount --

2       Q     Yes.

3       A     -- CNBM Forest Products Canada had received

4    from CNBM Forest Products Canada's customers?

5       Q     Yes.

6       A     The income reflected on this spreadsheet is

7    up to the end of 2014.

8       Q     And is it possible using this spreadsheet to

9    arrive at the total amount that would've been received

10   by CNBM Forest Products Canada between July 17, 2014,

11   and the end of 2014?

12            MR. STENGEL:  Objection to the form of

13      the question.

14      A     The spreadsheet actually reflects the status

15   in business.  I'm not sure about the reflection of

16   financial income on the spreadsheet.

17   BY MR. MEUNIER:

18      Q     Well, that's why I asked you about these

19   totals, what they represented.  Didn't you tell me

20   that the total dollar amounts here in this table

21   reflect what was received by CNBM Canada from these

22   suppliers, or did I misunderstand that?

23            MR. STENGEL:  Objection to the form of

24      the question.

25      A     What I just mentioned, over $5 million on

1    page 2, is an estimated amount, not an amount that

2    actually occurred.

3    BY MR. MEUNIER:

4         Q    Does the spreadsheet reflect the amount

5    actually received instead of the amount estimated?

6         A    The actually received amounts are only

7    listed in page 1663.

8         Q    Why don't you show me on the document you

9    have where there would be an amount shown that was

10   actually received by CNBM Forest Products Canada.

11   Just point it out to me.

12             All right.  Let me for the record just

13   indicate that in response to that last question, the

14   witness pointed to the red printed material on page 6,

15   which is CNBMFP 1663.  Is that correct, Mr. Deng?  The

16   information in red on that page reflects amounts

17   actually received by the company.

18             MR. STENGEL:  We may -- seems like we

19        have multiple -- the spreadsheet has one Bates

20        number on it.  I think he pointed you to a

21        different 1663.

22             Is it this or this?

23             THE WITNESS:  (In English)  This.

24             MR. MEUNIER:  Have I got the right page?

25             MR. STENGEL:  Yes.  I had the wrong

```
 1          page.  You had the right page.

 2                    MR. MEUNIER:  All right.  So we will --

 3                    MR. STENGEL:  That's page 6 of 1663.

 4                    MR. MEUNIER:  Page 6 of the document.

 5          So we're going to attach as deposition Exhibit

 6          FP Exhibit 511 the entire document.  And for the

 7          record, the witness has indicated that the red

 8          print information shown on page 6 of the

 9          document would refer to actual payments received

10          by the company.

11                    (Deposition Exhibit 511 marked.)

12   BY MR. MEUNIER:

13      Q    Now, let me, before we put that document

14   away just ask one other question about that box of

15   numbers at the bottom.  If I understand you, you're

16   saying that those figures in US dollars do not reflect

17   what the company actually received but rather what the

18   company estimated it would receive under these

19   contracts with US suppliers; is that right?

20      A    This is the estimated scale of business of

21   CNBM Forest Products Trading Company to be received in

22   2014 from its customers, not from its US suppliers.

23   I'm sorry, it should be CNBM Forest Products Canada

24   Company.

25      Q    So those are estimates of what Forest
```

1   Products Canada estimated it would receive from all

2   customers, not just US customers?

3       A       Correct.

4       Q       And for -- I asked you about the bottom

5   figure of 5 million some-odd thousand.  The figure

6   above that that's $2,720,300, that's the estimated

7   amount that would be received from all customers in

8   the third quarter of 2014; is that true?

9       A       That was estimated scale at the time.

10      Q       And would the third quarter be June 15 until

11  September 15 of 2014?

12      A       The third quarter is referring to the months

13  in the third quarter.

14      Q       Are those months June 15 to September 15?

15      A       They are July, August and September, those

16  three months.

17      Q       All right.  July, August and September.  So

18  what's your best estimate of the percentage of total

19  estimated payments from all customers that would be

20  represented in this period of time by US customers?

21              MR. STENGEL:  Objection to form, lack of

22          foundation.

23      A       I have not made such a calculation.

24              MR. MEUNIER:  I will then attach as a

25          deposition exhibit FP Exhibit 511, the

```
 1        spreadsheet.
 2   BY MR. MEUNIER:
 3        Q     Let me move now to the subject of the Oregon
 4   case.  We earlier looked at a document filed in the
 5   Oregon litigation.
 6                  Is it true, Mr. Deng, that on May 5th,
 7   2014, CNBM Import & Export and CNBM Forest Products
 8   Canada, Limited, filed a lawsuit in federal court in
 9   the state of Oregon, United States of America?
10        A     I know there was a lawsuit, but I'm not sure
11   about the exact date.
12        Q     All right.  Let me show you a document which
13   we have marked as FP Exhibit 508.  It begins with
14   Bates number CBMIE 66338.
15                  (Deposition Exhibit 508 marked.)
16   BY MR. MEUNIER:
17        Q     And it is entitled "Complaint," and it shows
18   at the top being -- it was filed May 5th, 2014.  Do
19   you recognize this document?
20        A     I cannot be 100 percent sure that I have
21   read a document that is exactly the same document
22   because all I have in hand are all English documents.
23        Q     Were you --
24        A     And they are also very long.  Therefore, I
25   cannot confirm that.
```

1       Q       Well, tell me what you know about this

2   lawsuit that was filed by your company May 5th, 2014,

3   in the United States.

4       A       As far as I know, at the time Westerlund Log

5   Handlers Company had entered into a log purchasing

6   agreement with CNBM Import & Export Company.  However,

7   there was a dispute on the port handling fee, which

8   resulted in the termination of their cooperation and

9   unhappy events.  At the time Westerlund was already in

10  a lawsuit with CNBM Group Import & Export Company.

11              THE INTERPRETER:  Interpreter needs to

12       clarify with witness.

13      A       I also learned that Westerlund at the time

14  had transferred its leasing power to Astoria and

15  Murphy.  As for what was the reason that led to the

16  lawsuit between CNBM Group Import & Export Company and

17  Murphy, I do not know the specifics.

18  BY MR. MEUNIER:

19      Q       Who signed the agreement with Westerlund for

20  the export of logs from the United States to China?

21      A       I do not recall the specific signer.

22      Q       Was the contract signed by someone with CNBM

23  Forest Products Canada or someone with CNBM Forest

24  Products?

25      A       I don't quite recall.

1       Q       Why is China National Building Materials

2    Import & Export Corporation a company that brought the

3    lawsuit against Westerlund?

4                   MR. STENGEL:  Objection to form, calls

5          for a legal conclusion.

6       A       As far as I know, as I just said, there had

7    been a certain degree of dispute between CNBM Group

8    Import & Export Company and Westerlund in regard to

9    the port handling fee.

10   BY MR. MEUNIER:

11      Q       Was the agreement between CNBM Import &

12   Export and Forest Products Canada entered into in

13   2012?

14      A       If I'm not mistaken in my recollection, that

15   is correct.

16      Q       And did CNBM Import & Export loan

17   $3.55 million to Westerlund in connection with the

18   contract it made?

19      A       If my recollection is not mistaken, that was

20   the stipulation of the agreement.

21      Q       And based on that loan, did CNBM

22   Import/Export and Forest Products Canada claim to have

23   a security interest in Westerlund's equipment in

24   Oregon?

25                   THE INTERPRETER:  May the interpreter

1          inquire the word of "security" here?  Is there

2          another word for it?

3                    MR. MEUNIER:  Collateral.

4                    THE INTERPRETER:  Collateral.  There's

5          no interpreter's change, then.

6                    May the interpreter in fact take a

7          five-minute break?

8                    THE VIDEOGRAPHER:  This is the end of

9          tape 5.  We're now off the record at 5:03.

10                    (Recess Taken From 5:03 p.m. To

11                    5:06 p.m.)

12                    THE VIDEOGRAPHER:  This is the beginning

13          of tape 6.  We're now back on the record and the

14          time is 5:06.

15  BY MR. MEUNIER:

16     Q    Question was, based on the loan, did CNBM

17  Import/Export and Forest Products Canada claim an

18  interest in Westerlund's equipment in Oregon?

19     A    Because the entire lawsuit has been handled

20  by our attorney in Canada and in the United States, I

21  do not quite know the details.

22     Q    I think I asked that we attach the Oregon

23  case filed by CNBM entities as Exhibit 508.

24                    Let me refer to the suit that

25  Westerlund brought against CNBM Import/Export and

1    Forest Products Canada in state court in Oregon, which

2    has been marked as FP Exhibit 507.  Do you recognize

3    that document?

4              (Deposition Exhibit 507 marked.)

5              MR. STENGEL:  Madam Interpreter, do you

6       need a copy of this document?

7              THE INTERPRETER:  No.  Oh, yes.

8    BY MR. MEUNIER:

9    Q    The only question, Mr. Deng, is do you

10   recognize that as the other lawsuit, I think you made

11   reference to it, where Westerlund brought suit against

12   the CNBM Companies?  Do you recognize that?

13   A    I'm not 100 percent sure on whether or not I

14   have read this document.

15   Q    Is it true that all of the claims involving

16   the two CNBM Companies, Westerlund, Murphy/Astoria,

17   et cetera, were all settled and have been settled?  Is

18   that true?

19   A    That's correct, as far as I know.

20   Q    When was the litigation settled, Mr. Deng?

21   A    I remember it was in November 2014.

22   Q    And is it true that Ken Kao and Jackie Wang

23   were the officers of CNBM who traveled from Shanghai

24   over to the US to negotiate a settlement?  Is that

25   true?

1      A      I'm not sure about that.  Gao Xiaozheng no

2   longer held position in CNBM in August 2014.

3      Q      In connection with the settlement of the

4   Oregon cases, did CNBM Forest Products Canada enter

5   into some agreements with Murphy/Astoria USA?

6             THE INTERPRETER:  Interpreter needs to

7        clarify with deponent.

8      A      I remember there was an agreement.

9   BY MR. MEUNIER:

10     Q      And the agreement was for CNBM Forest

11  Products Canada and CNBM Import/Export to do a log

12  export business with Murphy/Astoria, right?

13     A      I remember there are similar contents in the

14  agreement.

15     Q      And I'm going to show you, as a final

16  document here, a stack of invoices and contract

17  documents relating to CNBM Forest Products Canada and

18  Murphy/Astoria USA Forest Products.  The first thing I

19  want you to do, though, in looking at this is tell me

20  who signed the agreement that is dated January 27,

21  2015, with Murphy Overseas USA, Astoria Forest

22  Products, LLC.  I have turned the document to that.

23     A      The signer on this document is Zhu Dan.

24     Q      And who is that individual?

25     A      He is one of the directors of CNBM Forest

1    Products Canada Company.

2        Q      Please look at those documents as

3    efficiently as you can and, as we did with the other

4    group of invoices, I'm just going to ask you to verify

5    that those appear to be correct copies of the

6    originals of invoices and contract documents as well

7    as records that are kept by CNBM Forest Products

8    Canada in the course of its regular conducted

9    business.

10              (Witness Reviews Document.)

11              MR. MEUNIER:  While the witness is doing

12          that, there are Bates numbers for this exhibit

13          that are not in sequence and so it doesn't do

14          any good to give the Bates numbers at this point

15          for the record, but I do want to say that the

16          document where the signature on the January 27,

17          2015, contract appears, which I asked him about,

18          is Bates numbered -- that page is Bates numbered

19          CNBMFP00197049.

20              MR. STENGEL:  Looks like it's about 25

21          or 30 pages into the composite exhibit.

22              (Witness Reviews Document.)

23        A      Some of the documents here belong to CNBM

24    Forest Products Trading Company and some belong to

25    CNBM Forest Products New Zealand Company.  Some of

1    them says CNBM Group Import & Export Company.

2    BY MR. MEUNIER:

3         Q     Are the documents that you are familiar with

4    from your work for those companies, CNBM Forest

5    Products Canada, CNBM Forest Products Trading, are

6    those documents -- do they appear to be true and

7    correct copies of the originals and are they the types

8    of documents kept by those companies in the normal

9    course of their business operations?

10        A     Yes.

11             MR. MEUNIER:  Then I will attach as

12        deposition exhibit FP Exhibit 461, the

13        Murphy/Astoria USA documents.

14             (Deposition Exhibit 461 marked.)

15             MR. MEUNIER:  Mr. Deng, thank you very

16        much for your patience.  That concludes my

17        questioning on behalf of plaintiffs.  We do want

18        to make one statement for the record.  We don't

19        need the translator for it, so if she would

20        like, if she needs to pack up, she can.  And

21        I'll let my associate actually make the

22        statement since she's written it out anyway.

23             MS. STERNLIEB:  We just want to put on

24        the record that yesterday, October 27th, 2014,

25        [sic] at 2:30 p.m. CNBM Forest Products Canada

```
 1          produced volumes 8, 9 and 10 of the production
 2          less than 24 hours before the deposition was to
 3          begin today.  Volume 8 was an enormous
 4          spreadsheet with 21 image files attached.
 5          Volume 9 was approximately 202 documents with
 6          1,658 pages.  And volume 10 was the one-page
 7          Excel printout of a profit and loss statement
 8          undetailed from QuickBooks that counsel referred
 9          to earlier this morning.
10                    MR. MEUNIER:  And in light of that, we
11          do have to reserve our right to supplement the
12          30(b)(6) deposition testimony of Forest Products
13          Canada.
14                    MR. STENGEL:  We have a contrary view
15          obviously, but we will, I'm sure, wrestle with
16          that issue in the future.
17                    MR. MEUNIER:  Thank you, sir.
18                    THE VIDEOGRAPHER:  Today's deposition
19          consists of six tapes.  This is the end of
20          tape 6.  We're now off the record at 5:22.
21                    (Deposition Concluded At 5:22 p.m.)
22
23
24
25
```

```
 1                 REPORTER'S CERTIFICATE

 2

 3        This transcript is valid only for a transcript

 4   accompanied by my original signature and original

 5   required seal on this page.

 6        I, Micheal A. Johnson, Certified Court Reporter

 7   (LA Certificate #29025) in and for the State of

 8   Louisiana, as the officer before whom this testimony

 9   was taken, do hereby certify that JIANJUN DENG, after

10   having been duly sworn by me upon authority of

11   R.S. 37:2554, did testify as herein before set forth

12   in the foregoing 130 pages; that this testimony was

13   reported by me in the stenotype reporting method, was

14   prepared and transcribed by me or under my personal

15   direction and supervision, and is a true and correct

16   transcript to the best of my ability and

17   understanding; that the transcript has been prepared

18   in compliance with transcript format guidelines

19   required by statute or by rules of the board, and that

20   I am informed about the complete arrangement,

21   financial or otherwise, with the person or entity

22   making arrangements for deposition services; that I

23   have acted in compliance with the prohibition on

24   contractual relationships, as defined by Louisiana

25   Code of Civil Procedure Article 1434
```

1    and in rules and advisory opinions of the board;

2    that I have no actual knowledge of any prohibited

3    employment or contractual relationship, direct or

4    indirect, between a court reporting firm and any party

5    litigant in this matter nor is there any such

6    relationship between myself and a party litigant in

7    this matter.  I am not related to counsel or to the

8    parties herein, nor am I otherwise interested in the

9    outcome of this matter.

10

11              Signed this ___ day of _____, 2015.

12

13

14

15              _____

16              MICHEAL A. JOHNSON, RMR, CRR

17              Certified Court Reporter

18              LA Certified Court Reporter #29025

19

20

21

22

23

24

25

1                   ACKNOWLEDGMENT OF DEPONENT

2

3          I,_____, do hereby

4    certify that I have read the foregoing pages and

5    that the same is a correct transcription of the

6    answers given by me to the questions therein

7    propounded, except for the corrections or changes in

8    form or substance, if any, noted in the attached

9    Errata Sheet.

10

11          _____

12          JIANJUN DENG                    DATE

13

14   Subscribed and sworn to before me this

15   _____ day of _____, 20 _____.

16   My commission expires: _____

17

18   Notary Public

19

20

21

22

23

24

25

1                     — — — — — —

2                         ERRATA

                           — — — — — —

3

4   PAGE   LINE    CHANGE/REASON

5   _____  _____  _____

6   _____  _____  _____

7   _____  _____  _____

8   _____  _____  _____

9   _____  _____  _____

10  _____  _____  _____

11  _____  _____  _____

12  _____  _____  _____

13  _____  _____  _____

14  _____  _____  _____

15  _____  _____  _____

16  _____  _____  _____

17  _____  _____  _____

18  _____  _____  _____

19  _____  _____  _____

20  _____  _____  _____

21  _____  _____  _____

22  _____  _____  _____

23  _____  _____  _____

24  _____  _____  _____

25  _____  _____  _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRY WALL
PRODUCTS LIABILITY LITIGATION

This Document Relates to
ALL CASES

: MDL No. 2047
: Section L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

PEOPLE'S REPUBLIC OF CHINA

CITY OF _____Beijing_____

DECLARATION OF 杨颖（Ying YANG）

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, 杨颖（Ying YANG）, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2. I am director of translation division with Beijing Golden Olive Translation Center, and work in the office in Beijing, China.

3. I am fluent in the languages of Chinese and English.

4. I hereby certify that I prepared the English translation of the "ERRATA TO THE DEPOSITION OF DENG JIANJUN" ("ERRATA") in Chinese which was signed by Mr. DENG Jianjun, and when I translated the page/line numbers in the ERRATA, I reviewed the Transcript in English (see Attachment A) and the Chinese translation of the Transcript (see Attachment B) and confirmed that the contents in the Chinese translation of the Transcript as referred to by the page/line numbers indicated in the ERRATA in Chinese are corresponding to the contents in the Transcript in English as referred to by the page/line numbers indicated in the English translation of the ERRATA. I further certify that these copies of the ERRATA are true and accurate translations of one another.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



Executed on November 26, 2015

_____
Signature

_____
杨颖
Printed Name

路易斯安那州东区美国联邦地方法院

多地合并诉讼案件号：2:09-md-2047
关于：中国制造的石膏墙产品责任诉讼

邓建军 2015 年 10 月 28 日的庭外采证勘误表

| 页/行 | 翻译 | 更正 | 原因 |
|---|---|---|---|
| 11:3 | 我向中建材贸易有限公司领取我的工资 | 我由中建材木业贸易有限公司支付工资 | 翻译错误 |
| 15:1 | 中建材木业贸易有限公司海外业务部的副经理 | 中建材木业贸易有限公司的副经理，主管海外业务部 | 澄清 |
| 18:11 | 我想不太起来了。 | 我不太记得。朱颖群是一位女士。 | 澄清 |
| 19:14 | 我们确实讨论过这一点。 | 我们与在美国的供应商讨论了业务，但是中国建材国际（加拿大）有限公司并没有在美国的客户。 | 澄清 |
| 20:10-11 | 是指中国建材国际（加拿大）有限公司与其美国客户在您刚刚提到的期间内签署的合同，采购合同。 | 我们讨论了中国建材国际（加拿大）有限公司与其在美国的供应商之间的采购合同。中国建材国际（加拿大）有限公司没有在美国的客户。 | 澄清 |
| 21:4 | 是的。 | 我所指的是从在美国的供应商处购买原木与木材的合同。中国建材国际（加拿大）有限公司没有在美国的客户。 | 澄清 |
| 22:5 | 是的，我们有。 | 中国建材国际（加拿大）有限公司有从在美国的供应商处购买原木与木材的合同。中国建材国际（加拿大）有限公司没有在美国的客户。 | 澄清 |
| 23:4 | 我记得一些。 | 我记得一些与供应商订立的合同，但中国建材国际（加拿大）有限公司没有在美国的客户。 | 澄清 |
| 27:2 | 在我们的年度报告中，没有按国家进行类别划分。 | 我们并没有按国家来追踪获得的利润。此外，中国建材国际（加拿大）有限 | 澄清 |

OHSUSA:763735436.1

| 页/行 | 翻译 | 更正 | 原因 |
|---|---|---|---|
| | | 公司没有在美国的客户。 | |
| 41:1 | 大多数时候，是的。 | 我用那个名称来指称我代表中国建材国际（加拿大）有限公司与美国供应商从事的业务。但是，中国建材国际（加拿大）有限公司没有在美国的客户。 | 澄清 |
| 43:15 | 我不确定它实际位于哪里，但是我相信他们在路易斯安那有一个场地。 | 我认为南方木业位于阿拉巴马州伯明翰。南方木业有可能在路易斯安那州拥有一个场地，但是我不确信。 | 更正 |
| 44:5 | 根据我的记忆，没有。 | 根据我的记忆，没有。但我不能同意南方木业是一个路易斯安那州的公司。 | 澄清 |
| 47:6 | 包括加拿大的一些客户。 | 中国建材国际（加拿大）有限公司一直使用 Wells Fargo 银行账户来与美国供应商从事业务，但中国建材国际（加拿大）有限公司没有在美国的客户。 | 澄清 |
| 47:9 | 是的。 | 不，中国建材国际（加拿大）有限公司并没有在美国的客户。 | 更正 |
| 52:7 | 这一点我不清楚。 | 我相信那是对的。 | 更正 |
| 52:11 | 因此，我无法给您一个确定的回答。 | 我不能给你一个确切的回答，但我相当确定中国建材国际（加拿大）有限公司是由中建材木业贸易有限公司全资所有的。 | 澄清 |
| 55:1 | 我还是不明白"100%所有人"的法律定义。 | 我并不完全确定，但我的理解是中建材木业贸易有限公司是由中建材集团进出口公司全资所有的。 | 澄清 |
| 57:1 | 文件是这么说的。我对此没有什么想法。 | 那是该文件写道的。我没有理由不同意那些陈述。 | 澄清 |
| 59:9-10 | 目前中国建材国际（加拿大）有限公司有五名员工从事中国建材国际（加拿大）有限公司的业务。 | 目前有 5 个人代表中国建材国际（加拿大）有限公司工作。 | 翻译错误 |
| 60:8 | 我说过我负责中建材木业公司的日常运营，是的 | 我说过我是主管中国建材国际（加拿大）有限公司 | 翻译错误 |

| 页/行 | 翻译 | 更正 | 原因 |
|---|---|---|---|
| | | 的日常运营的人，那是对的。 | |
| 61:5 | 是的 | 我指名了包括我自己在内的5个人作为代表中国建材国际（加拿大）有限公司工作的人。 | 澄清 |
| 61:10 | 海外业务部的副经理。 | 中建材木业贸易有限公司的副经理，主管海外业务部。 | 澄清 |
| 66:5 | 是有电子邮件往来。 | 那是不对的。中国建材国际（加拿大）有限公司在路易斯安那州并没有客户。如果您指的是南方木业，它是一个供应商，我认为它位于阿拉巴马州。 | 更正 |
| 67:2 | 是的。 | 我不认为南方木业是一个路易斯安那州的公司。 | 更正 |
| 68:11 | Gao Xiaozheng先生确实曾代表中国建材国际（加拿大）有限公司签过合同。 | Gao Xiaozheng先生的确曾代表中国建材国际（加拿大）有限公司签署合同，但他不再受雇于中建材木业贸易或中国建材国际（加拿大）有限公司。因此，他目前不为中国建材国际（加拿大）有限公司签署任何合同。 | 澄清 |
| 69:2 | 他们知道。 | 中建材木业贸易有限公司知道中国建材国际（加拿大）有限公司与美国供应商之间的合同，但我们并没有在美国的客户，且我不相信我们有位于路易斯安那州的供应商。 | 澄清 |
| 70:13 | 我不知道这件事情。 | 我不知道您所说的"中国建材贸易"是什么意思。 | 澄清 |
| 72:7 | 他是否是副总经理。 | 她是否是副总经理。 | 翻译错误 |
| 73:13 | 我认识他。 | 我知道他，但他目前不是中建材木业贸易的经理主管。 | 澄清 |
| 74:17 | 我之前看过这份文件。 | 我之前见过和这个类似的文件。 | 澄清 |
| 76:5 | 我想不起来了。 | 我记不确切了，但从幻灯片演示中的信息来看，它 | 澄清 |

| 页/行 | 翻译 | 更正 | 原因 |
|---|---|---|---|
| | | 似乎是在 2011 年准备的。 | |
| 79:10 | 有时候我们会拿它来进行演示。 | 有时我们将与此类似的文件用于演示。 | 澄清 |
| 86:1 | 我没有不同意。 | 我没有理由不同意。 | 澄清 |
| 86:9 | 我没有不同意。 | 我没有理由不同意。 | 澄清 |
| 91:10 | 我不能确认。 | 我不能确认，因为中国建材集团的董事长是宋志平先生。 | 澄清 |
| 117:1 | 是的。 | 对的，且中国建材国际（加拿大）有限公司并没有在美国的客户。 | 澄清 |
| 117:13 | 我没有进行过这样的计算。 | 我没有进行过这样的计算，而且中国建材国际（加拿大）有限公司并没有在美国的客户。 | 澄清 |

庭外采证证人的确认书

    本人，邓建军，在此证明我已阅读前述各页的内容，且前述的内容为我对其中提出的问题所做出的回答的正确记录，但对形式或实质内容的更正或改变除外。对形式或实质内容的更正或改变，如果有的话，在所附勘误表上进行备注。

                                                          2015/11/25

                                     邓建军                      日期

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 2:09-md-2047
IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

**ERRATA TO THE DEPOSITION OF DENG JIANJUN**
**TAKEN OCTOBER 28, 2015**

| Page/Line | Transcript | Change | Reason |
|---|---|---|---|
| 11:4-5 | I receive my salary from CNBM Trading Company, Limited | I am paid by CNBM Forest Products Trading Company, Limited | Interpretation error |
| 15:2-4 | The deputy manager of the overseas business department of CNBM Forest Products Trading Company, Limited | Deputy manager of CNBM Forest Products Trading Company, Limited, in charge of the overseas business department | Clarification |
| 18:16 | I don't quite recall. | I don't quite recall. Zhu Yinqun is a woman. | Clarification. |
| 19:22 | We did discuss about it. | We discussed business with suppliers in the United States, but CNBM Forest Products Canada does not have customers in the United States. | Clarification |
| 20:21-24 | Which is the contracts, the purchasing contracts, entered between CNBM Canada Forest Products, Limited, and its American customers in the period of time you have just mentioned. | We discussed purchase contracts between CNBM Forest Products Canada and its suppliers in the United States.  CNBM Forest Products Canada does not have customers in the United States. | Clarification. |
| 21:7 | Yes | I am referring to contracts to purchase log and lumber from suppliers in the United States.  CNBM Forest Products Canada does not have customers in the United States. | Clarification |

| Page/Line | Transcript | Change | Reason |
|---|---|---|---|
| 22:6 | Correct, we did. | CNBM Forest Products Canada had contracts to purchase log and lumber from suppliers in the United States. CNBM Forest Products Canada does not have customers in the United States. | Clarification |
| 23:7 | I remember a few. | I remember a few contracts with suppliers, but CNBM Forest Products Canada does not have customers in the United States. | Clarification |
| 27:3-4 | In our annual report the countries are not classified in categories. | We do not track profits made by country. In addition, CNBM Forest Products Canada does not have customers in the United States. | Clarification |
| 41:1 | Most of the time, yes. | I use that name for business that I conduct with US suppliers on behalf of CNBM Forest Products Canada. However, CNBM Forest Products Canada does not have customers in the United States. | Clarification |
| 43:21-22 | I'm not sure where it is located, but I believe they have a yard in Louisiana. | I believe Southern Forest Products is based in Birmingham, Alabama. It's possible that Southern Forest Products owns a yard in Louisiana, but I'm not sure. | Correction |
| 44:9 | Not according to my recollection. | Not according to my recollection, but I cannot agree that Southern Forest Products is a Louisiana company. | Clarification |

| Page/Line | Transcript | Change | Reason |
|---|---|---|---|
| 47:9 | Including some of the Canadas. | CNBM Forest Products Canada has used the Wells Fargo bank account to conduct business with US suppliers, but CNBM Forest Products Canada does not have customers in the United States.. | Clarification |
| 47:12 | Correct | No, CNBM Forest Products Canada does not have customers in the United States. | Correction |
| 52:17 | I'm not sure about this. | I believe that is correct. | Correction. |
| 52:23-24 | Therefore, I cannot give you a definite answer. | I cannot give you a definite answer, but I'm fairly certain that CNBM Forest Products Canada is wholly owned by CNBM Forest Products Co., Ltd. | Clarification |
| 55:1-2 | I still don't understand the legal definition of "100 percent owner." | I'm not totally certain, but my understanding is that CNBM Forest Products Company, Ltd. is wholly owned by China National Building Materials & Equipment Import & Export Corporation. | Clarification |
| 57:3-4 | That's what the document says. I do not have an opinion about it. | That's what the document says. I have no reason to disagree with those statements. | Clarification |
| 59:16-18 | Currently there are five employees in CNBM Forest Products Canada Company working for the business of CNBM Forest Products Canada. | Currently there are five individuals who work on behalf of CNBM Forest Products Canada. | Interpretation error |
| 60:13-15 | I have said that I'm the person in charge for the daily operation of CNBM Forest Products Company, that is correct. | I have said that I'm the person in charge of the daily operations of CNBM Forest Products Canada, that is correct. | Interpretation error |

| Page/Line | Transcript | Change | Reason |
|-----------|-----------|--------|--------|
| 61:9 | Yes | I named the five individuals including myself as people who work on behalf of CNBM Forest Products Canada. | Clarification |
| 61:19-20 | Overseas business department's deputy manager. | Deputy manager of CNBM Forest Products Company, in charge of the overseas business department. | Clarification |
| 66:7 | There are e-mail correspondence. | That is incorrect. CNBM Forest Products Canada does not have a customer in the State of Louisiana. If you are referring to Southern Forest Products, it is a supplier, and I believe it is based in Alabama. | Correction |
| 67:3 | Correct. | I do not agree that Southern Forest Products is a Louisiana company. | Correction |
| 68:16-17 | Mr. Gao Xiaozheng indeed had signed contracts on behalf of CNBM Forest Products Canada. | Mr. Gao Xiaozheng indeed had signed contracts on behalf of CNBM Forest Products Canada, but he is no longer employed with CNBM Forest Products or CNBM Forest Products Canada. Therefore, he does not currently sign any contracts for CNBM Forest Products Canada. | Clarification |
| 69:3 | They are aware. | CNBM Forest Products Co., Ltd. is aware of contracts between CNBM Forest Products Canada and US suppliers, but we do not have customers in the United States, and I do not believe we have a supplier based in Louisiana. | Clarification |
| 70:19 | I'm not aware of this matter. | I don't know what you mean by CNBM Trading. | Clarification |

| Page/Line | Transcript | Change | Reason |
|---|---|---|---|
| 72:14 | whether he is the deputy general manager. | whether she is the deputy general manager. | Interpretation error |
| 73:21 | I know him. | I know him, but he is not currently the manager director of CNBM Forest Products. | Clarification |
| 74:25 | I have seen this before. | I have seen documents like this before. | Clarification |
| 76:10 | I don't recall. | I don't recall specifically, but judging from the information in the slide presentation, it appears to have been prepared in 2011. | Clarification |
| 79:16 | Sometimes we use it for presentation. | Sometimes we use documents similar to this for presentations. | Clarification |
| 86:3 | I do not. | I have no basis to disagree. | Clarification |
| 86:20 | I do not disagree. | I have no basis to disagree. | Clarification |
| 91:19 | I cannot confirm it. | I cannot confirm that because the chairman of CNBM Group is Mr. Song Zhiping. | Clarification. |
| 117:3 | Correct. | Correct, and CNBM Forest Products Canada does not have customers in the United States. | Clarification. |
| 117:23 | I have not made such a calculation. | I have not made such a calculation, and CNBM Forest Products Canada does not have customers in the United States. | Clarification |

**Acknowledgement of Deponent**

I, Jianjun Deng, do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____        _____
**Jianjun Dung**                                                                    **Date**



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA  94105-2669

*tel*  +1-415-773-5700
*fax*  +1-415-773-5759
WWW.ORRICK.COM

November 5, 2015

Jason Cabot
(415) 773-5605
jcabot@orrick.com

*VIA E-MAIL*

Kristie Martello
Supervisor of Case Management
Golkow Technologies Inc.
production @golkow.com

Re:     Deposition of Jianjun Deng (October 28, 2015)
        Confidentiality Designations

Dear Ms. Martello:

As counsel for CNBM Forest Products Canada Ltd., I write to you regarding the deposition of Jianjun Deng, held on October 28, 2015.

The following excerpts from the deposition transcript of Jianjun Deng should be designated Confidential:

- 96:17 – 106:1

- 108:1 – 109:3

- 114:18 – 117:23

- 123:3 – 124:1

The following excerpts from the deposition transcript of Jianjun Deng should be designated Highly Confidential:

- 88:7-24

- 91:10 – 92:23

- 93:11-22

- 94:20 – 95:6



ORRICK

Kristie Martello
November 5, 2015
Page 2

Exhibits 413, 454, 458, 465, and 511 should be designated Highly Confidential.  Exhibits 427, 461, 463, 509, and 515 should be designated Confidential.

Thank you for your attention to this matter and for your ongoing service on this case.  Please let me know if you have any questions.


Sincerely,


*/s/ Jason Cabot*


Jason Cabot



cc:     Alan Weinberger - aweinberger@hanrylaw.com
        Harry Rosenberg - harry.rosenberg@phelps.com
        C. Michael Moore - mike.moore@dentons.com
        Gene R. Besen - gene.besen@dentons.com
        Richard L. Fenton - richard.fenton@dentons.com
        Leah R. Bruno - leah.bruno@dentons.com
        Michael H. Barr - michael.barr@dentons.com
        Justin N. Kattan - justin.kattan@dentons.com
        Bernard Taylor - bernard.taylor@alston.com
        Christina H. Eikhoff - christy.eikhoff@alston.com
        David Venderbush - david.venderbush@alston.com
        Michael P. Kenny - mike.kenny@alston.com
        Russ M. Herman - rherman@hhkc.com
        Sandra L. Duggan - sduggan@lfsblaw.com
        Frederick S. Longer - flonger@lfsblaw.com
        Arnold Levin - alevin@lfsblaw.com
        Leonard A. Davis - ldavis@hhklawfirm.com