<u>Partial Translation of CNBMFP00045798 - 45839</u>

<u>CNBMFP00045798</u>

## CNBM Forest Products Ltd.

# Auditor's Report

## (2013) Zhongqin Audit Number 01002-23-1

…

<u>CNBMFP00045834</u>

**X. Relationship of Related Parties and Their Transactions**

(1) This Enterprise's Parent Company

| Parent Company's Name | Place of Registration | Nature of Business | Registered Capital | Parent Company's shareholding ratio in this enterprise (%) | Parent Company's voting right ratio in this enterprise (%) |
|---|---|---|---|---|---|
| China National Building Materials & Equipment Import & Export Corporation | 17-21/F, Building 4, Zhuyu Business Center, 9 Shouti South Road, Haidian District, Beijing | Self-run and agency import and export business in various kinds of goods and technologies; operation in entrepot trade and counter trade and etc. | 900,000,000.00 | 100.00 | 100.00 |
| China National Building Material Group Corporation | No.2 Zizhuyuan South Road, Haidian District, Beijing | Glass, new building materials | 4,331,228,490.00 | 100.00 | 100.00 |

Notes: China National Building Material Group Corporation is the ultimate controller

….

CONTEMPT
Exhibit 40

**FP:  Exhibit 454**

CNBMFP00045835

…

2. Guarantee Matters of Related Parties

| Guarantor | Guarantee Recipient | Nature of the Guarantee Recipient | Ending Total of Guarantees | Guarantee Period | Current Status of the Guarantee Recipient |
|---|---|---|---|---|---|
| China National Building Materials & Equipment Import & Export Corporation | CNBM Forest Products Ltd. | State-owned Enterprise | 50,000,000.00 | August 20, 2012 – August 20, 2013 | Normal Operation |
| CNBM Forest Products Ltd. | CNBM International New Zealand Company Limited | State-owned Enterprise | 86,227,730.79 | July 20, 2012 – July 20, 2013 | Normal Operation |

…

CNBMFP00045835

…

**CNBM Forest Products Ltd.**

**March 25, 2013**

, Owes, A bites, 'evening.
'; Not Xin ` ten spear year Bo Xi ' r toad algae, fights}!
The building materials wood industry trade limited company report of audit (2013)
examines character No. 01002-23-1 industriously


♀   Item record


 Content page report of audit divination 2 oneself examine the financial reporting
balance sheet 3 profit reports 4 cash flow statement 5 ownership interest change
tables 6 property depreciation preparation tables 7 financial reportings to
annotate 8-37


♀Levain' uncle' meets all in three copious characters, the month shows the address:
In Beijing Xizhimenwai Avenue lb number Lyuda mansion, 1 electricity j* (8640)
69360123 facsimiles prosperous (Intestines-30) 68360123-30 court attendants
arrange: And 44


        Report of audit

          (2013) helps to examine the character 01002-23-I number


Building materials wood industry trade limited company.


After we have audited, attached the building materials wood industry trade limited
company (to hereafter refer to as "your firm") financial reporting, including
December 31, 2012 balance sheet, 2012 year profit report and cash flow statement,
all rights change table and various property depreciation situation table as well
as financial reporting annotation.


 First, management to financial reporting expensive, no matter what


The establishment and fair and just list under financial reporting are your firm
managements expensive, no matter what, this kind expensive no matter what includes:
(1) defers to the business accounting criterion the stipulation establishment
financial reporting, and causes it to realize reflected fairly and just: (2) the
design, execution and maintenance essential internal control, to cause the
financial reporting not to exist heavy blunder newspaper that because the fraud or
causes wrongly.


 Second, no matter what the capital of chartered accountant

Our expensive if express the audit opinion to the financial reporting in the
foundation of execution audit work. We according to the regulation of Chinese
chartered accountant audit criteria audit work. Chinese chartered accountant audit
criteria requests us to observe the occupational ethics rules, the plan and
execution audit work by to the financial reporting whether does not exist to seek
the blunder newspaper gain reasonable guarantee.


The audit work involves the implementation auditing routine. In order to gain the
audit evidence of related financial reporting amount and disclosure.
Auditing routine of choice is decided the judgment of child chartered accountant,
including to by the appraisal that of financial newspaper table heavy blunder
newspaper risk thousand frauds or cause wrongly. When carrying on risk assessment.
The chartered accountant considers and financial reporting establishment and fair
and just list under related internal control, to design appropriate auditing
routine, but goal well not to internal control has the effect to send to bind
exhausted sees. The audit work also includes appraisal management to select the
accounting policy appropriate and makes the rationality that the accountant
estimates to count, as well as appraisal financial reporting overall list under.


We believe that the audit evidence that we gain is full and suitable, provided for
the publication audit opinion has signed the foundation.




        ,


♀ Third, audit opinion

            Six ` "rusticity. Several exert the sign we to believe that the
building materials wood industry trade limited company financial reporting in all
hangs the big aspect according to the stipulation establishment of business
accounting criterion, has reflected your firm fairly and just December 31, 2012
financial situation as well as 2012 management performance and cash flow.

Industrious evil value accounting firm limited company `,' ` and degree Celsius
Peng intestines; l


    'F wished the next evening, ~ three years on March 25 Chinese chartered
accountant: Also, one

    , Already common. Mouth. Year

2

♀                                                              Balance sheet. Israeli
Unit: And material long and narrow wooden tablet inscribed with the name of the
deceased Jia turning limited company (this that" 2012 in February 3 old item of
line inferior times the remaining sum the audiences turn the item of item of line
inferior friend numerous boards not to kiss at the beginning of the year at the
beginning of the year along the current assets, Shen Dongfu cooperates 65 monetary
funds 2 30,865, the stone 23.20 5 are long' 24,136 short with taking advantage of
wanting 66 50, (merit ' oo adds 57 Shao 0,0.00 △ the knot to bury to prepare pays
3 △ vulgarly to chop 67 △ to open the investment entire tablet to the Central Bank
△ the absorption to save to want and same business deposits '3 transaction gold.
The property 5 △ open into the fund 6' receivable to incur 6 5 knives 0. 243
Canada, Canadian 0. Canada hands over Lu Xingjin the site negative large 70 classes
of debt collection shapes I to direct, 025,643,18 deal with the ticket to include'
passes $0.0 to add .0 edge 0 little girl Fu Gexiang 8 23,66, 522.32 3 stuffy 0
now."3.53 deals with gain e 72 to pat 5" trough. "' Lu 3 16,4 skillful, 2&4 can △
search receivable, 9 collect in advance the joyful item 73 3,507, the stuffy 49.45
1 152 months 43. △ do not should reinsure extremely soft I0 △ to sell King to win
the property desire joyful, 4 △ various receivable reinsurance treaty gold II △
deals with the procedure, And the commission 75 interest receivables .2 should
authorizing wage Sichuan 76 1 still .25960 receivable face advantage 13 in which;
The Ying Village labor cost, 7 other chop 14 l receivable", 502.30 129,211 Deng 7.
edges deal with ancestor 7 ' △ to buy up to return to sell the gold stomach
property .5 from: Staff prize and welfare scoops up gold 7, saves negative 16
279,741 Sichuan 5.60 '2 people 05', 827.78 should hand over the section.
            Rhyme -18.004.864.05 -40.2 ten thousand, 344.54 in. Travel material
I. On Jiaocheng Jin Lu ` turns. The month flies in circles. The intestines 4 still
-4 evening names' .3 material 54 commodity stocks (finished product) 18
89.205.100.10 .2 sighed 0 ' in $7,827.18 interest payable 02 one year the
non-flowing sound to North Korea to produce, deals with sigh the advantage custom 3
wells he to flow property to add other to deal with happy 84 65,692,791.11'
inkstone, '4,94 audiences" wash the property to equal 21 '3 to be mad that the
evening intestines .663.42 intestines cooperate 24,0 inscription friends △ to deal
with the minute to guarantee payment 85 to take the current assets joyful.
            Therefore the knife △ the insurance 6 △ provides the level song
and pad about net reserve fund Lu wants 23 △ the agent to buy the twelfth branch
card well 3, may touch the property 24 △ the proxy to receive to prove and soft 8*
for the appearing gold quietly covers to invest to due non-flows negative pities Lu
who in 25 one year expires, the long-term receivable song 2' swallow does he flow

the young negative position 90 long-term rubber power to invest 2?      3,161,7 false. The Canadian current liability equals 9'    3)7 79,755.09 material 0,451.32430 investment real estate 28 non-travel urged to lose Russia:

Rabbit fixed asset initial cost 2, 629,843.20 6 low rouges 39.30 for a long time taking advantage of wanting 93 to reduce: Opens old 30 "gas to violate host' 0". Shao deals with discuss that in February the ticket 94' decide the fabric to produce only the dish, t 465,519.50 532,85'. The intestines deal with want 95 to reduce for a long time: The fixed asset reduces ju various, 2 specially, deals with want 96 fixed assets to turn only, 3 "5.5.' 5 moves "1. ", Counts negative other 97 manages 34 in the construction work obtained pleased negative large, the Taiwan project commodity, 5 his Bao Fei flows negative these 99 fixed assets to clean up 36 altogether books to permit as a special case Chu to prepare respectively exerts the 100 productiveness to live property 3, non-who moves in the food debt sum total 0, and oil gas property 38 negative' sum total, resembles 317,279,755.09 440,451,324.30 intangible asset 39 ownership interests (Cheng Liandong the rights) 1. Still developed the article to leave the department 0 paicl-up capitals (rubber book) 104 1 to add the ` side, xu seven Canada' to read. 0, gal. The goodwill 41 state capitals 1 still 100,0.00o. added the health. Canada 0, supine. The long anticipation spreads, with department 2 altogether: The circle has legal person capital L supinely" the 100,000p00.00 dish's minister 0. Reads mattress tax property 0 5.20 lin body capital 107 well honored nonliquid asset ` majestic private Cao Huangben. In swallow. Relies on various reef core commodities '5 dawdle individual capitals, whose young property Taiwan counts majestic `'. Stone 2 ' .22 months,' 0 532,851.06 foreign capitals "0 months,

 Namely reduces in the t oneself restore investment to protect.

48 paicl-up capitals (or clothing book) turns "2 only' .000,000. false 1; 0 `. Canadian 49 capital civil rights "3 s0 reduce: Stock stock "month 51 special Chu various 'nearby the Is 52 audiences common weave 116 1,159,964.96 1,"'. Blesses the month. % 53 in which: Statutory provident fund 117 1, in 59,964.96    1,159)64.% 54 your common reserve fund 118 55 reserve fund 119 56 enterprise development silkworm gold 120 stare at the ` profit restore investment, 2, and inscription △ the general risk various, 22 5, the undistributed profit, 23 -19,865,831.93 .79,554,389.62 60 foreign currency newspaper agriculture fold Su Chaishun 124 61 to turn over to month to count the dish 25 21 evenings 9 to be mad that in parent company ownership interest Taiwan 133. 2 classes of tool marks `, 575.34 '2 'few shareholder rights n' 63 all vast rights do not equal n, 21.294J33.03". The court attendant .575.34 properties search to count 64 338 edges 3 $88. to eat 462,0 amount to the dish from 8 " .64 negative e and ownership interest 2.    338.513,828.12 the intestines 2 urged 0 "flushing "'."

 a'fis " q day knife Gan Fencu ` has bent down very much' uses. Foot ` and tricky Gansu body Kirime knife coolie hat month only industry special-purpose protects, outside hundred knives the friend 1 father approves business mutually history,".


3


♀

Profit report

Position: Building materials too industry trade limited company (this 2012 year item of line inferior this issue amount last time amount item of good time wooden time amount last time amount one} one, Cao industry gross income, 2,059,886.922.72 3 township 96,986,000.92 other 28 in which: Business income 2 2,059,886,922.72 3,396,986,000.92 strength mouths: Sound value change income (loss by already `" fill and list I) 29 in which: Main business service ` times enters 3 2,059,886,922.72 3,396,986,000.92 investments (the 1k profit (loss by, fill and list) 30 other business income month in which: And joint enterprise's the investment yield 31 △ the interest return 5 △ remittance income (loss to the pooled enterprises was mad that" fill and list) 32 △ have made the insurance premium 6 three, trading profits (to owe to throw by a fill and list) 33 -303,160.51 9.923.957.16 △ the handling charge and commission revenue 7 Canada: Business evening} divination income 3 tablet two, business total cost 3 2,060,190,083.23 3,486,909,958,08 in which: Nonliquid asset handling gain 35 in which: The overhead cost 9 2,017,173,034.08 3 produce 59,942.378.71 non-currency property exchange gain 36: Other main business Wucheng side prisoner of war I0 2,017,173,034.08 3,459,942,378.71 public assistance 37 service Cheng Mu

The debt reorganization gain 3 indignation △ advantage} rest disbursement 12 reduce: Outside business disbursement 39 8,287.00 51,199.00 △ handling charge and commission disbursement 13 in which: And the nonliquid asset place loses 40 △ the surrender value 14 non-currency property exchange to lose majestically and △ payment disbursement net amount 15 debt Kang Zu lose 2 △ the extraction insurance contract reserve fund to lead .6 four, gross profits majestically only (total loss by a fill and list) stuffy 3 -311,447.51 89,975,156. "△ the chit dividend disbursement trough 7 reduce: The income tax expense 4 majestic -5.20 18,918.10 △ the reinsurance expense .8 five, make profit (to owe to respond with only a fill and list) month 5 -311,442. directs -89,994,074.2 ' business tax money and attaches 19 ownerships in the parent company owner to make profit 4 ' -j in 1,442.31 summon 9,994 strength 74 26 selling expenses 20 {0,049,882.02 to sigh 532,083.24 * the minority shareholder profit and loss valley 7 overhead charges 2 and 5 knife 53,959.96 Lu, 7]3, l 1. mao six, each incomes:

Month g in which: The research and development expense 22 basic each income 49 financial expenses 23 27,913,186.37 11,797,986.54 dilute each income 50: Other interest expense 2 majestic 32,074 month 08.87 11,12 people of 722.87 seven, synthesis income 51 advantages! Rest income 25, 6 dish 3 16.88 48, 250.12 eight, synthesis total income 52 -311,442.31 9,994,074.26 remittances lose only (make income to take 4~ fills and list) 26 -5,604 evening 74 fat -5,712,349.45 ownerships lose 27 at the parent company owner's synthesis II female profit total amount 53 -311,442.31 -89,994,074.26 property depreciations 20.80 -75,672.40' ownership in the comprehensive total incomes of minority shareholder 54 in table the belt * the subject to gather the well accountant reported fades special-purpose: Canada △ regular script project touches a kind of enterprise for the gold special-purpose.

4

♀

Cash flow statement position: Although the building materials wood industry trade limited company (in this two 2012 year item of line inferior this issue amount stretches the cash flow that} amount item of line inferior this issue amount one, operative activity produced last time says Wang Chuli to select the property and intangible asset and holds him long with the property price meter goal presently the entire imperial sacrifices large 30 sale commodities, to provide the cash 2 2,4 commissions that the service will receive, 82 deficiency, other 9O7S6 3,976,922,054.76 in subsidiary companies and business units will receive greatly! Cash only cheek 31 △ the customer's deposit and same business deposit to want the net gaining volume 3 to receive other 32 △ to lean 4 investment activity cash inflow small seven divinations 33 △ to open into the fund net gaining volume to Central Bank loan net gaining with the investment activity related cash 5 honored to construct the fixed asset to other financial institutions, invisible, Produces 34 22,382.96 195,106.10 △ receives the cash corpses that of cash 6 investment payments the original insurance contract insurance premium obtains 35 3,161,700.00 △ to receive the reinsurance I k service cash net amount 7 △ to pawn the loan net gaining volume 3 stones with his long-term property institute Wen Fu cash △ the person insured savings and invests soft tail l to add volume Lu only other Qude the subsidiary companies and business unit calls F; the t cash makes the volume 37 △ the handling transaction monetary assets net gaining volume 9 to pay other △ the charge interest, to continue the expense and commission cash I0 investment activity cash outflow tricky divination seven divination 39 3,184 knife 82.96 Ling 5,106. merit with investment activity related cash 3 Lu △ opens into fund net gaining to get in the cash flow that the tI investment activity produces to get in the cash flow that e 0 -3,184,082.96 -195 106.10 △ the buy-back service fund net gaining quite 12 three, investors recognizes produce only:

The taxes and fees that 41 receive returned the cash that 13 1 absorption investments received majestically 2 49,000,000.00 to receive other with after once to move the related cash 1 majestic 1,183,606,814.60 170,200, by strength .00: Subsidiary company absorption minority shareholders invest to receive the ft l cash 43 operative activity cash inflow sub-totals 15 3,584,432,721.96 4,747, and 22,054.76 obtain the loan receives} the cash 44 50,000,000.00 107,980, the imaginary 00. Canadian purchase commodity and receive service payment's cash t stone 2,747,338,630.58 3 evening 7I,904 Li 13J0 △ the issue debentures receive the l cash 45 △ the customer loan and pad song net gaining volume 17 receive! Other deposit the Central Bank and month industry soft item with investors recognize related cash stuffy Shi △ to increasing are suitable for' Lu investors recognize cash inflow slightly encouraging cash Wang Xi who the divination 47 50,000,000.00 156,980,000.00 △ pay the original insurance contract beginning publication divination fund to repay the cash that the debt pays stuffily 3 57,980,0 .00 50,000,000.00 △ pay Li} rest, handling charge and commission cash 20 assignment

dividends and profits or recompenses pays interest} rest the cash 49 prices of paying, still 0 produced 73. stone 2 winds "1,903.31 △ the payment chit dividend cash 21 = the subsidiary company pays to the minority shareholder white bucket dividend and profit 50 pays to the staff as well as22 7,450,660.73 7,192,264.57 pay other with various taxes and fees of investors recognize related cash 51 payments 23 -2,445.586.05 '182,340.30 investors recognize cash outflows slightly to create the divination 52 75,030,473.62 60,631,90301 to pay other for the cash that the staff pays with operative activity related cash 24 831,532,973.09 823,9 Lu 5, the cash flow egg that the stuffy 48.94 investors recognizes produce is suitable for 53 -25,030,473.62 96,348,096.69 flowing out the sub-total after Cao free cash only 25 3,583, 876,67 Lu .35 4,8 two 64,367.11 four, exchange rate changes and effect of cash equivalent on the cash in May after the cash flow net amount that moves to have 2' 556,043.61 -62, i42,3 12.35 five, cash and cash equivalent net gaining volume 55 -27,658 ten thousand 12.97 34,01 audiences 678.24 twoCash flow that the investment activity has:                                 27

                                    Canada: The opening cash and cash equivalent gets 56 Shao, 524,136.17 24,513,457.93 items of friends return to the cash that the investment receives 2.                             Sixth, end of the period cash and cash equivalent is suitable for 57 30,865,62320 58,524,136.17 obtaining cash 29 5 Lu Zhu who the investment yield receives: Canada △ regular script project is the financial class enterprise specially) month spear


                5


♀

                        Ownership interest change table


a.a .tnflaflnifl, Canada: 2', food…J several. That.

                                                        On that straight.
                U Ye Ci' ear in 'Taiwan ton ","' evening worried…          . Rubber. The logical sequence examines. Common saying price.
                                    tnt dnt},}.        ` Heart 43 Arrogant-tRail6 the trough must ~ ". The trough ` months win J}" nflIs. "Gate, 4 44! With. Power. ` Twenty


            a spits 5 7 SO I, I!      Dish specially a 16 II I. for 3 ' knife:
  I sands"' and' 0 heart associations, turn," household. ` Spear 2: Lamb 34 two. , Potassium Canada "~ sighed B: The city adds `" to seep, because, foot.
                63$*41'I


Expands to swallow. ~.1', 4 Iwao A ", neighbor '% 0 flushed" J including 2ifO6SnS64' SAILS' SflcO "" the month, still city stuffy association "common'" water's edge's share ", * elegant month "Du Ying "item", household' angle heart I ` two month jade' health 2 thought hastily: I recognizes trickily,' holding in the

mouth' sunlight Tang Yue'" 'household R usurps: Poor incantation () A4t*' J" sound
0J]            J3 l also it'.                    J" Li begged" mortar "chewing "Hu
Qizhou the household to turn book every month '."Every month' village, `

'", Snssn 7 ~ flake I J: Nips the month four" I 0 "continent skill" heart I sound J
B: , Wool'. , Heart j, small intestines. ," Bow month 1 endures pistil to be
tricky' month" tricky edge month "(r) Ma$! tAftWR*," time foot Liao J Ao Pianwang
intestines" side state "

0. I. People. Valuable.

                                                      , Cangue four.
                        II ` incantations' foot Jue; "Includes the ship
to urge ", and" exerting' II '0' tfl*fl t0 I,} I. tests's IS scolds five" ~.
                  26 Australia. , Dish audiences common.
    Ith. By scooping up. White Ren Yi touches it month. Entire eats the fingernail.
The month mortar ice sil knife month turns by.                    ! 2 begged
the month 0.1. Altogether. .
MW*44 'a an divination, -t 'reduces pities (3, has. In.'
Month. Robbers instead. Each "Rate" serves the I. month audiences. Turns", Ben
bends cloudy China) II

a.%., sfl "', I.: *: U spits industry, with ~~~. benefits *tU.            , 1 ~
Cheng Nafen State supine 0 fish months several" male"" J', 'knife elegant household

Intestines.

Stone

Jumps to open the eyes

Citrus reticulata"}

Shan

♀

Property depreciation preparation table

\* uses the
month: 0 turn the streamlines with reduced free time health -. Several attract.
         Line happy Xing Bao. The numerous plumes leave him instead. Shan,
produces the price. The item rises Ming armed forces to gain "surplus and
deficiency item "line happy to turn this uses the juice to be sharp.     The well
Shan kneeling logical sequence idea transfers side Russia to gather the uneven
reduction.                       Taiwan needle ` special date inkstone kept colorful 1
in March S 6 7 a hastily 9 '0 sufficient, ", 1, one, bad Gansu Travel ` pistil 20L
urges the pistil cooperated 20 one, place the ear. Produces coldly. Exempts (holds.
Industry meets twenty. One's business Can flying in circles" I, two, well goods.
The price whose valley 2 "one) Wu Change produces coldly. Junction: Opens three,
ears to sprout through the soil' looks, produces while the uncle wins to serve 3
altogether Shanghai. Bad Yao Zhaoshi 19. Has the armed forces to flip the diameter
capital to be occupied by various Bu Fen thickly. Loses 20 jade long, xu little
girl cheek item.'Multi-S. Pleased robber companion Yang, the dish six, other
capitals is occupied by Qi Bochan to incur the position class respectively 6 ` two)
to decide the robber to produce the cold twisted to lose the strength sleepily
seven.'Decides corpse', and Falls in any 7 cities. Decides ` to produce the loss is
enters, two to turn. Various city position S select to slander produces the trough
commit, to attract Qi Quan.
Ninth. Labor' reduces to live the ` 9 troughs. Ren Chan.
         Two ` ten, produce to live. , Produces to reduce pushes various 0 ` three"
long Hu Yue. ` Lives 11, pumping air Cheng Chanxiong body cloth 't.

                               (Imprisons) does not have the fln 27 12,
intangible assets to reduce. Lives coldly respectively (five". Labor. Turns Yang.
~' 28 13. You Huaju respectively .3 (six" entrusted the goods. Lives mouth. , Fame
hangs respectively hundred '=, joyful month nature. Attains 30 15 orchids, place
several by. Year. The disagree declare war hangs e 3, about share 1' 2 audiences 0
little girl rib classes, reduces; And passed in the same year free time by" Wei
delivers talented ridge `, 2

7

♀      The building materials wood industry trade limited company 2012 annual account annotated that (besides has to indicate in addition, all amounts will take Renminbi in fragrant this situation in one, enterprise the building materials wood industry trade limited company (to hereafter refer to as "this company") to be established as monetary unit) in July, 2010, legal representative Han Weiqing will protect the enterprise registration address for Shanghai Pudong imperial bridge connection No. 298 103 room, the business entity business license code will be 310115001256801. registered capital 5,100.00 ten thousand Yuan, will be the building materials group import-export company wholly-owned.

 In July, 2011 I date according to shaming the matter met the resolution, the building materials group import-export company increased funding 4,900.00 ten thousand Yuan to protect by Shanghai hugang Jinmao accounting firm limited company locus classicus Shanghai Jin Shenyan (2011) No. 903 examines the capital report. By December, 2012 SI date registered capital was 10,000.00 ten thousand Yuan.

 This company is engaged in mainly: The cargo and technical import and export business, the lumber, woodware, the building material and finishing materials and metal city l and minerals (eliminate special examination), the product of chemical industry (to eliminate dangerous chemical and jail diameter chemical and fireworks Shan bamboo, civilian explosive and precursor chemicals to narcotic drugs), bunker oil (to eliminate dangerous chemical), the petroleum product (to eliminate refined oil), the advisory service of sale and above relevant operation of mechanical device.

 Second, financial reporting's establishment foundation financial reporting takes the company to manage the supposition continually as the fragrant foundation, according to transaction item that has actually, according to "Business accounting Criterion" that Ministry of Finance in February, 2006 seventh day of seventh lunar month promulgated and additional regulations, and based on the following to state the important accounting policy and accountant to estimate line of establishments.

 Third, entered above establishment foundation establishment-based the financial newspaper binds to tally in February, 2006 following business accounting criterion statement this company! The "Business accounting Criterion" request of Ministry of Finance promulgation, accurately completely has reflected the financial situation, the management performance and the cash flow company on the 5th and so on related information.

 Fourth, during Meng wants the accounting policy and accountant estimates (1)

accountant, this common may fiscal year from solar calendar in January. Japan to health in February up to 3I date.
 (:) Accounting standard money company uses the Renminbi as the accounting standard money.

        Lu


♀ (3) The accounting foundation and valuation principle company takes Quan Zi to have the system as the accounting foundation, takes the actual cost as the valuation principle. When various properties are at acquisition Counts in according to the actual cost, if after that has the depreciation, according to the business accounting criterion stipulated that the idea raised corresponding reducing to prepare to exert (4) foreign currency service handsome the calculation method and conversion method 1. foreign currency trades this company foreign currency Wen Yian to trade occurred the date spot rate the foreign currency amount conversion is the Renminbi amount, negative detected the table date in the property, remittance difference that the foreign currency currency project used the property negative other table date spot rate conversion except to buy for the conversion difference that the Renminbi spear had constructs or produce conforms to the capitalization condition's property to borrow the foreign currency that loans to have specially to lead according to principle processing of capitalization outside, the summer met to include the working as time profit and loss. By the sound value counts, and foreign currency non-currency project. Used the sound value determination date immediate collecting rate conversion is the Renminbi, the conversion that produces took advantage to be suitable, included the working as time profit and loss as the sound value change directly. Counts the foreign currency non-currency project by the historical costs, still used the transaction to occur the date spot rate conversion, does not change its Renminbi amount.
 2. foreign currency financial reporting conversion this company foreign management property and debt project of in the balance sheet. Used the balance sheet date spot rate conversion, when the shareholder rights project besides the undistributed profit project, other projects used to occur the spot rate conversion. Foreign management income and expense item in the profit report, use the transaction occurred the date collect immediate present the conversion. Above opens to calculate the foreign currency report form conversion difference that has, lists under the shareholder rights project alone. Materially constitutes to the foreign currency currency project that beyond the border management invests only, when remittance difference that has because of the exchange rate change, in establishment about well financial reporting, folds the miscalculation barium the independent row under the shareholder rights project to show as the foreign currency report form. When place full foreign management, with this foreign management related foreign currency report form conversion difference, changes over to the handling working as time profit and loss in proportion.
 This company foreign currency cash flow is full as well as the boundary evening divination subsidiary company's cash flow table used the cash flow to occur the date spot rate conversion. The collecting rate change the influence volume to the cash, lists in the cash flow table table alone.
 (5) The cash and cash equivalent's determination standard cash flow most table's

cash refers to the enterprise cash holdings and may momentarily be used in the payment the deposit. The cash equivalent referred to the deadline that had short (usually referring to from purchase date in three months due), fluidity strong, easy to transform into oneself knows the amount cash and value change wind danger very small investment.

` Six) gold touches the property and financial debt L gold touches the property classified this company according to the investment goal and economic substance to having the monetary assets to be divided by the sound value counts the world, and its change includes, when the time profit and loss' monetary assets, have to due investment and receivable desire item and may supply the sell monetary assets four categories, ") takes the sound value to count the plate, and its change includes, when the time searches for the main purpose that profit the monetary assets are mainly to refer to having to melt the property that in the short-term sells, in balance sheet transaction monetary assets Lie Diao `

9

♀       (2) has to due investment monetary assets. Refers to the due date being fixed, recycling amount fixed Dai Ke determined, and management has the explicit intention and ability has to the non-derivation (3) receivable fund of due refers to the quoted price in the active market, the non-derivation monetary assets that the recycling amount fixed play may determine, benefit and other including the notes receivable, the account receivable, the interest receivable and receivable Yin should receive money, (when majestic) may for the sell monetary assets including the initial confirmation is other assigns to be possible and is divided for the non-derivation monetary assets of sell into other kind of monetary assets.

2. the monetary assets confirmation and idea incite the monetary assets to carry on the initial confirmation by the sound value. Counts full by the sound value, and its change includes the working as time profit and loss the monetary assets, when obtains the related transaction cost that has meets to include the working as time profit and loss suitably, other gold touch the property the related transaction cost to include initial confirms Jin E. When some monetary assets gather cash flow most to terminate about in the middle the right or in almost all risks and newspapers with this monetary assets property rights shifted to changing over to the side, terminates to confirm this monetary assets.

By sound value measurement, and its change includes, when the time profit and loss' monetary assets and may confess that also the monetary assets enter line of following ideas to exude according to the sound value; The receivable fund as well as has to due investment uses the real interest rate law, lists by the booth costs.

By the sound value counts and its change includes, when time profit and loss the sound value change of monetary assets includes the sound value change to damage profit; During the property has the interest or that the cash dividends obtains, reveal the investment yield firmly: When place, difference between its sound values and initial depositing amounts reveals the investment profit and loss firmly, simultaneously adjusts the sound value change profit and loss.

May include the shareholder rights for the sell monetary assets sound value

change; During having, counts into the investment yield according to real interest rate law computation's interest r: May benefit for sell rights tool investment cash Yin. In by the investment unit was announced that provides the dividend chronometer to enter the investment yield:
When place dish, cost and book value that obtains deduct the original summer to meet to include the shareholder rights difference after the sound value change volume, includes the investment profit and loss.

3 ` monetary assets depreciations divide the sound value to count the site, and its change includes, when the time profit and loss' gold touched outside the property Ben Corporation in the balance sheet date to other gold. The property different face value value conducts inspection, if there is objective evidence to indicate that some monetary assets have the depreciation, the idea raises the depreciation to prepare.

(7) Confirmation standard that the receivable fund 1. bad account loses: (1) The debt unit abolished, went bankrupt and is unable to pay debts with their assets, the cash flow seriously insufficient, to have the serious spontaneous fire cellar and so on cause the production suspension, but is unable to reimburse the debt in the foreseeable future and so on: (2) the debt unit exceeds the time limit the clogs line of debt redemption duties not to surpass for 3 years: (3) other unambiguous evidences indicated that truly is unable to take back the cabin that or take back not to be big.

2. the calculation method that the bad account loses, this company uses the allowance law calculation to the bad account loss that likely has, the end of the period to offers the item to use receivable recognized individually the law and account age analysis law unifies the idea to raise the bad account preparation, raises the bad account preparation the bad collar to include the working as time profit and loss with oneself. To having the unambiguous evidence indicated the receivable desire item that truly is unable to take back, authorizes the rear rank to make the bad account to lose by the board of directors or the general meeting of shareholders, to key I0


♀Bad account preparation of extraction.
 The idea of S. bad account preparation proposes method: This company the single item amount dish great receivable fund, regards as the significant receivable fund, when has the objective evidence to indicate when is unable according to a receivable desire item of original strip wants to take back all soft items, according to its future cash flow current value is lower than its book value the difference, carries on the depreciation to test alone, the idea raises the bad account preparation about regarding the single item amount non-trough great receivable fund, with has not pressed the credit risks characteristic to divide after independent tests depreciation's receivable desire item it together into, if thousand combinations, with or similar, its had similar credit risks characteristic with it according to the previous year should collect debts the actual loss factor that therefore combinedFor the foundation, in light of the present situation determined that this year various combination ideas raise the bad account preparation the proportion, based on this computation this year should count the bad account preparation that raises.
 Single item amount significant receivable fund judgment standard: The single item

amount Renminbi, over 10,000 Yuan account receivable is soft as well as single item amount Renminbi over 10 million Yuan other should receive money regard as significant.

According to the account hopes that the division combination various bad account ideas propose the proportion are as follows:

Treads hears the idea to propose the proportion within 1 year 1% 1.2 years' % 23 years 20% 3.4 years 40% now 5 years 70% over 5 years .00%

The intercourse between Chinese building material Group Company limited subordinate subsidiary companies wants the item, in principle does not count to raise the bad account preparation, if the debt service unit has been unable to pay debts with their assets the household that or has closed down to be possible to be possible to take back the amount to make the objective judgment to protect on the difference that it is unable to take back proclaims some extraction bad account preparations.

(8) Stores goods classification that L stores goods: The goods in stock are divided into raw material, packing material, the low value expendable items, in the product and commodity stocks refined language.

2. the goods in stock obtain the valuation method that and sends out: The goods in stock implement Shui Xu taking inventory to make, buy and go into storage according to the actual cost valuation, leads with and sells raw material as well as the sales finished product uses the weighted mean method calculation.

3. low value expendable items and packing material booth quietly: The value is small. Is leading the time to use an amortization law.

Majestic. Final inventory valuation principle and goods in stock fall in price to prepare to confirm that the standard and idea propose the method; Final inventory according to cost and net realizable value who low principle valuation: End of the period, in carries on comprehensive inventorying to the goods in stock in the foundation, because of suffering to destroy to throw, completely either part Chen regarding the goods in stock old obsolete or the selling price is lower than cost and other reasons, it is estimated that the part that its cost cannot be taken back, the extraction goods in stock fall in price the preparation. The finished product and large amount raw material's goods in stock fall in price the preparation to be higher than its net realizable value bad cheek extraction according to the single goods in stock project cost: Several other miles many, the unit price low material falls in price the preparation according to the category extraction goods in stock.

5. storing goods net realizable value definite method: The commodity stocks, and so on for sell were used in the sell in the product and material directly the commodity goods in stock, its net realizable value subtracts the estimate according to the estimate selling price that should store goods gold after the selling expenses and related taxes and fees turns the determination: For It

♀Material inventory that the production has, when its net realizable value presses to produce the estimate selling price that of finished product subtracts to completion the estimate to be going to send the amount after the selling expenses and related taxes and fees of fresh cost and estimate determined that ` is the goods in stock that the execution sales contract becoming work contract has. The

net realizable value takes the contract price as the foundation computation: Counting Yun who the enterprise has storing goods Duoyu the sales contract order quantity, surpasses the part the goods in stock net realizable value to take the general selling price as the foundation computation.

(9) The long-term equity investment that the initial idea of long-term equity investment L long-term equity investment most through same controls to offer the business combination that obtains, obtained according to the stock in the merge date is merged side ownership interest book value the initial outlay cost of share large achievement long-term equity investment. The business combination under non-same control through long-term equity investment that obtains, took (purchase) date as to obtain to is merged the property that (purchase) the side domination paid, to have or receive the debt as well as release of load the sound value of rights negotiable securities in the merge (purchase) date does in the merge according to the combined cost as combined cost ` for the initial outlay cost of long-term equity investment.

Long-term equity investment that besides above obtains through the business combination, to pay the long-term equity investment that the cash obtains, offers according to the purchase price of actual payment as the initial outlay cost, initial outlay cost including with obtaining the long-term equity investment direct correlation other expenses, tax money and essential disbursements; In order to distribute the long-term equity investment that the rights negotiable securities obtain: According to the fair and just price value of clothing release rights negotiable securities as initial outlay cost: Long-term equity investment that the investors put into, technique according to investment contract or value of agreement agreement as initial outlay cost: In order to detect the long-term stockholder's rights that service reorganization and non-currency property exchange refined language way obtains The investment protects according to the related accounting standards gauge decides the determination initial outlay cost.

2. long-term equity investment's following measurement this company antithetical couplet company invests to use the cost law calculation, when compiles the consolidated financial statement adjusts according to the equity method; And the pooled enterprises investment use the equity method calculation to the jointly-operated business industry: To does not have the control, to control to create or the significant shade together, and has not had the quoted price and sound value unable to be possible in the active market Rong Jiyun the long-term equity investment, uses the cost law calculation; To does not have the control, the joint control or the major impact protects, but has to quote price, the sound value to be able in the live skin market to be possible the life now the long-term equity investment in divination, as may be for the sell monetary assets calculation.

(10) Investment real estate. The classification of investment real estate: Uses the power including the land weaponry that oneself hires: Land employment right that after having and prepares to rise in value, transfers;

Building inch 2. investment real estate valuation that hired: The investment real estate according to its cost as the depositing value, the outsourcing investment real estate's cost bullies, the related taxes and fees including the purchase price and may belong to directly in the other disbursements of this property: Voluntarily the construction investment real estate's cost, before constructing this property is achieved the essential disbursement constitution that predetermined may the running condition have.

The pine tree ten-day period uses wooden pattern to carry on the following idea to
be full to the investment real estate, and only the remnant value rate and land
employment right idea raises the depreciation or the amortization to the building
according to its estimate service life. Investment real estate top I. 'service
life, only the remnant value rate and noon amortizes (amortization) rate to list as
follows:

12

♀ The serial number class do not amortize the salty amortization noon to limit the
remnant value to lift (%) land then to use the power selling age limit house
building Shao 0 years

  (11) fixed asset 1. fixed asset confirmation standard: The fixed asset is to
refer to simultaneously has the following characteristic, namely, provides the
service, to rent or the management and operation for the product has, the service
life surpasses for one year, the unit value high tangible asset.
 2. fixed asset classification: House and building and machinery equipment and
transport vehicle and other.
 3. fixed asset valuation; When the fixed asset according to taking mattress the
actual cost carries on the initial idea site to protect, outsourcing the cost of
fixed asset, cannot arrive to buckle the increment duty, the passing through the
gate customs duty including the purchase price the related taxes and fees, before
as well as to make the fixed asset achieves may belong to directly in the other
disbursements that of this property predetermined may the running condition, occur;
The construction fixed asset's cost, before the mountain constructs this property
to achieve the essential disbursement constitution that predetermined may the
running condition, have voluntarily; Fixed asset that the investors invest. Value
that the technique investment contract or the agreement approximately decide as
depositing value, but the contract or the agreement agreement price not fair and
just deposits according to the sound value; Financing rents decides the property
that the goods rent into firmly, according to renting negative started the date to
rent the goods property sound value with rent in current value both that the
payment proclaimed lowly the junior: As depositing price 1 Peng or fixed asset
depreciation method: Except that oneself proposes the fixed asset that amortized
fully still continued to use, this public network raised the depreciation to all
fixed asset ideas, when counts presently amortizes uses the average age limit law,
included the related property according to the property use very much separately
the cost or the working as time expense. This common department fixed asset's
estimate only remnant value rate is 5%, the group depreciation age limit and
depreciation honey are as follows:
 Serial number category depreciation life span (minister estimated that flushes the
disaster healthy rate (%) year booklet! Japan string "%) t tate properties 2 houses
and children build thing 20-40 5 2,3 indignation - 4.75 3 machines suppose various
10-IS 5 5.28-9.50 4 to transport other equipment 10 5 9.50 5 B-to 5 9.50-lI S

  s. fixed asset following disbursement processing: Fixed asset's following

disbursement mainly includes the repair disbursement and renewal improvement disbursement and attire repairs disbursement and other contents, in the related economic interest possibly flows in very much when its cost can count the olive reliably, includes the fixed asset cost, regarding the replaced part, terminates to confirm its book value; Other following Wenshan in having the chronometer enter the working as time profit and loss.

  6. this company in every year finally, carried on to reexamine to fixed asset's estimate service life, the estimate only remnant value and depreciation method, if had the change, estimated change processing as the accountant.

  7. when the fixed asset was handled, or anticipated when through the use or handling cannot have the economic interest, terminates to confirm that this fixed capital produces. The fixed asset sells the handling income that transfers, discards or damages to deduct amount after its book value and related taxes and fees includes, when the time trades profit.


♀ (12) construction in progress 1. construction in progress valuation: Counts trough according to the cost that has actually. The self-management project and so on counted plate ` to leave package of projects to want and so on according to the direct materials, the direct labor cost, the direct construction expense to count the plate according to the project price that should pay: Equipment setup the project to press to install the value and installation expense of equipment with the disbursement that the project test run static has and so on definite project cost. Construction in progress cost also includes to the cost of borrowing and remittance of profit and loss capitalization, 2. construction in progress carry-over fixed asset standard and point in time: The fixed asset that this company constructs was achieving predetermined to be possible date of the running condition, according to the project budget, construction cost or project actual cost, according to the value carry-over fixed asset of estimate, will start the idea to raise the depreciation next month.

  (13) intangible asset. Intangible asset valuation method: The host in this company plays intangible asset is the land employment right, the specialized technique, the application software and ore mountain exploit right, the prospecting power and trademark right of use and so on. The intangible asset that buys, does according to other costs and related disbursements of actual payment for the actual cost. The intangible asset that the investors invest, gathers according to the investment Value determination actual cost with or agreement agreement, but the contract or the agreement commitment value is not fair and just, according to sound value determination actual cost.

  2. intangible asset amortization method and deadline: This company's land employment right from the selling outset date, sold according to its selling age limit average booth: This company other intangible assets short the average amortization ` booth melt metal according to the effective age three that in the profiting age limit and law body of estimate service life and contract provision stipulated by stages lead include the related property cost and working as time profit and loss according to its profiting object.

  3. this company in every year finally, and amortization method to the service life limited intangible asset's estimate service life carried on the duplicate nucleus, if had to change the abnormality to adjust. During Inoue each accountant, to the

service life indefinite intangible asset's estimate service life carries on to reexamine, regarding having the evidence indicated that the intangible asset the service life is limited, then estimates its service life, in the estimate uses in the long-lived life the amortization.

(14) studies and develops this company study the developmental item disbursement to act according to its nature as well as the research and development activities ultimately forms the intangible asset whether has the big uncertainty, is divided into the research stage disbursement and phase of exploitation disbursement.

The intangible asset of research development, its research stage's disbursement protects voluntarily in having the chronometer enters the working as time profit and loss; The phase of exploitation. Simultaneously satisfies the following condition, thinks the intangible asset firmly: (Health) completes this intangible asset to enable its to use or sell altogether has the feasibility in the technique technique; (2) has to complete this intangible asset and uses or the exhausted chart; (3) utilizes this intangible asset production the product to have market or intangible asset oneself has the market; Month has other enough technologies, financial resources and capitals sends the support, by becomes this intangible asset development, and is capable to use or sells this intangible asset 1(5) ownership be able to count the plate in this intangible asset phase of exploitation reliably.

Dissatisfied above condition phase of exploitation disbursement, in having chronometer person working as time profit and loss. Preliminary oneself includes profit and loss development disbursement not to think the property during firmly. Oneself capital lignification the disbursement of phase of exploitation's lists in the balance sheet is the development disbursement, achieved to go against from this project may date of the running condition run up surely for the intangible asset.

1

♀ (15) non-monetary assets depreciation company conducted the inspection to protect in each balance sheet date antithetical couplet long-term equity investment, fixed asset, construction in progress and service life definite intangible asset company, the joint enterprise and pooled enterprises and other projects, when has the depreciation sign, the fading bright property likely had the depreciation, this company will carry on the depreciation side to try, and profiting age limit indefinite intangible asset to goodwill, whether regardless of has the depreciation mark nitrogen end to carry on the depreciation to test every year. Is hard to the single item property may take back the amount to conduct the test. Takes this property respective property group or property group combines as suddenly the foundation test, after the depreciation tests, if this property's book value surpasses it to be possible to take back the amount. The difference reveals the depreciation to lose firmly, the depreciation loss that the above capital produces passes through the confirmation, sub-does not return during the later accountant. Property may take back the amount is to refer to the property sound value reduces the net amount and property estimate after destination and expense in the future cash flow cloud high between current value both.

(16) by the investment unit that goodwill goodwill either under the non-same

control the business combination cost for the equity investment cost surpasses should enjoy or in the business combination that obtains either is purchased only then identifies the net assets in obtaining the date or purchase date the difference of sound value share, lists in the consolidated financial statement with the subsidiary company related goodwill alone, with uniting once enterprise and joint enterprise related goodwill, Bao Han in book value of long-term equity investment.

(17) cost of borrowing is to refer to the company and other becomes wooden r including the loan interest, to give a discount or incite the price the booth quietly and auxiliary to help the expense as well as because of remittance difference that because of the interest that the loan has the foreign currency loan has related.

The cost of borrowing that this company has, may belong to directly in conforming to capitalization condition buying of property constructs or produces. Must give by the capitalization: Includes the related property cost: Other borrow to want the expense, must when occurring acts according to its occurred to lean thinks the expense firmly, includes the working as time newspaper profit. So-called plays the role about capitalization condition property, refers to the luck being probable to pass through quite buying of long time to construct or the production activities can reach to predetermined to be possible to use to be possible to sell the condition the fixed asset and investment real estate, and stores goods and other properties. The construction contract cost, confirmed for the intangible asset development disbursement and so on tallying with the condition situation, may recognize that to conform to a capitalization condition's property set of this company should give the capitalization the loan scope including to loan specially and general loan, when 1.2 satisfied the following condition, taking advantage of bullying the expense can start the capitalization:

the (I) property disbursement occurred. The property disbursement including to buy constructs or produce conforms to the capitalization condition property, but to pay the cash, to transfer the non-cash asset or undertakes the disbursement that the belt rest debt form has:

(2) borrows to want the expense to occur;

(3) to cause the property achieves predetermined may use or may sell the condition essential buying to construct or production activities oneself quietly after the start.

2. when buys constructs or produces conforms to the capitalization condition property to achieve predetermined may cause the month or may the tree top sell the condition, the cost of borrowing should, when stops the l divination capitalization, afterward occurred taking advantage of offering expense. Must when occurring acts according to its has the volume to think the expense firmly. Includes when the time damages profit.

Conforms to the capitalization condition property, in buying constructs or in the production process has the unusual interrupt, and interruption interval continuously over 3

　　　　　Is


♀The month, must suspend taking advantage of wanting the expense capitalization. During taking advantage of wanting expense that the interrupt occurred, must

include the working as time profit and loss, suitably to buying constructs or in the production activities starts newly. But, during normal interrupt, occurred taking advantage of wanting the expense must continue the capitalization.

3. during the cost of borrowing capitalization, during each accountant interest (including giving a discount or inciting price amortization) capitalization Jin Du, must determine according to the following method:

(1) to buy constructs or produce conforms to the capitalization condition property to borrow loans specially, must to borrow to want the interest cost that specially, when the time solid border has, subtracts the loan fund that will not have utilized to store the interest return that the bank obtains or carries on amount determination that after the investment yield the temporary investment takes.

(2) to buy constructed or produce conforms to the capitalization condition property to take the general loan, the company must produce the disbursement to surpass according to the capital very much borrows to want the part the property disbursement weighted average to be multiplied by specially to take the general loan the capitalization rate, the computation determined that a loan should give the capitalization the favorable interests collar.

(3" taking advantage of the auxiliary expenses that has softly, before dies for the tallying capitalization condition property that constructs or produces to achieve predetermined may use or may sell the condition occurred. Must when occurring acts according to its occurred gives the capitalization, includes to conform to the capitalization condition property cost: After buys constructs or produces the tallying capitalization condition property that achieves predetermined may use or may sell the condition occurred, must when occurring according to its has the volume to think the expense very much firmly, includes the working as time profit and loss.

(4) during the capitalization, the foreign currency specially loan capital and interest remittance difference, must give the capitalization. Counts the person symbol to gather the capitalization condition the property cost. But borrows to want other foreign currencies to exchange the difference besides the foreign currency specially quite to be the financial expenses taking advantage of collecting that offering the capital and interest produce, includes the working as time profit and loss.

(18) the long anticipation booth expense's calculation method long anticipation booth expense has the volume to deposit according to the reality, in the profiting time or the stipulation friend limits by stages the average booth quietly. If long anticipated after booth's expense item cannot cause, the accountant profited amortization the booth partial valence value of the project all not to change over to this period, when the time trades profit.

(19) staff salary mainly includes the wages, bonus, allowance and subsidy, the staff welfare funds, the social insurance charges and housing accumulation fund and trade union funds and staff educational expenditure and resigns the welfare and obtained the service related disbursement that the staff provides.

Accountant who this company during the staff provides the service, the staff salary that will deal with reveals the debt firmly, and provides the service the profiting object to include the related property cost and expense according to the staff. The compensation that because of relieving gives with staff's labor exchange, includes the working as time profit and loss.

Resigns the welfare to refer to because of relieving staff's the labor exchange

with the compensation that gives, including deciding before the staff labor contract expires does not discuss the staff to want or not, relieves staff's the labor exchange with the compensation that gives: Before staff labor contract expires the compensation that encourages the staff to meet voluntarily is reduced to give: As well as internal retired plan of implementation.

Ith, resigns welfare's confirmation principle:

(I) enterprise oneself planned after the formulation official relieving labor exchange or proposed that the voluntary reduction suggested that and soon will implement.

(2) the enterprise cannot withdraw to terminate the labor exchange to plan or reduce the suggestion unilaterally.


        Protecting `


♀ 2. resigns welfare's idea child method:

(!)Does not have the resigning plan of option regarding the staff, the staff who decides upon to terminate the labor exchange counts most, resigning of each staff to compensate Bo Jiti to deal with the staff salary according to the scheme term gauge.

(2) regarding accepts suggestion of reduction voluntarily, first estimated that will accept the reduction suggestion staff several, according to the estimate staff counts the trough and each staff resigns compensation and other ideas to raise again on the post of deputy wage turns heart S. to resign welfare's confirmation standard:

(1) suggested regarding by stages either by stages the relieving labor exchange plan or the voluntary reduction of implementation, when each issue or each stage plan meets the estimate debt confirmation condition, providing the resignation welfare by the estimate that has negative regretful confirmed this issue or this stage plan in that includes this part to plan to satisfy the estimate debt confirmation condition the working as time overhead charge.

(2) the antithetical couplet conforms to early retirement plan of stipulation. Stretches the stipulation according to the early retirement idea, during the staff will stop providing the service date to the social insurance charges that drew back normally rests between dates, enterprise to plan the early retirement personnel wages and emblem that pays accepts and so on. Thinks the estimate debt firmly, includes, when the time overhead charge must (20) estimate debt I. estimate confirmation principle that negative causes: When guarantees, the pending action or the arbitration and product nature with foreign Tanzania when the guarantee and lay-off plan and to lose money the contract and reorganization duty and fixed asset abandon the duty and so on or had the item related service simultaneously plays the role about the following condition, this company it firmly reveals the debt: (1) this duty is the current obligation that this company fulfills: (2) this duty's clothing line possibly causes the economical advantage profit to flow out the enterprise ` (3) this duty the gold to be able very much to measure obstinately reliably.

2. in the estimate debt counts the method: It is estimated that the debt according to fulfilling the related current obligation assigns the disbursement the best

estimate number to carry on the initial idea. And the overall evaluation with becoming item related risk, uncertainty and currency time value and other factors. In currency time value shade makes a sound big, through after related future cash outflow carries on the commutation determines the best estimate number. To estimating negative handsome the book value carried on to reexamine in the profit report fading date, if had to change the abnormality to adjust to reflect the current best estimate number the book value.

 (21) the calculation of stock payment and rights tool

 . Stock payment's type including by the stock payment and by cash accounting the stock payment that of rights settle accounts.

 2. rights tool sound value's definite method (l) has the active market, in quoted price determination according to active market.

 (2) does not have the active market, uses the estimate value technology to determine that including referring learned the situation and voluntary transaction all quarters hotly entered the price that in the line of market transactions used, to refer to materially the current sound value and cash flow of fish commutation law and option fixed price model other same financial instruments recently.

 3. the feasible power staff effect change that the basis basis of confirmation feasible power rights tool best estimate obtains most newly and so on following information carries on the estimate.

         1?


♀ 4. the implementation, revision and termination stock payment program related accountant processes (!)After by the stock payment that the rights knot that the rights settle accounts the stock payment that awards immediately the feasible power receiving in exchange staff serve floats, is searching for gave the date according to the rights tool common permits the value to include the relevant cost to become the expense. Correspondingly adjusts the capital surplus. Investigates service in waiting time or achieves by the stock payment that the rights that the stipulation achievement condition the feasible power's receiving in exchange staff serves settle accounts, in waiting for each balance sheet date in time. Takes to the feasible power rights tool number mother's best estimate as the foundation, awarded the date according to the rights tool the sound value, the service when the time will obtain included to close the cost or the expense, correspondingly adjusted the capital surplus.

 Receives in exchange for stock payment that of rights settlement its other source serves, the sound value that if its other source serves can count most mouth according to illuminating its other source reliably serves is obtaining the date the sound value to count, and; Sound value that if its other source serves cannot be possible the life measurement, the sound value that but the rights labor has can be possible that measurement, according to the rights tool in the service obtained the date the fair and just price to count, included the relevant cost or the expense, increased the ownership interest correspondingly.

 (2) by the stock payment that of cash accounting throws after stock payment of cash accounting gives the feasible power receiving in exchange staff serves immediately, was giving the child date to receive to shoulder the wave according to the company the sound value to include the relevant cost or the expense, increased

correspondingly negative handsome. Completes the service in waiting time or
achieves by the stock payment that of cash accounting the stipulation achievement
condition may the good power receiving in exchange staff serve, in waiting for each
balance sheet date in time, took to the best estimate of feasible power situation
as the foundation, undertook the sound value of debt according to the company, the
service when the time will obtain included the relevant cost or the expense and
corresponding debt ` (3) revision and termination stock payment program, if revised
the rights tool's sound value corpse company that increased has awarded to confirm
according to increase of rights tool sound value correspondingly obtained the
service increase: If revises the number that of rights tool increased has awarded,
rights tool that the company will increase common permitted the value to think
correspondingly firmly obtained the service increased, if company according to
helping the way revision feasible power condition of staff, the company when the
processing feasible power condition, considered after revising feasible power
condition.

 If revises the sound value that of rights tool reduced has thrown gives, the
company continued to take the rights military engineer to throw gives the date the
sound value as the fragrant foundation, confirmed that obtained the service the
amount, but did not consider the rights tool sound value reduction; If revised
reduced award several miles of rights tool, rights tool that the company will
reduce the part achievement award cancelled to deal with: If revised the feasible
power condition by the disadvantageous child duty two ways, when the processing
feasible power condition, did not consider after revising feasible power condition,
if the company in waiting for the time cancels the rights labor that has awarded if
by chance settles accounts the rights tool that has awarded (because of has not
satisfied feasible power condition cancelled exception), will cancel or the
settlement as acceleration feasible power processing, confirmed immediately along
(20 =) income recognition calculated this company's business income mainly to
include the sodium to sell the commodity income in the gold that in the surplus
waiting times confirmed that to provide the service receipts and transfer property
right of use income. Can flow in the wooden company with the transaction related
economic interest, the related income can be possible the life measurement, and
satisfies the following various operative activities receives into the confirmation
standard time specifically. Confirmed related buying a girl child.

        Dish 8


♀ Dish. The tree top right to the ownership of goods main risk shifts in own and
newspaper alkone about the commodity income to the purchasing merchandise side,
this company no longer related continues the authority and actual domination with
the property rights to this commodity implementation: When with the transaction
related economic interest can the exile enterprise, the related income and cost can
suffices to count the plate reliably, realization of confirmation realization of
goods income.
 2. provides the service receipts in the service that in same year starts and
completes, when completing the service confirmed the income; The start and
constitution of service become belong to the different fiscal year, in situation
that in gathering together can estimate for service transaction's result reliably,

recognized the related service receipts according to the completion percentage law in the balance sheet date firmly.

3. the transfer property right of use income by can flow in this company with the transaction related economic interest. When the income amount can count reliably common, realization of confirmation transfer property right of use income. And: (1) the interest return uses this company monetary fund according to other people the time and real interest rate computation determines the ` (2) working cost income according to the related contract or the charge time and method of determination agreement agreement. (3) manages the ancestor negative to receive into renting the goods time confirmed according to the straight line method.

(23" constructs contract construction contract the result to be possible the life estimate, in the balance sheet date according to the completion percentage law confirmed that the contractual income and contract expense uses : When construction contract's result cannot be possible to drift estimated. If the contract cost can take back. The actual contract cost that the contractual income basis can recoup confirmed. , when the contract cost in the time that its occurred thinks the expense firmly: If the contract cost is impossible to take back, when occurring thinks the expense immediately firmly, did not confirm that the income exerts the contract to estimate the total cost will surpass the contract estimate gross income, the prospective damage will reveal the working as time expense firmly.

(24) rents this company to rent the goods to be divided into financing to rent the goods and management to rent. Materially shifted rents Jia for financing with the property property rights related complete renting of risk and reward, other renting goods rent the goods for the management.

Health. Rent disbursement that the management leased management rents includes the related property cost or the working as time profit and loss according to the straight line method in the renting time.

2. financing rents to celebrate according to the lease asset sound value with rent the payment volume in current value both the junior as renting into property depositing price lowly, rents into the property the depositing value with rent the difference Fu Yuling lowly had confirmed that touches the capital expense, in renting time according to real interest rate law amortization. Rents Fu Yue to deduct lowly had confirmed after touching the capital expense the remaining sum to should pay money to list for a long time in the property negative discusses in the table.

(25) the when calculation method public assistance of public assistance in this company can satisfy the condition that its attaches as well as can receive, confirmed. The public assistance for the currency property, according to the amount measurement that receives actually; In deferring to the receivable gold leads the idea regarding the subsidy that deferring to the fixed fixed quantity standard appropriates

Suitable,


♀In. Government! In the subsidy for the non-currency property, counts according to the sound value: The sound value cannot obtain reliably, (ancestor Yuan) counts the dish according to Xu name Jin Shun.

Thinks the deferred income with the property related public assistance firmly, and

equal distributions in related property service life, includes, when the time damages to benefit ` and income related public assistance, during compensating this company later the related expense will become the loss, reveals the deferred income firmly, and asked in the confirmation related expense's time that includes, when the time digs profit; For related expense or loss that compensating this company oneself has, includes the working as time profit and loss directly.

(26) deferral income tax property and hands over a income tax debt company to hand over the paternal aunt income tax property and the tax fragrant foundation and its book value of deferral income tax debt basis property and debt bad volume (temporary difference) computation confirmation. Regarding deferring to the tax law stipulated that can in later year is set off against should the tax payment amount of income be possible to arrive to buckle the loss and tax money is set off against, regards the same temporary difference confirmation corresponding deferral income tax property. The sub-balance sheet date, handed over income tax property and deferral obtained tax burden lock, during anticipated took back this property or paid off this debt the suitable tax rate to count.

The wooden company takes possibly obtains to be used arrives at the buckle to be possible to arrive to buckle the temporary difference should very much the tax payment amount of income as to limit. The confirmation by may arrive to buckle the deferral that the temporary natural difference has the mattress tax property. Deferral income tax property that to confirmed. When estimates during the future, when is very possible unable to attain enough should the tax payment amount of income use to arrive to buckle to extend the income tax property, must reduce records the deferral income tax property the book value. When probably obtains very much enough should the tax payment amount of income, reduces the amount that records to return.

(27) holds to wait for considering the property company simultaneously to satisfy the following condition the nonliquid asset to divide to hold to wait for selling the property: I. has produced to make the resolution on place in this non-flowing capital; 2. signs the transfer agreement that with the transferee could not be abolished; 3. this transfer very possibly in ~ in year completes.

Regarding holding fixed asset that waits for selling, the company this property estimate only remnant value adjustment after to reflect its sound value subtracts the handling expense the amount (when do not surpass this property tallies holds to wait for considering condition original book value), the ledger face value wave discussed After Diaozheng estimated that the remnant value's difference, raised as the property depreciation only loses includes, when the time profit and loss heart tallied holds to wait for selling the condition the intangible asset and so on other nonliquid asset, according to above principle processing.

(20 A) the income tax accounting process corporation income tax accounting uses the balance sheet debt law. Income tax expense including working as time income tax and deferral obtained tax. Except that and includes the transaction and item of shareholder rights directly related, when the time income tax and deferral income tax include the shareholder rights, by handing over income tax adjustment goodwill book value that outside and business combination has, other, when the time income tax and deferral income tax expense becomes the income to include when the time absorbs profit.

When time income tax expense is to refer to enterprise stipulates the computation according to the tax affairs definite in view of the transaction and item that when

the time has, the due payment should pay the income tax to tax service department's Uncle Jindao: Passes extends the income tax to refer to according to the property negative regretful table debt law should give the confirmation the deferral income tax property and deferral income tax debt, at the end of the period proper amount among confirmed the difference Jin Bei.

(29) business combination business combination refers to two either two forms by the great independent business combination the transaction or the item of report main body. This company in the merge date or the purchase date confirmed property and debt J that merge date or the purchase date obtains because of the business combination were the reality obtain are merged the side to become 20


♀Was purchased the side domination the date.

1. business combination under same control: The merge side the property and debt that obtains in the business combination, was being gathered and side book value according to the merge date counts the dish, obtains the net assets book value and payment that merge value different face value value difference about the well side quite, adjustment capital surplus: Capital surplus insufficient to reducing. Accent Entire retained earnings.

2. under non-same control business combination: The debt as well as release that the sound value of rights negotiable securities in the purchase date the combined cost was the purchase side is to obtain to is purchased the side the domination to pay the property that has to undertake. The combined cost is bigger than is purchased only then identifies the net assets sound value share that in the merge obtains the difference, thinks firmly the goodwill ` combined cost is smaller than is purchased only then identifies the net assets sound value share that in the merge obtains. After reexamining confirmation, includes the working as time profit and loss.

(30) gold touches the tool sound value determination to have the active market's financial instruments, in quoted price determination altogether sound value by active market. Does not have the active market's gold to touch the tool, uses the estimate value technology determination altogether sound value. The price that the estimate value technology carried on the market transaction that uses including the reference familiar situation and voluntary transaction's all quarters, to refer to materially interaction the current sound value and cash flow of dish commutation law and option fixed price model other monetary assets recently. When uses the estimate value technology, uses the market parameter as far as possible, does not use and this company specific related senate number.

Fifth, accounting policy and accountant estimated that the showing (1) accounting policy change of change as well as mistake correction does not have (2) accountant to estimate change does not have (3) preliminary trough big accounting error correction not to have six, taxes and levies main categories of taxes to have the increment duty: The tax rate is 13% and 17%; Business tax 50/s; Enterprise income tax 25%; This company does not have the tax revenue superior benefit.

21

♀♀          Year Song Jiao the number type opens the surface slave bad account
preparation account extra money badly extremely to push various proportion gold to
turn the proportion gold at the beginning of the year. Although proportion Jin
Niubi leans r/o) (/o) (3S) (04) Shan Gongjin large not significant, but the single
item idea raises the bad account preparation other receivable 169,443.10
beginnings" 211,657.92 0.16 rescue equals 111,523.10 -- 20.80 - 129,211,657.92

 I. uses the account age analytic method idea to raise badly different preparation
other to receive money:

          At the end of the year shunian beginning number account step account is
suitable for the bad account going to the account large bad accounts to prepare the
entire uncle proportion certainly (% " sum total proportion (%), within year
2,080.00 1.21 20.80 suitable to 2 years from 2 to 3 years over 3 years box of site
2,080.00 20.80 (including 1 year)

 2. the single item idea raises the bad account preparation other to receive money

  (1) the end of the year non-single item gold is quite significant and single item
idea raises the bad account preparation other to receive money

  (2) although the end of the year single item Jin Shun Meng Da but single item
idea does not raise the bad account preparation other receivable desires:

 Debtor name account large bad account preparations * the idea proposes the
proportion idea to raise within within reason Gao Xiaozheng 31,292.86 1 year
reserve fund Zhao Tao 10,000.00 1 year reserve fund Zhao Sensen within 10,000.00 I
years reserve fund Liu over 20 knives 00. (Within knife dish year respectively
20,919.68 with Jin Wu Yue within year reserve fund Shen Xu, within 25.56 1 year the
reserve fund opens within the precious 20,000.00 1 year the reserve fund


:: Huo Bin ""'"', time still within 41 silt Chen Yuzhen 33,333.00 1 year renting a
room deposit Wang Peiliang 2,000.00 1-2 years ancestor room deposit


          24


♀  Debtor name account Yu Qinghuai gains the preparation account step idea to
propose the proportion idea to raise reason Hu Lifeng 2, Canada 0.00, and 2 years

renting a room deposit

Ji Xincheng 52 audiences "j0 within 1 year renting a room deposit Fan within Bingkui 11,35100 1 year renting a room deposit

The box stops 169,443.10 3 this year not to return or take back the situation

Month. This current period not actual nucleus other quietly should receive money


(6) Goods in stock

The project the effect several surface large falls in price to prepare the different face value value account at the end of the year at the beginning of the year! Falls in price to prepare the different face value value

Thick material self-restraint half-finished product and (finished product) 89,205,100.10 89,205,100.10 128,057,827.78 128,057,827.78 turnover materials (packing material and low value Yi Haopin and others) consumptive biological property project construction (has imitated the labor not to tie in the product commodity stocks wipes desire" altogether him 190,535,91530 190,535,915.50

Box this 279,741,015.60 279,741 Sichuan 5.60 12L057,827.78 128,057,827.78


(7) Long-term power investment

I. long-term equity investment classification

Project at the beginning of the year. This year increases this year reduces the remaining sum antithetical couplet company to invest person intestines 1,7 Canada at the end of the year, 3. 161,700 Canada

Involution Jia Qiye invests

The antithetical couplet keeps the enterprise to invest

Invests" silk l in other enterprises two 3, intestines 1,7 Canada. The false 3, I ` valley 00.00 reduce: Long-term equity investment depreciation prepares to set up site 3, intestines 1,700.00 3,161,700.00


25

♀

2. long-term equity investment is detailed

Was calculated the investment the end of the year large units to cover to raise the depreciation by the investment unit to be invested at the beginning of the year this year counts the depreciation this year the principle method cost to lean the proportion (%) to prepare to push to prepare the yellowish red advantage

Italy three - 3,161,700.00 3, dish ` 1,700. 3, the skillful 1,700 Canadian China building materials international break limited company cost law 3, J61,700.00 3,161,700.00 3,161,700. 100.

(8) Fixed asset

Hosts. Fixed asset classification

Project at the beginning of the year numerous volumes this year this year Ling Bonian remaining sum one, account original value equals 606,83930          23,003. mao 62 long 8 majestic 3,20

And: Transports the military engineer majestically 3 552.00 3' .552.00

The office equipment 222,28 recognize 30 23, dodges for 3. mao 245,291 0

=, the dish idea depreciation equals 73 evening beautiful .24 90,335. intestines 164,323.70

And ` transport means month long 470. like 45 coins ".57 95,136.55

Office equipment 24,5 bamboos .2 ' money 669. 69,187.15

Third, fixed asset account Leng Zhi equals 53 people to stare at 1.06 intestines" 19.50

And: Transports the writing tool 335,081.02 ~ 289, majestic dish in May 5

Office equipment 191, "0.04 health' dish 04.0$

Fourth, various fixed asset depreciation sum totals

And: Transports the military engineer

Manages the postulation respectively five, fixed asset travel face value values to equal $32,8510'. 465 floats ' J0 positively

And: Transport means 33 `. This l face. 2 turns the breast 415.45

Office equipment 1 spider 770.04 176,104.05

Note: At the end of the year proposes the fixed asset that amortized fully still continued to use endlessly.

2. the end of the year not holds the fixed asset that waits for selling

(9) Deferral income tax property and deferral income tax debt

1. oneself confirmed the deferral the mattress tax property and deferral the mattress tax debt

26

♀       At the end of the year the remaining sum large project deferral income tax may arrive at the buckle to protect at the beginning of the year should tax payment deferral institute Yu Shuike to arrive at the buckle: 1 due payment pleased Gansu property debt. When the nature hangs different property/negative other difference ~, hands over the income tax property 5.20 20.80 property depreciations to prepare instead to add the zojo organization cost to be possible to arrive at the buckle to owe to turn two, deferral income tax debt transaction gold to touch the tool and derivation financial instruments' estimation value juice enters the capital surplus may for the sell gold touch the property common to permit the price to pity changes young

(10) The short money, short-term taking advantage of wanting to classify:
   The project year quite at the beginning of the year quite pawns taking advantage of wanting to mortgage taking advantage of wanting to guarantee that borrows soft 50,0, by) 0. false 7, and snake 0,000.00 credit loan winds 0,000.00 warehouses 50,000,000.00 57,980,000.00

2nd, the end of the year non-oneself expires short money 3, the end of the year that has not repaid not to pawn taking advantage of wanting 4, at the end of the year taking advantage of wanting 5, guaranteed loan loans wants the unit to stop 50,000,000.00 taking advantage in desire elder sister guarantor Shanghai Bank Deep pool Spain Sub-branch 50,000,000.00 building materials group import-export company Italy without the mortgage

Page 34 CNBMFP00045798_T

27

♀ (11) notes receivable type Yu Fan audiences large trade acceptance bank acceptance collects at the end of the year at the beginning of the year is 50 million Canadian Italy lii 50,000,000.00 (12) account payable unites the age at the end of the year Yu Hui at the beginning of the year.

  Within year 165,981,118.9$ 31M15,28432 1-2 years 2-3 years < including 2 years) (including 3 years" over 3 years box several 165,981, Japan s'3 316,415,2 at the end of 4.32 non-account age surpass l years large quantity account payable

 (13) advance receipt fund project at the end of the year the beginning of the year Yu Fan within year 3,0 (including L years)", 150.85 14 evenings 112."

  Above year 407,698.60 153 only 30. custom 2 Italy blue 3,$07,449.45 ", hundred 52,443. stomach account ages surpass for 1 year lock the pre-debt collection wants ` position power unit name to owe the exhausted newspaper account transferring the reason Beijing big luck greatly occupy wood construction limited company low 1 ` not to complete Chen Zhiyong 33 to direct in 00 1-2 years transaction. Gentlemen 2 Suitable-two a year transaction has not completed the Shanghai navigation great packing material limited common hastily 18,588. , Dish Dish-two a year article easy not to have become Shanghai to depend on abundant paper product limited common sentence first', 3 ' 3." 1-2 years junction turns has not completed the Yantai Sanchuan model limited company 52,414.05 I-i year transactions not to complete to equal 202,117. imaginary.

2$

♀    (14) deals with staff salary' the item of the beginning of the year audiences to lean this year increases leans this year reduces board year Song Zhongpo one, wages and bonus, to extend pastes and subsidy 5,160,214.21 5,160 edge 4.21 two, staff welfare funds "', 1.28 519,071.28 non-currency welfare three, Du can insurance premium 1,561,211.82 1,561,211.82 in which: 1 algae medical service insurance premium 453,395.10 4 ' 3,3 evenings" 0 2.4 divination sufficient medical service insurance premium 3.th brigade retirement insurance premium 849,7 intestines .20 849,746.20 4. noon Jin Jibi (supplement old-age insurance), and month 2, occupies audiences stuffily' 2 142,450.52 5. unemployment insurance Expense 6 '.'Honored .45 ", "partner month' `. Injury on job insurance premium 19,946.41 19,946.41. The birth insurance premium 3 sighed 1 " .5 month 30,123.5 valley four, housing accumulation fund 293,311.44 293 11.44 five, trade union funds

and staff educates after Qi 129,601.60 26,342. adds 103,259.60 six, to resign the welfare and in remote compensation in, 1. because of other making up uncle 2. estimate early retirement personnel mountain seven, 29,180.30 29,180.30 that terminating the labor exchange gave:! Three the labor cash ties the forest the share pays Italy to stop 7,752,650.65 7,649,391.Q5 103,259.60

(15) should hand over taxes and fees project Yu Gumu the year to hand over at the beginning of the year this year has paid at the end of the year the extra money increment duty -37,8, and ', '".'And and long customs household 29. disaster -18 knives 10,22 " 1 excise tax business tax capital muddy tax enterprise income tax soul, friend: 0,5 the intestines .05 said 0,586. still to put city maintenance construction tax property tax Shangdi to use the sharp individual income handsome sharp 16,196.42 126,730.59 138, dish 65.35 5,361.66 extra charges of education funds 2 evenings


♀    The project this year should hand over this year oneself to hand over tenths other at the beginning of the year extremely to approve the box to let -40,281,344.54 I9,934 at the end of the year pleased still'." -2,342,420.70 -18 added 4,864. still


(16) other should pay money

Travel age year Song Zhongqing at the beginning of the year leisure. Within the year 65,486 that 0.42 (including 1 year) directs .18 to be mad 940.71 1-2 years Ct 2 E) 205,880.69 2-3 years (including 3 years) over 3 years

Italy spits


The I. account age surpasses 1 year large quantity other should the payment attractive situation

Other power unit name long Jin Cezhang the step has not repaid the reason Shanghai oriental pearl wood industry limited company 85,767.40 1-2 years not to settle accounts the Suzhou dragon to amount to the international freight transportation agent limited company 69,859.72 1-2 years not to settle accounts the Taicang association to be promoted the export limited company 38,753.94 1-2 years not to settle accounts altogether his 11,499.63 1-2 years not to tie 3%

The plate stops 205,880.69 -


(17) paicl-up capital


The investor name the audiences lean this year this year the end of the year

remaining sum investment gold large to account for the proportion (%) to increase
the reduction at the beginning of the year to invest the gold ship to account for
the proportion (%) about teaching the piece. billion 100.00 100,000,000.00 100.00

A building materials standard group enters 100,000, OCO.OO I to add .00 100, Canada
0,000. adds 100.00 the export corporation


   (18) earnings surplus

    The project the Chongqing little girls this year agate adds this year to
reduce at the beginning of the year the year.
Legal earnings common reserve fund 1,159 evenings 64.96 1,1", 964" random trough
common reserve funds

Reserve mushroom Jin Qi ' 4 divination expansion funds



               30


♀                     The project year cuts Yu Suo this year. Canada this year
reduces the year large profit restores to invest other boxes to stop

        (19) undistributed profit this year the beginning of the year remaining
sum project this year all quite last year all quite -79,554,389.62 10,439.6 helped.
"Wooden year field adds volume Sichuan 1,442J1 -89,994,074.26: This year changes
over to -311 to profit, encourages 2.31 to recognize 994 evening 74.26 altogether
his adjustment factors this year to reduce quite altogether: This year withdraws
the earnings surplus number this year to withdraw a risk preparation this year to
assign the cash advantage to teach the extension to increase funding this year the
end of the year remaining sum other to reduce -79,865$) 1.93 -79,554,389.62

        (20) once industry the income and overhead cost project income cost
income cost this year has pre-last year to teach 1. Main business service sub-total
2,039,886,9 knives. Dragon 2,0 ridges'", still 4.08 3,396,986,000.92
3,4$9,942,37&71 ` building materials trades threw with physical distribution food
block 2,059,886 edge 2.72 2p17,173,0340.                    3,396,986,000.92 3,439
evening 42,37" Italian Lan Biao still', this 6,92172 017,173,034.08 3,396,984000.92
3,439,942,378.71

        (21) property depreciation searched to lose the project this year to
have the volume to have one, badly extremely to lose 20.80 -75,612.40 two, goods in
stock to fall in price last year to extremely lose three, to be possible for the
sell gold to teach the property depreciation to turn to lose four, to due
investment reduces the position to lose five, long-term equity investment
depreciations to lose

3]

♀   The project this year has soft last year to occur to lean six, investment real estate depreciations to lose seven. Decides the property depreciation to lose eight, project commodity depreciations to support loses nine, turn to lose at the class project depreciation +, the production biological property depreciation loses 11, oil gas property depreciations to turn to lose 12, intangible asset depreciations to lose 13, goodwills to reduce the little girl to lose + four, other depreciations to turn to lose the Italian Zhu 20.80 knife 672. merit

"= 12) outside business the disbursement project this year has the level to have the travel to make the current assets place dish technique to lose the sum total last year summons to decide in the property place position to lose the intangible asset place trough to damage the fire sleepily, in the service the group loses the non-currency property to hand over Qin to lose the foreign move fu other 8,287.00 51,199. boxes to let 3' add 51,199.00 in 2s

(20), when refers to the tax expense item this year sending Pourakahalam occurred to lean last year according to the tax law and relevant provision computation the time obtained sharp deferral obtained adjusts -5.20 moves of evenings to incur .10 other boxes pleased several 5.20 18,918.10

32

♀                          (24) branch reported that project building materials trade Lu and physical distribution tectonic plate service arrived equals this year last year this year last year book to seek last year one, business income quietly 2,0, friend 6,922.72 3,396,936,000.92 Z05 long 886,922.12 3,396,98&0. Snake in which: The foreign transaction income 1,820,391,631.60 2996,317 17.12 1,820,391,631.60 2,9% " among 7,217.12 branches trade income 239,495 evening 91.12 404 Shi Shiren the evening to be imaginary. Helps 239,495,291.12 400,668,783.80 two, antithetical couplet Cao Hehe the common enterprise's investment yield three, property depreciations to support loses 2 audiences to help", stone 72. 20. adds -75.672.40 four, amortization funds and booths false female 90,335.46 69,665.34 90 scoops up 35.46 ", stone 65.34 five, profits always large tricky 11,44 skills' 1 -89,975,156.16 tricky victory health, 447.S1 summons 9,975,156.16 six, income tax expense heart .20 moves of evenings compared to .10 hearts. Canadian dish '1 Lu .10 seven and to the profits -311, turn 2 and 31 9,"', 0' majestic .26 -311,442.3 -89,99 were mad mutually 07 .26 eight, property total barium 33 573. young ' J2 intestines 2,056,899.64 333,573,888.12 intestines 2, still sufficed 99M nine, to lose, the non-cash items that always large 317,279,755.09 440,451,324.30

317,279,755.09 "0, stuffy 51,24. commit ten, other again buy 3,791, "3 vigor 606.83 recognize 30 3,791 43.20 606,839.30 amortization fund and other outside booth large male deer expense non-presently the gold expense antithetical couplet keeps the enterprise and joint enterprise's long-term stock power investment assets increases beside the large long-term equity investmentOther non-flowing 23, (edge 3.90 195,106.10 23. Canada'. Seeps 195,1 intestines .10

            (25) cash flow entire table I. uses the indirect method to lean annuity for operative activity cash flow table supplementary information annuity the net profit adjustment I. to pass through Cao Huodong presently meets the net profit adjustment the flow table:
            Net profit tricky 11 rivers majestic 23, and -89,994,074.26 add the ` property depreciation to prepare 20.80 knives 5,672. to say
            Selects the property depreciation, the oil gas property damage and productiveness to live the reduction that bending ` one field row) stores goods regretfully by a grave row) -151.68 several. Stares at .82 166.853.213.47 to pass through the reduction of sand receivable project (to increase by a field row) 25. B 03921 .254,551 produce 62.9$ to pass through window deals with the project increases (reduction by a elegant row) -130,21 125.40 104 12,3 " 3!

    Altogether he 55 sighs for 043.61 -62,142 months 12.35 2. not to involve the cash revenue and expenditure significant investment and investors recognize after presently the entire class trough only barium that Cao Huodong produces: Therefore the flag service transfers may transform the debenture bond financing ancestor who the capital in one year expires to enter to select the property 3. cash and cash equivalent changes the end of the year of situation ` present trough only 30,865,623.20 58,524, Japan 5.17 reduce: Cash the beginning of the year remaining sum 5 indignation .524, and 36.17 24 13,457.93 Canada: The end of the year own volume of present trough equivalent reduces: Cash equivalent the beginning of the year remaining sum cash and cash equivalent net gaining volume -27.658,5) 2.97 34,010,678.24

   2. the cash and related smart rest project of cash equivalent this year Yu Qing last year audiences one, pistil gold 3 enmity 865,623.20 38,52 were mad that 13 swallow" altogether: That saves the cash 21 evenings young .20 2 several 185.37 to

33

♀          Supplementary information annuity ship the amount fixed asset abandonment lost (income last year by "~" e row) sound value change loses (income by a city row) finance, (by a grave row 32,074,408.87 11,124,722.87 investments loses (income with income) by ~ grave row) deferred income tax property reduces (increases by a field row) heart 20 18,918.10 deferral obtained tax burden increases (reduction" (to increase by the reduction that bending ` one field row) stores goods regretfully by a grave row) -151.68 several. Stares at .82 166.853.213.47 to pass through the reduction of sand receivable project (to increase by a field row) 25. B 03921 .254,551 produce 62.9$ to pass through window deals with the project increases (reduction by a elegant row) -130,21 125.40 104 12,3 " 3!

be possible momentarily to be used in the payment forming a line saving to want 20,7 1 pang 942.34 485,26931 to be possible momentarily to be used in the payment other monetary fund city 1267 Canada. "10,011,68129 may be used in village's depositing Central Bank fund depositing same business soft item suing to put the net industry to want item of two, cash equivalent; The position ticket that in three months expire invests

3 '

♀               Project this year Yu Qing.": Year Yu Qing

    Third, the end of the year cash and cash equivalent large 30,865,623.20 Di 2 people protect 3 ' .17

    And: The parent company or the group my wife company uses the cash and that the cash equivalent was limited to create


    Eighth, or has the item




    Ninth, balance sheet in the future item

    Does not have

    +, ` connection side relations and transaction

    (1) The parent company in this enterprise

                                        The parent company shuts to this Mu to book

   Parent company name registration business nature registered capital enterprise the vote of covering rubber enterprise

                                        Proportion (, ') Quan Bili (%)

                    The self-management and various agent kind of commodity Beijing oozing area first bodies nanzhong the building materials group passes and out and technical import and export industry road, number subject business center ` 900,000,000.00 L00.00 [00.00 companies serve; The management transit trade and

number trade 1 of mouths to the tree top trade and so on

Chinese building material collection Beijing Haidian District tight bamboo bowl glass and new building materials 4,33! Tianjin 28 produce the mao .00 100.00 'Quo group limited company south No. 2

 Note: Chinese building material Group Company limited to control side finally.

    "Two) the sub-enterprise in this enterprise

            Holds the Yin proportion right to vote toward intestines business nature registered capital compared to Russian sub-business name (Ye) (%)

                The lumber and wood create and building material and attire China building materials international New Zealand New Zealand play the part of the material as well as the related investment and enter 3,161,700.00 100.00 100.00 limited company export business

35

♀                                    Evening kernel

"" ` Common, 10g "makes up the class great masters to create a grass elder sister rong to stretch in compared to bare Hunan country Feng Shuangkun

rp'ssc6C lot accurate Hunan lining Xi Zhi rises some Liang You corona Koujia Qing Shuangna Ding

B t16t6ftt9 accurate Hunan Fu Xikou with buying lifts material fine jade Shanghai sleepily

which Gansu area rim the 0o'000'ooe'c9 accurate grandson practices to use the lotus root to Peng Baixing Sin

Item. Plants ke, wonderful domestic animal tooth rarely flying in circles cauldron

Long changes career accurate Mou Zhunfu to plant four ' link custom ' E

ovCtIoVtrflIoz 6COWLZV9S Lin Pingpang the sleepy victory book creates Hua Bo

If obviously in male hastily sleepy section non-country does not carve *" in matter

~~ Pakistan, the dice created the great book mouth with biting yesterday 1oz-ot$ttot added ` 000! the oc tricky divination did not finish country L= 'item of riI Bi Shengchang to frighten * turns assorted buys in sleepy materials and equipment a

Year branch mother


    Ices the trough to hear Ji Fenjia to remain to fight definitely clearly passes through the powder to be possible half clear mu powder to be possible Shan mu powder melon inkstone fine jade mu Shu



                                        Near Xing Qianke vehicle
vast bitter skill




                                        Which Ding Kou the color book
presses to lead

Good happy Cameroon 00 ' the 00s'cz earth to chant the majestic country to print Qi country Peng Liaoshu zhonge w




                                        Zeng Mangpin
peak, three




The share pities the class % rustic `” “r ratio' “9 i$t-4i uRl fl

The research sucked China 'lootS tttiOscO'tti to live the grave tribute to return to the ` writing to be once black: Booth

Manages Su Niuya the uniform intestines "pushing refined language and Cao Niuping fine jade ` =

Hastily China %69.c z 6LP PL8'PtI lives Pan Ruishi box for seal province continuous rain: Compiles the armed forces to be drunk

Good to suck the law unreliably %! 6 tT6S'ICC961 t remains for J every time because of gradually does not say the vegetable * the livestock

Bell male

41* % discussed; c 91coVotColt lives: Two tributes (W. Searches Gong T to pull numerously

Zeng Wanxiu partly added crab and other Gu Pai, the arm wing egg "` one

Ascends and so on resolute concurrently common not to rest and so on items to hope that the intestines do not cut the city idea ten thousand

West spells to roll the share to summon to hunt for Ping Mulv to fall the color half solution Guizhou half cauldron to lead and so on to keep the non-intestines to want Jia domestic animal tooth but actually fresh not to put down Peng Liu not

♀  11th, does not have 12, financial reportings authorized 2012 annual accounts by the common sinking board of directors to authorize according to other contents that related financial inventory accounting system should disclose.

Building materials wood industry trade limited company March 2$, 2013 date

3 '

♀ The mushroom discussed the camp

Stands industry

Must know

Divination "Business entity Cao Yezhi Gaining" is the enterprise common person capital sunflower and legitimate after arm's certificate.

2. ` Business entity Cao Yezhi clothing" deciliter Japan spindle-tree s 1 book, the principal edition and hacks this has the same level legal effect.

(Ripe book) (4 3, the ` law of enterprise enters the food industry to hold the clothing" Japan spindle-tree must in being occupied

by if Sheng Muwei.

                                    1100000064 13037 4 "Business entity
Cao Yezhi the Clothing" non-mattress food makes, Shui river to change, hire, loan
and transfers.

                            Registration number 5. registration winter item of
coal lives to hand over. Must meat company registration Xin invite the alteration
registration. jue barium ` business deficiency law person Zeng Ye held exhibition).

The name said that Guizhou ten thousand believed accounting firm limited company 6.
every year March one to June 30. Can participate noon inspects the position?.
"After Audiences Industry Legal person Arm Is holding Small dish) Hangs Example,
Will not develop with after' Moves ` that Buries To have nothing to do Clear
It'jing' Six Xicheng District Western-style pastry Wrong side of the door Avenue
Unsophisticated Kings on the 0 Level (Germany To win Campus) 8. To handle Note
Quietly To register, Must Return "Business entity * Industry the License" Japan
spindle-tree is clever 'south the wood.
Lives in the evening. 'Female industry legal person Cao Yezhi clothing" loses
clamps play Liang Huai, must newspaper legal representative name Zhu who assigns in
the company registration. :: ': ' Publishes the rising tone expensively to make the
skin, Shanghai Zhu Poqing,


Registered capital 3 (U well to beg annual survey


30LI ten thousand Yuan paicl-up capital C.


                        Seals Ren Gongsi (item however to enter investment or
holding) limitedly company type

                        Permission and yellow item of a: Examination business
accounting report form, the writing up audit newspaper manages Fan Weigao; si:
Proves the enterprise capital and writing up to examine the capital report; Handles
the enterprise to gather

                        Makes up audit operations and writing up related
newspaper in 0.1 separation and settlement matters concerned

                        Considering: Undertakes the accountant to consult,
accounting service.

                        ~ stock management goes against 1=: Does not have

                                                            Erroneous
and Shanghai


    Is mad I;


              Japan time i9%2.4:12 Hunan 99 201

                              The Canadian 00 years 01 bent 21. day the time to
limit to the nfl'- \ _J year 01. month on the 20th


        Please in every year March 1 to June 30 to the registration report that in
the annual inspection pulls to close W to discuss ` items of tit to urge flM by `


♀Coughs Chu "} nature to look for Bo Zhuabi by the line by}) daily said that
commander-in-chief "" "turns sleeve to discuss the stuffy beach fu to search the
latitude buckle saying that transfers U to exert to struggle the multi-kernels like
the goods to play the role of each happy i0 suburb deep and clear mouth} 3 " I
{state to remain to deliver the city like'':! ; ' Keeps pistil share "heart. . Lu
Mufan State item. "A mouse climate and phenomena of the solar terms unites the god
to cough to rest the common stomach slightly to model distant to shout that cuts Mu
Chuan. . "Village. Deep and clear; :: l ', lifts to cast to lift by. Evening Uncle
Ning rather (} trust state `' stone'. .: .
Young mouth little girl village narrows one} e compared to bank mortar indignation
inkstone ' 1, * stone "` and Yin Annual RenewalR the famous pressure stration
wooden card, book Ren Jian the face is qualified, the frog continues effective one
year.
This cert enters cate to cooperate the valid for another year aftvr mountain to
pull out renewal.
* ponders the Elun /4

    '7


♀e Bo Hen "ll the aim shouted. Seeping hawk

` Caution. .

, Co0UNT4k?. ,

Shui river minute flies Yang Heng to play the role specially inferiorly

"' Like uniform

"Sichuan. Helps common

Foil Ai Kuaiqi

already ` mouths ='

t.
Produces. =. . Tablet J. Protects. Protects: Produces `, Yu J=, `, = month jail J
supervises indignation "`' Bucket-`Xiao Duanqie `" ` turns including ` labor ` "` `
Bu Tan

"Palm prayed to attain the jetty sound to chop the paternal aunt

The special Saint records Rong Nuduo to push, the ` white snow

. Side, ~ companion tablet, Checks-a~_ZWIe'IO. . ,
~~ ~- "~~~ to' "turns ~~": ~ inferior sand ten thousand, want lock not ` stones
play the role = prosperous

'' Corpse;

` Months'

'N. . s, was mad

Year Examination registration

The AimS ReneWal R hall i looks for

ti to create ion

This certificate after examining the
face is qualified , to continue in force for one year.

Bang

"" Certificate is v items of 14 r sue
mountain er year after

Its site .r. 0. full of w.

Crosses,"

"flies

Was

mad. , ''. ; !

',

Qin Qin': State' cow

Many months of 0o date hi ` made up the mi month bucket

7

中建材木业贸易有限公司

# 审计报告

（2013）中勤审字第 01002-23-1 号

CNBMFP00045798

# 目　　录

| 内容 | 页次 |
| --- | --- |
| 审计报告 | 1-2 |
| 已审财务报表 | |
| 资产负债表 | 3 |
| 利润表 | 4 |
| 现金流量表 | 5 |
| 所有者权益变动表 | 6 |
| 资产减值准备情况表 | 7 |
| 财务报表附注 | 8-37 |

CNBMFP00045799

**中勤万信会计师事务所**
地址：北京西直门外大街 110 号中糖大厦 11 层
电话：（86-10）68360123
传真：（86-10）68360123-3000
邮编：100044

# 审计报告

（2013）中勤审字第 01002-23-1 号

中建材木业贸易有限公司：

我们审计了后附的中建材木业贸易有限公司（以下简称"贵公司"）财务报表，包括 2012 年 12 月 31 日的资产负债表，2012 年度的利润表、现金流量表、所有者权益变动表和资产减值准备情况表以及财务报表附注。

### 一、管理层对财务报表的责任

编制和公允列报财务报表是贵公司管理层的责任，这种责任包括：（1）按照企业会计准则的规定编制财务报表，并使其实现公允反映；（2）设计、执行和维护必要的内部控制，以使财务报表不存在由于舞弊或错误导致的重大错报。

### 二、注册会计师的责任

我们的责任是在执行审计工作的基础上对财务报表发表审计意见。我们按照中国注册会计师审计准则的规定执行了审计工作。中国注册会计师审计准则要求我们遵守职业道德守则，计划和执行审计工作以对财务报表是否不存在重大错报获取合理保证。

审计工作涉及实施审计程序，以获取有关财务报表金额和披露的审计证据。选择的审计程序取决于注册会计师的判断，包括对由于舞弊或错误导致的财务报表重大错报风险的评估。在进行风险评估时，注册会计师考虑与财务报表编制和公允列报相关的内部控制，以设计恰当的审计程序，但目的并非对内部控制的有效性发表意见。审计工作还包括评价管理层选用会计政策的恰当性和作出会计估计的合理性，以及评价财务报表的总体列报。

我们相信，我们获取的审计证据是充分、适当的，为发表审计意见提供了基础。

1

CNBMFP00045800

三、审计意见

我们认为，中建材木业贸易有限公司财务报表在所有重大方面按照企业会计准则的规定编制，公允反映了贵公司 2012 年 12 月 31 日的财务状况以及 2012 年度的经营成果和现金流量。

中勤万信会计师事务所有限公司　　　　中国注册会计师：

二〇一三年三月二十五日　　　　　　　中国注册会计师：

2

CNBMFP00045801

# 资产负债表

编制单位：中建材木业贸易有限公司（本部）　　　　　　　　　　　2012年12月31日　　　　　　　　　　　　　　金额单位：元

| 项　目 | 行次 | 期末余额 | 年初余额 | 项　目 | 行次 | 期末余额 | 年初余额 |
|---|---|---|---|---|---|---|---|
| 流动资产： | 1 | — | — | 流动负债： | 65 | — | — |
| 货币资金 | 2 | 30,865,623.20 | 58,524,136.17 | 短期借款 | 66 | 50,000,000.00 | 57,980,000.00 |
| △结算备付金 | 3 | | | △向中央银行借款 | 67 | | |
| △拆出资金 | 4 | | | △吸收存款及同业存放 | 68 | | |
| 交易性金融资产 | 5 | | | △拆入资金 | 69 | | |
| 应收票据 | 6 | 500,000.00 | 26,300,000.00 | 交易性金融负债 | 70 | | |
| 应收账款 | 7 | | 81,025,643.18 | 应付票据 | 71 | 50,000,000.00 | |
| 预付款项 | 8 | 23,668,522.32 | 38,404,783.53 | 应付账款 | 72 | 165,981,118.98 | 316,415,284.32 |
| △应收保费 | 9 | | | 预收款项 | 73 | 3,507,449.45 | 15,152,443.81 |
| △应收分保账款 | 10 | | | △卖出回购金融资产款 | 74 | | |
| △应收分保合同准备金 | 11 | | | △应付手续费及佣金 | 75 | | |
| 应收利息 | 12 | | | 应付职工薪酬 | 76 | 103,259.60 | |
| 应收股利 | 13 | | | 其中：应付工资 | 77 | | |
| 其他应收款 | 14 | 171,502.30 | 129,211,657.92 | 应付福利费 | 78 | | |
| △买入返售金融资产 | 15 | | | 其中：职工奖励及福利基金 | 79 | | |
| 存货 | 16 | 279,741,015.60 | 128,057,827.78 | 应交税费 | 80 | -18,004,864.05 | -40,281,344.54 |
| 其中：原材料 | 17 | | | 其中：应交税金 | 81 | -18,004,864.05 | -40,281,344.54 |
| 库存商品(产成品) | 18 | 89,205,100.10 | 128,057,827.78 | 应付利息 | 82 | | |
| 一年内到期的非流动资产 | 19 | | | 应付股利 | 83 | | |
| 其他流动资产 | 20 | | | 其他应付款 | 84 | 65,692,791.11 | 91,184,940.71 |
| 流动资产合计 | 21 | 334,946,663.42 | 461,524,048.58 | △应付分保账款 | 85 | | |
| 非流动资产： | 22 | — | — | △保险合同准备金 | 86 | | |
| △发放贷款及垫款 | 23 | | | △代理买卖证券款 | 87 | | |
| 可供出售金融资产 | 24 | | | △代理承销证券款 | 88 | | |
| 持有至到期投资 | 25 | | | 一年内到期的非流动负债 | 89 | | |
| 长期应收款 | 26 | | | 其他流动负债 | 90 | | |
| 长期股权投资 | 27 | 3,161,700.00 | | 流动负债合计 | 91 | 317,279,755.09 | 440,451,324.30 |
| 投资性房地产 | 28 | | | 非流动负债： | 92 | — | — |
| 固定资产原价 | 29 | 629,843.20 | 606,839.30 | 长期借款 | 93 | | |
| 减：累计折旧 | 30 | 164,323.70 | 73,988.24 | 应付债券 | 94 | | |
| 固定资产净值 | 31 | 465,519.50 | 532,851.06 | 长期应付款 | 95 | | |
| 减：固定资产减值准备 | 32 | | | 专项应付款 | 96 | | |
| 固定资产净额 | 33 | 465,519.50 | 532,851.06 | 预计负债 | 97 | | |
| 在建工程 | 34 | | | 递延所得税负债 | 98 | | |
| 工程物资 | 35 | | | 其他非流动负债 | 99 | | |
| 固定资产清理 | 36 | | | 其中：特准储备基金 | 100 | | |
| 生产性生物资产 | 37 | | | 非流动负债合计 | 101 | | |
| 油气资产 | 38 | | | 负债合计 | 102 | 317,279,755.09 | 440,451,324.30 |
| 无形资产 | 39 | | | 所有者权益（或股东权益）： | 103 | — | — |
| 开发支出 | 40 | | | 实收资本（股本） | 104 | 100,000,000.00 | 100,000,000.00 |
| 商誉 | 41 | | | 国有资本 | 105 | 100,000,000.00 | 100,000,000.00 |
| 长期待摊费用 | 42 | | | 其中：国有法人资本 | 106 | 100,000,000.00 | 100,000,000.00 |
| 递延所得税资产 | 43 | 5.20 | | 集体资本 | 107 | | |
| 其他非流动资产 | 44 | | | 私营资本 | 108 | | |
| 其中：特准储备物资 | 45 | | | 其中：个人资本 | 109 | | |
| 非流动资产合计 | 46 | 3,627,224.70 | 532,851.06 | 外商资本 | 110 | | |
| | 47 | | | #减：已归还投资 | 111 | | |
| | 48 | | | 实收资本（或股本）净额 | 112 | 100,000,000.00 | 100,000,000.00 |
| | 49 | | | 资本公积 | 113 | | |
| | 50 | | | 减：库存股 | 114 | | |
| | 51 | | | 专项储备 | 115 | | |
| | 52 | | | 盈余公积 | 116 | 1,159,964.96 | 1,159,964.96 |
| | 53 | | | 其中：法定公积金 | 117 | 1,159,964.96 | 1,159,964.96 |
| | 54 | | | 任意公积金 | 118 | | |
| | 55 | | | #储备基金 | 119 | | |
| | 56 | | | #企业发展基金 | 120 | | |
| | 57 | | | #利润归还投资 | 121 | | |
| | 58 | | | △一般风险准备 | 122 | | |
| | 59 | | | 未分配利润 | 123 | -79,865,831.93 | -79,554,389.62 |
| | 60 | | | 外币报表折算差额 | 124 | | |
| | 61 | | | 归属于母公司所有者权益合计 | 125 | 21,294,133.03 | 21,605,575.34 |
| | 62 | | | *少数股东权益 | 126 | | |
| | 63 | | | 所有者权益合计 | 127 | 21,294,133.03 | 21,605,575.34 |
| 资产总计 | 64 | 338,573,888.12 | 462,056,899.64 | 负债和所有者权益总计 | 128 | 338,573,888.12 | 462,056,899.64 |

注:表中带*科目为合并会计报表专用；加△格体项目为金融类企业专用；带#为外商投资企业专用。

3

CNBMFP00045802

# 利润表

编制单位：中建材木业贸易有限公司（本部）　　2012年度　　金额单位：

| 项目 | 行次 | 本期金额 | 上期金额 |
|---|---|---|---|
| 一、营业总收入 | 1 | 2,059,886,922.72 | 3,396,986,000.92 |
| 其中：营业收入 | 2 | 2,059,886,922.72 | 3,396,986,000.92 |
| 其中：主营业务收入 | 3 | 2,059,886,922.72 | 3,396,986,000.92 |
| 其他业务收入 | 4 | | |
| △利息收入 | 5 | | |
| △已赚保费 | 6 | | |
| △手续费及佣金收入 | 7 | | |
| 二、营业总成本 | 8 | 2,060,190,083.23 | 3,486,909,958.08 |
| 其中：营业成本 | 9 | 2,017,173,034.08 | 3,459,942,378.71 |
| 其中：主营业务成本 | 10 | 2,017,173,034.08 | 3,459,942,378.71 |
| 其他业务成本 | 11 | | |
| △利息支出 | 12 | | |
| △手续费及佣金支出 | 13 | | |
| △退保金 | 14 | | |
| △赔付支出净额 | 15 | | |
| △提取保险合同准备金净额 | 16 | | |
| △保单红利支出 | 17 | | |
| △分保费用 | 18 | | |
| 营业税金及附加 | 19 | | |
| 销售费用 | 20 | 10,049,882.02 | 6,532,083.24 |
| 管理费用 | 21 | 5,053,959.96 | 8,713,181.99 |
| 其中：研究与开发费 | 22 | | |
| 财务费用 | 23 | 27,913,186.37 | 11,797,986.54 |
| 其中：利息支出 | 24 | 32,074,408.87 | 11,124,722.87 |
| 利息收入 | 25 | 1,613,316.88 | 481,250.12 |
| 汇兑净损失（净收益以"－"号填列） | 26 | -5,604,974.95 | -5,712,349.45 |
| 资产减值损失 | 27 | 20.80 | -75,672.40 |
| 其他 | 28 | | |
| 加：公允价值变动收益（损失以"－"号填列） | 29 | | |
| 投资收益（损失以"－"号填列） | 30 | | |
| 其中：对联营企业和合营企业的投资收益 | 31 | | |
| △汇兑收益（损失以"－"号填列） | 32 | | |
| 三、营业利润（亏损以"－"号填列） | 33 | -303,160.51 | -89,923,957.16 |
| 加：营业外收入 | 34 | | |
| 其中：非流动资产处置利得 | 35 | | |
| 非货币性资产交换利得 | 36 | | |
| 政府补助 | 37 | | |
| 债务重组利得 | 38 | | |
| 减：营业外支出 | 39 | 8,287.00 | 51,199.00 |
| 其中：非流动资产处置损失 | 40 | | |
| 非货币性资产交换损失 | 41 | | |
| 债务重组损失 | 42 | | |
| 四、利润总额（亏损总额以"－"号填列） | 43 | -311,447.51 | -89,975,156.16 |
| 减：所得税费用 | 44 | -5.20 | 18,918.03 |
| 五、净利润（净亏损以"－"号填列） | 45 | -311,442.31 | -89,994,074.20 |
| 归属于母公司所有者的净利润 | 46 | -311,442.31 | -89,994,074.26 |
| *少数股东损益 | 47 | | |
| 六、每股收益： | 48 | — | |
| 基本每股收益 | 49 | | |
| 稀释每股收益 | 50 | | |
| 七、其他综合收益 | 51 | | |
| 八、综合收益总额 | 52 | -311,442.31 | -89,994,074.21 |
| 归属于母公司所有者的综合收益总额 | 53 | -311,442.31 | -89,994,074.26 |
| *归属于少数股东的综合收益总额 | 54 | | |

注：本表中带*科目为母公司合并报表专用；加△栏体项目为金融类企业专用。

4

CNBMFP00045803

# 现金流量表

编制单位：中建材业贸易有限公司（本部）　　　　2012年度　　　　金额单位：元

| 项目 | 行次 | 本期金额 | 上期金额 |
|---|---|---|---|
| 一、经营活动产生的现金流量： | 1 | | |
| 销售商品、提供劳务收到的现金 | 2 | 2,400,825,907.36 | 3,976,922,054.76 |
| △客户存款和同业存放款项净增加额 | 3 | | |
| △向中央银行借款净增加额 | 4 | | |
| △向其他金融机构拆入资金净增加额 | 5 | | |
| △收到原保险合同保费取得的现金 | 6 | | |
| △收到再保险业务现金净增加额 | 7 | | |
| △保户储金及投资款净增加额 | 8 | | |
| △处置交易性金融资产净增加额 | 9 | | |
| △收取利息、手续费及佣金的现金 | 10 | | |
| △拆入资金净增加额 | 11 | | |
| △回购业务资金净增加额 | 12 | | |
| 收到的税费返还 | 13 | | |
| 收到其他与经营活动有关的现金 | 14 | 1,183,606,814.60 | 770,200,000.00 |
| 经营活动现金流入小计 | 15 | 3,584,432,721.96 | 4,747,122,054.76 |
| 购买商品、接受劳务支付的现金 | 16 | 2,747,338,630.58 | 3,971,904,313.30 |
| △客户贷款及垫款净增加额 | 17 | | |
| △存放中央银行和同业款项净增加额 | 18 | | |
| △支付原保险合同赔付款项的现金 | 19 | | |
| △支付利息、手续费及佣金的现金 | 20 | | |
| △支付保单红利的现金 | 21 | | |
| 支付给职工以及为职工支付的现金 | 22 | 7,450,660.73 | 7,192,264.57 |
| 支付的各项税费 | 23 | -2,445,586.05 | 6,182,340.30 |
| 支付其他与经营活动有关的现金 | 24 | 831,532,973.09 | 823,985,448.94 |
| 经营活动现金流出小计 | 25 | 3,583,876,678.35 | 4,809,264,367.11 |
| 经营活动产生的现金流量净额 | 26 | 556,043.61 | -62,142,312.35 |
| 二、投资活动产生的现金流量： | 27 | | |
| 收回投资收到的现金 | 28 | | |
| 取得投资收益收到的现金 | 29 | | |
| 处置固定资产、无形资产和其他长期资产所收回的现金净额 | 30 | | |
| 处置子公司及其他营业单位收到的现金净额 | 31 | | |
| 收到其他与投资活动有关的现金 | 32 | | |
| 投资活动现金流入小计 | 33 | | |
| 购建固定资产、无形资产和其他长期资产所支付的现金 | 34 | 22,382.96 | 195,106.10 |
| 投资支付的现金 | 35 | 3,161,700.00 | |
| △质押贷款净增加额 | 36 | | |
| 取得子公司及其他营业单位支付的现金净额 | 37 | | |
| 支付其他与投资活动有关的现金 | 38 | | |
| 投资活动现金流出小计 | 39 | 3,184,082.96 | 195,106.10 |
| 投资活动产生的现金流量净额 | 40 | -3,184,082.96 | -195,106.10 |
| 三、筹资活动产生的现金流量： | 41 | | |
| 吸收投资收到的现金 | 42 | | 49,000,000 |
| 其中：子公司吸收少数股东投资收到的现金 | 43 | | |
| 取得借款所收到的现金 | 44 | 50,000,000.00 | 107,980,000.00 |
| △发行债券收到的现金 | 45 | | |
| 收到其他与筹资活动有关的现金 | 46 | | |
| 筹资活动现金流入小计 | 47 | 50,000,000.00 | 156,980,000.00 |
| 偿还债务所支付的现金 | 48 | 57,980,000.00 | 50,000,000.00 |
| 分配股利、利润或偿付利息所支付的现金 | 49 | 17,050,473.62 | 10,631,903 |
| 其中：子公司支付给少数股东的股利、利润 | 50 | | |
| 支付其他与筹资活动有关的现金 | 51 | | |
| 筹资活动现金流出小计 | 52 | 75,030,473.62 | 60,631,903.62 |
| 筹资活动产生的现金流量净额 | 53 | -25,030,473.62 | 96,348,096.62 |
| 四、汇率变动对现金及现金等价物的影响 | 54 | | |
| 五、现金及现金等价物净增加额 | 55 | -27,658,512.97 | 34,010,678.34 |
| 加：期初现金及现金等价物余额 | 56 | 58,524,136.17 | 24,513,457.90 |
| 六、期末现金及现金等价物余额 | 57 | 30,865,623.20 | 58,524,136.17 |
| | 58 | | |

注：加△者项目为金融类企业专用。

5

编制单位：中国社会金融服务有限公司（本部）

# 所有者权益变动表

2013年度

金额单位：人民币元

| 项目 | 行次 | 本年金额 | | | | | | | | | | | 上年金额 | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 归属于母公司所有者权益 | | | | | | | | 少数股东权益 | 所有者权益合计 | | 归属于母公司所有者权益 | | | | | | | | 少数股东权益 | 所有者权益合计 |
| | | 实收资本（或股本） | 资本公积 | 减：库存股 | 专项储备 | 盈余公积 | 一般风险准备 | 未分配利润 | 其他 | 小计 | | | 实收资本（或股本） | 资本公积 | 减：库存股 | 专项储备 | 盈余公积 | 一般风险准备 | 未分配利润 | 其他 | 小计 | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 一、上年年末余额 | 1 | 100,000,000.00 | | | | 1,159,964.96 | | -79,554,389.62 | | 21,605,575.34 | | 21,605,575.34 | 51,000,000.00 | | | 1,159,964.96 | | 10,439,684.64 | | 62,299,649.66 | | 62,299,649.66 |
| 加：会计政策变更 | 2 | | | | | | | | | | | | | | | | | | | | | |
| 前期差错更正 | 3 | | | | | | | | | | | | | | | | | | | | | |
| 二、本年年初余额 | 4 | 100,000,000.00 | | | | 1,159,964.96 | | -79,554,389.62 | | 21,605,575.34 | | 21,605,575.34 | 51,000,000.00 | | | 1,159,964.96 | | 10,439,684.64 | | 62,299,649.66 | | 62,299,649.66 |
| 三、本年增减变动金额（减少以"－"号填列） | 5 | | | | | | | -311,442.31 | | -311,442.31 | | -311,442.31 | 49,000,000.00 | | | | | -89,994,074.26 | | -40,994,074.26 | | -40,994,074.26 |
| （一）综合收益总额 | 6 | | | | | | | -311,442.31 | | -311,442.31 | | -311,442.31 | | | | | | -89,994,074.26 | | -89,994,074.26 | | -89,994,074.26 |
| （二）所有者投入和减少资本 | 7 | | | | | | | | | | | | 49,000,000.00 | | | | | | | 49,000,000.00 | | 49,000,000.00 |
| 1.所有者投入的普通股 | 8 | | | | | | | | | | | | 49,000,000.00 | | | | | | | 49,000,000.00 | | 49,000,000.00 |
| 2.其他权益工具持有者投入资本 | 9 | | | | | | | | | | | | | | | | | | | | | |
| 3.股份支付计入所有者权益的金额 | 10 | | | | | | | | | | | | | | | | | | | | | |
| 4.其他 | 11 | | | | | | | | | | | | | | | | | | | | | |
| （三）利润分配 | 12 | | | | | | | | | | | | | | | | | | | | | |
| 1.提取盈余公积 | 13 | | | | | | | | | | | | | | | | | | | | | |
| 2.提取一般风险准备 | 14 | | | | | | | | | | | | | | | | | | | | | |
| 3.对所有者（或股东）的分配 | 15 | | | | | | | | | | | | | | | | | | | | | |
| 4.其他 | 16 | | | | | | | | | | | | | | | | | | | | | |
| （四）所有者权益内部结转 | 17 | | | | | | | | | | | | | | | | | | | | | |
| 1.资本公积转增资本（或股本） | 18 | | | | | | | | | | | | | | | | | | | | | |
| 2.盈余公积转增资本（或股本） | 19 | | | | | | | | | | | | | | | | | | | | | |
| 3.盈余公积弥补亏损 | 20 | | | | | | | | | | | | | | | | | | | | | |
| 4.其他 | 21 | | | | | | | | | | | | | | | | | | | | | |
| （五）专项储备 | 22 | | | | | | | | | | | | | | | | | | | | | |
| 1.本期提取 | 23 | | | | | | | | | | | | | | | | | | | | | |
| 2.本期使用 | 24 | | | | | | | | | | | | | | | | | | | | | |
| 四、本年年末余额 | 31 | 100,000,000.00 | | | | 1,159,964.96 | | -79,865,831.93 | | 21,294,133.03 | | 21,294,133.03 | 100,000,000.00 | | | 1,159,964.96 | | -79,554,389.62 | | 21,605,575.34 | | 21,605,575.34 |

注：带*为补充资料专栏，无公共财政资金专户的，无此栏填列数据为专户。

CNBMFP00045805

# 资产减值准备情况表

编制单位：中建材集团进出口股份有限公司（本部）　　2012年12月31日　　金额单位：元

| 项目 | 行次 | 年初账面余额 | 本期增加额 | | | | 资产价值回升冲回额 | 本期减少额 | | | | 期末账面余额 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 本期计提额 | 合并增加额 | 其他增加额加项 | 合计 | | 转销额 | 合并减少额 | 其他原因减少额 | 合计 | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 一、坏账准备 | 1 | | 20.80 | | | 20.80 | | | | | | 20.80 |
| 二、存货跌价准备 | 2 | | | | | | | | | | | |
| 三、可供出售金融资产减值准备 | 3 | | | | | | | | | | | |
| 四、持有至到期投资减值准备 | 4 | | | | | | | | | | | |
| 五、长期股权投资减值准备 | 5 | | | | | | | | | | | |
| 六、投资性房地产减值准备 | 6 | | | | | | | | | | | |
| 七、固定资产减值准备 | 7 | | | | | | | | | | | |
| 八、工程物资减值准备 | 8 | | | | | | | | | | | |
| 九、在建工程减值准备 | 9 | | | | | | | | | | | |
| 十、生产性生物资产减值准备 | 10 | | | | | | | | | | | |
| 十一、油气资产减值准备 | 11 | | | | | | | | | | | |
| 十二、无形资产减值准备 | 12 | | | | | | | | | | | |
| 十三、商誉减值准备 | 13 | | | | | | | | | | | |
| 十四、其他减值准备 | 14 | | | | | | | | | | | |
| | 15 | | | | | | | | | | | |
| 合计 | 16 | | 20.80 | | | 20.80 | | | | | | 20.80 |

| 项目 | 行次 | 金额 |
|---|---|---|
| | | 12 |
| 一、资产减值损失（执行行业会计制度企业填列） | 17 | 20.80 |
| （一）流动资产减值损失 | 18 | |
| 其中：环账损失 | 19 | |
| 存货损失 | 20 | |
| 呆账坏贷损失 | 21 | |
| （二）固定资产净损失 | 22 | |
| 其中：固定资产净盈亏 | 23 | |
| 投资性房地产盈溢 | 24 | |
| 固定资产盈溢 | 25 | |
| （三）长期投资损失 | 27 | |
| （四）无形资产损失 | 28 | |
| （五）在建工程损失 | 29 | |
| （六）委托贷款损失 | 30 | |
| 二、政策性挂账 | 31 | |
| 其中：当年处理以确认可减值准备以前的账损挂账 | 32 | 20.8 |

CNBMFP00045806

# 中建材木业贸易有限公司

# 2012 年度财务报表附注

（除另有注明外，所有金额均以人民币元为货币单位）

## 一、企业的基本情况

中建材木业贸易有限公司（以下简称"本公司"）成立于 2010 年 7 月，法定代表人韩伟庆，企业注册地址为上海市浦东新区御桥路 298 号 103 室，企业法人营业执照编码为 310115001256801。注册资本 5,100.00 万元，为中建材集团进出口公司全资子公司。

2011 年 7 月 18 日根据董事会决议，中建材集团出口公司增资 4,900.00 万元，由上海沪港金茂会计师事务所有限公司出具的沪金审验（2011）第 903 号验资报告。截止 2012 年 12 月 31 日注册资本为 10,000.00 万元。

本公司主要从事：货物与技术的进出口业务，木材、木制品、建筑材料及装饰材料、金属制品、矿产品（除专项审批）、化工产品（除危险化学品、监控化学品、烟花爆竹、民用爆炸物品、易制毒化学品）、燃料油（除危险化学品）、石油制品（除成品油）、机械设备的销售及以上相关业务的咨询服务。

## 二、财务报表的编制基础

本财务报表以公司持续经营假设为基础，根据实际发生的交易事项，按照财政部 2006 年 2 月 15 日颁布的《企业会计准则》及其补充规定，并基于以下所述重要会计政策、会计估计进行编制。

## 三、遵循企业会计准则的声明

本公司基于上述编制基础编制的财务报表符合 2006 年 2 月 15 日财政部颁布的《企业会计准则》的要求，真实完整地反映了公司的财务状况、经营成果和现金流量等有关信息。

## 四、重要会计政策和会计估计

（一）会计期间

本公司的会计年度从公历 1 月 1 日至 12 月 31 日止。

（二）记账本位币

本公司采用人民币作为记账本位币。

CNBMFP00045807

（三）记账基础和计价原则

本公司以权责发生制为记账基础，以实际成本为计价原则。各项财产在取得时按实际成本计量，其后如果发生减值，按企业会计准则规定计提相应的减值准备。

（四）外币业务的核算方法及折算方法

1. 外币交易

本公司外币交易按交易发生日的即期汇率将外币金额折算为人民币金额。于资产负债表日，外币货币性项目采用资产负债表日的即期汇率折算为人民币，所产生的折算差额除于为购建或生产符合资本化条件的资产而借入的外币专门借款产生的汇兑差额按资本化的原则处理外，直接计入当期损益。以公允价值计量的外币非货币性项目，采用公允价值确定日的即期汇率折算为人民币，所产生的折算差额，作为公允价值变动直接计入当期损益。以历史成本计量的外币非货币性项目，仍采用交易发生日的即期汇率折算，不改变其人民币金额。

2. 外币财务报表的折算

本公司境外经营的资产负债表中的资产和负债项目，采用资产负债表日的即期汇率折算，股东权益项目除未分配利润项目外，其他项目采用发生时的即期汇率折算。境外经营的利润表中的收入与费用项目，采用交易发生日的即期汇率折算。上述折算产生的外币报表折算差额，在股东权益项目下单独列示。实质上构成对境外经营净投资的外币货币性项目，因汇率变动而产生的汇兑差额，在编制合并财务报表时，也作为外币报表折算差额在股东权益项目下单独列示。处置境外经营时，与该境外经营有关的外币报表折算差额，按比例转入处置当期损益。

本公司外币现金流量以及境外子公司的现金流量采用现金流量发生日的即期汇率折算。汇率变动对现金的影响额，在现金流量表中单独列示。

（五）现金及现金等价物的确定标准

现金流量表的现金指企业库存现金及可以随时用于支付的存款。现金等价物指持有的期限短（一般是指从购买日起三个月内到期）、流动性强、易于转换为已知金额现金、价值变动风险很小的投资。

（六）金融资产和金融负债

1. 金融资产的分类

本公司按投资目的和经济实质对拥有的金融资产分为以公允价值计量且其变动计入当期损益的金融资产、持有至到期投资、应收款项和可供出售金融资产四大类。

（1）以公允价值计量且其变动计入当期损益的金融资产

主要是指持有的主要目的为短期内出售的金融资产，在资产负债表中以交易性金融资产列示。

9

CNBMFP00045808

（2）持有至到期投资

指到期日固定、回收金额固定或可确定，且管理层有明确意图和能力持有至到期的非衍生金融资产。

（3）应收款项

是指在活跃市场中没有报价，回收金额固定或可确定的非衍生金融资产，包括应收票据、应收账款、应收利息、应收股利及其他应收款等。

（4）可供出售金融资产

包括初始确认时即指定为可供出售的非衍生金融资产及未被划分为其他类的金融资产。

2.金融资产的确认和计量

金融资产以公允价值进行初始确认。以公允价值计量且其变动计入当期损益的金融资产，取得时发生的相关交易费用直接计入当期损益，其他金融资产的相关交易费用计入初始确认金额。当某项金融资产收取现金流量的合同权利已终止或与该金融资产所有权上几乎所有的风险和报酬已转移至转入方时，终止确认该金融资产。

以公允价值计量且其变动计入当期损益的金融资产和可供出售金融资产按照公允价值进行后续计量；应收款项以及持有至到期投资采用实际利率法，以摊余成本列示。

以公允价值计量且其变动计入当期损益的金融资产的公允价值变动计入公允价值变动损益；在资产持有期间所取得的利息或现金股利，确认为投资收益；处置时，其公允价值与初始入账金额之间的差额确认为投资损益，同时调整公允价值变动损益。

可供出售金融资产的公允价值变动计入股东权益；持有期间按实际利率法计算的利息，计入投资收益；可供出售权益工具投资的现金股利，于被投资单位宣告发放股利时计入投资收益；处置时，取得的价款与账面价值扣除原直接计入股东权益的公允价值变动累计额之后的差额，计入投资损益。

3.金融资产减值

除以公允价值计量且其变动计入当期损益的金融资产外，本公司于资产负债表日对其他金融资产的账面价值进行检查，如果有客观证据表明某项金融资产发生减值的，计提减值准备。

（七）应收款项

1．坏账损失的确认标准：（1）债务单位撤销、破产、资不抵债、现金流量严重不足、发生严重自然灾害等导致停产而在可预见的时间内无法偿付债务等；（2）债务单位逾期未履行偿债义务超过3年；（3）其他确凿证据表明确实无法收回或收回的可能性不大。

2．坏账损失的核算方法：本公司对可能发生的坏账损失采用备抵法核算，期末对应收款项采用个别认定法和账龄分析法相结合计提坏账准备，与已提坏账准备的差额计入当期损益。对于有确凿证据表明确实无法收回的应收款项，经董事会或股东大会批准后列作坏账损失，冲销

CNBMFP00045809

提取的坏账准备。

3. 坏账准备的计提方法：本公司将单项金额重大的应收款项，视为重大应收款项，当存在客观证据表明将无法按应收款项的原有条款收回所有款项时，根据其未来现金流量现值低于其账面价值的差额，单独进行减值测试，计提坏账准备。对于单项金额非重大的应收款项，将其与经单独测试后未减值的应收款项一起按信用风险特征划分为若干组合，根据以前年度与之相同或相类似的、具有类似信用风险特征的应收账款组合的实际损失率为基础，结合现时情况确定本年度各项组合计提坏账准备的比例，据此计算本年度应计提的坏账准备。

单项金额重大的应收款项的判断标准：单项金额人民币500万元以上的应收帐款以及单项金额人民币1000万元以上的其他应收款视为重大。

按账龄划分组合的坏账准备计提比例如下：

| 账龄 | 计提比例 |
| --- | --- |
| 1 年以内 | 1% |
| 1-2 年 | 7% |
| 2-3 年 | 20% |
| 3-4 年 | 40% |
| 4-5 年 | 70% |
| 5 年以上 | 100% |

中国建筑材料集团有限公司下属子公司之间的往来款项，原则上不计提坏账准备，如果债务单位已资不抵债或关停并转的，可对其可收回金额做出客观判断，就其无法收回的差额部分提取坏账准备。

（八）存货

1. 存货的分类：存货分为原材料、包装物、低值易耗品、在产品、库存商品等。

2. 存货取得和发出的计价方法：存货实行永续盘存制，购入和入库按实际成本计价，领用和销售原材料以及销售产成品采用加权平均法核算。

3. 低值易耗品和包装物的摊销：价值较小的，在领用时采用一次摊销法。

4. 期末存货计价原则及存货跌价准备确认标准和计提方法：期末存货按成本与可变现净值孰低原则计价；期末，在对存货进行全面盘点的基础上，对于存货因遭受毁损、全部或部分陈旧过时或销售价格低于成本等原因，预计其成本不可收回的部分，提取存货跌价准备。产成品及大宗原材料的存货跌价准备按单个存货项目的成本高于其可变现净值的差额提取；其他数量繁多、单价较低的原辅材料按类别提取存货跌价准备。

5. 存货可变现净值确定方法：库存商品、在产品和用于出售的材料等直接用于出售的商品存货，其可变现净值按该存货的估计售价减去估计的销售费用和相关税费后的金额确定；用于

11

生产而持有的材料存货，其可变现净值按所生产的产成品的估计售价减去至完工时估计将要发生的成本、估计的销售费用和相关税费后的金额确定。为执行销售合同或者劳务合同而持有的存货，其可变现净值以合同价格为基础计算；企业持有存货的数量多于销售合同订购数量的，超出部分的存货可变现净值以一般销售价格为基础计算。

（九）长期股权投资

1. 长期股权投资的初始计量

通过同一控制下的企业合并取得的长期股权投资，在合并日按照取得被合并方所有者权益账面价值的份额作为长期股权投资的初始投资成本。通过非同一控制下的企业合并取得的长期股权投资，以在合并（购买）日为取得对被合并（购买）方的控制权而付出的资产、发生或承担的负债以及发行的权益性证券的公允价值作为合并成本。在合并（购买）日按照合并成本作为长期股权投资的初始投资成本。

除上述通过企业合并取得的长期股权投资外，以支付现金取得的长期股权投资，按照实际支付的购买价款作为初始投资成本，初始投资成本包括与取得长期股权投资直接相关的费用、税金及其他必要支出；以发行权益性证券取得的长期股权投资，按照发行权益性证券的公允价值作为初始投资成本；投资者投入的长期股权投资，按照投资合同或协议约定的价值作为初始投资成本；以债务重组、非货币性资产交换等方式取得的长期股权投资，按相关会计准则的规定确定初始投资成本。

2. 长期股权投资的后续计量

本公司对子公司投资采用成本法核算，编制合并财务报表时按权益法进行调整；对合营企业及联营企业投资采用权益法核算；对不具有控制、共同控制或重大影响并且在活跃市场中没有报价、公允价值不能可靠计量的长期股权投资，采用成本法核算；对不具有控制、共同控制或重大影响，但在活跃市场中有报价、公允价值能够可靠计量的长期股权投资，作为可供出售金融资产核算。

（十）投资性房地产

1. 投资性房地产的分类：包括已出租的土地使用权；持有并准备增值后转让的土地使用权；已出租的建筑物。

2. 投资性房地产的计价：投资性房地产按其成本作为入账价值，外购投资性房地产的成本包括购买价款、相关税费和可直接归属于该资产的其他支出；自行建造投资性房地产的成本，由建造该项资产达到预定可使用状态前所发生的必要支出构成。

本公司对投资性房地产采用成本模式进行后续计量，按其预计使用寿命及净残值率对建筑物和土地使用权计提折旧或摊销。投资性房地产的预计使用寿命、净残值率及年折旧(摊销)率列示如下：

CNBMFP00045811

| 序号 | 类别 | 折旧或摊销年限 | 残值率（%） |
|---|---|---|---|
| 1 | 土地使用权 | 出让年限 | - |
| 2 | 房屋建筑物 | 40 年 | 5 |

（十一）固定资产

1. 固定资产的确认标准：固定资产是指同时具有以下特征，即为生产商品、提供劳务、出租或经营管理而持有的，使用年限超过一年，单位价值较高的有形资产。

2. 固定资产的分类：房屋及建筑物、机器设备、运输设备和其他。

3. 固定资产的计价：固定资产按取得时的实际成本进行初始计量。其中，外购的固定资产的成本包括买价、不可抵扣增值税、进口关税等相关税费，以及为使固定资产达到预定可使用状态前所发生的可直接归属于该资产的其他支出；自行建造固定资产的成本，由建造该项资产达到预定可使用状态前所发生的必要支出构成；投资者投入的固定资产，按投资合同或协议约定的价值作为入账价值，但合同或协议约定价值不公允的按公允价值入账；融资租赁租入的固定资产，按租赁开始日租赁资产公允价值与最低租赁付款额的现值两者中较低者，作为入账价值。

4. 固定资产折旧方法：除已提足折旧仍继续使用的固定资产，本公司对所有固定资产计提折旧。计提折旧时采用平均年限法，根据资产用途分别计入相关资产的成本或当期费用。本公司固定资产的预计净残值率为5%，分类折旧年限、折旧率如下：

| 序号 | 类别 | 折旧年限(年) | 预计净残值率(%) | 年折旧率(%) |
|---|---|---|---|---|
| 1 | 土地资产 | — | — | — |
| 2 | 房屋、建筑物 | 20-40 | 5 | 2.38-4.75 |
| 3 | 机器设备 | 10-18 | 5 | 5.28-9.50 |
| 4 | 运输设备 | 10 | 5 | 9.50 |
| 5 | 其他 | 8-10 | 5 | 9.50-11.88 |

5. 固定资产后续支出的处理：固定资产的后续支出主要包括修理支出、更新改良支出及装修支出等内容，在相关的经济利益很可能流入且其成本能够可靠的计量时，计入固定资产成本，对于被替换的部分，终止确认其账面价值；所有其他后续支出于发生时计入当期损益。

6. 本公司于每年年度终了，对固定资产的预计使用寿命、预计净残值和折旧方法进行复核，如发生改变，则作为会计估计变更处理。

7. 当固定资产被处置、或者预期通过使用或处置不能产生经济利益时，终止确认该固定资产。固定资产出售、转让、报废或毁损的处置收入扣除其账面价值和相关税费后的金额计入当期损益。

13

CNBMFP00045812

（十二）在建工程

1. 在建工程的计价：按实际发生的成本计量。自营工程按直接材料、直接工资、直接施工费等计量；出包工程按应支付的工程价款等计量；设备安装工程按所安装设备的价值、安装费用、工程试运转等所发生的支出等确定工程成本。在建工程成本还包括应当资本化的借款费用和汇兑损益。

2. 在建工程结转固定资产的标准和时点：本公司建造的固定资产在达到预定可使用状态之日起，根据工程预算、造价或工程实际成本等，按估计的价值结转固定资产，次月开始计提折旧。

（十三）无形资产

1. 无形资产的计价方法：本公司的主要无形资产是土地使用权、专有技术、应用软件、矿山开采权、探矿权及商标使用权等。购入的无形资产，按实际支付的价款和相关的其他支出作为实际成本。投资者投入的无形资产，按投资合同或协议约定的价值确定实际成本，但合同或协议约定价值不公允的，按公允价值确定实际成本。

2. 无形资产摊销方法和期限：本公司的土地使用权从出让起始日起，按其出让年限平均摊销；本公司其他无形资产按预计使用年限、合同规定的受益年限和法律规定的有效年限三者中最短者分期平均摊销。摊销金额按其受益对象计入相关资产成本和当期损益。

3. 本公司于每年年度终了，对使用寿命有限的无形资产的预计使用寿命及摊销方法进行复核，如有改变则进行调整。并于每个会计期间，对使用寿命不确定的无形资产的预计使用寿命进行复核，对于有证据表明无形资产的使用寿命是有限的，则估计其使用寿命并在预计使用寿命内摊销。

（十四）研究与开发

本公司内部研究开发项目支出根据其性质以及研发活动最终形成无形资产是否具有较大不确定性，分为研究阶段支出和开发阶段支出。

自行研究开发的无形资产，其研究阶段的支出，于发生时计入当期损益；其开发阶段的支出，同时满足下列条件的，确认为无形资产：（1）完成该无形资产以使其能够使用或出售在技术上具有可行性；（2）具有完成该无形资产并使用或出售的意图；（3）运用该无形资产生产的产品存在市场或无形资产自身存在市场；（4）有足够的技术、财务资源和其他资源支持，以完成该无形资产的开发，并有能力使用或出售该无形资产；（5）归属于该无形资产开发阶段的支出能够可靠地计量。

不满足上述条件的开发阶段的支出，于发生时计入当期损益。前期已计入损益的开发支出不在以后期间确认为资产。已资本化的开发阶段的支出在资产负债表上列示为开发支出，自该项目达到预定可使用状态之日起转为无形资产。

14

CNBMFP00045813

（十五）非金融资产减值

本公司于每一资产负债表日对子公司、合营企业和联营企业的长期股权投资、固定资产、在建工程、使用寿命确定的无形资产等项目进行检查，当存在减值迹象时，表明资产可能发生了减值，本公司将进行减值测试，对商誉和受益年限不确定的无形资产，无论是否存在减值迹象，每年末均进行减值测试。难以对单项资产的可收回金额进行测试的，以该资产所属的资产组或资产组合为基础测试。

经减值测试后，若该资产的账面价值超过其可收回金额，其差额确认为减值损失，上述资产的减值损失一经确认，在以后会计期间不予转回。资产的可收回金额是指资产的公允价值减去处置费用后的净额与资产预计未来现金流量的现值两者之间的较高者。

（十六）商誉

商誉为股权投资成本或非同一控制下企业合并成本超过应享有的或企业合并中取得的被投资单位或被购买方可辨认净资产于取得日或购买日的公允价值份额的差额。

与子公司有关的商誉在合并财务报表上单独列示，与联营企业和合营企业有关的商誉，包含在长期股权投资的账面价值中。

（十七）借款费用

是指公司因借款而发生的利息及其他相关成本，包括借款利息、折价或者溢价的摊销、辅助费用以及因外币借款而发生的汇兑差额等。

本公司发生的借款费用，可直接归属于符合资本化条件的资产的购建或者生产的，应当予以资本化，计入相关资产成本；其他借款费用，应当在发生时根据其发生额确认为费用，计入当期损益。所谓符合资本化条件的资产，是指需要经过相当长时间的购建或者生产活动才能达到预定可使用或可销售状态的固定资产、投资性房地产、和存货等资产。建造合同成本、确认为无形资产的开发支出等在符合条件的情况下，也可以认定为符合资本化条件的资产。

本公司应予资本化的借款范围包括专门借款和一般借款。

1．同时满足以下条件，借款费用才能开始资本化：

（1）资产支出已经发生。资产支出包括为购建或者生产符合资本化条件的资产而以支付现金、转移非现金资产或者承担带息债务形式发生的支出；

（2）借款费用已经发生；

（3）为使资产达到预定可使用或者可销售状态所必要的购建或者生产活动已经开始。

2．购建或者生产符合资本化条件的资产达到预定可使用或者可销售状态时，借款费用应当停止资本化，之后所发生的借款费用，应当在发生时根据其发生额确认为费用，计入当期损益。

符合资本化条件的资产在购建或者生产过程中发生非正常中断，且中断时间连续超过 3 个

15

CNBMFP00045814

月的，应当暂停借款费用的资本化。在中断期间所发生的借款费用，应当计入当期损益，直至购建或者生产活动重新开始。但是，正常中断期间所发生的借款费用应当继续资本化。

3．在借款费用资本化期间内，每一会计期间的利息（包括折价或溢价的摊销）资本化金额，应当按照下列方法确定：

（1）为购建或者生产符合资本化条件的资产而借入专门借款的，应当以专门借款当期实际发生的利息费用，减去将尚未动用的借款资金存入银行取得的利息收入或进行暂时性投资取得的投资收益后的金额确定。

（2）为购建或者生产符合资本化条件的资产而占用了一般借款的，公司应当根据累计资产支出超过专门借款部分的资产支出加权平均数乘以所占用一般借款的资本化率，计算确定一般借款应予资本化的利息金额。

（3）借款发生的辅助费用，在所购建或者生产的符合资本化条件的资产达到预定可使用或者可销售状态之前发生的，应当在发生时根据其发生额予以资本化，计入符合资本化条件的资产的成本；在所购建或者生产的符合资本化条件的资产达到预定可使用或者可销售状态之后发生的，应当在发生时根据其发生额确认为费用，计入当期损益。

（4）在资本化期间内，外币专门借款本金及利息的汇兑差额，应当予以资本化，计入符合资本化条件的资产的成本。而除外币专门借款之外的其他外币借款本金及其利息所产生的汇兑差额应当作为财务费用，计入当期损益。

（十八）长期待摊费用的核算方法

长期待摊费用按实际发生额入账，在受益期或规定的期限内分期平均摊销。如果长期待摊的费用项目不能使以后会计期间受益则将尚未摊销的该项目的摊余价值全部转入当期损益。

（十九）职工薪酬

主要包括工资、奖金、津贴和补贴、职工福利费、社会保险费及住房公积金、工会经费和职工教育经费及辞退福利等与获得职工提供的服务相关的支出。

本公司在职工提供服务的会计期间，将应付的职工薪酬确认为负债，并根据职工提供服务的受益对象计入相关资产成本和费用。因解除与职工的劳动关系而给予的补偿，计入当期损益。

辞退福利是指因解除与职工的劳动关系而给予的补偿，包括决定在职工劳动合同到期前不论职工愿意与否，解除与职工的劳动关系给予的补偿；在职工劳动合同到期前鼓励职工自愿接受裁减而给予的补偿；以及实施的内部退休计划。

1．辞退福利的确认原则：

（1）企业已经制定正式的解除劳动关系计划或提出自愿裁减建议，并即将实施。

（2）企业不能单方面撤回解除劳动关系计划或裁减建议。

16

2. 辞退福利的计量方法：

（1）对于职工没有选择权的辞退计划，根据计划条款规定拟解除劳动关系的职工数量、每一职工的辞退补偿等计提应付职工薪酬。

（2）对于自愿接受裁减的建议，首先预计将会接受裁减建议的职工数量，再根据预计的职工数量和每一职工的辞退补偿等计提应付职工薪酬。

3. 辞退福利的确认标准：

（1）对于分期或分阶段实施的解除劳动关系计划或自愿裁减建议，在每期或每阶段计划符合预计负债确认条件时，将该期或该阶段计划中由提供辞职福利产生的预计负债予以确认，计入该部分计划满足预计负债确认条件的当期管理费用。

（2）对于符合规定的内退计划，按照内退计划规定，将自职工停止提供服务日至正常退休日之间期间、企业拟支付的内退人员工资和缴纳的社会保险费等，确认为预计负债，计入当期管理费用。

（二十）预计负债

1. 预计负债的确认原则：当与对外担保、未决诉讼或仲裁、产品质量保证、裁员计划、亏损合同、重组义务、固定资产弃置义务等或有事项相关的业务同时符合以下条件时，本公司将其确认为负债：（1）该义务是本公司承担的现时义务；（2）该义务的履行很可能导致经济利益流出企业；（3）该义务的金额能够可靠地计量。

2. 预计负债计量方法：预计负债按照履行相关现时义务所需支出的最佳估计数进行初始计量，并综合考虑与或有事项有关的风险、不确定性和货币时间价值等因素。货币时间价值影响重大的，通过对相关未来现金流出进行折现后确定最佳估计数。于资产负债表日对预计负债的账面价值进行复核，如有改变则对账面价值进行调整以反映当前最佳估计数。

（二十一）股份支付及权益工具的核算

1. 股份支付的种类

包括以权益结算的股份支付和以现金结算的股份支付。

2. 权益工具公允价值的确定方法

(1) 存在活跃市场的，按照活跃市场中的报价确定。

(2) 不存在活跃市场的，采用估值技术确定，包括参考熟悉情况并自愿交易的各方最近进行的市场交易中使用的价格、参照实质上相同的其他金融工具的当前公允价值、现金流量折现法和期权定价模型等。

3. 确认可行权权益工具最佳估计的依据

根据最新取得的可行权职工数变动等后续信息进行估计。

17

CNBMFP00045816

4. 实施、修改、终止股份支付计划的相关会计处理

(1) 以权益结算的股份支付

授予后立即可行权的换取职工服务的以权益结算的股份支付，在授予日按照权益工具的公允价值计入相关成本或费用，相应调整资本公积。完成等待期内的服务或达到规定业绩条件才可行权的换取职工服务的以权益结算的股份支付，在等待期内的每个资产负债表日，以对可行权权益工具数量的最佳估计为基础，按权益工具授予日的公允价值，将当期取得的服务计入相关成本或费用，相应调整资本公积。

换取其他方服务的权益结算的股份支付，如果其他方服务的公允价值能够可靠计量的，按照其他方服务在取得日的公允价值计量；如果其他方服务的公允价值不能可靠计量，但权益工具的公允价值能够可靠计量的，按照权益工具在服务取得日的公允价值计量，计入相关成本或费用，相应增加所有者权益。

(2) 以现金结算的股份支付

授予后立即可行权的换取职工服务的以现金结算的股份支付，在授予日按公司承担负债的公允价值计入相关成本或费用，相应增加负债。完成等待期内的服务或达到规定业绩条件才可行权的换取职工服务的以现金结算的股份支付，在等待期内的每个资产负债表日，以对可行权情况的最佳估计为基础，按公司承担负债的公允价值，将当期取得的服务计入相关成本或费用和相应的负债。

(3) 修改、终止股份支付计划

如果修改增加了所授予的权益工具的公允价值，公司按照权益工具公允价值的增加相应地确认取得服务的增加；如果修改增加了所授予的权益工具的数量，公司将增加的权益工具的公允价值相应地确认为取得服务的增加；如果公司按照有利于职工的方式修改可行权条件，公司在处理可行权条件时，考虑修改后的可行权条件。

如果修改减少了授予的权益工具的公允价值，公司继续以权益工具在授予日的公允价值为基础，确认取得服务的金额，而不考虑权益工具公允价值的减少；如果修改减少了授予的权益工具的数量，公司将减少部分作为已授予的权益工具的取消来进行处理；如果以不利于职工的方式修改了可行权条件，在处理可行权条件时，不考虑修改后的可行权条件。

如果公司在等待期内取消了所授予的权益工具或结算了所授予的权益工具（因未满足可行权条件而被取消的除外），则将取消或结算作为加速可行权处理，立即确认原本在剩余等待期内确认的金额。

（二十二）收入确认核算

本公司的营业收入主要包括销售商品收入、提供劳务收入和让渡资产使用权收入。与交易相关的经济利益能够流入本公司，相关的收入能够可靠计量且满足下列各项经营活动的特定收入确认标准时，确认相关的收入。

18

CNBMFP00045817

1. 销售商品收入

在已将商品所有权上的主要风险和报酬转移给购货方，本公司不再对该商品实施与所有权有关的继续管理权和实际控制权，与交易相关的经济利益能够流入企业，相关的收入和成本能够可靠地计量时，确认商品销售收入的实现。

2. 提供劳务收入

在同一年度内开始并完成的劳务，在完成劳务时确认收入；劳务的开始和完成分属不同的会计年度，在提供劳务交易的结果能够可靠估计的情况下，于资产负债表日按完工百分比法确认相关的劳务收入。

3. 让渡资产使用权收入

以与交易相关的经济利益能够流入本公司，收入的金额能够可靠地计量时，确认让渡资产使用权收入的实现。其中：（1）利息收入按照他人使用本公司货币资金的时间和实际利率计算确定。（2）使用费收入按照有关合同或协议约定的收费时间和方法计算确定。（3）经营租赁收入按照直线法在租赁期内确认。

（二十三）建造合同

建造合同的结果能够可靠估计的，于资产负债表日按完工百分比法确认合同收入和合同费用；建造合同的结果不能可靠地估计时，如果合同成本能够收回的，合同收入根据能够收回的实际合同成本加以确认，合同成本在其发生的当期确认为费用；如果合同成本不可能收回的，在发生时立即确认为费用，不确认收入。

合同预计总成本将超过合同预计总收入时，将预计损失确认为当期费用。

（二十四）租赁

本公司租赁分为融资租赁、经营租赁。实质上转移了与资产所有权有关的全部风险和报酬的租赁为融资租赁，其他的租赁为经营租赁。

1. 经营租赁

经营租赁的租金支出在租赁期内按照直线法计入相关资产成本或当期损益。

2. 融资租赁

按租赁资产的公允价值与最低租赁付款额的现值两者中较低者作为租入资产的入账价值，租入资产的入账价值与最低租赁付款额之间的差额为未确认融资费用，在租赁期内按实际利率法摊销。最低租赁付款额扣除未确认融资费用后的余额以长期应付款列示于资产负债表中。

（二十五）政府补助的核算方法

政府补助在本公司能够满足其所附的条件以及能够收到时，予以确认。政府补助为货币性资产的，按照实际收到的金额计量；对于按照固定的定额标准拨付的补助，按照应收的金额计

19

CNBMFP00045818

量。政府补助为非货币性资产的，按照公允价值计量；公允价值不能可靠取得的，按照名义金额（1元）计量。

与资产相关的政府补助确认为递延收益，并在相关资产使用寿命内平均分配，计入当期损益。与收益相关的政府补助，用于补偿本公司以后期间的相关费用或损失的，确认为递延收益，并在确认相关费用的期间，计入当期损益；用于补偿本公司已发生的相关费用或损失的，直接计入当期损益。

(二十六) 递延所得税资产和递延所得税负债

本公司递延所得税资产和递延所得税负债根据资产和负债的计税基础与其账面价值的差额(暂时性差异)计算确认。对于按照税法规定能够于以后年度抵减应纳税所得额的可抵扣亏损和税款抵减，视同暂时性差异确认相应的递延所得税资产。于资产负债表日，递延所得税资产和递延所得税负债，按照预期收回该资产或清偿该负债期间的适用税率计量。

本公司以很可能取得用来抵扣可抵扣暂时性差异的应纳税所得额为限，确认由可抵扣暂时性差异产生的递延所得税资产。对已确认的递延所得税资产，当预计到未来期间很可能无法获得足够的应纳税所得额用以抵扣递延所得税资产时，应当减记递延所得税资产的账面价值。在很可能获得足够的应纳税所得额时，减记的金额予以转回。

(二十七) 持有待售资产

公司将同时满足下列条件的非流动资产划分为持有待售资产：1. 已经就处置该非流动资产作出决议；2. 与受让方签订了不可撤销的转让协议；3. 该项转让很可能在一年内完成。

对于持有待售的固定资产，公司将该项资产的预计净残值调整为反映其公允价值减去处置费用后的金额（但不得超过该项资产符合持有待售条件时的原账面价值），原账面价值高于调整后预计净残值的差额，作为资产减值损失计入当期损益。

符合持有待售条件的无形资产等其他非流动资产，按上述原则处理。

(二十八) 所得税的会计处理方法

本公司所得税的会计核算采用资产负债表债务法。所得税费用包括当期所得税和递延所得税。除将与直接计入股东权益的交易和事项相关的当期所得税和递延所得税计入股东权益，以及企业合并产生的递延所得税调整商誉的账面价值外，其余的当期所得税和递延所得税费用或收益计入当期损益。

当期所得税费用是指企业按照税收规定计算确定的针对当期发生的交易和事项，应纳给税务部门的金额，即应交所得税；递延所得税是指按照资产负债表债务法应予确认的递延所得税资产和递延所得税负债在期末应有的金额相对于原已确认金额之间的差额。

(二十九) 企业合并

企业合并是指将两个或两个以上单独的企业合并形成一个报告主体的交易或事项。本公司在合并日或购买日确认因企业合并取得的资产、负债，合并日或购买日为实际取得被合并方或

20

被购买方控制权的日期。

1．同一控制下的企业合并：合并方在企业合并中取得的资产和负债，按照合并日在被合并方的账面价值计量，合并方取得的净资产账面价值与支付的合并对价账面价值的差额，调整资本公积；资本公积不足冲减的，调整留存收益。

2．非同一控制下企业合并：合并成本为购买方在购买日为取得对被购买方的控制权而付出的资产、发生或承担的负债以及发行的权益性证券的公允价值。合并成本大于合并中取得的被购买方可辨认净资产公允价值份额的差额，确认为商誉；合并成本小于合并中取得的被购买方可辨认净资产公允价值份额的，经复核确认后，计入当期损益。

（三十）金融工具公允价值的确定

存在活跃市场的金融工具，以活跃市场中的报价确定其公允价值。不存在活跃市场的金融工具，采用估值技术确定其公允价值。估值技术包括参考熟悉情况并自愿交易的各方最近进行的市场交易中使用的价格、参照实质上相同的其他金融资产的当前公允价值、现金流量折现法和期权定价模型等。采用估值技术时，尽可能多使用市场参数，不使用与本公司特定相关的参数。

## 五、会计政策和会计估计变更以及差错更正的说明

（一）会计政策变更情况

无

（二）会计估计变更情况

无

（三）前期重大会计差错更正情况

无

## 六、税项

主要税种有增值税：税率为 13%和 17%；营业税 5%；企业所得税 25%；本公司无税收优惠。

CNBMFP00045820

## 七、会计报表重要项目的说明

### （一）货币资金

| 项目 | 年末余额 | 年初余额 |
|---|---|---|
| 现金： | 21,980.20 | 27,185.37 |
| 其中：人民币 | 21,980.20 | 27,185.37 |
| 银行存款： | 20,716,942.34 | 48,485,269.51 |
| 其中：人民币 | 20,716,942.34 | 48,485,269.51 |
| 其他货币资金： | 10,126,700.66 | 10,011,681.29 |
| 其中：人民币 | 10,126,700.66 | 10,011,681.29 |
| 合计 | 30,865,623.20 | 58,524,136.17 |

### （二）应收票据

| 种类 | 年末余额 | 年初余额 |
|---|---|---|
| 银行承兑汇票 | 500,000.00 | 26,300,000.00 |
| 商业承兑汇票 | | |
| 合计 | 500,000.00 | 26,300,000.00 |

### （三）应收账款

| 种类 | 年末数 账面余额 金额 | 年末数 账面余额 比例(%) | 年末数 坏账准备 金额 | 年末数 坏账准备 比例(%) | 年初数 账面余额 金额 | 年初数 账面余额 比例(%) | 年初数 坏账准备 金额 | 年初数 坏账准备 比例(%) |
|---|---|---|---|---|---|---|---|---|
| 单项金额重大并单项计提坏账准备的应收账款 | | | | | 81,025,643.18 | 100.00 | | |
| 按组合计提坏账准备的应收账款 | | | | | | | | |
| 单项金额虽不重大但单项计提坏账准备的应收账款 | | | | | | | | |
| 合计 | -- | | -- | | 81,025,643.18 | | -- | -- |

1. 年末无采用账龄分析法计提坏账准备的应收账款

22

CNBMFP00045821

2. 单项计提坏账准备的应收账款

（1）年末无单项金额重大并单项计提坏账准备的应收账款

（2）年末无单项金额虽不重大但单项计提坏账准备的应收账款

3.本年无转回或收回情况

4.本报告期无实际核销的应收账款


（四）预付款项

1.预付款项按账龄列示

| 账龄 | 年末数 | | | 年初数 | | |
|---|---|---|---|---|---|---|
| | 账面余额 | 比例(%) | 坏账准备 | 账面余额 | 比例(%) | 坏账准备 |
| 1 年以内（含 1 年） | 11,767,541.92 | 49.72 | | 38,404,783.53 | 100.00 | |
| 1 至 2 年 | 11,900,980.40 | 50.28 | | | | |
| 2 至 3 年 | | | | | | |
| 3 年以上 | | | | | | |
| 合计 | 23,668,522.32 | -- | | 38,404,783.53 | -- | |

2.账龄超过一年的大额预付款项情况

| 债权单位 | 债务单位 | 年末余额 | 账龄 | 未结算的原因 |
|---|---|---|---|---|
| 中建材木业贸易有限公司 | 中国建材国际新西兰有限公司 | 11,900,980.34 | 1-2 年 | 交易未完成 |
| 中建材木业贸易有限公司 | 成都中海物流有限公司 | 0.06 | 1-2 年 | 尾款 |
| 合 计 | | 11,900,980.40 | —— | —— |

（五）其他应收款

| 种类 | 年末数 | | | | 年初数 | | | |
|---|---|---|---|---|---|---|---|---|
| | 账面余额 | | 坏账准备 | | 账面余额 | | 坏账准备 | |
| | 金额 | 比例(%) | 金额 | 比例(%) | 金额 | 比例(%) | 金额 | 比例(%) |
| 单项金额重大并单项计提坏账准备的其他应收款 | | | | | 129,000,000.00 | 99.84 | | |
| 按组合计提坏账准备的其他应收款 | 2,080.00 | 1.21 | 20.80 | 1.00 | | | | |

23

CNBMFP00045822

| 种类 | 年末数 | | | | 年初数 | | | |
|---|---|---|---|---|---|---|---|---|
| | 账面余额 | | 坏账准备 | | 账面余额 | | 坏账准备 | |
| | 金额 | 比例(%) | 金额 | 比例(%) | 金额 | 比例(%) | 金额 | 比例(%) |
| 单项金额虽不重大但单项计提坏账准备的其他应收款 | 169,443.10 | 98.79 | | | 211,657.92 | 0.16 | | |
| 合计 | 171,523.10 | -- | 20.80 | -- | 129,211,657.92 | -- | | -- |

1．采用账龄分析法计提坏账准备的其他应收款：

| 账龄 | 年末数 | | | 年初数 | | |
|---|---|---|---|---|---|---|
| | 账面余额 | | 坏账准备 | 账面余额 | | 坏账准备 |
| | 金额 | 比例(%) | | 金额 | 比例(%) | |
| 1 年以内（含 1 年） | 2,080.00 | 1.21 | 20.80 | | | |
| 1 至 2 年 | | | | | | |
| 2 至 3 年 | | | | | | |
| 3 年以上 | | | | | | |
| 合计 | 2,080.00 | -- | 20.80 | | -- | |

2．单项计提坏账准备的其他应收款

（1）年末无单项金额重大并单项计提坏账准备的其他应收款

（2）年末单项金额虽不重大但单项计提坏账准备的其他应收款：

| 债务人名称 | 账面余额 | 坏账准备 | 账龄 | 计提比例 | 计提理由 |
|---|---|---|---|---|---|
| 高晓正 | 31,292.86 | | 1 年以内 | | 备用金 |
| 赵涛 | 10,000.00 | | 1 年以内 | | 备用金 |
| 赵森森 | 10,000.00 | | 1 年以内 | | 备用金 |
| 刘超 | 20,000.00 | | 1 年以内 | | 备用金 |
| 吴岳 | 20,919.68 | | 1 年以内 | | 备用金 |
| 申旭 | 525.56 | | 1 年以内 | | 备用金 |
| 张瑶 | 20,000.00 | | 1 年以内 | | 备用金 |
| 天津市鼎祥汽车租赁有限责任公司 | 7,500.00 | | 1 年以内 4,500.00；1-2 年 3,000.00 | | 预付汽车租金 |
| 陈玉珍 | 33,333.00 | | 1 年以内 | | 租房押金 |
| 王培亮 | 2,000.00 | | 1-2 年 | | 租房押金 |

24

CNBMFP00045823

| 债务人名称 | 账面余额 | 坏账准备 | 账龄 | 计提比例 | 计提理由 |
|---|---|---|---|---|---|
| 胡孝峰 | 2,000.00 | | 1-2 年 | | 租房押金 |
| 纪新成 | 520.00 | | 1 年以内 | | 租房押金 |
| 范炳奎 | 11,352.00 | | 1 年以内 | | 租房押金 |
| 合计 | 169,443.10 | | -- | -- | -- |

3.本年无转回或收回情况

4.本报告期无实际核销的其他应收款

（六）存货

| 项目 | 年末数 | | | 年初数 | | |
|---|---|---|---|---|---|---|
| | 账面余额 | 跌价准备 | 账面价值 | 账面余额 | 跌价准备 | 账面价值 |
| 原材料 | | | | | | |
| 自制半成品及在产品 | | | | | | |
| 库存商品（产成品） | 89,205,100.10 | | 89,205,100.10 | 128,057,827.78 | | 128,057,827.78 |
| 周转材料（包装物、低值易耗品等） | | | | | | |
| 消耗性生物资产 | | | | | | |
| 工程施工（已完工未结算款） | | | | | | |
| 其他 | 190,535,915.50 | | 190,535,915.50 | | | |
| 合计 | 279,741,015.60 | | 279,741,015.60 | 128,057,827.78 | | 128,057,827.78 |

（七）长期股权投资

1.长期股权投资分类

| 项目 | 年初余额 | 本年增加 | 本年减少 | 年末余额 |
|---|---|---|---|---|
| 对子公司投资 | | 3,161,700.00 | | 3,161,700.00 |
| 对合营企业投资 | | | | |
| 对联营企业投资 | | | | |
| 对其他企业投资 | | | | |
| 小计 | | 3,161,700.00 | | 3,161,700.00 |
| 减：长期股权投资减值准备 | | | | |
| 合计 | | 3,161,700.00 | | 3,161,700.00 |

25

CNBMFP00045824

2.长期股权投资明细

| 被投资单位 | 核算方法 | 投资成本 | 年初余额 | 增减变动 | 年末余额 | 在被投资单位持股比例(%) | 减值准备 | 本年计提减值准备 | 本年现金红利 |
|---|---|---|---|---|---|---|---|---|---|
| 合计 | —— | 3,161,700.00 | | 3,161,700.00 | 3,161,700.00 | —— | | | |
| 中国建材国际新西兰有限公司 | 成本法 | 3,161,700.00 | | 3,161,700.00 | 3,161,700.00 | 100.00 | | | |

（八）固定资产

1.固定资产分类

| 项目 | 年初余额 | 本年增加 | 本年减少 | 年末余额 |
|---|---|---|---|---|
| 一、账面原值合计 | 606,839.30 | 23,003.90 | | 629,843.20 |
| 其中：运输工具 | 384,552.00 | | | 384,552.00 |
| 办公设备 | 222,287.30 | 23,003.90 | | 245,291.20 |
| 二、累计折旧合计 | 73,988.24 | 90,335.46 | | 164,323.70 |
| 其中：运输工具 | 49,470.98 | 45,665.57 | | 95,136.55 |
| 办公设备 | 24,517.26 | 44,669.89 | | 69,187.15 |
| 三、固定资产账面净值合计 | 532,851.06 | -- | -- | 465,519.50 |
| 其中：运输工具 | 335,081.02 | -- | -- | 289,415.45 |
| 办公设备 | 197,770.04 | -- | -- | 176,104.05 |
| 四、固定资产减值准备合计 | | | | |
| 其中：运输工具 | | | | |
| 办公设备 | | | | |
| 五、固定资产账面价值合计 | 532,851.06 | -- | | 465,519.50 |
| 其中：运输工具 | 335,081.02 | -- | | 289,415.45 |
| 办公设备 | 197,770.04 | -- | | 176,104.05 |

注：年末无已提足折旧仍继续使用的固定资产。

2．年末无持有待售的固定资产

（九）递延所得税资产和递延所得税负债

1．已确认递延所得税资产和递延所得税负债

CNBMFP00045825

| 项目 | 年末余额 | | 年初余额 | |
|---|---|---|---|---|
| | 递延所得税资产/负债 | 可抵扣/应纳税暂时性差异 | 递延所得税资产/负债 | 可抵扣/应纳税暂时性差异 |
| 一、递延所得税资产 | 5.20 | 20.80 | | |
| 资产减值准备 | 5.20 | 20.80 | | |
| 开办费 | | | | |
| 可抵扣亏损 | | | | |
| 二、递延所得税负债 | | | | |
| 交易性金融工具、衍生金融工具的估值 | | | | |
| 计入资本公积的可供出售金融资产公允价值变动 | | | | |

（十）短期借款

1、短期借款分类：

| 项目 | 年末余额 | 年初余额 |
|---|---|---|
| 质押借款 | | |
| 抵押借款 | | |
| 保证借款 | 50,000,000.00 | 7,980,000.00 |
| 信用借款 | | 50,000,000.00 |
| 合计 | 50,000,000.00 | 57,980,000.00 |

2、年末无已到期未偿还的短期借款

3、年末无质押借款

4、年末无抵押借款

5、保证借款

| 贷款单位 | 借款余额 | 担保人 |
|---|---|---|
| 上海银行浦西支行 | 50,000,000.00 | 中建材集团进出口公司 |
| 合计 | 50,000,000.00 | -- |

27

CNBMFP00045826

（十一）应付票据

| 种类 | 年末余额 | 年初余额 |
|---|---|---|
| 商业承兑汇票 | | |
| 银行承兑汇票 | 50,000,000.00 | |
| 合计 | 50,000,000.00 | |

（十二）应付账款

| 账龄 | 年末余额 | 年初余额 |
|---|---|---|
| 1 年以内 | 165,981,118.98 | 316,415,284.32 |
| 1-2 年（含 2 年） | | |
| 2-3 年（含 3 年） | | |
| 3 年以上 | | |
| 合计 | 165,981,118.98 | 316,415,284.32 |

年末无账龄超过 1 年的大额应付账款

（十三）预收款项

| 项目 | 年末余额 | 年初余额 |
|---|---|---|
| 1 年以内（含 1 年） | 3,099,750.85 | 14,999,112.99 |
| 1 年以上 | 407,698.60 | 153,330.82 |
| 合计 | 3,507,449.45 | 15,152,443.81 |

账龄超过 1 年的大额预收账款：

| 债权单位名称 | 所欠金额 | 账龄 | 未结转原因 |
|---|---|---|---|
| 北京大福居木结构有限公司 | 46,160.00 | 1-2 年 | 交易未完成 |
| 陈志勇 | 33,581.12 | 1-2 年 | 交易未完成 |
| 上海航伟包装材料有限公司 | 18,588.91 | 1-2 年 | 交易未完成 |
| 上海依博纸制品有限公司 | 51,373.79 | 1-2 年 | 交易未完成 |
| 烟台三川模型有限公司 | 52,414.05 | 1-2 年 | 交易未完成 |
| 合计 | 202,117.87 | -- | -- |

28

CNBMFP00045827

（十四）应付职工薪酬

| 项目 | 年初余额 | 本年增加额 | 本年减少额 | 年末余额 |
|---|---|---|---|---|
| 一、工资、奖金、津贴和补贴 | | 5,160,274.21 | 5,160,274.21 | |
| 二、职工福利费 | | 579,071.28 | 579,071.28 | |
| 其中：非货币性福利 | | | | |
| 三、社会保险费 | | 1,561,211.82 | 1,561,211.82 | |
| 其中：1.基本医疗保险费 | | 453,395.70 | 453,395.70 | |
| 2.补充医疗保险费 | | | | |
| 3.基本养老保险费 | | 849,746.20 | 849,746.20 | |
| 4.年金缴费（补充养老保险） | | 142,450.52 | 142,450.52 | |
| 5.失业保险费 | | 65,549.45 | 65,549.45 | |
| 6.工伤保险费 | | 19,946.41 | 19,946.41 | |
| 7.生育保险费 | | 30,123.54 | 30,123.54 | |
| 四、住房公积金 | | 293,311.44 | 293,311.44 | |
| 五、工会经费和职工教育经费 | | 129,601.60 | 26,342.00 | 103,259.60 |
| 六、辞退福利及内退补偿 | | | | |
| 其中：1.因解除劳动关系给予的补偿 | | | | |
| 2.预计内退人员支出 | | | | |
| 七、其他 | | 29,180.30 | 29,180.30 | |
| 其中：以现金结算的股份支付 | | | | |
| 合计 | | 7,752,650.65 | 7,649,391.05 | 103,259.60 |

（十五）应交税费

| 项目 | 年初余额 | 本年应交 | 本年已交 | 年末余额 |
|---|---|---|---|---|
| 增值税 | -37,817,554.91 | 19,807,329.20 | | -18,010,225.71 |
| 消费税 | | | | |
| 营业税 | | | | |
| 资源税 | | | | |
| 企业所得税 | -2,480,586.05 | | -2,480,586.05 | |
| 城市维护建设税 | | | | |
| 房产税 | | | | |
| 土地使用税 | | | | |
| 个人所得税 | 16,796.42 | 126,730.59 | 138,165.35 | 5,361.66 |
| 教育费附加 | | | | |

29

CNBMFP00045828

| 项目 | 年初余额 | 本年应交 | 本年已交 | 年末余额 |
|---|---|---|---|---|
| 其他税费 | | | | |
| 合计 | -40,281,344.54 | 19,934,059.79 | -2,342,420.70 | -18,004,864.05 |

（十六）其他应付款

| 账龄 | 年末余额 | 年初余额 |
|---|---|---|
| 1 年以内（含 1 年） | 65,486,910.42 | 91,184,940.71 |
| 1-2 年（含 2 年） | 205,880.69 | |
| 2-3 年（含 3 年） | | |
| 3 年以上 | | |
| 合计 | 65,692,791.11 | 91,184,940.71 |

1. 账龄超过 1 年的大额其他应付款情况

| 债权单位名称 | 所欠金额 | 账龄 | 未偿还原因 |
|---|---|---|---|
| 上海东方明珠木业有限公司 | 85,767.40 | 1-2 年 | 未结算 |
| 苏州龙达国际货运代理有限公司 | 69,859.72 | 1-2 年 | 未结算 |
| 太仓市协升进出口有限公司 | 38,753.94 | 1-2 年 | 未结算 |
| 其他 | 11,499.63 | 1-2 年 | 未结算 |
| 合计 | 205,880.69 | -- | -- |

（十七）实收资本

| 投资者名称 | 年初余额 | | 本年增加 | 本年减少 | 年末余额 | |
|---|---|---|---|---|---|---|
| | 投资金额 | 所占比例（%） | | | 投资金额 | 所占比例（%） |
| 合计 | 100,000,000.00 | 100.00 | | | 100,000,000.00 | 100.00 |
| 中建材集团进出口公司 | 100,000,000.00 | 100.00 | | | 100,000,000.00 | 100.00 |

（十八）盈余公积

| 项目 | 年初余额 | 本年增加 | 本年减少 | 年末余额 |
|---|---|---|---|---|
| 法定盈余公积金 | 1,159,964.96 | | | 1,159,964.96 |
| 任意盈余公积金 | | | | |
| 储备基金 | | | | |
| 企业发展基金 | | | | |

30

CNBMFP00045829

| 项目 | 年初余额 | 本年增加 | 本年减少 | 年末余额 |
|---|---|---|---|---|
| 利润归还投资 | | | | |
| 其他 | | | | |
| 合计 | 1,159,964.96 | | | 1,159,964.96 |

（十九）未分配利润

| 项目 | 本年金额 | 上年金额 |
|---|---|---|
| 本年年初余额 | -79,554,389.62 | 10,439,684.64 |
| 本年增加额 | -311,442.31 | -89,994,074.26 |
| 其中：本年净利润转入 | -311,442.31 | -89,994,074.26 |
| 　　　其他调整因素 | | |
| 本年减少额 | | |
| 其中：本年提取盈余公积数 | | |
| 　　　本年提取一般风险准备 | | |
| 　　　本年分配现金股利数 | | |
| 　　　转增资本 | | |
| 　　　其他减少 | | |
| 本年年末余额 | -79,865,831.93 | -79,554,389.62 |

（二十）营业收入、营业成本

| 项目 | 本年发生额 | | 上年发生额 | |
|---|---|---|---|---|
| | 收入 | 成本 | 收入 | 成本 |
| 1．主营业务小计 | 2,059,886,922.72 | 2,017,173,034.08 | 3,396,986,000.92 | 3,459,942,378.71 |
| 其中：建材贸易与物流板块 | 2,059,886,922.72 | 2,017,173,034.08 | 3,396,986,000.92 | 3,459,942,378.71 |
| 合计 | 2,059,886,922.72 | 2,017,173,034.08 | 3,396,986,000.92 | 3,459,942,378.71 |

（二十一）资产减值损失

| 项目 | 本年发生额 | 上年发生额 |
|---|---|---|
| 一、坏账损失 | 20.80 | -75,672.40 |
| 二、存货跌价损失 | | |
| 三、可供出售金融资产减值损失 | | |
| 四、持有至到期投资减值损失 | | |
| 五、长期股权投资减值损失 | | |

31

CNBMFP00045830

| 项目 | 本年发生额 | 上年发生额 |
|---|---|---|
| 六、投资性房地产减值损失 | | |
| 七、固定资产减值损失 | | |
| 八、工程物资减值损失 | | |
| 九、在建工程减值损失 | | |
| 十、生产性生物资产减值损失 | | |
| 十一、油气资产减值损失 | | |
| 十二、无形资产减值损失 | | |
| 十三、商誉减值损失 | | |
| 十四、其他减值损失 | | |
| 合计 | 20.80 | -75,672.40 |

（二十二）营业外支出

| 项目 | 本年发生额 | 上年发生额 |
|---|---|---|
| 非流动资产处置损失合计 | | |
| 其中：固定资产处置损失 | | |
| 无形资产处置损失 | | |
| 债务重组损失 | | |
| 非货币性资产交换损失 | | |
| 对外捐赠 | | |
| 其他 | 8,287.00 | 51,199.00 |
| 合计 | 8,287.00 | 51,199.00 |

（二十三）所得税费用

| 项目 | 本年发生额 | 上年发生额 |
|---|---|---|
| 按税法及相关规定计算的当期所得税 | | |
| 递延所得税调整 | -5.20 | 18,918.10 |
| 其他 | | |
| 合计 | -5.20 | 18,918.10 |

32

CNBMFP00045831

（二十四）分部报告

| 项目 | 建材贸易与物流板块业务 | | 抵销 | | 合计 | |
|---|---|---|---|---|---|---|
| | 本年 | 上年 | 本年 | 上年 | 本年 | 上年 |
| 一、营业收入 | 2,059,886,922.72 | 3,396,986,000.92 | | | 2,059,886,922.72 | 3,396,986,000.92 |
| 其中：对外交易收入 | 1,820,391,631.60 | 2,996,317,217.12 | | | 1,820,391,631.60 | 2,996,317,217.12 |
| 分部间交易收入 | 239,495,291.12 | 400,668,783.80 | | | 239,495,291.12 | 400,668,783.80 |
| 二、对联营和合营企业的投资收益 | | | | | | |
| 三、资产减值损失 | 20.80 | -75,672.40 | | | 20.80 | -75,672.40 |
| 四、折旧费和摊销费 | 90,335.46 | 69,665.34 | | | 90,335.46 | 69,665.34 |
| 五、利润总额 | -311,447.51 | -89,975,156.16 | | | -311,447.51 | -89,975,156.16 |
| 六、所得税费用 | -5.20 | 18,918.10 | | | -5.20 | 18,918.10 |
| 七、净利润 | -311,442.31 | -89,994,074.26 | | | -311,442.31 | -89,994,074.26 |
| 八、资产总额 | 338,573,888.12 | 462,056,899.64 | | | 338,573,888.12 | 462,056,899.64 |
| 九、负债总额 | 317,279,755.09 | 440,451,324.30 | | | 317,279,755.09 | 440,451,324.30 |
| 十、其他重要的非现金项目 | 3,791,543.20 | 606,839.30 | | | 3,791,543.20 | 606,839.30 |
| 折旧费和摊销费以外的其他非现金费用 | | | | | | |
| 对联营企业和合营企业的长期股权投资 | | | | | | |
| 长期股权投资以外的其他非流动资产增加额 | 23,003.90 | 195,106.10 | | | 23,003.90 | 195,106.10 |

（二十五）现金流量表

1.采用间接法将净利润调节为经营活动现金流量

| 补充资料 | 本年金额 | 上年金额 |
|---|---|---|
| 1.将净利润调节为经营活动现金流量： | | |
| 净利润 | -311,442.31 | -89,994,074.26 |
| 加：资产减值准备 | 20.80 | -75,672.40 |
| 固定资产折旧、油气资产折耗、生产性生物资产折旧 | 90,335.46 | 69,665.34 |
| 无形资产摊销 | | |
| 长期待摊费用摊销 | | |
| 处置固定资产、无形资产和其他长期资产的损失（收益以"一"号填列） | | |

33

CNBMFP00045832

| 补充资料 | 本年金额 | 上年金额 |
|---|---|---|
| 固定资产报废损失（收益以"—"号填列） | | |
| 公允价值变动损失（收益以"—"号填列） | | |
| 财务费用（收益以"—"号填列） | 32,074,408.87 | 11,124,722.87 |
| 投资损失（收益以"—"号填列） | | |
| 递延所得税资产减少（增加以"—"号填列） | -5.20 | 18,918.10 |
| 递延所得税负债增加（减少以"—"号填列） | | |
| 存货的减少（增加以"—"号填列） | -151,683,187.82 | 166,853,213.47 |
| 经营性应收项目的减少（增加以"—"号填列） | 250,602,039.21 | -254,551,462.98 |
| 经营性应付项目的增加（减少以"—"号填列） | -130,216,125.40 | 104,412,377.51 |
| 其他 | | |
| 经营活动产生的现金流量净额 | 556,043.61 | -62,142,312.35 |

2．不涉及现金收支的重大投资和筹资活动：

债务转为资本

一年内到期的可转换公司债券

融资租入固定资产

3．现金及现金等价物净变动情况：

| | | |
|---|---|---|
| 现金的年末余额 | 30,865,623.20 | 58,524,136.17 |
| 减：现金的年初余额 | 58,524,136.17 | 24,513,457.93 |
| 加：现金等价物的年末余额 | | |
| 减：现金等价物的年初余额 | | |
| 现金及现金等价物净增加额 | -27,658,512.97 | 34,010,678.24 |

2.现金和现金等价物的有关信息

| 项目 | 本年余额 | 上年余额 |
|---|---|---|
| 一、现金 | 30,865,623.20 | 58,524,136.17 |
| 其中：库存现金 | 21,980.20 | 27,185.37 |
| 可随时用于支付的银行存款 | 20,716,942.34 | 48,485,269.51 |
| 可随时用于支付的其他货币资金 | 10,126,700.66 | 10,011,681.29 |
| 可用于支付的存放中央银行款项 | | |
| 存放同业款项 | | |
| 拆放同业款项 | | |
| 二、现金等价物 | | |
| 其中：三个月内到期的债券投资 | | |

CNBMFP00045833

| 项目 | 本年余额 | 上年余额 |
|---|---|---|
| 三、年末现金及现金等价物余额 | 30,865,623.20 | 58,524,136.17 |
| 其中：母公司或集团内子公司使用受限制的现金及现金等价物 | | |

## 八、或有事项

无

## 九、资产负债表日后事项

无

## 十、关联方关系及其交易

### （一）本企业的母公司

| 母公司名称 | 注册地 | 业务性质 | 注册资本 | 母公司对本企业的持股比例（%） | 母公司对本企业的表决权比例（%） |
|---|---|---|---|---|---|
| 中建材集团进出口公司 | 北京市海淀区首体南路9号主语商务中心4号楼17-21层 | 自营和代理各类商品及技术的进出口业务；经营转口贸易和对销贸易等 | 900,000,000.00 | 100.00 | 100.00 |
| 中国建筑材料集团有限公司 | 北京市海淀区紫竹院南路2号 | 玻璃、新型建材 | 4,331,228,490.00 | 100.00 | 100.00 |

注：中国建筑材料集团有限公司为最终控制方。

### （二）本企业的子企业

| 子企业名称 | 注册地 | 业务性质 | 注册资本 | 持股比例（%） | 表决权比例（%） |
|---|---|---|---|---|---|
| 中国建材国际新西兰有限公司 | 新西兰 | 木材、木制品、建筑材料及装饰材料以及相关的投资和进出口业务 | 3,161,700.00 | 100.00 | 100.00 |

35

CNBMFP00045834

（三）关联方

1. 关联方交易

| 交易类型 | 企业名称 | 关联方关系性质 | 交易金额 | 交易金额占同类交易总额的比例 | 未结算项目金额 | 未结算项目金额坏账准备金额 | 定价政策 |
|---|---|---|---|---|---|---|---|
| 一、购买商品、接受劳务的关联交易 | | | | | | | |
| 板材 | 上海建浦进出口有限责任公司 | 同一控制下子公司 | 710,529,205.16 | 35.22% | | | 市场价 |
| 板材 | 中建材集团进出口公司 | 母子公司 | 119,422,821.67 | 5.92% | | | 市场价 |
| 原木 | 中建材集团进出口公司 | 母子公司 | 196,331,893.24 | 9.73% | | | 市场价 |
| 板材 | 中建材集团进出口上海公司 | 同一控制下子公司 | 114,874,479.12 | 5.69% | | | 市场价 |
| 二、销售商品、提供劳务的关联交易 | | | | | | | |
| 板材 | 中建材钢铁贸易有限公司 | 同一控制下子公司 | 171,058,017.26 | 8.30% | | | 市场价 |
| 板材 | 上海建浦进出口有限责任公司 | 同一控制下子公司 | 68,437,273.86 | 3.32% | | | 市场价 |
| 三、其他 交易 | | | | | | | |
| 房租 | 中建材集团进出口上海公司 | 同一控制下子公司 | 235,800.00 | | | | 协议价 |

2.关联方担保事项

| 担保单位 | 被担保单位 | 被担保单位性质 | 期末担保总额 | 担保期 | 被担保单位现状 |
|---|---|---|---|---|---|
| 中建材集团进出口公司 | 中建材木业贸易有限公司 | 国有企业 | 50,000,000.00 | 2012.8.20-2013.8.20 | 正常营业 |
| 中建材木业贸易有限公司 | 中国建材国际新西兰有限公司 | 国有企业 | 86,227,730.79 | 2012.7.20-2013.7.20 | 正常营业 |

3.应收、应付关联方款项情况

| 关联方名称 | 应收、应付项目 | 期末余额 |
|---|---|---|
| 中建材集团进出口公司 | 其他应付款 | 65,000,000.00 |
| 中建材集团进出口公司 | 应付账款 | 62,489,291.12 |
| 上海建浦进出口有限责任公司 | 应付账款 | 101,749,588.42 |
| 中国建材国际新西兰有限公司 | 预付账款 | 21,580,685.14 |

36

CNBMFP00045835

**十一、按照有关财务会计制度应披露的其他内容**

无

**十二、财务报表的批准**

2012 年度财务报表经公司董事会批准。

中建材木业贸易有限公司

2013 年 3 月 25 日

37

CNBMFP00045836

# 企业法人营业执照

（副　本）（4-3）

注册号 110000064I3037

| | | |
|---|---|---|
| 名　　称 | 中勤万信会计师事务所有限公司 |
| 住　　所 | 北京市西城区西直门外大街110号11层（德胜园区） |
| 法定代表人姓名 | 张金方 |
| 注 册 资 本 | 300万元 |
| 实 收 资 本 | 300万元 |
| 公 司 类 型 | 有限责任公司（自然人投资或控股） |
| 经 营 范 围 | 许可经营项目：审查企业会计报表，出具审计报告；验证企业资本，出具验资报告；办理企业合并、分立、清算事宜中的审计业务，出具有关的报告；承办会计咨询、会计服务业务。一般经营项目：无 |
| 成 立 日 期 | 1992年12月19日 |
| 营 业 期 限 | 自 2000年01月21日 至 2030年01月20日 |

请于每年3月1日至6月30日向登记机关申报年检

## 须　知

1. 《企业法人营业执照》是企业法人资格和合法经营权的凭证。
2. 《企业法人营业执照》分为正本和副本，正本和副本具有同等法律效力。
3. 《企业法人营业执照》正本应当置于住所的醒目位置。
4. 《企业法人营业执照》不得涂改、出租、出借、转让。
5. 登记事项发生变化，应当向公司登记机关申请变更登记。装订、装领《企业法人营业执照》。
6. 《企业法人营业执照》每年三月一日至六月三十日，应当参加年度检验。
7. 《企业法人营业执照》被吊销后，不得开展与清算无关的经营活动。
8. 办理注销登记，应当交回《企业法人营业执照》正本和副本。
9. 《企业法人营业执照》遗失或者毁坏不得，应当年公司登报声明执照作废和银利上声明作废，申请补领。

### 年度检验情况

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

北京市工商行政管理局西城分局

2013 年 03 月 20 日

中华人民共和国国家工商行政管理总局监制





姓　　　名　陈明生
Full name

性　　　别　男
Sex

出　生　日　期
Date of birth

工　作　单　位　中勤万信会计师事务所有限公司
Working unit

身份证号码
Identity card No.



年度检验登记
Annual Renewal Registration

本证书经检验合格，继续有效一年。
This certificate is valid for another year after this renewal.





年　　　　　月　　　　　日
/y　　　　　/m　　　　　/d

年　　　　　月　　　　　日
/y　　　　　/m　　　　　/d

6

7

CNBMFP00045838





姓　　名
Full　name

性　　别
Sex

出 生 日 期
Date of birth

工 作 单 位
Working unit

身份证号码
Identity card No.

## 年 度 检 验 登 记
Annual Renewal Registration

本 证 书 经 检 验 合 格，继续有效一年.
This certificate is valid for another year after this renewal.





0 年
/y
3 月
/m
20 日
/d

年
/y
月
/m
日
/d

6

7

CNBMFP00045839