<u>Partial Translation of CNBMFP00045790 - 45793</u>

<u>CNBMFP00045790</u>

## Articles of Association of CNBM Forest Products Ltd.

## Chapter One General Principles

Article 1: Company Name: CNBM Forest Products Ltd.

…

## Chapter Two  Name of the Capital Contributor (Shareholder), Form of Capital Contribution, Amount of Capital Contribution and Ratio of Capital Contribution

Article 7: Name of the capital contributor (shareholder): China National Building Materials & Equipment Import & Export Corporation

>Address: 17-21/F, Building 4, Zhuyu Business Center, 9 Shouti South Road, Haidian District, Beijing

>Legal Representative: Anzhong Huang

>Form of Capital Contribution: Capital in Currency

>Amount of Capital Contribution: 51 Million Yuan, accounting for 100% of the Equity

## Chapter Three  Rights and Obligations of the Shareholder

Article 8: The Shareholder enjoys the following rights:

(1) As the capital contributor, the Shareholder will, based on the capital contribution invested into the Company, enjoy the owner's rights to obtain asset profits, make important decisions, and select the management.

CONTEMPT
Exhibit 41

**FP:  Exhibit 426**

(2) The Shareholder will be responsible to the Company with the limit of its capital contribution.

(3) Will receive dividend based on the ratio. When the Company increases its capital, the Shareholder will have the priority of subscription. After having registered the Company, the Shareholder may not withdraw its capital contribution.

…

### Chapter Five  The Company's Bodies,  Method of Their Formation, Authorities, and Rules of Procedure

Article 10: The Company does not have the meeting of shareholders, and the Shareholder exercises the following authorities:

(1) Deciding business policy and investment plan for the domestic company.

(2) Electing and changing directors, and making decisions on the relevant compensation matters of directors.

<u>CNBMFP00045791</u>

(3) Electing and changing directors, and deciding the relevant compensation matters of the supervisor if the supervisor is the shareholder's representative.

(4) Deliberating and approving the reports of the board of directors and the supervisor.

(5) Deliberating and approving the Company's annual financial budget and final accounting plans.

6) Deliberating and approving the Company's profit distribution and loss recovery plans.

(7) Making decisions on increasing or decreasing the Company's registered capital.

(8) Making resolutions on issuing the Company's bonds.

(9) Making resolutions on transferring the capital contribution to the parties other than the Shareholder.

(10) Making resolutions on the matters of the Company including merger, split-up, change of corporate form, dissolution, and written-off.

(11) Modifying the Article of Association of the Company.

Article 11: The Shareholder exercises voting rights according to the ratio of capital contribution.

Article 12: Making resolutions on the Company's increase or decrease of registered capital, split-up, merger, dissolution, or change of corporate form.

…

Article 14: The Company establishes a board of directors that has 3 members who are assigned by the Shareholder.

…

Article 15: The board of directors is responsible to the Shareholder, exercising the following authorities:

(1) Being responsible to report work to the Shareholder.

(2) Executing the Shareholder's resolutions.

…

Article 17: The Company has one supervisor, and is recommended by the Shareholder.

…

**CNBMFP00045792**

…

China National Building Materials & Equipment Import & Export Corporation
(seal)

June 10, 2010

Building materials wood industry trade limited company regulation


The first chapter general provisions first: Corporate name: Building materials wood industry trade limited company company residence:
The second article: Company type: Limited liability company third: Company registered capital: Renminbi 51 million Yuan fourth: Company management scope: Engaged in in the cargo and technical import and export business. The lumber, the woodware, the wood floor, the standing timber anticipates the decoration finishing material, the metal and metalliferous ore, the minerals, the building materials and product of chemical industry, the bunker oil, the petroleum pitch, the mechanical device, the advisory service of above relevant operation, (the above involves permission management depending on permit management).
The fifth article: The company manages the deadline is 30 years. From date of the business license signing and issuing to 2040 up to five month three ten day.
The sixth article: This regulation has the binding force to the shareholder, the deer velvet matter, supervisor and manager.


The second chapter member (shareholder) name, investment way, spending limit and investment proportion seventh: Members (shareholder) name: Building materials group import-export company residence: Beijing Haidian District Shouti South No. 9 subject business center No. 4 building 17-21 legal representatives: In Huang An investment way: Monetary fund spending limit: 51 million Yuan. Accounts for the total capital stock 100%


The third chapter shareholder's right and voluntary eighth: The shareholders enjoy the following right (1) shareholder to enjoy the owners asset to profit, the suitable big decision-making according to the investment company's capital as the funder and elect to select superintendent's right.
(2) The shareholder takes its spending limit as to limit shoulders the responsibility (3) to draw bonus to the company in proportion. When the company side increases funding, the shareholder may first recognize gives the investment. The shareholders register after the company, do not withdraw the investment.


The fourth chapter the shareholder transfers the investment condition ninth: Outside when shareholder's transfers its mountain capital to shareholder person, must according to the law of corporation concerned requirements, and approves after the company registration.


The fifth chapter company's organization and procedure, authority and procedure rule tenth: The company does not suppose the shareholder meeting, performs the following authority by shareholder:
(1) Decision native corporation's operational policy and capital spending plan.
(2) Elects and replaces the trustee, the decision concerned trustee's reward item.


♀ (3) Elects and replaces the trustee, by supervisor who the shareholder

representative takes the post, decision concerned supervisor's reward matters concerned.

(4) Deliberation authorization board of directors and supervisor's report.

(5) The annual financial statement budget and final accounts plan of deliberation authorization company.

(6) The appropriation of profit of deliberation authorization company and makes up for the loss the plan.

(7) Increases or the reduced registered capital to the company makes the decision.

(8) To issuing the debenture bond and so on made the resolution.

(9) To transfers the investment to make the resolution to the person outside shareholder.

(10) Merges, separation and change corporate form, to dismiss and cancel and other items to make the resolution to the company.

(11) revises the articles of incorporation.

The 11th article: The shareholders exercise the right to vote according to the investment proportion.

The 12th article: Increases or reduced registered capital to the company, establishes separately, merge and dismiss or the change corporate form makes the resolution.

The 13th article: The shareholder conference is called by the board of directors, board of directors manages. When the cockroach matter cannot fulfill the duty service because of the special reason, manages by other trustees who the virgin matter long is assigned.

The 14th article: The company supposes the elases is three people, was delegated by the shareholder. The virgin matter tenure in office three years, expiration of the term of office, may be re-elected. Before the blue matter tenure of office expires, shareholder do not remove its duty for no reason.

   Loses the matter to suppose chairman, will elect by Ge Shi and will recall.

The 15th article: Board of directors to shareholder negative expensive, performs the following authority:

(1) Negative expensive to shareholder report.

(2) Carries out the shareholder resolution.

(3) The operation plan and investment project of decision company.

(4) The annual financial statement budget of making company, final accounts plan.

(5) The appropriation of profit of making company and makes up for the loss plan.

(6) The making company increases or the reduced registered capital plan.

(7) Draws up the company to merge the plan that separation and change corporate form, dismisses.

(8) The establishment of decision company internal management organization.

(9) Appoints or dismisses the general manager, nominates according to the general manager, appoints or dismisses company deputy general manager and financial person in charge, decides its newspaper crisply and other items.

(10) Making company's basic management system.

The 16th article: The company supposes the general manager, is appointed by the chairman or dismissed. When the general manager position is left vacant for the time being holds a concurrent post by routine deputy general manager. The general manager is responsible for the chairman, performs the following authority:

(1) The production operational management work of management company, implements

Huang Shi to be able the resolution.
 (2) Implementation company annual business plan and investment project.
 (3) Draws up the company internal management organization to establish the plan.
 (4) Draws up company's grave control system, the formulation company concrete rules and regulations.
 (5) Proposed to appoint or dismiss company deputy general manager and financial person in charge.
 (6) The proposition appoints or dismisses appoints besides board of directors or dismisses negative expense administrative personnel.
 (7) Other authorities that the articles of incorporation and blue matter can award.
  The general manager attended the bashful matter to meet conference 17th: The company supposes supervisor, is elected by the shareholder.
The 18th article: The supervisors exercise the following authority (1) inspection corporate finance.
 (2) When to Miao Shi, general manager administrates the company officiate violates the legal, laws or the articles of incorporation behavior monitors.
 (3) Is the trustee and general manager's behavior harm company benefit, the request corrects.
  The supervisors attend the trustee Meets the conference


♀   The sixth chapter company's legal representative 19th: The deer velvet matter length is the legal representative in company, the tenure in office three years. By the board of directors election and recall, expiration of the term of office, may be re-elected.

  The seventh chapter company's dismissal matter and cancels means 20th: The company has one of following conditions, when may dismiss business deadline that (1) articles of incorporation stipulated to expire other that or the articles of incorporation stipulated to dismiss the matter to appear.
(2) The shareholder resolution dismisses.
(3) ` Merges or separation because of the company must dismiss.
(4) The company violates the law, administrative rules and regulations is ordered to be closed legally.
The 21st article: When the company dismisses, should according to "Law of corporation" stipulation, forms the liquidation team to the company calculates clear.
The 22nd article: Cancels the group should under the state law and laws to perform the authority during canceling, is loyal to the duty, fulfills according to the law cancels voluntary heart 23rd: After cancelling had finished, cancels the group to manufacture the liquidation report, closes the confirmation after the shareholder meeting or the concerned manager machine, and sends the company registration, applied to cancel the company to register, announced that the company terminated.


  The eighth chapter supplementary articles 24th: This regulation is passed by the shareholder conference, after the shareholder signature, stamps, and approves

to set up the registration after the company telltale pass, issued the date of enterprise legal business license to become effective.
The 25th article: When this regulation and law and laws conflict, takes the law and laws as the standard.


♀0 building materials wood industry trade limited company c " BM


　　　Building materials wood industry trade limited company regulation bill for amendment


　 The board of directors resolution that convenes the board of directors that lives in July 18, 2011 according to building materials wood industry trade limited company, presently makes the following revision to building materials wood industry trade limited company regulation:


　 One. The first chapter third: The company registered capital, by an original Renminbi 51 million Yuan revision is 100 million Yuan two. The second chapter seventh: And the spending limit, by the original 51 million Yuan revision is 10000 ten thousand Yuan


　　　　　　　Constructs timber q t fl. c \ ft. 'Q i \


　　　　　`. "Spear awning two! Multi-talents

# 中建材木业贸易有限公司章程

## 第一章　　总则

第一条：公司名称：中建材木业贸易有限公司
　　　　　公司住所：
第二条：公司类型：有限责任公司
第三条：公司注册资本：人民币 5100 万元
第四条：公司经营范围：
从事货物和技术的进出口业务。木材，木制品，木地板，建筑用材料及装饰装修
材料，金属及金属矿，矿产品，建材及化工产品，燃料油，石油沥青，机械设备，
以上相关业务的咨询服务，(以上涉及许可经营的凭许可证经营)。
第五条：公司经营期限为叁拾年。自营业执照签发之日起至　　二0四0年　五
月　三十　日止。
第六条：本章程对公司股东、董事、监事、经理具有约束力。

## 第二章　　出资人（股东）名称、出资方式、出资额及出资比例

第七条：出资人（股东）名称：中建材集团进出口公司
　　　　　住所：北京海淀区首体南路 9 号主语商务中心 4 号楼 17-21 层
　　　　　法定代表人：黄安中
　　　　　出资方式：货币资金
　　　　　出资额：5100 万元。　　占总股本的 100%

## 第三章　　股东的权利和义务

第八条：股东享有如下权利
 (一) 股东作为出资者按投入公司的资本额享有所有者资产受益、重大决策和选
　　　择管理者的权利。
 (二) 股东以其出资额为限对公司承担责任
 (三) 按比例分红。公司方增资时，股东可以优先认缴出资。股东在公司登记后，
　　　不得抽回出资。

## 第四章　　股东转让出资的条件

第九条：股东向股东以外的人转让其出资时，必须按公司法有关规定，并经公司
登记机关核准。

## 第五章　　公司的机构及其产生办法、职权、议事规则

第十条：公司不设股东会，由股东行使下列职权：
 (一) 决定国内公司的经营方针和投资计划。
 (二) 选举和更换董事，决定有关董事的报酬事项。

（三）选举和更换董事，由股东代表出任的监事，决定有关监事的报酬事宜。
（四）审议批准董事会和监事的报告。
（五）审议批准公司的年度财务预算和决算方案。
（六）审议批准公司的利润分配和弥补亏损的方案。
（七）对公司增加或者减少注册资金作出决定。
（八）对发行公司债券等做出决议。
（九）对向股东以外的人转让出资作出决议。
（十）对公司合并、分立、变更公司形式、解散和注销等事项作出决议。
（十一）　修改公司章程。
第十一条：股东按出资比例行使表决权。
第十二条：对公司增加或者减少注册资本、分立、合并、解散或变更公司形式作出决议。
第十三条：股东会议由董事会召集，董事会主持。董事会因特殊原因不能履行职务时，由董事长指定的其他董事主持。
第十四条：公司设董事会成员为三人，由股东委派。董事任期三年，任期届满，可连选连任。董事在任期届满前，股东不得无故解除其职务。
　　　　董事会设董事长一人，由董事会选举和罢免。
第十五条：董事会对股东负责，行使下列职权：
（一）负责向股东报告工作。
（二）执行股东决议。
（三）决定公司的经营计划和投资方案。
（四）制订公司的年度财务预算，决算方案。
（五）制订公司的利润分配和弥补亏损方案。
（六）制订公司增加或减少注册资金的方案。
（七）拟定公司合并、分立、变更公司形式、解散的方案。
（八）决定公司内部管理机构的设置。
（九）聘请或者解聘公司总经理，根据总经理提名，聘任或解聘公司副总经理、财务负责人，决定其报酬等事项。
（十）制订公司的基本管理制度。
第十六条：公司设总经理，由董事长聘任或者解聘。总经理职位暂缺时由常务副总经理兼任。总经理对董事长负责，行使下列职权：
（一）主持公司的生产经营管理工作，组织实施董事会决议。
（二）组织实施公司年度经营计划和投资方案。
（三）拟定公司内部管理机构设置方案。
（四）拟定公司的基本管理制度，制定公司具体规章。
（五）提请聘任或者解聘公司副总经理、财务负责人。
（六）提请聘任或者解聘除董事会聘任或者解聘以外的负责管理人员。
（七）公司章程和董事会授予的其他职权。
　　　　总经理列席董事会会议
第十七条：公司设监事一人，由股东推选。
第十八条：监事行使下列职权
（一）检查公司财务。
（二）对董事、总经理执行公司职务时违反法律、法规或者公司章程的行为进行监督。
（三）当董事和总经理的行为损害公司利益时，要求予以纠正。
　　　　监事列席董事会会议

CNBMFP00045791

## 第六章　　公司的法定代表人

第十九条：董事长为公司的法定代表人，任期三年。由董事会选举和罢免，任期届满，可连选连任。

## 第七章　　公司的解散事由和注销办法

第二十条：公司有下列情形之一的，可以解散
（一）公司章程规定的营业期限届满或公司章程规定的其他解散事由出现时。
（二）股东决议解散的。
（三）因公司合并或分立需解散的。
（四）公司违反法律，行政法规被依法责令关闭的。
第二十一条：公司解散时，应根据《公司法》的规定，成立清算组对公司进行清算。
第二十二条：注销组在注销期间应按照国家法律、法规行使职权，忠于职守，依法履行注销义务。
第二十三条：注销结束后，注销组应当制作清算报告，经股东会或者有关主管机关确认，并报送公司登记机关，申请注销公司登记，公告公司终止。

## 第八章　　附则

第二十四条：本章程经公司股东会议通过，股东签名、盖章后，并经公司登记机关核准设立登记，发给企业法定营业执照之日起生效。
第二十五条：本章程与法律、法规相抵触时，以法律、法规为准。



CNBMFP00045792

 **中 建 材 木 业 贸 易 有 限 公 司**
CNBM

中建材木业贸易有限公司

章程修正案

根据中建材木业贸易有限公司于 2011 年 7 月 18 日召开的董事会所生

成的董事会决议，现对中建材木业贸易有限公司章程作如下修正：

一． 第一章第三条：公司注册资本，由原有的人民币 5100 万元修改

为 10000 万元

二． 第二章第七条：其中出资额，由原有的 5100 万元修改为 10000

万元



中建材木业贸易有限公司

二○一一年十月二十一日