Translation of the list of member enterprises of China Building Materials Academy from
http://www.cbma.com.cn/gywm/cydw.jsp

## Member enterprises

China Building Materials Academy Head Office

Hefei Cement Research & Design Institute

Bengbu Glass Industry Design & Research Institute

Harbin FRP Institute

CNBM Design & Research Institute

Qinhuangdao Glass Industry Research & Design Institute

Xi'an Research & Design Institute of Wall & Roof Materials

Xianyang Research & Design Institute of Ceramics

Horological Research Institute of Light Industry

Hangzhou Design & Research Institute of Electromechanical in Light Industry

Light Industrial Xi'an Mechanic Design Research Institute

CONTEMPT
Exhibit 33