CNBM   CNBM International Corporation                                                             中建材木业贸易有限公司

**Request for Information regarding CNBM Group**

Set out below is background information on the CNBM Group including China National Building Materials Import & Export Corporation (**CNBM International**), CNBM Forest Products Trading Limited (**CNBM**) and CNBM Forest Products New Zealand Limited (**CNBM NZ**). This information is to be provided to Land Information New Zealand in relation to the request for consent from the Crown to the proposed transfer of the interests of FWF NZ (II) Limited as licensee under the registered Crown forestry licence comprised in Computer interest register NL11D/20 in respect of the Motueka forest, including the registered Crown forestry licence comprised in Computer interest register NL12D/12 (**CFL**), to CNBM NZ.

**CNBM International**

CNBM International is a professional service provider of international trade in building materials. CNBM International is an international trading platform of China National Building Material Group Corporation (CNBM Group), which is under the supervision of the State-owned Assets Supervision and Administration Commission of the State Council. Over more than twenty years' development, CNBM International has established five wholly owned subsidiaries (including CNBM) and seven holding subsidiaries.

CNBM International has developed five business platforms, which are CBMIE International Trade, CBMIE International Engineering, CBMIE Mineral Trade, CBMIE Steel Trade, and CBMIE Forest Products Trade (CNBM).   Its business covers trade of building material, steel, forest products, building equipments, machinery, new energy products, mineral products, coal, etc.   It is also involved in export of complete sets of equipment and international EPC projects, E-commerce, and E-logistics.

CNBM International aims to become a leader of modern logistics in the building material industry in China. It has established long term relationships with customers from more than 160 countries and areas around the world. Average annual business growth rate is above 50%, operating revenue reached 8.25billion U.S dollars, net profit achieved 47.69 million U.S dollars, and total asset value is 1.21billion U.S dollars in 2010. CNBM International is listed among China Top 100 Foreign Trade Enterprises and Top 5 Enterprises of Building Material Companies in China.

Please refer to www.cnbminternational.com/en/    for further information.

**CNBM FOREST PRODUCTS TRADING LTD**

CNBM is a 100% owned subsidiary of CNBM International.   CNBM is incorporated in the Peoples Republic of China and based in Shanghai.   It specialises in wood imports, manufacture and construction.   It has become one of the leaders in lumber and timber in China.   It is also a major importer and exporter of lumber in China.
As a core subsidiary（100% ownership） of CNBM Group who is the new member of FORTUNE 500. CNBM Forest Products Trading Ltd (CFP) is the only timber products trading company among 122 SASAC listed enterprises
CFP start from a wood department established in Nov, 2007, CNBM Forest Products was formally founded in Aug, 2010. During this period of development, CFP follows tightly with the market trend and increases its market share via large supplies, competitive price and rational strategy. At present, CFP has two main business lines: lumber and log. In lumber sector, we mainly purchase Canadian SPF (Spruce, Pine, Fir), Hemlock-fir, Douglas-fir, Radiata Pine and Red Pine, etc. In the year of 2010, we imported 1.14 million CBM Lumber and became the biggest SFP buyer anddistributor in China; in log sector, we mainly purchase Radiata Pine, Hemlock/ Douglas-fir and Red Pine, etc. In the year of 2010, we totally imported 460,000 CBM log and became the biggest log distributor in China. In domestic marketing, we have set up our sales network across the whole country and will invest new markets in

- 共 2 页 之 1 页-

**CONTEMPT**
**Exhibit 42**

**FP: Exhibit 457**

CNBMFP00149890

Case 2:09-md-02047-EEF-MBN   Document 20688-43   Filed 02/23/17   Page 2 of 2

 **CNBM** CNBM International Corporation                                      中建材木业贸易有限公司

China. Till now, our sales team locates at Dalian, Tianjin, Qingdao, Lanshan, Shanghai, Taicang, Chengdu and Shenzhen.

### Financial Information for CFP in 2010

Sales volume:   1,600,000 CBM
Sales revenue:  US$300 million
Total Assets：  US$660,000

### CNBM NZ

CNBM NZ is a company incorporated in New Zealand (a copy of the certificate of incorporation is **enclosed**). CNBM NZ was incorporated on 15 April 2011 and is 100% owned by the CNBM.

CNBM NZ has been incorporated as a special purpose vehicle to own and operate CNBM's New Zealand forestry interests. CNBM will nominate CNBM NZ to purchase the interests of FWF NZ (II) Limited under the CFL. CNBM will fully finance CNBM NZ's investment in the CFL and its operations going forward.

As CNBM has only recently been incorporated and is not yet trading, it does not have any financial statements available at this time.

### Form of Guarantee for Licence Fee

CNBM proposes to guarantee CNBM NZ's obligations under the CFL up to an amount equal to the annual licence fee. CNBM will provide a cash deposit at the Bank of New Zealand (Auckland branch). Deposit can be held for trust to link with LINZ.

Please advise if you require any further information.

**CNBM FOREST PRODUCTS TRADING LTD**
in the presence of:

．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．
Signature of director

．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．
Name of director (print)

- 共 2 页 之 2 页-

CNBMFP00149891