

Be Professional

**CONTEMPT**
**Exhibit 43**

**FP: Exhibit 427**

CNBMFP00148600



CNBMFP00148601

## ⬡ CNBM

**About us**

### CNBM Forest Products Trading Ltd

» A core subsidiary of CNBM Group CNBM  Forest Products , the only forest products trading company among 122 SASAC listed enterprises.

» 2010, CNBM Group  FORTUNE 500 new member (No. 485)



CNBMFP00148602

**CNBM** COMPANY PROFILE

About us

## Mission Statements

1. A value-added service provider in forest products industry;
2. Optimizing the supply chain and efficient use of forest resources;
3. Striving to be socially responsible and promoting sustainability.



CNBMFP00148603



CNBMFP00148604



CNBMFP00148605

## ⬡ CNBM — COMPANY PROFILE

### ACHIEVEMENTS



**LUMBER**



**LOG**

Canadian SPF、Hemlock-fir、Douglas-fir、Radiata Pine, etc

2010 import 1.14 million CBM Lumber

Biggest softwood buyer and distributor in China

Radiata Pine, Hemlock/Douglas-fir

2010 import 460,000 CBM Log

Main log distributor in China

CNBMFP00148606



CNBMFP00148607



CNBM

# CONTENTS

COMPANY PROFILE

GLOBAL STRATEGY

SERVICES & SOLUTIONS

VISION & PHILOSOPHY

CNBMFP00148608



CNBMFP00148609



CNBMFP00148610



CNBMFP00148611



**● CNBM**

Geographic Presence – CNBM Forest Products Subs

**CNBM Forest Products Canada**
Based in Vancouver.
Log procurement & sawmills investment.

**CNBM Forest Products New Zealand**
Based in Auckland
Forest acquisition & management and stumpage bidding.

**CNBM Forest Products Australia**
Based in Melbourne
Forest acquisition and financing platform.

CNBMFP00148612

## ⬡ CNBM
# SERVICES & SOLUTIONS

### Business Units







Lumber Trading

Log Trading

Forest Acquisition
and Management

CNBMFP00148613

## ⬢ CNBM                    SERVICES & SOLUTIONS

### Co-Branding






CNBM-Tolko, a leading commercial wood product brand
The very first to start sawmill program in North America lumber industry.

CNBMFP00148614



CNBMFP00148615



CNBMFP00148616



CNBMFP00148617



CNBMFP00148618



CNBMFP00148619



CNBMFP00148620

 CNBM

PHILOSOPHY

CNBM FOREST PRODUCTS TRADING LTD
SHARES THE FOLLOWING PHILOSOPHY:

I.   Developing a mature and disciplined Chinese forest products industry
II.  Pursuing a transparent forest products trading system with business integrity
III. Constructing a tripe way win-win market mechanism
IV.  Setting the trend for the future development of Chinese forest products market

CNBMFP00148621



CNBM

## COMPANY INFORMATION

### CONTACT US

## CNBM FOREST PRODUCTS TRADING LTD.

Tel：(0086-21)6323-0088

Fax：(0086-21)6323-0328

Add：15 Floor No.321 Sichuan(M) Road, Shanghai, 200002, China

E-mail：CFP@cbmie.com

Web：http://www.cbmie.com

CNBMFP00148622