

Number: BC0920246

**BRITISH COLUMBIA**
The Best Place on Earth

# CERTIFICATE

# OF

# INCORPORATION

*BUSINESS CORPORATIONS ACT*

I Hereby Certify that CNBM FOREST PRODUCTS CANADA LTD. was incorporated under the Business Corporations Act on September 14, 2011 at 12:06 PM Pacific Time.



*Issued under my hand at Victoria, British Columbia*
*On September 14, 2011*

**RON TOWNSHEND**
*Registrar of Companies*
Province of British Columbia
Canada

| CONTEMPT |
| :---: |
| Exhibit 44 |

**FP: Exhibit 421**

CNBMFP00005012