中建材国际贸易有限公司是中建材集团进出口公司下属专业的贸易平台，隶书于国资委企业中国建材，集建材原材料生产商、供应商及贸易为一体。铝材部集铝合金建筑型材、工业材和铝合金门窗型材研究、设计、生产和销售于一体的综合性企业。拥有雄厚的企业综合技术实力、强劲的创新能力、研发能力和优质的产品、优良的服务，使铝材畅销世界各地。

经过多年不断的探索及发展，由原来的几百人扩大到千人，由原来的小厂房扩建到模具、挤压、氧化、喷涂、包装等独立车间，年生产量也增长到 10 万吨左右。除引进专业的技术人员，更远赴国外考察并引进先进的型材加工生产线，以提高产品性能、产品公差，并超越同行业产品质量。

现中建国际已经发展成建材类出口的领头企业，除拥有稳定的国外客户，还不断收到新客户的咨询。我相信：中建国际以"质量第一、诚信理念"持续发展，将成为您在中国最可靠、最忠诚的伙伴，同时 CMAX 的型材将成为您最理想、最放心的选择。

CNBM INTERNATIONAL CORPORATION(CNBM) IS THE PROFESSIONAL EXPORTING PLATFORM OF CHINA NATIONAL BUILDING MATERIALS & EQUIPMENT IMPORT & EXPORT CORPORATION, WHICH IS STATE-OWNED WITH THE LARGEST MATERIAL MANUFACTORY,WHOLESALE EXPORTER AND EXPORTER TOGETHER. ALUMINIUM PROFILE DEPARTMENT IS AN INTEGRATED DEPARTMENT WITH THE RESEARCH, DESIGN, MANUFACTURE AND SALE FOR BUILDING FIELD,INDUSTRIAL FIELD, ALUMINIUM WINDOWS AND DOORS AS WELL AS CURTAIN WALL, OWNING SOLID COMPREHENSIVE TECHNOLOGY STRENGTH,STRONG RESEARCH AND INNOVATION CAPACITY AS WELL AS HIGH QUALITY PRODUCTS AND GOOD SERVICE. SO THAT OUR PROFILE HAVE BEEN EXPORTED TO ALL OVER THE WORLD.

THROUGH THE CONSTANT RESEARCH AND DEVELOPMENT, OUR CONDITIONS ARE CHANGED ABSOLUTELY, LIKE WORKERS INCREASED, WORKSHOP INCREASED, ESPECIAL IN MOULD MAKING, EXTRUSION, ANODIZING, POWDER COATING, PACKAGE ETC. THE ANNUAL PRODUCING CAPABILITY REACHES 100 THOUSAND TONS. BESIDE WE INVITE THE PROFESSIONAL TECHNICAL ENGINEER, WE GO ABROAD TO INVESTIGATE AND PURCHASE ADVANCED PROFILE MACHINE, IN ORDER TO INCREASE PRODUCT PROPERTY, PRODUCT TOLERANCE, AND EXCEED QUALITY IN SAME ENTERPRISE.

CNBM'S EXPORTING BUSINESSES HAVE DEVELOPED IN NO.1 ENTERPRISE OF CHINA BUILDING MATERIALS OWNING THE STABLE CUSTOMERS AS WELL AS NEW CUSTOMER'S INQUIRY. WE BELIEVE: CNBM WILL CONTINUOUS DEVELOPMENT ON BASIS OF "QUALITY EXCEED,HONESTY CONCEPTION". CNBM WILL BE RELIABLE AND LOYAL PARTNER IN YOUR CHINA MARKET.MEANWHILE CMAX PROFILE WILL BECOME PERFECT AND ASSURED IN YOUR CHOICES.

CONTEMPT
Exhibit 45

CNBMUSA: Exhibit 551

CNBMUSA00003022