Translation of CNBMUSA00011317

**Basic Situations of Overseas Subsidiary Companies**

| Short Name | Full Name in Chinese | Full Name in English | Registered Capital | Date of Incorporatio | Shareholder1 | Amount of Capital Contribution | Shareholding | Nominal Shareholder | Amount of Capital | Shareholding | Director 1 | Director 2 | Director 3 | Director 4 | Director5 | Supervisor | General Manage | Business Operations | Explanation of Overseas Bank Account | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNBM FZE | 中国建材国际阿联酋公司 | CHINA NATIONAL BUILDING MATERIAL GROUP FZE | AED 29 million | 1/3/2014 | CNBM International Corporation | 51,570,627.5 RMB | 100% | | | | Yantao Fu | Jinsong Zhang | Zhenli Luo | Ligang Wang | Zhuqing Wang | | Yantao Fu | Dubai Logistics Park | HSBC Currency: AED/USD/EUR RAKBank Currency :AED/USD MELLIBank Currency :AED NBDBank Currency:AED/USD/EUR ICBCBank: Currency: AED/USD/EUR/RMB | 1 |
| CNBM GENERAL TRADING | | CNBM GENERAL TRADING LLC | AED 300,000 | | Xuchu Cao | | 100% | Bao Ren | | | | | | | | | | | UNION NATIONAL BANK | 2 |
| JIANHUA | 中国建材国际俄罗斯公司 | JIANHUA CO., LTD | USD 50,000 | | CNBM Import & Export Company | USD 50,000 | 100% | | | | | | | | | | | | | 3 |
| CNBM INDIA | 中国建材国际印度公司 | CNBM INDIA PRIVATE LIMITED | USD 100,000 | 5/25/2010 | CNBM International Corporation | USD 100,000 | | 100% | Zhan Chen | | Zhan Chen | Jinsong Zhang | Zhenli Luo | | | | | Import and export of construction machinery | Bank Name: HSBC Mumbai Swift Code: HSBCINBB Account Name: ▮▮▮ Account No: ▮▮▮ | 4 |
| CNBM INDONESIA | 中国建材国际印尼公司 | PT. CNBM INTERNATIONAL INDONESIA | USD 250,000 | 10/19/2010 | CNBM International Corporation | USD 250,000 | | 100% | Chaomei Pu | | Xuchu Cao | Jinsong Zhang | Wei Zhang | Xin Huang | Xianghui Meng | Chaomei Pu | | Coal export, import of building materials and machinery | Bank Name: Bank of China Ltd, Jakarta Branch Swift Code: BKCHIDJA Account Name: ▮▮▮ (IDR)Account No.: ▮▮▮ (USD)Account No.: ▮▮▮ | 5 |
| CNBM Germany | 中国建材国际德国公司 | CNBM Germany Gmbh | EUR 250,000 | 10/15/2011 | CNBM International Corporation | EUR 250,000 | 100% | | | | Yongzhi Chen | Jinsong Zhang | Tong Liu | | | | | Import and export of PV products | Bank Name:COMMERZBANK Account No: ▮▮▮ IBAN: ▮▮▮ Bank Code(only in Germany): ▮▮▮ SWITCH: ▮▮▮ | 6 |
| CNBM VIETNAM | 中国建材国际越南公司 | CNBM VIETNAM COMPANY LIMITED | USD 100,000 | 3/4/2011 | CNBM International Corporation | USD 100,000+ loan of USD 200,000 | 100% | | | | Jinsong Zhang | Zhenli Luo | Zhan Chen | | | | | Import and export of construction machinery | Bank Name: INDUSTRIAL AND COMMERCIAL BANK OF CHINA LIMITED, HANOI CITY BRANCH Swift Code: ▮▮▮ Account Name: ▮▮▮ Account No.(Capital Account/USD): ▮▮▮ Account(Settlement account of subsidiary company/USD): ▮▮▮ Account No.(VND): ▮▮▮ | 7 |
| USA Corporation | 中国建材国际美国公司 | CNBM USA CORPORATION | | 1/1/2007 | CNBM International Corporation | | 100% | | | | | | | | | | | | | 8 |
| CNBM Nigeria | 中国建材国际尼日利亚公司 | China National Building Materials (Nigeria) Company Limited | USD 100,000 | 12/18/2011 | CNBM International Corporation | USD 100,000 | | 100% | Zhan Chen | | Jinsong Zhang | Yunfei Wang | Zhan Chen | Tao Li | SENATOR SUNDAY FAJINMI | | | Import and export of construction machinery | | 9 |
| CNBM Ukrainian | | | | | | | | | | | | | | | | | | Import and export of PV products | | 10 |
| CNBM Switzerland | | | | | | | | | | | | | | | | | | Import and export of PV products | | 11 |

Record of Changes

CONTEMPT
Exhibit 46

CNBMUSA: Exhibit 612

Overseas subsidiary company basic situation

The overseas subsidiary company basic situation company is called Chinese full title English full title registered capital tenable date author: Authors: According to date shareholder 1 investment amount ownership percentage nominal shareholder investment amount ownership percentage trustee 1 author who the business license issues: Authors: Legal representative trustee 2 trustee 3 trustee 4 trustee 5 supervisor general manager service development overseas accounts set up showing # in Saudi Arabian Corporation China Building materials International Saudi Arabia Corporation CHINA NATIONAL BUILDING MATERIAL GROUP FZE2900 ten thousand Dirham one-third/04 building materials international trade limited company 51,570,627.5RMB100% Fu Tingtao Zhang Jinsong Luo Zhenli Wang Ligang Wang to wish pay in full Tao Dubai physical distribution campus HSBC cur: AED/USD/EUR RAK bank cur: AED/USD MELLI bank cur: AED NBD bank cur: AED/USD/EUR ICBC bank: Cur: AED/USD/EUR/RMB1 Saudi Arabia Guarantor Company CNBM GENERAL TRADING LLC30 ten thousand Dirham author: Authors: Empty, invests actually about 10,000 Cao Xuchu 100% guarantor authors: Authors: Ahmed Matar Ahmed Alhasan AlmansooriUNION NATIONAL BANK2 Russia Corporation China Building materials International Russia Corporation JIANHUA CO., LTD5 in ten thousand US dollars building materials group import-export company 50,000 US dollars 103% India Corporation China Building materials International India Corporation CNBM INDIA PRIVATE LIMITED10 ten thousand US dollars 5/25/10 building materials international trade limited company 100,000 US dollars 100% Chen Zhanchen gaze Zhang Jinsong Luo Zhenli the import export bank name of construction machinery: HSBC Mumbai Swift Code: HSBCINBB Account Name: ▮▮▮▮▮ account number (dollar): ▮▮▮▮▮▮▮▮ Indonesian Corporation China Building materials International Indonesia Corporation PT. In CNBM INTERNATIONAL INDONESIA25 ten thousand US dollars 10/19/10 building materials international trade limited company 250,000 US dollars 100% Piao Chaomei Cao Xuchu Zhang Jinsong Zhang Weihuang joyful Meng Xianghui Piao Chaomei exporting coal, building materials and machinery import bank name: Bank of China Ltd, Jakarta Branch Swift Code: BKCHIDJA Account Name: ▮▮▮▮▮▮▮▮ (Indonesian Rupiah) account number: ▮▮▮▮▮▮▮▮ German Corporation China Building materials International Germany Corporation CNBM Germany Gmbh25 ten thousand euros 10/15/11 building materials international trade limited company 250,000 euros 100% Chen Yong wisdom Zhang Jinsong the import export bank name of Liu Tong photovoltaic product: COMMERZBANK account number: ▮▮▮▮▮▮▮▮ banks code (limit Germany): 700 400 41 SWITCH: ▮▮▮▮▮▮▮▮ 10 ten thousand US dollars three-fourth/11 building materials international trade limited company 100,000 US dollars + 200,000 loan 100% Zhang Jinsong Luo Zhenli Chen to gaze the import export bank name of construction machinery: INDUSTRIAL AND COMMERCIAL BANK OF CHINA LIMITED, HANOI CITY BRANCH Swift Code: ▮▮▮▮▮▮▮▮ Account Name: ▮▮▮▮▮▮▮▮ account number (capital in cash account/dollar): ▮▮▮▮▮▮▮▮ accounts (subsidiary company clearance account/dollar): ▮▮▮▮▮▮▮▮ account numbers (dong): ▮▮▮▮▮▮▮▮ in American Corporation China Building materials International US Corporation CNBM USA CORPORATION1/1/07 in building materials international trade limited company 108% Nigeria Corporation China Building materials International Nigeria Corporation China National Building Materials (Nigeria) Company Limited10 ten thousand US dollars 12/18/11 building materials international trade limited company 100,000 US dollars 100% Chen gaze Zhang Jinsong Wang Yunfei Chen Zhanli to conceal the SENATOR SUNDAY FAJINMI construction machinery's import and export 9 Ukraine Corporation photovoltaic products import and export 10 Switzerland Corporation photovoltaic products import and export 11 change records

 --- Common properties ---
Created: Wed Sep 13 19:21: 51 CST 2006 Modified: Tue Apr 24 17:42: 20 CST 2012

 --- Extended properties ---
Application: Microsoft Excel AppVersion: 12.0000 Company:
DocSecurity: 0

Document Produced In Native Format

CNBMUSA00011317

海外子公司基本情况

| 公司简称 | 中文全称 | 英文全称 | 注册资本 | 成立日期 | 股东1 | 出资金额 | 持股比例 | 名义股东 | 出资金额 | 持股比例 | 董事1 | 董事2 | 董事3 | 董事4 | 董事5 | 监事 | 总经理 | 业务开展情况 | 国外账户设立说明 | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 阿联酋公司 | 中国建材国际阿联酋公司 | CHINA NATIONAL BUILDING MATERIAL GROUP FZE | 2900万迪拉姆 | 1/3/2004 | 中建材国际贸易有限公司 | 51,570,627.5RMB | 100% | | | | 付廷涛 | 张劲松 | 罗振立 | 王立刚 | 汪祝清 | | 付廷涛 | 迪拜物流园区 | 汇丰银行 币种：AED/USD/EUR<br>RAK银行 币种：AED/USD<br>MELLI银行 币种：AED<br>NBD银行 币种：AED/USD/EUR<br>ICBC银行：币种：AED/USD/EUR/RMB | 1 |
| 阿联酋保人公司 | | CNBM GENERAL TRADING LLC | 30万迪拉姆 | | 曹旭初 | | 100% | 保人 | | | | | | | | | | | UNION NATIONAL BANK | 2 |
| 俄罗斯公司 | 中国建材国际俄罗斯公司 | JIANHUA CO., LTD | 5万美元 | | 中建材集团进出口公司 | 5万美元 | 100% | | | | | | | | | | | | | 3 |
| 印度公司 | 中国建材国际印度公司 | CNBM INDIA PRIVATE LIMITED | 10万美元 | 5/25/2010 | 中建材国际贸易有限公司 | 10万美元 | 100% | 陈瞻 | | | 陈瞻 | 张劲松 | 罗振立 | | | | | 建筑机械的进出口 | 银行名称：HSBC Mumbai<br>Swift Code: HSBCINBB<br>Account Name:<br>账号(美金): | 4 |
| 印尼公司 | 中国建材国际印尼公司 | PT. CNBM INTERNATIONAL INDONESIA | 25万美元 | 10/19/2010 | 中建材国际贸易有限公司 | 25万美元 | 100% | 朴超美 | | | 曹旭初 | 张劲松 | 张伟 | 黄欣 | 孟祥辉 | 朴超美 | | 煤炭出口，建材和机械进出口 | 银行名称：Bank of Jakarta Branch<br>Swift Code: BKCHIDJA<br>Account Name:<br>(印尼盾)账户号:<br>(美金)账户: | 5 |
| 德国公司 | 中国建材国际德国公司 | CNBM Germany Gmbh | 25万欧元 | 10/15/2011 | 中建材国际贸易有限公司 | 25万欧元 | 100% | | | | 陈勇智 | 张劲松 | 刘彤 | | | | | 光伏产品的进出口 | 银行名称：COMMERZBANK<br>账号：2122059.00<br>IBAN:<br>银行编码(限德国国内):<br>SWITCH: | 6 |
| 越南公司 | 中国建材国际越南公司 | CNBM VIETNAM COMPANY LIMITED | 10万美元 | 3/4/2011 | 中建材国际贸易有限公司 | 10万美元+20万借款 | 100% | | | | 张劲松 | 罗振立 | 陈瞻 | | | | | 建筑机械的进出口 | 银行名称：INDUSTRIAL AND COMMERCIAL BANK OF CHINA LIMITED, HANOI CITY BRANCH<br>Swift Code: ICBKVNVNXXX<br>Account Name:<br>账户号(资本金账户/美金):<br>账户(子公司结算账户/美金):<br>账号(越南盾): | 7 |
| 美国公司 | 中国建材国际美国公司 | CNBM USA CORPORATION | | 1/1/2007 | 中建材国际贸易有限公司 | | 100% | | | | | | | | | | | | | 8 |
| 尼日利亚公司 | 中国建材国际尼日利亚公司 | China National Building Materials (Nigeria) Company Limited | 10万美元 | 12/18/2011 | 中建材国际贸易有限公司 | 10万美元 | 100% | 陈瞻 | | | 张劲松 | 王云飞 | 陈瞻 | 李韬 | SENATOR SUNDAY FAJINMI | | | 建筑机械的进出口 | | 9 |
| 乌克兰公司 | | | | | | | | | | | | | | | | | | 光伏产品的进出口 | | 10 |
| 瑞士公司 | | | | | | | | | | | | | | | | | | 光伏产品的进出口 | | 11 |

变更记录