1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3    *******************************************************

4    IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047

     DRYWALL PRODUCTS LIABILITY

5    LITIGATION                    SECTION:  L

6    THIS DOCUMENT APPLIES TO      JUDGE FALLON

     ALL CASES

7                                 MAG. JUDGE WILKINSON

8    *******************************************************

9


10

11

12              Tuesday, November 3, 2015

13                   — — —

14

15      Videotaped 30(b)(6) Deposition of CNBM USA

16   CORPORATION through the testimony of ZHANG SHAOJUN,

17   held at the offices of Gordon, Arata, McCollam,

18   Duplantis & Eagan, LLC, 201 St. Charles Avenue,

19   Suite 4000, New Orleans, Louisiana, commencing at

20   8:08 a.m., on the above date, before Michael E.

21   Miller, Certified Court Reporter (#27009), Registered

22   Diplomate Reporter, Certified Realtime Reporter.

23                   — — —

24           GOLKOW TECHNOLOGIES, INC.

        877.370.3377 ph | 917.591.5672 fax

              deps@golkow.com

CONTEMPT
Exhibit 50

```
 1   A P P E A R A N C E S :
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3        HERMAN HERMAN & KATZ LLC
          BY:  LEONARD A. DAVIS, ESQUIRE
 4            ldavis@hhklawfirm.com
          820 O'Keefe Avenue
 5        New Orleans, Louisiana 70113
          (504) 581-4892
 6
 7        SEEGER WEISS LLP
          BY:  SCOTT ALAN GEORGE, ESQUIRE
 8            sgeorge@seegerweiss.com
          1515 Market Street
 9        Suite 1380
          Philadelphia, Pennsylvania 19102
10        (215) 564-2300
11
          GAINSBURGH BENJAMIN DAVID MEUNIER &
12        WARSHAUER LLC
          BY:  RACHEL A. STERNLIEB, ESQUIRE
13            rsternlieb@gainsben.com
          2800 Energy Centre
14        1100 Poydras Street
          New Orleans, Louisiana 70163-2800
15        (504) 522-2304
16
17   COUNSEL FOR TAISHAN GYPSUM COMPANY:
18        ALSTON & BIRD LLP
          BY:  MACKENZIE HELLER, ESQUIRE
19            mackenzie.heller@alston.com
              (via teleconference)
20        One Atlantic Center
          1201 West Peachtree Street
21        Atlanta, Georgia 30309-3424
          (404) 881-7000
22
23
24
25
```

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR BNBM DEFENDANTS:
 3         DENTONS US LLP
           BY:  DREW W. MARROCCO, ESQUIRE
 4              drew.marrocco@dentons.com
           1301 K Street, N.W.
 5         Suite 600, East Tower
           Washington, D.C. 20005
 6         (202) 408-6400.
 7

           PHELPS DUNBAR LLP
 8         BY:  HARRY ROSENBERG, ESQUIRE
                harry.rosenberg@phelps.com
 9         365 Canal Street
           Suite 2000
10         New Orleans, Louisiana 70130-6534
           (504) 566-1311
11
12    COUNSEL FOR CNBM DEFENDANTS and THE WITNESS:
13         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  CHRISTOPHER VEJNOSKA, ESQUIRE
14              cvejnoska@orrick.com
                ANDREW J. KIM, ESQUIRE
15              ajkim@orrick.com
                IAN JOHNSON, ESQUIRE
16              ijohnson@orrick.com
           The Orrick Building
17         405 Howard Street
           San Francisco, California 94105
18         (415) 773-5700
19
           ORRICK HERRINGTON & SUTCLIFFE LLP
20         BY:  CHRISTOPHER CRUZ, ESQUIRE
                ccruz@orrick.com
21         2050 Main Street
           Suite 1100
22         Irvine, California 92614
           (949) 567-6700
23
24
25
```

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR CNBM DEFENDANTS and THE WITNESS (Continued):
 3        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  YALI HU, ESQUIRE
 4            yhu@orrick.com
          5701 China World Tower
 5        No. 1 Jianguomenwai Avenue
          Beijing 100004
 6        People's Republic of China
          +86 10 8595 5600
 7
 8        GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLC
          BY:  ALEX B. ROTHENBERG, ESQUIRE
 9            arothenberg@gordonarata.com
          201 St. Charles Avenue
10        40th Floor
          New Orleans, Louisiana 70170-4000
11        (504) 582-1111
12
      ALSO PRESENT:
13
          SUNNY WANG, MANDARIN INTERPRETER
14
          TONI XU, HERMAN HERMAN & KATZ, LLC
15
          ROXANNE LU, HERMAN HERMAN & KATZ, LLC
16
          MELISSA BARDWELL, VIDEOGRAPHER
17
                          —  —  —
18
19
20
21
22
23
24
25
```

```
1                        INDEX

                    ZHANG SHAOJUN

2                  November 3, 2015

3

4       PROCEEDINGS                          9

5

6  EXAMINATION OF ZHANG SHAOJUN:

7          BY MR. DAVIS                  11

8

9       REPORTER'S CERTIFICATE           186

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    MARKED TESTIMONY

 2        Testimony Marked by Mr. Vejnoska        15

 3        Testimony Marked by Mr. Vejnoska        16

 4        Testimony Marked by Mr. Vejnoska        17

 5        Testimony Marked by Mr. Vejnoska        23

 6        Testimony Marked by Mr. Vejnoska        24

 7        Testimony Marked by Mr. Vejnoska        25

 8        Testimony Marked by Mr. Vejnoska        29

 9        Testimony Marked by Mr. Vejnoska        38

10        Testimony Marked by Mr. Vejnoska        39

11        Testimony Marked by Mr. Vejnoska        49

12        Testimony Marked by Mr. Vejnoska        49

13        Testimony Marked by Mr. Vejnoska        55

14        Testimony Marked by Mr. Vejnoska        56

15        Testimony Marked by Mr. Vejnoska        64

16        Testimony Marked by Mr. Vejnoska        64

17        Testimony Marked by Mr. Vejnoska        67

18        Testimony Marked by Mr. Vejnoska        73

19        Testimony Marked by Mr. Vejnoska        76

20        Testimony Marked by Mr. Vejnoska        91

21        Testimony Marked by Mr. Vejnoska       109

22        Testimony Marked by Mr. Vejnoska       113

23        Testimony Marked by Mr. Vejnoska       154

24        Testimony Marked by Mr. Vejnoska       178

25
```

```
 1                    DEPOSITION EXHIBITS
                         ZHANG SHAOJUN
 2                      November 3, 2015
 3         NUMBER            DESCRIPTION        MARKED
 4     Exhibit 289   CNBM USA Corporation          73
                     Profile Form
 5                   (Certified English
                     Translation & Chinese)
 6
       Exhibit 558   E-mail(s)                      93
 7                   CNMBUSA00018451 -
                     CNMBUSA00018458
 8
       Exhibit 572   Johnson Letter on            123
 9                   CNBM USA Corporation
                     Letterhead
10                   CNMBUSA00045438
11     Exhibit 576   CNBM USA Corporation         159
                     Banking Document
12                   (Partial English
                     Translation, Machine
13                   Translation & Chinese)
                     CNMBUSA00002341 -
14                   CNMBUSA00002342
15     Exhibit 579   Okorder.com Document         148
                     (Partial English
16                   Translation, Machine
                     Translation & Chinese)
17                   CNMBUSA00027107 -
                     CNMBUSA00027151
18
       Exhibit 596   CNBM Ceiling & Partition     140
19                   Listing
                     CNMBUSA00027827
20
       Exhibit 599   CNBM USA Corporation          62
21                   Articles of
                     Incorporation -
22                   California
23     Exhibit 601   E-mail(s)                      84
                     CNMBUSA00054480
24
25
```

```
 1                    DEPOSITION EXHIBITS
 2
 3        NUMBER           DESCRIPTION          MARKED
 4
          Exhibit 605   CNBM Import and Export        181
 5                      Company Signature Report
                        (Partial English
 6                      Translation, Machine
                        Translation & Chinese)
 7                      CNMBUSA00053083 -
                        CNMBUSA00053088
 8
          Exhibit 607   Amended and Supplemental       27
 9                      Notice of 30(b)(6)
                        Deposition of CNBM USA
10                      Corporation
11        Exhibit 611   12/15/09 Levin Letter          57
                        CNMBUSA000051228 -
12                      CNMBUSA00051245
13        Exhibit 612   Basic Situations of           170
                        Overseas Subsidiary
14                      Companies Spreadsheet
                        (Partial English
15                      Translation, Machine
                        Translation & Chinese)
16                      CNMBUSA00011317
17
18
                       PREVIOUSLY MARKED EXHIBITS
19
             NUMBER                              PAGE
20
          Exhibit 38    ........................    36
21
22
23
24
25
```

```
 1                    PROCEEDINGS

 2              (November 3, 2015 at 8:08 a.m.)

 3              THE VIDEOGRAPHER:  We are now on the

 4       record.  My name is Melissa Bardwell,

 5       videographer here for Golkow Technologies.  Date

 6       today is November 3rd, 2015.  Time now is

 7       approximately 8:08 a.m.

 8              This video deposition is being held in

 9       New Orleans, Louisiana in reference to the

10       Chinese Manufactured Drywall Products Liability

11       Litigation.

12              The deponent today is CNBM USA

13       Corporation.

14              Would counsel present please introduce

15       themselves and state their affiliations for the

16       record.

17              MR. DAVIS:  Good morning.  My name is

18       Leonard Davis.  I'm from the law firm of Herman

19       Herman Katz, and I represent the plaintiffs.

20              MR. GEORGE:  Scott George with

21       Seeger Weiss for the PSC.

22              MR. VEJNOSKA:  Chris Vejnoska with

23       Orrick for CNBM USA and the witness.

24              MR. MARROCCO:  Drew Marrocco from

25       Dentons for BNBM PLC and BNBM Group.
```

```
 1                  MR. DAVIS:  Do we have others here?

 2                  MR. VEJNOSKA:  Yeah, the others have

 3           signed the sign-up sheet, but we're happy to

 4           identify them.

 5                  MR. DAVIS:  Would you, please.

 6                  MS. HU:  Yali Hu from Orrick.

 7                  MR. DAVIS:  I can't even hear you.  I'm

 8           sorry.

 9                  MS. HU:  Yali Hu from Orrick.

10                  MR. JOHNSON:  Ian Johnson, also with

11           Orrick.

12                  MR. CRUZ:  Chris Cruz with Orrick.

13                  MR. KIM:  Andrew Kim, also with Orrick.

14                  MR. ROTHENBERG:  Alex Rothenberg, Gordon

15           Arata.

16                  MR. ROSENBERG:  Harry Rosenberg,

17           defendants liaison counsel.  It's a pleasure to

18           be here.

19                  THE VIDEOGRAPHER:  The court reporter

20           today is Mike Miller, and he will now swear in

21           the witness.

22                  (Interpreter duly sworn.)

23                  (Witness duly sworn.)

24                  THE WITNESS:  Yes, the truth, all the

25           truth.
```

```
 1                   ZHANG SHAOJUN,

 2            having been first duly sworn,

 3               testified as follows:

 4                    EXAMINATION

 5  BY MR. DAVIS:

 6      Q     Good morning, Mr. Zhang.

 7      A     Hello.

 8      Q     You speak English, don't you?

 9      A     I speak some.

10      Q     Thank you.  I just want to make sure you're

11  understanding everything that I'm saying.

12      A     Sometimes I will need to obtain the accurate

13  information through the interpreter.

14      Q     We have an interpreter here, and she will be

15  translating for you to assist you, and I want to make

16  sure that you understand everything that I say.

17              MR. VEJNOSKA:  There's no question.

18       That's okay.

19  BY MR. DAVIS:

20      Q     Do you understand me?

21      A     I understand.

22      Q     If at any time you don't understand my

23  question, stop me, please.

24      A     All right.

25      Q     If you don't, I'm going to assume that you
```

1   do understand my question and that you're going to

2   give me a response that's truthful and to the best of

3   your ability.  Okay?

4       A    Okay.

5       Q    Now, have you given a deposition before?

6       A    No.

7       Q    It's a question-answer session, and we need

8   you to give answers.  And I want to make sure that we

9   all provide the courtesies to the court reporter, who

10  will be taking down every word that's being said, so

11  it's important that we don't speak over one another.

12                 Do you understand that?

13      A    I understand.

14      Q    You have counsel here who is here solely for

15  the purpose of attending the deposition, and if he for

16  some reason doesn't like a question that I ask, he may

17  make an objection.

18                 Do you understand that?

19      A    I understand.

20      Q    And if he makes an objection, I'll give him

21  the courtesy of making the objection, but he's not

22  here to testify for anyone.  You're the only one

23  that's here to testify.

24                 Do you understand that?

25      A    I understand.

```
 1        Q     And if for some reason you have a question,

 2   the only one that you can ask a question to is me

 3   during the deposition.  You can't consult with anyone

 4   else.

 5                    Do you understand that?

 6                    MR. VEJNOSKA:  I'm going to --

 7             objection, incorrect statement of legal

 8             standard.

 9                    MR. DAVIS:  Subject to the objection,

10             you can respond.

11                    MR. VEJNOSKA:  No, do not respond.

12   BY MR. DAVIS:

13        Q     Do you understand --

14                    MR. VEJNOSKA:  If you want him to say --

15   BY MR. DAVIS:

16        Q     Do you understand that you are the corporate

17   representative put up here today to give answers for

18   CNBM USA Corporation?

19        A     I understand.

20        Q     And that you have been designated as the

21   person most knowledgeable on behalf of the entity to

22   provide answers for the corporation.

23                    MR. VEJNOSKA:  Objection, overbroad,

24             vague and ambiguous.

25        A     I participate in the deposition on behalf of
```

1    the USA corporation.

2    BY MR. DAVIS:

3        Q      What is your full name?

4        A      Zhang Shaojun.

5        Q      And what's your date of birth?

6        A      August the 30th, 1981.

7        Q      Where do you live?

8        A      Beijing, China.

9        Q      And what's the address?

10       A      Unit 501, Building 17, Courtyard No. 2,

11   Xinhe Courtyard, Fengtai District, Beijing.

12       Q      And what's the address of where you work?

13       A      17th Floor, Building No. 4, Zhuyu

14   International No. 9, ShouTi South Road, Beijing.

15       Q      What's the highest level of education that

16   you've achieved?

17       A      Master of law.

18       Q      Do you have a certificate for that?

19              MR. VEJNOSKA:  Objection, vague and

20         ambiguous.

21       A      What certificate?

22   BY MR. DAVIS:

23       Q      Has anyone given you some type of

24   certification as being a lawyer?

25       A      No.

```
 1       Q     What classes did you take to become a master

 2  of law?

 3       A     Primarily international business law and --

 4             THE INTERPRETER:  The interpreter needs

 5        to clarify with deponent.

 6       A     -- and maritime business law.

 7  BY MR. DAVIS:

 8       Q     Did you have to pass any test to become a

 9  master of law?

10       A     Yes.

11       Q     What test?

12       A     The final examinations required of the

13  master students.

14       Q     What school?

15       A     Manchester University.

16       Q     And where is that located?

17       A     In Great Britain.

18       Q     Did you speak English there?

19       A     Yes.

20       Q     So you're pretty fluent in the practice of

21  law in English?

22             MR. VEJNOSKA:  Objection, argumentative,

23        vague and ambiguous, overbroad.

24             Please mark the question.

25       A     Because it is not my native language, many
```

```
 1   times I'm not very fluent.

 2   BY MR. DAVIS:

 3      Q     But you were able to get through school in

 4   speaking English, correct?

 5              MR. VEJNOSKA:  Objection, foundation.

 6      A     Yes.

 7   BY MR. DAVIS:

 8      Q     Are you authorized to practice law in any

 9   court in England?

10      A     No.

11      Q     Are you authorized to practice law in any

12   court in the United States?

13      A     No.

14      Q     Are you authorized to practice law in any

15   court in China?

16      A     No.

17      Q     What are you authorized to do, having

18   received a master of law?

19              MR. VEJNOSKA:  Objection, vague and

20        ambiguous, overbroad.

21      A     To be the legal consultant in the company.

22   BY MR. DAVIS:

23      Q     And what does the legal consultant in the

24   company do?

25      A     Primarily review documents, to coordinate
```

1    the relationships of parties in lawsuits, to analyze

2    and research on the cases.

3              MR. VEJNOSKA:  Please mark the answer.

4    BY MR. DAVIS:

5         Q    Now, when you talk about "in the company,"

6    is that in CNBM USA?

7         A    No.

8         Q    What company?

9         A    China National Building Material Trading

10   Company is not correct.

11        Q    I'm sorry, I don't understand your answer.

12             MR. VEJNOSKA:  Please mark the previous

13       question.

14        A    China National Building Material

15   International Trading Company.

16   BY MR. DAVIS:

17        Q    What relationship does China National

18   Building Material International Trading Company have

19   with CNBM USA Corporation?

20             MR. VEJNOSKA:  Objection, vague and

21       ambiguous, overbroad, calls for a legal

22       conclusion.

23        A    Currently CNBM International Trading Company

24   is a parent company of CNBM USA.

25   BY MR. DAVIS:

```
1        Q     When you say "currently," how current?

2        A     I refer to in present time.

3        Q     Is that the same a year ago?

4        A     Yes.

5        Q     Is it the same five years ago?

6        A     I believe since 2011.

7        Q     And what was it in 2010?

8              MR. VEJNOSKA:  Objection, vague and

9        ambiguous.  I don't know what "it" is.

10             Do you understand the question,

11        Mr. Zhang?

12             THE WITNESS:  Can you repeat the

13        question?

14   BY MR. DAVIS:

15        Q     What was the relationship in 2010?

16             MR. VEJNOSKA:  Better.

17        A     What relationship you're referring to?

18   BY MR. DAVIS:

19        Q     Well, we're only talking about the same

20   relationship we talked about before, the relationship

21   between China National Building International Trading

22   Company and CNBM USA Corporation.  I want to be very

23   clear that we're talking about the exact same thing.

24        A     I would also like to confirm that I think in

25   the year 2010, CNBM International Trading Company was
```

1   not the parent company of CNBM USA.

2       Q    Who was the parent company in 2010 of

3   CNBM USA Corporation?

4               MR. VEJNOSKA:  Objection, foundation.

5               THE WITNESS:  Can you repeat your

6        question?

7   BY MR. DAVIS:

8       Q    Who was the parent company in 2010 of

9   CNBM USA Corporation?

10              MR. VEJNOSKA:  Same objection.

11      A    CNBM Import and Export.

12  BY MR. DAVIS:

13      Q    And how long was CNBM Import and Export the

14  parent company of CNBM USA Corporation prior to 2010?

15      A    Around five years.

16      Q    And who was the parent company prior to that

17  time of CNBM USA Corporation?

18              MR. VEJNOSKA:  Objection, beyond the

19        scope.

20              You may answer as an individual.

21      A    What are you referring to when you said

22  "before that time"?

23  BY MR. DAVIS:

24      Q    Before the five years that you just told me

25  about when CNBM Import and Export was the parent

1    company.

2              MR. VEJNOSKA:  Same objection.

3       A    Are you referring to prior to 2006.

4    BY MR. DAVIS:

5       Q    If that's the five years before -- that's

6    actually four years.  Yes.

7       A    No, there was no other company.

8       Q    How many people are in your office

9    presently?

10             MR. VEJNOSKA:  Objection, vague and

11        ambiguous.

12      A    What office are you referring to?

13   BY MR. DAVIS:

14      Q    In the -- I'm sorry.

15             In the legal consultant office for

16   CNBM USA Corporation.

17             MR. VEJNOSKA:  Objection, misstates

18        testimony, vague and ambiguous, foundation.

19             THE WITNESS:  Can you repeat your

20        question?

21   BY MR. DAVIS:

22      Q    How many individuals work in the legal

23   consultant office for CNBM USA Corporation?

24             MR. VEJNOSKA:  Same objections.

25      A    Can you explain the nature of "work for"?

```
 1   BY MR. DAVIS:

 2      Q     What is your title in the company?

 3             MR. VEJNOSKA:  Objection, vague and

 4       ambiguous.

 5      A     Which company are you referring to?

 6   BY MR. DAVIS:

 7      Q     CNBM USA Corporation.

 8      A     I don't have any title.

 9      Q     Are you employed by CNBM USA Corporation in

10   any way?

11      A     No.

12      Q     What relationship do you have with CNBM USA

13   Corporation?

14             MR. VEJNOSKA:  Objection, vague and

15       ambiguous.

16      A     What relationship are you referring to?

17   BY MR. DAVIS:

18      Q     Any relationship that you have with CNBM USA

19   Corporation.

20             MR. VEJNOSKA:  Same objection.

21      A     I am being deposed for it now.

22   BY MR. DAVIS:

23      Q     Is that the only relationship that you have

24   with CNBM USA Corporation?

25             MR. VEJNOSKA:  Same objection.
```

```
 1      A     I don't quite understand your question.  Can

 2   you repeat?

 3   BY MR. DAVIS:

 4      Q     Do you know what a relationship is?

 5            MR. VEJNOSKA:  Objection, vague and

 6         ambiguous, potentially calls for a legal

 7         conclusion.

 8      A     I believe there are layers of

 9   interpretations for "relationship."  I'm not quite

10   sure.

11   BY MR. DAVIS:

12      Q     How do you define a relationship?

13            MR. VEJNOSKA:  Same objection.  Calls

14         for opinion.

15      A     I don't want to give a definition of it.  I

16   just want to know clearly what is a definition of

17   "relationship" in the context of deposition.

18   BY MR. DAVIS:

19      Q     Would you consider a parent a relationship?

20            THE INTERPRETER:  Does counsel mean

21         "parent" as parent company or "parent" as parent

22         of children?

23            MR. DAVIS:  Any parent.

24            MR. VEJNOSKA:  I think it matters for

25         her translation because there will be different
```

1          words in Chinese.

2                    THE INTERPRETER:  Yeah, in Chinese there

3          are two different words for "parent" for

4          children or "parent" for parent company.

5                    MR. DAVIS:  Let's do "parent company."

6     A    Between a parent company and a son company,

7    right?

8    BY MR. DAVIS:

9     Q    Correct.

10                   MR. VEJNOSKA:  Objection, vague and

11         ambiguous, calls for a legal conclusion,

12         overbroad.

13    A    There is a relationship between a parent

14   company and a son company because they have a

15   shareholding relationship.

16   BY MR. DAVIS:

17    Q    Is there a relationship between a branch

18   company?

19                   MR. VEJNOSKA:  Objection, vague and

20         ambiguous, overbroad, calls for a legal opinion.

21                   Please mark the question.

22    A    Are you referring to if there is any

23   relationship between a parent company and a branch

24   company?

25   BY MR. DAVIS:

1      Q      Yes.

2                  MR. VEJNOSKA:  Same objection.

3      A      There is a relationship.

4  BY MR. DAVIS:

5      Q      Is there a relationship between a

6  subsidiary?

7                  MR. VEJNOSKA:  And?

8                  Objection, vague and ambiguous,

9          overbroad, calls for a legal conclusion,

10          incomplete question.

11                  Please mark the question.

12     A      The relationship you're referring to is

13  between a subsidiary and what company?

14  BY MR. DAVIS:

15     Q      Any company.  Any company in which it may be

16  a subsidiary of.

17                  MR. VEJNOSKA:  Same objections.

18                  THE WITNESS:  Can you ask the question

19          completely again?

20  BY MR. DAVIS:

21     Q      Is there a relationship between subsidiary

22  entities?

23                  MR. VEJNOSKA:  Objection, vague and

24          ambiguous, calls for speculation, calls for a

25          legal conclusion, overbroad.

1     A     I'm not sure.

2  BY MR. DAVIS:

3     Q     Is CNBM USA Corporation a parent company of

4  any entity?

5     A     No.

6     Q     Does CNBM USA Corporation have a parent

7  company?

8               MR. VEJNOSKA:  Objection, asked and

9       answered.

10    A     Currently CNBM USA is held by CNBM

11  International Trading Company.

12  BY MR. DAVIS:

13    Q     Does CNBM USA Corporation have any other

14  parents?

15    A     Not presently.

16    Q     Who's your present employer?

17    A     CNBM International Trading Company.

18    Q     Who's your supervisor?

19               MR. VEJNOSKA:  Objection, foundation.

20               THE INTERPRETER:  The interpreter needs

21       to clarify with deponent.

22    A     My current supervisor is the director of

23  risk control department in CNBM International Trading

24  Company.

25               MR. VEJNOSKA:  Please mark the answer.

1    BY MR. DAVIS:

2       Q      And what is his name?

3       A      His name is Wang Xinhua.

4       Q      What does the risk control department do?

5       A      To control the company's risks and to lead

6    the legal department as well as risk control

7    department.

8       Q      Who are "the company's"?  You used

9    apostrophe S or an S with that.

10      A      I don't understand what you mean by that.

11   Please repeat.

12      Q      I understand that the risk control

13   department controls the company's risk.  What

14   "company's" does it control?

15             MR. VEJNOSKA:  Objection, foundation,

16       misstates testimony.

17      A      CNBM International Trading Company.

18   BY MR. DAVIS:

19      Q      Does CNBM International Trading Company

20   control the Chinese drywall risk?

21             MR. VEJNOSKA:  Objection, vague and

22       ambiguous.

23      A      I want to understand what did he mean when

24   he said "Chinese gypsum board."

25   BY MR. DAVIS:

1     Q     The Chinese drywall risk associated with the

2    litigation pending in the United States involving

3    problematic Chinese drywall.

4              MR. VEJNOSKA:  Same objection.

5         Foundation.

6     A     No.

7    BY MR. DAVIS:

8     Q     Who controls the risk associated with the

9    litigation pending in the United States involving

10    problematic Chinese drywall?

11              MR. VEJNOSKA:  Objection, foundation,

12         vague and ambiguous, calls for a legal

13         conclusion, calls for speculation, beyond the

14         scope.

15              You may answer as an individual.

16     A     I'm not sure.

17              (CNBM USA Exhibit 607 marked.)

18    BY MR. DAVIS:

19     Q     I want you to look at CNBM USA Exhibit 607,

20    which is the notice of deposition -- actually the

21    amended and supplemental notice.

22              Have you seen that prior to today?

23              MR. VEJNOSKA:  Mr. Davis, I'm sorry,

24         just to be clear, since there are several of

25         these, I just want to be sure the record is

1          clear that this is the one noted as filed on

2          September 9, 2015.

3                    MR. DAVIS:  So noted.

4                    MR. VEJNOSKA:  Thank you.

5                    I'll also note that it is in English.

6                    MR. DAVIS:  Well, he speaks English.  He

7          went to law school.

8                    MR. VEJNOSKA:  He has a right to have

9          his deposition taken in his native tongue,

10         Mr. Davis, as you know.

11                   MR. DAVIS:  That's why he's got an

12         interpreter.

13                   MR. VEJNOSKA:  That's why I made the

14         statement that I did.

15                   MR. DAVIS:  Thank you, Counsel.

16                   (Document review.)

17    BY MR. DAVIS:

18        Q    Have you seen that prior to today?

19        A    I'd like to review it completely because it

20    is in English.

21                   (Document review.)

22        A    I've seen it.

23    BY MR. DAVIS:

24        Q    Are you familiar with it?  You've read it.

25        A    I've read it once.

```
 1      Q     You're here to respond on behalf of CNBM USA

 2  Corporation for all the topics identified in

 3  Exhibit 607, correct?

 4               (Document review.)

 5               MR. VEJNOSKA:  Mr. Davis, in just an

 6         effort to assist, we did provide the witness

 7         with a translated version of this; but he is now

 8         looking at it in English, so that's why this is

 9         taking some time.

10      A     Yes.

11  BY MR. DAVIS:

12      Q     Other than having reviewed Exhibit 607 and

13  the translated version, what documents did you review

14  to prepare for this deposition?

15      A     I have also reviewed some internal reports

16  of CNBM USA and some financial reports and some

17  documents such as bills.  They should be invoices.

18               MR. VEJNOSKA:  Would you mark the

19         answer, please.

20  BY MR. DAVIS:

21      Q     Could you tell me what reports you reviewed?

22      A     Some internal reports.

23      Q     Have those been provided to the plaintiffs?

24      A     I'm not sure what documents have already

25  been provided to the plaintiffs.
```

```
 1      Q      Are you familiar with the documents that

 2   have been provided to the plaintiffs by CNBA [sic] USA

 3   Corporation?

 4              MR. VEJNOSKA:  Objection, beyond the

 5        scope.

 6              You may answer as an individual.

 7      A      It was our lawyer who provided those

 8   documents on behalf of CNBM USA.  I'm not sure what

 9   are the documents he had provided.

10   BY MR. DAVIS:

11      Q      Have you reviewed the documents that

12   CNBM USA Corporation provided to the plaintiffs in

13   this litigation?

14              MR. VEJNOSKA:  Interpose an objection of

15        foundation, calls for speculation.

16      A      It is our lawyer who has submitted the

17   documents of our CNBM USA Company.  I'm not sure --

18              THE INTERPRETER:  The interpreter needs

19        to clarify with deponent.

20      A      It was our lawyer who submitted the

21   documents to plaintiffs on behalf of CNBM USA;

22   therefore, I'm not sure what documents you were

23   referring to when you asked me whether I have reviewed

24   those or not.

25   BY MR. DAVIS:
```

```
 1      Q     What documents have you reviewed?

 2            MR. VEJNOSKA:  Objection, asked and

 3       answered.

 4      A     I have already answered you just now.  Those

 5   are some internal documents, financial reports and

 6   invoices.

 7   BY MR. DAVIS:

 8      Q     Do you have all of them collected in one

 9   area?

10      A     Can you repeat your question?

11      Q     Do you have all the documents that you

12   reviewed collected in one area?

13      A     What?  No.

14      Q     Where are the documents that you reviewed?

15      A     In China.

16      Q     Where in China?

17      A     Some in my office.  Some, I believe, no

18   longer exist.

19      Q     Why do they no longer exist?

20      A     Because some are internal reports.

21      Q     And what do you do with internal reports?

22            MR. VEJNOSKA:  Objection, vague and

23       ambiguous, overbroad.

24      A     I reviewed them.

25   BY MR. DAVIS:
```

1    Q    And have they been provided to anyone other

2  than you?

3              MR. VEJNOSKA:  Objection, vague and

4        ambiguous, foundation, calls for speculation.

5    A    I'm not sure.

6  BY MR. DAVIS:

7    Q    Who would know?

8              MR. VEJNOSKA:  Same objections.

9    A    I'm not sure.

10  BY MR. DAVIS:

11   Q    Who else has the documents that you reviewed

12  to prepare for this deposition?

13              MR. VEJNOSKA:  Same objections.

14   A    At the time they were provided by the

15  then-general manager of CNBM USA Corporation.

16  BY MR. DAVIS:

17   Q    And who is that?

18   A    Liu Jinhui.

19   Q    And did you ask for those documents, or did

20  he provide them to you without a request?

21              MR. VEJNOSKA:  Objection, vague and

22        ambiguous, foundation.

23   A    I requested them while I was preparing for

24  this deposition.

25  BY MR. DAVIS:

```
 1        Q     And what specifically did you request?

 2        A      I requested him to provide with me the

 3   documents which enable me to have a detailed

 4   understanding of the situation of the USA company.

 5        Q     And when did you make that request?

 6        A      I don't have a clear recollection of the

 7   specific dates.  I believe it was two months ago.

 8        Q     How did he provide the documents to you?

 9        A      He gave me some paper documents.

10        Q     How many were there?

11        A      Are you talking about word counts or how

12   many pages or how many copies?

13        Q     How many pages?

14        A      Approximately one or two pages.

15        Q     So the total documents were one or two pages

16   that you asked for and got.

17              MR. VEJNOSKA:  Objection, vague and

18        ambiguous, misstates testimony.

19        A      I requested -- I requested him to provide me

20   with documents which would allow me to have a detailed

21   understanding of the USA company's situation.  He

22   provided me with a document similar to something like

23   an internal report.

24              THE WITNESS:  It's been almost an hour.

25         I would like to request a break.
```

```
 1                    MR. DAVIS:  Sure.

 2                    MR. VEJNOSKA:  Thank you, Mr. Davis.

 3                    THE VIDEOGRAPHER:  The time now is

 4        9:01 a.m.  We're off the record.

 5                    (Recess taken, 9:01 a.m. to 9:17 a.m.)

 6                    THE VIDEOGRAPHER:  This begins Disc 2 of

 7        today's deposition.  Time now is 9:17 a.m.

 8        We're back on the record.

 9    BY MR. DAVIS:

10        Q    What did you talk about during the break?

11                    MR. VEJNOSKA:  Objection.  You --

12                    MR. DAVIS:  You made your objection,

13        Counsel.

14                    MR. VEJNOSKA:  No, no.  My objection

15        is -- my instruction is you are not to disclose

16        anything that you discussed with your lawyers.

17                    MR. DAVIS:  Actually, he's not to

18        discuss what you disclosed to him.  I asked what

19        he discussed.

20                    MR. VEJNOSKA:  My instruction stands.

21        Any attorney-client communications, you are not

22        to disclose.

23                    MR. DAVIS:  Subject to the objection,

24        Counsel.

25                    MR. VEJNOSKA:  I'm instructing him not
```

```
 1          to answer the question, Counsel.

 2               THE WITNESS:  My attorney instructed me

 3          not to answer this question.

 4   BY MR. DAVIS:

 5      Q    Did you discuss matters relating to this

 6   case during the break?

 7               MR. VEJNOSKA:  Same objection.  Same

 8          instruction.

 9               MR. DAVIS:  I'm not asking him the

10          contents.  I'm just asking if he discussed

11          matters involving this case during the break.

12               MR. VEJNOSKA:  And I've told you any

13          discussions that he had with his lawyers are

14          obviously in the context of our representation

15          of him and CNBM USA.  He's not to answer the

16          question.

17               THE WITNESS:  My attorney instructed me

18          not to answer this question.

19   BY MR. DAVIS:

20      Q    I want to be very clear.  I'm not asking

21   anything that your lawyer directed to you.  I'm asking

22   what you discussed, what came out of your mouth during

23   the break that is not a legal advice.

24               MR. VEJNOSKA:  Now I'm going to object.

25          This has become harassing of the witness.  It is
```

1          an incorrect statement of the law.  Any

2          communication he has, whether he spoke to me or

3          I spoke to him is protected as privileged under

4          our attorney-client relationship.

5                    You are not to answer the question.

6                    THE WITNESS:  The same, my attorney

7          instructed me not to answer the question.

8    BY MR. DAVIS:

9      Q     Did you discuss anything about your

10   testimony during the break?

11                   MR. VEJNOSKA:  Same objection.  Same

12         instruction.

13                   THE WITNESS:  My attorney instructed me

14         not to answer the question.

15                   MR. DAVIS:  I'm going to reserve my

16         rights, and my intention is to address it with

17         the Court at a later date.  We may bring you

18         back for another deposition.

19   BY MR. DAVIS:

20     Q     Let me show you Exhibit 38.  Have you seen

21   that prior to today?

22     A     What page are you referring to.

23     Q     It's multiple pages, and I'd like you to

24   look at all of it.

25                   MR. VEJNOSKA:  Mr. Davis, would you do

1          the witness the courtesy of describing to him

2          where this is from, since it appears to be a

3          compilation of materials?

4                    MR. DAVIS:  These are from CNBM annual

5          reports.

6                    MR. VEJNOSKA:  Thank you.  I just want

7          to be clear that it is not an existing document.

8          It is one that you have created.  Thank you.

9                    MR. DAVIS:  No, it exists, and it is not

10         one that I created.

11                   MR. VEJNOSKA:  It does not exist in the

12         form that you have given it to the witness, is

13         what I mean, Mr. Davis.

14                   (Document review.)

15    A     I have not seen this.

16    BY MR. DAVIS:

17    Q     Are you familiar with the corporate

18    structure of CNBM?

19                   MR. VEJNOSKA:  Objection, vague and

20         ambiguous, overbroad.

21    A     What are you referring to when you said

22    "CNBM"?

23    BY MR. DAVIS:

24    Q     Do you know the entity called China National

25    Building Materials, which has a symbol of "CNBM"?

1                    MR. VEJNOSKA:  Objection, vague and

2          ambiguous, overbroad, misstates the evidence.

3      A     What specific company are you referring to?

4   BY MR. DAVIS:

5      Q     China National Building

6   Materials Co., Limited; CNBM.

7                    (Document review.)

8      A     I'm aware of this company.

9   BY MR. DAVIS:

10     Q     Is that the company that's reflected as the

11  parent in Exhibit 38?

12                   MR. VEJNOSKA:  Please mark the previous

13        answer.

14                   Objection, vague and ambiguous,

15        overbroad.

16     A     What company's parent company are you

17  referring to?

18  BY MR. DAVIS:

19     Q     That's my question to you.

20               Who is the parent?

21                   MR. VEJNOSKA:  From the data to the

22        chart.

23                   MR. DAVIS:  Yes, that's the only thing

24        we're talking about.

25                   MR. VEJNOSKA:  Then I'll object as

1          calling for speculation and misstating the

2          record.

3      A     Who's parent company?

4   BY MR. DAVIS:

5      Q     Do you see in Exhibit 38 a reference to

6   "Parent" at the top?

7               MR. VEJNOSKA:  Same objections.  And as

8          to this entire line, beyond the scope.

9               You may answer the question as an

10         individual.

11     A     I'm still not quite clear about your

12  question.  If you were asking the parent company of

13  CNBM USA presently, then the parent company of

14  CNBM USA is CNBM International Trading.

15  BY MR. DAVIS:

16     Q     Do you see Exhibit 38?

17               MR. VEJNOSKA:  Please mark the answer.

18  BY MR. DAVIS:

19     Q     Exhibit 38 is to your left.

20     A     I see that.

21     Q     Do you see "Parent" at the top?

22     A     Yes.

23     Q     Who is the parent?

24               MR. VEJNOSKA:  Objection, vague and

25         ambiguous, foundation, beyond the scope.

1          You may answer as an individual.

2     A    I'm not quite sure.

3  BY MR. DAVIS:

4     Q    You don't know who the parent is in

5  Exhibit 38 in the top box; is that correct?

6          MR. VEJNOSKA:  Same objections.  Same

7      objections, asked and answered.

8          I'm going to object to the effort to

9      deliberately mislead this witness based on all

10     the prior testimony in this case of many

11     witnesses who have testified about this very

12     chart.

13    A    I'm not quite clear about it.  Maybe it is

14 CNBM Company, Limited.

15 BY MR. DAVIS:

16    Q    I understand your answer is you do not know

17 who the parent is that would be in the top chart; is

18 that correct?

19         MR. VEJNOSKA:  All the same objections,

20     again, beyond the scope.

21    A    I'm not quite clear.

22 BY MR. DAVIS:

23    Q    Can you identify for me on Exhibit 38 where

24 China National Building Materials International

25 Trading Company exists?

```
 1                    MR. VEJNOSKA:  Objection, foundation,

 2          vague and ambiguous.  This is a translation

 3          issue.

 4      A     It does not have CNBM International Trading

 5   on it.

 6   BY MR. DAVIS:

 7      Q     I understand.  Where would it fall on

 8   Exhibit 38 if it were to be inserted in the diagram?

 9                    MR. VEJNOSKA:  Same objections.  Beyond

10          the scope.

11      A     I did not create this document, but I also

12   do not know whether this person would insert CNBM

13   International trading to the chart, and if this person

14   did, where he would insert the company to.

15   BY MR. DAVIS:

16      Q     I'm asking you as the corporate

17   representative where on the chart would China National

18   Building Material International Trading Company be

19   inserted if we wanted to insert it on the chart.

20                    MR. VEJNOSKA:  Objection, misstates the

21          record.  He is the designee for CNBM USA.

22          Objection, compound.  You have handed him 15

23          pages of charts.  Which one would you like him

24          to look at?  And beyond the scope.

25                    You may answer as an individual.
```

```
 1                    THE WITNESS:  Can you repeat your
 2          question?  I did not hear clearly, specifically
 3          what was the company you mentioned.  Neither do
 4          I know what chart, if that company was to be
 5          inserted to.
 6     BY MR. DAVIS:
 7          Q     As the corporate representative here today
 8     for this deposition, where on the chart, on
 9     Exhibit 38 -- and you can look at any page -- would
10     China National Building Material International Trading
11     Company be inserted in its proper location on the
12     chart?
13                    MR. VEJNOSKA:  Same objection.  Same
14          objections, beyond the scope.  He is not the
15          representative for a company called CNBM
16          International Trading.
17                    MR. DAVIS:  I understand it's his
18          parent.
19                    MR. VEJNOSKA:  There is no such company.
20          A     First of all, I'm here to participate in the
21     deposition on behalf of CNBM USA.  Secondly, I do not
22     know based on what information did the creator of the
23     chart create it, the chart.
24                    Again, I think you might have
25     misspoken the name of the company.  I don't know
```

```
 1   whether it was a translation issue or something else,

 2   so I really do not know how to insert the company you

 3   just mentioned into this chart.

 4   BY MR. DAVIS:

 5       Q    Okay.  I want you to look at page 13,

 6   page 13 of Exhibit 38.

 7              MR. GEORGE:  It's the second-to-last

 8       page.

 9              MR. VEJNOSKA:  It's the last one in

10       mine, Scott.

11              MR. GEORGE:  Okay.

12              MR. VEJNOSKA:  Is it?

13              MR. GEORGE:  The last page is Chinese

14       and the second-to-last page is English.

15              MR. VEJNOSKA:  You're right, thank you.

16   BY MR. DAVIS:

17       Q    The last two pages of the exhibit.

18       A    I see it.

19       Q    Does that help?

20              MR. VEJNOSKA:  Objection, vague and

21       ambiguous, beyond the scope.

22              You may answer as an individual.

23       A    Help me with what?

24   BY MR. DAVIS:

25       Q    Are you able to identify where China
```

1   National Building Material International Trading

2   Company would be inserted in the corporate structure?

3                   MR. VEJNOSKA:  Same objections.

4        Foundation, speculation.

5        A    Again, based on the three reasons I just

6   mentioned:  First of all, I'm here for the deposition

7   on behalf of CNBM USA; secondly, this is the first

8   time I'm looking at a chart -- second of all, I'm not

9   sure the creator of the chart created the chart based

10  on what information, such as based on information on

11  percentage of shareholding or something else; thirdly,

12  I'm here for the deposition on behalf of CNBM USA.  I

13  have not conducted a detailed investigation on other

14  companies.

15                  Therefore, there's no way I would know

16  how to insert the company you just mentioned into this

17  chart.

18  BY MR. DAVIS:

19       Q    I want you to look at Exhibit 38.  You can

20  look at every page of Exhibit 38.  And I'd like you to

21  tell me where on any of the charts CNBM USA

22  Corporation should be inserted in the corporate

23  structure.

24                  MR. VEJNOSKA:  Same objections.

25                  (Document review.)

1      A    I'd like to repeat that since I am not the

2   creator of this chart; therefore, I do not know how to

3   insert CNBM USA into this chart.  As far as I know,

4   CNBM USA is a wholly owned subcompany of CNBM

5   International Trading.

6      Q    Is it safe to say that you don't know the

7   corporate structure from the parent up in the

8   hierarchy of the various entities that are identified

9   on Exhibit 38?

10              (Conference out of the hearing of the

11              reporter.)

12              MR. DAVIS:  I'm sorry?

13              MR. VEJNOSKA:  You said the "parent up."

14        I'm wondering if you meant from the parent down.

15              MR. DAVIS:  No, I meant from the parent

16        up.

17              MR. VEJNOSKA:  Okay.

18              (Translation.)

19              MR. VEJNOSKA:  Objection, vague and

20        ambiguous, calls for speculation.

21      A    Are you referring to the parent company on

22   the very top of the chart?

23   BY MR. DAVIS:

24      Q    I'm talking the parent company of CNBM USA

25   Corporation, going up the ladder.

1              THE INTERPRETER:  The interpreter asks

2         for a clarification of the question.  Did

3         counsel mean going up the ladder from the parent

4         company of CNBM USA or going up the ladder until

5         the parent company of CNBM USA?

6              MR. DAVIS:  Going up the ladder from

7         CNBM USA Corporation, up from there to the

8         parent.

9              MR. VEJNOSKA:  Same objections.

10    A    Are you referring to the structure above the

11    parent company of CNBM USA?

12    BY MR. DAVIS:

13    Q    Yes.

14              MR. VEJNOSKA:  Same objection.

15    A    I only have some understanding of it.

16    BY MR. DAVIS:

17    Q    Who has an understanding of that

18    information?

19              MR. VEJNOSKA:  Objection, beyond the

20         scope, vague and ambiguous.

21    A    I'm not sure.

22    BY MR. DAVIS:

23    Q    Is there anyone within CNBM USA Corporation

24    that understands the corporate relationship amongst

25    entities as identified in Exhibit 38?

1               MR. VEJNOSKA:  Objection, foundation,

2         vague and ambiguous, compound, calls for

3         speculation.

4    A     Are you referring to all the corporate

5    relationship in Exhibit 38?

6    BY MR. DAVIS:

7    Q     Any relationship between CNBM USA

8    Corporation and the entities that are identified in

9    Exhibit 38.

10              MR. VEJNOSKA:  Same objections.

11   A     I'm not sure if anyone else would

12   understand.

13   BY MR. DAVIS:

14   Q     Who is the general manager of CNBM USA

15   Corporation?

16              MR. VEJNOSKA:  Objection, foundation.

17   A     Liu Jinhui.

18   BY MR. DAVIS:

19   Q     And --

20   A     Currently.

21   Q     And where is that person located physically?

22   A     Are you referring to office location or

23   residence?

24   Q     Let's start with the office.

25   A     The office location I believe is in an

1    office building of Zi Zhuyuan of Haidian District of

2    Beijing, while Zi Zhuyuan is a small district of

3    Haidian District.

4        Q     Does CNBM USA Corporation have any personnel

5    in the United States?

6        A     No.

7        Q     Has it ever had any personnel in the United

8    States?

9        A     Yes.

10       Q     When?

11       A     I believe between 2006 to 2010.

12       Q     Where in the United States?

13       A     California.  Well, California.

14       Q     Does CNBM USA bank in the United States?

15             THE INTERPRETER:  May the interpreter

16         inquire the definition of "bank"?  Did counsel

17         mean bank transactions, activities?

18             MR. DAVIS:  Financial institution

19         banking.

20             THE INTERPRETER:  In Chinese it can only

21         be translated as "bank activity" or "bank

22         transaction," not the verb "bank."

23   BY MR. DAVIS:

24       Q     Okay.  Does it have any bank activity?  Does

25   CNBM USA Corporation have any bank activity in the

1   United States?

2            MR. VEJNOSKA:  Objection, vague and

3       ambiguous.

4    A    Are you referring to bank transactions or

5   bank account receivable or other activities?

6   BY MR. DAVIS:

7    Q    Any bank activities.

8            MR. VEJNOSKA:  Please mark the answer.

9            Objection, vague and ambiguous.

10   A    There were bank transactions and account

11   payables as a legal corporation.

12   BY MR. DAVIS:

13   Q    Over what period of time were there bank

14   transactions and account payables?

15           THE INTERPRETER:  The interpreter needs

16       to clarify with deponent.

17           (Translation.)

18           THE INTERPRETER:  The interpreter just

19       asked the deponent for the definition of

20       "transaction" in his answer to have a clear

21       record.  This is what the deponent said,

22       "Transaction means to transfer between American

23       company to other companies for the purpose of

24       doing business and from other companies to the

25       American company."

```
 1                   MR. VEJNOSKA:  Would you please mark

 2        that.

 3                   THE INTERPRETER:  The interpreter will

 4        ask the deponent to repeat his answer to the

 5        prior question now.

 6                   (Translation.)

 7     A    I think as a legally established company,

 8   ever since its establishment to 2013, due to business

 9   as well as the fees that are to be paid during the

10   existence of the company; therefore, there are in and

11   outs of the money in its account.

12                   But CNBM USA Corporation after 2013,

13   because it had stopped doing business, therefore,

14   between 2014 and 2105 there had been no income on its

15   account.

16   BY MR. DAVIS:

17     Q    Is it your testimony that there have been no

18   bank transactions or accounts payable since 2013 to

19   present for CNBM USA Corporation in the United States?

20                   MR. VEJNOSKA:  Objection, vague and

21        ambiguous.

22     A    By "transaction," did you mean the money

23   come into the account of the USA company, or going out

24   of the account of the USA company, or something else.

25   BY MR. DAVIS:
```

1      Q      Any.  Any bank activity.

2             MR. VEJNOSKA:  Same objection.

3      A      Like I said, based on the needs of the

4   existence of CNBM USA, its account has expenses as

5   fees.

6   BY MR. DAVIS:

7      Q      Who funds the accounts of CNBM USA

8   Corporation?

9             MR. VEJNOSKA:  Objection, vague and

10        ambiguous, foundation, and beyond the scope.

11     A      I'm not sure what you meant when you said

12   "funds."

13   BY MR. DAVIS:

14     Q      Who puts money in the bank accounts of

15   CNBM USA Corporation?

16            MR. VEJNOSKA:  Same objections.

17     A      I'm not quite sure about it.  As a company,

18   it should have its own funds.  It has its own funds.

19   BY MR. DAVIS:

20     Q      Where does CNBM USA Corporation get its

21   funds?

22            MR. VEJNOSKA:  Objection, foundation.

23     A      Are you referring to at the time of its

24   establishment or afterwards?

25   BY MR. DAVIS:

1    Q      From 2009 to present, where has CNBM USA

2    Corporation gotten its funds?

3              MR. VEJNOSKA:  Objection, vague and

4         ambiguous, compound.

5    A      I'm not sure.

6    BY MR. DAVIS:

7    Q      Does CNBM USA Corporation sell merchandise?

8    A      Are you referring to presently or any other

9    time?

10   Q      From 2009 to present, has CNBM USA

11   Corporation sold merchandise?

12             MR. VEJNOSKA:  Objection, compound.

13   A      Just like what I said earlier, CNBM USA had

14   businesses prior to 2013, but it stopped its business

15   after 2013.  Therefore, your question can only be

16   answered based on these two time periods.

17             Therefore, in the first time period I

18   just mentioned, which is between 2009 and 2013, yes,

19   it did sell merchandises.  But during the time of 2014

20   to 2015, it did not do business; therefore, it did not

21   sell merchandises.

22   BY MR. DAVIS:

23   Q      What merchandise did CNBM USA Corporation

24   sell between 2009 and 2013?

25   A      I'm not quite clear about the definition of

```
 1    "merchandise."  I said I'm not sure what specific

 2    products it sold.

 3        Q     Did CNBM USA Corporation provide any

 4    services between 2009 and 2013?

 5        A     What kind of services are you referring to?

 6        Q     Any types of services.

 7        A     I'm still not clear about what services

 8    you're referring to.

 9        Q     Did CNBM USA Corporation have any income

10    other than through the sale of goods from 2009 to

11    2013?

12               MR. VEJNOSKA:  Objection, foundation.

13        A     Are you referring to from 2009 to 2013?

14    BY MR. DAVIS:

15        Q     That's what I asked.

16        A     No.

17        Q     Between 2009 and 2013, how many employees

18    did CNBM USA Corporation have?

19        A     From 2009 to 2010, there was an employee by

20    the name of Z-H-A-N-G, L-I-N-N-A --

21               THE INTERPRETER:  The interpreter needs

22          to clarify with deponent the spelling of the

23          person's name in his answer.

24               (Translation.)

25               THE INTERPRETER:  The interpreter would
```

1          like to make a correction of the spelling.  It

2          is Z-H-A-N-G, space, L-I-N-A.

3    BY MR. DAVIS:

4       Q     So from 2009 to 2010, CNBM USA Corporation

5    had one employee, correct?

6       A     Correct.

7       Q     Were there any employees of CNBM USA

8    Corporation after 2010?

9       A     CNBM USA has no employee after 2010.

10               I'd like to correct.  It should be the

11   second half of the year of 2010, but I do not have a

12   clear recollection of the specific time.

13               MR. VEJNOSKA:  I want to interpose a

14      vague and ambiguous objection.

15   BY MR. DAVIS:

16      Q     Has CNBM USA Corporation had any employees

17   other than Zhang Lina?

18               MR. VEJNOSKA:  Objection, vague and

19      ambiguous.

20      A     Presently, are you asking the present

21   status?

22   BY MR. DAVIS:

23      Q     He's already told me they don't have any

24   employees since the second half of 2010.

25               MR. VEJNOSKA:  Same objection.

1    A      Therefore, are you asking me the status

2    presently?

3    BY MR. DAVIS:

4    Q      At any time.  Has it ever had any employees

5    other than Zhang Lina?

6                MR. VEJNOSKA:  Same objection.

7    A      Are you referring to a full-time employee or

8    something else?

9    BY MR. DAVIS:

10   Q      Any type of employee.

11                MR. VEJNOSKA:  Would you please mark the

12        prior answer.

13   A      Zhang Lina is the only employee that was

14   paid a salary in the USA company.

15   BY MR. DAVIS:

16   Q      Who paid Zhang Lina's salary?

17   A      What time period are you referring to?

18   Q      During the time period that Zhang Lina was

19   employed by CNBM USA Corporation.

20   A      The USA company.

21   Q      And how was her salary based?

22                MR. VEJNOSKA:  Objection, beyond the

23        scope.

24                You may answer as an individual.

25                And foundation.

1       A     I'm not sure what was the base of the

2   payment of her salary.

3   BY MR. DAVIS:

4       Q     Did Zhang Lina work on commission?

5       A     Zhang Lina was an employee at the time of

6   the USA company; therefore, her salary was not paid on

7   commission base.

8               MR. VEJNOSKA:  Please mark the answer.

9   BY MR. DAVIS:

10      Q     How was salary paid, in cash, a check, or

11  some other means?

12              MR. VEJNOSKA:  Objection, beyond the

13        scope.

14              You may answer as an individual.

15              THE INTERPRETER:  Counsel.

16              MR. DAVIS:  Counsel, the interpreter is

17        trying to speak to you.

18              THE INTERPRETER:  I'm sorry, can counsel

19        wait until she finish her interpretation before

20        you lodge your objection?

21              MR. VEJNOSKA:  I'm sorry.

22              THE INTERPRETER:  Thank you.

23      A     I'm not quite sure.

24              MR. DAVIS:  Let's take a break.

25              THE VIDEOGRAPHER:  The time now is

1          10:11 a.m.  We're off the record.

2                    (Recess taken, 10:11 a.m. to 10:25 a.m.)

3                    THE VIDEOGRAPHER:  This begins Disc 3 of

4          today's deposition.  Time now is 10:25 a.m.

5          We're back on the record.

6                    (CNBM USA Exhibit 611 marked.)

7    BY MR. DAVIS:

8       Q    I'll show you Exhibit 611.  When did

9    CNBM USA Corporation receive that document?

10                   MR. VEJNOSKA:  I'm going to object on

11         the grounds of --

12      A    Excuse me, I'll need more time to review it,

13   because it is in English.

14                   MR. VEJNOSKA:  I'll object as to

15         foundation, beyond the scope.

16                   You may answer as an individual.

17                   (Document review.)

18      A    I'm not quite sure when did CNBM USA had

19   received this document.

20   BY MR. DAVIS:

21      Q    Was it shared with its parent company?

22                   MR. VEJNOSKA:  Objection, vague and

23         ambiguous, foundation, beyond the scope.

24                   You may answer as an individual.

25      A    Are you saying whether it had received this

1    document at the same time as its parent company?

2    BY MR. DAVIS:

3        Q    No, did it share the document with its

4    parent company?

5              MR. VEJNOSKA:  Same objections.

6        A    I'm not quite sure.

7    BY MR. DAVIS:

8        Q    Did CNBM USA Corporation familiarize itself

9    with the orders of Judge Fallon?

10             MR. VEJNOSKA:  Objection, vague and

11        ambiguous, beyond the scope.

12             You may answer as an individual.

13             And compound.

14       A    CNBM USA Company knew there was a lawsuit in

15   2009.

16   BY MR. DAVIS:

17       Q    Has CNBM USA Corporation done anything with

18   respect to Judge Fallon's order of July 17th, 2014, of

19   contempt?

20             MR. VEJNOSKA:  Objection, vague and

21        ambiguous, beyond the scope.

22       A    I'm not sure what you were referring to when

23   you said "done anything."

24   BY MR. DAVIS:

25       Q    Did CNBM USA Corporation take any action?

```
 1                  MR. VEJNOSKA:  Same objection.  Same

 2         instruction.

 3      A      After 2014?

 4   BY MR. DAVIS:

 5      Q      After July 17, 2014.

 6      A      Yes.

 7      Q      What did they do?

 8      A      I was assigned to participate in this

 9   deposition.

10      Q      Anything else?

11                  MR. VEJNOSKA:  Same objections, beyond

12          the scope.  Same instruction.

13      A      Also, I participate in this deposition with

14   the assistance of Orrick's attorneys.

15   BY MR. DAVIS:

16      Q      Did CNBM USA Corporation do anything other

17   than assign you to participate in this deposition in

18   response to the July 17, 2014, order of Judge Fallon?

19                  MR. VEJNOSKA:  Objection, vague and

20          ambiguous, overbroad, foundation, beyond the

21          scope.

22                  You may answer as an individual.

23      A      Yes.

24   BY MR. DAVIS:

25      Q      What?
```

1           MR. VEJNOSKA:  Same -- same objection.

2      Same instruction.

3      A     They've given me a detailed introduction in

4  regard to CNBM USA Company.  Also, my American

5  attorney had presented me with a series of CNBM USA

6  Company's material.

7  BY MR. DAVIS:

8      Q     Who is "they" that gave you a detailed

9  introduction in regard to CNBM USA Company?

10     A     The first one is Zhang Lina.

11     Q     And what did Zhang Lina advise you?

12           MR. VEJNOSKA:  Objection, vague and

13       ambiguous, overbroad.

14     A     I was advised the status of the USA

15  company --

16           THE INTERPRETER:  The interpreter is

17       inquiring the deponent the gender of the person

18       in his answer.

19     A     -- as well as the USA company where she

20  holds a title in.

21  BY MR. DAVIS:

22     Q     What is her title?

23     A     Chief representative.

24     Q     Where does she work?

25     A     During the time she was in the United

1    States, she worked at the office that was leased in

2    the United States.

3        Q     During what dates did she work in the United

4    States?

5                MR. VEJNOSKA:  Objection, asked and

6          answered.

7        A     From 2006 to 2010.

8    BY MR. DAVIS:

9        Q     And what were the duties of the chief

10   representative from 2006 to 2010 in the United States?

11       A     To contact customers, to promote products,

12   and to develop markets.

13       Q     And who -- what entity had customers?

14                MR. VEJNOSKA:  Objection, vague and

15          ambiguous.

16       A     What time period you're referring to?

17   BY MR. DAVIS:

18       Q     From 2006 to 2010.

19                MR. VEJNOSKA:  Same objection.

20       A     The USA company was trying to develop

21   customers and to have its own customers.

22   BY MR. DAVIS:

23       Q     And I want to be clear, that would be

24   CNBM USA Corporation, correct?

25       A     Yes.

1     Q     Where is Zhang Lina today?

2               MR. VEJNOSKA:  Objection, asked and

3        answered.

4     A     China.

5  BY MR. DAVIS:

6     Q     And what does she do there?

7     A     Work, work in the company.

8     Q     What company?

9     A     I don't have a clear recollection of a

10 specific name.  I believe it is CNBM Energy, but I do

11 not have a clear recollection on that.

12               (CNBM USA Exhibit 599 marked.)

13 BY MR. DAVIS:

14    Q     I'll show you Exhibit 599.

15               (Document review.)

16 BY MR. DAVIS:

17    Q     Who is Samuel Chan?

18    A     Excuse me, I would like to read it.

19               (Document review.)

20    A     I believe he is a representative of the

21 American company.

22 BY MR. DAVIS:

23    Q     And where is he located presently?

24               THE INTERPRETER:  The interpreter needs

25        to clarify with deponent.

```
 1              (Translation.)

 2              THE INTERPRETER:  Upon clarifying with

 3       the witness, this is what the witness said, "I

 4       do not know where he is at right now."

 5  BY MR. DAVIS:

 6       Q    In October 2006, who were the stockholders

 7  of CNBM USA Corp.?

 8              MR. VEJNOSKA:  Objection, beyond the

 9         scope.

10              You may answer as an individual.

11       A    CNBM Import and Export.

12  BY MR. DAVIS:

13       Q    Who kept the corporate records of CNBM USA

14  Corp.?

15              MR. VEJNOSKA:  Objection, vague and

16         ambiguous.

17              THE INTERPRETER:  The interpreter needs

18         to clarify with deponent.

19       A    I'm not quite sure.

20  BY MR. DAVIS:

21       Q    Since 2006, have there been any other

22  shareholders in CNBM USA Corp. other than CNBM Import

23  and Export?

24       A    Yes.

25       Q    Who and when?
```

```
 1      A      Since 2011, I don't have a clear

 2   recollection of the specific time.  Since 2011, CNBM

 3   International Trading had become CNBM USA's parent

 4   company.

 5              MR. VEJNOSKA:  Please mark the answer.

 6   BY MR. DAVIS:

 7      Q      What shareholders existed in CNBM USA Corp.

 8   in 2011?

 9      A      I think there was a transition in 2011 from

10   CNBM Import and Export to CNBM International trading.

11              MR. VEJNOSKA:  Please mark the answer.

12   BY MR. DAVIS:

13      Q      Since 2011 to present, has CNBM

14   International Trading been the shareholder of CNBM USA

15   Corp.?

16              MR. VEJNOSKA:  Objection, vague and

17        ambiguous, foundation.

18      A      From a certain time point in 2011 until

19   present time, CNBM International Trading is the

20   shareholder of CNBM USA Corporation.

21   BY MR. DAVIS:

22      Q      And does CNBM International Trading transact

23   business under the name CNBM USA Corporation?

24              MR. VEJNOSKA:  Objection, vague and

25        ambiguous, foundation.
```

```
1      A    No.

2                THE WITNESS:  May I use the restroom?

3                MR. DAVIS:  Sure.

4                THE VIDEOGRAPHER:  The time now is

5         10:48 a.m.  We're off the record.

6                (Recess taken, 10:48 a.m. to 10:51 a.m.)

7                THE VIDEOGRAPHER:  The time now is

8         10:51 a.m.  We're back on the record.

9   BY MR. DAVIS:

10     Q    What happened to CNBM USA Corporation's

11  customers when CNBM Import and Export came into

12  existence?

13               MR. VEJNOSKA:  Objection, vague and

14        ambiguous, foundation, beyond the scope.

15               THE WITNESS:  I'm sorry, I don't

16        understand the question.

17  BY MR. DAVIS:

18     Q    You've told me that CNBM USA Corporation

19  stopped doing business at a certain period in time,

20  correct?

21     A    Correct.

22     Q    What happened to its customers at that time?

23     A    Stopped doing businesses with CNBM USA

24  Corporation.

25     Q    Did anyone contact any of those customers
```

```
 1   after CNBM USA stopped doing business?

 2              MR. VEJNOSKA:  Objection, foundation,

 3        beyond the scope.

 4              You may answer as an individual.

 5        A    I'm not sure.

 6   BY MR. DAVIS:

 7        Q    Whose products did CNBM USA Corporation

 8   sell?

 9              MR. VEJNOSKA:  Objection, foundation,

10        vague and ambiguous.

11        A    It sells the products manufactured in China,

12   as far as I know.

13   BY MR. DAVIS:

14        Q    Products manufactured by who?

15        A    Of Chinese manufacturers, but I'm not sure

16   which manufacturers specifically.

17        Q    Has CNBM USA Corporation made any filings

18   with the State of California other than its articles

19   of incorporation?

20        A    What type of filings?

21        Q    Any corporate filings.

22        A    I'm sorry, there was a misunderstanding in

23   the language between Chinese and English.  I'd like to

24   know what specifically you mean by "filings."

25        Q    Who is responsible for the corporate books
```

 1   and records for CNBM USA Corporation with respect to

 2   the State of California?

 3              MR. VEJNOSKA:  Objection, foundation --

 4      A     I believe they have hired a CPA that had

 5   made an audited financial report.

 6   BY MR. DAVIS:

 7      Q     And who is the CPA?

 8      A     A person by the name of Kevin, K-E-V-I-N,

 9   last name, H-S-U.

10      Q     And where is Kevin Hsu located?

11      A     I'm not sure where he is specifically

12   located now.

13      Q     Has CNBM USA Corporation received any

14   documents from Kevin Hsu?

15      A     I'm not sure.

16      Q     Who would keep any documents provided by

17   Kevin Hsu?

18              MR. VEJNOSKA:  Objection, calls for

19        speculation, foundation.

20      A     I'm not sure who kept the audited financial

21   statements that he had created.

22              MR. VEJNOSKA:  Please mark the answer.

23   BY MR. DAVIS:

24      Q     Does Mr. Hsu handle corporate records for

25   CNBM USA Corporation?  And when I say "corporate

1    records," I mean legal documents.

2                MR. VEJNOSKA:  Objection, vague and

3        ambiguous.

4    A     As far as I know, he assisted us in creating

5    the audited financial report, accept the audited

6    financial report.  I'm not sure whether he had kept

7    any other documents for CNBM USA Corporation.

8    BY MR. DAVIS:

9    Q     Who handles the legal matters for CNBM USA

10   Corporation with respect to corporate issues?

11               MR. VEJNOSKA:  Objection, vague and

12       ambiguous, foundation.

13   A     Are you referring to the current deposition

14   or something else?

15   BY MR. DAVIS:

16   Q     I'm referring to any of the corporate

17   matters of CNBM USA Corporation, but not talking about

18   this litigation.

19               MR. VEJNOSKA:  Same objections.

20   A     CNBM USA Corporation does not have a legal

21   department because it is a small company.

22   BY MR. DAVIS:

23   Q     When's the last time that CNBM USA

24   Corporation had a stockholder meeting?

25               MR. VEJNOSKA:  Objection, foundation,

1          beyond the scope.

2               You may answer as an individual.

3     A    I don't recall.

4  BY MR. DAVIS:

5     Q    When's the last time that CNBM USA

6  Corporation had a board of directors meeting?

7               MR. VEJNOSKA:  Objection, foundation,

8        beyond the scope.

9               You may answer as an individual.

10    A    I don't recall.

11  BY MR. DAVIS:

12    Q    Who's on the board of directors of CNBM USA

13  Corporation?

14               MR. VEJNOSKA:  Same objections.  Same

15        instruction.

16    A    CNBM USA Corporation does not have a board

17  of directors.

18  BY MR. DAVIS:

19    Q    Who are the officers of CNBM USA

20  Corporation?

21               MR. VEJNOSKA:  Same objections.  Same

22        instruction.

23    A    What time period are you referring to?

24  BY MR. DAVIS:

25    Q    At any time.

1              MR. VEJNOSKA:  Same objections.  Same

2         instruction.

3      A     From a certain time period in 2011 to

4  present, its CEO is a lady by the name of Liu Tong.

5  From a certain period of time in 2013 to present time,

6  its general manager is a gentleman by the name of Liu

7  Jinhui.

8  BY MR. DAVIS:

9      Q     Any other officers?

10             MR. VEJNOSKA:  Same objection.  Same

11         instruction.

12      A     No, not in this period of time.

13  BY MR. DAVIS:

14      Q     What are the functions and duties of the

15  CEO, Liu Tong?

16             MR. VEJNOSKA:  Objection, vague and

17         ambiguous, beyond the scope.

18             You may answer as an individual.

19      A     She does not specifically take charge of

20  specific business of CNBM USA.

21  BY MR. DAVIS:

22      Q     Who is the individual that does take charge

23  of the specific business of CNBM USA presently?

24             MR. VEJNOSKA:  Objection, foundation,

25         beyond the scope.

1          You may answer as an individual.

2     A     There is no business currently in the USA

3   company.  It should be the general manager, Liu

4   Jinhui, who conducts specific matters.  However, there

5   is no business currently in the USA company;

6   therefore, there is no specific operation of business.

7   BY MR. DAVIS:

8     Q     Who is Tong Liu?

9          MR. VEJNOSKA:  Objection, asked and

10      answered.

11    A     She is the CEO of the USA corporation.

12   BY MR. DAVIS:

13    Q     Who is Jinhui, J-I-N-H-U-I, Liu, L-I-U?

14          MR. VEJNOSKA:  Objection, asked and

15      answered.

16    A     He is the general manager of the

17   USA corporation since 2013.

18   BY MR. DAVIS:

19    Q     And these are the same individuals that are

20   referenced on page 2 of Exhibit 599, correct?

21    A     You're referring to this page?

22    Q     Page 2 of Exhibit 599.

23    A     Yes.

24    Q     I'd like you to look at page 3.  It appears

25   that that's an August 2015 document.  Can you tell me

1   why the names are not included in this document?

2              MR. VEJNOSKA:  Objection, calls for

3         speculation, beyond the scope.

4              You may answer as an individual.

5   A    I'm not sure the source of this document,

6   neither do I know why they do not appear on this

7   document.

8   BY MR. DAVIS:

9   Q    Do you see Box 3 is checked, saying that

10  there have been no changes?

11             MR. VEJNOSKA:  Same objections.  Same

12        instruction.

13  A    I see that.

14  BY MR. DAVIS:

15  Q    Do you know where other reports may exist

16  within the company, similar to these filings that are

17  in pages 2 and 3 of Exhibit 599?

18             MR. VEJNOSKA:  Objection, foundation,

19        vague and ambiguous, calls for speculation,

20        beyond the scope.

21             You may answer as an individual.

22  A    What company are you referring to?

23  BY MR. DAVIS:

24  Q    CNBM USA Corporation.

25             MR. VEJNOSKA:  Same objections.  Same

```
1          instruction.

2     A     I'm not sure.

3                (CNBM USA Exhibit 289 marked.)

4  BY MR. DAVIS:

5     Q     I want to show you Exhibit 289.

6                (Document review.)

7  BY MR. DAVIS:

8     Q     Ready?

9     A     I've reviewed it.

10    Q     Have you reviewed that profile form prior to

11 today?

12    A     Yes.

13    Q     Is it accurate?

14    A     Accurate.

15    Q     How do you define the term "subsidiaries"?

16           MR. VEJNOSKA:  Objection, calls for a

17       legal conclusion, vague and ambiguous, beyond

18       the scope.

19           You may answer the question as an

20       individual.

21    A     I'm not sure what is a definition in the

22 United States.

23           MR. VEJNOSKA:  Please mark that.

24    A     I think that typically a subsidiary is a

25 company in which its parent company holds a certain
```

```
 1   shares.

 2   BY MR. DAVIS:

 3       Q     And how do you define "affiliates"?

 4             MR. VEJNOSKA:  Objection, calls for a

 5          legal conclusion, vague and ambiguous, beyond

 6          the scope.

 7             You may answer as an individual.

 8       A     There's no way I could define "affiliates."

 9   BY MR. DAVIS:

10       Q     You would defer to others, correct?

11             MR. VEJNOSKA:  Same objections.  Same

12          instruction.

13       A     I have not inquired other people in regard

14   to this issue.

15   BY MR. DAVIS:

16       Q     Now, CNBM USA Corporation specifically on

17   their profile form stated, and this is their language,

18   quote, at page 3, top of the page, Section A, "The

19   following direct subsidiaries or affiliates of

20   CNBM USA Corporation are believed to have transacted

21   business in the United States:  CNBM International

22   Corporation."  Correct?

23             MR. VEJNOSKA:  Objection, misstates the

24          document, omits the footnote qualification.

25       A     First of all, the first sentence is, indeed,
```

1   as you have described, but at the same time, I've also

2   noticed a footnote which says, "CNBM USA Corporation's

3   response does not constitute an admission that any

4   company identified in response to this question is an

5   affiliate, described in the Court's July 17th, 2014,

6   contempt order."

7   BY MR. DAVIS:

8       Q     The answer to my question is "correct,"

9   isn't it?

10              MR. VEJNOSKA:  Objection, asked and

11        answered, argumentative.

12      A     Item A on page 3 is the description as what

13  you had stated; however, I have also noticed at the

14  same time there is a footnote.

15  BY MR. DAVIS:

16      Q     What activities did CNBM International

17  Corporation undertake in order to transact business in

18  the United States?

19              MR. VEJNOSKA:  Objection, foundation,

20        vague and ambiguous, beyond the scope.

21              You may answer as an individual.

22      A     I come here as a witness of the USA company

23  for the deposition.  I'm not here on behalf of CNBM

24  International Trading Company.

25              Prior to coming here, I did not

1    conduct any investigations in regard to the activities

2    of the CNBM International Trading Company that you

3    referred to.

4    BY MR. DAVIS:

5        Q     Is CNBM International Trading Company the

6    same company as CNBM International Corporation?

7                    MR. VEJNOSKA:  Objection, vague and

8          ambiguous.

9        A     I think there are some discrepancies between

10   the Chinese and the English language here.

11   BY MR. DAVIS:

12       Q    You have spoken about CNBM International

13   Trading Company, yet the profile form says "CNBM

14   International Corporation," and I'm trying to find out

15   whether they are the same entities.

16                    MR. VEJNOSKA:  Objection, misstates his

17         testimony, argumentative.

18                    And, Mr. Davis, I can tell you this is a

19         translation issue that, if you'd like, we'd be

20         happy to help you with off the record.

21                    THE WITNESS:  I'm sorry, could you

22         repeat the question?

23   BY MR. DAVIS:

24       Q     Is CNBM International Corporation depicted

25   anywhere in Exhibit 38?

1            MR. VEJNOSKA:  Objection, compound,

2       asked and answered, beyond the scope.

3            You may answer as an individual.

4            Please mark the question.

5    A    Yes.

6  BY MR. DAVIS:

7    Q    Can you mark on Exhibit 38 where CNBM

8  International Corporation is depicted?

9            MR. VEJNOSKA:  Mr. Davis, I'm sorry, but

10       I don't think he was looking at Exhibit 38 when

11       he answered the last question.  He does not have

12       that in front of him.

13            MR. DAVIS:  Well, why don't we get him

14       Exhibit 38, please?

15            MR. VEJNOSKA:  I move to strike the

16       prior answer.  And I want to say respectfully

17       that I think we're going to continue to have

18       confusion, that maybe your colleagues can help

19       you clarify, in terms of the interpretation

20       between "International" and "International

21       Trading."

22            MR. DAVIS:  I'm happy for you to

23       explain, if you can.

24            MR. VEJNOSKA:  Well, my understanding

25       is, and I'm certainly not holding myself out to

```
1          be an expert on this, but that the issue is that

2          when "CNBM International" is translated into

3          Chinese, the interpreter says "CNBM

4          International Trading."  That's because of the

5          Chinese characters, it's not possible to just

6          say the "International."  So some of your

7          questions are asking about "International," some

8          are asking about "International Trading," and

9          the same with his answers.

10              To my understanding, Mr. Davis, there is

11         no such company called CNBM International

12         Trading.  There's a CNBM International.  There's

13         a CNBM Trading.  There's not a CNBM

14         International Trading.  So I think when we're

15         talking about "International Trading," we're

16         conflating all of these things.

17              MR. DAVIS:  Well, that's what I'm trying

18         to find out, and I'm going by the profile form

19         submitted by the entity, which is under penalty

20         of perjury, and I'm going by the witness'

21         testimony today, which is also under penalty of

22         perjury, and I'm trying to understand what the

23         difference is between the two.

24              And that's why I'm asking the questions

25         to this witness who has legal training, who has
```

1          experience, and is in charge of risk management,

2          so that he can identify on the record precisely

3          what entities we're talking about.

4                    MR. VEJNOSKA:  Well, first, he's not in

5          charge of risk management.  Second, he does not

6          have legal training in American law or in this

7          kind of corporate law, so --

8                    MR. DAVIS:  I'll accept that

9          stipulation.

10                   MR. VEJNOSKA:  So neither -- none of

11         those are particularly relevant.  And all I'm

12         trying to say is that I'm not sure that this can

13         be corrected when it's being translated, because

14         I think when you say "International," she

15         translates it as "International Trading."  If he

16         says "International," she translates it back to

17         you as "International Trading."

18                   But, again, I defer to your colleagues

19         who speak Chinese, and I -- I've only given you

20         my understanding.

21                   MR. DAVIS:  And, Counsel, I appreciate

22         that, but I spent the morning attempting to

23         understand the corporate structure, and this

24         witness has been unable to identify what I

25         consider to be the basis -- the basics of

```
1          corporate structure, where CNBM USA Corporation

2          fits in in a corporate ladder or structure, org

3          chart.

4               MR. VEJNOSKA:  Well, if that were in

5          your deposition notice, we might have a

6          different issue.

7               MR. DAVIS:  Well, I beg to differ with

8          you, but I believe it's specifically within that

9          deposition notice.  Specifically item 1 talks

10         about corporate relationships, which include

11         subsidiaries.  Item 3 talks about business and

12         activities conducted by you or your agent on

13         behalf of entities, including subsidiaries.

14              MR. VEJNOSKA:  You've shown him a chart

15         and asked him to talk about the charts.  Your

16         definition of "subsidiaries" and "affiliates,"

17         which we absolutely object to and do not accept,

18         runs into triple figures, and including

19         companies that have nothing to do with anything

20         here.

21              So, as I said, I'm just trying to help

22         you, Mr. Davis, in terms of the issue between

23         "International" and "International Trading," and

24         this is why I've been objecting as I have, and I

25         offered previously earlier in the morning to
```

1          assist you with that, and frankly you ignored

2          that offer.

3                    So that is why we are where we are.

4          He's here to talk about CNBM USA.

5                    THE INTERPRETER:  May the interpreter

6          clarify something?

7                    MR. DAVIS:  Yes, I would appreciate

8          that.

9                    THE INTERPRETER:  There is a specific

10         word in Chinese that can be translated as

11         "international" and a specific word in Chinese

12         can be translated as "trading."  So the

13         interpreter had been translating both words

14         according to what the witness and the counsel

15         uttered.

16    BY MR. DAVIS:

17      Q    Do I understand it, then, that CNBM

18    International Trading Company is the same as CNBM

19    International Corporation?

20                   MR. VEJNOSKA:  Objection, argumentative,

21         vague and ambiguous and foundation, as I do not

22         believe one of those companies exists.  But if

23         you're asking about the translation issue, maybe

24         we can try to answer that.

25      A    I'm not sure whether the trading company he

1    just mentioned exists or not.

2                   MR. DAVIS:  Let's take a break.

3                   THE VIDEOGRAPHER:  The time now is

4         11:35 a.m.  We're off the record.

5                   (Recess taken, 11:35 a.m. to 11:57 a.m.)

6                   THE VIDEOGRAPHER:  This begins Disc 4 of

7         today's deposition.  The time now is 11:57 a.m.

8         We're back on the record.

9                   MR. VEJNOSKA:  Mr. Davis and Mr. George,

10        after our conversation off the record, I think

11        we decided we need to put this on the record.

12        Let me give you my sense of where we are and see

13        if we are in agreement.

14                   The issue that I was raising were the

15        references in English to a company called "CNBM

16        International Trading."  As I told you, it is my

17        understanding that there is no such company by

18        that English name.  The issue, however, is --

19        again, my understanding is that when the English

20        name "CNBM International Corporation" is

21        translated into Chinese, the Chinese characters

22        would be translated back into English as

23        "CNBM International Trading Company."  So I

24        raised this because I was concerned that you and

25        we were getting a confusing and inaccurate

1     record.

2          My suggestion is that we agree and

3     understand that when you say -- when you ask

4     your questions, you will ask them as

5     "CNBM International" as that is the correct

6     English name, that Madam Interpreter be

7     permitted, subject to this stipulation, when the

8     witness refers to "CNBM International Trading"

9     in Chinese, that rather than translating that

10    literally, she translated back as

11    "CNBM International," so that we will understand

12    we are talking about the company called

13    CNBM International Corporation.

14          And that further, we will review the

15    record so far, and, subject to our review of the

16    transcript, finding any issue where we think

17    that somehow there was a different intention or

18    statement -- specifically, since there is a

19    company called CNBM Trading, we just want to

20    make sure that wasn't inadvertently referred to.

21          But otherwise we will stipulate that we

22    may perhaps do some sort of a -- just a general

23    errata throughout the transcript so far so that

24    references to "CNBM International Trading" are

25    changed to "CNBM International."  That is my

```
1          suggested stipulation.

2                  MR. DAVIS:  We appreciate that, and

3          we're okay with that.

4                  MR. VEJNOSKA:  Okay.  Good.  And I

5          apologize for the fact that it took us a few

6          minutes off the record to figure that out.

7                  MR. DAVIS:  That's okay.

8                  (CNBM USA Exhibit 601 marked.)

9   BY MR. DAVIS:

10    Q    I'd like to show you Exhibit 601.  This is a

11  document produced by CNBM USA?

12                  (Document review.)

13  BY MR. DAVIS:

14    Q    This is a document from CNBM USA's file,

15  correct?

16    A    No.

17    Q    Where is it from?

18    A    As far as I know, it is from CNBM

19  International Corporation.

20    Q    Well, I can tell you that, as an officer of

21  the court, it was produced to us as the records and

22  documents of CNBM USA Corporation.

23                  MR. VEJNOSKA:  I'm going to object as

24          argumentative and vague and ambiguous.  I don't

25          doubt that we produced this as part of the
```

1           CNBM USA production, but I think he answered the

2           question differently when you asked who produced

3           it.  He wasn't thinking of the legal production.

4    BY MR. DAVIS:

5        Q     Is this a document that is kept in the

6    ordinary course of business of CNBM USA?

7                MR. VEJNOSKA:  Objection, foundation.

8        A     I'm not sure where is this document being

9    kept at.

10                MR. DAVIS:  Counsel, will you stipulate

11           that this -- to the authenticity of this

12           document?

13                MR. VEJNOSKA:  I will take that

14           request -- I'll consider it, Counsel.  I don't

15           know anything about this document at this point.

16                MR. DAVIS:  Counsel, can you tell us how

17           these documents were collected that were

18           produced to us with the CNBM USA designation on

19           them?

20                MR. VEJNOSKA:  Not now during this

21           deposition, no.

22                MR. DAVIS:  What I would like to do is

23           make sure that we don't have a problem

24           authenticating documents and having them as

25           business records which we can utilize, and I'd

1          like to make sure that we have no problem with

2          the foundation, and the only witness that's here

3          is the corporate representative from CNBM USA.

4               MR. VEJNOSKA:  I understand that,

5          Mr. Davis, and we will make all efforts to be

6          cooperative with you on that score.

7               This witness, however, has not been

8          produced or prepared or requested to speak to

9          the CNBM USA production.  That's a matter of

10         counsel's work in collecting that information.

11              So my suggestion is if you want to ask

12         him questions about it, you certainly may; and

13         we'll be happy to look at documents and, where

14         possible, enter into reasonable stipulations.

15              MR. DAVIS:  And my appreciation is that

16         the documents produced by CNBM USA are, in fact,

17         from that entity.  And I'm happy to ask the

18         witness those questions, but I also recognize I

19         don't want to waste the time, especially if the

20         witness is going to tell me he has no knowledge.

21              MR. VEJNOSKA:  I don't think he will,

22         but you may ask him.

23              And, you know, to be direct, as I think

24         he's testified, you are essentially deposing now

25         a defunct company, so our production and our

1          collection efforts in good faith extended beyond

2          the company itself, and we collected documents

3          as we thought we were obligated to do.  But when

4          you're asking about business records, et cetera,

5          of a defunct company, we necessarily have a

6          particular issue here.

7                    That's all that I -- that's all that I'm

8          trying to say on this one, and, you know, I

9          think we'll be better served if we have these

10         conversations directly among ourselves about any

11         specific documents that you would like us to

12         consider stipulating to.  We'll be happy to have

13         that conversation after the deposition.

14   BY MR. DAVIS:

15      Q    Have you looked at Exhibit 601?

16              (Document review.)

17   BY MR. DAVIS:

18      Q    Have you looked at Exhibit 601?

19      A    I've read it.

20      Q    What is the branch company in America?

21              MR. VEJNOSKA:  Objection, vague and

22         ambiguous, calls for speculation, foundation.

23              And I'll point out it's an English

24         document.  Do your best with it, sir.

25      A    I'm not sure what the sender was referring

 1   to at the time the sender wrote in regard to the

 2   company.

 3   BY MR. DAVIS:

 4       Q    Well, as the corporate representative, what

 5   is your understanding?  Is there or was there a branch

 6   company in America?

 7              MR. VEJNOSKA:  Same objections.

 8       A    The document says, as I read it, there is a

 9   branch company in CNBM Group.  I'm not sure what it is

10   referring to.

11   BY MR. DAVIS:

12       Q    What is the CNBM Group?

13       A    CNBM Group?  CNBM Group is a big group.  And

14   the name of our company also has the four letters

15   "CNBM."

16              MR. VEJNOSKA:  I'll interpose an

17        objection to vague and ambiguous.

18   BY MR. DAVIS:

19       Q    Did the CNBM International Corp. have a

20   branch in the United States?

21              MR. VEJNOSKA:  Objection, vague and

22        ambiguous, calls for a legal conclusion.

23       A    CNBM International Corp. does not have a

24   branch in the United States, but it does have a

25   subsidiary company which is the USA company.

1   BY MR. DAVIS:

2       Q     Who does Lina Zhang work for?

3             MR. VEJNOSKA:  Objection, vague and

4       ambiguous.

5       A     Currently, Zhang Lina works for a company

6   perhaps called CNBM Energy Company.

7   BY MR. DAVIS:

8       Q     What about December 18th, 2009, who did Lina

9   Zhang work for?

10            MR. VEJNOSKA:  Objection, asked and

11      answered.

12      A     CNBM USA Corporation.

13  BY MR. DAVIS:

14      Q     And the office number is the office number

15  of CNBM USA; is that correct?

16            MR. VEJNOSKA:  Same objection.  I'm

17      sorry, vague and ambiguous.

18      A     I don't have a clear recollection on this

19  number.

20  BY MR. DAVIS:

21      Q     That's the (626)810-6368 number, you're not

22  familiar with that number; is that correct?

23      A     This was a number in 2009.  I'm not familiar

24  with it.

25      Q     And the cell phone number, is that a number

1    in the United States, the (626)715-6060?

2       A     The same, it is a document in 2009.  I'm not

3    sure.

4       Q     Now, let's look at the "from" line.  Andrew

5    Zhang is the author of this e-mail, correct?

6               MR. VEJNOSKA:  Objection, foundation,

7        calls for speculation.

8       A     I think so.

9    BY MR. DAVIS:

10      Q     Who did Andrew Zhang work for?

11      A     I don't know this person.

12      Q     What is the construction machinery

13   department?

14              MR. VEJNOSKA:  Objection, vague and

15        ambiguous.

16      A     Do you mean it belongs to -- can you repeat

17   the question?

18   BY MR. DAVIS:

19      Q     Well, did Andrew Zhang work in the

20   CNBM Group?

21              MR. VEJNOSKA:  Objection, vague and

22        ambiguous, also asked and answered.

23      A     CNBM Group is a very big concept.  There are

24   a lot of companies under it.  I don't know which

25   company you're referring to.

1   BY MR. DAVIS:

2        Q      Which company does business with the address

3   "@icnbm.com"?

4        A      CNBM International Company.

5        Q      Is there any branch company of CNBM Group

6   other than CNBM USA Corporation?

7              MR. VEJNOSKA:  Objection, vague and

8         ambiguous, overbroad, calls for speculation,

9         beyond the scope.

10       A      I would like to say two points:  Number one,

11  CNBM USA Corporation is not a branch of CNBM Group.

12  Number two, I am being deposed on behalf of CNBM USA

13  Corporation.  I don't know the status of CNBM Group,

14  and there's no way for me to know it.

15  BY MR. DAVIS:

16       Q      Is there any entity in the CNBM Group that

17  transacts business in the United States other than

18  CNBM USA Corporation?

19             MR. VEJNOSKA:  Objection, foundation,

20        vague and ambiguous, beyond the scope.

21             You may answer as an individual.

22       A      I'd like to say three points:  Number one,

23  just like what I said earlier, CNBM USA had business

24  prior to 2013.  Number two, CNBM USA stopped its

25  business after 2013.  There was no business occurrence

```
 1   between 2014 and 2015.  Number three, CNBM USA is a

 2   company legally established in California, which has

 3   no relationship with CNBM Group.

 4              Number four -- I'm sorry, I'd like to

 5   make additional comments -- there's no way that I will

 6   know the affairs of CNBM Group because I'm being

 7   deposed on behalf of CNBM USA.

 8              MR. VEJNOSKA:  Would you mark the

 9        answer, please.

10   BY MR. DAVIS:

11     Q    What do you mean where you say it has no

12   relationship with CNBM Group?

13     A    There are no relationships of holding shares

14   or being held of shares between them, and there are no

15   contacts of personnels in between them.

16     Q    Is it your testimony that there is no

17   contacts or relationship between personnel in CNBM USA

18   and the CNBM Group?

19              MR. VEJNOSKA:  Objection, vague and

20        ambiguous, foundation, calls for a legal

21        conclusion.

22     A    Allow me to repeat again, CNBM Group is a

23   very big concept.  Because it's such a big concept, it

24   is hard for me to define who are the personnels that

25   belong to CNBM Group.
```

1   BY MR. DAVIS:

2       Q    Is the company that you presently work for

3   part of CNBM Group?

4                MR. VEJNOSKA:  Objection, vague and

5          ambiguous, beyond the scope.

6                You may answer as an individual.

7       A    What do you mean when you said "part" of it?

8   BY MR. DAVIS:

9       Q    Is the company that you presently work for

10  included in the CNBM Group?

11               MR. VEJNOSKA:  Objection, vague and

12         ambiguous and beyond the scope.

13               You may answer as an individual.

14      A    Again, please explain the meaning of

15  "include."

16               (CNBM USA Exhibit 558 marked.)

17  BY MR. DAVIS:

18      Q    Let's look at Exhibit 558.

19               MR. DAVIS:  Counsel, I have the same

20         questions as to authenticity of this document in

21         utilizing it as a business record.  I'm happy

22         not to waste time.  I'm happy to ask the

23         witness.

24               MR. VEJNOSKA:  I have the same response,

25         Mr. Davis.  You're -- you may want to ask him.

1          We'll look at this document afterwards.

2     BY MR. DAVIS:

3          Q     Exhibit 558 is a document that was produced

4     to us by CNBM USA in their production of documents,

5     and I'd like to know if you have familiarity with this

6     document.

7          A     I'm not sure whether it was produced by the

8     USA company, and this is my first time seeing this

9     document.

10         Q     Is this a document that's kept in the

11    ordinary course of business of CNBM USA?

12                 MR. VEJNOSKA:  Objection, foundation,

13          calls for speculation.

14         A     I would like to repeat this is my first time

15    seeing this document.  I'm not sure.

16    BY MR. DAVIS:

17         Q     Do you know Eileen Wen?

18         A     I do not know.

19         Q     I want you to look at page 18457, and

20    there's a section about halfway down, a little below

21    halfway.  It begins, "Dear Mr. Kevin."

22                 Do you see that?

23                 MR. VEJNOSKA:  It's in English, so take

24          your time, sir, and do your best.

25                 MR. DAVIS:  I'm sure he'll do just fine

```
 1           with his training.
 2                (Document review.)
 3    BY MR. DAVIS:
 4        Q    You've read that?  Yes?
 5        A    I see that.
 6        Q    You understand the document.
 7        A    I understand.
 8        Q    It says, "We have an office in USA."  Isn't
 9    that correct?
10        A    Yes.
11        Q    You don't dispute that, do you?
12               MR. VEJNOSKA:  Objection, vague and
13          ambiguous, argumentative, calling for
14          speculation, beyond the scope.
15               You may answer as an individual.
16        A    That's what this document says.  I don't
17    know why it was written the way it was written.
18    BY MR. DAVIS:
19        Q    And it also says, "We hope to broaden the
20    sales in USA."  Correct?
21               MR. VEJNOSKA:  Same objections.  Beyond
22          the scope.  He's here for CNBM USA.
23        A    That's what this document says.
24    BY MR. DAVIS:
25        Q    And that document is written from CNBM
```

1    International Corporation, correct?

2              MR. VEJNOSKA:  Same objections.  Calls

3        for speculation, beyond the scope.

4              You may answer as an individual.

5    A    The domain name of this document is

6    icnbm.com.  The e-mail sent was the domain name of

7    icnbm.com.

8    BY MR. DAVIS:

9    Q    What does that mean?

10   A    From the face of the document, it was the

11   person had a name of Eileen Wen that has sent the

12   e-mail from the address of icnbm.com.

13   Q    Who uses the cnbm.com domain?

14             MR. VEJNOSKA:  Objection, misstates

15       testimony, argumentative, beyond the scope.

16             You may answer as an individual.

17             Calls for speculation.

18   A    I think CNBM International.

19   BY MR. DAVIS:

20   Q    Do you know if Collins & Hermann Inc. was a

21   customer?

22             MR. VEJNOSKA:  Objection, vague and

23       ambiguous, calls for speculation, foundation,

24       beyond the scope.

25             You may answer as an individual.

1      A     Just like what I said to you earlier, this

2    is my first time seeing this document.  I'm not sure

3    whose customer is this Collins & Hermann company.  I

4    know nothing about it.

5    BY MR. DAVIS:

6      Q     Well, let's look at page 18453.  And we know

7    that the recipient of these e-mails is in the United

8    States, correct?

9              MR. VEJNOSKA:  Objection, asked and

10          answered, foundation, therefore, calls for

11          speculation, beyond the scope.

12              You may answer as an individual.

13     A     It doesn't say -- well, wait a moment.  I

14   saw at the end of the page it says that there are a

15   few branch offices of Collins & Hermann.  I'm not sure

16   who was this sent to.  It seems that it has branch

17   office both in China and in the United States.

18   BY MR. DAVIS:

19     Q     Well, in the e-mail on page 18452, there's a

20   reference that says about a third of the way up, "But

21   we are also very interested in other type of business

22   activities in China and potentially with Chinese

23   companies.  Interested in working relationship with

24   American companies in the United States as well."

25              Do you see that?

1           MR. VEJNOSKA:  Mr. Davis, I don't see

2       it.  Can you point me to it?

3           MR. DAVIS:  (Indicating.)

4           MR. VEJNOSKA:  Okay.  Thank you.

5           I'm going to object to every question

6       about this document now.  You may still answer.

7       He said he's never seen it before, so it calls

8       for speculation.  Foundation.  And now you're

9       asking him questions about an e-mail from an

10      American customer to a different company.

11      Beyond the scope.

12          You may answer as an individual.

13          (Document review.)

14          MR. VEJNOSKA:  Mr. Zhang, have you found

15      the language that he's asked you to look at?

16          THE INTERPRETER:  The interpreter had

17      already pointed to the witness.

18          MR. VEJNOSKA:  Oh, you pointed?  Thank

19      you.

20          THE WITNESS:  I can only answer the

21      opposing counsel's question after I have read

22      the complete e-mail.

23          (Document review.)

24  BY MR. DAVIS:

25      Q    Isn't it true that CNBM International

1    Corporation had a desire to have business with

2    American companies?

3              MR. VEJNOSKA:  Same objections.  Beyond

4         the scope.

5              You may answer as an individual.

6    A    Based on what I've read of this document, I

7    believe the e-mail address belongs to the CEO of

8    Collins & Hermann.  Based on the CEO's e-mail, I think

9    the e-mail represents that this CEO wanted to know

10   more about the status of Chinese company.

11   BY MR. DAVIS:

12   Q    And, in fact, on the front page at 18451,

13   the reply says that, "We sincerely hope to have a

14   further discuss with you face to face," and, in fact,

15   it talks about the CNBM International Corporation

16   individual traveling to the USA or someone else

17   traveling to the USA, correct?

18             MR. VEJNOSKA:  Objection, compound,

19        foundation, calls for speculation, beyond the

20        scope.

21             You may answer as an individual.

22   A    Based on this e-mail, based on the very top

23   e-mail of this page, the person by the name of Eileen

24   Wen hoped to have a further communication with the CEO

25   by the name of Tim.

1   BY MR. DAVIS:

2       Q     And the purpose was to transact business in

3   America; is that correct?

4               MR. VEJNOSKA:  Objection, foundation,

5         calls for speculation, beyond the scope.

6               You may answer as an individual.

7       A     I'm not sure exactly which branch office did

8   this Eileen wanted to do business with, as it said

9   Collins company has a few branches or a few entities.

10  BY MR. DAVIS:

11      Q     Have you ever been directed not to transact

12  business with American companies in the United States?

13              MR. VEJNOSKA:  Objection, vague and

14        ambiguous.

15      A     Who are you referring to when you said

16  "you"?

17  BY MR. DAVIS:

18      Q     You're the corporate designee.  You speak

19  for the corporation.

20              MR. VEJNOSKA:  So CNBM USA?

21              MR. DAVIS:  Correct.

22      A     I don't know if anybody had directed

23  CNBM USA, but I am affirmative that CNBM USA did not

24  do any business in the United States between 2014 and

25  2015.

1   BY MR. DAVIS:

2      Q     Did anyone from CNBM International

3   Corporation ever direct any of its branches not to do

4   business in the United States?

5              MR. VEJNOSKA:  Objection, foundation,

6         beyond the scope.

7              You may answer as an individual.

8      A     I'd like to repeat, once again, I'm here

9   testifying for CNBM USA Company.  I did not

10   investigate all the information regarding to

11   CNBM International, especially in regard to any

12   directions of CNBM International, before today.

13   BY MR. DAVIS:

14      Q     Did Collins & Hermann transact any business

15   with CNBM International Corporation or any of its

16   branches?

17              MR. VEJNOSKA:  Objection, foundation,

18         calls for speculation, asked and answered,

19         beyond the scope.

20              You may answer as an individual.

21      A     This is my first time seeing this document.

22   I'm not sure whether this Collins & Hermann company or

23   an office branch companies have had any business

24   transactions with CNBM International Corporation.

25   BY MR. DAVIS:

```
 1      Q     Now, the second line at the top of the page

 2   of Exhibit 558, do you know who "my leader" is?

 3             MR. VEJNOSKA:  Objection, asked and

 4        answered, lack of foundation, calls for

 5        speculation, beyond the scope.

 6             You may answer as an individual.

 7      A     First of all, I do not know who is this

 8   Eileen Wen, and furthermore, there is no way for me to

 9   know who is her leader.

10             MR. DAVIS:  Why don't we take a break

11        for lunch.

12             THE VIDEOGRAPHER:  The time now is

13        12:48 p.m.  We're off the record.

14             (Recess taken, 12:48 p.m. to 1:51 p.m.)

15             THE VIDEOGRAPHER:  This begins Disc 5 of

16        today's deposition.  Time now is 1:51 p.m.

17        We're back on the record.

18   BY MR. DAVIS:

19      Q     I want to make sure that I'm clear on a few

20   things that I believe you've said.

21             Did you review or analyze any sales

22   data for CNBM USA Corporation in preparation for the

23   deposition?

24      A     I've read some.

25      Q     For which entities?
```

1       A       I've read some of the USA company's data.

2       Q       And for sales to what entities?

3       A       I don't have a clear recollection.  The data

4    before 2013.

5       Q       Did you analyze any relationship with other

6    entities; that would be relationships between CNBM USA

7    Corp. and other entities?

8                    MR. VEJNOSKA:  Objection, vague and

9          ambiguous, overbroad, compound.

10       A       What entities you're referring to, when you

11   said "other entities"?

12   BY MR. DAVIS:

13       Q       Any entities within the CNBM Group.

14                    MR. VEJNOSKA:  Same objections.

15       A       Do you have a specific entity?

16   BY MR. DAVIS:

17       Q       Okay.  Let's go through that.

18                    Is there a corporate relationship

19   between CNBM USA and CNBM?

20                    MR. VEJNOSKA:  Objection, vague and

21          ambiguous, calls for a legal conclusion.

22       A       First of all, I don't know what company

23   you're referring to when you said "CNBM."  Second of

24   all, I do not know what specific relationship you were

25   referring to when you said "corporate relationship."

1   BY MR. DAVIS:

2        Q      Is there a corporate relationship between

3   CNBM USA Corporation and CNBM International?

4                    MR. VEJNOSKA:  Same objections.

5        A      What type of relationship, when you said

6   "corporate relationship"?

7   BY MR. DAVIS:

8        Q      Is there any relationship between CNBM USA

9   Corporation and CNBM International?

10                   MR. VEJNOSKA:  Same objection.  Asked

11       and answered.

12       A      Of course there is.

13  BY MR. DAVIS:

14       Q      I'm sorry, what -- I didn't hear.

15                   You said "Of course there is"?  What

16  is that relationship?

17                   MR. VEJNOSKA:  Same objections.

18       A      CNBM International has been the parent

19  company of CNBM USA since 2011.

20  BY MR. DAVIS:

21       Q      Is there a corporate relationship between

22  CNBM USA Corporation and CNBM Trading?

23                   MR. VEJNOSKA:  Same objections.

24       A      I'd like to express two points:  Number one,

25  I don't know what kind of company is CNBM Trading.

1    Number two, I do not know what you refer to in terms

2    of relationship when you said "corporate

3    relationship."

4    BY MR. DAVIS:

5        Q    Is there any relationship between CNBM USA

6    Corporation and CNBM Trading?

7                MR. VEJNOSKA:  Objection, vague and

8          ambiguous.

9        A    I don't know what type of company is

10   CNBM Trading.

11   BY MR. DAVIS:

12       Q    Is there a corporate relationship between

13   CNBM USA Corporation and China National Building

14   Materials and Equipment Import and Export Corporation?

15                MR. VEJNOSKA:  Objection, vague and

16          ambiguous, calls for a legal conclusion.

17       A    Please explain what is "corporate

18   relationship."

19   BY MR. DAVIS:

20       Q    Any type of relationship.

21                MR. VEJNOSKA:  Same objections.

22       A    Not currently.

23   BY MR. DAVIS:

24       Q    Has there ever been a relationship?

25       A    Yes.

1      Q      When?

2      A      Before 2011.

3      Q      And what was the relationship at that time?

4      A      Before that, CNBM Import and Export Company

5   was a subsidiary company of CNBM USA.

6      Q      And what did it do as a subsidiary company

7   of CNBM USA?

8              MR. VEJNOSKA:  Objection, vague and

9         ambiguous, overbroad, beyond the scope.

10             THE WITNESS:  I don't understand your

11        question.  Please repeat.

12   BY MR. DAVIS:

13     Q      You said that CNBM Import and Export Company

14   was a subsidiary company of CNBM USA, correct?

15     A      No.  I said CNBM USA --

16             THE INTERPRETER:  Interpreter needs to

17        clarify with deponent.

18     A      I said CNBM USA was a subsidiary company of

19   CNBM Import and Export Company.

20   BY MR. DAVIS:

21     Q      What is the corporate relationship between

22   CNBM USA Corporation and BNBM Group?

23             MR. VEJNOSKA:  Objection, vague and

24        ambiguous, calls for a legal conclusion.

25             MR. MARROCCO:  Objection, form.

```
 1      A     First of all, I do not know what you were

 2   referring to as a "corporate relationship."  Second of

 3   all, I know there is no relationship between the two

 4   companies.

 5   BY MR. DAVIS:

 6      Q     Is there any relationship between CNBM USA

 7   Corporation and Beijing New Building Material Group

 8   Co., Limited?

 9               MR. VEJNOSKA:  Same objection.

10      A     What type of relationship were you referring

11   to?

12   BY MR. DAVIS:

13      Q     Any type of relationship.

14               MR. VEJNOSKA:  Same objections.

15      A     I still don't understand what were you

16   referring to as a relationship.

17   BY MR. DAVIS:

18      Q     Are there any shareholders that are the same

19   at any time?

20               MR. VEJNOSKA:  Same objections.

21         Overbroad.

22      A     No.

23   BY MR. DAVIS:

24      Q     Have there been any corporate dealings

25   between the two entities at any time?
```

1              MR. VEJNOSKA:  Same objections.

2      A     Not between 2014 and 2015.  I did not see

3   what was before that.  I'm not sure.

4   BY MR. DAVIS:

5      Q     Have there been any dealings since 2015?

6              THE INTERPRETER:  May the interpreter

7         ask the definition of "dealing"?  In Chinese it

8         can be translated as "transaction" or

9         "interaction"?

10             MR. DAVIS:  Transaction.

11             THE INTERPRETER:  Thank you.

12     A     No.  I'd like to make an additional comment:

13   The U.S. company did not do any business between 2014

14   and 2015.

15   BY MR. DAVIS:

16     Q     Has there been any corporate relationship

17   between CNBM USA Corporation and Beijing New Building

18   Material Public Limited Company?

19             MR. VEJNOSKA:  Objection, vague and

20         ambiguous, calls for a legal conclusion.

21     A     Please explain "corporate relationship."

22   BY MR. DAVIS:

23     Q     Any relationship.

24             MR. VEJNOSKA:  Same objections.

25     A     The same, please explain "relationship."

1    BY MR. DAVIS:

2        Q     Any dealings between the two entities.

3              MR. VEJNOSKA:  Same objections.

4        A     Not between 2014 and 2015.  Before 2014, I

5    did not see any relevant dealing records.  I'm not

6    sure.

7              MR. VEJNOSKA:  Please mark the answer.

8    BY MR. DAVIS:

9        Q     Are there any common shareholders between

10   CNBM USA Corporation and Beijing New Building Material

11   Public Limited Company?

12       A     No.

13       Q     Are there any common shareholders between

14   CNBM USA Corporation and Beijing New Building Material

15   Group Co., Limited?

16       A     No.

17       Q     Is there any corporate relationship between

18   CNBM USA Corporation and Taishan Gypsum Co. Limited,

19   formerly known as Shandong Taihe Dongxin Co., Limited?

20             MR. VEJNOSKA:  Objection, vague and

21        ambiguous, calls for a legal conclusion.

22       A     Please explain "corporate relationship."

23   BY MR. DAVIS:

24       Q     Any relationship.

25             MR. VEJNOSKA:  Same objections.

```
1       A      Please explain "any relationship."

2   BY MR. DAVIS:

3       Q      Is there any dealings between the two

4   entities from a corporate standpoint?

5                   MR. VEJNOSKA:  Objection, vague and

6           ambiguous.

7       A      No.

8   BY MR. DAVIS:

9       Q      Are there any financial relationships

10  between the two entities?

11      A      No.

12      Q      Who handles the financial relationship --

13  relationships of CNBM USA Corporation?

14                  MR. VEJNOSKA:  Objection, vague and

15          ambiguous.

16                  THE WITNESS:  Please repeat the

17          question.

18  BY MR. DAVIS:

19      Q      Who handles the financial relationships of

20  CNBM USA Corporation?

21                  MR. VEJNOSKA:  Same objection.

22      A      I don't understand.  What were you referring

23  to as of the relationship within a company?

24  BY MR. DAVIS:

25      Q      Is there a corporate relationship between
```

```
 1    CNBM USA Corporation and Taian Taishan Plasterboard

 2    Co., Limited?

 3                    THE INTERPRETER:  This is the

 4         interpreter speaking.  Did counsel say Taihe?

 5                    MR. DAVIS:  Taian, T-A-I-A-N, Taishan

 6         Plasterboard Co., Limited?

 7                    MR. VEJNOSKA:  Objection, vague and

 8         ambiguous, calls for a legal conclusion.

 9    A     Please explain "corporate relationship."

10    BY MR. DAVIS:

11    Q     Any relationship?

12                    MR. VEJNOSKA:  Same objections.

13    A     Please explain "any relationship."

14    BY MR. DAVIS:

15    Q     Are there any dealings whatsoever between

16    CNBM USA Corporation and Taian Taishan Plasterboard

17    Co., Limited?

18                    THE INTERPRETER:  This is the

19         interpreter speaking.  Did counsel mean

20         interactions or transactions?

21                    MR. DAVIS:  Any transactions.

22    A     Not currently.

23    BY MR. DAVIS:

24    Q     Have there ever been any?

25    A     No.
```

1      Q      Have there ever been any transactions with

2   Taishan Gypsum Co., Limited?

3      A      Were you referring to the USA company?

4      Q      Yes.

5      A      No.

6      Q      Has CNBM USA Corporation ever sold drywall

7   in the United States?

8      A      No.

9      Q      What did CNBM USA Corporation sell in the

10   United States?

11              MR. VEJNOSKA:  Objection, asked and

12        answered.

13      A      I don't have a clear recollection on the

14   specifics, but I clearly know that it has not sold

15   gypsum board.

16   BY MR. DAVIS:

17      Q      What did it sell at any time in the United

18   States?

19              MR. VEJNOSKA:  Objection, asked and

20        answered, foundation.

21      A      I don't have a clear recollection of the

22   specifics.

23   BY MR. DAVIS:

24      Q      Does CNBM USA Corporation have any agents in

25   the United States?

1           MR. VEJNOSKA:  Objection, vague and

2       ambiguous, calls for a legal conclusion.

3    A    What were you referring to as an "agent"?

4  BY MR. DAVIS:

5    Q    Any person who is authorized to do any

6  business for the company.

7    A    Were you referring to -- referring to --

8  referring to employee or the company?

9    Q    Anyone.

10          MR. VEJNOSKA:  Objection, vague and

11       ambiguous.

12          Mark the answer.

13    A    Zhang Lina, the employee of CNBM USA during

14  her employment, could represent CNBM USA.

15  BY MR. DAVIS:

16    Q    Is there anyone else at any time?

17    A    Liu Jinhui, the general manager of CNBM.

18    Q    Anyone else?

19    A    There is no others.

20    Q    What business did CNBM USA do between

21  July 17th, 2014, and March 31, 2015?

22          MR. VEJNOSKA:  Objection, asked and

23       answered.

24    A    It has done no business.

25  BY MR. DAVIS:

1      Q     Has CNBM USA Corporation made any profit in

2   2015?

3      A     No.

4      Q     Has CNBM USA Corporation made any profit in

5   2014?

6      A     No.

7      Q     Did CNBM USA Corporation have a loss in

8   2015?

9              MR. VEJNOSKA:  Objection, asked and

10        answered, beyond the scope.

11              (Telephone interruption.)

12      A     It had expenses in the year 2015.

13   BY MR. DAVIS:

14      Q     Did the entity have a loss for the year?

15      A     What were you referring to as a "loss"?

16      Q     A financial loss.

17              MR. VEJNOSKA:  Objection, asked and

18        answered, beyond the scope.

19      A     It had no income, but expenses, fees from

20   its financial statements.

21   BY MR. DAVIS:

22      Q     Did CNBM USA Corporation have a financial

23   loss in 2014?

24      A     From its financial statement, it had no

25   income, but it had expenses and fees.

1      Q     Who paid the expenses?

2      A     USA company.

3      Q     Who paid the losses?

4            MR. VEJNOSKA:  Objection, asked and

5         answered, beyond the scope.

6      A     The USA company paid for the fees.

7  BY MR. DAVIS:

8      Q     Where did the USA company get the money to

9  pay for the losses?

10           MR. VEJNOSKA:  Objection --

11     A     It does not reflect from the financial

12 statements.

13           MR. VEJNOSKA:  I'll interpose an

14        objection, misstates testimony.

15     A     I'm not sure who.

16 BY MR. DAVIS:

17     Q     You don't know who paid for the losses; is

18 that correct?

19           MR. VEJNOSKA:  Same objection,

20        foundation, beyond the scope.

21     A     I know there were some fee expenses of the

22 USA company, and I knew it was a USA company who paid

23 for the fee expenses.

24 BY MR. DAVIS:

25     Q     But you don't know what USA company paid for

1    the expenses; is that correct?

2              MR. VEJNOSKA:  Objection, vague and

3         ambiguous.

4              THE WITNESS:  Please repeat your

5         question.

6    BY MR. DAVIS:

7         Q    Do you know what company paid for the

8    expenses that were the loss?

9              MR. VEJNOSKA:  Objection, foundation,

10        misstates testimony, beyond the scope.

11        A    First of all, I do not know what you meant

12   by the "loss."

13             MR. VEJNOSKA:  Expenses are not losses,

14        Mr. Davis.

15   BY MR. DAVIS:

16        Q    Isn't it true that CNBM USA Corporation

17   incurred a loss of 1,137,700 yuan in 2009?

18             MR. VEJNOSKA:  Objection, beyond the

19        scope.

20             You may answer as an individual.

21        A    I'm not sure about this specific data.

22   BY MR. DAVIS:

23        Q    But I want to be clear, then.  When was the

24   last time that CNBM USA Corporation made a profit?

25             MR. VEJNOSKA:  Objection, beyond the

1          scope.

2                    You may answer as an individual.

3     A    Are you referring to the profit calculated

4     in the financial statement or something else?

5     BY MR. DAVIS:

6     Q    Any profit.  Any profit that it made as a

7     corporation.

8                    MR. VEJNOSKA:  Same objection.  Same

9          instruction.

10    A    The same, please explain what is "any

11    profit"?  Is it a profit according to the financial

12    statement or something else?

13    BY MR. DAVIS:

14    Q    Did CNBM USA Corporation ever borrow any

15    money?

16                    MR. VEJNOSKA:  Objection, beyond the

17         scope.

18                    You may answer as an individual.

19    A    I'm not sure.

20    BY MR. DAVIS:

21    Q    Has CNBM USA Corporation ever had any

22    communications with Che Gang?

23    A    No.

24    Q    Has CNBM USA Corporation ever had any

25    communications with Wenlong Peng?

```
 1      A     No.

 2      Q     Has CNBM USA Corporation ever had any

 3   communications with Jia Tongchun?

 4      A     No.

 5      Q     Has CNBM USA Corporation ever had any

 6   communications with any directors of CNBM Group?

 7              MR. VEJNOSKA:  Objection, vague and

 8         ambiguous, compound, overbroad.

 9      A     CNBM Group is a very big concept.  I'm not

10   sure who were you referring to when you said

11   "executives"?

12   BY MR. DAVIS:

13      Q     Has CNBM USA Corporation ever had any

14   communications with directors of China National

15   Building Material Co., Limited?

16              MR. VEJNOSKA:  Same objections,

17         including beyond the scope, in part.

18      A     I do not have the specific names of the

19   executives of CNBM Company, Limited; therefore, I'm

20   not sure.

21   BY MR. DAVIS:

22      Q     Has CNBM USA Corporation had any

23   communications with Huang Anzhong, A-N-Z-H-O-N-G?

24              MR. VEJNOSKA:  Objection, vague and

25         ambiguous, compound, overbroad, beyond the
```

```
 1        scope.

 2     A     What time were you referring to?

 3  BY MR. DAVIS:

 4     Q     At any time.

 5     A     Yes.

 6     Q     When?

 7              MR. VEJNOSKA:  Same objections.

 8     A     I don't have a clear recollection on the

 9  time.

10  BY MR. DAVIS:

11     Q     And what's the nature of those

12  communications?

13              MR. VEJNOSKA:  Same objections.

14     A     What nature were you referring to?

15  BY MR. DAVIS:

16     Q     What was the subject of the communications?

17     A     It was a report in relation to the lawsuit.

18     Q     Any other communications other than the

19  report on the lawsuit?

20     A     I have not seen any relevant documents

21  besides -- beside that.

22     Q     And why was there communication regarding a

23  report on the lawsuit?

24              MR. VEJNOSKA:  Objection, foundation,

25        speculation.
```

1       A       I am not the one who had created the report.

2    I'm not sure.

3    BY MR. DAVIS:

4       Q       Was the report shared with the law

5    department that you're in?

6                    MR. VEJNOSKA:  Objection, foundation,

7         misstates testimony.

8       A       I'm not sure.

9    BY MR. DAVIS:

10      Q       What communications have taken place, if

11   any, between CNBM USA Corporation and Zhou Guoping,

12   G-U-O-P-I-N-G?  It's Z-H-O-U.

13                   MR. VEJNOSKA:  Objection, vague and

14        ambiguous, overbroad, beyond the scope, at least

15        in part.

16      A       No communications.

17   BY MR. DAVIS:

18      Q       What communications have taken place between

19   CNBM USA Corporation and Song Zhiping?  That's

20   S-O-N-G, Z-H-I-P-I-N-G.

21                   MR. VEJNOSKA:  Same objections,

22        including to that portion that is beyond the

23        scope.

24      A       No communications.

25   BY MR. DAVIS:

```
1        Q    What communications have taken place between

2   CNBM USA Corporation and Cao Jianglin?  That's C-A-O,

3   J-I-A-N-G-L-I-N.

4                MR. VEJNOSKA:  Same objections.

5        A    No communications.

6   BY MR. DAVIS:

7        Q    What communications have taken place between

8   CNBM USA Corporation and Wang Bing?

9                MR. VEJNOSKA:  Same objections.

10       A    No communications.

11  BY MR. DAVIS:

12       Q    What communications have taken place between

13  CNBM USA Corporation and Chang Zhangli?  That's

14  C-H-A-N-G, Z-H-A-N-G-L-I.

15               MR. VEJNOSKA:  Same objections.

16       A    No communications.

17  BY MR. DAVIS:

18       Q    What communications have taken place between

19  CNBM USA Corporation and Tao Zheng?  T-A-O, Z-H-E-N-G.

20               MR. VEJNOSKA:  Same objections.

21       A    No communications.

22  BY MR. DAVIS:

23       Q    What communications have taken place between

24  CNBM USA Corporation and Tianjun Deng?  T-I-A-N-J-U-N,

25  D-E-N-G.
```

1               MR. VEJNOSKA:  Same objections.

2      A     I don't know this person by the name of Deng

3   Tianjun.

4   BY MR. DAVIS:

5      Q     What about Jianjun Deng, with a J?

6               MR. VEJNOSKA:  Same objections.

7   BY MR. DAVIS:

8      Q     J-I-A-N-J-U-N.

9      A     No communications.

10     Q     What communications have taken place between

11  CNBM USA Corporation and Lihe Wang?  L-I-H-E, W-A-N-G.

12              MR. VEJNOSKA:  Same objections,

13      overbroad.

14     A     No communications.

15  BY MR. DAVIS:

16     Q     What communications have taken place between

17  CNBM USA Corporation and Yang Yanjun?  Y-A-N-G,

18  Y-A-N-J-U-N.

19              MR. VEJNOSKA:  Same objections.

20     A     I don't know this person.

21  BY MR. DAVIS:

22     Q     What communications have taken place between

23  CNBM USA Corporation and Cai Guobin?  C-A-I,

24  G-U-O-B-I-N.

25              MR. VEJNOSKA:  Same objections.

```
 1      A     No communications.

 2  BY MR. DAVIS:

 3      Q     What communications have taken place between

 4  CNBM USA Corporation and Jia Tongchun?  J-I-A,

 5  T-O-N-G-C-H-U-N.

 6                 MR. VEJNOSKA:  Same objections, asked

 7        and answered.

 8      A     No communications.

 9                 (CNBM USA Exhibit 572 marked.)

10  BY MR. DAVIS:

11      Q     I'll show you Exhibit 572.  It's another

12  document that was produced by CNBM USA.

13                 MR. DAVIS:  Counsel, I'd like to

14        authenticate that document.

15                 MR. VEJNOSKA:  Mr. Davis, I have the

16        same response for you as to this document, all

17        of them.

18  BY MR. DAVIS:

19      Q     Who is Johnson?

20      A     One moment, please, let me finish reading

21  this.

22                 (Document review.)

23      A     I can't tell from the letter.

24  BY MR. DAVIS:

25      Q     This is a letter from CNBM USA Corporation,
```

```
 1   correct?

 2              MR. VEJNOSKA:  Objection, foundation,

 3        calls for speculation.

 4    A     No.

 5   BY MR. DAVIS:

 6    Q     Who is it from?

 7    A     From the letter, it was a person by the name

 8   of Johnson who sent it.

 9    Q     And isn't it on CNBM USA Corporation

10   letterhead?

11              MR. VEJNOSKA:  Objection, misstates the

12        document, foundation.

13    A     The letterhead has USA Corporation's title

14   on it.

15   BY MR. DAVIS:

16    Q     Do you have any reason to believe that this

17   letter is not from CNBM USA Corporation?

18              MR. VEJNOSKA:  Objection, foundation,

19        calls for speculation.

20    A     I believe this Johnson has no right to

21   represent CNBM USA Corporation.

22   BY MR. DAVIS:

23    Q     Do you know what is at the address

24   17800 Castleton Street, Suite 558, City of Industry,

25   California?
```

```
 1                    MR. VEJNOSKA:  Objection, vague and

 2         ambiguous.

 3                    THE WITNESS:  Can you repeat the

 4         question?

 5    BY MR. DAVIS:

 6        Q     Do you know what is at the address listed at

 7    the top of Exhibit 572 under "CNBM USA Corporation"?

 8                    MR. VEJNOSKA:  Same objection.

 9        A     What do you mean "what is"?

10    BY MR. DAVIS:

11        Q     Is there anything at that address?

12                    MR. VEJNOSKA:  Same objection,

13          foundation.

14        A     I don't know.  What were you referring to

15    when you said "is there"?  What specifically were you

16    referring to?

17    BY MR. DAVIS:

18        Q     Have you ever heard of the address located

19    at 17800 Castleton Street, Suite 558, City of

20    Industry, California?

21        A     I've heard of it.

22        Q     And how have you heard of it?

23        A     Through the checking of some documents.

24        Q     And is there any relevance to that address?

25                    MR. VEJNOSKA:  Objection, vague and
```

1      ambiguous.

2      A     What were you referring to as "any

3   relevance"?  Any relevance to whom?

4   BY MR. DAVIS:

5      Q     Has CNBM USA Corporation ever transacted

6   business at that address?

7      A     What did you specifically refer to as

8   "transacted business at this address"?

9      Q     Has any business of CNBM USA Corporation

10   ever been done at the address on the top of

11   Exhibit 572?

12      A     First of all, I do not know what did you

13   specifically mean as doing business at an address.

14   Second of all, I'm not sure.

15      Q     Is the e-mail address "@chinamax.com" an

16   e-mail address used by CNBM USA Corporation at any

17   time?

18      A     Never.

19      Q     Have any CNBM USA Corporation employees ever

20   worked at the address identified on the top of

21   Exhibit 572?

22      A     Yes.

23      Q     You ever been to that address?

24      A     No.

25      Q     Were sales of CNBM USA Corporation handled

1   out of the address at the top of Exhibit 572?

2           MR. VEJNOSKA:  Objection, vague and

3       ambiguous.

4    A    I still don't understand.  What is the

5   meaning of sales being handled out of an address?

6   BY MR. DAVIS:

7    Q    What work was done from the address

8   17800 Castleton Street, Suite 558, City of Industry,

9   California?

10   A    Promote sales of products, contact

11  customers, promote markets.

12           THE INTERPRETER:  The interpreter would

13      like to correct her interpretation of the last

14      phrase of the witness' answer.  "Develop

15      market," rather.

16  BY MR. DAVIS:

17   Q    Was the parent company of CNBM USA

18  Corporation aware of the work done at the address on

19  the top of Exhibit 572?

20           MR. VEJNOSKA:  Objection, vague and

21      ambiguous, foundation, beyond the scope.

22           You may answer as an individual.

23   A    Which company were you specifically

24  referring to?

25  BY MR. DAVIS:

1      Q      Any of the parents at any time.

2                 MR. VEJNOSKA:  Same objections.  Same

3         instruction.

4      A      I'm not sure.  Do you have any reason to

5    believe that Exhibit 572 is not an authentic business

6    record of CNBM USA Corporation.

7                 MR. VEJNOSKA:  Objection, asked and

8         answered, foundation, calls for speculation.

9      A      This was written by a person named Johnson;

10    that's number one.  Number two, the people authorized

11    to represent CNBM USA Corporation do not include this

12    person by the name of Johnson.

13                 Johnson has no right to represent the

14    USA corporation; therefore, you cannot say that this

15    promotional letter was from the USA corporation.

16    BY MR. DAVIS:

17      Q      Did CNBM USA Corporation ever do business

18    with Eastern Metal Supply Inc.?

19      A      I'm not sure.

20      Q      Did CNBM USA Corporation ever market to

21    Eastern Metal Supply Inc.?

22      A      I'm not sure.

23      Q      Did CNBM USA Corporation ever attempt to do

24    business with Eastern Metal Supply Inc.?

25      A      I'm not sure.

1      Q     Did CNBM USA Corporation conduct any

2   business involving aluminum?

3             MR. VEJNOSKA:  Objection, vague and

4        ambiguous, overbroad.

5      A     Like I said, I don't have a clear

6   recollection on the products being sold by CNBM USA

7   Corporation; therefore, I'm not sure about the answer

8   to this question.

9   BY MR. DAVIS:

10     Q     Do you believe that any part of Exhibit 572

11  is false?

12            MR. VEJNOSKA:  Objection, asked and

13       answered, foundation, calls for speculation.

14     A     There's no way I can decide on whether it is

15  true or false, but I'm very sure that the gentleman by

16  the name of Johnson cannot represent the USA

17  corporation.

18  BY MR. DAVIS:

19     Q     Who within CNBM USA Corporation would be

20  responsible for the activities conducted at the

21  Castleton Street address?

22            MR. VEJNOSKA:  Objection, vague and

23       ambiguous, overbroad.

24     A     What time were you referring to?

25  BY MR. DAVIS:

```
 1      Q     At any time.

 2      A     Lina, Lina Zhang.

 3      Q     Anyone else?

 4      A     I'm not sure.

 5      Q     Do you know the physical address for Lina

 6   Zhang as of today?

 7             THE INTERPRETER:  The interpreter asks

 8        counsel:  What is physical address?

 9   BY MR. DAVIS:

10      Q     Do you know how -- I'll strike the question.

11             Do you know how to get in touch with

12   Lina Zhang today?

13      A     Yes.

14      Q     Where would she be contacted?

15      A     I'm not sure about her address, her current

16   address.  I'm not sure.

17      Q     How would you contact her?

18      A     Through telephone.

19      Q     And what's her phone number?

20      A     Her phone number has 11 digits, and I do not

21   have a clear recollection on that.

22      Q     Who does she work for?

23             MR. VEJNOSKA:  Objection, asked and

24        answered several times.

25      A     I've answered before.  She should be working
```

1   for a company called China National Building Material

2   Energy Company, but I'm not sure the specific name of

3   that company.

4   BY MR. DAVIS:

5       Q    Does she have an e-mail address?

6       A    I believe so.

7       Q    What is it?

8       A    I don't know.

9       Q    In the first paragraph of this letter, it

10  says, quote, "We are CNBM Group."

11              Do you see that?

12      A    I see that.

13      Q    Do you have any idea what CNBM Group is?

14              MR. VEJNOSKA:  Objection, vague and

15        ambiguous, calls for speculation, foundation.

16              THE WITNESS:  Can you repeat?

17  BY MR. DAVIS:

18      Q    Do you have any idea what CNBM Group is?

19              MR. VEJNOSKA:  Same objections, asked

20        and answered.

21      A    I've answered before that CNBM Group is a

22  very big concept, and it is a very big group.

23  BY MR. DAVIS:

24      Q    Does --

25      A    Also, CNBM USA Corporation has the same four

1   letters, "CNBM."

2       Q     Can you define "concept"?

3             MR. VEJNOSKA:  Objection, vague and

4         ambiguous, argumentative.

5       A     "Concept" is people's different

6   understanding of one thing based on different facts

7   and relationships.

8   BY MR. DAVIS:

9       Q     Does it change on a daily basis?

10            MR. VEJNOSKA:  Same objections, beyond

11        the scope.

12            You may answer as an individual.

13      A     It can be different based on the different

14  understandings of different people.

15  BY MR. DAVIS:

16      Q     And who makes the decisions for the concept?

17            MR. VEJNOSKA:  Mr. Davis, I'm not going

18        to have him answer that question.  That is a

19        meaningless question.

20            MR. DAVIS:  Subject to the objection.

21            MR. VEJNOSKA:  No, Mr. Davis.  I'm going

22        to ask you to please explain why you want him to

23        define words without any tethering to anything.

24            MR. DAVIS:  He used the terms.

25            MR. VEJNOSKA:  Where did he -- where did

```
1          he say "concept"?  You asked him "concept."

2                MR. DAVIS:  I believe the witness said

3          "concept."

4                MR. VEJNOSKA:  You mean where he says

5          "CNBM Group is a very big concept"?

6                MR. DAVIS:  Yes, sir.  Subject to the

7          objection, he can respond.

8                MR. VEJNOSKA:  Subject to the objection,

9          you may respond.  It's argumentative.  It's

10         vague and ambiguous.  It's beyond the scope.

11         It's a waste of time.

12    A    Based on my understanding, the so-called

13  "concept," first of all, the reason a matter is called

14  a matter --

15                THE INTERPRETER:  The interpreter needs

16         to clarify with deponent.

17    A    It needs to have a scope as well as content.

18  Under this circumstance, I call it -- I call it

19  definition.

20                In this specific circumstance,

21  CNBM Group has a large scope.  It has many companies

22  under it; therefore, I'm not sure which company was

23  being referred to.

24  BY MR. DAVIS:

25    Q    Well, let's talk about China National
```

1    Building Material Group Corporation.

2              MR. VEJNOSKA:  There's no question.

3    BY MR. DAVIS:

4       Q     Are you familiar with that entity?

5              MR. VEJNOSKA:  Objection, asked and

6         answered, beyond the scope.

7              You may answer as an individual.

8       A     I'm not familiar.

9              MR. VEJNOSKA:  Mr. Davis, when we reach

10        a convenient time, perhaps we can take a break?

11             MR. DAVIS:  Sure, we can take a break

12        now, if you like.

13             MR. MARROCCO:  Just a housekeeping

14        matter --

15             THE VIDEOGRAPHER:  You want to go off?

16             MR. DAVIS:  Sure.

17             MR. MARROCCO:  No, I want to stay on the

18        record because this is just related to, we

19        confirmed earlier today but we didn't put on the

20        record that the parties are following the normal

21        practice and protocol in this case that an

22        objection by one defendant serves as an

23        objection for all defendants.

24             MR. DAVIS:  Correct.

25             MR. MARROCCO:  I just wanted to make

1          sure that was on the record.

2                    MR. VEJNOSKA:  Thank you, Mr. Davis.

3                    THE VIDEOGRAPHER:  The time now is

4          3:08 p.m.  We're off the record.

5                    (Recess taken, 3:08 p.m. to 3:26 p.m.)

6                    THE VIDEOGRAPHER:  This begins Disc 6 of

7          today's deposition.  Time now is 3:26 p.m.  We

8          are back on the record.

9     BY MR. DAVIS:

10         Q     Have you ever heard of CNBM Parts?

11         A     No.

12         Q     Is there any business presently being

13    operated in the United States in California by any

14    entity in which CNBM International is the parent?

15                   MR. VEJNOSKA:  Objection, beyond the

16         scope.

17                   You may answer as an individual.

18                   THE INTERPRETER:  He said, "Can you

19         repeat the question?"

20    BY MR. DAVIS:

21         Q     Is there any business presently being

22    operated in the United States in California by any

23    entity in which CNBM International is the parent?

24                   MR. VEJNOSKA:  Same objection.

25         A     First of all, I'm here representing CNBM USA

1    Corporation.  As for the status of the subsidiaries of

2    CNBM International, I'm not quite familiar.

3              Second of all, I definitely am

4    familiar with the status of one of the subsidiaries of

5    CNBM International, which is CNBM USA Corporation.

6    What I can tell you is CNBM USA Corporation currently

7    does not have business in the United States.

8    BY MR. DAVIS:

9        Q    What are the names of the other subsidiaries

10   of CNBM International that you're aware of?

11             MR. VEJNOSKA:  Objection, beyond the

12         scope.

13       A    As far as I know, there is UAE company,

14   German company, Vietnam company, Indonesia company,

15   Ukraine company.  I don't have a clear recollection on

16   others.

17   BY MR. DAVIS:

18       Q    What's the name of the Vietnam company?

19             MR. VEJNOSKA:  Same objection.

20       A    I'm here to testify on behalf of the USA

21   corporation.  I'm not sure the specific name of the

22   Vietnam company.

23   BY MR. DAVIS:

24       Q    What's the name of the Indonesia company?

25       A    I'm here to testify for the USA corporation.

1    I'm not sure the specific name of the Indonesia

2    company.

3         Q     What's the name of the Ukraine company?

4               MR. VEJNOSKA:  Objection, beyond the

5          scope.

6         A     I'm here to testify for the USA corporation.

7    I'm not sure the specific name of the Ukraine company.

8    BY MR. DAVIS:

9         Q     What products does the UAE company from

10   Germany sell?

11              THE INTERPRETER:  This is the

12         interpreter speaking.  I believe the witness

13         said UAE, meaning United Arab Emirates.

14   BY MR. DAVIS:

15        Q     I'm sorry, what's the name of the United

16   Arab Emirates company?

17              MR. VEJNOSKA:  Objection, beyond the

18         scope.

19        A     I'm here to testify for the USA corporation.

20   I'm not sure the specific name of the UAE company.  I

21   did not conduct a detailed investigation on the names

22   of the above companies.

23   BY MR. DAVIS:

24        Q     Do you know what products any of the

25   companies that you just mentioned sell:  UAE, German,

1    Vietnam, Indonesia or Ukraine?

2               MR. VEJNOSKA:  Objection, foundation,

3        compound, beyond the scope.

4    A     I'm here to testify for the USA corporation.

5    As for what products do the above companies sell and

6    where do they sell, I have not had detailed

7    investigation on that.

8    BY MR. DAVIS:

9    Q     What is the last business that CNBM USA

10   Corporation transacted in the United States?

11              MR. VEJNOSKA:  Objection, asked and

12       answered.

13   A     I do not have a clear recollection on the

14   specific time.

15   BY MR. DAVIS:

16   Q     What was the business that was the last

17   business it transacted in the United States?

18   A     I'm not sure of the specific business.

19   Q     Who were the last individuals to deal with

20   CNBM USA in the United States with respect to any

21   business they transacted?

22              MR. VEJNOSKA:  Objection, vague and

23       ambiguous.

24   A     I've said before that USA Corporation had

25   stopped doing business since 2013.  For the last

```
 1    transaction of the USA corporation conducted in the

 2    United States, I'm not sure.  I have not done specific

 3    investigations or researches.

 4    BY MR. DAVIS:

 5        Q    When was the last time that CNBM USA

 6    Corporation sold aluminum foil in the United States?

 7                MR. VEJNOSKA:  Objection, foundation,

 8        misstates testimony.

 9        A    I'm not sure whether or not it had sold

10    aluminum foil.  I'm also not sure, if it, indeed, has

11    sold aluminum foil, then when was it?

12                MR. DAVIS:  Okay?  Are we okay?

13                MR. VEJNOSKA:  (Nods head.)

14    BY MR. DAVIS:

15        Q    When was the last time that CNBM USA sold

16    aluminum boards to the United States?

17                MR. VEJNOSKA:  Same objections.

18        A    First of all, like I said before, I'm not

19    quite familiar with the names and types of products

20    that CNBM USA Corporation sold.

21                Second of all, if CNBM USA had sold

22    aluminum board, I also do not know when was the last

23    time it had sold to the United States.

24    BY MR. DAVIS:

25        Q    Can you give me the name of two companies
```

1    that CNBM USA exported products to in the United

2    States?

3                    MR. VEJNOSKA:  Objection, foundation.

4        A     I don't have a clear recollection.

5    BY MR. DAVIS:

6        Q     Did you look at any documents to get me that

7    information for this deposition?

8        A     I have.

9        Q     Did you talk to anybody to get me the

10   information?

11       A     No.

12                   (CNBM USA Exhibit 596 marked.)

13   BY MR. DAVIS:

14       Q     Let me show you Exhibit 596.  That was

15   produced by CNBM USA in their document production.

16   What is that?

17                   MR. VEJNOSKA:  Objection, foundation,

18        calls for speculation, beyond the scope.

19       A     I'm not sure who produced this.

20   BY MR. DAVIS:

21       Q     Is that a business card?

22                   MR. VEJNOSKA:  Same objection.

23       A     No.

24   BY MR. DAVIS:

25       Q     Do you know what it is?

1      A      I do not know the specifics, but it seems to

2  be an advertisement.

3      Q      Do you know when --

4              MR. VEJNOSKA:  Let me lodge the same

5         objections.  Sorry.

6  BY MR. DAVIS:

7      Q      Do you know when the advertisement took

8  place?

9              MR. VEJNOSKA:  Same objections.

10     A      I do not know.

11  BY MR. DAVIS:

12     Q      Now, on the left, there's some initials,

13  "CMAX"; is that correct?

14     A      Yes.

15     Q      Who is that?

16             MR. VEJNOSKA:  Objection, calls for

17        speculation.

18     A      I think it is a trademark.

19  BY MR. DAVIS:

20     Q      And who holds that trademark?

21     A      CNBM International Company, Limited.

22     Q      And above that is "CNBM."  What entity is

23  that referring to?

24             MR. VEJNOSKA:  Objection, foundation,

25        speculation, beyond the scope.

1      A      I'm not sure.

2  BY MR. DAVIS:

3      Q      Well, it says on this advertisement there's

4  a USA office, correct?

5                  MR. VEJNOSKA:  Objection.  Objection,

6          foundation.

7      A      First of all, I'm not sure whether or not it

8  is an advertisement.  Maybe it is.  The document says

9  "USA company," "USA office."

10  BY MR. DAVIS:

11     Q      Where is that office located?  Where in the

12  USA?

13                 MR. VEJNOSKA:  Objection, foundation,

14         calls for speculation, beyond the scope.

15     A      From my reading, I think there is a mistake

16  on this document.  To my knowledge, this

17  CNBM International China company does not exist.

18  Because this company does not exist; therefore, I also

19  do not know what the USA office on it refers to.

20  Furthermore, I have no idea where is this so-called

21  office located at.

22  BY MR. DAVIS:

23     Q      Do you know the e-mail address,

24  cathy@chinamax.com?

25                 MR. VEJNOSKA:  Objection, misstates the

1          document?

2      A      I'm not sure.

3   BY MR. DAVIS:

4      Q      You don't know who Cathy is?

5      A      I'm not sure.

6      Q      You haven't seen that e-mail in any other

7   documents from your company?

8      A      I've only seen it on this.

9      Q      You haven't seen it on any of the documents

10  produced by CNBM USA Corporation in this litigation,

11  correct?

12              MR. VEJNOSKA:  Objection, vague and

13        ambiguous, foundation.

14     A      Are you saying whether or not I've seen this

15  e-mail?

16  BY MR. DAVIS:

17     Q      That is correct.

18              MR. VEJNOSKA:  Same objections.

19     A      I don't have a clear recollection.

20  BY MR. DAVIS:

21     Q      What is China Max?

22              MR. VEJNOSKA:  Objection, asked and

23        answered.

24     A      This is a domain name.

25  BY MR. DAVIS:

1      Q      Have you ever heard of an entity called

2    China Max?

3                  MR. VEJNOSKA:  Same objection.

4      A      No.

5    BY MR. DAVIS:

6      Q      Does China Max have a website?

7      A      I'm not sure.

8      Q      What is www.okorder.com?

9                  MR. VEJNOSKA:  Objection, foundation.

10     A      It's a website.

11   BY MR. DAVIS:

12     Q      And is it a cross-border e-commerce

13   platform?

14                 THE INTERPRETER:  May the interpreter

15        inquire as to the definition of "cross-border"?

16        Across a border of country?

17   BY MR. DAVIS:

18     Q      A cross-border e-commerce and overseas

19   warehousing business platform.

20     A      It is a website operated by

21   CNBM International.

22     Q      And what's the purpose of that website?

23     A      To promote products --

24                 MR. VEJNOSKA:  Objection, beyond the

25        scope.

1      A      -- and to realize transactions.

2    BY MR. DAVIS:

3      Q      Whose products does it promote?

4              MR. VEJNOSKA:  Same objection.

5      A      Any Chinese manufacturer's product --

6    Chinese manufacturers' products.

7              THE INTERPRETER:  There is no "any" in

8        it.

9    BY MR. DAVIS:

10     Q      What do you mean by "promote products"?

11             MR. VEJNOSKA:  Objection, vague and

12       ambiguous.  It's beyond the scope.

13     A      Simply put it, to promote a product is an

14   act of introducing a product in hoping that a

15   potential buyer would buy the product.

16   BY MR. DAVIS:

17     Q      And whose products are put on the website

18   for sale?

19             MR. VEJNOSKA:  Objection, foundation,

20       calls for speculation, beyond the scope.

21     A      The website has the products of some Chinese

22   manufacturers.

23   BY MR. DAVIS:

24     Q      Are those all products of CNBM International

25   Corporation?

1           MR. VEJNOSKA:  Same objections.

2      A     First of all, I'm here to testify for the

3   USA corporation.  Second of all, I personally know

4   that they are not the products of CNBM International.

5   BY MR. DAVIS:

6      Q     Were any of the products on OkOrder products

7   sold by CNBM USA?

8      A     Are you referring to whether the products on

9   it are the same products that are sold by CNBM USA?

10          THE INTERPRETER:  The interpreter needs

11       to clarify with deponent.

12     A     Because it no longer sells product right

13   now.  What I was referring to was sold product before.

14   BY MR. DAVIS:

15     Q     At any time did CNBM USA Corporation sell

16   any products through okorder.com?

17          MR. VEJNOSKA:  Object to the extent it's

18       beyond the scope.

19     A     I'm not sure.

20   BY MR. DAVIS:

21     Q     Does CNBM Group sell products through

22   okorder.com?

23          MR. VEJNOSKA:  Objection, vague and

24       ambiguous, foundation, beyond the scope.

25          You may answer as an individual.

1      A      Just like I -- just like what I said before,

2   the scope of CNBM Group is very big and involves many

3   companies under it.  I don't know which specific

4   company you're referring to.

5   BY MR. DAVIS:

6      Q      Did any of the companies sell product on

7   okorder.com?

8                 MR. VEJNOSKA:  Objection, vague and

9         ambiguous, compound, beyond the scope.

10     A      I'm here to testify for the USA corporation.

11  Before I came here, I did not conduct any specific

12  research on okorder.com, the website that is operated

13  by CNBM International.

14  BY MR. DAVIS:

15     Q      So you don't know whether products are sold

16  to the United States from okorder.com over any period

17  of time; is that correct?

18                 MR. VEJNOSKA:  Objection, compound,

19        overbroad, beyond the scope.

20     A      I'm here to testify for the USA corporation.

21  I'm not sure for the status of sales of the website

22  operated by CNBM International.

23  BY MR. DAVIS:

24     Q      Do you know if plasterboard, as referenced

25  in this document, was ever sold through the USA

```
1    office?

2                   MR. VEJNOSKA:  Objection, asked and

3          answered.

4      A     I don't even know what the English says.

5    BY MR. DAVIS:

6      Q     What does that mean?

7                   MR. VEJNOSKA:  I think he doesn't know

8          what plasterboard is.

9      A     This, from the face of it, is -- I don't

10   know what board is that.  I'm not sure whether it is

11   gypsum board.

12                  (CNBM USA Exhibit 579 marked.)

13   BY MR. DAVIS:

14     Q     I show you document 579 which came out of

15   CNBM USA's production.

16                  MR. VEJNOSKA:  To be clear, Mr. Davis, I

17         think what's on the front -- are you saying that

18         came out of the CNBM production.

19                  MR. DAVIS:  No, the document came out --

20                  MR. VEJNOSKA:  The document beginning at

21         27106?

22                  MS. STERNLIEB:  Exhibit 579 begins with

23         the PSC's partial translation of CNBMUSA00027107

24         through 151.  Like I said, it's the PSC's

25         translation, followed by the machine
```

1           translation, followed by the original Chinese

2           document.  And the portions that were translated

3           are highlighted in yellow.

4                    MR. VEJNOSKA:  Thank you.  We reserve

5           the right to object to the translation, and I

6           appreciate the explanation.

7    BY MR. DAVIS:

8        Q    Have you seen that document prior to today?

9        A    Which page are you specifically referring

10   to?

11       Q    The document that was produced through the

12   files or through the production of CNBM USA, which

13   begins at Bates number CNBMUSA00027107 through

14   CNBMUSA00027151?

15                (Document review.)

16       A    Are you referring to all the way until the

17   last page?

18   BY MR. DAVIS:

19       Q    I'm referring to the Bates numbers that I

20   just read.  I believe it's the entirety of the

21   document.

22                MR. VEJNOSKA:  It is, Mr. Davis.  It is

23          through the last page, Mr. Zhang.

24                (Document review.)

25                MR. DAVIS:  Can you answer my question?

1                    THE WITNESS:   I forgot.   What was the

2          question?

3    BY MR. DAVIS:

4        Q     Have you seen that document prior to today?

5        A     No.

6        Q     Do you know who produced this document to

7    CNBM USA?

8                    MR. VEJNOSKA:   Objection, foundation,

9           speculation.

10       A     First of all, this is the first time I've

11   seen this document.   There's no way for me to know who

12   created this document.

13                   Second of all, I don't know whether or

14   not the creator of this document had provided this

15   document to CNBM USA Corporation.

16   BY MR. DAVIS:

17       Q     You have no reason or basis to disagree with

18   anything contained in Exhibit 579; is that correct?

19                   MR. VEJNOSKA:   Objection,

20          argumentative -- hang on a second, sorry.

21          Argumentative, foundation, calls for

22          speculation, beyond the scope.

23                   You may answer as an individual.

24       A     This is a document with so many pages.   I

25   don't know what page you specifically referred to that

1    I did not disagree with.

2    BY MR. DAVIS:

3        Q     Are you familiar with okorder.com being used

4    to sell products to the United States?

5                    MR. VEJNOSKA:  Objection, asked and

6            answered, foundation, speculation, beyond the

7            scope.

8        A     I'm here to testify on behalf of the USA

9    corporation.  As for the sales status of okorder.com,

10   which is operated by CNBM International, I have not

11   conducted detailed research on it beforehand.

12   BY MR. DAVIS:

13       Q     How long has okorder.com been up and

14   running?

15                    MR. VEJNOSKA:  Objection, foundation,

16           speculation, beyond the scope.

17       A     I did not conduct a specific investigation

18   on the time of operation of the website operated by

19   CNBM International.

20   BY MR. DAVIS:

21       Q     Has CNBM USA Corporation had banking

22   activities with HSBC Bank USA?

23                    MR. VEJNOSKA:  Objection, vague and

24           ambiguous.

25       A     What activities were you referring to when

1   you said "banking activities"?

2   BY MR. DAVIS:

3       Q     Any bank accounts.

4               MR. VEJNOSKA:  Same objection.  Beyond

5         the scope.

6       A     What kind of bank accounts were you

7   referring to?

8   BY MR. DAVIS:

9       Q     What is the name of the bank that CNBM USA

10  transacts business with in California?

11              MR. VEJNOSKA:  Objection, foundation,

12        beyond the scope.

13      A     I've seen that from documents, but I do not

14  have a clear recollection on a specific name.

15  BY MR. DAVIS:

16      Q     Has CNBM USA Corporation ever had bank

17  accounts in the United States?

18      A     Yes.

19      Q     When?

20      A     I do not have a clear recollection on the

21  specific time it was opened.

22      Q     Are the bank accounts in the United States

23  still open?

24              THE INTERPRETER:  Interpreter needs to

25        clarify with witness.

```
 1                    (Translation.)

 2                    THE INTERPRETER:  The interpreter just

 3          inquired the witness on whether the bank account

 4          is singular or plural in form when he said,

 5          "There is a bank account that is still open" or

 6          "There are some bank account that are still

 7          open."  The witness says, "I'm not sure how

 8          many."

 9    BY MR. DAVIS:

10       Q    At what bank are bank accounts open in the

11    United States presently?

12                    MR. VEJNOSKA:  Objection, foundation,

13          misstates his testimony, beyond the scope.

14       A    I do not have a specific recollection of

15    what is a current bank account.

16    BY MR. DAVIS:

17       Q    In preparation for your deposition, did you

18    discuss open bank accounts with anyone?

19                    MR. VEJNOSKA:  Mr. Zhang, I'll instruct

20          you you may answer that question, except you are

21          not to disclose whether you discussed that topic

22          with your counsel.

23                    MR. DAVIS:  I haven't asked the contents

24          of a discussion, Counsel.  All I asked is if he

25          had that discussion.
```

1              MR. VEJNOSKA:  I'm trying to head off

2        any involuntary --

3              MR. DAVIS:  I'd appreciate just an

4        objection.

5     A     I have seen some introductory documents in

6     regard to bank accounts, some of those produced bank

7     accounts.  I've seen a document in which contains the

8     list of bank accounts.

9              MR. VEJNOSKA:  Mark the answer, please.

10    BY MR. DAVIS:

11    Q     Other than discussions with counsel in this

12    litigation, did you have any discussions with anyone

13    to prepare for this deposition topic regarding bank

14    accounts?

15             MR. VEJNOSKA:  Objection, misstates the

16       record as to deposition topics, beyond the

17       scope.

18    A     First of all, I do not have a clear

19    recollection on whether or not I have discussed with

20    my attorney in connection with bank accounts.

21             Second of all, I had some simple

22    inquiries and answers with other people in regard to

23    bank accounts.

24    BY MR. DAVIS:

25    Q     Who are the other people that you spoke to

1   regarding bank accounts in preparation for this

2   deposition?

3        A      Liu Jinhui.

4        Q      And what did you and Liu Jinhui discuss

5   about bank accounts?

6        A      I asked him to introduce the status of the

7   USA corporation, which also includes the status of

8   bank accounts.

9        Q      Why would bank accounts still be open in the

10  United States?

11              MR. VEJNOSKA:  Objection, argumentative,

12        calls for speculation, foundation.

13       A      Even though currently there is no business

14  in the USA corporation, but it is still a corporation

15  that legally exists.  As a corporation that legally

16  exists, it should have a bank account in the country

17  it is located.

18  BY MR. DAVIS:

19       Q      When is the last time any funds were placed

20  into a bank account in the United States of CNBM USA

21  Corporation?

22       A      I'm not sure.  But I clearly know that it

23  had no income whatsoever between 2014 and 2015.

24       Q      The last time that you checked, what was the

25  balance of any account?

1              MR. VEJNOSKA:  Objection, beyond the

2      scope.

3      A     I don't have a clear recollection on its

4   balance.

5   BY MR. DAVIS:

6      Q     Who has the authority to draw money out of

7   the account?

8              MR. VEJNOSKA:  Same objection.

9      A     Did you mean personally withdraw money out

10   of it, or something else?

11   BY MR. DAVIS:

12      Q     Yes.

13             Who has the authority to draw money

14   out of the account of CNBM USA Corporation?

15             MR. VEJNOSKA:  Same objection.

16      A     No one has a right to withdraw the money in

17   the account of CNBM USA Corporation without

18   authorization.

19   BY MR. DAVIS:

20      Q     Who gives authorization?

21             MR. VEJNOSKA:  Same objection, beyond

22      the scope.

23      A     I'm not sure.

24   BY MR. DAVIS:

25      Q     Who would know who gives authorization to

1    draw money out of a CNBM USA Corporation account?

2              MR. VEJNOSKA:  Objection, foundation,

3         calls for speculation, beyond the scope.

4    A     I'm not sure.

5    BY MR. DAVIS:

6    Q     Who has authority to make deposits into an

7    account?

8              MR. VEJNOSKA:  Same objections.

9    A     During the time of doing business, customers

10   had the authority to wire money into the relevant

11   account.

12   BY MR. DAVIS:

13   Q     Are checks ever written on the account?

14             MR. VEJNOSKA:  Same objections.

15   A     From the documents I have reviewed, I have

16   not seen a check.

17   BY MR. DAVIS:

18   Q     To your knowledge, are all transactions on

19   the accounts done through wire?

20             MR. VEJNOSKA:  Same objections.

21   A     From all the documents I have reviewed, I

22   did not see any check; therefore, there's no way for

23   me to decide if all the transactions in the account

24   were being done through wire transactions.

25   BY MR. DAVIS:

```
 1      Q     Were instructions to the bank regarding

 2   transactions on an account done verbally or in

 3   writing?

 4                 MR. VEJNOSKA:  Objection, foundation,

 5         speculation, compound, beyond the scope.

 6      A     I'm not sure how it was operated.

 7   BY MR. DAVIS:

 8      Q     Who would know?

 9                 MR. VEJNOSKA:  Same objections.

10      A     I cannot speculate.

11   BY MR. DAVIS:

12      Q     When's the last time a statement was

13   received for any account of CNBM USA Corporation?

14                 MR. VEJNOSKA:  Objection, beyond the

15        scope.

16      A     I'm not quite sure.

17                 THE WITNESS:  Besides that, may I take a

18        break?

19                 MR. DAVIS:  Sure.

20                 THE VIDEOGRAPHER:  The time is 4:30 p.m.

21        We're off the record.

22                 (Recess taken, 4:30 p.m. to 4:54 p.m.)

23                 THE VIDEOGRAPHER:  This begins Disc 7 of

24        today's deposition.  The time now is 4:54 p.m.

25        We're back on the record.
```

1                    (CNBM USA Exhibit 576 marked.)

2    BY MR. DAVIS:

3        Q    I'll show you Exhibit 576.

4                    MS. STERNLIEB:  Exhibit 576 is a

5            translation of CNBMUSA00002341 through 2342.

6            The package starts with the PSC's translation,

7            followed by the machine translation, which is

8            then followed by the Chinese document.

9                    MR. VEJNOSKA:  We'll reserve the right

10           to object to the translation.  Thank you.

11   BY MR. DAVIS:

12       Q    Would you circle any account that's still

13   open, please?

14                   MR. VEJNOSKA:  I'm going to object as

15           beyond the scope.

16       A    From the documents I have reviewed, I have

17   not paid attention to the name of the accounts that

18   are still open today.

19   BY MR. DAVIS:

20       Q    Would you circle any account that was open

21   between July 17, 2014, and March 31, 2015?

22       A    From the documents I have read, I did not

23   pay specific attention on what are the accounts that

24   are still open, but I do know that --

25                   THE INTERPRETER:  The interpreter needs

1          to clarify with deponent as whether the

2          "account" he said in his answer is plural or

3          singular form.

4                    (Translation.)

5     A     But I do know there is account or accounts

6  open.

7                    THE INTERPRETER:  The interpreter

8          inquired the witness as for the singular or

9          plural form of "account."  The witness said,

10         "I'm not sure."

11  BY MR. DAVIS:

12    Q     Can you tell me if any of the accounts

13  identified on Exhibit 576 had any activity between

14  July 17, 2014, and March 31, 2015?

15                   MR. VEJNOSKA:  Objection, asked and

16         answered, calls for speculation.

17    A     What activity --

18  BY MR. DAVIS:

19    Q     Any --

20    A     -- are you referring to?

21    Q     I'm sorry.  Any activity.

22                   MR. VEJNOSKA:  Same objections.

23    A     I've answered before, there are fees but no

24  income.

25  BY MR. DAVIS:

```
1       Q     Let's look at the first account, HSBC Bank

2  USA, NA, an Alhambra office.  Who is the banking

3  officer that deals with that account?

4             MR. VEJNOSKA:  Objection, vague and

5        ambiguous, foundation.

6       A     What were you referring to when you said

7  "deals"?

8  BY MR. DAVIS:

9       Q     What banking officer handles that account?

10             MR. VEJNOSKA:  Same objection.  Beyond

11        the scope.

12       A     Are you referring to officer in the bank?

13  BY MR. DAVIS:

14       Q     Yes.

15             MR. VEJNOSKA:  Same objections.

16       A     There's no way that I would know which

17  officer of the bank would handle it.

18  BY MR. DAVIS:

19       Q     Does CNBM USA receive a statement on that

20  account?

21       A     Are you referring to now?

22       Q     At any time.

23       A     I'm not sure.

24       Q     Does CNBM at any time receive a statement on

25  the account at East West Bank, which is the next
```

1    reference on Exhibit 576?

2              MR. VEJNOSKA:  Objection, foundation,

3        vague and ambiguous, beyond the scope.

4    A     I'm not sure the sending and receiving of

5    the statement as well as who had received the

6    statement ever since the opening of this account.

7    BY MR. DAVIS:

8    Q     Who is the banking officer that's dealt with

9    at East West Bank?

10             MR. VEJNOSKA:  Objection, foundation,

11        vague and ambiguous, beyond the scope.

12   A     There's no way that I would know any staff

13   of the bank.

14   BY MR. DAVIS:

15   Q     Has CNBM at any time received a statement on

16   the next bank account, which is at Bank of China,

17   Los Angeles bank branch?

18             MR. VEJNOSKA:  Objection, beyond the

19        scope.

20   A     I have not conducted specific research on

21   this issue.  I do not know who had received the bank

22   statement nor the status of sending and receiving of

23   the bank statement ever since the account opening.

24   BY MR. DAVIS:

25   Q     And do you know who the bank officer is or

1   was at the Bank of China, Los Angeles branch?

2                MR. VEJNOSKA:  Objection, foundation,

3        vague and ambiguous, beyond the scope.

4      A     There's no way I would have known who are

5   the officers of the bank.

6   BY MR. DAVIS:

7      Q     Now, on the next page at the top, it says

8   the sales volume of CNBM International totaled

9   34,947,375.9 RMB in the United States.  Is that

10  accurate?

11               MR. VEJNOSKA:  Objection, foundation,

12       calls for speculation, beyond the scope.

13               THE WITNESS:  Can you repeat that?

14               THE INTERPRETER:  The interpreter will

15       repeat the interpretation.

16               (Translation.)

17               MR. VEJNOSKA:  Same objections.

18               THE WITNESS:  Did he mention what year?

19  BY MR. DAVIS:

20     Q     2012.

21               MR. VEJNOSKA:  Same objections.

22     A     That's what the document says in terms of

23  the number, but I do not know who created this

24  document.  I also do not know what is the actual sales

25  data of CNBM International in the United States in

1   2012 because I testify as the witness of CNBM USA

2   Corporation.

3               I have not conducted a detailed

4   investigation on the total sales volume of CNBM in the

5   year 2012 beforehand; therefore, there is no way for

6   me to answer your question as whether or not this is a

7   true and accurate data.

8   BY MR. DAVIS:

9       Q    Are all of the documents that are identified

10  in the section that says "Below is the distribution of

11  the main products sold in the U.S.," products that

12  were sold by CNBM USA Corporation?

13             MR. VEJNOSKA:  I think you meant to say

14       "products," Mr. Davis.

15             MR. DAVIS:  "Products"?

16             MR. VEJNOSKA:  You said "all of the

17       documents."

18             MR. DAVIS:  I'm sorry, "are all of the

19       products that were identified."  I apologize.

20             Would you like me to repeat the

21       question?

22             THE WITNESS:  Yes, I did not hear it

23       clearly.

24  BY MR. DAVIS:

25      Q    Are all of the products that are identified

```
 1    in the section that says, quote, "Below is the

 2    distribution of the main products sold in the U.S.,"

 3    products that were sold by CNBM USA Corporation?

 4              MR. VEJNOSKA:  Objection, vague and

 5        ambiguous.

 6    A     That's not correct.

 7    BY MR. DAVIS:

 8    Q     Who sold those products?

 9              MR. VEJNOSKA:  Objection, foundation,

10        calls for speculation.

11    A     I'm not sure.

12    BY MR. DAVIS:

13    Q     Are any of the products sold by CNBM USA

14    Corporation?

15    A     First of all, I'm not sure who had created

16    this form.  From the document, I see it is the

17    intention of the author of the form to make an

18    introduction of the products sold by

19    CNBM International.

20    Q     Would you look at Bates CNBMUSA00002342?

21              MR. VEJNOSKA:  This one?

22    BY MR. DAVIS:

23    Q     The last sentence on that page says, "In

24    2012, the amount of intermediary trade, mainly

25    recycled material products operated through CNBM USA,
```

1    stood at RMB 9.889 million."

2              Do you see that?

3              MR. VEJNOSKA:  Objection, argumentative,

4       foundation.

5    A    I see that.

6    BY MR. DAVIS:

7    Q    Where did that money go?

8    A    I'm not sure.

9              Second of all, I'd like to make a

10   supplement comment.  I'm not sure what is the meaning

11   of intermediate -- "intermediary trade."

12   Q    Do you know who provided the information, if

13   anyone, from CNBM USA, into this document?

14   A    First of all, from this document, you can

15   see this is a document introducing the sales status of

16   CNBM International, not CNBM USA Corporation;

17   therefore, I'm not sure where at the time the author

18   of the form had obtained the data.  I'm also not sure

19   whether this person had obtained any data from the USA

20   corporation.

21   Q    Who was the author of the form?

22             MR. VEJNOSKA:  Objection, asked and

23      answered, calls for speculation, foundation.

24   A    I cannot infer from this document who is the

25   author of the form.

```
1    BY MR. DAVIS:

2         Q     Is this the document that you used to

3    prepare for today's deposition?

4         A     I have seen this document.

5         Q     Is this the document that you used to

6    prepare for this deposition?

7                    MR. VEJNOSKA:  Objection, argumentative.

8         I don't know what you mean by "the document."

9                    MR. DAVIS:  Exhibit 576.

10        A     Before I came here to testify, I'd reviewed

11   many documents.  This is one of those.

12   BY MR. DAVIS:

13        Q     Do you have any reason to dispute what's set

14   forth in Exhibit 576?

15                   MR. VEJNOSKA:  Objection, argumentative,

16        calls for speculation, foundation.

17        A     What are you referring to as "dispute"?

18   BY MR. DAVIS:

19        Q     Anything that's contained in Exhibit 576.

20   Do you dispute anything that's in that document?

21                   MR. VEJNOSKA:  Same objections and

22        beyond the scope.

23        A     I'd like to repeat.  This document is mainly

24   an introduction of CNBM International's sales status

25   in the United States in 2012.  I'm here to testify for
```

1   the USA corporation.  Before I came here, I did not

2   conduct a specific investigation on the sales

3   products, status and total of CNBM International in

4   the United States in the year 2012.

5            Second of all, as only to this

6   document, I can't decide who is the author of the

7   form, where the information came from; therefore, I

8   cannot make the judgment whether this document had

9   truthfully reflected on CNBM International's sales

10  status in America in 2012.

11     Q    Who did CNBM USA Corporation report its

12  sales data to?

13            MR. VEJNOSKA:  Objection, foundation,

14       vague and ambiguous.

15            (Telephone interruption.)

16            (Teleconference was terminated.)

17     A    Who are you referring to when you said

18  "who"?  Are you referring to the company or an

19  individual?

20  BY MR. DAVIS:

21     Q    Either one.

22            MR. VEJNOSKA:  Same objection.

23     A    I'm not sure.

24  BY MR. DAVIS:

25     Q    Did CNBM International report sales of

1    CNBM USA?

2                MR. VEJNOSKA:  Objection, vague and

3         ambiguous, beyond the scope.

4    A     When you said "report," what and who would

5    that report to?

6                THE INTERPRETER:  Interpreter would like

7         to reinterpret.

8    A     When you said "report," what report and who

9    does the report be reported to?

10   BY MR. DAVIS:

11   Q     Would the parent of CNBM USA Corporation

12   report all of the sales of its children or

13   subsidiaries?

14                MR. VEJNOSKA:  Objection, calls for

15        speculation, beyond the scope.

16   A     Which company you're referring to when you

17   said "the parent of CNBM USA Corporation"?

18   BY MR. DAVIS:

19   Q     Talking about CNBM International.

20                MR. VEJNOSKA:  Same objections.

21   A     I'm here as a witness of the USA

22   corporation.  I'm not sure whether or not

23   CNBM International would report the status of all its

24   subsidiary companies.

25   BY MR. DAVIS:

```
 1      Q      Have you ever seen any documents where

 2   CNBM International breaks out the sales of its

 3   children or subsidiary companies?

 4      A      I'm here to testify for the USA corporation.

 5   As for the document of CNBM International, including

 6   its financial reports I have not conducted a detailed

 7   investigation.

 8                  (CNBM USA Exhibit 612 marked.)

 9                  MR. DAVIS:  Let's look at Exhibit 612.

10                  (Interruption by the reporter.)

11                  THE VIDEOGRAPHER:  The time now is

12          5:24 p.m.  We're off the record.

13                  (Discussion off the record.)

14                  (Teleconference was reconnected.)

15                  THE VIDEOGRAPHER:  The time now is

16          5:25 p.m.  We're back on the record.

17                  MS. STERNLIEB:  Exhibit 612 is a

18          translation of CNBMUSA00011317.  It was produced

19          in native format, which is an Excel spreadsheet,

20          so the packet includes the PSC's translation,

21          followed by the machine translation, followed by

22          the native image.

23   BY MR. DAVIS:

24      Q      Who in CNBM USA Corporation maintains this

25   information in its native format?
```

```
 1                    MR. VEJNOSKA:  The witness was just

 2         handed it.

 3                    THE WITNESS:  I'm sorry, I need more

 4         time to read this document.

 5                    (Document review.)

 6                    THE WITNESS:  Is the original document

 7         in Chinese?

 8                    MR. DAVIS:  Yes.  It's attached to what

 9         you have.

10                    (Document review.)

11                    MR. DAVIS:  There's a question on the

12         table.

13                    THE WITNESS:  Can you repeat the

14         question?

15  BY MR. DAVIS:

16     Q     Who in CNBM USA Corporation maintains this

17  information in its native format?

18                    MR. VEJNOSKA:  Objection, foundation,

19         calls for speculation.

20     A     From the face of the document, the author of

21  the table is unknown, the date the table was created

22  is unknown, whether the table had been provided to

23  CNBM USA Corporation is unknown, so there's no way I

24  can make an inference based on that.

25  BY MR. DAVIS:
```

1      Q      Who from CNBM USA Corporation would have

2   provided the information specific to CNBM USA

3   Corporation that's contained in Exhibit 612?

4                MR. VEJNOSKA:  Same objections.

5      A      From this document, the author of the table

6   is unknown.  The source of the information of the USA

7   corporation is unknown.  It is not clear whether it is

8   information that the author of the table had

9   originally or the information that was provided by the

10  USA corporation; therefore, there is no way for me to

11  make a decision.

12  BY MR. DAVIS:

13     Q      Is this a document that's kept in the

14  ordinary course of business of the CNBM USA

15  Corporation?

16     A      Kept by who?

17     Q      According to the metadata with this

18  document, it was created on Wednesday, September 13 at

19  19:21 and it was -- in 2006, and it was modified on

20  Tuesday, April 24 at 17:42 at 2012.

21                Who at CNBM USA Corporation would have

22  had access to this document at those times?

23                MR. VEJNOSKA:  Objection, foundation,

24       calls for speculation, beyond the scope.

25     A      First of all, I do not know who is the

1    author of this document.  Second of all, I do not know

2    where is this document being kept at.  Again, I do not

3    know whether CNBM USA Corporation know the existence

4    of this document.

5              Based on the above three points, I

6    cannot answer the question.  I cannot speculate.

7    BY MR. DAVIS:

8        Q    I'm going to go through the various cells

9    with you, and I'm going to ask you:  From 2007 to

10   present, for any year, can you tell me what the

11   registered capital was for the entity that's depicted

12   as "USA Corporation," and the full name, CNBM USA

13   Corporation?

14             MR. VEJNOSKA:  Objection, compound,

15        beyond the scope of the deposition notice.

16             THE WITNESS:  Please repeat the

17        question.  I did not hear it clearly.

18   BY MR. DAVIS:

19       Q    I'm going to go through the various cells

20   with you in this exhibit, and I'm going to ask you:

21   From 2007 to present, for any year, for the entity

22   that is depicted as "USA Corporation," and the full

23   name, CNBM USA Corporation, can you tell me what the

24   registered capital was?

25             MR. VEJNOSKA:  Objection, compound.

```
 1                   And, Mr. Davis, I would ask you to show
 2          me where, on your Exhibit 607, this is called
 3          for in the deposition notice.  We've had a lot
 4          of these questions throughout the day.  I'd just
 5          object that --
 6                   MR. DAVIS:  Note your objection.
 7                   MR. VEJNOSKA:  -- I do not see this
 8          anywhere here, Counsel.
 9                   MR. DAVIS:  I note your objection.  It's
10          in the contempt period.
11                   MR. VEJNOSKA:  2007 is the contempt
12          period?
13                   MR. DAVIS:  To present.
14                   MR. VEJNOSKA:  2008 is the contempt
15          period?  You asked him between 2007 and 2014,
16          and you've asked him for registered capital.
17          How does that have to do with doing business
18          during the contempt period?
19                   MR. DAVIS:  He can answer my question.
20                   MR. VEJNOSKA:  This will be the basis of
21          a motion, Mr. Davis.  This is abusive of the
22          witness.
23      A     Are you saying from this table?
24   BY MR. DAVIS:
25      Q     From Exhibit 612, there's a table, and it
```

```
 1    has cells, and it has cells that say "Short Name,"

 2    "Full Name in Chinese," "Full Name in English,"

 3    "Registered Capital," "Date of Incorporation,"

 4    "Shareholder," and it goes across the page.  Do you

 5    see that?

 6                  MR. VEJNOSKA:  Same objections.  Same

 7         requests.

 8         A    I see that.

 9    BY MR. DAVIS:

10         Q    My question is:  Do you know what the

11    registered capital was for any year from 2007 to

12    present for CNBM USA Corporation?

13                  MR. VEJNOSKA:  Objection, beyond the

14         scope.

15                  You may answer as an individual.

16         A    Based on this document, if you were to say

17    that it was to be based on this document, there's no

18    way I would have known because it does not say here.

19    BY MR. DAVIS:

20         Q    Do you know what the amount of capital

21    contribution was for CNBM USA Corporation from 2007 to

22    present for any year?

23                  MR. VEJNOSKA:  Objection, asked and

24         answered, argumentative, beyond the scope of the

25         deposition notice.  Not even close.
```

```
 1      A      What company are you referring to when you

 2   said "capital contribution to CNBM US Corporation"?

 3   BY MR. DAVIS:

 4      Q      This document is titled "Basic Situations of

 5   Overseas Subsidiary Companies."  Do you see that at

 6   the top?

 7      A      I see that.

 8      Q      What entity is that referring to?

 9             MR. VEJNOSKA:  Objection, foundation,

10       speculation, beyond the scope.

11      A      Are you referring to what are the entities

12   based on this document for the overseas subsidiary

13   companies?

14   BY MR. DAVIS:

15      Q      Are these the basic situations of overseas

16   subsidiary company of CNBM International?

17             MR. VEJNOSKA:  Same objections.

18      A      No.

19   BY MR. DAVIS:

20      Q      Who are they, the basic situations of

21   overseas subsidiary companies -- what entity is it

22   being referred to for "subsidiary companies"?

23             MR. VEJNOSKA:  Same objections.

24             THE WITNESS:  I have not heard the

25       question clearly.  Please repeat.
```

1           MR. DAVIS:  The interpreter can repeat

2      it for you.

3              (Translation.)

4           THE WITNESS:  I still have not heard

5      this question clearly.  I'd like the opposing

6      counsel to repeat.

7           MR. DAVIS:  I can't do any better than

8      read it back, and you have the interpreter who's

9      reading it to you.

10          MR. VEJNOSKA:  Same objections.

11          THE WITNESS:  Can you repeat it?

12          THE INTERPRETER:  The interpreter will

13     repeat.

14             (Translation.)

15   A    I'm not sure who had produced --

16          THE INTERPRETER:  The interpreter would

17     like to start over.

18   A    I'm not sure which company had produced this

19   table, but from here, you can see there are some

20   inaccurate information.

21             But if you were to ask me the

22   information provided from the table itself, I can

23   provide you information based on the table itself.

24   But if you were to ask me the actual situation, I will

25   provide you with the actual information.

1  BY MR. DAVIS:

2      Q     I would like to know the actual information

3  for each block in the cell for CNBM USA Corporation

4  from 2007 to present.

5              MR. VEJNOSKA:  Objection, compound,

6         vague and ambiguous, foundation, speculation,

7         beyond the scope.

8      A     For example, what kind of information?

9  BY MR. DAVIS:

10     Q     What was the amount of capital contribution

11  for any year?

12             MR. VEJNOSKA:  Same objections.

13     A     It does not reflect in this table.

14  BY MR. DAVIS:

15     Q     Do you know the amount of capital

16  contribution for any year from 2007 to present for

17  CNBM USA Corporation?

18             MR. VEJNOSKA:  Same objections.

19     A     I read relevant documents, but now I do not

20  have a clear recollection of the shareholding

21  information at the beginning of this establishment.  I

22  also do not have a clear recollection of whether or

23  not there have been any changes.

24             MR. VEJNOSKA:  Please mark the answer.

25         Thank you.

1   BY MR. DAVIS:

2      Q      What is a nominal shareholder?

3             MR. VEJNOSKA:  Objection, vague and

4        ambiguous, calls for a legal conclusion.

5      A      Where is it?

6   BY MR. DAVIS:

7      Q      Under the word "Subsidiary" in "Basic

8   Situation of Overseas Subsidiary Company," there's a

9   cell -- or column, "Nominal Shareholders."

10             MR. VEJNOSKA:  Same objections.

11     A      I'd like to repeat again:  I'm not sure who

12  had created this form, neither do I know which company

13  had created it; therefore, I do not know, neither

14  would I speculate on the intention of the author of

15  the form at the time when this person wrote "Nominal

16  Shareholder."

17  BY MR. DAVIS:

18     Q      Do you know what is meant by "Shareholding,"

19  that column?

20             MR. VEJNOSKA:  Objection, foundation,

21        calls for speculation.

22     A      "Shareholding" means the percentage of one

23  company holding shares in another company.

24  BY MR. DAVIS:

25     Q      Did CNBM USA Corporation have bylaws?

1                    THE WITNESS:  Is he referring to bylaws?

2   BY MR. DAVIS:

3        Q     Did the company have bylaws?

4        A      There are bylaws.

5        Q     Who has the bylaws?

6                    THE WITNESS:  I'm sorry, I'd like to

7             interrupt.  I'd like to confer with you.  When

8             he said bylaws, does it really mean a company's

9             bylaws?

10                    THE INTERPRETER:  The interpreter will

11            check the dictionary to clarify.

12                    (Translation.)

13                    THE INTERPRETER:  The interpreter had

14            just clarified and confirmed that -- the

15            translation of "bylaws," upon referring to the

16            dictionary.

17        A     I'm not sure currently who has the bylaws.

18   BY MR. DAVIS:

19        Q     Does CNBM USA Corporation have minutes of

20   meetings?

21                    MR. VEJNOSKA:  Objection, foundation.

22        A     I have not seen it.  I'm not quite sure.

23   BY MR. DAVIS:

24        Q     When was the last time that a meeting took

25   place that was recorded in minutes of CNBM USA

1    Corporation?

2                 MR. VEJNOSKA:  Objection, foundation.

3        A     I have not seen it.  I'm not quite sure.

4                 (CNBM USA Exhibit 605 marked.)

5    BY MR. DAVIS:

6        Q     Let's look at Exhibit 605.

7                 MS. STERNLIEB:  Exhibit 605 is a

8          translation of CNBMUSA00053083 through

9          00053083 -- I'm sorry, 86.  And it's the PSC's

10         translation, followed by the machine

11         translation, which is followed by the Chinese.

12                MR. VEJNOSKA:  As always, we will

13         reserve our right to object to the translation.

14                Mr. Davis, I just want to note that it's

15         5:54, and we have agreed that the deposition

16         concludes at 6:00 p.m.

17                MR. DAVIS:  We may have to come back and

18         continue this another day.

19                MR. VEJNOSKA:  Well, that was not my

20         agreement with Ms. Duggan, so you can take it up

21         with her.

22   BY MR. DAVIS:

23       Q     On CNBMUSA00053084, there's a reference to

24   the senior executive of CNBM USA Corporation who could

25   not attend the deposition.  Who is that?

```
 1      A     I'd like to read the document.

 2            (Document review.)

 3      A     I'm not sure who was the author of the

 4   document referred to when it says "the USA

 5   corporation's executive."  There's no way for me to

 6   speculate who that person is.

 7   BY MR. DAVIS:

 8      Q     You do not know who the senior executives of

 9   CNBM USA Corporation are that are being referred to in

10   this document?  Is that your testimony?

11      A     I know who is the senior executive of the

12   USA corporation, but I do not know who is the senior

13   executive referred to in this document.

14      Q     Did anyone from CNBM USA Corporation provide

15   or receive reports regarding the progress of the

16   litigation?

17      A     Yes.

18      Q     Who prepared those reports, if they were

19   prepared by anyone in CNBM USA Corporation?

20      A     I know Zhang Lina had prepared that.

21      Q     And who would have received reports, if any

22   reports were received by CNBM USA Corporation?

23            MR. VEJNOSKA:  Objection, foundation,

24        calls for speculation.

25      A     Are you saying based on this document?
```

```
 1   BY MR. DAVIS:

 2       Q     At any time.

 3              MR. VEJNOSKA:  Same objections.

 4       A     Based on my conversation with Zhang Lina, I

 5   know she had prepared for it, but I'm not sure who did

 6   she give the document to or reported it to; therefore,

 7   there's no way for me to speculate.

 8   BY MR. DAVIS:

 9       Q     Have you seen any reports prepared by Zhang

10   Lina?

11       A     I have.

12       Q     When were they prepared?

13       A     2011.

14       Q     How many reports were prepared?

15       A     I have seen one.

16       Q     Who was that report provided to?

17       A     It was provided to Huang Anzhong.

18       Q     Is this the report that your referring to,

19   Exhibit 605?

20       A     Yes.

21       Q     Who is Chief Huang, H-U-A-N-G?

22              MR. VEJNOSKA:  Objection, just asked and

23         answered.

24       A     Huang Anzhong.

25   BY MR. DAVIS:
```

1     Q     And who is Chief Wu?

2     A     I'm not sure.

3             MR. DAVIS:  Let me show you

4        Exhibit 610 --

5             MR. VEJNOSKA:  Mr. Davis, it's 6:05.  We

6        are -- we had a very specific agreement with the

7        PSC.  We began this deposition an hour early and

8        we ran it an hour late precisely because this is

9        what we agreed to with Ms. Duggan.

10            MR. DAVIS:  Well, I remind you that we

11       originally asked for two days.  I'm not going to

12       get into the debate with you over that.

13            MR. VEJNOSKA:  Mr. Davis, yes, you did,

14       and then we negotiated about it, and you agreed

15       to this time period.  This deposition is

16       concluded.

17            MR. DAVIS:  I'm going to offer all of

18       the exhibits that have been used in this

19       deposition, and I'd like to attach all of those

20       exhibits to the deposition.  They include

21       Exhibit 38, Exhibit 289, Exhibit 558,

22       Exhibit 567, Exhibit 572, Exhibit 576,

23       Exhibit 596, Exhibit 599, Exhibit 601,

24       Exhibit 607, Exhibit 611, Exhibit 612, and

25       Exhibit 605.

1           MR. VEJNOSKA:  I agree they'll be

2      marked.  They always are attached, and we of

3      course reserve all of our objections to the

4      offer.  Never understood the process of offering

5      the deposition exhibits.

6           MR. DAVIS:  And I'll reserve the balance

7      of my rights including those with respect to the

8      authenticity and to the documents that have been

9      produced.

10          MR. VEJNOSKA:  And, again, Mr. Davis, as

11     I said, we are willing to discuss with you

12     stipulations about those documents.  We just

13     need time to figure out where they came from and

14     the basis.

15          MR. DAVIS:  I'm assuming that since they

16     were produced by CNBM USA Corporation, they came

17     from CNBM USA Corporation.

18          MR. VEJNOSKA:  Thank you, everyone.  We

19     can go off the record.

20          THE VIDEOGRAPHER:  The time now is

21     6:09 p.m.  Today's deposition consisting of

22     seven discs is now concluded.

23          (Proceedings recessed at 6:09 p.m.)

24

25

1                    REPORTER'S CERTIFICATE

2

3          This transcript is valid only for a transcript

4    accompanied by my original signature and original

5    required seal on this page.

6          I, Michael E. Miller, Certified Court Reporter

7    (LA Certificate #27009) in and for the State of

8    Louisiana, as the officer before whom this testimony

9    was taken, do hereby certify that ZHANG SHAOJUN, after

10   having been duly sworn by me upon authority of

11   R.S. 37:2554, did testify as herein before set forth

12   in the foregoing 189 pages; that this testimony was

13   reported by me in the stenotype reporting method, was

14   prepared and transcribed by me or under my personal

15   direction and supervision, and is a true and correct

16   transcript to the best of my ability and

17   understanding; that the transcript has been prepared

18   in compliance with transcript format guidelines

19   required by statute or by rules of the board, and that

20   I am informed about the complete arrangement,

21   financial or otherwise, with the person or entity

22   making arrangements for deposition services; that I

23   have acted in compliance with the prohibition on

24   contractual relationships, as defined by Louisiana

25   Code of Civil Procedure Article 1434

1    and in rules and advisory opinions of the board;

2    that I have no actual knowledge of any prohibited

3    employment or contractual relationship, direct or

4    indirect, between a court reporting firm and any party

5    litigant in this matter nor is there any such

6    relationship between myself and a party litigant in

7    this matter.  I am not related to counsel or to the

8    parties herein, nor am I otherwise interested in the

9    outcome of this matter.

10

11            Signed this ___ day of _____, 2015.

12

13

14            _____

15            MICHAEL E. MILLER, FAPR, RDR, CRR

16            Certified Court Reporter

17            LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25

```
1                ACKNOWLEDGMENT OF DEPONENT

2

3         I,_____, do hereby

4   certify that I have read the foregoing pages and

5   that the same is a correct transcription of the

6   answers given by me to the questions therein

7   propounded, except for the corrections or changes in

8   form or substance, if any, noted in the attached

9   Errata Sheet.

10

11         _____

12         ZHANG SHAOJUN                 DATE

13

14  Subscribed and sworn to before me this

15  _____ day of _____, 20 _____.

16  My commission expires: _____

17

18  Notary Public

19

20

21

22

23

24

25
```

1                    —  —  —  —  —  —

2                         ERRATA

                     —  —  —  —  —  —

3

4    PAGE   LINE      CHANGE/REASON

5    _____  _____  _____

6    _____  _____  _____

7    _____  _____  _____

8    _____  _____  _____

9    _____  _____  _____

10   _____  _____  _____

11   _____  _____  _____

12   _____  _____  _____

13   _____  _____  _____

14   _____  _____  _____

15   _____  _____  _____

16   _____  _____  _____

17   _____  _____  _____

18   _____  _____  _____

19   _____  _____  _____

20   _____  _____  _____

21   _____  _____  _____

22   _____  _____  _____

23   _____  _____  _____

24   _____  _____  _____

25   _____  _____  _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRY WALL<br>PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

PEOPLE'S REPUBLIC OF CHINA

CITY OF _____Beijing_____

DECLARATION OF 杨颖（Ying YANG）

    This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

    I, 杨颖（Ying YANG）, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

    2. I am director of translation division with Beijing Golden Olive Translation Center, and work in the office in Beijing, China.

    3. I am fluent in the languages of Chinese and English.

    4. I hereby certify that I prepared the English translation of the "ERRATA TO THE DEPOSITION OF CNBM USA THROUGH ZHANG SHAOJUN" ("ERRATA") in Chinese which was signed by Mr. ZHANG Shaojun, and when I translated the page/line numbers in the ERRATA, I reviewed the Transcript in English (see Attachment A) and the Chinese translation of the Transcript (see Attachment B) and confirmed that the contents in the Chinese translation of the Transcript as referred by the page/line numbers indicated in the ERRATA in Chinese are corresponding to the contents in the Transcript in English as referred to by the page/line numbers indicated in the English translation of the ERRATA. I further certify that these copies of the ERRATA are true and accurate translations of one another.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



Executed on December 9, 2015

_____
Signature

_____
杨颖
Printed Name

路易斯安那州东区美国联邦地方法院

多地合并诉讼案件号：2:09-md-2047
关于：中国制造的石膏墙产品责任诉讼

### 2015 年 11 月 3 日通过张绍均对中国建材国际美国公司
### 进行的庭外采证勘误表

| 页/行 | 采证记录 | 更正 | 原因 |
|---|---|---|---|
| 15:4 | "海商法" | "海事法" | 口译错误 |
| 15:16 | "那么您在用英语进行法律执业时很流利吧？" | "那么，由于您是一名律师并进行法律执业，您的英语相当流利，对吗？" | 口译员的中文口译与律师提出的问题不一致。 |
| 16:17 | "主要是审阅文件，协调诉讼各方的关系，分析并研究案件" | "主要是审阅合同、在诉讼中协调各不同当事方的关系参加诉讼、以及分析研究各案件" | 口译错误 |
| 17:6 | "中国建材贸易公司并不正确" | "中建材国贸" | 口译错误。在整个庭外采证过程中的大多数期间，口译员将"中建材国贸"翻译为"CNBM International Trading"。最终（在记录的 82:6-84:1 处）达成了一个约定，即口译员将该公司名称翻译为"中建材国贸（CNBM International）"。证人在这里的情况下是在更正口译员。 |
| 17:9-10 | "中国建材国际贸易公司（China National Building Material International Trading Company）" | "中建材国贸（China National Building Material International）" | 口译错误 |

| 页/行 | 采证记录 | 更正 | 原因 |
|---|---|---|---|
| 17:15-16 | "目前中国建材国际贸易公司（China National Building Material International Trading Company）是中国建材国际美国公司的一家母公司。" | "目前中建材国贸（China National Building Material International）是中国建材国际美国公司的母公司。" | 口译错误 |
| 18:19-21 | "我也想确认一下，我认为在 2010 年时，中国建材国际贸易公司（China National Building Material International Trading Company）并不是中国建材国际美国公司的母公司。" | "我也想要确认同一点。我认为在 2010 年，中建材国贸（China National Building Material International）事实上并非中国建材国际美国公司的母公司。" | 口译错误 |
| 25:7-8 | "中国建材国际贸易公司（China National Building Material International Trading Company）" | "中建材国贸（China National Building Material International）" | 口译错误 |
| 25:13-14 | "中国建材国际贸易公司（China National Building Material International Trading Company）" | "中建材国贸（China National Building Material International）" | 口译错误 |
| 25:18-19 | "中国建材国际贸易公司（China National Building Material International Trading Company）" | "中建材国贸（China National Building Material International）" | 口译错误 |
| 26:3 | "他的" | "她的" | 澄清 |
| 26:10-11 | "中国建材国际贸易公司（China National Building Material International Trading Company）" | "中建材国贸（China National Building Material International）" | 口译错误 |

| 页/行 | 采证记录 | 更正 | 原因 |
|---|---|---|---|
| 31:7 | 您所审阅的全部文件是收集在一个地方吗？ | "您审阅的所有文件都是从同一个地方收集的吗？"¹ | 口译员所问的是：已审阅的文件是否都是"从"同一个地方收集的，而这个问题与律师所问的问题不同。证人的回答基于口译员所说的问题而作出。 |
| 38:7 | "我知道这家公司" | "我了解这家公司" | 口译错误 |
| 39:1 | "谁是母公司？" | "谁的母公司？" | 口译错误 |
| 39:7-8 | "中国建材国际贸易公司（China National Building Material International Trading Company）" | "中建材国贸（China National Building Material International）" | 口译错误 |
| 45:1-4 | "我想再重复一遍，由于我并非此图表的编制者；因此，我不知道如何将中国建材国际美国公司插入此图表。据我所知，中国建材国际美国公司是中国建材国际贸易公司（China National Building Material International Trading Company）的一家全资子公司。" | "我想再重复一遍，我并非此图表的编制者；因此，我不知道如何将中国建材国际美国公司插入此图表。我所知道的是中国建材国际美国公司是中建材国贸（China National Building Material International）的全资子公司。" | 口译错误 |
| 47:19 | "小区" | "较小的区域" | 澄清 |
| 49:2 | "您是否指银行交易或银行应收账款或其它活动？" | "您指的是银行账户转账或银行账户汇款、或其它活动？" | 口译错误 |
| 49:7 | "作为一家合法公司，曾有过银行交易和应付账款。" | "作为一家合法公司，有银行转账和应收账款。" | 口译错误 |
| 49:9 | "应付账款？" | "应收账款？" | 口译员将该问题口译错了。 |
| 50:6 | "中国建材国际有限公司" | "中国建材国际美国公司" | 口译错误 |

| 页/行 | 采证记录 | 更正 | 原因 |
|---|---|---|---|
| 50:10 | "应付账款" | "应收账款" | 口译员不够准确地将英文问题中的"应付账款"口译为中文的"应收账款"。 |
| 52:16-17 | "我不是很清楚'商品'的定义。我说过我不清楚公司销售过什么具体产品。" | "我不是很清楚这些商品的具体名称。我说过我不确定公司销售过什么产品。" | 口译错误 |
| 55:8-9 | "Vejnoska 先生：请您标记一下前一个回答。答：张李娜是美国公司（USA company）中领取薪水的唯一的雇员。" | "答：张李娜是美国公司（USA Corporation）中领取薪酬的唯一的雇员。Vejnoska 先生：请您标记一下前一个回答。" | 口译错误。文字记录错误。 |
| 56:4-5 | "张李娜那时是美国公司（USA company）的雇员；因此，其薪水并非按佣金支付。" | "当时张李娜是美国公司（USA Corporation）的一名雇员，因此她的薪水并不通过佣金支付。" | 口译错误 |
| 57:18 | "同时" | "一起" | 口译错误 |
| 58:6 | "让自己了解" | "了解" | 口译员并没有准确地用中文表达出律师问题中的"使自己熟悉"的表述。 |
| 62:6 | "该公司" | "一家公司" | 口译错误 |
| 64:1-3 | "自 2011 年起，我记不清具体时间。从 2011 年起，中国建材国际贸易公司（CNBM International Trading Company）成了中国建材国际美国公司的母公司" | "自 2011 年起，我记不清具体时间，在 2011 年，中建材国贸 (CNBM International)成了中建材国际美国公司的母公司" | 口译错误 |
| 64:7-8 | "中国建材国际贸易公司（CNBM International Trading Company）" | "中建材国贸(CNBM International)" | 口译错误 |
| 64:14-15 | "中国建材国际贸易公司（CNBM International Trading Company）" | "中建材国贸(CNBM International)" | 口译错误 |

| 页/行 | 采证记录 | 更正 | 原因 |
|---|---|---|---|
| 66:11-12 | "加利福尼亚州进行了任何递交" | "在加利福尼亚州提交了任何文件" | 口译员错误地口译了问题。 |
| 66:13 | "递交" | "文件" | 证人鉴于之前的不准确的口译对文件提问。口译员再次错误地口译了"文件"和"递交"。 |
| 66:14 | "递交?" | "文件?" | 口译员错误地口译了问题。 |
| 66:15-16 | "我想知道您说的 '递交' 具体是指什么？" | "我想知道您说的'任何公司文件'具体是指什么？" | 证人鉴于之前的不准确的口译对文件提问。口译员再次错误口译了"文件"和"递交"。 |
| 68:2-3 | "据我所知，他协助我们编制经审计的财务报告、接受被审计的财务报告；我不清楚他是否还为中国建材国际美国公司保管任何其它文件。" | "据我所知，他协助我们编制经审计的财务报告。除了经审计的财务报告，我不确定它是否还为中国建材国际美国公司保管任何其它文件。" | 口译错误 |
| 70:12 | "负责" | "管理" | 口译错误 |
| 71:2 | "业务运营" | "运营" | 口译错误 |
| 73:17 | "我不清楚在美国定义是什么。" | "我不清楚 '子公司'在美国的定义是什么。" | 口译错误 |
| 74:8 | "您会听从他人意见" | "您会咨询他人" | 口译员错误地口译了问题。 |
| 75:10-11 | "中国建材国际贸易公司（CNBM International Trading Company）" | "中建材国贸(CNBM International)" | 口译错误 |
| 75:12-13 | "中国建材国际贸易公司（CNBM International Trading Company）" | "中建材国贸(CNBM International)" | 口译错误。此错误引起了针对中国建材国际贸易公司的后续提问。 |

| 页/行 | 采证记录 | 更正 | 原因 |
|---|---|---|---|
| 76:7-9 | "您一直在说中国建材国际贸易公司（CNBM International Trading Company），而信息表上却说"中建材国贸公司(CNBM International Corporation)"，因此我想弄清它们是否是同一实体。" | "您一直在说中国建材国际贸易公司（CNBM International Trading Company），而信息表上却说"中国建材国际贸易公司（CNBM International Trading Company）"，因此我想弄清它们是否是同一实体。 | 口译员错误地口译了问题。此错误导致证人要求重复问题。 |
| 81:12 | "他" | "你" | 澄清 |
| 91:20-21 | "第四点——抱歉，我想进行补充说明——我无从得知中国建材集团的事务，因为我是代表中国建材国际美国公司被进行庭外采证的。" | "第四点——抱歉，我想再加一点——对于中国建材集团的事务，我无从知道，因为我来这里是代表中国建材国际美国公司被进行庭外采证的。" | 口译错误 |
| 92:4 | "它们之间无持股或被持股的关系，而且二者之间无人员接触。" | "它们之间没有持股或被持股的关系，而且两公司之间没有人员方面的关系。" | 口译错误 |
| 96:3-4 | "所发送的电子邮件是icnbm.com 的域名。" | "该电子邮件是从域名icnbm.com 发出的。" | 口译错误 |
| 97:11 | "分支机构" | "多个分支机构" | 口译错误 |
| 103:3 | "2013 年之前的数据。" | "数据是 2013 年之前的。" | 口译错误 |
| 107:16 | "公司往来" | "公司交易" | 口译员错误地口译了问题。 |
| 108:2-3 | "在 2014 年到 2015 年间没有。我没有看到在那之前的是什么情况。我不清楚。" | "在 2014 年到 2015 年间没有。我没有看到在那之前的任何信息。我不清楚。" | 口译错误 |
| 113:13 | 中国建材 | 中国建材国际美国公司 | 澄清 |
| 115:15-16 | "我知道美国公司有一些费用支出，而且知道是一家美国公司（USA company）支付了费用支出。" | "我知道美国公司有一些作为支出的成本，我知道这样的支出由美国公司（USA Corporation）支付了。" | 口译错误 |

| 页/行 | 采证记录 | 更正 | 原因 |
|---|---|---|---|
| 128:3-4 | "答：我不清楚。您是否有任何理由认为证据572并非中国建材国际美国公司的真实业务记录。" | "答：我不清楚。问：您是否有任何理由认为证据572并非中国建材国际美国公司的真实业务记录？" | 回答与问题混杂。 |
| 128:6-7 | "第二点，被授权代表中国建材国际美国公司的人中并不包括这位名叫Johnson的人。" | "第二点，这位名叫Johnson的人并没有被包括在被授权代表中国建材国际美国公司的人之中。" | 口译错误 |
| 128:8 | "您不能说" | "不能被说成是" | 口译错误 |
| 129:3 | "我记不清楚中国建材国际美国公司销售的产品" | "我记不清楚中国建材国际美国公司之前销售的产品" | 口译错误 |
| 138:2-3 | "上述公司销售产品吗、在哪销售" | "上述公司销售、向哪里销售" | 口译错误 |
| 139:4-5 | "我也不清楚，如果它确实曾销售过铝箔，那么是什么时候呢？" | "我也不清楚，如果它确实销售了铝箔，那是什么时候。" | 口译错误 |
| 142:10 | "有一处错误" | "有一些错误。" | 复数形式在中文中无法区别。 |
| 142:10-11 | "中国建材国际中国公司" | "中建材国贸有限公司中国" | 口译错误 |
| 144:17 | "推销产品" | "为了促销产品" | 口译错误 |
| 145:1 | "并实现交易" | "以及促成贸易" | 口译错误 |
| 146:6 | "由中国建材国际美国公司销售的" | "之前由中国建材国际美国公司销售的" | 口译错误 |
| 148:2 | "我甚至不知道那个英文说的是什么" | "我甚至不知道那个英文是什么" | 口译错误。张先生的意思是他不知道"石膏板（plasterboard）"一词的英文含义，对此他在第148:6行又说到了。 |
| 150:5 | "给具了" | "提交了" | 口译员错误地口译了问题，且证人基于该错误口译进行了回答。 |
| 150:16 | "我没有不同意见" | "我不同意" | 口译错误 |
| 153:8 | "目前的银行账户是什么" | "哪个银行账户是目前的银行账户" | 口译错误 |

| 页/行 | 采证记录 | 更正 | 原因 |
|---|---|---|---|
| 154:3-4 | "我曾看过一些关于银行账户的介绍性文件，其中一些提供了银行账户。我看到一份文件，其中包含银行账户清单。" | "我曾看过一些关于银行账户的介绍性文件，包括介绍银行账户的文件。我曾看过一份包含银行账户清单的文件。" | 由于作证过程中的咳嗽而产生的口译错误与文字记录错误。 |
| 158:9 | "任何账户" | "每一个账户" | 口译错误 |
| 159:9 | "任何账户" | "每一个账户" | 口译错误 |
| 165:14 | "中间贸易" | "转口贸易" | 口译员错误地翻译了问题 |
| 176:14 | "这些子公司指的是什么实体" | "被称作子公司的是哪一个实体" | 口译错误 |
| 177:6 | "出具" | "编制" | 口译错误 |
| 177:8 | "出具" | "编制" | 口译错误 |
| 178:15 | "持股" | "股本" | 口译错误 |
| 179:12 | "持股" | "持股比例" | 口译员错误地口译了问题。 |
| 179:14 | "持股" | "持股比例" | 口译错误 |
| 180:3 | "规章制度?" | "章程?" | 口译错误。因为口译员将"规章制度"翻译为"章程"，所以所有针对从180页第3行开始的问题的回答都是基于"章程"而作出的。 |
| 180:4 | "规章制度" | "章程" | 口译错误 |
| 180:5 | "规章制度" | "章程" | 口译错误 |
| 180:12 | "规章制度" | "章程" | 口译错误 |

庭外采证证人的确认书

本人，张绍均，在此证明我已阅读前述各页的内容，且前述的内容为我对其中提出的问题所做出的回答的正确记录，但对形式或实质内容的更正或改变除外。如果有对形式或实质内容的更正或改变的话，那么在所附勘误表上予以指出。

_张绍均_ (signature)　　2015-12-09

张绍均　　　　　　　　　日期

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 2:09-md-2047
IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

**ERRATA TO THE DEPOSITION OF CNBM USA
THROUGH ZHANG SHAOJUN
TAKEN NOVEMBER 3, 2015**

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 15:6 | "maritime business law." | "maritime law." | Interpretation error |
| 15:20-21 | "So you're pretty fluent in the practice of law in English?" | "Therefore, as to your being a lawyer and practicing law, you are pretty fluent in English, aren't you?" | Interpreter's translation into Chinese did not match the question presented by the attorney. |
| 16:25-17:2 | "Primarily review documents, to coordinate the relationships of parties in lawsuits, to analyze and research on the cases." | "Primarily review contracts, and during law suits, to participate in lawsuits by coordinating the relationships of different parties, and to analyze and research cases." | Interpretation error |
| 17:9-10 | "China National Building Material Trading Company is not correct." | "China National Building Material International." | Interpretation error. Interpreter translated "CNBM International" as "CNBM International Trading" throughout much of the deposition. A stipulation was eventually reached (82:9-84:3) whereby the translator was to translate the corporate name as "CNBM International." The witness was correcting the translator in this instance. |
| 17:14-15 | "China National Building Material International Trading Company." | "China National Building Material International." | Interpretation error |

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 17:23-24 | "Currently CNBM International Trading Company is a parent company of CNBM USA." | "Currently CNBM International is the parent company of CNBM USA." | Interpretation error |
| 18:24-19:1 | "I would also like to confirm that I think in the year 2010, CNBM International Trading Company was not the parent company of CNBM USA." | "I would also want to confirm the same point. I think in the year 2010, CNBM International was actually not the parent company of CNBM USA." | Interpretation error |
| 25:10-11 | "CNBM International Trading Company." | "CNBM International." | Interpretation error |
| 25:17 | "CNBM International Trading Company." | "CNBM International." | Interpretation error |
| 25:23-24 | "CNBM International Trading Company." | "CNBM International." | Interpretation error |
| 26:3 | "His" | "Her" | Clarification |
| 26:17 | "CNBM International Trading Company." | "CNBM International." | Interpretation error |
| 31:11-12 | "Do you have all the documents that you reviewed collected in one area?" | "Were all of the documents that you reviewed collected from one area?" | The interpreter asked if the documents reviewed were collected "from" the same area, which is different than what the attorney asked. The response from the witness was based on what was said by the interpreter. |
| 38:8 | "I'm aware of this company." | "I know this company." | Interpretation error |
| 39:3 | "Who's parent company?" | "Whose parent company?" | Interpretation error |
| 39:14 | "CNBM International Trading." | "CNBM International." | Interpretation error |

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 45:1-5 | "I'd like to repeat that since I am not the creator of this chart; therefore, I do not know how to insert CNBM USA into this chart. As far as I know, CNBM USA is a wholly owned subcompany of CNBM International Trading." | "I'd like to repeat that I am not the creator of this chart, I do not know how to insert CNBM USA into this chart, and what I know is that CNBM USA is a wholly owned subsidiary of CNBM International." | Interpretation error |
| 48:2 | "small district" | "smaller area" | Clarification |
| 49:4-5 | "Are you referring to bank transactions or bank account receivable or other activities?" | "Are you referring to bank accounts transfers, or bank account remittance, or other activities?" | Interpretation error |
| 49:10-11 | "There were bank transactions and account payables as a legal corporation." | "There are bank transfers and account receivables as a legal corporation." | Interpretation error |
| 49:14 | "account payables?" | "account receivables?" | The interpreter mis-interprets the question. |
| 50:12 | "CNBM USA Corporation" | "CNBM USA Company" | Interpretation error |
| 50:18 | "accounts payable" | "accounts receivable" | The interpreter inaccurately translated "accounts payable" in the English question to "accounts receivable" in Chinese. |
| 52:25-53:2 | "I'm not quite clear about the definition of 'merchandise.' I said I'm not sure what specific products it sold." | "I am not quite clear about the specific names of the merchandise. I said that I am not sure what products it sold." | Interpretation error |
| 55:11-14 | "Mr. Vejnoska: Would you please mark the prior answer.<br>A: Zhang Lina is the only employee that was paid a salary in the USA company." | "A: Zhang Lina is the only employee in the USA Corporation that was paid remuneration.<br>Mr. Vejnoska: Would you please mark the prior answer." | Interpretation error. Transcription error. |

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 56:5-7 | "Zhang Lina was an employee at the time of the USA company; therefore, her salary was not paid on commission base." | "Zhang Lina was then an employee of the USA Corporation, therefore her salary was not paid through commissions." | Interpretation error |
| 58:1 | "at the same time as" | "together with" | Interpretation error |
| 58:8-9 | "familiarize itself with" | "was familiar with" | The interpreter did not convey "familiarize itself with" from the attorney's question accurately into Chinese. |
| 62:7 | "the company." | "a company." | Interpretation error |
| 64:1-4 | "Since 2011, I don't have a clear recollection of the specific time.  Since 2011, CNBM International Trading had become CNBM USA's parent company." | "Since 2011, while I don't have a clear recollection of the specific time, in 2011, CNBM International became the parent company of CNBM USA." | Interpretation error |
| 64:10 | "CNBM International trading." | "CNBM International." | Interpretation error |
| 64:19 | "CNBM International Trading" | "CNBM International" | Interpretation error |
| 66:17-18 | "made any filings with the State of California" | "submitted any documents in California" | The interpreter mis-interpreted the question |
| 66:20 | "filings?" | "documents?" | The witness asked about documents given the prior inaccurate translation.  The interpreter again mis-interpreted "documents" and "filings." |
| 66:21 | "filings." | "documents." | The interpreter mis-interpreted the question |
| 66:23-24 | "I'd like to know what specifically you mean by 'filings.'" | "I'd like to know what specifically you mean by 'any corporate documents.'" | The witness asked about documents given the prior inaccurate translation.  The interpreter again mis-interpreted "documents" and "filings." |

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 68:4-7 | "As far as I know, he assisted us in creating the audited financial report, accept the audited financial report, I'm not sure whether he had kept any other documents for CNBM USA Corporation." | "As far as I know, he assisted us in creating the audited financial report. Except the audited financial report, I'm not sure whether he had kept any other documents for CNBM USA Corporation." | Interpretation error |
| 70:19 | "take charge of" | "manage" | Interpretation error |
| 71:6 | "operation of business" | "operation" | Interpretation error |
| 73:21-22 | "I'm not sure what is a definition in the United States." | "I am not sure what is the definition for subsidiaries in the United States." | Interpretation error |
| 74:10 | "You would defer to others" | "You would enquire of others" | The interpreter mis-interpreted the question |
| 75:23-24 | "CNBM International Trading Company." | "CNBM International." | Interpretation error |
| 76:2 | "CNBM International Trading Company" | "CNBM International" | Interpretation error. This error leads to the follow-up questions about CNBM International Trading Company. |
| 76:12-15 | "You have spoken about CNBM International Trading Company, yet the profile form says 'CNBM International Corporation,' and I'm trying to find out whether they are the same entities." | "You have spoken about CNBM International Trading Company, yet the profile form says 'CNBM International Trading Company,' and I'm trying to find out whether they are the same entities." | The interpreter mis-interprets the question. This error leads to the witness asking for the question to be repeated. |
| 81:25 | "he" | "you" | Clarification |
| 92:4-7 | "Number four -- I'm sorry, I'd like to make additional comments -- there's no way that I will know the affairs of CNBM Group because I'm being deposed on behalf of CNBM USA." | "Number four -- I'm sorry, I'd like to add one more point.  As to the affairs of CNBM Group, I have no way of knowing, because I am here being deposed on behalf of CNBM USA." | Interpretation error |

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 92:13-15 | "There are no relationships of holding shares or being held of shares between them, and there are no contacts of personnels in between them." | "There are no relations of holding the shares or shares being held between them, and there are no relations of personnel between these two companies." | Interpretation error |
| 96:6-7 | "The e-mail sent was the domain name of icnbm.com." | "The e-mail was sent from the domain name of icnbm.com." | Interpretation error |
| 97:17 | "office" | "offices" | Interpretation error |
| 103:3-4 | "The data before 2013." | "The data was before 2013." | Interpretation error |
| 107:24 | "corporate dealings" | "corporate transactions" | The interpreter mis-interprets the question. |
| 108:2-3 | "Not between 2014 and 2015. I did not see what was before that. I'm not sure." | "Not between 2014 and 2015. I didn't see any before that. I don't know." | Interpretation error |
| 113:17 | "CNBM" | "CNBM USA" | Clarification |
| 115:21-23 | "I know there were some fee expenses of the USA company, and I knew it was a USA company who paid for the fee expenses." | "I know that the USA Corporation had costs as expenses, I knew that such expenses were paid by the USA Corporation." | Interpretation error |
| 128:4-6 | "A: I'm not sure. Do you have any reason to believe that Exhibit 572 is not an authentic business record of CNBM USA Corporation." | "A: I'm not sure. Q: Do you have any reason to believe that Exhibit 572 is not an authentic business record of CNBM USA Corporation?" | The answer and question are mixed together |
| 128:10-12 | "Number two, the people authorized to represent CNBM USA Corporation do not include this person by the name of Johnson." | "Number two, this person by the name of Johnson is not included in the people authorized to represent CNBM USA Corporation." | Interpretation error |
| 128:14 | "you cannot say" | "it can't be said" | Interpretation error |

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 129:5-7 | "I don't have a clear recollection on the products being sold by CNBM USA Corporation;" | "I don't have a clear recollection on the products that were previously sold by CNBM USA Corporation;" | Interpretation error |
| 138:5-6 | "do the above companies sell and where do they sell" | "the above companies sell and to where do they sell" | Interpretation error |
| 139:10-11 | "I'm also not sure, if it, indeed, has sold aluminum foil, then when was it?" | "I'm also not sure, if it had actually sold aluminum foil, when it was." | Interpretation error |
| 142:15 | "is a mistake" | "are mistakes" | In Chinese the plural forms cannot be distinguished. |
| 142:17 | "CNBM International China company" | "CNBM International Corporation China" | Interpretation error |
| 144:23 | "To promote products --" | "To promote the sales of products --" | Interpretation error |
| 145:1 | "-- and to realize transactions." | "-- and to facilitate trade." | Interpretation error |
| 146:9 | "that are sold by CNBM USA?" | "that were previously sold by CNBM USA?" | Interpretation error |
| 148:4 | "I don't even know what the English says." | "I don't even know what the English is." | Interpretation error. Mr. Zhang meant that he did not know the English meaning for this word plasterboard, which he mentions again at 148:9-11. |
| 150:6 | "produced" | "submitted" | The interpreter mis-interprets the question, and the witness answers based on the mis-translation. |
| 151:1 | "I did not disagree with." | "I disagreed with." | Interpretation error |
| 153:15 | "what is a current bank account." | "which bank account is the current bank account." | Interpretation error |

| Page/Line | Transcript | Correction | Reason |
|---|---|---|---|
| 154:5-7 | "I have seen some introductory documents in regard to bank accounts, some of those produced bank accounts. I've seen a document in which contains the list of bank accounts." | "I have seen some introductory documents about bank accounts, including documents introducing bank accounts. I've seen a document which contains the list of bank accounts." | Interpretation error and transcription error due to coughing during the testimony. |
| 158:13 | "any account" | "each account" | Interpretation error |
| 159: 12 | "any account" | "each account" | Interpretation error |
| 165: 24 | "intermediary trade" | "entrepot trade" | The interpreter mis-interprets the question |
| 176:20-22 | "what entity is it being referred to for 'subsidiary companies'?" | "what entity is it being referred to as 'subsidiary companies'?" | Interpretation error |
| 177: 15 | "produced --" | "created --" | Interpretation error |
| 177: 18 | "produced" | "created" | Interpretation error |
| 178:20 | "shareholding" | "capital stock" | Interpretation error |
| 179: 18 | "'Shareholding,'" | "'Shareholding percentage,'" | The interpreter mis-interprets the question |
| 179:22 | "'Shareholding'" | "'Shareholding percentage'" | Interpretation error |
| 180:3 | "bylaws?" | "Articles of Association?" | Interpretation error. Because the interpreter translated "bylaws" into "Articles of Association," all answers to the questions starting from page 180, line 3 were based on "Articles of Association." |
| 180:4 | "bylaws." | "Articles of Association." | Interpretation error |
| 180:5 | "bylaws?" | "Articles of Association?" | Interpretation error |
| 180:17 | "bylaws." | "Articles of Association." | Interpretation error |

**Acknowledgement of Deponent**

    I, Zhang Shaojun, do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

 

_____

Zhang Shaojun                          Date



## ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 MAIN STREET
SUITE 1100
IRVINE, CALIFORNIA 92614-8255

*tel* +1-949-567-6700
*fax* +1-949-567-6710
WWW.ORRICK.COM

November 13, 2015

Christopher Cruz
(949) 852-7717
ccruz@orrick.com

*VIA E-MAIL*

Kristie Martello
Supervisor of Case Management
Golkow Technologies Inc.
production@golkow.com

Re:     Deposition of Shaojun Zhang (November 3, 2015) Confidentiality Designations

Dear Ms. Martello:

As counsel for CNBM USA, I write to you regarding the deposition on Shaojun Zhang held on November 3, 2015.

The following excerpts from the deposition transcript for Mr. Zhang should be designated Confidential:

- 84:10-91:4

- 93:18-102:9

- 123:11-130:12

- 148:14-158:16

- 181:6-184:2

Exhibits 558, 572, 579, 601, and 605 to Mr. Zhang's deposition should be designated as Confidential.

The following excerpts from the deposition transcript for Mr. Zhang should be designated Highly Confidential:

- 159:3-168:10

- 170:17-178:24

Exhibits 5576 and 612 to Mr. Zhang's deposition should be designated as Highly Confidential.



**ORRICK**

Kristie Martello
November 13, 2015
Page 2

Thank you for your attention to this matter and for your ongoing service on this case.  Please let me know if you have any questions.

Sincerely,


*/s/ Christopher Cruz*


Christopher Cruz


cc:    Alan Weinberger - aweinberger@hanrylaw.com
        Harry Rosenberg - harry.rosenberg@phelps.com
        C. Michael Moore - mike.moore@dentons.com
        Gene R. Besen - gene.besen@dentons.com
        Richard L. Fenton - richard.fenton@dentons.com
        Leah R. Bruno - leah.bruno@dentons.com
        Michael H. Barr - michael.barr@dentons.com
        Justin N. Kattan - justin.kattan@dentons.com
        Bernard Taylor - bernard.taylor@alston.com
        Christina H. Eikhoff - christy.eikhoff@alston.com
        David Venderbush - david.venderbush@alston.com
        Michael P. Kenny - mike.kenny@alston.com
        Russ M. Herman - rherman@hhkc.com
        Sandra L. Duggan - sduggan@lfsblaw.com
        Frederick S. Longer - flonger@lfsblaw.com
        Arnold Levin - alevin@lfsblaw.com
        Leonard A. Davis - ldavis@hhklawfirm.com