6/4/2015             CNBM International Corporation

Search: [_____] [All ▼] [Search]

中文 | English

| Home | About Us | News | Business | Marketing | Overseas | Careers |



### About Us

Current Location: Home >> About Us >> Company Profile

- Company Profile
- Vision & Mission
- Culture
- Strategy
- Organization
- Marketing Network
- Certificate
- Memorabilia

## Company Profile

CNBM International Corporation (CNBM International) is the most important trading platform of CNBM Group Corporation, a state-owned company under the direct supervision of State-owned Assets Supervision and Administration Commission of the State Council.

Since 2004, the trading volume of CNBM International has been doubled in 5 successive years owing to the support of superior corporations and effort of all staff. Meanwhile, we have established strategic partnerships with hundreds of domestic manufacturers and sound business relations with clients from over 120 countries. Currently, we have wholly-owned overseas subsidiaries and branches in 5 countries with a view to realize localization, which also represents an essential progress in our globalization target.

In line with the business, CNBM International launched E-business platform Okorder.com.

Our goal is to transform CNBM International into the global leading brand in building materials industry within 3 to 5 years through innovation and reform, by strengthening the overall management of supply chain, developing and cultivating both domestic and overseas market, improving the procedure and information system, enhancing the ability to organize resources and to provide value-added services under a professional team and a learning organization.

With the advantages in Cement, Composite Materials, New Building Materials and Engineering, we mainly concentrate on coal, steel and construction equipments and give priority to solar and wind energy development simultaneously utilizing our competitive position on traditional building materials to achieve sales revenue of RMB10 Billion in 2013.

CNBM International is highly recognized by its business partners and clients all over the world and has obtained rapid development under the spirit of win-win. We will carry on the mutual beneficial, innovative and revolutionary trading structure as we did before, create value for our employees, share holders and clients and benefit the whole society in our future development.



Legal Statement | Site Map | Contact us

CNBM International Corporation·Webpage All Rights Reserved:(C) 2005-2013 Copyright@2013 京ICP备09078545号



CG: 6/16/15-6/18/15

Exhibit 81-2

**CONTEMPT Exhibit 53**

6/5/2015 中建材国际贸易有限公司

站内搜索： [全部内容 ▼] [立即搜索]

中文 | English

首页 关于我们 新闻中心 业务领域 市场活动 海外机构 人力资源


关于我们 / About Us

关于我们

公司概况
愿景使命
企业文化
经营战略
组织机构
营销网络
资质证书
荣誉证书
大事记



您当前所在页：首页 >> 关于我们 >> 公司概况

## 公司概况

中建材国际贸易有限公司（以下简称"中建材国贸"，英文简称CNBM INTERNATIONAL CORP.）是中国建材集团物流贸易板块的重要成员企业。

中建材国贸在上级公司领导的带领下，全体员工艰苦奋斗，自2004年以来，外贸业务连续翻番、实现了跨越式增长的同时，在国内与百余家生产厂家开展战略合作伙伴关系，在境外与全球120多个国家和地区建立了良好的业务往来。目前已在全球多个国家设立子公司和办事处，逐步推行"属地化"经营策略，在全球化的征程上迈出了重要一步。

随着业务国际化、信息化的发展，中建材国贸在传统国际贸易模式中融入电子商务元素，于2011年推出全新的、服务于全球用户的电子商务平台——易单网。易单网以满足全球用户的快捷需要为目标，整合国内外资源及分布在全球的物流园体系，向国内外客户提供24小时、全程式、一站式采购服务。

中建材国贸的企业目标是以创新和变革为驱动力，以"大建材"、"全球化"、"精益化"为核心，加强对供应链上游、中游、下游的全程控制力，拓展和耕耘国际国内两个市场，全面提升公司的流程化和信息化建设水平，强化对资源的组织能力和对产业的增值服务能力，塑造专家型人才队伍和学习型组织，把中建材国际打造成为行业领先的全球化企业品牌。

中建材国贸将依托集团在水泥制造、复合材料、新型建材和工程装备方面的优势，业务发展以煤炭、钢铁、机械设备为主的大建材为重点，优先发展光伏太阳能和风能产品，强化和提升传统建材产品的既有优势。2013年，公司实现销售收入101亿。

多年来，中建材国贸积极倡导并努力实践合作与共赢的精神，得到了全球合作伙伴与客户的广泛认同，企业实现了跨越式发展。在未来的发展历程中，中建材国贸愿与国内外合作伙伴，互惠互利，创新和变革贸易模式，为员工、股东、客户创造价值，用优异的业绩回报社会及所有的利益相关者。

法律声明 | 网站地图 | 联系我们

中建材国际贸易有限公司·页面版权所有：(C) 2005-2013 Copyright@2013 京ICP备09078545号


D&B Click here 点击这里