# Agreement for Joint Venture

## Chapter 1 - General Provisions

In accordance with the Laws of the State of Ohio, USA and other relevant USA laws and regulations, the CHINA TRIUMPH INTERNATIONAL ENGINEERING CO., Ltd. (CTIEC) and Toledo Engineering Co., Inc. (TECO), adhering to the principle of equality and mutual benefit and through friendly consultations, agree to jointly invest to set up a joint venture enterprise in Toledo, Ohio, USA.

## Chapter 2 - Parties of the Joint Venture

Article 1
Parties of this contract are as follows:

Toledo Engineering Co., Inc. (hereinafter referred to as TECO), registered in USA, having its legal address as 3400 Executive Parkway, Toledo, Ohio 43606 USA.
Legal representative:
    Name: Mr. Todd Seifried
    Position: Vice President of Operations
    Nationality: U.S. Citizen

CHINA TRIUMPH INTERNATIONAL ENGINEERING CO. Ltd. Company (hereinafter referred to as CTIEC), registered in China, having its legal address at 27F, no. 2000, Zhongshanbei Road, Shanghai, P.R. China
Legal representative:
    Name: Mr. SHOU PENG
    Position: Chairman
    Nationality: Chinese

**CONTEMPT Exhibit 67**

## Chapter 3 - Establishment of the Joint Venture Company

Article 2

1


EXHIBIT
CTIEC-TECO 3
Paulson
4.24.15

The name of the Joint Venture company is "CTIEC/TECO American Technology, LLC". The legal address of the joint venture company is 3400 Executive Parkway, Toledo, Ohio 43606 USA.

Article 3
The Joint Venture company has the status of a legal person in the USA and is subject to the jurisdiction and protection of the State of Ohio's laws. All its activities shall be governed by Ohio's laws, decrees and other pertinent rules and regulations.

Article 4
The organization form of the joint venture company is a limited liability company. Each party to the Joint Venture company is liable to the Joint Venture company within the limit of the capital subscribed by it. The profit, risks and losses of the joint venture company shall be shared by the parties in proportion to their contributions of the registered capital.

Article 5
The purpose of the Joint Venture company is to market, sell and develop the technology and services of the Joint Venture partners, on the principle of equality and mutual benefits and to reach a higher level of production technique and technology for obtaining satisfactory economic benefits for the owners to the Joint Venture company.

Article 6
The business scope of the Joint Venture company is to market and sell the partner's products and services and provide after-sale services to the glass manufacturing industry.

## Chapter 4 - Total amount of investment and the registered capital

Article 7
The initial amount of investment of the Joint Venture company is ▮▮▮▮▮ U.S. Dollars.

Article 8

The initial capital of the Joint venture shall be contributed as follows:

TECO shall pay ▮▮▮ U.S. Dollars, accounting for ▮;

CTIEC shall pay ▮▮▮ US Dollars, accounting for ▮.

Article 9

The initial capital of the Joint Venture company shall be paid in by TECO and CTIEC according to their respective proportion of their investment within 3 months after the day the business license is issued.

Article 10

In case any party to the Joint Venture intends to assign or to sell all or part of its share in the Joint Venture to a third party, consent shall be obtained from the other party. Approval from any other Authority is also necessary.

Should the other party of the Joint Venture not give its consent to the assignment or sell, the Joint Venture shall be liquidated.

## Chapter 5 - Responsibilities of Each Party to the Joint Venture

Article 11

TECO and CTIEC shall be respectively responsible for the following matters:

Responsibilities of TECO:

a. Handling of applications for the incorporation, approval, registration, business licenses and other matters concerning the establishment of the joint venture company from the relevant authorities in Ohio, USA.
b. Providing the Joint Venture company with office space and communication facilities etc. in its' Toledo offices at no charge/cost to the Joint Venture (or as little as the appropriate laws allow).
c. Assisting the Joint Venture company in providing management personnel as needed at no charge to the Joint Venture. All related costs of travel, sales, etc. shall be paid by TECO unless otherwise mutually agreed at no charge to the Joint Venture.
d. Assisting foreign partners and staff in applying for the entry visa and

      processing their traveling matters.
- e. Providing the initial investment as outlined herein.
- f. Responsible for handling other matters entrusted by the Joint Venture company.

Responsibilities of CTIEC:
- a. Getting China authorities approval of the Joint Venture Agreement.
- b. Providing the Joint Venture company with office space and communication facilities, etc. in its' Shanghai, China offices at no charge/cost to the Joint Venture (or as little as the appropriate laws allow)
- c. Assisting the Joint Venture company in providing management personnel as needed. All related costs of travel, sales, etc. shall be paid by CTIEC, unless otherwise mutually agreed.
- d. Assisting foreign partners and staff in applying for the entry visa and processing their travel matters.
- e. Providing the initial investment as outlined herein.
- f. Responsible for handling other matters entrusted by the Joint Venture company.

## Chapter 6 - Business development

Article 12
The business of joint venture company will be developed ████████████ ████ and in other select markets, as mutually agreed. The pricing policies will be determined by the Board of Directors according to the international market.

Article 13
In order to provide service ████████ or abroad, the Joint Venture company may use the sales offices of CTIEC in China or TECO, subject to the approval of relative Chinese department.

## Chapter 7 - Shareholder's Meeting

Article 14

The Company shall have a Shareholders' Meeting comprised by both Parties. The Shareholders' Meeting shall be the highest authority of the Company.

Article 15

The Shareholders' Meeting shall exercise the following powers:
1. To decide on the Company's operational policies and investment plans;
2. To elect and replace directors and officers and decide on related matters;
3. To review and approve reports of the Board;
4. To review and approve reports of the officers;
5. To review and approve the Company's proposed annual financial budget and the audited final accounts;
6. To review and approve the Company's plans for profit distribution and recovery of losses;
7. To decide on increases in or reductions of the Company's registered capital;
8. To decide on issues such as merger, division, change in corporate form or dissolution and liquidation of the company;
9. To amend the Company's articles of incorporation;
10. Deciding to set up, merge or close branches or representative offices;
11. Other related matters provided in the articles of incorporation of the Company;
12. To decide to issue guarantees to whatever third parties.

Article 16

Each party has the right to propose motions for the Shareholders' Meeting in writing. The matters raised in such motions, if falling within authority of the shareholders' meeting, shall be discussed at the Shareholders' Meeting and be decided by voting.

Article 17

1) Shareholders' Meetings include regular meetings and interim meetings. Regular meeting shall be convened once a year.

   Shareholders' Meetings shall be convened by the Board. The Board shall inform the Shareholders of the date, place and agenda of the meeting in a

5

written notice, which may be attached with a form of proxy, at least fifteen (15) business days before the meeting is convened. The Shareholders (in person or through their appointed proxies) have the obligation to attend each Shareholders' Meeting duly convened.

The shareholders' meetings shall be presided over by the Chairman of the Board. If the Chairman is unable to perform his duties, the Vice-Chairman or another director designated by the Chairman to preside, any director appointed by the Board shall preside over the meeting. If no person is appointed by the Board to preside, a shareholder elected by the shareholders present at the meeting shall preside over the meeting. If for any reason the shareholder so elected is unable to preside over the meeting, another shareholder (or its appointed proxy) present at the meeting whose voting rights are the largest, shall preside over the meeting.

2) An interim Shareholders' Meeting shall be convened by the Chairman within fifteen days under any of the following circumstances.
   - shareholder(s) representing one-fourth or more of the voting rights so request;
   - one-third or more of the directors so request;
   - the board of supervisors so request;
   - the number of the directors is less than the quorum provided by the Contract or the Company Law; or
   - the un-recovered losses of the Company reach one-third of the Company's total registered capital.

3) Shareholders shall exercise their voting rights at Shareholders' Meetings in accordance with the proportions of their capital contribution. Except as otherwise provided in the Company Law, resolutions of the Shareholders' Meeting shall be adopted with affirmative votes from Shareholder(s) holding more than ▓▓▓▓▓▓ of all the voting rights of the Shareholders.

### Chapter 8 - The Board of Directors

6

Article 18

The Shareholders shall establish the Board of Directors.

Article 19

The Board of Directors shall decide all major issues concerning the joint venture company. Its functions and powers are as follows:
- deciding and approving the important reports submitted by the Chairman or other officers (for instance: business plan, annual business report, funds, loans, etc);
- submitting annual financial reports, budget of receipts and expenditures, distribution plan of annual profits to the Shareholders for approval;
- adopting major rules and regulations of the company.

Article 20

The Board of Directors shall consist of 4 directors, of which 2 shall be appointed by TECO, 2 by CTIEC. The term of office for the directors is four years and may be renewed. All decisions of the directors must be approved by three (3) or more directors.

Article 21

The Chairman of the Board of Directors is the legal representative of the Joint Venture. The Chairman of the board and the vice chairman of the board shall be elected by the four directors.

Article 22

When appointing and replacing directors, a written notice shall be submitted to the Shareholders.

Article 23

The Board of Directors shall convene at least 1 meeting every year. An interim meeting of the board of directors may be held based on a proposal made by at least two members of the board.

Article 24

The board meeting will be held in the principle offices in Toledo, Ohio USA, unless mutually agreed to be held elsewhere.

7

Article 25

The board meeting shall be called and presided by the chairman. Should the chairman be absent, the vice chairman shall call and preside over the board meeting in accordance with the authorization in written form.

Article 26

The chairman shall give each director a written notice 30 days before the date of the board meeting. The notice shall cover the agenda, time and place of the meeting.

Article 27

Should the directors be unable to attend the board meeting, they may present a proxy in written form to the board. In case the director neither attends nor entrusts others to attend the meeting, he will be regarded as abstaining in any decisions.

Article 28

The board meeting requires a quorum of at least 3 directors out of which at least 1 director was appointed by TECO and 1 director was appointed by CTIEC. Without the above conditions the board of directors meeting is to be considered null and void.

Article 29

Detailed written records shall be made for each board meeting and signed by all the attending directors or by the attending proxy. The record shall be made in the English language, but must be filed with both TECO and CTIEC.

Article 30

The following issues shall be passed by over two-thirds of the total number of directors.
1. Change in the purpose of the Joint Venture;
2. Change in the business management plan of the joint venture company;
3. Engagement of the officers of the Joint Venture company;
4. Proposals to the Joint Venture to reserve any proportion of the various

8

funds and direction of use.

Article 31

In case of graft, dereliction of duty, selfish behavior of any of the directors of the Board, which might cause any kind of loss or damage to the business or to the image of the Joint Venture, the director shall bear all the legal and economic responsibilities and can be immediately dismissed by the Shareholders.

## Chapter 9 - Business Management Organization

Article 32

The Board of Directors of the Joint Venture shall establish a management organization. It shall consist of at least the following officers:
   a. Chairman
   b. President
   c. Vice President-Sales and Marketing
   d. Chief Financial Officer

These officers shall be selected from and continue to be employees of the Shareholders. The officers shall be compensated by their employer.

Article 33

The Chairman is directly responsible to the board of directors. He shall carry out the decisions of the board of directors, organize and conduct the daily sales, technology and marketing efforts. The President shall assist the Chairman in his work and act as the agent of the Chairman during his absence and exercise the function of the Chairman.

Article 34

The Board of Directors shall decide on the major issues concerning the daily work of the joint venture company, which shall be executed jointly by the officers. Issues which need co-signatures shall be specifically stipulated by the Board of Directors.

Article 35

The term of office for the officers shall be one year, and may be renewed by the

invitation of the Board of Directors.

Article 36
At the invitation of the Board of Directors, the officers may concurrently be the Directors or other high-ranking personnel of TECO or CTIEC.

Article 37
The Chairman, President and other officers should hand any report in written form to the board of directors 60 days in advance if they want to apply for resignation.

Article 38
Unless otherwise approved by the Shareholders or the Board, the Chairman, the President, and any other officers may not hold posts or consult for any other economic organization which might be considered in competition with the Joint Venture.

## Chapter 10 - Purchase of Marketing Services

Article 39
In its purchase of required marketing and sales brochures or other advertising, the Joint Venture company shall give first priority to purchase in China where conditions are the same.

## Chapter 11 - Tax, Finance and Audit

Article 40
Joint venture company shall pay taxes in accordance with the stipulations of Ohio, the USA and Chinese law and other relative regulations.

Article 41
The joint venture company shall maintain its accounting at the office at its legal address, have accountants, work out financial rules and regulations according to Ohio, USA laws.

### Article 42

All vouchers and books of account shall be in the English language. Financial statements and reports of the joint venture company shall be written in the English language and translated to Chinese by CTIEC.

### Article 43

Parties to the joint venture have the right to invite an auditor to undertake annual financial check and examination at the expense of the Joint Venture. The joint venture company shall provide assistance for the audit and examination.

### Article 44

In the first three months of each fiscal year, the officers shall prepare the previous year's balance sheet, profit and loss statement and proposal regarding the disposal of profits, and submit them to the board of directors for examination.

### Article 45

The Joint Venture company shall prepare its regular reports to the shareholders and taxing authorities as required in accordance with laws of Ohio, USA.

## Chapter 12 - Duration, Termination and Liquidation

### Article 46

The duration of the Joint Venture company shall be perpetual, beginning from the day when business license is issued.

### Article 47

The Joint Venture may be terminated by the Shareholders whenever the parties to the joint venture agree unanimously that the termination of the joint venture is for the best interests of the parties.

### Article 48

The Parties shall commit themselves to develop the Joint Venture in order to reach

11

the agreed business scope and targets.

Either party shall have the right to terminate the Joint Venture in case any one of the following situations occurs:
- When the Joint Venture company has no way to continue operation due to failure of either party in implementing the obligations stipulated in this agreement;
- When the Joint Venture company is unable to obtain the business targets stipulated in this agreement due to breach of this agreement or the articles of association by either party.
- When the Joint Venture company fails to start the business activities according to the plan, due to the failure of either party in submitting the agreed amount of capital in the due period of the time stipulated in this agreement.
- When the Joint Venture company is affected by Force Majeure and fails to establish or continue normal operation.

Article 49
Upon the expiration or termination of the Joint Venture, the Board of Directors shall work out procedures and principles for the liquidation, nominate candidates for the liquidation committee, and set up the liquidation committee for liquidating the Joint Venture company's assets.

Article 50
The tasks of the liquidation committee are: to conduct thorough check of the property of the Joint Venture company, its claim and indebtedness; to work out the statement of assets and liabilities and list of property; to formulate a liquidation plan. All these shall be carried out upon the approval of the Board of Directors.

Article 51
The liquidation expenses and remuneration to the members of the liquidation committee shall be paid in priority from the existing assets of the Joint Venture company.

Article 52

The remaining profit after the clearance of debts of the Joint Venture company shall be distributed among the parties to the joint venture according to the proportion of each party's investment in the registered capital and shall be transferred to the Party's bank accounts in their countries in U.S. Dollars.

Article 53
Upon completion of the liquidation, the Joint Venture company shall submit a liquidation report to the appropriate authorities, go through the formalities for closing the operation and its business license, and, at the same time, make an announcement to the public.

Article 54
After winding up of the Joint Venture company, its account books shall be left in the care of the U.S. participant.

## Chapter13 - The Amendment, Alteration and Discharge of the Contract

Article 55
The amendment of this agreement or other appendixes shall come into force only after the written agreement is signed by TECO and CTIEC and approved by any applicable examination and approval authority.

Article 56
In case of inability to fulfill the agreement or to continue operation due to heavy losses in successive years as a result of force majeure, the duration of the Joint Venture and the agreement shall be terminated by the unanimous agreement of the Shareholders.

## Chapter14 - Force Majeure

Article 57
Should either of parties to the contract be prevented from executing the contract by

force majeure, such as earthquake, typhoon, flood, fire and war and other unforeseen events, and their happening and consequences are unpreventable and unavoidable, the prevented party shall notify the other party by cable without any delay, and within 15 days thereafter provide the detailed information of the events and a valid document for evidence issued by the relevant public notary organization for explaining the reason of its inability to execute or delay the execution of all or part of the contract. Both parties shall, through consultations, decide whether to terminate the agreement or to exempt the part of obligations for implementation of the contract or whether to delay the execution of the contract according to the effects of the events on the performance of the contract.

## Chapter 15 - Applicable Law

Article 58
The formation of this agreement, its validity, interpretation, execution and settlement of the dispute shall be governed by the laws and resolved in the courts of the State of Ohio, USA.

## Chapter 16 - Settlement of Disputes

Article 59
Any disputes arising from the execution of, or in connection with this agreement shall be settled through friendly consultations between both parties.

## Chapter 17 - Writing

Article 60
The agreement shall be written both in a Chinese version and in an English version, even though the State of Ohio shall only recognize or apply the English version. The English version shall be the official, legal record of this agreement.

## Chapter 18 – Articles of Association

Article 61

The Articles of Association shall be written by the officers of the Joint Venture in compliance with the Laws of the State of Ohio, USA.

Article 62

The agreement shall come into force beginning on the date of the issuance of the business license or applicable certificate of incorporation.

Should notices in connection with any party's rights and obligations be sent by either TECO or CTIEC, they must be written and shall be also be required in the English language. The legal addresses of TECO and CTIEC listed in this contract shall be the posting addresses.

Article 63

The agreement is first signed in English by the authorized representatives of both parties on the 30th of March, 2005.

For TECO
(signature)

*Scott Slater*

Printed Name

*[signature]*

Signature -

*Chairman*

Title

For CTIEC
(signature)

Printed Name

Signature

Title