<u>**Partial Translation of CNBMCO00076251-00076290**</u>

<u>**CNBMCO00076251**</u>

**CNBM Investment Company Limited**

**Notes of 2010 Annual Financial Statements**

Unless otherwise specified, all money amounts use yuan as the monetary unit)

## I. Basic facts of the Company

### 1. Company Overview

Registered English name of the Company: CNBM Investment Co., Ltd.

Registered Capital: RMB500 million yuan

Legal Representative: Jianglin Cao

Registered Address and the Address of the Headquarters: 12 Floor South, Guomao Building, Renmin S Rd, Luohu District, Shenzhen

### 2. Company History

CNBM Investment Co., Ltd. (formerly known as "BND Co., Ltd.", and abbreviated below as "the Company" or "Company") was established in December, 2000 as a limited liability company jointly invested and established by four corporate enterprises, including Beijing New Building Materials Public Limited Company, Beijing New Building Materials (Group) Company Limited, China National Building Materials & Equipment Import & Export Corporation Zhujiang Branch and Shenzhen Zhujiang Building Industrial Company. The Company has a registered capital of RMB200 million yuan at the time of its establishment.

In June, 2001, the Company's general meeting of shareholders resolved and approved Beijing New Building Materials Public Limited Company, the controlling shareholder of the Company, to increase its capital contribution to the Company with the amount of the appraised value of the 80% equities it held of BND Digital Co., Ltd.; since then, the registered capital of the Company was increased to RMB215.67808525 million yuan.

CONTEMPT
Exhibit 68

In June, 2002, former shareholders of the Company, the three companies who were China National Building Materials & Equipment Import & Export Corporation Zhujiang Branch, Shenzhen Zhujiang Building Industrial Company and Beijing New Building Materials (Group) Co., Ltd. signed an equity transfer agreement with China Fiberglass Co., Ltd. and agreed to transfer the equities they held of the Company to China Fiberglass Co., Ltd. respectively; hereby China Fiberglass Co., Ltd. became a minority shareholder (held 18.546% of the Company's shares) of the Company. In December, 2002, Beijing New Building Materials Public Limited Company, the controlling shareholder of the Company, signed an agreement with China Fiberglass Co., Ltd. and transferred 1.454% equities of the Company it held to China Fiberglass Co., Ltd. After this equity transfer, Beijing New Building Materials Public Limited Company held 80% and China Fiberglass Co., Ltd. held 20% equities of the Company.

In December, 2007, Beijing New Building Materials Public Limited Company and China Fiberglass Co., Ltd. respectively transferred 80% and 20% of the Company's equity to China National Building Material Co., Ltd.; hereby the Company became a wholly owned subsidiary of China National Building Material Co., Ltd.

In March, 2009, China National Building Material Co., Ltd. increased capital with the amount of RMB284.32191475 million yuan in the manner of cash and cash

**CNBMCO00076252**

equivalents, which has been verified by the verification report numbered at Zhongxi Verification Zi [2009] No.01010 issued by Zhongxi CPA Co. Ltd.; after the capital increase, and the registered capital of the Company was changed to RMB500 million yuan.

## 3. Industry the Company belongs to and the Company's Business Scope

Industry belongs to: trade & leasing

Business scope of the Company: investment in industrial projects (specific projects are subject to application); engagement in logistic businesses; electronic commerce service; domestic business, material supply and distribution industry (excluding national franchise, exclusive control and monopoly goods); conduct of import and

export businesses (excluding the projects prohibited by law, administrative regulations and SASAC decisions, and projects subject to restrictions can only be conducted after approval); conduct of real estate development and management on the land which the Company has legally obtained land-use right).

## 4. Main Products or Services Provided by the Company

Main businesses of the Company include logistics & trade, new type house construction and equity investment.

## 5. The Controlling Shareholder of the Company and the Actual Controller

China National Building Material Company Limited holds 100% of the Company's equity, and the actual controller of the Company is China National Building Material Group Corporation.

…

**CNBMCO00076266**

…

(III) Basic facts of the subsidiaries that were covered by the consolidated report of this period

| No. | Enterprise Name | Percentage of Equity Holdings (%) | Right to Vote (%) | Registered Capital | Investment Amount | Level | Enterprise Type | Type of Audit Opinion | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | UNITED SUNTECH CRAFT, INC. | 100.00 | 100.00 | 1,000,000.00 US dollars | 4,966,020.00 | 2 | 3 | | Note 2 |

…

**CNBMCO00076284**

…

3. Basic facts of the subsidiaries of the Company

| | Registered Capital | Total Equity the Company Holds |
|---|---|---|

| Name of Subsidiary | Registered Address | Nature of Business | This Term | Previous Term | This Term | Previous Term |
|---|---|---|---|---|---|---|
| UNITED SUNTECH CRAFT, INC. | California, USA | Importer and wholesaler of building materials and hardware | 1,000,000.00 US dollars | 1,000,000.00 US dollars | 100% | 100% |

…

**CNBMCO00076287**

(iii) Significant equity investment calculated based on cost method

| Name of the Investee | Investment Cost | Balance in the Beginning of Period | Accrued during this Period | Decreased during this Period | Balance in the End of Period |
|---|---|---|---|---|---|
| … | … | … | … | … | … |
| UNITED SUNTECH CRAFT, INC. | 4,966.020.00 | 4,966.020.00 | - | - | 4,966.020.00 |
| … | | | | | |

**CNBMCO00076290**

…

CNBM Investment Co., Ltd.

April 10th, 2011

Building materials investment limited company

2010 annual account annotated that (besides has to indicate in addition, all amounts take Renminbi as monetary unit) basic situation in one, enterprise

1st, the company profile company registers English name: CNBM Investment Co., Ltd

Registered capital: Renminbi 500,000,000.00 Yuan

Legal representative: Cao Jianglin

Registration address and headquarters address: South Shenzhen Luohu Renmin South country trade building 12 buildings

2nd, historical evolution

The building materials investment limited company (old name "the northern new physical distribution limited company", hereafter referred to as "this company" or "company") is in December, 2000 by the limited liability company that the Beixinjituan building materials limited liability company, the northern new building materials LLC and Chinese building material and equipment import and export Pearl River Corporation and Shenzhen Pearl River construction industrial corporation and other legal person enterprises invested to set up together. When the company was established the registered capital is the Renminbi 200,000,000.00 Yuan.
In June, 2001, after the company shareholder meeting resolution, agreed that the holding shareholder Beixinjituan building materials limited liability company in company the value after appraisal carries on to increase funding by the northern new numerical code limited company 80.00% stockholder's rights of legal keeping to this company by it, company's registered capital increases for the Renminbi 215,678,085.25 Yuan.
In June, 2002, company's original shareholder China building material and equipment import and export Pearl River Corporation and Shenzhen Pearl River construction industrial corporation and northern new building materials LLC and other company and Chinese Bolivia filament limited liability company (old name China chemistry building materials limited liability company) sign transfer of share rights agreement, its had separately the stock transfer of company to the Chinese Bolivia filament limited liability company, thus made the Chinese Bolivia filament limited liability company to become the share-holding shareholder in this company (ownership percentage is 18.546%). In December, 2002, the holding shareholder Beixinjituan building materials limited liability company and Chinese Bolivia in filament limited liability company signed the agreement, its had the company 1.454% transfers of share rights to the Chinese Bolivia filament limited liability company. After this transfer of share rights completes, the Beixinjituan building materials limited liability company has company's stockholder's rights is 80%, the Chinese Bolivia filament limited liability company has company's stockholder's rights is 20%.
In December, 2007, the Beixinjituan building materials limited liability company has the stockholder's rights 80%, China Bolivia filament limited liability companies in company to have company's stockholder's rights 20% to give to the Chinese building materials limited liability company, this company becomes the Chinese building materials limited liability company wholly-owned.
In March, 2009, the Chinese building materials limited liability company increases funding 284,321,914.75 Yuan by the monetary fund, by happy accounting firm limited liability company writes up "examined character [2009] No. 01010 to examine the capital report confirmation happily", after increasing funding, the registered capital becomes the Renminbi 500,000,000.00 Yuan.
3rd, this company location profession and management scope location profession: The trade, rents industry.

This company's management scope: Investment industrial project (specific items separately declaration); Engaged in in the logistics business; Electronic commerce service; The internal commerce, the commodity supply and sales industry (, do not control, monopolization commodity including monopolizing specially); The management import and export business (law, administrative rules and regulations and State Council decided project that forbids is an exception, after project of limit must obtain permission,

management); In obtains the right of use on the land to be engaged in the property development management legitimately.
4th, the key business content that of labor service company this company main product or provides for physical distribution trade, new house construction and equity investment.

5th, this company controls stock the shareholder and actually controls the person company's stockholder's rights 100% to have by the Chinese building materials limited liability company, the substantial control person in this company is Chinese building material Group.

Second, financial reporting's establishment foundation financial reporting takes the company to manage the supposition continually as the foundation, according to transaction item that has actually, according to "Business accounting Criterion" that Ministry of Finance on February 15, 2006 promulgated and additional regulations, and based on the following to state the important accounting policy and accountant to estimate that carried on the establishment.

Third, follows the statement of business accounting criterion

This company above establishment foundation establishment-based the financial reporting tallied on February 15, 2006 "Business accounting Criterion" request of Ministry of Finance promulgation, accurately completely has reflected the financial situation, the management performance and the cash flow company and so on related information.
Fourth, explanation (1) fiscal year that the important accounting policy and accountant estimated

This company's fiscal year from solar calendar January 1 till December 31.

(2) Accounting standard money company takes Renminbi as the accounting standard money. This subsidiary BNBM PNG LTD takes Keener as the accounting standard money, this subsidiary UNITED SUNTECH CRAFT, INC takes US dollar as the accounting standard money, this subsidiary CNBMI Ausralia Pty Ltd takes the Australian Dollar as the accounting standard money.
(3) Accounting foundation and valuation principle.
This company takes the power and responsibility to have the system as the accounting foundation, takes the actual cost as the valuation principle. Various properties when acquisition according to actual cost measurement, if after that has the depreciation, raises the corresponding depreciation preparation according to the business accounting regulation idea.
(4) The foreign currency service's calculation method and conversion method company involves the foreign currency the economic work, the foreign currency transaction must when the initial confirmation, used the transaction to occur the date spot rate approximate exchange rate (the end of last month or the last end of quarter exchange rate) the foreign currency amount conversion for the accounting standard money amount; In the balance sheet date, to the foreign currency currency project, used the balance sheet date spot rate conversion; When balance sheet date spot rate and initial confirmation remittance difference that or the preceding balance sheet date spot rate different had, included the working as time profit and loss; By the foreign currency non-currency project of historical costs measurement, still used the transaction to occur the date spot rate conversion, does not change its accounting standard money amount; Used the sound value determination date spot rate conversion, the accounting standard money amount and original accounting standard money after amount conversion difference, included the working as time profit and loss.
When the end of the period, the company carries on the conversion to beyond the border subsidiary company foreign currency financial reporting, property and debt project in the balance sheet, use the balance sheet date spot rate conversion, the shareholder rights project besides "undistributed profit", other projects used to occur the date spot rate conversion.
Income and expense item in the profit report, used the transaction to occur the date spot rate approximate exchange rate (the end of last month or the last end of quarter exchange rate) conversion.
Cash flow statement all projects deferred to the cash flow to occur the date spot rate approximate exchange rate (the end of last month or the last end of quarter exchange rate) conversion. The exchange rate change influence volume to the cash as the adjustment project, lists "exchange rate change in the cash flow statement and effect of cash equivalent project reflection alone to the cash".

As a result of difference that financial reporting conversion has, lists "foreign currency report form conversion difference" under the balance sheet shareholder rights project alone project reflection.
(5) The cash and cash equivalent's determination standard cash flow statement's cash refers to the enterprise cash holdings and may momentarily be used in the payment the deposit. The cash equivalent referred to the deadline that had short (usually referring to from purchase date in three months due), fluidity strong, easy to transform into the known amount cash and value change risk very small investment.

(6) The calculation method of financial instruments

The financial instruments are refer to forming enterprise's monetary assets, and forms the financial debt or the rights tool's of other units contract.

1st, the confirmation and termination confirmation of financial instruments

When this company in becoming a financial instruments contract side confirmed monetary assets or the financial debt.

The monetary assets satisfy one of following conditions, terminates to confirm:

(1) gathers this monetary assets cash flow the contract right to terminate;

(2) this monetary assets shifted, and meets the termination confirmation condition of following monetary assets shift. If the responsibility of financial debt has fulfilled, has abolished or expires, carries on the termination confirmation to the financial debt. If the existing finance is in debt by same creditor to materially another financial debt of almost different article be substituted, or article of existing debt almost completely by substantive revision, then this kind of replace or the revision were in debt as the termination confirmation and confirmed that new debt processing, the difference includes the working as time profit and loss.

Financial debt termination confirmation condition: The current obligation of financial debt completely or the part has relieved, terminates to confirm this financial debt or its one part. Finance is in debt completely or part termination confirmation, will terminate the confirmation part the value of the book value and payment (including exiting new financial debt that non-cash asset or undertakes) between difference, includes the working as time profit and loss.

2nd, monetary assets classification and measurement

This company's monetary assets in initial confirmation for the following four kinds: By sound value measurement, and its change includes, when the time profit and loss' monetary assets, have to due investment, loan and receivable fund, may supply the sell monetary assets. When the monetary assets are at the initial confirmation by the sound value measurement. Regarding Israeli sound value measurement, and its change includes the working as time profit and loss the monetary assets, the related transaction cost includes the working as time profit and loss directly, other categories' monetary assets related transaction costs include its initial confirmation amount.

(1) by sound value measurement, and its change includes the working as time profit and loss the monetary assets

By sound value measurement, and its change includes the working as time profit and loss the monetary assets, when including transaction monetary assets and initial confirmation assigns for the Israeli sound value measurement, and its change includes the working as time profit and loss the monetary assets. Transaction monetary assets are to refer to satisfying of monetary assets following conditions: 1) obtains this monetary assets the goal is to sell in a short time; 2) belongs conducts the centralized management may identify one part that the financial instruments combine, and has the objective evidence to indicate that the enterprise will select the short-term profit method to conduct the management to this combination

in the near future; 3) is the derivation financial instruments. Regarding this kind of monetary assets, uses the sound value to carry on the following measurement, all has realized with profit and loss that has not realized includes the working as time profit and loss.

(2) has to due investment

Has to due investment, refers to the due date being fixed, the recycling amount fixed or may determine, and this company has the explicit intention and ability has to the non-derivation monetary assets of due. Regarding this kind of monetary assets, uses the real interest rate law, carries on the following measurement according to the booth costs, its termination confirmed that and had the gain or the loss that the depreciation either the amortization produce, includes the working as time profit and loss.

(3) loan and receivable fund

The loan and receivable fund, refer to the active market do not have the non-derivation monetary assets that the quoted price and recycling amount fixed or may determine. Regarding this kind of monetary assets, uses the real interest rate law, carries on the following measurement according to the booth costs, its termination confirmed that and had the gain or the loss that the depreciation either the amortization produce, includes the working as time profit and loss.

(4) may supply the sell monetary assets

May supply the sell monetary assets, when refers to the initial confirmation assigns to be possible to be for the sell the non-derivation monetary assets, as well as monetary assets excluding above monetary assets category. Regarding this kind of monetary assets, uses the sound value to carry on the following measurement. The booklet premium uses real interest rate law to carry on the amortization and thinks the interest return or the expense firmly. Besides depreciation loss and foreign currency currency monetary assets' remittance difference thinks firmly working as time profit and loss, may be the capital surplus the loose part to confirm for the sell monetary assets sound value change, confirmed or had the depreciation when until this monetary assets termination, before then in gain or the loss that in the capital surplus confirmed changes over to the working as time profit and loss. With may supply the sell monetary assets related dividend or the interest return, includes the working as time profit and loss.

Regarding does not have quoted price in the active market the rights tool investment that and its sound value cannot measure reliably, measures according to the cost.

3rd, financial debt classification and measurement

The when financial debt of this company in initial confirmation the classification is: By sound value measurement, and its change includes other financial debts and financial debts of working as time profit and loss. Regarding Israeli sound value measurement, and its change includes the financial debt of working as time profit and loss, the related transaction cost includes the working as time profit and loss directly, other related transaction costs of financial debt include its initial confirmation amount.

By sound value measurement, and its change includes the financial debt of working as time profit and loss, when including transaction finance debt and initial confirmation assigns for the Israeli sound value measurement, and its change includes the financial debt of working as time profit and loss. Transaction finance debt refers to satisfying of a financial debt following conditions: 1) undertakes the goal of this financial debt is for recently the buy-back; 2) belongs conducts the centralized management may identify one part that the financial instruments combine, and has the objective evidence to indicate that the enterprise will select the short-term profit method to conduct the management to this combination in the near future; 3) is the derivation financial instruments. In debt regarding this kind of finance, carries on the following measurement according to the sound value, all has realized with profit and loss that has not realized includes the working as time profit and loss.

4th, sound value definite method of main monetary assets and financial debt

(1) has active city's monetary assets or financial debt, the quoted price in active market must be used to determine its sound value.

(2) the financial instruments do not have active market, the enterprise must use the estimate value technology to determine its sound value.

(3) initial obtains the financial debt that either the source fresh monetary assets or undertake, must determine its sound value by the market transaction price achievement the foundation.

(4) the enterprise uses in the future the cash flow commutation law determination financial instruments sound value, must use the contract terms and characteristic takes the discount rate in materially the market returns ratios of other same financial instruments. Has not marked the interest rate short-term receivable fund and deals with the fund current value and actual bargain price differs very slightly, may according to the actual bargain price measurement.

5th, processing of monetary assets depreciation

End of the period, to Israeli sound value measurement, and its change includes the working as time profit and loss monetary assets outside the monetary assets, has the objective evidence to indicate that its had the depreciation, the cash flow current value will be lower than the book values the differential idea to raise the depreciation to prepare among its estimate in the future.

(1) receivable fund

For details sees to annotate four and (7)

(2) has to due investment to having to due investment, the single item or divides according to similar credit risks characteristic into certain combinations carries on the depreciation to test, has the objective evidence to indicate that its had the depreciation, will be lower than its book value according to its future cash flow current value the difference, will confirm the depreciation to lose, the idea will raise the depreciation to prepare.
After having raises to due investment idea depreciation prepares, has the objective evidence to indicate that this monetary assets value restored, and objectively after confirming this loss the depreciation preparation that of item related, original confirmation has must, in did not surpass the hypothesis not to count to raise in depreciation preparation this monetary assets to return the date the booth costs to return partially, included the working as time profit and loss.
(3) may for the sell monetary assets, if may have the great scope to drop for the sell monetary assets sound value, or after the synthesis considered various correlation factors, anticipated that this declining trend belongs non-temporary, will press its estimate the cash flow current value to be lower than its book value in the future the difference, the idea will raise the depreciation to prepare.
When may for the sell monetary assets have depreciation, must directly include the aggregate losses that the ownership interest the sound value drops forms one and exits, confirmed the depreciation to lose, the idea raised the depreciation to prepare.
Regarding confirmed the depreciation loses may supply the sell debt instrument, the sound value during afterward accountant rose, and objectively after confirming the original depreciation loses the confirmation item that has related, the depreciation loss of original confirmation must return includes the working as time profit and loss; May for the depreciation loss that the sell rights tool investment has, do not return through profit and loss.
6th, confirmation basis and monetary assets shift of gauging device of company monetary assets shift, including the following two situations:

(1) will gather the monetary assets cash flow transfer of power to another side;
(2) transfers the monetary assets to another side, but retains gathers the monetary assets cash flow the right, and undertakes the cash flow that will gather to pay to finally the collection side duty, simultaneously satisfies the following condition:

When 1) from this monetary assets receive the coordinated cash flow, has the duty it to pay to finally the collection side. The enterprise has the short-term pad payment, but the authorization sum total takes back this pad to pay money and defer to the market last same time bank loan interest rate idea to collect the interest, regards with satisfying this condition.

2) basis contract agreement, cannot sell this monetary assets or the achievement guarantee, but may take it as to finally the collection side payment cash flow guarantee.

3) has the cash flow that the duty will gather to pay promptly to finally the collection side. The enterprise has no right to carry on this cash flow invests again, but defers to the contract agreement, in neighboring pays the cash flow that in the plastochrone will receive to carry on the cash or exception of cash equivalent investment twice. The enterprise carries on according to the contract agreement invests again, must pay according to the contract agreement the investment yield to finally the collection side.

Already in almost all risks and rewards the monetary assets property rights shifts to changing over to the side, terminates to confirm this monetary assets; Retained in the monetary assets property rights almost all risks and rewards, does not terminate to confirm this monetary assets.

Also does not have the shift not to retain in the monetary assets property rights almost all risks and rewards, distinguishes following situation processing:

(1) gave up to this monetary assets control, terminates to confirm this monetary assets.
(2) has not given up to this monetary assets control , to continue to be involved to transfer the monetary assets according to it the degree confirmation related monetary assets, and corresponding confirmation related debt.

(7) Receivable fund

If the end of the period has the objective evidence to indicate that the receivable fund had the depreciation, and estimate the differential computation confirmation depreciation between cash flow current value its book value will lose in the future.

Is significant regarding the single item amount, carries on the depreciation to test alone, if there is objective evidence to indicate that its had the depreciation, will be lower than its book value according to its future cash flow current value the difference, will confirm the depreciation to lose, the idea will raise the bad account preparation.
Single item amount not significant, but combines after the credit risks characteristic combination method the risk is big, carries on the depreciation to test alone, if there is objective evidence to indicate that its had the depreciation, the idea raises the individual bad account preparation.

Does not test depreciation's receivable fund after the above independent depreciation twice, unifies other single item amount not significant receivable funds, uses the account age analytic method, according to the receivable fund's account the extraction proportion of age and stipulation confirmed that the depreciation loses.
The single item amount significant refers to the single pen amount over 500,000 Yuan receivable fund, single item amount not significant, but combines after the credit risks characteristic the risk is big refers to the single pen amount below 500,000 Yuan and account age over 3 years receivable fund.

This company acted according to the previous year with it same or similar, had the receivable fund combination of similar credit risks characteristic (i.e. account age combination) the actual loss factor is the foundation, in light of the present situation determined that the following receivable fund combination idea raised the bad account preparation the proportion:
Account age

Within 1 year

1-2 years

2-3 years

3-4 years

4-5 years

Over 5 years

The idea proposes the proportion

1%

7%

20%

40%

70%

100%

When conducting combined test, if there is sign to indicate that some receivable fund the returnability has the obvious difference with this account age section other receivable funds, causes this item to receive money, if raises the bad account preparation according to the established scalar, is unable accurately to reflect that it may take back the amount, uses recognized individually the law idea raises the bad account preparation.

Bad account confirmation standard: The debtors went bankrupt or died, after its bankrupt asset or inheritance pay off according to law, fund that still cannot take back; The debtors exceed the time limit have not fulfilled the debt redemption duty, and has the obvious characteristic to indicate fund that truly cannot take back.

(8) Goods in stock

1st, goods in stock classification

The company goods in stock are divided into raw material, in the product, finished product, low value expendable items, packing material and processing deal material, the outsourcing commodity and so on. 2nd, raw material, the low value expendable items, packing material and that the processing deal material, the outsourcing commodity when goods in stock obtain and sends out the valuation and amortization that company obtain and so on acquisition according to the actual cost valuation and goes into storage, leads with or sends out uses the weighted mean method calculation; The finished product of company production goes into storage according to the planned cost valuation, the planned cost and actual cost's difference includes "product cost difference" alone subject, finished product that at the end of the month according to sold while according to planned cost carry-over customer cost must share correspondingly "product cost difference", the planned cost will return to original state into the actual cost; Other towns subsidiary company and subsidiary company production finished product goes into storage according to the actual cost valuation; Low value expendable items use "55" amortization law carries on the amortization.

3rd, goods in stock inventory system

The goods in stock take inventory to use perpetual inventory to make.
4th, storing goods net realizable value basis and goods in stock fall in price to prepare the idea to propose the method

End of the period, in carries on comprehensive inventorying to the goods in stock in the foundation, is lower than the cost to the storing goods net realizable value the part, the extraction goods in stock falls in price the preparation, includes the working as time profit and loss. When extraction is higher than its net realizable value differential determination according to the single goods in stock project's cost. The net realizable value, refers to the routine activities, when the estimate selling price that storing goods subtracts to completion amount after selling expenses as well as the related taxes and fees of cost and estimate that the estimate is going to have. The net realizable value determination basis and goods in stock fall in price to prepare the idea to propose the method:
(1) storing goods net realizable value determination basis: For material that the production has and so on, is higher than the cost with its production the net realizable value of finished product, this material must measure according to the cost; The drop of material price indicated that the finished product the net realizable value is lower than the cost, this material must according to the net realizable value measurement. For goods in stock that execution sales contract or work contract have, its net realizable value must take the contract price as the foundation computation. Quantity that the enterprise has storing goods is more than sales contract order quantity, surpasses the part the net realizable value of goods in stock to take the general selling price as the foundation computation.
(2) the goods in stock fall in price the idea of preparation to propose the method: Counts the drawing goods to fall in price the preparation according to the single goods in stock project's cost and net realizable value who low law; But is many regarding quantity, the unit price low goods in stock count the drawing goods to fall in price the preparation according to the goods in stock category. With related, has the same either similar final use or the goal in the same local the product line of production and sale, and is hard to separate the measurement with other projects the goods in stock, may merge to count the drawing goods to fall in price the preparation.
(9) The long-term equity investment that the business combination that under long-term equity investment same control the long-term equity investment 1, long-term equity investment initial measurement (1) business combination forms obtains, the company to pay the cash, to transfer the non-cash asset, to undertake the debt or the release rights negotiable securities as the merge value, according to obtaining was merged the side ownership interest book value in the merge date the share as the initial outlay cost of long-term equity investment. Long-term equity investment initial outlay cost and payment book value or release stock of merge value the difference between face value total amounts, adjustment capital surplus; Capital surplus insufficient to reducing, adjusts the retained earnings. Various direct correlation expenses that occurred for the business combination, including to carry on business combination audit expense, appraisal expense and legal service expense payment, In having the chronometer enters the working as time profit and loss.
Long-term equity investment that business combination under non-same control obtains, in purchase date according to payment various sound values and direct correlation expenses of merge value as its initial outlay cost.
(2) long-term equity investment that other ways obtain

In order to pay the cash to obtain, according to purchase cost of actual payment as initial outlay cost; In order to issue the rights negotiable securities to obtain, according to the sound value of release rights negotiable securities as initial outlay cost; The investors invest, according to investment contract or value of agreement agreement as initial outlay cost, but contract or agreement commitment value not fair and just exception.

2nd, long-term equity investment following measurement

When the cost law calculation that the long-term equity investment of antithetical couplet company uses, compiles the consolidated financial statement adjusts according to the equity method; To did not have by the investment unit the joint control or the major impact, and does not have the long-term equity investment that in the active market the quoted price and sound value cannot measure reliably, uses the cost law calculation; To had by the investment unit the long-term equity investment of joint control or

major impact, uses the equity method calculation.

3rd, income confirmation method of long-term equity investment

Uses the cost law calculation, when the time investment yield is only restricted by the investment unit that obtains after the accumulation net profit quota that accepting the investment has, obtains by the investment unit was announced that the distribution the profit or the cash dividends surpass the above amount the part, as reclamation of initial outlay cost, to reducing book value of investment.
Uses the equity method calculation, according to should enjoy by the profit and loss share that only the investment unit that or should shares realizes, confirmed that the investment profit and loss and adjust the long-term equity investment the book value. When time investment profit and loss to press to enjoy the net loss share that by the investment unit that either should share was realized in the past the net profit that or have. In the confirmation should share when by net loss that the investment unit has, takes investing the book value reduces as to limit (investing enterprise has to undertake exception of extra loss duty) to zero; If were realized by various investment unit later times the net profit, after the income share volume surpasses the loss contribution that had not confirmed that according to loss contribution amount that surpassing had not confirmed that restores to invest the book value that.
4th, long-term equity investment the depreciation of depreciation long-term equity investment, stipulates processing according to the property depreciation.

5th, determination basis of joint control and major impact

(1) the determination basis of joint control mainly includes: Any jointly-operated side cannot the production and operating activities of independent control joint enterprise; Involves the joint enterprise basic operative activity the decision-making to need various jointly-operated side unanimous approvals and so on.

(2) the determination basis of major impact mainly includes: When this company direct or has through subsidiary company indirectly by investment unit 20% (inclusive) above when is lower than 50% right to vote stocks, only if there is clear evidence to indicate that in this situation cannot participate by investment unit's production operation decision-making, does not form outside the major impact, the even determination to had by the investment unit the major impact; This company has by the investment unit 20% (not including) the following right to vote stock, generally does not think that to had by the investment unit the major impact.

But tallies with the following situation, determined that to had by the investment unit the major impact: In the board of directors or similar capability mechanism of investment unit sends by in the representative; Participates by investment unit's policy formulation process; With occurred by the investment units the significant transaction; To sent out by the investment unit administrative personnel; For those provided by the investment unit the key technologies material.

(10) Investment real estate

1st, the investment real estate's scope refers to earn the rent or capital appreciation, or both have at the same time the real estate that has, building that the land employment right that the land employment right that after hired, hire has and prepares to rise in value transfers.

2nd, the when initial measurement of investment real estate the cost according to acquisition carries on the initial measurement.

3rd, investment real estate's following measurement this company uses the cost model to carry on the following measurement to the investment real estate, the depreciation and amortization policy are consistent with the fixed asset and intangible asset depreciation and amortization policy.

4th, the investment real estate's depreciation according to the cost model measurement's investment real estate, stipulates processing according to the property depreciation.

(11) fixed asset

1st, fixed asset confirmation condition

The fixed asset refers to for product, provides the service, hiring or the management and operation has, the service life surpasses one fiscal year the tangible asset. When the fixed asset simultaneously is satisfying the following condition confirmed:

(1) possibly flows in the enterprise with this fixed asset related economic interest very much;

(2) this fixed asset's cost can measure reliably.

2nd, fixed asset classification

The fixed asset classification is: House, building and computer equipment, office equipment and other transport vehicles and equipment;

3rd, fixed asset measurement

The fixed asset usually defers to the actual cost as the initial measurement.

4th, fixed asset depreciation method

This company fixed asset achieves predetermined to be possible from it running condition next month, uses the age limit method of average extraction depreciation. Various kind of fixed assets' depreciation life spans, the remnant value rate and year depreciation rate are only as follows:

Item item of depreciation life span estimated that only the remnant value rate houses and building 40 years 5% 2.38% machinery equipment 10-18 years 5% 5.28-9.50% electronic installation 8 years 5% 11.88% transport means 10 years 5% 9.50% other equipment 8 years 5% 11.88% have counted to propose the fixed asset that the depreciation prepares, recomputates the determination depreciation rate and depreciation volume according to this fixed asset's book value as well as the still permissible service life; If there is counted to propose the fixed asset value that the depreciation prepares to restore, must after the fixed asset value restores the book value, as well as the still permissible service life recomputates the determination depreciation rate and depreciation volume. When fixed asset depreciation prepares to adjust the fixed asset depreciation volume, to before this has counted the depreciation that raises not to make the adjustment.
5th, the fixed asset depreciation fixed asset's depreciation, stipulates processing according to the property depreciation.
(12) construction in progress 1, construction in progress according to actual cost valuation. This cost including construction and installation the engineering cost, the equipment purchase expense. The cost of borrowing that of special loan the construction in progress before achieving predetermined may the running condition have includes the project cost, the special cost of borrowing that after that has includes the financial expenses.
2nd, construction in progress carry-over fixed asset point in time: The construction in progress in achieving predetermined may date of the running condition carry the fixed asset. Although is available, but has not handled completion final accounts the project, according to project budget, construction cost or project actual cost and other materials, changes over to the fixed asset and idea according to the value of estimate raises the depreciation.
3rd, the construction in progress depreciation prepares the construction in progress the depreciation, stipulates processing according to the property depreciation.
(13) intangible asset company intangible asset carries on the initial measurement according to the cost. Service life limited intangible asset, when this intangible asset may be for the use, in using the average life the average amortization, includes profit and loss by stages. Service life indefinite intangible asset does not carry on the amortization. This company intangible asset main land employment right, according to service life average amortization.

If estimated that some intangible asset was unable to bring the futures economy benefit for the enterprise, all changes over to the overhead charge this intangible asset's book value. Intangible asset's depreciation, stipulates processing according to the property depreciation.

(14) long anticipation booth expense

Long anticipated that booth expense for occurred but should bears by various this issues and later times, shares the deadline over one year various expenses, during the estimate profits by stages average amortization, and subtracts the net amount after amortization to list by the actual outlay. If estimated that some long anticipation booth expense cannot bring the economic interest for the company, resells this long anticipation booth expense's book value, includes the working as time profit and loss.
(15) the cost of borrowing that cost of borrowing enterprise has, may belong to directly in conforming to capitalization condition buying of property constructs or produces, must give the capitalization, includes the related property cost; Other costs of borrowing, must when occurring act according to its have the volume to think the expense firmly, includes the working as time profit and loss. Conforms to the capitalization condition property, refers to needing to pass through quite buying of long time to construct or the production activities can achieve predetermined may use or may sell condition fixed asset, investment real estate and goods in stock and other properties. The cost of borrowing simultaneously satisfies the following condition, can start the capitalization:

1st, property disbursement occurred, the property disbursement including to buy constructs or produce conforms to the capitalization condition property, but to pay the cash, to transfer the non-cash asset or undertakes the disbursement that the belt rest debt form has;

2nd, cost of borrowing occurred;

3rd, to cause the property achieves predetermined may use or may sell the condition essential buying construct or the production activities started.

During the capitalization, during each accountant interest (including giving a discount or premium amortization) capitalization amount, must determine according to the following stipulation:

1st, to buy constructs or produce conforms to the capitalization condition property to borrow loans specially, the company to loan the interest cost that specially, when the time has actually, subtracts the loan fund that will not have utilized to store the interest return that the bank obtains or carries on amount determination that after the investment yield the temporary investment obtains.

2nd, to buy constructed or produce conforms to the capitalization condition property to take the general loan, the company surpassed the special loan part the property disbursement weighted average to be multiplied by to take the general loan the capitalization rate according to the property disbursement, the computation determined that the general loan should give the capitalization the interest amount. The capitalization rate must act according to the general loan weighted average interest rate computation determination. During the capitalization, during referring to from the cost of borrowing starts the capitalization point in time to the stop capitalization point in time, cost of borrowing suspension capitalization during, excluding.

The loan exists to give a discount or the premium, must during the real interest rate law determine each accountant on amortization gives a discount or the premium amount, adjusts each issue of interest amount.

During the capitalization, the foreign currency specially loan capital and interest remittance difference, the company gives the capitalization, includes to conform to the capitalization condition property cost.

When buys constructs or produces tallies the capitalization condition's property achieves predetermined may use or may sell the condition, cost of borrowing stop capitalization. After conforming to the

capitalization condition's property achieves predetermined may use or may sell the cost of borrowing that the condition has, when occurring acts according to its has the volume to think the expense firmly, includes the working as time profit and loss.

(16) staff salary

The staff salary, refers to the company giving multiform rewards as well as other related disbursements for the service that to obtain the staff provides. Accountant who during the staff provides the service, the staff salary that will deal with reveals the debt firmly. Provides the service profiting object to include the corresponding property cost or the working as time profit and loss according to the staff.

(17) stock payment

1st, stock payment type

This corporation stock payment divides by the stock payment and by cash accounting the stock payment that of rights settle accounts.
2nd, rights tool sound value definite method

This company regarding awarding has active market's option and other rights tools, in the quoted price according to active market determined that its sound value, regarding does not have the active market, uses option fixed price model and other determination sound values.
3rd, basis of confirmation feasible power rights tool best estimate

After award completes the service in waiting time or achieves the stipulation achievement condition the stock payment transaction of feasible power, this company in waiting for each balance sheet date in time, and so on following information to the feasible power rights tool quantity makes the best estimate according to the feasible power staff change that obtained most newly, the revision estimates the feasible power the rights tool quantity. In feasible Quan Ri, estimated finally the feasible power the rights tool quantity should be consistent in the feasible power quantity.
(18) income recognition principle income, refers to the enterprise, causing, with the total inflow that of economic interest the owner investment that the ownership interest that in the routine activities forms increases has nothing to do with.

(1) when the sales commodity income recognition sale commodity income simultaneously satisfies the following condition, confirmed: (1) the companies already and reward in the right to the ownership of goods main risk shift to the purchasing merchandize side; (2) the companies have already not retained usually with the continuation authority that the property rights contact, commodity implementation active control that also not to sold; (3) income amount can measure reliably; (4) the related economic interest possibly flows in the company very much; (5) related had the cost that or will have to measure reliably.

(2) service receipts confirmation

(1) the companies provided the service transaction the result to be able in balance sheet date to estimate reliably, used the completion percentage law to confirm provided the service receipts. Service transaction's result can estimate reliably that refers to simultaneously satisfies the following condition: The income amount can measure reliably; The related economic interest possibly flows in the enterprise very much; Completion progress of transaction can determine reliably; In the transaction occurred with the cost that will have can measure reliably. The company uses (service that ends survey of work provide to occupy should provide service total quantity proportion, cost that or occurred accounts for estimate total cost proportion) determination to provide the service transaction the completion progress.
(2) the companies must according to from accepting the service side received either the receivable contract or the agreement cost determined that provides the service receipts total amount, but received either the receivable contract or agreement cost not fair and just exception.
(3) provided the service transaction result unable in the balance sheet date to estimate reliably, distinguished following situation processing: The service cost that occurred estimated that can obtain the

compensation, the service cost amount that according to occurred confirmed that provides the service receipts, and according to same amount carry-over service cost; The service cost that occurred estimated that cannot obtain the compensation, the service cost that occurred includes the working as time profit and loss, did not confirm that provides the service receipts.

(3) transfer property right of use income recognition

Transfers the property right of use when related economic interest possibly flows in very much the company and income amount can measure reliably confirms the income. Transfers the property right of use amount, according to related contract or charge time and method of determination agreement agreement.
(19) rents

1st, the classification that rents is divided into management to rent and leveraged lease.
2nd, accounting process that management rents

The rental receipts use the straight line method to include the working as time income according to the lease year time.
(20) income tax accounting process corporation income tax uses the balance sheet debt law calculation.

1st, deferral income tax property confirmation

(1) this company takes possibly obtains to be used arrives at the buckle to be possible to arrive to buckle the temporary difference should very much the tax payment amount of income as to limit, confirmed that by may arrive to buckle the deferral income tax property that the temporary difference has. But simultaneously has in the transaction of following characteristic the deferral income tax property that has because of the initial confirmation of property or debt does not give the confirmation:

1) this transaction is not the business combination;

When 2) transaction occurred already does not affect the accountant profit not to affect should the tax payment amount of income (or may arrive to buckle loss).

(2) this company to related may arrive to buckle the temporary difference with the subsidiary company, the jointly operated company and joint enterprise investment, simultaneously satisfies the following condition, confirmed the corresponding deferral income tax property:

1) temporary difference possibly will return in the foreseeable future very much;

2) the future probably obtains very much is used to arrive to buckle the temporary difference should the tax payment amount of income.

(3) this company regarding can carry the later year may arrive to buckle the loss and tax money is set off against, takes probably obtains to be used to arrive at the buckle very much to be possible to arrive to buckle the future that the loss and tax money are set off against should the tax payment amount of income as to limit, confirmed the corresponding deferral income tax property.

2nd, confirmation of deferral income tax debt

Deferral income tax debt that besides the following situation has, deferral income tax debt that this companies recognize all should the tax payment temporary difference have:

(1) the initial confirmation of goodwill;

(2) simultaneously has the initial confirmation of property or debt that in the transaction of following characteristic has satisfiedly:

1) this transaction is not the business combination;

When 2) transaction occurred already does not affect the accountant profit not to affect should the tax payment amount of income (or may arrive to buckle loss).

(3) this company to produces related with the subsidiary company, the jointly operated company and joint enterprise investment should the tax payment temporary difference, simultaneously satisfies the following condition:

1) investing enterprise can control the temporary difference the time of returning;

2) this temporary difference will be very in the foreseeable future possible not to return.

3rd, income tax expense measurement

When this company the time income tax and deferral income tax take the income tax expense or the income include the working as time profit and loss, income tax that but has excluding the following situation:

1) business combination;

2) directly in the transaction or the item that in the ownership interest confirmed.

Fifth, accounting policy and accountant estimate other changes and significant accounting error corrections and item adjustment the explanations of

(1) Accounting policy change

In this company current period non-accounting policy change item

(2) The accountant estimates change

In this company current period non-accountant estimates the change item

(3) In earlier significant accounting error correction company current period does not have other earlier significant accounting error correction item (4) item adjustments

In this company current period does not have the establishments of other adjustment item six, consolidated financial statements

(1) Under same control and under non-same control accounting process of business combination

The merge scope of consolidated financial statement includes this company and complete subsidiary company.
The subsidiary company that under the same control the business combination obtains, regards with this business combination in reporting the opening occurred, integrates its property, debt, the management performance and cash flow from the report opening the consolidated financial statement, and net profit that its merge realized other day in merging profit report single row project reflection.

The subsidiary company that under the non-same control the business combination obtains, took purchasing the date may identify the net assets sound value to adjust as the foundation antithetical couplet corporate finance report form, integrated its property, debt, the management performance and cash flow from the purchase date the consolidated financial statement.

(2) The compilation method of consolidated financial statement

The consolidated financial statement takes the parent company and is included in the merge scope the subsidiary company individual financial reporting as the foundation, according to other pertinent data is the basis, after the long-term equity investment of equity method adjustment antithetical couplet company, is established by the parent company. When merge carries on the counter-balance to internal interest investment and subsidiary company ownership interest, internal investment yield and subsidiary company appropriation of profit and insider dealing item and internal debt.

(3) This issue is included in the combined statements scope the sub-enterprise basic situation serial number business name ownership percentage (%) to enjoy the right to vote (%) registered capital investment cost level enterprise type audit opinion type note 1 UNITED SUNTECH

CRAFT, INC.
100.00 100.00 1,000,000.00 US dollars 4,966,020.00 2 3 note 2 2 BNBM PNG LTD

100.00

100.00

250,000.00 US dollars

9,556,638.17

2

3

Note 2

3

The CNBMI Ausralia Pty Ltd 100.00 100.00 300,100.00 Australian Dollar 1,991,670.00 2 3 notes 2 4 constructs to throw in business limited company 100.00 100.00 50,000,000.00 36,920,359.14 2 1 1 5 Shenzhen to construct to throw the property development limited company 100.00 100.00 10,000,000.00 9,000,000.00 2 1 1 6 to construct to throw the physical distribution limited company 100.00 100.00 50,000,000.00 50,000,000.00 2 1 1 7cheng to construct to throw the property development limited company 100.00 100.00 100,000,000.00 100,000,000.00

2 in 1 note 2 8 Mianyang constructs to throw the property development limited company 100.00 100.00 10,000,000.00 10,825,150.00 3 1 note 2 9 Shenyang Germany letter advantage and in property development limited company 60.00 60.00 10,000,000.00 6,000,000.00 3 1 note 2 10 Jiujiang constructs to throw the property development limited company 51.00 51.00 100,000,000.00 51,000,000.00

3 1 note 2 notes 1: Enterprise type "1 and 3" separately represent "domestic non-financial sub-enterprise and foreign sub-enterprise"; Audit opinion type "1" representing "standard non-reservations".
Note 2: On in the table has 7 companies to audit, has not written up the report of audit alone.

(4) This issue merges the scope change and in the reason 1, this company current period, Shinyu enters the merge scope the company: In CNBMI Ausralia Pty Ltd and Chengdu constructs to throw in the property development limited company and Jiujiang to construct to throw the property development limited company. Latter both are in 2010 set up the company newly, CNBMI Ausralia Pty Ltd is under the non-same control the business combination formation, the situation is as follows:
Corporate name merge date account property may identify net assets sound value transaction value goodwill amount determination method amount determination method CNBMI Ausralia Pty Ltd only

2010.12.31

17,881,274.87

17,881,274.87

Appraisal

1,991,670.00

-15,889,604.87

Includes outside business to receive

2. this issue no longer is included in the merge scope the atomic company situation

Serial number

Business name

Registration place

Registered capital

Business nature

Ownership percentage (%)

Right to vote proportion (%)

1

Shenzhen northern new home real estate broker limited company

Shenzhen

5,000,000.00

Real estate broker and others

60

60

2

In Shenzhen constructs to throw the property consultant limited company

Shenzhen

5,000,000.00

Real estate broker and others

100

100

3

In Hainan constructs to throw the property consultant limited company

Haikou

2,000,000.00

Real estate broker and others

100

100

Note: The above three companies have licensed to transfer in the current period, therefore no longer was included in the merge scope from the handling date.

(5) Foreign sub-enterprise is included in merge scope the situation and merge method.

This company foreign subsidiary company situation for details sees six and (3), its merge method for details sees four and (4).
Seventh, the explanation of consolidated financial statement material item: The opening (either the beginning of the year) referred to January 1, 2010, the end of the period (or the end of the year) refers to December 31, 2010, last time referred to for 2009 year, this issue refers to for 2010 year.

(1) Monetary fund

Project

At the end of the year remaining sum

At the beginning of the year remaining sum

Cash

727,498.03

556,241.05

And: Renminbi

442,076.11

236,428.07

US dollar

131,640.92

161,247.94

Euro

63,811.90

70,989.79

Hong Kong dollar

27,492.85

25,779.30

Pound

2,452.37

2,634.72

Franc

67.80

50.56

Australian Dollar

13,951.49

6,365.38

Keener

46,004.59

52,745.29

Bank deposit

304,288,509.40

126,438,393.06

And: Renminbi

217,849,189.07

39,352,679.48

US dollar

26,712,889.73

2,755,811.87

Euro

-

325,538.33

Hong Kong dollar

482,081.07

47,243.41

Australian Dollar

13,885,555.04

-

Keener

45,358,794.49

83,957,119.97

Other monetary funds

118,338,935.86

166,198,312.51

And: Renminbi

107,230,462.05

165,797,975.31

US dollar

4,554,434.64

21,139.29

Euro

224.83

126,991.38

Hong Kong dollar

6,553,596.14

181,042.41

Pound

2.35

2.52

Australian Dollar

215.85

71,161.60

Sum total

423,354,943.29

293,192,946.62

Note 1: Other end of the period monetary funds, are mainly in this company wholly-owned construct to throw the deposit account 106,977,284.45 Yuan that the business limited company and bank sign forward exchange contract involves.

Note 2: Deposit account that besides the forward exchange involves, end of the period no change existing limit and latent recycling risk fund.
(2) Transaction monetary assets

Item item of end of the period sound value opening sound value 1. transaction investment in bond 758,970.00 - 2. transaction rights tool invests 322,016,047.56 238,044,002.23 3Other - 1,000,000.00 gather the idea

322,775,017.56

239,044,002.23

(3) Notes receivable

The bill type ending balance opening balance bank acceptance 20,460,368.59 3,401,000.00 gather the idea

20,460,368.59

3,401,000.00

(4) Account receivable

1. presses the category to list

Other kind ending balance opening balance amount bad account preparation amount bad account prepares to use recognized individually the law idea raises the bad account preparation the account receivable 19,558,112.90 - 43,549,574.83 - uses the combined test (account age analysis) law idea to raise the bad account preparation the account receivable 333,294,638.48 8,376,953.85

209,139,883.14

6,708,042.04

About counting 352,852,751.38 8,376,953.85 252,689,457.97 6,708,042.04 2. lists an item according to the account age

End of the period number

Opening number

Ending balance

Bad account preparation

Opening balance

Bad account preparation

Within 1 year (including 1 year)

317,135,715.76

3,171,357.14

195,239,883.99

1,952,398.84

1-2 years (including 2 years)

6,812,437.29

476,870.61

1,965,456.50

137,581.96

2-3 years (including 3 years)

1,649,507.98

329,901.59

6,241,343.79

1,248,268.76

3-4 years (including 4 years)

5,048,569.08

2,019,427.64

2,873,631.08

1,149,452.43

4-5 years (including 5 years)

896,705.01

627,693.51

1,997,425.78

1,398,198.05

Over 5 years

1,751,703.36

1,751,703.36

822,142.00

822,142.00

About counting 333,294,638.48 8,376,953.85 209,139,883.14 6,708,042.04 3. uses recognized individually the law sum total idea raises the bad account preparation either has not counted to raise the bad account preparation the account receivable project creditor's rights unit name debt unit name book balance idea to propose the amount account age idea to propose or has not counted propose the basis or in reason one building materials investment limited company Shenzhen hundred lives in the decoration building materials limited company 956,149.24 - within 1 year the note 1 2 constructs to throw south business limited company Huzhou scholartree ridge the cement limited company 8,442,266.19 - within 1 year the note 2 3 constructs to throw the business limited company Guangde Dushan south cement limited company 5,764,648.16 - within 1 year the note 2 4 constructs to throw south business limited company landscape the cement to be limitedCompany 3,335,566.49 - within 1 year note 2 5 constructs to throw the business limited company Zhejiang three lion group five building materials limited companies 503,824.21 - within 1 year the note 2 6 constructs to throw the business limited company Zhejiang three lion group Changxing gold nail building materials limited companies 305,851.06 - within 1 year the note 2 7 constructs to throw the business limited company Jiande south cement limited company 70,000.00 - within 1 year the note 2 8 constructs to throw the business limited company Anhui Guangde south cement limited company 20,014.15 - within 1 year the note 2 9 constructs to throw the business limited company Guangde new Hangzhou south cement limited company 13,363.05 - within 1 year the note 2 10 constructs to throw businessLimited company Huzhou south cement limited company 146,430.35 - 0-2 years note 2 gathers the idea

19,558,112.90

-

Note 1: The jointly operated company debt, the non-fund recycling risk, has not counted to raise the bad account preparation.

Note 2: In the Chinese building material Group group the enterprise, the non-fund recycling risk, has not counted to raise the bad account preparation.
4. in this current period, does not have the exceeding the time limit notes receivable to change over to the account receivable, not to reverse the account receivable.
5. in end of the period account receivable the non-shareholder unit debt, is connected the side fund to for details see to annotate 11 and 5 receivable.
(5) Prepay credit item

End of the period number

Opening number

Ending balance

Bad account preparation

Opening balance

Bad account preparation

Within 1 year (including 1 year)

534,746,624.98

- 199,849,578.49 - 1-2 years (including 2 years) 107,063,859.89 -

15,689,205.15

-

2-3 years (including 3 years)

4,139,518.61

-

3,144,708.97

-

Over 3 years

871,129.49

- 369,655.19 - about idea

646,821,132.97

- 219,053,147.80 - note: The account age surpasses the prepay credit that 1 year has not taken back, paid the place cost 99,000,000.00 Yuan that because of not to attain the land use certificate still to hang outside except Shenyang Germany letter advantage and property development limited company the prepay credit, other funds were to agree on the agreement time have not expired.
(6) Other should receive money 1. to press category to list

Other kind ending balance opening balance amount bad account preparation amount bad account prepares to use recognized individually the law idea raises the bad account preparation other to receive money 10,703,264.62 9,998,502.37 46,917,182.84 20,921,013.99 to use the combined test (account age analysis) law idea to raise the bad account preparation other to receive money 101,863,904.79 4,770,185.78

81,966,157.69 1,952,792.89 gather the idea

112,567,169.41

14,768,688.15

128,883,340.53

22,873,806.88

2. lists according to the account age

The item item of end of the period number opening number ending balance bad account preparation opening balance bad account prepares for 1 year 75,416,808.74 754,168.10 (including 1 year)

53,789,552.61

1,220,085.27 1-2 years (including 2 years) 12,737,969.56 891,657.87

26,764,488.87

189,085.61 2-3 years (including 3 years) 12,813,428.04 2,562,685.61

353,755.50

70,751.10

3-4 years (including 4 years)

217,715.76

87,086.31 893,271.95 357,308.78 4-5 years (including 5 years) 677,982.69 474,587.89

165,088.76

115,562.13

Over 5 years

-

- -

- About idea

101,863,904.79

4,770,185.78 81,966,157.69

1,952,792.89

3. uses recognized individually law sum total idea raises the bad account preparation or has not counted to raise the bad account preparation other to receive money

Project

Creditor's rights unit name

Debt unit name

Book balance

The idea proposes the amount

Account age

Note

1

Constructs to throw the business limited company

Zero technical limited company

9,998,502.37

9,998,502.37

2-3 years

Note 1

2

Building materials investment limited company

Shenzhen hundred live in decoration building materials limited company

540,070.85

-

Within 1 year

Note 2

3

Building materials investment limited company

Huzhou southern cement limited company

164,691.40

-

1-3 years

Note 3

Sum total

10,703,264.62

9,998,502.37

Note 1: Has sued, takes back the possibility not to be big.

Note 2: The jointly operated company debt, the non-fund recycling risk, has not counted to raise the bad account preparation.

Note 3: In the Chinese building material Group group the enterprise, the non-fund recycling risk, has not counted to raise the bad account preparation.
4. end of the period other should receive money the shareholder unit and connection side debt to for details see to annotate 11 and 5.
(7) Goods in stock

The item item of opening balance this issue increases this issue to reduce the ending balance commodity stocks (finished product) 62,231,061.24 2,830,905,949.86 2,814,405,359.00 78,731,652.10

Property development cost

42,285,771.37

113,621,347.33

- 155,907,118.70

About counting 104,516,832.61 2,944,527,297.19 2,814,405,359.00 234,638,770.80 notes: This company end of the period does not have the goods in stock to fall in price the preparation sign.

(8) Long-term equity investment

1. long-term equity investment category

The item item of opening balance this issue increases this issue to reduce the ending balance to invest 100,668,626.41 in the pooled enterprises 18,505,521.96 45,679,443.29

73,494,705.08 pairs of other enterprises invest

14,165,425.00

5,200,000.00

- 19,365,425.00

Small idea 114,834,051.41 23,705,521.96 45,679,443.29

92,860,130.08 reduces: The long-term investment depreciation prepares

1,029,119.14

-

- 1,029,119.14

About counting 113,804,932.27 23,705,521.96 45,679,443.29

91,831,010.94 2. pair of significant pooled enterprises invest

By investment unit name

Registration place

Business nature

Ownership percentage (%)

Right to vote proportion (%)

End of the period net assets total amount

Current operation total income

This issue net profit

Shenzhen hundred live in decoration building materials limited company

Shenzhen

Building materials sale on commission

35.00

35.00

42,249,908.00

595,720,228.00

31,975,646.00

Beijing hundred live in decoration building materials limited company

Beijing

Building materials sale on commission

20.00

20.00

-291,680,923.00

399,886,720.00

-74,725,228.00

Beijing Ruifeng investment management limited company

Beijing

Investment management

20.00

20.00

270,967,944.16

7,767,155.69

-127,343,220.16

Shenzhen Pearl River peaceful cement product limited company

Shenzhen

Cement product

20.00

20.00

22,185,095.34

10,709,614.91

637,818.86

3. presses the significant equity investment of cost law calculation

By investment unit name

Cost of investment

Opening balance

This issue increases

This issue reduces

Ending balance

Shandong great skill science and technology limited company

4,165,425.00

4,165,425.00

-

-

4,165,425.00

Elephant investment management company 10,000,000.00 8,970,880.86 - - 8,970,880.86 "China Enterprise" limited liability companies

4,900,000.00

-

4,900,000.00

-

4,900,000.00

The Shanghai dike passes the equity investment management limited company 300,000.00 - 300,000.00 - 300,000.00 gather the idea

19,365,425.00

13,136,305.86

5,200,000.00

-

18,336,305.86

4. according to significant equity investment of equity method calculation

By investment unit name

Initial amount

Opening balance

The cost of investment change profit and loss adjustment changes other ownership interest change ending balances to count profit and loss

This issue receivable dividend

Shenzhen hundred live in decoration building materials limited company

33,431,586.60

3,520,270.44

4,759,898.19

6,583,928.55

-

-

14,864,097.18

Beijing hundred live in decoration building materials limited company

25,171,348.33

-

2,724,676.15

-2,724,676.15

-

-

-

Beijing Ruifeng investment management limited company

10,000,000.00

97,148,355.97

-

-25,468,644.03

17,486,123.11

-

54,193,588.83

Shenzhen Pearl River peaceful cement product limited company

4,000,000.00

-

4,000,000.00

437,019.07

-

-

4,437,019.07

About counting 72,602,934.93 100,668,626.41 11,484,574.34 -21,172,372.56 17,486,123.11 - 73,494,705.08 notes 1: This company receivable Beijing Ruifeng investment management limited company draws bonus 17,486,123.11 Yuan, received 3,698,634.16 Yuan, the still left over 13,787,488.95 Yuan have not received, the end of the period hangs the dividend receivable.
Note 2: May identify the net assets sound value share 437,019.07 Yuan when to Shenzhen Pearl River peaceful cement product limited company's initial outlay cost, is smaller than investment should enjoy, has included outside business to receive.

5. the long-term equity investment depreciation prepares an item

Opening balance

This issue increases the number

This issue reduces the number

Ending balance

Reduces the number

Reduces the reason

Elephant entrepreneurial investment limited company

1,029,119.14

-

-

-

1,029,119.14

About counting 1,029,119.14 - - - 1,029,119.14 (9) investment real estate 1. uses the cost model to carry on the following measurement an investment real estate item

Opening balance

This issue increases

This issue reduces

Ending balance

First, initial cost sum total

301,081,091.29

-

-

301,081,091.29

1. house and building 264,787,980.29 - - 264,787,980.29 2. land employment right

36,293,111.00

-

-

36,293,111.00 two, amortize and amortization sum total

43,358,144.95

6,969,058.77

- 50,327,203.72 1. house and building

37,067,339.04

6,243,196.56

- 43,310,535.60 2. land employment right

6,290,805.91

725,862.21

- 7,016,668.12 three, investment real estate depreciations prepare to accumulate

Amount sum total - - - - 1. house and building

-

-

-

-

2. land employment right - - - - four, investment real estate book value sum totals

257,722,946.34

250,753,887.57

1. house and building 227,720,641.25 221,477,444.69 2. land employment right

30,002,305.09

29,276,442.88

Note: End of the period company does not have depreciation sign, the end of the period is used to mortgage the guarantee the situation, for details sees to annotate seven, (13).
(10) Fixed asset 1. fixed asset detailed item

Opening balance

This issue increases

This issue reduces

Ending balance

First, initial cost sum total

100,707,697.19

290,175,575.02

3,329,241.68

387,554,030.53

And: House and building

71,742,376.23

276,672,124.20

661,246.00

347,753,254.43

Machinery equipment

1,685,709.38

-

53,020.53

1,632,688.85

Other the transport means 16,131,626.55 6,317,159.65 1,310,534.85 21,138,251.35 equipment 11,147,985.03 7,186,291.17 1,304,440.30 17,029,835.90 two, amortize equals 33,578,870.78 5,958,662.97 1,225,651.17 38,311,882.58: House and building 20,646,945.90 2,318,630.00 6,543.58 22,959,032.32 machinery equipment 1,493,733.41 105,949.09 - 1,599,682.50 transport means 5,507,710.50 2,044,523.04 530,929.57 7,021,303.97 other equipment 5,930,480.97 1,489,560.84 688,178.02 6,731,863.79 three, fixed depreciations prepare amount sum total - - - -: House and building - - - - machinery equipment - - - pneumatic conveying tool

-

-

-

-

Other equipment

-

-

-

-

Fourth, fixed asset book value sum total

67,128,826.41

349,242,147.95

And: House and building

51,095,430.33

324,794,222.11

Machinery equipment

191,975.97

33,006.35

In the fixed asset that other transport means 10,623,916.05 14,116,947.38 equipment 5,217,504.06 10,297,972.11 2. this issues increase the construction in progress by the amount that changes over to is 277,958,241.25 Yuan.
3. in depreciation that this issue increases, depreciation charge 4,922,773.39 Yuan that this period meter proposes.

4. this company fixed asset end of the period does not have the depreciation sign.

(11) construction in progress project name budget number (ten thousand Yuan) project investment accounts for the budget proportion (%) opening number this issue to increase the remaining sum capitalization of interest amount depreciation to prepare amount: The capitalization of interest amount gathers the idea

-

113,920,978.02

25,256,174.94

-

164,471,654.42

9,975,521.12

And: 1. Yantiangang project

25,072

100

105,229,056.85

25,256,174.94

-

149,468,478.56

9,975,521.12 2. BNBM PNG LTD fragmentary project

-

-

8,691,921.17

-

12,757,522.91

-

3. the office repairs

-

-

-

-

-

2,245,652.95

-

(Continued from above table)

Project name

This issue reduces

End of the period number

Fund

Origin

Amount

And: The extension reinforces to decide

Property

Remaining sum

Capitalization of interest amount

Depreciation preparation

About counting 277,958,241.25 277,958,241.25 434,391.19 - -: 1. Yantiangang project 254,697,535.41 254,697,535.41

- - - Bank loan 2. BNBM PNG LTD fragmentary project

21,015,052.89

21,015,052.89

434,391.19

-

-

Self-provides the fund

3. the office repairs

2,245,652.95

2,245,652.95

-

-

-

Self-provides the fund

Note 1: This company end of the period does not have depreciation sign.

(12) intangible asset

The item item of opening balance this issue increases this issue to reduce ending balance one, initial cost to equal 79,675,766.51 11,999,365.96 - 91,675,132.47 1. Land employment right

77,496,428.20

11,999,365.96

-

89,495,794.16

2. Trademark right of use 2,060,160.31 - - 2,060,160.31 3. Software

119,178.00

-

-

119,178.00

Second, spreads the sales volume sum total

4,492,484.23

1,568,334.44

-

6,060,818.67

1. Land employment right 3,642,709.36 1,278,554.55 - 4,921,263.91 2. Trademark right of use

778,283.75

269,080.29

-

1,047,364.04

3. Software 71,491.12 20,699.60 - 92,190.72 three, intangible asset depreciations prepare amount sum total - - - -one. Land employment right

-

-

-

-

2. Trademark right of use - - - -three. Software

-

-

-

-

Fourth, intangible asset book value sum total

75,183,282.28

85,614,313.80

1. Land employment right 73,853,718.84 84,574,530.25 2. Trademark right of use

1,281,876.56

1,012,796.27

3. Software 47,686.88 26,987.28 notes: This company end of the period does not have depreciation sign. (13) property rights are restricted the property 1. property rights to be restricted the property

The property rights are restricted the property the book value this issue to increase this issue to reduce end of the period book value at the beginning of the year: Original value tate properties 30,002,305.09 - 725,862.21 29,276,442.88 36,293,111.00 houses and buildings 199,587,122.01 - 5,393,185.14 194,193,936.87 227,081,479.43 monetary funds 106,977,284.45 106,977,284.45 equal 229,589,427.10 106,977,284.45 6,117,257.64 330,447,664.20 263,374,590.43 2. property property rights to be restricted the reason, in the investment real estate the title to the house number is "deep room diphenyl guanadine No. 2000424565" house and land employment right, as pawn of this company mortgage loan; The monetary fund reason for details sees to annotate seven and (1).
(14) short money loan category ending balance opening balance credit loan 215,000,000.00 -

Guaranteed loan 450,000,000.00 360,000,000.00

Mortgage loan 50,000,000.00 -

Pawns loans 105,954,254.03 -

Equals 820,954,254.03 360,000,000.00

Note 1: The guaranteed loan, is provided the joint and several liability guarantee by the parent company China building materials limited liability company.
Note 2: The mortgage loan, its pawn situation, for details sees to annotate seven, (13).
Note 3: Pawns the loan, is constructs to throw the business limited company and bank sign forward exchange contract, foreign currency loan that obtains.
(15) transaction finance debt

Item item of end of the period sound value opening sound value other 1,110,893.60 - about idea

1,110,893.60

-

Note: The end of the period transaction finance debt is constructs to throw the forward exchange contract of business limited company and bank sign, and end of the period forward rates because of the agreement the difference between forward rates causes.

(16) notes receivable

Other kind ending balance opening balance bank acceptance 3,850,184.00 229,800,317.00

About counting 3,850,184.00 229,800,317.00

(17) account payable

1. lists according to the account age

Account age ending balance opening balance amount proportion amount proportion within 1 year 275,747,592.05 91.09% (including 1 year)

157,764,020.64 90.27% 1-2 years (including 2 years) 24,170,307.52 7.98%

434,374.55 0.25% 2-3 years (including 3 years) 434,092.11 0.14%

16,265,913.04 9.31% over 3 years 2,363,912.70 0.78%

302,900.91 0.17% gather the idea

302,715,904.38

100.00% 174,767,209.14

100.00%

Note: This end of the period non-account age surpasses 3 years large quantity account payable, the large quantity is to refer to the single item amount surpasses over 500,000 Yuan the fund.

2. in end of the period account payable not deals with the shareholder unit fund, deals with the connection side fund to for details see to annotate 11 and 5.

(18) advance receipt credit

1. lists according to the account age

The account age ending balance opening balance amount proportion amount proportion within 1 year 89,913,587.31 99.51% 49,953,262.13 98.43% 1-2 years (including 1 year) 122,719.89 0.14% 391,326.43 0.77% 2-3 years (including 2 years) 213,600.00 0.24% 89,361.30 0.18% over 3 years 106,485.46 0.12% 312,808.82 0.62% (including 3 years) gathers the idea

90,356,392.66

100.00%

50,746,758.68

100.00%

2. in end of the period advance receipt credit non-advance receipt shareholder unit and connection side fund.

(19) deals with a staff salary item

Opening balance

This issue increases

This issue pays

Ending balance

First, wages, bonus, allowance and subsidy

-

35,099,341.24

35,099,341.24

-

Second, staff welfare funds

-

3,139,982.30

3,139,982.30

-

Third, social insurance charges

-

2,537,336.63

2,409,713.65

127,622.98

And: 1. medical insurance premium

-

307,372.10

307,372.10

-

2. basic retirement insurance premium

-

1,884,398.63

1,756,775.65

127,622.98

3. annuity payment (supplement old-age insurance)

-

247,564.20

247,564.20

-

4. unemployment insurance premium

-

40,385.21

40,385.21

-

5. injury on job insurance premium

-

22,829.86

22,829.86

-

6. birth insurance premium

-

34,786.63

34,786.63

-

Fourth, housing accumulation fund

-

6,036.00

6,036.00

-

Fifth, trade union funds and staff educational expenditure

-

727,587.65

727,587.65

-

Sixth, non-currency welfare

-

-

-

-

Seventh, resigns the welfare and early retirement compensation

-

21,840.00

21,840.00

-

And: (1) compensation that because of terminating the labor exchange gives

-

21,840.00

21,840.00

-

(2) estimate early retirement staff outlay

-

-

-

-

Eighth, other

-

-

-

-

And: By stock payment of cash accounting

-

-

-

-

About idea - 41,532,123.82

41,404,500.84 127,622.98

(20) should hand over a taxes and fees item

Ending balance

Opening balance

Increment duty

-313,957.33

167,373.74

Business tax

1,200,236.29

1,687,588.41

Enterprise income tax

87,730,406.61

54,285,229.96

Town safeguard and construction tax

23,974.03

30,644.85

Property tax

577,023.96

577,020.28

Personal income tax

142,088.27

16,905.03

Extra charges of education funds

43,681.78

53,510.45

Other taxes and fees

767,690.79

616,907.68

About counting 90,171,144.40 57,435,180.40 (21) other should pay money 1. to list the account age according to the account age

Ending balance

Opening balance

Amount

Proportion

Amount

Proportion

Within 1 year (including 1 year)

136,897,748.35

94.26%

22,596,341.38

44.82%

1-2 years (including 2 years)

2,159,472.49

1.49%

12,206,729.44

24.21%

2-3 years (including 3 years)

4,013,094.70

2.76%

419,009.12

0.83%

Over 3 years

2,157,349.63

1.49%

15,197,168.17

30.14%

About counting 145,227,665.17 100.00% 50,419,248.11 100.00% 2. This end of the period non-account age surpasses 3 years large quantity other to pay money, the large quantity is to refer to the single item amount surpasses over 500,000 Yuan the fund.

3. amount big other should payment

Unit name

Nature or content

Amount

Inspires stone group Zhejiang to become the property development limited company greatly

Loan

89,887,490.32

Chinese building materials limited liability company

Intercourse funds

23,374,770.37

4. end of the period other should pay money deal with the fund situation of shareholder unit

Unit name

Nature or content

Amount

Chinese building materials limited liability company

Intercourse funds

23,374,770.37

(22) long-term loan

Loan category

Ending balance

Opening balance

Mortgage loan

165,000,000.00

126,000,000.00

Guaranteed loan

200,000,000.00

-

About counting 365,000,000.00 126,000,000.00 notes 1: The guaranteed loan, is provided the joint and several liability guarantee by the parent company China building materials limited liability company. Note 2: The mortgage loan, its pawn situation, for details sees to annotate seven, (13).
(23) deferral income tax property and deferral income tax debt item

Ending balance

Opening balance

Deferral income tax

Property/debt

May arrive to buckle temporarily

When difference deferral income tax property/debt may arrive at buckles temporarily the difference

First, deferral income tax property

8,477,453.27

35,316,443.40 906,264.16 4,307,814.24

1. the property depreciation prepares

1,674,674.34

6,971,531.16 906,264.16 4,307,814.24

2. The sound value measurement changes includes profit and loss the property, to be in debt 6,802,778.93

28,344,912.24 - - two, deferral income tax debts - - 4,031,428.62 18,324,675.55 1. The sound value measurement changes includes profit and loss

Property and debt

-

-

4,031,428.62

18,324,675.55

(24) paicl-up capital

Investor name

Opening balance

This issue increases

This issue reduces

Ending balance

Investment amount

Accounts for the proportion (%)

Investment amount

Accounts for the proportion (%)

Chinese building materials limited liability company

500,000,000.00

100.00

-

-

500,000,000.00

100.00

About counting 500,000,000.00 100.00 - - 500,000,000.00 100.00 (25) earnings surplus item

Opening balance

This issue increases

This issue reduces

Ending balance

Changes the reason and basis

Legal earnings common reserve fund

50,576,258.03

1,974,945.33

52,551,203.36 presses the legal 10% ideas to raise about the idea

50,576,258.03

1,974,945.33

52,551,203.36

(26) undistributed profit

The item item of amount this issue opening balance 234,711,303.36 this issues increase several 178,645,947.06: This issue net profit changes over to 175,268,471.18 other adjustment factors 3,377,475.88 this issues to reduce several 31,963,428.08: This issue withdraws earnings surplus several 1,974,945.33 this issues to withdraw general risk preparation - this issue assigns cash dividends several 29,988,482.75 revolutions of increasing funding books - other reductions - this issue ending balance 381,393,822.34 notes: This company in 2010 handles exceeds the quota the loss subsidiary company (Shenzhen north new home real estate broker limited company), its at the beginning of 2010 net assets are - 9,846,690.21 Yuan, refer to "Shenzhen Stock Exchange Listed company To refer in 2009 2nd Issue of", before it carries out the new accounting standards, to act according to the loss that the concerned requirements had not confirmed is 3,377,475.88 Yuan, cannot in merging the profit report thinks firmly the working as time investment yield, namely the reflection shows "other adjustment factors" on.
(27) business income and overhead cost 1, business income and overhead cost (1) business receivesEnters and an overhead cost item

This issue has the volume

Last time had the volume

Income

Cost

Income

Cost

1. main business service sub-total

2,998,394,728.53

2,833,342,242.22 1,146,637,800.69

1,017,215,482.11

2. other service sub-totals

5,443,078.11

2,650,493.53 15,396,374.29

1,971,160.95

About counting 3,003,837,806.64 2,835,992,735.75

1,162,034,174.98 1,019,186,643.06 (2) main business services (a minute category) project this issue had the volume to have the volume main business income main business operational cost main business income main business operational cost trade 2,955,558,406.47 2,819,033,303.68 1,106,049,562.62 1,005,280,105.86 warehousing 38,332,721.51 8,362,844.36 37,736,309.29 8,818,351.06 repair decorations and other 5,946,094.18 2,851,928.78 3,117,025.19 to equal 2,998,394,728.53 last time

2,833,342,242.22 1,146,637,800.69

1,017,215,482.11

(28) property depreciation loses

An item item of this issue had the volume to have the volume bad account to lose -6,033,715.94 19,802,923.39 to gather the idea last time

-6,033,715.94

19,802,923.39

(29) sound value change profit and loss

Had the sound value change income origin this issue to have the volume to have the volume transaction monetary assets last time -45,558,694.19 -24,497,139.08 other -1,110,893.60 - about idea

-46,669,587.79

-24,497,139.08

(30) investment yield

Has the investment yield origin

This issue has the volume

Last time had the volume

Transaction monetary assets income

80,212,304.18

148,108,431.27

Long-term equity investment profit

-13,084,933.87

54,571,623.03

And: Investment yield of equity method calculation confirmation

-21,609,391.63

54,571,623.03

And: Dividend or profit that cost law accounting unit minute returning

1,500,000.00

-

And: Transfer of share rights income

7,024,457.76

-

About counting 67,127,370.31 202,680,054.30

(31) outside business receives

1. detailed amount item

This issue has the volume

Last time had the volume

Note

1. nonliquid asset handling gain

109,854.19

94,415.92

And: Fixed asset handling gain

109,854.19

94,415.92

2. public assistance

184,433,421.00

20,289.00

3. violation compensation income

10,022,000.00

39,915.38

Note 1

4. other

16,336,899.41

375,815.03

Note 2

About counting 210,902,174.60 530,435.33 pour 1:2010 year in October, in this company wholly-owned Shenzhen constructs to throw the property development limited company and Hua blue international investment limited company signs "In Mianyang To construct To throw Property development Limited company Transfer of share rights Agreement", after its payment earnest money 10,000,000.00 Yuan, the directional exchange quoted price requisitioning, the constitution violation, this company has not confiscated earnest money to include outside business to receive according to agreement.
Note 2: "Other" include, in (1) this company current period under the non-same control merges CNBMI Ausralia Pty Ltd, the combined cost is smaller than it may identify the net assets sound value share 15,889,604.87 Yuan, for details sees to annotate six and four; (2) may identify the net assets sound value share 437,019.07 Yuan when to Shenzhen Pearl River peaceful cement product limited company's initial outlay cost, is smaller than investment should enjoy, for details sees to annotate seven and (8).
2. public assistance (subsidy income) item

Amount

This issue number

Last time number

Attracting investments subsidy funds

182,410,200.00

- Mechanical and electrical and high new product subsidizes 1,001,786.00 -

Foreign marketing network subsidy

800,000.00

- Mechanical and electrical Gao Xin subsidizes 187,745.00 -

Shenzhen is privately operated and SME development special funds enterprise domestic market development subsidization funds

33,690.00

- Middle-and-small international market development fund subsidy -

20,289.00

Sum total

184,433,421.00

20,289.00

(32) outside business disburses

An item item of this issue had the volume to have volume 1. nonliquid asset handling to lose 192,160.99 492,149.23 last time: Fixed asset handling loses 192,160.99 492,149.23 2. nonprofit donation disbursement 120,883.71 73,265.05 3. fine disbursement 753.33 1,889.03 4. other disbursements

66,600.74 136,585.06 to gather the idea

380,398.77

703,888.37

(33) income tax expense

An item item of this issue had the volume to have the volume income tax expense last time 62,745,140.00

41,100,260.64 in which: When time income tax expense 74,368,819.67

44,290,690.25 deferral income tax expense -11,623,679.67

-3,190,429.61 (34) leased management rented the lessor to rent out the property situation

Asset class

Ending balance

Opening balance

Investment real estate

250,753,887.57 257,722,946.34

About counting 250,753,887.57

257,722,946.34 eight, cash flow situation (1) enterprise net profit adjustments for operative activity cash flow

Item item of this issue number last time several 1. net profit adjustment for operative activity cash flow: - - net profit 239,729,231.18 166,500,166.29 Canada: The property depreciation prepares -6,033,715.94 19,802,923.39 fixed asset depreciation, the oil gas property damage and production biological properties to amortize 11,891,832.16 11,731,715.74 intangible asset amortization 1,568,334.44 1,526,797.05 long anticipation booth expense amortizations - - other handling fixed assets, intangible assets and long-term properties losses (reduce: Income) 82,306.80 397,733.31 fixed asset abandonment losses - - sound value change loses (reduces: Income) 46,669,587.79 24,497,139.08 financial expenses 39,571,372.42 21,774,280.37 investments lose (reduce: Income) -67,564,389.38 -202,680,054.30 deferral income tax properties reduce (reduce: Increases) -7,571,189.11 1,342,486.57 deferral income tax debts to increase (reduces: Reduction that reduction) -4,031,428.62 -4,532,916.18 store goods (reduces: Increases) the reductions of -122,707,831.91 14,154,137.70 managerial receivable projects (to reduce: Increases) - 721,256,118.90 575,075,346.88 managements to deal with project increases (reduces: Reduction) 205,832,595.48 -596,529,606.42 other - - the cash flow net amount that operative activity has - 383,819,413.59 33,060,149.48 2. does not involve the cash revenue and expenditure significant investment and investors recognize: - - debt transfers capital - - in one year expires may transform debenture bond - - financing rents into fixed asset - - 3. cash and cash equivalent net gaining: - - the ending balance of cash 316,377,658.84 293,192,946.62 reduce: Cash opening balance 293,192,946.62 137,024,122.76 Canada: The ending balance of cash equivalent - - reduces: The opening balance of cash equivalent - - cash and cash equivalent net gaining volume 23,184,712.22 156,168,823.86 (2) cash and related information item of cash equivalent

This issue number

Last time number

First, cash

316,377,658.84

293,192,946.62

And: 1. cash holdings

727,498.03

556,241.05

2. may momentarily be used in the payment the bank deposit

304,288,509.40

126,438,393.06

3. may momentarily be used in the payment other monetary funds

11,361,651.41

166,198,312.51

Second, cash equivalent

-

-

And: Investment in bond that in three months expire

-

-

Third, end of the period cash and cash equivalent remaining sum

316,377,658.84

293,192,946.62

And: The parent company or the group my wife company uses the limited cash and cash equivalent

-

-

Ninth, or has the explanation of item

In this company current period does not have or has the item.

Tenth, balance sheet in the future the explanation of item

Authorized to send out up to date up to this financial reporting, this company does not have the significant

balance sheet that needs to disclose in the future the non-adjustment item.

11th, connection side relations and transaction

1. this company's parent company related information parent company name

Registration place

Business nature

Registered capital

This issue

Last time

Chinese building materials limited liability company

Beijing

Building material

2,699,513,131.00

2,481,215,273.00

2. parent company's ownership percentage to this company

Project opening number this issue increases number this issue to reduce the number end of the period number ownership percentage 100.00% - - the subsidiary company situation subsidiary company name registration business nature registered capital company in 100.00% 3. this companies equaled the ownership percentage this issue last time this issue last time UNITED SUNTECH CRAFT, INC.

California

Building materials hardware import and wholesaler

1,000,000.00 US dollars

1,000,000.00 US dollars

100.00%

100.00%

BNBM PNG LTD Papua New Guinea wholesale and retail building material and other US dollars 250,000.00 US dollars 100.00% 100.00% CNBMI Ausralia Pty Ltd

Australia

Building materials wholesale

300,100.00 Australian Dollar

-



100.00%

-

Constructs to throw the business limited company

Guangdong Shenzhen

Trade

50,000,000.00

30,000,000.00

100.00%

100.00%

In Shenzhen constructs to throw the property development limited company

Guangdong Shenzhen

Property development

10,000,000.00

10,000,000.00

100.00%

100.00%

Constructs to throw the physical distribution limited company

Guangdong Shenzhen

The shipping space rents and delivery service

50,000,000.00

50,000,000.00

100.00%

100.00%

In Mianyang constructs to throw the property development limited company

Sichuan Mianyang

Property development management

10,000,000.00

10,000,000.00



100.00%

100.00%

Shenyang Germany letter advantage and property development limited company

Liaoning Shenyang

The property development, the commodity apartment sells

10,000,000.00

10,000,000.00

60.00%

60.00%

In Chengdu constructs to throw the property development limited company

Sichuan Chengdu

Property development

100,000,000.00

-

100.00%

-

In Jiujiang constructs to throw the property development limited company

Jiangxi Jiujiang

Property development

100,000,000.00

-

51.00%

-

In Shenzhen constructs to throw the property consultant limited company

Guangdong Shenzhen

Real estate broker, agent and referral service and so on

-

5,000,000.00

-

100.00%

In Hainan constructs to throw the property consultant limited company

Hainan Haikou

Real estate broker, agent and referral service and so on

-

2,000,000.00

-

100.00%

Shenzhen northern new home real estate broker limited company

Guangdong Shenzhen

Real estate broker, agent and referral service and so on

-

5,000,000.00

-

60.00%

4. the pooled enterprises situation in this company

By investment unit name registration place

Business nature enterprise ownership percentage

End of the period property

Total amount

End of the period debt

Total amount

End of the period rights

Total amount

Current operation

Total income

This issue net profit

Shenzhen hundred live in decoration building materials limited company

Shenzhen

Building materials dealer

35

272,421,593.00

230,171,685.00

42,249,908.00

595,720,228.00

31,975,646.00 Beijing hundred live in the decoration building materials limited company

Beijing

Building materials dealer

20

123,086,029.00

414,766,952.00

-291,680,923.00

399,886,720.00

-74,725,228.00 Beijing Ruifeng investment management limited company

Beijing

Investment management

20

494,623,026.83

223,655,082.67

270,967,944.16

7,767,155.69

-127,343,220.16 Shenzhen Pearl River peaceful cement product limited company

Shenzhen

Cement product

20

26,563,958.46

4,378,863.12

22,185,095.34

10,709,614.91

637,818.86 5. connection side transaction

(1) buying and selling transaction

Transaction type

Business name

Connection side relations nature

Transaction

The transaction accounts for company similar transaction total amount the proportion

Has not settled accounts the project amount

Has not settled accounts project amount bad account preparation amount

Pricing policy

First, sales commodity, provides the connection transaction of service

Sales commodity

South Huzhou scholartree ridge cement limited company

In same group enterprise

11,364,092.22

14.16%

8,442,266.19

-

Market fixed price

Sales commodity

Guangde Dushan south cement limited company

In same group enterprise

13,438,875.99

16.74%

5,764,648.16

-

Market fixed price

Sales commodity

Landscape southern cement limited company

In same group enterprise

13,960,313.24

17.39%

3,335,566.49

-

Market fixed price

Sales commodity

Zhejiang three lion group five building materials limited companies

In same group enterprise

3,063,097.62

3.82%

503,824.21

-

Market fixed price

Sales commodity

Zhejiang three lion group Changxing gold nail building materials limited companies

In same group enterprise

23,310,983.81

29.05%

305,851.06

-

Market fixed price

Sales commodity

Jiande southern cement limited company

In same group enterprise

6,596,351.68

8.22%

70,000.00

-

Market fixed price

Sales commodity

Anhui Guangde south cement limited company

In same group enterprise

1,461,220.85

1.82%

20,014.15

-

Market fixed price

Sales commodity

Guangde new Hangzhou south cement limited company

In same group enterprise

7,062,703.46

8.80%

13,363.05

-

Market fixed price

Sales commodity

Huzhou southern cement limited company

In same group enterprise

-

-

146,430.35

- Market fixes a price two, other transactions to accept to guarantee Chinese Building materials limited liability company Parent company 650,000,000.00 - - - - warehousing receives Shenzhen hundred to live in the decoration building materials limited company pooled enterprises 18,634,237.50 - 540,070.85 - agreement fixed price fund seizure expense receives Beijing Ruifeng investment management limited company pooled enterprises 136,986.30 - - - same time bank loan interest rate fund seizure expense receives Shenzhen Germany letter advantage and investment limited company subsidiary company minority shareholders 642,390.75 - - - agreement fixed price fund seizure expense disbursement inspires the minority shareholders who stone group Zhejiang becomes the property development limited company subsidiary company greatly 506,492.32 - - - agreement fixes a price (2) connection side intercourse remaining sum situation project and unit ending balance accounts for this project total amountThe proportion (%) account receivable/Shenzhen hundred live in decoration building materials limited company 956,149.24 0.27% account receivables/south Huzhou scholartree ridge cement limited company 8,442,266.19 2.39% account receivables/Guangde Dushan south cement limited company 5,764,648.16 1.63% account receivables/south landscape cement limited company 3,335,566.49 0.95% account receivables/Zhejiang three lion group five building materials limited company 503,824.21 0.14% account receivables/Zhejiang three lion group Changxing gold nail building materials limited company 305,851.06 0.09% account receivables/Jiande south cement limited company 70,000.00 0.02% account receivables/Anhui Guangde south cement limited company 20,014.15 0.01% account receivables/Guangde new Hangzhou south cement limited company 13,363.05 0.00% account receivables/Huzhou south cement limited company 146,430.35
0.04% other should receive money/Shenzhen hundred to live in decoration building materials limited company 530,000.00 0.47% other to receive money/explanation this company current period of Huzhou south cement limited company 164,691.40 0.16% 12, significant asset transfer and in sell not significant asset transfer and sell item

13th, business combination, separation and other item explanations

In this company current period non-business combination, separation and other items.
14th, explanation this company current period nothing but currency property of exchange and debt reorganization item non-currency property exchange and in debt reorganization.

15th, parent company main financial reporting project annotation

1. long-term equity investment (1) investment category

Item item of opening balance this year increases this year reduces the ending balance antithetical couplet company to invest 112,743,017.31 102,691,670.00 3,000,000.00

212,434,687.31 pairs of pooled enterprises invest

100,668,626.41

14,068,502.89

45,679,443.29 69,057,686.01

Invests 14,165,425.00 in other enterprises 5,200,000.00 -

19,365,425.00 small idea

227,577,068.72

121,960,172.89

48,679,443.29 300,857,798.32

Reducing: The long-term investment depreciation prepares 1,029,119.14 - -

1,029,119.14 gathers the idea

226,547,949.58

121,960,172.89

48,679,443.29

299,828,679.18

(2) the significant pooled enterprises invest

By investment unit name

Registration place

Business nature

Ownership percentage (%)

Right to vote proportion (%)

End of the period net assets

Total amount

Current operation income

Total amount

This issue net profit

Shenzhen hundred live in the decoration

Building materials limited company

Guangdong Shenzhen

Building materials dealer

35

35

42,249,908.00

595,720,228.00 31,975,646.00

Beijing hundred live in the decoration

Building materials limited company

Beijing

Building materials dealer

20

20

-291,680,923.00

399,886,720.00

-74,725,228.00

Beijing Ruifeng invests

Management limited company

Beijing

Investment management

20

20

270,967,944.16

7,767,155.69 -127,343,220.16

(3) presses the significant equity investment of cost law calculation

By investment unit name

Cost of investment

Opening balance

This issue increases

This issue reduces

Ending balance

Shenzhen northern new home real estate broker limited company

-

3,000,000.00

-

3,000,000.00

-

UNITED SUNTECH CRAFT, INC.
4,966,020.00 4,966,020.00 - - 4,966,020.00 BNBM PNG LTD

9,556,638.17

9,556,638.17

-

-

9,556,638.17

Constructs to throw the business limited company 36,920,359.14 36,920,359.14 - - 36,920,359.14 Shenzhen constructs to throw the property development limited company

9,000,000.00

8,300,000.00

700,000.00

-

9,000,000.00

Constructs to throw the physical distribution limited company 50,000,000.00 50,000,000.00 - - in 50,000,000.00 Chengdu constructs to throw the property development limited company

100,000,000.00

-

100,000,000.00

-

100,000,000.00

CNBMI Ausralia Pty Ltd 1,991,670.00 - 1,991,670.00 - 1,991,670.00 Shandong great skill science and technology limited companies

4,165,425.00

4,165,425.00

-

-

4,165,425.00

Elephant investment management company 10,000,000.00 8,970,880.86 - - 8,970,880.86 "China Enterprise" limited liability companies

4,900,000.00

-

4,900,000.00

-

4,900,000.00

The Shanghai dike passes the equity investment management limited company 300,000.00 - 300,000.00 - 300,000.00 (4) according to significant equity investment of equity method calculation

By investment unit name

Initial amount

Opening balance

The cost of investment change profit and loss adjustment changes other ownership interest change ending balances to count profit and loss

This issue actually receives the dividend

Shenzhen hundred live in decoration building materials limited company

33,431,586.60 3,520,270.44 4,759,898.19 6,583,928.55 - - 14,864,097.18 Beijing hundred live in the decoration building materials limited company

25,171,348.33 - 2,724,676.15 -2,724,676.15 - - -

Beijing Ruifeng investment management limited company 10,000,000.00

97,148,355.97

-

-25,468,644.03

17,486,123.11

54,193,588.83

(5) the long-term equity investment depreciation prepares an item

Opening balance

This year increases the number

This year reduces the number

Ending balance

Reduces the number

Reduces the reason

Elephant investment management company

1,029,119.14

-

-

-

1,029,119.14

About counting 1,029,119.14 - - - 1,029,119.14 2. business income and overhead cost (1) business income and overhead cost item

This issue has the volume

Last time had the volume

Income

Cost

Income

Cost

1. main business service sub-total

1,785,978,463.42

1,738,745,047.80 709,875,177.38

658,954,471.65

2. other service sub-totals

3,747,361.03

1,738,644.97 3,798,063.97

1,801,694.45

About counting 1,789,725,824.45 1,740,483,692.77 713,673,241.35 660,756,166.10 (2) main business services (minute category) project

This issue has the volume

Last time had the volume

Main business income

Main business operational cost

Main business income

Main business operational cost

Trade

1,747,645,741.91

1,730,382,203.44

672,138,868.09

650,136,120.59

Warehousing

38,332,721.51

8,362,844.36

37,736,309.29

8,818,351.06

Sum total

1,785,978,463.42

1,738,745,047.80 709,875,177.38

658,954,471.65

3. investment yield

Had the investment yield origin this issue to have the volume to have volume transaction monetary assets income 80,212,304.18 148,108,431.27 long-term equity investment profit -23,300,496.65 54,571,623.03 last time: Equity method calculation confirmation investment yield -21,609,391.63 54,571,623.03 in which: Dividend or profit that cost law accounting unit minute returning 1,500,000.00 -: Transfer of share rights income -3,191,105.02 - about idea

56,911,807.53

202,680,054.30

4. income tax expense

An item item of this issue had the volume to have the volume income tax expense last time 9,202,173.85

29,164,778.57 in which: When time income tax expense

18,980,511.68

32,874,398.52 deferral income tax expense

-9,778,337.83 -3,709,619.95

16th, commitment item company synthesizes the credit situation are as follows:

Debit bank

Loan specified amount

Specified amount time

Ticket/card remaining sum

Bank loan remaining sum

Has not used the specified amount

Communications Bank Chegong Temple Sub-branch

200,000,000.00

2010.11.18-2013.11.15

-

40,000,000.00

160,000,000.00

In Guangdong Development Bank sea sub-branch

200,000,000.00

2010.6.10-2011.6.10

-

200,000,000.00

-

China bank

200,000,000.00

2010.2.11-2011.2.11

-

200,000,000.00

-

Minsheng Bank of China

100,000,000.00

2010.3.26-2011.3.26

-

100,000,000.00

Shanghai Bank

250,000,000.00

2010.2.25-2020.2.25

-

235,000,000.00

15,000,000.00

Beijing Bank

150,000,000.00

2010.5.10-2011.5.9

-

150,000,000.00

-

Jiangsu Bank

100,000,000.00

2010.6.23-2010.6.22

-

65,000,000.00

35,000,000.00

Safe bank

150,000,000.00

2009.10.21-2010.10.21

3,850,184.00

100,000,000.00

46,149,816.00

China Construction Bank

200,000,000.00

2009.12.30-2010.12.29

-

110,000,000.00

90,000,000.00

China Construction Bank

60,000,000.00

2010.12.17-2011.12.16

-

- 60,000,000.00

Jiangsu Bank

70,000,000.00

2010.6.23-2011.6.22

-

- 70,000,000.00

Sub-total

1,680,000,000.00

3,850,184.00

1,100,000,000.00

576,149,816.00

Note 1: On table safe bank "ticket/card remaining sum" is mainly constructs to throw the business limited company 3,850,184.00 Yuan.

Note 2: On shows "bank loan remaining sum" with non-current liability sum of few 105,954,254.03 that the short money and of long-term loan and in one year financial reporting expires the Yuan project, is constructs to throw the business limited company and bank sign forward exchange contract, foreign currency loan that obtains.

17th, the authorization of financial reporting

This financial reporting sent out by this company board of directors authorization in April 10, 2011. Building materials investment limited company on April 10, 2011

PAGE PAGE 40

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: MC SYSTEM PID_KEYWORDS:
PID_TEMPLATE: Normal.dotm PID_LASTAUTHOR: JOHNNY PID_REVNUMBER: 1521

PID_APPNAME: Microsoft Office Word PID_EDITTIME: Sun Jan 14 23:37: 00 CST 1601
PID_LASTPRINTED: Mon Apr 26 20:48: 00 CST 2010 PID_CREATE_DTM: Mon Aug 20 15:15: 00 CST
2007 PID_LASTSAVE_DTM: Mon Apr 18 10:52: 00 CST 2011 PID_PAGECOUNT: 40
PID_WORDCOUNT: 5731 PID_CHARCOUNT: 32667 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: MC SYSTEM PID_LINECOUNT: 272 PID_PARCOUNT: 76 17:
38322 23: 786432 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

# 中建材投资有限公司

# 2010 年度财务报表附注

（除另有注明外，所有金额均以人民币元为货币单位）

## 一、企业的基本情况

### 1、公司概况

公司注册英文名称：CNBM Investment Co.,Ltd

注册资本：人民币 500,000,000.00 元

法定代表人：曹江林

注册地址及总部地址：深圳市罗湖区人民南路国贸大厦 12 楼南

### 2、历史沿革

中建材投资有限公司（原名"北新物流有限公司"，以下简称"本公司"或"公司"）系于 2000 年 12 月由北新集团建材股份有限公司、北新建材（集团）有限公司、中国建筑材料及设备进出口珠江公司、深圳珠江建筑实业公司等四家法人企业共同出资设立的有限责任公司。公司成立时的注册资本为人民币 200,000,000.00 元。

2001 年 6 月，经公司股东会决议，同意公司的控股股东北新集团建材股份有限公司由其以合法持有的北新数码有限公司 80.00%的股权经过评估后的价值对本公司进行增资，公司的注册资本增加为人民币 215,678,085.25 元。

2002 年 6 月，公司的原股东中国建筑材料及设备进出口珠江公司、深圳珠江建筑实业公司和北新建材（集团）有限公司等三家公司与中国玻纤股份有限公司（原名中国化学建材股份有限公司）签订股权转让协议，分别将其持有公司的股份转让给中国玻纤股份有限公司，从而使中国玻纤股份有限公司成为本公司的参股股东（持股比例为 18.546%）。2002 年 12 月，公司的控股股东北新集团建材股份有限公司与中国玻纤股份有限公司签订协议，将其持有公司 1.454%的股权转让给中国玻纤股份有限公司。此次股权转让完成后，北新集团建材股份有限公司持有本公司的股权为 80%，中国玻纤股份有限公司持有本公司的股权为 20%。

2007 年 12 月，北新集团建材股份有限公司持有本公司的股权 80%、中国玻纤股份有限公司持有本公司的股权 20%转让给中国建材股份有限公司，本公司成为中国建材股份有限公司全资子公司。

2009 年 3 月，中国建材股份有限公司以货币资金增资 284,321,914.75 元，已由中喜会计

17

CNBMCO00076251

师事务所有限责任公司出具的"中喜验字[2009]第 01010 号"验资报告验证，增资后注册资本变为人民币 500,000,000.00 元。

**3、本公司所处行业、经营范围**

所处行业：贸易、租赁业。

本公司的经营范围：投资兴办实业（具体项目另行申报）；从事物流业务；电子商务服务；国内商业、物资供销业（不含专营、专控、专卖商品）；经营进出口业务（法律、行政法规、国务院决定禁止的项目除外，限制的项目须取得许可后经营）；在合法取得使用权的土地上从事房地产开发经营。

**4、本公司主要产品或提供的劳务**

公司的主要业务内容为物流贸易、新型房屋建设及股权投资。

**5、本公司控股股东及实际控制人**

本公司的股权 100%由中国建材股份有限公司持有，本公司的实际控制人是中国建筑材料集团公司。

## 二、财务报表的编制基础

本财务报表以公司持续经营假设为基础，根据实际发生的交易事项，按照财政部 2006 年 2 月 15 日颁布的《企业会计准则》及其补充规定，并基于以下所述重要会计政策、会计估计进行编制。

## 三、遵循企业会计准则的声明

本公司基于上述编制基础编制的财务报表符合 2006 年 2 月 15 日财政部颁布的《企业会计准则》的要求，真实完整地反映了公司的财务状况、经营成果和现金流量等有关信息。

## 四、重要会计政策、会计估计的说明

### （一）会计年度

本公司的会计年度从公历 1 月 1 日至 12 月 31 日止。

### （二）记账本位币

本公司以人民币为记账本位币。本公司子公司 BNBM PNG LTD 以基纳为记账本位币，本公

Confidential

CNBMCO00076252

司子公司 UNITED SUNTECH CRAFT, INC 以美元为记账本位币，本公司子公司 CNBMI Ausralia Pty Ltd 以澳元为记账本位币。

### （三）记账基础和计价原则。

本公司以权责发生制为记账基础，以实际成本为计价原则。各项财产在取得时按实际成本计量，其后如果发生减值，按企业会计制度规定计提相应的减值准备。

### （四）外币业务的核算方法及折算方法

公司涉及外币的经济业务，外币交易应当在初始确认时，采用交易发生日即期汇率的近似汇率（上月末或上季度末的汇率）将外币金额折算为记账本位币金额；在资产负债表日，对外币货币性项目，采用资产负债表日即期汇率折算；因资产负债表日即期汇率与初始确认时或者前一资产负债表日即期汇率不同而产生的汇兑差额，计入当期损益；以历史成本计量的外币非货币性项目，仍采用交易发生日的即期汇率折算，不改变其记账本位币金额；采用公允价值确定日的即期汇率折算，折算后的记账本位币金额与原记账本位币金额的差额，计入当期损益。

期末，公司对境外子公司外币财务报表进行折算时，资产负债表中的资产和负债项目，采用资产负债表日的即期汇率折算，股东权益项目除"未分配利润"外，其他项目采用发生日的即期汇率折算。

利润表中的收入和费用项目，采用交易发生日即期汇率的近似汇率（上月末或上季度末的汇率）折算。

现金流量表所有项目均按照现金流量发生日即期汇率的近似汇率（上月末或上季度末的汇率）折算。汇率变动对现金的影响额作为调节项目，在现金流量表中单独列示"汇率变动对现金及现金等价物的影响" 项目反映。

由于财务报表折算而产生的差额，在资产负债表股东权益项目下单独列示"外币报表折算差额"项目反映。

### （五）现金及现金等价物的确定标准

现金流量表的现金指企业库存现金及可以随时用于支付的存款。现金等价物指持有的期限短（一般是指从购买日起三个月内到期）、流动性强、易于转换为已知金额现金、价值变动风险很小的投资。

### （六）金融工具的核算方法

金融工具是指形成一个企业的金融资产，并形成其他单位的金融负债或权益工具的合同。

Confidential

1、金融工具的确认和终止确认

本公司于成为金融工具合同的一方时确认一项金融资产或金融负债。

金融资产满足下列条件之一的，终止确认：

（1）收取该金融资产现金流量的合同权利终止；

（2）该金融资产已转移，且符合下述金融资产转移的终止确认条件。如果金融负债的责任已履行、撤销或届满，则对金融负债进行终止确认。如果现有金融负债被同一债权人以实质上几乎完全不同条款的另一金融负债所取代，或者现有负债的条款几乎全部被实质性修改，则此类替换或修改作为终止确认原负债和确认新负债处理，差额计入当期损益。

金融负债终止确认条件：金融负债的现时义务全部或部分已经解除的，终止确认该金融负债或其一部分。金融负债全部或部分终止确认的，将终止确认部分的账面价值与支付的对价（包括转出的非现金资产或承担的新金融负债）之间的差额，计入当期损益。

2、金融资产分类和计量

本公司的金融资产于初始确认时分为以下四类：以公允价值计量且其变动计入当期损益的金融资产、持有至到期投资、贷款和应收款项、可供出售金融资产。金融资产在初始确认时以公允价值计量。对于以公允价值计量且其变动计入当期损益的金融资产，相关交易费用直接计入当期损益，其他类别的金融资产相关交易费用计入其初始确认金额。

（1）以公允价值计量且其变动计入当期损益的金融资产

以公允价值计量且其变动计入当期损益的金融资产，包括交易性金融资产和初始确认时指定为以公允价值计量且其变动计入当期损益的金融资产。交易性金融资产是指满足下列条件之一的金融资产：1）取得该金融资产的目的是为了在短期内出售；2）属于进行集中管理的可辨认金融工具组合的一部分，且有客观证据表明企业近期采用短期获利方式对该组合进行管理；3）属于衍生金融工具。对于此类金融资产，采用公允价值进行后续计量，所有已实现和未实现的损益均计入当期损益。

（2）持有至到期投资

持有至到期投资，是指到期日固定、回收金额固定或可确定，且本公司有明确意图和能力持有至到期的非衍生金融资产。对于此类金融资产，采用实际利率法，按照摊余成本进行后续计量，其终止确认、发生减值或摊销产生的利得或损失，均计入当期损益。

（3）贷款和应收款项

贷款和应收款项，是指在活跃市场中没有报价、回收金额固定或可确定的非衍生金融资产。对于此类金融资产，采用实际利率法，按照摊余成本进行后续计量，其终止确认、发生减值或摊销产生的利得或损失，均计入当期损益。

（4）可供出售金融资产

20

Confidential

可供出售金融资产，是指初始确认时即指定为可供出售的非衍生金融资产，以及除上述金融资产类别以外的金融资产。对于此类金融资产，采用公允价值进行后续计量。其折溢价采用实际利率法进行摊销并确认为利息收入或费用。除减值损失及外币货币性金融资产的汇兑差额确认为当期损益外，可供出售金融资产的公允价值变动作为资本公积的单独部分予以确认，直到该金融资产终止确认或发生减值时，在此之前在资本公积中确认的累计利得或损失转入当期损益。与可供出售金融资产相关的股利或利息收入，计入当期损益。

对于在活跃市场中没有报价且其公允价值不能可靠计量的权益工具投资，按成本计量。

3、金融负债分类和计量

本公司的金融负债于初始确认时分类为：以公允价值计量且其变动计入当期损益的金融负债、其他金融负债。对于以公允价值计量且其变动计入当期损益的金融负债，相关交易费用直接计入当期损益，其他金融负债的相关交易费用计入其初始确认金额。

以公允价值计量且其变动计入当期损益的金融负债，包括交易性金融负债和初始确认时指定为以公允价值计量且其变动计入当期损益的金融负债。交易性金融负债是指满足下列条件之一的金融负债：1）承担该金融负债的目的是为了在近期内回购；2）属于进行集中管理的可辨认金融工具组合的一部分，且有客观证据表明企业近期采用短期获利方式对该组合进行管理；3）属于衍生金融工具。对于此类金融负债，按照公允价值进行后续计量，所有已实现和未实现的损益均计入当期损益。

4、主要金融资产和金融负债的公允价值确定方法

（1）存在活跃市的金融资产或金融负债，活跃市场中的报价应当用于确定其公允价值。

（2）金融工具不存在活跃市场的，企业应当采用估值技术确定其公允价值。

（3）初始取得或源生的金融资产或承担的金融负债，应当以市场交易价格作为确定其公允价值的基础。

（4）企业采用未来现金流量折现法确定金融工具公允价值的，应当使用合同条款和特征在实质上相同的其他金融工具的市场收益率作为折现率。没有标明利率的短期应收款项和应付款项的现值与实际交易价格相差很小的，可以按照实际交易价格计量。

5、金融资产减值的处理

期末，对以公允价值计量且其变动计入当期损益的金融资产以外的金融资产，有客观证据表明其发生了减值的，根据其预计未来现金流量现值低于账面价值之间差额计提减值准备。

（1）应收款项

详见附注四、（七）

（2）持有至到期投资

对持有至到期投资，单项或按类似信用风险特征划分为若干组合进行减值测试，有客观证

21

据表明其发生了减值的，根据其未来现金流量现值低于其账面价值的差额，确认减值损失，计提减值准备。

持有至到期投资计提减值准备后，有客观证据表明该金融资产价值已恢复，且客观上与确认该损失后发生的事项有关，原确认的减值准备应当在不超过假定不计提减值准备情况下该金融资产在转回日的摊余成本那部分应当予以转回，计入当期损益。

（3）可供出售金融资产

如果可供出售金融资产的公允价值发生较大幅度下降，或在综合考虑各种相关因素后，预期这种下降趋势属于非暂时性的，则按其预计未来现金流量现值低于其账面价值的差额，计提减值准备。

可供出售金融资产发生减值时，应当将原直接计入所有者权益的公允价值下降形成的累计损失一并转出，确认减值损失，计提减值准备。

对于已确认减值损失的可供出售债务工具，在随后的会计期间公允价值已上升且客观上与确认原减值损失确认后发生的事项有关的，原确认的减值损失应当予以转回计入当期损益；可供出售权益工具投资发生的减值损失，不得通过损益转回。

6、金融资产转移的确认依据和计量方法

本公司的金融资产转移，包括下列两种情形：

（1）将收取金融资产现金流量的权利转移给另一方；

（2）将金融资产转移给另一方，但保留收取金融资产现金流量的权利，并承担将收取的现金流量支付给最终收款方的义务，同时满足下列条件：

1）从该金融资产收到对等的现金流量时，才有义务将其支付给最终收款方。企业发生短期垫付款，但有权全额收回该垫付款并按照市场上同期银行贷款利率计收利息的，视同满足本条件。

2）根据合同约定，不能出售该金融资产或作为担保物，但可以将其作为对最终收款方支付现金流量的保证。

3）有义务将收取的现金流量及时支付给最终收款方。企业无权将该现金流量进行再投资，但按照合同约定在相邻两次支付间隔期内将所收到的现金流量进行现金或现金等价物投资的除外。企业按照合同约定进行再投资的，应当将投资收益按照合同约定支付给最终收款方。

已将金融资产所有权上几乎所有的风险和报酬转移给转入方的，终止确认该金融资产；保留了金融资产所有权上几乎所有的风险和报酬的，不termin止确认该金融资产。

既没有转移也没有保留金融资产所有权上几乎所有的风险和报酬的，分别下列情况处理：

（1）放弃了对该金融资产控制的，终止确认该金融资产。

Confidential                                                                      CNBMCO00076256

（2）未放弃对该金融资产控制的，按照其继续涉入所转移金融资产的程度确认有关金融资产，并相应确认有关负债。

### （七）应收款项

期末如果有客观证据表明应收款项发生了减值的，则将其账面价值与预计未来现金流量现值之间的差额计算确认减值损失。

对于单项金额重大的，单独进行减值测试，如有客观证据表明其发生了减值的，根据其未来现金流量现值低于其账面价值的差额，确认减值损失，计提坏账准备。

单项金额不重大但按信用风险特征组合组合后风险较大的，单独进行减值测试，若有客观证据表明其发生了减值的，计提个别坏账准备。

经上述两次单独减值测试未减值的应收款项，结合其他单项金额不重大的应收款项，采用账龄分析法，按应收款项的账龄和规定的提取比例确认减值损失。

单项金额重大是指单笔金额在 50 万元以上的应收款项，单项金额不重大但按信用风险特征组合后风险较大是指单笔金额在 50 万元以下、账龄在 3 年以上的应收款项。

本公司根据以前年度与之相同或相类似的、具有类似信用风险特征的应收款项组合（即账龄组合）的实际损失率为基础，结合现时情况确定以下应收款项组合计提坏账准备的比例：

| 账　龄 | 1年以内 | 1-2年 | 2-3年 | 3-4年 | 4-5年 | 5年以上 |
|---|---|---|---|---|---|---|
| 计提比例 | 1% | 7% | 20% | 40% | 70% | 100% |

在进行组合测试时，如果有迹象表明某项应收款项的可收回性与该账龄其他应收款项存在明显差别，导致该项应收款项如果按照既定比例计提坏账准备，无法真实反映其可收回金额的，采用个别认定法计提坏账准备。

坏账的确认标准：债务人破产或死亡，以其破产财产或遗产依法清偿后，仍然不能收回的款项；债务人逾期未履行偿债义务，并且具有明显特征表明确实不能收回的款项。

### （八）存货

1、存货分类

公司存货分为原材料、在产品、产成品、低值易耗品、包装物、委托加工材料、外购商品等。

2、存货取得和发出的计价及摊销

公司取得的原材料、低值易耗品、包装物、委托加工材料、外购商品等在取得时按实际成本计价并入库，领用或发出时采用加权平均法核算；公司本部生产的产成品按计划成本计价入库，计划成本和实际成本的差额单独计入"产品成本差异"科目，月末根据已销售的产成品在

23

CNBMCO00076257

按计划成本结转产品销售成本的同时还要分摊相应的"产品成本差异"，将计划成本还原为实际成本；外埠分公司、子公司生产产成品按实际成本计价入库；低值易耗品采用"五五"摊销法进行摊销。

3、存货盘存制度

存货盘存采用永续盘存制。

4、存货可变现净值的依据及存货跌价准备计提方法

期末，在对存货进行全面盘点的基础上，对存货可变现净值低于成本的部分，提取存货跌价准备，计入当期损益。提取时按单个存货项目的成本高于其可变现净值的差额确定。可变现净值，是指在日常活动中，存货的估计售价减去至完工时估计将要发生的成本、估计的销售费用以及相关税费后的金额。可变现净值的确定依据及存货跌价准备计提方法：

（1）存货可变现净值的确定依据：为生产而持有的材料等，用其生产的产成品的可变现净值高于成本的，该材料仍然应当按成本计量；材料价格的下降表明产成品的可变现净值低于成本的，该材料应当按照可变现净值计量。为执行销售合同或者劳务合同而持有的存货，其可变现净值应当以合同价格为基础计算。企业持有存货的数量多于销售合同订购数量的，超出部分的存货的可变现净值应当以一般销售价格为基础计算。

（2）存货跌价准备的计提方法：按单个存货项目的成本与可变现净值孰低法计提存货跌价准备；但对于数量繁多、单价较低的存货按存货类别计提存货跌价准备。与在同一地区生产和销售的产品系列相关、具有相同或类似最终用途或目的，且难以与其他项目分开计量的存货，可以合并计提存货跌价准备。

**（九）长期股权投资**

1、长期股权投资的初始计量

（1）企业合并形成的长期股权投资

同一控制下的企业合并取得的长期股权投资，公司以支付现金、转让非现金资产、承担债务或者发行权益性证券作为合并对价的，在合并日按照取得被合并方所有者权益账面价值的份额作为长期股权投资的初始投资成本。长期股权投资初始投资成本与支付的合并对价的账面价值或发行股份的面值总额之间的差额，调整资本公积；资本公积不足冲减的，调整留存收益。为企业合并发生的各项直接相关费用，包括为进行企业合并而支付的审计费用、评估费用、法律服务费用等，于发生时计入当期损益。

非同一控制下的企业合并取得的长期股权投资，在购买日按照支付的合并对价的公允价值和各项直接相关费用作为其初始投资成本。

（2）其他方式取得的长期股权投资

以支付现金取得的，按照实际支付的购买价款作为初始投资成本；以发行权益性证券取得

Confidential                                              CNBMCO00076258

的，按照发行权益性证券的公允价值作为初始投资成本；投资者投入的，按照投资合同或协议约定的价值作为初始投资成本，但合同或协议约定价值不公允的除外。

2、长期股权投资的后续计量

对子公司的长期股权投资采用的成本法核算，编制合并财务报表时按照权益法进行调整；对被投资单位不具有共同控制或重大影响且在活跃市场中没有报价、公允价值不能可靠计量的长期股权投资，采用成本法核算；对被投资单位具有共同控制或重大影响的长期股权投资，采用权益法核算。

3、长期股权投资的收益确认方法

采用成本法核算的，当期投资收益仅限于所获得的被投资单位在接受投资后产生的累积净利润的分配额，所获得的被投资单位宣告分派的利润或现金股利超过上述数额的部分，作为初始投资成本的收回，冲减投资的账面价值。

采用权益法核算的，按照应享有或应分担的被投资单位实现的净损益的份额，确认投资损益并调整长期股权投资的账面价值。当期投资损益为按应享有或应分担的被投资单位当年实现的净利润或发生的净亏损的份额。在确认应分担的被投资单位发生的净亏损时，以投资账面价值减记至零为限（投资企业负有承担额外损失义务的除外）；如果被投资单位以后各期实现净利润，在收益分享额超过未确认的亏损分担额以后，按超过未确认的亏损分担额的金额，恢复投资的账面价值。

4、长期股权投资的减值

长期股权投资的减值，按资产减值规定处理。

5、共同控制、重大影响的确定依据

（1）共同控制的确定依据主要包括：任何一个合营方均不能单独控制合营企业的生产经营活动；涉及合营企业基本经营活动的决策需要各合营方一致同意等。

（2）重大影响的确定依据主要包括：当本公司直接或通过子公司间接拥有被投资单位20%（含）以上但低于50%的表决权股份时，除非有明确证据表明该种情况下不能参与被投资单位的生产经营决策，不形成重大影响外，均确定对被投资单位具有重大影响；本公司拥有被投资单位20%（不含）以下的表决权股份，一般不认为对被投资单位具有重大影响。

但符合下列情况的，也确定为对被投资单位具有重大影响：在被投资单位的董事会或类似的权力机构中派有代表；参与被投资单位的政策制定过程；与被投资单位之间发生重要交易；向被投资单位派出管理人员；向被投资单位提供关键技术资料。

**（十）投资性房地产**

25

CNBMCO00076259

1、投资性房地产的范围

指为赚取租金或资本增值，或两者兼有而持有的房地产，包括已出租的土地使用权、持有并准备增值后转让的土地使用权、已出租的建筑物。

2、投资性房地产的初始计量

按照取得时的成本进行初始计量。

3、投资性房地产的后续计量

本公司对投资性房地产采用成本模式进行后续计量，折旧及摊销政策同固定资产、无形资产的折旧、摊销政策一致。

4、投资性房地产的减值

按成本模式计量的投资性房地产，按资产减值规定处理。

## （十一）固定资产

1、固定资产确认条件

固定资产是指为生产商品、提供劳务、出租或经营管理而持有的，使用寿命超过一个会计年度的有形资产。固定资产在同时满足下列条件时予以确认：

（1）与该项固定资产有关的经济利益很可能流入企业；

（2）该固定资产的成本能够可靠地计量。

2、固定资产分类

固定资产分类为：房屋、建筑物、电脑设备、办公设备、运输设备、其他设备；

3、固定资产计量

固定资产通常按照实际成本作为初始计量。

4、固定资产折旧方法

本公司固定资产从其达到预定可使用状态的次月起，采用年限平均法提取折旧。各类固定资产的折旧年限、净残值率、年折旧率如下：

| 项　　目 | 折旧年限 | 预计净残值率 | 年折旧率 |
|---|---|---|---|
| 房屋及建筑物 | 40年 | 5% | 2.38% |
| 机器设备 | 10-18年 | 5% | 5.28-9.50% |
| 电子设备 | 8年 | 5% | 11.88% |
| 运输工具 | 10年 | 5% | 9.50% |
| 其他设备 | 8年 | 5% | 11.88% |

Confidential

CNBMCO00076260

已计提减值准备的固定资产，按照该固定资产的账面价值以及尚可使用寿命重新计算确定折旧率和折旧额；如果已计提减值准备的固定资产价值又得以恢复，应当按照固定资产价值恢复后的账面价值，以及尚可使用寿命重新计算确定折旧率和折旧额。因固定资产减值准备而调整固定资产折旧额时，对此前已计提的折旧不作调整。

5、固定资产减值

固定资产的减值，按资产减值规定处理。

### （十二）在建工程

1、在建工程按实际成本计价。此成本包括建筑安装工程费、设备购置费等。在建工程在达到预定可使用状态前所发生的专门借款的借款费用计入工程成本，其后发生的专门借款费用列入财务费用。

2、在建工程结转固定资产的时点：在建工程于达到预定可使用状态之日结转固定资产。虽交付使用但尚未办理竣工决算的工程，根据工程预算、造价或者工程实际成本等资料，按估计的价值转入固定资产并计提折旧。

3、在建工程减值准备

在建工程的减值，按资产减值规定处理。

### （十三）无形资产

公司无形资产按照成本进行初始计量。

使用寿命有限的无形资产，自该无形资产可供使用时起，在使用寿命期内分期平均摊销，计入损益。使用寿命不确定的无形资产不进行摊销。本公司无形资产主要土地使用权，按使用年限平均摊销。

如果预计某项无形资产已不能为企业带来未来经济利益的，将该无形资产的账面价值全部转入管理费用。无形资产的减值，按资产减值规定处理。

### （十四）长期待摊费用

长期待摊费用为已经发生但应由本期和以后各期负担的，分摊期限在一年以上的各项费用，按预计受益期间分期平均摊销，并以实际支出减去累计摊销后的净额列示。如果预计某项长期待摊费用不能为公司带来经济利益的，则将该长期待摊费用的账面价值予以转销，计入当期损益。

### （十五）借款费用

Confidential                                                           CNBMCO00076261

企业发生的借款费用，可直接归属于符合资本化条件的资产的购建或者生产的，应当予以资本化，计入相关资产成本；其他借款费用，应当在发生时根据其发生额确认为费用，计入当期损益。符合资本化条件的资产，是指需要经过相当长时间的购建或者生产活动才能达到预定可使用或可销售状态的固定资产、投资性房地产和存货等资产。借款费用同时满足下列条件的，才能开始资本化：

1、资产支出已经发生，资产支出包括为购建或者生产符合资本化条件的资产而以支付现金、转移非现金资产或者承担带息债务形式发生的支出；

2、借款费用已经发生；

3、为使资产达到预定可使用或者可销售状态所必要的购建或者生产活动已经开始。

在资本化期间内，每一会计期间的利息（包括折价或溢价的摊销）资本化金额，应当按照下列规定确定：

1、为购建或者生产符合资本化条件的资产而借入专门借款的，公司以专门借款当期实际发生的利息费用，减去将尚未动用的借款资金存入银行取得的利息收入或进行暂时性投资取得的投资收益后的金额确定。

2、为购建或者生产符合资本化条件的资产而占用了一般借款的，公司根据累计资产支出超过专门借款部分的资产支出加权平均数乘以所占用一般借款的资本化率，计算确定一般借款应予资本化的利息金额。资本化率应当根据一般借款加权平均利率计算确定。资本化期间，是指从借款费用开始资本化时点到停止资本化时点的期间，借款费用暂停资本化的期间不包括在内。

借款存在折价或者溢价的，应当按照实际利率法确定每一会计期间应摊销的折价或者溢价金额，调整每期利息金额。

在资本化期间内，外币专门借款本金及利息的汇兑差额，公司予以资本化，计入符合资本化条件的资产的成本。

购建或者生产符合资本化条件的资产达到预定可使用或者可销售状态时，借款费用停止资本化。在符合资本化条件的资产达到预定可使用或者可销售状态之后所发生的借款费用，在发生时根据其发生额确认为费用，计入当期损益。

### （十六）职工薪酬

职工薪酬，是指公司为获得职工提供的服务而给予各种形式的报酬以及其他相关支出。在职工提供服务的会计期间，将应付的职工薪酬确认为负债。根据职工提供服务的受益对象计入相应的资产成本或当期损益。

### （十七）股份支付

28

CNBMCO00076262

1、股份支付的种类

本公司股份支付分以权益结算的股份支付和以现金结算的股份支付。

2、权益工具公允价值的确定方法

本公司对于授予的存在活跃市场的期权等权益工具，按照活跃市场中的报价确定其公允价值，对于不存在活跃市场的，采用期权定价模型等确定公允价值。

3、确认可行权权益工具最佳估计的依据

对于授予后完成等待期内的服务或达到规定业绩条件才可行权的股份支付交易，本公司在等待期内的每个资产负债表日，根据最新取得的可行权职工人数变动等后续信息对可行权权益工具数量作出最佳估计，修正预计可行权的权益工具数量。在可行权日，最终预计可行权的权益工具数量应与实际可行权数量一致。

## （十八）收入确认原则

收入，是指企业在日常活动中形成的、会导致所有者权益增加的、与所有者投入资本无关的经济利益的总流入。

（1）销售商品收入确认

销售商品收入同时满足下列条件时，予以确认：①公司已将商品所有权上的主要风险和报酬转移给购货方；②公司既没有保留通常与所有权相联系的继续管理权，也没有对已售出的商品实施有效控制；③收入的金额能够可靠地计量；④相关的经济利益很可能流入公司；⑤相关的已发生或将发生的成本能够可靠地计量。

（2）劳务收入确认

①公司在资产负债表日提供劳务交易的结果能够可靠估计的，采用完工百分比法确认提供劳务收入。劳务交易的结果能够可靠估计，是指同时满足下列条件：收入的金额能够可靠地计量；相关的经济利益很可能流入企业；交易的完工进度能够可靠地确定；交易中已发生和将发生的成本能够可靠地计量。公司采用已完工作的测量（已经提供的劳务占应提供劳务总量的比例，或已经发生的成本占估计总成本的比例）确定提供劳务交易的完工进度。

②公司应当按照从接受劳务方已收或应收的合同或协议价款确定提供劳务收入总额，但已收或应收的合同或协议价款不公允的除外。

③在资产负债表日提供劳务交易结果不能够可靠估计的，分别下列情况处理：已经发生的劳务成本预计能够得到补偿的，按照已经发生的劳务成本金额确认提供劳务收入，并按相同金额结转劳务成本；已经发生的劳务成本预计不能够得到补偿的，将已经发生的劳务成本计入当期损益，不确认提供劳务收入。

（3）让渡资产使用权收入确认

29

Confidential
CNBMCO00076263

让渡资产使用权在相关经济利益很可能流入公司且收入金额能够可靠计量时确认收入。让渡资产使用权金额，按照有关合同或协议约定的收费时间和方法计算确定。

### （十九）租赁

1、租赁的分类

分为经营租赁和融资租赁。

2、经营租赁的会计处理方法

租金收入按租约年期采用直线法计入当期收入。

### （二十）所得税的会计处理方法

本公司所得税采用资产负债表债务法核算。

1、递延所得税资产的确认

（1）本公司以很可能取得用来抵扣可抵扣暂时性差异的应纳税所得额为限，确认由可抵扣暂时性差异产生的递延所得税资产。但是同时具有下列特征的交易中因资产或负债的初始确认所产生的递延所得税资产不予确认：

1）该项交易不是企业合并；

2）交易发生时既不影响会计利润也不影响应纳税所得额(或可抵扣亏损)。

（2）本公司对与子公司、联营公司及合营企业投资相关的可抵扣暂时性差异，同时满足下列条件的，确认相应的递延所得税资产：

1）暂时性差异在可预见的未来很可能转回；

2）未来很可能获得用来抵扣暂时性差异的应纳税所得额。

（3）本公司对于能够结转以后年度的可抵扣亏损和税款抵减，以很可能获得用来抵扣可抵扣亏损和税款抵减的未来应纳税所得额为限，确认相应的递延所得税资产。

2、递延所得税负债的确认

除下列情况产生的递延所得税负债以外，本公司确认所有应纳税暂时性差异产生的递延所得税负债：

（1）商誉的初始确认；

（2）同时满足具有下列特征的交易中产生的资产或负债的初始确认：

1）该项交易不是企业合并；

30

CNBMCO00076264

2）交易发生时既不影响会计利润也不影响应纳税所得额（或可抵扣亏损）。

（3）本公司对与子公司、联营公司及合营企业投资产生相关的应纳税暂时性差异，同时满足下列条件的：

1）投资企业能够控制暂时性差异的转回的时间；

2）该暂时性差异在可预见的未来很可能不会转回。

3、所得税费用计量

本公司将当期所得税和递延所得税作为所得税费用或收益计入当期损益，但不包括下列情况产生的所得税：

1）企业合并；

2）直接在所有者权益中确认的交易或事项。

## 五、会计政策、会计估计变更及重大会计差错更正及其他事项调整的说明

### （一）会计政策变更情况

本公司报告期内无会计政策变更事项

### （二）会计估计变更情况

本公司报告期内无会计估计变更事项

### （三）前期重大会计差错更正情况

本公司报告期内无前期重大会计差错更正事项

### （四）其他事项调整

本公司报告期内无其他调整事项

## 六、合并财务报表的编制

### （一）同一控制下和非同一控制下企业合并的会计处理方法

合并财务报表的合并范围包括本公司及全部子公司。

同一控制下企业合并取得的子公司，视同该企业合并于报告期初已经发生，从报告期初起将其资产、负债、经营成果和现金流量纳入合并财务报表，且其合并日前实现的净利润在合并

31

Confidential

CNBMCO00076265

利润表中单列项目反映。

非同一控制下企业合并取得的子公司，以购买日可辨认净资产公允价值为基础对子公司财务报表进行调整，从购买日起将其资产、负债、经营成果和现金流量纳入合并财务报表。

### （二）合并财务报表的编制方法

合并财务报表以母公司和纳入合并范围的子公司的个别财务报表为基础，根据其他有关资料为依据，按照权益法调整对子公司的长期股权投资后，由母公司编制。合并时对内部权益性投资与子公司所有者权益、内部投资收益与子公司利润分配、内部交易事项、内部债权债务进行抵消。

### （三）本期纳入合并报表范围的子企业基本情况

| 序号 | 企业名称 | 持股比例(%) | 享有表决权(%) | 注册资本 | 投资额 | 级次 | 企业类型 | 审计意见类型 | 备注 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | UNITED SUNTECH CRAFT, INC. | 100.00 | 100.00 | 1,000,000.00 美元 | 4,966,020.00 | 2 | 3 | | 注 2 |
| 2 | BNBM PNG LTD | 100.00 | 100.00 | 250,000.00 美元 | 9,556,638.17 | 2 | 3 | | 注 2 |
| 3 | CNBMI Ausralia Pty Ltd | 100.00 | 100.00 | 300,100.00 澳元 | 1,991,670.00 | 2 | 3 | | 注 2 |
| 4 | 中建投商贸有限公司 | 100.00 | 100.00 | 50,000,000.00 | 36,920,359.14 | 2 | 1 | 1 | |
| 5 | 深圳中建投房地产开发有限公司 | 100.00 | 100.00 | 10,000,000.00 | 9,000,000.00 | 2 | 1 | 1 | |
| 6 | 中建投物流有限公司 | 100.00 | 100.00 | 50,000,000.00 | 50,000,000.00 | 2 | 1 | 1 | |
| 7 | 成都中建投房地产开发有限公司 | 100.00 | 100.00 | 100,000,000.00 | 100,000,000.00 | 2 | 1 | | 注 2 |
| 8 | 绵阳中建投房地产开发有限公司 | 100.00 | 100.00 | 10,000,000.00 | 10,825,150.00 | 3 | 1 | | 注 2 |
| 9 | 沈阳德信利和房地产开发有限公司 | 60.00 | 60.00 | 10,000,000.00 | 6,000,000.00 | 3 | 1 | | 注 2 |
| 10 | 九江中建投房地产开发有限公司 | 51.00 | 51.00 | 100,000,000.00 | 51,000,000.00 | 3 | 1 | | 注 2 |

注 1：企业类型"1、3"分别代表"境内非金融子企业、境外子企业"；审计意见类型"1"代表"标准无保留意见"。

注 2：上表中有 7 家公司已经审计，未单独出具审计报告。

### （四）本期合并范围的变更情况及理由

Confidential                                                          CNBMCO00076266

1、本公司报告期内，新纳入合并范围的公司：CNBMI Ausralia Pty Ltd、成都中建投房地产开发有限公司、九江中建投房地产开发有限公司。后两者系 2010 年新设公司，CNBMI Ausralia Pty Ltd 系非同一控制下企业合并形成，情况如下：

| 公司名称 | 合并日 | 账面净资产 | 可辨认净资产公允价值 | | 交易对价 | 商誉 | |
|---|---|---|---|---|---|---|---|
| | | | 金额 | 确定方法 | | 金额 | 确定方法 |
| CNBMI Ausralia Pty Ltd | 2010.12.31 | 17,881,274.87 | 17,881,274.87 | 评估 | 1,991,670.00 | -15,889,604.87 | 列入营业外收入 |

2.本期不再纳入合并范围的原子公司情况

| 序号 | 企业名称 | 注册地 | 注册资本 | 业务性质 | 持股比例（%） | 表决权比例（%） |
|---|---|---|---|---|---|---|
| 1 | 深圳北新房地产经纪有限公司 | 深圳 | 5,000,000.00 | 房地产经纪等 | 60 | 60 |
| 2 | 深圳中建投置业顾问有限公司 | 深圳 | 5,000,000.00 | 房地产经纪等 | 100 | 100 |
| 3 | 海南中建投置业顾问有限公司 | 海口 | 2,000,000.00 | 房地产经纪等 | 100 | 100 |

注：上述三家公司在报告期内已挂牌转让，所以自处置日不再纳入合并范围。

### （五）境外子企业纳入合并范围的情况及合并方法。

本公司境外子公司情况详见六、（三），其合并方法详见四、（四）。

## 七、合并财务报表重要项目的说明

说明：期初（或年初）指 2010 年 1 月 1 日，期末（或年末）指 2010 年 12 月 31 日，上期指 2009 年度，本期指 2010 年度。

### （一）货币资金

| 项目 | 年末余额 | 年初余额 |
|---|---|---|
| 现金 | 727,498.03 | 556,241.05 |
| 其中：人民币 | 442,076.11 | 236,428.07 |
| 美元 | 131,640.92 | 161,247.94 |
| 欧元 | 63,811.90 | 70,989.79 |
| 港币 | 27,492.85 | 25,779.30 |
| 英镑 | 2,452.37 | 2,634.72 |
| 法郎 | 67.80 | 50.56 |
| 澳元 | 13,951.49 | 6,365.38 |

Confidential                                                   CNBMCO00076267

| 项目 | 年末余额 | 年初余额 |
|---|---|---|
| 　　基纳 | 46,004.59 | 52,745.29 |
| 银行存款 | 304,288,509.40 | 126,438,393.06 |
| 其中：人民币 | 217,849,189.07 | 39,352,679.48 |
| 　　美元 | 26,712,889.73 | 2,755,811.87 |
| 　　欧元 | – | 325,538.33 |
| 　　港币 | 482,081.07 | 47,243.41 |
| 　　澳元 | 13,885,555.04 | – |
| 　　基纳 | 45,358,794.49 | 83,957,119.97 |
| 其他货币资金 | 118,338,935.86 | 166,198,312.51 |
| 其中：人民币 | 107,230,462.05 | 165,797,975.31 |
| 　　美元 | 4,554,434.64 | 21,139.29 |
| 　　欧元 | 224.83 | 126,991.38 |
| 　　港币 | 6,553,596.14 | 181,042.41 |
| 　　英镑 | 2.35 | 2.52 |
| 　　澳元 | 215.85 | 71,161.60 |
| 合计 | 423,354,943.29 | 293,192,946.62 |

注 1：期末其他货币资金，主要是本公司全资子公司中建投商贸有限公司与银行签订远期外汇合同涉及的定期存款 106,977,284.45 元。

注 2：除远期外汇涉及的定期存款外，期末无变现有限制、潜在回收风险的款项。

### （二）交易性金融资产

| 项　　目 | 期末公允价值 | 期初公允价值 |
|---|---|---|
| 1. 交易性债券投资 | 758,970.00 | – |
| 2. 交易性权益工具投资 | 322,016,047.56 | 238,044,002.23 |
| 3. 其他 | – | 1,000,000.00 |
| 合　　计 | 322,775,017.56 | 239,044,002.23 |

### （三）应收票据

| 票据种类 | 期末余额 | 期初余额 |
|---|---|---|
| 银行承兑汇票 | 20,460,368.59 | 3,401,000.00 |
| 合　　计 | 20,460,368.59 | 3,401,000.00 |

### （四）应收账款

34

CNBMCO00076268

1. 按类别列示

| 类　别 | 期末余额 | | 期初余额 | |
|---|---|---|---|---|
| | 金额 | 坏账准备 | 金额 | 坏账准备 |
| 采用个别认定法计提坏账准备的应收账款 | 19,558,112.90 | – | 43,549,574.83 | – |
| 采用组合测试（账龄分析）法计提坏账准备的应收账款 | 333,294,638.48 | 8,376,953.85 | 209,139,883.14 | 6,708,042.04 |
| 合　计 | 352,852,751.38 | 8,376,953.85 | 252,689,457.97 | 6,708,042.04 |

2. 按账龄列示

| 项　目 | 期末数 | | 期初数 | |
|---|---|---|---|---|
| | 期末余额 | 坏账准备 | 期初余额 | 坏账准备 |
| 1 年以内（含 1 年） | 317,135,715.76 | 3,171,357.14 | 195,239,883.99 | 1,952,398.84 |
| 1–2 年（含 2 年） | 6,812,437.29 | 476,870.61 | 1,965,456.50 | 137,581.96 |
| 2–3 年（含 3 年） | 1,649,507.98 | 329,901.59 | 6,241,343.79 | 1,248,268.76 |
| 3–4 年（含 4 年） | 5,048,569.08 | 2,019,427.64 | 2,873,631.08 | 1,149,452.43 |
| 4–5 年（含 5 年） | 896,705.01 | 627,693.51 | 1,997,425.78 | 1,398,198.05 |
| 5 年以上 | 1,751,703.36 | 1,751,703.36 | 822,142.00 | 822,142.00 |
| 合　计 | 333,294,638.48 | 8,376,953.85 | 209,139,883.14 | 6,708,042.04 |

3. 采用个别认定法全额计提坏账准备或未计提坏账准备的应收账款

| 项目 | 债权单位名称 | 债务单位名称 | 账面余额计提金额 | 账龄 | 计提或未计提依据或原因 |
|---|---|---|---|---|---|
| 1 | 中建材投资有限公司 | 深圳百安居装饰建材有限公司 | 956,149.24 | -1 年以内 | 注 1 |
| 2 | 中建投商贸有限公司 | 湖州槐坎南方水泥有限公司 | 8,442,266.19 | -1 年以内 | 注 2 |
| 3 | 中建投商贸有限公司 | 广德独山南方水泥有限公司 | 5,764,648.16 | -1 年以内 | 注 2 |
| 4 | 中建投商贸有限公司 | 江山南方水泥有限公司 | 3,335,566.49 | -1 年以内 | 注 2 |
| 5 | 中建投商贸有限公司 | 浙江三狮集团五通建材有限公司 | 503,824.21 | -1 年以内 | 注 2 |
| 6 | 中建投商贸有限公司 | 浙江三狮集团长兴金钉子建材有限公司 | 305,851.06 | -1 年以内 | 注 2 |
| 7 | 中建投商贸有限公司 | 建德南方水泥有限公司 | 70,000.00 | -1 年以内 | 注 2 |
| 8 | 中建投商贸有限公司 | 安徽广德南方水泥有限公司 | 20,014.15 | -1 年以内 | 注 2 |
| 9 | 中建投商贸有限公司 | 广德新杭南方水泥有限公司 | 13,363.05 | -1 年以内 | 注 2 |
| 10 | 中建投商贸有限公司 | 湖州南方水泥有限公司 | 146,430.35 | - 0-2 年 | 注 2 |
| 合　计 | | | 19,558,112.90 | = | |

注 1：联营公司欠款，无资金回收风险，未计提坏账准备。

注 2：中国建筑材料集团公司集团内企业，无资金回收风险，未计提账准备。

35

CNBMCO00076269

4. 本报告期内，无逾期应收票据转入应收账款、无冲销应收账款。

5. 期末应收账款中无股东单位欠款，应收关联方款项详见附注十一、5。

### （五）预付账款

| 项　　目 | 期末数 | | 期初数 | |
|---|---|---|---|---|
| | 期末余额 | 坏账准备 | 期初余额 | 坏账准备 |
| 1 年以内（含 1 年） | 534,746,624.98 | － | 199,849,578.49 | － |
| 1-2 年（含 2 年） | 107,063,859.89 | － | 15,689,205.15 | － |
| 2-3 年（含 3 年） | 4,139,518.61 | － | 3,144,708.97 | － |
| 3 年以上 | 871,129.49 | － | 369,655.19 | － |
| 合　　计 | 646,821,132.97 | － | 219,053,147.80 | － |

注：账龄超过 1 年未收回的预付账款，除沈阳德信利和房地产开发有限公司支付的地价款 99,000,000.00 元因尚未拿到土地使用证仍挂预付账款外，其他款项是约定协议时间未到期。

### （六）其他应收款

1. 按类别列示

| 类　　别 | 期末余额 | | 期初余额 | |
|---|---|---|---|---|
| | 金额 | 坏账准备 | 金额 | 坏账准备 |
| 采用个别认定法计提坏账准备的其他应收款 | 10,703,264.62 | 9,998,502.37 | 46,917,182.84 | 20,921,013.99 |
| 采用组合测试（账龄分析）法计提坏账准备的其他应收款 | 101,863,904.79 | 4,770,185.78 | 81,966,157.69 | 1,952,792.89 |
| 合　　计 | 112,567,169.41 | 14,768,688.15 | 128,883,340.53 | 22,873,806.88 |

2. 按账龄列示

| 项　　目 | 期末数 | | 期初数 | |
|---|---|---|---|---|
| | 期末余额 | 坏账准备 | 期初余额 | 坏账准备 |
| 1 年以内（含 1 年） | 75,416,808.74 | 754,168.10 | 53,789,552.61 | 1,220,085.27 |
| 1-2 年（含 2 年） | 12,737,969.56 | 891,657.87 | 26,764,488.87 | 189,085.61 |
| 2-3 年（含 3 年） | 12,813,428.04 | 2,562,685.61 | 353,755.50 | 70,751.10 |
| 3-4 年（含 4 年） | 217,715.76 | 87,086.31 | 893,271.95 | 357,308.78 |
| 4-5 年（含 5 年） | 677,982.69 | 474,587.89 | 165,088.76 | 115,562.13 |
| 5 年以上 | － | － | － | － |
| 合　　计 | 101,863,904.79 | 4,770,185.78 | 81,966,157.69 | 1,952,792.89 |

3. 采用个别认定法全额计提坏账准备或未计提坏账准备的其他应收款

36

| 项目 | 债权单位名称 | 债务单位名称 | 账面余额 | 计提金额 | 账龄 | 备注 |
|---|---|---|---|---|---|---|
| 1 | 中建投商贸有限公司 | 零点科技有限公司 | 9,998,502.37 | 9,998,502.37 | 2-3年 | 注1 |
| 2 | 中建材投资有限公司 | 深圳百安居装饰建材有限公司 | 540,070.85 | – | 1年以内 | 注2 |
| 3 | 中建材投资有限公司 | 湖州南方水泥有限公司 | 164,691.40 | – | 1-3年 | 注3 |
| 合计 | | | 10,703,264.62 | 9,998,502.37 | | |

注1：已涉诉，收回可能性不大。

注2：联营公司欠款，无资金回收风险，未计提坏账准备。

注3：中国建筑材料集团公司集团内企业，无资金回收风险，未计提坏账准备。

4. 期末其他应收款中股东单位、关联方欠款详见附注十一、5。

### （七）存货

| 项目 | 期初余额 | 本期增加 | 本期减少 | 期末余额 |
|---|---|---|---|---|
| 库存商品（产成品） | 62,231,061.24 | 2,830,905,949.86 | 2,814,405,359.00 | 78,731,652.10 |
| 房地产开发成本 | 42,285,771.37 | 113,621,347.33 | – | 155,907,118.70 |
| 合　计 | 104,516,832.61 | 2,944,527,297.19 | 2,814,405,359.00 | 234,638,770.80 |

注：本公司期末不存在存货跌价准备迹象。

### （八）长期股权投资

1.长期股权投资类别

| 项目 | 期初余额 | 本期增加 | 本期减少 | 期末余额 |
|---|---|---|---|---|
| 对联营企业投资 | 100,668,626.41 | 18,505,521.96 | 45,679,443.29 | 73,494,705.08 |
| 对其他企业投资 | 14,165,425.00 | 5,200,000.00 | – | 19,365,425.00 |
| 小　计 | 114,834,051.41 | 23,705,521.96 | 45,679,443.29 | 92,860,130.08 |
| 减：长期投资减值准备 | 1,029,119.14 | – | – | 1,029,119.14 |
| 合　计 | 113,804,932.27 | 23,705,521.96 | 45,679,443.29 | 91,831,010.94 |

2. 对重大的联营企业投资

| 被投资单位名称 | 注册地 | 业务性质 | 持股比例（%） | 表决权比例（%） | 期末净资产总额 | 本期营业收入总额 | 本期净利润 |
|---|---|---|---|---|---|---|---|
| 深圳百安居装饰建材有限公司 | 深圳 | 建材经销 | 35.00 | 35.00 | 42,249,908.00 | 595,720,228.00 | 31,975,646.00 |
| 北京百安居装饰建材有限公司 | 北京 | 建材经销 | 20.00 | 20.00 | -291,680,923.00 | 399,886,720.00 | -74,725,228.00 |

37

| 被投资单位名称 | 注册地 | 业务性质 | 持股比例（%） | 表决权比例（%） | 期末净资产总额 | 本期营业收入总额 | 本期净利润 |
|---|---|---|---|---|---|---|---|
| 北京瑞丰投资管理有限公司 | 北京 | 投资管理 | 20.00 | 20.00 | 270,967,944.16 | 7,767,155.69 | -127,343,220.16 |
| 深圳珠江均安水泥制品有限公司 | 深圳 | 水泥制品 | 20.00 | 20.00 | 22,185,095.34 | 10,709,614.91 | 637,818.86 |

3. 按成本法核算的重大股权投资

| 被投资单位名称 | 投资成本 | 期初余额 | 本期增加 | 本期减少 | 期末余额 |
|---|---|---|---|---|---|
| 山东宏艺科技有限公司 | 4,165,425.00 | 4,165,425.00 | - | - | 4,165,425.00 |
| 大象投资管理股份有限公司 | 10,000,000.00 | 8,970,880.86 | - | - | 8,970,880.86 |
| 《中国企业报》股份有限公司 | 4,900,000.00 | - | 4,900,000.00 | - | 4,900,000.00 |
| 上海圳通股权投资管理有限公司 | 300,000.00 | - | 300,000.00 | - | 300,000.00 |
| 合　计 | 19,365,425.00 | 13,136,305.86 | 5,200,000.00 | - | 18,336,305.86 |

4. 按权益法核算的重大股权投资

| 被投资单位名称 | 初始金额 | 期初余额 | 投资成本变动 | 损益调整变动 | | 所有者权益其他变动 | 期末余额 |
|---|---|---|---|---|---|---|---|
| | | | | 应计损益 | 本期应收红利 | | |
| 深圳百安居装饰建材有限公司 | 33,431,586.60 | 3,520,270.44 | 4,759,898.19 | 6,583,928.55 | - | - | 14,864,097.18 |
| 北京百安居装饰建材有限公司 | 25,171,348.33 | - | 2,724,676.15 | -2,724,676.15 | - | - | - |
| 北京瑞丰投资管理有限公司 | 10,000,000.00 | 97,148,355.97 | - | -25,468,644.03 | 17,486,123.11 | - | 54,193,588.83 |
| 深圳珠江均安水泥制品有限公司 | 4,000,000.00 | - | 4,000,000.00 | 437,019.07 | - | - | 4,437,019.07 |
| 合　计 | 72,602,934.93 | 100,668,626.41 | 11,484,574.34 | -21,172,372.56 | 17,486,123.11 | - | 73,494,705.08 |

注1：本公司应收北京瑞丰投资管理有限公司分红 17,486,123.11 元，已收到 3,698,634.16 元，尚余 13,787,488.95 元未收到，期末挂应收股利。

注2：对深圳珠江均安水泥制品有限公司的初始投资成本，小于投资时应享有的可辨认净资产公允价值份额 437,019.07 元，已列入营业外收入。

5. 长期股权投资减值准备

| 项　目 | 期初余额 | 本期增加数 | 本期减少数 | | 期末余额 |
|---|---|---|---|---|---|
| | | | 减少数 | 减少原因 | |
| 大象创业投资有限公司 | 1,029,119.14 | - | - | - | 1,029,119.14 |
| 合　计 | 1,029,119.14 | - | - | - | 1,029,119.14 |

（九）投资性房地产

Confidential

CNBMCO00076272

1. 采用成本模式进行后续计量的投资性房地产

| 项　　目 | 期初余额 | 本期增加 | 本期减少 | 期末余额 |
|---|---|---|---|---|
| 一、原价合计 | 301,081,091.29 | — | — | 301,081,091.29 |
| 1.房屋、建筑物 | 264,787,980.29 | — | — | 264,787,980.29 |
| 2.土地使用权 | 36,293,111.00 | — | — | 36,293,111.00 |
| 二、累计折旧和累计摊销合计 | 43,358,144.95 | 6,969,058.77 | — | 50,327,203.72 |
| 1.房屋、建筑物 | 37,067,339.04 | 6,243,196.56 | — | 43,310,535.60 |
| 2.土地使用权 | 6,290,805.91 | 725,862.21 | — | 7,016,668.12 |
| 三、投资性房地产减值准备累计金额合计 | — | — | — | — |
| 1.房屋、建筑物 | — | — | — | — |
| 2.土地使用权 | — | — | — | — |
| 四、投资性房地产账面价值合计 | 257,722,946.34 | | | 250,753,887.57 |
| 1.房屋、建筑物 | 227,720,641.25 | | | 221,477,444.69 |
| 2.土地使用权 | 30,002,305.09 | | | 29,276,442.88 |

注：期末本公司不存在减值迹象，期末用于抵押担保的情况，详见附注七、（十三）。

## （十）固定资产

1. 固定资产明细

| 项　　目 | 期初余额 | 本期增加 | 本期减少 | 期末余额 |
|---|---|---|---|---|
| 一、原价合计 | 100,707,697.19 | 290,175,575.02 | 3,329,241.68 | 387,554,030.53 |
| 其中：房屋、建筑物 | 71,742,376.23 | 276,672,124.20 | 661,246.00 | 347,753,254.43 |
| 机器设备 | 1,685,709.38 | — | 53,020.53 | 1,632,688.85 |
| 运输工具 | 16,131,626.55 | 6,317,159.65 | 1,310,534.85 | 21,138,251.35 |
| 其他设备 | 11,147,985.03 | 7,186,291.17 | 1,304,440.30 | 17,029,835.90 |
| 二、累计折旧合计 | 33,578,870.78 | 5,958,662.97 | 1,225,651.17 | 38,311,882.58 |
| 其中：房屋、建筑物 | 20,646,945.90 | 2,318,630.00 | 6,543.58 | 22,959,032.32 |
| 机器设备 | 1,493,733.41 | 105,949.09 | — | 1,599,682.50 |
| 运输工具 | 5,507,710.50 | 2,044,523.04 | 530,929.57 | 7,021,303.97 |
| 其他设备 | 5,930,480.97 | 1,489,560.84 | 688,178.02 | 6,731,863.79 |
| 三、固定减值准备累计金额合计 | — | — | — | — |
| 其中：房屋、建筑物 | - | - | - | - |
| 机器设备 | - | - | - | - |
| 运输工具 | - | - | - | - |

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　CNBMCO00076273

| 项　　目 | 期初余额 | 本期增加 | 本期减少 | 期末余额 |
|---|---|---|---|---|
| 　其他设备 | - | - | - | - |
| 四、固定资产账面价值合计 | 67,128,826.41 | | | 349,242,147.95 |
| 其中：房屋、建筑物 | 51,095,430.33 | | | 324,794,222.11 |
| 　　机器设备 | 191,975.97 | | | 33,006.35 |
| 　　运输工具 | 10,623,916.05 | | | 14,116,947.38 |
| 　　其他设备 | 5,217,504.06 | | | 10,297,972.11 |

　2. 本期增加的固定资产中由在建工程转入的金额为 277,958,241.25 元。

　3. 本期增加的累计折旧中，本期计提的折旧费用 4,922,773.39 元。

　4. 本公司固定资产期末不存在减值迹象。

### （十一）在建工程

| 工程名称 | 预算数 (万元) | 工程投入占预算比例（%） | 期初数 | | | 本期增加 | |
|---|---|---|---|---|---|---|---|
| | | | 余额 | 利息资本化金额 | 减值准备 | 金额 | 其中：利息资本化金额 |
| 合　计 | | : | 113,920,978.02 | 25,256,174.94 | : | 164,471,654.42 | 9,975,521.12 |
| 其中：1.盐田港项目 | 25,072 | 100 | 105,229,056.85 | 25,256,174.94 | - | 149,468,478.56 | 9,975,521.12 |
| 2. BNBM PNG LTD 零星项目 | - | - | 8,691,921.17 | - | | 12,757,522.91 | - |
| 3.办公室装修 | - | - | - | - | - | 2,245,652.95 | - |

（续上表）

| 工程名称 | 本期减少 | | 期末数 | | | 资金来源 |
|---|---|---|---|---|---|---|
| | 金额 | 其中：转增固定资产 | 余额 | 利息资本化金额 | 减值准备 | |
| 合　计 | 277,958,241.25 | 277,958,241.25 | 434,391.19 | : | : | |
| 其中：1.盐田港项目 | 254,697,535.41 | 254,697,535.41 | - | - | - | 银行借款 |
| 2. BNBM PNG LTD 零星项目 | 21,015,052.89 | 21,015,052.89 | 434,391.19 | - | - | 自筹资金 |
| 3.办公室装修 | 2,245,652.95 | 2,245,652.95 | - | - | - | 自筹资金 |

　注 1：本公司期末不存在减值迹象。

### （十二）无形资产

Confidential
CNBMCO00076274

| 项　　目 | 期初余额 | 本期增加 | 本期减少 | 期末余额 |
|---|---|---|---|---|
| 一、原价合计 | 79,675,766.51 | 11,999,365.96 | – | 91,675,132.47 |
| 1. 土地使用权 | 77,496,428.20 | 11,999,365.96 | – | 89,495,794.16 |
| 2. 商标使用权 | 2,060,160.31 | – | – | 2,060,160.31 |
| 3. 软件 | 119,178.00 | – | – | 119,178.00 |
| 二、累计摊销额合计 | 4,492,484.23 | 1,568,334.44 | – | 6,060,818.67 |
| 1. 土地使用权 | 3,642,709.36 | 1,278,554.55 | – | 4,921,263.91 |
| 2. 商标使用权 | 778,283.75 | 269,080.29 | – | 1,047,364.04 |
| 3. 软件 | 71,491.12 | 20,699.60 | – | 92,190.72 |
| 三、无形资产减值准备累计金额合计 | – | – | – | – |
| 1. 土地使用权 | – | – | – | – |
| 2. 商标使用权 | – | – | – | – |
| 3. 软件 | – | – | – | – |
| 四、无形资产账面价值合计 | 75,183,282.28 | | | 85,614,313.80 |
| 1. 土地使用权 | 73,853,718.84 | | | 84,574,530.25 |
| 2. 商标使用权 | 1,281,876.56 | | | 1,012,796.27 |
| 3. 软件 | 47,686.88 | | | 26,987.28 |

注：本公司期末不存在减值迹象。

### （十三）所有权受到限制的资产

1. 所有权受到限制的资产

| 所有权受到限制的资产 | 年初账面价值 | 本期增加 | 本期减少 | 期末账面价值 | 其中：原值 |
|---|---|---|---|---|---|
| 土地资产 | 30,002,305.09 | - | 725,862.21 | 29,276,442.88 | 36,293,111.00 |
| 房屋及建筑物 | 199,587,122.01 | - | 5,393,185.14 | 194,193,936.87 | 227,081,479.43 |
| 货币资金 | | 106,977,284.45 | | 106,977,284.45 | |
| 合计 | 229,589,427.10 | 106,977,284.45 | 6,117,257.64 | 330,447,664.20 | 263,374,590.43 |

2. 资产所有权受到限制的原因，投资性房地产中房产证号为"深房地字第 2000424565 号"的房屋及土地使用权，作为本公司抵押借款的抵押物；货币资金原因详见附注七、（一）。

### （十四）短期借款

| 借款类别 | 期末余额 | 期初余额 |
|---|---|---|

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CNBMCO00076275

| | | |
|---|---|---|
| 信用借款 | 215,000,000.00 | — |
| 保证借款 | 450,000,000.00 | 360,000,000.00 |
| 抵押借款 | 50,000,000.00 | — |
| 质押借款 | 105,954,254.03 | — |
| 合计 | 820,954,254.03 | 360,000,000.00 |

注 1：保证借款，均由母公司中国建材股份有限公司提供连带责任担保。

注 2：抵押借款，其抵押物情况，详见附注七、（十三）。

注 3：质押借款，系中建投商贸有限公司与银行签订远期外汇合同，取得的外币借款。

### （十五）交易性金融负债

| 项　　目 | 期末公允价值 | 期初公允价值 |
|---|---|---|
| 其他 | 1,110,893.60 | — |
| 合　　计 | 1,110,893.60 | — |

注：期末交易性金融负债系中建投商贸有限公司与银行签订的远期外汇合同，因约定远期汇率与期末远期汇率之间的差异引起。

### （十六）应付票据

| 类　别 | 期末余额 | 期初余额 |
|---|---|---|
| 银行承兑汇票 | 3,850,184.00 | 229,800,317.00 |
| 合　计 | 3,850,184.00 | 229,800,317.00 |

### （十七）应付账款

1. 按账龄列示

| 账　龄 | 期末余额 | | 期初余额 | |
|---|---|---|---|---|
| | 金额 | 比例 | 金额 | 比例 |
| 1 年以内（含 1 年） | 275,747,592.05 | 91.09% | 157,764,020.64 | 90.27% |
| 1-2 年（含 2 年） | 24,170,307.52 | 7.98% | 434,374.55 | 0.25% |
| 2-3 年（含 3 年） | 434,092.11 | 0.14% | 16,265,913.04 | 9.31% |
| 3 年以上 | 2,363,912.70 | 0.78% | 302,900.91 | 0.17% |
| 合　计 | 302,715,904.38 | 100.00% | 174,767,209.14 | 100.00% |

注：本期末无账龄超过 3 年的大额应付账款，大额是指单项金额超过 50 万元以上的款项。

2. 期末应付账款中无应付股东单位款项，应付关联方款项详见附注十一、5。

CNBMCO00076276

### （十八）预收账款

1. 按账龄列示

| 账  龄 | 期末余额 | | 期初余额 | |
|---|---|---|---|---|
| | 金额 | 比例 | 金额 | 比例 |
| 1 年以内（含 1 年） | 89,913,587.31 | 99.51% | 49,953,262.13 | 98.43% |
| 1-2 年（含 2 年） | 122,719.89 | 0.14% | 391,326.43 | 0.77% |
| 2-3 年（含 3 年） | 213,600.00 | 0.24% | 89,361.30 | 0.18% |
| 3 年以上 | 106,485.46 | 0.12% | 312,808.82 | 0.62% |
| 合  计 | 90,356,392.66 | 100.00% | 50,746,758.68 | 100.00% |

2. 期末预收账款中无预收股东单位、关联方的款项。

### （十九）应付职工薪酬

| 项  目 | 期初余额 | 本期增加 | 本期支付 | 期末余额 |
|---|---|---|---|---|
| 一、工资、奖金、津贴和补贴 | - | 35,099,341.24 | 35,099,341.24 | - |
| 二、职工福利费 | - | 3,139,982.30 | 3,139,982.30 | - |
| 三、社会保险费 | - | 2,537,336.63 | 2,409,713.65 | 127,622.98 |
| 其中：1.医疗保险费 | - | 307,372.10 | 307,372.10 | - |
| 2.基本养老保险费 | - | 1,884,398.63 | 1,756,775.65 | 127,622.98 |
| 3.年金缴费（补充养老保险） | - | 247,564.20 | 247,564.20 | |
| 4.失业保险费 | - | 40,385.21 | 40,385.21 | - |
| 5.工伤保险费 | - | 22,829.86 | 22,829.86 | - |
| 6.生育保险费 | - | 34,786.63 | 34,786.63 | - |
| 四、住房公积金 | - | 6,036.00 | 6,036.00 | - |
| 五、工会经费和职工教育经费 | - | 727,587.65 | 727,587.65 | - |
| 六、非货币性福利 | - | - | - | - |
| 七、辞退福利及内退补偿 | - | 21,840.00 | 21,840.00 | - |
| 其中：（1）因解除劳动关系给予的补偿 | - | 21,840.00 | 21,840.00 | - |
| （2）预计内退人员支出 | - | - | - | - |
| 八、其他 | - | - | - | - |
| 其中：以现金结算的股份支付 | - | - | - | - |
| 合  计 | - | 41,532,123.82 | 41,404,500.84 | 127,622.98 |

### （二十）应交税费

Confidential                                              CNBMCO00076277

| 项　目 | 期末余额 | 期初余额 |
|---|---|---|
| 增值税 | -313,957.33 | 167,373.74 |
| 营业税 | 1,200,236.29 | 1,687,588.41 |
| 企业所得税 | 87,730,406.61 | 54,285,229.96 |
| 城市维护建设税 | 23,974.03 | 30,644.85 |
| 房产税 | 577,023.96 | 577,020.28 |
| 个人所得税 | 142,088.27 | 16,905.03 |
| 教育费附加 | 43,681.78 | 53,510.45 |
| 其他税费 | 767,690.79 | 616,907.68 |
| 合　计 | 90,171,144.40 | 57,435,180.40 |

### （二十一）其他应付款

1. 按账龄列示

| 账　龄 | 期末余额 | | 期初余额 | |
|---|---|---|---|---|
| | 金额 | 比例 | 金额 | 比例 |
| 1 年以内（含 1 年） | 136,897,748.35 | 94.26% | 22,596,341.38 | 44.82% |
| 1-2 年（含 2 年） | 2,159,472.49 | 1.49% | 12,206,729.44 | 24.21% |
| 2-3 年（含 3 年） | 4,013,094.70 | 2.76% | 419,009.12 | 0.83% |
| 3 年以上 | 2,157,349.63 | 1.49% | 15,197,168.17 | 30.14% |
| 合　计 | 145,227,665.17 | 100.00% | 50,419,248.11 | 100.00% |

2. 本期末无账龄超过 3 年的大额其他应付款,大额是指单项金额超过 50 万元以上的款项。

3. 金额较大的其他应付款情况

| 单位名称 | 性质或内容 | 金额 |
|---|---|---|
| 振石集团浙江巨成房地产开发有限公司 | 借款 | 89,887,490.32 |
| 中国建材股份有限公司 | 往来款 | 23,374,770.37 |

4. 期末其他应付款中应付股东单位的款项情况

| 单位名称 | 性质或内容 | 金额 |
|---|---|---|
| 中国建材股份有限公司 | 往来款 | 23,374,770.37 |

### （二十二）长期借款

| 借款类别 | 期末余额 | 期初余额 |
|---|---|---|

44

CNBMCO00076278

| | | |
|---|---|---|
| 抵押借款 | 165,000,000.00 | 126,000,000.00 |
| 保证借款 | 200,000,000.00 | – |
| 合　计 | 365,000,000.00 | 126,000,000.00 |

注1：保证借款，均由母公司中国建材股份有限公司提供连带责任担保。

注2：抵押借款，其抵押物情况，详见附注七、（十三）。

### （二十三）递延所得税资产和递延所得税负债

| | 期末余额 | | 期初余额 | |
|---|---|---|---|---|
| 项　目 | 递延所得税资产/负债 | 可抵扣暂时性差异 | 递延所得税资产/负债 | 可抵扣暂时性差异 |
| 一、递延所得税资产 | 8,477,453.27 | 35,316,443.40 | 906,264.16 | 4,307,814.24 |
| 1.资产减值准备 | 1,674,674.34 | 6,971,531.16 | 906,264.16 | 4,307,814.24 |
| 2.公允价值计量变动计入损益的资产、负债 | 6,802,778.93 | 28,344,912.24 | – | – |
| 二、递延所得税负债 | – | – | 4,031,428.62 | 18,324,675.55 |
| 1.公允价值计量变动计入损益的资产、负债 | – | – | 4,031,428.62 | 18,324,675.55 |

### （二十四）实收资本

| 投资者名称 | 期初余额 | | 本期增加 | 本期减少 | 期末余额 | |
|---|---|---|---|---|---|---|
| | 投资金额 | 所占比例（%） | | | 投资金额 | 所占比例(%) |
| 中国建材股份有限公司 | 500,000,000.00 | 100.00 | – | – | 500,000,000.00 | 100.00 |
| 合　计 | 500,000,000.00 | 100.00 | – | – | 500,000,000.00 | 100.00 |

### （二十五）盈余公积

| 项　目 | 期初余额 | 本期增加 | 本期减少 | 期末余额 | 变动原因、依据 |
|---|---|---|---|---|---|
| 法定盈余公积金 | 50,576,258.03 | 1,974,945.33 | | 52,551,203.36 | 按法定10%计提 |
| 合　计 | 50,576,258.03 | 1,974,945.33 | | 52,551,203.36 | |

### （二十六）未分配利润

| 项　目 | 金额 |
|---|---|

45

| 项    目 | 金额 |
|---|---|
| 本期期初余额 | 234,711,303.36 |
| 本期增加数 | 178,645,947.06 |
| 其中：本期净利润转入 | 175,268,471.18 |
| 其他调整因素 | 3,377,475.88 |
| 本期减少数 | 31,963,428.08 |
| 其中：本期提取盈余公积数 | 1,974,945.33 |
| 本期提取一般风险准备 | – |
| 本期分配现金股利数 | 29,988,482.75 |
| 转增资本 | – |
| 其他减少 | – |
| 本期期末余额 | 381,393,822.34 |

注：本公司 2010 年处置超额亏损子公司（深圳北新房地产经纪有限公司），其 2010 年初净资产为-9,846,690.21 元，参照《深交所上市公司参考 2009 年第 2 期》，其执行新会计准则前根据有关规定未确认的损失为 3,377,475.88 元，不能在合并利润表中确认为当期投资收益，即反映在上表"其他调整因素"中。

### （二十七）营业收入及营业成本

1、营业收入及营业成本

（1）营业收入及营业成本

| 项    目 | 本期发生额 | | 上期发生额 | |
|---|---|---|---|---|
| | 收入 | 成本 | 收入 | 成本 |
| 1.主营业务小计 | 2,998,394,728.53 | 2,833,342,242.22 | 1,146,637,800.69 | 1,017,215,482.11 |
| 2.其他业务小计 | 5,443,078.11 | 2,650,493.53 | 15,396,374.29 | 1,971,160.95 |
| 合 计 | 3,003,837,806.64 | 2,835,992,735.75 | 1,162,034,174.98 | 1,019,186,643.06 |

（2）主营业务（分类别）

| 项目 | 本期发生额 | | 上期发生额 | |
|---|---|---|---|---|
| | 主营业务收入 | 主营业务成本 | 主营业务收入 | 主营业务成本 |
| 贸易 | 2,955,558,406.47 | 2,819,033,303.68 | 1,106,049,562.62 | 1,005,280,105.86 |
| 仓储 | 38,332,721.51 | 8,362,844.36 | 37,736,309.29 | 8,818,351.06 |
| 装修装饰等 | 4,503,600.55 | 5,946,094.18 | 2,851,928.78 | 3,117,025.19 |
| 合计 | 2,998,394,728.53 | 2,833,342,242.22 | 1,146,637,800.69 | 1,017,215,482.11 |

### （二十八）资产减值损失

Confidential CNBMCO00076280

| 项　　目 | 本期发生额 | 上期发生额 |
|---|---|---|
| 坏账损失 | -6,033,715.94 | 19,802,923.39 |
| 合　　计 | -6,033,715.94 | 19,802,923.39 |

### （二十九）公允价值变动损益

| 产生公允价值变动收益的来源 | 本期发生额 | 上期发生额 |
|---|---|---|
| 交易性金融资产 | -45,558,694.19 | -24,497,139.08 |
| 其他 | -1,110,893.60 | - |
| 合　　计 | -46,669,587.79 | -24,497,139.08 |

### （三十）投资收益

| 产生投资收益的来源 | 本期发生额 | 上期发生额 |
|---|---|---|
| 交易性金融资产收益 | 80,212,304.18 | 148,108,431.27 |
| 长期股权投资收益 | -13,084,933.87 | 54,571,623.03 |
| 其中：权益法核算确认的投资收益 | -21,609,391.63 | 54,571,623.03 |
| 其中：成本法核算单位分回的股利或利润 | 1,500,000.00 | - |
| 其中：股权转让收益 | 7,024,457.76 | - |
| 合　计 | 67,127,370.31 | 202,680,054.30 |

### （三十一）营业外收入

1. 明细金额

| 项　　目 | 本期发生额 | 上期发生额 | 注 |
|---|---|---|---|
| 1.非流动资产处置利得 | 109,854.19 | 94,415.92 | |
| 其中：固定资产处置利得 | 109,854.19 | 94,415.92 | |
| 2.政府补助 | 184,433,421.00 | 20,289.00 | |
| 3.违约赔偿收入 | 10,022,000.00 | 39,915.38 | 注1 |
| 4.其他 | 16,336,899.41 | 375,815.03 | 注2 |
| 合　　计 | 210,902,174.60 | 530,435.33 | |

注1：2010年10月，本公司全资子公司深圳中建投房地产开发有限公司与华青国际投资有限公司签订《绵阳中建投房地产开发有限公司股权转让协议书》，其支付定金10,000,000.00元后，未按约定向交易所报价申购，构成违约，本公司没收定金列入营业外收入。

注2："其他"包括，（1）本公司报告期内非同一控制下合并 CNBMI Ausralia Pty Ltd，合并成本小于其可辨认净资产公允价值份额15,889,604.87元，详见附注六、四；（2）对深圳

47

CNBMCO00076281

珠江均安水泥制品有限公司的初始投资成本，小于投资时应享有的可辨认净资产公允价值份额 437,019.07 元，详见附注七、(八)。

2. 政府补助（补贴收入）

| 项 目 | 金额 | |
|---|---|---|
| | 本期数 | 上期数 |
| 招商引资补贴款 | 182,410,200.00 | - |
| 机电及高新产品资助 | 1,001,786.00 | - |
| 境外营销网络补助 | 800,000.00 | - |
| 机电高新补助 | 187,745.00 | - |
| 深圳市民营及中小企业发展专项资金企业国内市场开拓资助经费 | 33,690.00 | - |
| 中小型国际市场开拓资金补贴 | - | 20,289.00 |
| 合计 | 184,433,421.00 | 20,289.00 |

### （三十二）营业外支出

| 项 目 | 本期发生额 | 上期发生额 |
|---|---|---|
| 1. 非流动资产处置损失 | 192,160.99 | 492,149.23 |
| 其中：固定资产处置损失 | 192,160.99 | 492,149.23 |
| 2. 公益性捐赠支出 | 120,883.71 | 73,265.05 |
| 3. 罚款支出 | 753.33 | 1,889.03 |
| 4. 其他支出 | 66,600.74 | 136,585.06 |
| 合 计 | 380,398.77 | 703,888.37 |

### （三十三）所得税费用

| 项 目 | 本期发生额 | 上期发生额 |
|---|---|---|
| 所得税费用 | 62,745,140.00 | 41,100,260.64 |
| 其中：当期所得税费用 | 74,368,819.67 | 44,290,690.25 |
| 递延所得税费用 | -11,623,679.67 | -3,190,429.61 |

### （三十四）租赁

经营租赁出租人租出资产情况

| 资产类别 | 期末余额 | 期初余额 |
|---|---|---|
| 投资性房地产 | 250,753,887.57 | 257,722,946.34 |
| 合 计 | 250,753,887.57 | 257,722,946.34 |

## 八、现金流量情况

48

CNBMCO00076282

## （一）企业净利润调节为经营活动现金流量

| 项　　目 | 本期数 | 上期数 |
|---|---|---|
| 1.将净利润调节为经营活动现金流量： | —— | —— |
| 净利润 | 239,729,231.18 | 166,500,166.29 |
| 加：资产减值准备 | -6,033,715.94 | 19,802,923.39 |
| 固定资产折旧、油气资产折耗、生产性生物资产折旧 | 11,891,832.16 | 11,731,715.74 |
| 无形资产摊销 | 1,568,334.44 | 1,526,797.05 |
| 长期待摊费用摊销 | — | — |
| 处置固定资产、无形资产和其他长期资产的损失（减：收益） | 82,306.80 | 397,733.31 |
| 固定资产报废损失 | — | — |
| 公允价值变动损失（减：收益） | 46,669,587.79 | 24,497,139.08 |
| 财务费用 | 39,571,372.42 | 21,774,280.37 |
| 投资损失（减：收益） | -67,564,389.38 | -202,680,054.30 |
| 递延所得税资产减少（减：增加） | -7,571,189.11 | 1,342,486.57 |
| 递延所得税负债增加（减：减少） | -4,031,428.62 | -4,532,916.18 |
| 存货的减少（减：增加） | -122,707,831.91 | 14,154,137.70 |
| 经营性应收项目的减少（减：增加） | -721,256,118.90 | 575,075,346.88 |
| 经营性应付项目的增加（减：减少） | 205,832,595.48 | -596,529,606.42 |
| 其他 | — | — |
| 经营活动产生的现金流量净额 | -383,819,413.59 | 33,060,149.48 |
| 2.不涉及现金收支的重大投资和筹资活动： | —— | —— |
| 债务转为资本 | — | — |
| 一年内到期的可转换公司债券 | — | — |
| 融资租入固定资产 | — | — |
| 3.现金及现金等价物净增加情况： | —— | —— |
| 现金的期末余额 | 316,377,658.84 | 293,192,946.62 |
| 减：现金的期初余额 | 293,192,946.62 | 137,024,122.76 |
| 加：现金等价物的期末余额 | — | — |
| 减：现金等价物的期初余额 | — | — |
| 现金及现金等价物净增加额 | 23,184,712.22 | 156,168,823.86 |

## （二）现金和现金等价物的有关信息

Confidential

CNBMCO00076283

| 项　目 | 本期数 | 上期数 |
|---|---|---|
| 一、现金 | 316,377,658.84 | 293,192,946.62 |
| 其中：1.库存现金 | 727,498.03 | 556,241.05 |
| 2.可随时用于支付的银行存款 | 304,288,509.40 | 126,438,393.06 |
| 3.可随时用于支付的其他货币资金 | 11,361,651.41 | 166,198,312.51 |
| 二、现金等价物 | – | – |
| 其中：三个月内到期的债券投资 | – | – |
| 三、期末现金及现金等价物余额 | 316,377,658.84 | 293,192,946.62 |
| 其中：母公司或集团内子公司使用受限制的现金和现金等价物 | – | – |

## 九、或有事项的说明

本公司报告期内无或有事项。

## 十、资产负债表日后事项的说明

截至本财务报表批准报出日止，本公司无需要披露的重大资产负债表日后非调整事项。

## 十一、关联方关系及其交易

### 1.本公司的母公司有关信息

| 母公司名称 | 注册地 | 业务性质 | 注册资本 | |
|---|---|---|---|---|
| | | | 本期 | 上期 |
| 中国建材股份有限公司 | 北京市 | 建筑材料 | 2,699,513,131.00 | 2,481,215,273.00 |

### 2.母公司对本公司的持股比例

| 项目 | 期初数 | 本期增加数 | 本期减少数 | 期末数 |
|---|---|---|---|---|
| 持股比例 | 100.00% | – | – | 100.00% |

### 3.本公司的子公司情况

| 子公司名称 | 注册地 | 业务性质 | 注册资本 | | 本公司合计持股比例 | |
|---|---|---|---|---|---|---|
| | | | 本期 | 上期 | 本期 | 上期 |
| UNITED SUNTECH CRAFT,INC. | 美国加利福利亚 | 建材五金进口及批发商 | 1,000,000.00 美元 | 1,000,000.00 美元 | 100.00% | 100.00% |
| BNBM PNG LTD | 巴布亚新几内亚 | 批发、零售建筑材料等 | 250,000.00 美元 | 250,000.00 美元 | 100.00% | 100.00% |
| CNBMI Ausralia Pty Ltd | 澳大利亚 | 建材批发 | 300,100.00 澳元 | - | 100.00% | - |

50

CNBMCO00076284

| 子公司名称 | 注册地 | 业务性质 | 注册资本 | | 本公司合计持股比例 | |
|---|---|---|---|---|---|---|
| | | | 本期 | 上期 | 本期 | 上期 |
| 中建投商贸有限公司 | 广东省深圳市 | 贸易 | 50,000,000.00 | 30,000,000.00 | 100.00% | 100.00% |
| 深圳中建投房地产开发有限公司 | 广东省深圳市 | 房地产开发 | 10,000,000.00 | 10,000,000.00 | 100.00% | 100.00% |
| 中建投物流有限公司 | 广东省深圳市 | 仓位租赁及物流服务 | 50,000,000.00 | 50,000,000.00 | 100.00% | 100.00% |
| 绵阳中建投房地产开发有限公司 | 四川省绵阳市 | 房地产开发经营 | 10,000,000.00 | 10,000,000.00 | 100.00% | 100.00% |
| 沈阳德佳利和房地产开发有限公司 | 辽宁省沈阳市 | 房地产开发，商品房销售 | 10,000,000.00 | 10,000,000.00 | 60.00% | 60.00% |
| 成都中建投房地产开发有限公司 | 四川省成都市 | 房地产开发 | 100,000,000.00 | - | 100.00% | - |
| 九江中建投房地产开发有限公司 | 江西省九江市 | 房地产开发 | 100,000,000.00 | - | 51.00% | - |
| 深圳中建投置业顾问有限公司 | 广东省深圳市 | 房地产经纪、代理、咨询业务等 | - | 5,000,000.00 | - | 100.00% |
| 海南中建投置业顾问有限公司 | 海南省海口市 | 房地产经纪、代理、咨询业务等 | - | 2,000,000.00 | - | 100.00% |
| 深圳北新房地产经纪有限公司 | 广东省深圳市 | 房地产经纪、代理、咨询业务等 | - | 5,000,000.00 | - | 60.00% |

### 4. 本公司的联营企业情况

| 被投资单位名称 | 注册地 | 业务性质 | 本企业持股比例 | 期末资产总额 | 期末负债总额 | 期末权益总额 | 本期营业收入总额 | 本期净利润 |
|---|---|---|---|---|---|---|---|---|
| 深圳百安居装饰建材有限公司 | 深圳 | 建材经销商 | 35 | 272,421,593.00 | 230,171,685.00 | 42,249,908.00 | 595,720,228.00 | 31,975,646.00 |
| 北京百安居装饰建材有限公司 | 北京 | 建材经销商 | 20 | 123,086,029.00 | 414,766,952.00 | -291,680,923.00 | 399,886,720.00 | -74,725,228.00 |
| 北京瑞丰投资管理有限公司 | 北京 | 投资管理 | 20 | 494,623,026.83 | 223,655,082.67 | 270,967,944.16 | 7,767,155.69 | -127,343,220.16 |
| 深圳珠江均安水泥制品有限公司 | 深圳 | 水泥制品 | 20 | 26,563,958.46 | 4,378,863.12 | 22,185,095.34 | 10,709,614.91 | 637,818.86 |

### 5. 关联方交易

（1）购销交易

| 交易类型 | 企业名称 | 关联方关系性质 | 交易金额 | 交易金额占公司同类交易总额的比例 | 未结算项目金额 | 未结算项目金额坏账准备金额 | 定价政策 |
|---|---|---|---|---|---|---|---|
| 一、销售商品、提供劳务的关联交易 | | | | | | | |
| 销售商品 | 潮州槐坎南方水泥有限公司 | 同一集团内企业 | 11,364,092.22 | 14.16% | 8,442,266.19 | - | 市场定价 |
| 销售商品 | 广德独山南方水泥有限公司 | 同一集团内企业 | 13,438,875.99 | 16.74% | 5,764,648.16 | - | 市场定价 |
| 销售商品 | 江山南方水泥有限公司 | 同一集团内企业 | 13,960,313.24 | 17.39% | 3,335,566.49 | - | 市场定价 |
| 销售商品 | 浙江三狮集团五通建材有限公司 | 同一集团内企业 | 3,063,097.62 | 3.82% | 503,824.21 | - | 市场定价 |

51

CNBMCO00076285

| 交易类型 | 企业名称 | 关联方关系性质 | 交易金额 | 交易金额占公司同类交易总额的比例 | 未结算项目金额 | 未结算项目金额坏账准备金额 | 定价政策 |
|---|---|---|---|---|---|---|---|
| 销售商品 | 浙江三狮集团长兴金钉子建材有限公司 | 同一集团内企业 | 23,310,983.81 | 29.05% | 305,851.06 | - | 市场定价 |
| 销售商品 | 建德南方水泥有限公司 | 同一集团内企业 | 6,596,351.68 | 8.22% | 70,000.00 | - | 市场定价 |
| 销售商品 | 安徽广德南方水泥有限公司 | 同一集团内企业 | 1,461,220.85 | 1.82% | 20,014.15 | - | 市场定价 |
| 销售商品 | 广德新杭南方水泥有限公司 | 同一集团内企业 | 7,062,703.46 | 8.80% | 13,363.05 | - | 市场定价 |
| 销售商品 | 湖州南方水泥有限公司 | 同一集团内企业 | - | - | 146,430.35 | - | 市场定价 |
| 二、其他交易 | | | | | | | |
| 接受担保 | 中国建材股份有限公司 | 母公司 | 650,000,000.00 | - | - | - | - |
| 仓储收入 | 深圳百安居装饰建材有限公司 | 联营企业 | 18,634,237.50 | - | 540,070.85 | - | 协议定价 |
| 资金占用费收入 | 北京瑞丰投资管理有限公司 | 联营企业 | 136,986.30 | - | - | - | 同期银行贷款利率 |
| 资金占用费收入 | 深圳德信利和投资发展有限公司 | 子公司的少数股东 | 642,390.75 | - | - | - | 协议定价 |
| 资金占用费支出 | 振石集团浙江巨成房地产开发有限公司 | 子公司的少数股东 | 506,492.32 | - | - | - | 协议定价 |

（2）关联方往来余额情况

| 项目和单位 | 期末余额 | 占该项目总额的比例（%） |
|---|---|---|
| 应收账款/深圳百安居装饰建材有限公司 | 956,149.24 | 0.27% |
| 应收账款/湖州槐坎南方水泥有限公司 | 8,442,266.19 | 2.39% |
| 应收账款/广德独山南方水泥有限公司 | 5,764,648.16 | 1.63% |
| 应收账款/江山南方水泥有限公司 | 3,335,566.49 | 0.95% |
| 应收账款/浙江三狮集团五通建材有限公司 | 503,824.21 | 0.14% |
| 应收账款/浙江三狮集团长兴金钉子建材有限公司 | 305,851.06 | 0.09% |
| 应收账款/建德南方水泥有限公司 | 70,000.00 | 0.02% |
| 应收账款/安徽广德南方水泥有限公司 | 20,014.15 | 0.01% |
| 应收账款/广德新杭南方水泥有限公司 | 13,363.05 | 0.00% |
| 应收账款/湖州南方水泥有限公司 | 146,430.35 | 0.04% |
| 其他应收款/深圳百安居装饰建材有限公司 | 530,000.00 | 0.47% |
| 其他应收款/湖州南方水泥有限公司 | 164,691.40 | 0.16% |

# 十二、重要资产转让及其出售的说明

CNBMCO00076286

本公司报告期内无重要资产转让及其出售事项

### 十三、企业合并、分立等事项说明

本公司报告期内无企业合并、分立等事项。

### 十四、非货币性资产交换和债务重组的说明

本公司报告期内无非货币性资产交换和债务重组事项。

### 十五、母公司主要财务报表项目注释

#### 1. 长期股权投资

（1）投资类别

| 项　　　目 | 期初余额 | 本年增加 | 本年减少 | 期末余额 |
|---|---|---|---|---|
| 对子公司投资 | 112,743,017.31 | 102,691,670.00 | 3,000,000.00 | 212,434,687.31 |
| 对联营企业投资 | 100,668,626.41 | 14,068,502.89 | 45,679,443.29 | 69,057,686.01 |
| 对其他企业投资 | 14,165,425.00 | 5,200,000.00 | – | 19,365,425.00 |
| 小　　计 | 227,577,068.72 | 121,960,172.89 | 48,679,443.29 | 300,857,798.32 |
| 减：长期投资减值准备 | 1,029,119.14 | – | – | 1,029,119.14 |
| 合　　计 | 226,547,949.58 | 121,960,172.89 | 48,679,443.29 | 299,828,679.18 |

（2）重大的联营企业投资

| 被投资单位名称 | 注册地 | 业务性质 | 持股比例（%） | 表决权比例（%） | 期末净资产总额 | 本期营业收入总额 | 本期净利润 |
|---|---|---|---|---|---|---|---|
| 深圳百安居装饰建材有限公司 | 广东深圳 | 建材经销商 | 35 | 35 | 42,249,908.00 | 595,720,228.00 | 31,975,646.00 |
| 北京百安居装饰建材有限公司 | 北京 | 建材经销商 | 20 | 20 | -291,680,923.00 | 399,886,720.00 | -74,725,228.00 |
| 北京瑞丰投资管理有限公司 | 北京 | 投资管理 | 20 | 20 | 270,967,944.16 | 7,767,155.69 | -127,343,220.16 |

（3）按成本法核算的重大股权投资

| 被投资单位名称 | 投资成本 | 期初余额 | 本期增加 | 本期减少 | 期末余额 |
|---|---|---|---|---|---|
| 深圳北新房地产经纪有限公司 | - | 3,000,000.00 | - | 3,000,000.00 | - |
| UNITED SUNTECH CRAFT,INC. | 4,966,020.00 | 4,966,020.00 | - | - | 4,966,020.00 |
| BNBM PNG LTD | 9,556,638.17 | 9,556,638.17 | - | - | 9,556,638.17 |
| 中建投商贸有限公司 | 36,920,359.14 | 36,920,359.14 | - | - | 36,920,359.14 |

53

CNBMCO00076287

| 被投资单位名称 | 投资成本 | 期初余额 | 本期增加 | 本期减少 | 期末余额 |
|---|---|---|---|---|---|
| 深圳中建投房地产开发有限公司 | 9,000,000.00 | 8,300,000.00 | 700,000.00 | - | 9,000,000.00 |
| 中建投物流有限公司 | 50,000,000.00 | 50,000,000.00 | - | - | 50,000,000.00 |
| 成都中建投房地产开发有限公司 | 100,000,000.00 | - | 100,000,000.00 | - | 100,000,000.00 |
| CNBMI Ausralia Pty Ltd | 1,991,670.00 | - | 1,991,670.00 | - | 1,991,670.00 |
| 山东宏艺科技有限公司 | 4,165,425.00 | 4,165,425.00 | - | - | 4,165,425.00 |
| 大象投资管理公司 | 10,000,000.00 | 8,970,880.86 | - | - | 8,970,880.86 |
| 《中国企业报》股份有限公司 | 4,900,000.00 | - | 4,900,000.00 | - | 4,900,000.00 |
| 上海圳通股权投资管理有限公司 | 300,000.00 | - | 300,000.00 | - | 300,000.00 |

（4）按权益法核算的重大股权投资

| 被投资单位名称 | 初始金额 | 期初余额 | 投资成本变动 | 损益调整变动 应计损益 | 损益调整变动 本期实收红利 | 所有者权益 其他变动 | 期末余额 |
|---|---|---|---|---|---|---|---|
| 深圳百安居装饰建材有限公司 | 33,431,586.60 | 3,520,270.44 | 4,759,898.19 | 6,583,928.55 | | - | 14,864,097.18 |
| 北京百安居装饰建材有限公司 | 25,171,348.33 | - | 2,724,676.15 | -2,724,676.15 | | | - |
| 北京瑞丰投资管理有限公司 | 10,000,000.00 | 97,148,355.97 | - | -25,468,644.03 | 17,486,123.11 | | 54,193,588.83 |

（5）长期股权投资减值准备

| 项　目 | 期初余额 | 本年增加数 | 本年减少数 减少数 | 本年减少数 减少原因 | 期末余额 |
|---|---|---|---|---|---|
| 大象投资管理公司 | 1,029,119.14 | - | - | - | 1,029,119.14 |
| 合　计 | 1,029,119.14 | - | - | - | 1,029,119.14 |

## 2. 营业收入及营业成本

（1）营业收入及营业成本

| 项　目 | 本期发生额 收入 | 本期发生额 成本 | 上期发生额 收入 | 上期发生额 成本 |
|---|---|---|---|---|
| 1. 主营业务小计 | 1,785,978,463.42 | 1,738,745,047.80 | 709,875,177.38 | 658,954,471.65 |
| 2. 其他业务小计 | 3,747,361.03 | 1,738,644.97 | 3,798,063.97 | 1,801,694.45 |
| 合　计 | 1,789,725,824.45 | 1,740,483,692.77 | 713,673,241.35 | 660,756,166.10 |

（2）主营业务（分类别）

54

| 项目 | 本期发生额 | | 上期发生额 | |
|------|------------|--|------------|--|
| | 主营业务收入 | 主营业务成本 | 主营业务收入 | 主营业务成本 |
| 贸易 | 1,747,645,741.91 | 1,730,382,203.44 | 672,138,868.09 | 650,136,120.59 |
| 仓储 | 38,332,721.51 | 8,362,844.36 | 37,736,309.29 | 8,818,351.06 |
| 合计 | 1,785,978,463.42 | 1,738,745,047.80 | 709,875,177.38 | 658,954,471.65 |

### 3. 投资收益

| 产生投资收益的来源 | 本期发生额 | 上期发生额 |
|--------------------|------------|------------|
| 交易性金融资产收益 | 80,212,304.18 | 148,108,431.27 |
| 长期股权投资收益 | −23,300,496.65 | 54,571,623.03 |
| 其中：权益法核算确认的投资收益 | −21,609,391.63 | 54,571,623.03 |
| 其中：成本法核算单位分回的股利或利润 | 1,500,000.00 | – |
| 其中：股权转让收益 | −3,191,105.02 | – |
| 合 计 | 56,911,807.53 | 202,680,054.30 |

### 4. 所得税费用

| 项 目 | 本期发生额 | 上期发生额 |
|-------|------------|------------|
| 所得税费用 | 9,202,173.85 | 29,164,778.57 |
| 其中：当期所得税费用 | 18,980,511.68 | 32,874,398.52 |
| 递延所得税费用 | −9,778,337.83 | −3,709,619.95 |

## 十六、承诺事项

本公司综合授信情况如下：

| 借款银行 | 借款额度 | 额度时间 | 票/证余额 | 银行借款余额 | 未使用额度 |
|----------|----------|----------|-----------|--------------|------------|
| 交通银行车公庙支行 | 200,000,000.00 | 2010.11.18-2013.11.15 | - | 40,000,000.00 | 160,000,000.00 |
| 广东发展银行中海支行 | 200,000,000.00 | 2010.6.10-2011.6.10 | - | 200,000,000.00 | - |
| 华夏银行 | 200,000,000.00 | 2010.2.11-2011.2.11 | - | 200,000,000.00 | - |
| 中国民生银行 | 100,000,000.00 | 2010.3.26-2011.3.26 | - | | 100,000,000.00 |
| 上海银行 | 250,000,000.00 | 2010.2.25-2020.2.25 | - | 235,000,000.00 | 15,000,000.00 |
| 北京银行 | 150,000,000.00 | 2010.5.10-2011.5.9 | - | 150,000,000.00 | - |
| 江苏银行 | 100,000,000.00 | 2010.6.23-2010.6.22 | - | 65,000,000.00 | 35,000,000.00 |

55

CNBMCO00076289

| 借款银行 | 借款额度 | 额度时间 | 票/证余额 | 银行借款余额 | 未使用额度 |
|---|---|---|---|---|---|
| 平安银行 | 150,000,000.00 | 2009.10.21-2010.10.21 | 3,850,184.00 | 100,000,000.00 | 46,149,816.00 |
| 中国建设银行 | 200,000,000.00 | 2009.12.30-2010.12.29 | - | 110,000,000.00 | 90,000,000.00 |
| 中国建设银行 | 60,000,000.00 | 2010.12.17-2011.12.16 | - | - | 60,000,000.00 |
| 江苏银行 | 70,000,000.00 | 2010.6.23-2011.6.22 | - | - | 70,000,000.00 |
| 小计 | 1,680,000,000.00 | | 3,850,184.00 | 1,100,000,000.00 | 576,149,816.00 |

注 1：上表平安银行"票/证余额"主要系中建投商贸有限公司 3,850,184.00 元。

注 2：上表"银行借款余额"与财务报表的短期借款、长期借款及一年内到期的非流动负债项目之和少 105,954,254.03 元，系中建投商贸有限公司与银行签订远期外汇合同，取得的外币借款。

## 十七、财务报表的批准

本财务报表于 2011 年 4 月 10 日经本公司董事会批准报出。

中建材投资有限公司

二〇一一年四月十日

Confidential                                         CNBMCO00076290