## Modification Notice

China National Building Material Investment Co., Ltd. had applied for modification registration at our bureau on October 30, 2007. The approved modification items are as follows,

Business Scope before Modification: Storage, distribution, road, railway and domestic waterway freight forwarders, general goods road transportation, road container transportation, logistics information consultation service (excluding hazard items); E-commerce service; Information products system integration; Technical development of computer software and hardware, communication network products; Technical service and purchase and sales; Database and computer network service; Investment in entities (further application on specific projects); Domestic commerce, goods and materials supply and marketing (not including commodities requiring special licences or permits); Operation of import and export business (operated subject to qualification certificate of SMJZZiNo.[2001] 0045).

Business Scope after Modification: Investment in entities (further application on specific projects); Engaging in logistics business; E-commerce service; Domestic commerce, goods and materials supply and marketing (not including commodities requiring special licences or permits); Operation of import and export business (excluding items that are prohibited by law and administrative regulation and the State Department, those items shall operated after obtaining the permits); Real estate development and operation on land that legally obtained usage right.

Registration No. before modification: 4403011058057

Registration No. after modification: 440301102956964

Enterprise Name before modification: BND Co., Ltd.

Enterprise Name after modification: China National Building Material Investment Co., Ltd.

Shenzhen Municipal Administration for Industry and Commerce
(Special Stamp for Licence)
November 1, 2007

Chang Exhibit 10

CG: 6/16/15-6/18/15

**Exhibit 68**

**CONTEMPT Exhibit 69**

CNB000001

# NOTARIAL CERTIFICATE

(2009)Sz.z.No.142686

This is to certify that the photocopy attached hereto is in conformity with the original Modification Notice issued by Shenzhen Municipal Administration for Commerce and Industry on November 1, 2007. The Special Stamp for Licence of Shenzhen Municipal Administration for Commerce and Industry affixed on the original copy is authentic. The English copy attached hereto is in conformity with the original Chinese copy.

Notary: Song Yingxuan

Shenzhen Notary Public Office

Guangdong Province

The People's Republic of China

September 14, 2009

CNB000002

## 关于企业名称变更的函

尊敬的客户朋友、各关联单位：

因业务发展需要，自即日起，我司企业名称由"北新物流有限公司"变更为"中建材投资有限公司"。

伴随此次调整，我司的业务范围也将得以扩充，在保留原所有经营业务的基础上，还将强化股权投资、商业地产等经营业务，构筑更为广阔的业务发展平台。我司将在保持既有业务健康、稳定发展的同时，加强与国内外企业的合作与渗透，提升企业核心竞争力，增强为广大客户提供优质服务的能力。

特此函告。

中建材投资有限公司

2007 年 11 月 13 日

RE: A Letter of Corporation Name Change

Dear Customer Friends, Affiliated Business Units:

Due to the need of business development, effective today, our company name will be changed from "BND CO. LTD." to "China National Building Material Investment CO. LTD.".

With this name change, our company's business scope can be expanded as a result. Base on our existing line of business, we will further venture into equity investments and commercial real estate, further allowing us a much broader platform for developing business. Our plan calls for maintaining the existing lines of business with a stable and healthy development pace, while at the same time, strengthening our cooperation and penetration with domestic and foreign business partners to elevate the enterprise core competitiveness and to enhance our ability to better serve our broad customer base.

The above is noticed by this letter.

China National Building Material Investment CO. LTD.

November, 13th, 2007