

CONTEMPT
Exhibit 70

- HK Website
- 简体中文
- 繁体中文
- English

Search

- Home
- About Us
- News
- Business Scope
- Investor Relations
- Enterprise culture
- Contact Us

**Business Scope**

- Cement Segment
  - CUCC
  - South Cement
  - North Cement
  - Southwest Cement
- Lightweight Building Materials Segment
  - BNBM
- Glass Fiber and FRP Products Segment
  - CCGC
  - China Jushi
- Engineering Services Segment
  - CTIEC
- Investment Segment
  - CNBM Investment

## Investment Segment



CNBM Investment Company Limited ("CNBM Investment") (formerly known as BND) was established in 2001, and is the core company for the investment business of China National Building Material Company (3323.HK, CNBM). Taking "innovation, performance, harmony, responsibility" as the core values, CNBM Investment advocates "Harmonious Environment, Conservative Operation, Standardized System, Refined Management and Innovative Development" as its first five operations and management philosophies. The company focuses on equity investment, logistics trading, and property development, and targets at becoming an internationalized company with competitive edges and sustainable development.

Logistics trading: It is CNBM Investment's core business, including import and export business about logistics, building materials, household electrical appliances, light industry, metals, etc, and developing retail chain business in domestic and foreign markets. Based on the advanced management concepts and global distribution network, CNBM Investment take supply chain management and in-depth distribution as its core advantages, and emphasizing on branding, networking, and internationalization. The core components: Business Division, the Construction Investment Trading Co., Ltd., China Construction Investment Logistics Co., Ltd., Papua New Construction Investment Co., Ltd., China Construction Investment Co., the United States, the Construction Investment Australia Limited.

New housing: Taking the "three new" industrial strategy as the starting point and foothold, CNBM Investment focuses on commercial real estate related to building material logistics trading, and property development for promoting new building materials, works with lots of well-known commercial chain magnates, and develops commercial property and ancillary services at home and abroad. Core enterprise: CNBMI Real Estate Development Co., Ltd. Successful cases: CNBMI Square, CNBMI Logistics Park, CNBM southwest headquarter, and CNBMI Jiujiang Project.

Resource exploitation: In accordance the development strategy and the deployment of CNBM, CNBM Investment makes full use of existing conditions, and promotes the Resource exploitation at home and abroad. Core enterprise: Southern Resources Co. Ltd., South Graphite Co., Ltd.

Equity investment: Around the main business of CNBMG, CNBM Investment mainly focus on the medium and long-term investment on

building materials, and mineral resources, and would like to make the foundation for CNBMG and CNBM to develop business about VC and PE. Meanwhile, CNBM Investment grasps the trend of economic development, and promotes the market-oriented, professional investment projects on the premise of serving the main business. Core component: investment department, asset management department, B&Q (Shenzhen\Beijing), Shanghai Zhen tong Investment Management Co., Ltd. through equity, venture capital elephant Co., Ltd., Beijing Ruifeng Investment Management Limited.

In the future, CNBM Investment focuses on the main business of CNBM, relying on two-wheel drive-"industrial+capital", to build an internationalized enterprise that is competitive in market and has the ability of sustainable development.

Contact Us  |  Website Map

China National Building Material Company Limited. All rights reserved     Technical Support: Chinabmb.com