Translation of SUNTECH00000438-439

**SUNTECH00000438**

Message

| | |
|---|---|
| **From:** | liuVincent ▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | March 4th, 2013 01:49:35 |
| **To:** | Jiangfei Sharon ▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Fwd: Fwd: **[Notice on Doing a Good Job in the Registration of Retention of the Company's Important Materials!]** Please report before Friday! |
| **Attachments:** | _____.xls; Untitled attachment 01378.htm; _____.xls; Untitled attachment 01381.htm |

Sent from my iPhone

Begin forwarded message:

**From:** Fengbo Guo (gfb) ▮▮▮▮▮▮▮▮▮▮

**Date:** March 3rd, 2013 16:38:41 PST

**To:** liuVincent ▮▮▮▮▮▮▮▮▮▮

**Subject: Fwd: [Notice on Doing a Good Job in the Registration of Retention of the Company's Important Materials!] Please report before Friday!**

<!--[if mso 9]--> <!-- [endif] -->

Hello, Chief Liu, Please fill in the attached table at the earliest possible time, thank you.

CONTEMPT
Exhibit 71

In addition, please check the information of the US Company in the following table, and please inform the legal representative. Thanks.

| No. | Headquarters | Tier 1 Subsidiary Company | Tier 2 Subsidiary Company | Tier 3 Subsidiary Company | Superior Entity | Registered Capital ($10,000) | Shareholding Percentage | Legal Representative | General Manager | Treasurer | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CNBM Investment Company Limited | | | | China National Building Material Company Limited | 50000 | 100% | Jianglin Cao | Guobin Cai | Wei Feng | |
| Share Controlled Company | | | | | | | | | | | |
| 2 | | CNBMIT Co., Ltd. | | | CNBM Investment | 5000 | 100% | Yongxin Chen | Yongxin Chen | Xinchuan Yan | |
| 3 | | CNBMI Logistics Company Limited | | | CNBM Investment | 5000 | 100% | Guobin Cai | Min Ren | Li Jin | |
| 4 | | CNBMI PNG | | | CNBM Investment | $250,000 | 100% | Zhiping Song | Xuan Zeng | | |
| 5 | | CNBMI Australia | | | CNBM Investment | $300,000 | 100% | | Jianguang Wu | | |
| 6 | | CNBMI USA | | | CNBM Investment | $ 1 million | 100% | | Weisheng Liu | Fei Jiang | |

Best wishes, Little Guo

**From: Fengbo Guo** (gfb)

**Sent: Wednesday February 27, 2013 16:37**

**To: Yue Liu; 'Ke Xue - Private'; 'Ke Xue - Company'; 'Xuan Zeng'; 'Xuan Zeng- Private'; 'Jianguang Wu - Company'; 'Jimmy Wu'; 'Yangxin Ou (oyx)** '; 'Lechang Ming Xu'; **'Xiao Yuan'; 'Jingdong Zhou - Private'; 'Mingle Hu'; 'Fei Jiang - US'**

**Subject: [Notice on Doing a Good Job in the Registration of Retention of the Company's Important Materials!]** Please report before Friday!

**Importance: High**

**Hello, everyone,**

**As required by Chief Cai and Chief Wen,** we now are going to sort out and survey the subordinate companies to know their situations. Please fill in the attached table by referring to the attached sample.

**Enterprises filling in the table:** CNBMIT., CNBMI Logistics, BNBM PNG, CNBMI Australia, CNBMI USA, South Resources, South Graphite (Headquarters and three subsidiaries), Lechang South, Wengyuan Zhongyuan, Shaoguan Sancuang, and Shaoguan Taiji.

<div align="right">**SUNTECH00000439**</div>

**Requirements:** Electronic table + paper scanned copies (to be signed by each custodian, and affix the official seal of each company).   Additional lines can be used if the lines are not enough.

Please send the table to my e-mail address before the **end of Friday's shift (March 1st)**: ▇▇▇▇▇▇▇▇

Thank you for your cooperation.


Best regards.


**Fengbo Guo**

**Department of Administration and Human Resources**

**CNBM Investment** Company Limited

Address: 12/F, International Trade Center Building, Shenzhen, China

Zip Code: 518014

Tel: 0755-82213131

Fax: 0755-82211515

Mobile:   13760128807

E-mail: ▇▇▇▇▇▇▇▇

From: liuVincent <█████████████████> Sent: 3/3/2013 5:49: 35 PM To: Jiangfei Sharon <█████████████████> Subject: Fwd: Repeater: [About completing notice of company material information taking care registration! ]On Friday ago reported!
Attachments: _____.xls; Untitled attachment 00520.htm; _____.xls; Untitled attachment 00523.htm

Sent from my iPhone

Begin forwarded message:

From: Guo Fengbo (gfb) <█████████████████> Date: 3 March, 2013 16:38: 41 PST To: liuVincent <█████████████████> Subject: Repeater: [About completing notice of company material information taking care registration! ]On Friday ago reported!

Liu Zong, hello. Please trouble you to fill in appendix form as soon as possible, thanks.

Moreover, please in the checkup next table the American company information, and please inform the legal representative, thanks.

Serial number

This

First-level subsidiary company

Second-level subsidiary company

Third-level subsidiary company

Upper-level unit

Registered capital (ten thousand Yuan)

Ownership percentage

Legal representative

General manager

Financial person in charge

Note

1

Building materials investment limited company

Chinese building materials stock

50000

100%

Cao Jianglin

Cai Guobin

Feng Wei

Holding enterprise

2

Constructs to throw the business limited company

Building materials investment

5000

100%

Chen Yongxin

Chen Yongxin

Yan Xinchuan

3

Constructs to throw the physical distribution limited company

Building materials investment

5000

100%

Cai Guobin

Ren Min

Jin Li

4

Constructs to throw Papua-New Guinea Corporation

Building materials investment

250,000 US dollars

100%

Song Zhiping

Zeng Xuan

5

Constructs to throw Australian Corporation

Building materials investment

300,000 US dollars

100%

Wu Jianguang

6

Constructs to throw American Corporation

Building materials investment

1 million US dollars

100%

Liu Weisheng

Jiang Fei

Wished, Xiao Guo

Addressers: Guo Fengbo (gfb) transmission time: On Wednesday on February 27, 2013 16:37
addressee: Liu 玥; 'Xue Ke - personal'; 'Xue Ke - company'; 'Zeng Xuan'; 'Zeng Xuan - personal'; 'Wu Jianguang - company'; 'Jimmy Wu'; 'Ouyang Xin (oyx)'; 'Lechang Xu Ming'; 'Xiao Yuan'; 'Zhou Jingdong - personal'; 'Hu Ming is happy'; 'Jiang Fei - US' subject: [About completing notice of company material information taking care registration! ]On Friday ago reported!
Importance: High

Hello everyone:

According to Cai Zong, the article general requirements, presently are conducted to comb to know the real situation to the subordinate company situation, please fill in the appendix form, the reference appendix lists the sample.

Filling out a form enterprise: Constructs to throw business, to construct to throw the physical distribution, to construct to throw Papua-New Guinea, to construct to throw Australia, to construct to throw the US, the southern resources and southern graphite (this and three subordinate subsidiary companies), in the Lechang south and Wengyuan the source and Shaoguan three creates, Shaoguan Tecchi.

Request: The electronic forms + the paper scanning (various taking care people sign, capping company official seal). The form number of lines insufficiently may increase voluntarily.

Please get off work before this Friday (on March 1) feedback to my mailbox: █████

Thanks various unit coordinations to support.

Wished,

Guo Fengbo

Administrative human resources department

Building materials investment limited company

Address: Shenzhen international trade building 12

Zip code: 518014

Telephone: 0755-82213131

Facsimile: 0755-82211515

Handset: 13760128807

Mail: █████

Message

| | |
|---|---|
| **From**: | liuVincent ▇▇▇▇▇ |
| **Sent**: | 04/03/2013 01:49:35 |
| **To**: | Jiangfei Sharon ▇▇▇▇ |
| **Subject**: | Fwd: 转发：【关于做好公司重要资料保管情况登记的通知！】周五前上报！ |
| **Attachments**: | ▇▇▇▇▇▇▇▇.xls; Untitled attachment 01378.htm; ▇▇▇▇▇▇.xls; Untitled attachment 01381.htm |

Sent from my iPhone

Begin forwarded message:

**From:** 郭丰波(gfb) ▇▇▇▇▇▇
**Date:** 3 March, 2013 16:38:41 PST
**To:** liuVincent ▇▇▇▇▇▇
**Subject:** 转发：【关于做好公司重要资料保管情况登记的通知！】周五前上报！

<!--[if mso 9]--> <!--[endif]-->

刘总，您好。请麻烦您尽快填写附件表格，谢谢。

另外，请核对下表中美国公司信息，并请告知法定代表人，谢谢。

| 编号 | 本部 | 一级子公司 | 二级子公司 | 三级子公司 | 上级单位 | 注册资本（万元） | 持股比例 | 法定代表人 | 总经理 | 财务负责人 | 备注 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 中建材投资有限公司 | | | | 中国建材股份 | 50000 | 100% | 曹江林 | 蔡国斌 | 冯玮 | |
| 控股企业 | | | | | | | | | | | |
| 2 | | 中建投商贸有限公司 | | | 中建材投资 | 5000 | 100% | 陈咏新 | 陈咏新 | 颜欣川 | |
| 3 | | 中建投物流有限公司 | | | 中建材投资 | 5000 | 100% | 蔡国斌 | 任敏 | 金黎 | |
| 4 | | 中建投巴新公司 | | | 中建材投资 | 25万美元 | 100% | 宋志平 | 曾喧 | | |
| 5 | | 中建投澳洲公司 | | | 中建材投资 | 30万美元 | 100% | | 吴建光 | | |
| 6 | | 中建投美国公司 | | | 中建材投资 | 100万美元 | 100% | | 刘伟生 | 姜斐 | |

祝好，小郭

**发件人:** 郭丰波(gfb)
**发送时间:** 星期三 2013年2月27日 16:37
**收件人:** '刘玥'; '薛可-私人'; '薛可-公司'; '曾暄'; '曾喧-私人'; '吴建光-公司'; 'Jimmy Wu'; '欧阳鑫（oyx）'; '乐昌徐明'; '小袁'; '周敬东-私人'; '胡明乐'; '姜斐-美国'
**主题:** 【关于做好公司重要资料保管情况登记的通知！】周五前上报！
**重要性:** 高

各位好：

　　按照蔡总、文总要求，现对下属公司情况进行梳理摸底，请填写附件表格，参照附件列示样本。

　　填表企业：中建投商贸、中建投物流、中建投巴新、中建投澳洲、中建投美国、南方资源、南方石墨（本部及三个下属子公司）、乐昌南方、翁源中源、韶关三创、韶关泰基。

SUNTECH00000438

要求：电子表格+纸质文件扫描件（各保管人签字，加盖公司公章）。表格行数不够可自行添加。

请于**本周五下班前（3月1日）** 反馈至我邮箱: gfb@cnbm-i.com。

谢谢各单位配合支持。

祝好．

郭丰波

行政人事部

中建材投资有限公司

地址：中国深圳国际贸易大厦12层

邮编：518014

电话：0755-82213131

传真：0755-82211515

手机：13760128807

邮件：█████████

SUNTECH00000439