Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3    ****************************************************

 4    IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

      DRYWALL PRODUCTS LIABILITY

 5    LITIGATION                 SECTION:  L

 6    THIS DOCUMENT APPLIES TO      JUDGE FALLON

      ALL CASES

 7                              MAG. JUDGE WILKINSON

 8    ****************************************************

 9

               CONFIDENTIAL - SUBJECT TO FURTHER

10                 CONFIDENTIALITY REVIEW

11               Tuesday, October 27, 2015

12                     — — —

13

14         Videotaped Deposition of LIU WEISHENG, held

15    at Gordon Arata McCollam DuPlantis & Eagan LLC, 201

16    St. Charles Avenue, Suite 4000, New Orleans,

17    Louisiana, commencing at 9:07 a.m., on the above date,

18    before Micheal A. Johnson, Certified Court Reporter

19    (#29025), Registered Merit Reporter and Certified

20    Realtime Reporter.

21

22                     — — —

23

24           GOLKOW TECHNOLOGIES, INC.

          877.370.3377 ph | 917.591.5672 fax

25               deps@golkow.com
```

> **CONTEMPT**
> **Exhibit 73**

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3         IRPINO LAW FIRM
           BY:  ANTHONY D. IRPINO, ESQUIRE
 4             airpino@irpinolaw.com
           2216 Magazine Street
 5         New Orleans, Louisiana 70130
           (504) 525-1500
 6
 7         SEEGER WEISS LLP
           BY:  SCOTT ALAN GEORGE, ESQUIRE
 8             sgeorge@seegerweiss.com
           1515 Market Street, Suite 1380
 9         Philadelphia, Pennsylvania 19102
           (215) 553-7982
10
11   COUNSEL FOR TAISHAN GYPSUM COMPANY:
12         ALSTON & BIRD LLP
           BY:  BRAD M. STRICKLAND, ESQUIRE
13             brad.strickland@alston.com
               (Via Speakerphone)
14         1201 West Peachtree Street, Suite 4200
           Atlanta, Georgia 30309-3424
15         (404) 881-7657
16
     COUNSEL FOR BNBM DEFENDANTS:
17
           DENTONS US LLP
18         BY:  MATTHEW T. NICKEL, ESQUIRE
               matt.nickel@dentons.com
19         2000 McKinney Avenue, Suite 1900
           Dallas, Texas 75201-1858
20         (214) 259-0976
21
           PHELPS DUNBAR LLP
22         BY:  HARRY ROSENBERG, ESQUIRE
               harry.rosenberg@phelps.com
23         365 Canal Street, Suite 2000
           New Orleans, Louisiana 70130-6535
24         (504) 566-1311
25
```

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S :
 2    COUNSEL FOR CNBM DEFENDANTS:
 3         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  JAMES L. STENGEL, ESQUIRE
 4              jstengel@orrick.com
           51 West 52nd Street
 5         New York, New York 10019-6142
           (212) 506-3775
 6
 7         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  YALI HU, ESQUIRE
 8              yhu@orrick.com
           5701 China World Tower
 9         No. 1 Jianguomenwai Avenue
           Beijing 100004
10         People's Republic of China
           +86 10 8595 5668
11
12         ORRICK, HERRINGTON & SUTCLIFFE LLP
           BY:  ERIC A. GRESSLER, ESQUIRE
13              egressler@orrick.com
                NATALIE NAHABET, ESQUIRE
14              nnahabet@orrick.com
                MELINDA BLAKE, ESQUIRE
15              mblake@orrick.com
           777 South Figueroa Street, Suite 3200
16         Los Angeles, California 90017-5855
           (213) 612-2208
17
18         GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLC
           BY:  ALEX B. ROTHENBERG, ESQUIRE
19              arothenberg@gordonarata.com
           201 St. Charles Avenue, Suite 400
20         New Orleans, Louisiana 70170-4000
           (504) 679-9826
21
22         ALSO PRESENT:
23              TONI XU
                EMILY ZHENG
24              MARK ANCALADE, VIDEOGRAPHER
                SUNNY WANG, MANDARIN INTERPRETER
25                        — — —
```

Confidential - Subject to Further Confidentiality Review

```
1                        INDEX

                    LIU WEISHENG

2                 October 27, 2015

3

4        PROCEEDINGS                      10

5

6   EXAMINATION OF LIU WEISHENG:

7           BY MR. IRPINO                 11

8

9        REPORTER'S CERTIFICATE          125

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                      DEPOSITION EXHIBITS
                          LIU WEISHENG
 2                       October 27, 2015
 3
    NUMBER              DESCRIPTION                MARKED
 4
    Exhibit 89     Map From CNBM Group Website        56
 5                 Showing Presence in USA
 6  Exhibit 431    08/16/2014 E-mail, Liu to          99
                   Chen
 7                 Bates No. SUNTECH 0246
 8  Exhibit 431-1  Spreadsheet of Travel              99
                   Arrangements to the United
 9                 States for Mr. Chen
                   Bates No. SUNTECH 247
10
    Exhibit 432    9/18/2012 E-mail, Sharon to        64
11                 Vincent
                   Bates No. SUNTECH 1000
12
    Exhibit 432-1  Application for Title              64
13                 Registration for United
                   Suntech Craft, Inc.
14                 Bates Nos. 1001-1003
15  Exhibit 433    01/09/2015 E-mail, Chen to        118
                   Jiang
16                 Bates No. SUNTECH00001257
17  Exhibit 433-1  January 9, 2015, Commission       119
                   Agreement
18                 Bates No. SUNTECH00001257
19  Exhibit 433-2  January 5, 2015, China Harbor     119
                   Engineering Company, Limited,
20                 Purchase Order
                   Bates No.
21                 SUNTECH00001258-1261
22  Exhibit 434    Stock Purchase Agreement           52
                   Bates Nos. SUNTECH 0033-0036
23
    Exhibit 435    Fairfield Inn & Suites Tacoma     102
24                 Puyallup Receipt
                   Bates Nos.
25                 SUNTECH00000168-0169
```

Confidential - Subject to Further Confidentiality Review

```
1                    DEPOSITION EXHIBITS
                        LIU WEISHENG
2                      October 27, 2015
3
     NUMBER                DESCRIPTION              MARKED
4
     Exhibit 436     Renaissance Washington, DC        102
5                    Downtown Hotel Reservation
                     Bates Nos.
6                    SUNTECH00000157-0161
7    Exhibit 437     May 13, 2012, Formal Visa          71
                     Invitation Letter, Liu to Yue
8                    Bates No. SUNTECH 0802
9    Exhibit 438     May 22, 2012, Invitation           74
                     Letter, Liu to Hu
10                   Bates No. SUNTECH 0804
11   Exhibit 439     12/12/2012 E-mail                  92
                     Bates No. SUNTECH 0971
12
     Exhibit 439-1   11/16/2012 Summons in a Civil      92
13                   Action to United Suntech
                     Craft, Inc.
14                   Bates Nos. SUNTECH 0972-0977
15   Exhibit 442     State of California Secretary      62
                     of State Statement of
16                   Information
                     Bates No. SUNTECH 1021
17
     Exhibit 452     United Suntech Craft Inc.         123
18                   Minutes Shareholders' Meeting
                     Bates Nos.
19                   SUNTECH00000008-0013
20   Exhibit 453     Minutes of Shareholders          123
                     Meeting, Bates Nos.
21                   SUNTECH00000019-0029
22   Exhibit 471     CNBM Notice on Doing a Good        78
                     Job on the Formulation of
23                   2012 Annual Financial
                     Statements (Draft translations)
24                   Bates Nos. SUNTECH 0078-0081
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                     DEPOSITION EXHIBITS
                          LIU WEISHENG
 2                       October 27, 2015
 3
      NUMBER                DESCRIPTION                MARKED
 4
      Exhibit 476    02/06/2015 through 02/10/2015       89
 5                   E-mail Chain
                     Bates Nos. SUNTECH 0059-0061
 6
      Exhibit 477    Stock Purchase Agreement            51
 7                   Bates Nos. SUNTECH 0004-0007
 8    Exhibit 478    Cooperation Agreement               44
                     Bates Nos. SUNTECH 0030-0032
 9
      Exhibit 479    United Suntech Craft Inc.           47
10                   Meeting Notes, 09/03/2003
                     Bates Nos. SUNTECH 0039-0042
11
      Exhibit 480    1/5/2011 E-mail, Luo to Liu         68
12                   Bates Nos. SUNTECH 0046-0047
13    Exhibit 481    02/17/2011 E-mail, Luo to           70
                     Liu, et al
14                   Bates No. SUNTECH 0052
15    Exhibit 482    07/23/2012 E-mail, Sharon to        75
                     Chen
16                   Bates No. SUNTECH 0062
17    Exhibit 483    Fund Application and Business       75
                     Planning of CNBMI US
18                   Bates Nos. SUNTECH 0063-0064
19    Exhibit 485    10/09/2013 through 11/2013          83
                     E-mail Chain
20                   Bates Nos. SUNTECH 0068-0069
21    Exhibit 486    02/27/2013 E-mail, Jiang to         77
                     Sharon, et al
22                   (Draft translations)
                     Bates No. SUNTECH 0077
23    Exhibit 487    Air Canada Itinerary/Receipt       102
                     Bates Nos.
24                   SUNTECH00000164-0167
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS
                        LIU WEISHENG
 2                     October 27, 2015
 3
     NUMBER                 DESCRIPTION              MARKED
 4
     Exhibit 488    03/25/2015 E-mail, Yuw Liu to     108
 5                  Weisheng Liu
                    Bates No. SUNTECH00000173
 6
     Exhibit 489    09/17/2014 E-mail, Liu to         110
 7                  Chen
                    Bates Nos.
 8                  SUNTECH00000212-213
 9   Exhibit 491    01/17/2014 E-mail, Sharon to       85
                    Chen
10                  Bates No. SUNTECH 0355
11   Exhibit 492    2013 Business Summary - US         85
                    Company
12                  Bates Nos. SUNTECH 0356-0357
13   Exhibit 493    02/27/2013 through 03/04/2013      80
                    E-mail Chain
14                  Bates Nos. SUNTECH 0438-0439
15   Exhibit 495    North American Graphite           117
                    Product Market Development
16                  and Technical Service
                    Agreement
17                  Bates No. SUNTECH00001735
                    -1738
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                  PREVIOUSLY MARKED EXHIBITS

 2
        NUMBER              DESCRIPTION        REFERENCED
 3
        Exhibit 3      ..........................    58
 4
        Exhibit 38     ..........................    14
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                        PROCEEDINGS

 2              THE VIDEOGRAPHER:  We're now on the

 3      record.  My name is Mark Ancalade, the

 4      videographer with Golkow Technologies.  Today is

 5      October 27th, 2015, at the time indicated on the

 6      video screen, which is 9:07.

 7              This deposition is being held at

 8      201 St. Charles Avenue in New Orleans,

 9      Louisiana, taken in the matter of

10      Chinese-Manufactured Drywall Products Liability

11      Litigation being heard before the United States

12      District Court, Eastern District of Louisiana.

13      The deponent is the United Suntech Craft Inc.,

14      through its corporate representative Mr. Liu

15      Weisheng.

16              Would counsel please state their name

17      for the record, which thereafter would the court

18      reporter please swear in the witness.

19              MR. IRPINO:  Anthony Irpino for the PSC.

20              MR. GEORGE:  Scott George, PSC.

21              MR. STENGEL:  Jim Stengel from Orrick

22      for the witness and the company.

23              (Interpreter sworn.)

24              (Oath administered to the witness.)

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                     LIU WEISHENG
 2              having been first duly sworn,
 3                 testified as follows:
 4                      EXAMINATION
 5   BY MR. IRPINO:
 6       Q      Good morning.  Sir, have you ever given a
 7   deposition before?
 8       A      No.
 9       Q      Okay.  I'm going to go over some ground
10   rules just to start.  This is a question and answer
11   session where I ask questions and you do your best to
12   provide answers.  Do you understand?
13       A      All right.
14       Q      You understand that you're under oath just
15   as if you were testifying in a trial in a court of
16   law?
17       A      I understand.
18       Q      Okay.  During the course of questioning
19   today, I may ask a question that you don't understand.
20   If that is the case, please let me know that you don't
21   understand the question and I will ask it in a
22   different way.
23       A      All right.
24       Q      Okay.  If you don't tell me that you don't
25   understand the question, we're going to proceed as if
```

Confidential - Subject to Further Confidentiality Review

```
 1    you do understand the question.  Okay?

 2         A    All right.

 3         Q    Okay.  We're also going to need you to

 4    verbalize your answers and try to avoid just shaking

 5    your head or nodding your head.  Okay?

 6         A    All right.

 7         Q    Okay.  This is not meant to be difficult, so

 8    if you need to take a break at any time, please just

 9    let us know.

10         A    All right.

11         Q    Now, there are some names and acronyms of

12    companies that I will be using during the course of

13    this deposition.  I will go over some of those names

14    and acronyms now to make sure we understand each other

15    when having questions and answers during your

16    deposition.  Okay?

17         A    All right.

18         Q    When I refer to CNBM or CNBM Company or CNBM

19    Co., I'm referring to China National Building Material

20    Company, Limited.  Do you understand?

21         A    All right.

22         Q    When I refer to CNBM Group or CNBMG, I am

23    referring to China National Building Material Group

24    Corporation.

25         A    All right.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q      When I refer to BNBM or BNBM PLC, I'm
 2  referring to Beijing New Building Materials Public
 3  Limited Company.
 4      A      All right.
 5      Q      When I refer to BNBM Group or BNBMG, I'm
 6  referring to Beijing New Building Material Group
 7  Company, Limited.
 8      A      All right.
 9      Q      When I refer to Taishan or TG or Taishan
10  Gypsum, I'm referring to Taishan Gypsum Company,
11  Limited.
12      A      All right.
13      Q      When I refer to CNBM Investment or CNBMI,
14  I'm referring to CNBM Investment Company Limited.
15      A      All right.
16      Q      When I'm referring to Suntech or United
17  Suntech, I'm referring to United Suntech Craft
18  Incorporated.
19      A      All right.
20      Q      Now, I'm just going to ask you some basic
21  background questions.  Can you please state your full
22  name and current home address for the record.
23      A      Yes.  My full name is Liu Weisheng.  My home
24  address is 16752 Beechwood, B-e-e-c-h-w-o-o-d, Court,
25  Surrey, S-u-r-r-e-y, BC, Canada.
```

Confidential - Subject to Further Confidentiality Review

```
1       Q      And how long have you lived at that address?

2       A      Three years.

3       Q      Have you ever maintained a home address in

4  the United States?

5       A      No.

6       Q      And what is your current office address?

7       A      Home.

8       Q      Now, I'm going to show you a document

9  that -- if you can grab 38 -- has been previously

10  marked as Exhibit 38.  It is Bates numbered ALRMH-CNBM

11  4252 with other Bates numbers throughout, but the

12  first page is that.  It is a compilation of

13  organizational charts from CNBM Annual Reports.  I'm

14  going to show a copy to your counsel first.

15              As you will see from the document

16  itself, Exhibit 38, the first page is in English and

17  then the second page is in Chinese.  So you can -- and

18  then they alternate for the rest of the document.

19              So the first page is the org chart --

20  or organizational chart from CNBM's 2005 Annual

21  Report, the second page -- in English, and then the

22  second page is the same chart in Chinese and so forth

23  and so on through 2014.

24              (Witness Reviews Document.)

25  BY MR. IRPINO:
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q     And, sir, while you're looking through that,
 2   I will just let you know that at the top of each of
 3   these org charts is listed parents, and that has been
 4   identified in CNBM's various annual reports as CNBM
 5   Group.  So I wanted you to have that as a reference
 6   point.  And if we just go to the most recent version,
 7   the 2014, in the back that shows companies that fall
 8   under the CNBM Group umbrella.
 9            Can you state the name of each CNBM
10   Group-related company with which you have held any
11   position during the past ten years.
12      A     No.
13      Q     Let me just make sure I'm clear for the
14   record.  I don't want to limit you to companies that
15   are specifically identified in this document.
16            So, for example, it's my appreciation
17   that you have had a position with United Suntech at
18   some point during the last ten years and they would --
19   although they are not specifically, by name, listed in
20   this chart, they would fall under the CNBM Group by
21   way of being under CNBM Investment at the bottom.
22      A     I understand.  Under CNBM Investment
23   Company, there is "other companies" block, and under
24   other companies there is a United Suntech Craft Inc.
25   I am the manager of the company since June 2010 until
```

Confidential - Subject to Further Confidentiality Review

1   present.

2       Q       Thank you.  Are there any other CNBM

3   Group-related companies with which you have held a

4   position during the past ten years other than Suntech?

5       A       No.

6       Q       Did you meet with your attorneys to prepare

7   for your deposition today?

8       A       Yes.

9       Q       Okay.  How many times did you meet with your

10  attorneys?

11      A       Four meetings.

12      Q       Okay.  When did those meetings occur?

13      A       On the 22nd, 23rd, 24th and 26th of this

14  month.

15      Q       How long were the meetings?

16      A       In average four hours per day.

17      Q       Okay.  Now, do you understand that you are

18  here testifying as a corporate representative of

19  Suntech?

20      A       I understand.

21      Q       You understand that you are testifying as if

22  you were the company?

23      A       I understand.

24      Q       Okay.  Other than conversations with

25  attorneys, did you have any communications with anyone

Confidential - Subject to Further Confidentiality Review

```
1    else in order to prepare for your deposition?

2       A     Yes.

3       Q     With whom?

4             THE INTERPRETER:  The interpreter needs

5        to clarify with deponent.

6       A     My colleague and my supervisor.

7    BY MR. IRPINO:

8       Q     And what is your colleague's name?

9       A     Shaon Jiang, S-h-a-o-n J-i-a-n-g.

10      Q     Is it Sharon, S-h-a-r-o-n?

11      A     Maybe.

12      Q     Okay.  And that is your colleague.  And by

13   "colleague," do you mean coworker?

14      A     Correct.

15      Q     Okay.  And I think you also stated that you

16   had conversations with your supervisor.  True?

17      A     Correct.

18      Q     What is your supervisor's name?

19      A     James Chen.

20      Q     Do -- let's go one at a time.  With Sharon,

21   what is her role or position at Suntech?

22      A     Business manager in support of my work.

23             MR. STENGEL:  Reporter, we've lost the

24        screens.  Can we go off the record?

25             MR. IRPINO:  We'll go off the record.
```

Confidential - Subject to Further Confidentiality Review

```
 1              THE VIDEOGRAPHER:  We're now off the

 2       record at 9:30.

 3              (Recess Taken From 9:30 a.m. To

 4              9:35 a.m.)

 5              THE VIDEOGRAPHER:  We're now back on

 6       record.  The time is 9:35.

 7   BY MR. IRPINO:

 8       Q     Before we get back to where we were, I

 9   failed to ask you, are there any other names that you

10   use or go by, either in personal or business life,

11   other than the name you gave us at the beginning?

12       A     English name Vincent.

13       Q     With the same last name?

14       A     Yes.

15       Q     Okay.  Does Sharon go by any other names?

16       A     Chinese name Jiang Fei, F-e-i.

17       Q     And does James Chen go by any other name?

18       A     Yongxin, Y-o-n-g-x-i-n.

19       Q     Now, how long has Sharon been with Suntech?

20       A     Since the beginning of 2012.

21       Q     Okay.  And has she always held the role as a

22   business manager in support of your work?

23       A     Yes.

24       Q     Okay.  And how long has James Chen been a --

25   held a position at Suntech?
```

1    A    He does not hold a position in Suntech.  He

2    holds a position of director.

3    Q    And when you say "director," director of

4    what?

5    A    The director of United Suntech registered in

6    California.

7    Q    Does Mr. Chen, as a director, hold a

8    position with any other company?

9    A    Yes.

10   Q    And what other company or companies does

11   Mr. Chen work for?

12   A    He is a general manager of CNBM Investment

13   Company.

14   Q    And how long has he been with CNBM

15   Investment?

16   A    A long time, but I'm not sure.

17   Q    Okay.  When you said that you had a

18   conversation with your supervisor, were you referring

19   to James Chen?

20   A    Correct.

21   Q    Okay.  Let's first go in order.  When did

22   you have conversations with Sharon Jiang in order to

23   prepare for your deposition?

24   A    Since April this year.

25   Q    Okay.  Approximately how many conversations

Confidential - Subject to Further Confidentiality Review

1    did you have with Sharon in -- related to your

2    deposition?

3        A      Around ten times.

4        Q      Okay.  And what topics did you discuss with

5    Sharon in order to prepare for your deposition?

6        A      To collect information, to confirm times.

7    Those are the two main topics.

8        Q      Okay.  Did Sharon research these issues for

9    you and then bring you what she found?  Is that how it

10   worked?

11       A      No.

12       Q      Please tell me how it worked and what

13   information you were trying to learn from Sharon

14   since, as I appreciate it, she has been at the company

15   since 2012 and you have been at the company since June

16   of 2010.

17       A      Mainly information to be provided to the

18   attorneys based on the needs of the deposition.  I

19   confirmed with Sharon some of the information.

20       Q      Okay.  Let's discuss -- we might come back

21   to this, but let's discuss what -- when you had

22   conversations with your supervisor, James Chen.

23       A      The most recent conversation was around a

24   month ago.

25       Q      Were there additional conversations other

Confidential - Subject to Further Confidentiality Review

1    than the one about a month ago with James Chen?

2       A    Once to twice.

3       Q    Okay.  And what did you discuss with

4    Mr. Chen during the most recent conversation

5    approximately a month ago?

6       A    Mainly that he informed me that I was to

7    take the deposition on behalf of the company.

8       Q    Was he the one who chose you as the

9    corporate representative of Suntech?

10      A    He informed me.

11      Q    Do you know who chose you to be the

12   corporate representative of United Suntech for this

13   depo?

14      A    I don't know.

15      Q    Okay.  Other than informing you that you

16   would be the corporate representative of United

17   Suntech, did you have any other discussions with your

18   supervisor James Chen approximately a month ago?

19      A    Primarily to report to him the issues in

20   regard to my collection of the information.

21      Q    And what did you report to him?

22      A    Regarding to the deposition, I reported to

23   him the things that I'm currently doing, but I did not

24   report to him in detail.

25      Q    Well, tell me generally what you reported

Confidential - Subject to Further Confidentiality Review

1    about the things that you were doing to prepare for

2    the depo.

3        A    I told him that my attorney asked me to

4    prepare documents and --

5                THE INTERPRETER:  Interpreter needs to

6        clarify with deponent.

7        A    -- which I am currently providing.

8    BY MR. IRPINO:

9        Q    Okay.  Now, you had said you had had a

10   couple -- maybe one or two, actually I think you said,

11   conversations with your supervisor James Chen prior to

12   that.  What did you discuss during those

13   conversations -- during that conversation or

14   conversations?

15       A    In regarding to the deposition, when I

16   received telephone call from my attorney, knowing that

17   I need to provide documents, I told him that.  And I

18   also told him the progress has been smooth during the

19   process of providing documents.

20       Q    Did you have any other discussions with him

21   about your deposition?

22       A    No.

23       Q    Have you had any discussions other than with

24   attorneys about this litigation separate and apart

25   from preparing for your deposition?

Confidential - Subject to Further Confidentiality Review

1   A   No.

2   Q   Now, I appreciate that you're currently a

3   general manager for Suntech.  Do you hold any other

4   positions with any other companies?

5   A   No.

6   Q   Okay.  Your sole job from June 2010 till

7   present is general manager of Suntech.  True?

8   A   That's the only one within the scope of CNBM

9   Group.

10   Q   I understand.  But I'm saying any other job,

11   any other company, period, do you work for or have you

12   worked for since June of 2010, even companies outside

13   the scope of CNBM Group.

14   A   I have established a company with a friend

15   in which I am the shareholder.

16   Q   When was that?

17   A   Since 2009.

18   Q   And what is the name of the company?

19   A   Lithica Store -- not store, Stone.

20   Q   Stone.  Gotcha.  Lithica Stone.  And has

21   Lithica Stone been in business since 2009 till today?

22   A   It was established in 2009 until 2010 when

23   it stopped its operation.  However, the company still

24   exists today.

25   Q   And where is the company located?

Confidential - Subject to Further Confidentiality Review

```
 1      A      Also at my home.

 2      Q      And what is the name of the person that you

 3   formed the company with?

 4      A      Raymond Wu, W-u.

 5      Q      And how do you know Raymond Wu?

 6      A      He is one of my friends which I knew in

 7   Vancouver.

 8      Q      Since June of 2010, other than Lithica Stone

 9   and Suntech, have you held any positions with any

10   other companies?

11      A      Yes.

12      Q      Can you tell us what companies and what

13   positions?

14      A      Yvr Xstone Supply Inc.

15      Q      Any other companies?

16      A      DX Stone Products.

17      Q      Any other companies?

18      A      There are probably other multiple registered

19   companies which had never been in operation, but I do

20   not recall.

21      Q      Okay.  When you say "multiple registered,"

22   can you explain that a little bit better so we can

23   understand.

24      A      Family companies that I have formed with my

25   family members.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q      Okay.  What position did you hold or do you

 2   hold at Yvr Xstone Supply?

 3      A      I'm the shareholder.

 4      Q      Is that company still in business or is it

 5   similar to the Lithica Stone?

 6      A      Yvr is still in business.

 7      Q      Okay.  Where is Yvr located?

 8      A      In Richmond, BC, Canada.

 9      Q      Gotcha.  Other than being a shareholder, do

10   you have any active job or role with Yvr Xstone

11   Supply, or have you had?

12      A      No.

13      Q      Is the same true for DX Stone Products?

14      A      Correct.

15      Q      Okay.  Before you began working for Suntech

16   in June of 2010, what position did you have with what

17   company?

18      A      Nothing except Lithica Stone.

19      Q      Okay.  Can you give us a -- an understanding

20   of what you do as the general manager of Suntech since

21   June of 2010?  What are your responsibilities?

22      A      There are two parts.  From June 2010 to

23   February 2012, my work was primarily selling stone

24   materials in Vancouver area.  From February 2012 to

25   present, my work primarily has been in support of the
```

Confidential - Subject to Further Confidentiality Review

 1    two subsidiaries of the company that is under our

 2    parent company in Canada to make contacts or to

 3    develop businesses in local areas.

 4         Q     Gotcha.  And when you say "in support of our

 5    parent company," what company are you referring to?

 6    Is that CNBM Investment?

 7         A     Parent company, correct.  I only have this

 8    one company.

 9              THE INTERPRETER:  The interpreter would

10         like to reinterpret the answer of the deponent.

11         A     I would like to make a correction.  I have

12    been supporting the two subsidiaries of the parent

13    company, not supporting the parent company.

14    BY MR. IRPINO:

15         Q     Understood.  And when you say "the parent

16    company," you're referring to CNBM Investment.  True?

17         A     Correct.

18         Q     And the two subsidiaries of the parent

19    company that you are supporting and that you've been

20    supporting from February 2012 to present, what are the

21    names of those two subsidiaries?

22              THE INTERPRETER:  Interpreter needs to

23         clarify with deponent.

24         A     One is called CNBMI Trading Company and

25    another is called South Granphie Company.

Confidential - Subject to Further Confidentiality Review

1   BY MR. IRPINO:

2       Q     Understood.  Is either of them -- can you

3   see either of those two subsidiaries of CNBM

4   Investment on Exhibit 38?

5       A     I do.

6       Q     Which ones?  Which one?

7       A     CNBM Trading -- CNBMI Trading.

8             MR. IRPINO:  For the record, the witness

9         is pointing to the lowest row and the second

10        bubble in from the left.  And that's the last

11        page of Exhibit 38, the 2014 Chinese version of

12        the CNBM annual report org chart.

13  BY MR. IRPINO:

14      Q     And is South Granphie Company listed?

15      A     No.

16      Q     Okay.  Not listed specifically, but it would

17  fall under other companies under CNBM Investment.

18  True?

19      A     Correct.

20      Q     Okay.  Now, this support you have been

21  providing to CNBMIT and -- and South -- is it Graphite

22  Company or Granphie?

23      A     I'm not quite sure about the English name.

24  It should be Graphite.

25      Q     Okay.  Thank you.  This support which you

Confidential - Subject to Further Confidentiality Review

1    have been providing to CNBMI Trading and the South

2    Graphite companies, the subsidiaries of CNBM

3    Investment, can you please describe what support you

4    have been providing to them since February of 2012 to

5    present?

6        A    In regard to South Graphite, we support it

7    in two parts.

8                THE INTERPRETER:  The interpreter needs

9        to clarify with deponent.

10       A    In regard to our support to South Graphite,

11   our work primarily is to find company or individuals

12   that possess the production technology transferring

13   graphite to granphie, g-r-a-n-p-h-i-e, in the area of

14   Canada or in the area of the United States.  No. 2, we

15   try to sell graphite in the areas of Canada or United

16   States.  Correction, not to sell but help sell

17   graphite to sell.

18   BY MR. IRPINO:

19       Q    Understood.

20       A    Our support to the trading company is also

21   to help them selling their products in Canada or in

22   the United States.

23       Q    And with respect to the trading company,

24   what products do you help them sell in Canada and the

25   United States?

 1       A      We are an import and export company.  We

 2    have helped them to sell products such as coffeepots

 3    to the clients in the United States.  Also we have

 4    helped them to sell stone materials.  Those are the

 5    two main areas.

 6       Q      The two main types of products?

 7       A      Correct.

 8       Q      Okay.  And the two countries that you help

 9    CNBMI Trading sell those products in are Canada and

10    the United States.  True?

11       A      Correct.

12       Q      Now, that has been the case as you stated

13    from February 2012 to present for both the

14    subsidiaries, South Graphite and CNBMI Trading.

15       A      Correct.

16       Q      Who changed your job duties or

17    responsibilities at Suntech in February of 2012?  Was

18    it Mr. Chen who you talked about earlier, James Chen?

19       A      Correct.

20       Q      And how did that change get relayed to you?

21       A      Through telephone.

22       Q      And what was relayed to you through that

23    telephone conversation about the change in your

24    responsibilities or job duties at Suntech?

25       A      I was told to support the works of these two

1    companies.

2        Q    Do you work with specific -- or any

3    particular people at CNBMI Trading in connection with

4    the work you do with them and the support you've

5    provided to them from February 2012 to present?

6        A    I have my staff, Sharon, to specifically

7    contact with them.

8        Q    And do you know who at CNBMI Trading that

9    Sharon works with or contacts?

10       A    Yes.

11       Q    And who is that?

12       A    The first one is the general manager of the

13   trading company, Liu Yue.  The second person is Wang

14   Xiaona.  The third person is Chen Lang.  This is in

15   the area of business.

16       Q    What is the -- the general manager is Liu

17   Yue.  True?

18       A    Correct.

19       Q    And what is Wang Xiaona's position at

20   CNBMIT?

21       A    Business manager.

22       Q    Also what is the position that Chen Lang

23   holds at CNBMIT?

24       A    Business manager.

25       Q    Okay.  And what about with respect to South

Confidential - Subject to Further Confidentiality Review

1    Graphite?  Do you or Sharon work with anyone in

2    particular at South Graphite in connection with the

3    support that you have been providing them since

4    February 2012 to present?

5        A     Correct.  Primarily with their general

6    manager Hu -- Mr. Hu Zhijian.

7                   MR. IRPINO:  Can we take a break?

8                   THE VIDEOGRAPHER:  This is the end of

9         tape 1.  We're now off the record at 10:26.

10                   (Recess Taken From 10:26 a.m. To 10:47

11         a.m.)

12                   THE VIDEOGRAPHER:  This is the beginning

13        of tape 2.  We're now back on the record.  The

14        time is 10:47.

15   BY MR. IRPINO:

16       Q     Can you share with me the organizational

17   structure of Suntech as it exists today.  How many

18   employees does it have?

19       A     Suntech has two employees, Sharon and me.

20       Q     And has that been the case since Sharon

21   started working in 2012?

22       A     Correct.

23       Q     Prior to Sharon coming to work at Suntech in

24   2012, did anybody else do Sharon's job or was it just

25   you at Suntech?

Confidential - Subject to Further Confidentiality Review

```
 1      A      It was only me.

 2      Q      Prior to you joining Suntech in June of

 3   2010, who worked at Suntech?

 4      A      I know a person by the name of Mr. Steve

 5   Chiu, C-h-i-u.

 6      Q      And what was his position at Suntech?

 7      A      I am not sure.

 8      Q      Do you know how long he worked at Suntech --

 9   or from what time period he worked at Suntech?

10      A      I don't know when he started, but the ending

11   time was in June 2010.

12      Q      Did you take over his position?

13      A      Correct.

14      Q      Was there any overlap where you and Mr. Chiu

15   worked at Suntech at the same time?

16      A      No.

17      Q      It is my appreciation that with you and

18   Sharon as the only employees at Suntech since 2012

19   that you are Sharon's supervisor; is that correct?

20      A      Correct.

21      Q      Did you review any documents in order to

22   prepare for your deposition today?

23      A      Yes.

24      Q      Do you recall what those documents were?

25      A      They're all documents prepared for me by my
```

1  attorney.

2      Q     And I don't want to know about them.  That's

3  privileged, confidential.

4               Let's get back to Suntech.  What is

5  Suntech's legal address in the United States?

6               MR. STENGEL:  Objection to the form.

7      A     Its current mailing address is in a place in

8  San Francisco.

9  BY MR. IRPINO:

10     Q     Do you know what that current mailing

11  address is?

12     A     I can identify it, but I do not remember the

13  specific address.

14     Q     That's okay.  If we come across it, then you

15  can identify it.

16     A     All right.

17     Q     Is Suntech still domiciled in the state of

18  California?

19               MR. STENGEL:  Objection, calls for a

20       legal conclusion.

21  BY MR. IRPINO:

22     Q     You can answer.

23     A     It is registered in California still.

24     Q     Do you know its current registered address?

25     A     Yes.

Confidential - Subject to Further Confidentiality Review

1      Q      What is that?

2      A      An address in San Francisco.

3      Q      Okay.  Is it the same as the mailing

4   address?

5      A      Yes.

6      Q      Okay.  When -- at some point in time Suntech

7   had a registered and mailing address in other parts of

8   California.  True?

9      A      Yes.

10     Q      When did Suntech's mailing address change to

11  the San Francisco address?

12     A      In about May this year.

13     Q      May of 2015?

14     A      Yes.

15     Q      When did Suntech's registered address change

16  to the San Francisco address?

17            MR. STENGEL:  Objection to form.

18     A      The same time.

19  BY MR. IRPINO:

20     Q      May of 2015?

21     A      Yes.

22     Q      Prior to May of 2015, what was Suntech's

23  mailing address?

24     A      I don't remember the specific address.

25     Q      What city was it in?

Confidential - Subject to Further Confidentiality Review

1      A      In Los Angeles area.

2      Q      Okay.  And how long prior to May of 2015 did

3   Suntech have its mailing address in the Los Angeles

4   area?

5      A      Since July 2010.

6      Q      And was Suntech's registered address prior

7   to May of 2015 also in the Los Angeles area?

8              MR. STENGEL:  Objection to form.

9      A      Yes.

10  BY MR. IRPINO:

11     Q      Was Suntech's registered address prior to

12  May of 2015 also at the same address as its mailing

13  address in the Los Angeles area prior to May of 2015?

14     A      Correct.

15     Q      Was Suntech's registered address prior to

16  May of 2015 at that same address in the Los Angeles

17  area since -- from July of 2010 to May of 2015?

18     A      Correct.

19     Q      Has Suntech always been a company that has

20  been registered under the laws of California since its

21  existence?

22             MR. STENGEL:  Objection to form.

23  BY MR. IRPINO:

24     Q      You can answer.

25     A      Yes.

Confidential - Subject to Further Confidentiality Review

1      Q      And when did Suntech first come into

2   existence as a California company?

3      A      I don't know about this.

4      Q      Would you agree that it was for several

5   years prior to when you first started working at

6   Suntech in June of 2010?

7      A      Please repeat your question.

8             THE INTERPRETER:  The interpreter will

9     repeat.

10     A      Yes.

11  BY MR. IRPINO:

12     Q      And we may have some -- I know we have some

13  documents that might help to spell that out and we'll

14  go over them in a little bit.  Okay?

15     A      All right.

16     Q      Now, does Suntech have a board of directors?

17     A      Yes.

18     Q      Okay.  Has it had a board of directors for

19  the time it has been in existence as a California

20  corporation?

21     A      Yes.

22     Q      How many people make up Suntech's board of

23  directors currently?

24     A      I don't know.

25     Q      Okay.  Do you know the identities of any

Confidential - Subject to Further Confidentiality Review

1    Suntech board of directors?

2        A    Yes.

3        Q    Please tell us the identities of all of the

4    Suntech board of director members that you know of.

5        A    I know Mr. Chen, C-h-e-n Y-o-n-g-x-i-n.

6    James is a director.

7        Q    That is the person you identified earlier as

8    your supervisor who is the general manager at CNBM

9    Investment.  True?

10       A    Yes.

11       Q    Are you aware of any other Suntech board of

12   directors?

13       A    No.

14       Q    How are Suntech board of directors selected?

15       A    I do not know.

16       Q    Okay.  Do you know who or what company

17   selects Suntech's board of directors?

18            THE INTERPRETER:  Interpreter needs to

19       clarify with deponent.  Upon clarifying, this is

20       the deponent's answer.

21       A    I don't know who selected it, but Suntech is

22   100 percent owned by CNBM Investment Company.

23   BY MR. IRPINO:

24       Q    And does CNBM Investment Company select the

25   Suntech board members?

Confidential - Subject to Further Confidentiality Review

```
 1      A      Yes.

 2      Q      Now, in connection with you getting hired at

 3   Suntech in June of 2010, who hired you?

 4      A      Mr. Chen.

 5      Q      Did you interview with Mr. Chen?

 6      A      Yes.

 7      Q      Okay.  And where was that interview?

 8      A      In Vancouver.

 9      Q      Okay.  And did you answer an ad for the job,

10   or how did you find out about the job opening at

11   Suntech?

12      A      I knew Mr. Chen before that.

13      Q      Okay.  So did you just learn from him

14   because you knew him that there was an opening at

15   Suntech?

16      A      Yes.

17      Q      Going back to Exhibit 38, you have mentioned

18   a couple of different CNBM Investment subsidiaries

19   that you currently support and have done so since

20   February of 2012.  Since the time that you started at

21   Suntech in June of 2010, have you done any work or

22   business with any other CNBM Group-related entities?

23              MR. STENGEL:  Objection to form.

24   BY MR. IRPINO:

25      Q      You can answer.
```

Confidential - Subject to Further Confidentiality Review

```
 1      A      No.

 2      Q      Can you share with us how you are supervised

 3   by Mr. James Chen in connection with your

 4   responsibilities at Suntech?

 5      A      I do not need to report to him the specifics

 6   of my work in detail, but I do report to him the

 7   directions of my primary work.

 8      Q      Does Mr. Chen evaluate your work?

 9      A      Of course.

10      Q      Do you fill out any type of report, whether

11   it's an annual work summary -- well, do you fill out

12   or submit to Mr. Chen an annual work summary?

13      A      It happened before.

14             MR. IRPINO:  Can you have him speak up a

15        little louder.

16             THE WITNESS:  Yes.

17   BY MR. IRPINO:

18      Q      Okay.  What types of reporting do you make

19   to Mr. Chen?  First, is it written or oral or both?

20      A      Both.

21      Q      Are there any regular written reports that

22   you submit to Mr. Chen?

23      A      Irregular.

24      Q      Irregular.  Okay.  How often -- how many

25   reports a year do you submit in writing to Mr. Chen?
```

1      A      In average once a year or three reports in

2    two years.

3      Q      And then what about orally?  Is it -- how

4    often do you report to Mr. Chen orally?

5      A      Every month.

6      Q      Are there any other reports or other written

7    submissions that you make to Mr. Chen or to anybody

8    else at CNBM Investment?

9      A      I don't recall as for anyone else.

10     Q      Do you recall if there are any -- any other

11   types of written submissions that you have to make for

12   Suntech to CNBM Investment or any other entity other

13   than the reports that you previously testified that

14   you submit to Mr. Chen either once a year or three in

15   two years?

16     A      We submit financial statements every year --

17   every month.

18     Q      And to what entity do you submit those

19   monthly financial statements?

20     A      The accounting department of CNBM Investment

21   Company.

22     Q      Do you submit those reports or does Sharon?

23     A      Primarily it was Sharon who makes the

24   submission.

25     Q      And is that submission by e-mail?

Confidential - Subject to Further Confidentiality Review

1       A       Yes.

2       Q       And are those monthly submissions that

3   Suntech makes to CNBM Investment something that is

4   required by CNBM Investment?

5       A       Yes.

6       Q       And is there a specific format required by

7   CNBM Investment to be used?

8       A       Yes.

9       Q       Has that been the case ever since you have

10  been there since June of 2010 to the present?

11      A       Yes.

12      Q       Okay.  What other requirements are there

13  from -- strike that.

14              What other CNBM Investment

15  requirements are there for Suntech's business?

16      A       No.

17      Q       Okay.  Does -- are there any -- are there

18  any other CNBM Investment policies or procedures that

19  Suntech follows?  And I'll give you for example.  Does

20  Suntech have any spending limits as an example?

21      A       Yes.

22      Q       Okay.  What CNBM Investment rules or

23  guidelines are there relative to Suntech spending?

24      A       To report and be reimbursed of reasonable

25  expenses.

Confidential - Subject to Further Confidentiality Review

1     Q       Is there a particular rule or a policy that

2    you have received relative to how to report expenses?

3     A       We have not received that.

4     Q       Okay.  Are there any CNBM Investment rules

5    or policies relative to what money Suntech can

6    spend -- or how much money Suntech can spend on

7    expenses?

8     A       Specific discussion is needed for specific

9    issues.

10    Q       And who at CNBM Investment do you need to

11   have those specific discussions with?

12    A       Mr. Chen.

13    Q       Okay.  Anybody else?

14    A       Relevant personnel in financial department.

15    Q       Do you know the names of any of the other

16   CNBM Investment financial department personnel with

17   whom you would have specific discussions about

18   regarding approval of expenses?

19    A       I have only been in contact with one person

20   who is the responsible person of the financial

21   department, Mr. F-e-n-g, Feng.

22    Q       Do you know his title at CNBM Investment?

23    A       Yes.  He's a deputy general manager as well

24   as the responsible person in the financial department.

25    Q       Okay.  Can you tell us, when you moved

Confidential - Subject to Further Confidentiality Review

1    locations from the Los Angeles area to the

2    San Francisco area, who at CNBM Investment had to

3    approve the move and the costs associated with the

4    move?

5              MR. STENGEL:  Objection to form.

6    BY MR. IRPINO:

7        Q    You can answer.

8        A    I only communicate with Mr. Chen.

9        Q    Understood.  And was Mr. Chen the person who

10   approved the move to San Francisco?

11             MR. STENGEL:  Object to form.

12   BY MR. IRPINO:

13       Q    You can answer.

14       A    I don't know about that.

15       Q    If it wasn't Mr. Chen, who else would have

16   been the person to approve the move?

17             MR. STENGEL:  Same objection.

18   BY MR. IRPINO:

19       Q    Person or persons.  You can answer.

20       A    It was either decided by Mr. Chen or by

21   Mr. Chen and his superior, which I'm not sure.

22       Q    Okay.  Do you know who Mr. Chen's superior

23   is?

24       A    I do.

25       Q    And who is that?

Confidential - Subject to Further Confidentiality Review

```
 1      A      Mr. C-a-i, Cai.

 2      Q      Is that -- does Mr. Cai have a first name?

 3      A      G-u-o-b-i-n, Guobin.

 4      Q      And what is Mr. Guobin Cai's position?

 5      A      The chairman of the board of directors of

 6   CNBM Investment.

 7      Q      We have some -- we have some documents to go

 8   over.

 9             (Deposition Exhibit 478 marked.)

10             MR. IRPINO:  The first document has been

11         marked as Suntech Exhibit 478.  For the record,

12         it is Bates numbered SUNTECH 30 through SUNTECH

13         32.  The document I'm providing to counsel, the

14         translator and the witness, which is marked as

15         Suntech Exhibit 478, has three pages of PSC

16         translation, then two pages of the machine

17         translation, and then the final three pages are

18         the originals produced by Suntech which are in

19         Chinese.

20             And, again, this has been marked as

21         Suntech Exhibit 478, for the record, and is

22         titled "Cooperation Agreement."

23   BY MR. IRPINO:

24      Q      And I will represent to the witness that

25   this was produced to the PSC by Suntech in connection
```

Confidential - Subject to Further Confidentiality Review

1    with our request for documents.

2              MR. STENGEL:  With the exception of the

3         human translation, which I presume that the PSC

4         is providing.

5              MR. IRPINO:  I'm discussing the machine

6         translation and the original -- the first three

7         pages the PSC translated.

8    BY MR. IRPINO:

9         Q    Have you had a chance to look at the

10   document?

11        A    Yes.

12        Q    And have you ever seen this document before?

13        A    I don't recall.

14        Q    Okay.  Do you know if this is a document

15   that was -- that's been -- that's been kept in the

16   course of Suntech's regular business?

17              MR. STENGEL:  Objection, form.

18   BY MR. IRPINO:

19        Q    You can answer.

20        A    Can you repeat the question?  I'm not quite

21   clear about the question.

22        Q    No problem.  Is this a document -- this

23   cooperation agreement, is this a document that Suntech

24   kept, maintained as part of its business?

25        A    Yes.

1      Q      Okay.  Are you aware that in 2003 that BND

2  Company, Limited, purchased 60 percent -- purchased a

3  60 percent ownership interest in Suntech?

4      A      I learned it from the document.

5      Q      Just now or before?

6      A      I just learned specific information just

7  now, but I know the general information prior to this.

8      Q      Okay.  And do you understand that BND

9  Company, Limited, was the prior name of CNBM

10  Investment?

11              MR. STENGEL:  Objection, form.

12  BY MR. IRPINO:

13      Q      You can answer.

14      A      I'm aware of that.

15              MR. IRPINO:  I don't want to mess around

16          too much if he's not -- if we can get an

17          agreement as to this being proper business

18          records of Suntech, I'm happy to move on.  This

19          was the cooperation agreement produced.  With

20          the understanding of course that you can check

21          our translations and put a redline on that.

22              MR. STENGEL:  Subject to that, I don't

23          think with the document itself we have an issue,

24          but the translation, obviously we need to spend

25          some time and look at that.

Confidential - Subject to Further Confidentiality Review

1           MR. IRPINO:  I think we've always agreed

2      in the depositions that if y'all want to take a

3      look at the translation, let us know and we

4      can --

5           MR. STENGEL:  We'll do that.

6           MR. IRPINO:  But I just think in order

7      to save the witness and whatever, if we can get

8      a stipulation agreement regarding these being a

9      proper business record and that being four

10     seventy -- what's that?

11          MR. STENGEL:  478.

12          MR. IRPINO:  478.  Then we're good to

13     go.

14          (Deposition Exhibit 479 marked.)

15 BY MR. IRPINO:

16    Q    I'm going to provide your counsel with an

17 exhibit that we've marked as Suntech Exhibit 479.  It

18 is -- the first two pages are the PSC's translation.

19 The third page is the machine translation.  And the

20 final page, which is Bates numbered SUNTECH 42, is the

21 original that was produced by us from Suntech.  Show a

22 copy to you, a copy has been given to your counsel and

23 we have a copy for the translator.

24          This document is titled "United

25 Suntech Craft Inc., Meeting Notes."  And the date is

1   September 3rd of 2003.  Personnel in attendance at the

2   meeting are listed.  They include Cao Jianglin, I

3   think Yongxin Chen.  Is that James Chen?

4       A     Yes.

5       Q     Okay.  And then two other individuals who

6   were people who had also had an ownership interest in

7   Suntech.  Do you see those names?

8       A     From the document I see that.

9       Q     Okay.  Now, have you seen this document

10  before?

11      A     I have.

12      Q     Okay.  And is this a document -- these

13  meeting notes, is this a document that was kept,

14  maintained in the course of regularly conducted

15  activity of Suntech's business?

16            MR. STENGEL:  Objection, form.

17      A    Yes.

18            MR. IRPINO:  This is the same thing.

19            MR. STENGEL:  We'll look at the

20        translation and get back to you.

21            MR. IRPINO:  Look at the translation.

22        Can we get a stipulation it's a business record

23        for the other portions of the document --

24            MR. STENGEL:  Yes.

25            MR. IRPINO:  -- and then if we have a

Confidential - Subject to Further Confidentiality Review

1          disagreement over the translation, we can

2          address that at a later time.  Is that good?

3                  MR. STENGEL:  That's fine.

4                  MR. IRPINO:  Okay.  Does anybody object

5          for any of these?  No?

6     BY MR. IRPINO:

7          Q     All right.  Now, does Suntech have regular

8     board of director meetings?  And for clarity's sake,

9     I'll break it out.  Since you have been there in June

10    of 2010 to the current date, does Suntech have regular

11    board of director meetings?

12         A     Not to my knowledge.

13         Q     Let's say since June of 2010 to the present

14    date, are you aware of Suntech having any board of

15    director meetings?

16         A     I do not know.

17         Q     Since June of 2010 to the current date, has

18    Suntech had regular shareholder meetings?

19         A     I do not know.

20         Q     Since June of 2010 to the current date, has

21    Suntech had any shareholder meetings?

22         A     I do not know.

23         Q     Are you aware of any regularly conducted

24    meetings of the board of directors, board members,

25    shareholders or any other executives of Suntech that

Confidential - Subject to Further Confidentiality Review

1    have occurred from June 2010 to present?

2        A    I have not received any document in

3    connection to that.

4                I would like to make a correction.

5        Q    Go ahead.

6        A    I have not received documents of official

7    board of directors' meetings or shareholders'

8    meetings, but I have received documents discussing

9    Suntech company.

10       Q    And who did you receive those from?

11       A    From my parent company.

12       Q    CNBM Investment, correct?

13       A    Yes.

14       Q    And what types of documents have you

15   received from your parent company discussing United

16   Suntech?

17       A    It was after I started working for Suntech.

18   It was a report regarding the discussion of Suntech's

19   financial status with the parent company.

20       Q    Okay.  And what was the gist of that report?

21       A    The gist of the report is to talk about the

22   financial status of Suntech in 2010.

23       Q    And did you receive that report in 2011?

24       A    I'm not sure whether it was in the end of

25   2010 or in 2011.

Confidential - Subject to Further Confidentiality Review

1      Q     Okay.  Around that time frame?

2      A     Yes.

3      Q     Okay.  Have you received any other similar

4   documents or reports from your parent company about

5   your company -- about Suntech?

6      A     No.

7                (Deposition Exhibit 477 marked.)

8   BY MR. IRPINO:

9      Q     All right.  I'm going to show you what we

10   have marked as Exhibit 477, Suntech Exhibit 477.  A

11   copy has been provided to your counsel.  Here's a copy

12   for you.  Here's a copy for the translator.  This

13   document, for the record, is Bates numbered SUNTECH 4

14   through SUNTECH 7.  It is a Stock Purchase Agreement,

15   and the first four pages are the PSC's translation.

16                (Witness Reviews Document.)

17   BY MR. IRPINO:

18      Q     Have you seen this document before?

19      A     I'm not sure.

20      Q     Okay.

21                MR. IRPINO:  Jim, in order to avoid

22         trying to --

23                MR. STENGEL:  We can do the similar

24         stipulation.

25                MR. IRPINO:  I'm happy to stipulate that

```
 1              these are business records with -- for all
 2              intents and purposes with the understanding that
 3              you-all will take a look at the translation and
 4              we may have to tighten that up.
 5                   MR. STENGEL:  Do you know if the Chinese
 6              original is complete?
 7                   MR. IRPINO:  Scott?  As far as I know.
 8                   MR. GEORGE:  As far as we know.
 9                   MR. STENGEL:  Let's just --
10                   (Simultaneous Discussion Interrupted By
11                   Reporter.)
12                   MR. IRPINO:  Go ahead.
13                   MR. GEORGE:  Yeah, if there's a missing
14              page, we'll certainly supplement it as necessary
15              to make it a complete document in which to --
16                   MR. STENGEL:  Subject to that, the
17              stipulation's fine.
18                   MR. IRPINO:  And please just let us know
19              if you don't believe it's complete and we'll add
20              that in.
21                   MR. STENGEL:  Okay.
22                   (Deposition Exhibit 434 marked.)
23   BY MR. IRPINO:
24      Q    Sir, I'm going to show you what we have
25   marked as Suntech Exhibit 434.  It is Bates numbered
```

Confidential - Subject to Further Confidentiality Review

1    SUNTECH 33 through SUNTECH 36.  It is titled "Stock

2    Purchase Agreement."  Here's a copy for you, a copy

3    for the translator.

4              MR. IRPINO:  The Bates numbers are

5         actually upside down at the top of the document.

6              MR. STENGEL:  I see that.

7              MR. IRPINO:  That's just how it was

8         produced.

9              (Witness Reviews Document.)

10   BY MR. IRPINO:

11       Q    And, again, for the record, it's Suntech

12   Exhibit 434.  And the first page states "Stock

13   Purchase Agreement."  The next states -- the next page

14   states "Bill of Sale."  And I'll ask the witness, have

15   you seen this document before?

16       A    I have.

17       Q    This is a document that is maintained as

18   part of the regular course of business of Suntech?

19       A    Yes.

20              MR. IRPINO:  Jim, in order to save some

21         time again, you want to have the same

22         stipulation that this is a business exhibit for

23         all purposes and you-all -- well, this actually

24         wasn't translated.

25              MR. STENGEL:  Right, I was going to say,

Confidential - Subject to Further Confidentiality Review

1          we don't have translation issues here.  We'll

2          check for completeness as well.

3                    MR. IRPINO:  Absolutely fine.  Subject

4          to checking for completeness of the document, we

5          have that stipulation.

6     BY MR. IRPINO:

7          Q     Sir, on here -- on here we have Yongxin Chen

8     as signing as the buyer of now all of the remaining

9     shares of United Suntech from these two gentlemen as

10    of June 2nd, 2008.  Do you see that?

11         A     I see that.

12         Q     And as of June 2nd, 2008, CNBM Investment

13    became the 100 percent owner of Suntech.  True?

14         A     Yes.

15         Q     Mr. Chen was signing on behalf of CNBM

16    Investment.  True?

17         A     Yes.

18         Q     And the two gentlemen who sold their

19    remaining shares in Suntech, and there were 400,000

20    remaining shares in Suntech, were these two gentlemen

21    listed, Sam Kao Tor and Hsin Hua Tang, correct?

22         A     That's what it says in the document.

23         Q     And these two gentlemen sold their 400,000

24    shares to CNBM Investment for a total of $2, correct?

25         A     Yes.

Confidential - Subject to Further Confidentiality Review

1       Q       Did you ever find out why the -- that much

2    Suntech stock was sold for only $2?

3       A       Because of -- the company has been losing

4    money.

5       Q       Has the company been losing money since --

6    each year since 2008?

7       A       Yes.

8       Q       So how is the company funded?  How does the

9    company stay in business if it loses money each year?

10      A       The company is funded by its parent company.

11      Q       Has that been the case since 2008?

12      A       Yes.

13              MR. IRPINO:  All right.  Why don't we

14        take a break.

15              MR. STENGEL:  You ready for lunch?

16              MR. IRPINO:  Yeah.

17              THE VIDEOGRAPHER:  This is the end of

18        tape 2.  We're now off the record at 12:04.

19              (Recess Taken From 12:04 p.m. To

20              1:03 p.m.)

21              THE VIDEOGRAPHER:  This is the beginning

22        of tape 3.  We're now back on the record.  The

23        time is 1:03.

24    BY MR. IRPINO:

25      Q       Sir, who is -- the parent of Suntech is CNBM

Confidential - Subject to Further Confidentiality Review

```
1   Investment.   True?

2        A      Yes.

3        Q      And who is CNBM Investment's parent?

4               MR. STENGEL:  Objection to form.

5        A      Do I need to answer?

6               MR. STENGEL:  Yes.

7   BY MR. IRPINO:

8        Q      Oh, yes.  I'm sorry.

9        A      CNBM Company, Limited.

10       Q      Do you know who the parent of CNBM Company,

11  Limited, is?

12       A      Yes.

13       Q      And who is that?  What company is that?

14       A      CNBM Group.

15       Q      Okay.  We're going to show you what we're

16  marking as Suntech Exhibit 89.  I'm sorry, it's

17  previously been marked Exhibit 89.  I'll hand you a

18  copy, a copy to the translator.

19               And I will represent to you that this

20  is a printout of a website page from CNBM, and

21  specifically it's the -- under the CNBM worldwide

22  section of the CNBM website, the English version, for

23  the record.  And for the record, it is a printout.

24  Exhibit 89 is two pages.

25               Have you ever seen this website page
```

Confidential - Subject to Further Confidentiality Review

1  before?

2      A    I have not seen this web page.

3      Q    Okay.  Were you aware, as the general

4  manager of Suntech, that CNBM had listed Suntech as a

5  branch with offices in the United States?

6              THE INTERPRETER:  Interpreter needs to

7        clarify with deponent.

8      A    CNBM does not regard Suntech as its

9  subsidiary company in America.

10  BY MR. IRPINO:

11      Q    What makes you say that?

12      A    It says clearly here CNBM Investment.

13      Q    I think it says -- do you not see where it

14  says, "CNBM Investment United Suntech Craft Inc.," on

15  Exhibit 89?

16      A    Yes.

17      Q    Okay.  Is there -- do you understand that

18  when it lists CNBM Investment United Suntech Craft

19  Inc., that that refers to United Suntech?

20              MR. STENGEL:  Objection to form.

21              Objection to form, lacks foundation.

22      A    I understand.  My understanding is United

23  Suntech Craft Inc. is an overseas subsidiary of CNBM

24  Investment.

25  BY MR. IRPINO:

Confidential - Subject to Further Confidentiality Review

```
 1       Q     Okay.  And you will agree that CNBM lists

 2  them on their website page under the CNBM worldwide

 3  global presence section.  True?

 4             MR. STENGEL:  Object to the form, lacks

 5       foundation.

 6       A     I would like to ask, are you asking if I

 7  agree?

 8  BY MR. IRPINO:

 9       Q     You agree that they list you, your company,

10  Suntech, on their website page?

11             MR. STENGEL:  Objection, form.

12       A     Currently, yes, I agree.

13  BY MR. IRPINO:

14       Q     Let me show you what we've previously marked

15  as Exhibit 3.  It is excerpts -- we're going to mark

16  this -- it's previously marked as Exhibit 3.  These

17  are excerpts from the CNBM March 13th, 2006, Global

18  Offering.  Specifically for the record, these excerpts

19  consists of the cover page, which is Bates number

20  ALRMH-CNBM 1.  Also Bates numbers, same prefix, 403

21  through 406.  And then same prefix 515.  Those are the

22  English versions.

23             The excerpts from the Chinese versions

24  are Bates number, same prefix, ALRMH-CNBM 4462, 4864

25  through 4867, and 4976.
```

```
 1                    I'll show you a copy, sir.  Your

 2      counsel's been provided a copy and we have a copy for

 3      the translator.  You have both the English and Chinese

 4      version, with the Chinese version following the

 5      English version.  I will represent to you that both

 6      versions of the excerpts within Exhibit 3 were

 7      produced by CNBM.

 8                    MR. STENGEL:  Counsel, this was used as

 9            Exhibit 3 before it was the entire document,

10            right?

11                    MR. IRPINO:  It was the entire document.

12            That's why I wanted to go through the precise

13            Bates number pages that make up this document.

14            And, in fact, for the record --

15                    MR. STENGEL:  Want to put another

16            exhibit --

17                    MR. IRPINO:  We're going to call it

18            Exhibit 3A for the record.

19                    MR. STENGEL:  It's got to be -- 3A is

20            the Chinese version.

21                    MR. IRPINO:  Really?

22                    MR. GEORGE:  Call it Suntech Exhibit 3.

23                    MR. IRPINO:  We'll call it Suntech

24            Exhibit 3.  Just put Suntech in front of it.

25            And so for the record we're identifying these
```

Confidential - Subject to Further Confidentiality Review

```
1          excerpts of the Bates pages I just read as

2          Suntech Exhibit 3 just to have some

3          clarification.

4    BY MR. IRPINO:

5      Q     Have you had a chance to look at the

6    document?

7      A     I read it.

8      Q     Okay.  If you go to the last page of this

9    document, which is the Chinese version of Suntech

10   Exhibit 3, the Bates number on that is

11   ALRMH-CNBM 4976.  The English version is the same

12   prefix, 515.

13          Now, one of the property interests

14   rented and occupied by CNBM in overseas countries,

15   according to the CNBM global prospectus, is stated

16   as -- actually it says group Roman numeral IX,

17   property interests rented and occupied by the group in

18   overseas countries.  Do you see that?

19     A     I see that.

20     Q     Okay.  And do you see where No. 12 states

21   that -- the 12th property interest rented and occupied

22   by the group in overseas countries is listed as an

23   office/warehouse unit at 16018 Adelante Street, Unit

24   C, Irwindale, California, USA?  You see that?

25     A     I see that.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q     Okay.  And it also states that this property

 2   was leased to United Suntech.  Do you see that?

 3      A     I see that.

 4      Q     Is that -- earlier we had discussed that

 5   Suntech had leased -- or had registered and mailing

 6   addresses around the Los Angeles area of California

 7   prior to May of this year.  Do you recall that?

 8      A     I remember that.

 9      Q     Is this address that's given here by CNBM in

10   its 2006 Global Offering one of the addresses that

11   Suntech has had around the Los Angeles area in the

12   past?

13      A     I don't know.

14      Q     Has Suntech previously had an office in

15   Irwindale, California?

16      A     Irwindale, are you referring to this?

17      Q     Yes, sir.

18      A     I don't know about it.

19      Q     Okay.  Were you aware that in its -- in

20   Exhibit Suntech 3, which is the March 13, 2006, CNBM

21   Global Offering, they had listed that the group rented

22   and occupied office space in Irwindale, California?

23      A     I don't know this matter.

24      Q     Were you aware that in its March 13, 2006,

25   global offering, CNBM had identified that this
```

Confidential - Subject to Further Confidentiality Review

```
 1    property in Irwindale, California, is occupied by the

 2    group for office and warehouse purposes?

 3              MR. STENGEL:  Objection, form, lacks

 4         foundation.

 5    BY MR. IRPINO:

 6      Q    You can answer.

 7      A    I don't know until I see this document.

 8      Q    Okay.  I'll show you this -- showing your

 9    counsel a copy.  This is what's been marked as Suntech

10    Exhibit 442.  It is Bates numbered SUNTECH 1021.

11              (Deposition Exhibit 442 marked.)

12    BY MR. IRPINO:

13      Q    I'll hand you a copy, sir.  It's a one-page

14    document.  Copy for the translator, copy has been

15    provided to your counsel.  And, again, for the record

16    this is exhibit -- Suntech Exhibit 442, Bates numbered

17    SUNTECH 1021.

18              Have you seen this document before?

19      A    I have seen it.

20      Q    This is a State of California Secretary of

21    State Statement of Information for Suntech.  True?

22      A    Yes.

23      Q    It is dated that it was filed July 23rd,

24    2008.  True?

25      A    Yes.
```

Confidential - Subject to Further Confidentiality Review

1      Q      Okay.  And do you see where it asks -- it

2   states under No. 1 that the address for United Suntech

3   as of at least July 23, 2008, is that same address

4   that we saw in Suntech Exhibit 3, 16018 Adelante

5   Street, Irwindale, California?

6      A      I see that.

7      Q      And going back to Exhibit 442, this filing

8   with the California Secretary of State, this is

9   something that Suntech maintains in the ordinary

10   course of its business activities.  True?

11      A      Yes.

12              MR. IRPINO:  Same with --

13              MR. STENGEL:  Yeah, I mean, this looks

14         like it's offline, not something they were

15         maintaining in their files, but we're not going

16         to challenge the authenticity of the Secretary

17         of State.

18              MR. IRPINO:  Produced by you.  We're

19         going to try to run through a number of these

20         documents.  Basically got two more sections of

21         things to go through.  Hopefully we can finish

22         in a couple of hours and be done.  No guarantee.

23   BY MR. IRPINO:

24      Q      I'm going to provide to you and to your

25   counsel two exhibits.  The first is Suntech

Confidential - Subject to Further Confidentiality Review

1    Exhibit 432 which is Bates number SUNTECH 1000.  And

2    the second document is Suntech Exhibit 432-1, which is

3    Bates numbered SUNTECH 1001, and which has a PSC

4    translation, a machine translation and the original,

5    that being for Exhibit 432-1.  432 was produced as an

6    English version.

7                    (Deposition Exhibit 432 marked.)

8                    (Deposition Exhibit 432-1 marked.)

9    BY MR. IRPINO:

10       Q     Now, if we look at Exhibit 432, that appears

11   to be a September 18th, 2012, e-mail from Sharon to

12   unitedsuntechcraft@gmail.com and Vincent.  Do you see?

13       A     I see that.

14       Q     And I think you had told us earlier that you

15   also go by an American first name of Vincent, correct?

16       A     Yes.

17                    MR. STENGEL:  Could be Canadian.

18                    MR. IRPINO:  That's true.  Good point.

19       Well played.

20   BY MR. IRPINO:

21       Q     Is this e-mail address,

22   unitedsuntechcraft@gmail.com, one of your e-mail

23   addresses as the general manager of Suntech?

24       A     It used to be.

25       Q     Okay.  And just to get it out of the way,

1  what e-mail addresses have you used and do you use as

2  the GM of Suntech?  We know this is one of them.  Any

3  others?

4      A     It is primarily my personal e-mail address,

5  which is pingan8866@hotmail.com.

6      Q     Are there any other e-mail addresses you use

7  or have used other than this one on Exhibit 432 and

8  the one you just gave us for your work with Suntech?

9      A     Not to my recollection.

10     Q     All right.  Now, this e-mail, which was sent

11 to you on -- around September 18th of 2012 from Sharon

12 says, "Please sign the attachment and scan it back to

13 me."

14              Do you see that?

15     A     I see that.

16     Q     And do you understand enough English to have

17 understand -- to have understood what Sharon meant in

18 this e-mail?

19     A     Yes.

20     Q     Would you and Sharon sometimes e-mail each

21 other in English?

22     A     Yes.

23     Q     Now, if we turn to the attachment, which

24 Sharon asked for you to sign and scan back to her,

25 this is stated as an "Application for Title

1    Registration for United Suntech Craft Inc."  Correct?

2        A    Yes.

3        Q    Did you comply with Sharon's request and

4    sign this application for title registration and scan

5    it back to her?

6        A    Yes.

7        Q    Now, the first sentence here of this

8    document states that United Suntech Craft Inc. is a

9    tier 4 subsidiary of China National Building Material

10   Group Corporation.  Did I read that correctly?

11       A    Correct.

12       Q    All right.  Did you -- what was the

13   application for title registration being submitted

14   for?

15       A    It was upon the request of the parent

16   company.

17       Q    CNBM Investment?

18       A    Yes.

19       Q    And do you -- did you understand as the

20   general manager why CNBM Investment was asking Suntech

21   to submit an application for title registration?

22       A    I do not know.

23       Q    Okay.

24            MR. IRPINO:  I have a list of questions

25       just for authentication and business records

```
 1          stuff.  I would just as soon go through the same

 2          stipulation on this being --

 3                    MR. STENGEL:  Subject to translation.

 4                    MR. IRPINO:  -- subject to translation.

 5          We have agreement.

 6     BY MR. IRPINO:

 7          Q    I have one more question substantively on

 8     the document.  Do you want to go with page 2 of the

 9     English version -- page 2 of -- I'm sorry.  Paragraph

10     2 of the English version.  It is my appreciation that

11     it was also paragraph 2 of the Chinese version, but

12     this states, "The business scope of United Suntech

13     Craft Inc. covers wholesale business, other wholesale

14     businesses and other nonspecified wholesale

15     businesses."

16                    Did I read that correctly?

17          A    Correct.

18     BY MR. IRPINO:

19          Q    Okay.  It states its organizational code and

20     then it says, "Its capital contributor is CNBM

21     Investment Company, Limited, which contributed

22     .6 million US dollars and holds 100 percent of its

23     equities."

24                    Did I read that correctly?

25          A    Correct.
```

Confidential - Subject to Further Confidentiality Review

1      Q     And the entity to which exhibit -- that

2  attachment to Exhibit 432, meaning 432-1, that you

3  submitted the final version to was CNBM Investment.

4  True?

5      A     Yes.

6            (Deposition Exhibit 480 marked.)

7  BY MR. IRPINO:

8      Q     I will show you what we have marked as

9  Suntech Exhibit 480.  Show a copy to your counsel and

10 a copy for the translator.

11            For the record, it is the PSC's --

12 first two pages of the PSC's translation of Suntech --

13 Bates number SUNTECH 46 and 47.

14            I will represent to you that this was

15 a document that was produced to us from Suntech.

16     A     Okay.

17 BY MR. IRPINO:

18     Q     Now, the very top e-mail seems to be from a

19 Xuan Luo at CNBMI, or CNBM Investment.  Do you see

20 that?

21     A     I see that.

22     Q     Okay.  And it's written to -- I believe this

23 is the -- your e-mail address that you said you now

24 use for your business work at Suntech; is that

25 correct?

1      A      Correct.

2      Q      Okay.  And it appears that this is

3  forwarding attachments to be sent to subsidiary

4  companies requiring them to be filled out and

5  submitted to CNBM afterwards.  Do you see that?

6      A      I see that.

7      Q      Do you recall this happening?  We had

8  discussed earlier that there was a situation where

9  CNBM Investment had sent you something about 2010

10  financials and so forth.  Does this sound like what

11  you were talking about earlier?

12      A      It sounds like it.  It is.

13      Q      Can you please describe for me what you had

14  to do in connection with Exhibit 480 and filling out

15  2010 audit statements and connected transaction

16  statements for your parent's parent CNBM.

17      A      According to the requirements given to me by

18  my parent company, they wish us to find an audit

19  company locally to audit United Suntech's financial

20  statements.  However, the local audit company is

21  unable to do such a work.

22      Q      So what did you do?

23      A      Therefore, I did not send back the audited

24  financial statement to the company -- to my parent

25  company, rather.

Confidential - Subject to Further Confidentiality Review

```
 1      Q     Did you send back an unaudited financial

 2    statement and tell them you couldn't get a local

 3    company to audit?

 4      A     Yes.

 5                 MR. IRPINO:  480, we have the same

 6         stipulation?

 7                 MR. STENGEL:  Same stipulation.

 8                 MR. IRPINO:  And you take a look at the

 9         translations.

10                 MR. STENGEL:  That's acceptable.

11                 MR. IRPINO:  Can we take a little break?

12                 MR. STENGEL:  Okay.

13                 THE VIDEOGRAPHER:  We're now off the

14         record at 1:44.

15                 (Recess Taken From 1:44 p.m. To

16         1:55 p.m.)

17                 THE VIDEOGRAPHER:  We're now back on the

18         record.  The time is 1:55.

19                 (Deposition Exhibit 481 marked.)

20    BY MR. IRPINO:

21      Q     We've got -- I want to show you Suntech

22    Exhibit 481.  It is the PSC's translation of Bates

23    number SUNTECH 52 on page 1, page 2 of Exhibit 481 is

24    a machine translation, and page 3 is the original

25    Chinese version, SUNTECH Bates number 52.  A copy for
```

1    you, your counsel has a copy and the translator has a

2    copy.

3                     And this is a February 17th, 2011,

4    e-mail from that same person from CNBM Investment,

5    Xuan Luo.  And it's sent to a number of individuals at

6    different companies, including to you, correct?

7         A     Correct.

8         Q     And this is a little different than the --

9    than the 2010 audit that we just talked about from

10   Exhibit 480.  This, Exhibit 481, is referencing the

11   resubmission of 2011 financial budgets, correct?

12        A     Correct.

13        Q     Can you describe for me what you recall

14   regarding how the submissions of financial budgets

15   from Suntech to CNBM Investment worked?

16        A     All right.  CNBM Investment sent me the

17   budget form.  I fill it out according to its formats

18   and the specific status of United Suntech.

19        Q     All right.

20                     MR. IRPINO:  Same stipulation on

21           business record for Exhibit 481?

22                     MR. STENGEL:  That stipulation is

23           acceptable.

24                     (Deposition Exhibit 437 marked.)

25   BY MR. IRPINO:

     1        Q      I'll show you what has been marked as

     2    Suntech Exhibit 437, which is a May 13, 2012, letter

     3    from you and United Suntech to Ms. Liu, L-i-u, Yue,

     4    Y-u-e.  It is Bates numbered SUNTECH 802.  It was

     5    produced in English.

     6                    Sir, did you write this letter?

     7        A      Yes.

     8        Q      Did you write it in your capacity as the

     9    general manager of Suntech?

    10        A      Yes.

    11        Q      And who is Ms. Liu Yue, L-i-u Y-u-e?

    12        A      Ms. Liu Yue was then deputy general manager

    13    of CNBM Trading Company.

    14                    THE INTERPRETER:  Interpreter needs to

    15          clarify with witness.

    16                    Interpreter correction.  CNBM Investment

    17          Trading Company, rather.

    18    BY MR. IRPINO:

    19        Q      Okay.  And do you see toward the bottom in

    20    handwriting is 13 May 2012?

    21        A      I see that.

    22        Q      Is that your handwriting?

    23        A      Yes.

    24        Q      Is that when you sent the letter?

    25        A      Yes.

1      Q      And is this your signature?

2      A      Yes.

3      Q      Now, this letter states, "It's our great

4   honor to invite you to meet with us and visit our

5   customers Pourshins Procurement Inc. located at 1880

6   Campus Commons Drive, Suite 200, Reston, Virginia

7   20191, USA."

8                  Did I read that correctly?

9      A      Correct.

10     Q      Okay.  And do you -- what kind of business

11  were you and Trading doing with Pourshins Procurement?

12     A      We assist trading company to export products

13  with this company.

14     Q      Do you recall which products?

15     A      The toothbrush, toothpaste and coffeepots

16  that are used on an airplane.

17     Q      And do you still do business with Pourshins

18  Procurement?

19     A      We do not.

20     Q      When was the last time y'all did business

21  with Pourshins Procurement?

22                  MR. STENGEL:  Objection to form.

23  BY MR. IRPINO:

24     Q      You can answer.

25     A      United Suntech have never conducted direct

 1   businesses with this company.

 2       Q      Was it CNBM Investment Trading?

 3       A      Yes.

 4       Q      Okay.  Do you know when the last time any

 5   business was done with CNBM Investment Trading and

 6   this customer?

 7                   MR. STENGEL:  Objection to form.

 8                   You may answer.

 9       A      The business is still going on now.

10   BY MR. IRPINO:

11       Q      Okay.  If we -- please look at what we're

12   marking as 438.

13                   (Deposition Exhibit 438 marked.)

14   BY MR. IRPINO:

15       Q      I'll provide you copies, a copy provided to

16   your counsel.  This is Suntech Exhibit 438.  And for

17   the record, this is Bates number SUNTECH 804.  It is a

18   one-page May 22nd, 2012, letter from you to Mr. Zijian

19   Hu.

20                   Did you write this letter?

21       A      Yes.

22       Q      And did you write this letter in your

23   capacity as general manager of Suntech?

24       A      Yes.

25       Q      Okay.  And you wrote it to Mr. Hu.  Who is

Confidential - Subject to Further Confidentiality Review

1    Mr. Hu?

2        A      Mr. Hu is the assistant to the general

3    manager of CNBM Investment as well as the general

4    manager of South Graphite.

5        Q      And South Graphite was one of the other CNBM

6    Investment subsidiaries that since 2012 you have been

7    supporting their business.

8        A      Correct.

9               (Deposition Exhibit 482 marked.)

10   BY MR. IRPINO:

11       Q      I'll show you what we had marked as Suntech

12   Exhibit 482.  This is a document that is Bates

13   numbered SUNTECH 62.  And it is a one-page e-mail that

14   includes a PSC translation as the first page and it

15   also includes the machine translation and original

16   provided by Suntech.

17              (Deposition Exhibit 483 marked.)

18   BY MR. IRPINO:

19       Q      In addition, this e-mail had an attachment,

20   which is Suntech Exhibit 483, which I am providing you

21   a copy of, as well as to your counsel.  And

22   Exhibit 483, which is the attachment to Exhibit 482,

23   is -- includes a PSC translation of SUNTECH Bates

24   number 63 and 64.

25              Exhibit 483 contains the PSC

Confidential - Subject to Further Confidentiality Review

1    translation, the original Suntech Chinese version of

2    Bates number SUNTECH 63 to 64 as well as the machine

3    translation.

4                Now, Exhibit 482 is a July 23rd, 2012,

5    e-mail from Sharon to Mr. Chen.  Do you see that?

6        A    I see that.

7        Q    Okay.  And it is attaching a fund

8    application and business planning of CNBMI US.  Do you

9    see that on the e-mail where it states that it has an

10   attachment titled that?

11       A    I see that.

12       Q    And then the attachment, which is

13   Exhibit 483, is titled "Fund Application and Business

14   Planning of CNBMI US."  Do you see that?

15       A    I see that.

16       Q    Okay.  Is CNBMI US, as it's referred to in

17   Exhibits 482 and 483, Suntech?

18       A    Yes.

19       Q    Okay.  Would you from time to time refer to

20   Suntech as CNBMI US?

21       A    Yes.

22       Q    Okay.  Is that short for CNBM Investment US?

23       A    Yes.

24       Q    Okay.  Now, going through Exhibit 483, who

25   wrote this fund application and business planning of

Confidential - Subject to Further Confidentiality Review

1    CNBMI US?

2        A      It was Jiang Fei Sharon and I.

3        Q      Okay.  And did you-all write this in your

4    capacities as general manager and general manager

5    assistant for Suntech?

6        A      Yes.

7        Q      Okay.  And can you explain to me in

8    general -- you had said before we broke that CNBM

9    Investment would annually fund Suntech and has since

10   at least 2008.  Is this the method or procedure that

11   you would follow to get funding from CNBM Investment?

12       A      I do not know how CNBM Investment Company

13   funded Suntech prior to June 2010, but after June 2010

14   the funding provided by CNBMI to Suntech has been

15   through this method.

16                   MR. IRPINO:  Can we have the same

17            business record stipulations for 482 and 483?

18                   MR. STENGEL:  Okay.

19                   (Deposition Exhibit 486 marked.)

20   BY MR. IRPINO:

21       Q      I'm going to show you what we have marked as

22   Suntech Exhibit 486.  This is -- and this has two

23   attachments to it -- or one attachment to it, which

24   we'll provide you shortly.  But while we get those,

25   exhibit -- Suntech Exhibit 486 includes the PSC's

Confidential - Subject to Further Confidentiality Review

1    translation of Bates number SUNTECH 77.  It also -- it

2    also includes the machine translation as well as the

3    original Chinese version.

4                    (Deposition Exhibit 471 marked.)

5    BY MR. IRPINO:

6        Q    The other document that I am providing you

7    is Suntech Exhibit 471, which was attached to Suntech

8    Exhibit 486.  So Suntech Exhibit 486 is Bates number

9    SUNTECH 77.  And Suntech Exhibit 471 is Bates number

10   SUNTECH 78 through 81, which includes the PSC's draft

11   translation and the original Chinese version and a

12   machine translation.

13                   The Exhibit 486 is a February 27,

14   2013, e-mail from Yan Jiang of -- from the financial

15   department of CNBM Investment Company to several

16   different individuals, including Sharon from Suntech,

17   and attaching a number of different documents.

18                   Did Suntech receive this e-mail?

19       A    Yes.

20       Q    Okay.  And the e-mail states that, "Please

21   take note that the submission deadline in the

22   settlement software is March 10th.  Thank you.  Please

23   make the best use of your time to fill in the

24   statements."

25                   And it attaches a number of different

Confidential - Subject to Further Confidentiality Review

1    documents, one of which is Exhibit 471 which is the

2    "CNBM Notice on Doing a Good Job on the Formulation of

3    2012 Annual Financial Statements."

4                   Do you see that attachment?

5        A    I see that.

6        Q    Okay.  Now, to be clear, this e-mail is

7    forwarding not just the attachment 471 -- Exhibit 471,

8    but also five other attachments regarding financial

9    statements and other statements.  Do you see that?

10       A    I see that.

11       Q    Okay.  Can you describe for us how it would

12   work whereby you would receive -- "you" being

13   Suntech -- would receive notices and policies and

14   procedures relative to preparation and submission of

15   statements?

16       A    First of all, we received this e-mail, then

17   we received the disk software mailed to us by our

18   parent company.  Then Ms. Jiang Sharon was responsible

19   in filling out and sending it back to our parent

20   company.

21                   MR. IRPINO:  Can we get the same

22           business records stipulations on Suntech

23           Exhibit 486 and Suntech Exhibit 471?

24                   MR. STENGEL:  That's fine as far as it

25           goes, but I do note that we've only got the

1           first attachment enumerated on the e-mail.

2                   MR. IRPINO:  And I will tell you --

3           we're happy to include them.  I didn't want to

4           overburden you-all --

5                   MR. STENGEL:  That's fine.

6                   MR. IRPINO:  -- with everything to the

7           extent that they're there.  Happy to add --

8                   MR. STENGEL:  No, I'm just being clear.

9           This is fine.

10                  MR. IRPINO:  Let's get to Exhibit 493.

11                  (Deposition Exhibit 493 marked.)

12   BY MR. IRPINO:

13       Q    So I'm going to hand you Suntech

14   Exhibit 493, which is Bates numbered Suntech 438

15   through 439.  It includes the PSC's translation, which

16   makes up the first three pages -- or the first two

17   pages.  I just want to make sure I get it right for

18   the record.  The first two pages of Exhibit 493 are

19   the PSC's translation.  The next five pages of

20   Exhibit 493 are the machine translation, and the last

21   two pages are the original Chinese version produced by

22   Suntech.  Again, the Bates number of Exhibit 493 is

23   SUNTECH 438 to 439.

24                   Have you had a chance to look at

25   Suntech Exhibit 493?

Confidential - Subject to Further Confidentiality Review

```
1       A     Yes, I saw it.

2       Q     And you received -- you were part of this

3    e-mail chain sending and receiving e-mails, correct?

4       A     Yes.

5       Q     And if you -- and the first e-mail which was

6    sent February 27th, 2013, states as follows -- and the

7    subject is, "Notice on the Registration of Retention

8    of the Company's Material Information" -- "Hello

9    everyone.  As required by Chief Cai and Chief Wen" --

10   now, first, is Chief Cai the person who you had spoke

11   about earlier who is Mr. Chen's supervisor?

12             MR. STENGEL:  Object to the form.

13   BY MR. IRPINO:

14      Q     You can answer.

15      A     Yes.

16      Q     And who is Chief Wen?

17      A     Chief Wen is the deputy general manager.

18      Q     Of CNBM Investment?

19      A     Yes.

20      Q     Now, the e-mail goes on to state that

21   they're going to survey the subordinate companies to

22   know their real situations.  "Please fill in the

23   attached table by referring to the attached sample."

24             Do you see that?

25      A     I see that.
```

1      Q      Okay.  And then above the chart, the e-mail

2   is from Fengbo Guo to you on March 3rd, 2013.  Do you

3   see that?

4      A      I see that.

5      Q      And then you sent all of this to Sharon on

6   March 4th, 2013.  True?

7      A      Yes.

8      Q      Okay.  And this table lists CNBMI US with

9   you as the general manager.  Do you see that?

10      A      I see that.

11      Q      Okay.  And did -- just to be clear, CNBMI US

12   is referring to Suntech here, correct?

13      A      Correct.

14      Q      And did you -- did Suntech submit this

15   information to CNBM Investment as required?

16      A      Yes.

17              MR. IRPINO:  Can we have the same

18         business records stipulation --

19              MR. STENGEL:  Yes.

20              MR. IRPINO:  -- for Exhibit 493?

21              We're going to have to take a break.

22              MR. STENGEL:  Okay.

23              THE VIDEOGRAPHER:  This is the end of

24         tape 3.  We're now off the record at 2:36.

25              (Recess Taken From 2:36 p.m. To

Confidential - Subject to Further Confidentiality Review

```
1                2:45 p.m.)

2                THE VIDEOGRAPHER:  This is the beginning

3        of tape 4.  We're now back on the record.  The

4        time is 2:45.

5                (Deposition Exhibit 485 marked.)

6   BY MR. IRPINO:

7        Q    Sir, I'm going to show you what we are --

8   what we have marked as Suntech Exhibit 485.  A copy's

9   been provided to your counsel.  This is a PSC

10  translation of Bates number SUNTECH 68 through 69.

11  The package also includes machine translation and the

12  original Chinese version produced by Suntech.  And

13  this is a November 2013 e-mail chain that follows an

14  original October 9th, 2013, e-mail from you.

15               Do you see this document, sir?

16       A    I see that.

17       Q    Were you and Sharon the Suntech people who

18  wrote and received these e-mails?

19       A    Yes.

20       Q    And this seems to be consistent with what

21  you have testified about previously relative to

22  receiving funding from CNBM Investment whereby you

23  would write to CNBM Investment seeking funding and

24  then they would make a decision thereafter.  Is that

25  what Suntech Exhibit 485 represents?
```

Confidential - Subject to Further Confidentiality Review

1       A      No.

2       Q      Then tell me what -- I'm sorry for that.  I

3   was trying to save time.  Please tell me what Suntech

4   Exhibit 485 -- what business Suntech was conducting in

5   connection with Suntech Exhibit 485.

6       A      This e-mail requires the subsidiary company

7   South Graphite Company of CNBM Investment Company,

8   Limited, to wire us 50,000 US dollars as the fee for

9   our help to their work in Canada or in the United

10  States.

11      Q      Understood.  And was this all finalized

12  eventually?

13      A      It was finalized.

14      Q      And did they -- were they able to wire the

15  money from the personal account?

16      A      They wire the money to our company's account

17  from their company's account.

18      Q      Okay.

19      A      In the end the personal account was not

20  used.

21      Q      Oh, okay.

22             MR. IRPINO:  Same business record

23       stipulation --

24             MR. STENGEL:  Same stipulation, yes.

25             MR. IRPINO:  -- for 485.

Confidential - Subject to Further Confidentiality Review

```
1                  (Deposition Exhibit 491 marked.)

2                  (Deposition Exhibit 492 marked.)

3   BY MR. IRPINO:

4        Q     Show you what we have marked as Suntech

5   Exhibit 491 and Suntech Exhibit 492, which is the

6   attachment to 491.

7                  And for the record, Suntech

8   Exhibit 491 is Bates numbered SUNTECH 355 and consists

9   of the PSC translation of Suntech 355 as well as the

10  original Chinese version and machine translation

11  produced by Suntech.  It is a total of three pages.

12  That's Exhibit 491.

13                 For the record, Suntech Exhibit 492

14  was attached to Suntech Exhibit 491, and Suntech

15  Exhibit 492 consists of the PSC's two-page translation

16  of Bates number SUNTECH 356 through 357 as well as the

17  original Chinese version and machine translation

18  produced by Suntech.  Suntech Exhibit 492 is a total

19  of five pages.

20                 Do you see Suntech Exhibit 491 is a

21  January 17th, 2014, e-mail from Sharon to Mr. Chen,

22  copying you, attaching a 2013 United Suntech report?

23       A     I see that.

24       Q     Did you -- Sharon sent this e-mail and you

25  were copied on it and received it.  True?
```

Confidential - Subject to Further Confidentiality Review

1      A      Yes.

2      Q      And, in fact, the e-mail was being sent on

3  behalf of you and Sharon as Suntech employees.  True?

4      A      Yes.

5      Q      And the attachment to Exhibit 491, to the

6  e-mail, is in Suntech Exhibit 492, and that is a

7  document dated January 15th, 2014, that was written by

8  you and Sharon, correct?

9      A      Yes.

10      Q      And this is part of the work of --

11  Exhibit 492 is part of the work of Suntech, and

12  you-all drafted a business summary of Suntech's work

13  in 2013, correct?

14      A      Yes.

15      Q      Okay.  Now, among other things, your

16  business summary states that Suntech is in the United

17  States and is still mainly engaged in the sales of

18  artificial quartz stone stocks and the development of

19  new business at present, correct?

20      A      Not in the United States but in Vancouver.

21      Q      Well, I think the way it's written is that

22  Suntech is located -- based in the United States.  For

23  example, the title as I read it is, "2013 Business

24  Summary US Company," correct?

25      A      That's what the title says.

Confidential - Subject to Further Confidentiality Review

1      Q      Okay.  At no point in time has Suntech ever

2    stopped being a US-based company, correct?

3                MR. STENGEL:  Objection, form.

4    BY MR. IRPINO:

5      Q      You can answer.

6      A      Correct.

7      Q      Okay.  If we turn toward the end of the

8    document, do you see the -- toward the end it says

9    that you have current pieces of stocks, 157 pieces

10   stored in Utopia Stone's warehouse and 817 pieces

11   stored in FJF Investments' warehouse.  Do you see

12   that?

13     A      I see that.

14     Q      Okay.  Is that that artificial quartz stone?

15     A      Yes.

16     Q      And is Utopia Stone a customer or just

17   somebody you-all rented that -- somebody Suntech

18   rented warehouse space from?

19     A      It's a client.

20     Q      A client.  Okay.  Is the same true for FJF

21   Investment?

22     A      Yes.

23     Q      Were these -- the warehouses located in

24   Vancouver?

25     A      Yes.

Confidential - Subject to Further Confidentiality Review

```
 1      Q     Okay.  Now, if we go to the final paragraph,

 2  it states, "While dealing with the artificial stone

 3  stocks, we were also actively developing new projects.

 4  Desirable progress has been made in the project of

 5  supplying goods to developers as some local famous

 6  developers have invited us for bids."

 7            Do you see that?

 8      A     I see that.

 9      Q     Okay.  And the final sentence of your

10  Suntech 2013 business summary states -- which is

11  Exhibit 492, states, "We hope in this way to introduce

12  good building material products from China through

13  CNBMI's platform, thereby slowly achieving visibility

14  in the North American market."

15            Did I read that correctly?

16      A     Correct.

17      Q     What building material products were you

18  looking to introduce through CNBMI's platform?

19      A     At the time it was ceramic bricks.

20      Q     Bricks?

21      A     Ceramic bricks.

22      Q     Okay.  Has Suntech ever dealt with import or

23  export or handling of any kind of plasterboard?

24            MR. STENGEL:  Objection to form.

25  BY MR. IRPINO:
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q     You can answer.

 2      A     No.

 3            MR. IRPINO:  All right.  That's 491 and

 4      492.  Do we have the same business records --

 5            MR. STENGEL:  Same stipulation.

 6            MR. IRPINO:  -- stipulations?  One more

 7      in this area.

 8            (Deposition Exhibit 476 marked.)

 9  BY MR. IRPINO:

10      Q     We'll show you what has been marked as

11  Suntech Exhibit 476.  This is a PSC translation of

12  Bates number SUNTECH 59 through 61.  The document is a

13  total of six pages.  The first three pages are the PSC

14  translation and the last three pages are the original

15  Chinese version produced by Suntech.  Show you a copy,

16  your counsel has been provided a copy.  And I'll ask

17  you questions about this once you've had a chance to

18  look at it.

19            (Witness Reviews Document.)

20  BY MR. IRPINO:

21      Q     Now, this document, if we start with the

22  first dated e-mail in chronological order, that first

23  one being a February 6th, 2015, e-mail from Haixian,

24  first name, last name Chen of China National Building

25  Material Company, Limited, to many different people
```

1    with CNBM or CNBM Group-related entities.  Do you see

2    that e-mail?

3        A      I see that.

4        Q      And it states -- it's written to all units

5    of the company limited.  And it states, "In order to

6    comprehensively and accurately grasp the information

7    of the overseas institutions subordinate to the group

8    and to provide support and reference to the

9    development of the group's global business, recently

10   the group corporation plans to start tidying up the

11   information of overseas institutions.  For a specific,

12   see the attached notice."

13              Did I read that correctly?

14       A      No problem.

15       Q      Okay.  Did you -- did Suntech, in fact,

16   receive this e-mail chain and the attachment notice on

17   reporting the registration information and key

18   information of overseas institutions?

19       A      It was eventually received.

20       Q      Okay.  And that instruction required Suntech

21   to provide a scanned copy of its registration

22   documents to CNBM Investment, correct?

23       A      Correct.

24       Q      Okay.  And did Suntech, in fact, follow that

25   instruction and provide the necessary registration

1    documents to its parent company CNBM Investment?

2    A    It was followed.

3    Q    Is that yes?

4    A    Yes.

5             MR. IRPINO:  All right.  That's

6         exhibit -- Suntech Exhibit 476.  Do we have the

7         same business records stipulation?

8             MR. STENGEL:  Same stipulation.

9    BY MR. IRPINO:

10   Q    When did Suntech first become aware of the

11   existence of this lawsuit?  By that, I mean the

12   Chinese drywall litigation.

13   A    Approximately in 2012.

14   Q    How did Suntech first learn of this Chinese

15   drywall litigation?

16   A    Documents related to this matter was

17   received at our US mailing address.  Correction, I

18   don't have a clear recollection on whether it was 2012

19   or 2013.

20   Q    No problem.  We'll see about getting some

21   documents to help with your recollection.  But the

22   address that it was received at, the lawsuit was

23   received at, was it your -- Suntech's mailing address

24   as you recall?

25   A    Yes.

Confidential - Subject to Further Confidentiality Review

1            (Deposition Exhibit 439 marked.)

2            (Deposition Exhibit 439-1 marked.)

3    BY MR. IRPINO:

4        Q    Okay.  This might be able to help actually.

5    Should have something.  Let me first provide you --

6    and we're going to show a copy to your counsel -- two

7    documents that are marked as Suntech Exhibit 439,

8    which is a one-page December 12, 2012, e-mail that is

9    Bates number SUNTECH 971.

10            And I'm also providing you with

11    Suntech Exhibit 439-1, which is Bates number

12    SUNTECH 972 through 977 and which was attached to

13    Suntech Exhibit 439.

14            MR. IRPINO:  Sunny, here's a copy for

15        you.

16    BY MR. IRPINO:

17        Q    Is this how you first learned of the

18    lawsuit, Exhibit 439 and Exhibit 439-1?

19        A    Yes.

20        Q    Okay.  And who is Dorothy Lin?

21        A    She's our accountant in Los Angeles area.

22        Q    Okay.  Do you know why she received the

23    summons of the lawsuit against Suntech?

24        A    I do not know.

25        Q    Okay.  Does she -- if you turn to the first

Confidential - Subject to Further Confidentiality Review

```
 1   page of Exhibit 439-1, understanding that this was in

 2   November of 2012, did Suntech have either an office or

 3   an agent for service of process at 2555 Huntington

 4   Drive, Suite F, San Marino, California?

 5             MR. STENGEL:  Objection to form.

 6   BY MR. IRPINO:

 7      Q     You can answer.

 8      A     This is a mailing address.

 9      Q     Okay.  Was it Suntech's mailing address?

10      A     Yes.

11      Q     Okay.  What, if -- please share with us

12   everything you recall or you know of that Suntech did

13   in response to being served with this lawsuit as

14   outlined in Exhibit 439 and 439-1.

15             MR. STENGEL:  And I'd counsel the

16         witness to exclude from his response any

17         reference to discussions with counsel.

18             MR. IRPINO:  Yes.

19   BY MR. IRPINO:

20      Q     Other than if you went and talked to

21   counsel, you can let us know that you talked to

22   counsel, but no substance of what you spoke about.

23      A     I have received the document forwarded from

24   this address, but I do not understand the meaning of

25   these documents.  After a period of time I mailed
```

Confidential - Subject to Further Confidentiality Review

1    these documents to my parent company.

2        Q    CNBM Investment.  True?

3        A    Correct.

4        Q    To whom did you e-mail -- or mail these

5    documents at CNBM Investment?

6        A    At the time I only mailed it to the office

7    of CNBM Investment.

8        Q    Okay.  And did you -- did Suntech do

9    anything further after mailing the documents to CNBM

10   Investment?

11       A    I orally told my superior about this

12   matter's existence.

13       Q    Is that Mr. Chen?

14       A    Yes.

15       Q    And did he handle it from there?

16       A    I don't know how he handled it.

17       Q    Okay.  Do you know who at CNBM Investment

18   handled it after you had mailed them the lawsuit

19   documents?

20       A    I don't know.

21       Q    Okay.  After you had mailed CNBM Investment

22   the documents regarding the lawsuit and after you had

23   orally told your superior about the existence of the

24   lawsuit, did Suntech do anything else relative to

25   being sued in the lawsuit?

```
 1      A     No other things was done -- were done.

 2      Q     After you orally told your superior,

 3   Mr. Chen, about the existence of the lawsuit, was --

 4   and after you had provided CNBM Investment with the

 5   lawsuit documents, did CNBM Investment request

 6   anything from Suntech relative to Suntech being named

 7   as a defendant in the lawsuit?

 8      A     We have not received requirements from the

 9   parent company.

10            MR. IRPINO:  All right.  So that's 439

11         and 439-1.

12            MR. STENGEL:  I have no problem with 439

13         from a business records perspective.  439-1 is a

14         court document you can get anywhere.

15            MR. IRPINO:  Let's just -- then it's

16         just for 439.  We have our usual business

17         records stipulation for all purposes, and 439-1

18         is a court document.  We'll leave that as is.

19   BY MR. IRPINO:

20      Q     Let me ask you this.  On July 17th of 2014,

21   Judge Fallon, the judge in the Chinese drywall

22   litigation, held Taishan in contempt of court for

23   failing to appear at a judgment debtor rule and among

24   other things Judge Fallon enjoined any affiliate or

25   subsidiary of Taishan from doing business in the
```

```
 1   United States.

 2                When did you first become aware of the

 3   fact that Judge Fallon issued this contempt order in

 4   connection with the Chinese drywall litigation?

 5   A     April or May of this year.

 6   Q     April or May of 2015.  True?

 7   A     Yes.

 8   Q     How did you become aware of the fact that

 9   Judge Fallon had issued that July 17th, 2014, contempt

10   order?

11                MR. STENGEL:  Excluding conversations

12        with lawyers?

13                MR. IRPINO:  Yeah, I'm sorry.  Of

14        course.  I should've said.

15   A     I read it from Chinese information Internet.

16   BY MR. IRPINO:

17   Q     Was it in -- did you read it in a news story

18   on the Internet?

19   A     Yes.

20   Q     Prior to that time, which I understand to

21   have been in April or May of 2015, did anyone from

22   CNBM Group ever advise you or anybody with Suntech

23   about the existence of the July 17th, 2014, contempt

24   order?

25   A     No.
```

```
 1      Q      Did anyone from CNBM Company ever advise you

 2   or anybody with Suntech about the existence of the

 3   July 17th, 2014, contempt order?

 4      A      No.

 5      Q      Did anyone from BNBM Group ever advise you

 6   or anybody with Suntech about the existence of the

 7   July 17th, 2014, contempt order?

 8      A      No.

 9      Q      Did anyone with BNBM PLC ever advise you or

10   anybody with Suntech about the existence of the

11   July 17th, 2014, contempt order?

12      A      No.

13      Q      Did anyone with Taishan ever advise you or

14   anybody with Suntech about the existence of the

15   July 17th, 2014, contempt order?

16      A      No.

17      Q      Did anyone with -- did anyone from any CNBM

18   subsidiary ever advise you or anyone with Suntech

19   about the existence of the July 17th, 2014, contempt

20   order?

21      A      No.

22      Q      Did anyone with CNBM Investment ever advise

23   you or anyone with Suntech about the existence of the

24   July 17th, 2014, contempt order?

25      A      No.
```

Confidential - Subject to Further Confidentiality Review

1      Q      Is it fair to state, then, that you, from

2    July 17th, 2014, through -- up until April or May of

3    2015, were unaware of the existence of the July 17,

4    2014, contempt order issued by Judge Fallon in this

5    litigation?

6      A      Correct, I did not know.

7      Q      And no one at Suntech knew, correct?

8      A      Correct.

9      Q      And is it fair to state that from July 17th

10   of 2014 up until at least April or May of 2015, that

11   Suntech went about its normal business in Canada and

12   the US?

13             MR. STENGEL:  Objection to form.

14   BY MR. IRPINO:

15     Q      You can answer.

16     A      You cannot say that.

17     Q      Why is that incorrect?

18     A      Because no businesses were conducted in the

19   United States.

20     Q      Okay.  Did you --

21             MR. STRICKLAND:  Can you repeat that

22       answer?  It's hard for me to hear something --

23             MR. IRPINO:  It says because no

24       businesses were conducted in the United States.

25             MR. STRICKLAND:  Thank you.

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. IRPINO:

 2       Q     Did you do any travel in the United States

 3   on business at any point between July 17, 2014, and

 4   the present date, excluding any travel you did for the

 5   deposition or preparing for the deposition?

 6       A     I came to the United States to see an

 7   exhibition once in January 2015.

 8                   (Deposition Exhibit 431 marked.)

 9                   (Deposition Exhibit 431-1 marked.)

10   BY MR. IRPINO:

11       Q     Okay.  We've got some documents that may

12   help you with your recollection and so we'll go over

13   those now.  I'll show you what has been marked as

14   Suntech Exhibit 431 and Suntech Exhibit 431-1.  A copy

15   has been provided to your counsel.  There are your

16   copies.

17                   431 is an August 16, 2014, e-mail from

18   you to Mr. Chen, your supervisor, who is the GM at

19   CNBM Investment.  The subject of the e-mail is US

20   hotel information and schedule, and it attaches a

21   spreadsheet of a US traveling schedule arrangement.

22                   For the record, Exhibit 431 consists

23   of a total of three pages.  The first is the PSC

24   translation, the second and third are the machine

25   translation and the Chinese versions of the document
```

1    produced by Suntech, which is Bates number

2    SUNTECH 246.

3                    Do you see that e-mail?

4        A    I see that.

5        Q    You sent that e-mail?

6        A    Yes.

7        Q    And this is -- you sent this e-mail to the

8    Mr. Chen who is your supervisor at CNBM Investment.

9    True?

10       A    Yes.

11       Q    You sent this e-mail in your capacity as

12   general manager for Suntech.  True?

13       A    Yes.

14       Q    Okay.  And, now, Exhibit 431-1 is the

15   spreadsheet that was attached to Exhibit 431.  True?

16       A    Yes.

17       Q    Okay.  And this outlines a US traveling

18   schedule arrangement for Mr. Chen, your supervisor, to

19   make a business trip to America from August 18th,

20   2014, through August 25th of 2014.  True?

21                    MR. STRICKLAND:  Objection, form.

22                    MR. STENGEL:  Objection to form.

23   BY MR. IRPINO:

24       Q    You can answer.

25       A    That is not so.

Confidential - Subject to Further Confidentiality Review

```
 1      Q     Okay.  What is incorrect about that?

 2      A     First of all, I was the one who made the

 3   arrangement, not Mr. Chen.  No. 2, on the schedule

 4   from the 21st to the 23rd, we flew from New York to

 5   Montreal and stayed there for two days.  These two

 6   days are business traveling.  The remaining time is

 7   for sightseeing.

 8      Q     Okay.  So the business travel was from New

 9   York to Montreal, correct?

10      A     Correct.

11      Q     And all other visits on this schedule you

12   made but were for sightseeing, correct, according to

13   you?

14      A     All the others are travelings.  There are

15   two days in Washington was for sightseeing.

16      Q     Okay.  And what -- what did you do in

17   Seattle on August 18th?

18      A     On the 18th I'm not quite sure whether we

19   had stayed in Seattle for one day or two days.  It

20   seems we had only stayed there for one day according

21   to my recollection.

22      Q     And then what about when you were in

23   Washington state at the Fairfield Inn on the 19th and

24   20th?  What was that for?

25      A     The 18th Mr. Chen flew to Seattle and we
```

Confidential - Subject to Further Confidentiality Review

```
 1    lived in Seattle on the same day.  On the second day

 2    we flew from Seattle to New York.  We took a rest and

 3    on the 21st we flew to Montreal.  And after we

 4    returned to New York on the 23rd, we drove directly to

 5    Washington and stayed one day or two days in

 6    Washington.  After that we returned back to New York.

 7    Mr. Chen flew from New York back to China and I flew

 8    back to Vancouver.

 9        Q    Is it true that Exhibit 431-1 is Mr. Chen's

10    trip information?

11        A    Yes.

12        Q    Now, this -- we have some other exhibits

13    that might help and we can do them all at once.

14              MR. IRPINO:  This is 431 and 431-1.  Can

15         we have the same business record stipulation

16         regarding these -- the e-mail and the itinerary?

17              MR. STENGEL:  Yes.

18              MR. IRPINO:  Okay.

19              (Deposition Exhibit 435 marked.)

20              (Deposition Exhibit 487 marked.)

21              (Deposition Exhibit 436 marked.)

22    BY MR. IRPINO:

23        Q    I'll show you exhibits -- what we've marked

24    as Suntech Exhibit 435, Suntech Exhibit 487 and

25    Suntech Exhibit 436.  These are documents that were
```

1    produced by Suntech.

2              Exhibit 435 is a two-page document

3    Bates numbered SUNTECH 168 to 169 and was produced in

4    English.

5              Exhibit -- Suntech Exhibit 487 is a

6    translation of Bates number SUNTECH 164 through 167.

7              And then Suntech Exhibit 436 was

8    produced in English by Suntech and is Bates numbered

9    SUNTECH 157 through 161.  Show you copies of these

10   documents.  Three documents.

11             You see the first document,

12   Exhibit 435?

13       A     Yes, I see that.

14       Q     Okay.  And this is an August 22nd, 2014,

15   e-mail from the Fairfield Inn -- a Marriott Fairfield

16   Inn in Washington state to you, correct?

17       A     Correct.

18       Q     And this is your bill for your stay there on

19   August 19th and August 20th of 2014.  True?

20       A     Yes.

21       Q     And does this refresh your recollection that

22   you actually stayed at the Washington state location

23   for two nights, August 19th and August 20th?

24       A     This is the bill for one night.

25       Q     Okay.  And why -- where is this located,

Confidential - Subject to Further Confidentiality Review

```
 1    this Puyallup, Washington?  And it's specifically

 2    listed as Tacoma Puyallup, Washington.

 3                    MR. STENGEL:  It's Puyallup.

 4                    MR. IRPINO:  It's Puyallup?  That's

 5         brutal.

 6      A     I believe it is located not far from the

 7    airport.  It is a location in Marriott.

 8    BY MR. IRPINO:

 9      Q     It's a location where?

10      A     In Marriott.

11      Q     In Marriott?

12                    THE INTERPRETER:  Interpreter needs to

13         clarify.

14      A     Marriott.

15    BY MR. IRPINO:

16      Q     It's a Marriott hotel?

17      A     Yes.

18      Q     Okay.  And you chose this location because

19    it's close to the airport?

20      A     Yes.

21      Q     And which airport?

22      A     Seattle airport.

23      Q     Okay.  And then let's go to Suntech

24    Exhibit 487.  You have a copy there?  You should

25    have -- there should be a translated copy and a
```

```
 1    Chinese original if you're more comfortable with the

 2    Chinese original.  Do you see that?

 3        A    I see that.

 4        Q    Okay.  Now, this is your itinerary receipt

 5    from Air Canada.  Do you see that?  For your flight

 6    from New York to Montreal and back to New York.

 7        A    Yes.

 8        Q    And this states that you left New York on

 9    Thursday, August 21st and came back on Friday,

10    August 22nd.

11        A    Yes.

12        Q    Okay.  Is that consistent with your

13    recollection that you flew to Montreal on August 21st

14    and returned to New York on August 22nd, the next day?

15        A    Yes.

16        Q    Okay.  And then you were in New York on the

17    22nd and what did -- and when did you go to

18    Washington, D.C.?

19        A    On the 23rd.

20        Q    Okay.  What hotel did you stay in in

21    New York on the 22nd?

22        A    In a Marriott hotel nearby to the Newark

23    airport.

24        Q    The Newark airport.  Gotcha.

25                  Now, if we look at Exhibit 436, this
```

Confidential - Subject to Further Confidentiality Review

1    is a September 8th, 2014, e-mail from Renaissance

2    Hotels to you regarding your stay in Washington, D.C.,

3    on August 23rd, 24th and 25th, correct?

4        A    It is not quite correct.  I stayed there on

5    the 23rd as well as on the 24th, but I left on the

6    25th.

7        Q    Sure.  I'm sorry.  Yes.  And when you say

8    "you stayed," you stayed at the hotel and Mr. Chen

9    also stayed at the hotel?

10       A    Correct.

11       Q    Okay.  And who paid?

12       A    I paid.

13       Q    Okay.  Who paid for the airfare from

14   New York to Montreal and Montreal to New York?

15       A    I also paid using credit card.

16       Q    Okay.  Who paid for the stay in Seattle?

17       A    I also paid for that with credit card.

18       Q    And who paid for the hotel in New York?

19       A    I also paid for that.

20            MR. IRPINO:  Now, we have -- Exhibits

21       435, 487 and 436 are the e-mail receipts and so

22       forth regarding -- do we have the same business

23       record exception -- stipulation?

24            MR. STENGEL:  Yeah.  They're not really

25       business records maintained in the ordinary

Confidential - Subject to Further Confidentiality Review

 1          course, but we're not going to contest their

 2          authenticity.

 3                  MR. IRPINO:  Well, I think -- I don't

 4          want -- I've got to ask him, then.  I mean, I

 5          would rather not ask him.  I think he is

 6          maintaining them in the course of business.

 7                  MR. STENGEL:  Why don't you just ask him

 8          that one question about all three.

 9                  MR. IRPINO:  Okay.

10   BY MR. IRPINO:

11       Q     These e-mail receipts regarding your trip,

12   why were they kept?

13       A     The reason it was kept is because I would

14   need that to be reimbursed from the company.

15       Q     Were you reimbursed?

16       A     Yes.

17       Q     Okay.  Is that -- you had talked earlier

18   about there being procedures and rules about getting

19   reimbursed for expenses.  Did you follow those

20   procedures and rules for getting reimbursed relative

21   to these expenses in Exhibits 435, 487, 436 and 431-1?

22       A     I followed.

23                  MR. IRPINO:  We've got three minutes

24          left on the video if you want to take a

25          five-minute break.  We've got -- we've got six

```
 1          documents left I'm going to do something very

 2          similar with.

 3                  MR. STENGEL:  Well, we're not going to

 4          finish those in three minutes.

 5                  MR. IRPINO:  No.

 6                  MR. STENGEL:  So you might as well take

 7          a break.

 8                  MR. IRPINO:  Yeah, you can take a

 9          two-minute break if you want to run to the --

10                  MR. STENGEL:  Yeah.

11                  THE VIDEOGRAPHER:  This is the end of

12          tape 4.  We're now off the record at 4:05.

13                  (Recess Taken From 4:05 p.m. To

14                  4:16 p.m.)

15                  THE VIDEOGRAPHER:  This is the beginning

16          of tape 5.  We're now back on the record and the

17          time is 4:16.

18                  (Deposition Exhibit 488 marked.)

19  BY MR. IRPINO:

20     Q    Sir, I'm going to show you what we have

21  marked as Suntech Exhibit 488.  A copy is being

22  provided to your counsel.  It is a three-page

23  document.  The first page is the PSC translation.  The

24  second page and third page are the machine

25  translations and original Chinese versions of Bates
```

Confidential - Subject to Further Confidentiality Review

1    number Suntech 173.

2              This is an e-mail written by you to a

3    Yuw Liu at CNBMIT copying Mr. Chen and Sharon.  True?

4    A    Yes.

5    Q    The subject of this e-mail is "Timber Trade

6    Business Between China and Canada," correct?

7    A    Yes.

8    Q    And were you -- did you write this e-mail in

9    your capacity as the general manager of Suntech?

10   A    Yes.

11   Q    And can you just share with us what you were

12   trying to accomplish by sending this e-mail.  What was

13   the purpose of it?

14   A    The primary purpose of my e-mail is to

15   introduce Mr. Liang in Vancouver area to Liu Yue

16   hoping Mr. Liang can start businesses with CNBMIT.

17   Q    Were you successful in making any of those

18   introductions?

19   A    They were successful.

20   Q    Did they do any timber trade business

21   between CNBMIT and Canada?

22              THE INTERPRETER:  Interpreter needs to

23       clarify with witness.

24   A    They have started now.

25   BY MR. IRPINO:

Confidential - Subject to Further Confidentiality Review

1        Q      And, now, how does CNBM Forest Products,

2    Limited, come into play?

3        A      This company has not come into play in the

4    business that I mentioned in the e-mail.

5                    MR. IRPINO:  That's 488.  All right.

6            Jim, we have the same business records --

7                    MR. STENGEL:  Same stipulation.

8                    MR. IRPINO:  -- stipulation for

9        Exhibit 488?

10                   MR. STENGEL:  Yes.

11                   (Deposition Exhibit 489 marked.)

12   BY MR. IRPINO:

13       Q      I'll show you what we have marked as Suntech

14   Exhibit 489.  This exhibit package is five pages

15   total.  The first two pages are the PSC translation,

16   the third page is the machine translation, and the

17   last two pages are the original Chinese versions

18   produced by Suntech.

19                   Suntech Exhibit 489 is the

20   September 17th, 2014, e-mail from you to Mr. Chen

21   regarding fund application report of US company,

22   September 15, 2014.

23                   Sir, did you, in fact, write this

24   e-mail?

25       A      Yes.

1     Q     Did you send this e-mail as the general

2  manager of Suntech?

3     A     Yes.

4     Q     Okay.  Now, I want to go through what you

5  wrote in Suntech Exhibit 489.  See that first

6  sentence?  This says, "First, I would like to

7  appreciate you for your strong support to the US

8  company's operation and for your personal visit to New

9  York, Montreal and other places in this August for

10  assisting the US company's local business

11  development."

12                Did I read that properly?

13     A     Correct.

14     Q     If we go to No. 2, which talks about new

15  business development, do you see that?

16     A     Yes, I see that.

17     Q     Okay.  And if we go to the second paragraph,

18  it says, "I will also actively contact Ms. Lin, a CPA

19  in Los Angeles."

20                Now, the first question I have for you

21  is, is that the same Ms. Lin who informed you about

22  the lawsuit, Dorothy Lin?

23     A     Yes.

24     Q     Okay.  So it says, "I will actively contact

25  Ms. Lin, a CPA in Los Angeles, US, so that we may

1    successfully move the US company to New York with the

2    help of attorneys and other professionals."

3                    Did I read that correctly?

4        A    Yes, correct.

5        Q    Okay.  You moved to San Francisco in --

6    around May of 2015, correct?

7                    MR. STENGEL:  "You" being the company?

8                    MR. IRPINO:  Oh, yeah.  I'm sorry.

9          Sure.

10       A    It was the address that was changed to San

11   Francisco in May of 2015.

12   BY MR. IRPINO:

13       Q    Yes.

14       A    The mailing address.

15       Q    Okay.  Well, did you ever move offices to

16   New York?

17       A    No.

18       Q    Why not?

19       A    According to this report we wanted to ask

20   CPA Lin to do this, but CPA Lin did not want to do

21   this.  Therefore, we only resorted to ask a CPA in New

22   York to do this for us.

23       Q    And did the CPA in New York --

24       A    But the CPA in New York had created a

25   company which is not in accordance with our

Confidential - Subject to Further Confidentiality Review

```
 1    requirements.

 2                THE INTERPRETER:  Interpreter needs to

 3          clarify with witness.

 4                The interpreter inquired the witness as

 5          for the word "create."  The witness' answer is,

 6          the company that was registered instead of

 7          create.

 8    BY MR. IRPINO:

 9       Q     So a company was actually registered in New

10    York?

11       A     That's why I said the registered company in

12    New York did not meet our requirements; therefore, we

13    did not use this company.

14       Q     And who made that decision to not use that

15    company?

16       A     I did.

17       Q     And what requirements did it not meet?

18       A     Because we wanted to move a California

19    registered company to be registered in the state of

20    New York.

21                THE INTERPRETER:  Interpreter needs to

22          clarify the gender of the person mentioned in

23          the witness' answer.

24       A     But she registered a company in New York

25    with the same name but has no connection with the
```

1    company in California.

2    BY MR. IRPINO:

3        Q     Who is "she"?

4        A     The CPA we hired in New York.

5        Q     So you didn't like -- you were not satisfied

6    that she registered a company in New York with the

7    same name, United Suntech.

8        A     Correct.

9        Q     And you wanted her to have a whole new -- in

10   order to do the move to New York, how did you want her

11   to do it?

12       A     We wanted her to have us move to New York

13   but she was unable to move us to New York as a

14   company.

15       Q     Okay.  Now, if we go toward the end of

16   exhibit -- Suntech Exhibit 489, the third-to-last

17   sentence says that, "The US company has always been

18   making significant efforts and inputting funds in the

19   graphene promotion project."

20            Graphite promotion project?

21            THE INTERPRETER:  This is the

22       interpreter speaking.  Was that a question?

23            MR. IRPINO:  Yes.  Well, no, I'm sorry.

24       That's the statement I'm making.  I'm asking him

25       is this -- the translation that we have says

1          graphene, but I think it's graphite, but that's

2          --

3                    MR. STENGEL:  It's actually graphene.

4                    MR. IRPINO:  It is?

5                    MR. STENGEL:  It's an industrial

6          lubricant made from graphite.

7                    MR. IRPINO:  What?  I know nothing.  I

8          don't know.  Whatever.  It says that.

9     BY MR. IRPINO:

10         Q     The question I have is, are you familiar

11    with that project as it's referred to here?

12         A     I am familiar.

13         Q     Just so we can have it clear on the record,

14    when the sentence states the US company has always

15    been making significant efforts and inputting funds in

16    the graphene promotion project, is that how you call

17    it, the graphene promotion project?

18         A     Either is okay, graphene or graphite.

19         Q     Okay.  And what -- what is the project?

20         A     The project is to abstract graphite into

21    graphene.

22         Q     And what companies are involved and where?

23         A     Here is to help South Graphite Company to

24    cooperate with a Canadian graphite company.

25         Q     That's some of the work -- when you're

 1   talking about the graphene promotion project, that's

 2   when you were saying you did work on behalf of other

 3   CNBM Investment subsidiaries, one being South

 4   Graphite, correct?

 5       A    Correct.

 6            MR. IRPINO:  That's exhibit --

 7   BY MR. IRPINO:

 8       Q    Oh, I'm sorry, there was one other thing.

 9   You had -- in the last you had requested an allocation

10   of $60,000 to maintain the normal operation of the

11   company.  True?

12       A    Correct.

13       Q    Did you receive money from your parent CNBM

14   Investment in response to your request?

15       A    It was received.

16            MR. IRPINO:  Okay.  That's Exhibit 489.

17        We have the same business records stipulation.

18            MR. STENGEL:  Subject to translation,

19        yes.

20            MR. IRPINO:  Subject to translation.

21        We'll state on the record there is, in two of

22        the paragraphs, the word "plasterboard" that our

23        translator is saying it's stone board.

24            MR. STENGEL:  Yes, we agree.

25            MR. IRPINO:  But that's, again, for

Confidential - Subject to Further Confidentiality Review

1           another time, but with the parties still capable

2           of coming to an agreement on the actual

3           translation, but we're set on the business

4           records stipulation?

5                   MR. STENGEL:  Yes.

6                   (Deposition Exhibit 495 marked.)

7    BY MR. IRPINO:

8      Q    All right.  The next document I'm going to

9    show you is Suntech Exhibit 495.  It involves PSC

10   translation.  To be specific, the first five pages of

11   the document, Exhibit 495, are the PSC translation of

12   Bates number SUNTECH 1735 to 1738.  The next two pages

13   of Exhibit 495 are the machine translation produced by

14   Suntech.  And the final four pages of the document,

15   which are Bates numbered Suntech 1735 to 1738, are the

16   original Chinese version produced by Suntech.

17                   The title of the document is "North

18   American Graphite Product Market Development and

19   Technical Service Agreement."  Do you see this

20   document?

21     A    I see that.

22     Q    Have you seen it before?

23     A    Yes.

24     Q    Please tell me what this is.

25     A    This is an agreement between Suntech and

Confidential - Subject to Further Confidentiality Review

1    South Graphite Company to assist South Graphite

2    Company to promote it in North American market.

3        Q     Is this the -- is South Graphite the CNBM

4    Investment subsidiary that you spoke of earlier?

5        A     Yes.

6        Q     Okay.  Did you ever enter into a contract --

7    I know you got a payment from South Graphite.  We

8    talked about that before.  But did you ever enter into

9    an agreement with them to work for them?

10       A     No agreement was entered into.

11       Q     Okay.  But you described before earlier in

12   the deposition a type of work that you did and do for

13   them relative to marketing and development.  True?

14       A     Yes.

15       Q     Okay.  Is this something that was created as

16   part of the business of Suntech?

17       A     Yes.

18       Q     Has Suntech maintained a copy of this North

19   American Graphite Product Market Development and

20   Technical Service Agreement?

21       A     We did not sign on this agreement.

22       Q     Sorry, my -- maybe I asked the wrong -- have

23   you maintained a copy of it?

24       A     It was maintained.

25             (Deposition Exhibit 433 marked.)

```
 1                    (Deposition Exhibit 433-1 marked.)

 2                    (Deposition Exhibit 433-2 marked.)

 3    BY MR. IRPINO:

 4        Q    All right.  I'll show you what has --

 5    actually, show you what has been marked as

 6    Exhibit 433.  And might as well do 433-1 and 433-2 and

 7    this takes us home.

 8                    MR. STENGEL:  Okay.

 9    BY MR. IRPINO:

10        Q    So what you should have -- what you have

11    been handed just now are Exhibits 433, 433-1 and

12    433-2.

13                    Exhibit 433 is four pages total.  The

14    first two pages are the PSC translation of Bates

15    number SUNTECH 1257, which is the original Chinese

16    version, and the other page of Exhibit 433 is the

17    machine translation provided by Suntech.

18                    Suntech Exhibit 433-1 is a one-page

19    document that is Bates number SUNTECH 1262 and it is a

20    January 9th, 2015, Commission Agreement.

21                    Suntech Exhibit 433-2 -- and just like

22    433-1, were attached to Exhibit 433.  Exhibit 433-2 is

23    a January 5th, 2015, China Harbor Engineering Company,

24    Limited, Purchase Order Relative to Bulk Cement.  It

25    is a four-page document.  It was originally produced
```

Confidential - Subject to Further Confidentiality Review

1    by Suntech in English and it's Bates numbered SUNTECH

2    1258 to 1261.

3              MR. IRPINO:  Have you looked at these,

4        anybody?

5              MR. STENGEL:  Yeah.

6              MR. IRPINO:  We got the same business

7        records stipulation on these?

8              MR. STENGEL:  Yes.

9    BY MR. IRPINO:

10       Q     I have just a very brief question.  Suntech

11   sent these e-mails between themselves and CNBMIT.  Do

12   you see that in Exhibit 433?

13       A     Yes.

14       Q     Okay.  Was this -- the best I can make from

15   this business was that Suntech was helping to sell

16   bulk cement from CNBMIT to China Harbor Engineering

17   Company, Limited; is that correct?

18       A     That's not correct.

19       Q     Okay.  Please describe for me what

20   business -- what role Suntech was playing in

21   connection with this business described in

22   Exhibits 433, 433-1 and 433-2.

23       A     The role that Suntech plays is that CNBMIT

24   Company wishes to use Suntech Company to receive the

25   payment in accordance with the contract entered into

1    between CNBMIT and China Harbor Engineering Company,

2    Limited; therefore, the commission agreement was

3    drafted.  However, neither party had signed on it.

4    But we did not sign -- United Suntech did not sign

5    because our bank, which we had opened an account in,

6    refused to receive the payment for the goods.

7                THE INTERPRETER:  The interpreter needs

8         to clarify with deponent.

9                The witness just said, "I have misspoken

10        when I said neither party had signed on the

11        contract.  Instead, our party, United Suntech,

12        did not sign on the contract."

13   BY MR. IRPINO:

14        Q     So did -- so United Suntech checked with its

15   bank to see if it could deposit the funds?

16        A     Correct.

17        Q     What is that bank?

18        A     It is West Canada Bank in Vancouver.

19        Q     And why wouldn't they allow United Suntech

20   to deposit funds in the bank?

21        A     What we had contacted was the branch of the

22   bank.  The branch bank does not have authority to

23   receive such a fund.

24        Q     And because of that, United Suntech could

25   not be used as a party involved in this business deal

1    to deposit funds, correct?

2        A    Correct.

3        Q    Did the underlying deal get done but with

4    somebody other than United Suntech to deposit the

5    funds?

6        A    I do not know about it.

7        Q    Okay.  Does Suntech file tax returns?

8        A    Yes.

9        Q    Where?

10       A    In Canada.

11       Q    Okay.  Anywhere else?

12       A    No.

13       Q    When did Suntech start filing tax returns in

14   Canada?

15       A    2012, when the company was formed.

16       Q    Okay.  And where did Suntech file tax

17   returns prior to that?

18       A    In the United States.

19       Q    Okay.  Did -- has Suntech ever filed any

20   state tax returns in California?

21       A    Yes.

22       Q    Okay.  What years?

23       A    Prior to 2013 all along.

24       Q    I don't under -- prior to 2013 all along,

25   can you explain that?

1       A      It filed tax return in the year 2013, filed

2    tax return in the year 2012, filed tax return in the

3    year of 2011, it filed tax return every year prior to

4    2013.

5       Q      All along.  Okay.  I understand.  I

6    understand.  Thanks for clearing that up.

7                   MR. IRPINO:  We actually have two

8              shareholder meeting minutes that are even before

9              his time if you want to -- if you can stipulate

10             that those are authentic business records, then

11             I can identify them on the record, I don't even

12             have to ask.

13                  MR. STENGEL:  Yeah, we'll so stipulate.

14                  MR. IRPINO:  You taking all the copies?

15                  MR. STENGEL:  No.

16                  MR. IRPINO:  I'll give them.  Here's two

17             copies of that.

18                  MR. STENGEL:  2004.

19                  (Deposition Exhibit 452 marked.)

20                  (Deposition Exhibit 453 marked.)

21   BY MR. IRPINO:

22      Q      We're going to show you exhibits -- Suntech

23   Exhibit 452, which was produced to us that has a Bates

24   range of SUNTECH 8 through SUNTECH 13.  And Suntech

25   Exhibit 453, which has a Bates range of Suntech 19

Confidential - Subject to Further Confidentiality Review

```
 1    through Suntech 29.

 2              (Discussion Off The Record.)

 3    BY MR. IRPINO:

 4       Q    Suntech Exhibits 452 and 453 are going to be

 5    minutes of shareholder meetings.  Take a look at them.

 6              MR. IRPINO:  If we can stipulate that

 7         these are business records, I don't have to go

 8         through them and I don't -- they do predate the

 9         witness, but I would rather get this done with

10         him and not have to either ask him or deal with

11         another witness.

12              MR. STENGEL:  Yes, so stipulated on

13         business records.

14              MR. IRPINO:  Okay.  Thank you.  I stated

15         the Bates numbers on the record, right?

16              MR. STENGEL:  Yes.

17              MR. IRPINO:  Sir, thank you very much.

18              MR. STENGEL:  Thank you.  I presume

19         Harry has a lengthy examination.

20              MR. IRPINO:  Harry, your turn.

21              MR. ROSENBERG:  Thank you.

22              THE VIDEOGRAPHER:  This is the end of

23         tape 5.  We're now off the record at 5:06.

24              (Deposition Concluded At 5:06 p.m.)

25
```

Confidential - Subject to Further Confidentiality Review

```
1                    REPORTER'S CERTIFICATE

2

3        This transcript is valid only for a transcript

4   accompanied by my original signature and original

5   required seal on this page.

6        I, Micheal A. Johnson, Certified Court Reporter

7   (LA Certificate #29025) in and for the State of

8   Louisiana, as the officer before whom this testimony

9   was taken, do hereby certify that LIU WEISHENG, after

10  having been duly sworn by me upon authority of

11  R.S. 37:2554, did testify as herein before set forth

12  in the foregoing 128 pages; that this testimony was

13  reported by me in the stenotype reporting method, was

14  prepared and transcribed by me or under my personal

15  direction and supervision, and is a true and correct

16  transcript to the best of my ability and

17  understanding; that the transcript has been prepared

18  in compliance with transcript format guidelines

19  required by statute or by rules of the board, and that

20  I am informed about the complete arrangement,

21  financial or otherwise, with the person or entity

22  making arrangements for deposition services; that I

23  have acted in compliance with the prohibition on

24  contractual relationships, as defined by Louisiana

25  Code of Civil Procedure Article 1434
```

Confidential - Subject to Further Confidentiality Review

1   and in rules and advisory opinions of the board;

2   that I have no actual knowledge of any prohibited

3   employment or contractual relationship, direct or

4   indirect, between a court reporting firm and any party

5   litigant in this matter nor is there any such

6   relationship between myself and a party litigant in

7   this matter.  I am not related to counsel or to the

8   parties herein, nor am I otherwise interested in the

9   outcome of this matter.

10

11          Signed this ___ day of _____, 2015.

12

13

14

15          _____

16          MICHEAL A. JOHNSON, RMR, CRR

17          Certified Court Reporter

18          LA Certified Court Reporter #29025

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1                 ACKNOWLEDGMENT OF DEPONENT

 2

 3          I,_____, do hereby

 4    certify that I have read the foregoing pages and

 5    that the same is a correct transcription of the

 6    answers given by me to the questions therein

 7    propounded, except for the corrections or changes in

 8    form or substance, if any, noted in the attached

 9    Errata Sheet.

10

11          _____

12          LIU WEISHENG                  DATE

13

14    Subscribed and sworn to before me this

15    _____ day of _____, 20 _____.

16    My commission expires: _____

17

18    Notary Public

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

1          — — — — — —

2                ERRATA

          — — — — — —

3

4     PAGE   LINE    CHANGE/REASON

5     _____  _____   _____

6     _____  _____   _____

7     _____  _____   _____

8     _____  _____   _____

9     _____  _____   _____

10    _____  _____   _____

11    _____  _____   _____

12    _____  _____   _____

13    _____  _____   _____

14    _____  _____   _____

15    _____  _____   _____

16    _____  _____   _____

17    _____  _____   _____

18    _____  _____   _____

19    _____  _____   _____

20    _____  _____   _____

21    _____  _____   _____

22    _____  _____   _____

23    _____  _____   _____

24    _____  _____   _____

25    _____  _____   _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 2:09-md-2047
IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

**ERRATA TO THE DEPOSITION OF LIU WEISHENG**
**TAKEN OCTOBER 27, 2015**

| Page/Line | Transcript | Change | Reason |
|---|---|---|---|
| 15:12 | No. | None. | Interpretation error. |
| 25:24-26:3 | From February 2012 to present, my work primarily has been in support of the two subsidiaries of the company that is under our parent company in Canada to make contacts or to develop business in local areas. | From February 2012 to present, my work primarily has been in support of the two subsidiaries of the parent company to make contacts or to develop business in the local areas of Canada. | Interpretation error. |
| 26:24-25 | One is called CNBMI Trading Company and another is called South Granphie Company. | One is CNBM Investment Trading Company and the other one is South Graphite Company. | Interpretation error. |
| 28:10-17 | In regard to our support to South Graphite, our work primarily is to find company or individuals that possess the production technology transferring graphite to granphie, g-r-a-n-p-h-i-e, in the area of Canada or in the area of the United States.  No. 2, we try to sell graphite in the areas of Canada or United States.  Correction, not to sell but help sell graphite to sell. | In regard to our support to South Graphite, we mainly, in Canada or in the US, look for individuals or companies who possess the production technologies of transferring graphite into graphene.  Second, we try to sell graphite in the areas of the United States or Canada.  Correction, not to sell but to help South Graphite to sell. | Interpretation error. |
| 29:1 | We are an import and export company. | They are an import and export company. | Interpretation error. |

1

| Page/Line | Transcript | Change | Reason |
|---|---|---|---|
| 50:18-19 | It was a report regarding the discussion of Suntech's financial status with the parent company. | It was a report of the parent company's discussion of Suntech's financial status. | Interpretation error. |
| 88:19-21 | A: At the time it was ceramic bricks.<br>Q: Bricks?<br>A: Ceramic bricks. | A: At the time it was ceramic tile.<br>Q: Bricks?<br>A: Ceramic tile. | Interpretation error. |
| 95:8-9 | We have not received requirements from the parent company. | We have not received requests from the parent company. | Interpretation error. |
| 101:25-102:1 | The 18th Mr. Chen flew to Seattle and we lived in Seattle on the same day. | The 18th Mr. Chen flew to Seattle and we stayed in Seattle that day. | Interpretation error. |
| 104:6-7 | I believe it is located not far from the airport.  It is a location in Marriott. | I believe the location is not far from the airport; the location of the Marriott hotel. | Interpretation error. |
| 114:12-14 | We wanted her to have us move to New York but she was unable to move us to New York as a company. | We wanted her to move the company to New York, but she failed to move us to New York as a company. | Interpretation error. |
| 115:20-21 | The project is to abstract graphite into graphene. | The project is to refine graphite into graphene. | Interpretation error. |
| 120:23-121:2 | The role that Suntech plays is that CNBMIT Company wishes to use Suntech Company to receive the payment in accordance with the contract entered into between CNBMIT and China Harbor Engineering Company, Limited. | The role that Suntech plays is that CNBMIT Company wishes to use Suntech Company to receive the payment in accordance with the contract entered into between CNBM Investment Trading Company, which is CNBMIT Company, and Zhenhua Engineering Company. | Interpretation error. |

2

**Acknowledgement of Deponent**

I, Liu Weisheng, do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____

**Liu Weisheng**                          **Date**

3

律师工作成果——受特权保护及机密信息

路易斯安那州东区美国联邦地方法院

多地合并诉讼案件号：2:09-md-2047
关于：中国制造的石膏墙产品责任诉讼

**刘伟生 2015 年 10 月 27 日的庭外采证勘误表**

| 页/行 | 翻译 | 更正 | 原因 |
|---|---|---|---|
| 15:7 | 不能。 | 没有任何一家。 | 口译错误。 |
| 26:1-2 | 从 2012 年 2 月至今，我的工作主要是支持我们的母公司下面的公司的两家子公司在加拿大进行联系或者在本地发展业务。 | 2012 年 2 月至今，我的工作主要是支持母公司的两个子公司在加拿大当地进行联系或发展业务。 | 口译错误。 |
| 26:14 | 一家叫中建投商贸有限公司，另一家叫南方 Granphie 公司。 | 一家是中建投商贸有限公司，另一家是南方石墨有限公司。 | 口译错误。 |
| 28:5-7 | 关于对南方石墨公司的支持，我们的工作主要是在加拿大地区和美国地区寻找拥有将石墨转化成 granphie, g-r-a-n-p-h-i-e 的生产技术的公司或个人。其次，我们尝试在加拿大地区或美国地区销售石墨。更正一下，不是销售，而是帮助销售石墨。 | 关于我们给予南方石墨的支持，我们主要是在加拿大或美国寻找拥有将石墨转化为石墨烯的生产技术的个人或公司。其次，我们尝试在美国或加拿大地区销售石墨。更正一下，不是销售，而是帮助南方石墨销售。 | 口译错误。 |
| 29:1 | 我们是一家进出口公司。 | 它们是一家进出口公司。 | 口译错误。 |
| 50:11 | 是一份与母公司讨论 Suntech 的财务状况的报告。 | 是一对母公司讨论 Suntech 的财务状况的报告。 | 口译错误。 |
| 88:12-14 | 答：在当时是陶瓷砖块。问：砖块？答：陶瓷砖块。 | A: 在当时是瓷砖。Q: 砖块？A: 瓷砖。 | 口译错误。 |
| 95:5 | 我们没有收到母公司的任何要求。 | 我们不曾收到来自母公司的请求。 | 口译错误。 |

律师工作成果——受特权保护及机密信息

| 页/行 | 翻译 | 更正 | 原因 |
|---|---|---|---|
| 102:1 | **18 日陈先生飞到西雅图**，同一天我们居住在西雅图。 | 18 日陈先生飞往西雅图，那天我们就暂住在西雅图。 | 口译错误。 |
| 104:4 | 我相信，它的位置离机场不远。是万豪里面的某个位置。 | 我相信，其位置离机场不远；万豪酒店的位置。 | 口译错误。 |
| 114:8 | 我们希望她帮我们搬到纽约，但她无法将我们作为一家公司搬到纽约。 | 我们希望她将公司搬到纽约，但她没能将我们作为一家公司搬到纽约。 | 口译错误。 |
| 115:13 | 这个项目是把石墨提取成石墨烯。 | 此项目是把石墨提炼为石墨烯。 | 口译错误。 |
| 120:15-121:1 | **Suntech 发挥的作用是，中建投商贸公司希望利用 Suntech 公司按照中建投商贸有限公司与中国港口工程有限公司之间签订的合同接收货款；** | Suntech 所发挥的作用是，中建投商贸有限公司希望利用 Suntech 有限公司按照中建投商贸有限公司，即 CNBMIT 公司，与振华工程有限公司签订的合同接收货款。 | 口译错误。（请刘先生确认"振华工程有限公司"中文译名是否正确） |

律师工作成果——受特权保护及机密信息

### 庭外采证证人的确认书

本人，刘伟生，在此证明我已阅读前述各页的内容，且前述的内容为我对其中提出的问题所做出的回答的正确记录，但对形式或实质内容的更正或改变除外。对形式或实质内容的更正或改变，如果有的话，在所附勘误表上进行备注。

刘伟生                    Nov. 24. 2015
_____        _____
刘伟生                         日期

3



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA  90017-5855

*tel*  +1-213-629-2020
*fax*  +1-213-612-2499

WWW.ORRICK.COM

November 5, 2015

Eric Gressler
(213) 612-2208
egressler@orrick.com

*VIA E-MAIL*

Kristie Martello
Supervisor of Case Management
Golkow Technologies Inc.
production@golkow.com

Re:     Deposition of Weisheng Liu (October 27, 2015) Confidentiality Designations

Dear Ms. Martello:

As counsel for United Suntech Craft, Inc., I write to you regarding the deposition of Weisheng Liu, held on October 27, 2015.

The following excerpts from the deposition transcript for Mr. Liu should be designated Confidential:

- 25:19-31:6

- 44:10-49:5

- 51:9-55:12

- 63:24-70:10

- 70:21-82:20

- 83:7-91:8

- 99:11-107:22

- 108:18-122:6

Exhibits 431, 431-1, 432, 432-1, 433, 433-1, 433-2, 434, 435, 436, 437, 438, 471, 476, 478, 479, 480, 481, 482, 483, 485, 486, 487, 488, 489, 491, 492, 493, and 495 to Mr. Liu's deposition should be designated as Confidential.



ORRICK

Kristie Martello
November 5, 2015
Page 2

Thank you for your attention to this matter and for your ongoing service on this case. Please let me know if you have any questions.

Sincerely,


*/s/ Eric Gressler*


Eric Gressler



cc:   Alan Weinberger - aweinberger@hanrylaw.com
      Harry Rosenberg - harry.rosenberg@phelps.com
      C. Michael Moore - mike.moore@dentons.com
      Richard L. Fenton - richard.fenton@dentons.com
      Leah R. Bruno - leah.bruno@dentons.com
      Michael H. Barr - michael.barr@dentons.com
      Justin N. Kattan - justin.kattan@dentons.com
      Bernard Taylor - bernard.taylor@alston.com
      David Venderbush - david.venderbush@alston.com
      Michael P. Kenny - mike.kennyy@alston.com
      Russ M. Herman - rherman@hhkc.com
      Sandra L. Duggan - sduggan@lfsblaw.com
      Frederick S. Longer - flonger@lfsblaw.com
      Arnold Levin - alevin@lfsblaw.com
      Leonard A. Davis - ldavis@hhklawfirm.com
      Anthony D. Irpino - airpino@irpinolaw.com
      Scott A. George - sgeorge@seegerweiss.com
      Brad M. Strickland - brad.strickland@alston.com
      Matthew T. Nickel - matt.nickel@dentons.com
      Christina H. Eikhoff - christy.eikhoff@alston.com