

| Home | About Us | Company News | Business Sections | Overseas Branches | Talent Recruitment | Contact Us |

### Introduction

- Organization structure
- Certificates & Honors
- Business Partners
- Affiliated Corporations

#### Introduction

CNBMIT Co., Ltd (hereinafter referred to as "the Company"), a member of China National Building Material Group Corporation which is a large central enterprise directly under the management of the State-owned Assets and Securities Administration Commission of the State Council (SASAC), was founded in June 2000. With" Harmonious Environment, Moderate Operation, Standardized System, Cost Efficiency and Innovative Development" as its operation and management philosophy and "Harmony & Performance" as its corporate culture, the Company makes arduous efforts and has become the flagship enterprise in the trade and logistics section of CNBM Investment Co., Ltd.

The Company has five business sections including import & export agency, import & export, domestic trade, bulk trade, and warehouse logistics trade. Six business departments in the Company focus on the import & export, domestic trade, re-export and bonded trade of building materials, hardware, chemical products, electronic products, in-flight articles, coal and mineral resources and provide professional trading service such as financing, customs declaration and clearance, storage and delivery. Supported by the strong industrial background and integrative globalized distribution network of China National Building Material Group Corporation, the Company provides high quality products and professional effective service to realize win-win situation and growth with customers home and abroad.

After years of unremitting efforts, the Company has established a good reputation in government departments and among customers due to its good record of import & export and excellent business performance. The Company has grown into a market leader and a large taxpayer privileged from customs registration for many consecutive years, enjoying the service of "Green Channel for Large Enterprise" granted by Shenzhen municipal government. In June 2009, the Company was approved "Credit Rating AA Enterprise" by the General Administration of Customs(GAC), enjoying convenient customs declaration in ports all over China.

Currently, with its sales network and supply chain all over the world, the Company has established long-term and stable relationship with the world's top 500 enterprises such as Mitsubishi, Saint-Gobain, China Telecom, China Netcom, Avnet, Northwest Airlines and Delta Air Lines in the United States.

Facing the global economic integration, the Company is endeavored to become the first class product integrator and trading service provider with its strength in supply chain management and intensive distribution by creating core value through standardized operation and refined management.

#### Business Sections



Copyright©2014,CNBMI Co.,Ltd. All right reserved.Power By IT Motivation（www.itm.cn）ICP:05085036

CONTEMPT
Exhibit 74