

| CNBMI Australia | CNBMI USA | Business Sections |
|---|---|---|
| **CNBMI USA** | | |
| **CNBMI PNG** | | |





CNBMI USA promotes Chinese building materials and machinery and establishes a distribution network in North America. With a localized professional sales team and matured sales channels, CNBMI USA has become an important supplier of building materials and machinery in the USA and North American markets.

Copyright©2014,CNBMI Co.,Ltd. All right reserved.Power By IT Motivation（www.itm.cn）ICP:05085036

**CONTEMPT Exhibit 75**