**LEVIN, FISHBEIN, SEDRAN & BERMAN**

**INTER-OFFICE MEMORANDUM**

TO:        CDW MDL File

FROM:      FSL

DATE:      January 5, 2016

RE:        30(b)(6) Expedited Depositions pursuant to Court Order March 17, 2015

*********************************************************************************************************************************

|    | DATE | WITNESS | LOCATION | SERVICE | NOTES |
|----|------|---------|----------|---------|-------|
| 1. | April 14, 2015 9:00 a.m. (central)* AMENDED April 24, 2015 9:00 a.m. (Eastern) | CTIEC-TECO American Technology, Inc. [Rec.Doc. 18517] 2nd Amended Notice [Rec.Doc. 18654] | Law Office of Sheldon L. Miller, P.C. 31731 Northeastern Hwy Suite 280W Farmington Hills, MI 48335 248-538-3400 **NEW LOCATION: Toledo Engineering Co. Inc. 3400 Executive Parkway Fourth Floor Toledo, OH 43606 419-537-9711** | March 25, 2015 | *Original notice date was April 14, 2015 at 10:00 a.m. [Rec.Doc. 18378] Order granting expedited discovery [Rec.Doc. 18523] Sent fax to Miller on 4/10/15 advising him that we no longer need his offices. |

**CONTEMPT
Exhibit 80**

| 2. | April 14, 2015 10:00 a.m (Central)* AMENDED April 20, 2015 10:00 a.m. (Central) NOTICE OF POST-PONEMENT [Rec.Doc. 18701] | Wal-Mart Stores, Inc. [Rec.Doc. 18511] Amended Notice [Rec.Doc. 18658] Postponed [Rec.Doc. 18701] | Niblock Law Firm 324 North College Avenue Fayetteville, Arkansas 72701 479-521-5510 Tracy Guereca | March 25, 2015 April 14, 2015 | *Original notice date was April 15, 2015 at 9:00 a.m. [Rec.Doc. 18363] Order granting expedited discovery [Rec.Doc. 18535] MG left message for Brian Hanley 479-273-4000 on 4/8/15 MG also contacted Wal-mart in-house counsel on 4/9/15.  They informed him that no employee by the name of Brian Hanley works there.  HE left various messages for other individuals and is awaiting a returned call. 4/9/15 Matt spoke to Brian Hennelly who is a paralegal with Wal-Mart.  He advised that they have our discovery and have looked into the Sunpin matter.  He contends that Wal-Mart has no knowledge of any Chinese corporate entities being involved in the transaction with Sunpin.  He has spoken to the team handling the deal with Sunpin and none of them have knowledge of any Chinese entities being involved.  He has agreed to produce the master agreement as well as other related agreements for our review.  In light of this, I have agreed to move the deposition towards the end of next week or perhaps to the week of April 20th.  I am waiting to hear back from Brian in terms of availability of custodians with knowledge of the deal with Sunpin. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | MG contacted the Niblock Firm on 4/10/15 and advised them that the depositions is now scheduled for April 20, 2015.<br><br>MG contacted Tracy at Niblock Firm on 4/16/15 and advised them that the deposition has been postponed.<br><br>Matt is negotiating with counsel for Wal-Mart for purposes of preparing a Declaration that demonstrates they were unaware that any Chinese entities were involved in the transaction with Sunpin.<br><br>Order re: motion to compel [Rec.Doc. 18926], Matt forwarded to Brian Hennelly |
| 3. | April 17, 2015<br>2:00 p.m.<br>(central) | Tommy Li, President Sunpin<br>[Rec.Doc. 18512]<br><br>Amended Notice<br>[Rec.Doc. 18657] | Freed, Kanner, London & Millen LLC<br>2201 Waukegan Road<br>Suite 130<br>Bannockburn, IL 60015<br>224-632-4500<br>Michael J. Freed<br>mfreed@fklmlaw.com | | Order granting expedited discovery<br>[Rec.Doc. 18535] |
| 4. | April 17, 2015<br>10:00 a.m.<br>(central) | Sunpin Solar Development LLC a/k/a Sunpin Solar LLC<br>[Rec.Doc. 18510]<br><br>Amended Notice<br>[Rec.Doc. 18656] | Freed, Kanner, London & Millen LLC<br>2201 Waukegan Road<br>Suite 130<br>Bannockburn, IL 60015<br>224-632-4500 | March 23, 2015<br><br>April 14, 2015 | Objections served 4/6/15 (not on docket)<br><br>Sent to Freed 4/7/15<br><br><br>Order granting expedited discovery |

| | | | Michael J. Freed<br>mfreed@fklmlaw.com | | [Rec.Doc. 18535]<br><br>Matt spoke to counsel on 4/9/15 for Sunpin, Michael C. Jimenez and Tom Rosenberg at RK Legal, Inc., 312-368-8700, and they advised that they will agree to produce documents no later than Monday, April 13th.  They also agreed to push the deposition to later in the week, April 17, 2015.  However, they advised that they would like to explore the possibility of providing an affidavit in lieu of a deposition.<br><br>During the deposition it was revealed that Sunpin does have email correspondences that were not produced.  A motion to compel will need to be prepared to obtain copies of these email correspondences.  Also during the deposition it was revealed that there was an additional wire transfer and that the record of this transfer was not produced.  Counsel for Sunpin has agreed to provide a copy of this record of transfer.<br><br>Order re: motion to compel [Rec.Doc. 18926], Matt forwarded to Brian Hennelly |
| 5. | November 3, 2015<br>8:00 a.m.-6:00 p.m.<br>(Central) | CNBM (USA) Corp.<br>[Rec.Doc. 18513]<br><br>Amended Notice [Rec.Doc. 18646]<br><br>Supplemental Notice | Gordon Arata<br>201 St. Charles Ave.<br>40th Floor<br>New Orleans, LA | | *Original notice date was April 9, 2015 at 9:00 a.m. (pacific) [Rec.Doc. 18377]<br><br>Responses and Objections served April 7, 2015 (not on docket) |

| | | [Rec.Doc. 18796]<br><br>Amended and Supplemental [Rec.Doc. 19326]<br><br>Notice of Postponement [Rec.Doc. 19423]<br><br>Amended and Supplemental [Rec.Doc. 19452[<br><br>Notice of Change of Time [Rec.Doc. 19603] | | | Sent email to Girardi advising them that the deposition has been moved.<br><br>Objections to Supplemental Notices filed on May 4, 2015 [Rec.Doc. 18807] |
|---|---|---|---|---|---|
| 6. | October 27, 2015 9:00 a.m. (Central) | United Suntech Craft, Inc. [Rec.Doc. 18514]<br><br>Supplemental Notice [Rec.Doc. 18795]<br><br>Amended and Supplemental [Rec.Doc. 19327]<br><br>Notice of Postponement [Rec.Doc. 19424]<br><br>Amended and Supplemental [Rec.Doc. 19454] | Gordon Arata 201 St. Charles Ave. 40th Floor New Orleans, LA | March 26, 2015 | *Original notice date was April 10, 2015 9:00 a.. (pacific)[Rec.Doc. 18379]<br><br>Objections to Supplemental Notices filed on May 4, 2015 [Rec.Doc. 18807] |
| 7. | ~~April 16, 2015 10:00 a.m.~~ | New Jersey Institute of Technology [Rec.Doc. 18516] | Seeger Weiss, LLP 550 Broad Street Suite 920 | March 25, 2015 | Order granting expedited discovery [Rec.Doc. 18523] |

| | **AMENDED**<br>**April 22, 2015**<br>**10:30 a.m.**<br>**(Eastern)** | Amended Notice<br>[Rec.Doc. 18633] | Newark, NJ 07102<br>973-639-9100<br><br>**AMENDED:**<br><br>**Potters & Della Pietra LLP**<br>**100 Passaic Avenue**<br>**Fairfield, NJ 07004**<br>**973-575-5240** | | |

| 8. | ~~April 14, 2015 10:00 a.m. (eastern)~~

AMENDED:
April 23, 2015
10:00 a.m. (Eastern)
[Rec.Doc. 18632

NOTICE OF POSTPONEMENT
[Rec.Doc. 18720] | International Business Machines Corporation ("IBM")
[Rec.Doc. 18545]

Notice of Postponement
[Rec.Doc. 18720] | Seeger Weiss
77Water Street
New York, NY 10005
212-584-0700
Samantha (contact)
sperovich@seegerweiss.com | March 31, 2015 | Order granting expedited discovery
[Rec.Doc. 18570]

Counsel agreed to accept service of the Amended Notice and Subpoena.  Logan Breed and Meghan Rissmiller at Hogan Lovells.
logan.breed@hoganlovells.com
meghan.rissmiller@hoganlovells.com

Sent email to Seeger Weiss 4/9/15

Likely to be postponed

Matt sent email to Seeger Weiss about postponement 4/20/15.

Matt sent email to counsel for IBM re: postponement.

Counsel for IBM has agreed to produce a declaration demonstrating that there were no business activities in the United States involving IBM and the Chinese defendants/affiliates.  Matt will follow up with them following his April 20, 2015 correspondence with counsel. |
|---|---|---|---|---|---|

| 9. | April 24, 2015 9:00 a.m. (Pacific)<br><br>**AMENDED NOTICE [Rec.Doc. 18740]**<br><br>**May 18, 2015 9:00 (a.m.) (Pacific)** | Steven J Zika [Rec.Doc. 18664]<br><br>Notice of Postponement [Rec.Doc. 18732]<br><br>**AMENDED NOTICE [Rec.Doc. 18740** | Tonkon Torp, LLP 1600 Pioneer Tower 888 SW Fifth Avenue Portland, OR 97204 503-221-1440<br><br>**NEW LOCATION**<br><br>**Stoel Rivers, LLP 900 SW Fifth Ave. Portland, OR 97204 503-294-9828** | April 28, 2015 | Order granting expedited discovery [Rec.Doc. 18756] |
| --- | --- | --- | --- | --- | --- |
| 10. | April 24, 2015 1:00 p.m. (Pacific)<br><br>**AMENDED NOTICE [Rec.Doc. 18738]**<br><br>**May 18, 2015 1:00 (p.m.) (Pacific)** | Hampton Affiliates [Rec.Doc. 18661]<br><br>Notice of Postponement [Rec.Doc. 18730] | Tonkon Torp, LLP 1600 Pioneer Tower 888 SW Fifth Avenue Portland, OR 97204 503-221-1440<br><br>**NEW LOCATION**<br><br>**Stoel Rivers, LLP 900 SW Fifth Ave. Portland, OR 97204 503-294-9828** | April 20, 2015<br><br>April 28, 2015 | Order granting expedited discovery [Rec.Doc. 18756] |

| 11. | April 24, 2015<br>3:30 p.m.<br>(Pacific)<br><br>**AMENDED<br>NOTICE<br>[Rec.Doc. 18739]**<br><br>**May 18, 2015<br>3:30 (p.m.)<br>(Pacific** | Hampton Investment Company<br>[Rec.Doc. 18666]<br><br>Notice of Postponement<br>[Rec.Doc. 18731]<br><br>Amended Notice<br>[Rec.doc. 18739] | Tonkon Torp, LLP<br>1600 Pioneer Tower<br>888 SW Fifth Avenue<br>Portland, OR 97204<br>503-221-1440<br><br>**NEW LOCATION**<br><br>**Stoel Rivers, LLP<br>900 SW Fifth Ave.<br>Portland, OR 97204<br>503-294-9828** | April 20, 2015<br><br>April 28, 2015 | Order granting expedited discovery<br>[Rec.Doc. 18756]<br><br>Objections dated May 11, 2015 (not on docket) |
| --- | --- | --- | --- | --- | --- |
| 12. | May 6, 2015<br>10:00 a.m.<br>(Eastern)<br><br>AMENDED<br>May 13, 2015<br>10:00 a.m.<br>(Eastern) | Hull Forest Products, Inc.<br>[Rec.Doc. 18746]<br><br>Amended Notice<br>[Rec.Doc. 18830] | Koskoff, Koskoff & Bieder PC<br>350 Fairfield Avenue<br>5th Floor<br>Bridgeport, CT 06510<br>203-583-8634<br><br>**NEW LOCATION**<br><br>**Comfort Inn & Suites<br>16 Tracy Road<br>Dayville, CT 06241<br>860-779-3200** | April 28, 2015 | MG spoke to Brian Mead (844-921-2411)who represented Hull.  He is willing to proceed to deposition subject to date changes/location.<br><br>Order granting expedited discovery<br>[Rec.Doc. 18756]<br><br>Matt spoke to Brian Mead on May 1, 2105 and agreed to move the deposition date to May 25, 2015.  We will do an amended deposition notice next week which Brian has agreed to accept.  The location of the deposition will also be changing.<br><br>Sent Amended Notice to Mead for service. |

| 13. | May 7, 2015<br>10:00 a.m.<br>(Eastern)<br><br>NOTICE OF POSTPONEMENT<br><br>May 28, 2015<br>1:30 p.m.<br>(Eastern) | Baillie Lumber Co.<br>[Rec.Doc. 18745]<br><br>Notice of Postponement<br>[Rec.Doc. 18823]<br><br>Amended Notice<br>[Rec.Doc. 18979] | Richard J. Lippes & Assocs.<br>1109 Delaware Avenue<br>Buffalo, NY 14209<br>716-884-4800<br><br>**NEW LOCATION:**<br>**Hodgson Russ LLP**<br>The Guaranty Building<br>140 Pearl Street<br>Suite 100<br>Buffalo, NY 14202<br>716-848-1495 | April 29, 2015 | Order granting expedited discovery<br>[Rec.Doc. 18756] |
| --- | --- | --- | --- | --- | --- |
| 14. | May 13, 2015<br>10:00 a.m.<br>(Pacific)<br><br>NOTICE OF POSTPONEMENT<br><br>AMENDED<br><br>May 21, 2015<br>11:00 a.m.<br>(Pacific) | WH International, Inc.<br>[Rec.Doc. 18748]<br><br>Notice of Postponement<br>[Rec.Doc. 18891]<br><br>Amended Notice<br>[Rec.Doc 18920] | Keller Rohrback<br>1201 3rd Avenue<br>Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br>Darla<br>dmarshall@kellerrohrback.com | May 8, 2015<br><br>May 18, 2015 | Order granting expedited discovery<br>[Rec.Doc. 18756]<br><br>MH confirmed with Keller Rohrback the change of date on May 13, 2015<br><br>MG forwarded the amended deposition notice to Mario Bianchi who agreed to accept service of same. |

| 15. | May 13, 2015 2:00 p.m. (Pacific) NOTICE OF POSTPONEMENT AMENDED May 21, 2015 3:00 p.m. (Pacific) | Western Wood Lumber Co. [Rec.Doc. 18747] Notice of Postponement [Rec.Doc. 18892] Amended Notice [Rec.Doc. 18928] | Keller Rohrback 1201 3rd Avenue Suite 3200 Seattle, WA 98101 206-623-1900 Darla dmarshall@kellerrohrback.com | May 5, 2015 | Order granting expedited discovery [Rec.Doc. 18756] |
| --- | --- | --- | --- | --- | --- |
| 16. | May 15, 2015 10:00 a.m. (Central) CANCELLED | BNK International LLC [Rec.Doc. 18728] Notice of Cancellation [Rec.Doc. 18810] | Slack & Davis 2705 Bee Cave Road Suite 220 Austin, TX 78746 512-795-8686 | April 25, 2015 | Order granting expedited discovery [Rec.Doc. 18781] Matt had a telephone call with Mr. Ruggero (512-473-8676) counsel for BNK on 4/30/15.  Counsel indicated that BNK is definitely willing to help us in light of the history of the proceedings involving BNK and CNBMI.  Mr. Ruggero did indicate that he will need to reschedule deposition since he is lecturing at a CLE on the 15th. |

| 17. | May 15, 2015<br>1:00 p.m.<br>(Central)<br><br>AMENDED<br>May 20, 2015<br>10:00 a.m.<br>(Central) | Jeffrey J. Chang<br>[Rec.Doc. 18727]<br><br>Amended Notice<br>[Rec.Doc. 18813] | Slack & Davis<br>2705 Bee Cave Road<br>Suite 220<br>Austin, TX 78746<br>512-795-8686<br><br>**NEW LOCATION**<br>**Ruggero Law Firm PC**<br>**1411 West Ave., Ste. 200**<br>**Austin, Texas 78701**<br>**512-473-8676** | April 25, 2015 | Order granting expedited discovery<br>[Rec.Doc. 18781]<br><br>Matt had a telephone call with Mr. Ruggero (512-473-8676) counsel for Mr. Chang on 4/30/15. Counsel indicated that Mr. Chang is definitely willing to help us in light of the history of the proceedings involving Mr. Chang and CNBMI. Mr. Ruggero did indicate that he will need to reschedule deposition since he is lecturing at a CLE on the 15th.<br><br>Matt and Bruce spoke with Peter Ruggero and are tentatively planning to move the deposition to May 20, 2015.  The deposition will be noticed for Peter's office and the notice will only involve Chang as a former officer and sole shareholder of BNK.<br><br>On May 1, 2015 Matt advised Slack & Davis that we no longer need their offices for deposition. |
| 18. | November 13, 2015<br>9:00 a.m.<br>(Eastern) | Morgan Stanley<br>[Rec.Doc. 18767]<br><br>Amended Notice<br>[Rec.Doc. 18802]<br><br>Notice of Continuation<br>[Rec.Doc. 18942]<br><br>Second Amended[Rec.Doc. 18952] | Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | April 30, 2015<br><br>May 5, 2015 | Counsel for Morgan Stanley filed an objection to our motion to expedited [Rec.Doc. 18787].  We filed a reply brief on 5/1/15 [Rec.Doc. 18803]. Bruce Steckler and Matt will have a meet and confer with Morgan Stanley on Monday, May 4, 2015.<br><br>Objection Second Amended Notice of Deposition filed June 4, 2015 [Rec.Doc. 19073] |

| | | | | | |
|---|---|---|---|---|---|
| | | Notice of Date and Location [Rec.Doc. 19675] | | | |

| | | | | | |
|---|---|---|---|---|---|
| 19. | October 9, 2015<br>8:30 a.m.<br>(Central) | JP Morgan Chase & Co.<br>[Rec.Doc. 18766]<br><br>Amended Notice<br>[Rec.Doc. 18801]<br><br>Notice of Continuation<br>[Rec.Doc. 18941]<br><br>Second Amended<br>[Rec.Doc. 18951]<br><br>Notice of Deposition<br>[Rec.Doc. 19560] | Herman, Herman & Katz<br>820 O'Keefe Avenue<br>New Orleans, LA<br>(504) 581-4892 | April 30, 2015<br><br>May 5, 2015<br><br>May 28, 2015 | Counsel for JP Morgan filed an objection to our motion to expedited [Rec.Doc. 18780]. We filed a reply brief on 5/1/15 [Rec.Doc. 18803]. Bruce Steckler and Matt are trying to set up a meet and confer.<br><br>Objections filed 5/14/15 [Rec.Doc. 18933] |
| 20. | August 4, 2015<br>9:00 a.m.<br>(Western) | Great Western Building Materials<br>[Rec.Doc. 18827]<br><br>Notice of Postponement<br>[Rec.Doc. 18893]<br><br>Amended Notice<br>[Rec.Doc. 19331] | Ferguson Case Orr Paterson<br>1050 South Kimball Road<br>Ventura, CA 93004<br>(805) 659-6800 | May 8, 2015 | Order granting expedited discovery [Rec.Doc. 18901], sent to deponent 5/12/15 |
| 21. | May 15, 2015<br>9:00 a.m.<br>(Western)<br><br>NOTICE OF POSTPONEMENT | Baoan International Investment Co., Ltd.<br>[Rec.Doc. 18824]<br><br>Notice of Postponement<br>[Rec.Doc. 18894] | Girardi/Keese Law Firm<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017<br>(213) 977-0211 | May 22, 2015 | Order granting expedited discovery [Rec.Doc. 18901], sent to deponent 5/12/15 |
| 22. | May 18, 2015<br>1:00 p.m. | EAC & Son's Corporation<br>[Rec.Doc. 18826] | Hilton Hotel<br>6001 Destination Parkway | May 8, 2015 | Order granting expedited discovery [Rec.Doc. 18901], sent to deponent 5/12/15 |

| | | | | |
|---|---|---|---|---|
| | (Eastern) | Call-in Change<br>[Rec.Doc. 18940] | Orlando, FL 32819<br>(844) 517-7425 | | |
| 23. | May 19, 2105<br>10:00 a.m.<br>(Eastern) | Davis Construction Supply, LLC<br>[Rec.Doc. 18825] | Hilton Hotel<br>1714 SW 34th Street<br>Gainesville, FL 32607<br>(352) 371-3600 | May 8, 2015 | Order granting expedited discovery<br>[Rec.Doc. 18901], sent to deponent 5/12/15 |
| 24. | July 27, 2015<br>10:00 a.m.<br>(Eastern) | Triorient Trading, Inc.<br>[Rec.Doc. 18828]<br><br>Notice of Postponement<br>[Rec.Doc. 18932]<br><br>Amended Notice<br>[Rec.Doc. 18997]<br><br>Notice of Continuation<br>[Rec.Doc. 19031]<br><br>Notice of New Date<br>[rec.Doc. 19313] | Lennon Murphy & Phillips LCC<br>2425 Post Road<br>Suite 302<br>Southport, Connecticut | May 28, 2015 | Order granting expedited discovery<br>[Rec.Doc. 18901], sent to deponent 5/12/15 |
| 25. | May 22, 2015<br>9:00 a.m.<br>(Central) | David A. Pogorilich<br>Navigant Consulting,Inc.<br>[Rec.Doc. 18917] | Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>404-881-7000 | | Objections by Taishan filed 5/18/15 [Rec.Doc. 18949] |
| 26. | May 22, 2015<br>9:00 a.m.<br>(Central)<br><br>May 21, 2015 | M. Laurentius Marais<br>[Rec.Doc. 18916]<br><br>Amended Notice<br>[Rec.Doc. 18945] | Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000 | | Objections by Taishan filed 5/18/15 [Rec.Doc. 18950]; BNBM Joinder filed 5/18/15 [Rec.Doc. 18953] |

| | | | | |
|---|---|---|---|---|
| | 1:30 p.m. (Central) | | | |
| 27. | TBD | Wang Bing (BNBM & CNBM) [Rec.Doc. 18502] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena |
| 28. | November 12-14, 2015 7:30 a.m. Eastern | Peng Wenlong (Taishan's Chief of Foreign Trade Department) [Rec.Doc. 18502]<br><br>Notice of Depsoition [Rec.Doc. 19637]<br><br>Re-Notice of Deposition [Rec.Doc. 19677] | Alston & Bird 90 Park Avenue New York, NY | No subpoena |
| 29. | TBD | Chang Zhangli (BNBM & CNBM) [Rec.Doc. 18502] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena |
| 30. | TBD | Chungang Dong (foreign attorney at Jingtian & Gongcheng) [Rec.Doc. 18502] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena |
| 31. | TBD | Cui Xingtai (Director of CNBM Co. Ltd.) [Rec.Doc. 18502]<br><br>Notice of Deposition [Rec.Doc. 19391] | Gordon, Arata 201 St. Charles Ave. 40th Floor New Orleans, LA | No subpoena |

| | | Notice of Cancellation [Rec.Doc. 19602] | | | |
|---|---|---|---|---|---|
| 32. | TBD | JinYu Hu (BNBM & CNBM) [Rec.Doc. 18502] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena | |
| 33. | TBD | Song Xhiping a/k/a Sonz Zhiping (CNBM and CNBM Group) [Rec.Doc. 18502] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena | |
| 34. | TBD | Cao Jianglin (BNBM, BNBM Group, CNBM & CNBM Group) [Rec.Doc. 18502] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena | |
| 35. | September 16, 2015 9:00 a.m. (Central) | Peng Shou (Vice President and Executive Director of CNBM Co., Ltd.)[Rec.Doc. 18502] Notice of Deposition [Rec.Doc. 19322] Notice of New Date [Rec.Doc. 19388] | Orrick Herrington & Sutcliffe LLP Gloucester Tower The Landmark 15 Queen's Road Central 43rd Floor Hong Kong | No subpoena | |
| 36. | September 18, 2015 10:00-6:00 | Jia Tongchun (chairman of Taishan) [Rec.Doc. 18502] Notice of Deposition [Rec.Doc. 19379] | Orrick Herrington & Sutcliffe LLP Gloucester Tower The Landmark 15 Queen's Road Central 43rd Floor | No subpoena | |

| | | Notice New Date [Rec.Doc. 19384]<br><br>New Time [Rec.Doc. 19495] | Hong Kong | | |
|---|---|---|---|---|---|
| 37. | TBD | Tai'an Taishan Plasterboard Co., Ltd. ("TPP") [Rec.Doc. 18501]<br><br>Amended Notice [Rec.Doc. 18641]<br><br>Supplemental Notice [Rec.Doc. 18791]<br><br>Amended and Supplemental [Rec.Doc. 18978] | New Orleans, LA | No subpoena required | Objections to Supplemental Notices filed on May 4, 2015 [Rec.Doc. 18814] |
| 38. | TBD | Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. [Rec.Doc. 18500]<br><br>Amended Notice [Rec.Doc. 18642]<br><br>Supplemental Notice [Rec.Doc. 18793]<br><br>Amended Supplemental [Rec.Doc. 18977]<br><br>Amended and Supplemental [Rec.Doc. 19007] | Herman, Herman & Katz 820 O'Keefe Avenue New Orleans, LA 70113 | No subpoena required | *Original notice dated was April 6, 2015 at 9:00 a.m. (Central)[Rec.Doc. 18369]<br><br>Objections to Supplemental Notices filed on May 4, 2015 [Rec.Doc. 18814] |

| | | | | |
|---|---|---|---|---|
| | | Notice of Deposition [Rec.Doc. 19330]<br><br>Amended Notice [Rec.Doc. 19380]<br><br>Notice of New Date [Rec.Doc. 19385]<br><br>New Time [Rec.Doc. 19496]<br><br>Notice of Deposition [Rec.Doc. 19643]<br><br>Notice of Postponement [Rec.Doc. 19690] | | | |

| 39. | June 15, 16, 17 18 9:00 a.m. (Central) | Beijing New Building Material (Group) Co. Ltd. [Rec.Doc. 18498]<br><br>Amended Notice [Rec.Doc. 18643]<br><br>Supplemental Notice [Rec.Doc. 18792]<br><br>Amended and Supplemental [Rec.Doc. 18974]<br><br>Amended and Supplemental 19008] | Phelps Dunbar 365 Canal Street Suite 2000 New Orleans, LA | No subpoena required | *Original notice date was April 15, 2015 9:00 a.m. (central)[Rec.Doc. 18458]<br><br>Objections served on 4/9/15 (not on docket)<br><br>Objections to Supplemental Notices filed on May 6, 2015 [Rec.Doc. 18847]<br><br>Objections and responses to Amended and Supplemental [18974] Notices dated June 22, 2015<br><br>Objections and Responses to Amended and Supplemental [19008] Notice dated June 22, 2015 |
| 40. | TBD | China National Building Materials Company Limited [Rec.Doc. 18506]<br><br>Amended Notice [Rec.Doc. 18650]<br><br>Supplemental Notice [Rec.Doc. 18798]<br><br>Amended Supplemental [Rec.Doc. 18975]; Errata [Rec.Doc. 18982]<br><br>Amended and Supplemental [Rec.Doc. 19005]<br><br>Notice of Deposition | Herman, Herman & Katz 820 O'Keefe Avenue New Orleans, LA 70113 | No subpoena required | *Original notice date was for April 14, 2015 9:00 a.m. (central)[Rec.Doc. 18421]<br><br>Responses and Objections served April 7, 2015 (not on docket)<br><br>Objections to Supplemental Notices filed on May 4, 2015 [Rec.Doc. 18807]<br><br>Objections and Responses to Supplemental Deposition Notices dated June 22, 2015 [Rec.Doc. 19187] |

| | | [Rec.Doc. 19645]<br><br>Notice of Postponement<br>[Rec.Doc. 19691] | | | |

| 41. | November 4-5, 2015<br>9:00 a.m.<br>(Central) | China National Building Materials Import and Export Corporation [Rec.Doc. 18503]<br><br>Amended Notice [Rec.Doc. 18651]<br><br>Supplemental Notice [Rec.Doc. 18800]<br><br>Amended and Supplemental [Rec.Doc. 19325]<br><br>Amended and Supplemental [Rec.Doc. 19455]<br><br>Notice New Date [Rec.Doc. 19604] | Gordon Arata<br>201 St. Charles Ave.<br>40th Floor<br>New Orleans, LA | No subpoena required | *Original notice date was for April 17, 2015 at 9:00 a.m. (central) [Rec.Doc. 18460]<br><br>Responses and Objections served April 7, 2015 (not on docket)<br><br>Objections to Supplemental Notices filed on May 4, 2015 [Rec.Doc. 18807] |
| 42. | October 28, 2015<br>9:00 a.m.<br>(Central) | CNBM Forest Products (Canada) Ltd.<br>[Rec. Doc. 18505]<br><br>Amended Notice [Rec.Doc. 18645]<br><br>Supplemental Notice [Rec.Doc. 18797]<br><br>Amended and Supplemental [Rec.doc. 19324]<br><br>Amended and Supplemental [Rec.Doc. 19453] | Gordon Arata<br>201 St. Charles Ave.<br>40th Floor<br>New Orleans, LA | No subpoena required | *Original notice date was for April 16, 2015 at 9:00 a.m. (central) [Rec.Doc. 18459]<br><br>Responses and Objections served April 7, 2015 (not on docket)<br><br>Objections to Supplemental Notices filed on May 4, 2015 [Rec.Doc. 18807] |

| 43. | TBD | Beijing New Building Materials Public Limited Co. [Rec.Doc. 18499]<br><br>Amended Notice [Rec.Doc. 18644]<br><br>Supplemental Notice [Rec.Doc. 18794]<br><br>Amended and Supplemental [Rec.Doc. 18973]<br><br>6/19/15 Amended and Supplemental [Rec.Doc. 19167<br><br>Notice of Deposition [Rec.Doc. 19644]<br><br>Notice of Postponement [Rec.Doc. 19692] | Herman, Herman & Katz 820 O'Keefe Avenue New Orleans, LA 70113 | No subpoena required | *Original notice date was April 7, 2015 at 9:00 a.m. (central)[Rec.Doc. 18368]<br><br>Objections served on April 9, 2015 (not on docket)<br><br>Objections to Supplemental Notices filed on May 6, 2015 [Rec.Doc. 18847]<br><br>Objections and responses to Amended and Supplemental [18973] Notices dated June 22, 2015<br><br>Objections and Responses to Amended and Supplemental [19009] Notice dated June 22, 2015 |
| 44. | June 15, 16, 17, 18 9:00 a.m. (Central) | China National Building Materials Group Corporation [Rec.Doc. 18504]<br><br>Amended Notice [Rec.Doc. 18649]<br><br>Supplemental Notice [Rec.Doc. 18799]<br><br>Amended and Supplemental | Gordon Arata 201 St. Charles Ave. 40th Floor New Orleans, LA | No subpoena required | *Original notice date was for April 13, 2015 9:00 a.m. (Central)[Rec.Doc. 18420]<br><br>Responses and Objections served April 7, 2015 (not on docket)<br><br>Objections to Supplemental Notices filed on May 4, 2015 [Rec.Doc. 18807]<br><br>Objections and Responses to Supplemental |

| | | | | | |
|---|---|---|---|---|---|
| | | [Rec.Doc. 18976]<br><br>Amended and Supplemental [Rec.Doc. 19006] | | | Deposition Notices dated June 22, 2015 [Rec.Doc. 19187] |
| 45. | August 19, 2015 10:00 a.m. (pacific) | PABCO Building Products LLC (d/b/a Pabco Gypsum) [Rec.Doc. 19285]<br><br>Notice of Continuance [Rec.Doc. 19332]<br><br>Notice of New Date and Location [Rec.Doc. 19352] | Wagner, Kirkman, Blaine, Klomparens & Youmans 10640 Mather Blvd. Suite 200 Mather CA 95655 (916) 920-5286 | July 15, 2015 | PSC Motion expedite [Rec.Doc. 19287]<br><br>Order granting Motion to Expedite [Rec.Doc. 19320]<br><br>Matt spoke to Carl Blaine 916-920-5286 on July 20, 2015 who represents Pabco and he stated he will be getting back to Matt with more information. |

| 46. | September 4, 2015 10:00 a.m. (Central) | Stepan Company [Rec.Doc. 19286] Notice of Continuation [Rec.Doc. 19337] Notice of New Date and Location [Rec.Doc. 19383] | Barnes & Thornburg, LLP One North Wacker Drive Suite 4400 Chicago, IL 60606 312-214-5608 | July 15, 2015 | PSC Motion expedite [Rec.Doc. 19287] Order granting Motion to Expedite [Rec.Doc. 19320] |
|---|---|---|---|---|---|
| 47. | August 4, 2015 August 5, 2015 9:00 a.m. (Central) | Cao Jianglin (General Manager & Director of CNBM Group, Chairman of Supervisory Committee of BNBM Group, President and Executive Director CNBM Co., Ltd., Chairman of the supervisory Committee of BNBM PLC) [Rec.Doc. 19247] | Gordon Arata 201 St. Charles Ave., 40th Fl. New Orleans, LA | | |
| 48. | August 25, 2015 August 26, 2015 August 27, 2015 9:00 a.m. (Central) | Wang Bing (Chairman & Director of BNBMPLC, Director of Taishan Gypsum, vice President of CNBM Co., Ltd.) [Rec.Doc. 19248] | Phelps Dunbar 365 Canal Street Suite 2000 New Orleans, LA | | |
| 49. | September 14, 2015 September 15, 2015 9:00 a.m. | Song Zhiping (Chairman of CNBM Group, Chairman of BNBM Group, Chairman of CNBM Co., Ltd.) [Rec.Doc. 19249] Amended Notice [Rec.Doc. 19378] | Orrick Herrington & Sutcliffe LLP Gloucester Tower The Landmark 15 Queen's Road Central 43rd Floor Hong Kong | | |

| 50. | November 17-18, 2015 9:00 a.m. (Pacific) | Jushi USA Fiberglass Co., Ltd. [Rec.Doc. 19077]<br><br>Notice of Continuation [Rec.Doc. 19229]<br><br>Re-Notice [Rec.Doc. 19514]<br><br>Notice of Continuation [Rec.Doc. 19545]<br><br>Re-Notice Deposition [Rec.Doc. 19605] | Pillsbury, Winthrop, Shaw Pittman LLP 725 South Figueroa Street Suite 2800 Los Angels, CA 90017 (213) 488-7100 | June 10, 2015 | Order granting expedited discovery [Rec.Doc. 19100] |
| 51. | TBD | China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd) [Rec.Doc. 19104]<br><br>Notice of Continuation [Rec.Doc. 19228] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 (504) 581-4892 | | |
| 52. | TBD | Jushi Group, Co., Ltd. [Rec.Doc. 19103]<br><br>Notice of Continuation [Rec.Doc. 19227] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 (504) 581-4892 | | |
| 53. | December 7, 2015 8:00 a.m. | Jinyu Hu (General Manager of the Audit Department of CNBM Co., Ltd., Supervisor of BNBM PLC, and VP and Financial Director of North Cement Co. Ltd.)[Rec.Doc. 19377] | Orrick, Herrington & Sutcliffe The Orrick Building 405 Howard Street San Francisco, CA 94105 | | |

| | | Notice of Postponement [Rec.Doc. 19561] | | |
|---|---|---|---|---|
| 54. | January 15, 2016 9:00 a.m. (Eastern) | Jeffrey N. Gordon (BNBM PLC expert) [Rec.Doc. 19750] <br><br> Notice of New Location [Rec.Doc. 19872] <br><br> Notice of New Time [Rec.Doc. 19940] | Dentons US LLP 1221 Avenue of the Americas New York, NY 10020 (212) 768-6700 | |
| 55. | December 17, 2015 10:00 a.m. (Pacific) | Bruce F. Deal (managing principal with the Analysis Group of Menlo Park) [Rec.Doc. 19749] <br><br> Notice of New Location [Rec.Doc. 19871] | Dentons US LLP 525 Market Street 26th Floor San Francisco, CA 94105 (415) 882-5000 | |
| 56. | ~~April 10, 2015 2:00 p.m. (pacific)~~ <br><br> ~~**DATE CHANGE: April 9, 2015 10:00 a.m. [Rec.Doc. 18540]**~~ <br><br> ~~NOTICE OF CANCELLATION [Rec.Doc. 18621]~~ | ~~Westerlund Log Handlers, LLC [Rec.Doc. 18525]Tonkon Torp LLP 1600 Pioneer Tower 888 SW Fifth Avenue Portland, Oregon 97204 503-802-2024~~ | ~~March 26, 2015Order granting expedited discovery [Rec.Doc. 18535]~~ <br><br> ~~Notice of Cancellation [Rec.Doc. 18621]~~ | |

| 57. | April 10, 2015 9:00 a.m. (pacific) NOTICE OF CANCELLATION [Rec.Doc. 18622] | Murphy Overseas USA Astoria Forest Products, LLC [Rec.Doc. 18527] | Esler, Stephens & Buckley, LLP 121 SW Morrison Street Suite 700 Portland, Oregon 97204 503-223-1510 | March 26, 2015 | Order granting expedited discovery [Rec.Doc. 18535] Notice of Cancellation [Rec.Doc. 18622] |