**Partial Translation of CBMIE00036914-36918**

**CBMIE00036914**

Message

---

From: Jackie.Wang [Jackie.Wang@cbmie.com]

Sent: September 9th, 2014          04:01:23

To: haz [haz@cbmie.com]; Yingqun Zhu [macy.zhu@cbmie.com]; wsh [wsh@cbmie.com]

Subject: Re: Re: China trip

Attachments: 1529_1529_Untitled.jpg; 1529-1529_titled (09-09-11-12-36).jpg; image001(09-02-1(09-09-11-12-36).jpg; image002(09-02-1(09-09-11-12-36).jpg


Chief Huang and Chief Wu:

After Murphy took the initiative to schedule a meeting with us in China last time, I asked what they wanted to discuss here, and they replied as follows:

- Recap of vessel which is currently being loaded (Chinese translation)
- Look at the current situation in light of the August legal proceedings. (Chinese translation)
- Discuss the future of the wood still left at Astoria (Chinese translation)
- While in Portland you and Mr. Kao made the point that CNBM is a "better" customer for Astoria Forest Products, because of your size and market strength. Since we are in China to try and understand the Chinese wood market better, we hope to get a clearer understanding of the advantages which CNBM can bring to a business relationship. (Chinese translation)

> **CONTEMPT**
> **Exhibit 86**

**FP: Exhibit 422**

Meanwhile, our US lawyer has received a call form Murphy's lawyer, saying that Murphy hoped to learn about CNBM's equipment disposal plan in order to see whether they needed to purchase new equipment or to buy directly from CNBM.

Currently, both parties want to see where we will go next; also when we were in court, they kept asking us how to deal with the equipment. In the last email, I reported to you the bargaining power that each of the two parties have now. The nature of the situation is that, **Murphy has the lease agreement (it is up to the federal court to decided whether it is legitimate) but he does not have key equipment; we have key equipment, but we do not have the lease agreement.** From this aspect, it is less difficult, or less costly, for them to buy the key equipment on the market than for us to get the lease agreement from the port. We now have the following options:

I. Sell the equipment to Murphy at a price higher than/ equal to the appraised value. – This should not be the ideal scenario, but it depends on the future situation to decide whether to adopt this plan;

II. We still keep the equipment, cooperate with Murphy under certain agreement, and we ship goods from Astoria as usual. – This result seems to be reasonable, but the question here is that we basically have a general consensus **that Murphy is not a business partner who we can trust**.

III. There is another berth and container yard (currently runs wood sheet business) near Astoria; we put our equipment there and develop a new export supply chain. – This plan takes longer time and needs some initial investment, but maybe we can develop wood sheet  business.

IV. Strongly push forward the litigation, and establish in the federal court that Murphy has disturbed our business operation. – The return of this plan is as high as its risk. The ruling of the district court this time can provide certain support to the federal court.

V. We do not exclude the possibility to align WLH to fight against Murphy. But this plan will sacrifice part of the debts that they owe us.

The above several options all have their advantages and disadvantages. We will choose the most beneficial plan for us depending on how the things go.

The above information is reported to you for your information.

…………………………………………………………………

Jackie Wang (Jianwei Wang)

Executive Director

**CBMIE00036915**

CNBM Forest Products Ltd

Address: 15F. No.321 Sichuan(C) Road, Shanghai, China

Tel: 0086 21 63230088 ext.888

Fax: 0086 21 63230328

Website: http://www.cnbmforstry.com, www.cnbminternational.com

*********************************************************

This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.

*********************************************************

From: haz

Date: September 2nd, 2014        15:08

To: Jackie.wang; Yingqun Zhu; wsh

Subject: Re: China trip

Got it.

Anzhong Huang


From: Jackie.Wang

Sent: Tuesday, September 2nd, 2014    1:49 PM

To: Yingqun Zhu; haz; wsh

Subject: Re: Re: China trip

Leaders,

Please find in the attachment the translation of the court's judgment on the last hearing.

…………………………………………………………………

Jackie Wang (Jianwei Wang)

Executive Director

CNBM Forest Products Ltd

Address: 15F. No.321 Sichuan(C) Road, Shanghai, China

Tel: 0086 21 63230088 ext.888

Fax: 0086 21 63230328

Website: http://www.cnbmforstry.com, www.cnbminternational.com

*******************************************************

This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any

binding contract on behalf of the company without the express written approval of a company director.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

…

Huang Zong, Wu Zong:

Makes us following previous Murphy on own initiative in September meets after
China, I inquired they come to discuss anything, their replies are as follows:
The ship's Situation-look that of vessel which is currently being loaded reviews
install presently at the current situation in light of the August legal
proceedings.
Chatted the current situation according to August legal proceeding's situation.
Behind the future of the wood still left at Astoria discussion processing of
remaining one-fifth cargos.
In Portland you and Mr. Kao made the point that CNBM is a "better" customer for
Astoria Forest Products, because of your size and market strength.
Since we are in China to try and understand the Chinese wood market better, we hope
to get a clearer understanding of the advantages which CNBM can bring to a business
relationship.
Previous time in Portland, you and Gao Zong pointed out that the building materials
is a better partner, mainly because of your scales and marketing abilities. Since
we will arrive at China, we want better understanding China market, we to hope a
clearer understanding, in both sides cooperate the building materials superiority.
At the same time, our American attorneys also receive Attorney Murphy telephone,
said the hope to understand that building materials regarding equipment's handling
plan, by determining them whether needs to acquire the new equipment, or in the
building materials hand purchases directly.
How now the opposite party is probing our next step does, how including at that
time they also repeatedly asked our handling equipment in the court. In my previous
mail has reported the present both sides respective chip with leadership, is Murphy
had the lease (to be legitimate wants federal court to decide), but lacks the key
equipment; We currently have the key equipment, but does not have the lease. From
this angle, he purchases the difficult degrees of these key equipment to obtain the
wharf lease the difficult degree to want slightly compared to us in the market, the
price that or pays will be small. We currently have several options:

First, to be higher than the equipment/was equal to that the estimate value price
sold to Murphy. -- This result should the operation not think, but must look that
the following situation decided whether uses this plan;
Second, equipment we still retained, adopt some agreement way and Murphy cooperate,
we produce goods in Astoria normally. --
This result seems quite reasonable, the question is we have a mutual recognition
basically, Murphy is the partner who cannot be trusted.
Third, is away from nearby Astoria to have other berth and dump site (current
operation wood chip service), we invest the equipment there, develops a new export
supply chain. --
This plan time-consuming relatively for a long time, needs some earlier periods to
invest, but could to develop the wood chip the service.
Fourth, the strong trend advancement lawsuit, in the federal court determined that
Murphy harasses our commercial operation. -- This plan's risk and repayment are
equally high, the ruling of this local court also has certain support function to
the federal court.
Fifth, does not remove unites WLH to resist Murphy, but will also sacrifice the

part they to owe our debt.
Above several option advantages are accompanied by disadvantages, we will determine
according to the development to we relatively advantageous plan.

In order to report the leader to learn about.
Jackie Wang (Wang Jianwei) Executive Director CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088 ext.888
Fax: 0086 21 63230328 Website: http://www.cnbmforestry.com,
www.cnbminternational.com
**************************************************************************
*********************** This email is for the designated recipient(s) only and may
contain privileged or confidential information. If you received it in error, please
notify the sender immediately and delete the original. No employee is authorized to
enter into any binding contract on behalf of the company without the express
written approval of a company director.
**************************************************************************
*********************** From: haz Date: 2014-09-02 15:08 To: Jackie.Wang; Zhu
Yingqun; wsh Subject: Re: China trip receives.
In Huang An

From: Jackie.Wang Sent: Tuesday, September 02, 2014 1:49 PM To: Zhu Yingqun; haz;
wsh Subject: Re: Answered: China trip fellow leaders,

Court's written judgment translator to previous hearing sees the appendix.
Jackie Wang (Wang Jianwei) Executive Director CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088 ext.888
Fax: 0086 21 63230328 Website: http://www.cnbmforestry.com,
www.cnbminternational.com
**************************************************************************
*********************** This email is for the designated recipient(s) only and may
contain privileged or confidential information. If you received it in error, please
notify the sender immediately and delete the original. No employee is authorized to
enter into any binding contract on behalf of the company without the express
written approval of a company director.
**************************************************************************
*********************** Addresser: macyzhu transmission time: 2014-09-01 11:23
addressees: 'Jackie.Wang'; 'Haz'; 'Wsh' subject: Answered: The China trip firm
great my approximate idea is this:
1st, I like letting Murphy come and us to China discussed that (we do not go to the
US), has not thought that they said that China on own initiative. Naturally is
best. This time is a very good opportunity we have the possibility to make a fresh
start.
(1) I hope under the understanding their this visits besides so-called to look at
the market first, but must discuss anything with us. As far as possible let them
say their motives the more better. Like this we may prepare ahead of time.
(2) possibly has two situations: One kind of solution existing case disputes and
our unsold stocks, other did not discuss. Other one kind after solution existing
case and unsold stock, discussed the cooperation with us.
Comes to China to look from them positively that the latter possibility is bigger.

But I hope that they can acknowledge their expectations on own initiative. Because in this two situations, our dealing plans is different.

Moreover the condition is now advantageous to us, therefore I thought that first do not raise our intention on own initiative, if "they took the 4000MBF goods (market value then approximately 2.8 million dollars) to exchange all equipment to us as well as we abolish this negotiations condition to their indictment".

After all this condition was we have made very big compromise result actually. Moreover now we requested the attorney to suspend the legal movement waiting for our instruction. Therefore the relatively following attorney spends will reduce many.

2nd, we want under rational judgment:

(1) if we do cooperate with Murphy compare cooperate to have the advantage with Westerlund? (E.g. Wersterlund and we have broken off noisily, origin was operation expense has underestimated, proposed that must increase 520,000 to make up for loss again, now after Murphy operates, his cost structure how?)

(2) long-term characteristic how? Can they give us for a long time the stable goods supply?

(3) contract rigorous. Since we have fought, then we cooperates in behind for a long time, how to safeguard our rights (to experience teach).

(4) we must prepare for are unable accidentally with that Murphy cooperates: Under we must study wharf lease contract Macy Zhu Vice President CNBM Forest Products Ltd.

Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088 ext.758 Fax: 0086 21 63215317 Website: www.cnbmforestry.com, www.cnbminternational.com addresser: Jackie.Wang [mailto:Jackie.Wang@cbmie.com] transmission time: Monday, September 01, 2014 10:57 AM addressees: haz; wsh sends duplicate: Zhu Yingqun subject: Fw: China trip Huang Zong, Wu Zong,

Last Friday American Court has made the ruling to our previous hearings, generally speaking is our anticipated results. The following receivership company will enter WLH, carries on the reorganization and estimate value to its property, 45 days later gives a court report. Judge's written judgment turns head we to be the translator to give the leadership again.

The Murphy mail that below just received, the approximate meaning is held responsible us whether in mid-September has free time to meet, their CEO and CFO come to China, wants to find out the market conditions in China. But is very obvious, this mail is not accidental, they made us to meet on own initiative with last Friday's court decision have the direct link, the involvement of receivership company inevitably have the influence to their operations, therefore they possibly came in other words the negotiations. At present both sides respectively hold certain negotiations chip:

Our chips: 1) this ruling means that we had the right to control (Murphy also to buy some equipment to the equipment, but majority original WLH); 2) we in the federal court to the Murphy also indictment, consider them to harass our commercial operation;

Murphy chip: 1) Astoria wharf's lease (, if we only have equipment, does not have wharf unable to operate); 2) our remaining one-fifth cargos must ship out, the loss minimum means continue to match completely the entire cargo according to the current price on market purchase with Murphy.

Before the public hearing, we once tried to negotiate with Murphy, a basic idea was they take the 4000MBF goods (market value then approximately 2.8 million dollars) to exchange all equipment to us as well as we abolishes to their indictment, they at that time did not lose heart, must wait till the public hearing result to come out. Now finally came out, is advantageous to us. Please lead to instruct whether defers to the above this plan to advance.
Ps: In July mediated time their estimate value to the equipment had 1.25 million dollars, we did not agree.

Jackie Wang (Wang Jianwei) Executive Director CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088 ext.888
Fax: 0086 21 63230328 Website: http://www.cnbmforestry.com,
www.cnbminternational.com
*********************************************************************************
*********************** This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.
*********************************************************************************
*********************** From: robert@murphyoverseas.org Date: 2014-09-01 08:05 To: 'Jackie.Wang' Subject: China trip Dear Jackie, It sounds like preparations for the vessel are moving along. I will let you know what I hear as they start loading. Dennis Murphy and I will be making a trip to China in mid-September. We will be in Shanghai a couple of times. If possible we would like to meet with you when we are there. We are trying to get a better idea what is happening in the China market and how to serve our customers better.
Let me know what you think.
Regards, Robert This email is free from viruses and malware because avast! Antivirus protection is active.

X-MSK: HYD=0.580018005 Received: from user-PC (unknown [58.246.145.122]) by mail.cbmie.com (Coremail) with SMTP id AQAAf5D7P+7sfA5UPoEeAA--.25952S2;
        Tue, 09 Sep 2014 12:07: 08 +0800 (CST) Date: Tue, 9 Sep 2014 12:01: 23 +0800 From: Jackie.Wang < Jackie.Wang@cbmie.com > To: haz < haz@cbmie.com >, =? UTF-8? B? 5pyxIOmilue+pA==? = < macy.zhu@cbmie.com >, wsh < wsh@cbmie.com > Subject: Re: Re: China trip References: < 2014090110565263174326@cbmie.com >, <00c401cfc594$228b2610$67a17230$@ zhu@cbmie.com >, < 2014090213492488357477@cbmie.com >, < D93CF89D61154F8A9ECCE000DCF5A345@hazTHINK > X-Priority: 3 X-Has-Attach: no X-Mailer: Foxmail 7, 1, 3, 52[cn] Mime-Version: 1.0 Message-ID: < 2014090912012323006579@cbmie.com > Content-Type: multipart/related;
        boundary="----=_001_NextPart758643646074_=----"
X-CM-TRANSID:AQAAf5D7P+7sfA5UPoEeAA--.25952S2 X-Coremail-Antispam:
1UD129KBjvJXoWxKF1fKr47ZFWUXr47tFW3GFg_yoWfZw1Up3
45tryUtrW7Jw1Uur18Xw1qvr15Jry5Jr17Jw1UJryUXrn8Jw1DJr48JF1UtryUArWxKrn5
Xw1Yvrn5Zr1DWrUanT9S1TB71UUUUUqnTZGkaVYY2UrUUUUjbIjqfuFe4nvWSU5nxnvy2
9KBjgjvFW2y34kArsaya9ayF98Xan8Aw17KF45Aw4fCFWqgFDIcSsGvfJTRUUUbsxFF20E
14v26r1j6r4UM7CY07I20VC2zVCF04k26cxKx2IYs7xG6rWj6s0DM7CIcVAFz4kK6r1j6r
18M28lY4IEw2IIxxk0rwA2z4x0Y4vE2Ix0cI8IcVAFwI0_tr0E3s1l84ACjcxK6xIIjxv2

0xvEc7CjxVAFwI0_Gr1j6F4UJwA2z4x0Y4vEx4A2jsIE14v26rxl6s0DM28EF7xvwVC2z2
80aVCY1x0267AKxVW0oVCq3wAS0I0E0xvYzxvE52x082IY62kv0487M2AExVA0xI801c8C
04v7Mc02F40Eb7x2x7xS6r4j6ryUMc02F40Ew4AK048IF2xKxVW8JVW5JwAqx4xG6xAIxV
CFxsxG0wAqx4xG6I80eVAI3cIFxVC2b4A2awAqx4xG6I8Ex7xG6cxCeVC2j2CE14v26r1D
McIj6xIIjxv20xvE14v26r126r1DMcIj6I8E87Iv67AKxVW8Jr0_Cr1UMcvjeVCFs4IE7x
kEbVWUJVW8JwACjI8F5VA0II8E6IAqYI8I648v4I1lc2xSY4AK67AK6r45MI8I3I0E5I8C
rVAFwI0_JrI_JrWlx2IqxVCjr7xvwVAFwI0_JrI_JrWlx4CE17CEb7AF67AKxVWUXVWUAw
CI42IY6xIIjxv20xvE14v26r1j6r1xMIIF0xvE2Ix0cI8IcVCY1x0267AKxVWUJVW8JwCI
42IY6xAIw20EY4v20xvaj40_WFyUJVCq3wCI42IY6I8E87Iv67AKxVWUJVW8JwCI42IY6I
8E87IV6xkF7I0E14v26r1j6r4UYxBIdaVFxhVjvjDU0xZFpf9x0JU7R67UUUUU= X-CM-SenderInfo:
5mdfyxnhozt0vj6fuz1lhou0bp/

PR_IMPORTANCE: 1 PR_MESSAGE_CLASS: IPM.Note PR_SUBJECT: Re: Re: China trip
PR_CLIENT_SUBMIT_TIME: Tue Sep 09 12:01: 23 CST 2014
PR_SENT_REPRESENTING_SEARCH_KEY: {Data: 27 bytes} PR_RECEIVED_BY_ENTRY_ID: {Data:
56 bytes} PR_RECEIVED_BY_NAME: macyzhu PR_SENT_REPRESENTING_ENTRY_ID: {Data: 102
bytes} PR_SENT_REPRESENTING_NAME: Jackie.Wang PR_RECEIVED_BY_SEARCH_KEY: {Data: 24
bytes} PR_SENT_REPRESENTING_ADDRESS_TYPE: SMTP PR_SENT_REPRESENTING_EMAIL_ADDRESS:
Jackie.Wang@cbmie.com PR_CONVERSATION_TOPIC: Re: China trip PR_CONVERSATION_INDEX:
{Data: 22 bytes} PR_RECEIVED_BY_ADDRESS_TYPE: SMTP PR_RECEIVED_BY_EMAIL_ADDRESS:
macy.zhu@cbmie.com PR_TRANSPORT_MESSAGE_HEADERS: X-MSK: HYD=0.580018005 Received:
from user-PC (unknown [58.246.145.122]) by mail.cbmie.com (Coremail) with SMTP id
AQAAf5D7P+7sfA5UPoEeAA--.25952S2;
        Tue, 09 Sep 2014 12:07: 08 +0800 (CST) Date: Tue, 9 Sep 2014 12:01: 23
+0800 From: Jackie.Wang < Jackie.Wang@cbmie.com > To: haz < haz@cbmie.com >, =?
UTF-8? B? 5pyxIOmilue+pA==? = < macy.zhu@cbmie.com >, wsh < wsh@cbmie.com >
Subject: Re: China trip References: < 201409011056526317432326@cbmie.com >,
<00c401cfc594$228b2610$67a17230$@ zhu@cbmie.com >, <
201409021349248835747777@cbmie.com >, < D93CF89D61154F8A9ECCE000DCF5A345@hazTHINK >
X-Priority: 3 X-Has-Attach: no X-Mailer: Foxmail 7, 1, 3, 52[cn] Mime-Version: 1.0
Message-ID: < 2014090912012323006579@cbmie.com > Content-Type: multipart/related;
        boundary="----=_001_NextPart758643646074_=----"
X-CM-TRANSID:AQAAf5D7P+7sfA5UPoEeAA--.25952S2 X-Coremail-Antispam:
1UD129KBjvJXoWxKF1fKr47ZfWU3rr47tFW3GFg_yoWfZw1Up3
45tryUtrW7Jw1Uur18Xw1qvr15Jry5Jr17Jw1UJryUXrn8Jw1DJr48JF1UtryUArWxKrn5
Xw1Yvrn5Zr1DWrUanT9S1TB71UUUUUUqnTZGkaVYY2UrUUUUjbIjqfuFe4nvWSU5nxnvy2
9KBjgjvFW2y34kArsaya9ayF98Xan8Aw17KF45Aw4fCFWqgFDIcSsGvfJTRUUUbsxFF20E
14v26r1j6r4UM7CY07I20VC2zVCF04k26cxKx2IYs7xG6rWj6s0DM7CIcVAFz4kK6r1j6r
18M28lY4IEw2IIxxk0rwA2z4x0Y4vE2Ix0cI8IcVAFwI0_tr0E3s1l84ACjcxK6xIIjxv2
0xvEc7CjxVAFwI0_Gr1j6F4UJwA2z4x0Y4vEx4A2jsIE14v26rxl6s0DM28EF7xvwVC2z2
80aVCY1x0267AKxVW0oVCq3wAS0I0E0xvYzxvE52x082IY62kv0487M2AExVA0xI801c8C
04v7Mc02F40Eb7x2x7xS6r4j6ryUMc02F40Ew4AK048IF2xKxVW8JVW5JwAqx4xG6xAIxV
CFxsxG0wAqx4xG6I80eVAI3cIFxVC2b4A2awAqx4xG6I8Ex7xG6cxCeVC2j2CE14v26r1D
McIj6xIIjxv20xvE14v26r126r1DMcIj6I8E87Iv67AKxVW8Jr0_Cr1UMcvjeVCFs4IE7x
kEbVWUJVW8JwACjI8F5VA0II8E6IAqYI8I648v4I1lc2xSY4AK67AK6r45MI8I3I0E5I8C
rVAFwI0_JrI_JrWlx2IqxVCjr7xvwVAFwI0_JrI_JrWlx4CE17CEb7AF67AKxVWUXVWUAw
CI42IY6xIIjxv20xvE14v26r1j6r1xMIIF0xvE2Ix0cI8IcVCY1x0267AKxVWUJVW8JwCI

42IY6xAIw20EY4v20xvaj40_WFyUJVCq3wCI42IY6I8E87Iv67AKxVWUJVW8JwCI42IY6I
8E87Iv6xkF7I0E14v26r1j6r4UYxBIdaVFxhVjvjDU0xZFpf9x0JU7R67UUUUU= X-CM-SenderInfo:
5mdfyxnhozt0vj6fuz1lhou0bp/PR_SENDER_ENTRY_ID: {Data: 102 bytes} PR_SENDER_NAME:
Jackie.Wang PR_SENDER_SEARCH_KEY: {Data: 27 bytes} PR_SENDER_ADDRESS_TYPE: SMTP
PR_SENDER_EMAIL_ADDRESS: Jackie.Wang@cbmie.com PR_DISPLAY_TO: haz; Zhu Yingqun; wsh
PR_MESSAGE_DELIVERY_TIME: Tue Sep 09 12:07: 08 CST 2014 PR_MESSAGE_FLAGS: 65555
PR_MESSAGE_SIZE: 91160 0x0e28: 00000002 _ macy.zhu@cbmie.com _ macy.zhu@cbmie.com
0x0e29: 00000002 _ macy.zhu@cbmie.com _ macy.zhu@cbmie.com PR_BODY: Huang Zong, Wu
Zong:

   Makes us following previous Murphy on own initiative in September meets after
China, I inquired they come to discuss anything, their replies are as follows:

   The ship's Situation-look that of vessel which is currently being loaded
reviews install presently at the current situation in light of the August legal
proceedings. Chatted the current situation according to August legal proceeding's
situation.
   Behind the future of the wood still left at Astoria discussion processing of
remaining one-fifth cargos.
   In Portland you and Mr. Kao made the point that CNBM is a "better" customer for
Astoria Forest Products, because of your size and market strength. Since we are in
China to try and understand the Chinese wood market better, we hope to get a
clearer understanding of the advantages which CNBM can bring to a business
relationship. Previous time in Portland, you and Gao Zong pointed out that the
building materials is a better partner, mainly because of your scales and marketing
abilities. Since we will arrive at China, we want better understanding China
market, we to hope a clearer understanding, in both sides cooperate the building
materials superiority.

   At the same time, our American attorneys also receive Attorney Murphy
telephone, said the hope to understand that building materials regarding
equipment's handling plan, by determining them whether needs to acquire the new
equipment, or in the building materials hand purchases directly.

   How now the opposite party is probing our next step does, how including at that
time they also repeatedly asked our handling equipment in the court. In my previous
mail has reported the present both sides respective chip with leadership, is Murphy
had the lease (to be legitimate wants federal court to decide), but lacks the key
equipment; We currently have the key equipment, but does not have the lease. From
this angle, he purchases the difficult degrees of these key equipment to obtain the
wharf lease the difficult degree to want slightly compared to us in the market, the
price that or pays will be small. We currently have several options:

   First, to be higher than the equipment/was equal to that the estimate value
price sold to Murphy. -- This result should the operation not think, but must look
that the following situation decided whether uses this plan;
   Second, equipment we still retained, adopt some agreement way and Murphy
cooperate, we produce goods in Astoria normally. -- This result seems quite
reasonable, the question is we have a mutual recognition basically, Murphy is the

partner who cannot be trusted.

   Third, is away from nearby Astoria to have other berth and dump site (current
operation wood chip service), we invest the equipment there, develops a new export
supply chain. -- This plan time-consuming relatively for a long time, needs some
earlier periods to invest, but could to develop the wood chip the service.

   Fourth, the strong trend advancement lawsuit, in the federal court determined
that Murphy harasses our commercial operation. -- This plan's risk and repayment
are equally high, the ruling of this local court also has certain support function
to the federal court.

   Fifth, does not remove unites WLH to resist Murphy, but will also sacrifice the
part they to owe our debt.

   Above several option advantages are accompanied by disadvantages, we will
determine according to the development to we relatively advantageous plan.

   In order to report the leader to learn about.


   Jackie Wang (Wang Jianwei) Executive Director

   CNBM Forest Products Ltd.
   Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088
ext.888 Fax: 0086 21 63230328 Website: http://www.cnbmforestry.com,
www.cnbminternational.com


*************************************************************************************
******************* This email is for the designated recipient(s) only and may
contain privileged or confidential information. If you received it in error, please
notify the sender immediately and delete the original. No employee is authorized to
enter into any binding contract on behalf of the company without the express
written approval of a company director.

*************************************************************************************
*********************** From: haz Date: 2014-09-02 15:08 To: Jackie.Wang; Zhu
Yingqun; wsh Subject: Re: China trip receives.


   In Huang An



   From: Jackie.Wang Sent: Tuesday, September 02, 2014 1:49 PM To: Zhu Yingqun;
haz; wsh Subject: Re: Answered: China trip

   Fellow leaders,

Court's written judgment translator to previous hearing sees the appendix.


Jackie Wang (Wang Jianwei) Executive Director

CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088
ext.888 Fax: 0086 21 63230328 Website: http://www.cnbmforestry.com,
www.cnbminternational.com


*********************************************************************************
*********************** This email is for the designated recipient(s) only and may
contain privileged or confidential information. If you received it in error, please
notify the sender immediately and delete the original. No employee is authorized to
enter into any binding contract on behalf of the company without the express
written approval of a company director.

*********************************************************************************
********************** Addresser: macyzhu transmission time: 2014-09-01 11:23
addressees: 'Jackie.Wang'; 'Haz'; 'Wsh' subject: Answered: The China trip firm
great my approximate idea is this:
    1st, I like letting Murphy come and us to China discussed that (we do not go to
the US), has not thought that they said that China on own initiative. Naturally is
best. This time is a very good opportunity we have the possibility to make a fresh
start.
    (1) I hope under the understanding their this visits besides so-called to look
at the market first, but must discuss anything with us.  As far as possible let
them say their motives the more better. Like this we may prepare ahead of time.
    (2) possibly has two situations: One kind of solution existing case disputes
and our unsold stocks, other did not discuss.  Other one kind after solution
existing case and unsold stock, discussed the cooperation with us.  Comes to China
to look from them positively that the latter possibility is bigger. But I hope that
they can acknowledge their expectations on own initiative.  Because in this two
situations, our dealing plans is different. Moreover the condition is now
advantageous to us, therefore I thought that first do not raise our intention on
own initiative, if "they took the 4000MBF goods (market value then approximately
2.8 million dollars) to exchange all equipment to us as well as we abolish this
negotiations condition to their indictment".  After all this condition was we have
made very big compromise result actually.  Moreover now we requested the attorney
to suspend the legal movement waiting for our instruction. Therefore the relatively
following attorney spends will reduce many.
    2nd, we want under rational judgment:
    (1) if we do cooperate with Murphy compare cooperate to have the advantage with
Westerlund? (E.g. Wersterlund and we have broken off noisily, origin was operation
expense has underestimated, proposed that must increase 520,000 to make up for loss
again, now after Murphy operates, his cost structure how?)

(2) long-term characteristic how?  Can they give us for a long time the stable goods supply?

(3) contract rigorous. Since we have fought, then we cooperates in behind for a long time, how to safeguard our rights (to experience teach).

(4) we must prepare for are unable accidentally with that Murphy cooperates: Under we must study wharf lease contract

Macy Zhu Vice President

CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088 ext.758 Fax: 0086 21 63215317 Website: www.cnbmforestry.com, www.cnbminternational.com

Addressers: Jackie.Wang [mailto:Jackie.Wang@cbmie.com] transmission time: Monday, September 01, 2014 10:57 AM addressees: haz; wsh sends duplicate: Zhu Yingqun subject: Fw: China trip

Huang Zong, Wu Zong,

Last Friday American Court has made the ruling to our previous hearings, generally speaking is our anticipated results. The following receivership company will enter WLH, carries on the reorganization and estimate value to its property, 45 days later gives a court report. Judge's written judgment turns head we to be the translator to give the leadership again.

The Murphy mail that below just received, the approximate meaning is held responsible us whether in mid-September has free time to meet, their CEO and CFO come to China, wants to find out the market conditions in China. But is very obvious, this mail is not accidental, they made us to meet on own initiative with last Friday's court decision have the direct link, the involvement of receivership company inevitably have the influence to their operations, therefore they possibly came in other words the negotiations. At present both sides respectively hold certain negotiations chip:

Our chips: 1) this ruling means that we had the right to control (Murphy also to buy some equipment to the equipment, but majority original WLH); 2) we in the federal court to the Murphy also indictment, consider them to harass our commercial operation;
Murphy chip: 1) Astoria wharf's lease (, if we only have equipment, does not have wharf unable to operate); 2) our remaining one-fifth cargos must ship out, the loss minimum means continue to match completely the entire cargo according to the current price on market purchase with Murphy.

Before the public hearing, we once tried to negotiate with Murphy, a basic idea was they take the 4000MBF goods (market value then approximately 2.8 million dollars) to exchange all equipment to us as well as we abolishes to their indictment, they at that time did not lose heart, must wait till the public hearing result to come out. Now finally came out, is advantageous to us. Please lead to

instruct whether defers to the above this plan to advance.

    Ps: In July mediated time their estimate value to the equipment had 1.25 million dollars, we did not agree.



    Jackie Wang (Wang Jianwei) Executive Director

    CNBM Forest Products Ltd.
    Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088 ext.888 Fax: 0086 21 63230328 Website: http://www.cnbmforestry.com, www.cnbminternational.com


    ********************************************************************************
    ************************ This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.

    ********************************************************************************
    ************************ From: robert@murphyoverseas.org Date: 2014-09-01 08:05 To: 'Jackie.Wang' Subject: China trip Dear Jackie, It sounds like preparations for the vessel are moving along.  I will let you know what I hear as they start loading.
    Dennis Murphy and I will be making a trip to China in mid-September.  We will be in Shanghai a couple of times.  If possible we would like to meet with you when we are there.  We are trying to get a better idea what is happening in the China market and how to serve our customers better.
    Let me know what you think.
    Regards, Robert



    This email is free from viruses and malware because avast! Antivirus protection is active.
    PR_BODY_HTML: {Data: 61660 bytes} 0x1035: < 201409091201232300  6579@cbmie.com > 0x1039: < 201409011056526317  4326@cbmie.com >, <00c401cfc594$228b2610$67a17230$@ zhu@cbmie.com >, < 201409021349248835  7477@cbmie.com >, < D93CF89D61154F8A9ECCE000DCF5A345@hazTHINK > PR_CREATION_TIME: Tue Sep 09 14:50: 43 CST 2014 PR_LAST_MODIFICATION_TIME: Tue Sep 09 14:50: 43 CST 2014 PR_SEARCH_KEY: {Data: 16 bytes} PR_INTERNET_CPID: 65001 PR_PROFILE_AUTH_PACKAGE: Huang Zong, Wu Zong:


    Makes us following previous Murphy on own initiative in September meets after

China, I inquired they come to discuss anything, their replies are as follows:

    The ship's Situation-look that of vessel which is currently being loaded reviews install presently at the current situation in light of the August legal proceedings. Chatted the current situation according to August legal proceeding's situation.
    The future of the wood st

 --- Recipient 1 ---
0x67f2: 2370058 0x67f3: 2370060 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: haz@cbmie.com PR_ENTRYID: {Data: 70 bytes} PR_DISPLAY_NAME: haz PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 19 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0

 --- Recipient 2 ---
0x67f2: 2370061 0x67f3: 2370063 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: macy.zhu@cbmie.com PR_ENTRYID: {Data: 82 bytes} PR_DISPLAY_NAME: Zhu Yingqun PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 24 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0

 --- Recipient 3 ---
0x67f2: 2370064 0x67f3: 2370066 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: wsh@cbmie.com PR_ENTRYID: {Data: 70 bytes} PR_DISPLAY_NAME: wsh PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 19 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0

Message

| From: | Jackie.Wang [Jackie.Wang@cbmie.com] |
|---|---|
| Sent: | 09/09/2014 04:01:23 |
| To: | haz [haz@cbmie.com]; 朱 颖群 [macy.zhu@cbmie.com]; wsh [wsh@cbmie.com] |
| Subject: | Re: Re: China trip |
| Attachments: | 1529_1529_未命名.jpg; 1529_1529 __命名(09-09-11-12-36).jpg; image001(09-02-1(09-09-11-12-36).jpg; image002(09-02-1(09-09-11-12-36).jpg |

黄总、吴总：

继上次Murphy主动约我们9月在中国见面之后，我询问了他们过来想谈什么，他们的回复如下：

-Recap of vessel which is currently being loaded 回顾一下当前正在装的这条船的情况
-Look at the current situation in light of the August legal proceedings. 根据8月份法律诉讼的情况谈谈当前的情形。
-Discuss the future of the wood still left at Astoria 讨论后面剩下的五分之一船货的处理。
-While in Portland you and Mr. Kao made the point that CNBM is a "better" customer for Astoria Forest Products, because of your size and market strength. Since we are in China to try and understand the Chinese wood market better, we hope to get a clearer understanding of the advantages which CNBM can bring to a business relationship. 上次在波特兰，你和高总指出中建材是一个更好的合作伙伴，主要是因为你们的规模和市场营销能力。既然我们会到中国，我们想更好的了解中国市场，我们希望更清楚的了解在双方合作中中建材的优势。

同时，我们的美国律师也收到Murphy律师的电话，说希望了解中建材对于设备的处置方案，以确定他们是否需要添置新设备，或者直接从中建材手中购买。

现在对方都在试探我们下一步怎么做，包括当时在法庭上他们也一再问我们怎么处理设备。我上次邮件中跟领导汇报了现在双方各自的筹码，本质上来讲就是Murphy有租约（合不合法要联邦法院说了算），但缺少关键设备；我们现在有关键设备，但没有租约。从这个角度，他在市场上购买那些关键设备的困难程度比我们获得码头租约的困难程度要小一点，或者付出的代价会小一点。我们目前有几个选项：

一、将设备以高于/等于估值价格卖给Murphy。-- 这个结果应该不算理想，但也要看后续的情形来决定是否采用这个方案；
二、设备我们仍然保留，采取某种协议方式与Murphy合作，我们正常在Astoria出货。-- 这个结果看上去比较合理，问题是我们基本有一个共识，Murphy是一个不可信任的合作伙伴。
三、距离Astoria附近有另外一个泊位和堆场（当前运作木片业务），我们将设备投入到那里，开发一个新的出口供应链。-- 这个方案耗时相对久一点，也需要一些前期投入，但也许能开发木片的业务。
四、强势推进诉讼，在联邦法院确定Murphy扰乱我们商业运作。-- 这个方案的风险和回报一样高，这次地方法院的判决对联邦法院也有一定的支持作用。
五、也不排除联合WLH来对抗Murphy，但也会牺牲掉部分他们欠我们的债务。

上述几个选项都有利有弊，我们会根据事态发展来确定对我们相对有利的方案。

以上报领导知悉。

_____

Jackie Wang (王坚伟)
Executive Director

CBMIE00036914

 CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China
Tel: 0086 21 63230088 ext.888
Fax: 0086 21 63230328
Website: http://www.cnbmforestry.com ,www.cnbminternational.com

*********************************************************************************
This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received
it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any
binding contract on behalf of the company without the express written approval of a company director.
*********************************************************************************
**From:** haz
**Date:** 2014-09-02 15:08
**To:** Jackie.Wang; 朱 颖群; wsh
**Subject:** Re: China trip
收到。


黄安中


**From:** Jackie.Wang
**Sent:** Tuesday, September 02, 2014 1:49 PM
**To:** 朱 颖群 ; haz ; wsh
**Subject:** Re: 答复: China trip

各位领导，

法院对上次听证的判决书翻译件见附件。


Jackie Wang (王坚伟)
Executive Director

 CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China
Tel: 0086 21 63230088 ext.888
Fax: 0086 21 63230328
Website: http://www.cnbmforestry.com ,www.cnbminternational.com

*********************************************************************************
This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received
it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any

Confidential

<mark>binding contract on behalf of the company without the express written approval of a company director.</mark>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**发件人：** <u>macyzhu</u>
**发送时间：** 2014-09-01 11:23
**收件人：** 'Jackie.Wang'; 'haz'; 'wsh'
**主题：** 答复: China trip

坚伟

我大致的想法是这样：

1. 我原本就像让Murphy到中国来和我们谈（我们不去美国），没想到他们主动提出来中国了。自然是最好的。这次是一个很好的机会我们有可能重新开始。

    1. 我希望先了解下他们本次来访除了所谓的看市场外，还要和我们谈什么。尽量让他们把他们的动机说的越多越好。这样我们可以提前做准备。

    2. 可能有两个情况：一种解决现有案子纠纷和我们的余货，其他都不谈。另外一种 在解决现有案子和余货后，和我们谈合作。从他们积极来中国看，后者可能性更大。但我希望他们主动承认他们的期望。因为在这个两个情况下，我们的应对方案是不一样的。另外现在条件对我们有利，**所以我觉得先不要主动提我们意图，如"他们拿4000MBF的货给我们（当时的市场价值约280万美金）以交换所有设备以及我们撤销对他们的指控"这个谈判条件。毕竟这个条件其实是我们做了很大妥协的结果。而且现在我们已经要求律师暂停法律动作等候我们指令。所以相对后续的律师费会减少很多。**

2、我们要理性的判断下：
(1) 我们如果 和Murphy合作 是否比和Westerlund合作有好处？（例如Wersterlund和我们闹掰了，起源是操作费低估了，提出要再增加52万才能弥补损失，现在Murphy 操作后，他的费用结构如何？）

(2)长期性如何？ 他们能否给我们长期稳定的供货？

(3) 合约的严谨性。还有既然我们都打过这架了，那我们在后面长期合作中，如何保障我们的权益（吃一堑长一智）。

(4) 我们还要做好 万一无法和Murphy合作的准备： 我们要研究下码头租约合同

| | |
|---|---|
| **Macy** | **Zhu** |
| Vice President | |

⬤ CNBM   Forest   Products   Ltd.
Address:   15F.   No.321   Sichuan(C)   Road.   Shanghai   China
Tel:   0086   21   63230088   ext.758
Fax:   0086   21   63215317
Website: <u>www.cnbmforestry.com</u> , <u>www.cnbminternational.com</u>

**发件人：** Jackie.Wang [mailto:Jackie.Wang@cbmie.com]
**发送时间：** Monday, September 01, 2014 10:57 AM
**收件人：** haz; wsh
**抄送：** 朱 颖群
**主题：** Fw: China trip

黄总，吴总，

上周五美国法院对我们上次的听证做了裁决，总体来讲是我们预期的结果。后续破产管理公司将会进入WLH，对其资产进行整理和估值，45天后给法院一个报告。法官的判决书回头我们再做翻译给领导。

下面是刚刚收到的Murphy的邮件，大致意思是问我们9月中旬是否有空见面，他们的CEO和CFO来中国，想了解中国的市场情况。但很明显，这个邮件不是偶然的，他们主动约我们见面和上周五的法院判决有直接联系，破产管

CBMIE00036916

理公司的介入必然对他们的运作造成影响，所以换句话说他们可能是过来谈判的。目前双方都各自握有一定的谈判筹码：

我们的筹码：1）这次的判决意味着我们对设备拥有支配权（Murphy自己也买了一些设备，但大部分还是原来WLH的）；2）我们在联邦法院对Murphy还有一个指控，告他们扰乱我们商业运作；
Murphy的筹码：1）Astoria码头的租约（如果我们光有设备，没有码头还是不能运作的）；2）我们剩下的五分之一船货要发运回来，损失最小的办法是继续跟Murphy按照市场价采购以配满整船货。

听证会之前，我们曾试图和Murphy谈判，一个基本想法就是他们拿4000MBF的货给我们（当时的市场价值约280万美金）以交换所有设备以及我们撤销对他们的指控，他们当时不死心，一定要等到听证会结果出来。现在结果出来了，对我们有利的。请领导指示是否按照上述这个方案去推进。

Ps: 7月份调停的时候他们对设备的估值只有125万美金，我们不同意。

Jackie Wang (王坚伟)
Executive Director

 CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China
Tel: 0086 21 63230088 ext.888
Fax: 0086 21 63230328
Website: http://www.cnbmforestry.com ,www.cnbminternational.com

*************************************************************************************************************
This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.
*************************************************************************************************************

**From:** robert@murphyoverseas.org
**Date:** 2014-09-01 08:05
**To:** 'Jackie.Wang'
**Subject:** China trip
Dear Jackie,
It sounds like preparations for the vessel are moving along.  I will let you know what I hear as they start loading. Dennis Murphy and I will be making a trip to China in mid-September.  We will be in Shanghai a couple of times.  If possible we would like to meet with you when we are there.  We are trying to get a better idea what is happening in the China market and how to serve our customers better.
Let me know what you think.
Regards,
Robert

 This email is free from viruses and malware because avast! Antivirus protection is active.

CBMIE00036917

Confidential

CBMIE00036918