Translation of CBMIE00039570 – 39571

CBMIE00039570

Message

**From**: Daniel [dengjianjun@cbmie.com]

**Sent**: February 6th, 2015    09:28:44

**To**: macy.zhu@cbmie.com; 'dan.zhu'[dan.zhu@cbmie.com]

**CC**: 'Jinhui Bai' [jinhui.bai@cbmie.com]; 'leiyingnan'[leiyingnan@cbmie.com]

Subject: Forward: Forest Products Business in the United States (urgent)

Hello Chief Macy,

In the mid of January 2015, we signed a contract with Astoria Forest Products, a company in the United States, for a whole ship of bulk logs (FOB) in the amount of about 3.54 million US dollars. CNBM FOREST PRODUCTS CANADA is the buyer in this transaction, and it is responsible for local loading and chartering a ship (ocean freight is 0.8 million US dollars).

CNBM CANADA would transfer and directly sell the cargo to TAIGA BUILDING PRODUCTS COMPANY, a Canada company, at a CFR price in US dollars. Title of cargo would be transferred to TAIGA at the same time when TAIGA pays for the cargo.

Agreements in both upstream and downstream have been signed, and CNBM CANADE has received an amount of 2.8 million US dollars from TAIGA for the cargo. The bulk ship CNBM CANADA leased would arrive at the local American port on February 16th, and the loading is expected to last 8 days; it is anticipated that the last cargo title would be transferred around February 25th.

**CONTEMPT**
**Exhibit 87**

**FP: Exhibit 458**

May you please communicate with the lawyer team in the Enterprise Management Department of the headquarters and appraise the potential risks this business has?

DENG

**From**: Suning Sun [mailto:suning.sun@cbmie.com]

**Sent**: Thursday, February 5th, 2015  2:29pm

**To**: Jianjun Deng

**Subject**: Fwd: Business Statistical Table I Worksheet

!

Below is a forwarded mail:

**From**: wanglihe<wanglihe@cbmie.com>

**Sent**: February 4th, 2015   GMT+8 6:05:44pm

**To**: zjs <zjs@cbmie.com> , wx<wx@cbmie.com>, "zhang liao" <leon@cbmie.com>, linazhang<linazhang@icnbm.com>, cg<cg@cbmie.com>, pxd<pxd@cbmie.com>, macy.zhu<macy.zhu@cbmie.com>, '??' <dan.zhu@cbmie.com>

**Cc:** Cai Luo <lc@cbmie.com>, harkeyhu <harkeyhu@okorder.com>, ybt<ybt@cbmie.com>, sunyan<sunyan@cbmie.com>, Gaoyu Jiang <cathy.jiang@cbmie.com>, Suning Sun <suning.sun@cbmie.com>, Fengshe Yang <yangfs@cnbmenergy.com>

**Subject**: Business Statistical Table I Worksheet

**Reply**: wanglihe <wanglihe@cbmie.com>

Hello all leaders and colleagues,

**CBMIE00039571**

Given the high risks of businesses related to the United States, it is suggested that all companies **cease** their business in the United States. If it is really necessary to conduct business (in the United States), please report the business information to Cai Luo (lc@cbmie.com, 010-68796995) in the Enterprise Management Department. For any further details, please contact at any time.

In addition, may each entity make summaries of 2014 business in the United States and give the forecasts of 2015 business in the United States (refer to the business statistical table) ASAP. Please submit such statistical tables to Cai Luo by the end of office hours on February 6th.

Each entity please attach high importance and give feedback on time. Thank you very much!

Best,

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Lihe Wang

13811509226

Enterprise Management Department

Macy always, hello!

We in 2015 sign entire ship ferry boat log contract (FOB) with American Astoria Forest Products in mid-January, the amount approximately is 3.54 million dollars.
Carries out the transaction as buyer by CNBM FOREST PRODUCTS CANADA, is responsible for the local loading and chartering (800,000 dollars ocean freight).

CNBM CANADA handed over to sell to by the CFR beautiful gold price the cargo directly Canadian TAIGA BUILDING PRODUCTS Corporation. The goods power one when TAIGA payment cargo amount and shifts to TAIGA.
The present upstream and downstream contract has been signed, and CNBM CANADA received TAIGA to lend 2.8 million dollars, the ferry boat that CNBM CANADA rents will arrive at the American local port on February 16, it is estimated that loading 8 days, it is estimated that the last goods power transfer time is on February 25 about.
Also asked you to communicate with the corporation business management department legal team, appraises risk that this service possibly had.
DENG

Addressers: Grandson Su Ning [mailto:suning.sun@cbmie.com] transmission time: Thursday, February 5, 2015 2:29 PM addressees: Deng Jianjun subject: Fwd: Service statistical table l work sheet □

The following is the repeater mail:
Addressers: wanglihe < wanglihe@cbmie.com < mailto:wanglihe@cbmie.com > > date: On February 4, 2015 GMT+818:05:44 addressee: zjs < zjs@cbmie.com < mailto:zjs@cbmie.com > >, wx < wx@cbmie.com < mailto:wx@cbmie.com > >, "zhang liao" < leon@cbmie.com < mailto:leon@cbmie.com > >, linazhang < linazhang@icnbm.com < mailto:linazhang@icnbm.com > >, cg < cg@cbmie.com < mailto:cg@cbmie.com > >, lrm < lrm@cbmie.com < mailto:lrm@cbmie.com > >, pxd < pxd@cbmie.com < mailto:pxd@cbmie.com > >, macy.zhu < macy.zhu@cbmie.com < mailto:macy.zhu@cbmie.com > >, '??' < dan.zhu@cbmie.com < mailto:dan.zhu@cbmie.com > > sends duplicate: Romanian color < lc@cbmie.com < mailto:lc@cbmie.com > >, harkeyhu < harkeyhu@okorder.com < mailto:harkeyhu@okorder.com > >, ybt < ybt@cbmie.com < mailto:ybt@cbmie.com > >, sunyan < sunyan@cbmie.com < mailto:sunyan@cbmie.com > >, Jiang Gaoyu < cathy.jiang@cbmie.com < mailto:cathy.jiang@cbmie.com > >, grandson Su Ning < suning.sun@cbmie.com < mailto:suning.sun@cbmie.com > >, Yang Fengshe < yangfs@cnbmenergy.com < mailto:yangfs@cnbmenergy.com > > subject: Service statistical table l work sheet reply: wanglihe < wanglihe@cbmie.com < mailto:wanglihe@cbmie.com > > fellow leaders and colleague:

Hello!
In view of the fact that the American service's noble character danger, suggested that various companies stop in the service in US. If there is service that truly needs to develop, please service situation newspaper to business management department Luo Cai (lc@cbmie.com, < mailto:lc@cbmie.com, 20,010% - %2068796995> 010- 68796995) place. If there is unclear place, please momentarily relate. Moreover, invites various units count as soon as possible in 2014 in the US service situation and in 2015 in the US service anticipated (reference service statistical table). This statistics please on February 6 getting off work previous report to the Romanian color place.
Requested earnestly various unit highly attaching great importance, the prompt feedback, thanked!

Wished ___

Wang Lihe 138 1150 9226

Enterprise control division

X-MSK: HYD=0.615273005 Received: from Daniel (unknown [58.246.145.122]) by mail.cbmie.com (Coremail) with SMTP id AQAAf5BbR_Msi9RU9y0MAA--.35222S2;
         Fri, 06 Feb 2015 17:36: 44 +0800 (CST) From: "Daniel" < dengjianjun@cbmie.com > To: <

macy.zhu@cbmie.com >," 'dan.zhu'" < dan.zhu@cbmie.com > Cc: =? utf-8? B? J+eZvemUpuaFpyc=? = < jinhui.bai@cbmie.com >, "'leiyingnan' "< leiyingnan@cbmie.com > Subject: =? utf-8? B? 6L2s5Y+ROiDmnKjkuJrnvo7lm73kuJrliqHvvIjntKfmgKXvvIk=? = Date: Fri, 6 Feb 2015 17:28: 44 +0800 Message-ID: <028801d041ef$4dd10ec0$e9732c40$@cbmie.com> MIME-Version: 1.0 Content-Type: multipart/alternative;

boundary="----=_NextPart_000_0289_01D04232.5BF909B0" X-Mailer: Microsoft Outlook 15.0 Thread-Index: AdBB7i9YOQ/GLAjPQ/GxhVJjZ/3L0g== Content-Language: en-us X-CM-TRANSID:AQAAf5BbR_Msi9RU9y0MAA--.35222S2 X-Coremail-Antispam: 1UD129KBjvJXoW7ZrWkXrWxuw47ZFy8Wr4fGrg_yoW8CF4Dpr sYgry3Zr1Ivw4xXa4Dtw15Cry2gay09Fs7JrWYkw4UG3sIywnrWrn7K3yjqrW3XF48ZFWa gr9YgF4Sg3W8twUanT9S1TB71UUUUUqnTZGkaVYY2UrUUUUjbIjqfuFe4nvWSU5nxnvy2 9KBjDU0xBIdaVrnRJUUUQ014x267AKxVWUJVW8JwAFc2x0x2IEx4CE42xK8VAvwI8IcIk0 rVWWrJVCq3wAFIxvE14AKwVWUGVWUXwA2ocxC64kIII0Yj4l84ACjcxK6xIIjxv20xvE14 v26w1j6s0DM28EF7xvwVC0I7IYx2IY6xkF7I0E14v26r4UJVWxJr1l84ACjcxK6I8E87Iv 67AKxVW0oVCq3wA2z4x0Y4vEx4A2jsIEc7CjxVAFwI0_GcCE3s1le2I262IYc4CY6c8Ij2 8IcVAaY2xG8wAqx4xG67k08I80eVW8JVW5JwAqx4xG6c804VAFz4xC04v7Mc02F40Ew4AK 048IF2xKxVWUJVW8JwAqx4xG6xAIxVCFxsxG0wAv7VC0I7IYx2IY67AKxVWUtVWrXwAv7V C2z280aVAFwI0_Gr1j6F4UJwAm72CE4IkC6x0Yz7v_Jr0_Gr1lF7xvr2IYc2Ij64vIr41l F7xvr2IYc2Ij64vIr40E4x8a64kEw24lF7I21c0EjII2zvVCS5cI20VAGYxC7M4xvF2IEb7 IF0Fy264kE64k0F24l7480Y4vEI4kI2Ix0rVAqx4xJMxkIecxEwVAFwVW8uwCF04k20xvY 0x0EwIxGrwC20s026c02F40E14v26r106r1rMI8I3I0E7480Y4vE14v26r106r1rMI8E67 AF67kF1VAFwI0_JF0_Jw1IlxkGc2Ij64vIr41lIxAIcVC0I7IYx2IY67AKxVWUJVWUCwCI 42IY6xIIjxv20xvEc7CjxVAFwI0_Jr0_Gr1IIxAIcVCF04k26cxKx2IYs7xG6r4j6FyUMI IF0xvEx4A2jsIE14v26r1j6r4UMIIF0xvEx4A2jsIEc7CjxVAFwI0_Jr0_Gr1l6VACY4xI 67k04243AbIYCTnIWIevJa73UjIFyTuYvjfUjDGYUUUUU X-CM-SenderInfo: pghqwyxldqy3vq6fuz1lhou0bp/

PR_IMPORTANCE: 1 PR_MESSAGE_CLASS: IPM.Note PR_SUBJECT: Repeater: Wood industry US service (urgent) PR_CLIENT_SUBMIT_TIME: Fri Feb 06 17:28: 44 CST 2015 PR_SENT_REPRESENTING_SEARCH_KEY: {Data: 27 bytes} PR_RECEIVED_BY_ENTRY_ID: {Data: 56 bytes} PR_RECEIVED_BY_NAME: macyzhu PR_SENT_REPRESENTING_ENTRY_ID: {Data: 92 bytes} PR_SENT_REPRESENTING_NAME: Daniel PR_RECEIVED_BY_SEARCH_KEY: {Data: 24 bytes} PR_SENT_REPRESENTING_ADDRESS_TYPE: SMTP PR_SENT_REPRESENTING_EMAIL_ADDRESS: dengjianjun@cbmie.com PR_CONVERSATION_TOPIC: Wood industry US service (urgent) PR_CONVERSATION_INDEX: {Data: 22 bytes} PR_RECEIVED_BY_ADDRESS_TYPE: SMTP PR_RECEIVED_BY_EMAIL_ADDRESS: macy.zhu@cbmie.com PR_TRANSPORT_MESSAGE_HEADERS: X-MSK: HYD=0.615273005 Received: from Daniel (unknown [58.246.145.122]) by mail.cbmie.com (Coremail) with SMTP id AQAAf5BbR_Msi9RU9y0MAA--.35222S2;

Fri, 06 Feb 2015 17:36: 44 +0800 (CST) From: "Daniel" < dengjianjun@cbmie.com > To: < macy.zhu@cbmie.com >," 'dan.zhu'" < dan.zhu@cbmie.com > Cc: =? utf-8? B? J+eZvemUpuaFpyc=? = < jinhui.bai@cbmie.com >, "'leiyingnan' "< leiyingnan@cbmie.com > Subject: =? utf-8? B? 6L2s5Y+ROiDmnKjkuJrnvo7lm73kuJrliqHvvIjntKfmgKXvvIk=? = Date: Fri, 6 Feb 2015 17:28: 44 +0800 Message-ID: <028801d041ef$4dd10ec0$e9732c40$@cbmie.com> MIME-Version: 1.0 Content-Type: multipart/alternative;

boundary="----=_NextPart_000_0289_01D04232.5BF909B0" X-Mailer: Microsoft Outlook 15.0 Thread-Index: AdBB7i9YOQ/GLAjPQ/GxhVJjZ/3L0g== Content-Language: en-us X-CM-TRANSID:AQAAf5BbR_Msi9RU9y0MAA--.35222S2 X-Coremail-Antispam: 1UD129KBjvJXoW7ZrWkXrWxuw47ZFy8Wr4fGrg_yoW8CF4Dpr sYgry3Zr1Ivw4xXa4Dtw15Cry2gay09Fs7JrWYkw4UG3sIywnrWrn7K3yjqrW3XF48ZFWa gr9YgF4Sg3W8twUanT9S1TB71UUUUUqnTZGkaVYY2UrUUUUjbIjqfuFe4nvWSU5nxnvy2 9KBjDU0xBIdaVrnRJUUUQ014x267AKxVWUJVW8JwAFc2x0x2IEx4CE42xK8VAvwI8IcIk0 rVWWrJVCq3wAFIxvE14AKwVWUGVWUXwA2ocxC64kIII0Yj4l84ACjcxK6xIIjxv20xvE14 v26w1j6s0DM28EF7xvwVC0I7IYx2IY6xkF7I0E14v26r4UJVWxJr1l84ACjcxK6I8E87Iv

67AKxVW0oVCq3wA2z4x0Y4vEx4A2jsIEc7CjxVAFwI0_GcCE3s1Ie2I262IYc4CY6c8Ij2 8IcVAaY2xG8wAqx4xG67k08I80eVW8JVW5JwAqx4xG6c804VAFz4xC04v7Mc02F40Ew4AK 048IF2xKxVWUJVW8JwAqx4xG6xAIxVCFxsxG0wAv7VC0I7IYx2IY67AKxVWUtVWrXwAv7V C2z280aVAFwI0_Gr1j6F4UJwAm72CE4IkC6x0Yz7v_Jr0_Gr1lF7xvr2IYc2Ij64vIr41l F7xvr2IYc2Ij64vIr40E4x8a64kEw24lF7I21c0EjII2zVCS5cI20VAGYxC7M4xvF2IEb7 IF0Fy264kE64k0F24l7480Y4vEI4kI2Ix0rVAqx4xJMxkIecxEwVAFwVW8uwCF04k20xvY 0x0EwIxGrwC20s026c02F40E14v26r106r1rMI8I3I0E7480Y4vE14v26r106r1rMI8E67 AF67kF1VAFwI0_JF0_Jw1IIxkGc2Ij64vIr41lIxAIcVC0I7IYx2IY67AKxVWUJVWUCwCI 42IY6xIIjxv20xvEc7CjxVAFwI0_Jr0_Gr1IIxAIcVCF04k26cxKx2IYs7xG6r4j6FyUMI IF0xvEx4A2jsIE14v26r1j6r4UMIIF0xvEx4A2jsIEc7CjxVAFwI0_Jr0_Gr1l6VACY4xI 67k04243AbIYCTnIWIevJa73UjIFyTuYvjfUjDGYUUUUU X-CM-SenderInfo: pghqwyxldqy3vq6fuz1lhou0bp/PR_SENDER_ENTRY_ID: {Data: 92 bytes} PR_SENDER_NAME: Daniel PR_SENDER_SEARCH_KEY: {Data: 27 bytes} PR_SENDER_ADDRESS_TYPE: SMTP PR_SENDER_EMAIL_ADDRESS: dengjianjun@cbmie.com PR_DISPLAY_CC: 'Bai Jinhui'; 'Leiyingnan' PR_DISPLAY_TO: macy.zhu@cbmie.com; 'Dan.zhu' PR_MESSAGE_DELIVERY_TIME: Fri Feb 06 17:36: 44 CST 2015 PR_MESSAGE_FLAGS: 65537 PR_MESSAGE_SIZE: 25236 0x0e28: 00000002 _ macy.zhu@cbmie.com _ macy.zhu@cbmie.com 0x0e29: 00000002 _ macy.zhu@cbmie.com _ macy.zhu@cbmie.com PR_BODY:
Macy always, hello!

   We in 2015 sign entire ship ferry boat log contract (FOB) with American Astoria Forest Products in mid-January, the amount approximately is 3.54 million dollars.

   Carries out the transaction as buyer by CNBM FOREST PRODUCTS CANADA, is responsible for the local loading and chartering (800,000 dollars ocean freight).

   CNBM CANADA handed over to sell to by the CFR beautiful gold price the cargo directly Canadian TAIGA BUILDING PRODUCTS Corporation. The goods power one when TAIGA payment cargo amount and shifts to TAIGA.

   The present upstream and downstream contract has been signed, and CNBM CANADA received TAIGA to lend 2.8 million dollars, the ferry boat that CNBM CANADA rents will arrive at the American local port on February 16, it is estimated that loading 8 days, it is estimated that the last goods power transfer time is on February 25 about.

   Also asked you to communicate with the corporation business management department legal team, appraises risk that this service possibly had.

   DENG

   Addressers: Grandson Su Ning [mailto:suning.sun@cbmie.com] transmission time: Thursday, February 5, 2015 2:29 PM addressees: Deng Jianjun subject: Fwd: Service statistical table l work sheet

☐

The following is the repeater mail:

Addressers: wanglihe < wanglihe@cbmie.com < mailto:wanglihe@cbmie.com > > date: On February 4, 2015 GMT+818:05:44 addressee: zjs < zjs@cbmie.com < mailto:zjs@cbmie.com > >, wx < wx@cbmie.com < mailto:wx@cbmie.com > >, "zhang liao" < leon@cbmie.com < mailto:leon@cbmie.com > >, linazhang < linazhang@icnbm.com < mailto:linazhang@icnbm.com > >, cg < cg@cbmie.com < mailto:cg@cbmie.com > >, lrm < lrm@cbmie.com < mailto:lrm@cbmie.com > >, pxd < pxd@cbmie.com < mailto:pxd@cbmie.com > >, macy.zhu < macy.zhu@cbmie.com < mailto:macy.zhu@cbmie.com > >, '??' < dan.zhu@cbmie.com < mailto:dan.zhu@cbmie.com > > sends duplicate: Romanian color < lc@cbmie.com < mailto:lc@cbmie.com > >, harkeyhu < harkeyhu@okorder.com < mailto:harkeyhu@okorder.com > >, ybt < ybt@cbmie.com < mailto:ybt@cbmie.com > >, sunyan < sunyan@cbmie.com < mailto:sunyan@cbmie.com > >, Jiang Gaoyu < cathy.jiang@cbmie.com < mailto:cathy.jiang@cbmie.com > >, grandson Su Ning < suning.sun@cbmie.com < mailto:suning.sun@cbmie.com > >, Yang Fengshe < yangfs@cnbmenergy.com < mailto:yangfs@cnbmenergy.com > > subject: Service statistical table l work sheet reply: wanglihe < wanglihe@cbmie.com < mailto:wanglihe@cbmie.com > >

Fellow leaders and colleague:

Hello!

In view of the fact that the American service's noble character danger, suggested that various companies stop in the service in US. If there is service that truly needs to develop, please service situation newspaper to business management department Luo Cai (lc@cbmie.com, < mailto:lc@cbmie.com, 20,010% - %2068796995> 010- 68796995) place. If there is unclear place, please momentarily relate.

Moreover, invites various units count as soon as possible in 2014 in the US service situation and in 2015 in the US service anticipated (reference service statistical table). This statistics please on February 6 getting off work previous report to the Romanian color place.

Requested earnestly various unit highly attaching great importance, the prompt feedback, thanked!

Wished

⎯⎯

Wang Lihe

138 1150 9226


Enterprise control division PR_BODY_HTML: {Data: 13614 bytes} 0x1035: <028801d041ef$4dd10ec0$e9732c40$@cbmie.com> PR_ICON_INDEX: 262 0x1081: 104 0x1082: Fri Feb 06 17:29: 00 CST 2015 PR_CREATION_TIME: Fri Feb 06 17:21: 07 CST 2015 PR_LAST_MODIFICATION_TIME: Fri Feb 06 17:29: 30 CST 2015 PR_SEARCH_KEY: {Data: 16 bytes} PR_INTERNET_CPID: 65001 PR_MESSAGE_LOCAL_ID: 1033 PR_PROFILE_AUTH_PACKAGE: Macy always, hello!

    We in 2015 sign entire ship ferry boat log contract (FOB) with American Astoria Forest Products in mid-January, the amount approximately is 3.54 million dollars.

    Carries out the transaction as buyer by CNBM FOREST PRODUCTS CANADA, is responsible for the local loading and chartering (800,000 dollars ocean freight).

    CNBM CANADA handed over to sell to by the CFR beautiful gold price the cargo directly Canadian TAIGA BUILDING PRODUCTS Corporation. The goods power one when TAIGA payment cargo amount and shifts to TAIGA.

    The present upstream and downstream contract has been signed,

--- Recipient 1 ---
0x67f2: 2768625 0x67f3: 2768627 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: macy.zhu@cbmie.com PR_ENTRYID: {Data: 110 bytes} PR_DISPLAY_NAME: macy.zhu@cbmie.com PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 24 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0

--- Recipient 2 ---
0x67f2: 2768628 0x67f3: 2768630 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: dan.zhu@cbmie.com PR_ENTRYID: {Data: 90 bytes} PR_DISPLAY_NAME: 'Dan.zhu' PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 23 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0

--- Recipient 3 ---
0x67f2: 2768631 0x67f3: 2768633 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: jinhui.bai@cbmie.com PR_ENTRYID: {Data: 88 bytes} PR_DISPLAY_NAME: 'Bai Jinhui' PR_RECIPIENT_TYPE: 2 PR_SEARCH_KEY: {Data: 26 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0

--- Recipient 4 ---
0x67f2: 2768634 0x67f3: 2768636 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: leiyingnan@cbmie.com PR_ENTRYID: {Data: 102 bytes} PR_DISPLAY_NAME: 'Leiyingnan' PR_RECIPIENT_TYPE: 2 PR_SEARCH_KEY: {Data: 26 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0

| Message | |
|---|---|
| **From**: | Daniel [dengjianjun@cbmie.com] |
| **Sent**: | 06/02/2015 09:28:44 |
| **To**: | macy.zhu@cbmie.com; 'dan.zhu' [dan.zhu@cbmie.com] |
| **CC**: | '白锦慧' [jinhui.bai@cbmie.com]; 'leiyingnan' [leiyingnan@cbmie.com] |
| **Subject**: | 转发: 木业美国业务（紧急） |

Macy总，您好！

我们2015年1月中旬跟美国Astoria Forest Products签订一整船散船原木合同（FOB），金额大约为354万美金。由CNBM FOREST PRODUCTS CANADA作为买方进行交易，负责当地装货、租船（80万美金海运费）。

CNBM CANADA将货物以CFR美金价直接转手卖给加拿大TAIGA BUILDING PRODUCTS公司。货权在TAIGA支付货物金额时一并转移给TAIGA。
现上下游合同已签署，且CNBM CANADA已收到TAIGA货款280万美金，CNBM CANADA所承租的散船将于2月16号抵达美国当地港口，预计装货8天，预计最后一笔货权转移时间为2月25号左右。

还请您与总公司企管部律师团队沟通一下，评估此项业务可能存在的风险。

DENG


**发件人:** 孙苏宁 [mailto:suning.sun@cbmie.com]

**发送时间:** Thursday, February 5, 2015 2:29 PM

**收件人:** 邓建军

**主题:** Fwd: 业务统计表l 工作表




!

以下是转发的邮件：
**发件人:** wanglihe <wanglihe@cbmie.com>
**日期:** 2015年2月4日 GMT+818:05:44
**收件人:** zjs <zjs@cbmie.com>, wx <wx@cbmie.com>, "zhang liao" <leon@cbmie.com>, linazhang <linazhang@icnbm.com>, cg <cg@cbmie.com>, lrm <lrm@cbmie.com>, pxd <pxd@cbmie.com>, macy.zhu <macy.zhu@cbmie.com>, '??' <dan.zhu@cbmie.com>
**抄送:** 罗彩 <lc@cbmie.com>, harkeyhu <harkeyhu@okorder.com>, ybt <ybt@cbmie.com>, sunyan <sunyan@cbmie.com>, 姜高宇 <cathy.jiang@cbmie.com>, 孙苏宁 <suning.sun@cbmie.com>, 杨奉社 <yangfs@cnbmenergy.com>
**主题: 业务统计表l 工作表**
**回复:** wanglihe <wanglihe@cbmie.com>
各位领导、同事：
大家好！

Confidential                                                                                                       CBMIE00039570

鉴于美国业务的高风险性，建议各公司**停止**在美国的业务。如有确实需要开展的业务，请将业务情况报至企管部罗彩(lc@cbmie.com, 010- 68796995 )处。如有不详之处，请随时联系。

另外，请各单位尽快统计2014年在美业务情况及2015年在美业务的预期(参照业务统计表)。此统计请于2月6日下班前报至罗彩处。

恳请各单位高度重视，及时反馈，非常感谢！

祝好

---

王立鹤
138 1150 9226

企业管理部

Confidential                                                                                                                                   CBMIE00039571