Partial translation of CNBMFP00004927-4929
CNBMFP00004927

Message

| | |
|---|---|
| **From:** | Jackie.Wang [Jackie.Wang@cbmie.com] |
| **Sent:** | August 19, 2014 02:40:45 |
| **To:** | shen.xu@cbmie.com |
| **CC:** | Yingqun Zhu [macy.zhu@cbmie.com]; Jinhui Bai [jinhui.bai@cbmie.com]; Yizhou Wu [yizhou.wu@cbmie.com]; Dan Zhu [dan.zhu@cbmie.com]; Jianjun Deng [dengjianjun@cbmie.com]; hengliang.zhan@cbmie.com |
| **Subject:** | Re: **Re:** Phyto-sanitary inspection |
| **Attachments:** | 1529_1529_Untitled.jpg; image001(08-19-10-27-05)_jpg |

**Xu Shen, Xiao Deng,**

Basically there will be no problems with **Phyto's** inspection and issuance, and **Murphy** will also fully cooperate with it (because they must take the goods away).   But we made the worst assumption that if **USDA's** inspectors found any problems in those goods when they are inspecting the site, the goods will not be given to **Phyto**. We discussed **this morning,** and recorded based on the discussion:

1) **First, it will be Wednesday in the United States**. When **USDA's personnel** completes the inspection, you should take the initiative to ask about the situations.   You just tell him / **her: Our** ship will reach port at the end of this month, when can we issue **Phyto**?

2) **If Inspector** tells you that there are pets in the goods, he/she cannot give us **Phyto at present, then you** should ask: What scheme will make **USDA to issue Phyto, for example,** cabin fumigation? How long will fumigation be completed and the certificate can be issued.

3) **If Inspector clearly tells** us that the goods cannot be exported, then in any case **Phyto will not give.**   You should also inform the domestic entity that the sailing date needs to be cancelled, or find another port where stock-up is possible at this time.

We have never met such circumstances before (To our knowledge, it has never happened in other ports), therefore there is no experience for reference. Please communicate promptly if you have any problems.

Jackie Wang
Executive Director

 CNBM Forest Products Ltd.
Address:   15F. No.321 Sichuan(C) Road. Shanghai China
Tel:    0086 21 63230088 ext.888
Fax:    0086 21 63230328
Website:   http://www.cnbmforestry.com, www.cnbminternataonal.com
****************************************************************

**CONTEMPT**
**Exhibit 88**

**FP: Exhibit 504**

This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.
***********************************************************************

**CNBMFP00004928**

| | |
|---|---|
| **From:** | Jackie.Wang [mailto:Jackie.Wang@cbmie.com] |
| **Sent:** | Sunday, August 17, 2014 9:55 PM |
| **To:** | shen.xu@cbmie.com; Jianjun Deng |
| **Subject:** | Fw: Fw: Phyto-sanitary inspection |

FYI

Jackie Wang
Executive Director

CNBM Forest Products Ltd.

Address:   15F. No.321 Sichuan(C) Road. Shanghai China
Tel:   0086 21 63230088 ext.888
Fax:   0086 21 63230328
Website:   http://www.cnbmforestry.com, www.cnbminternataonal.com

**************************************************************************

This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.
**************************************************************************

| | |
|---|---|
| **From:** | Jackie.Wang |
| **Date:** | August 17, 2014 15:35 |
| **To:** | Yingqun Zhu; Jinhui Bai |
| **Subject:** | Fw: FW: Phyto-sanitary inspection |

Chief Macy, Xiaobai,

Our Astoria goods will accept quality inspection on August 20. Alan is probably on vacation. You may ask whether Xu Shen and Xiao Deng have time to join Dave Daggett in the inspection in Astoria. Although Murphy now agrees to cooperate with your PHYTO spot inspections, we also agree to pay such expenses. But we still have to bear the risks. If the inspector finds pets and other problems, it will make it difficult for us to issue PHYTO. It is preferred to have personnel on the site so that problems can be solved immediately.

CNBMFP00004929

As for the specific requirements for PHYTO, I have already talked with Murphy, and I will strengthen it with them.

Jackie Wang

…

Shen Xu, Xiao Deng:

The examination and writing up of Phyto will basically not have any question, Murphy fully will also coordinate (, because they must move away goods). But we come up with a worst hypothesis, is the USDA examination personnel in on-site inspection, thought that this goods have the question, does not give Phyto. In the morning we discussed that does to set up a file according to this:

1) first American time on Wednesday, when the USDA personnel complete examines, you must on own initiative ask the situation. Told him/her: Our ships must depend on the port at the end of the month, when can write up Phyto?
2), if Inspector told you, this goods had the insect, he/she had no way to give us temporarily Phyto, what then you must ask: What plan has to be possible to let USDA write up Phyto, for example in cabin fumigation? How long may complete the fumigation and writes up proof.
3), if Inspector told us explicitly, this goods cannot export, Phyto did not give in any event. That also wants first to tell the home, we need to cancel the sailing time, or looks for other harbors this time whether may prepare goods.

Before this kind of matter, has not bumped into (other harbors not to have this situation as far as I know), experience that therefore may not draw on. Has question everybody to communicate promptly.

Jackie Wang (Wang Jianwei) Executive Director CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088 ext.888 Fax: 0086 21 63230328 Website: http://www.cnbmforestry.com, www.cnbminternational.com
********************************************************************************
********************* This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.
********************************************************************************
********************* Addresser: Charles transmission time: 2014-08-19 10:35 addressees: 'Jackie.Wang' sends duplicate: macy.zhu@cbmie.com; 'Bai Jinhui'; 'A Wu boat'; Zhu Dan; 'Deng Jianjun' subject: Answered: Fw: Phyto-sanitary inspection Jackie

About the quality testing examination of Astoria goods, we need to understand 1 ahead of time. What you before do communicate about the Phyto specific request are?
2. Phyto examination flow 3. Has the scene docking person Dave Dagget telephone?
4. Whether to let Alan maintains unimpeded of handset at the same day?
5. If the testing procedure has the problem, how we should deal, ask the leader to give the opinion.
Shen Xuyun manages the department

Addressers: Jackie.Wang [mailto:Jackie.Wang@cbmie.com] transmission time: On August 17, 2014 21:55 addressee: shen.xu@cbmie.com; Deng Jianjun subject: Fw: Fw:

Phyto-sanitary inspection FYI

Jackie Wang (Wang Jianwei) Executive Director CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088 ext.888
Fax: 0086 21 63230328 Website: http://www.cnbmforestry.com,
www.cnbminternational.com
*********************************************************************************
********************** This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.
*********************************************************************************
********************** From: Jackie.Wang Date: 2014-08-17 15:35 To: Zhu Yingqun; Bai Jinhui Subject: Fw: FW: Phyto-sanitary inspection Macy always, Xiao Bai,

On August 20 our Astoria goods must carry on the quality testing examination, Alan are possibly being on leave, you looked that Shen Xu and Xiao Deng's time whether may go to Astoria and Dave Daggett participates together. At present although the Murphy agreement coordinates us about the spot-check of PHYTO, we also agreed that pays for this expense. But risk also us, if spot-checks the personnel to discover that insect and other questions, will add the difficulty to writing up of our PHYTO, therefore some best people, to have the question also to be possible to process immediately.
On the specific request about PHYTO, before we had said to Murphy, the scene emphasized with them again.

Jackie Wang (Wang Jianwei) Executive Director CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088 ext.888
Fax: 0086 21 63230328 Website: http://www.cnbmforestry.com,
www.cnbminternational.com
*********************************************************************************
********************** This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.
*********************************************************************************
********************** From: Mike Esler [mailto:Esler@eslerstephens.com] Sent: Wednesday, August 13, 2014 8:26 AM To: Sand, Thomas C.; Esler, Brian; David Daggett (daggettdb@gmail.com) Cc: Kim Buckley; Maureen Chinakos Subject: Phyto-sanitary inspection Tom and Brian:
The Phyto-sanitary inspection has been set for August 20. Please have your client's representative deal directly with Dave Daggett to coordinate preparation and attendance at the inspection.
Mike.

Michael J. Esler, OSB No. 710560 Esler Stephens & Buckley 121 SW Morrison, Suite 700 Portland, Oregon 97204-3183 Telephone DD: (503) 935-5391 Firm: (503)223-1510

Facsimile: (503) 294-3995 http://www.eslerstephens.com

Received: from user-PC (unknown [58.246.145.122]) by mail.cbmie.com (Coremail) with SMTP id AQAAf5D7j+t9uvJTEhkZAA--.59402S2;
	Tue, 19 Aug 2014 10:46: 22 +0800 (CST) Date: Tue, 19 Aug 2014 10:40: 45 +0800 From: Jackie.Wang < Jackie.Wang@cbmie.com > To: â€œshen.xu@cbmie.comâ€ < shen.xu@cbmie.com > Cc: =? UTF-8? B? 5pyxIOmilue+pA==? = < macy.zhu@cbmie.com >, =? UTF-8? B? 55m96ZSm5oWn? = < jinhui.bai@cbmie.com >, =? UTF-8? B? 5ZC05LiA6Iif? = < yizhou.wu@cbmie.com >, =? UTF-8? B? 5pyx6IGD? = < dan.zhu@cbmie.com >, =? UTF-8? B? 6YKT5bu65Yab? = < dengjianjun@cbmie.com >, â€œhengliang.zhan@cbmie.comâ€ < hengliang.zhan@cbmie.com > Subject: =? UTF-8? B? UmU6IOetlOWkjTogUGh5dG8tc2FuaXRhcnkgaW5zcGVjdGlvbg==? = References: < 201408181254374897333@cbmie.com >, <001f01cfbb56$55869a60$0093cf20$@cbmie.com> X-Priority: 3 X-Has-Attach: no X-Mailer: Foxmail 7, 1, 3, 52[cn] Mime-Version: 1.0 Message-ID: < 201408191040453599513@cbmie.com > Content-Type: multipart/related;
	boundary=â€----=_001_NextPart058178000765_=----â€
X-CM-TRANSID:AQAAf5D7j+t9uvJTEhkZAA--.59402S2 X-Coremail-Antispam: 1UD129KBjvJXoWxtF1rJw1rJFyxAw1rJw4fZrb_yoW7Cry8pr W8GryUJr1UJw1UGr18Jw1DZrn8X345Jr45Ww1kUr1UJFn8Gw1ktw1xtF1UJr18Jr17tw1r XryUZr1rXr1UJr7anT9S1TB71UUUUUqnTZGkaVYY2UrUUUUjbIjqfuFe4nvWSU5nxnvy2 9KBjgUGas29rn0qrnIq34DGFWftFsFyF1fJ34xJrWDta1FkaUIcSsGvfJTRUUUblxFF20E 14v26r4j6ryUM7CY07I20VC2zVCF04k26cxKx2IYs7xG6rWj6s0DM7CIcVAFz4kK6r1j6r 18M28lY4IEw2IIxxk0rwA2z4x0Y4vE2Ix0cI8IcVAFwI0_tr0E3s1l84ACjcxK6xIIjxv2 0xvEc7CjxVAFwI0_Gr1j6F4UJwA2z4x0Y4vEx4A2jsIE14v26F4UJVW0owA2z4x0Y4vEx4 A2jsIEc7CjxVAFwI0_GcCE3s1le2I262IYc4CY6c8Ij28IcVAaY2xG8wASzI0EjI02j7Aq F2xKxwAqx4xG67k08I80eVW8JVW5JwAqx4xG6c804VAFz4xC04v7Mc02F40Ew4AK048IF2 xKxVW8JVW5JwAqx4xG6xAIxVCFxsxG0wAv7VC0I7IYx2IY67AKxVWUtVWrXwAv7VC2z280 aVAFwI0_Cr0_Gr1UMcvjeVCFs4IE7xkEbVWUJVW8JwACjcxG0xvY0x0EwIxGrwACjcxG0x vY0x0EwIxGrVCF72vEw4AK0wACjI8F5VA0II8E6IAqYI8I648v4I1lFcxC0VAYjxAxZF0E w4CEw7xC0wACY4xI67k04243AVC20s07MxkIecxEwVAFwVW8JwCF04k20xvY0x0EwIxGrw C20s026c02F40E14v26r106r1rMI8I3I0E7480Y4vE14v26r106r1rMI8E67x28xkI4xCE 0xIEc2x0rwC2zVAF1VAY17CE14v26r126r1DMIIYrxkI7VAKI48JMIIF0xvE2Ix0cI8IcV AFwI0_Jr0_JF4lIxAIcVC0I7IYx2IY6xkF7I0E14v26r1j6r4UMIIF0xvE42xK8VAvwI8I cIk0rVWrZr1j6s0DMIIF0xvEx4A2jsIE14v26r1j6r4UMIIF0xvEx4A2jsIEc7CjxVAFwI 0_Jr0_GrUvcSsGvfC2KfnxnUUI43ZEXa7VUjhL07UUUUU== X-CM-SenderInfo: 5mdfyxnhozt0vj6fuz1lhou0bp/

PR_IMPORTANCE: 1 PR_MESSAGE_CLASS: IPM.Note PR_SUBJECT: Re: Answered: Phyto-sanitary inspection PR_CLIENT_SUBMIT_TIME: Tue Aug 19 10:40: 45 CST 2014 PR_SENT_REPRESENTING_SEARCH_KEY: {Data: 27 bytes} PR_RECEIVED_BY_ENTRY_ID: {Data: 61 bytes} PR_RECEIVED_BY_NAME: jinhui.bai PR_SENT_REPRESENTING_ENTRY_ID: {Data: 102 bytes} PR_SENT_REPRESENTING_NAME: Jackie.Wang PR_RECEIVED_BY_SEARCH_KEY: {Data: 26 bytes} PR_SENT_REPRESENTING_ADDRESS_TYPE: SMTP PR_SENT_REPRESENTING_EMAIL_ADDRESS: Jackie.Wang@cbmie.com PR_CONVERSATION_TOPIC: Answered: Phyto-sanitary inspection PR_CONVERSATION_INDEX: {Data: 32 bytes} PR_RECEIVED_BY_ADDRESS_TYPE: SMTP PR_RECEIVED_BY_EMAIL_ADDRESS: jinhui.bai@cbmie.com PR_TRANSPORT_MESSAGE_HEADERS: Received: from user-PC (unknown [58.246.145.122]) by mail.cbmie.com (Coremail) with

SMTP id AQAAf5D7j+t9uvJTEhkZAA--.59402S2;
        Tue, 19 Aug 2014 10:46: 22 +0800 (CST) Date: Tue, 19 Aug 2014 10:40: 45 +0800 From: Jackie.Wang < Jackie.Wang@cbmie.com > To: â€œshen.xu@cbmie.comâ€ < shen.xu@cbmie.com > Cc: =? UTF-8? B? 5pyxIOmilue+pA==? = < macy.zhu@cbmie.com >, =? UTF-8? B? 55m96ZSm5oWn? = < jinhui.bai@cbmie.com >, =? UTF-8? B? 5ZC05LiA6Iif? = < yizhou.wu@cbmie.com >, =? UTF-8? B? 5pyx6IGD? = < dan.zhu@cbmie.com >, =? UTF-8? B? 6YKT5bu65Yab? = < dengjianjun@cbmie.com >, â€œhengliang.zhan@cbmie.comâ€ < hengliang.zhan@cbmie.com > Subject: =? UTF-8? B? UmU6IOetlOWkjTogUGh5dG8tc2FuaXRhcnkgaW5zcGVjdGlvbg==? = References: < 201408181254374897333@cbmie.com >, <001f01cfbb56$55869a60$0093cf20$@cbmie.com> X-Priority: 3 X-Has-Attach: no X-Mailer: Foxmail 7, 1, 3, 52[cn] Mime-Version: 1.0 Message-ID: < 201408191040453599S213@cbmie.com > Content-Type: multipart/related;
        boundary=â€-----=_001_NextPart058178000765_=----â€
X-CM-TRANSID:AQAAf5D7j+t9uvJTEhkZAA--.59402S2 X-Coremail-Antispam: 1UD129KBjvJXoWxtF1rJw1rJFyxAw1rJw4fZrb_yoW7Cry8pr
W8GryUJr1UJw1UGr18Jw1DZrn8X345Jr45Ww1UJr1UJFn8Gw1ktw1xtF1UJr18Jr17tw1r
XryUZr1rXr1UJr7anT9S1TB71UUUUUUqnTZGkaVYY2UrUUUUjbIjqfuFe4nvWSU5nxnvy2
9KBjgUGas29rn0qrnIq34DGFWftFsFyF1fJ34xJrWDta1FkaUIcSsGvfJTRUUUblxFF20E
14v26r4j6ryUM7CY07I20VC2zVCF04k26cxKx2IYs7xG6rWj6s0DM7CIcVAFz4kK6r1j6r
18M28lY4IEw2IIxxk0rwA2z4x0Y4vE2Ix0cI8IcVAFwI0_tr0E3s1l84ACjcxK6xIIjxv2
0xvEc7CjxVAFwI0_Gr1j6F4UJwA2z4x0Y4vEx4A2jsIE14v26F4UJVW0owA2z4x0Y4vEx4
A2jsIEc7CjxVAFwI0_GcCE3s1le2I262IYc4CY6c8Ij28IcVAaY2xG8wASzI0EjI02j7Aq
F2xKxwAqx4xG67k08I80eVW8JVW5JwAqx4xG6c804VAFz4xC04v7Mc02F40Ew4AK048IF2
xKxVW8JVW5JwAqx4xG6xAIxVCFxsxG0wAv7VC0I7IYx2IY67AKxVWUtVWrXwAv7VC2z280
aVAFwI0_Cr0_Gr1UMcvjeVCFs4IE7xkEbVWUJVW8JwACjcxG0xvY0x0EwIxGrwACjcxG0x
vY0x0EwIxGrVCF72vEw4AK0wACjI8F5VA0II8E6IAqYI8I648v4I1lFcxC0VAYjxAxZF0E
w4CEw7xC0wACY4xI67k04243AVC20s07MxkIecxEwVAFwVW8JwCF04k20xvY0x0EwIxGrw
C20s026c02F40E14v26r106r1rMI8I3I0E7480Y4vE14v26r106r1rMI8E67x28xkI4xCE
0xIEc2x0rwC2zVAF1VAY17CE14v26r126r1DMIIYrxkI7VAKI48JMIIF0xvE2Ix0cI8IcV
AFwI0_Jr0_JF4lIxAIcVC0I7IYx2IY6xkF7I0E14v26r1j6r4UMIIF0xvE42xK8VAvwI8I
cIk0rVWrZr1j6s0DMIIF0xvEx4A2jsIE14v26r1j6r4UMIIF0xvEx4A2jsIEc7CjxVAFwI
0_Jr0_GrUvcSsGvfC2KfnxnUUI43ZEXa7VUjhL07UUUUU== X-CM-SenderInfo: 5mdfyxnhozt0vj6fuz1lhou0bp/PR_SENDER_ENTRY_ID: {Data: 102 bytes} PR_SENDER_NAME: Jackie.Wang PR_SENDER_SEARCH_KEY: {Data: 27 bytes} PR_SENDER_ADDRESS_TYPE: SMTP PR_SENDER_EMAIL_ADDRESS: Jackie.Wang@cbmie.com PR_DISPLAY_CC: Zhu Yingqun; Bai Jinhui; A Wu boat; Zhu Dan; Deng Jianjun; hengliang.zhan@cbmie.com PR_DISPLAY_TO: shen.xu@cbmie.com PR_MESSAGE_DELIVERY_TIME: Tue Aug 19 10:46: 22 CST 2014 PR_MESSAGE_FLAGS: 65555 PR_MESSAGE_SIZE: 58343 0x0e28: 00000003 _ jinhui.bai@cbmie.com _ jinhui.bai@cbmie.com 0x0e29: 00000003 _ jinhui.bai@cbmie.com _ jinhui.bai@cbmie.com PR_BODY: Shen Xu, Xiao Deng:

    The examination and writing up of Phyto will basically not have any question, Murphy fully will also coordinate (, because they must move away goods). But we come up with a worst hypothesis, is the USDA examination personnel in on-site inspection, thought that this goods have the question, does not give Phyto. In the morning we discussed that does to set up a file according to this:

    1) first American time on Wednesday, when the USDA personnel complete examines, you must on own initiative ask the situation. Told him/her: Our ships must depend

on the port at the end of the month, when can write up Phyto?
    2), if Inspector told you, this goods had the insect, he/she had no way to give us temporarily Phyto, what then you must ask: What plan has to be possible to let USDA write up Phyto, for example in cabin fumigation? How long may complete the fumigation and writes up proof.
    3), if Inspector told us explicitly, this goods cannot export, Phyto did not give in any event. That also wants first to tell the home, we need to cancel the sailing time, or looks for other harbors this time whether may prepare goods.

    Before this kind of matter, has not bumped into (other harbors not to have this situation as far as I know), experience that therefore may not draw on. Has question everybody to communicate promptly.


    Jackie Wang (Wang Jianwei) Executive Director

    CNBM Forest Products Ltd.
    Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088 ext.888 Fax: 0086 21 63230328 Website: http://www.cnbmforestry.com, www.cnbminternational.com


*****************************************************************************************************
********************** This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.

*****************************************************************************************************
********************** Addresser: Charles transmission time: 2014-08-19 10:35 addressees: 'Jackie.Wang' sends duplicate: macy.zhu@cbmie.com; 'Bai Jinhui'; 'A Wu boat'; Zhu Dan; 'Deng Jianjun' subject: Answered: Fw: Phyto-sanitary inspection Jackie

    About the quality testing examination of Astoria goods, we need to understand ahead of time

    1.      What you before do communicate about the Phyto specific request are?
    2.      Phyto examination flow 3.      Has the scene docking person Dave Dagget telephone?
    4.      Whether to let Alan maintains unimpeded of handset at the same day?
    5.      If the testing procedure has the problem, how we should deal, ask the leader to give the opinion.



    Shen Xuyun manages the department

Addressers: Jackie.Wang [mailto:Jackie.Wang@cbmie.com] transmission time: On August 17, 2014 21:55 addressee: shen.xu@cbmie.com; Deng Jianjun subject: Fw: Fw: Phyto-sanitary inspection

FYI


Jackie Wang (Wang Jianwei) Executive Director

CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088 ext.888 Fax: 0086 21 63230328 Website: http://www.cnbmforestry.com, www.cnbminternational.com


*********************************************************************************************** This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.

*********************************************************************************************** From: Jackie.Wang Date: 2014-08-17 15:35 To: Zhu Yingqun; Bai Jinhui Subject: Fw: FW: Phyto-sanitary inspection Macy always, Xiao Bai,

On August 20 our Astoria goods must carry on the quality testing examination, Alan are possibly being on leave, you looked that Shen Xu and Xiao Deng's time whether may go to Astoria and Dave Daggett participates together. At present although the Murphy agreement coordinates us about the spot-check of PHYTO, we also agreed that pays for this expense. But risk also us, if spot-checks the personnel to discover that insect and other questions, will add the difficulty to writing up of our PHYTO, therefore some best people, to have the question also to be possible to process immediately.

On the specific request about PHYTO, before we had said to Murphy, the scene emphasized with them again.


Jackie Wang (Wang Jianwei) Executive Director

CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China Tel: 0086 21 63230088 ext.888 Fax: 0086 21 63230328 Website: http://www.cnbmforestry.com, www.cnbminternational.com

*********************************************************************************************** This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.

*********************************************************************************************** From: Mike Esler [mailto:Esler@eslerstephens.com] Sent: Wednesday, August 13, 2014 8:26 AM To: Sand, Thomas C.; Esler, Brian; David Daggett (daggettdb@gmail.com) Cc: Kim Buckley; Maureen Chinakos Subject: Phyto-sanitary inspection

   Tom and Brian:
   The Phyto-sanitary inspection has been set for August 20.  Please have your client's representative deal directly with Dave Daggett to coordinate preparation and attendance at the inspection.
   Mike.


   Michael J. Esler, OSB No. 710560 Esler Stephens & Buckley 121 SW Morrison, Suite 700 Portland, Oregon 97204-3183 Telephone DD:  (503) 935-5391 Firm: (503)223-1510 Facsimile:  (503) 294-3995

   http://www.eslerstephens.com PR_BODY_HTML: {Data: 36127 bytes} 0x1035: < 20140819104004535995213@cbmie.com > 0x1039: < 201408181254374897333@cbmie.com >, <001f01cfbb56$55869a60$0093cf20$@cbmie.com> PR_CREATION_TIME: Tue Aug 19 10:46: 28 CST 2014 PR_LAST_MODIFICATION_TIME: Tue Aug 19 10:46: 28 CST 2014 PR_SEARCH_KEY: {Data: 16 bytes} 0x3016: 1 PR_INTERNET_CPID: 65001 PR_PROFILE_AUTH_PACKAGE: Shen Xu, Xiao Deng:

   The examination and writing up of Phyto will basically not have any question, Murphy fully will also coordinate (, because they must move away goods). But we come up with a worst hypothesis, is the USDA examination personnel in on-site inspection, thought that this goods have the question, does not give Phyto. In the morning we discussed that does to set up a file according to this:

   1) first American time on Wednesday, when the USDA personnel complete examines, you must on own initiative ask the situation. Told him/her: Our ships must depend on the port at the end of the month, when can write up Phyto?
   2), if Inspector told you, this goods had the insect, he/she had no way to give us temporarily Phyto, what then you must ask was

  --- Recipient 1 ---
0x67f2: 2131628 0x67f3: 2131630 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: shen.xu@cbmie.com PR_ENTRYID: {Data: 106 bytes} PR_DISPLAY_NAME: shen.xu@cbmie.com PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 23 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0

 --- Recipient 2 ---
0x67f2: 2131631 0x67f3: 2131633 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS:
macy.zhu@cbmie.com PR_ENTRYID: {Data: 82 bytes} PR_DISPLAY_NAME: Zhu Yingqun
PR_RECIPIENT_TYPE: 2 PR_SEARCH_KEY: {Data: 24 bytes} 0x0ffe: 0 0x3900: 0
PR_SEND_RICH_INFO: 0

 --- Recipient 3 ---
0x67f2: 2131634 0x67f3: 2131636 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS:
jinhui.bai@cbmie.com PR_ENTRYID: {Data: 84 bytes} PR_DISPLAY_NAME: Bai Jinhui
PR_RECIPIENT_TYPE: 2 PR_SEARCH_KEY: {Data: 26 bytes} 0x0ffe: 0 0x3900: 0
PR_SEND_RICH_INFO: 0

 --- Recipient 4 ---
0x67f2: 2131637 0x67f3: 2131639 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS:
yizhou.wu@cbmie.com PR_ENTRYID: {Data: 82 bytes} PR_DISPLAY_NAME: Wu boat
PR_RECIPIENT_TYPE: 2 PR_SEARCH_KEY: {Data: 25 bytes} 0x0ffe: 0 0x3900: 0
PR_SEND_RICH_INFO: 0

 --- Recipient 5 ---
0x67f2: 2131640 0x67f3: 2131642 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS:
dan.zhu@cbmie.com PR_ENTRYID: {Data: 76 bytes} PR_DISPLAY_NAME: Zhu big and long
ear PR_RECIPIENT_TYPE: 2 PR_SEARCH_KEY: {Data: 23 bytes} 0x0ffe: 0 0x3900: 0
PR_SEND_RICH_INFO: 0

 --- Recipient 6 ---
0x67f2: 2131643 0x67f3: 2131645 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS:
dengjianjun@cbmie.com PR_ENTRYID: {Data: 86 bytes} PR_DISPLAY_NAME: Deng Jianjun
PR_RECIPIENT_TYPE: 2 PR_SEARCH_KEY: {Data: 27 bytes} 0x0ffe: 0 0x3900: 0
PR_SEND_RICH_INFO: 0

 --- Recipient 7 ---
0x67f2: 2131646 0x67f3: 2131648 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS:
hengliang.zhan@cbmie.com PR_ENTRYID: {Data: 134 bytes} PR_DISPLAY_NAME:
hengliang.zhan@cbmie.com PR_RECIPIENT_TYPE: 2 PR_SEARCH_KEY: {Data: 30 bytes}
0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0

Message

**From:** Jackie.Wang [Jackie.Wang@cbmie.com]
**Sent:** 19/08/2014 02:40:45
**To:** shen.xu@cbmie.com
**CC:** 朱 颖群 [macy.zhu@cbmie.com]; 白锦慧 [jinhui.bai@cbmie.com]; 吴一舟 [yizhou.wu@cbmie.com]; 朱聃 [dan.zhu@cbmie.com]; 邓建军 [dengjianjun@cbmie.com]; hengliang.zhan@cbmie.com
**Subject:** Re: 答复: Phyto-sanitary inspection
**Attachments:** 1529_1529_未命名.jpg; image001(08-19-10-27-05).jpg

申旭，小邓：

Phyto的检验和出具基本上不会有什么问题，Murphy这边也会全力配合（因为他们必须要把货运走）。但我们做一个最坏的假设，就是USDA的检验人员在现场视察的时候，觉得这个货有问题，不给Phyto。上午我们讨论了一下，依此来做备案：

1) 首先美国时间周三，当USDA的人员完成检验的时候，你们要主动去问一下情况。就告诉他/她：我们的船月底就要靠港了，请问什么时候可以出具Phyto？
2) 如果Inspector告诉你们，这个货有虫子，他/她暂时没法给我们Phyto，那么你们要问的是：有什么方案可以让USDA出具Phyto，比如舱内熏蒸是否可以？多长时间可以完成熏蒸并出具证明。
3) 如果Inspector明确告诉我们，这个货不能出口了，Phyto无论如何也给不了。那也要第一时间告诉国内，我们需要取消船期，或找其他港口这个时间点是否可以备货。

这种事情以前没有碰到过（据我所知其他港口也没有发生过这种情况），所以没有可以借鉴的经验。有问题大家及时沟通吧。

Jackie Wang (王坚伟)
Executive Director


CNBM Forest Products Ltd
Address: 15F. No.321 Sichuan(C) Road. Shanghai China
Tel: 0086 21 63230088 ext.888
Fax: 0086 21 63230328
Website: http://www.cnbmforestry.com , www.cnbminternational.com

*********************************************************************
This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.
*********************************************************************

发件人: Charles
发送时间: 2014-08-19 10:35
收件人: 'Jackie.Wang'
抄送: macy.zhu@cbmie.com; '白锦慧'; '吴一舟'; 朱聃; '邓建军'
主题: 答复: Fw: Phyto-sanitary inspection

Jackie

关于Astoria货的质检检验，我们需要提前了解

1. 请问你们之前沟通关于Phyto具体要求是什么？
2. Phyto的检验流程
3. 有没有现场对接人Dave Dagget的联系电话？
4. 能否让Alan在当天保持手机的畅通？
5. 如果检验过程出现问题，我们该如何应对，请领导给予意见。

申旭

运管部

---

**发件人：** Jackie.Wang [mailto:Jackie.Wang@cbmie.com]
**发送时间：** 2014年8月17日 21:55
**收件人：** shen.xu@cbmie.com; 邓建军
**主题：** Fw: Fw: Phyto-sanitary inspection

FYI

Jackie Wang (王坚伟)
Executive Director


CNBM Forest Products Ltd
Address: 15F. No.321 Sichuan(C) Road. Shanghai China
Tel: 0086 21 63230088 ext.888
Fax: 0086 21 63230328
Website: http://www.cnbmforestry.com ,www.cnbminternational.com

*********************************************************************************

This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.

*********************************************************************************

**From:** Jackie.Wang
**Date:** 2014-08-17 15:35
**To:** 朱 颖群; 白锦慧
**Subject:** Fw: FW: Phyto-sanitary inspection

Macy总，小白，

8月20号我们Astoria的货就要进行质检检验，Alan可能在休假，你们看一下申旭和小邓的时间是否可以去Astoria与Dave Daggett一起参加。目前虽然Murphy同意配合我们关于PHYTO的抽检，我们也同意支付这个费用。但风险还在我们这边，如果抽检人员发现虫子等问题，对我们PHYTO的出具就会带来困难，所以最好现场有人在，有问题也可以马上处理。

Confidential

CNBMFP00004928

关于PHYTO上的具体要求，之前我们已经跟Murphy讲过，现场再跟他们强调一下。

Jackie Wang (王坚伟)
Executive Director


CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China
Tel: 0086 21 63230088 ext.888
Fax: 0086 21 63230328
Website: http://www.cnbmforestry.com ,www.cnbminternational.com

*********************************************************************************************

This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.
*********************************************************************************************

**From:** Mike Esler [mailto:Esler@eslerstephens.com]
**Sent:** Wednesday, August 13, 2014 8:26 AM
**To:** Sand, Thomas C.; Esler, Brian; David Daggett (daggettdb@gmail.com)
**Cc:** Kim Buckley; Maureen Chinakos
**Subject:** Phyto-sanitary inspection

Tom and Brian:

The Phyto-sanitary inspection has been set for August 20. Please have your client's representative deal directly with Dave Daggett to coordinate preparation and attendance at the inspection.

Mike.

Michael J. Esler, OSB No. 710560
Esler Stephens & Buckley
121 SW Morrison, Suite 700
Portland, Oregon 97204-3183
Telephone DD: (503) 935-5391
Firm: (503)223-1510
Facsimile: (503) 294-3995

http://www.eslerstephens.com

Confidential

CNBMFP00004929