```
 1              IN THE UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5                                     )

 6                                     )

 7                                     ) MDL No. 2047

 8    IN RE: CHINESE-MANUFACTURED      )

 9    DRYWALL PRODUCTS LIABILITY       ) SECTION: L

10    LITIGATION                       )

11                                     ) JUDGE FALLON

12                                     )

13                                     ) MAG. JUDGE WILKINSON

14

15              ***** Confidential *****

16       ***** Subject to Further Confidentiality Review *****

17

18            VIDEOTAPED DEPOSITION OF JIN WOOH

19                    May 21, 2015

20                 Seattle, Washington
```

┌─────────────────────────┐
│       **CONTEMPT**      │
│      **Exhibit 91**     │
└─────────────────────────┘

```
23            GOLKOW TECHNOLOGIES, INC.

24       877.370.3377 ph | 917.591.5672 fax

25              deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1                    APPEARANCES
 2   For the Plaintiffs:
 3              Matthew C. Gaughan, Esquire
               Levin, Fishbein, Sedran & Berman
 4              510 Walnut Street
               Suite 500
 5              Philadelphia, PA  19106-3697
               215.592.1500
 6              215.592.4663 Fax
               Mgaughan@lfsblaw.com
 7
 8   For Defendant BNBM PLC and BNBM Group:
 9              Kenneth J. Pfaehler, Esquire
               Dentons US LLP
10              1301 K Street NW
               Suite 600, East Tower
11              Washington, DC  20005-3364
               202.408.6468
12              Kenneth.pfaehler@dentons.com
13
     For Defendant CNBM Group, CNBM Company, and
14       CNBM Forest Products:
15              Jason Cabot, Esquire
               Orrick Herrington & Sutcliffe LLP
16              405 Howard Street
               San Francisco, CA  94105-2669
17              415.773.5605
               415.773.5759 Fax
18              Jcabot@orrick.com
19
     For Defendant Taishan Gypsum Co., Ltd.
20       (via telephone):
21              Mackenzie (Mack) Kahnke, Esquire
               Alston & Bird LLP
22              1201 West Peachtree Street
               Atlanta, GA  30309-3424
23              404.881.7000
               404.881.7777 Fax
24              Mackenzie.kahnke@alston.com
25
```

```
1    APPEARANCES (CONTINUED)

2

         For WH International Inc.:

3

                    Mario A. Bianchi, Esquire

4                   Lasher Holzapfel Sperry & Ebberson

                    601 Union Street

5                   Suite 2600

                    Seattle, WA  98101-4000

6                   206.624.1230

                    206.340.2563 Fax

7                   Bianchi@lasher.com

8

9

10       Also present:  Nicholas Rapp, Videographer

                        Simon Wooh

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    EXAMINATION INDEX

 2     EXAMINATION BY:                      PAGE NO.

 3     MR. GAUGHAN                              7

 4     MR. PFAEHLER                          108

 5     MR. GAUGHAN                           124

 6

 7                     EXHIBIT INDEX

 8     EXHIBIT NO.     DESCRIPTION          PAGE NO.

 9

10     Exhibit No. 1    Amended notice of expedited    14
                        oral and videotaped
11                      deposition.

12     Exhibit No. 2    Stack of documents regarding   22
                        WH International, WHI
13                      000001-86.

14     Exhibit No. 3    Contract No. WHI-150006,       29
                        BNBM(Group)0002861.
15

       Exhibit No. 4    Contract No. WHI-140144,       43
16                      BNBM(Group)0002846.

17     Exhibit No. 5    Contract No. WHI-140162,       56
                        BNBM(Group)0002851.
18

       Exhibit No. 6    Contract No. WHI-140147,       85
19                      BNBM(Group)0002849.

20     Exhibit No. 7    Contract No. WHI-140186,       86
                        BNBM(Group)0002852.
21

       Exhibit No. 8    Transaction information, WHI   87
22                      000087-89.

23     Exhibit No. 9    Transaction information, WHI   91
                        000090-91.
24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    EXHIBIT INDEX (CONTINUED)

 2

     Exhibit No. 10    Transaction information, WHI     93

 3                     000092-94.

 4   Exhibit No. 11    Transaction information, WHI     94

                       000095-96.

 5

     Exhibit No. 12    Transaction Information, WHI     96

 6                     000097-99.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

1        BE IT REMEMBERED that on Thursday,

2   May 21, 2015, at 1201 Third Avenue, Suite 3200, Seattle,

3   Washington, at 11:02 a.m., before Terilynn Pritchard,

4   Certified Court Reporter, CCR, RMR, CRR, CLR, appeared

5   JIN WOOH, the witness herein;

6        WHEREUPON, the following proceedings

7   were had, to wit:

8

9        <<<<<< >>>>>>

10

11        VIDEOGRAPHER:  We are now on the

12   record.  My name is Nicholas Rapp.  I am a videographer

13   for Golkow Technologies.

14        Today's date is May 21st, 2015, and the time is

15   11:02 a.m.

16        This 30(b)(6) video deposition is being held at 1201

17   Third Avenue, Suite 3200, Seattle, Washington, 98101, in

18   the matter of In Re Chinese-manufactured Drywall Products

19   Liability Litigation, Case No. 2:09-MD-02047-EEF-JCW, for

20   the U.S. District Court, Eastern District of Louisiana.

21        The deponent is Jin Wooh.

22         The court reporter is Terilynn Pritchard.

23        Would Counsel and all present please voice identify

24   themselves for the record.

25        MR. GAUGHAN:  Matthew Gaughan, from

Confidential - Subject to Further Confidentiality Review

```
 1      Levin Fishbein, on behalf of the Plaintiff Steering

 2      Committee.

 3                        MR. BIANCHI:  Mario Bianchi, from

 4      Lasher Holzapfel Sperry & Ebberson, on behalf of WH

 5      International Inc.

 6                        MR. PFAEHLER:  Kenneth Pfaehler,

 7      Dentons US LLP, on behalf of Defendants BNBM PLC and

 8      BNBM Group.

 9                        MR. CABOT:  Jason Cabot, from Orrick

10      Herrington & Sutcliffe, on behalf of BNBM Group and BNBM

11      Company.

12                        VIDEOGRAPHER:  You may swear in the

13      witness.

14

15      JIN WOOH,                   having been first duly sworn

16                                  by the Certified Court Reporter,

17                                  testified as follows:

18

19                        EXAMINATION

20      BY MR. GAUGHAN:

21   Q  Good morning, Mr. Wooh.

22          Could you please state your full name for the

23      record?

24   A  My name is Jin Wooh from WH International.

25   Q  Okay.  And can you provide your business address for the
```

Confidential - Subject to Further Confidentiality Review

```
 1        record?

 2    A   5105 191st Street Southwest, Lynnwood, Washington 98036.

 3    Q   Thank you.

 4          Have you been deposed before?

 5    A   No, I have not.

 6    Q   Okay.  So let's go through a few of the instructions,

 7        and I'm sure your counsel has discussed some of these

 8        with you, but we have a videographer-- well, we do have

 9        a videographer, but we also have a court reporter here,

10        so this is not a normal conversation in the sense that

11        you might anticipate what I'm going to ask and start

12        answering before I complete my questions, so if you

13        could just please let me complete my questions before

14        you answer, and I'll try to offer the same courtesy to

15        you as well.

16          Also, if you could, answer verbally, "yes," "no."

17           If you nod your head, "uh-huh," "nuh-uh," sometimes

18        it's not as clear what your answer is because there will

19        be a written transcript at the conclusion of the

20        deposition, so if you could just answer verbally, that

21        would be appreciated, okay?

22    A   Yes.

23    Q   Also, the other thing is sometimes my questions may

24        confuse you a bit.

25           If you don't understand the question, please let me
```

Confidential - Subject to Further Confidentiality Review

 1      know.  I'll do my best to clarify so you do understand

 2      my question, okay?

 3   A  Okay.

 4   Q  Otherwise, I will have to assume that you understood the

 5      question, and it might cause some later confusion, okay?

 6   A  Okay.

 7   Q  Also, from time to time, one of the attorneys in the

 8      room, maybe your attorney, maybe one of the other

 9      attorneys, or even counsel on the phone, might object to

10      my question.

11          You should still answer the question, provided you

12      understand it, unless you're instructed by your counsel

13      not to answer, okay?

14   A  Yes.

15   Q  If you need to take a break at any point, let me know.

16          This is not an endurance competition, so if you

17      need to use the bathroom or I don't know if you're a

18      smoker or anything like that, if you need to take a

19      cigarette break or-- just let me know.

20          The only thing I ask is that you answer any sort of

21      outstanding questions, and then we'll take a break.

22          Is that okay?

23   A  Yes.

24                  MR. PFAEHLER:  Counsel, can we have

25      the same stipulation that we had at the Hull deposition,

Confidential - Subject to Further Confidentiality Review

```
 1        that if one defendant or one counsel objects to any of

 2        your questions, that objection stands for all counsel?

 3                         MR. GAUGHAN:  Yes, we'll stand by

 4        that earlier understanding.

 5   Q    (By Mr. Gaughan)  Can you please tell me how long you've

 6        been with WM International?

 7   A    I've been with WH International since 2011.

 8   Q    Okay.

 9   A    So four years.

10   Q    Okay.  Is that your first employer or were you doing

11        something else before that?

12   A    Well, I was a college student before that.

13            I also worked abroad in Korea for two years.

14   Q    Okay.  Where did you study?  I'm sorry.

15   A    I studied at Seattle Pacific University in Seattle,

16        Washington.

17   Q    And what year did you graduate?

18   A    2009.

19   Q    And then you mentioned you worked overseas for a little

20        bit?

21   A    Yeah.

22   Q    Where was that?

23   A    In Seoul.

24                         COURT REPORTER:  We have to slow way

25        down.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q   (By Mr. Gaughan)  Sometimes this happens

 2           I'm asking questions too fast.  I'll try to slow

 3       down.

 4   A   Okay.

 5   Q   All right.  So where was it that you were first

 6       employed?

 7   A   Seoul, South Korea.  I taught English at a middle

 8       school.

 9   Q   And how long did you do that for?

10   A   For a year.

11   Q   Okay.  And then you came back and joined WH

12       International; is that correct?

13   A   Yes, sir.

14   Q   And what is your position with WH International?

15   A   I am an export manager.

16   Q   Okay.  And has that been your position since you joined

17       the company?

18   A   Depends how you want to explain-- I mean, I did the same

19       thing since I started.

20           I never had a title.

21           We don't really believe in titles, so if you work,

22       you work.

23   Q   So you mentioned you're an export manager?

24   A   Yes.

25   Q   It is not an official title?
```

```
 1   A   It is not an official title, no.

 2   Q   So when you first joined WH International, were you

 3       operating in that same capacity?

 4   A   Yes.

 5   Q   Okay.  Can you give me some information about your job

 6       duties and responsibilities?

 7   A   So I am in charge of logistics.  I organize trucking,

 8       shipping, and all the documentations related to our

 9       exports.

10   Q   Okay.  Are you involved in any sort of formation of

11       contractual agreements with people that are ordering

12       products from WH International?

13   A   Can you clarify the question, please?

14   Q   Sure.

15           For instance, in this case there's some agreements

16       with a company called BNBM to ship lumber or logs to

17       China.

18           I guess my question is:

19           Is that something that would fall under your job

20       responsibilities, you know, communicating with people

21       overseas and reaching these sort of agreements?

22   A   No.  I'm in charge of drafting the contract.

23   Q   Okay.  All right.  Thank you.

24           So can you tell me exactly what WH International

25       does as a business?
```

Confidential - Subject to Further Confidentiality Review

```
 1   A   We export timber to Asia, not lumber.

 2   Q   So that's unprocessed logs?

 3   A   Yes.

 4   Q   And all your customers are in Asia?

 5   A   Yes.

 6   Q   Why is that?  Do you know?

 7   A   I don't know.

 8   Q   Okay.  Just that's been the practice since you've been

 9       with WH International?

10   A   Yes.

11   Q   Do you ship lumber to a large number of customers

12       overseas or is it to one or two companies in particular?

13   A   Can you clarify the question, because we don't export

14       lumber?

15   Q   I'm sorry.

16           You don't export lumber?

17   A   We do not.

18   Q   What is it exactly that you do?

19   A   We export timber.

20   Q   Timber, okay.  I'm sorry.

21           From time to time I might use the term "lumber,"

22       and that's just me not understanding the industry, so I

23       apologize for that.

24           So I guess my question was:

25           Do you have kind of a certain number of customers
```

Confidential - Subject to Further Confidentiality Review

1     overbroad that are regular customers or do you just sell

2     to whoever contacts you?

3  A  We have our core group of customers.

4  Q  Okay.

5  A  Sometimes we have a small business asking for products,

6     and we sell to them as well.

7  Q  Okay.  And I'm going to have you take a look at what's

8     been marked as Exhibit No. 1.

9  A  Okay.

10                        (Exhibit No. 1 marked for

11                         identification.)

12

13 Q  (By Mr. Gaughan)  I don't know if the court reporter has

14    provided you that yet.

15 A  The first exhibit--

16 Q  Yes.  This is, just for the record, our deposition

17    notice and discovery requests that we served upon WH

18    International, which was later amended for today's date.

19       If you could, take a look--

20                    MR. PFAEHLER:  Counsel, super quick,

21    before you keep going, are you marking these WHI Exhibit

22    No. 1 or are you marking them with the witness's name

23    and Exhibit No. 1?

24                    MR. GAUGHAN:  I guess we could do

25    WH-- let's do WHI1 or something.

```
 1                         MR. BIANCHI:  Take your time to go

 2        through the whole thing and just make sure that--

 3                         THE WITNESS:  Okay.

 4                         MR. PFAEHLER:  Thanks.  I just want

 5        to make sure--

 6                         MR. GAUGHAN:  Sure.  Sure.

 7    Q   (By Mr. Gaughan)  And your counsel asked you to look

 8        through the whole thing?

 9    A   Yes.

10    Q   That's fine.  Go ahead.

11                         MR. PFAEHLER:  Sorry to interrupt

12        you.

13                         MR. GAUGHAN:  No, that's fine.

14    Q   (By Mr. Gaughan)  I am not going to have a lot of

15        questions on this, so I don't know how thoroughly you

16        want to take a look at it.

17    A   Okay.

18                         MR. GAUGHAN:  I am going to direct

19        him to specific page numbers.

20                         MR. BIANCHI:  Okay.

21                         MR. GAUGHAN:  And obviously the first

22        question will be has he seen it before, that sort of

23        thing, but we'll get to that.

24                         MR. BIANCHI:  If you are going to ask

25        him-- direct him to specific pages, why don't you go
```

Confidential - Subject to Further Confidentiality Review

```
 1        ahead and ask your questions, and he can-- and you can

 2        walk him through the document.

 3                    MR. GAUGHAN:  Sure.  Sure.

 4   Q   (By Mr. Gaughan)  I guess my question is:

 5           Have you seen this particular document before?

 6   A   Yes, I have.

 7   Q   And was this the document that was served upon WH

 8        International?

 9   A   Yes, it was.

10   Q   And this is why you are appearing today to provide

11        testimony?

12   A   Yes, I am.

13   Q   If you look at the top right-hand corner, you see a

14        "Page 1 of 35" on the cover, and I'm going to direct you

15        to Page 11 of 35.

16           Specifically there's-- under Paragraph N, it says

17        "'Taishan affiliates and subsidiaries.'"

18           Do you see that?

19   A   Yes.

20   Q   I would like you to read through that list to yourself,

21        and as you are going through, just tell me any entities

22        or corporations that you recognize.

23                    MR. PFAEHLER:  Object to the question

24        on the grounds that it characterizes a number of

25        entities as affiliates and subsidiaries of Taishan.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q   (By Mr. Gaughan)  You can continue to read through.

 2                   MR. PFAEHLER:  From time to time I

 3       will object, but unless your counsel instructs you not

 4       to answer, just let me get the objection out, and then

 5       you can go ahead--

 6                   THE WITNESS:  I can still answer your

 7       question though?

 8   Q   (By Mr. Gaughan)  Yeah, just read through it if you

 9       could.

10   A   Okay.

11   Q   And if you recognize anyone on there, just stop and tell

12       me which one it is, and I'll have some questions about

13       that.

14   A   I recognize Beijing New Building Material Group Company

15       Limited.

16   Q   Okay.  How do you recognize-- and I'm going to call them

17       "BNBM Group."

18           Is that okay?

19   A   That's fine.

20   Q   How do you recognize BNBM Group?

21   A   BNBM Group is the LLC company that the buyer used to buy

22       our products.

23           I have heard of CNBM.

24   Q   Before we move on to CNBM, I want to ask you a few

25       questions about BNBM Group.
```

Confidential - Subject to Further Confidentiality Review

```
 1            Earlier you mentioned that you have a few core

 2       customers.

 3            Is BNBM Group one of those core customers?

 4   A   No, they're not.

 5   Q   Okay.  Have you been doing business with them for some

 6       period of time?

 7   A   Yes, we have.

 8   Q   Since you joined the company?

 9   A   Yes.

10   Q   And why is it-- you don't feel they are a core customer.

11            Could you explain that to me?

12   A   Because they did not do the majority of our volume.

13   Q   Okay.  Do you have any sense of how long WH

14       International has been doing business with BNBM Group?

15   A   No, I don't.

16   Q   Okay.

17                      MR. BIANCHI:  I am going to object to

18       the term "doing business with," just as that term is

19       ambiguous.

20                      MR. PFAEHLER:  I will join the

21       objection.

22                      MR. GAUGHAN:  Sure.

23   Q   (By Mr. Gaughan)  Do you know how long WH International

24       has had contractual dealings with BNBM Group?

25   A   No, I don't.
```

Confidential - Subject to Further Confidentiality Review

```
 1    Q    Okay.  Are there any other entities you recognize on

 2         this list?

 3    A    China National Building Material Import and Export

 4         Company.

 5    Q    How is it that you recognize that company?

 6    A    They're just a huge company that's around in the timber

 7         business, so you've heard of them.

 8    Q    Do you know whether WH International has done any or

 9         entered into any contractual agreements with CNBM import

10         and export?

11    A    No, we have not.

12    Q    You just recognize the name from--

13    A    Yeah, they're a big player.

14    Q    Where are they a big player?

15    A    In China.

16    Q    Okay.  Are you aware of them doing business in the

17         United States?

18    A    No, I don't.

19    Q    Okay.  Any other entities you recognize?

20              I guess I'll stop you on that first page and ask

21         you, do you recognize CNBM Forest Products Limited?

22    A    I don't know.

23    Q    How about CNBM Forest Products Canada Limited?

24    A    I don't know.

25    Q    Okay.  You can continue on.
```

Confidential - Subject to Further Confidentiality Review

```
 1   A   I do not recognize any others.

 2   Q   Okay.  And then before we talked about BNBM Group.  If

 3       you go to Page 13 out of 35, do you see Beijing New

 4       Building Materials Public Limited Company?

 5   A   I see it.

 6   Q   Yeah, are you familiar with that company?

 7   A   No, I don't-- no, I'm not.  Excuse me.

 8   Q   Sure.  Also on that page are you familiar with Taishan

 9       Gypsum Co. Limited?

10   A   No, I'm not.

11   Q   How about on that page, do you see a company called

12       Tai'an Taishan Plasterboard Co. Limited?

13   A   I do.

14   Q   Are you familiar with that company?

15   A   No, I'm not.

16   Q   How about on Page 14, are you familiar with a company

17       called CNBM Forest Products Trading Limited?

18   A   No, I'm not.

19   Q   How about CNBM USDA Corp.?  Are you familiar with that

20       company?

21   A   No, I'm not.

22   Q   How about on the next page, 15 of 35, BNBM of America

23       Inc.?  Are you familiar with that company?

24   A   No.

25   Q   And the next thing I will do is direct you to Page 19 of
```

Confidential - Subject to Further Confidentiality Review

```
1        35.

2           It's really 19 and 20.

3           I just want you to read through-- you know, we had

4       some-- we requested some documents.

5           I want you to read through and just let me know

6       when you've completed reading through that, okay?

7    A   Okay.

8    Q   Okay.  I guess my question for you is:

9           Your counsel has produced some documents prior to

10      today's deposition.

11          Did you have a chance to review those documents?

12   A   Yes.

13   Q   Okay.  My question for you is:

14          After having read through these document requests,

15      are there any other documents that you are familiar with

16      that were not produced prior to today's deposition?

17   A   Between the dates of July 17th, 2014 and March 31st,

18      2015?

19   Q   Yes.

20   A   No.

21   Q   Okay.  Thank you.

22          You can set that aside.

23   A   Okay.

24   Q   I guess I am going to mark my next exhibit.

25          /////
```

Confidential - Subject to Further Confidentiality Review

```
 1                         (Exhibit No. 2 marked for

 2                          identification.)

 3

 4                         MR. PFAEHLER:  I am going to object

 5        to marking this group of documents, which is a number of

 6        documents, as a single exhibit.

 7                         MR. GAUGHAN:  I understand your

 8        objection.

 9   Q    (By Mr. Gaughan)  We are going to move through this

10        document.  I am going to mark this as 1.  This is the

11        way this document was produced to us.

12            I understand there might be some separate documents

13        included, but we will go through each document and

14        discuss that, okay?

15   A    Okay.

16   Q    I guess--

17                         MR. PFAEHLER:  Counsel, you are

18        marking this as Exhibit No. 2?

19                         MR. GAUGHAN:  Yes.  This will be --

20        I'm sorry -- Exhibit No. 2.

21   Q    (By Mr. Gaughan)  Could you review that first document,

22        which is WHI 1 through 3?

23   A    Okay.

24   Q    I guess, first of all, in going to the second page of

25        this document, the first e-mail, do you recognize that
```

Confidential - Subject to Further Confidentiality Review

```
 1        e-mail address, the Hotmail e-mail address there?

 2    A   On the second page?

 3    Q   Yeah.  Yeah.

 4    A   Yes.

 5    Q   Whose e-mail address is that?

 6    A   The first one, ZZGWY@hotmail.com?

 7    Q   Yes.

 8    A   It's our agent in China, George.

 9    Q   What is George's full name?

10    A   George Zhang.

11    Q   Okay.  And you mentioned he's an agent of your company?

12    A   Yes.

13    Q   Is he a contractor?

14            Is that the type of relationship that you have with

15        him?

16    A   Can you clarify?

17    Q   Well, he is not an employee of WH International, is he?

18    A   No, he is not.

19    Q   But he does assist your company in procuring customers;

20        is that correct?

21    A   Yes.

22    Q   Okay.  And there's another e-mail address on there,

23        SimonWooh@hotmail.com.

24            I take it that's the gentleman who is located in

25        the room today, correct?
```

```
 1   A   Yes.

 2   Q   And can you tell me about Mr. Wooh's-- Mr. Simon Wooh's

 3       position with the company?

 4   A   He is the owner of the company.

 5   Q   Are you guys related, by chance?

 6   A   Yes, we are.

 7   Q   Okay.  What's the relationship?

 8   A   He is my father.

 9   Q   Good.  Okay.  For the record, this first e-mail is dated

10       January 1st, 2015, correct?

11   A   Yes.

12   Q   And I had a couple questions about this particular

13       document.

14           There's a reference in the first line -- I guess

15       the first numbered paragraph there, No. 1 -- to LCs.

16           Can you tell me what that is?

17   A   "LC" is a letter of credit.

18   Q   And it looks like in this e-mail Mr. Zhang is discussing

19       some potential business opportunities; is that correct?

20   A   I don't know.

21   Q   Okay.  If you want to just take a chance, you can review

22       this entire document.  Maybe that will help you.

23   A   Okay.

24   Q   In the first e-mail he's also talking about-- he's

25       talking about reducing your inventory in Tacoma; is that
```

```
 1        correct?

 2   A    Yes.

 3   Q    And in the third paragraph you see a reference to DK or

 4        Silvan.

 5            Do you know who those companies are?

 6   A    DK is a company based out of Korea, and Silvan is a

 7        company based out of here in Bellevue.

 8   Q    Okay.  And were they also doing exporting logs or lumber

 9        to Asia at this period?  Do you know?

10   A    Yes.

11   Q    Are they one of your competitors?

12   A    No.

13   Q    Okay.

14   A    They're just way bigger than we are.

15   Q    Okay.  So do you know if they've done any business with

16        BNBM, for instance?

17   A    I don't know.

18   Q    Okay.  If you want to go to the first page of this

19        document, you see that e-mail at the bottom there, I

20        guess, from your father?

21   A    Okay.

22   Q    I have a few questions on that.

23   A    Okay.

24   Q    In the second numbered paragraph there's reference to a

25        Mr. Chen.
```

```
 1          Do you know who that is?

 2   A   He is a buyer in China.

 3   Q   Do you know what company he's with?

 4   A   His own company.

 5   Q   Do you know what the name of the company is?

 6   A   I do not.

 7   Q   Okay.  And if you recall at any point during today's

 8       deposition, just let me know, if that's okay.

 9   A   Say what?

10   Q   If you recall, if we see a document today that helps you

11       remember what company Mr. Chen is affiliated with, I

12       would appreciate that, okay?

13   A   Okay.

14   Q   All right.  And I guess if you move up one e-mail from

15       that, we see an e-mail from George, correct?

16          Do you see that?

17   A   Yes.

18   Q   And he refers to "BNBM asking for 20 cans at 980 plus

19       five cans F at 900 to Dalian and ship date is after

20       February 15, how do you think," and question mark.

21          Did I read that correctly?

22   A   Yes, you did.

23   Q   Okay.  So do you have an understanding of who Mr.-- I

24       guess, George was communicating with at BNBM?

25                        MR. PFAEHLER:  Objection to form.
```

Confidential - Subject to Further Confidentiality Review

1    Q    (By Mr. Gaughan)  You can answer the question.

2    A    Say that one more time.

3    Q    Do you know who George would be in contact with at BNBM?

4                    MR. PFAEHLER:  Note my objection.

5                    THE WITNESS:  I don't know.

6    Q    (By Mr. Gaughan)  You don't know, okay.

7          And then we see the next e-mail from you?

8    A    Mm-hm.

9    Q    Dated 1/28/15, correct?

10   A    Mm-hm, yes.

11         Sorry.

12   Q    That's-- I understand.

13         And then you say you're attaching a BNBM contract?

14   A    Yes.

15   Q    Okay.  And this was on-- so this would have been on

16        January 28th, 2015, correct?

17   A    Yes.

18   Q    And then we see a document beginning at WHI 4.

19         Do you see that?

20   A    Yes.

21   Q    And this is a contract, correct?

22   A    Yes.

23   Q    All right.  I guess backing up to that first document,

24        before we look at this contract, do you know-- these

25        sort of e-mails would be part of WHI's normal business

Confidential - Subject to Further Confidentiality Review

```
 1       practices, correct?

 2   A   Yes.

 3   Q   Okay.  And the negotiations, that sort of thing, would

 4       also be part of your business practices?

 5                       MR. PFAEHLER:  Objection; form.

 6           What negotiations are you referring to?

 7                       MR. GAUGHAN:  Through George,

 8       Mr. Zhang.

 9                       THE WITNESS:  Would it be my

10       practice?

11   Q   (By Mr. Gaughan)  WHI's practice?

12                       MR. PFAEHLER:  Object to form.

13                       THE WITNESS:  Yes.

14   Q   (By Mr. Gaughan)  And you would retain a copy of these

15       sort of e-mails as part of your business practices as

16       well?

17   A   Yes.

18   Q   Okay.  If we could go to the contract now, which is WHI

19       004, would this be the contract that you attached to

20       your 1/28/15 e-mail?

21   A   Yes.

22   Q   I noticed that it was not countersigned, so I do have a

23       copy that was produced to us by the defendants.

24   A   Mm-hm.

25   Q   And I am going to provide that to you as another
```

Confidential - Subject to Further Confidentiality Review

```
 1        document, okay?

 2                            (Exhibit No. 3 marked for

 3                             identification.)

 4

 5   Q    (By Mr. Gaughan)  I just want you to take a look at this

 6        and just confirm that this is the same contract that in

 7        this instance has been countersigned by BNBM.

 8   A    Yes.

 9   Q    Okay.  And with respect to this contract that I marked

10        as Exhibit No. 3, can you tell me whether these sort of

11        contracts would be prepared by you in the regular course

12        of your business at WHI international?

13                       MR. PFAEHLER:  Objection to the form.

14                       THE WITNESS:  Drafting the contract?

15                       MR. GAUGHAN:  Yes.

16                       THE WITNESS:  Yes.

17   Q    (By Mr. Gaughan)  Okay.  And WH International would have

18        retained a copy of that document?

19   A    Yes.

20   Q    As part of your regular business practices?

21   A    Yes.

22                       MR. PFAEHLER:  Objection.

23            Which document, 2 or 3?

24                       MR. GAUGHAN:  3.

25   Q    (By Mr. Gaughan)  I guess 2 as well, correct?
```

```
 1   A   Not 3, but 2, yes.

 2   Q   Okay.  And you wouldn't receive a copy back of what's

 3       been marked as Exhibit No. 3?

 4   A   No.

 5   Q   Okay.  Would that go to George?

 6   A   I don't know.

 7   Q   Okay.  But WH International would not receive a copy?

 8   A   No.

 9   Q   How is it you would know that it had been accepted by

10       BNBM or any other customer?

11   A   When they open the letter of credit.

12   Q   Okay.  I understand.

13           And so I guess I'll direct you back to Exhibit

14       No. 2, WHI 04, okay?

15           And so this is the contract that was ultimately

16       accepted by BNBM; is that correct?

17   A   I don't know.

18   Q   How do you not know?

19   A   Because the way you're just questioning-- can you reword

20       it then?

21   Q   We just looked at what's been marked as Exhibit No. 3.

22   A   Okay.

23   Q   And that has a signature by someone at BNBM, correct?

24   A   Yes.

25   Q   Does that clarify in your mind that this contract was
```

```
 1        actually accepted by BNBM?

 2    A   Yes.

 3                    MR. PFAEHLER:  Multiple objections to

 4        form.

 5            If you can just give me one second after you are

 6        asked a question to get my objection out--

 7                    THE WITNESS:  Okay.

 8                    MR. PFAEHLER:  --So we don't drive

 9        our court reporter crazy, I would appreciate that-- or

10        she would appreciate that.  Thank you.

11    Q   (By Mr. Gaughan)  Do you need me to read back the

12        question?

13    A   Sure.

14    Q   All right.

15                    MR. GAUGHAN:  And your objection will

16        stand, okay, Counsel?

17                    MR. BIANCHI:  I think he answered the

18        question, didn't he?

19                    MR. GAUGHAN:  I am not sure if I got

20        an answer.

21                    MR. BIANCHI:  I think he did.

22                    MR. PFAEHLER:  I am happy for you to

23        re-ask it with my standing objection, but I think you

24        have your answer.

25                    MR. GAUGHAN:  Okay.  I do have an
```

Confidential - Subject to Further Confidentiality Review

```
 1       answer.  I'm sorry.

 2   Q   (By Mr. Gaughan)  So going back to Exhibit-- to that 004

 3       document for a minute, this contract was dated January

 4       28th, 2015; is that correct?

 5   A   Yes.

 6   Q   And the buyer is listed as Beijing New Building

 7       Materials Company Limited?

 8   A   Yes.

 9   Q   And WH International Inc. is listed as the seller,

10       correct?

11   A   Yes.

12   Q   And this would have been a contract for, I guess,

13       purchase and sale of $129,500 worth of lumber or logs, I

14       should say, correct?

15   A   Logs, yes.

16   Q   And the anticipated ship date, under Paragraph No. 5

17       here, is by 3/31/15; is that correct?

18   A   Yes.

19   Q   And the port of loading is listed as Tacoma/Seattle

20       U.S.A., correct?

21   A   Yes.

22   Q   And the port of discharge is Dalian, China; is that

23       correct?

24   A   Yes.

25   Q   And the contemplated payment terms were to be by 100
```

```
 1        percent irrevocable letter of credit, correct?

 2   A    Yes.

 3   Q    And if you turn to the next page, which is WHI 005,

 4        would this be a commercial invoice involving the same

 5        contract we just looked at?

 6   A    Yes.

 7   Q    Okay.  And just for the record, this is-- this

 8        references the same contract number, which is WHI-15020,

 9        correct, right under the invoice, the commercial

10        invoice?

11   A    Can you say that one more time?

12   Q    I was stating for the record, right under where you see

13        "Commercial invoice," that it refers to the same

14        contract number, which is WHI-15020?

15                       MR. PFAEHLER:  I am going to object

16        to the form.

17                       THE WITNESS:  No, that is not a

18        contract number.

19            I'm sorry.

20   Q    (By Mr. Gaughan)  I apologize.

21            I am in the wrong spot.

22            In the bottom, second to the last paragraph, I

23        guess, we see a contract number, WHI-15006, correct?

24   A    Yes.

25   Q    And that matches the contract we just looked at?
```

Confidential - Subject to Further Confidentiality Review

```
 1   A   Yes.

 2   Q   And so this commercial invoice is dated March 3, 2015,

 3       correct?

 4   A   Yes.

 5   Q   And it's to Beijing New Building Materials Company

 6       Limited, correct?

 7   A   Yes.

 8   Q   And is it okay if I call them "BNBM"?

 9   A   Yes.

10   Q   Okay.

11                   MR. PFAEHLER:  I am going to object

12       to that.

13                   MR. GAUGHAN:  You're objecting to me

14       referring to Beijing New Building Materials Company

15       Limited as "BNBM"?

16                   MR. PFAEHLER:  Yeah, I think I am.

17           I think it's confusing.

18   Q   (By Mr. Gaughan)  Are you confused by that, sir?

19                   MR. PFAEHLER:  I think it is going to

20       confuse the record in this case to refer to it that way.

21                   MR. GAUGHAN:  I don't know if it

22       will.

23   Q   (By Mr. Gaughan)  Are you confused by if I say "BNBM" to

24       you--

25   A   No.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q   Does that mean Beijing New Building Materials Company

 2       Limited?

 3   A   Yes.

 4                   MR. PFAEHLER:  Can you give me a

 5       standing objection to every time you do that so I don't

 6       have to object every time--

 7                   MR. GAUGHAN:  That's fine, you can

 8       have a standing objection.

 9                   MR. PFAEHLER:  I'll take it.

10   Q   (By Mr. Gaughan)  Okay.  And can you just verify for the

11       record that there's a total shipment here for $125,293,

12       correct?

13   A   Yes.

14   Q   And this would have been in full satisfaction of the

15       contract we just looked at?

16   A   Yes.

17   Q   And if you look at the next page, which is WHI 0006, and

18       this is a packing list, correct?

19   A   Yes.

20   Q   Okay.  And would this involve the same contract and

21       invoice we just looked at?

22   A   Yes.

23   Q   Okay.  And just for the record, moving back to the

24       commercial invoice, which is dated March 3, 2015, how is

25       it that-- when is it that you prepare an actual invoice?
```

```
 1   A   I prepared the actual invoice when I received the bill

 2       of lading from the freight company.

 3   Q   Would it be generally the same day or within-- you know,

 4       within a day or so?

 5   A   Can you clarify your question?

 6   Q   Okay.  When you receive the bill of lading, is that when

 7       the product has actually been loaded on a ship?

 8                   MR. PFAEHLER:  Objection; form.

 9                   THE WITNESS:  No.

10   Q   (By Mr. Gaughan)  Can you explain to me when you receive

11       the bill of lading?

12   A   If you look at the actual bill of lading on Page 7--

13   Q   Yes.

14   A   --it has the onboard date on the bottom, which is the

15       actual loading date of the vessel.

16   Q   Okay.  So I don't want to confuse the record here, but--

17       that's fine.

18          So what is the-- moving to WHI 07, which we were

19       just looking at, what was the date that this shipment

20       was loaded?

21   A   It was loaded on the ship on February 28th.

22   Q   2015?

23   A   2015.

24                   MR. PFAEHLER:  I have an objection to

25       the last question.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q   (By Mr. Gaughan)  And this involved 545 logs; is that

 2       correct?

 3   A   Yes.

 4   Q   Okay.  And the notify party on this bill of lading is

 5       Beijing New Building Material Company?

 6   A   Yes, it is.

 7   Q   Limited, I should say?

 8   A   Yes.

 9   Q   Who you understand to be BNBM?

10   A   Yes.

11                   MR. PFAEHLER:  Objection to form.

12   Q   (By Mr. Gaughan)  And down at the bottom of this first

13       page there's a reference to Dallas, Texas.

14       Do you know what that signifies?

15   A   Dallas, Texas is the office-- the main office everything

16       is located.  That's all I know.

17   Q   And the next page, WHI 08, that would be an attachment

18       to the same bill of lading; is that correct?

19   A   Yes.

20   Q   All right.  And the next page, WHI 09, is that also--

21       would be an attachment to the bill of lading?

22   A   No.

23   Q   Okay.  What is this document?

24   A   It's-- sorry to cut you off.

25   Q   Go ahead.
```

```
 1              What is this document?

 2   A   It is the summary log list.

 3   Q   Okay.  And who would prepare that?

 4   A   We will.

 5   Q   And this is after you received the bill of lading, you

 6       would prepare this document?

 7   A   No.

 8   Q   Okay.  When would you prepare this?

 9   A   When we received the final count and the board footage

10       from the producer.

11   Q   Okay.

12   A   From the supplier, excuse me.

13   Q   You also have container numbers listed on the left-hand

14       column there?

15   A   I do.

16   Q   Okay.  So you would know the container before you

17       received the bill of lading?

18   A   Yes.

19   Q   Okay.  And this document also reflects that there was

20       545 logs total?

21   A   Yes.

22   Q   And the next page is WHI 010.

23              Do you see that?

24   A   Yes.

25   Q   Okay.  And this is a certificate of origin; is that
```

Confidential - Subject to Further Confidentiality Review

```
 1        correct?

 2    A   Yes.

 3    Q   Okay.  And it was issued in the United States of

 4        America, according to what's stated there?

 5    A   Yes, it is.

 6    Q   And your company is listed as the shipper, correct?

 7    A   Yes.

 8    Q   The notify party is listed as Beijing New Building

 9        Materials Company Limited, correct?

10    A   Yes.

11    Q   This involves the same 545 logs we've been discussing

12        that was shipped?

13    A   Yes.

14    Q   On February 28th, 2015?

15    A   Yes.

16    Q   And if you go to the next page, WHI 11, can you tell me

17        what this document is?

18    A   It's a phytosanitary-- phytosanitary-- it's kind of hard

19        to spell.  It's not even a real word, but it's a

20        certificate produced by USDA.

21    Q   And what is the significance of that document?

22    A   It is claiming that the logs debarked, as according to

23        Chinese-- law of the Chinese government.  Also, it's

24        found free of insects or-- I can't pronounce that, but

25        that it's clean.
```

```
 1   Q   It's a standard document that would be included in any

 2       sort of shipping you sent to Asia; is that correct?

 3   A   Yes, it is a standard document.

 4   Q   And the next page, WHI 12, that would also be related to

 5       that same certificate?

 6   A   Yes.

 7   Q   And then with respect to the document we looked at, WHI

 8       04 through 12, those documents would have been prepared

 9       as part of your business's regular practice of shipping

10       materials to Asia, correct?

11   A   Yes.

12   Q   Okay.  And you would have retained copies of them as

13       well as part of your regular business practice, correct?

14   A   Yes.

15   Q   And in terms of your internal procedures, would you

16       retain all of these documents together somewhere in your

17       files?

18   A   Yes.

19   Q   Okay.  And the next document I want to direct you to is

20       WHI 15, okay?

21   A   Okay.

22   Q   The subject is "BNBM."

23           Do you see that?

24   A   Yes.

25   Q   Is that the company that you considered to be this
```

Confidential - Subject to Further Confidentiality Review

```
 1        Beijing New Building Materials Company Limited?

 2   A    Yes.

 3   Q    And the date of this e-mail is August 13th, 2014,

 4        correct?

 5   A    Yes.

 6   Q    Okay.  And this is an e-mail from George Zhang to Simon

 7        Wooh, your father, correct?

 8   A    No.

 9   Q    Sorry, it's to you with your father copied, correct?

10   A    Yes.

11   Q    And it says, "BNBM confirm 20 cans DF contract to

12        Dalian, and the price is 980 USD."

13            Did I read that correctly?

14   A    Yes, you did.

15   Q    And same question:

16            So Mr. Zhang would have prepared this e-mail as

17        part of his regular interactions with your company,

18        correct?

19   A    Yes.

20                        MR. PFAEHLER:  Objection to form.

21   Q    (By Mr. Gaughan)  And you would have retained a copy of

22        this e-mail as part of your regular business practices,

23        correct?

24   A    It's in my e-mail folder.

25   Q    Okay.  But you wouldn't have purged this document from
```

Confidential - Subject to Further Confidentiality Review

```
1        your e-mail folder, correct?

2                         MR. PFAEHLER:  Objection to form.

3                         THE WITNESS:  Can you clarify?

4    Q   (By Mr. Gaughan)  You wouldn't have deleted it from your

5        folders?

6    A   No, I have not.

7    Q   Okay.  And does WHI--

8                         MR. GAUGHAN:  I'm sorry, are you done

9        with your objection?

10                        MR. PFAEHLER:  Yeah.

11           Do you want me to say what it is?

12                        MR. GAUGHAN:  Sure.

13                        MR. PFAEHLER:  You are asking "You

14       wouldn't have," which is a hypothetical, instead of

15       asking him "You didn't," which is, I think, the question

16       you are trying to get at.

17   Q   (By Mr. Gaughan)  Well, you did not delete this e-mail,

18       did you?

19   A   I did not.

20   Q   Okay.  And as your regular business practice, you would

21       retain and not delete this sort of e-mail, correct?

22   A   I do not.

23   Q   Could you move to the next document, which is WHI 016?

24   A   (Witness complies.)

25   Q   And tell me-- have you had a chance to look at it?
```

```
 1   A   Yes.  Yes.

 2   Q   Okay.  I am going to mark another exhibit here.

 3                             (Exhibit No. 4 marked for

 4                              identification.)

 5

 6   Q   (By Mr. Gaughan)  Okay.  Is this the contract that was

 7       being referenced in the last document we just looked at?

 8   A   Yes.

 9   Q   Okay.  And we see a contract number at the top, which is

10       WHI-140144, correct?

11   A   Yes.

12   Q   Okay.  And the date is August 13, 2014?

13   A   Yes, it is.

14   Q   Okay.  And the buyer listed here is Beijing New Building

15       Materials Company Limited; is that correct?

16   A   Yes.

17   Q   And then we see a total contemplated price under this

18       contract of $98,000; is that correct?

19   A   Yes.

20   Q   And this contract, as with the one we just looked at,

21       would have involved your sale of timber, correct?

22   A   Yes.

23   Q   Okay.  I am struggling for your term.

24           And the country of origin here is listed as U.S.A.,

25       correct?
```

```
 1   A   Yes.

 2   Q   And under this contract the shipping date was

 3       contemplated as 9/30/14, meaning that you would ship on

 4       or before that date, correct?

 5   A   On or before, yes.

 6   Q   And this lists Tacoma/Seattle U.S.A. as the port of

 7       loading, correct?

 8   A   Yes.

 9   Q   And the port of discharge is also Dalian, China; is that

10       correct?

11   A   Yes.

12   Q   And as with the last contract, this involved 100 percent

13       irrevocable letter of credit at site, correct?

14   A   Yes.

15   Q   And then if you could look at what I just marked as

16       Exhibit No. 4, and just confirm that those are the same

17       contracts that we just looked at.

18   A   It is the same contract.

19   Q   Again, you wouldn't have a copy of this in your file?

20   A   That is signed by the buyer?

21   Q   Yes.

22   A   No, I would not.

23   Q   Okay.  And if you could look at the next document, which

24       is a commercial invoice, and just for the record, it's

25       WHI 17, okay?
```

Confidential - Subject to Further Confidentiality Review

```
 1   A   Okay.

 2   Q   I guess my first question:

 3           This involves the same contract we just looked at,

 4       correct?

 5   A   Yes.

 6   Q   And we see an invoice date of 10/6/14; is that correct?

 7   A   Yes.

 8   Q   Okay.  And this commercial invoice would have gone to

 9       Beijing New Building Materials Company Limited, correct?

10   A   I don't know.

11   Q   I'm sorry?

12   A   I don't know, because when we first present the

13       documents, it goes to our bank and goes to their bank,

14       and I do not know what happens after that.

15   Q   Okay.  But on the commercial invoice it does say, "To

16       Beijing New Building Materials Company Limited,"

17       correct?

18   A   Yes.

19                     MR. PFAEHLER:  Object to form.

20                     THE WITNESS:  Yes.

21   Q   (By Mr. Gaughan)  And this has an invoice amount of

22       $91,051.80; is that correct?

23   A   Yes.

24   Q   And this does refer, in the last line, to a letter of

25       credit, and it's LCSJQ 1422-- strike that last 2.
```

Confidential - Subject to Further Confidentiality Review

```
 1           You know, I'm going to do that again.

 2           We'll strike that last question.

 3           And this does refer to a letter of credit, which is

 4      LCSJQ 14219, correct?

 5   A  Yes.

 6   Q  And that's how you would have received payment on this

 7      invoice through the letter of credit?

 8   A  Can you clarify your question?

 9   Q  Well, I guess my question is:

10           When you receive payment, do you know how that's

11      processed?

12           Does it come through a letter of credit?

13   A  Yes.

14   Q  And I guess my question is:

15           Would you have received payment on this invoice

16      through a letter of credit?

17   A  Of LCSJQ 14219, yes.

18   Q  Okay.  And then looking back to the last contract we

19      looked at, which is on WHI-- I should say the last

20      invoice, which is on WHI 5, do you see that?

21   A  Yes.

22   Q  And then also that refers to a letter of credit, the

23      final line?

24   A  Yes.

25   Q  And that's how you would have received payment, through
```

Confidential - Subject to Further Confidentiality Review

```
 1      that letter of credit?

 2   A  Yes.

 3   Q  Which is LC11109B500804, correct?

 4   A  Yes.

 5   Q  Okay.  And if you could move on to continue along, we'll

 6      go to WHI 0018, okay?

 7   A  Okay.

 8   Q  And this appears to be packaged-- packaging lists,

 9      correct, for the same contract we were just looking at

10      that's at Document WHI 16, correct?

11   A  Yes.

12   Q  And this reflects a date of 10/16/14; is that correct?

13   A  No, 10/6/14.

14                    MR. PFAEHLER:  Objection.

15   Q  (By Mr. Gaughan)  October 6th?

16   A  Yes.  You said "16."

17   Q  So let's clear it up.

18      This reflects a date of October 6th, 2014, correct?

19   A  Yes.

20   Q  All right.  And it refers to the same letter of credit

21      that we just looked at in WHI 17, correct?

22   A  Yes.

23   Q  Okay.  And if we go to the next document, which is WHI

24      19 through 20, I guess, with the attachment, and is this

25      the bill of lading with respect to this same contract
```

```
 1        that we were looking at?

 2   A    Yes.

 3   Q    Okay.  And what date does this reflect for a load date?

 4   A    October 5th, 2014.

 5   Q    And what's the number of logs involved in this

 6        particular bill of lading?

 7   A    676.

 8   Q    And that next page, WHI 20, that's just the same

 9        attachment we looked at for the other bill of lading,

10        correct?

11   A    Yes.

12   Q    And WHI 21-- we previously looked at a summary that you

13        did with respect to the first contract.  This appears to

14        be a similar summary, correct?

15   A    Yes.

16   Q    Okay.  And this reflects a total of 676 logs, correct?

17   A    Yes, it does.

18   Q    And then if we go to the next document, WHI 22, this is

19        the same-- similar certificate of origin but with

20        respect to this bill of lading we just looked at,

21        correct?

22   A    Yes.

23   Q    Okay.  And it says it's issued in the United States of

24        America, correct?

25   A    Yes.
```

```
 1   Q   All right.  And the shipper is listed as WH

 2       International?

 3   A   Yes.

 4   Q   And the notify party is Beijing New Building Materials

 5       Company Limited, correct?

 6   A   Yes.

 7   Q   Okay.  And it reflects an onboard date of October 4,

 8       2014?

 9   A   Yes.

10                    MR. BIANCHI:  Okay-- there we go.

11                    MR. GAUGHAN:  Did I say "14th"?

12                    MR. BIANCHI:  You said it right.

13   Q   (By Mr. Gaughan)  Okay.  And then the next document is

14       that same phytosanitary certificate that we saw before--

15       I mean, a different version, but the same type of

16       document, correct?

17   A   Yes.

18                    MR. PFAEHLER:  Phytosanitary.

19                    MR. GAUGHAN:  Phytosanitary.

20                    MR. PFAEHLER:  We'll spell it on a

21       break.

22   Q   (By Mr. Gaughan)  And the next page is the attachment to

23       that phytosanitary certificate, correct?

24   A   Yes, it is.

25   Q   And then with respect to the documents, which we just
```

 1      looked at, which is WHI 16 through 24, these documents

 2      would have been prepared at or near the time of this

 3      contract and shipping that went on pursuant to that

 4      shipping, correct?

 5                      MR. PFAEHLER:  Objection as to form.

 6                      THE WITNESS:  Yes.

 7   Q  (By Mr. Gaughan)  "Yes," okay.

 8          And WH International would have prepared or had

 9      other entities prepare these documents as part of your

10      regular business practices; is that correct?

11   A  Yes.

12   Q  Okay.  And you would have retained copies of these

13      documents as part of your regular business practices?

14                      MR. PFAEHLER:  Objection to form.

15                      THE WITNESS:  Yes.

16   Q  (By Mr. Gaughan)  Okay.  And we discussed before, you

17      would retain them all together in one place; is that

18      correct?

19   A  Yes.

20   Q  Okay.  And I guess we'll move along to the next

21      document, which begins at WHI 26 through 28.

22          It appears to be another e-mail chain involving

23      Mr. Zhang, beginning on August 29, 2014; is that

24      correct?

25   A  Yes.

1   Q   Okay.  And the subject of the first e-mail is "New

2       orders"; is that correct?

3   A   Yes.

4   Q   And it refers, I guess, in the first e-mail, Paragraph--

5       numbers 1, it says, "20 can DF to Dalian, 990 min,"

6       question mark.

7           Do you see that?

8                       MR. PFAEHLER:  On Page 28?

9                       MR. GAUGHAN:  28, yeah.

10                      MR. BIANCHI:  28.

11                      THE WITNESS:  Yes.

12  Q   (By Mr. Gaughan)  Okay.  Is that where you would ship

13      products to BNBM normally?

14                      MR. PFAEHLER:  Objection to form.

15  Q   (By Mr. Gaughan)  That port, Dalian?

16                      MR. PFAEHLER:  Same objection.

17                      THE WITNESS:  I don't know.

18          I believe we've been in Dalian a couple times.

19          I think the one beforehand was Shanghai, I believe,

20      if I'm not mistaken.

21          Yeah, there's one Shanghai behind it, so--

22  Q   (By Mr. Gaughan)  We can move along.  We can continue to

23      look at this same e-mail chain.

24          And then I guess before that we see, on Page 27,

25      there's an e-mail from Simon Wooh.

```
 1          Do you see that?

 2     A    Yes.

 3     Q    Okay.

 4                    MR. PFAEHLER:  Page 27?

 5                    MR. GAUGHAN:  Yeah, 27.

 6          What's that?

 7                    MR. PFAEHLER:  I'm with you.  Sorry.

 8     Q    (By Mr. Gaughan)  In that paragraph there's a little 3

 9          paragraph-- do you see that in that e-mail?

10     A    Okay.

11     Q    And it says, "50 cans to SHA at 970."

12          Do you know what "SHA" stands for?

13     A    Shanghai.

14     Q    "To send a contract, please advise the name of LC

15          company."

16          Do you see that?

17     A    Yes.

18     Q    I want to direct you to the e-mail before that in this

19          chain, which is-- begins on Page 26, okay?

20     A    Okay.

21     Q    And this is an e-mail dated August 29, 2014 by

22          Mr. Zhang, correct?

23     A    Say that one more time, please.

24     Q    This is an e-mail dated August 29, 2014 by Mr. Zhang,

25          correct?
```

Confidential - Subject to Further Confidentiality Review

1   A   Yes.

2   Q   And I guess in the third paragraph he refers to a

3       company called Shanghai Chang Yi Import and Export

4       Trading Company Limited.

5           Do you see that?

6   A   Yes.

7   Q   Okay.  Does that clarify-- we talked about-- earlier

8       about an entity called Chang.

9           Is that who that is?

10  A   No.

11                  MR. PFAEHLER:  Objection to form.

12          It was a different name, Counsel.

13                  MR. GAUGHAN:  What was the name?  Do

14      you recall?

15                  MR. PFAEHLER:  It was Chen.

16                  MR. GAUGHAN:  Chen, okay.  I

17      apologize.

18  Q   (By Mr. Gaughan)  Is this one of your core customers,

19      this Shanghai Chang Yi Import and Export Trading Company

20      Limited?

21  A   No.

22  Q   Okay.  I do want to direct you to the next e-mail above

23      this, which comes from your father, and it says,

24      "George, for two and three, Jin will send you contracts

25      shortly.  However, do you mean BNBM lady insists on 980

```
 1        instead of 990 for Dalian?  Please advise."

 2             Did I read that correctly?

 3   A    Yes, you did.

 4   Q    Who is the BNBM lady?

 5   A    I don't know.

 6   Q    All right.  And then we see an e-mail before this where

 7        George says, "Yes," and then the first e-mail exchange,

 8        the very top, we see "BNBM lady confirmed with two cans

 9        21-23."

10             What does the "21-23" signify?

11   A    It's the size of a log.

12   Q    The length or--

13   A    It is the diameter of the log.

14   Q    Okay.  And what is that measured in?

15   A    In inches.

16   Q    21 to 23 inches?

17   A    Yes.

18   Q    Okay.  I understand.  And then we see-- I would like you

19        to move to the next document, which is a contract, dated

20        September 1, 2014, correct?

21   A    Correct.

22   Q    And this is WHI 029, correct?

23             I am not reading all the zeros.

24             Do you see the bottom--

25                    MR. BIANCHI:  Bottom.
```

```
 1                    THE WITNESS:  Sorry.  Yeah.

 2   Q   (By Mr. Gaughan)  And we saw a discussion in that prior

 3       e-mail about 980 instead of 990 to Dalian, correct?

 4   A   Yes.

 5   Q   Is that the price that's being received on this

 6       contract?

 7   A   For one.

 8                    MR. PFAEHLER:  Objection; form.

 9   Q   (By Mr. Gaughan)  What's that?

10   A   For one part of the shipment, yes.

11   Q   Okay.

12   A   One category, I would like to say.

13   Q   Sure.

14          Just for the record, the contract number on this

15       document is WHI-140162; is that correct?

16   A   Yes.

17   Q   And the listed buyer in this document is Beijing New

18       Building Material Company Limited, correct?

19   A   Yes.

20   Q   And the seller is WH International; is that correct?

21   A   Yes.

22   Q   Okay.  And the total list price on this contract is

23       $100,800; is that correct?

24   A   Yes.

25   Q   And the country of origin is listed as U.S.A., correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1   A    Yes.

 2   Q    And the shipping date is by 10/30/14; is that correct?

 3   A    Yes.

 4   Q    And, again, the port of loading is Tacoma/Seattle,

 5        U.S.A.; is that correct?

 6   A    Yes.

 7   Q    And contemplated payment is through 100 percent

 8        irrevocable letter of credit; is that correct?

 9   A    Yes.

10   Q    Before we move on, I am going to have another document

11        for you to look at.

12   A    Okay.

13   Q    I believe we are up to 5.

14                             (Exhibit No. 5 marked for

15                               identification.)

16

17   Q    (By Mr. Gaughan)  Okay.  I really only have one question

18        for you on this one.

19           Can you verify that these are the same-- the

20        contract number listed in Exhibit No. 5 is the same as

21        the contract listed-- contract number listed in the

22        document which we were just looking at?

23   A    Yes, it is the same.

24   Q    Okay.  And you can put that aside.

25   A    (Witness complies.)
```

```
 1   Q   Okay.  The next document is a commercial invoice, and
 2       it's WHI 30, and the listed date on this document is
 3       October 6th, 2014; is that correct?
 4   A   Yes.
 5   Q   And does this involve the same contract number that we
 6       were just looking at?
 7   A   Yes, it does.
 8   Q   Okay.  And the commercial invoice is listed to Beijing
 9       New Building Materials Company Limited; is that correct?
10   A   Yes.
11   Q   And the total invoice amount is listed as $97,298.60; is
12       that correct?
13   A   Yes.
14   Q   And we see reference to a letter of credit at the
15       bottom, which is LCSJQ 14239; is that correct?
16   A   Yes.
17   Q   And the next document is WHI 31, if you could just look
18       at that real quick.
19           That's a packing list; is that correct?
20   A   Yes.
21   Q   And does this involve the same contract we were looking
22       at?
23   A   Yes.
24   Q   And it's dated October 6th, 2014, correct?
25   A   Yes.
```

1    Q    And, again, it's to Beijing New Building Materials

2         Company Limited, correct?

3    A    Yes.

4    Q    And it references the same letter of credit in the

5         document we just looked at, correct?

6    A    Yes.

7    Q    And the next document is WHI 32 to 33, if you could take

8         a look at that real quick.

9    A    Okay.

10   Q    And "just advise," does this involve the same contract

11        we were just looking at, as well as the invoice?

12   A    Yes.

13   Q    And exporter is listed as WH International, correct?

14   A    Yes.

15   Q    And the notify party is listed as Beijing New Building

16        Materials Company Limited?

17   A    Yes.

18   Q    And this reflects shipment from Tacoma to Dalian in

19        China; is that correct?

20   A    Yes.

21   Q    And how many logs did this bill of lading involve?

22   A    666.

23   Q    Do you know what the loading date of this shipment was?

24                  MR. PFAEHLER:  Objection to form.

25   Q    (By Mr. Gaughan)  You can answer the question.

```
 1   A   On the vessel October 5th, 2014.

 2   Q   And if we look at WHI 34, we discussed earlier you did--

 3       you sometimes make your own internal summary with

 4       respect to these shipments.

 5           Is this one of those summaries?

 6                       MR. PFAEHLER:  Objection.

 7                       THE WITNESS:  Yes.

 8                       MR. PFAEHLER:  Objection withdrawn.

 9   Q   (By Mr. Gaughan)  How many logs does this reflect?

10   A   666.

11   Q   And this pertains to the contract and bill of lading, et

12       cetera, we just looked at?

13   A   Yes.

14   Q   And the next document is WHI 35.

15           This is another certificate of origin, correct?

16   A   Yes.

17   Q   And it's issued in the United States of America,

18       correct?

19   A   Yes.

20   Q   And it involves the same shipment we were just talking

21       about?

22   A   Yes.

23   Q   And under "Number of containers," does it involve 20

24       containers?  Is that correct?

25   A   Yes, it does.
```

Confidential - Subject to Further Confidentiality Review

1    Q    And the next document, which is WHI 36 through 37, this

2         is another photo-- how do you say that?

3    A    Phytosanitary.

4    Q    This is another phytosanitary certificate, correct?

5    A    Yes.

6    Q    And it involves the same shipment we were just looking

7         at, correct?

8    A    Yes.

9    Q    And with respect to documents WHI 29 through 37, these

10        documents would have been prepared either by someone at

11        your company or by a third party at or near the time of

12        the dates listed on the documents?

13   A    Yes.

14   Q    Okay.  And they would have been prepared as part of your

15        regular business practice; is that correct?

16   A    Yes.

17   Q    Okay.  And you would have retained copies as well as

18        part of your regular business practices, correct?

19                    MR. PFAEHLER:  Objection; form.

20                    THE WITNESS:  Yes.

21   Q    (By Mr. Gaughan)  And as with the earlier documents we

22        discussed, you would have retained them together in one

23        area, correct?

24   A    Yes.

25                    MR. GAUGHAN:  Okay.  And how is

Confidential - Subject to Further Confidentiality Review

1     everyone doing?  Does anyone need a break or--

2                        MR. PFAEHLER:  I was going to suggest

3     we take a break, but if you want to run through another

4     chunk and no one is dying to first--

5                        THE WITNESS:  If we want to get

6     through the whole thing, we can just crank away at it.

7                        MR. CABOT:  I'm okay.

8   Q   (By Mr. Gaughan)  All right.  Let's get going then.

9         All right.  So the next document we see is-- looks

10     like an e-mail chain beginning on August 14th, 2014 at

11     the bottom, correct?

12  A   Yes.

13  Q   And it's WHI 39 is the Bates number of this document,

14     correct?

15  A   Yes.

16  Q   Okay.  And I notice that this got cut off a little bit.

17         At the bottom it says, "1 of 3."

18  A   Mm-hm.

19  Q   Are there some additional pages to this document, that

20     you are aware of?

21  A   It's unrelated to the BNBM contract.

22  Q   So you didn't produce them because they involved

23     another-- some sort of other contract?

24  A   Can you clarify your question?

25  Q   Well, you just mentioned that the Pages 2 through 3 do

```
 1        not involve BNBM; is that correct?

 2   A    Yes.

 3   Q    And that's why those were not provided to us; is that

 4        correct?

 5   A    Yes.

 6   Q    Okay.  I understand.

 7            All right.  So going back to Document No. 39, if

 8        you look at that first e-mail, it looks like it's from

 9        Simon Wooh; is that correct?

10   A    Yes.

11   Q    And it says, "George, if you find any of my e-mail in

12        which I have mentioned about the compensation to Mr. Yu,

13        please let me know."

14            Did I read that correctly?

15   A    Yes.

16   Q    Do you know who Mr. Yu is?

17   A    He's one of our buyers.

18   Q    Is he a buyer in the United States or-- he's in Asia,

19        correct?

20   A    He is a buyer in China.

21   Q    Do you know whether he works for Beijing New Building

22        Materials?

23   A    I don't know.

24   Q    Do you know what company he works with?

25   A    I don't know.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q   And, I guess, who would know the answer to that

 2       question?

 3   A   George would know the answer to that question.

 4   Q   George?  Okay.

 5           If we look at the very top e-mail in this chain,

 6       it's an e-mail from you to Simon Wooh, and you're

 7       copying-- sorry, it's an e-mail from George Zhang to

 8       Simon Wooh with you copied; is that correct?

 9   A   Yes.

10   Q   And it's dated 8/14/14; is that correct?

11   A   Yes.

12   Q   Okay.  And it says, "Jin, please send me a contract of

13       100 cans DF to SHA with BNBM at 970," correct?

14   A   Yes.

15   Q   Okay.  And we talked about "SHA."  That means

16       "Shanghai," correct?

17   A   Yes.

18   Q   And this sort of e-mail would have been prepared and

19       sent out as part of your regular business practices; is

20       that correct?

21                   MR. PFAEHLER:  Objection to form.

22                   THE WITNESS:  Yes.

23   Q   (By Mr. Gaughan)  And you would have retained copies as

24       part of your regular business practices as well?

25   A   Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. PFAEHLER:  Objection to form.

 2   Q   (By Mr. Gaughan)  Okay.  And if you go to the next

 3       document, which is WHI 40, this is another contract,

 4       correct?

 5   A   Yes.

 6   Q   And the contract number is listed as WHI-140147,

 7       correct?

 8   A   Yes.

 9   Q   And the date on this contract is listed as August 15,

10       2014, correct?

11   A   Yes.

12   Q   And the buyer is listed as Beijing New Building

13       Materials Company Limited, correct?

14   A   Yes.

15   Q   And the seller is listed as WH International Inc.,

16       correct?

17   A   Yes.

18   Q   And if we look at the amount of total contemplated

19       compensation under this contract, it is $485,000; is

20       that correct?

21   A   Yes, it is.

22   Q   And it has a time of shipment anticipated to be before

23       October 15 of 2014, correct?

24   A   Yes.

25   Q   And, again, the port of loading, this is Tacoma/Seattle;
```

```
 1        is that correct?

 2   A    Yes.

 3   Q    And the port of discharge we just discussed was Shanghai

 4        or contemplated as Shanghai, China, correct?

 5   A    Yes.

 6   Q    And it mentions payment terms of 100 percent irrevocable

 7        letter of credit, correct?

 8   A    Yes, it does.

 9   Q    And if we look at the next document, which is WHI 41,

10        and this is a commercial invoice dated September 16,

11        2014, correct?

12   A    September 16, 2014?

13   Q    Is that what I said or did--

14   A    I'm not sure.  I kind of blanked out.

15   Q    I'll ask you again.

16        So this is a commercial invoice dated September 16,

17        2014, correct?

18   A    Yes.

19   Q    And the commercial invoice was to Beijing New Building

20        Materials Company Limited, correct?

21   A    Yes.

22   Q    Okay.  And does this list the same contract number as

23        the document we were just looking at?

24   A    Yes, it does.

25   Q    Okay.  And this has an invoice total of $115,517.30; is
```

Confidential - Subject to Further Confidentiality Review

```
 1        that correct?

 2    A   Yes.

 3    Q   And this refers to a Letter of Credit No.

 4        334-01-0008035, correct?

 5    A   Yes.

 6    Q   Okay.  And you would have received payment normally on

 7        this sort of commercial invoice through this sort of

 8        letter of credit, correct?

 9    A   Yes.

10    Q   And just comparing the amounts of this invoice to the

11        contemplated contract price, this would have been a

12        partial shipment?

13    A   Yes.

14    Q   Okay.  And if you look at the next document, which is

15        WHI 42, there is a packaging list, correct?

16    A   Yes.

17    Q   And this is dated September 16, 2014?

18    A   Yes.

19    Q   Okay.  And does this refer to the same contract number

20        we were looking at?

21    A   Yes.

22    Q   And based on the dates in this invoice, as well as the

23        packaging list, would this indicate when the documents

24        were-- the logs were actually loaded for shipment?

25                        MR. PFAEHLER:  Objection to form.
```

```
 1                    THE WITNESS:  Around that time, yes.

 2   Q   (By Mr. Gaughan)  Okay.  And maybe to further clarify,

 3       we'll look at the next two pages, which is WHI 43

 4       through 44.

 5           This is the bill of lading with respect to this

 6       same contract, invoice, and packaging list we were just

 7       looking at?

 8   A   Yes.

 9   Q   And what does the load date indicate on this document?

10   A   It is kind of blurry, but September 11th or September

11       13th, one or the other.

12           September 11th, to clarify.

13   Q   Thank you.

14           And the shipper is listed as WH International Inc.;

15       is that correct?

16   A   Yes.

17   Q   And the notify party is listed as Beijing New Building

18       Materials Company Limited, correct?

19   A   Yes.

20   Q   Do you know the number of logs that were involved in the

21       shipment?

22   A   451 pieces.

23   Q   Is that 651?

24   A   651.  Excuse me.

25           It's quite blurry.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q    Thank you.

 2            If you could, maybe it's a little easier if you

 3        look at the log summary list we've looked at before,

 4        which is Document No. 45--

 5   A    Mm-hm.

 6   Q    Does that clarify the number of logs that would have

 7        been involved in this particular shipment?

 8   A    Yes, 651 pieces.

 9   Q    Thank you.

10            The next document is WHI 46, and this is a similar,

11        you know, certificate of origin that we looked at with

12        some of the other contracts, correct?

13   A    Yes.

14   Q    Okay.  And, again, it indicates it was issued in the

15        United States of America, correct?

16   A    Yes.

17   Q    Okay.  And what is the total number of containers listed

18        here?

19   A    Total number would be 23 containers.

20   Q    Okay.  And the next document is the same-- is another

21        phytosanitary certificate, and that's Bates No. WHI 47

22        through 48; is that correct?

23   A    Yes, sir.

24   Q    And if we look at the next document, which is another

25        commercial invoice, and it's Bates labelled WHI 49--
```

Confidential - Subject to Further Confidentiality Review

```
 1        correct?

 2   A    Yes, sir.

 3   Q    And-- okay.

 4            Does this commercial invoice involve the same

 5        contract we were just looking at?

 6   A    Yes, it does.

 7   Q    Okay.  And the date on this document is October 6th,

 8        2014, correct?

 9   A    Yes.

10   Q    Okay.  And the commercial invoice is to Beijing New

11        Building Materials Company Limited; is that correct?

12                        MR. PFAEHLER:  Objection to form.

13                        THE WITNESS:  Yes.

14   Q    (By Mr. Gaughan)  And the amount of the invoice listed

15        is $145,703.70; is that correct?

16   A    Yes.

17   Q    And it involves the same contract we were just looking

18        at?

19   A    Yes.

20   Q    And it refers to the same letter of credit we were

21        actually looking at, the 334-01-0008035; is that

22        correct?

23   A    Yes.

24   Q    If you look at the next document-- actually, before we

25        do that, this would have been another further partial
```

Confidential - Subject to Further Confidentiality Review

```
 1       shipment with respect to the same contract we were

 2       looking at; is that correct?

 3   A   Yes.

 4   Q   And if you look at the next document, it is a packaging

 5       list.

 6           And this would have involved the same invoice; is

 7       that correct?

 8   A   Yes.

 9   Q   Okay.  And it's dated October 6th, 2014, correct?

10   A   Yes.

11   Q   And it's to Beijing New Building Materials Company

12       Limited; is that correct?

13   A   Yes.

14   Q   And it refers to the same contract number we've been

15       looking at, the WHI-140147?

16   A   Yes.

17   Q   If you look at the next document, which is Bates

18       labelled WHI 51 through 53-- is that correct?

19   A   Yes.

20   Q   And this is another bill of lading, correct?

21   A   Yes.

22   Q   Okay.  And what's the shipping date indicated on this

23       bill of lading?

24   A   10/2/14.

25   Q   All right.  And who is the shipper listed?
```

Confidential - Subject to Further Confidentiality Review

```
 1   A   WH International Inc.

 2   Q   And who is the notify party listed?

 3   A   Notify party would be Beijing New Building Materials

 4       Company Limited.

 5   Q   And do you know the number of longs that are involved in

 6       this shipment?

 7   A   957.

 8   Q   Okay.

 9   A   If I'm reading that correctly.

10   Q   And we can clarify that in a little bit because we have

11       some similar documents.

12   A   Okay.

13   Q   But the load date, if I didn't ask you that previously,

14       what's the load date?

15   A   The load date would be 10/2/14.

16   Q   Okay.  And then you have this log summary list, which is

17       on Bates WHI 54.

18           Do you see that?

19   A   Yes.

20   Q   Okay.  And what's the number of logs listed on this?

21   A   957.

22   Q   Okay.  And the next document is Bates labelled WHI 55.

23           Do you see that?

24   A   Mm-hm.

25   Q   And this is--
```

Confidential - Subject to Further Confidentiality Review

```
 1   A   Sorry, yes.

 2   Q   And this is another certificate of origin indicating it

 3       was issued in the United States of America, correct?

 4   A   Yes.

 5   Q   And it involved the same invoice and packaging list we

 6       were just looking at?

 7   A   Yes.

 8   Q   And the same bill of lading as well, correct?

 9   A   Yes.

10           The one that we just looked at before, yes.

11   Q   I'm sorry?

12   A   The one that we just looked at before, yes.

13   Q   And then the next document we see is Bates labelled WHI

14       56 through 57.

15           This is another phytosanitary certificate, correct?

16   A   Yes.

17   Q   And this involves the same shipment we were just

18       discussing?

19   A   Yes.

20   Q   And then the next document we see is WHI 58.

21           Do you see that?

22   A   Yes, I do.

23   Q   And this is a commercial invoice, dated October 22nd,

24       2014, correct?

25   A   Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q   And this is to Beijing New Building Materials Company

 2       Limited, correct?

 3   A   Yes.

 4                        MR. PFAEHLER:  Objection; form.

 5   Q   (By Mr. Gaughan)  And the total amount listed on this

 6       invoice is $236,893.40; is that correct?

 7   A   Yes.

 8   Q   And this involves the same contract we've been

 9       discussing?

10   A   Yes.

11   Q   And the letter of credit is the same as well, the

12       334-01-0008035; is that correct?

13   A   Yes.

14   Q   And then the next document is a package list-- packing

15       list, excuse me, dated October 22nd, 2014, correct?

16   A   Mm-hm, yes.

17   Q   And this is listed to Beijing New Building Materials

18       Company Limited, correct?

19   A   Yes.

20   Q   And this involves the same contract number we've been

21       looking at, the WHI-140147, correct?

22   A   Yes.

23   Q   And the same letter of credit number we've been talking

24       about, correct?

25   A   Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q   And the next document is WHI 60 through 62, and this is

 2       another bill of lading; is that correct?

 3   A   Yes, it is.

 4   Q   Okay.  And what's the load date indicated on this bill

 5       of lading?

 6   A   10/17/14.

 7   Q   And how many containers did this particular bill of

 8       lading correspond with?

 9   A   50 containers, sir.

10   Q   Okay.  And how many logs?

11   A   1,669 logs.

12   Q   And do you know where the port this was loaded was?

13   A   It was loaded in Tacoma, Washington U.S.A..

14   Q   And where was it supposed to be, I guess, delivered?  Do

15       you know?

16   A   Shanghai, China.

17   Q   And as with the other documents we were looking at, this

18       involves the same contract number that we've been

19       discussing?

20   A   Yes.

21   Q   And then the next document is WHI 63.

22           Do you see that?

23   A   Yes.

24   Q   And this is your-- I should say 63 through 64, okay?

25           So this is your log summary list that you would
```

```
 1       have prepared with respect to this shipment; is that

 2       correct?

 3   A   Yes.

 4   Q   And how many logs does this reflect that were shipped?

 5   A   1,669 logs.

 6   Q   Okay.  And the next document is WHI 65.

 7           Do you see that?

 8   A   Yes.

 9   Q   And this is another certificate of origin with respect

10       to the same shipment; is that correct?

11   A   Yes.

12   Q   And it indicates it is issued in the United States of

13       America, correct?

14   A   Yes.

15   Q   And the next document is WHI 66 through 68.

16           Do you see that?

17   A   Yes, I do.

18   Q   And this is another phytosanitary certificate; is that

19       correct?

20   A   Yes, it is.

21   Q   And this involves the same shipment we've been

22       discussing?

23   A   Yes.

24                       MR. PFAEHLER:  Counsel, can I request

25       that break now since we are about to go to another
```

```
 1        contract?

 2                     MR. GAUGHAN:  Before we do, I just

 3        want to get him to verify these documents, but we will

 4        do that and--

 5                     MR. PFAEHLER:  Of course.  I thought

 6        you were done.

 7   Q    (By Mr. Gaughan)  With respect to WHI 39 through 68,

 8        would these be documents that would have been prepared

 9        by either someone at WHI or someone externally at WHI's

10        instruction at or near the time that they were dated?

11   A    Yes.

12   Q    Okay.  And they would have been prepared as part of

13        WHI's normal business practices; is that correct?

14   A    Yes.

15   Q    And you would have retained copies of them as part of

16        your regular business practices?

17   A    Yes.

18                     MR. PFAEHLER:  Objection, form.

19   Q    (By Mr. Gaughan)  Again, as with some of the other

20        documents we were discussing, you would have retained

21        copies together in one area, in one place, correct?

22   A    Yes.

23                     MR. GAUGHAN:  We can take a break.

24                     MR. PFAEHLER:  Thanks.

25                     VIDEOGRAPHER:  We are going off the
```

Confidential - Subject to Further Confidentiality Review

```
 1        record.  The time is now 12:20 p.m.

 2                       (Recess 12:20 to 12:28 p.m.)

 3

 4                       VIDEOGRAPHER:  Back on the record.

 5        The time is now 12:28 p.m.

 6   Q    (By Mr. Gaughan)  All right.  Picking up where we left

 7        off, if you could look at document WHI 70, when you have

 8        a chance, okay?

 9   A    Okay.

10   Q    And this is another contract, dated October 13, 2014; is

11        that correct?

12   A    Yes.

13   Q    And the buyer is listed as Beijing New Building

14        Materials Company Limited; is that correct?

15   A    Yes.

16   Q    And this has a contemplated purchase price of $261,800;

17        is that correct?

18   A    Yes.

19   Q    And the anticipated shipping date is that this will be

20        shipped by-- excuse me, November 30, 2014, at least on

21        or before that date, correct?

22   A    Yes.

23   Q    And the port of loading is indicated as Tacoma/Seattle;

24        is that correct?

25   A    Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q   The port of discharge is listed as Shanghai, China,

 2       correct?

 3   A   Yes.

 4   Q   A payment terms is 100 percent irrevocable letter of

 5       credit, correct?

 6   A   Yes.

 7   Q   And if we look at the next document, which is WHI 71,

 8       and this is a commercial invoice, dated November 17,

 9       2014, correct?

10   A   Yes.

11   Q   And the invoice is to Beijing New Building Materials

12       Company Limited?

13   A   Yes.

14                   MR. PFAEHLER:  Objection to form.

15   Q   (By Mr. Gaughan)  And the total amount of this invoice

16       is $127,870.60, correct?

17   A   Yes.

18   Q   And it refers back to the same contract we were just

19       looking at; is that correct?

20   A   Yes, sir.

21   Q   And it refers to a letter of credit 334-01-0008231; is

22       that correct?

23   A   Yes.

24   Q   And the next document is Bates labelled WHI 72, and this

25       is a packaging list; is that correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1   A   Packing list, yes.

 2   Q   Packing list, I'm sorry, and it's dated November 17,

 3       2014; is that correct?

 4   A   Yes.

 5   Q   And it is to Beijing New Building Materials Company

 6       Limited; is that correct?

 7                   MR. PFAEHLER:  Objection; form.

 8                   THE WITNESS:  Yes.

 9   Q   (By Mr. Gaughan)  And it references the same contract we

10       just looked at?

11   A   Yes, it does, although it is missing the contract number

12       on the packing list.

13   Q   I'm sorry, but it does list the same letter of credit we

14       just discussed, correct?

15   A   Yes.

16   Q   Okay.  And the next document is Bates labelled WHI 73

17       through 74, correct?

18   A   What's the question?

19   Q   I was just reading the Bates label at the bottom.

20           The next document is WHI 73 through 74, correct?

21   A   Yes.

22   Q   Okay.  And this is another bill of lading; is that

23       correct?

24   A   Yes.

25   Q   And this concerns the same contract, invoice, and
```

Confidential - Subject to Further Confidentiality Review

```
 1        packing list we were just looking at?

 2   A    Yes.

 3   Q    And what's the date that this, I guess, shipment was

 4        loaded?

 5   A    11/13/14.

 6   Q    And how many containers?

 7   A    It was 20 containers total.

 8   Q    Okay.  And the shipper is listed as WH International; is

 9        that correct?

10   A    Yes.

11   Q    And the notify party is listed as Beijing New Building

12        Materials Company Limited; is that correct?

13   A    Yes.

14   Q    And the port of loading is listed as Tacoma, Washington;

15        is that correct?

16   A    Yes.

17   Q    And the place of delivery is listed as Shanghai, China,

18        correct?

19   A    Yes.

20   Q    And then if you want to go to WHI 75, which is the log

21        summary list that you would prepare-- is that correct?

22   A    Yes.

23   Q    And this concerns the same invoice and packaging list we

24        were just looking at, and, I guess, bill of lading?

25   A    Yes.
```

Confidential - Subject to Further Confidentiality Review

```
1   Q    And what's the total number of logs you have listed

2        here?

3   A    143 logs.

4   Q    Okay.  And the next document is WHI 76, correct?

5   A    Yes.

6   Q    And that's another certificate of origin that was issued

7        in the United States of America, correct?

8   A    Yes.

9   Q    And this involves the same invoice, packaging list, and

10       bill of lading we were just looking at?

11  A    Yes.

12  Q    Okay.  And then the next document we see is another

13       phytosanitary certificate?

14  A    Yes.

15  Q    And the Bates label on this document is WHI 77 through

16       78; is that correct?

17  A    Yes.

18  Q    And the next document we have is Bates labelled WHI 79,

19       and it's another commercial invoice, dated November

20       17th, 2014; is that correct?

21  A    November 17th, 2014, yes.

22  Q    Okay.  And the commercial invoice was to Beijing New

23       Building Materials Company Limited, correct?

24  A    Yes.

25  Q    And--
```

Confidential - Subject to Further Confidentiality Review

```
 1                      MR. PFAEHLER:  Objection; form.

 2   Q   (By Mr. Gaughan)  Okay.  And the amount of this invoice

 3       is $132,704.55, correct?

 4   A   Yes.

 5   Q   And it references the same contract number, the

 6       WHI-140186 we were just discussing, correct?

 7   A   Yes.

 8   Q   And it also lists the same letter of credit that we were

 9       just discussing, correct?

10   A   Yes.

11   Q   The next document is WHI 80.

12          Do you see that?

13          It's a packaging list.

14   A   It is a packing list, yes.

15   Q   Packing list.

16          I keep saying "packaging list," and I apologize.

17          And the date on this document is November 17, 2014,

18       correct?

19   A   Yes.

20   Q   And the packing list is to Beijing New Building

21       Materials Company Limited; is that correct?

22                      MR. PFAEHLER:  Objection to form.

23                      THE WITNESS:  Yes.

24   Q   (By Mr. Gaughan)  And the next document is WHI 81

25       through 82, and this is another bill of lading, correct?
```

1   A   Yes.

2   Q   And the shipper listed here is WHI International Inc.;

3       is that correct?

4   A   Yes.

5   Q   And the notify party is Beijing New Building Materials

6       Company Limited; is that correct?

7   A   Yes.

8   Q   And what's the load date for this bill of lading?

9   A   November 13th, 2014.

10  Q   Okay.  Do you know the number of logs?

11  A   It's 151 pieces of timber.

12  Q   And the next document is your log summary list-- do you

13      see that?

14  A   Yes-- sorry.

15  Q   For the record, it's WHI 83, correct, on the bottom?

16  A   Yes.

17  Q   And this also lists 151 pieces of timber, correct?

18  A   Yes.

19  Q   And the next document is WHI 84.

20          Do you see that?

21  A   Yes.

22  Q   And this is another certificate of origin that indicates

23      it's issued in the United States of America, correct?

24  A   Yes.

25  Q   Okay.  And this involves the same invoice, packaging

1       list-- packing list, excuse me, and bill of lading we've

2       been discussing?

3   A   Yes.

4   Q   Okay.  And the final document in this exhibit is WHI 85

5       through 86.

6           This is another phytosanitary certificate, correct?

7   A   Yes.

8   Q   And this involves the same invoice, bill of lading, and

9       packing list that we've been discussing, correct?

10  A   Yes.

11  Q   And with respect to these documents that we've been

12      looking at since the break, which is WHI 70 through 86,

13      these documents would have been prepared either by

14      someone at WHI international or someone else at WHI

15      International's direction at or near the time of the

16      dates on the documents, correct?

17  A   Yes.

18                      MR. PFAEHLER:  Objection; form.

19  Q   (By Mr. Gaughan)  And they would have been prepared

20      either by personnel at WH International or by other

21      people outside of the company at your direction; is that

22      correct?

23                      MR. PFAEHLER:  Objection; form.

24                      THE WITNESS:  Yes.

25  Q   (By Mr. Gaughan)  And you would have retained copies of

1       them as part of your regular business practice?

2                       MR. PFAEHLER:  Objection; form.

3                       THE WITNESS:  Yes.

4   Q   (By Mr. Gaughan)  And as with some of the other

5       contracts and related materials we looked at, it would

6       have been retained together as one package at your

7       company?

8   A   No.

9   Q   Can you explain?

10  A   If you look at the commercial invoice-- so I have a

11      separate folder for contracts I send out and a separate

12      folder for letters of credit I received, which-- pretty

13      much confirming the contract, and then I put all the

14      documents that's related, that we export, in order with

15      our invoice number, the WHI 15001 and up.

16  Q   And they were organized by invoice number; is that--

17  A   Yes.

18  Q   Okay.  But you would have copies of everything that

19      involved that same invoice together?

20  A   Yes.

21  Q   Okay.  I understand.

22          You can put aside Exhibit No. 2.  We are done with

23      that.

24                          (Exhibit No. 6 marked for

25                           identification.)

Confidential - Subject to Further Confidentiality Review

```
 1   Q    (By Mr. Gaughan)  So with respect to Exhibit No. 6, this

 2        is another contract, dated August 15, 2014; is that

 3        correct?

 4   A    Yes, it is.

 5   Q    And this involves one of the contracts we previously

 6        looked at, which is WHI 140147; is that correct?

 7   A    Yes.

 8   Q    As we previously discussed with these other contracts,

 9        this is a fully executed copy of the contract, correct?

10   A    Yes, it is.

11   Q    But you do not have copies of these in your files?

12   A    I do not.

13                                (Exhibit No. 7 marked for

14                                  identification.)

15

16   Q    (By Mr. Gaughan)  And this is another contract, Exhibit

17        No. 7, and it's dated October 13, 2014; is that correct?

18   A    October 13, 2014, yes.

19   Q    And it involves Contract No. WHI-140186, correct?

20   A    Yes.

21   Q    And is this one of the contracts we looked at

22        previously?

23   A    Yes.

24   Q    Okay.  And it has an anticipated invoice amount of

25        $261,800, correct?
```

```
 1   A    Yes.

 2   Q    Okay.  And as with the one we just-- the contract we

 3        just looked at, this is a fully executed copy; is that

 4        correct?

 5   A    Yes.

 6   Q    Okay.  And you would not have a copy of this document in

 7        your records, would you?

 8   A    No, I do not.

 9   Q    Okay.  But it involves the same contract we looked at

10        previously, correct?

11   A    Yes.

12   Q    Okay.  Do you happen to know who that's signed by, by

13        chance, at BNBM?

14   A    I do not know.

15   Q    Okay.  And it's been that way for a lot of people at

16        these depositions, but I just figured I would ask

17        anyway.

18           Okay.  You can put that aside as well.

19                         (Exhibit No. 8 marked for

20                          identification.)

21

22   Q    (By Mr. Gaughan)  And just for the record, this is a

23        letter of credit, and the Bates number is WHI 87 through

24        89.

25                    MR. PFAEHLER:  Objection.
```

Confidential - Subject to Further Confidentiality Review

1                         MR. GAUGHAN:  What is the objection?

2                         MR. PFAEHLER:  To the

3       characterization that this is a letter of credit.

4                         MR. GAUGHAN:  Okay.

5    Q   (By Mr. Gaughan)  Can you tell me what this document is?

6    A   It is a letter of credit-- excuse me, it is a copy of a

7        letter of original credit.

8    Q   I understand.

9        Okay.  And who is the sending bank?

10   A   The sending bank is Industrial and Commercial Bank of

11       China.

12   Q   And that's not your bank, is it?

13   A   No, it's not.

14   Q   Do you know whose bank that is?

15   A   I have no idea.

16   Q   And is the date of issue on this letter of credit

17       February 5th, 2015?  Is that correct?

18   A   Yes.

19   Q   And in Asia, as elsewhere, they do the dates a little

20       differently than we do.  They list the year followed by

21       the month, by the day; is that correct?

22   A   I don't know.

23   Q   You don't know, okay.

24       That's all right.

25       But it does have a date of issue of 2015/02/05,

Confidential - Subject to Further Confidentiality Review

```
1         correct?

2    A    Yes, it does.

3    Q    And the applicant is listed as Beijing New Building

4         Materials Company Limited; is that correct?

5    A    Yes.

6    Q    And the beneficiary is WH International; is that

7         correct?

8    A    Yes.

9    Q    And the currency code is listed in the amount of U.S.

10        dollars, $129,500, correct?

11   A    Yes.

12   Q    And if you look at the second page of this, at the very

13        top, it refers to a Contract No. WHI-150006.

14           Do you see that?

15   A    Yes, I do.

16   Q    If you look back at what we've marked as Exhibit No. 3--

17   A    Okay.

18   Q    Is that the same contract number on that document,

19        WHI-150006?

20   A    Yes, it is.

21   Q    Okay.  And with respect to this-- copy of this letter of

22        credit, these are documents that-- I guess, first of

23        all-- let's strike that.

24           Who would have prepared this actual document?  Do

25        you know?
```

```
 1   A   The letter of credit?

 2   Q   Yes.

 3   A   The bank would have.

 4   Q   Were you involved in procuring letters of credit in any

 5       way?

 6   A   No, I'm not, no.

 7   Q   Do you know who was?

 8   A   No, I don't.

 9   Q   Was Mr. Zhang at all involved in that?

10   A   I don't know.

11   Q   Okay.

12                       COURT REPORTER:  Zhang?

13                       MR. GAUGHAN:  Zhang.

14   Q   (By Mr. Gaughan)  How do you spell his name?

15   A   Z-H-A-N-G.

16   Q   Is it "Zhang"?  Is that how you say that?

17           You don't know?

18   A   I call him "Brother," so--

19   Q   I understand.

20           So either way, these documents would have been

21       prepared at least with respect to your business

22       practices; is that correct?

23   A   This letter of credit?

24   Q   Yeah.

25           It would have been part of your business to receive
```

Confidential - Subject to Further Confidentiality Review

```
1      a letter of credit in these commercial transactions; is

2      that correct?

3                        MR. PFAEHLER:  Objection to the form.

4                        THE WITNESS:  I would receive the

5      letter of credit, yes.

6   Q  (By Mr. Gaughan)  And that would be a regular part of

7      your business activities in selling timber to Asia; is

8      that correct?

9   A  Yes.

10  Q  And what is the purpose of that?

11  A  Letter of credit?

12  Q  Yeah.

13  A  It's the safest way of doing business, international

14     business.

15  Q  You are ensuring that you receive payment; is that

16     correct?

17  A  Yes.

18  Q  Okay.  And you would retain a copy of the letter of

19     credit like this in your files; is that correct?

20  A  Yes, I would.

21  Q  And that's part of your regular business practices?

22  A  Yes.

23  Q  Okay.  You can set that aside.

24                        (Exhibit No. 9 marked for

25                          identification.)
```

```
 1   Q    (By Mr. Gaughan)  I am showing you what's been marked as

 2        Exhibit No. 9 to your deposition, which is WHI 90

 3        through 91.

 4             This is another letter of credit, correct?

 5   A    Yes.

 6   Q    Okay.  And do you know who the sending bank was?

 7   A    The sending bank is Beijing Rural Commercial Bank.

 8   Q    Do you know whose bank that is?

 9   A    I have no idea.

10   Q    And this document refers to a document credit number,

11        in, I guess, Paragraph No. 20.

12             Do you see that?

13   A    Yes.

14   Q    And this is LCSJQ 14219, correct?

15   A    Yes.

16   Q    And do you know what-- the date that this letter of

17        credit was prepared?

18   A    September 2nd, 2014.

19   Q    Okay.  And the applicant is Beijing New Building

20        Materials Company Limited; is that correct?

21   A    Yes, it is.

22   Q    And the beneficiary is WH International Inc.; is that

23        correct?

24   A    Yes, it is.

25   Q    And the amount is $98,000?
```

Confidential - Subject to Further Confidentiality Review

```
 1   A   Yes.

 2   Q   Okay.  And this refers to a contract number of

 3       WHI-140144?

 4   A   Yes.

 5   Q   At the top of Page 2?

 6   A   Yes.

 7   Q   Okay.  And that's one of the contracts we looked at

 8       today?

 9   A   Yes, it is.

10                           (Exhibit No. 10 marked for

11                            identification.)

12

13   Q   (By Mr. Gaughan)  Okay.  And this is another letter of

14       credit with a Bates number of WHI 92 to 94, and can you

15       tell me what this document is?

16   A   It is a letter of credit-- a copy of a letter of credit.

17   Q   Understood.

18           Who is the issuing bank?

19   A   Issuing bank is DBS Bank (China) Limited.

20   Q   And do you know the date of this letter of credit?

21   A   It was issued-- are you asking for the issuing date?

22   Q   Yes.

23   A   September 2nd, 2014.

24   Q   Okay.  And this refers to a sender reference number of

25       334-01-0008035; is that correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1   A   Yes.

 2   Q   And the applicant is listed as Beijing New Building

 3       Materials Company Limited; is that correct?

 4   A   Yes, it is.

 5   Q   And the beneficiary is WH International Inc.; is that

 6       correct?

 7   A   Yes, it is.

 8   Q   And the currency amount is 485,000 U.S. dollars,

 9       correct?

10   A   Yes.

11   Q   If you look back to Exhibit No. 6, when you have a

12       chance-- do you have Exhibit No. 6?

13           Does this letter of credit correspond with the

14       contract that is marked as Exhibit No. 6?

15   A   Yes.

16   Q   Okay.  Thank you.

17                             (Exhibit No. 11 marked for

18                              identification.)

19

20   Q   (By Mr. Gaughan)  I am showing you what has been marked

21       as Exhibit No. 11, which is WHI 95 through 96.

22           Can you tell me what this document is?

23   A   It's a copy of a letter of credit.

24   Q   And who is the issuing bank?

25   A   The issuing bank is Beijing Rural Commercial Bank,
```

Confidential - Subject to Further Confidentiality Review

```
 1        Beijing, China.

 2    Q   And what is the date of this letter of credit?

 3    A   September 12, 2014.

 4    Q   And it refers to a documentary credit number of LCSJQ

 5        14239; is that correct?

 6            Do you see that?

 7    A   Yes.

 8    Q   And the applicant is listed as Beijing New Building

 9        Materials Company Limited; is that correct?

10    A   Yes.

11    Q   And the beneficiary is WH International Inc.?

12    A   Yes.

13    Q   And the amount of the letter of credit is $100,800 U.S.;

14        is that correct?

15    A   Yes, it is.

16    Q   And if you could turn back to what's been marked as

17        Exhibit No. 5.

18    A   Okay.

19    Q   And if you look at the contract number at the top of

20        that document and then look back at Exhibit No. 11, on

21        the second page, can you just confirm that that's the

22        same contract number?

23    A   Yes.

24    Q   Okay.  Thank you.

25        /////
```

Confidential - Subject to Further Confidentiality Review

```
 1                              (Exhibit No. 12 marked for

 2                               identification.)

 3

 4    Q   (By Mr. Gaughan)  And I am showing you what's been

 5        marked as WHI 97 through 99.

 6    A   Okay.

 7    Q   And what is this document?

 8    A   It's a copy of a letter of credit.

 9    Q   Okay.  And who is the issuing bank?

10    A   The issuing bank is DBS Bank (China) Limited.

11    Q   Do you know who holds a bank account there?

12    A   I do not.

13    Q   What is the date this letter of credit was issued?

14    A   10/22/14.

15    Q   And the letter of credit number is 334-01-0008231; is

16        that correct?

17    A   Yes, it is.

18    Q   Okay.  And it was issued on 10/22/14, correct?

19    A   Yes.

20    Q   And Beijing New Building Materials Company Limited is

21        listed as the applicant; is that correct?

22    A   Yes.

23    Q   And the beneficiary is WH International Inc.; is that

24        correct?

25    A   Yes.
```

Confidential - Subject to Further Confidentiality Review

1   Q   And the value of this letter of credit is $261,800; is

2       that correct?

3   A   Yes.

4   Q   And if you could look back at Exhibit No. 7--

5   A   Okay.

6   Q   Does this involve-- does this letter of credit involve,

7       to your knowledge, Exhibit No. 7?

8   A   Yes, it does.

9   Q   Okay.  Thank you.

10          When did you first hear of Beijing New Building

11      Materials?

12  A   I don't remember.

13  Q   Do you know how you first heard of that company?

14  A   Drawing up a contract.

15  Q   Okay.  Do you have any knowledge of what other companies

16      are affiliated with Beijing New Building Materials?

17  A   No, I don't, not--

18                  MR. PFAEHLER:  Objection to the form.

19  Q   (By Mr. Gaughan)  Do you have any knowledge of what the

20      parent corporation of Beijing New Building Materials is?

21  A   Not until I saw your subpoena, no.

22  Q   Okay.  Have you ever spoken to anyone at Beijing New

23      Building Materials?

24  A   No, I have not.

25  Q   Do you have an understanding that Beijing New Building

Confidential - Subject to Further Confidentiality Review

```
 1        Materials is controlled by the Chinese government?

 2                        MR. PFAEHLER:  Objection to form.

 3                        MR. CABOT:  Objection.

 4                        THE WITNESS:  I don't know.

 5   Q    (By Mr. Gaughan)  Do you have an understanding that the

 6        Chinese government has an ownership interest in Beijing

 7        New Building Materials?

 8   A    I don't know.

 9                        MR. PFAEHLER:  Multiple objections to

10        form.

11   Q    (By Mr. Gaughan)  And we spoke about Mr. Zhang; is that

12        correct?

13           Is that his name pronunciation?

14   A    Yes.

15   Q    Do you have any knowledge of who he would actually

16        communicate with at Beijing New Building Materials?

17   A    I don't know.

18   Q    And I take it, to your knowledge, you are not aware of

19        anyone from BNBM actually traveling to the United States

20        with respect to any of these contracts we discussed

21        today?

22   A    I am not aware?

23   Q    I am asking, are you aware?

24   A    I am not aware, no.

25   Q    Does anyone from your company actually travel to China
```

Confidential - Subject to Further Confidentiality Review

```
 1      to meet with anyone from BNBM?

 2   A  I don't know.

 3   Q  Okay.  Who would know the answer to that question?

 4   A  Simon would.

 5   Q  But he's-- we are not going to call him or anything,

 6      but-- so to your knowledge, you are not aware of

 7      anything like that?

 8   A  As far as-- I've been to China a couple times.  I have

 9      never met anybody from BNBM.

10   Q  Did you meet with Mr. Zhang when you were there?

11   A  Yes.

12   Q  How many time haves you traveled to China to meet with

13      Mr. Zhang?

14   A  Within the last couple years, four times.

15   Q  Okay.  Did you meet with any customers during those

16      visits?

17   A  Yes.

18   Q  Okay.  No one from BNBM though, to your knowledge?

19   A  No.

20          I met Mr. Yin from Qingdao Youlin.

21   Q  Okay.

22   A  But that's not even close to BNBM.

23   Q  Was that just the one customer or did you meet with

24      anyone else?

25   A  Yes, he was our biggest customer for a long time, sir.
```

```
 1   Q   Are there any other companies you can identify that you

 2       met with?

 3   A   No.

 4   Q   Just the one customer then, but on multiple occasions?

 5   A   Yes.

 6   Q   I understand.

 7           What was the name of his company again?

 8   A   Qingdao Youlin.

 9   Q   Was that one of the-- did we see that entity listed?

10   A   No.  It was Qingdao something else.

11   Q   Okay.  I understand.

12           Now, with respect to the-- I guess the lumber--

13       timber that you shipped to China on these various

14       contracts that we talked about today, do you know who

15       was responsible for inspecting those shipments for

16       conformity to your contracts with BNBM?

17   A   In China or in the United States?

18   Q   Well, okay, I guess that's a good question.

19           Who would inspect for conformity and where, with

20       respect to your contracts with BNBM?

21   A   I don't know.

22   Q   Okay.  Was there an inspection here in the United States

23       by someone?  Do you know?

24   A   To confirm that 661-- how many actual pieces were

25       shipped into the cans and stuff-- can you clarify your
```

Confidential - Subject to Further Confidentiality Review

1    question, I guess is a better way to say?

2  Q  Sure.

3       In order to receive payment on a letter of credit,

4    there had to be some inspection to confirm that what was

5    actually being shipped was what was being paid for; is

6    that correct?

7  A  Yes.

8  Q  Do you know when and where that would take place?

9  A  No, I don't, but as far as I'm concerned, I drop off the

10   documents to the banks, and the banks cleared the

11   documents.

12 Q  Okay.  So would you receive payments before the logs

13   arrived in China?

14 A  Yes.

15 Q  So do you have any knowledge of BNBM being involved in

16   any sort of inspection process with--

17 A  I don't know.

18 Q  Do you have any knowledge of BNBM engaging any other

19   parties in the United States with respect to your

20   contractual dealings with them, the shipments that you

21   send over there?

22 A  Can you clarify your question?

23 Q  Do you know whether they worked with any of the shipping

24   companies to facilitate those transactions or anything

25   like that?

Confidential - Subject to Further Confidentiality Review

```
 1    A    I don't know.

 2    Q    How about any other contractors or anyone like that?

 3    A    I don't know.

 4    Q    Any banks in the United States?

 5    A    I don't know.

 6                            (Videographer interruption.)

 7

 8                    MR. GAUGHAN:  I will be done before

 9         that.

10                    MR. PFAEHLER:  How many minutes do we

11         have?

12                    MR. GAUGHAN:  Ten.

13    Q    (By Mr. Gaughan)  Do you know how BNBM receives

14         compensation on these various contracts we've been

15         discussing today?

16    A    I don't know.

17    Q    And so I take it they haven't shared any information

18         with you regarding the profitability of the contracts?

19    A    No, I never had contact with BNBM.

20    Q    Do you have a sense of what the total value of your

21         contracts was with BNBM between July 17, 2014 and the

22         present date?

23    A    Estimated, about a million dollars.

24    Q    A million dollars?

25    A    Yeah.
```

Confidential - Subject to Further Confidentiality Review

```
 1          I mean, we can just add up all the contracts here
 2     and get the contract number if you want, but--
 3   Q No.  I'm just asking if you had an independent-- so you
 4     think it was over a million dollars?
 5                    MR. PFAEHLER:  Objection to form.
 6          That wasn't his testimony.
 7                    THE WITNESS:  Around a million
 8     dollars.
 9   Q (By Mr. Gaughan)  Around a million dollars, okay.
10          Now, with respect to these various contracts we've
11     looked at today, have you ever provided any compensation
12     directly to BNBM?
13   A No, we have not.
14   Q Do you have any current contracts with BNBM?
15   A No, we don't.
16   Q And do you have any outstanding obligations on any prior
17     contracts with BNBM?
18   A No, we don't.
19   Q Do you have any knowledge of BNBM having any bank
20     accounts in the United States?
21   A I have no idea.
22   Q Any real estate you're aware of?
23   A I have no idea.
24          I don't know.
25   Q How about anything like warehouses, anything like that?
```

Confidential - Subject to Further Confidentiality Review

```
 1   A   I don't know.

 2   Q   Any joint ventures you are aware of that involve BNBM?

 3   A   With us?

 4   Q   Are you aware of any?

 5   A   I don't know.

 6   Q   Okay.  How about with respect to CNBM Import and Export

 7       Company?

 8   A   I don't know.

 9   Q   We've looked at various contracts and other documents

10       today involving shipments of timber from your company to

11       China for BNBM, correct?

12   A   Yes.

13   Q   Would you agree that all of these contracts involve

14       shipments of timber from the United States to China?

15   A   Timber, yes.

16   Q   And you would also agree that BNBM is listed as a party

17       to all of those contracts we looked at today?

18   A   Yes.

19   Q   And would you also agree that BNBM was involved in

20       facilitating payment on all of those contracts we looked

21       at today?

22   A   Can you clarify "payment"?

23   Q   Well, we looked at letters of credit.

24   A   So payment to us, to WH International?

25   Q   Yes.
```

```
 1   A   Yes.

 2   Q   So BNBM was a party to those letters of credit we looked

 3       at today, correct?

 4                       MR. PFAEHLER:  Objection to form.

 5                       THE WITNESS:  Can you clarify that a

 6       little bit more?

 7   Q   (By Mr. Gaughan)  We looked at several letters of

 8       credit.

 9           Do you remember that?

10   A   Yeah.

11   Q   And in all of those letters of credit, BNBM was listed

12       as an applicant, correct?

13   A   Yes.

14   Q   And WH International was listed as a beneficiary of

15       those letters of credit, correct?

16   A   Yes.

17   Q   Okay.  So BNBM was participating in all those letters of

18       credit that we looked at today, and that's how you

19       received payment on the contracts?

20                       MR. PFAEHLER:  Multiple objections to

21       form.

22                       THE WITNESS:  Through BNBM's bank and

23       through our bank, yes.

24   Q   (By Mr. Gaughan)  But BNBM was involved in that process,

25       as an applicant on those letters of credit, correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1                        MR. PFAEHLER:  Multiple objections to

 2          form.

 3                        THE WITNESS:  Yes.

 4     Q    (By Mr. Gaughan)  Have you had any discussions with

 5          anyone from BNBM regarding your deposition today?

 6     A    No, I have not.

 7     Q    How about with anyone from CNBM?

 8                        MR. CABOT:  Objection; vague.

 9                        THE WITNESS:  No, I have not.

10     Q    (By Mr. Gaughan)  Have you had any discussions with

11          anyone from Taishan with respect to today's deposition?

12     A    No, I have not.

13     Q    Do you know whether anyone has contacted your counsel,

14          from any of these companies, with respect to today's

15          deposition?

16                        MR. CABOT:  Objection, vague.

17                        THE WITNESS:  No, I do not.

18     Q    (By Mr. Gaughan)  During the time that you were involved

19          in these transactions involving BNBM, did anyone ever

20          advise you that an American court had issued a contempt

21          order that potentially impacted BNBM?

22                        MR. PFAEHLER:  Objection.

23                        THE WITNESS:  I had no idea.

24     Q    (By Mr. Gaughan)  So no one, to your knowledge, from

25          BNBM ever informed Mr. Zhang that there was a contempt
```

```
 1      order that potentially impacted BNBM?

 2                      MR. PFAEHLER:  Multiple objections;

 3      including foundation, asked and answered, and

 4      mischaracterizes the record.

 5  Q   (By Mr. Gaughan)  You can answer.

 6  A   So BNBM to Mr. Zhang?

 7  Q   Yeah, are you aware, did Mr. Zhang ever advise you that

 8      anyone from BNBM approached him and advised that an

 9      American court had issued a contempt order?

10                      MR. PFAEHLER:  Same objections.

11                      THE WITNESS:  He did not say anything

12      to us.

13  Q   (By Mr. Gaughan)  Okay.  And I take it that they never--

14      no one from BNBM-- strike that.

15          I take it no one from BNBM ever advised Mr. Zhang

16      that there had been a contempt order that impacted

17      BNBM's ability to enter additional contracts with--

18      involving WH International?

19                      MR. PFAEHLER:  Same objections to

20      which we had objections to form and foundation.

21  Q   (By Mr. Gaughan)  You can answer.

22  A   That, I would not know.

23                      MR. GAUGHAN:  Okay.  I will pass the

24      witness.

25                      MR. PFAEHLER:  All right.  I think
```

```
1      we're about to run out of time on the videotape, so

2      we'll take a brief break, and then I'll have some

3      questions for you, but I won't take too much of your

4      time.

5                      THE WITNESS:  Okay.

6                      VIDEOGRAPHER:  We are going off

7      record.  The time is now 1:05 p.m.

8                          (Recess 1:05 to 1:11 p.m.)

9

10                     VIDEOGRAPHER:  This marks the

11     beginning of DVD No. 2.  The time is now 1:11 p.m.  We

12     are on record.

13

14

15                      EXAMINATION

16     BY MR. PFAEHLER:

17  Q   Good afternoon, Mr. Wooh.

18  A   Hello.

19  Q   You testified earlier that you have never spoken to

20     anyone at BNBM.

21       Have you ever exchanged e-mails with anyone at

22     BNBM?

23  A   Directly to BNBM?

24  Q   Correct.

25  A   No, I have not.
```

Confidential - Subject to Further Confidentiality Review

1   Q   And do you know if anyone at WH International, in the

2       United States, has ever e-mailed directly with BNBM?

3   A   No, we have not.

4   Q   Now, Mr. Zhang is a contractor who works-- or a

5       representative who works for WH International; is that

6       correct?

7   A   Yes.

8   Q   And when a transaction occurs, Mr. Zhang is compensated

9       by WH International; is that correct?

10  A   Yes.

11  Q   On a commission basis; is that correct?

12  A   Yes.

13  Q   Mr. Zhang arranges transactions with a wide number of

14      customers; is that fair to say?

15  A   Yes.

16  Q   And most of those transactions, the great majority, do

17      not involve BNBM; is that fair to say?

18  A   I don't know.

19                    MR. GAUGHAN:  Object to form.

20  Q   (By Mr. Pfaehler)  Okay.  Can you approximate for me how

21      many of those transactions involve BNBM?

22  A   Less than five percent.

23  Q   Thank you.

24          Is it your understanding, in the timber sales we've

25      been looking at this morning and that you've been asked

1      about, that BNBM was not the ultimate customer for that

2      timber?

3          Was that your understanding?

4   A  Yes.

5   Q  Can you describe for me what you understood BNBM's role

6      to be in those transactions?

7   A  As far as I'm concerned, BNBM is a letter of credit

8      company that issues the letter of credit for the

9      ultimate buyer, the end user.

10  Q  And who chooses BNBM to be involved in any particular

11     transaction?

12  A  I don't know.

13  Q  Is that a choice the ultimate customer makes?

14                    MR. GAUGHAN:  Objection to the form.

15                    THE WITNESS:  I don't know the

16     concrete answer, absolute answer, so I don't know.

17  Q  (By Mr. Pfaehler)  WH International doesn't choose BNBM,

18     does it?

19  A  No, we do not.

20  Q  Chinese customers looking to buy timber from WH

21     International often communicate directly with Mr. Zhang;

22     isn't that correct?

23  A  Yes.

24  Q  And that includes customers who are involved in the

25     transaction with BNBM provides letters of credit; is

Confidential - Subject to Further Confidentiality Review

```
 1        that correct?

 2   A    Yes.

 3   Q    Before your deposition today have you ever spoken to

 4        counsel for the plaintiff steering committee who has

 5        been asking questions today?

 6   A    No.  I went directly through Mario.

 7   Q    And let's turn to what was marked as Exhibit No. 2.

 8            If I could pull your attention to Page 1.

 9            Item No. 3 in the e-mail at the bottom of the page,

10        do you see it says, "Silvan(Superchain) is the only bulk

11        buyer for Formark, as DK has no activity until the

12        Chinese market comes back"?

13   A    Yes.

14   Q    Do you know-- can you tell me who Silvan(Superchain) is?

15   A    I think we went over it with Matt.

16   Q    I thought we missed that one, so I wanted to ask you

17        real quickly.

18   A    Silvan is the-- I think a company based out of Bellevue

19        that bulks vessels out of the United States.

20   Q    You did speak to that, thank you.

21            And Formark?

22   A    Formark is our log supplier, so we buy the logs from

23        Formark.

24   Q    Thank you.

25            Let's turn to Page WHI 4.
```

Confidential - Subject to Further Confidentiality Review

1           We have looked at the contract, and it requires an

2      irrevocable letter of credit.

3           Do you see that?

4  A    Yes.

5  Q    And it says, "Irrevocable letter at site."

6           What does that mean to you?

7  A    I don't know.

8           I don't know the concrete direct answer regarding

9      letter of credit law, no.

10  Q   And I'm sorry, I wasn't trying to ask you for that.

11          Let me try to ask a different or better question.

12          When you write-- and you prepared this contract,

13      right?

14  A   Yes.

15  Q   When you prepare the contract and you put down payment

16      terms, "100 percent irrevocable letter of credit at

17      site," what does that mean to you?

18  A   That means when that person hands the document to the

19      bank, they forward it to the bank in China, the buyer's

20      bank.  If the document is accepted, they have to pay me

21      100 percent of the invoice amount.

22  Q   And do you understand that when those documents that are

23      specified in the letter of credit are presented, that

24      the bank on the other end accepting those documents, if

25      the documents are facially valid, has to pay the letter

Confidential - Subject to Further Confidentiality Review

```
 1       of credit?

 2   A   Yes.

 3   Q   And that's why you require irrevocable letters of credit

 4       when you do business?

 5   A   It is the safest way of doing business, yes.

 6   Q   It completely removes the risk of being paid, correct?

 7   A   Yes.

 8   Q   And it removes any ability on the part of the applicant

 9       for the letter of credit to prevent payment if those

10       papers are delivered and they are facially valid; is

11       that correct?

12   A   No.

13   Q   Why not?

14   A   Because if there's a mistake in the document, the buyer

15       can refuse to pay the amount.

16   Q   Right, but if the documents you present are facially

17       valid, the bank must pay, correct?

18   A   Yes.

19   Q   And there's nothing the applicant can do about it,

20       correct?

21   A   I don't know about that part.

22   Q   Okay.  Is it your understanding that if those documents

23       are facially valid, the bank will pay?

24   A   I don't know.

25   Q   You don't know, okay.
```

Confidential - Subject to Further Confidentiality Review

```
1              Let's look at Page WHI 5.

2              This is a commercial invoice, right?

3    A    Yes.

4    Q    This is one of the documents that was presented to the

5         bank to get it to-- onto the letter of credit, right?

6    A    Yes.

7    Q    We looked at a number of these commercial invoices this

8         morning.

9              Do you recall that?

10   A    Yes.

11   Q    And in each case were each of those commercial invoices

12        a document that was presented to the bank for payment on

13        the letter of credit?

14   A    Yes.

15   Q    That document was not actually sent to Beijing New

16        Building Materials, was it?

17             It was sent to the bank?

18   A    Yes.

19   Q    And it was presented to, in this case, the Industrial

20        and Commercial Bank of China by your bank; is that

21        correct?

22                       MR. GAUGHAN:  Object to form.

23             Go ahead, you can answer.

24                       THE WITNESS:  That, I would not know.

25   Q    (By Mr. Pfaehler)  Do you have an understanding of who
```

```
 1        presents the documents to the bank?

 2   A    Our U.S. bank does.

 3   Q    Yes, and it's your understanding that your U.S. bank

 4        presents those documents in this case to the Industrial

 5        and Commercial Bank of China, correct?

 6   A    I do not know.

 7                    MR. GAUGHAN:  Object to form.

 8   Q    (By Mr. Pfaehler)  What part of that do you not know?

 9   A    Because I'm not there to witness it.

10   Q    Not something you have firsthand knowledge of?

11   A    No.

12   Q    Let' talk about that.

13        But it is your understanding of how the process

14        works, correct?

15   A    Yes.

16   Q    It is your understanding that the process works by the

17        bank submitting documents to the correspondent bank in

18        China, and the payment then--

19   A    As a process, yes.

20                    COURT REPORTER:  And payment-- sorry.

21                    MR. BIANCHI:  Just wait.

22                    THE WITNESS:  Sorry.

23                    MR. BIANCHI:  So that way the court

24        reporter can make sure--

25                    THE WITNESS:  Okay.  I am getting
```

1       very hungry.

2   Q   (By Mr. Pfaehler)  So your caveat is you don't know

3       exactly who presented this particular document to whom

4       and on what date?

5   A   Can you clarify your question?

6   Q   Yes.  I am holding the commercial invoice that's at WHI

7       5.

8   A   Okay.

9   Q   And your caveat, you said that you understood the

10      process work, that this was a document prepared to be

11      delivered to the bank in China, and that you understand

12      that your bank would deliver that, correct?

13  A   Yes.

14  Q   As a general procedural matter?

15  A   So what I will do is I get the documents ready, I

16      present them to my bank, and then let the bank take care

17      of it from there.

18  Q   But you don't actually know who or when it was handed

19      over to the bank in China because you weren't there,

20      correct?

21  A   I was not there.

22  Q   And that's true of these bills of lading.

23          Let's look at Page 7.

24          That's true of the bills of lading too, correct?

25  A   Yes.  The bills of lading are part of the documents I

Confidential - Subject to Further Confidentiality Review

```
 1        present to the bank.

 2   Q    And that bill of lading has a date on it, and you

 3        testified that it's your understanding that that's the

 4        date that the goods are loaded, correct?

 5   A    Loaded onto the vessel, question mark?

 6   Q    Okay.  Let me ask you, what does the date in this

 7        document signify to you?

 8   A    It signifies the fact that the containers are loaded on

 9        the vessel, the container vessel, on that date.

10   Q    And you are not actually there when those containers are

11        loaded, are you?

12   A    No.

13   Q    You don't actually know whether any of the containers

14        were loaded on the precise dates that are stated in any

15        of the bills of lading we looked at, right?

16                    MR. GAUGHAN:  Object to form.

17                    THE WITNESS:  Can you clarify your

18        question then?

19   Q    (By Mr. Pfaehler)  For all of the bills of lading that

20        we looked at this morning, you weren't actually there

21        when the containers were loaded, were you?

22   A    To watch the containers be loaded onto the vessel?

23   Q    Right.

24   A    No, I was not there.

25   Q    You are taking the word of this bill of lading for the
```

Confidential - Subject to Further Confidentiality Review

```
 1       date that that occurred, right?

 2   A   Yes.

 3   Q   And you don't actually know if those containers were

 4       loaded on February 28th or February 27th or March 1st,

 5       do you?

 6   A   There's a way I can find out.

 7           I can log onto their shipment's website, click on

 8       the container, and it will tell me exactly what moves

 9       the freight companies made.

10   Q   And did you do that in this instance?

11   A   No.

12   Q   And did you do that in the instance of any of the bills

13       of lading we looked at this morning, to the best of your

14       recollection?

15   A   I don't know.

16           I don't remember that far back.

17   Q   You don't remember doing that with respect to any of

18       them, do you?

19   A   No, not that I remember.

20   Q   Looking at the documents that are marked with Bates

21       No. WHI 4 through WHI 12--

22   A   Okay.

23   Q   Are these-- is it your understanding that these are all

24       documents that were presented to the bank to draw on the

25       letter of credit?
```

```
 1   A   Not 4.

 2   Q   Not 4?

 3       Was 5 presented?

 4   A   Yes.

 5   Q   And in each instance that we looked at a commercial

 6       invoice today, that was a document that you prepared for

 7       presentation by your bank to the Chinese bank to draw on

 8       the letter of credit, correct?

 9                   MR. GAUGHAN:  Object to form.

10                   THE WITNESS:  Yes.

11   Q   (By Mr. Pfaehler)  And with respect to Page 6, the

12       packing list, is that a document that you prepared for

13       the draw on the letter of credit?

14   A   Yes.

15   Q   And in each instance that we looked at a packing list

16       today, that was a document that you prepared to be

17       presented to the bank to draw on the letter of credit

18       and not a document that you prepared to send to Beijing

19       New Building Materials Company, correct?

20                   MR. GAUGHAN:  Object to form.

21                   THE WITNESS:  Yes.

22   Q   (By Mr. Pfaehler)  Okay.  And if we could look at the

23       bill of lading, was that a document that was provided to

24       the bank to draw on the letter of credit?

25   A   Yes.
```

1    Q    And that was true of each of the bills of lading we

2         looked at this morning?

3    A    Yes.

4    Q    Were you ever involved in transmitting a copy of a bill

5         of lading to the Beijing New Building Materials Co.?

6    A    Directly to BNBM?

7    Q    Directly to BNBM.

8    A    Not directly.

9    Q    Okay.  Who would you provide them to in addition to the

10        bank, anybody?

11   A    I would send copies to George.

12   Q    To Mr. Zhang?

13   A    Yes.

14   Q    Thank you.

15        What about Page 9, the list of what's in the

16        containers?

17        Is that something that would be provided to the

18        bank to draw on the letter of credit?

19   A    Depends on the letter of credit.

20   Q    Okay.

21   A    Some letters of credit require us to have a log summary

22        or log detail list on it, some do not.

23        In these cases I don't think any of them were

24        required, no.

25   Q    So you prepared it as a matter of course, but you didn't

```
 1        actually necessarily provide this one to the bank?

 2   A    Do you mind if I double check the letter of credit to

 3        see if they're required?

 4   Q    I don't mind at all.

 5   A    This one did not require the summary log list, no.

 6   Q    Thank you.

 7            If we could turn to the next page, 10, the

 8        certificate of origin, is that a document that was

 9        provided to the bank to draw on the letter of credit?

10   A    Yes.

11   Q    And in each case that Counsel showed you a certificate

12        of origin this morning, those were all provided to banks

13        to draw on the letter of credit?

14   A    Yes.

15   Q    And not provided by you directly to BNBM, correct?

16   A    Not directly to BN-- sorry to cut you off.

17            Not directly to BNBM.

18   Q    And the same with the phytosanitary certificates we

19        looked at, those were also provided to the banks, right?

20   A    Yes.

21   Q    And not directly to BNBM, correct?

22   A    Yes.

23   Q    Can I ask you to turn to Page 28, still in Exhibit

24        No. 2?

25   A    Okay.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q   There's an e-mail that starts on the prior page from

 2       Mr. Zhang to your father, and Item No. 2 says, "Teamway

 3       asks to buy 50 can DF to Yantian at 980."

 4           Do you know who Teamway is?

 5   A   "Teamway" is-- Teamway Furniture is their company name.

 6       It's one of the buyers that we do not deal with anymore.

 7   Q   Do you know if they had any connection with BNBM?

 8   A   I do not know.

 9   Q   And it says, No. 3, "Old customers like to buy 50 cans

10       DF to SHA at 970."

11           Do you know who those customers were?

12   A   No, I don't.

13   Q   Do you have any reason to believe that they were-- had

14       any dealings with BNBM?

15   A   I don't know.

16   Q   Can you turn, please, to Page 39?

17           We were looking at that page, and Counsel asked you

18       about the e-mails on Pages 2 of 3 and 3 of 3, and you

19       said those involved other customers, correct?

20   A   Yes.

21   Q   And that's why you didn't produce it here?

22   A   Yes.

23   Q   And those were e-mails with Mr. Zhang?

24   A   Yes.

25   Q   And in, fact, there are hundreds, if not thousands, of
```

1       pages of e-mails in your records from Mr. Zhang that

2       involve customers other than BNBM or that did not relate

3       to BNBM?

4   A   Yes.

5                       MR. GAUGHAN:  Object to form.

6   Q   (By Mr. Pfaehler)  Can you turn with me to Exhibit

7       No. 8?

8   A   (Witness complies.)

9   Q   If I could ask you to turn to Line 44C, toward the

10      bottom of the page, do you see it says, "Latest date of

11      shipment, 3/31/15"?

12  A   Yes.

13  Q   Do you know personally exactly when the shipment at

14      issue here occurred?

15  A   Occurred on February 28th, 2015.

16  Q   And you are looking at a page as you say that.

17          What page are you looking at?

18  A   I am looking at WHI 7.

19  Q   And I believe you testified, with respect to WHI 7, that

20      you don't know-- you weren't there when the ship was

21      actually loaded, right?

22  A   Yeah.

23  Q   And you were-- and you didn't go online to check on that

24      one, right?

25  A   Yes.

Confidential - Subject to Further Confidentiality Review

```
 1   Q   So you don't know that the ship was actually loaded on

 2       that date, do you?

 3                       MR. GAUGHAN:  Object to form.

 4                       THE WITNESS:  I don't know.

 5                       MR. PFAEHLER:  No further questions

 6       at this time.

 7                       MR. GAUGHAN:  You don't have

 8       anything?

 9                       MR. CABOT:  No.

10                       MR. GAUGHAN:  Anyone on the phone?

11       Mack?

12                       MS. KAHNKE:  No questions here.

13                       MR. GAUGHAN:  I just have a few quick

14       ones, but we'll be done before we know it.

15

16

17                       FURTHER EXAMINATION

18       BY MR. GAUGHAN:

19   Q   Now, during today's testimony or deposition, we looked

20       at various contracts; is that correct?

21   A   Yes.

22   Q   All of those contracts list BNBM as a party; is that

23       correct?

24   A   Yes.

25   Q   And all of those contracts are dated, I guess, on or
```

Confidential - Subject to Further Confidentiality Review

```
 1        after July 17, 2014 and the present date, correct?

 2   A    Yes.

 3   Q    And although you don't hang out at the docks making sure

 4        that your packages or, I guess, your cargo is being

 5        loaded on specific dates, you would generally rely on

 6        the dates stated by the shipping companies; is that

 7        correct?

 8   A    Yes.

 9                      MR. PFAEHLER:  Objection to form.

10   Q    (By Mr. Gaughan)  And these are sophisticated companies,

11        correct?

12   A    They're multibillion dollar companies, yes.

13                      MR. PFAEHLER:  Objection to form.

14   Q    (By Mr. Gaughan)  And your general experience is that

15        the dates they tell you are shipping dates are accurate?

16                      MR. PFAEHLER:  Objection to form.

17                      THE WITNESS:  Yes, that is accurate.

18   Q    (By Mr. Gaughan)  You mentioned that for some of the

19        bills of lading and other documents, you would send

20        those to George Zhang; is that correct?

21   A    Yes.

22   Q    And do you have any knowledge of what he did with those

23        documents once he received them?

24   A    He forwards it to the end user, buyer.

25   Q    Do you have any knowledge of whether he would have
```

Confidential - Subject to Further Confidentiality Review

1       forwarded any of those materials to BNBM?

2   A   I don't know.

3                    MR. GAUGHAN:  That's all I have.

4                    MR. PFAEHLER:  No further questions.

5            Thank you for giving us so much time today.

6                    MR. GAUGHAN:  Thank you.

7                    VIDEOGRAPHER:  We are going off

8       record.  The time is now 1:31 p.m.

9                        (Deposition concluded at 1:31 p.m.)

10                       (Signature reserved.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1      STATE OF WASHINGTON )    I, Terilynn Pritchard, RMR, CRR,
                            ) ss CLR, a certified court reporter
 2      County of Pierce    )    in the State of Washington, do
                                 hereby certify:

 3

 4
                That the foregoing deposition of JIN WOOH was
 5      taken before me and completed on May 21, 2015, and
        thereafter was transcribed under my direction; that the
 6      deposition is a full, true and complete transcript of the
        testimony of said witness, including all questions, answers,
 7      objections, motions and exceptions;

 8              That the witness, before examination, was by me
        duly sworn to testify the truth, the whole truth, and
 9      nothing but the truth, and that the witness reserved the
        right of signature;

10

                That I am not a relative, employee, attorney or
11      counsel of any party to this action or relative or employee
        of any such attorney or counsel and that I am not
12      financially interested in the said action or the outcome
        thereof;

13

                That I am herewith securely sealing the said
14      deposition and promptly delivering the same to
        Attorney Matthew C. Gaughan.

15

                IN WITNESS WHEREOF, I have hereunto set my
16      signature on the 23rd day of May, 2015.

17

18

19

20

21

22                           _____

                             Terilynn Pritchard, CCR, RMR, CRR, CLR
23                           Certified Court Reporter No. 2047.

24

25
```

Confidential - Subject to Further Confidentiality Review

```
1              -  -  -  -  -

            E R R A T A

2              -  -  -  -  -

3

4    PAGE  LINE  CHANGE

5    _____ _____ _____

6       REASON: _____

7    _____ _____ _____

8       REASON: _____

9    _____ _____ _____

10      REASON: _____

11   _____ _____ _____

12      REASON: _____

13   _____ _____ _____

14      REASON: _____

15   _____ _____ _____

16      REASON: _____

17   _____ _____ _____

18      REASON: _____

19   _____ _____ _____

20      REASON: _____

21   _____ _____ _____

22      REASON: _____

23   _____ _____ _____

24      REASON: _____

25
```

Confidential - Subject to Further Confidentiality Review

1

2              ACKNOWLEDGMENT OF DEPONENT

3

4              I,_____, do

5     hereby certify that I have read the

6     foregoing pages, and that the same is

7     a correct transcription of the answers

8     given by me to the questions therein

9     propounded, except for the corrections or

10    changes in form or substance, if any,

11    noted in the attached Errata Sheet.

12

13

14    _____

15     JIN WOOH                          DATE

16

17

18    Subscribed and sworn

      to before me this

19    _____ day of _____, 20_____.

20    My commission expires:_____

21

      _____

22    Notary Public

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1                    LAWYER'S NOTES

 2    PAGE  LINE

 3    _____ _____  _____

 4    _____ _____  _____

 5    _____ _____  _____

 6    _____ _____  _____

 7    _____ _____  _____

 8    _____ _____  _____

 9    _____ _____  _____

10    _____ _____  _____

11    _____ _____  _____

12    _____ _____  _____

13    _____ _____  _____

14    _____ _____  _____

15    _____ _____  _____

16    _____ _____  _____

17    _____ _____  _____

18    _____ _____  _____

19    _____ _____  _____

20    _____ _____  _____

21    _____ _____  _____

22    _____ _____  _____

23    _____ _____  _____

24    _____ _____  _____

25    _____ _____  _____
```