# Transactions Between BNBM Group and WH International, Inc.

| Bates No. | Contract No. | Date of Contract | Date of Invoice | Date of Shipment* | Value of Contract (USD) | Value of Invoice (USD) | Departure Port |
|---|---|---|---|---|---|---|---|
| BNBM(Group)0002846 | WHI-140144 | 2014-08-13 | | | $98,000.00 | | |
| WHI000017-24 | Invoice | | 2014-10-06 | 2014-10-05 | | $91,051.80 | Tacoma, WA |
| BNBM(Group)0002849 | WHI-140147 | 2014-08-15 | | | $485,000.00 | | |
| WHI000041-48 | Invoice | | 2014-09-16 | 2014-09-11 | | $115,517.30 | Tacoma, WA |
| WHI000049-57 | Invoice | | 2014-10-06 | 2014-10-02 | | $145,703.70 | Tacoma, WA |
| WHI000058-68 | Invoice | | 2014-10-22 | 2014-10-17 | | $236,893.40 | |
| BNBM(Group)0002851 | WHI-140162 | 2014-09-01 | | | $100,800.00 | | |
| WHI000030-37 | Invoice | | 2014-10-06 | 2014-10-05 | | $97,298.60 | Tacoma, WA |
| BNBM(Group)0002852 | WHI-140186 | 2014-10-13 | | | $261,800.00 | | |
| WHI000071-78 | Invoice | | 2014-11-17 | 2014-11-13 | | $127,870.60 | Tacoma, WA |
| WHI000079-86 | Invoice | | 2014-11-17 | 2014-11-13 | | $132,704.55 | Tacoma, WA |
| BNBM(Group)0002861 | WHI-150006 | 2015-01-28 | | | $129,500.00 | | |
| WHI000005-12 | Invoice | | 2015-03-03 | 2015-02-28 | | $125,293.00 | Tacoma, WA |
| **Totals** | | | | | **$1,075,100.00** | **$1,072,332.95** | |

* Shipment date listed based on actual loading date of the vessel listed on bill of lading. Wooh Dep. at 36:23-37:15.

CONTEMPT
Exhibit 92

# Contract No. WHI-140144

# Total Value: $98,000.00

# CONTRACT

Contract No.: WHI-140144
Date/Place: August 13, 2014/Lynnwood, WA USA

Buyer: BEIJING NEW BUILDING MATERIALS CO., LTD.
      10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER,
      NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING, CHINA

Seller: W.H. International, Inc.
      5105 191st Street Southwest, Lynnwood WA 98036 USA

The seller agrees to sell and the buyer agrees to buy the under-mentioned goods on the terms and conditions stated below:

1. Commodity

| USA Round Logs | Diameter | Lengths | Quantity (MBF) | Unit Price in USD | Total Amount |
|---|---|---|---|---|---|
| Douglas Fir | Mostly 8-20 Inches | Average 33-36 Feet | 100MBF | $980.00 | $98,000.00 |
| TOTAL: | | | | | $98,000.00 |

Fresh Cut: Straight: Without Bark
Max 5% of off spec. logs are acceptable

2. Total Amount: USD Ninety Eight Thousand and 00/100
3. Country of Origin: USA
4. +/- 10% of allowance in quantity and amount acceptable
5. Time of Shipment: Shipping date by 9/30/2014 and L/C expiration date 10/15/2014
   Transshipment: Allowed
   Partial Shipment: Allowed
   Price Terms: CNF to Dalian, China
   Port of Loading: Tacoma/Seattle, USA
   Port of Discharge: Dalian, China
6. Payment Terms: 100% Irrevocable Letter of Credit at Sight
7. Third party Bill of Lading and documents are acceptable
8. Negotiating Documents
   A. Signed Commercial Invoice
   B. Packing List
   C. Full set (3/3) of Clean On Board Marine Bill of Lading made out to order, blank endorsed marked "Freight Prepaid" notifying the buyer
   D. Certificate of Origin
   E. Phytosanitary Certificate
9. Payment: Please send the Letter of Credit to
      US Bank National Association
      1420 Fifth Avenue, 9th Floor, Seattle, WA 98101 USA
      Swift Code: USBKUS44SEA
      Telex Code: 6733211 USB UW



for and on behalf of
北京新型建材集团有限公司
BEIJING NEW BUILDING MATERIALS CO., LTD.

_Authorized Signature(s)_
The Buyer

W.H. International, Inc.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002846

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## COMMERCIAL INVOICE

WHI-14353

DATE: October 6, 2014

TO:    BEIJING NEW BUILDING MATERIALS CO., LTD.
       10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER,
       NO.9 SHOUTI SOUTH ROAD, HAIDIAN DIST. BEIJING, CHINA
       TEL:86-10-68799778 FAX:86-10-68799756

FOR THE SHIPMENT OF:

92.910MBF OF USA ROUND LOGS: DOUGLAS FIR AT          USD91,051.80
USD980.00/MBF
473.841CBM

TOTAL CFR TO DALIAN, CHINA                           USD91,051.80

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO.: WHI-140144

DRAWN UNDER THE LETTER OF CREDIT NO. LCSJQ14219 ISSUED BY
BEIJING RURAL COMMERCIAL BANK

W.H. INTERNATIONAL, INC.

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## PACKING LIST

WHI-14353

DATE: October 6, 2014

TO:    BEIJING NEW BUILDING MATERIALS CO., LTD.
       10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER,
       NO.9 SHOUTI SOUTH ROAD, HAIDIAN DIST. BEIJING, CHINA
       TEL:86-10-68799778 FAX:86-10-68799756

FOR THE SHIPMENT OF:

92.910MBF OF USA ROUND LOGS: DOUGLAS FIR
473.841CBM

PACKING: IN CONTAINERS

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO.: WHI-140144

DRAWN UNDER THE LETTER OF CREDIT NO. LCSJQ14219 ISSUED BY
BEIJING RURAL COMMERCIAL BANK

W.H. INTERNATIONAL, INC.



# EVERGREEN LINE
A Joint Service Agreement

## BILL OF LADING

| | |
|---|---|
| (2) Shipper / Exporter<br>**W.H.INTERNATIONAL, INC.**<br>**5105 191ST STREET SOUTHWEST**<br>**LYNNWOOD, WA 98036 USA** | (5) Document No.<br>**44216399** |
| | (6) Export Reference<br>**WHI-14353** |
| (3) Consignee (complete name and address)<br>**TO ORDER** | (7) Forwarding Agent-References (Name/Address/FMC #) **NIL** |
| (4) Notify Party (complete name and address)<br>**BEIJING NEW BUILDING MATERIALS**<br>**CO., LTD. 10 FLOOR, BUILDING 4,**<br>**INTERWEST BUSINESS CENTER, NO.9**<br>**SHOUTI SOUTH ROAD, HAIDIAN DIST.**<br>**BEIJING, CHINA, TEL:86-10-68799778**<br>**FAX:86-10-68799756** | (8) Point and Country of Origin (for the Merchant's reference only)<br>**WASHINGTON, USA**<br>(9) Also Notify Party (complete name and address) |
| (12) Pre-carriage by | (13) Place of Receipt/Date<br>**TACOMA, USA** |
| (14) Ocean Vessel/Voy. No.<br>**EVER ENVOY 0377-111W** | (15) Port of Loading<br>**TACOMA, USA** | (16) Ocean Inland Routing/Export Instructions (which are contracted separately by Merchants entirely for their own account and risk) |
| (16) Port of Discharge<br>**DALIAN, CHINA** | (17) Place of Delivery<br>**DALIAN, CHINA** | |

Particulars furnished by the Merchant

| (18) Container No. / & Seal No.<br>CONTAINER NO/SEAL NO.<br>**NO MARKS** | (19) Quantity And<br>Kind of Packages | (20) Description of Goods | (21) Measurement (M³)<br>Gross Weight (KGS) |
|---|---|---|---|
| | | **AES X20140928160873**<br>**20 CONTAINERS SLAC:**<br>**676 USA ROUND LOGS:DOUGLAS FIR**<br>**92.910MBF**<br><br>**FREIGHT PREPAID**<br><br>**BMOU4023705/33 LOG/26000KGS**<br>**/23.97CBM**<br>**BMOU4607210/38 LOG/26000KGS**<br>**/23.97CBM**<br>**BMOU5005460/33 LOG/26000KGS**<br>**/23.613CBM**<br>**BMOU5449948/27 LOG/26000KGS**<br><br>**\* THE BALANCE OF BILL OF LADING SEE  ATTACHED LIST \***<br>**TOTAL NUMBER OF ATTACHED 1 PAGE**<br><br>**THESE COMMODITIES, TECHNOLOGY AND SOFTWARE, WERE EXPORTED FROM**<br>**THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION**<br>**REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.** | **520,000.000 KGS**<br>**473.8410 CBM**<br><br><br>**"OCEAN FREIGHT PREPAID"**<br>**SHIPPER'S LOAD & COUNT**<br>**676 LOGS** |
| (22) TOTAL NUMBER OF<br>CONTAINERS OR PACKAGES<br>(IN WORDS) | **SAY TOTAL:  20 X 40H ONLY** | | |

| (24) FREIGHT & CHARGES | Revenue Tons | Rate | Per |Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| (25) B/L NO<br>**EGLV**<br>**456442163992** | (27) Number of Original B(s)/L<br>**THREE (3)** | (29) Prepaid at<br>**DALLAS, TX** | (30) Collect at |
| (28) Place of B(s)/L Issue/Date<br>**DALLAS, TX OCT.05,2014** | (31) Exchange Rate | (32) Exchange Rate |
| (26) Service Type/Mode<br>**FCL/FCL  O/O** | (33) Laden on Board<br>**OCT.05,2014**<br>**EVER ENVOY 0377-111W**<br>**TACOMA, WA** | **EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION**<br>As Agent for the Carriers and Voy. Vessel / Operator: Evergreen Marine (UK) Limited<br>and/or Evergreen Marine Corp.<br>By: _____ |

**0002218106**

FORM NO. DOC-0034-06

(TERMS OF BILL OF LADING ARE CONTINUED ON THE BACK HEREOF AND
ENLARGED VERSION OF BACK CLAUSES IS AVAILABLE ON www.evergreen-line.com)

NON-NEGOTIABLE

WHI 000019

 **EVERGREEN LINE**
A Joint Service Agreement

**ATTACHMENT**

M.V. EVER ENVOY 0377-111W  B/L NO. EGLV456442163992 | ATTACHED LIST PAGE :1/1

| (7B) Container No. And Seal No. Marks & Nos | (18) Quantity and Kind of Packages | (20) Description of Goods |
|---|---|---|
| BMOU4023705/ | | /22.083CBM |
| 5034643     / | | DRYU9214979/38 LOG/26000KGS |
| BMOU4607210/ | | /23.358CBM |
| 2403199     / | | EGHU9075472/30 LOG/26000KGS |
| BMOU5005460/ | | /26.877CBM |
| 6715519     / | | EISU9109184/40 LOG/26000KGS |
| BMOU5449948/ | | /24.327CBM |
| 2403146     / | | EITU1021995/35 LOG/26000KGS |
| DRYU9214979/ | | /25.041CBM |
| 2403141     / | | EITU1256705/32 LOG/26000KGS |
| EGHU9075472/ | | /23.613CBM |
| B6715795    / | | EMCU9740793/25 LOG/26000KGS |
| EISU9109184/ | | /22.389CBM |
| 6715690     / | | FCIU8283437/43 LOG/26000KGS |
| EITU1021995/ | | /22.236CBM |
| 1809151     / | | HMCU9013415/42 LOG/26000KGS |
| EITU1256705/ | | /24.021CBM |
| 5034174     / | | MAGU5403256/38 LOG/26000KGS |
| EMCU9740793/ | | /23.205CBM |
| 5024836     / | | MAGU5435211/35 LOG/26000KGS |
| FCIU8283437/ | | /23.103CBM |
| 2403176     / | | OCGU8026955/29 LOG/26000KGS |
| HMCU9013415/ | | /22.083CBM |
| 6715520     / | | TCLU6734210/24 LOG/26000KGS |
| MAGU5403256/ | | /23.613CBM |
| 2403200     / | | TCLU8662613/36 LOG/26000KGS |
| MAGU5435211/ | | /22.389CBM |
| 5034175     / | | TEMU6377050/38 LOG/26000KGS |
| OCGU8026955/ | | /22.848CBM |
| 5034176     / | | TGHU8177509/37 LOG/26000KGS |
| TCLU6734210/ | | /23.715CBM |
| 5424845     / | | XINU8133870/23 LOG/26000KGS |
| TCLU8662613/ | | /27.387CBM |
| 2403196     / | | |
| TEMU6377050/ | | |
| 1809150     / | | |
| TGHU8177509/ | | |
| 2403197     / | | |
| XINU8133870/ | | |
| 2403198     / | | |

EGLV456442163992

EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION
As agent for the Carrier and the Vessel Specialized Company Shipping HK Limited
Acting for and on behalf of Evergreen Line.
By                                                                    (1)
**NON-NEGOTIABLE**

0002218105

(TERMS OF BILL OF LADING ARE CONTINUED ON THE BACK HEREOF AND
FORM NO. DOC-100A.08

10/02/14

**FMT 14326**          **Log Summary list**
  **442163991**

| Load | Container | Ct | Species | Gross | Net | Top | Len |
|------|-----------|-----|---------|-------|-----|-----|-----|
| T23549 | EITU1256705 | 32 | DF | 4,760 | 4,630 | 10.5 | 33.6 |
| T23550 | TCLU8662613 | 36 | DF | 4,470 | 4,390 | 10.1 | 32.2 |
| T23551 | BMOU4023705 | 33 | DF | 4,840 | 4,700 | 10.7 | 33.3 |
| T23552 | BMOU5005460 | 33 | DF | 4,750 | 4,630 | 10.4 | 33.6 |
| T23553 | TGHU8177509 | 37 | DF | 4,840 | 4,650 | 10.3 | 32.9 |
| T23554 | TEMU6377050 | 38 | DF | 4,690 | 4,480 | 10.1 | 33.0 |
| T23555 | MAGU5435211 | 35 | DF | 4,710 | 4,530 | 9.9 | 33.6 |
| T23556 | TCLU6734210 | 24 | DF | 4,840 | 4,630 | 12.2 | 33.0 |
| T23557 | XINU8133870 | 23 | DF | 5,600 | 5,370 | 12.7 | 34.5 |
| T23558 | BMOU5449948 | 27 | DF | 4,550 | 4,330 | 11.1 | 34.7 |
| T23559 | EISU9109184 | 40 | DF | 4,930 | 4,770 | 9.8 | 32.3 |
| T23560 | HMCU9013415 | 42 | DF | 4,850 | 4,710 | 9.8 | 32.3 |
| T23561 | BMOU4607210 | 38 | DF | 4,830 | 4,700 | 9.9 | 33.9 |
| T23562 | DRYU9214979 | 38 | DF | 4,710 | 4,580 | 9.9 | 33.9 |
| T23563 | EITU1021995 | 35 | DF | 4,970 | 4,910 | 10.3 | 35.7 |
| T23564 | EGHU9075472 | 30 | DF | 5,350 | 5,270 | 11.4 | 36.5 |
| T23565 | OCGU8026955 | 29 | DF | 4,570 | 4,330 | 10.7 | 33.8 |
| T23566 | MAGU5403256 | 38 | DF | 4,640 | 4,550 | 9.9 | 33.6 |
| T23567 | FCIU8283437 | 43 | DF | 4,380 | 4,360 | 9.1 | 34.6 |
| T23568 | EMCU9740793 | 25 | DF | 4,720 | 4,390 | 11.6 | 36.0 |
|  |  | **676** |  | **96,000** | **92,910** |  | **33.8** |

WHI 000021

| SHIPPER:<br>W.H. INTERNATIONAL, INC.<br>5105 191ST STREET SOUTHWEST<br>LYNNWOOD, WA 98036 U.S.A. | **CERTIFICATE OF ORIGIN** |
|---|---|
| NOTIFY:<br>BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER,<br>NO.9 SHOUTI SOUTH ROAD, HAIDIAN DIST. BEIJING, CHINA | ISSUED IN THE UNITED STATES OF AMERICA |

| MEANS OF TRANSPORT AND ROUTE:<br>OCEAN FREIGHT EVER ENVOY 0377-111W<br>TACOMA, USA TO DALIAN, CHINA<br>ON BOARD DATE: OCT.04.2014 | BILL OF LADING NUMBER:<br>EGLV456442163992<br>EXPORT REFERENCE(S):<br>WHI-14353 |
|---|---|

| DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT |
|---|---|---|
| 676 USA ROUND LOGS<br>92.910MBF/473.841CBM<br>PRODUCED IN WASHINGTON STATE,<br>U.S.A. | 20 CONTAINERS | 520,000KGS |

| CERTIFICATION:<br>IT IS HEREBY CERTIFIED, ON THE BASIS OF<br>CONTROL CARRIED OUT, THAT THE<br>DECLARATION BY THE EXPORTER IS CORRECT.<br><br>October 6, 2014<br>PLACE AND DATE<br>ECONOMIC ALLIANCE SNOHOMISH COUNTY<br><br><br>SIGNATURE & STAMP OF CERTIFYING AUTHORITY | DECLARATION BY THE EXPORTER:<br>THE UNDERSIGNED HEREBY DECLARES THAT THE<br>ABOVE STATEMENTS AND DETAILS ARE CORRECT;<br>THAT ALL THE GOODS WERE PRODUCED IN<br>**THE STATE OF WASHINGTON, U.S.A.**<br>AND THAT THEY COMPLY WITH THE ORIGIN<br>REQUIREMENTS SPECIFIED FOR THOSE GOODS.<br><br>October 6, 2014<br>PLACE AND DATE<br><br><br>AUTHORIZED SIGNATURE |
|---|---|

WHI 000022

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

| UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE PLANT PROTECTION AND QUARANTINE **PHYTOSANITARY CERTIFICATE** | FOR OFFICIAL USE ONLY |
|---|---|
| | PLACE OF ISSUE Tacoma, Washington |
| | NO. **F-S-53053-04287229-7-B** |
| **TO: THE PLANT PROTECTION ORGANIZATION(S) OF** China | DATE INSPECTED September 24, 2014 |

**CERTIFICATION**

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

**DISINFESTATION AND/OR DISINFECTION TREATMENT**

| 1. DATE ************************************************ | 2. TREATMENT ************************************************ |
|---|---|
| 3. CHEMICAL (active ingredient) ************************************************ | 4. DURATION AND TEMPERATURE ************************************************ |
| 5. CONCENTRATION ************************************************ | 6. ADDITIONAL INFORMATION ************************************************ |

**DESCRIPTION OF THE CONSIGNMENT**

| 7. NAME AND ADDRESS OF THE EXPORTER WH International, Inc. 5105 191st Street, Southwest Lynnwood, Washington 98036 | 8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE BEIJING NEW BUILDING MATERIALS CO., LTD. 10th FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER, NUMBER 9, SHOUTI SOUTH ROAD, HAIDIAN DISTRICT BEIJING, China |
|---|---|
| 9. NAME OF PRODUCE AND QUANTITY DECLARED (1) 92.91 Thousand Board Feet, 676 Individual Douglas fir (Logs) ************************************************ ************************************************ ************************************************ ************************************************ | 10. BOTANICAL NAME OF PLANTS (1) Pseudotsuga menziesii ************************************************ ************************************************ ************************************************ ************************************************ |
| 11. NUMBER AND DESCRIPTION OF PACKAGES (1) 20 CONTAINERS ************************************************ ************************************************ ************************************************ ************************************************ | 12. DISTINGUISHING MARKS ************************************************ ************************************************ ************************************************ (see attached distinguishing marks) |
| 13. PLACE OF ORIGIN (1) Pacific, Pierce, Clallam and King Counties, Washington, USA ************************************************ ************************************************ ************************************************ ************************************************ | 14. DECLARED MEANS OF CONVEYANCE Ocean Vessel |
| | 15. DECLARED POINT OF ENTRY DALIAN, CHINA |

WARNING. Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

**ADDITIONAL DECLARATION**

The logs in this shipment are without bark. The shipment has been tested and found free of Bursaphelenchus xylophilus.

Page 1 of 2

| 16. DATE ISSUED October 07, 2014 | 17. NAME OF AUTHORIZED OFFICER (Type or Print) Frank Curtin | 18. SIGNATURE OF AUTHORIZED OFFICER *Frank Curtin* |
|---|---|---|

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 6/30/01

WHI 000023

| UNITED STATES DEPARTMENT OF AGRICULTURE<br>ANIMAL AND PLANT HEALTH INSPECTION SERVICE<br>PLANT PROTECTION AND QUARANTINE<br><br>**ATTACHMENT SHEET FOR<br>PHYTOSANITARY CERTIFICATE OR<br>PHYTOSANITARY CERTIFICATE FOR REEXPORT** | FOR OFFICIAL USE ONLY |
|---|---|
| | PLACE OF ISSUE<br>Tacoma, Washington |
| | NO.<br>**F-S-53053-04287229-7-B** |
| TO: THE PLANT PROTECTION ORGANIZATION(S) OF<br>China | Page 2 of 2 |

```
----------------------------------------------------
Block 12. Distinguishing Marks (continued)
(1)  BMOU4023705
BMOU4607210
BMOU5005460
BMOU5449948
DRYU9214979
FGHU9075472
EISU9109184
EITU1021995
LITU1256705
EHCU9740793
FCIU8283437
HMCU9013415
MAGU5403256
MAGU5435211
OCGU8026955
TCLU6734210
TCLU8662613
TEMU6377050
TGHU8177509
XINU8133870
```

| 16. DATE ISSUED<br>October 07, 2014 | 17. NAME OF AUTHORIZED OFFICER (Type or Print)<br>Frank Curtin | 18. SIGNATURE OF AUTHORIZED OFFICER<br>*Frank Curtin* |
|---|---|---|

WHI 000024

# Contract No. WHI-140147

# Total Value: $485,000.00

# CONTRACT

Contract No.: WHI-140147
Date/Place: August 15, 2014/Lynnwood, WA USA

Buyer: BEIJING NEW BUILDING MATERIALS CO., LTD.
10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER,
NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING, CHINA

Seller: W.H. International, Inc.
5105 191st Street Southwest, Lynnwood WA 98036 USA

The seller agrees to sell and the buyer agrees to buy the under-mentioned goods on the terms and
conditions stated below:

1. Commodity

| USA Round Logs | Diameter | Lengths | Quantity (MBF) | Unit Price in USD | Total Amount |
|---|---|---|---|---|---|
| Douglas Fir | Mostly 8-20 Inches | Average 33-36 Feet | 500MBF | $970.00 | $485,000.00 |
| TOTAL: | | | | | $485,000.00 |

Fresh Cut: Straight: Without Bark
Max 5% of off spec. logs are acceptable

2. Total Amount: USD Four Hundred Eighty Five Thousand and 00/100
3. Country of Origin: USA
4. +/- 10% of allowance in quantity and amount acceptable
5. Time of Shipment: Shipping date by 10/15/2014 and L/C expiration date 10/30/2014
   Transshipment: Allowed
   Partial Shipment: Allowed
   Price Terms: CNF to Shanghai, China
   Port of Loading: Tacoma/Seattle, USA
   Port of Discharge: Shanghai, China
6. Payment Terms: 100% Irrevocable Letter of Credit at Sight
7. Third party Bill of Lading and documents are acceptable
8. Negotiating Documents
   A. Signed Commercial Invoice
   B. Packing List
   C. Full set (3/3) of Clean On Board Marine Bill of Lading made out to order, blank endorsed
   marked "Freight Prepaid" notifying the buyer
   D. Certificate of Origin
   E. Phytosanitary Certificate
9. Payment:   Please send the Letter of Credit to
              US Bank National Association
              1420 Fifth Avenue, 9th Floor, Seattle, WA 98101 USA
              Swift Code: USBKUS44SEA
              Telex Code: 6733211 USB UW

The Buyer                                    W.H. International, Inc.

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## COMMERCIAL INVOICE

WHI-14329

DATE: September 16, 2014

TO:    BEIJING NEW BUILDING MATERIALS CO., LTD.
       10/F, BUILDING 4, INTERWEST BUSINESS CENTER, NO 9
       SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA

FOR THE SHIPMENT OF:

119.090MBF OF USA ROUND LOGS: DOUGLAS FIR AT            USD115,517.30
USD970.00/MBF
607.359CBM

TOTAL CFR TO SHANGHAI, CHINA                            USD115,517.30

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO.: WHI-140147

DRAWN UNDER THE LETTER OF CREDIT NO. 334-01-0008035 ISSUED BY DBS
BANK (CHINA) LIMITED.



                        W.H. INTERNATIONAL, INC.



WHI 000041

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

# PACKING LIST

WHI-14329

DATE: September 16, 2014

TO:     BEIJING NEW BUILDING MATERIALS CO., LTD.
        10/F, BUILDING 4, INTERWEST BUSINESS CENTER, NO 9
        SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA

FOR THE SHIPMENT OF:

119.090MBF OF USA ROUND LOGS: DOUGLAS FIR
607.359CBM

PACKING: IN CONTAINERS

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO.: WHI-140147

DRAWN UNDER THE LETTER OF CREDIT NO. 334-01-0008035 ISSUED BY DBS
BANK (CHINA) LIMITED.


                              W.H. INTERNATIONAL, INC.


                    =======================================

COPY NON-NEGOTIABLE
BILL OF LADING

| Shipper W.H. INTERNATIONAL INC.<br>5105 191ST STREET SOUTHWEST<br>LYNNWOOD WA 98036 USA | Booking No. YCH393384 | B/L No. YMLUW166258266 |
|---|---|---|
| | Export References<br>WHI-14329 | |

| Consignee (non-negotiable unless consigned to order)<br>TO ORDER | Forwarding agent references |
|---|---|

| Notify Party<br>BEIJING NEW BUILDING MATERIALS<br>CO., LTD.<br>10/F, BUILDING 4, INTERWEST<br>BUSINESS CENTER, NO.9 SOUTH RD,<br>SHOUTI HAIDIAN DIST, BEIJING, CHINA | Point and Country of origin of goods<br>WASHINGTON, USA<br>ALSO NOTIFY |
|---|---|

| *Precarried by | *Place of Receipt<br>TACOMA, USA | Onward inland routing |
|---|---|---|
| Vessel           Voy No. 0108W flag<br>YM FOUNTAIN | Port of Loading<br>TACOMA, USA | |
| Port of Discharge<br>SHANGHAI, CHINA | *Place of Delivery<br>SHANGHAI, CHINA | Delivery status |

PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement(M)<br>Gross Weight(KGS) | |
|---|---|---|---|---|
| | 23 CTNR | SHIPPER'S LOAD & COUNT .<br>651  LOGS | 598000.000KGS | 607.359CBM |
| | | ------------------------------------------- | | |
| | | ITN:X20140904817834<br>USA ROUND LOGS:DOUGLAS FIR<br>119.090MBF<br>FREIGHT PREPAID | FREIGHT PREPAID<br>LOADED ON M/V :<br>YM FOUNTAIN<br>VOY :0108W<br>AT:TACOMA, USA<br>ON :09/11/2014<br>CRD :09/05/2014 | |
| BMOU4115099   40HQ FCL/FCL | | 23968112          39 LOGS | 26000.000KGS | 25.092CBM |
| CAXU8123432   40HQ FCL/FCL | | B6715384          24 LOGS | 26000.000KGS | 25.908CBM |
| DRYU9778963   40HQ FCL/FCL | | 2396320           21 LOGS | 26000.000KGS | 25.551CBM |

These Commodities, Technology or Software were Exported from the UNITED STATES in Accordance
with the Export Administration Regulations. Diversion Contrary to US Law Prohibited.

| Declared Value $            if Merchant enters value of Goods and pays the applicable<br>ad valorem rate,Carrier's Package limitation shall not apply. See Clause 23 (2) & (3)  hereof | Place and Date of issue  CHICAGO | 09/11/2014 |
|---|---|---|
| | YPN434W      On Board Date | 09/11/2014 |
| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | B/L No. YMLUW166258266 |
|---|---|---|---|---|---|---|---|
| | | | | | | | The receipt, custody, carriage and delivery of the goods are subject<br>to the terms appearing on the face and back hereof and to carrier's<br>applicable tariff. If required by the carrier, this Bill of Lading duly<br>endorsed shall be surrendered in exchange for the goods or Delivery<br>Order.<br>IN WITNESS WHEREOF, the undersigned has signed full set of<br>Bills of Lading, all of the same tenor and date, one of which being<br>accomplished, the others to stand void.<br>Yang Ming (America)<br>Corporation. |

| Rate of exchange | Grand Total | |
|---|---|---|
| Number of Original Bill(s)  3 | | By |
| see as attached list... | Payable at | as agent for Yang Ming Marine Transport Corporation, as carrier |

WHI 000043

```
ATTACHED LIST    YM FOUNTAIN                              0108W    Second

B/L NO :    YMLUW166258266

-----------------------------------------------------------------------------

CONTAINERS

-----------------------------------------------------------------------------
FCIU9406639    40HQ FCL/FCL       5034149      20 LOGS
                                                        26000.000KGS      27.948CBM
GESU6242602    40HQ FCL/FCL       2396317      28 LOGS
                                                        26000.000KGS      27.744CBM
SEGU4065816    40HQ FCL/FCL       1809711      27 LOGS
                                                        26000.000KGS      27.183CBM
SEGU4524129    40HQ FCL/FCL       2396786      23 LOGS
                                                        26000.000KGS      27.336CBM
SEGU4580138    40HQ FCL/FCL       5034151      26 LOGS
                                                        26000.000KGS      29.682CBM
SEGU4585274    40HQ FCL/FCL       5034150      23 LOGS
                                                        26000.000KGS      25.653CBM
TCNU6405594    40HQ FCL/FCL       B6715382     25 LOGS
                                                        26000.000KGS      25.959CBM
TEMU7073956    40HQ FCL/FCL       B6715062     34 LOGS
                                                        26000.000KGS      23.613CBM
TEMU7138168    40HQ FCL/FCL       5034521      33 LOGS
                                                        26000.000KGS      25.143CBM
YMLU8219025    40HQ FCL/FCL       5034074      29 LOGS
                                                        26000.000KGS      28.203CBM
YMLU8249082    40HQ FCL/FCL       2396761      26 LOGS
                                                        26000.000KGS      28.662CBM
YMLU8300116    40HQ FCL/FCL       5034520      37 LOGS
                                                        26000.000KGS      23.562CBM
YMLU8374103    40HQ FCL/FCL       2396787      22 LOGS
                                                        26000.000KGS      29.325CBM
YMLU8456536    40HQ FCL/FCL       1809710      19 LOGS
                                                        26000.000KGS      30.294CBM
YMLU8630653    40HQ FCL/FCL       2396316      23 LOGS
                                                        26000.000KGS      27.336CBM
YMLU8686550    40HQ FCL/FCL       1809127      31 LOGS
                                                        26000.000KGS      23.205CBM
YMLU8775003    40HQ FCL/FCL       2396785      39 LOGS
                                                        26000.000KGS      24.174CBM
YMLU8794739    40HQ FCL/FCL       5034522      44 LOGS
                                                        26000.000KGS      23.970CBM
YMLU8829521    40HQ FCL/FCL       5034075      35 LOGS
                                                        26000.000KGS      24.327CBM
YMLU8979250    40HQ FCL/FCL       1809128      23 LOGS
                                                        26000.000KGS      27.489CBM
```

Page No: 1

** END OF ATTACHMENT LIST **

WHI 000044

09/10/14

**FMT 14302**          **Log Summary list**
**YCH393384**

| Load | Container | Ct | Species | Gross | Net | Top | Len |
|------|-----------|-----|---------|-------|-----|-----|-----|
| T23121 | YMLU8775003 | 39 | DF | 4,810 | 4,740 | 10.0 | 31.4 |
| T23122 | YMLU8300116 | 37 | DF | 4,840 | 4,620 | 10.1 | 33.1 |
| T23123 | FCIU9406639 | 20 | DF | 5,840 | 5,480 | 14.3 | 33.9 |
| T23124 | YMLU8686550 | 31 | DF | 4,840 | 4,550 | 10.8 | 33.5 |
| T23125 | SEGU4524129 | 23 | DF | 5,540 | 5,360 | 13.4 | 33.1 |
| T23126 | TCNU6405594 | 25 | DF | 5,300 | 5,090 | 12.4 | 34.7 |
| T23127 | TEMU7073956 | 34 | DF | 4,720 | 4,630 | 10.4 | 30.8 |
| T23128 | YMLU8630653 | 23 | DF | 5,470 | 5,360 | 13.0 | 33.9 |
| T23129 | YMLU8456536 | 19 | DF | 6,250 | 5,940 | 15.3 | 32.8 |
| T23130 | YMLU8374103 | 22 | DF | 5,860 | 5,750 | 13.7 | 34.4 |
| T23131 | TEMU7138168 | 33 | DF | 5,040 | 4,930 | 10.8 | 33.0 |
| T23132 | YMLU8219025 | 29 | DF | 5,720 | 5,530 | 11.8 | 34.7 |
| T23133 | SEGU4585274 | 23 | DF | 5,130 | 5,030 | 12.3 | 34.7 |
| T23134 | YMLU8979250 | 23 | DF | 5,540 | 5,390 | 13.0 | 34.9 |
| T23135 | DRYU9778963 | 21 | DF | 5,290 | 5,010 | 13.4 | 33.9 |
| T23136 | CAXU8123432 | 24 | DF | 5,360 | 5,080 | 12.7 | 36.3 |
| T23137 | SEGU4065816 | 27 | DF | 5,540 | 5,330 | 12.3 | 35.2 |
| T23138 | GESU6242602 | 28 | DF | 5,790 | 5,440 | 12.4 | 31.7 |
| T23139 | YMLU8794739 | 44 | DF | 4,800 | 4,700 | 9.5 | 31.3 |
| T23140 | SEGU4580138 | 26 | DF | 5,850 | 5,820 | 13.0 | 32.6 |
| T23141 | YMLU8829521 | 35 | DF | 4,960 | 4,770 | 10.2 | 35.1 |
| T23142 | YMLU8249082 | 26 | DF | 5,860 | 5,620 | 12.6 | 34.0 |
| T23143 | BMOU4115099 | 39 | DF | 5,100 | 4,920 | 9.9 | 36.4 |
| | | **651** | | **123,450** | **119,090** | | **33.6** |

WHI 000045

| | |
|---|---|
| **SHIPPER:**<br>W.H. INTERNATIONAL, INC.<br>5105 191ST STREET SOUTHWEST<br>LYNNWOOD, WA 98036 U.S.A.<br><br>**NOTIFY:**<br>BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F, BUILDING 4, INTERWEST BUSINESS CENTER,<br>NO.9 SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA | **CERTIFICATE OF ORIGIN**<br><br>ISSUED IN THE UNITED STATES OF AMERICA |

| | |
|---|---|
| **MEANS OF TRANSPORT AND ROUTE:**<br>OCEAN FREIGHT YM FOUNTAIN 0108W<br>TACOMA, USA TO SHANGHAI, CHINA<br>ON BOARD DATE: 09/11/2014 | **BILL OF LADING NUMBER:**<br>YMLUW166258266<br>**EXPORT REFERENCE(S):**<br>WHI-14329 |

| DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT |
|---|---|---|
| 651 USA ROUND LOGS<br>119.090MBF/607.359CBM<br>PRODUCED IN WASHINGTON STATE,<br>U.S.A. | 23 CONTAINERS | 598,000KGS |

| | |
|---|---|
| CERTIFICATION:<br>IT IS HEREBY CERTIFIED, ON THE BASIS OF<br>CONTROL CARRIED OUT, THAT THE<br>DECLARATION BY THE EXPORTER IS CORRECT.<br><br><br>September 16, 2014<br>PLACE AND DATE<br>ECONOMIC ALLIANCE SNOHOMISH COUNTY<br><br><br><br>SIGNATURE & STAMP OF CERTIFYING AUTHORITY | DECLARATION BY THE EXPORTER:<br>THE UNDERSIGNED HEREBY DECLARES THAT THE<br>ABOVE STATEMENTS AND DETAILS ARE CORRECT,<br>THAT ALL THE GOODS WERE PRODUCED IN<br>**THE STATE OF WASHINGTON, U.S.A.**<br>AND THAT THEY COMPLY WITH THE ORIGIN<br>REQUIREMENTS SPECIFIED FOR THOSE GOODS.<br><br><br>September 16, 2014<br>PLACE AND DATE<br><br><br>AUTHORIZED SIGNATURE |

WHI 000046

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

FOR OFFICIAL USE ONLY

## PHYTOSANITARY CERTIFICATE

PLACE OF ISSUE
Tacoma, Washington

NO. **F-S-53053-04238317-7-B**

**TO: THE PLANT PROTECTION ORGANIZATION(S) OF**
China

DATE INSPECTED
August 28, 2014

### CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|
| ********************************************* | ********************************************* |
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| ********************************************* | ********************************************* |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |
| ********************************************* | ********************************************* |

### DESCRIPTION OF THE CONSIGNMENT

7. NAME AND ADDRESS OF THE EXPORTER
WH International, Inc.
5105 191st Street, Southwest
Lynnwood, Washington 98036

8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE
BEIJING NEW BUILDING MATERIALS CO., LTD.
Consignee address information is printed on
the attachment page.

9. NAME OF PRODUCE AND QUANTITY DECLARED
(1)  119.09 Thousand Board Feet, 651 Individual
Douglas fir (Logs)
*********************************************
*********************************************
*********************************************
*********************************************

10. BOTANICAL NAME OF PLANTS
(1)  Pseudotsuga menziesii
*********************************************
*********************************************
*********************************************
*********************************************

11. NUMBER AND DESCRIPTION OF PACKAGES
(1)  23 CONTAINERS
*********************************************
*********************************************
*********************************************
*********************************************

12. DISTINGUISHING MARKS
*********************************************
*********************************************
*********************************************
*********************************************
(see attached distinguishing marks)

13. PLACE OF ORIGIN
(1)  Pacific, Pierce, Clallam and King Counties,
Washington, USA
*********************************************
*********************************************
*********************************************
*********************************************

14. DECLARED MEANS OF CONVEYANCE
Ocean Vessel

15. DECLARED POINT OF ENTRY
SHANGHAI, CHINA

**WARNING:** Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

The logs in this shipment are without bark. The shipment has been tested and found free of Bursaphelenchus xylophilus.

Page  1  of  2

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|
| September 15, 2014 | Frank Curtin | Frank Curtin |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 6/30/01

WHI 000047

| UNITED STATES DEPARTMENT OF AGRICULTURE<br>ANIMAL AND PLANT HEALTH INSPECTION SERVICE<br>PLANT PROTECTION AND QUARANTINE<br><br>**ATTACHMENT SHEET FOR<br>PHYTOSANITARY CERTIFICATE OR<br>PHYTOSANITARY CERTIFICATE FOR REEXPORT** | FOR OFFICIAL USE ONLY | |
|---|---|---|
| | PLACE OF ISSUE<br>Tacoma, Washington | |
| | NO.<br>**F-S-53053-04238317-7-B** | |
| TO: THE PLANT PROTECTION ORGANIZATION(S) OF<br>China | Page 2 of 2 | |

```
---------------------------------------------------------------
Consignee Details (Name, Address)
BEIJING NEW BUILDING MATERIALS CO., LTD.
10th FLOOR , BUILDING 4, INTERWEST BUSINESS CENTER,
NUMBER 9, SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING,  China
---------------------------------------------------------------
Block 12. Distinguishing Marks (continued)
(1)  BMOU4115099
CAXU8123432
DRYU9778963
FCIU9406639
GESU6242602
SEGU4065816
SEGU4524129
SEGU4580138
SEGU4585274
TCNU6405594
TEMU7073956
TEMU7138168
YMLU8219025
YMLU8249082
YMLU8300116
YMLU8374103
YMLU8456536
YMLU8630653
YMLU8686550
YMLU8775003
YMLU8794739
YMLU8829521
YMLU8979250
```

| 16. DATE ISSUED<br>September 15, 2014 | 17. NAME OF AUTHORIZED OFFICER(Type or Print)<br>Frank Curtin | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|

WHI 000048

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## COMMERCIAL INVOICE

WHI-14347

DATE: October 6, 2014

TO:    BEIJING NEW BUILDING MATERIALS CO., LTD.
        10/F, BUILDING 4, INTERWEST BUSINESS CENTER,
        NO. 9, SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA

FOR THE SHIPMENT OF:

150.210MBF OF USA ROUND LOGS: DOUGLAS FIR AT      USD145,703.70
USD970.00/MBF
766.071CBM

TOTAL CFR TO SHANGHAI, CHINA          USD145,703.70

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO.: WHI-140147

DRAWN UNDER THE LETTER OF CREDIT NO. 334-01-0008035 ISSUED BY DBS
BANK (CHINA) LIMITED.


                         W.H. INTERNATIONAL, INC.

WHI 000049

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## PACKING LIST

WHI-14347

DATE: October 6, 2014

TO:     BEIJING NEW BUILDING MATERIALS CO., LTD.
        10/F, BUILDING 4, INTERWEST BUSINESS CENTER,
        NO. 9, SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA

FOR THE SHIPMENT OF:

150.210MBF OF USA ROUND LOGS: DOUGLAS FIR
766.071CBM

PACKING: IN CONTAINERS

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO.: WHI-140147

DRAWN UNDER THE LETTER OF CREDIT NO. 334-01-0008035 ISSUED BY DBS
BANK (CHINA) LIMITED.


                              W.H. INTERNATIONAL, INC.


WHI 000050

COPY NON-NEGOTIABLE
BILL OF LADING

| Shipper W.H. INTERNATIONAL INC.<br>5105 191ST STREET SOUTHWEST<br>LYNNWOOD WA 98036 USA | Booking No. YCH395346 | B/L No. YMLUW166258829 |
|---|---|---|
| | Export References<br>WHI-14347 | |

| Consignee (non-negotiable unless consigned to order)<br>TO ORDER | Forwarding agent references |
|---|---|

| Notify Party<br>BEIJING NEW BUILDING MATERIALS CO.,<br>LTD. 10/F ,BUILDING 4,INTERWEST<br>BUSINESS CENTER,NO.9, SOUTH RD,<br>SHOUTI HAIDIAN DIST, BEIJING,CHINA | Point and Country of origin of goods<br>WASHINGTON, USA<br>ALSO NOTIFY |
|---|---|

| *Precarried by | *Place of Receipt<br>TACOMA, USA | Onward inland routing |
|---|---|---|
| Vessel       Voy No. 0095W flag<br>YM MARCH | Port of Loading<br>TACOMA, USA | |
| Port of Discharge<br>SHANGHAI,CHINA | *Place of Delivery<br>SHANGHAI,CHINA | Delivery status |

PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | | Measurement(M3)<br>Gross Weight(KGS) |
|---|---|---|---|---|
| | 30 CTNR | SHIPPER'S LOAD & COUNT . | | |
| | | 957  LOGS | 780000.000KGS | 766.071CBM |
| | | -------------------------------- | | |
| | | ITN:X20140925008334<br>USA ROUND LOGS:DOUGLAS FIR<br>150.210MBF<br>FREIGHT PREPAID | FREIGHT PREPAID<br>LOADED ON M/V :<br>YM MARCH<br>VOY :0095W<br>AT:TACOMA, USA<br>ON  :10/02/2014<br>CRD :09/25/2014 | |
| BMOU5623746 | 40HQ FCL/FCL | 5024832 | 25 LOGS | |
| | | | 26000.000KGS | 26.571CBM |
| BMOU5626690 | 40HQ FCL/FCL | 5024831 | 37 LOGS | |
| | | | 26000.000KGS | 26.265CBM |
| CAIU8887737 | 40HQ FCL/FCL | B6715513 | 26 LOGS | |
| | | | 26000.000KGS | 25.551CBM |

These Commodities, Technology or Software were Exported from the UNITED STATES in Accordance
with the Export Administration Regulations. Diversion Contrary to US Law Prohibited.

| Declared Value $          if Merchant enters value of Goods and pays the applicable<br>ad valorem rate,Carrier's Package limitation shall not apply. See Clause 23 (2) & (3) hereof | Place and Date of issue   CHICAGO | 10/02/2014 |
|---|---|---|
| | YPN437W | On Board Date | 10/02/2014 |
| | | B/L No. YMLUW166258829 |

| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | |
|---|---|---|---|---|---|---|---|
| | | | | | | | The receipt, custody, carriage and delivery of the goods are subject<br>to the terms appearing on the face and back hereof and to carrier's<br>applicable tariff. If required by the carrier, this Bill of Lading duly<br>endorsed shall be surrendered in exchange for the goods or Delivery<br>Order.<br>IN WITNESS WHEREOF, the undersigned has signed Full set of<br>Bills of Lading, all of the same tenor and date, one of which being<br>accomplished, the others to stand void.<br>Yang Ming (America)<br>Corporation. |

| Rate of exchange | Grand Total | |
|---|---|---|
| Number of Original Bill(s)  3 | | |
| see as attached list... | Payable at | By<br>as agent for Yang Ming Marine Transport Corporation, as carrier |

WHI 000051

```
ATTACHED LIST    YM MARCH                                    0095W    Second

B/L NO :   YMLUW166258829
```

---

CONTAINERS

---

| Container | Type | | Booking | Qty | | Weight | Volume |
|---|---|---|---|---|---|---|---|
| CAIU8915567 | 40HQ FCL/FCL | 2403192 | 39 LOGS | | | |
| | | | | | 26000.000KGS | 23.715CBM |
| CAIU9265086 | 40HQ FCL/FCL | 5034638 | 41 LOGS | | | |
| | | | | | 26000.000KGS | 25.704CBM |
| CAXU8239588 | 40HQ FCL/FCL | 2403185 | 34 LOGS | | | |
| | | | | | 26000.000KGS | 25.806CBM |
| DFSU6052746 | 40HQ FCL/FCL | 2403178 | 35 LOGS | | | |
| | | | | | 26000.000KGS | 24.531CBM |
| FCIU8996654 | 40HQ FCL/FCL | 2403177 | 30 LOGS | | | |
| | | | | | 26000.000KGS | 24.021CBM |
| FCIU9010273 | 40HQ FCL/FCL | B6715095 | 35 LOGS | | | |
| | | | | | 26000.000KGS | 25.653CBM |
| INKU6359514 | 40HQ FCL/FCL | 2403175 | 36 LOGS | | | |
| | | | | | 26000.000KGS | 27.693CBM |
| SEGU4039993 | 40HQ FCL/FCL | B6715799 | 26 LOGS | | | |
| | | | | | 26000.000KGS | 24.684CBM |
| SEGU4477222 | 40HQ FCL/FCL | B6715798 | 31 LOGS | | | |
| | | | | | 26000.000KGS | 27.897CBM |
| SEGU4530841 | 40HQ FCL/FCL | 5034636 | 27 LOGS | | | |
| | | | | | 26000.000KGS | 24.225CBM |
| TCNU6496362 | 40HQ FCL/FCL | 2403162 | 40 LOGS | | | |
| | | | | | 26000.000KGS | 23.103CBM |
| TCNU6711758 | 40HQ FCL/FCL | 2403161 | 22 LOGS | | | |
| | | | | | 26000.000KGS | 27.438CBM |
| TCNU7266533 | 40HQ FCL/FCL | 2403181 | 32 LOGS | | | |
| | | | | | 26000.000KGS | 25.398CBM |
| YMLU8070944 | 40HQ FCL/FCL | 5034637 | 37 LOGS | | | |
| | | | | | 26000.000KGS | 24.582CBM |
| YMLU8218564 | 40HQ FCL/FCL | 5034168 | 31 LOGS | | | |
| | | | | | 26000.000KGS | 25.347CBM |
| YMLU8292160 | 40HQ FCL/FCL | B6715800 | 28 LOGS | | | |
| | | | | | 26000.000KGS | 24.633CBM |
| YMLU8387055 | 40HQ FCL/FCL | 2403174 | 35 LOGS | | | |
| | | | | | 26000.000KGS | 24.582CBM |
| YMLU8426763 | 40HQ FCL/FCL | 2403182 | 30 LOGS | | | |
| | | | | | 26000.000KGS | 29.019CBM |
| YMLU8532153 | 40HQ FCL/FCL | 5034167 | 32 LOGS | | | |
| | | | | | 26000.000KGS | 27.234CBM |
| YMLU8604649 | 40HQ FCL/FCL | 2403186 | 34 LOGS | | | |
| | | | | | 26000.000KGS | 24.480CBM |
| YMLU8612876 | 40HQ FCL/FCL | B6715096 | 26 LOGS | | | |
| | | | | | 26000.000KGS | 24.327CBM |
| YMLU8613701 | 40HQ FCL/FCL | 2403173 | 28 LOGS | | | |
| | | | | | 26000.000KGS | 26.826CBM |
| YMLU8673824 | 40HQ FCL/FCL | 5034169 | 36 LOGS | | | |
| | | | | | 26000.000KGS | 25.143CBM |
| YMLU8697615 | 40HQ FCL/FCL | 5034170 | 43 LOGS | | | |
| | | | | | 26000.000KGS | 24.378CBM |
| YMLU8720762 | 40HQ FCL/FCL | B6715514 | 24 LOGS | | | |
| | | | | | 26000.000KGS | 24.888CBM |
| YMLU8729918 | 40HQ FCL/FCL | 2403183 | 25 LOGS | | | |
| | | | | | 26000.000KGS | 27.948CBM |
| YMLU8919034 | 40HQ FCL/FCL | B6715515 | 32 LOGS | | | |
| | | | | | 26000.000KGS | 24.429CBM |

Page No: 1

WHI 000052

```
ATTACHED LIST    YM MARCH                              0095W    Second
              B/L NO :    YMLUW166258829
------------------------------------------------------------------------

CONTAINERS
------------------------------------------------------------------------
```

Page No: 2

** END OF ATTACHMENT LIST **

WHI 000053

09/30/14

**FMT 14320**        **Log Summary list**
    **YCH395346**

| Load | Container | Ct | Species | Gross | Net | Top | Len |
|------|-----------|-----|---------|-------|------|------|------|
| T23472 | BMOU5626690 | 37 | DF | 5,370 | 5,150 | 10.5 | 33.3 |
| T23473 | YMLU8532153 | 32 | DF | 5,620 | 5,340 | 11.5 | 32.7 |
| T23474 | DFSU6052746 | 35 | DF | 4,960 | 4,810 | 10.6 | 31.2 |
| T23475 | CAIU8887737 | 26 | DF | 5,330 | 5,010 | 12.2 | 34.4 |
| T23476 | YMLU8613701 | 28 | DF | 5,620 | 5,260 | 11.6 | 33.6 |
| T23477 | TCNU7266533 | 32 | DF | 5,200 | 4,980 | 10.9 | 33.4 |
| T23478 | SEGU4530841 | 27 | DF | 4,970 | 4,750 | 11.6 | 35.1 |
| T23479 | YMLU8218564 | 31 | DF | 5,170 | 4,970 | 11.3 | 33.8 |
| T23480 | SEGU4039993 | 26 | DF | 5,050 | 4,840 | 11.8 | 34.0 |
| T23481 | YMLU8387055 | 35 | DF | 5,020 | 4,820 | 10.5 | 33.9 |
| T23482 | FCIU9010273 | 35 | DF | 5,260 | 5,030 | 10.6 | 34.8 |
| T23483 | INKU6359514 | 36 | DF | 5,590 | 5,430 | 10.7 | 34.6 |
| T23485 | YMLU8426763 | 30 | DF | 5,920 | 5,690 | 11.6 | 36.0 |
| T23486 | YMLU8720672 | 24 | DF | 5,030 | 4,880 | 12.5 | 33.9 |
| T23488 | YMLU8729918 | 25 | DF | 5,600 | 5,480 | 12.6 | 35.9 |
| T23489 | FCIU8996654 | 30 | DF | 4,800 | 4,710 | 10.9 | 35.1 |
| T23490 | YMLU8673824 | 36 | DF | 5,100 | 4,930 | 10.3 | 34.6 |
| T23491 | YMLU8070944 | 37 | DF | 4,940 | 4,820 | 10.3 | 32.1 |
| T23492 | YMLU8292160 | 28 | DF | 4,940 | 4,830 | 11.2 | 31.8 |
| T23493 | YMLU8612876 | 26 | DF | 5,050 | 4,770 | 11.8 | 35.6 |
| T23494 | CAXU8239588 | 34 | DF | 5,220 | 5,060 | 10.8 | 34.7 |
| T23495 | TCNU6711758 | 22 | DF | 5,680 | 5,380 | 13.4 | 34.9 |
| T23496 | YMLU8919034 | 32 | DF | 5,060 | 4,790 | 10.9 | 34.2 |
| T23497 | TCNU6496362 | 40 | DF | 4,730 | 4,530 | 9.7 | 33.7 |
| T23498 | YMLU8604649 | 34 | DF | 4,980 | 4,800 | 10.7 | 33.3 |
| T23499 | YMLU8697615 | 43 | DF | 4,860 | 4,780 | 9.6 | 32.2 |
| T23500 | CAIU9265086 | 41 | DF | 5,370 | 5,040 | 10.2 | 31.7 |
| T23501 | SEGU4477222 | 31 | DF | 5,570 | 5,470 | 11.2 | 32.3 |
| T23502 | BMOU5623746 | 25 | DF | 5,550 | 5,210 | 12.7 | 32.7 |
| T23510 | CAIU8915567 | 39 | DF | 4,770 | 4,650 | 10.0 | 31.7 |
|  |  | **957** |  | **156,330** | **150,210** |  | **33.6** |

WHI 000054

| SHIPPER: | CERTIFICATE OF ORIGIN |
|---|---|
| W.H. INTERNATIONAL, INC. | |
| 5105 191ST STREET SOUTHWEST | ISSUED IN THE UNITED STATES OF AMERICA |
| LYNNWOOD, WA 98036 U.S.A. | |
| **NOTIFY:** | |
| BEIJING NEW BUILDING MATERIALS CO., LTD. | |
| 10/F, BUILDING 4, INTERWEST BUSINESS CENTER, | |
| NO. 9, SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA | |

| MEANS OF TRANSPORT AND ROUTE: | BILL OF LADING NUMBER: |
|---|---|
| OCEAN FREIGHT YM MARCH 0095W | YMLUW16625829 |
| TACOMA, USA TO SHANGHAI, CHINA | EXPORT REFERENCE(S): |
| ON BOARD DATE: 10/02/2014 | WHI-14347 |

| DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT |
|---|---|---|
| 957 USA ROUND LOGS<br>150.210MBF/766.071CBM<br>PRODUCED IN WASHINGTON STATE,<br>U.S.A. | 30 CONTAINERS | 780,000KGS |

| CERTIFICATION: | DECLARATION BY THE EXPORTER: |
|---|---|
| IT IS HEREBY CERTIFIED, ON THE BASIS OF<br>CONTROL CARRIED OUT, THAT THE<br>DECLARATION BY THE EXPORTER IS CORRECT. | THE UNDERSIGNED HEREBY DECLARES THAT THE<br>ABOVE STATEMENTS AND DETAILS ARE CORRECT;<br>THAT ALL THE GOODS WERE PRODUCED IN<br>**THE STATE OF WASHINGTON, U.S.A.**<br>AND THAT THEY COMPLY WITH THE ORIGIN<br>REQUIREMENTS SPECIFIED FOR THOSE GOODS. |
| October 6, 2014 | |
| PLACE AND DATE | |
| ECONOMIC ALLIANCE SNOHOMISH COUNTY | October 6, 2014 |
| | PLACE AND DATE |
| SIGNATURE & STAMP OF CERTIFYING AUTHORITY | AUTHORIZED SIGNATURE |

WHI 000055

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB No. 0579-0052

| UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE PLANT PROTECTION AND QUARANTINE **PHYTOSANITARY CERTIFICATE** | FOR OFFICIAL USE ONLY |
|---|---|
| | PLACE OF ISSUE Tacoma, Washington |
| | NO. **F-S-53053-04287224-7-B** |
| **TO: THE PLANT PROTECTION ORGANIZATION(S) OF** China | DATE INSPECTED September 24, 2014 |

## CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE *********************************************** | 2. TREATMENT ***************************************************** |
|---|---|
| 3. CHEMICAL (active ingredient) *********************************************** | 4. DURATION AND TEMPERATURE ***************************************************** |
| 5. CONCENTRATION *********************************************** | 6. ADDITIONAL INFORMATION ***************************************************** |

### DESCRIPTION OF THE CONSIGNMENT

| 7. NAME AND ADDRESS OF THE EXPORTER WH International, Inc. 5105 191st Street, Southwest Lynnwood, Washington 98036 | 8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE BEIJING NEW BUILDING MATERIALS CO., LTD. Consignee address information is printed on the attachment page. |
|---|---|
| 9. NAME OF PRODUCE AND QUANTITY DECLARED (1)  150.21 Thousand Board Feet, 957 Individual Douglas fir (Logs) *********************************************** *********************************************** *********************************************** *********************************************** | 10. BOTANICAL NAME OF PLANTS (1)  Pseudotsuga menziesii ***************************************************** ***************************************************** ***************************************************** ***************************************************** |
| 11. NUMBER AND DESCRIPTION OF PACKAGES (1)  30 CONTAINERS *********************************************** *********************************************** *********************************************** *********************************************** *********************************************** | 12. DISTINGUISHING MARKS ***************************************************** ***************************************************** ***************************************************** ***************************************************** (see attached distinguishing marks) |
| 13. PLACE OF ORIGIN (1)  Pacific, Pierce, Clallam and King Counties, Washington, USA *********************************************** *********************************************** *********************************************** *********************************************** | 14. DECLARED MEANS OF CONVEYANCE Ocean Vessel |
| | 15. DECLARED POINT OF ENTRY SHANGHAI, CHINA |

WARNING: Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

The logs in this shipment are without bark. The shipment has been tested and found free of Bursaphelenchus xylophilus.

Page  1  of  2

| 16. DATE ISSUED October 07, 2014 | 17. NAME OF AUTHORIZED OFFICER (Type or Print) Frank Curtin | 18. SIGNATURE OF AUTHORIZED OFFICER *Frank Curtin* |
|---|---|---|

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577                    FEB 2001                    Previous editions are obsolete after 6/30/01

WHI 000056

| UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE PLANT PROTECTION AND QUARANTINE **ATTACHMENT SHEET FOR PHYTOSANITARY CERTIFICATE OR PHYTOSANITARY CERTIFICATE FOR REEXPORT** | FOR OFFICIAL USE ONLY |
|---|---|
| | PLACE OF ISSUE Tacoma, Washington |
| | NO. **F-S-53053-04287224-7-B** |
| **TO: THE PLANT PROTECTION ORGANIZATION(S) OF** China | Page 2 of 2 |

```
------------------------------------------------------------------
Consignee Details (Name, Address)
BEIJING NEW BUILDING MATERIALS CO., LTD.
10th FLOOR , BUILDING 4, INTERWEST BUSINESS CENTER,
NUMBER 9, SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING,  China
------------------------------------------------------------------
Block 12. Distinguishing Marks (continued)
(1)  BMOU5623746
BMOU5626690
CAIU8887737
CAIU8915567
CAIU9265086
CAXU8239588
DFSU6052746
FCIU8996654
FCIU9010273
INKU6359514
SEGU4039993
SEGU4477222
SEGU4530841
TCNU6496362
TCNU6711758
TCNU7266533
YMLU8070944
YMLU8218564
YMLU8292160
YMLU8387055
YMLU8426763
YMLU8532153
YMLU8604649
YMLU8612876
YMLU8613701
YMLU8673824
YMLU8697615
YMLU8720762
YMLU8729918
YMLU8919034
```

| 16. DATE ISSUED October 07, 2014 | 17. NAME OF AUTHORIZED OFFICER(Type or Print) Frank Curtin | 18. SIGNATURE OF AUTHORIZED OFFICER *Frank Curtin* |
|---|---|---|

WHI 000057

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## COMMERCIAL INVOICE

WHI-14367

DATE: October 22, 2014

TO:     BEIJING NEW BUILDING MATERIALS CO., LTD.
        10/F, BUILDING 4, INTERWEST BUSINESS CENTER,
        NO. 9, SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA

FOR THE SHIPMENT OF:

244.220MBF OF USA ROUND LOGS: DOUGLAS FIR AT          USD236,893.40
USD970.00/MBF
1,245.522CBM

TOTAL CFR TO SHANGHAI, CHINA                          USD236,893.40

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO.: WHI-140147

DRAWN UNDER THE LETTER OF CREDIT NO. 334-01-0008035 ISSUED BY DBS
BANK (CHINA) LIMITED.


                                W.H. INTERNATIONAL, INC.

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

# PACKING LIST

WHI-14367

DATE: October 22, 2014

TO:     BEIJING NEW BUILDING MATERIALS CO., LTD.
        10/F, BUILDING 4, INTERWEST BUSINESS CENTER,
        NO. 9, SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA

FOR THE SHIPMENT OF:

244.220MBF OF USA ROUND LOGS: DOUGLAS FIR
1,245.522CBM

PACKING: IN CONTAINERS

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO.: WHI-140147

DRAWN UNDER THE LETTER OF CREDIT NO. 334-01-0008035 ISSUED BY DBS
BANK (CHINA) LIMITED.

W.H. INTERNATIONAL, INC.

WHI 000059

# COPY NON-NEGOTIABLE BILL OF LADING

| Shipper W.H. INTERNATIONAL INC.<br>5105 191ST STREET SOUTHWEST<br>LYNNWOOD WA 98036 USA | Booking No. YCH398486 | B/L No. YMLUW166259145 |
|---|---|---|
| | Export References<br>WHI-14367 | |

| Consignee (non-negotiable unless consigned to order)<br>TO ORDER | Forwarding agent references |
|---|---|

| Notify Party<br>BEIJING NEW BUILDING MATERIALS CO.,<br>LTD. 10/F ,BUILDING 4,INTERWEST<br>BUSINESS CENTER,NO.9, SOUTH RD,<br>SHOUTI HAIDIAN DIST, BEIJING,CHINA | Point and Country of origin of goods<br>WASHINGTON, USA<br>ALSO NOTIFY |
|---|---|

| *Precarried by | *Place of Receipt<br>TACOMA, USA | Onward inland routing |
|---|---|---|
| Vessel YM PLUM    Voy No. 0116W flag | Port of Loading<br>TACOMA, USA | |
| Port of Discharge<br>SHANGHAI,CHINA | *Place of Delivery<br>SHANGHAI,CHINA | Delivery status |

PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement Gross Weight(KG) |
|---|---|---|---|
| | 50 CTNR | SHIPPER'S LOAD & COUNT .<br>1669  LOGS | 1300000.000KGS      1245.522CBM |
| | | ITN:X20141008748649<br>USA ROUND LOGS:DOUGLAS FIR<br>244.220MBF<br>FREIGHT PREPAID | FREIGHT PREPAID<br>LOADED ON M/V :<br>YM PLUM<br>VOY :0116W<br>AT:TACOMA, USA<br>ON  :10/17/2014<br>CRD :10/10/2014 |
| BMOU4499306   40HQ FCL/FCL | | 5024708       32 LOGS | 26000.000KGS        25.806CBM |
| BMOU4720947   40HQ FCL/FCL | | 2384293       30 LOGS | 26000.000KGS        26.367CBM |
| BMOU5701828   40HQ FCL/FCL | | 1089207       32 LOGS | 26000.000KGS        26.061CBM |

These Commodities, Technology or Software were Exported from the UNITED STATES in Accordance with the Export Administration Regulations. Diversion Contrary to US Law Prohibited.

| Declared Value $ _____ if Merchant enters value of Goods and pays the applicable ad valorem rate,Carrier's Package limitation shall not apply. See Clause 23 (2) & (3) hereof | Place and Date of issue   CHICAGO | 10/17/2014 |
|---|---|---|
| YPN439W | On Board Date | 10/17/2014 |

| | | | | | B/L No YMLUW166259145 |
|---|---|---|---|---|---|
| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT |

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to carrier's applicable tariff.  If required by the carrier, this Bill of Lading duly endorsed shall be surrendered in exchange for the goods or Delivery Order.
IN WITNESS WHEREOF, the undersigned has signed Full set of Bills of Lading, all of the same tenor and date, one of which being accomplished, the others to stand void.

Yang Ming (America)
Corporation.

| Rate of exchange | Grand Total | | By _____<br>as agent for Yang Ming Marine Transport Corporation, as carrier |
|---|---|---|---|
| Number of Original Bill(s)   3 | | | |
| see as attached list... | Payable at | | |

WHI 000060

```
ATTACHED LIST    YM PLUM                                    0116W    Second

B/L NO :    YMLUW166259145

-----------------------------------------------------------------------------------
  CONTAINERS
-----------------------------------------------------------------------------------
  CAIU9288374    40HQ FCL/FCL        5024694        29 LOGS
                                                                26000.000KGS        23.103CBM
  CAIU8913158    40HQ FCL/FCL        2384291        28 LOGS
                                                                26000.000KGS        25.755CBM
  CAIU9264177    40HQ FCL/FCL        2396116        46 LOGS
                                                                26000.000KGS        23.103CBM
  CAXU8079941    40HQ FCL/FCL        2396118        31 LOGS
                                                                26000.000KGS        26.163CBM
  DFSU6051293    40HQ FCL/FCL        5024599        36 LOGS
                                                                26000.000KGS        23.970CBM
  DFSU6054862    40HQ FCL/FCL        B6715545       38 LOGS
                                                                26000.000KGS        24.480CBM
  DFSU6209774    40HQ FCL/FCL        5024706        32 LOGS
                                                                26000.000KGS        26.418CBM
  DFSU6739481    40HQ FCL/FCL        2396120        31 LOGS
                                                                26000.000KGS        26.316CBM
  FCIU8404009    40HQ FCL/FCL        1809172        28 LOGS
                                                                26000.000KGS        22.797CBM
  FCIU8512235    40HQ FCL/FCL        5024707        32 LOGS
                                                                26000.000KGS        24.072CBM
  FCIU8992854    40HQ FCL/FCL        5024590        35 LOGS
                                                                26000.000KGS        28.050CBM
  FCIU9010761    40HQ FCL/FCL        B6715707       40 LOGS
                                                                26000.000KGS        25.194CBM
  FCIU9399170    40HQ FCL/FCL        2396119        35 LOGS
                                                                26000.000KGS        24.429CBM
  GESU6138218    40HQ FCL/FCL        2384289        28 LOGS
                                                                26000.000KGS        25.602CBM
  GESU6219120    40HQ FCL/FCL        1809289        37 LOGS
                                                                26000.000KGS        24.480CBM
  GESU6221810    40HQ FCL/FCL        1809071        40 LOGS
                                                                26000.000KGS        25.653CBM
  OCGU8014152    40HQ FCL/FCL        2384297        49 LOGS
                                                                26000.000KGS        25.296CBM
  SEGU4040166    40HQ FCL/FCL        B6715610       34 LOGS
                                                                26000.000KGS        26.010CBM
  SEGU4568410    40HQ FCL/FCL        1809211        28 LOGS
                                                                26000.000KGS        26.214CBM
  TCLU1561473    40HQ FCL/FCL        5024696        33 LOGS
                                                                26000.000KGS        22.848CBM
  TCNU5824847    40HQ FCL/FCL        1809208        29 LOGS
                                                                26000.000KGS        24.276CBM
  TCNU6194399    40HQ FCL/FCL        1809210        33 LOGS
                                                                26000.000KGS        24.123CBM
  TCNU6487020    40HQ FCL/FCL        2396117        38 LOGS
                                                                26000.000KGS        25.500CBM
  TCNU7964494    40HQ FCL/FCL        B6715548       34 LOGS
                                                                26000.000KGS        26.112CBM
  TEMU7030379    40HQ FCL/FCL        B6715608       31 LOGS
                                                                26000.000KGS        24.174CBM
  TEMU7033742    40HQ FCL/FCL        B6715546       26 LOGS
                                                                26000.000KGS        25.245CBM
  TEMU7063393    40HQ FCL/FCL        1809288        32 LOGS
                                                                26000.000KGS        26.163CBM
                                                                     Page No: 1
```

WHI 000061

```
ATTACHED LIST    YM PLUM                                    0116W    Second

          B/L NO :   YMLUW166259145

--------------------------------------------------------------------------------

CONTAINERS

--------------------------------------------------------------------------------
   YMLU8218862    40HQ FCL/FCL        2384288        34 LOGS
                                                               26000.000KGS       24.429CBM
   YMLU8219262    40HQ FCL/FCL        2384292        32 LOGS
                                                               26000.000KGS       27.183CBM
   YMLU8337199    40HQ FCL/FCL        5024697        31 LOGS
                                                               26000.000KGS       22.950CBM
   YMLU8600068    40HQ FCL/FCL        5024695        31 LOGS
                                                               26000.000KGS       25.551CBM
   YMLU8606235    40HQ FCL/FCL        1809199        30 LOGS
                                                               26000.000KGS       25.398CBM
   YMLU8640230    40HQ FCL/FCL        1809209        27 LOGS
                                                               26000.000KGS       23.052CBM
   YMLU8655965    40HQ FCL/FCL        B6715547       41 LOGS
                                                               26000.000KGS       25.143CBM
   YMLU8665583    40HQ FCL/FCL        2396115        30 LOGS
                                                               26000.000KGS       25.398CBM
   YMLU8678791    40HQ FCL/FCL        5024699        28 LOGS
                                                               26000.000KGS       25.347CBM
   YMLU8684984    40HQ FCL/FCL        5024709        28 LOGS
                                                               26000.000KGS       27.081CBM
   YMLU8727073    40HQ FCL/FCL        2384296        47 LOGS
                                                               26000.000KGS       22.644CBM
   YMLU8730930    40HQ FCL/FCL        5024705        33 LOGS
                                                               26000.000KGS       24.888CBM
   YMLU8770022    40HQ FCL/FCL        2403913        38 LOGS
                                                               26000.000KGS       23.919CBM
   YMLU8799432    40HQ FCL/FCL        5024591        35 LOGS
                                                               26000.000KGS       23.664CBM
   YMLU8810906    40HQ FCL/FCL        B6715611       28 LOGS
                                                               26000.000KGS       23.460CBM
   YMLU8847063    40HQ FCL/FCL        5024598        36 LOGS
                                                               26000.000KGS       23.205CBM
   YMLU8924684    40HQ FCL/FCL        5027698        34 LOGS
                                                               26000.000KGS       23.817CBM
   YMLU9009091    40HQ FCL/FCL        2384290        27 LOGS
                                                               26000.000KGS       26.112CBM
   YMLU9034670    40HQ FCL/FCL        B6715609       37 LOGS
                                                               26000.000KGS       25.653CBM
   YMLU9034793    40HQ FCL/FCL        1809290        35 LOGS
                                                               26000.000KGS       22.848CBM
```

                                                             Page No: 2

** END OF ATTACHMENT LIST **

WHI 000062

10/14/14

**Log Summary list**

YCH398486

| Load | Container | Ct | Species | Gross | Net | Top | Len |
|------|-----------|-----|---------|-------|-----|-----|-----|
| T23826 | YMLU8730930 | 33 | DF | 5,200 | 4,880 | 10.8 | 34.6 |
| T23827 | YMLU8606235 | 30 | DF | 5,140 | 4,980 | 11.0 | 35.6 |
| T23828 | CAIU8288374 | 29 | DF | 4,640 | 4,530 | 10.8 | 33.7 |
| T23829 | BMOU5701828 | 32 | DF | 5,180 | 5,110 | 11.1 | 34.7 |
| T23832 | DFSU6051293 | 36 | DF | 4,840 | 4,700 | 10.1 | 33.5 |
| T23833 | DFSU6209774 | 32 | DF | 5,330 | 5,180 | 11.0 | 34.1 |
| T23834 | YMLU8600068 | 31 | DF | 5,290 | 5,010 | 11.4 | 33.6 |
| T23835 | CAIU8913158 | 28 | DF | 5,170 | 5,050 | 11.5 | 34.7 |
| T23836 | TEMU7030379 | 31 | DF | 4,820 | 4,740 | 10.8 | 34.7 |
| T23837 | YMLU9009091 | 27 | DF | 5,300 | 5,120 | 11.6 | 35.4 |
| T23838 | DFSU6054862 | 38 | DF | 4,860 | 4,800 | 9.8 | 35.1 |
| T23839 | GESU6138218 | 28 | DF | 5,150 | 5,020 | 11.7 | 35.1 |
| T23840 | TCNU5824847 | 29 | DF | 4,870 | 4,760 | 11.1 | 34.3 |
| T23841 | YMLU8665583 | 30 | DF | 5,130 | 4,980 | 11.0 | 35.4 |
| T23842 | YMLU8847063 | 36 | DF | 4,760 | 4,550 | 10.0 | 35.0 |
| T23843 | TCLU1561473 | 33 | DF | 4,510 | 4,480 | 10.2 | 32.9 |
| T23844 | FCIU8512235 | 32 | DF | 4,810 | 4,720 | 11.0 | 32.4 |
| T23845 | CAIU9264177 | 46 | DF | 4,590 | 4,530 | 9.3 | 31.3 |
| T23846 | YMLU9034670 | 37 | DF | 5,130 | 5,030 | 10.3 | 34.3 |
| T23847 | TCNU6487020 | 38 | DF | 5,120 | 5,000 | 10.1 | 34.1 |
| T23848 | TEMU7033742 | 26 | DF | 5,220 | 4,950 | 12.4 | 33.0 |
| T23849 | CAXU8079941 | 31 | DF | 5,240 | 5,130 | 11.1 | 34.8 |
| T23850 | GESU6221810 | 40 | DF | 5,090 | 5,030 | 10.5 | 30.9 |
| T23851 | YMLU8640230 | 27 | DF | 4,580 | 4,520 | 10.9 | 35.8 |
| T23852 | TEMU7063393 | 32 | DF | 5,380 | 5,130 | 11.0 | 33.8 |
| T23853 | YMLU8337199 | 31 | DF | 4,670 | 4,500 | 10.5 | 35.8 |
| T23854 | YMLU8218862 | 34 | DF | 4,900 | 4,790 | 10.3 | 34.7 |
| T23855 | FCIU8992854 | 35 | DF | 5,630 | 5,500 | 11.1 | 32.5 |
| T23856 | BMOU4499306 | 32 | DF | 5,230 | 5,060 | 10.8 | 32.2 |
| T23857 | YMLU8219262 | 32 | DF | 5,450 | 5,330 | 11.0 | 33.8 |
| T23858 | SEGU4040166 | 34 | DF | 5,370 | 5,100 | 10.8 | 32.0 |
| T23859 | OCGU8014152 | 49 | DF | 5,010 | 4,960 | 9.4 | 31.2 |
| T23860 | FCIU9399170 | 35 | DF | 4,990 | 4,790 | 10.3 | 34.6 |
| T23861 | YMLU8655965 | 41 | DF | 5,110 | 4,930 | 9.8 | 32.7 |
| T23862 | TCNU6194399 | 33 | DF | 4,900 | 4,730 | 10.7 | 34.5 |
| T23863 | GESU6219120 | 37 | DF | 5,060 | 4,800 | 10.4 | 32.9 |
| T23864 | YMLU8924684 | 34 | DF | 4,740 | 4,670 | 10.0 | 35.6 |
| T23865 | YMLU8770022 | 38 | DF | 4,810 | 4,690 | 9.6 | 35.0 |
| T23866 | YMLU8684984 | 28 | DF | 5,490 | 5,310 | 11.5 | 35.7 |
| T23867 | YMLU8799432 | 35 | DF | 4,810 | 4,640 | 10.3 | 34.2 |
| T23868 | YMLU8727073 | 47 | DF | 4,550 | 4,440 | 9.1 | 31.8 |
| T23881 | FCIU8404009 | 28 | DF | 4,680 | 4,470 | 11.1 | 34.5 |

WHI 000063

| Load | Container | Ct | Species | Gross | Net | Top | Len |
|---|---|---|---|---|---|---|---|
| T23882 | SEGU4568410 | 28 | DF | 5,290 | 5,140 | 11.6 | 34.6 |
| T23883 | YMLU8678791 | 28 | DF | 5,190 | 4,970 | 11.6 | 33.1 |
| T23884 | YMLU9034793 | 35 | DF | 4,670 | 4,480 | 10.2 | 34.6 |
| T23885 | YMLU8810906 | 28 | DF | 4,800 | 4,600 | 11.3 | 35.8 |
| T23886 | BMOU4720947 | 30 | DF | 5,260 | 5,170 | 11.6 | 33.4 |
| T23887 | TCNU7964494 | 34 | DF | 5,280 | 5,120 | 10.7 | 35.6 |
| T23888 | FCIU9010761 | 40 | DF | 5,080 | 4,940 | 9.8 | 35.3 |
| T23889 | DFSU6739481 | 31 | DF | 5,390 | 5,160 | 11.1 | 34.8 |
| | | **1669** | | **251,710** | **244,220** | | **34.0** |

WHI 000064

| SHIPPER:<br>W.H. INTERNATIONAL, INC.<br>5105 191ST STREET SOUTHWEST<br>LYNNWOOD, WA 98036 U.S.A. | **CERTIFICATE OF ORIGIN** |
|---|---|
| NOTIFY:<br>BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F, BUILDING 4, INTERWEST BUSINESS CENTER,<br>NO. 9, SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA | ISSUED IN THE UNITED STATES OF AMERICA |
| MEANS OF TRANSPORT AND ROUTE:<br>OCEAN FREIGHT YM PLUM 0116W<br>TACOMA, USA TO SHANGHAI, CHINA<br>ON BOARD DATE: 10/17/2014 | BILL OF LADING NUMBER:<br>YMLUW166259145<br>EXPORT REFERENCE(S):<br>WHI-14367 |

| DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT |
|---|---|---|
| 1.669 USA ROUND LOGS<br>244.220MBF/1,245.522CBM<br>PRODUCED IN WASHINGTON STATE,<br>U.S.A. | 50 CONTAINERS | 1,300,000KGS |

| CERTIFICATION:<br>IT IS HEREBY CERTIFIED, ON THE BASIS OF<br>CONTROL CARRIED OUT, THAT THE<br>DECLARATION BY THE EXPORTER IS CORRECT.<br><br>October 22, 2014<br>PLACE AND DATE<br>ECONOMIC ALLIANCE SNOHOMISH COUNTY<br><br><br>SIGNATURE & STAMP OF CERTIFYING AUTHORITY | DECLARATION BY THE EXPORTER:<br>THE UNDERSIGNED HEREBY DECLARES THAT THE<br>ABOVE STATEMENTS AND DETAILS ARE CORRECT;<br>THAT ALL THE GOODS WERE PRODUCED IN<br>**THE STATE OF WASHINGTON, U.S.A.**<br>AND THAT THEY COMPLY WITH THE ORIGIN<br>REQUIREMENTS SPECIFIED FOR THOSE GOODS.<br><br>October 22, 2014<br>PLACE AND DATE<br><br><br>AUTHORIZED SIGNATURE |

WHI 000065

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

| UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE PLANT PROTECTION AND QUARANTINE **PHYTOSANITARY CERTIFICATE** | FOR OFFICIAL USE ONLY |
|---|---|

PLACE OF ISSUE
Tacoma, Washington

NO.
**F-S-53053-04322481-7-B**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

DATE INSPECTED
October 09, 2014

## CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE ********************************************** | 2. TREATMENT ********************************************** |
|---|---|
| 3. CHEMICAL (active ingredient) ********************************************** | 4. DURATION AND TEMPERATURE ********************************************** |
| 5. CONCENTRATION ********************************************** | 6. ADDITIONAL INFORMATION ********************************************** |

### DESCRIPTION OF THE CONSIGNMENT

| 7. NAME AND ADDRESS OF THE EXPORTER WH International, Inc. 5105 191st Street, Southwest Lynnwood, Washington 98036 | 8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE BEIJING NEW BUILDING MATERIALS CO., LTD. Consignee address information is printed on the attachment page. |
|---|---|
| 9. NAME OF PRODUCE AND QUANTITY DECLARED (1) 244.22 Thousand Board Feet, 1669 Individual Douglas fir (Logs) ********************************************** ********************************************** ********************************************** ********************************************** | 10. BOTANICAL NAME OF PLANTS (1) Pseudotsuga menziesii ********************************************** ********************************************** ********************************************** ********************************************** ********************************************** |
| 11. NUMBER AND DESCRIPTION OF PACKAGES (1) 50 CONTAINERS ********************************************** ********************************************** ********************************************** ********************************************** ********************************************** | 12. DISTINGUISHING MARKS ********************************************** ********************************************** ********************************************** ********************************************** (see attached distinguishing marks) |
| 13. PLACE OF ORIGIN (1) Pacific, Pierce, Clallam and King Counties, Washington, USA ********************************************** ********************************************** ********************************************** ********************************************** | 14. DECLARED MEANS OF CONVEYANCE Ocean Vessel |
| | 15. DECLARED POINT OF ENTRY SHANGHAI, CHINA |

WARNING: Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

Page 1 of 3

| 16. DATE ISSUED October 21, 2014 | 17. NAME OF AUTHORIZED OFFICER (Type or Print) Frank Curtin | 18. SIGNATURE OF AUTHORIZED OFFICER *Frank Curtin* |
|---|---|---|

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 6/30/01

WHI 000066

| UNITED STATES DEPARTMENT OF AGRICULTURE<br>ANIMAL AND PLANT HEALTH INSPECTION SERVICE<br>PLANT PROTECTION AND QUARANTINE<br><br>**ATTACHMENT SHEET FOR<br>PHYTOSANITARY CERTIFICATE OR<br>PHYTOSANITARY CERTIFICATE FOR REEXPORT** | FOR OFFICIAL USE ONLY |
|---|---|
| | PLACE OF ISSUE<br>Tacoma, Washington |
| | NO.  **F-S-53053-04322481-7-B** |
| TO: THE PLANT PROTECTION ORGANIZATION(S) OF<br>China | Page 2 of 3 |

```
--------------------------------------------------------------------------------
Consignee Details (Name, Address)
BEIJING NEW BUILDING MATERIALS CO., LTD.
10th FLOOR , BUILDING 4, INTERWEST BUSINESS CENTER,
NUMBER 9, SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING, China
--------------------------------------------------------------------------------
Block 12. Distinguishing Marks (continued)
(1)  BMOU4499306
BMOU4720947
BMOU5701828
CAIU8913158
CAIU9264177
CAIU9288374
CAXU8079941
DFSU6051293
DFSU6054862
DFSU6209774
DFSU6739481
FCIU8404009
FCIU8512235
FCIU8992854
FCIU9010761
FCIU9399170
GESU6138218
GESU6219120
GESU6221810
OCGU8014152
SEGU4040166
SEGU4568410
TCLU1561473
TCNU5824847
TCNU6194399
TCNU6487020
TCHU7964494
TEMU7030379
TEMU7033742
TEMU7063393
YMLU8218862
YMLU8219262
YMLU8337199
YMLU8600068
YMLU8606235
YMLU8640230
YMLU8655965
YMLU8665583
YMLU8678791
YMLU8684984
YMLU8727073
YMLU8730930
YMLU8770022
YMLU8799432
YMLU8810906
YMLU8847063
YMLU8924684
YHLU9009091
YHLU9034670
YHLU9034793
```

| 16. DATE ISSUED<br>October 21, 2014 | 17. NAME OF AUTHORIZED OFFICER(Type or Print)<br>Frank Curtin | 18. SIGNATURE OF AUTHORIZED OFFICER<br>*Fred Curtin* |
|---|---|---|

WHI 000067

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

**ATTACHMENT SHEET FOR**
**PHYTOSANITARY CERTIFICATE OR**
**PHYTOSANITARY CERTIFICATE FOR REEXPORT**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Tacoma, Washington

NO.
**F-S-53053-04322481-7-B**

Page 3 of 3

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|
| October 21, 2014 | Frank Curtin | *F. real art* |

WHI 000068

# Contract No. WHI-140162

# Total Value: $100,800.00

# CONTRACT

Contract No.: WHI-140162
Date/Place: September 1, 2014/Lynnwood, WA USA

Buyer: BEIJING NEW BUILDING MATERIALS CO., LTD.
     10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER,
     NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING, CHINA

Seller: W.H. International, Inc.
     5105 191st Street Southwest, Lynnwood WA 98036 USA

The seller agrees to sell and the buyer agrees to buy the under-mentioned goods on the terms and conditions stated below:

1. Commodity

| USA Round Logs | Diameter | Lengths | Quantity (MBF) | Unit Price in USD | Total Amount |
|---|---|---|---|---|---|
| Douglas Fir | 8-20 Inches | Average 33-36 Feet | 90MBF | $980.00 | $88,200.00 |
| Douglas Fir | 21-23 Inches | Average 33-36 Feet | 14MBF | $900.00 | $12,600.00 |
| TOTAL: | | | | | $100,800.00 |

Fresh Cut: Straight: Without Bark
Max 5% of off spec. logs are acceptable

2. Total Amount:  USD One Hundred Eight Hundred and 00/100
3. Country of Origin: USA
4. +/- 10% of allowance in quantity and amount acceptable
5. Time of Shipment: Shipping date by 10/30/2014 and L/C expiration date 11/15/2014
   Transshipment: Allowed
   Partial Shipment: Allowed
   Price Terms: CNF to Dalian, China
   Port of Loading: Tacoma/Seattle, USA
   Port of Discharge:  Dalian, China
6. Payment Terms: 100% Irrevocable Letter of Credit at Sight
7. Third party Bill of Lading and documents are acceptable
8. Negotiating Documents
   A. Signed Commercial Invoice
   B. Packing List
   C. Full set (3/3) of Clean On Board Marine Bill of Lading made out to order, blank endorsed
   marked "Freight Prepaid" notifying the buyer
   D. Certificate of Origin
   E. Phytosanitary Certificate
9. Payment:   Please send the Letter of Credit to
             US Bank National Association
             1420 Fifth Avenue, 9th Floor, Seattle, WA 98101 USA
             Swift Code: USBKUS44SEA
             Telex Code: 6733211 USB UW

BEIJING NEW BUILDING MATERIALS CO., LTD.

The Buyer                          W.H. International, Inc.



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                BNBM(Group)0002851

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## COMMERCIAL INVOICE

WHI-14354

DATE: October 6, 2014

TO:     BEIJING NEW BUILDING MATERIALS CO., LTD.
        10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER,
        NO.9 SHOUTI SOUTH ROAD, HAIDIAN DIST. BEIJING, CHINA
        TEL:86-10-68799778 FAX:86-10-68799756

FOR THE SHIPMENT OF:

85.270MBF OF USA ROUND LOGS: DOUGLAS FIR 8"-20"          USD83,564.60
AT USD980.00/MBF
15.260MBF OF USA ROUND LOGS: DOUGLAS FIR 21"-23"         USD13,734.00
AT USD900.00/MBF
512.703CBM

TOTAL CFR TO DALIAN, CHINA                               USD97,298.60

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO.: WHI-140162

DRAWN UNDER THE LETTER OF CREDIT NO. LCSJQ14239 ISSUED BY
BEIJING RURAL COMMERCIAL BANK


                        W.H. INTERNATIONAL, INC.



WHI 000030

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## PACKING LIST

WHI-14354

DATE: October 6, 2014

TO:    BEIJING NEW BUILDING MATERIALS CO., LTD.
       10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER,
       NO.9 SHOUTI SOUTH ROAD, HAIDIAN DIST. BEIJING, CHINA
       TEL:86-10-68799778 FAX:86-10-68799756

FOR THE SHIPMENT OF:

85.270MBF OF USA ROUND LOGS: DOUGLAS FIR 8"-20"
15.260MBF OF USA ROUND LOGS: DOUGLAS FIR 21"-23"
512.703CBM

PACKING: IN CONTAINERS

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO.: WHI-140162

DRAWN UNDER THE LETTER OF CREDIT NO. LCSJQ14239 ISSUED BY
BEIJING RURAL COMMERCIAL BANK

W.H. INTERNATIONAL, INC.

WHI 000031



# EVERGREEN LINE
A Joint Service Agreement

## BILL OF LADING

| | |
|---|---|
| (2) Shipper / Exporter<br>**W.H.INTERNATIONAL, INC.**<br>**5105 191ST STREET SOUTHWEST**<br>**LYNNWOOD, WA 98036 USA** | (6) Document No.<br>**44216401** |
| | (6) Export References<br>**WHI-14354** |
| (3) Consignee (complete name and address)<br>**TO ORDER** | (7) Forwarding Agent-References (Name/Address/FMC #) **NIL** |
| (4) Notify Party (complete name and address)<br>**BEIJING NEW BUILDING MATERIALS**<br>**CO., LTD. 10 FLOOR, BUILDING 4,**<br>**INTERWEST BUSINESS CENTER, NO.9**<br>**SHOUTI SOUTH ROAD, HAIDIAN DIST.**<br>**BEIJING, CHINA, TEL:86-10-68799778**<br>**FAX:86-10-68799756** | (8) Point and Country of Origin (for the Merchant's reference only)<br>**WASHINGTON, USA** |
| | (9) Also Notify Party (complete name and address) |
| (12) Pre-carriage by | (13) Place of Receipt/Date<br>**TACOMA, USA** | |
| (14) Ocean Vessel/Voy. No.<br>**EVER ENVOY 0377-111W** | (15) Port of Loading<br>**TACOMA, USA** | (18) Onward Inland Routing/Export Instructions (which are contracted separately by Merchants exclusively for their own account and risk) |
| (16) Port of Discharge<br>**DALIAN, CHINA** | (17) Place of Delivery<br>**DALIAN, CHINA** | |

Particulars furnished by the Merchant

| (18) Container No. And Seal No.<br>Marks & Nos. | (20) Quantity And<br>Kind of Packages | (20) Description of Goods | (21) Measurement (M³)<br>Gross Weight (KGS) |
|---|---|---|---|
| **CONTAINER NO/SEAL NO**<br>**NO MARKS** | | **AES X20140928160875**<br>**20 CONTAINERS SLAC:**<br>**666 USA ROUND LOGS:DOUGLAS FIR**<br>**100.530MBF**<br>**FREIGHT PREPAID**<br>**BMOU4619865/29 LOG/26000KGS**<br>**/28.101CBM**<br>**BMOU4989710/36 LOG/26000KGS**<br>**/23.562CBM**<br>**BMOU5001423/42 LOG/26000KGS**<br>**/21.063CBM**<br>**BMOU5438563/39 LOG/26000KGS**<br>**/25.296CBM**<br>**EISU9444840/38 LOG/26000KGS** | **520,000.000 KGS**<br>**512.7030 CBM** |
| | | **\* THE BALANCE OF BILL OF LADING SEE  ATTACHED LIST \***<br>**TOTAL NUMBER OF ATTACHED 1 PAGE**<br><br>**THESE COMMODITIES, TECHNOLOGY AND SOFTWARE, WERE EXPORTED FROM**<br>**THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION**<br>**REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.** | **"OCEAN FREIGHT PREPAID"**<br>**SHIPPER'S LOAD & COUNT**<br>**666 LOGS** |
| (23) TOTAL NUMBER OF<br>CONTAINERS OR PACKAGES<br>(IN WORDS) | **SAY TOTAL:  20 X 40H ONLY** | | |

| (24) FREIGHT & CHARGES | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| (26) B/L NO.<br>**EGLV**<br>**456442164018** | (27) Number of Original B(s)/L<br>**THREE (3)** | | (29) Prepaid at<br>**DALLAS, TX** | (30) Collect at |
| | (28) Place of B(s)/L Issue/Date<br>**DALLAS, TX OCT.05,2014** | | (31) Exchange Rate | (32) Exchange Rate |
| (25) Service Type/Mode<br>**FCL/FCL  O/O** | (33) Laden on Board<br>**OCT.05,2014**<br>**EVER ENVOY 0377-111W**<br>**TACOMA, WA** | | **EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION**<br>As Agent for the Carrier Evergreen Line<br>By | |
| | | | | (1) |

0002218146

(TERMS OF BILL OF LADING ARE CONTINUED ON THE BACK HEREOF AND...)
FORM NO: DOC1004A08

NON-NEGOTIABLE

WHI 000032

 **EVERGREEN LINE**

A Joint Service Agreement

**ATTACHMENT**

M.V. EVER ENVOY 0377-111W   B/L NO. EGLV456442164018

ATTACHED LIST PAGE :1/1

| (36) Container No. And Seal No. Mulls & Nos | (38) Quantity and Kind of Packages | (39) Description of Goods |
|---|---|---|
| BMOU4619865/ | | /24.072CBM |
| 6715522      / | | EITU1033677/36 LOG/26000KGS |
| BMOU4989710/ | | /25.908CBM |
| 1809143      / | | EMCU9415366/36 LOG/26000KGS |
| BMOU5001423/ | | /23.46CBM |
| 5026837      / | | FCIU8440562/36 LOG/26000KGS |
| BMOU5438563/ | | /23.154CBM |
| 2403154      / | | FCIU9325748/34 LOG/26000KGS |
| EISU9444840/ | | /23.97CBM |
| 2403152      / | | FSCU9827869/29 LOG/26000KGS |
| EITU1033677/ | | /24.021CBM |
| 2403153      / | | GVCU5037695/33 LOG/26000KGS |
| EMCU9415366/ | | /25.908CBM |
| 6715523      / | | OCGU8091143/35 LOG/26000KGS |
| FCIU8440562/ | | /21.165CBM |
| 2403150      / | | TCLU6291299/40 LOG/26000KGS |
| FCIU9325748/ | | /21.624CBM |
| B6715691     / | | TCLU8154320/38 LOG/26000KGS |
| FSCU9827869/ | | /22.899CBM |
| 1809152      / | | TCLU8707214/10 LOG/26000KGS |
| GVCU5037695/ | | /37.281CBM |
| 6715794      / | | TCNU5216560/43 LOG/26000KGS |
| 6715521      / | | /22.899CBM |
| TCLU6291299/ | | TCNU5269929/11 LOG/26000KGS |
| B6715793     / | | /40.545CBM |
| TCLU8154320/ | | TEMU6226367/26 LOG/26000KGS |
| 5034177      / | | /25.653CBM |
| TCLU8707214/ | | TGHU6664088/35 LOG/26000KGS |
| 5024838      / | | /26.265CBM |
| TCNU5216560/ | | TGHU8996121/40 LOG/26000KGS |
| 5034178      / | | /25.857CBM |
| TCNU5269929/ | | |
| 2403148      / | | |
| TEMU6226367/ | | |
| 6715692      / | | |
| TGHU6664088/ | | |
| 2603151      / | | |
| TGHU8996121/ | | |
| B6715693     / | | |

EGLV456442164018

EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION

NON-NEGOTIABLE

.....(1)

0002218145

FORM NO. DOC4204A-06   TERMS OF BILL OF LADING ARE CONTINUED ON THE BACK HEREOF AND

WHI 000033

10/01/14

**Log Summary list**

441264011

| Load | Container | Ct | Species | Gross | Net | Top | Len |
|------|-----------|-----|---------|-------|------|------|------|
| T23569 | FCIU9325748 | 34 | DF | 4,860 | 4,700 | 10.3 | 33.3 |
| T23570 | OCGU8091143 | 35 | DF | 4,240 | 4,150 | 9.7 | 34.9 |
| T23571 | TGHU6664088 | 35 | DF | 5,340 | 5,150 | 10.9 | 32.3 |
| T23572 | EISU9444840 | 38 | DF | 4,790 | 4,720 | 9.9 | 33.2 |
| T23573 | GVCU5037695 | 33 | DF | 5,210 | 5,080 | 10.5 | 34.0 |
| T23574 | TCLU8154320 | 38 | DF | 4,630 | 4,490 | 9.7 | 34.2 |
| T23575 | EITU1033677 | 36 | DF | 5,350 | 5,080 | 10.4 | 32.7 |
| T23576 | BMOU4619868 | 29 | DF | 5,620 | 5,510 | 11.8 | 32.2 |
| T23577 | TEMU6226367 | 26 | DF | 5,560 | 5,030 | 12.1 | 32.7 |
| T23578 | FSCU9827869 | 29 | DF | 4,810 | 4,710 | 10.8 | 35.8 |
| T23579 | FCIU8440562 | 36 | DF | 4,630 | 4,540 | 9.8 | 34.4 |
| T23580 | TCNU5216560 | 43 | DF | 4,840 | 4,490 | 9.7 | 31.0 |
| T23581 | BMOU5438563 | 39 | DF | 5,090 | 4,960 | 10.0 | 33.8 |
| T23582 | EMCU9415366 | 36 | DF | 4,720 | 4,600 | 10.1 | 32.3 |
| T23583 | TGHU8996121 | 40 | DF | 5,170 | 5,070 | 10.1 | 32.4 |
| T23584 | BMOU4989710 | 36 | DF | 4,720 | 4,620 | 9.8 | 32.3 |
| T23585 | TCLU6291299 | 40 | DF | 4,320 | 4,240 | 9.4 | 32.4 |
| T23586 | BMOU5001423 | 42 | DF | 4,380 | 4,130 | 9.6 | 31.7 |
| T23587 | TCNU5269929 | 11 | DF | 8,050 | 7,950 | 21.8 | 35.5 |
| T23588 | TCLU8707214 | 10 | DF | 7,610 | 7,310 | 22.1 | 35.8 |
| | | **666** | | **103,940** | **100,530** | | **33.1** |

WHI 000034

| SHIPPER:<br>W.H. INTERNATIONAL, INC.<br>5105 191ST STREET SOUTHWEST<br>LYNNWOOD, WA 98036 U.S.A. | **CERTIFICATE OF ORIGIN** |
|---|---|
| NOTIFY:<br>BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER,<br>NO.9 SHOUTI SOUTH ROAD, HAIDIAN DIST. BEIJING, CHINA | ISSUED IN THE UNITED STATES OF AMERICA |

| MEANS OF TRANSPORT AND ROUTE:<br>OCEAN FREIGHT EVER ENVOY 0377-111W<br>TACOMA, USA TO DALIAN, CHINA<br>ON BOARD DATE: OCT.04,2014 | BILL OF LADING NUMBER:<br>EGLV456442164018<br>EXPORT REFERENCE(S):<br>WHI-14354 |

| DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT |
|---|---|---|
| 666 USA ROUND LOGS<br>100.530MBF/512.703CBM<br>PRODUCED IN WASHINGTON STATE,<br>U.S.A. | 20 CONTAINERS | 520,000KGS |

| CERTIFICATION:<br>IT IS HEREBY CERTIFIED, ON THE BASIS OF<br>CONTROL CARRIED OUT, THAT THE<br>DECLARATION BY THE EXPORTER IS CORRECT.<br><br>October 6, 2014<br>PLACE AND DATE<br>ECONOMIC ALLIANCE SNOHOMISH COUNTY<br><br><br>SIGNATURE & STAMP OF CERTIFYING AUTHORITY | DECLARATION BY THE EXPORTER:<br>THE UNDERSIGNED HEREBY DECLARES THAT THE<br>ABOVE STATEMENTS AND DETAILS ARE CORRECT;<br>THAT ALL THE GOODS WERE PRODUCED IN<br>**THE STATE OF WASHINGTON, U.S.A.**<br>AND THAT THEY COMPLY WITH THE ORIGIN<br>REQUIREMENTS SPECIFIED FOR THOSE GOODS.<br><br>October 6, 2014<br>PLACE AND DATE<br><br><br>AUTHORIZED SIGNATURE |

WHI 000035

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

## PHYTOSANITARY CERTIFICATE

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Tacoma, Washington

NO. **F-S-53053-04287230-7-B**

**TO: THE PLANT PROTECTION ORGANIZATION(S) OF**
China

DATE INSPECTED
September 24, 2014

### CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|
| ************************************************* | ************************************************* |
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| ************************************************* | ************************************************* |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |
| ************************************************* | ************************************************* |

### DESCRIPTION OF THE CONSIGNMENT

| 7. NAME AND ADDRESS OF THE EXPORTER | 8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE |
|---|---|
| WH International, Inc.<br>5105 191st Street, Southwest<br>Lynnwood, Washington 98036 | BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10th FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER,<br>NUMBER 9, SHOUYI SOUTH ROAD, HAIDIAN DISTRICT<br>BEIJING, China |

| 9. NAME OF PRODUCE AND QUANTITY DECLARED | 10. BOTANICAL NAME OF PLANTS |
|---|---|
| (1) 100.53 Thousand Board Feet, 666 Individual<br>Douglas fir (Logs)<br>*********************************************<br>*********************************************<br>********************************************* | (1) Pseudotsuga menziesii<br>*********************************************<br>*********************************************<br>*********************************************<br>********************************************* |

| 11. NUMBER AND DESCRIPTION OF PACKAGES | 12. DISTINGUISHING MARKS |
|---|---|
| (1) 20 CONTAINERS<br>*********************************************<br>*********************************************<br>*********************************************<br>********************************************* | *********************************************<br>*********************************************<br>*********************************************<br>*********************************************<br>(see attached distinguishing marks) |

| 13. PLACE OF ORIGIN | 14. DECLARED MEANS OF CONVEYANCE |
|---|---|
| (1) Pacific, Pierce, Clallam and King Counties,<br>Washington, USA<br>*********************************************<br>*********************************************<br>*********************************************<br>********************************************* | Ocean Vessel |
| | 15. DECLARED POINT OF ENTRY |
| | DALIAN, CHINA |

**WARNING:** Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

The logs in this shipment are without bark. The shipment has been tested and found free of Bursaphelenchus xylophilus.

Page 1 of 2

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|
| October 07, 2014 | Frank Curtin | *Frank Curtin* |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 6/30/01

WHI 000036

| UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE PLANT PROTECTION AND QUARANTINE | FOR OFFICIAL USE ONLY | |
|---|---|---|
| **ATTACHMENT SHEET FOR PHYTOSANITARY CERTIFICATE OR PHYTOSANITARY CERTIFICATE FOR REEXPORT** | PLACE OF ISSUE<br>Tacoma, Washington<br>NO.  **F-S-53053-04287230-7-B** | |
| TO: THE PLANT PROTECTION ORGANIZATION(S) OF<br>China | Page 2 of 2 | |

```
Block 12. Distinguishing Marks (continued)
(1)  BMOU4619865
BMOU4989710
BMOU5001423
BMOU5438563
EISU9444840
EITU1033677
EMCU9415366
FCIU8440562
FCIU9325748
FSCU9827869
GVCU5037695
OCGU8091143
TCLU6291299
TCLU8154320
TCLU8707214
TCNU5216560
TCNU5269929
TEMU6226367
TGHU6664088
TGHU8996121
```

| 16. DATE ISSUED<br>October 07, 2014 | 17. NAME OF AUTHORIZED OFFICER(Type or Print)<br>Frank Curtin | 18. SIGNATURE OF AUTHORIZED OFFICER<br>*Frank Curtin* |
|---|---|---|

WHI 000037

# Contract No. WHI-140186

# Total Value: $261,800.00

# CONTRACT

Contract No.: WHI-140186
Date/Place: October 13, 2014/Lynnwood, WA USA

Buyer: BEIJING NEW BUILDING MATERIALS CO., LTD.
    10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER,
    NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING, CHINA

Seller: W.H. International, Inc.
    5105 191st Street Southwest, Lynnwood WA 98036 USA

The seller agrees to sell and the buyer agrees to buy the under-mentioned goods on the terms and conditions stated below:

1. Commodity

| USA Round Logs | Diameter | Lengths | Quantity (MBF) | Unit Price in USD | Total Amount |
|---|---|---|---|---|---|
| Douglas Fir | 24"+ | Average 33-36 Feet | 280MBF | $935.00 | $261,800.00 |
| TOTAL: | | | | | $261,800.00 |

Fresh Cut: Straight: Without Bark
Max 5% of off spec. logs are acceptable

2. Total Amount: USD Two Hundred Sixty One Thousand Eight Hundred and 00/100
3. Country of Origin: USA
4. +/- 10% of allowance in quantity and amount acceptable
5. Time of Shipment: Shipping date by 11/30/2014 and L/C expiration date 12/15/2014
   Transshipment: Allowed
   Partial Shipment: Allowed
   Price Terms: CNF to Shanghai, China
   Port of Loading: Tacoma/Seattle, USA
   Port of Discharge: Shanghai, China
6. Payment Terms: 100% Irrevocable Letter of Credit at Sight
7. Third party Bill of Lading and documents are acceptable
8. Negotiating Documents
   A. Signed Commercial Invoice
   B. Packing List
   C. Full set (3/3) of Clean On Board Marine Bill of Lading made out to order, blank endorsed marked "Freight Prepaid" notifying the buyer
   D. Certificate of Origin
   E. Phytosanitary Certificate
9. Payment:   Please send the Letter of Credit to
     US Bank National Association
     1420 Fifth Avenue, 9th Floor, Seattle, WA 98101 USA
     Swift Code: USBKUS44SEA
     Telex Code: 6733211 USB UW

The Buyer *Signature(s)*

W.H. International, Inc.

BNBM(Group)0002852

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## COMMERCIAL INVOICE

WHI-14389

DATE: November 17, 2014

TO:  BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F, BUILDING 4, INTERWEST BUSINESS CENTER,
NO. 9 SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA

FOR THE SHIPMENT OF:

136.760MBF OF USA ROUND LOGS: DOUGLAS FIR AT         USD127,870.60
USD935.00/MBF
615.420CBM

TOTAL CFR TO SHANGHAI, CHINA                          USD127,870.60

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO.: WHI-140186

DRAWN UNDER THE LETTER OF CREDIT NO. 334-01-0008231 ISSUED BY DBS
BANK (CHINA) LIMITED

                                        W.H. INTERNATIONAL, INC.

WHI 000071

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## PACKING LIST

WHI-14389

DATE: November 17, 2014

TO:     BEIJING NEW BUILDING MATERIALS CO., LTD.
         10/F, BUILDING 4, INTERWEST BUSINESS CENTER,
         NO. 9 SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA

FOR THE SHIPMENT OF:

136.760MBF OF USA ROUND LOGS: DOUGLAS FIR
615.420CBM

PACKING: IN CONTAINERS

COUNTRY OF ORIGIN: U.S.A.

DRAWN UNDER THE LETTER OF CREDIT NO. 334-01-0008231 ISSUED BY DBS
BANK (CHINA) LIMITED

                              W.H. INTERNATIONAL, INC.

WHI 000072



## COPY NON-NEGOTIABLE
## BILL OF LADING

| Shipper W.H. INTERNATIONAL INC.<br>5105 191ST STREET SOUTHWEST<br>LYNNWOOD WA 98036 USA | Booking No. YCH403315 | B/L No. YMLUW166259636 |
|---|---|---|
| | Export References<br>WHI-14389 | |
| Consignee (non-negotiable unless consigned to order)<br>TO ORDER | Forwarding agent references | |
| | Point and Country of origin of goods<br>WASHINGTON,USA | |
| Notify Party<br>BEIJING NEW BUILDING MATERIALS<br>CO., LTD. 10/F, BUILDING 4,<br>INTERWEST BUSINESS CENTER, NO.9<br>SOUTH RD, SHOUTI HAIDIAN DIST,<br>BEIJING, CHINA* | ALSO NOTIFY<br>*ATTN: MS LILING<br>FAX:86-10-68799756 | |

| *Precarried by | *Place of Receipt<br>TACOMA,USA | Onward inland routing |
|---|---|---|
| Vessel          Voy No. 0105W flag<br>YM SUCCESS | Port of Loading<br>TACOMA,USA | |
| Port of Discharge<br>SHANGHAI,CHINA | *Place of Delivery<br>SHANGHAI,CHINA | Delivery status |

PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | | Measurement(M)<br>Gross Weight(KGS) |
|---|---|---|---|---|
| | 20 CTNR | SHIPPER'S LOAD & COUNT .<br>143  LOGS | 520000.000KGS | 615.420CBM |
| | | ITN:X20141027720174<br>USA ROUND LOGS:DOUGLAS FIR<br>136.760MBF<br>FREIGHT PREPAID<br>CONTRACT NO. WHI-140186 | FREIGHT PREPAID<br>LOADED ON M/V :<br>YM SUCCESS<br>VOY :0105W<br>AT:TACOMA,USA<br>ON  :11/13/2014<br>CRD :10/27/2014 | |
| BMOU5696228     40HQ FCL/FCL | | 23840206          7 LOGS | 26000.000KGS | 28.440CBM |
| CAIU8871670     40HQ FCL/FCL | | 3620511           8 LOGS | 26000.000KGS | 28.215CBM |
| DFSU7294261     40HQ FCL/FCL | | B6715751          7 LOGS | 26000.000KGS | 30.015CBM |

These Commodities, Technology or Software were Exported from the UNITED STATES in Accordance
with the Export Administration Regulations. Diversion Contrary to US Law Prohibited.

| Declared Value $                                    if Merchant enters value of Goods and pays the applicable<br>ad valorem rate,Carrier's Package limitation shall not apply. See Clause 23 (2) & (3) hereof | Place and Date of issue  CHICAGO | 11/13/2014 |
|---|---|---|
| YPN442W | On Board Date | 11/13/2014 |

| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | B/L No. YMLUW166259636 |
|---|---|---|---|---|---|---|---|
| | | | | | | | The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to carrier's applicable tariff.  If required by the carrier, this Bill of Lading duly endorsed shall be surrendered in exchange for the goods or Delivery Order.<br>IN WITNESS WHEREOF, the undersigned has signed Full set of Bills of Lading, all of the same tenor and date, one of which being accomplished, the others to stand void.<br>Yang Ming (America)<br>Corporation. |
| Rate of exchange | | | Grand Total | | | | |
| Number of Original Bill(s) 3 | | | | | | | By _____<br>as agent for Yang Ming Marine Transport Corporation, as carrier |
| see as attached list... | | | Payable at | | | | |

```
ATTACHED LIST    YM SUCCESS                          0105W    Second
B/L NO :    YMLUW166259636
```

---

CONTAINERS

---

| | | | | | |
|---|---|---|---|---|---|
| DRYU9108853 | 40HQ FCL/FCL | B6715574 | 7 LOGS | 26000.000KGS | 32.850CBM |
| DRYU9588285 | 40HQ FCL/FCL | 2384214 | 7 LOGS | 26000.000KGS | 30.870CBM |
| FCIU8992860 | 40HQ FCL/FCL | 3503222 | 7 LOGS | 26000.000KGS | 30.960CBM |
| FSCU9800657 | 40HQ FCL/FCL | 620513 | 7 LOGS | 26000.000KGS | 27.990CBM |
| SEGU4254960 | 40HQ FCL/FCL | 2384205 | 7 LOGS | 26000.000KGS | 33.390CBM |
| SEGU4499556 | 40HQ FCL/FCL | B6715752 | 7 LOGS | 26000.000KGS | 27.720CBM |
| TCNU7382620 | 40HQ FCL/FCL | 2384212 | 6 LOGS | 26000.000KGS | 28.575CBM |
| TCNU7935069 | 40HQ FCL/FCL | B6715575 | 7 LOGS | 26000.000KGS | 31.185CBM |
| TCNU8189853 | 40HQ FCL/FCL | 3503221 | 7 LOGS | 26000.000KGS | 30.285CBM |
| TCNU8977074 | 40HQ FCL/FCL | 2384203 | 7 LOGS | 26000.000KGS | 29.115CBM |
| TEMU7004805 | 40HQ FCL/FCL | 3620512 | 7 LOGS | 26000.000KGS | 33.165CBM |
| TEMU7276233 | 40HQ FCL/FCL | 2384213 | 8 LOGS | 26000.000KGS | 32.085CBM |
| TEMU7636746 | 40HQ FCL/FCL | 5024238 | 7 LOGS | 26000.000KGS | 29.520CBM |
| YMLU8381210 | 40HQ FCL/FCL | 5024237 | 7 LOGS | 26000.000KGS | 31.185CBM |
| YMLU8484667 | 40HQ FCL/FCL | 2384204 | 8 LOGS | 26000.000KGS | 33.255CBM |
| YMLU8560406 | 40HQ FCL/FCL | 2384207 | 7 LOGS | 26000.000KGS | 31.545CBM |
| YMLU9017899 | 40HQ FCL/FCL | 2384216 | 8 LOGS | 26000.000KGS | 35.055CBM |

** END OF ATTACHMENT LIST **

WHI 000074

10/29/14

**Log Summary list**

**YCH403315**

| Load | Container | Ct | Species | Gross | Net | Top | Len |
|------|-----------|----|---------|-------|-----|-----|-----|
| T24175 | FSCU9800657 | 7 | DF | 7,020 | 6,220 | 27.0 | 29.3 |
| T24176 | DRYU9108853 | 7 | DF | 7,640 | 7,300 | 26.7 | 34.0 |
| T24177 | YMLU8560406 | 7 | DF | 7,890 | 7,010 | 26.7 | 33.9 |
| T24178 | SEGU4499556 | 7 | DF | 7,220 | 6,160 | 26.4 | 31.9 |
| T24179 | TCNU8189853 | 7 | DF | 7,540 | 6,730 | 27.7 | 31.1 |
| T24180 | YMLU8381210 | 7 | DF | 7,330 | 6,930 | 26.9 | 32.3 |
| T24181 | BMOU5696228 | 7 | DF | 6,800 | 6,320 | 25.0 | 35.1 |
| T24182 | TCNU8977074 | 7 | DF | 7,330 | 6,470 | 25.6 | 35.0 |
| T24183 | SEGU4254960 | 7 | DF | 7,980 | 7,420 | 27.1 | 34.1 |
| T24184 | TCNU7382620 | 6 | DF | 7,630 | 6,350 | 29.0 | 32.5 |
| T24185 | TEMU7004805 | 7 | DF | 7,640 | 7,370 | 27.0 | 32.7 |
| T24186 | DFSU7294261 | 7 | DF | 7,190 | 6,670 | 25.6 | 34.3 |
| T24187 | TCNU7935069 | 7 | DF | 7,460 | 6,930 | 26.3 | 33.4 |
| T24188 | TEMU7636746 | 7 | DF | 7,210 | 6,560 | 25.4 | 34.9 |
| T24189 | FCIU8992860 | 7 | DF | 7,170 | 6,880 | 26.4 | 31.7 |
| T24190 | YMLU8484667 | 8 | DF | 7,820 | 7,390 | 25.5 | 32.6 |
| T24191 | TEMU7276233 | 8 | DF | 7,510 | 7,130 | 26.9 | 28.1 |
| T24192 | DRYU9588285 | 7 | DF | 7,620 | 6,860 | 27.9 | 30.6 |
| T24193 | YMLU9017899 | 8 | DF | 8,170 | 7,790 | 25.9 | 33.3 |
| T24194 | CAIU8871670 | 8 | DF | 7,150 | 6,270 | 25.9 | 29.1 |
| | | **143** | | **149,320** | **136,760** | | **32.4** |

WHI 000075

| SHIPPER: | |
|---|---|
| W.H. INTERNATIONAL, INC.<br>5105 191ST STREET SOUTHWEST<br>LYNNWOOD, WA 98036 U.S.A. | **CERTIFICATE OF ORIGIN** |
| **NOTIFY:**<br>BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F, BUILDING 4, INTERWEST BUSINESS CENTER,<br>NO. 9, SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA | ISSUED IN THE UNITED STATES OF AMERICA |

| MEANS OF TRANSPORT AND ROUTE: | BILL OF LADING NUMBER: |
|---|---|
| OCEAN FREIGHT YM SUCCESS 0105W | YMLUW166259636 |
| TACOMA, USA TO SHANGHAI, CHINA | EXPORT REFERENCE(S): |
| ON BOARD DATE: 11/13/2014 | WHI-14389 |

| DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT |
|---|---|---|
| 143 USA ROUND LOGS<br>136.760MBF/697.476CBM<br>PRODUCED IN WASHINGTON STATE,<br>U.S.A. | 20 CONTAINERS | 520,000KGS |

| CERTIFICATION: | DECLARATION BY THE EXPORTER: |
|---|---|
| IT IS HEREBY CERTIFIED, ON THE BASIS OF<br>CONTROL CARRIED OUT, THAT THE<br>DECLARATION BY THE EXPORTER IS CORRECT. | THE UNDERSIGNED HEREBY DECLARES THAT THE<br>ABOVE STATEMENTS AND DETAILS ARE CORRECT;<br>THAT ALL THE GOODS WERE PRODUCED IN<br>**THE STATE OF WASHINGTON, U.S.A.**<br>AND THAT THEY COMPLY WITH THE ORIGIN<br>REQUIREMENTS SPECIFIED FOR THOSE GOODS. |
| November 17, 2014 | |
| PLACE AND DATE<br>ECONOMIC ALLIANCE SNOHOMISH COUNTY | November 17, 2014 |
| | PLACE AND DATE |
| SIGNATURE & STAMP OF CERTIFYING AUTHORITY | AUTHORIZED SIGNATURE |

WHI 000076

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

## PHYTOSANITARY CERTIFICATE

**FOR OFFICIAL USE ONLY**

PLACE OF ISSUE
Tacoma, Washington

NO. **F-S-53053-04351856-7-B**

**TO: THE PLANT PROTECTION ORGANIZATION(S) OF**
China

DATE INSPECTED
October 22, 2014

**CERTIFICATION**

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

**DISINFESTATION AND/OR DISINFECTION TREATMENT**

| 1. DATE | 2. TREATMENT |
|---|---|
| ************************************************ | ************************************************ |
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| ************************************************ | ************************************************ |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |
| ************************************************ | ************************************************ |

**DESCRIPTION OF THE CONSIGNMENT**

7. NAME AND ADDRESS OF THE EXPORTER
WH International, Inc.
5105 191st Street, Southwest
Lynnwood, Washington 98036

8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE
BEIJING NEW BUILDING MATERIALS CO., LTD.
Consignee address information is printed on
the attachment page.

9. NAME OF PRODUCE AND QUANTITY DECLARED
(1)  136.76 Thousand Board Feet, 143 Individual
Douglas fir (Logs)
************************************************
************************************************
************************************************
************************************************

10. BOTANICAL NAME OF PLANTS
(1)  Pseudotsuga menziesii
************************************************
************************************************
************************************************
************************************************

11. NUMBER AND DESCRIPTION OF PACKAGES
(1)  20 CONTAINERS
************************************************
************************************************
************************************************
************************************************

12. DISTINGUISHING MARKS
************************************************
************************************************
************************************************
************************************************
(see attached distinguishing marks)

13. PLACE OF ORIGIN
(1)  Pacific, Pierce, Clallam and King Counties,
Washington, USA
************************************************
************************************************
************************************************
************************************************

14. DECLARED MEANS OF CONVEYANCE
Ocean Vessel

15. DECLARED POINT OF ENTRY
SHANGHAI, CHINA

WARNING:  Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

**ADDITIONAL DECLARATION**

The logs in this shipment are without bark. The shipment has been tested and found free of Bursaphelenchus xylophilus.

Page  1  of  2

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|
| October 30, 2014 | Frank Curtin | *Frank Curtin* |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 6/30/01

WHI 000077

| UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE PLANT PROTECTION AND QUARANTINE | FOR OFFICIAL USE ONLY | |
|---|---|---|
| **ATTACHMENT SHEET FOR PHYTOSANITARY CERTIFICATE OR PHYTOSANITARY CERTIFICATE FOR REEXPORT** | PLACE OF ISSUE Tacoma, Washington | |
| | NO. **F-S-53053-04351856-7-B** | |
| **TO: THE PLANT PROTECTION ORGANIZATION(S) OF** China | Page 2 of 2 | |

```
--------------------------------------------------------------------------
Consignee Details (Name, Address)
BEIJING NEW BUILDING MATERIALS CO., LTD.
10th FLOOR , BUILDING 4, INTERWEST BUSINESS CENTER,
NUMBER 9, SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING,  China
--------------------------------------------------------------------------
Block 12. Distinguishing Marks (continued)
(1)  BMOU5696228
CAIU8871670
DFSU7294261
DRYU9108853
DRYU9588285
FCIU8992860
FSCU9800657
SEGU4254960
SEGU4499556
TCNU7382620
TCNU7935069
TCNU8189853
TCNU8977074
TEMU7004805
TEMU7276233
TEMU7636746
YMLU8381210
YMLU8484667
YMLU8560406
YMLU9017899
```

| 16. DATE ISSUED October 30, 2014 | 17. NAME OF AUTHORIZED OFFICER(Type or Print) Frank Curtin | 18. SIGNATURE OF AUTHORIZED OFFICER *Frank Curtin* |
|---|---|---|

WHI 000078

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## COMMERCIAL INVOICE

WHI-14394

DATE: November 17, 2014

TO:     BEIJING NEW BUILDING MATERIALS CO., LTD.
        10/F, BUILDING 4, INTERWEST BUSINESS CENTER,
        NO. 9 SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA

FOR THE SHIPMENT OF:

141.930MBF OF USA ROUND LOGS: DOUGLAS FIR AT          USD132,704.55
USD935.00/MBF
638.685CBM

TOTAL CFR TO SHANGHAI, CHINA                          USD132,704.55

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO.: WHI-140186

DRAWN UNDER THE LETTER OF CREDIT NO. 334-01-0008231 ISSUED BY DBS
BANK (CHINA) LIMITED


                              W.H. INTERNATIONAL, INC.

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## PACKING LIST

WHI-14394

DATE: November 17, 2014

TO:   BEIJING NEW BUILDING MATERIALS CO., LTD.
      10/F, BUILDING 4, INTERWEST BUSINESS CENTER,
      NO. 9 SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA

FOR THE SHIPMENT OF:

141.930MBF OF USA ROUND LOGS: DOUGLAS FIR
638.685CBM

PACKING: IN CONTAINERS

COUNTRY OF ORIGIN: U.S.A.

DRAWN UNDER THE LETTER OF CREDIT NO. 334-01-0008231 ISSUED BY DBS
BANK (CHINA) LIMITED

W.H. INTERNATIONAL, INC.

WHI 000080



| SHIPPER/EXPORTER(COMPLETE NAME AND ADDRESS) | BOOKING NO. | (DOCUMENT NO.) | EXPORT DEC |
|---|---|---|---|
| W.H. INTERNATIONAL INC.<br>5105 191ST STREET SOUTHWEST<br>LYNNWOOD, WA 98036 USA | SEA422981400 | | Y |

| | EXPORT REFERENCES |
|---|---|
| | WHI-14394 |

| CONSIGNEE(COMPLETE NAME AND ADDRESS/NON-NEGOTIABLE UNLESS CONSIGNED | FORWARDING AGENT REFERENCES(COMPLETE NAME AND ADDRESS) |
|---|---|
| TO ORDER | |

| NOTIFY PARTY(COMPLETE MAILING ADDRESS) | POINT AND COUNTRY OF ORIGIN |
|---|---|
| BEIJING NEW BUILDING MATERIALS CO.,<br>LTD.<br>10/F,BUILDING 4,INTERWEST BUSINESS<br>CENTER,NO.9 SOUTH RD,SHOUTI HAIDIAN<br>DIST,BEIJING,CHINA | WASHINGTON, USA |
| | ALSO NOTIFY(NAME AND FULL ADDRESS)/DOMESTIC ROUTING<br>ATTN:MS.LI LING<br>FAX:86-10-68799756 |

| PIER OR PLACE OF RECEIPT:* | PRE-CARRIAGE BY* | | |
|---|---|---|---|
| TACOMA,USA | | | |
| VESSEL VOY (FLAG) | PORT OF LOADING | TYPE OF MOVE | CONTAINERIZED(Vessel Only) |
| YM SUCCESS 0105W | TACOMA,USA | | ☑ YES  ☐ NO |
| PORT OF DISCHARGE | PLACE OF DELIVERY (BY OR CARRIER)* | FINAL DESTINATION(FOR THE MERCHANT'S REFERENCE ONLY) | |
| SHANGHAI,CHINA | SHANGHAI,CHINA | | |

PARTICULARS FURNISHED BY SHIPPER

| CONTAINER NO. SEAL NO.<br>MARKS &NOS. | NO OF PKGS.<br>OR CONTAINERS | H M<br>* * | KIND OF PACKAGES:DESCRIPTION OF GOODS | TOTAL GROSS WEIGHT<br>KGS(POUNDS) | TOTAL MEASUREMENT<br>CBM(CFT) |
|---|---|---|---|---|---|
| | | | =SHIPPER'S LOAD & COUNT= | 520,000.000 | 638.685 |
| BMOU4912702          CY/CY<br>S/5024636          7 LG<br>   26000.000KGS     32.580CBM<br>WFHU5197490          CY/CY<br>S/5024579          7 LG<br>   26000.000KGS     32.130CBM<br>CRSU9357968          CY/CY<br>S/2396475          7 LG<br>   26000.000KGS     27.495CBM<br>DRYU9637564          CY/CY<br>S/2384264          6 LG<br>   26000.000KGS     28.890CBM<br><br>* SEE ATTACHED RIDER * | 151 LG IN TOTAL<br>20X40HC | | [AES ITN X20141029925449]<br>CONTAINER(S) SAID TO CONTAIN:<br>USA ROUND LOGS:DOUGLAS FIR<br>141.930MBF<br>FREIGHT PREPAID<br>CONTRACT NO.:WHI-140186 | | |
| | | | =FREIGHT PREPAID=<br>CY / CY | | |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations.
Final Destination SHANGHAI,CHINA Diversion contrary to U.S. law is prohibited.
Optional Declared Value for increased freight charges to avoid Package Limitation : US $

| TOTAL NO. OF PACKAGES<br>OR CONTAINERS(IN WORDS) | 20X40HC CONTAINER(S) ONLY | | | | | LADEN ON BOARD THE<br>VESSEL |
|---|---|---|---|---|---|---|
| FREIGHT AND CHARGES | RATED AS | RATE | PER | PREPAID | COLLECT | Date  13Nov2014 |
| | | | | | | BY  _Carrie STORY_ |
| FREIGHT ALL AS ARRANGED | | | | | | PLACE OF B(s)/L ISSUE<br>PHOENIX,AZ , US |
| | | | | | | NO. OF B(s)/L SIGNED<br>THREE (3) |
| | | | | | | DATE OF B(s)/L ISSUE<br>14Nov2014 |

| | | |
|---|---|---|
| RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or the container(s), or package(s) said to contain the cargo herein mentioned, to be carried subject to all the terms and conditions provided for on the face and back of this Bill of Lading by the Vessel named herein or any substitute at the Carrier's option and/or other means of transport, from the place of receipt or the port of loading to the port of discharge or the place of delivery shown herein and there to be delivered to Consignee or on-carrier on payment of all charges due thereon.<br>IF REQUIRED by the Carrier, this Bill of Lading duly endorsed must be surrendered in exchange for the Goods or delivery order None of the terms of this Bill of Lading can be waived by or for the Carrier except by written waiver signed by a duly authorized agent of the Carrier.<br>IN ACCEPTING THIS BILL OF LADING the Merchant agrees to be bound by all the stipulations, exceptions, terms and conditions on the face and back hereof, whether written, typed, stamped or printed, as fully as if signed by the Merchant any local customs or privilege to the contrary notwithstanding.<br>IN WITNESS WHEREOF, the undersigned, on behalf of Hanjin Shipping Co., Ltd. the master and the owner of the Vessel has signed the number of Bill(s) of Lading stated above all of the same tenor and date, one of which being accomplished, the others to stand void.(Terms of Bill of Lading Continued on Back Hereof)<br>* Applicable only when noted for multimodal or through transportation.<br>** Check 'HM' column if hazardous material. | T<br>O<br>T<br>A<br>L<br><br>AT | BILL OF LADING NO.<br><br>HJSCSEA422981400 |
| | | HANJIN SHIPPING CO., LTD.<br><br>As Carrier<br>BY |

WHI 000081

**\*\*\* ATTACHED RIDER \*\*\***

VVD : **YM SUCCESS 0105W**          BKG NO : **SEA422981400**          BL NO : **HJSCSEA422981400**

\* CONTAINER NO INFORM \*

| | | | | | |
|---|---|---|---|---|---|
| HJCU1156433 | S/5024583 | 7 LG | 26000.000KGS | 33.435CBM | CY / CY |
| HJCU1372617 | S/2396476 | 8 LG | 26000.000KGS | 31.140CBM | CY / CY |
| HJCU1606377 | S/B6715580 | 7 LG | 26000.000KGS | 29.970CBM | CY / CY |
| HJCU1953632 | S/B6715640 | 9 LG | 26000.000KGS | 30.240CBM | CY / CY |
| HJCU1981172 | S/2396481 | 8 LG | 26000.000KGS | 36.090CBM | CY / CY |
| INKU6392981 | S/B6715745 | 8 LG | 26000.000KGS | 29.115CBM | CY / CY |
| RFCU4049160 | S/3503230 | 8 LG | 26000.000KGS | 34.830CBM | CY / CY |
| SEGU5031003 | S/2396474 | 8 LG | 26000.000KGS | 30.195CBM | CY / CY |
| SENU5038706 | S/2396473 | 8 LG | 26000.000KGS | 31.365CBM | CY / CY |
| TCNU6935510 | S/B6715581 | 8 LG | 26000.000KGS | 33.390CBM | CY / CY |
| TEMU6710601 | S/3503229 | 7 LG | 26000.000KGS | 33.885CBM | CY / CY |
| TEMU6883280 | S/3503502 | 8 LG | 26000.000KGS | 33.255CBM | CY / CY |
| TEMU6930606 | S/2384265 | 7 LG | 26000.000KGS | 31.950CBM | CY / CY |
| TEMU7588102 | S/B6715639 | 8 LG | 26000.000KGS | 33.840CBM | CY / CY |
| UETU5023443 | S/2396482 | 7 LG | 26000.000KGS | 31.815CBM | CY / CY |
| BSIU9423063 | S/5024584 | 8 LG | 26000.000KGS | 33.075CBM | CY / CY |

\* MARKS & NOS \*                    \* DESCRIPTION OF GOODS \*

**HANJIN SHIPPING CO.,LTD.**

WHI 000082

11/05/14

**Log Summary list**

SEA422981400

| Load | Container | Ct | Species | Gross | Net | Top | Len |
|------|-----------|-----|---------|-------|-----|-----|-----|
| T24243 | TEMU7588102 | 8 | DF | 7,780 | 7,520 | 25.5 | 32.8 |
| T24244 | DRYU9637564 | 6 | DF | 7,730 | 6,420 | 28.7 | 33.0 |
| T24245 | SENU5038706 | 8 | DF | 7,620 | 6,970 | 25.5 | 31.8 |
| T24246 | HJCU1606377 | 7 | DF | 7,390 | 6,660 | 26.3 | 33.4 |
| T24247 | SEGU5031003 | 8 | DF | 7,560 | 6,710 | 26.6 | 29.9 |
| T24248 | TEMU6930606 | 7 | DF | 7,960 | 7,100 | 26.6 | 34.7 |
| T24249 | BMOU4912702 | 7 | DF | 7,550 | 7,240 | 26.4 | 33.0 |
| T24250 | TEMU6710601 | 7 | DF | 8,140 | 7,530 | 28.6 | 31.4 |
| T24251 | HJCU1156433 | 7 | DF | 8,340 | 7,430 | 27.0 | 35.0 |
| T24252 | CRSU9357968 | 7 | DF | 7,550 | 6,110 | 26.0 | 34.4 |
| T24253 | INKU6392981 | 8 | DF | 7,340 | 6,470 | 25.3 | 31.6 |
| T24254 | HJCU1372617 | 8 | DF | 7,730 | 6,920 | 26.5 | 30.1 |
| T24255 | HJCU1953632 | 9 | DF | 7,370 | 6,720 | 24.9 | 29.6 |
| T24256 | TCNU6935510 | 8 | DF | 7,720 | 7,420 | 26.9 | 29.4 |
| T24257 | HJCU1981172 | 8 | DF | 8,450 | 8,020 | 27.0 | 31.6 |
| T24258 | TEMU6883280 | 8 | DF | 8,200 | 7,390 | 26.0 | 32.8 |
| T24259 | UETU5023443 | 7 | DF | 7,720 | 7,070 | 26.7 | 34.1 |
| T24260 | RFCU4049160 | 8 | DF | 8,280 | 7,740 | 26.5 | 32.0 |
| T24266 | BSIU9423063 | 8 | DF | 8,390 | 7,350 | 26.6 | 32.6 |
| T24288 | WFHU5197490 | 7 | DF | 8,090 | 7,140 | 27.9 | 31.9 |
| | | **151** | | **156,910** | **141,930** | | **32.2** |

WHI 000083

| | |
|---|---|
| **SHIPPER:**<br>W.H. INTERNATIONAL, INC.<br>5105 191ST STREET SOUTHWEST<br>LYNNWOOD, WA 98036 U.S.A. | **CERTIFICATE OF ORIGIN**<br><br>ISSUED IN THE UNITED STATES OF AMERICA |
| **NOTIFY:**<br>BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F, BUILDING 4, INTERWEST BUSINESS CENTER,<br>NO. 9, SOUTH RD, SHOUTI HAIDIAN DIST, BEIJING, CHINA | |
| **MEANS OF TRANSPORT AND ROUTE:**<br>OCEAN FREIGHT YM SUCCESS 0105W<br>TACOMA, USA TO SHANGHAI, CHINA<br>ON BOARD DATE: 11/13/2014 | **BILL OF LADING NUMBER:**<br>HJSCSEA422981400<br>**EXPORT REFERENCE(S):**<br>WHI-14394 |

| DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT |
|---|---|---|
| 151 USA ROUND LOGS<br>141.930MBF/723.843CBM<br>PRODUCED IN WASHINGTON STATE,<br>U.S.A. | 20 CONTAINERS | 520,000KGS |

| | |
|---|---|
| CERTIFICATION:<br>IT IS HEREBY CERTIFIED, ON THE BASIS OF<br>CONTROL CARRIED OUT, THAT THE<br>DECLARATION BY THE EXPORTER IS CORRECT.<br><br>November 17, 2014<br>PLACE AND DATE<br>ECONOMIC ALLIANCE SNOHOMISH COUNTY<br><br><br>SIGNATURE & STAMP OF CERTIFYING AUTHORITY | DECLARATION BY THE EXPORTER:<br>THE UNDERSIGNED HEREBY DECLARES THAT THE<br>ABOVE STATEMENTS AND DETAILS ARE CORRECT;<br>THAT ALL THE GOODS WERE PRODUCED IN<br>**THE STATE OF WASHINGTON, U.S.A.**<br>AND THAT THEY COMPLY WITH THE ORIGIN<br>REQUIREMENTS SPECIFIED FOR THOSE GOODS.<br><br>November 17, 2014<br>PLACE AND DATE<br><br><br>AUTHORIZED SIGNATURE |

WHI 000084

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

## PHYTOSANITARY CERTIFICATE

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Tacoma, Washington

NO.
**F-S-53053-04370371-7-B**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

DATE INSPECTED
October 22, 2014

### CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|
| ************************************************ | ************************************************ |

| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
|---|---|
| ************************************************ | ************************************************ |

| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |
|---|---|
| ************************************************ | ************************************************ |

### DESCRIPTION OF THE CONSIGNMENT

7. NAME AND ADDRESS OF THE EXPORTER
WH International, Inc.
5105 191st Street, Southwest
Lynnwood, Washington 98036

8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE
BEIJING NEW BUILDING MATERIALS CO., LTD.
Consignee address information is printed on
the attachment page.

9. NAME OF PRODUCE AND QUANTITY DECLARED
  (1)  141.93 Thousand Board Feet, 151 Individual
  Douglas fir (Logs)
  ************************************************
  ************************************************
  ************************************************
  ************************************************

10. BOTANICAL NAME OF PLANTS
  (1)  Pseudotsuga menziesii
  ************************************************
  ************************************************
  ************************************************
  ************************************************

11. NUMBER AND DESCRIPTION OF PACKAGES
  (1)  20 CONTAINERS
  ************************************************
  ************************************************
  ************************************************
  ************************************************

12. DISTINGUISHING MARKS
  ************************************************
  ************************************************
  ************************************************
  ************************************************
  (see attached distinguishing marks)

13. PLACE OF ORIGIN
  (1)  Pacific, Pierce, Clallam and King Counties,
  Washington, USA
  ************************************************
  ************************************************
  ************************************************

14. DECLARED MEANS OF CONVEYANCE
Ocean Vessel

15. DECLARED POINT OF ENTRY
SHANGHAI, CHINA

WARNING:  Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

The logs in this shipment are without bark. The shipment has been tested and found free of Bursaphelenchus xylophilus.

Page  1  of  2

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|
| November 07, 2014 | Frank Curtin | *Frank Curtin* |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577    FEB 2001    Previous editions are obsolete after 6/30/01

WHI 000085

```
UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE
```

**ATTACHMENT SHEET FOR
PHYTOSANITARY CERTIFICATE  OR
PHYTOSANITARY CERTIFICATE  FOR REEXPORT**

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Tacoma, Washington

NO. **F-S-53053-04370371-7-B**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

Page  2  of  2

```
--------------------------------------------------------------------
Consignee Details (Name, Address)
BEIJING NEW BUILDING MATERIALS CO., LTD.
10th FLOOR , BUILDING 4, INTERWEST BUSINESS CENTER,
NUMBER 9, SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING,  China
--------------------------------------------------------------------
Block 12. Distinguishing Marks (continued)
(1)   BMOU4912702
BSIU9423063
CRSU9357968
DRYU9637564
HJCU1156433
HJCU1372617
HJCU1606377
HJCU1953632
HJCU1981172
INKU6392981
RFCU4049160
SEGU5031003
SENU5038706
TCNU6935510
TEMU6710601
TEMU6883280
TEMU6930606
TEMU7588102
UETU5023443
WFHU5197490
```

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER(Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|
| November 07, 2014 | Frank Curtin | *Frank Curtin* |

WHI 000086

# Contract No. WHI-150006

# Total Value: $129,500.00

# CONTRACT

Contract No.: WHI-150006

Date/Place: January 28, 2015/Lynnwood, WA USA

Buyer: BEIJING NEW BUILDING MATERIALS CO., LTD.
   10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTER,
   NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING, CHINA

Seller: W.H. International, Inc.
   5105 191st Street Southwest, Lynnwood WA 98036 USA

The seller agrees to sell and the buyer agrees to buy the under-mentioned goods on the terms and
conditions stated below:

1. Commodity

| USA Round Logs | Diameter | Lengths | Quantity (MBF) | Unit Price in USD | Total Amount |
|---|---|---|---|---|---|
| Douglas Fir | 8"-20" | Average 33-36 Feet | 100MBF | $980.00 | $98,000.00 |
| Douglas Fir | 21"-23" | Average 33-36 Feet | 35MBF | $900.00 | $31,500.00 |
| TOTAL: | | | | | $129,500.00 |

Fresh Cut: Straight: Without Bark

Max 5% of off spec. logs are acceptable

2. Total Amount: USD One Hundred Twenty Nine Thousand Five Hundred and 00/100
3. Country of Origin: USA
4. +/- 10% of allowance in quantity and amount acceptable
5. Time of Shipment: Shipping date by 3/31/15 and L/C expiration date 4/15/2015
   Transshipment: Allowed
   Partial Shipment: Allowed
   Price Terms: CNF to Dalian, China
   Port of Loading: Tacoma/Seattle, USA
   Port of Discharge: Dalian, China
6. Payment Terms: 100% Irrevocable Letter of Credit at Sight
7. Third party Bill of Lading and documents are acceptable
8. Negotiating Documents
   A. Signed Commercial Invoice
   B. Packing List
   C. Full set (3/3) of Clean On Board Marine Bill of Lading made out to order, blank endorsed
   marked "Freight Prepaid" notifying the buyer
   D. Certificate of Origin
   E. Phytosanitary Certificate
9. Payment:   Please send the Letter of Credit to
   US Bank National Association
   1420 Fifth Avenue, 9th Floor, Seattle, WA 98101 USA
   Swift Code: USBKUS44SEA
   Telex Code: 6733211 USB UW

For and on behalf of
北京建材集团有限公司
BEIJING NEW BUILDING MATERIALS CO.,LTD.

_____
The Buyer

_____
W.H. International, Inc.

BNBM(Group)0002861

PENGAD 800-631-6989   WHI EXHIBIT   3   S-2 HS

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

## COMMERCIAL INVOICE

WHI-15020

DATE: March 3, 2015

TO:   BEIJING NEW BUILDING MATERIALS CO., LTD.
      10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTRE,
      NO. 9 SHOUTI SOUTH ROAD, HAIDIAN DIST. BEIJING, CHINA
      TEL:86-10-68799778
      FAX:86-10-68799756

FOR THE SHIPMENT OF:

| | |
|---|---|
| 98.600MBF OF USA ROUND LOGS:DOUGLAS FIR 8"-20" | USD96,628.00 |
| AT USD980.00/MBF | |
| 31.850MBF OF USA ROUND LOGS:DOUGLAS FIR 21"-23" | USD28,665.00 |
| AT USD900.00/MBF | |
| 665.295CBM | |

TOTAL CFR TO DALIAN, CHINA                 USD125,293.00

COUNTRY OF ORIGIN: U.S.A.

CONTRACT NO. WHI-150006

DRAWN UNDER THE LETTER OF CREDIT NO. LC11109B500804 ISSUED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA

W.H. INTERNATIONAL, INC.

WHI 000005

# W.H. INTERNATIONAL INC.

5105 191ST STREET SOUTHWEST, LYNNWOOD, WA, 98036, U.S.A.
TEL: 425.673.2218 FAX: 425.673.2918

# PACKING LIST

WHI-15020

DATE: March 3, 2015

TO:     BEIJING NEW BUILDING MATERIALS CO., LTD.
        10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTRE,
        NO. 9 SHOUTI SOUTH ROAD, HAIDIAN DIST. BEIJING, CHINA
        TEL:86-10-68799778
        FAX:86-10-68799756

FOR THE SHIPMENT OF:

98.600MBF OF USA ROUND LOGS:DOUGLAS FIR 8"-20"
31.850MBF OF USA ROUND LOGS:DOUGLAS FIR 21"-23"
665.295CBM

PACKING: IN CONTAINERS

CONTRACT NO. WHI-150006

DRAWN UNDER THE LETTER OF CREDIT NO. LC11109B500804 ISSUED BY
INDUSTRIAL AND COMMERCIAL BANK OF CHINA

                        W.H. INTERNATIONAL, INC.

WHI 000006



## EVERGREEN LINE
A Joint Service Agreement

# BILL OF LADING

| (2) Shipper / Exporter | (6) Document No. |
|---|---|
| W.H. INTERNATIONAL, INC. 5105 191ST STREET SOUTHWEST LYNNWOOD, WA 98036 USA | 44261008 |
| | (5) Export References WHI-15020 |

| (3) Consignee (complete name and address) | (7) Forwarding Agent-References (Name/Address/FMC #) NIL |
|---|---|
| TO ORDER | |

| (4) Notify Party (complete name and address) | (12) Point and Country of Origin (for the Merchant's reference only) |
|---|---|
| BEIJING NEW BUILDING MATERIALS CO., LTD. 10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTRE, NO.9 SHOUTI SOUTH ROAD, HAIDIAN DIST. BEIJING, CHINA TEL:86-10-68799778* | WASHINGTON, USA |
| | (9) Also Notify Party (complete name and address) |

| (10) Pre-carriage by | (11) Place of Receipt/Date TACOMA, USA |
|---|---|
| (13) Ocean Vessel/Voy. No. EVER EAGLE 0395-104W | (14) Port of Loading TACOMA, USA | (16) Onward Inland Routing/Export Instructions (which are contracted separately by Merchants entirely for their own account and risk) |
| (15) Port of Discharge DALIAN, CHINA | (17) Place of Delivery DALIAN, CHINA | |

Particulars furnished by the Merchant

| (18) Container No. And Seal No. Marks & Nos. | (19) Quantity And Kind of Packages | (20) Description of Goods | (21) Measurement (M³) Gross Weight (KGS) |
|---|---|---|---|
| CONTAINER NO./SEAL NO. NO MARKS | | AES X20150209148122 25 CONTAINERS SLAC: USA ROUND LOGS:DOUGLAS FIR 130.450MBF FREIGHT PREPAID *FAX:86-10-68799756 GESU5536794/10 LOG/26000KGS /34.17CBM EISU9467125/10 LOG/26000KGS /33.252CBM DFSU6759087/10 LOG/26000KGS /32.589CBM CLHU8486056/8 LOG/26000KGS * THE BALANCE OF BILL OF LADING SEE ATTACHED LIST * TOTAL NUMBER OF ATTACHED 1 PAGE THESE COMMODITIES, TECHNOLOGY AND SOFTWARE, WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED. | 650,000.000 KGS 665.2950 CBM "OCEAN FREIGHT PREPAID" SHIPPER'S LOAD & COUNT 545 LOGS |
| (22) TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS) | SAY TOTAL: 25 X 40H ONLY | | |

| (24) FREIGHT & CHARGES | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| (26) B/L NO. EGLV 456442610085 | (27) Number of Original B(s)/L THREE (3) | (28) Prepaid at DALLAS, TX | (30) Collect at |
|---|---|---|---|
| | (28) Place of B(s)/L Issue/Date DALLAS, TX FEB.28,2015 | (31) Exchange Rate | (32) Exchange Rate |
| (26) Service Type/Mode FCL/FCL   O/O | (15) Laden on Board FEB.28,2015 EVER EAGLE 0395-104W TACOMA, WA | EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION | |

0002218214

FORM NO. BCGA0040/6   (TERMS OF BILL OF LADING ARE CONTINUED ON THE BACK HEREOF AND

(1)

COPY NON-NEGOTIABLE

WHI 000007

 **EVERGREEN LINE**
A Joint Service Agreement

**ATTACHMENT**

| M.V. EVER EAGLE 0395-104W  B/L NO. EGLV456442610085 | | ATTACHED LIST PAGE :1/1 |
|---|---|---|
| (18) Container No. And Seal No. Marks & Nos. | (19) Quantity and Kind of Packages | (20) Description of Goods |

| | | |
|---|---|---|
| GESU5536794/ 5034308 / | | /30.243CBM |
| EISU9467125/ 5612185 / | | FCIU9248702/9 LOG/26000KGS /32.181CBM |
| DFSU6759087/ 2384227 / | | TEMU6170988/27 LOG/26000KGS /25.602CBM |
| CLHU8486056/ B6715729 / | | TCLU8553870/31 LOG/26000KGS /21.369CBM |
| FCIU9248702/ B6715593 / | | FCIU8299222/28 LOG/26000KGS /26.061CBM |
| 6715593 / | | GESU6892634/24 LOG/26000KGS /24.123CBM |
| TEMU6170988/ 8815708 / | | BMOU5385273/27 LOG/26000KGS /23.664CBM |
| TCLU8553870/ 8815709 / | | GESU6192733/20 LOG/26000KGS /26.724CBM |
| FCIU8299222/ B6715674 / | | EITU1419187/22 LOG/26000KGS /27.081CBM |
| GESU6892634/ 3503217 / | | HMCU9019774/24 LOG/26000KGS /24.888CBM |
| BMOU5385273/ 2384228 / | | EISU9128939/26 LOG/26000KGS /25.602CBM |
| GESU6192733/ 3620583 / | | EMCU9733367/27 LOG/26000KGS /23.817CBM |
| 3628583 / | | GESU6330452/23 LOG/26000KGS /26.316CBM |
| EITU1419187/ 1809248 / | | EISU9467085/25 LOG/26000KGS /24.99CBM |
| HMCU9019774/ 2384229 / | | TCLU8186646/24 LOG/26000KGS /24.582CBM |
| EISU9128939/ 8815712 / | | IMTU9032509/24 LOG/26000KGS /25.449CBM |
| EMCU9733367/ 5612186 / | | EMCU9675574/26 LOG/26000KGS /24.633CBM |
| GESU6330452/ B6715718 / | | EMCU9459765/23 LOG/26000KGS /26.418CBM |
| 6715718 / | | BMOU5015941/28 LOG/26000KGS /25.857CBM |
| EISU9467085/ 5034309 / | | EISU9038820/25 LOG/26000KGS /24.939CBM |
| TCLU8186646/ 2396421 / | | BMOU4898923/21 LOG/26000KGS /25.296CBM |
| IMTU9032509/ B6715594 / | | DRYU9538330/23 LOG/26000KGS /25.449CBM |
| 6715594 / | | |
| EMCU9675574/ 2396422 / | | |
| EMCU9459765/ 8815714 / | | |
| BMOU5015941/ 3620584 / | | |
| EISU9038820/ 6715678 / | | |
| BMOU4898923/ 3503218 / | | |
| DRYU9538330/ 2396423 / | | |

EGLV456442610085

0002218213

NON-NEGOTIABLE (1)

W.H. INTERNATIONAL, INC.

| Container | Ct | Species | Gross | Net | Top | Len |
|---|---|---|---|---|---|---|
| GESU5536794 | 10 | DF | 6,790 | 6,700 | 21.7 | 33.3 |
| EISU9467125 | 10 | DF | 6,630 | 6,520 | 21.6 | 33 |
| DFSU6759087 | 10 | DF | 6,720 | 6,390 | 21.8 | 32.3 |
| CLHU8486056 | 8 | DF | 6,090 | 5,930 | 22 | 36.3 |
| FCIU9248702 | 9 | DF | 6,520 | 6,310 | 21.9 | 34.9 |
| TEMU6170988 | 27 | DF | 5,340 | 5,020 | 11.7 | 35.4 |
| TCLU8553870 | 31 | DF | 4,280 | 4,190 | 10.3 | 34.8 |
| FCIU8299222 | 28 | DF | 5,230 | 5,110 | 11.4 | 35.8 |
| GESU6892634 | 24 | DF | 5,030 | 4,730 | 12 | 35.6 |
| BMOU5385273 | 27 | DF | 4,870 | 4,640 | 11.4 | 35.3 |
| GESU6192733 | 20 | DF | 5,460 | 5,240 | 13.7 | 35.4 |
| EITU1419187 | 22 | DF | 5,500 | 5,310 | 12.8 | 36.5 |
| HMCU90919774 | 24 | DF | 5,010 | 4,880 | 12 | 36.5 |
| EISU9128939 | 26 | DF | 5,190 | 5,020 | 12.1 | 35.1 |
| EMCU9733367 | 27 | DF | 4,750 | 4,670 | 11.3 | 35.6 |
| TGESU6330452 | 23 | DF | 5,300 | 5,160 | 12.7 | 35.4 |
| EISU9467085 | 25 | DF | 5,150 | 4,900 | 12 | 35.2 |
| TCLU8186646 | 24 | DF | 4,960 | 4,820 | 12 | 36.2 |
| IMTU9032509 | 24 | DF | 5,160 | 4,990 | 12.4 | 33.8 |
| EMCU9675574 | 26 | DF | 5,020 | 4,830 | 11.7 | 35.7 |
| EMCU9459765 | 23 | DF | 5,350 | 5,180 | 12.8 | 35.1 |
| BMOU5015941 | 28 | DF | 5,260 | 5,070 | 11.8 | 33.9 |
| EISU9038820 | 25 | DF | 5,000 | 4,890 | 11.8 | 35.4 |
| BMOU4898923 | 21 | DF | 5,120 | 4,960 | 12.8 | 36.6 |
| DRYU9538330 | 23 | DF | 5,180 | 4,990 | 12.3 | 34.8 |
| | 545 | | 134,910 | 130,450 | | 35.3 |

WHI 000009

| SHIPPER: | CERTIFICATE OF ORIGIN |
|---|---|
| W.H. INTERNATIONAL, INC. | |
| 5105 191ST STREET SOUTHWEST | |
| LYNNWOOD, WA 98036 U.S.A. | ISSUED IN THE UNITED STATES OF AMERICA |

| NOTIFY: | |
|---|---|
| BEIJING NEW BUILDING MATERIALS CO., LTD. | |
| 10 FLOOR, BUILDING 4, INTERWEST BUSINESS CENTRE. | |
| NO.9 SHOUTI SOUTH ROAD, HAIDIAN DIST. BEIJING, CHINA | |

| MEANS OF TRANSPORT AND ROUTE: | BILL OF LADING NUMBER: |
|---|---|
| OCEAN FREIGHT EVER EAGLE 0395-104W | EGLV456442610085 |
| TACOMA, USA TO DALIAN, CHINA | EXPORT REFERENCE(S): |
| ON BOARD DATE: FEB.28.2015 | WHI-15020 |

| DESCRIPTION OF GOODS | QUANTITY | GROSS WEIGHT |
|---|---|---|
| 545 USA ROUND LOGS<br>130.450MBF/665.295CBM<br>PRODUCED IN WASHINGTON STATE,<br>U.S.A. | 25 CONTAINERS | 650,000KGS |

| CERTIFICATION: | DECLARATION BY THE EXPORTER: |
|---|---|
| IT IS HEREBY CERTIFIED, ON THE BASIS OF | THE UNDERSIGNED HEREBY DECLARES THAT THE |
| CONTROL CARRIED OUT, THAT THE | ABOVE STATEMENTS AND DETAILS ARE CORRECT; |
| DECLARATION BY THE EXPORTER IS CORRECT. | THAT ALL THE GOODS WERE PRODUCED IN |
| | **THE STATE OF WASHINGTON, U.S.A.** |
| | AND THAT THEY COMPLY WITH THE ORIGIN |
| | REQUIREMENTS SPECIFIED FOR THOSE GOODS. |
| March 3, 2015 | |
| PLACE AND DATE | |
| ECONOMIC ALLIANCE SNOHOMISH COUNTY | March 3, 2015 |
| | PLACE AND DATE |
| SIGNATURE & STAMP OF CERTIFYING AUTHORITY | AUTHORIZED SIGNATURE |

WHI 000010

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

**PHYTOSANITARY CERTIFICATE**

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Tacoma, Washington

NO. **F-S-53053-04626838-7-B**

**TO: THE PLANT PROTECTION ORGANIZATION(S) OF**
China

DATE INSPECTED
February 12, 2015

**CERTIFICATION**

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

**DISINFESTATION AND/OR DISINFECTION TREATMENT**

| 1. DATE | 2. TREATMENT |
|---|---|
| ************************************************** | ************************************************** |
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| ************************************************** | ************************************************** |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |
| ************************************************** | ************************************************** |

**DESCRIPTION OF THE CONSIGNMENT**

| 7. NAME AND ADDRESS OF THE EXPORTER | 8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE |
|---|---|
| WH International, Inc.<br>5105 191lst Street, Southwest<br>Lynnwood, Washington 98036 | BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10th FLOOR, BUILDING 4, INTERWEST BUSINESS CENTRE,<br>NUMBER 9, SHOUTI SOUTH ROAD, HAIDIAN DISTRICT<br>BEIJING, China |
| 9. NAME OF PRODUCE AND QUANTITY DECLARED | 10. BOTANICAL NAME OF PLANTS |
| (1)  130.45 Thousand Board Feet, 545 Individual<br>Douglas fir (Logs)<br>************************************************** | (1)  Pseudotsuga menziesii |
| 11. NUMBER AND DESCRIPTION OF PACKAGES | 12. DISTINGUISHING MARKS |
| (1)  25 CONTAINERS | (see attached distinguishing marks) |
| 13. PLACE OF ORIGIN | 14. DECLARED MEANS OF CONVEYANCE |
| (1)  Pacific, Pierce, Clallam and King Counties,<br>Washington, USA | Ocean Vessel |
|  | 15. DECLARED POINT OF ENTRY |
|  | DALIAN, CHINA |

WARNING:  Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

**ADDITIONAL DECLARATION**

The logs in this shipment are without bark. The shipment has been tested and found free of Bursaphelenchus xylophilus.

Page  1  of  2

| 16 DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|
| March 03, 2015 | Frank Curtin | Frank Curtin |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577     FEB 2001     Previous editions are obsolete after 6/30/01

WHI 000011

| UNITED STATES DEPARTMENT OF AGRICULTURE<br>ANIMAL AND PLANT HEALTH INSPECTION SERVICE<br>PLANT PROTECTION AND QUARANTINE<br><br>**ATTACHMENT SHEET FOR<br>PHYTOSANITARY CERTIFICATE OR<br>PHYTOSANITARY CERTIFICATE FOR REEXPORT** | FOR OFFICIAL USE ONLY |
|---|---|
| | PLACE OF ISSUE<br>Tacoma, Washington |
| | NO.<br>**F-S-53053-04626838-7-B** |
| TO: THE PLANT PROTECTION ORGANIZATION(S) OF<br>China | Page 2 of 2 |

```
----------------------------------------------------------------------
Block 12. Distinguishing Marks (continued)
(1)  BMOU4898923
BHOU5015941
BHOU5385273
CLHU8486056
DFSU6759087
DRYU9538J30
EISU9038820
EISU9128939
EISU9467085
EISU9467125
EITU1419187
EMCU9459765
EMCU9675574
EMCU9733367
FCIU8299222
FCIU9248702
GESU5536794
GESU6192733
GESU6330452
GESU6892634
HMCU9019774
IMTU9032509
TCLU8186646
TCLU8553870
TEMU6170988
```

| 16. DATE ISSUED<br>March 03, 2015 | 17. NAME OF AUTHORIZED OFFICER (Type or Print)<br>Frank Curtin | 18. SIGNATURE OF AUTHORIZED OFFICER<br>*Frank Curtin* |
|---|---|---|

WHI 000012