**Transactions Between BNBM Group and Hull Forest Products, Inc.**

| Bates No. | Contract No. | Date of Contract | Date of Invoice* | Value of Contract (USD) | Value of Invoice (USD) |
|---|---|---|---|---|---|
| Hull 0036 | WS0422 | 15-Apr-14 | | $300,000.00 | |
| Hull 0021 | Invoice | | 26-Aug-14 | | $5,540.00 |
| Hull 0022 | Invoice | | 20-Aug-14 | | $80,137.50 |
| Hull 0023 | Invoice | | 15-Aug-14 | | $106,816.25 |
| Hull 0024 | Invoice | | 12-Aug-14 | | $16,511.25 |
| Hull 0025 | Invoice | | 30-Jul-14 | | $4,910.00 |
| Hull 0026 | Invoice | | 24-Jul-14 | | $73,332.50 |
| BNBM(Group)0002827-28 | Chen-bw-02** | 15-May-14 | | $23,200.00 | |
| BNBM(Group)0002834-36 | SQ-HF-14-ash | 13-Jun-14 | | $414,500.00 | |
| Hull 0004 | Invoice | | 3-Sep-14 | | $5,500.80 |
| Hull 0005 | Invoice | | 2-Sep-14 | | $23,549.10 |
| Hull 0006 | Invoice | | 28-Aug-14 | | $7,713.60 |
| Hull 0007 | Invoice | | 28-Aug-14 | | $35,778.00 |
| Hull 0008 | Invoice | | 27-Aug-14 | | $19,507.20 |
| Hull 0009 | Invoice | | 27-Aug-14 | | $13,052.80 |
| Hull 0010 | Invoice | | 22-Aug-14 | | $17,086.60 |
| Hull 0011 | Invoice | | 20-Aug-14 | | $5,569.60 |
| Hull 0012 | Invoice | | 15-Aug-14 | | $55,809.35 |
| Hull 0013 | Invoice | | 15-Aug-14 | | $10,570.00 |
| Hull 0014 | Invoice | | 7-Aug-14 | | $42,725.70 |
| Hull 0015 | Invoice | | 25-Jul-14 | | $61,149.90 |
| Hull 0016 | Invoice | | 24-Jul-14 | | $130,791.10 |
| Hull 0017 | Invoice | | 23-Jul-14 | | $31,535.10 |
| Hull 0018 | Invoice | | 20-Jul-14 | | $43,724.90 |
| BNBM(Group)0002837-38 | Chen-bw-04** | 15-Jun-14 | | $23,200.00 | |
| Hull 0030 | Invoice*** | | 23-Jul-14 | | $9,639.60 |
| Hull 0029 | Invoice*** | | 5-Aug-14 | | $12,702.00 |
| BNBM(Group)0002847-48 | Chen-bw-bwt-05 | 15-Aug-14 | | $23,200.00 | |
| Hull 0027 | Invoice*** | | 3-Sep-14 | | $8,218.60 |
| Hull 0028 | Invoice*** | | 20-Aug-14 | | $10,518.30 |
| **Totals** | | | | **$784,100.00** | **$832,389.75** |

| |
|---|
| *Hull issued invoices on or shortly after the date of shipment. Hull Dep. at 42:17-43:4. |
| **This contract has unknown corresponding invoices, and is included based on the timing of all other invoices issued following contract finalization, such that the shipments under this contract would occur after 7/17/2014. |
| ***This invoice involves an unknown contract. |

**CONTEMPT**
**Exhibit 93**

# Contract No. WS0422

# Total Value: $300,000.00

# PURCHASE CONTRACT

**CONTRACT NO: Chen-sh-poplar-01**  (WS 0422)

**DATE**: April 15, 2014

THIS CONTRACT IS MADE BY AND BETWEEN THE BEIJING NEW BUILDING MATERIAL CO. LTD 10/F BUILDING 4 INTEREST BUSINESS CENTER NO. 9 SOUTH ROAD SHOUTI HAIDIAN DISTRICT BEIJING, CHINA HEREINAFTER CALLED THE BUYERS.   AND **HULL FOREST PRODUCTS INC., TEL: +1-860-974-0127, FAX: +1-860-974-2963,** HEREINAFTER CALLED THE SELLERS; WHEREBY THE BUYERS AGREE TO BUY AND THE SELLERS AGREE TO SELL THE COMMODITIES ON THE TERMS AND CONDITIONS STIPULATED BELOW:

### 1. COMMODITY, QUANTITY, UNIT PRICE, AMOUNT:

| COMMODITY | SPEC | QUANTITY (MBF) | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|---|
| Yellow Poplar | 12inch and bigger | 240 | 1250 | **300,000** |
| ±10% IN QUANTITY AND AMOUNT ALLOWED | | **TOTAL** | | 300,000 |

**2. COUNTRY OF ORIGIN:** USA

**3. QUALITY:** THE SELLER SHALL GUARANTEE THAT THE QUALITY MUST BE IN CONFORMITY WITH CONTRACTS

**4. TIME OF SHIPMENT:** BEFORE .June 15TH, 2014

**5. PRICE TERM:** CIF SHANGHAI

**6. PORT OF LOADING:** All U.S major ports

**7. PORT OF DESTINATION:** SHANGHAI, CHINA.

**8. FREIGHT:** PREPAID

**9. PACKING:** (1) PACKED IN CONTAINER. (2) EACH PACK SHOULD HAVE FOOTAGE AND NUMBER OF PIECES.

**10. INSURANCE:** TO BE COVERED BY THE SELLER FOR 110% OF THE INVOICE VALUE

**11. TERMS OF PAYMENT:**

LC at sight

Advising Bank

COBANK

PO BOX 5110

GREENWOOD VILLAGE, COLORADO 80111 USA

5500 SOUTH QUEBEC STREET

HULL 0036

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/26/2014 | 55218 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
| | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 4,432 | LOGS - EXPORT POPLAR | 1.25 | 5,540.00 |
| | BOOKING # YHU294421A | | |
| | LC # LCSJQ14149 | | |
| | CONTRACT # WS0422 | | |
| | DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR | | |
| | CIF SHANGHAI CHINA | | |
| | REF # 515734 | | |
| | COUNTRY OF ORIGIN: USA | | |
| | | | |
| | HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| **Total** | $5,540.00 |
| **Payments/Credits** | -$5,540.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0021

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2014 | 55248 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR,  BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9  SHOUTI  SOUTH ROAD
HAIDIAN DIST.,  BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 64,110 | LOGS - EXPORT POPLAR<br><br>BOOKING # 8009823140<br>LC # LCSJQ14149<br>CONTRACT # WS0422<br>DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR<br>CIF SHANGHAI CHINA<br>REF # 515734<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | 1.25 | 80,137.50 |

| | |
|---|---|
| **Total** | $80,137.50 |
| **Payments/Credits** | -$80,137.50 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|---|---|
| 8/15/2014 | 55219 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|---|---|---|---|
| | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|---|---|---|---|
| 85,453 | LOGS - EXPORT POPLAR | 1.25 | 106,816.25 |
| | BOOKING # YHU294421 | | |
| | LC # LCSJQ14149 | | |
| | CONTRACT # WS0422 | | |
| | DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR | | |
| | CIF SHANGHAI CHINA | | |
| | REF # 515734 | | |
| | COUNTRY OF ORIGIN: USA | | |
| | | | |
| | HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| **Total** | $106,816.25 |
| **Payments/Credits** | -$106,816.25 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---|---|
| 860-974-0127 | 860-974-2963 |

Hull 0023

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/12/2014 | 55200 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 13,209 | LOGS - EXPORT POPLAR | 1.25 | 16,511.25 |
|  | BOOKING # 8009815250 |  |  |
|  | LC # LCSJQ14149 |  |  |
|  | CONTRACT # WS0422 |  |  |
|  | DESCRIPTION OF GOODS AND/OR:  YELLOW POPLAR |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 515734 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $16,511.25 |
| **Payments/Credits** | -$16,511.25 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/30/2014 | 55091 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR,  BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9  SHOUTI  SOUTH ROAD
HAIDIAN DIST.,  BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,928 | LOGS - EXPORT POPLAR | 1.25 | 4,910.00 |
|  | BOOKING #400248171 |  |  |
|  | LC #LCSJQ14149 |  |  |
|  | CONTRACT #WS0422 |  |  |
|  | DESCRIPTION OF GOODS AND/OR: POPLAR |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF #515734 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $4,910.00 |
| **Payments/Credits** | -$4,910.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/24/2014 | 55049 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 11,923 | LOGS - EXPORT POPLAR | 1.25 | 14,903.75 |
| 46,743 | LOGS - EXPORT POPLAR | 1.25 | 58,428.75 |
|  | BOOKING #NAM9076110 |  |  |
|  | LC #LCSJQ14149 |  |  |
|  | CONTRACT #WS0422 |  |  |
|  | DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF #515734 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| Total | $73,332.50 |
|-------|-----------|
| Payments/Credits | -$73,332.50 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

# Contract No. Chen-bw-02

# Total Value: $23,200.00



# PURCHASE CONTRACT

**CONTRACT NO: Chen-bw-02**

**DATE:** May 15, 2014

THIS CONTRACT IS MADE BY AND BETWEEN THE BEIJING NEW BUILDING
MATERIAL CO. LTD 10/F BUILDING 4 INTEREST BUSINESS CENTER NO. 9 SOUTH
ROAD SHOUTI HAIDIAN DISTRICT BEIJING, CHINA HEREINAFTER CALLED THE
BUYERS.   AND **HULL FOREST PRODUCTS INC., TEL: +1-860-974-0127, FAX:
+1-860-974-2963,** HEREINAFTER CALLED THE SELLERS; WHEREBY THE BUYERS
AGREE TO BUY AND THE SELLERS AGREE TO SELL THE COMMODITIES ON THE
TERMS AND CONDITIONS STIPULATED BELOW:

### 1. COMMODITY, QUANTITY, UNIT PRICE, AMOUNT:

| COMMODITY | SPEC | QUANTITY (MBF) | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|---|
| Black Walnut | 12inch and bigger | 8 | 2900 | **23,200.00** |
| ±10% IN QUANTITY AND AMOUNT ALLOWED | | **TOTAL** | | 23,200.00 |

**2. COUNTRY OF ORIGIN:** USA

**3. QUALITY:** THE SELLER SHALL GUARANTEE THAT THE QUALITY MUST BE IN
CONFORMITY WITH CONTRACTS

**4. TIME OF SHIPMENT:** BEFORE June 15TH, 2014

**5. PRICE TERM:** CIF SHANGHAI

**6. PORT OF LOADING:** All U.S major ports

**7. PORT OF DESTINATION:** SHANGHAI, CHINA.

**8. FREIGHT:** PREPAID

**9. PACKING:** (1) PACKED IN CONTAINER. (2) EACH PACK SHOULD HAVE
FOOTAGE AND NUMBER OF PIECES.

**10. INSURANCE:** TO BE COVERED BY THE SELLER FOR 110% OF THE INVOICE
VALUE

**11. TERMS OF PAYMENT:**

T/T   payments

Final credit to:

HULL FOREST PRODUCTS INC
101 Hampton Road, Pomfret Center, CT    06259

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

TD Bank, N.A.
Wilmington, Delaware
ABA#:   0311-0126-6
Account Number:   8248744737
Swift code: NRTHUS33XXX
Arbitration will be settled in court in hongkong, if there is any fraud involved.

**12. THE SELLERS SHALL PRPARE TO THE BUYER THE FOLLOWING DOCUMENTS FOR :** (1) CLEAN ON BOARD OCEAN BILL OF LADING IN 3 ORIGINALS AND 3 COPIES MADE OUT TO ORDER, AND BLANK ENDORSED MARKED "FREIGHT PREPAID".(2) PACKING LIST AND TALLY SHEET IN 1 ORIGINAL, SHOWING CTN. NO, DIMENSIONS，PIECES AND VOLUME. (3) PHYTOSANITARY CERTIFICATE IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA. (4) CERTIFICATE OF ORIGIN IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA.   (6) FULL SETS OF INSURANCE POLICY/CERTIFICATE.

**THE SELLER: HULL FOREST PRODUCTS INC.**

**The BUYER: Beijing new building material co. ltd**

For and on behalf of
北京新型建材有限公司
BEIJING NEW BUILDING MATERIALS CO., LTD.

Authorized Signature(s)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002828

# Contract No. SQ-HF-14-ash

# Total Value: $414,500.00



# PURCHASE CONTRACT

**CONTRACT NO: SQ-HF-14-ash**

**DATE**: June 13, 2014

THIS CONTRACT IS MADE BY AND BETWEEN THE BEIJING NEW BUILDING
MATERIAL CO. LTD 10/F BUILDING 4 INTEREST BUSINESS CENTER NO. 9 SOUTH
ROAD SHOUTI HAIDIAN DISTRICT BEIJING, CHINA HEREINAFTER CALLED THE
BUYERS.   AND **HULL FOREST PRODUCTS INC., TEL: +1-860-974-0127, FAX:
+1-860-974-2963,** HEREINAFTER CALLED THE SELLERS; WHEREBY THE BUYERS
AGREE TO BUY AND THE SELLERS AGREE TO SELL THE COMMODITIES ON THE
TERMS AND CONDITIONS STIPULATED BELOW:

### 1. COMMODITY, QUANTITY, UNIT PRICE, AMOUNT:

| COMMODITY | SPEC | QUANTITY (MBF) | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|---|
| Ash | 3SC 12 inch and bigger | 150 (doyle) | $1600/MBF | $240,000 |
| | 3SC 9-11 inch | 40 (int. scale) | $1300/MBF | $52,000 |
| Red oak | 3SC 8-11 inch | 30(int. scale) | 1400/MBF | $42,000 |
| Cherry | 2SC and better 12 and bigger | 20 (doyle) | 1850/mbf | $37,000 |
| WO North | 8-11inch 2SC and better | 30(intl. Scale) | 1450 | $43,500 |
| ±10% IN QUANTITY AND AMOUNT ALLOWED | | **TOTAL** | | $414,500 |

**2. COUNTRY OF ORIGIN:** USA

**3. QUALITY:** THE SELLER SHALL GUARANTEE THAT THE QUALITY MUST BE IN

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002834

CONFORMITY WITH CONTRACTS
**4. TIME OF SHIPMENT:** BEFOR Aug 30TH, 2014
**5. PRICE TERM:** CIF SHANGHAI
**6. PORT OF LOADING:** All U.S major ports
**7. PORT OF DESTINATION:** SHANGHAI, CHINA.
**8. FREIGHT:** PREPAID
**9. PACKING:** (1) PACKED IN CONTAINER. (2) EACH PACK SHOULD HAVE FOOTAGE AND NUMBER OF PIECES.
**10. INSURANCE:** TO BE COVERED BY THE SELLER FOR 110% OF THE INVOICE VALUE
**11. TERMS OF PAYMENT:**
LC at sight

Advising Bank

COBANK

PO BOX 5110

GREENWOOD VILLAGE, COLORADO 80111 USA

5500 SOUTH QUEBEC STREET

303-740-4000

FAX 303-224-2758

**SWIFT NBFCUS55**

CONTACT PERSON:          MURENA WILSON >> WilsonM@cobank.com          phone
303-694-5908



Final credit to:

HULL FOREST PRODUCTS INC

CITIZENS NATIONAL BANK

182 MAIN STREET PUTNAM CT 06260

USA ABA ROUTING # 011102133

   ACCOUNT # 935387

Arbitration will be settled in court in hongkong, if there is any fraud involved.

**12. THE SELLERS SHALL PRPARE TO THE BUYER THE FOLLOWING DOCUMENTS FOR :** (1) CLEAN ON BOARD OCEAN BILL OF LADING IN 3 ORIGINALS AND 3 COPIES MADE OUT TO ORDER, AND BLANK ENDORSED MARKED "FREIGHT PREPAID".(2) PACKING LIST AND TALLY SHEET IN 1 ORIGINAL, SHOWING CTN. NO, DIMENSIONS , PIECES AND VOLUME. (3) PHYTOSANITARY CERTIFICATE IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA. (4) CERTIFICATE OF ORIGIN IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA.   (6) FULL SETS OF INSURANCE POLICY/CERTIFICATE.

THE SELLER: HULL FOREST PRODUCTS INC.

The BUYER: Beijing new building material co. ltd.

For and on behalf of
北新建材集团有限公司
BEIJING NEW BUILDING MATERIALS CO., LTD.

.......................................................
Authorized Signature(s)

For and on behalf of
北新建材集团有限公司
BEIJING NEW BUILDING MATERIALS CO., LTD.

.......................................................
Authorized Signature(s)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002836

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 9/3/2014 | 55365 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,438 | LOGS - EXPORT AMERICAN  ASH | 1.60 | 5,500.80 |
|  | BOOKING # 8009825080 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND |  |  |
|  | BIGGER/ 3SC 9-11 INCH |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $5,500.80 |
| **Payments/Credits** | -$5,500.80 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 9/2/2014 | 55310 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
| | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 13,926 | LOGS - EXPORT AMERICAN ASH | 1.60 | 22,281.60 |
| 975 | LOGS - EXPORT AMERICAN ASH | 1.30 | 1,267.50 |
| | BOOKING # 40026973 | | |
| | LC # LCC7304001061 | | |
| | CONTRACT # SQ-HF-14-ASH | | |
| | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND | | |
| | BIGGER / 3SC 9-11 INCH | | |
| | CIF SHANGHAI CHINA | | |
| | REF # 516200 | | |
| | COUNTRY OF ORIGIN: USA | | |
| | | | |
| | HULL FOREST PRODUCTS INC. | | |

| | |
|--|--|
| **Total** | $23,549.10 |
| **Payments/Credits** | -$23,549.10 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/28/2014 | 55306 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 4,821 | LOGS - EXPORT AMERICAN ASH | 1.60 | 7,713.60 |
|  | BOOKING # 038VH153459<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND BIGGER<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $7,713.60 |
| **Payments/Credits** | -$7,713.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/28/2014 | 55303 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BLDG 4
INTERWEST BUSINESS CENTER
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
| | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 10,056 | LOGS - EXPORT CHERRY | 1.85 | 18,603.60 |
| 10,734 | LOGS - EXPORT AMERICAN ASH | 1.60 | 17,174.40 |
| | | | |
| | BOOKING # 40026730 | | |
| | LC # LCC7304001061 | | |
| | CONTRACT # SQ-HF-14-ASH | | |
| | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND | | |
| | BIGGER / CHERRY 2SC AND BETTER 12 AND BIGGER | | |
| | CIF SHANGHAI CHINA | | |
| | REF # 516200 | | |
| | COUNTRY OF ORIGIN: USA | | |
| | | | |
| | HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| **Total** | $35,778.00 |
| **Payments/Credits** | -$35,778.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/27/2014 | 55301 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 12,192 | LOGS - EXPORT AMERICAN  ASH | 1.60 | 19,507.20 |
| | BOOKING # 564454197<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR:  ASH 3SC 12 INCH AND<br>BIGGER<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| **Total** | $19,507.20 |
| **Payments/Credits** | -$19,507.20 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/27/2014 | 55300 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR,  BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9  SHOUTI  SOUTH ROAD
HAIDIAN DIST.,  BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
| | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 8,158 | LOGS - EXPORT AMERICAN  ASH | 1.60 | 13,052.80 |
| | BOOKING # 8009838610 | | |
| | LC # LCC7304001061 | | |
| | CONTRACT # SQ-HF-14-ASH | | |
| | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND | | |
| | BIGGER | | |
| | CIF SHANGHAI CHINA | | |
| | REF # 516200 | | |
| | COUNTRY OF ORIGIN: USA | | |
| | | | |
| | HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| **Total** | $13,052.80 |
| **Payments/Credits** | -$13,052.80 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0009

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/22/2014 | 55295 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR,  BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 9,236 | LOGS - EXPORT CHERRY | 1.85 | 17,086.60 |
|  | BOOKING # 038VH152665<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: CHERRY 2SC AND<br>BETTER 12 AND BIGGER<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $17,086.60 |
| **Payments/Credits** | -$17,086.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2014 | 55247 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR,  BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,481 | LOGS - EXPORT AMERICAN  ASH | 1.60 | 5,569.60 |
|  | BOOKING # 8009823140<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND BIGGER<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| Total | $5,569.60 |
|-------|-----------|
| Payments/Credits | -$5,569.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2014 | 55264 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUYI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 7,770 | LOGS - EXPORT RED OAK | 1.40 | 10,878.00 |
| 4,045 | LOGS - EXPORT WHITE OAK | 1.45 | 5,865.25 |
| 3,874 | LOGS - EXPORT CHERRY | 1.85 | 7,166.90 |
| 19,937 | LOGS - EXPORT AMERICAN ASH | 1.60 | 31,899.20 |
| | | | |
| | BOOKING # 11908866 | | |
| | LC # LCC7304001061 | | |
| | CONTRACT # SQ-HF-14-ASH | | |
| | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND | | |
| | BIGGER/ RED OAK 3SC 8-11 INCH/ CHERRY 2SC AND | | |
| | BETTER 12 AND BIGGER/ WO NORTH 8-11 INCH 2SC AND | | |
| | BETTER | | |
| | CIF SHANGHAI CHINA | | |
| | REF # 516200 | | |
| | COUNTRY OF ORIGIN: USA | | |
| | | | |
| | HULL FOREST PRODUCTS INC. | | |

| Total | $55,809.35 |
|-------|-----------|
| Payments/Credits | -$55,809.35 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0012

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2014 | 55263 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 7,550 | LOGS - EXPORT RED OAK<br><br>BOOKING # 14243489<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: RED OAK 3SC 8-11 INCH<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | 1.40 | 10,570.00 |

| | |
|---|---|
| **Total** | $10,570.00 |
| **Payments/Credits** | -$10,570.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0013

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/7/2014 | 55121 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 5,290 | LOGS - EXPORT CHERRY | 1.85 | 9,786.50 |
| 20,587 | LOGS - EXPORT AMERICAN ASH | 1.60 | 32,939.20 |
|  |  |  |  |
|  | BOOKING # 40023093 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: CHERRY 2SC AND |  |  |
|  | BETTER 12 AND BIGGER/ ASH 3SC 12 INCH AND BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $42,725.70 |
| **Payments/Credits** | -$42,725.70 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0014

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/25/2014 | 55114 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR,  BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 33,054 | LOGS - EXPORT CHERRY<br><br>BOOKING # 038VH149569<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: CHERRY 2SC AND<br>BETTER 12 AND BIGGER<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | 1.85 | 61,149.90 |

| Total | $61,149.90 |
|-------|-----------|
| Payments/Credits | -$61,149.90 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0015

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/24/2014 | 55047 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 73,266 | LOGS - EXPORT ASH - 12 INCH AND BIGGER | 1.60 | 117,225.60 |
| 10,435 | LOGS - EXPORT ASH - 9-11 INCH | 1.30 | 13,565.50 |
| | | | |
| | BOOKING #8009800000 | | |
| | LC #LCC7304001061 | | |
| | CONTRACT #SQ-HF-14-ASH | | |
| | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND | | |
| | BIGGER & 3SC 9-11 INCH | | |
| | CIF SHANGHAI CHINA | | |
| | REF #516200 | | |
| | COUNTRY OF ORIGIN: USA | | |
| | | | |
| | HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| **Total** | $130,791.10 |
| **Payments/Credits** | -$130,791.10 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/23/2014 | 55096 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR,  BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 17,046 | LOGS - EXPORT CHERRY<br><br>BOOKING #2548199420<br>LC #LCC7304001061<br>CONTRACT #SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: CHERRY 2SC AND<br>BETTER 12 AND BIGGER<br>CIF SHANGHAI CHINA<br>REF #516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | 1.85 | 31,535.10 |

| Total | $31,535.10 |
|-------|-----------|
| Payments/Credits | -$31,535.10 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0017

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/20/2014 | 54999 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR,  BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI  SOUTH ROAD
HAIDIAN DIST.,  BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 12,115 | LOGS - EXPORT RED OAK | 1.40 | 16,961.00 |
| 8,095 | LOGS - EXPORT ASH | 1.60 | 12,952.00 |
| 2,870 | LOGS - EXPORT CHERRY | 1.85 | 5,309.50 |
| 5,314 | LOGS - EXPORT ASH | 1.60 | 8,502.40 |
| | BOOKING # NAM1898627 | | |
| | LC # LCC7304001061 | | |
| | CONTRACT # SQ-HF-14-ASH | | |
| | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 AND | | |
| | BIGGER/ RED OAK 3SC 9-11 INCH/ CHERRY 2SC AND | | |
| | BETTER 12 AND BIGGER | | |
| | CIF SHANGHAI CHINA | | |
| | REF # 516200 | | |
| | COUNTRY OF ORIGIN: USA | | |
| | HULL FOREST PRODUCTS INC. | | |

| | | |
|---|---|---|
| **Total** | | $43,724.90 |
| **Payments/Credits** | | -$43,724.90 |
| **Balance Due** | | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

# Contract No. Chen-bw-04

# Total Value: $23,200.00

# PURCHASE CONTRACT



EXHIBIT
Hull - 6

**CONTRACT NO: Chen-bw-04**
**DATE**: June 15, 2014
THIS CONTRACT IS MADE BY AND BETWEEN THE BEIJING NEW BUILDING
MATERIAL CO. LTD 10/F BUILDING 4 INTEREST BUSINESS CENTER NO. 9 SOUTH
ROAD SHOUTI HAIDIAN DISTRICT BEIJING, CHINA HEREINAFTER CALLED THE
BUYERS.   AND **HULL FOREST PRODUCTS INC., TEL: +1-860-974-0127, FAX:
+1-860-974-2963,** HEREINAFTER CALLED THE SELLERS; WHEREBY THE BUYERS
AGREE TO BUY AND THE SELLERS AGREE TO SELL THE COMMODITIES ON THE
TERMS AND CONDITIONS STIPULATED BELOW:

### 1. COMMODITY, QUANTITY, UNIT PRICE, AMOUNT:

| COMMODITY | SPEC | QUANTITY (MBF) | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|---|
| Walnut | 12inch and bigger | 8 | 2900 | **23,200.00** |

| ±10% IN QUANTITY AND AMOUNT ALLOWED | **TOTAL** | 23,200.00 |
|---|---|---|

**2. COUNTRY OF ORIGIN:** USA
**3. QUALITY:** THE SELLER SHALL GUARANTEE THAT THE QUALITY MUST BE IN
CONFORMITY WITH CONTRACTS
**4. TIME OF SHIPMENT:** BEFORE .August 15TH, 2014
**5. PRICE TERM:** CIF SHANGHAI
**6. PORT OF LOADING:** All U.S major ports
**7. PORT OF DESTINATION:** SHANGHAI, CHINA.
**8. FREIGHT:** PREPAID
**9. PACKING:** (1) PACKED IN CONTAINER. (2) EACH PACK SHOULD HAVE
FOOTAGE AND NUMBER OF PIECES.
**10. INSURANCE:** TO BE COVERED BY THE SELLER FOR 110% OF THE INVOICE
VALUE
**11. TERMS OF PAYMENT:**
T/T   payments

Final credit to:
HULL FOREST PRODUCTS INC
101 Hampton Road, Pomfret Center, CT     06259

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002837

TD Bank, N.A.
Wilmington, Delaware
ABA#:   0311-0126-6
Account Number:   8248744737
Swift code: NRTHUS33XXX
Arbitration will be settled in court in hongkong, if there is any fraud involved.

**12. THE SELLERS SHALL PRPARE TO THE BUYER THE FOLLOWING DOCUMENTS FOR :** (1) CLEAN ON BOARD OCEAN BILL OF LADING IN 3 ORIGINALS AND 3 COPIES MADE OUT TO ORDER, AND BLANK ENDORSED MARKED "FREIGHT PREPAID".(2) PACKING LIST AND TALLY SHEET IN 1 ORIGINAL, SHOWING CTN. NO, DIMENSIONS , PIECES AND VOLUME. (3) PHYTOSANITARY CERTIFICATE IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA. (4) CERTIFICATE OF ORIGIN IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA.  (6) FULL SETS OF INSURANCE POLICY/CERTIFICATE.

**THE SELLER: HULL FOREST PRODUCTS INC.**

**The BUYER: Beijing new building material co. ltd**

For and on behalf of
北京新型建筑材料有限公司
BEIJING NEW BUILDING MATERIALS CO., LTD.
.............................................
Authorized Signature(s)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/23/2014 | 55048 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BLDG 4<br>INTERWEST BUSINESS CENTER<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | Prepay | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,324 | LOGS - EXPORT WALNUT | 2.90 | 9,639.60 |
|  | BOOKING #8009800000<br>REG. DOCS |  |  |

| | |
|---|---|
| **Total** | $9,639.60 |
| **Payments/Credits** | -$9,639.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2014 | 55122 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BLDG 4<br>INTERWEST BUSINESS CENTER<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | Prepay | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 4,380 | LOGS - EXPORT WALNUT | 2.90 | 12,702.00 |
|  | BOOKING # 038VH151669 |  |  |

| | |
|---|---|
| **Total** | $12,702.00 |
| **Payments/Credits** | -$12,702.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0029

# Contract No. Chen-bw-bwt-05

# Total Value: $23,200.00

# PURCHASE CONTRACT



EXHIBIT

Hull-7

**CONTRACT NO: Chen-bw-bwt-05**

**DATE**: Aug. 15, 2014

THIS CONTRACT IS MADE BY AND BETWEEN THE BEIJING NEW BUILDING MATERIAL CO. LTD 10/F BUILDING 4 INTEREST BUSINESS CENTER NO. 9 SOUTH ROAD SHOUTI HAIDIAN DISTRICT BEIJING, CHINA HEREINAFTER CALLED THE BUYERS. AND **HULL FOREST PRODUCTS INC., TEL: +1-860-974-0127, FAX: +1-860-974-2963**, HEREINAFTER CALLED THE SELLERS; WHEREBY THE BUYERS AGREE TO BUY AND THE SELLERS AGREE TO SELL THE COMMODITIES ON THE TERMS AND CONDITIONS STIPULATED BELOW:

## 1. COMMODITY, QUANTITY, UNIT PRICE, AMOUNT:

| COMMODITY | SPEC | QUANTITY (MBF) | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|---|
| Black Walnut | 12inch and bigger | 8 | 2900 | 23,200.00 |

| | | | | |
|---|---|---|---|---|
| ±10% IN QUANTITY AND AMOUNT ALLOWED | | TOTAL | | 23,200.00 |

**2. COUNTRY OF ORIGIN:** USA

**3. QUALITY:** THE SELLER SHALL GUARANTEE THAT THE QUALITY MUST BE IN CONFORMITY WITH CONTRACTS

**4. TIME OF SHIPMENT:** BEFORE .Sept. 30TH, 2014

**5. PRICE TERM:** CIF SHANGHAI

**6. PORT OF LOADING:** All U.S major ports

**7. PORT OF DESTINATION:** SHANGHAI, CHINA.

**8. FREIGHT:** PREPAID

**9. PACKING:** (1) PACKED IN CONTAINER. (2) EACH PACK SHOULD HAVE FOOTAGE AND NUMBER OF PIECES.

**10. INSURANCE:** TO BE COVERED BY THE SELLER FOR 110% OF THE INVOICE VALUE

**11. TERMS OF PAYMENT:**

T/T payments

Final credit to:

HULL FOREST PRODUCTS INC

101 Hampton Road, Pomfret Center, CT 06259



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002847

TD Bank, N.A.
Wilmington, Delaware
ABA#:   0311-0126-6
Account Number:   8248744737
Swift code: NRTHUS33XXX
Arbitration will be settled in court in hongkong, if there is any fraud involved.

**12. THE SELLERS SHALL PRPARE TO THE BUYER THE FOLLOWING DOCUMENTS FOR** : (1) CLEAN ON BOARD OCEAN BILL OF LADING IN 3 ORIGINALS AND 3 COPIES MADE OUT TO ORDER, AND BLANK ENDORSED MARKED "FREIGHT PREPAID".(2) PACKING LIST AND TALLY SHEET IN 1 ORIGINAL, SHOWING CTN. NO, DIMENSIONS , PIECES AND VOLUME. (3) PHYTOSANITARY CERTIFICATE IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA. (4) CERTIFICATE OF ORIGIN IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA.   (6) FULL SETS OF INSURANCE POLICY/CERTIFICATE.

THE SELLER: HULL FOREST PRODUCTS INC.

The BUYER: Beijing new building material co. ltd

BNBM(Group)0002848

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 9/3/2014 | 55318 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTER<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | Prepay | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 2,834 | LOGS - EXPORT WALNUT<br><br>BOOKING # 8009825080<br>REG. DOCS. | 2.90 | 8,218.60 |

| | |
|---|---|
| **Total** | $8,218.60 |
| **Payments/Credits** | -$8,218.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0027

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2014 | 55249 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTER<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | Prepay | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,627 | LOGS - EXPORT WALNUT<br><br>BOOKING # 8009823140<br>CASH DOCS. | 2.90 | 10,518.30 |

| | |
|---|---|
| **Total** | $10,518.30 |
| **Payments/Credits** | -$10,518.30 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |