**Transactions Between BNBM Group and Baillie Lumber Company**

| Bates # | Order # | Date of Acknowledgement | Date of Invoice | Date of Shipment | Date of Payment | Value (USD) | Departure Port |
|---|---|---|---|---|---|---|---|
| BNBM(Group)0002832 Baillie00186-97 | 47110 PMF-47110-1 | 2014-06-11 | 2014-06-30 | June | | $21,143.50 | New York, NY |
| BNBM(Group)0002832 Baillie00198-209 | 47110 PMF-47110-2 | 2014-06-11 | 2014-07-03 | June | | $21,428.75 | New York, NY |
| BNBM(Group)0002832 Baillie00210-19 | 47110 PMF-47110-3 | 2014-06-11 | 2014-06-30 | June | | $21,588.00 | New York, NY |
| BNBM(Group)0002832 Baillie00220-31 | 47110 PMF-47110-4 | 2014-06-11 | 2014-07-03 | June | | $21,602.00 | New York, NY |
| BNBM(Group)0002832 Baillie00232-41 | 47110 PMF-47110-5 | 2014-06-11 | 2014-07-16 | June | | $21,456.75 | New York, NY |
| BNBM(Group)0002833 Baillie00300-9 | 47178 PF-54606 | 2014-06-13 | 2014-06-19 | June | | $20,380.50 | New York, NY |
| BNBM(Group)0002839 Baillie00311-22 | 47437 PMF-47437-1 | 2014-06-30 | 2014-07-08 | July | | $32,188.66 | New York, NY |
| BNBM(Group)0002840 Baillie00040 | 47502 PF-54752 | 2014-07-07 | 2014-07-22 | July | | $22,356.80 | |
| Baillie00041-42 | 47680 PMF-47680-1 | 2014-07-15 | 2014-07-22 | August | | $19,986.45 | |
| Baillie00043 | 47680 PMF-47680-2 | 2014-07-15 | 2014-07-22 | August | | $19,707.60 | |
| Baillie00044-45 | 47679 PMF-47679-1 | 2014-07-15 | 2014-08-06 | August | | $24,855.80 | |
| Baillie00046 | 47679 PMF-47679-2 | 2014-07-15 | 2014-08-06 | August | | $24,791.20 | |
| Baillie00323-35 | 47761 PF-53596 | 2014-07-21 | 2014-07-30 | July | | $15,610.05 | Charleston, SC |
| Baillie00047-48 | 48393 PMF-48393 | 2014-08-25 | 2015-01-14 | September | | $21,923.20 | |
| Baillie00049-51 | 50260 PMF-950260-1 | 2014-12-05 | 2015-02-26 | January | 2015-05-20 | $23,838.84 | |
| Baillie00052 Baillie00063 | 50260 PMF-950260-2 | 2014-12-05 | 2015-03-04 | January | 2015-05-20 | $25,580.05 | |
| Baillie00053-55 | 50261 PMF-950261 | 2014-12-05 | 2015-02-26 | January | 2015-05-20 | $26,694.51 | |
| Baillie00026-27 | 50680 PMF-50680 | 2014-12-31 | 2015-01-28 | January | | $20,243.00 | |
| Baillie00028-29 | 50681 PMF-50681 | 2014-12-31 | 2015-01-15 | January | | $18,655.50 | |
| Baillie00030-31 | 50682 PMF-50682 | 2014-12-31 | 2015-02-03 | January | | $19,143.01 | |
| Baillie00032-33 | 50901 PMF-50901 | 2015-01-14 | 2015-02-23 | March | | $23,312.64 | |
| Baillie00034-35 | 50902 PMF-50902 | 2015-01-14 | 2015-03-11 | March | | $23,568.00 | |
| Baillie00036-37 | 50903 PMF-50903-AB | 2015-01-14 | 2015-02-18 | January | | $24,841.64 | |
| Baillie00004 Baillie00113-118 | 51856 PMF-951856-1 | 2015-03-11 | 2015-04-06 | March | | $16,959.20 | Charleston, SC |
| Baillie00119-124 | 51857 PMF-951856-2 | 2015-03-11 | 2015-04-06 | March | | $17,027.20 | Charleston, SC |
| Baillie00007-8 Baillie00145-146 | 51861 PMF-951861 | 2015-03-11 | 2015-05-07 | March | | $14,841.90 | Norfolk, VA |

CONTEMPT

Exhibit 94

**Transactions Between BNBM Group and Baillie Lumber Company**

| Bates # | Order # | Date of Acknowledgement | Date of Invoice | Date of Shipment | Date of Payment | Value (USD) | Departure Port |
|---|---|---|---|---|---|---|---|
| Baillie00009-10 Baillie00079-83 | 51959 PMF-951959-1 | 2015-03-18 | 2015-03-25 | April | 2015-05-20 | $16,801.50 | New York, NY |
| Baillie00011 Baillie00100-103 | 51960 PMF-951959-2 | 2015-03-18 | 2015-03-27 | April | 2015-05-27 | $16,782.00 | New York, NY |
| Baillie00012 Baillie00158-162 | 51961 PMF-951959-3 | 2015-03-18 | 2015-04-15 | April | 2015-05-20 | $16,449.00 | New York, NY |
| Baillie00013 Baillie00104-112 | 51957 | 2015-03-18 | 2015-05-08 | April | 2015-05-27 | $17,806.00 | Charleston, SC |
| Baillie00016-17 Baillie00136-140 | 51958 | 2015-03-18 | 2015-04-21 | April | | $18,285.28 | Long Beach |
| Baillie00018-19 Baillie00091-94 | 52044 PMF-952044 | 2015-03-23 | 2015-04-10 | April | | $25,424.63 | New York, NY |
| | | | | | **TOTAL** | $675,273.16 | |

Contract Number: 47110 PMF-47110-1

Value of the Transaction: $21,143.50


**Baillie**

LUMBER CO • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**ACKNOWLEDGEMENT:**   PMF   47110

**DATE:**  6/11/14
**\*\*\*\* REVISED \*\*\*\***

Ask us about our Ripping Programs.

**TO**
BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756

**SHIP TO:**

**PO/CONTRACT#:**

**ROUTE:**  CTR

**F.O.B.**  CIF DALIAN

**MARKS:**

**TERMS**  WIRE TRANSFER

**MEASUREMENT**  NET

**Revision:**   6/11 Revised to 5 cts

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 5 CTR | 4/4 Red Oak #1 Common Kiln Dried<br>WIDTHS:  4" & WIDER<br>LENGTHS: 6' & LONGER<br><br>SHIPMENT:  40' Container - port to port.  All<br>terminal charges, inland freight and unloading<br>container costs for buyer's account.<br><br>Bank Charges:  All banking charges are for applicant's<br>account except HSBC New York bank charges are<br>for the beneficiary's account.<br><br>Prices based on current freight.  Any variation in<br>freight costs at the time of shipment are for the<br>customers account. | $1750/M | June |

TERMS:      Wire Transfer of funds upon receipt of
faxed copy docs prior to arrival of goods.
Payment     Wire transfer of funds to:
Details:    HSBC Bank USA, New York, NY,
SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
for further credit to Baillie Lumber Co.,
Account #860-34492-4.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*DOCUMENT INSTRUCTIONS AS FOLLOWS\*\*\*\*\*\*\*\*\*\*\*\*\*
Consignee - TO ORDER OF SHIPPER

\*\*PLEASE SEND COPY DOCS FOR APPROVAL TO HQU@BAILLIE.COM\*\*

THANK YOU,

PHILIP FENWICK

**Baillie Lumber Co.**
**4002 LEGION DRIVE**
**P.O. BOX 6**
**HAMBURG, NY 14075**

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date

EXP-00

Bill To:      3000-000    Ship To:    3000-000  FAX #: 86-024-22808077CLGOODHEAR

BNBM(Group)0002832



**Baillie**

LUMBER CO. · P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

SALES INVOICE: 49143

DATE: 6/30/14

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE: CTR

ACK: 47110

MARKS: PMF-47110-1

DEL'Y PT.: CIF DALIAN

TERMS: WIRE TRANSFER

MEASUREMENT: NET

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| 4/4 Red Oak #1 Common Kiln Dried | 12082 | $1750 | $21,143.50 |

2053 PIECES   11 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account except HSBC New York bank charges are
for the beneficiary's account.

Payment
Details:
Wire transfer of funds to:
HSBC Bank USA, New York, NY,
SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
for further credit to Baillie Lumber Co.,
Account #860-34492-4.

THE WPM USED IN THIS SHIPMENT HAS BEEN
HEAT TREATED AS PER ISPM 15 AND IPPC
MARKED.

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date

| TOTAL: | $21,143.50 |
|---|---|
| | US Funds |

```
                        Baillie Lumber Co.                    Page:   1
                        4002 Legion Drive
                        P.O. Box 6
                        Hamburg              NY
                                             14075
                        P A C K I N G   L I S T

              B U N D L E   S U M M A R Y   S H E E T
```

Ship To ..... PMP-47110-1

Material .... 4/4 Red Oak #1 Common Kiln Dried

| BR# | Product | Lengths | | Pcs | BF | M3 |
|-----|---------|---------|---|-----|-----|-----|
| 686129 | 4/4 Red Oak | 13 | 14 | 161 | 1,551 | 3.665 |
| 686141 | 4/4 Red Oak | 11 | 12 | 195 | 1,348 | 3.179 |
| 686154 | 4/4 Red Oak | 11 | 12 | 187 | 1,326 | 3.125 |
| 686196 | 4/4 Red Oak | 9 | 10 | 194 | 1,149 | 2.711 |
| 686203 | 4/4 Red Oak | 9 | 10 | 185 | 1,120 | 2.643 |
| 686216 | 4/4 Red Oak | 9 | 10 | 183 | 1,134 | 2.677 |
| 686229 | 4/4 Red Oak | 9 | 10 | 193 | 1,137 | 2.681 |
| 686230 | 4/4 Red Oak | 9 | 10 | 188 | 1,160 | 2.735 |
| 686259 | 4/4 Red Oak | 7 | 8 | 245 | 880 | 2.076 |
| 686275 | 4/4 Red Oak | 7 | 8 | 201 | 873 | 2.059 |
| 686309 | 4/4 Red Oak | 6 | | 121 | 402 | .949 |

Total Bundles:     11                          2,053    12,082    28.500
                                                         NET

## Baillie Lumber Co.
### 4002 LEGION DRIVE
### P.O. BOX 6
### HAMBURG, NY 14075

Baillie00187

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   1

Date:  6/30/14

    Ship To ..... PMF-47110-1

    Material .... 4/4 Red Oak #1 Common Kiln Dried

### Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|----|----|----|
| 13 |   | 3 | 14 | 8 | 4 | 5 | 4 | 5 | 4 | 3 | 1 | 2 | 497 | 1.174 |
| 14 | 5 | 7 | 16 | 19 | 14 | 16 | 5 | 6 | 5 | 6 | 4 | 1 | 1,056 | 2.491 |

Bundle # 686129      Pieces: 161    NET Board Feet: 1,553    3.665

### Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|
| 11 |   | 4 | 10 | 8 | 6 | 11 | 2 | 1 | 1 | 1 |   |   |   |   |   | 272 | .641 |
| 12 | 2 | 13 | 24 | 39 | 16 | 20 | 21 | 4 | 2 | 2 | 2 | 2 | 1 | 1 |   | 1,076 | 2.538 |

Bundle # 686141      Pieces: 195    NET Board Feet: 1,348    3.179

### Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|
| 11 |   | 2 | 10 | 9 | 4 | 4 | 3 | 2 | 2 | 1 |   | 1 |   | 245 | .577 |
| 12 | 1 | 6 | 32 | 35 | 18 | 20 | 9 | 5 | 7 | 8 | 3 |   | 1 | 1,081 | 2.548 |

Bundle # 686154      Pieces: 187    NET Board Feet: 1,326    3.125

### Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | 15 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|----|----|
| 9 |   | 3 |   | 6 | 4 | 5 | 2 | 2 |   | 1 |   | 180 | .424 |
| 10 | 2 | 15 | 21 | 48 | 15 | 11 | 24 | 13 | 10 | 2 |   | 969 | 2.287 |

Bundle # 686196      Pieces: 194    NET Board Feet: 1,149    2.711

### Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|
| 9 | 3 | 5 | 15 | 4 | 4 | 3 | 4 | 5 | 1 |   |   |   | 1 | 1 | 266 | .628 |
| 10 | 9 | 14 | 36 | 22 | 18 | 17 | 13 | 5 | 2 | 1 | 1 | 1 |   |   | 854 | 2.015 |

Bundle # 686203      Pieces: 185    NET Board Feet: 1,120    2.643

Baillie00188

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   2

Date:  6/30/14

Ship To ..... PMF-47110-1

Material .... 4/4 Red Oak #1 Common Kiln Dried

---

### Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|----|------|-------|
| 9  | 2 | 4 | 8 | 5 |   | 7 | 4  | 2  |    | 1  | 1  |    | 198  | .467  |
| 10 | 9 | 21| 34| 15| 27| 16| 10 | 6  | 4  | 2  | 3  | 2  | 936  | 2.210 |

Bundle #  686216 — Pieces: 183 — NET Board Feet: 1,134 / 2.677

---

### Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|------|-------|
| 9  | 4 | 8 | 2 | 1 | 2 | 3 |    | 1  |    | 114  | .268  |
| 10 | 9 | 20| 50| 22| 31| 22| 10 | 4  | 4  | 1,023| 3.413 |

Bundle #  686229 — Pieces: 193 — NET Board Feet: 1,137 / 2.681

---

### Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|------|-------|
| 9  | 1 | 1 | 2 | 5 | 6 | 2 |   | 1  | 1  |    |    | 96   | .226  |
| 10 |   | 6 | 18| 42| 28| 24| 17| 12 | 12 | 6  | 3  | 1,064| 2.509 |

Bundle #  686230 — Pieces: 198 — NET Board Feet: 1,160 / 2.735

---

### Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|------|-------|
| 7  | 2 | 10| 16| 14| 5 | 3 | 1 |    | 1  |    | 169  | .399  |
| 8  | 2 | 38| 65| 56| 18| 8 | 4 | 1  | 1  |    | 711  | 1.677 |

Bundle #  686259 — Pieces: 245 — NET Board Feet: 880 / 2.076

---

### Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 19 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|------|-------|
| 7  | 5 | 15| 22| 7 | 4 | 4 | 1  |    | 2  |    | 1  | 233  | .550  |
| 8  | 18| 14| 40| 12| 19| 12| 6  | 7  | 3  | 1  |    | 640  | 1.509 |

Bundle #  686275 — Pieces: 201 — NET Board Feet: 873 / 2.059

---

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   3

Date:  6/30/14

    Ship To ..... PMF-47110-1

    Material .... 4/4 Red Oak #1 Common Kiln Dried

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|--|-----|-----|
| 6 | 2 | 11 | 20 | 39 | 20 | 12 | 6 | 3 | 2 | 4 | 1 | 1 | | 402 | .949 |

Width in Inches

NET

Bundle #   686309      Pieces:   121   Board Feet:   402    .949

Baillie00190

# CERTIFICATE OF ORIGIN

| 2. EXPORTER (Principal or seller licensed and address including Zip Code) | | 5. DOCUMENT NUMBER | | 5A. R1. OR AWB NUMBER |
|---|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | ZIP CODE | 6. EXPORT REFERENCES<br><br>6065258200 | | CO025795 |
| 3. CONSIGNED TO<br>TO ORDER OF SHIPPER | | 7. FORWARDING AGENT (Name and address - reference)<br>INV NO.  49143 | | |
| | | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER<br>U.S.A. | | |
| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address)<br>BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F BUILDING 4, INTERWEST BUSINESS CTR.<br>NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048<br>TEL. 86-10-68799791   FAX 86-10-68799756 | | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS | | |
| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER<br>NEW YORK | | | |
| 14. EXPORTING CARRIER<br>HYUNDAI SUPREME 031W | 15. PORT OF LOADING/EXPORT<br>NEW YORK | 16. LOADING PIER/TERMINAL | | |
| 18. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>DALIAN | 17. PLACE OF DELIVERY BY ON-CARRIER<br>DALIAN | 1T. TYPE OF MOVE | | 11.a CONTAINERIZED (Vessel only)<br>[X] YES   [ ] NO |

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES in Schedule B detail<br>(20) | GROSS WEIGHT (Kilos)<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| PMF-47110-1<br>NYKU6449507<br>SEAL: T010979 | 11 | 4/4 Red Oak #1 Common Kiln Dried | 45,912LB<br>20,826KG | 28.500M3<br>12,082' |

Julie Mackey
Notary Public - State of New York
No. 01MA6098380
Qualified in Erie County
Commission Expires June 2, 2015

KIM LOTOCKI

The undersigned.........................................................(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America Dated at ............HAMBURG, NY........................on the .....18..... day of ...............JULY....................................20....14....

Sworn to before me this ....18.... day of ....JULY..........................20..14....

_(signature)_                                      _(signature)_
                                                    SIGNATURE OF OWNER OR AGENT

The.........HAMBURG CHAMBER OF COMMERCE........................................, a recognized Chamber of Commerce under the laws of the State of.......NEW YORK........................, has examined the manufacturer's invoice or shipper's affidavit concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated in the United States of America.   Hamburg Chamber of Commerce
                                                                6122 South Park Ave.   Secretary......._(signature)_
                                                                P.O. Box 848
Form X-501-A Whse. No. 08630  46375PC
Apperson
800 438-0162  Rev 12/90                                          Hamburg, New York 14075

Baillie00191

## AGCS Marine Insurance Company

One Chase Manhattan Plaza 37th Floor • New York, New York 10005-1423
Tel. 800-235-6029   Fax. 212-524-0362

**SPECIAL CARGO POLICY**

ORIGINAL-DUPLICATE UNPAID

| ASSURED and SHIPPER | | REGION CODE | DOCUMENT NO. | SP 83774 |
|---|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | | EXPORT REFERENCES | | INS66254 |

CONSIGNEE and INSURED DESTINATION *unless otherwise specified below* •
TO ORDER OF SHIPPER

FORWARDING AGENT - REFERENCES
6065258200
INV NO.   49143

POINT AND COUNTRY OF ORIGIN
U.S.A.

NOTIFY PARTY
BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F BUILDING 4, INTERWEST BUSINESS CTR.
NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING, CHINA 100048
TEL. 86-10-68799791   FAX 86-10-68799756

DOMESTIC ROUTING/EXPORT INSTRUCTIONS

PIER OR AIRPORT
NEW YORK

EXPORTING CARRIER (Vessel/Airline)
HYUNDAI SUPREME 031W

PORT OF LOADING
NEW YORK

ONWARD INLAND ROUTING

AIR/SEA PORT OF DISCHARGE
DALIAN

FOR TRANSSHIPMENT TO
DALIAN

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF GOODS INSURED AND THEIR PACKING<br>*Shipped subject to an Under Deck Bill of Lading unless otherwise specified hereon.* | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| PMF-47110-1<br>NYKU6449507<br>SEAL: T010979 | 11 | 4/4 Red Oak #1 Common Kiln Dried | 45,912LB<br>20,826KG | 28.500M3<br>12,082 |

| DATE OF POLICY | SUM INSURED | AMOUNT IN WORDS | |
|---|---|---|---|
| 07/03/14 | $ 23,257.85 | TWENTY-THREE THOUSAND TWO HUNDRED FIFTY-SEVEN AND<br>85/100      U.S. | DOLLARS |

SPECIAL TERMS AND CONDITIONS: SHIPMENTS ON DECK OR AIR CARGO when insured under this Policy are subject to terms and conditions specified on the reverse side hereof. SHIPMENTS SUBJECT TO AN "UNDER DECK" BILL OF LADING AND SHIPMENTS IN CONTAINERS SUBJECT TO AN "UNDER DECK" BILL OF LADING OR A BILL OF LADING WHICH DOES NOT DISCLOSE THE NATURE OF STOWAGE ARE INSURED:

EXCLUDING SHIPMENTS TO OR FROM COUNTRIES WHICH ARE THE SUBJECT OF TRADE OR ECONOMIC EMBARGOES IMPOSED BY THE LAWS OR REGULATIONS OF THE UNITED STATES OF AMERICA.

AGAINST ALL RISKS OF PHYSICAL LOSS OR DAMAGE FROM ANY EXTERNAL CAUSE (EXCEPTING SUCH RISKS AS ARE EXCLUDED BY THE PARAMOUNT WARRANTIES IN THIS POLICY)

*INSURED DESTINATION if other than consignee named above:

This insurance is also subject to the following American Institute Clauses current on the date of issuance of this policy:
MARINE EXTENSION CLAUSES     NUCLEAR EXCLUSION CLAUSE     S. R. & C. C. ENDORSEMENT     WAR RISK INSURANCE

When goods are so destined this insurance is subject to.
SOUTH AMERICAN 60 DAY CLAUSE

THIS COMPANY, in consideration of an agreed premium and subject to the cargo policy terms and conditions (as referenced in top heading) in addition to special terms and conditions above and on the reverse hereof or stamped or endorsed hereon, does insure the named Assured on goods described above, valued at sum insured, to be shipped from Shipper's warehouse to the Insured named destination above. Loss, if any, payable to the order of the Assured.

This Policy not transferable unless countersigned by an authorized representative of this Company or the Assured.
Countersigned:

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Secretary          President

Baillie00192

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

## PHYTOSANITARY CERTIFICATE

**FOR OFFICIAL USE ONLY**

PLACE OF ISSUE
Mercer, Pennsylvania

NO.
**F-F-42085-04083605-7-N**

DATE INSPECTED
July 01, 2014

**USDA**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

### CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

### DESCRIPTION OF THE CONSIGNMENT

7. NAME AND ADDRESS OF THE EXPORTER
BAILLIE LUMBER CO.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, New York 14075-0606

8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE
BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F BUILDING.4, INTERWEST BUSINESS CTR.
NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING 100048 China

9. NAME OF PRODUCE AND QUANTITY DECLARED
(1)   12082 Board Feet, 28.5 Cubic Meters Red oak
(Kiln dried lumber)

10. BOTANICAL NAME OF PLANTS
(1)   Quercus rubra

11. NUMBER AND DESCRIPTION OF PACKAGES
(1)   11 BUNDLES

12. DISTINGUISHING MARKS
(1)   BMF-47110-1   NYKU-644950-7

13. PLACE OF ORIGIN
(1)   Pennsylvania, USA

14. DECLARED MEANS OF CONVEYANCE
Ocean Vessel

15. DECLARED POINT OF ENTRY
DALIAN

**WARNING:** Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

NAPPO

Page  1  of  1

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|
| July 03, 2014 | Cathy J. Thompson | |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 1/30/01

Baillie00193

**NYK LINE**
NIPPON YUSEN KAISHA

ORIGINAL

PAGE: 1 OF 2

BILL OF LADING
(NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)

| SHIPPER/EXPORTER | | BOOKING NO | BILL OF LADING NO |
|---|---|---|---|
| BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | | 6065258200 | NYKS6065258200 |
| | | EXPORT REFERENCES (for the Merchant and/or carrier's reference only) | |
| | | X20140617637588<br>SC1204516<br>BLC30511 | |

CONSIGNEE

TO ORDER OF SHIPPER

FORWARDING AGENT-REFERENCES
FMC NO

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or package(s) said to contain the Goods, to be carried subject to all the terms and conditions herein.
Delivery of the Goods to the Carrier for Carriage hereunder constitutes the Merchant's acceptance of all the stipulations, exceptions, terms and conditions of this Bill as fully as if signed by him; any contrary local custom or privilege notwithstanding. This Bill supersedes all prior agreements or freight engagements for the Goods.
If required by the Carrier, this Bill(duly endorsed)if it is negotiable) must be surrendered in exchange for the Goods or delivery order. Where issued as a Sea Waybill, this Bill is not negotiable or a document of title and delivery shall be made to the named consignee on production of such reasonable proof of identity as may be required by the Carrier.
In witness whereof, the undersigned, on behalf of Nippon Yusen Kaisha and the Vessel and/or her owner, has signed the number of Bills stated hereunder, all of this tenor and date. Where issued as a Bill of Lading, delivery may be made against only one original Bill in which case, the others shall stand void.

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)

BEIJING NEW BUILDING MATERIALS CO.,
LTD. 10/F BUILDING 4, INTERWEST
BUSINESS CTR. NO.9 SOUTH ROAD,
SHOUTI HAIDIAN DISTRICT
BEIJING, CHINA 100048          <N

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | NEW YORK |
| OCEAN VESSEL VOYAGE NO  FLAG | PORT OF LOADING |
| HYUNDAI SUPREME 031W | NEW YORK |
| PORT OF DISCHARGE | PLACE OF DELIVERY | FINAL DESTINATION (for the Merchants reference only) |
| DALIAN | DALIAN | |

TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD)
FCL / FCL                    CY / CY

[ CHECK "HM" COLUMN IF HAZARDOUS MATERIAL ]        PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS W/SEAL NOS<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION) | H/M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| PMF-47110-1 | 11<br>PACKAGES | | SHIPPER'S LOAD AND COUNT<br>FREIGHT PREPAID<br>ON BOARD HYUNDAI SUPREME 031W<br>ON JULY 03, 2014<br>1 X 40' GP CONTAINER<br><br>HARDWOOD LUMBER 12,082'<br>HS CODE:4407910022<br><br>2,053 PIECES<br>45,912LB<br><br>THE WPM USED IN THIS SHIPMENT<br>HAS BEEN HEAT TREATED AS PER<br>ISPM 15 AND IPPC MARKED<br><br>NO SED AES4 EIN 161439224<br>ITN: X20140617637588<br><br>** TO BE CONTINUED ON ATTACHED LIST ** | 20826KGS | 28.500CBM |

Declared Cargo Value US$                    . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged

FREIGHT & CHARGES PAYABLE AT / BY

| SERVICE CONTRACT NO | DOC FORM NO | COMMODITY CODE | EXCHANGE RATE |
|---|---|---|---|
| SC1204516 | | | |

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|

(stamp) Baillie Lumber Co. / 4002 LEGION DRIVE / P.O. BOX 6 / HAMBURG, NY 14075

(3) ORIGINAL BILL(S) OF LADING HAVE BEEN SIGNED, WHERE DELIVERED AGAINST ONE, THE OTHER(S) TO BE VOID.

DATE CARGO RECEIVED

DATE LADEN ON BOARD
3 JUL 2014 NYK

PLACE OF BILL(S) ISSUE
BOISE

DATED
3 JUL 2014

SIGNED NYK LINE (NORTH AMERICA) INC.
BY

, as agent for and on behalf of

(signature)

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

**NYK GROUP**

Baillie00194

ORIGINAL

VESSEL VOYAGE: HYUNDAI SUPREME 031W

B/L NO.: NYKS6065258200

| CNTR. NOS W/SEAL NOS MARKS & NUMBERS | QUANTITY FOR CUSTOMS PURPOSES ONLY | | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| | | | TRANSHIP VIA BUSAN | | |

OCEAN FREIGHT PREPAID
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT (SEE BACK ARTICLE 1(H)) AS SET OUT AT BACK
ARTICLE 23(6)

<N
TEL. 86-10-68799791
FAX 86-10-68799756

NYKU6449507  /T010979     /    11 PACKAGES     /FCL / FCL     /40GP/20826KGS/

SIGNED NYK LINE (NORTH AMERICA) INC.
BY:
, as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

**NYK** LINE
NIPPON YUSEN KAISHA

COPY NON NEGOTIABLE

PAGE: 1 OF 3

BILL OF LADING

| SHIPPER/EXPORTER | | |
|---|---|---|
| BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | BOOKING NO.<br>6065258200 | BILL OF LADING NO.<br>NYKS6065258200 |
| | EXPORT REFERENCES (for the merchant's and/or carrier's reference only)<br>X20140617637588<br>SC1204516<br>BLC30511. | |

| CONSIGNEE | |
|---|---|
| TO ORDER OF SHIPPER | FORWARDING AGENT-REFERENCES<br>FMC NO |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or package(s) said to contain the Goods, to be carried subject to all the terms and conditions hereon.

Delivery of the Goods to the Carrier for Carriage hereunder constitutes the Merchant's acceptance of all the stipulations, exceptions, terms and conditions of this Bill as fully as if signed by him, any contrary local custom or privilege notwithstanding. This Bill supersedes all prior agreements or freight engagements for the Goods.

If required by the Carrier, this Bill(duly endorsed if it is negotiable) must be surrendered in exchange for the Goods or delivery order. Where issued as a Sea Waybill, this Bill is not negotiable or a document of title and delivery shall be made to the named consignee on production of such reasonable proof of identity as may be required by the Carrier. In witness whereof, the undersigned, on behalf of Nippon Yusen Kaisha and the Vessel and/or her owner, has signed the number of Bills stated hereunder, all of this tenor and date.Where issued as a Bill of Lading, delivery may be made against any one original Bill in which case, the others shall stand void.

| NOTIFY PARTY (it is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify) | |
|---|---|
| BEIJING NEW BUILDING MATERIALS CO.,<br>LTD. 10/F BUILDING 4, INTERWEST<br>BUSINESS CTR. NO.9 SOUTH ROAD,<br>SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048          <N | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT<br>NEW YORK | |
|---|---|---|
| OCEAN VESSEL VOYAGE NO. FLAG<br>HYUNDAI SUPREME 031W | PORT OF LOADING<br>NEW YORK | |
| PORT OF DISCHARGE<br>DALIAN | PLACE OF DELIVERY<br>DALIAN | FINAL DESTINATION (for the Merchant's reference only) |
| | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD)<br>FCL / FCL | CY / CY |

( CHECK "HM" COLUMN IF HAZARDOUS MATERIAL )          PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS W/SEAL NOS<br>MARKS & NUMBERS | QUANTITY<br>NO IN CUSTOMS<br>OR PARTICLES | HM | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| PMF-47110-1 | 11<br>PACKAGES | | SHIPPER'S LOAD AND COUNT<br>FREIGHT PREPAID<br>ON BOARD HYUNDAI SUPREME 031W<br>ON JULY 03' 2014<br>1 X 40 GP CONTAINER<br><br>HARDWOOD LUMBER 12,082'<br>HS CODE:4407910022<br><br>2,053 PIECES<br>45,912LB<br><br>THE WPM USED IN THIS SHIPMENT<br>HAS BEEN HEAT TREATED AS PER<br>ISPM 15 AND IPPC MARKED<br><br>NO. SED AES4 EIN 161439224<br>ITN: X20140617637588<br>** TO BE CONTINUED ON ATTACHED LIST ** | 20826KGS | 28.500CBM |

Declared Cargo Value US$          \*If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT/BY: | | | SERVICE CONTRACT NO<br>SC1204516 | DOC FORM NO | COMMODITY CODE | EXCHANGE RATE | |
|---|---|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | | (3) ORIGINAL BILL(S) OF LADING HAVE BEEN SIGNED, WHERE DELIVERED AGAINST ONE, THE OTHER(S) TO BE VOID. |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
3 JUL 2014

PLACE OF BILL(S) ISSUE
BOISE

DATED
3 JUL 2014

SIGNED NYK LINE (NORTH AMERICA) INC.
BY.

. . .as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

**NYK GROUP**

Baillie00196

COPY NON NEGOTIABLE

VESSEL VOYAGE: HYUNDAI SUPREME 031W          B/L NO: NYKS6065258200



| CNTR. NOS. /SSEAL NOS<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | N | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| | | | TRANSHIP VIA BUSAN | | |

OCEAN FREIGHT PREPAID
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT (SEE BACK ARTICLE 1(H)) AS SET OUT AT BACK
ARTICLE 23(6)

<N
TEL. 86-10-68799791
FAX 86-10-68799756

NYKU6449507  /T010979    /        11 PACKAGES     /FCL / FCL /  /40GP/20826KGS/

SIGNED NYK LINE (NORTH AMERICA) INC.
BY:
, as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER



NYK GROUP

Baillie00197

Contract Number: 47110 PMF-47110-2

Value of the Transaction: $21,428.75



**Baillie**

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**SALES INVOICE:** 49200

**DATE:** 7/03/14

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756

**PO/CONTRACT#:**

**ROUTE:** CTR

**ACK:**

**MARKS:** PMF-47110-2

**DEL'Y PT.:** CIF DALIAN

SHIP TO:

**TERMS:** WIRE TRANSFER

**MEASUREMENT:** NET

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| ACK# | | | |
| 4/4 Red Oak #1 Common KD   47110 | 12245 | $1750 | $21,428.75 |
| 2298 PIECES   12 PACKS | | | |
| EXPORT TALLIES ENCLOSED | | | |

Bank Charges:  All banking charges are for applicant's
account except HSBC New York bank charges are
for the beneficiary's account.

Payment
Details:
Wire transfer of funds to:
HSBC Bank USA, New York, NY,
SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
for further credit to Baillie Lumber Co.,
Account #860-34492-4.

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED

**Baillie Lumber Co.**
**4002 LEGION DRIVE**
**P.O. BOX 6**
**HAMBURG, NY 14075**

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

| TOTAL: | $21,428.75 |
|---|---|
| | US Funds |

Baillie00198

```
                    Baillie Lumber Co.                     Page:   1
                    4002 Legion Drive
                    P.O. Box 6
                    Hamburg              NY
                                         14075
                    P A C K I N G   L I S T

              B U N D L E   S U M M A R Y   S H E E T
```

Ship To ..... PMP-47110-2

Material ...  4/4 Red Oak #1 Common Kiln Dried

| BR# | Product | Lengths | | Pcs | BF | M3 |
|-----|---------|---------|---|-----|-----|-----|
| 686989 | 4/4 Red Oak | 9 | 10 | 191 | 1,138 | 2.687 |
| 687277 | 4/4 Red Oak | 13 | 14 | 168 | 1,549 | 3.652 |
| 687285 | 4/4 Red Oak | 11 | 12 | 184 | 1,344 | 3.170 |
| 687293 | 4/4 Red Oak | 11 | 12 | 194 | 1,355 | 3.198 |
| 687321 | 4/4 Red Oak | 9 | 10 | 175 | 1,127 | 2.657 |
| 687339 | 4/4 Red Oak | 9 | 10 | 187 | 1,007 | 2.375 |
| 687362 | 4/4 Red Oak | 7 | 8 | 220 | 913 | 2.154 |
| 687370 | 4/4 Red Oak | 7 | 8 | 213 | 885 | 2.086 |
| 687374 | 4/4 Red Oak | 7 | 8 | 109 | 469 | 1.106 |
| 687380 | 4/4 Red Oak | 6 | | 229 | 675 | 1.591 |
| 687383 | 4/4 Red Oak | 7 | 8 | 227 | 887 | 2.093 |
| 687389 | 4/4 Red Oak | 7 | 8 | 201 | 896 | 2.112 |

Total Bundles:    12                      2,298    12,245    28.881
                                                    NET

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Baillie00199

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page: 1

Date· 6/12/14

Ship To . ... PMF-47110-2

Material .... 4/4 Red Oak #1 Common Kiln Dried

---

Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | 15 | 16 | 18 | | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|---|----|----|
| 9 | 1 | 1 | 5 | | | 3 | 4 | 3 | 2 | 1 | 3 | 1 | 1 | 1 | | 170 | .402 |
| 10 | 4 | 16 | 26 | 34 | 14 | 29 | 21 | 10 | 6 | 3 | | 1 | 1 | | | 968 | 2.285 |

Bundle # 686989   Pieces: 191   NET Board Feet: 1,138   2.687

---

Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|---|----|----|
| 13 | | 1 | 1 | 12 | | 3 | | 1 | | | | | | | | 126 | .292 |
| 14 | 2 | 2 | 6 | 37 | 24 | 24 | 17 | 12 | 10 | 6 | 5 | 2 | 1 | 2 | | 1,425 | 3.360 |

Bundle # 687277   Pieces: 168   NET Board Feet: 1,549   3.652

---

Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 18 | | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|---|----|----|
| 11 | | 4 | 9 | 9 | 2 | 6 | 4 | 3 | 4 | 3 | 2 | | | | 321 | .756 |
| 12 | 7 | 3 | 18 | 41 | 11 | 17 | 11 | 11 | 8 | 6 | 2 | 2 | 1 | | 1,023 | 2.412 |

Bundle # 687285   Pieces: 184   NET Board Feet: 1,344   3.170

---

Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|---|----|----|
| 11 | 5 | 3 | 6 | 4 | | 3 | 1 | 4 | | 3 | | | | | | 178 | .420 |
| 12 | 23 | 6 | 18 | 38 | 20 | 17 | 18 | 3 | 7 | 5 | 6 | 2 | 3 | 1 | | 1,177 | 2.778 |

Bundle # 687293   Pieces: 194   NET Board Feet: 1,355   3.198

---

Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 18 | 21 | 23 | | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|---|----|----|
| 9 | | 1 | 5 | 9 | 2 | 3 | 3 | 1 | 1 | | | 1 | 1 | | | 1 | | | 177 | .417 |
| 10 | 6 | 5 | 8 | 43 | 18 | 13 | 16 | 10 | 4 | 2 | 4 | 3 | 4 | 2 | 1 | 1 | | | 950 | 2.240 |

Bundle # 687321   Pieces: 175   NET Board Feet: 1,127   2.657

Baillie00200

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   2

Date:  6/12/14
       Ship To ..... PMP-47110-2

Material ... 4/4 Red Oak #1 Common Kiln Dried

| | | | | | | Width in Inches | | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 19 | | |
| 9 | 5 | 13 | 10 | 11 | 1 | 6 | | 5 | 2 | 1 | 2 | 2 | | | | | 274 | .646 |
| 10 | 17 | 25 | 16 | 13 | 20 | 6 | 10 | 3 | 2 | 6 | 2 | 2 | 3 | 2 | 1 | 1 | 733 | 1.729 |

Bundle #  687335                         Pieces:      187    NET
                                                              Board Feet:   1,007    2.375

| | | | | | Width in Inches | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 15 | | |
| 7 | 15 | 11 | 10 | 7 | 5 | 6 | 3 | | 1 | | 211 | .497 |
| 8 | 41 | 25 | 31 | 16 | 11 | 19 | 9 | 6 | 3 | 1 | 702 | 1.657 |

Bundle #  687362                         Pieces:      220    NET
                                                              Board Feet:   913     2.154

| | | | | | | Width in Inches | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | |
| 7 | 1 | 13 | 9 | 9 | 3 | 3 | 1 | 3 | 1 | | 1 | | 153 | .360 |
| 8 | 8 | 23 | 39 | 30 | 20 | 14 | 12 | 13 | 5 | 4 | | 1 | 732 | 1.726 |

Bundle #  687370                         Pieces:      213    NET
                                                              Board Feet:   885     2.086

| | | | | | Width in Inches | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | | |
| 7 | 11 | 8 | 14 | 6 | 3 | 2 | | | | | | | 148 | .349 |
| 8 | 4 | 17 | 17 | 6 | 2 | 4 | 1 | 6 | 2 | 1 | 1 | 2 | 321 | .757 |

Bundle #  687374                         Pieces:      109    NET
                                                              Board Feet:   469     1.106

| | | | | | Width in Inches | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| 6 | 4 | 41 | 54 | 72 | 22 | 20 | 7 | 6 | 2 | 1 | 675 | 1.591 |

Bundle #  687380                         Pieces:      229    NET
                                                              Board Feet:   675     1.591

Baillie00201

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   3

Date:  6/12/14

Ship To ..... PMP-47110-2

Material .... 4/4 Red Oak #1 Common Kiln Dried

|  | \multicolumn{11}{c|}{Width in Inches} | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | | | | |
| 7 | 1 | 13 | 12 | 12 | 3 | 4 | 2 | 2 | | | | 163 | .385 |
| 8 | 3 | 42 | 24 | 57 | 13 | 12 | 14 | 9 | 4 | | | 724 | 1.708 |

|  |  |  |  |  |  | | Pieces: | 227 | NET Board Feet: | 887 | 2.093 |

Bundle #   687383

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| \multicolumn{13}{c|}{Width in Inches} | | | | | | | | | | | | | |
| 7 | 2 | 5 | 6 | 12 | 3 | 3 | 4 | 1 | 2 | | | 3 | 164 | .386 |
| 8 | 5 | 36 | 14 | 28 | 11 | 23 | 22 | 11 | 4 | 3 | 4 | | 732 | 1.726 |

Bundle #   687389                                        Pieces:   201   NET Board Feet:   896   2.112

Baillie00202

# CERTIFICATE OF ORIGIN

| 2. EXPORTER (Principal or seller-licensee and address including ZIP Code) | | | 5. DOCUMENT NUMBER | | 5A. B/L OR AWB NUMBER |
|---|---|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | | ZIP CODE | | | COO26021 |
| | | | 6. EXPORT REFERENCES<br>6065249830 | | |
| 3 CONSIGNED TO<br>TO ORDER OF SHIPPER | | | 7. FORWARDING AGENT (Name and address • references)<br>INV NO. 49200 | | |
| | | | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER<br>U.S.A. | | |
| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address)<br>BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F BUILDING 4, INTERWEST BUSINESS CTR.<br>NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048<br>TEL. 86-10-68799791   FAX 86-10-68799756 | | | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS | | |
| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER<br>NEW YORK | | | | |
| 14. EXPORTING CARRIER<br>HYUNDAI INTEGRAL 040W | 15. PORT OF LOADING/EXPORT<br>NEW YORK | | 10. LOADING PIER/TERMINAL | | |
| 16. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>DALIAN | 17. PLACE OF DELIVERY BY ON-CARRIER<br>DALIAN | 11. TYPE OF MOVE | | 11.a CONTAINERIZED (Vessel only)<br>[X] YES   [ ] NO | |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| PMF-47110-2<br>NYKU8531450<br>SEAL: T010972 | 12 | 4/4 Red Oak #1 Common KILN DRIED | 46,531LB<br>21,106KG | 28.881M3<br>12,245' |

Julie Mackey
Notary Public - State of New York
No. 01MA6093380
Qualified in Erie County
Commission Expires June 2, 2015

KIM LOTOCKI

The undersigned..................................................(Owner or Agent), does hereby declare for the above named shipper, the goods

as described above were shipped on the above date and consigned as indicated and are products of the United States of

America Dated at ........HAMBURG, NY........ on the ...23... day of ......JULY.......... 20...14

Sworn to before me this ...23... day of ....JULY.......................... 20..14.

_Julie M Mackey_                                           _(signature)_
SIGNATURE OF OWNER OR AGENT

The.......HAMBURG CHAMBER OF COMMERCE.........................................., a recognized Chamber of Commerce

under the laws of the State of......NEW YORK.........................., has examined the manufacturer's invoice or shipper's affidavit

concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated

in the United States of America.   Hamburg Chamber of Commerce
6122 South Park Ave.            Secretary......_Linda Y Matla_
P.O. Box 848
Hamburg, New York 14075

Form X-501-A  Whse. No. 08630 #6375PC
Acperson
860.438.0162  Rev. 12/99

Baillie00203

## AGCS Marine Insurance Company

One Chase Manhattan Plaza 37th Floor • New York, New York 10005-1423
Tel. 800-235-6029   Fax. 212-524-9362

**SPECIAL CARGO POLICY**

ORIGINAL-DUPLICATE UNPAID

| ASSURED/SHIPPER | | |
|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | REGION CODE / DOCUMENT NO | SP 86642 |
| | EXPORT REFERENCES | INS66488 |
| CONSIGNEE and INSURED DESTINATION unless otherwise specified below •<br>TO ORDER OF SHIPPER | 6065249830 | |
| | FORWARDING AGENT - REFERENCES<br>INV NO.   49200 | |
| | POINT AND COUNTRY OF ORIGIN<br>U.S.A. | |
| NOTIFY PARTY<br>BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F BUILDING 4, INTERWEST BUSINESS CTR<br>NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048<br>TEL. 86-10-68799791   FAX 86-10-68799756 | DOMESTIC ROUTING/EXPORT INSTRUCTIONS | |
| PIER OR AIRPORT | NEW YORK | |
| EXPORTING CARRIER (Vessel/Airline)<br>HYUNDAI INTEGRAL 040W | PORT OF LOADING<br>NEW YORK | ONWARD INLAND ROUTING |
| AIR/SEA PORT OF DISCHARGE<br>DALIAN | FOR TRANSSHIPMENT TO<br>DALIAN | |

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF GOODS INSURED AND THEIR PACKING<br>Shipped subject to an Under Deck Bill of Lading unless otherwise specified hereon. | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| PMF-47110-2<br>NYKU8531450<br>SEAL: T010972 | 12 | 4/4 Red Oak #1 Common KILN DRIED | 46,531LB<br>21,106KG | 28.881M3<br>12,245' |

| DATE OF POLICY<br>07/11/14 | SUM INSURED<br>$  23,571.63 | AMOUNT IN WORDS<br>TWENTY-THREE THOUSAND FIVE HUNDRED SEVENTY-ONE AND |
|---|---|---|
| | | 63/100---U.S. DOLLARS |

SPECIAL TERMS AND CONDITIONS: SHIPMENTS ON DECK or AIR CARGO which insured under this Policy are subject to terms and conditions specified on the reverse side hereof. SHIPMENTS
SUBJECT TO AN 'UNDER DECK' BILL OF LADING AND SHIPMENTS IN CONTAINERS SUBJECT TO AN 'UNDER DECK' BILL OF LADING OR A BILL OF LADING WHICH DOES NOT DISCLOSE
THE NATURE OF STOWAGE ARE INSURED:

EXCLUDING SHIPMENTS TO OR FROM COUNTRIES WHICH ARE THE SUBJECT OF TRADE OR ECONOMIC EMBARGOES IMPOSED BY THE LAWS OR REGULATIONS OF THE UNITED STATES
OF AMERICA

AGAINST ALL RISKS OF PHYSICAL LOSS OR DAMAGE FROM ANY EXTERNAL CAUSE (EXCEPTING SUCH RISKS AS ARE EXCLUDED BY THE PARAMOUNT WARRANTIES IN THIS POLICY)
*INSURED DESTINATION if other than consignee named above:

This insurance is also subject to the following American Institute Clauses current on the date of issuance of this policy:
MARINE EXTENSION CLAUSES       NUCLEAR EXCLUSION CLAUSE       S. R. & C. C. ENDORSEMENT       WAR RISK INSURANCE

When goods are so destined this insurance is subject to:
SOUTH AMERICAN 60 DAY CLAUSE

THIS COMPANY, in consideration of an agreed premium and subject to the cargo policy terms and conditions (as referenced in top heading) in addition to special terms and conditions above
and on the reverse hereof or stamped or endorsed hereon, does insure the named Assured on goods described above, valued at sum insured, to be shipped from Shipper's warehouse to the
insured named destination above. Loss, if any, payable to the order of the Assured.
This Policy not transferable unless countersigned by an
authorized representative of this Company or the Assured.
Countersigned:

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Baillie00204

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

| UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE PLANT PROTECTION AND QUARANTINE | FOR OFFICIAL USE ONLY |
|---|---|

## PHYTOSANITARY CERTIFICATE

PLACE OF ISSUE
Mercer, Pennsylvania

NO. **F-F-42085-04113705-7-N**

USDA

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

DATE INSPECTED
July 08, 2014

### CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

### DESCRIPTION OF THE CONSIGNMENT

| 7. NAME AND ADDRESS OF THE EXPORTER | 8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE |
|---|---|
| BAILLIE LUMBER CO. 4002 LEGION DRIVE P.O. BOX 6 HAMBURG, New York 14075-0006 | BEIJING NEW BUILDING MATERIALS CO.,LTD. 10/F BUILDING.4, INTERMEST BUSINESS CTR. NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT BEIJING 100048 China |

| 9. NAME OF PRODUCE AND QUANTITY DECLARED | 10. BOTANICAL NAME OF PLANTS |
|---|---|
| (1) 12245 Board Feet, 28.881 Cubic Meters Red oak (Kiln dried lumber) | (1) Quercus rubra |

| 11. NUMBER AND DESCRIPTION OF PACKAGES | 12. DISTINGUISHING MARKS |
|---|---|
| (1) 12 BUNDLES | (1) PMF-47110-2 NYKU-853145-0 |

| 13. PLACE OF ORIGIN | 14. DECLARED MEANS OF CONVEYANCE |
|---|---|
| (1) Pennsylvania, USA | Ocean Vessel |
| | 15. DECLARED POINT OF ENTRY DALIAN |

WARNING: Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

NAPPO

Page 1 of 1

| 16. DATE ISSUED July 11, 2014 | 17. NAME OF AUTHORIZED OFFICER (Type or Print) Cathy J. Thompson | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577     FEB 2001     Previous editions are obsolete after 8/30/01

Baillie00205

**NYK LINE**
NIPPON YUSEN KAISHA

ORIGINAL

PAGE: 1 OF 2

BILL OF LADING
(NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)

| SHIPPER/EXPORTER | |
|---|---|
| BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | BOOKING NO.<br>6065249830 |

| | BILL OF LADING NO.<br>NYKS6065249830 |

EXPORT REFERENCES (for the merchants and/or carrier's reference only)
X20140618662776
SC1204516,SC1204516V50
BLC30592

| CONSIGNEE | |
|---|---|
| TO ORDER OF SHIPPER | FORWARDING AGENT-REFERENCES<br>FMC NO. |

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)

BEIJING NEW BUILDING MATERIALS CO.,
LTD. 10/F BUILDING 4, INTERNEST
BUSINESS CTR. NO.9 SOUTH ROAD,
SHOUTI HAIDIAN DISTRICT
BEIJING, CHINA 100048                 <N

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, (or package(s) said to contain the Goods) to be carried subject to all the terms and conditions herein.

| PRE-CARRIAGE BY | PLACE OF RECEIPT<br>NEW YORK |
|---|---|
| OCEAN VESSEL VOYAGE NO. FLAG<br>HYUNDAI INTEGRAL 040W | PORT OF LOADING<br>NEW YORK |
| PORT OF DISCHARGE<br>DALIAN | PLACE OF DELIVERY<br>DALIAN |

FINAL DESTINATION (for the Merchants' reference only)

TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD)
FCL / FCL                 CY / CY

( CHECK "HM" COLUMN IF HAZARDOUS MATERIAL )   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CTNR NOS./SEAL NOS.<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| PMF-47110-2 | 12<br>PACKAGES | | SHIPPER'S LOAD AND COUNT<br>FREIGHT PREPAID<br>ON BOARD HYUNDAI INTEGRAL 040W<br>ON JULY 11, 2014<br>1 X 40' GP CONTAINER<br><br>HARDWOOD LUMBER 12,245'<br>HS CODE:4407910022<br><br>2,298 PIECES<br>46,531LB<br><br>THE WPM USED IN THIS SHIPMENT<br>HAS BEEN HEAT TREATED AS PER<br>ISPM 15 AND IPPC MARKED<br><br>NO SED AES4 EIN 161439224<br>ITN: X20140618662776<br>** TO BE CONTINUED ON ATTACHED LIST ** | 23106KGS | 28.861CBM |

Declared Cargo Value US$ _____ If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

FREIGHT & CHARGES PAYABLE AT/BY:

| | | SERVICE CONTRACT NO.<br>SC1204516 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |

(3) ORIGINAL BILL(S) OF LADING HAVE BEEN SIGNED, WHERE DELIVERED AGAINST ONE, THE OTHER(S) TO BE VOID

DATE CARGO RECEIVED

DATE LADEN ON BOARD
11 JUL 2014

PLACE OF BILL(S) ISSUE
BOISE

DATED
11 JUL 2014

SIGNED NYK LINE (NORTH AMERICA) INC.
BY

, as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

NYK GROUP

Baillie00206

## ORIGINAL

VESSEL VOYAGE: HYUNDAI INTEGRAL 040W                    B/L NO.: NYKS6065249830

| CNTR. NOS. /SEAL NOS MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| | | | TRANSHIP VIA BUSAN | | |

OCEAN FREIGHT PREPAID
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT (SEE BACK ARTICLE 1(H)) AS SET OUT AT BACK
ARTICLE 23(6)

<N
TEL. 86-10-68799791
FAX 86-10-68799756

NYKU8531450  /T010972         /       12 PACKAGES      /FCL / FCL      /40GP/21106 KGS/

Baillie Lumber Co.
403 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

SIGNED   NYK LINE (NORTH AMERICA) INC.
BY.
                                                          , as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

NYK GROUP

Baillie00207

**NYK** LINE
NIPPON YUSEN KAISHA

COPY NON NEGOTIABLE

PAGE: 1 OF 2

BILL OF LADING

SHIPPER/EXPORTER
BAILLIE LUMBER CO.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

| BOOKING NO. | BILL OF LADING NO |
|---|---|
| 6065249830 | NYKS6065249830 |

EXPORT REFERENCES (for the merchants and/or carrier's reference only)
X20140618662776
SC1204516, SC1204516V50
BLC30592

CONSIGNEE:
TO ORDER OF SHIPPER

FORWARDING AGENT-REFERENCES
FMC NO

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
BEIJING NEW BUILDING MATERIALS CO.,
LTD. 10/F BUILDING 4, INTERWEST
BUSINESS CTR. NO.9 SOUTH ROAD,
SHOUTI HAIDIAN DISTRICT
BEIJING, CHINA 100048                 <N

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or package(s) said to contain the Goods, to be carried subject to all the terms and conditions hereof, Delivery of the Goods to the Carrier for Carriage hereunder constitutes the Merchant's acceptance of all the stipulations, exceptions, terms and conditions of this Bill as fully as if signed by him, any contrary local custom or privilege notwithstanding. This Bill supersedes all prior agreements or freight engagements for the Goods.
If required by the Carrier, this Bill (duly endorsed if it is negotiable) must be surrendered in exchange for the Goods or delivery order. Where issued as a Sea Waybill, this Bill is not negotiable or a document of title and delivery shall be made to the named consignee on production of such reasonable proof of identity as may be required by the Carrier.
In witness whereof the undersigned, on behalf of Nippon Yusen Kaisha and the Vessel and/or if not owner has signed the number of Bills stated hereunder, all of this tenor and date. Where issued as a B/L of Lading, delivery may be made against only one original Bill in which case, the others shall stand void.

PRE-CARRIAGE BY

PLACE OF RECEIPT
NEW YORK

OCEAN VESSEL VOYAGE NO. FLAG
HYUNDAI INTEGRAL 040W

PORT OF LOADING
NEW YORK

FINAL DESTINATION (for the Merchant's reference only)

PORT OF DISCHARGE
DALIAN

PLACE OF DELIVERY
DALIAN

TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD)
FCL / FCL

CY / CY

| (CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) | PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER | | | |
|---|---|---|---|---|
| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
| PMF-47110-2 | 12 PACKAGES | SHIPPER'S LOAD AND COUNT FREIGHT PREPAID ON BOARD HYUNDAI INTEGRAL 040W ON JULY 11, 2014 1 X 40' GP CONTAINER HARDWOOD LUMBER 12,245 HS CODE 4407910022 2,298 PIECES 46,533 LB THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT TREATED AS PER ISPM 15 AND IPPC MARKED NO SED AES4 EIN 161439224 ITN: X20140618662776 ** TO BE CONTINUED ON ATTACHED LIST ** | 21106KGS | 29.881CBM |

Declared Cargo Value US$ _____ If Merchant enters a Value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged

| FREIGHT & CHARGES PAYABLE AT / BY | | | SERVICE CONTRACT NO. SC1204516 | DOC FORM NO | COMMODITY CODE | EXCHANGE RATE | (3) ORIGINAL BILL(S) OF LADING HAVE BEEN SIGNED, WHERE DELIVERED AGAINST ONE, THE OTHER(S) TO BE VOID. |
|---|---|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | | |
| | | | | | | | DATE CARGO RECEIVED |
| | | | | | | | DATE LADEN ON BOARD 11 JUL 2014 |
| | | | | | | | PLACE OF BILL(S) ISSUE BOISE |
| | | | | | | | DATED 11 JUL 2014 |

SIGNED NYK LINE (NORTH AMERICA) INC.
BY

, as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

NYK GROUP

Baillie00208

COPY NON NEGOTIABLE

PAGE: 2 OF 2



VESSEL VOYAGE: HYUNDAI INTEGRAL 040W  B/L NO: NYKS6065249830

| CNTR NOS. W/SEAL NOS<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|
| | | TRANSHIP VIA BUSAN | | |

OCEAN FREIGHT PREPAID
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT (SEE BACK ARTICLE 1(H)) AS SET OUT AT BACK
ARTICLE 23(6)

&lt;N
TEL. 86-10-68799791
FAX 86-10 68799756

NYKU8531450  /T010972  /  12 PACKAGES  /FCL / FCL  //40GP/21106 KGS/

SIGNED NYK LINE (NORTH AMERICA) INC.
BY:

, as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER



NYK GROUP

Baillie00209

Contract Number: 47110 PMF-47110-3

Value of the Transaction: $21,588.00



LUMBER CO. · P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**SALES INVOICE:**   49099

**DATE:**   6/30/14

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE:  CTR

ACK:   47110

MARKS:  PMF-47110-3

DEL'Y PT.: CIF DALIAN

TERMS:  WIRE TRANSFER

MEASUREMENT:  NET

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| 4/4 Red Oak #1 Common Kiln Dried | 12336 | $1750 | $21,588.00 |

2321 PIECES   13 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
               account except HSBC New York bank charges are
               for the beneficiary's account.

Payment      Wire transfer of funds to:
Details:     HSBC Bank USA, New York, NY,
             SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
             for further credit to Baillie Lumber Co.,
             Account #860-34492-4.

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

Baillie Lumber Co.
4002 LEGION DRIVE
PO Box 6
HAMBURG, NY 14075

| TOTAL: | $21,588.00 |
|---|---|
|  | US Funds |

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by not due date.

Baillie00210

Baillie Lumber Co.                    Page:  1
4002 Legion Drive
P.O. Box 6
Hamburg              NY
                     14075
P A C K I N G   L I S T

B U N D L E   S U M M A R Y   S H E E T

Ship To ..... PMF-47110-3

Material .... 4/4 Red Oak #1 Common Kiln Dried

| BR# | Product | Lengths | | Pcs | BF | M3 |
|---|---|---|---|---|---|---|
| 686170 | 4/4 Red Oak | 11 | 12 | 150 | 933 | 2.200 |
| 686930 | 4/4 Red Oak | 11 | 12 | 192 | 1,320 | 3.113 |
| 687274 | 4/4 Red Oak | 15 | 16 | 92 | 1,001 | 2.361 |
| 687283 | 4/4 Red Oak | 13 | 14 | 71 | 619 | 1.459 |
| 687284 | 4/4 Red Oak | 11 | 12 | 228 | 1,316 | 3.105 |
| 687303 | 4/4 Red Oak | 9 | 10 | 198 | 1,118 | 2.636 |
| 687306 | 4/4 Red Oak | 9 | 10 | 186 | 1,123 | 2.650 |
| 687348 | 4/4 Red Oak | 7 | 8 | 206 | 894 | 2.107 |
| 687360 | 4/4 Red Oak | 7 | 8 | 209 | 886 | 2.089 |
| 688102 | 4/4 Red Oak | 7 | 8 | 191 | 884 | 2.087 |
| 688104 | 4/4 Red Oak | 7 | 8 | 230 | 873 | 2.058 |
| 688143 | 4/4 Red Oak | 7 | 8 | 190 | 807 | 1.902 |
| 688144 | 4/4 Red Oak | 6 | | 178 | 562 | 1.326 |

Total Bundles:   13                         2,321   12,336   29.093
                                                    NET

Baillie Lumber Co.
4002 LEGION DRIVE
PO Box 6
HAMBURG, NY 14075

Baillie00211

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   1

Date:   6/30/14

Ship To ..... PMY-47110-3

Material .... 4/4 Red Oak #1 Common Kiln Dried

---

### Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 13 | | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|---|-----|------|
| 11 | | 3 | 6 | 10 | 4 | | | | 1 | 1 | | 139 | .328 |
| 12 | 2 | 17 | 25 | 36 | 17 | 10 | 11 | 2 | 2 | 3 | | 794 | 1.872 |

Bundle #  686170          Pieces:       150      NET Board Feet:      933      2.200

---

### Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 16 | 18 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|-----|------|
| 11 | | 7 | 7 | 15 | 7 | 4 | 7 | 5 | | 1 | 1 | | 1 | 1 | 374 | .880 |
| 12 | 3 | 22 | 22 | 34 | 5 | 10 | 13 | 13 | 3 | 5 | 4 | 2 | | | 946 | 2.233 |

Bundle #  686910          Pieces:       192      NET Board Feet:    1,320    3.113

---

### Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 13 | 14 | 15 | 16 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|-----|------|
| 15 | | | 1 | 3 | 1 | | | | | | | | | 38 | .089 |
| 16 | 1 | 2 | 4 | 28 | 8 | 12 | 6 | 6 | 3 | 6 | 2 | 1 | | 963 | 2.272 |

Bundle #  687274          Pieces:        92      NET Board Feet:    1,001    2.361

---

### Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | 16 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|-----|------|
| 13 | | 3 | 5 | 3 | 3 | | | 1 | | | | 113 | .266 |
| 14 | 1 | 3 | 17 | 11 | 10 | 4 | 2 | 3 | 3 | 1 | 1 | 506 | 1.193 |

Bundle #  687283          Pieces:        71      NET Board Feet:      619      1.459

---

### Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 15 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|-----|------|
| 11 | 3 | 2 | 9 | 18 | 3 | 3 | 5 | 2 | 2 | 1 | 1 | 294 | .694 |
| 12 | 42 | 7 | 37 | 51 | 9 | 15 | 6 | 6 | 4 | 3 | | 1,022 | 2.411 |

Bundle #  687284          Pieces:       228      NET Board Feet:    1,316    3.105

---

**Baillie00212**

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:  2

Date:  6/30/14

    Ship To ..... CMP-47110-3

    Material .... 4/4 Red Oak #1 Common Kiln Dried

---

| | | | | | Width in Inches | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | | | | | |
| 9 | 1 | 4 | 6 | 15 | 5 | 5 | 2 | 2 | 2 | 1 | | | | | | 216 | .508 |
| 10 | 2 | 12 | 27 | 44 | 16 | 17 | 13 | 8 | 10 | 5 | 1 | | | | | 902 | 2.128 |

Bundle # 687303        Pieces:  198    NET Board Feet:  1,118    2.636

---

| | | | | | Width in Inches | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 17 | 18 | | | |
| 9 | | 1 | 10 | 13 | 8 | 10 | 6 | 4 | 1 | 2 | | | | | | 299 | .706 |
| 10 | 2 | 10 | 14 | 30 | 18 | 16 | 14 | 13 | 3 | 4 | 3 | 2 | 1 | 1 | | 824 | 1.944 |

Bundle # 687306        Pieces:  186    NET Board Feet:  1,123    2.650

---

| | | | | | Width in Inches | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | | | | |
| 7 | | 11 | 11 | 12 | 9 | 8 | 3 | 1 | 2 | 2 | | 1 | | | 232 | .546 |
| 8 | 1 | 25 | 23 | 33 | 13 | 14 | 16 | 11 | 3 | 5 | 2 | | | | 662 | 1.561 |

Bundle # 687348        Pieces:  206    NET Board Feet:  894    2.107

---

| | | | | | Width in Inches | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | 15 | | | | |
| 7 | | 10 | 3 | 11 | 8 | 3 | 1 | | 1 | | | | | | 126 | .297 |
| 8 | 2 | 34 | 33 | 32 | 16 | 18 | 20 | 6 | 7 | 2 | 2 | 1 | | | 760 | 1.792 |

Bundle # 687360        Pieces:  209    NET Board Feet:  886    2.069

---

| | | | | | Width in Inches | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | | | |
| 7 | 1 | 6 | 12 | 17 | 5 | 4 | 3 | 2 | 1 | | 1 | | | | 192 | .454 |
| 8 | | 10 | 18 | 27 | 14 | 19 | 26 | 17 | 4 | 3 | | 1 | | | 692 | 1.633 |

Bundle # 688102        Pieces:  191    NET Board Feet:  884    2.087

---

Baillie00213

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   3

Date:  6/30/14

Ship To ..... PMF-47110-3

Material .... 4/4 Red Oak #1 Common Kiln Dried

| | Width in Inches | | | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | | | | |
| 7 | 3 | 17 | 25 | 20 | 11 | 6 | 1 | 3 | 1 | | 1 | | | 298 | .702 |
| 8 | 2 | 21 | 35 | 48 | 10 | 8 | 10 | 5 | 2 | 1 | | | | 575 | 1.356 |

| Bundle # | 688104 | | Pieces: | 230 | NET Board Feet: | 873 | 2.058 |
|---|---|---|---|---|---|---|---|

| | Width in Inches | | | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | | |
| 7 | 3 | 11 | 8 | 11 | 7 | 4 | 1 | 1 | 1 | | | | | 158 | .372 |
| 8 | 3 | 29 | 25 | 28 | 4 | 7 | 23 | 9 | 7 | 5 | 2 | 1 | | 649 | 1.530 |

| Bundle # | 688143 | | Pieces: | 190 | NET Board Feet: | 807 | 1.902 |
|---|---|---|---|---|---|---|---|

| | Width in Inches | | | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | | |
| 6 | 4 | 25 | 39 | 52 | 22 | 13 | 10 | 3 | 5 | 1 | 1 | 1 | 2 | 562 | 1.326 |

| Bundle # | 688144 | | Pieces: | 178 | NET Board Feet: | 562 | 1.326 |
|---|---|---|---|---|---|---|---|

Baillie00214

## AGCS Marine Insurance Company

One Chase Manhattan Plaza 37th Floor • New York, New York 10005-1423
Tel. 800-235-6029    Fax. 212-524-9362

**SPECIAL CARGO POLICY**

DUPLICATE-ORIGINAL UNPAID

| ASSURED/SHIPPER | | REGION CODE | DOCUMENT NO. | SP 86879 |
|---|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | | | EXPORT REFERENCES | INS66864 |
| | | | HOU392101 | |

| CONSIGNEE and INSURED DESTINATION unless otherwise specified below • | FORWARDING AGENT - REFERENCES |
|---|---|
| TO ORDER OF SHIPPER | INV NO.  49099 |

| | POINT AND COUNTRY OF ORIGIN |
|---|---|
| | U.S.A. |

| NOTIFY BEIJING NEW BUILDING MATERIALS CO., LTD<br>10/F BUILDING 4, INTERWEST BUSINESS CTR<br>NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048<br>TEL. 86-10-68799791  FAX 86-10-68799756 | DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|

| PIER OR AIRPORT | NEW YORK | |
|---|---|---|
| EXPORTING CARRIER (Vessel/Airline)<br>CSCL VANCOUVER 0099W | PORT OF LOADING<br>NEW YORK | ONWARD INLAND ROUTING |
| AIR/SEA PORT OF DISCHARGE<br>DALIAN | FOR TRANSSHIPMENT TO<br>DALIAN | |

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF GOODS INSURED AND THEIR PACKING<br>Shipped subject to an Under Deck Bill of Lading unless otherwise specified hereon. | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| PMF-47110-3<br>CCLU6762880<br>SEAL: T010939 | 13 | 4/4 Red Oak #1 Common Kiln Dried | 46,877LB<br>21,263KG | 29.093M3<br>12,336' |

| DATE OF POLICY | SUM INSURED | |
|---|---|---|
| DEC/14 | $23,746.80 | TWENTY-THREE THOUSAND SEVEN HUNDRED FORTY-SIX AND<br>80/100 --- U.S.        DOLLARS |

SPECIAL TERMS AND CONDITIONS:  SHIPMENTS ON DECK or AIR CARGO when insured under this Policy are subject to terms and conditions specified on the reverse side hereof. SHIPMENTS SUBJECT TO AN "UNDER DECK" BILL OF LADING AND SHIPMENTS IN CONTAINERS SUBJECT TO AN "UNDER DECK" BILL OF LADING OR A BILL OF LADING WHICH DOES NOT DISCLOSE THE NATURE OF STOWAGE ARE INSURED;

EXCLUDING SHIPMENTS TO OR FROM COUNTRIES WHICH ARE THE SUBJECT OF TRADE OR ECONOMIC EMBARGOES IMPOSED BY THE LAWS OR REGULATIONS OF THE UNITED STATES OF AMERICA

AGAINST ALL RISKS OF PHYSICAL LOSS OR DAMAGE FROM ANY EXTERNAL CAUSE (EXCEPTING SUCH RISKS AS ARE EXCLUDED BY THE PARAMOUNT WARRANTIES IN THIS POLICY) IRRESPECTIVE OF PERCENTAGE.
*INSURED DESTINATION if other than consignee named above*

| This insurance is also subject to the following American Institute Clauses current on the date of issuance of this policy:<br>MARINE EXTENSION CLAUSES     NUCLEAR EXCLUSION CLAUSE     S. R. & C. C. ENDORSEMENT     WAR RISK INSURANCE | When goods are so destined this insurance is subject to:<br>SOUTH AMERICAN 60 DAY CLAUSE |
|---|---|

THIS COMPANY, in consideration of an agreed premium and subject to the cargo policy terms and conditions (as referenced in top heading) is addition to special terms and conditions above and on the reverse hereof or stamped or endorsed hereon, does insure the named Assured on goods described above, valued at sum insured, to be shipped from Shipper's warehouse to the insured named destination above. Loss, if any, payable to the order of the Assured.

This Policy not transferable unless countersigned by an
authorized representative of this Company or the Assured.

Countersigned:

IN WITNESS WHEREOF, this Company has executed and attested these presents.

_____          _____
Secretary                                    President

**Baillie00215**

# CERTIFICATE OF ORIGIN

| 2. EXPORTER (Principal or seller-licensee and address including ZIP Code) | | 5. DOCUMENT NUMBER | 5A. B/L OR AWD NUMBER |
|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 ZIP CODE | | 6. EXPORT REFERENCES<br>HOU392101 | CO026392 |

| 3. CONSIGNED TO<br>TO ORDER OF SHIPPER | 7. FORWARDING AGENT (Name and address - references)<br>INV NO.  49099 |
|---|---|
| ~~BEIJING NEW BUILDING MATERIALS CO., LTD~~<br>4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address)<br>10/F BUILDING 4, INTERWEST BUSINESS CTR.<br>NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048<br>TEL. 86-10-68799791   FAX 86-10-68799756 | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER<br>U.S.A. |
| | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |

| 12 PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER<br>NEW YORK | |
|---|---|---|
| 14. EXPORTING CARRIER<br>CSCL VANCOUVER 0099W | 15. PORT OF LOADING/EXPORT<br>NEW YORK | 16. LOADING PIER/TERMINAL |
| 18. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>DALIAN | 17. PLACE OF DELIVERY BY ON-CARRIER<br>DALIAN | 11. TYPE OF MOVE |
| | | 11.a CONTAINERIZED (Vessel only)<br>X ☐ YES   ☐ NO |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| PMF-47110-3<br>CCLU6762880<br>SEAL: T010939 | 13 | 4/4 Red Oak #1 Common Kiln Dried | 46,877LB<br>21,263KG | 29.093M3<br>12,336' |

Connie Lotocki
Notary Public, State of New York
No. 01LO6094210
Qualified in Erie County
Commission Expires June 16, 2015

MIKE DUINO

The undersigned................................................................(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America Dated at      HAMBURG, NY ............................on the ........... day of ........30............JULY.................................20...14

Sworn to before me this .....30..... day of ......JULY...... 20...14

.......Connie Lotocki.........
SIGNATURE OF OWNER OR AGENT

HAMBURG CHAMBER OF COMMERCE

The.............................................NEW YORK...................................................., a recognized Chamber of Commerce under the laws of the State of........................................................., has examined the manufacturer's invoice or shipper's affidavit concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated in the United States of America.

Hamburg Chamber of Commerce   Secretary......................................
6122 South Park Ave
P.O. Box 848
Hamburg, New York 14075

Form X 501-A  Whse. No. 08550  46375PC
Apperican
000-438-0102  Rev. 12/99

Baillie00216

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

**PHYTOSANITARY CERTIFICATE**

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Mercer, Pennsylvania

NO.
**F-F-42085-04121450-7-N**

USDA

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

DATE INSPECTED
July 08, 2014

CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
| --- | --- |
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

DESCRIPTION OF THE CONSIGNMENT

7. NAME AND ADDRESS OF THE EXPORTER
BAILLIE LUMBER CO.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, New York 14075-0006

8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE
BEIJING NEW BUILDING MATERIALS CO.,LTD.
10/F BUILDING 4, INTERWEST BUSINESS CTR.
NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING 100048 China

9. NAME OF PRODUCE AND QUANTITY DECLARED
(1) 12336 Board Feet, 29.093 Cubic Meters Red oak
(Kiln dried lumber)

10. BOTANICAL NAME OF PLANTS
(1) Quercus rubra

11. NUMBER AND DESCRIPTION OF PACKAGES
(1) 13 BUNDLES

12. DISTINGUISHING MARKS
(1) PMP-47110-3   CCLU-676288-0

13. PLACE OF ORIGIN
(1) Pennsylvania, USA

14. DECLARED MEANS OF CONVEYANCE
Ocean Vessel

15. DECLARED POINT OF ENTRY
DALIAN

WARNING: Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

ADDITIONAL DECLARATION

NAPPO

Page 1 of 1

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
| --- | --- | --- |
| July 15, 2014 | Cathy J. Thompson | |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 6/00/01

Baillie00217

Page 1 of 2

中海集装箱运输(香港)有限公司
CHINA SHIPPING CONTAINER LINES (HONG KONG) CO., LTD.

# BILL OF LADING
Port-to-Port Combined Transport

| 1. Shipper | Booking No./Ref. No. | Bill of Lading No. |
|---|---|---|
| BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | HOU392101 | NYCBLC000494 |
| | Export References<br>Shipper Reference:    BLC30784 | |
| | Forwarding Reference: | |

| 2. Consignee | Forwarding Agent, FMC No., CHB No. |
|---|---|
| TO ORDER OF SHIPPER | |
| | FMC                    CHB |
| | Point and Country of Origin |
| | U.S.A. |

| 3. Notify Party(Carrier not to be responsible for failure to notify) | Also Notify - Routing & Instructions |
|---|---|
| BEIJING NEW BUILDING MATERIALS<br>CO., LTD. 10/F BUILDING 4,<br>INTERWEST BUSINESS CTR. NO.9 SOUTH<br>ROAD: SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048** | NO SED AES4 SIN 161439224 |

| 4. Pre-carriage by* | 5. Place of Receipt*<br>NEW YORK, NY | Pier / Terminal | Service Contract No.<br>19TL09163 |
|---|---|---|---|
| 6. Ocean Vessel<br>CSCL VANCOUVER | Voy. No.<br>0099W | 7. Port of Loading<br>NEW YORK | Type of Move (If Mixed Use as Appropriate)<br>CY/CY |
| 8. Port of Discharge<br>DALIAN | | 9. Place of Delivery*<br>DALIAN | 10. Final Destination (of the goods - not the ship)<br>DALIAN |

## PARTICULARS FURNISHED BY SHIPPER

| 11. Marks & Nos.<br>Container Seal No. | 12. No. of Ctrs<br>or Pkgs. | 13. Kind of Packages; Description of Goods | 14. Gross Weight | 15. Measurement |
|---|---|---|---|---|
| PMF-47110-3<br>CCB INCLUSIVE OF DHC | 13 | 1 X 40HC<br>CONTAINER(S) SLAC<br>13 PACKS<br>HARDWOOD LUMBER 12,336'<br>HS CODE:4407910022<br>46,877LB<br>2,321 PIECES<br>THE WPM USED IN THIS SHIPMENT<br>HAS BEEN HEAT TREATED AS PER<br>ISPM-15 AND IT IS STAMPED.<br>FREIGHT PREPAID<br>**<br>TEL. 86-10-68799791 FAX<br>86-10-68799756 | 21262.000 KGS | 29.093 CBM |
| CONTAINER NO. FLAG, SEAL NO.<br>*** SEE ATTACHMENT *** | | SIZE/TYPE    PKGS              WEIGHT | | |
| | | 16. Description of Contents for Shipper's Use Only ( CARRIER NOT RESPONSIBLE ) | | |

| 17. Total No. Containers<br>or Packages (In Words)       Thirteen | |
|---|---|

| Freight and Charges | Rate | Per | Curr. | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

RECEIVED in external apparent good order and condition. Except otherwise stated, the total number of containers or other packages or units shown in this Bill of Lading receipt, said by the shipper to contain the goods described above. Which description the carrier has no reasonable means of checking and is not part of the Bill of Lading. One original Bill of Lading should be surrendered, except as provided for in clause 22 paragraph 4. In exchange for delivery of the shipment. Signed by the consignee, or duly endorsed by the holder in the name. Whereupon the other original(s) to and shall be void. In accepting this Bill of Lading. The Merchant agree to be bound by all the terms on the face and back hereof as if each had personally signed this Bill of Lading. WHEN the Place of Receipt of the Goods an inland point set in an named herein, any notation of "ON BOARD" "SHIPPED ON BOARD" or words to like effect on this Bill of Lading, shall be deemed to mean on board the truck, trail car, air craft or other inland conveyance (as the case may be), performing carriage from the Place of Receipt of the Goods to the Port of Loading. SEE clause 4 on the back of this Bill of Lading (Terms Continued on the back hereof Read Carefully)

| 24. Ex. Rate: | 25. Prepaid at<br>HOUSTON, TX | 26. Payable at | 27. Place and Date of Issue<br>HOUSTON, TX     15-JUL-2014 |
|---|---|---|---|
| | 28. Total prepaid in | 29. No. of Original B(s)H<br>THREE (3) | Sign:<br>China Shipping Container lines(NORTH AMERICA) Co., ltd (As Agents for the Carrier) |
| | | | Per:<br>China Shipping Container Lines(HONG KONG) Co., Ltd. (Owner) |

By

Baillie00218

中海集装箱运输(香港)有限公司
CHINA SHIPPING CONTAINER LINES (HONG KONG) CO., LTD.

**BILL OF LADING**

Port-to-Port Combined Transport

| | |
|---|---|
| 1. Shipper<br><br>BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | Booking / Ref. No.<br>HOU392101<br>Export References<br>Shipper Reference:   BLC30784<br>Forwarder References: |
| | Bill of Lading No.<br>NYCBLC000494 |

| | |
|---|---|
| 2. Consignee<br><br>TO ORDER OF SHIPPER. | Forwarding Agent. FMC No., CHB No. |
| | FMC                       CHB |

| | |
|---|---|
| 3. Notify Party(Carrier not to be responsible for failure to notify)<br><br>BEIJING NEW BUILDING MATERIALS<br>CO., LTD. 10/F BUILDING 4,<br>INTERWEST BUSINESS CTR., NO.9 SOUTH<br>ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048'' | Point and Country of Origin<br>U.S.A.<br>Also Notify - Routing & Instructions<br>NO SED AES4 EIN 161439224 |

| 4. Pre-carriage by* | 5. Place of Receipt*<br>NEW YORK, NY | Pier / Terminal | Service Contract No. |
|---|---|---|---|
| 6. Ocean Vessel<br>CSCL VANCOUVER | Voy. No. 7 Port of Loading<br>0099W NEW YORK | Type of Move (if Mixed Use as Appropriate)<br>CY/CY | 1ATL09163 |
| 8. Port of Discharge<br>DALIAN | 9. Place of Delivery*<br>DALIAN | 10. Final Destination (of the goods - not the ship)<br>DALIAN | |

## PARTICULARS FURNISHED BY SHIPPER

| 11. Marks & Nos.<br>Container Seal No. | 12. No. of Cntrs<br>or Pkgs. | 13. Kind of Packages, Description of Goods | 14. Gross Weight | 15. Measurement |
|---|---|---|---|---|
| CCLU6762880   COC  T010939 | 40HC      13 PKG | LADEN ON BOARD CSCL VANCOUVER<br>15-JUL-2014 AS AGENTS FOR THE CARRIER<br>AES: X20140630850032 | 21263.000 KGS | 29.093 CBM |

SHIPPERS STOW, LOAD AND COUNT
THESE COMMODITIES,  TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE
EXPORT ADMINISTRATION REGULATIONS.  DIVERSION STATES IN ACCORDANCE TO CONTRARY TO U.S. LAW PROHIBITED.

*Original*

| | |
|---|---|
| 16. Description of Contents for Shipper's Use Only ( CARRIER NOT RESPONSIBLE ) | |

| 17. Total No. Containers<br>or Packages (in Words)     Thirteen | |
|---|---|

| Freight and Charges | Rate | Per | Curr | Prepaid | Collect |
|---|---|---|---|---|---|

RECEIVED in external apparent good order and condition. Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading receipt, said by the shipper to contain the goods described above. Which description the carrier has no reasonable means of checking and is not part of this Bill of Lading. One original bill of Lading should be surrendered, except as provided for in clause 23 paragraph 4, in exchange for delivery of the shipment. Signed by the consigned, or duly endorsed by the holder in due course. Whereupon the other original(s) issued shall be void, in accepting this Bill of Lading. The Merchant agree to be bound by all the terms on the face and back terms (as if each had personally signed this Bill of Lading. WHEN the Place of Receipt of the Goods an Inland point and is an actual forum, any mention of "ON BOARD" "SHIPPED ON BOARD" or words to like effect on this Bill of Lading, shall be deemed to mean on board the truck, trail car, air craft or other inland conveyance (as the case may be), performing carriage from the Place of Receipt of the Goods to the Port of Loading. SEE clause 4 on the back of this Bill of Lading (Terms Continued on the back hereof Read Carefully)

| 24. Ex Rate: | 25. Prepaid at<br>HOUSTON, TX | 26. Payable at | 27. Place and Date of Issue<br>HOUSTON, TX      15-JUL-2014 |
|---|---|---|---|
| | 28. Total prepaid in | 29. No. of Original B(s)L<br>THREE (3) | Sign:<br>China Shipping Container Lines(NORTH AMERICA) Co.<br>Ltd. (As Agent for the Carrier) |
| By | | | Per:<br>China Shipping Container Lines(HONG KONG) Co., Ltd<br>(Carrier) |

Baillie00219

Contract Number: 47110 PMF-47110-4

Value of the Transaction: $21,602.00



**Baillie**

LUMBER CO. · P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

SALES INVOICE:   49203

DATE:   7/03/14

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756

PO/CONTRACT#:

ROUTE:   CTR

ACK:

MARKS:   PMF-47110-4

SHIP TO:

DEL'Y PT.: CIF DALIAN

TERMS:   WIRE TRANSFER

MEASUREMENT:   NET

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| ACK# | | | |
| 4/4 Red Oak #1 Common KD    47110 | 12344 | $1750 | $21,602.00 |

2495 PIECES   13 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
               account except HSBC New York bank charges are
               for the beneficiary's account.

Payment       Wire transfer of funds to
Details:      HSBC Bank USA, New York, NY,
              SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
              for further credit to Baillie Lumber Co.,
              Account #860-34492-4.

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

| TOTAL: | $21,602.00 |
|---|---|
| | US Funds |

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Baillie00220

```
                    Baillie Lumber Co.                    Page:   1
                    4002 Legion Drive
                    P.O. Box 6
                    Hamburg              NY
                                   14075
                  P A C K I N G   L I S T

            B U N D L E   S U M M A R Y   S H E E T
```

Ship To ..... PMP-47110-4

Material .... 4/4 Red Oak #1 Common Kiln Dried

| BR# | Product | Lengths | | Pcs | BF | M3 |
|-----|---------|---------|---|-----|------|------|
| 686902 | 4/4 Red Oak | 13 | 14 | 26 | 216 | .509 |
| 686912 | 4/4 Red Oak | 11 | 12 | 193 | 1,367 | 3.224 |
| 686918 | 4/4 Red Oak | 11 | 12 | 197 | 1,334 | 3.145 |
| 687310 | 4/4 Red Oak | 9 | 10 | 213 | 1,127 | 2.659 |
| 687313 | 4/4 Red Oak | 9 | 10 | 208 | 1,104 | 2.604 |
| 687316 | 4/4 Red Oak | 9 | 10 | 209 | 1,124 | 2.651 |
| 687337 | 4/4 Red Oak | 7 | 8 | 232 | 872 | 2.058 |
| 687339 | 4/4 Red Oak | 7 | 8 | 209 | 890 | 2.100 |
| 687341 | 4/4 Red Oak | 7 | 8 | 205 | 881 | 2.078 |
| 687345 | 4/4 Red Oak | 7 | 8 | 218 | 882 | 2.081 |
| 687355 | 4/4 Red Oak | 6 | | 215 | 676 | 1.596 |
| 688041 | 4/4 Red Oak | 13 | 14 | 151 | 978 | 2.306 |
| 688133 | 4/4 Red Oak | 7 | 8 | 219 | 891 | 2.107 |

```
   Total Bundles:    13                          2,495   12,344   29.118
                                                          NET
```

Baillie Lumber Co.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

*[signature]*

Baillie00221

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   1

Date:  6/25/14
Ship To ..... FMF-47110-4

Material .... 4/4 Red Oak #1 Common Kiln Dried

---

**Width in Inches**

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 10 | 11 | 12 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|
| 13 |   | 1 |   |   |   |   | 1  |    | 1  | 28 | .066 |
| 14 | 1 | 2 | 2 | 5 | 5 | 4 | 2  | 1  | 1  | 188 | .443 |

Bundle # 686902                 Pieces:   26    NET Board Feet:   216    .509

---

**Width in Inches**

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|
| 11 |   | 2 | 5 | 11 | 2 | 5 | 5 | 4 | 3 |   |   |   | 1 | 263 | .621 |
| 12 | 1 | 14 | 19 | 52 | 12 | 18 | 9 | 14 | 9 | 4 | 1 | 1 | 1 | 1,104 | 2.603 |

Bundle # 686912                 Pieces:   193   NET Board Feet:   1,367   3.224

---

**Width in Inches**

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 16 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|
| 11 | 1 | 8 | 6 | 9 | 3 | 3 | 4 | 1 | 2 | 1 |   |   | 224 | .528 |
| 12 | 2 | 18 | 30 | 36 | 15 | 16 | 15 | 11 | 10 | 3 | 2 | 1 | 1,110 | 2.617 |

Bundle # 686918                 Pieces:   197   NET Board Feet:   1,334   3.145

---

**Width in Inches**

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|
| 9  | 1 | 18 | 8 | 20 | 7 | 1 | 5 |   | 1 |   |   |   |   | 261 | .615 |
| 10 | 3 | 29 | 18 | 36 | 12 | 16 | 15 | 9 | 7 | 3 | 2 | 1 | 1 | 866 | 2.044 |

Bundle # 687310                 Pieces:   213   NET Board Feet:   1,127   2.659

---

**Width in Inches**

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|
| 9  |   | 19 | 14 | 13 | 5 | 7 | 2 | 5 | 4 | 1 | 1 | 1 |   |   | 352 | .830 |
| 10 | 5 | 20 | 28 | 25 | 17 | 11 | 7 | 6 | 5 | 3 | 4 |   | 1 | 1 | 752 | 1.774 |

Bundle # 687313                 Pieces:   208   NET Board Feet:   1,104   2.604

Baillie00222

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   2

Date:  6/25/14

Ship To ..... PMF-47110-4

Material .... 4/4 Red Oak #1 Common Kiln Dried

| | | | | | | Width in Inches | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 19 | | BF | M3 |
| FT | | | | | | | | | | | | | | | | | | |
| 9 | | 10 | 11 | 8 | 5 | 4 | 2 | 1 | 2 | 1 | | | | | | | 205 | .484 |
| 10 | 2 | 32 | 34 | 37 | 13 | 16 | | 5 | 9 | 2 | 2 | 1 | 1 | 1 | 2 | | 919 | 2.167 |

Bundle #  687316                              Pieces:       209   NET Board Feet:   1,124        2.651

| | | | | | | Width in Inches | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 15 | | |
| FT | | | | | | | | | | | | | |
| 7 | 2 | 14 | 17 | 9 | 4 | 1 | 4 | 1 | | | | 167 | .394 |
| 8 | 8 | 32 | 54 | 42 | 10 | 15 | 6 | 9 | 2 | 1 | 1 | 705 | 1.664 |

Bundle #  687337                              Pieces:       232   NET Board Feet:     872        2.058

| | | | | | | Width in Inches | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | 17 | | |
| FT | | | | | | | | | | | | | | |
| 7 | | 12 | 17 | 10 | 5 | 4 | 3 | 4 | 1 | | | | | 197 | .465 |
| 8 | 2 | 26 | 28 | 36 | 10 | 13 | 10 | 14 | 6 | 4 | 2 | 1 | 1 | 693 | 1.635 |

Bundle #  687339                              Pieces:       209   NET Board Feet:     890        2.100

| | | | | | | Width in Inches | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | | |
| FT | | | | | | | | | | | | | |
| 7 | 1 | 7 | 13 | 16 | 7 | 2 | 4 | 3 | 1 | | | | 195 | .460 |
| 8 | 1 | 17 | 28 | 43 | 12 | 14 | 17 | 10 | 2 | 5 | 1 | 1 | 686 | 1.618 |

Bundle #  687341                              Pieces:       205   NET Board Feet:     881        2.078

| | | | | | | Width in Inches | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | |
| FT | | | | | | | | | | | | | |
| 7 | | 9 | 16 | 10 | 4 | 3 | 1 | 1 | | 1 | | 151 | .358 |
| 8 | 6 | 24 | 35 | 50 | 15 | 16 | 13 | 4 | 4 | 4 | 2 | 731 | 1.723 |

Bundle #  687345                              Pieces:       218   NET Board Feet:     882        2.081

Baillie00223

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page: 3

Date: 6/25/14

Ship To ..... PMP-47110-4

Material .... 4/4 Red Oak #1 Common Kiln Dried

| | | | | | Width in Inches | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | | | | BF | M3 |
| FT | | | | | | | | | | | | | | | | |
| 6 | 3 | 37 | 48 | 53 | 20 | 26 | 11 | 7 | 4 | 5 | 1 | | | | 676 | 1.596 |
| | | | | | | | | | | | | | | NET | --------- | --------- |
| Bundle # | 687355 | | | | | | | Pieces: | | 215 | | Board Feet: | | | 676 | 1.596 |

| | | | | | Width in Inches | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | | | | BF | M3 |
| FT | | | | | | | | | | | | | | | | |
| 13 | 16 | 10 | 6 | 6 | 2 | 2 | 3 | 1 | | | | | | | 290 | .683 |
| 14 | 30 | 29 | 18 | 2 | 3 | 11 | 1 | | 1 | 2 | | | | | 688 | 1.623 |
| | | | | | | | | | | | | | | NET | --------- | --------- |
| Bundle # | 688041 | | | | | | | Pieces: | | 151 | | Board Feet: | | | 978 | 2.306 |

| | | | | | Width in Inches | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 16 | | | BF | M3 |
| FT | | | | | | | | | | | | | | | | |
| 7 | | 6 | 5 | 14 | 10 | 4 | 3 | 2 | 1 | | 1 | | | | 180 | .425 |
| 8 | 2 | 48 | 29 | 40 | 11 | 15 | 12 | 7 | 3 | 3 | 2 | 1 | | | 713 | 1.682 |
| | | | | | | | | | | | | | | NET | --------- | --------- |
| Bundle # | 688133 | | | | | | | Pieces: | | 219 | | Board Feet: | | | 893 | 2.107 |

**AGCS Marine Insurance Company**
One Chase Manhattan Plaza 37th Floor • New York, New York 10005-1423
Tel. 800-235-8029    Fax. 212-524-9362

SPECIAL CARGO POLICY

DUPLICATE-ORIGINAL UNPAID

| ASSURED/SHIPPER | | REGION CODE | DOCUMENT NO. | SP 84016 |
|---|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | | | EXPORT REFERENCES | INS67261 |
| | | | HOU392637 | |

CONSIGNEE and INSURED DESTINATION *unless otherwise specified below* •
TO ORDER OF SHIPPER

FORWARDING AGENT - REFERENCES
INV NO.  49203

POINT AND COUNTRY OF ORIGIN
U.S.A.

NOTIFY PARTY
BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F BUILDING 4, INTERWEST BUSINESS CTR
NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING, CHINA 100048
TEL. 86-10-68799791  FAX 86-10-68799756

DOMESTIC ROUTING/EXPORT INSTRUCTIONS

PIER OR AIRPORT
NEW YORK, NY

| EXPORTING CARRIER *(Vessel/Airline)*<br>UASC SHUAIBA 1425W | PORT OF LOADING<br>NEW YORK | ONWARD INLAND ROUTING |
|---|---|---|
| AIR/SEA PORT OF DISCHARGE<br>DALIAN | FOR TRANSSHIPMENT TO<br>DALIAN | |

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF GOODS INSURED AND THEIR PACKING<br>*Shipped subject to an Under Deck Bill of Lading unless otherwise specified hereon.* | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| PMF-47110-4<br>CCLU4443863<br>SEAL: T010856 | 13 | 4/4 Red Oak #1 Common KD | 46,907LB<br>21,277KG | 29.118M3<br>12,344' |

DATE OF POLICY
07/15/14

SUM INSURED
$ 23,762.20

AMOUNT INSURED
TWENTY-THREE THOUSAND SEVEN HUNDRED SIXTY-TWO AND 20/100 --- U.S.
DOLLARS

SPECIAL TERMS AND CONDITIONS: SHIPMENTS ON DECK OR AIR CARGO when insured under this Policy are subject to terms and conditions specified on the reverse side hereof. SHIPMENTS SUBJECT TO AN "UNDER DECK" BILL OF LADING AND SHIPMENTS IN CONTAINERS SUBJECT TO AN "UNDER DECK" BILL OF LADING OR A BILL OF LADING WHICH DOES NOT DISCLOSE THE NATURE OF STOWAGE ARE INSURED:

EXCLUDING SHIPMENTS TO OR FROM COUNTRIES WHICH ARE THE SUBJECT OF TRADE OR ECONOMIC EMBARGOES IMPOSED BY THE LAWS OR REGULATIONS OF THE UNITED STATES OF AMERICA.

AGAINST ALL RISKS OF PHYSICAL LOSS OR DAMAGE FROM ANY EXTERNAL CAUSE (EXCEPTING SUCH RISKS AS ARE EXCLUDED BY THE PARAMOUNT WARRANTIES IN THIS POLICY) IRRESPECTIVE OF PERCENTAGE.

*INSURED DESTINATION if other than consignee named above:

This insurance is also subject to the following American Institute Clauses current on the date of issuance of this policy:
MARINE EXTENSION CLAUSES    NUCLEAR EXCLUSION CLAUSE    S. R. & C. C. ENDORSEMENT    WAR RISK INSURANCE

When goods are so destined this insurance is subject to
SOUTH AMERICAN 60 DAY CLAUSE

THIS COMPANY, in consideration of an agreed premium and subject to the cargo policy terms and conditions (as referenced in top heading) in addition to special terms and conditions above and on the reverse hereof or stamped or endorsed hereon, does insure the named Assured on goods described above, valued at sum insured, to be shipped from Shipper's warehouse to the insured named destination above. Loss, if any, payable to the order of the Assured.

This Policy not transferable unless countersigned by an authorized representative of this Company or the Assured.

Countersigned

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Baillie00225

# CERTIFICATE OF ORIGIN

| 2 EXPORTER (Principal or seller-Lessee and address including ZIP Code) | | 5 DOCUMENT NUMBER | 5A. B/L OR AWB NUMBER |
|---|---|---|---|
| Baillie Lumber Co. 4002 Legion Drive P.O. Box 6 Hamburg, NY 14075 | ZIP CODE | | COO26800 |

**6 EXPORT REFERENCES**
HOU392637

**3. CONSIGNED TO**
TO ORDER OF SHIPPER

**7 FORWARDING AGENT (Name and address - references)**
INV NO. 49203

**8. POINT (STATE) OF ORIGIN OR FTZ NUMBER**
U.S.A.

**4 NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address)**
BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F BUILDING 4, INTERWEST BUSINESS CTR.
NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING, CHINA 100048
TEL. 86-10-68799791    FAX 86-10-68799756

**9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS**

**12 PRE-CARRIAGE BY**

**13 PLACE OF RECEIPT BY PRE-CARRIER**
NEW YORK, NY

**14 EXPORTING CARRIER**
UASC SHUAIBA 1425W

**15 PORT OF LOADING/EXPORT**
NEW YORK

**16 LOADING PIER/TERMINAL**

**16 FOREIGN PORT OF UNLOADING (Vessel and air only)**
DALIAN

**17 PLACE OF DELIVERY BY ON-CARRIER**
DALIAN

**11 TYPE OF MOVE**

**11.a CONTAINERIZED (Vessel only)**
[X] YES   [ ] NO

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| PMF-47110-4 CCLU4443863 SEAL: T010856 | 13 | 4/4 Red Oak #1 Common KD | 46,907LB 21,277KG | 29.118M3 12,344' |

Julie Mackey
Notary Public - State of New York
No. 01MA6093380
Qualified in Erie County
Commission Expires June 2, 2015

STACIE PHAN

The undersigned.....................................................(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America Dated at ............HAMBURG, NY.......... on the .........07..... day of ...............AUGUST.............. 20......14.....

Sworn to before me this.........07.. day of ......AUGUST.....................20..14.

HAMBURG CHAMBER OF COMMERCE

The..............................................................................., a recognized Chamber of Commerce
NEW YORK

under the laws of the State of............................................................., has examined the manufacturer's invoice or shipper's affidavit

concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated

in the United States of America.   Hamburg Chamber of Commerce Secretary..................................................
6122 South Park Ave
P.O. Box 848
Hamburg, New York 14075

Form X-561 A White, No 08630 46375PC
Appendix
800 438.0162 Rev 12/99

Baillie00226

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

### PHYTOSANITARY CERTIFICATE

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Mercer, Pennsylvania

NO. F-F-42085-04130475-7-N

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

DATE INSPECTED
July 08, 2014

**USDA**

### CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

### DESCRIPTION OF THE CONSIGNMENT

**7. NAME AND ADDRESS OF THE EXPORTER**
BAILLIE LUMBER CO.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, New York 14075-0006

**8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE**
BEIJING NEW BUILDING MATERIALS CO.,LTD.
10/F BUILDING 4, INTERWEST BUSINESS CTR.
NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING 100048 China

**9. NAME OF PRODUCE AND QUANTITY DECLARED**
(1)  12344 Board Feet, 29.118 Cubic Meters Red Oak
(Kiln dried lumber)

**10. BOTANICAL NAME OF PLANTS**
(1)  Quercus rubra

**11. NUMBER AND DESCRIPTION OF PACKAGES**
(1)  13 BUNDLES

**12. DISTINGUISHING MARKS**
(1)  PMF-47110-4     CCLU-444386-3

**13. PLACE OF ORIGIN**
(1)  Pennsylvania, USA

**14. DECLARED MEANS OF CONVEYANCE**
Ocean Vessel

**15. DECLARED POINT OF ENTRY**
DALIAN

**WARNING:** Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

NAPPO

Page  1  of  1

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|
| July 22, 2014 | Cathy J. Thompson | |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577        FEB 2001        Previous editions are obsolete after 6/30/01

Baillie00227

Page :1 of 2

中海集装箱运输(香港)有限公司
CHINA SHIPPING CONTAINER LINES (HONG KONG) CO., LTD.

# BILL OF LADING
Port-to-Port Combined Transport

| 1. Shipper | | |
|---|---|---|
| BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | Booking No. / Ref. No.<br>HOU192637<br>Export References<br>Shipper Reference:  BLC30747<br>Forwarder Reference: | Bill of Lading No.<br>NYCDLC000492 |

| 2. Consignee | |
|---|---|
| TO ORDER OF SHIPPER | Forwarding Agent, FMC No., CHB No. |
| | FMC                        CNR |
| | Point and Country of Origin<br>U.S.A. |

| 3. Notify Party (Carrier not to be responsible for failure to notify) | Also Notify - Routing & Instructions |
|---|---|
| BEIJING NEW BUILDING MATERIALS<br>CO., LTD. 10/F BUILDING 4, INTERWEST<br>BUSINESS CTR. NO.9 SOUTH ROAD,<br>SHOUTI HAIDIAN DISTRICT BEIJING,<br>CHINA 100048 TEL. 86-10-68799791* | EIN 161439224 |

| 4. Pre-carriage by | 5. Place of Receipt*<br>NEW YORK, NY | Pier / Terminal | Service Contract No. |
|---|---|---|---|
| 6. Ocean Vessel          Voy. No.<br>UASC SHUAIBA         1425W | 7. Port of Loading<br>NEW YORK | Type of Move (If Mixed Use as Appropriate)<br>CY/CY | 14PL09163 |
| 8. Port of Discharge<br>DALIAN | 9. Place of Delivery<br>DALIAN | 10. Final Destination (of the goods - not the ship)<br>DALIAN | |

## PARTICULARS FURNISHED BY SHIPPER

| 11. Marks & Nos.<br>Container Seal No. | 12. No. of Cus<br>or Pkgs. | 13. Kind of Packages: Description of Goods | 14. Gross Weight | 15. Measurement |
|---|---|---|---|---|
| PMF-47110-4<br>OCB INCLUSIVE OF DHC | 13 | 1 X 40GP<br>CONTAINER(S) SLAC<br>HARDWOOD LUMBER 12,344<br>HS CODE:4407910022<br>46,907LB<br>2,495 PIECES<br>FREIGHT PREPAID<br>*FAX 86-10-6879975( | 21277.000 KGS | 29.118 CBM |
| CONTAINER NO. FLAG. SEAL NO.<br>CCLU4443863  COC T010856 | | SIZE/TYPE   PKGS<br>40GP<br>LADEN ON BOARD  CNCL VANCOUVER<br>15-JUL-2014  AS AGENTS FOR THE CARRIER<br>AES X20140623907810 | WEIGHT<br>21277.000 KGS | 29.118 CBM |

SHIPPERS STOW, LOAD AND COUNT
THESE COMMODITIES,  TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE

| | 16. Description of Contents for Shipper's Use Only ( CARRIER NOT RESPONSIBLE ) |
|---|---|

| 17. Total No. Containers<br>or Packages ( in Words )    Thirteen | | | | | |
|---|---|---|---|---|---|
| Freight and Charges | Rate | Per | Cur | Prepaid | Collect |
| | | | | | |

RECEIVED in external apparent good order and condition. Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading receipt, said by the shipper to contain the goods described above, Which description the carrier has no reasonable means of checking and is not part of the Bill of Lading. One original Bill of Lading should be surrendered, except as provided for in clause 22 paragraph 4, in exchange for delivery of the shipment. Signed by the consigned, or duly enabled by the holder in due course. Whereupon the other original(s) leased shall be void, in accepting this Bill of Lading. The Merchants agree to be bound by all the items on the face and back hereof as if each had personally signed this Bill of Lading. WHEN the Place of Receipt of the Goods an inland point and has named herein, any notation of "ON BOARD" "SHIPPED ON BOARD" or words to like effect on this Bill of Lading, shall be deemed to mean on board the truck, trail car, air craft or other inland conveyance (as the case may be), performing carriage from the Place of Receipt of the Goods to the Port of Loading. SEE clause 4 on the back of this Bill of Lading (Terms Contained on the back hereof Read Carefully)

| 24. Ex. Rate: | 25. Prepaid at<br>HOUSTON, TX | 26. Payable at | 27. Place and Date of Issue<br>HOUSTON, TX    15-JUL-2014 |
|---|---|---|---|
| | 28. Total prepaid in | 29. No. of Original B(s)/L<br>THREE (3) | Signs:<br>China Shipping Container Line(NORTH AMERICA) Co.,<br>Ltd. (As Agents at the Carrier)<br><br>China Shipping Container Line(HONG KONG) Co., Ltd<br>(Carrier) |

By _____

Baillie00228

中海集装箱运输(香港)有限公司
CHINA SHIPPING CONTAINER LINES (HONG KONG) CO., LTD.

## BILL OF LADING
Port-to-Port Combined Transport

| 1. Shipper | Booking No. / Ref. No. | Bill of Lading No. |
|---|---|---|
| BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | HOU392637 | NYCDLCQ00493 |
| | Export References<br>Shipper Reference:   BLC30747<br>Forwarder Reference: | |

| 2. Consignee | Forwarding Agent, FMC No., CHB No. |
|---|---|
| TO ORDER OF SHIPPER | |
| | FMC                          CHB |
| | Point and Country of Origin<br>U.S.A. |

| 3. Notify Party (Carrier not to be responsible for failure to notify) | Also Notify - Routing & Instructions |
|---|---|
| BEIJING NEW BUILDING MATERIALS<br>CO., LTD. 10/F BUILDING 4, INTERWEST<br>BUSINESS CTR. NO.9 SOUTH ROAD,<br>SHOUTI HAIDIAN DISTRICT BEIJING,<br>CHINA 100048 TEL. 86-10-68799791* | EIN 161439224 |

| 4. Pre-carriage by* | | 4. Place of Receipt*<br>NEW YORK, NY | Port / Terminal | Service Contract No.<br>14TI09163 |
|---|---|---|---|---|
| 5. Ocean Vessel<br>UASC SHUAIBA | Voy. No.<br>1425W | 7. Port of Loading<br>NEW YORK | Type of Move (If Mixed Use as Appropriate)<br>CY/CY | |
| 8. Port of Discharge<br>DALIAN | | 9. Place of Delivery*<br>DALIAN | 10. Final Destination (of the goods - not the ship)<br>DALIAN | |

### PARTICULARS FURNISHED BY SHIPPER

| 11. Marks & Nos.<br>Container Seal No | 12. No. of Cns<br>or Pkgs | 13. Kind of Packages; Description of Goods | 14. Gross Weight | 15. Measurement |
|---|---|---|---|---|
| EXPORT ADMINISTRATION REGULATIONS. DIVERSION STATES IN ACCORDANCE WITH CONTRARY TO U.S. LAW PROHIBITED. | | | | |

*Original*

| 16. Description of Contents for Shipper's Use Only ( CARRIER NOT RESPONSIBLE ) |
|---|

| 17. Total No. Containers<br>or Packages ( in Words )   Thirteen | | | | | |
|---|---|---|---|---|---|
| Freight and Charges | Rate | Per | Curr | Prepaid | Collect |
| | | | | | |

RECEIVED in external apparent good order and condition. Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading receipt, said by the shipper to contain the goods described above, Which describes the carrier has no reversable means of checking and is not part of the Bill of Lading. One original bill of Lading should be surrendered, except as provided for in clause 22 paragraph 4, in exchange for delivery of the shipment. Signed by the consigned, or duly endorsed by the holder in due course. Whereupon the other original(s) issued shall be void, in accepting this Bill of Lading. The Merchants agree to be bound by all the terms on the face and back hereof as if each had personally signed this Bill of Lading. WHEN the Place of Receipt of the Goods an inland point and is so named herein, any notation of "ON BOARD" "SHIPPED ON BOARD" or words to like effect on this Bill of Lading, shall be deemed to mean on board the truck, rail car, air craft or other inland conveyance (as the case may be), performing carriage from the Place or Receipt of the Goods to the Port of Loading. SEE cause 4 on the back of this Bill of Lading (Terms Combined on the back hereof Read Carefully)

| 24. Ex. Rates: | 25. Prepaid at<br>HOUSTON, TX | 26. Payable at | 27. Place and Date of Issue<br>HOUSTON, TX      15-JUL-2014 |
|---|---|---|---|
| | 28. Total prepaid in | 29. No. of Original B(s)L<br>THREE (3) | Sign:<br>China Shipping Container Lines (NORTH AMERICA) Co.,<br>ltd. (As Agents for the Carrier) |
| By | | | Per<br>China Shipping Container lines (HONG KONG) Co. ltd<br>(Carrier) |

Baillie00229

**TERMS AND CONDITIONS**
(Large Print As Additions Required)

The dense fine print of the contract terms and conditions is not legible for faithful transcription.

**Baillie Lumber Co.**
**4002 LEGION DRIVE**
**P.O. BOX 6**
**HAMBURG, NY 14075**

Baillie00230

TERMS AND CONDITION
(Large Print Available on Request)

1. DEFINITIONS

"Carrier" means CHINA SHIPPING CONTAINER LINES (Hong Kong) CO., LTD.

[illegible]

2. CARRIER'S TARIFF

[illegible]

3. SUB-CONTRACTING, INDEMNITY AND CERTAIN DEFENSES, EXEMPTIONS AND LIMITATIONS

[illegible]

4. CARRIER'S RESPONSIBILITY

[illegible]

5. NOTICE OF CLAIM AND TIME BAR

[illegible]

6. LOSS OR DAMAGE

[illegible]

7. LIMITATION OF LIABILITY

[illegible]

8. FIRE

[illegible]

9. CARRIER'S CONTAINERS

[illegible]

10. MERCHANTS STUFFED CONTAINER

[illegible]

11. MERCHANT'S DESCRIPTION

[illegible]

12. MERCHANT'S RESPONSIBILITY

[illegible]

13. FREIGHT AND CHARGES

[illegible]

14. INSPECTION OF THE GOODS

[illegible]

15. CARRIAGE AFFECTED BY CONDITION OF THE GOODS

[illegible]

16. LIENS

[illegible]

17. DECK CARGO, ANIMALS AND PLANTS

[illegible]

18. METHODS AND ROUTES OF CARRIAGE

[illegible]

19. MATTERS AFFECTING PERFORMANCE

[illegible]

20. DANGEROUS GOODS

[illegible]

21. SPECIAL, REFRIGERATED OR HEATED CONTAINERS

[illegible]

22. NOTIFICATION AND DELIVERY

[illegible]

23. GENERAL AVERAGE AND SALVAGE

[illegible]

24. BOTH TO BLAME COLLISION

[illegible]

25. NON-VESSEL-OPERATING COMMON CARRIERS

[illegible]

26. LAW AND JURISDICTION

[illegible]

27. VARIATION OF THE CONTRACT

[illegible]

28. NEW JASON CLAUSE

[illegible]

Baillie Lumber Co.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

[signature]

Contract Number: 47110 PMF-47110-5

Value of the Transaction: $21,456.75



**SALES INVOICE:** 49599

**DATE:** 7/16/14

LUMBER CO. - P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**PO/CONTRACT#:**

BEIJING NEW BUILDING MATERIALS CO., LTD.          **ROUTE:** CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District          **ACK:** 47110
Beijing, China 100048
Tel. 86-10-68799791   Fax 86-10-68799756          **MARKS:** PMF-47110-5

**SHIP TO:**                                       **DEL'Y PT.:** CIF DALIAN

                                                   **TERMS:** WIRE TRANSFER

                                                   **MEASUREMENT:** NET

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| 4/4 Red Oak #1 Common Kiln Dried | 12261 | $1750 | $21,456.75 |

2430 PIECES   15 PACKS
EXPORT TALLIES ENCLOSED

**Bank Charges:**  All banking charges are for applicant's
                   account except HSBC New York bank charges are
                   for the beneficiary's account.

**Payment**        Wire transfer of funds to:
**Details:**       HSBC Bank USA, New York, NY,
                   SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
                   for further credit to Baillie Lumber Co.,
                   Account #860-34492-4.

THE WPM USED IN THIS SHIPMENT HAS BEEN
HEAT TREATED AS PER ISPM 15 AND IPPC
MARKED.

## Baillie Lumber Co.
### 4002 LEGION DRIVE
### P.O. BOX 6
### HAMBURG, NY 14075

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

| TOTAL: | $21,456.75 |
|---|---|
| | US Funds |

Baillie00232

```
                        Baillie Lumber Co.                    Page:   1
                        4002 Legion Drive
                        P.O. Box 6
                        Hamburg            NY
                                     14075
                        P A C K I N G   L I S T

              B U N D L E   S U M M A R Y   S H E E T
```

Ship To ..... PKF-47110-5


Material .... 4/4 Red Oak #1 Common Kiln Dried

| Bk# | Product | Lengths | | Pcs | BF | M3 |
|---|---|---|---|---|---|---|
| 687297 | 4/4 Red Oak | 11 | 12 | 38 | 236 | .557 |
| 689104 | 4/4 Red Oak | 7 | 8 | 201 | 889 | 2.096 |
| 689105 | 4/4 Red Oak | 7 | 8 | 217 | 887 | 2.092 |
| 689108 | 4/4 Red Oak | 7 | 8 | 121 | 407 | .959 |
| 689113 | 4/4 Red Oak | 8 | | 118 | 366 | .862 |
| 690043 | 4/4 Red Oak | 15 | 16 | 94 | 883 | 2.081 |
| 690045 | 4/4 Red Oak | 13 | 14 | 99 | 854 | 2.012 |
| 690052 | 4/4 Red Oak | 11 | 12 | 216 | 1,365 | 3.217 |
| 690072 | 4/4 Red Oak | 9 | 10 | 201 | 1,123 | 2.648 |
| 690074 | 4/4 Red Oak | 9 | 10 | 211 | 1,119 | 2.638 |
| 690083 | 4/4 Red Oak | 9 | 10 | 205 | 1,125 | 2.651 |
| 690132 | 4/4 Red Oak | 7 | 8 | 218 | 879 | 2.075 |
| 690133 | 4/4 Red Oak | 7 | 8 | 199 | 910 | 2.145 |
| 690138 | 4/4 Red Oak | 7 | 8 | 187 | 897 | 2.119 |
| 690175 | 4/4 Red Oak | 6 | | 105 | 321 | .757 |

| Total Bundles: | 15 | | | 2,430 | 12,261 | 28.909 |
|---|---|---|---|---|---|---|
| | | | | | NET | |

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Baillie00233

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   1

Date:  7/16/14

Ship To ..... PMP-47110-5

Material .... 4/4 Red Oak #1 Common Kiln Dried

| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FT** | | | | | | | | | | | | | Width in Inches | |
| 11 | 1 | 1 | 4 | 2 | | 1 | 1 | 1 | | | | 1 | 74 | .174 |
| 12 | 5 | 4 | 1 | 6 | 3 | 3 | 1 | | 1 | 1 | 1 | | 162 | .363 |

Bundle # 687297          Pieces:     38     NET Board Feet:     236     .557

| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FT** | | | | | | | | | | | | | | Width in Inches | |
| 7 | 1 | 8 | 12 | 13 | 3 | 4 | 4 | 3 | 1 | | | | 1 | 187 | .441 |
| 8 | | 17 | 31 | 31 | 15 | 15 | 17 | 14 | 7 | 2 | 1 | 1 | | 702 | 1.655 |

Bundle # 689104          Pieces:    201     NET Board Feet:     889     2.096

| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FT** | | | | | | | | | | | Width in Inches | |
| 7 | 1 | 10 | 9 | 12 | 4 | 3 | 5 | 1 | | | 155 | .365 |
| 8 | 3 | 31 | 31 | 43 | 19 | 16 | 11 | 8 | 7 | 3 | 732 | 1.727 |

Bundle # 689105          Pieces:    217     NET Board Feet:     887     2.092

| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 14 | 15 | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FT** | | | | | | | | | | | Width in Inches | |
| 7 | 6 | 23 | 9 | 8 | 3 | | 2 | 2 | | | 154 | .362 |
| 8 | 7 | 24 | 13 | 9 | 4 | 4 | 3 | | 3 | 1 | 253 | .597 |

Bundle # 689108          Pieces:    121     NET Board Feet:     407     .959

| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FT** | | | | | | | | | | | | Width in Inches | |
| 6 | 37 | 17 | 29 | 7 | 10 | 7 | 3 | 3 | 3 | 1 | 1 | 366 | .862 |

Bundle # 689113          Pieces:    118     NET Board Feet:     366     .862

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   2

Date:  7/16/14
      Ship To ..... PMF-47110-S

      Material .... 4/4 Red Oak #1 Common Kiln Dried

| | | | | | | Width in Inches | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | | BF | M3 |
| FT | | | | | | | | | | | | | | | |
| 15 | | 1 | 1 | 5 | 1 | 4 | 2 | | | 1 | 1 | 1 | | 171 | .403 |
| 16 | 1 | 5 | 6 | 35 | 6 | 9 | 3 | 6 | 3 | 2 | 1 | | | 712 | 1.678 |

Bundle #  690042                     Pieces:        94   NET Board Feet:   883   2.081

| | | | | | | Width in Inches | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 16 | | BF | M3 |
| FT | | | | | | | | | | | | | | | |
| 13 | 3 | 6 | 11 | 5 | 1 | 3 | 6 | 1 | 2 | 1 | 1 | 1 | | 343 | .808 |
| 14 | 2 | 4 | 13 | 11 | 14 | 3 | 7 | 3 | 1 | | | | | 511 | 1.204 |

Bundle #  690045                     Pieces:        99   NET Board Feet:   854   2.012

| | | | | | | Width in Inches | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
| FT | | | | | | | | | | | |
| 11 | | 5 | 17 | 11 | 5 | 7 | 2 | 2 | 2 | | 295 | .694 |
| 12 | 2 | 14 | 38 | 52 | 16 | 17 | 11 | 9 | 3 | 3 | 1,070 | 2.523 |

Bundle #  690052                     Pieces:       316   NET Board Feet:  1,365   3.217

| | | | | | | Width in Inches | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 13 | 13 | 14 | 15 | 16 |
| FT | | | | | | | | | | | | | | |
| 9 | 1 | 10 | 7 | 4 | 5 | | 5 | 2 | 3 | | 1 | | | 186 | .438 |
| 10 | 7 | 21 | 26 | 41 | 15 | 9 | 15 | 14 | 5 | 4 | 2 | 1 | 2 | 1 | 937 | 2.210 |

Bundle #  690072                     Pieces:       201   NET Board Feet:  1,123   2.648

| | | | | | | Width in Inches | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 |
| FT | | | | | | | | | | | | |
| 9 | 1 | 13 | 9 | 7 | 6 | 2 | 7 | 4 | 1 | 1 | | 245 | .577 |
| 10 | 2 | 33 | 18 | 56 | 9 | 10 | 9 | 6 | 3 | 4 | 1 | 874 | 2.061 |

Bundle #  690074                     Pieces:       211   NET Board Feet:  1,119   2.638

Baillie00235

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   3

Date:  7/16/14

Ship To .... PMF-47110-5

Material ... 4/4 Red Oak #1 Common Kiln Dried

| | | | | | Width in Inches | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | | BF | M3 |
| FT | | | | | | | | | | | | | | | |
| 9 | 4 | 15 | 16 | 8 | 10 | 10 | 3 | 2 | 2 | 2 | | | | 380 | .914 |
| 10 | 24 | 17 | 32 | 16 | 18 | 17 | 3 | 4 | | 2 | | | | 737 | 1.737 |
| | | | | | | | | | | | | | NET | ---------- | ---------- |
| Bundle # | 690083 | | | | | | Pieces: | | 205 | | Board Feet: | | | 1,125 | 2.651 |

| | | | | | Width in Inches | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | BF | M3 |
| FT | | | | | | | | | | | | | | |
| 7 | 3 | 14 | 20 | 15 | 5 | 12 | 2 | 3 | 3 | | | | 287 | .677 |
| 8 | 4 | 26 | 23 | 29 | 13 | 10 | 16 | 7 | 6 | 2 | | | 592 | 1.398 |
| | | | | | | | | | | | | NET | ---------- | ---------- |
| Bundle # | 690132 | | | | | | Pieces: | | 218 | | Board Feet: | | 879 | 2.075 |

| | | | | | Width in Inches | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | 16 | BF | M3 |
| FT | | | | | | | | | | | | | | | |
| 7 | | 3 | 7 | 8 | 3 | 2 | 3 | 2 | 1 | | 1 | | | 119 | .280 |
| 8 | 1 | 18 | 27 | 37 | 20 | 24 | 20 | 12 | 4 | 2 | 3 | | 1 | 791 | 1.865 |
| | | | | | | | | | | | | | NET | ---------- | ---------- |
| Bundle # | 690133 | | | | | | Pieces: | | 199 | | Board Feet: | | 910 | 2.145 |

| | | | | | Width in Inches | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | BF | M3 |
| FT | | | | | | | | | | | | | | | |
| 7 | | 5 | 7 | 17 | 4 | 11 | 4 | 4 | 2 | 1 | 1 | 2 | | 247 | .584 |
| 8 | 1 | 6 | 19 | 27 | 15 | 13 | 22 | 12 | 9 | 3 | 2 | | 1 | 650 | 1.535 |
| | | | | | | | | | | | | | NET | ---------- | ---------- |
| Bundle # | 690138 | | | | | | Pieces: | | 187 | | Board Feet: | | 897 | 2.119 |

| | | | | | Width in Inches | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 12 | 13 | | BF | M3 |
| FT | | | | | | | | | | | | | |
| 6 | 2 | 18 | 22 | 29 | 16 | 9 | 3 | 3 | 2 | 1 | | 321 | .757 |
| | | | | | | | | | | | NET | ---------- | ---------- |
| Bundle # | 690175 | | | | | Pieces: | | 105 | | Board Feet: | | 321 | .757 |

Baillie00236

# CERTIFICATE OF ORIGIN

| 1 EXPORTER (Principal or seller-licensee and address including ZIP Code) | | 2 DOCUMENT NUMBER | | 2A. B/L OR AWB NUMBER |
|---|---|---|---|---|

Baillie Lumber Co.
4002 Legion Drive
P.O. Box 6
Hamburg, NY 14075

*ZIP CODE*

**C0026929**

6 EXPORT REFERENCES

YHU291027

3 CONSIGNED TO

TO ORDER OF SHIPPER

7 FORWARDING AGENT (Name and address - references)

INV NO.   49599

8 POINT (STATE) OF ORIGIN OR FTZ NUMBER

U.S.A.

4 NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address)

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F BUILDING 4, INTERWEST BUSINESS CTR.
NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING, CHINA 100048
TEL. 86-10-68799791   FAX 86-10-68799756

9 DOMESTIC ROUTING/EXPORT INSTRUCTIONS

| 12 PRE-CARRIAGE BY | 13 PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | PITTSBURGH |

| 14 EXPORTING CARRIER | 15 PORT OF LOADING/EXPORT | 10 LOADING PIER/TERMINAL |
|---|---|---|
| HANJIN LOS ANGELES 012W | NEW YORK | |

| 16 FOREIGN PORT OF UNLOADING (Vessel and air only) | 17 PLACE OF DELIVERY BY ON-CARRIER | 11 TYPE OF MOVE | 11 a CONTAINERIZED (Vessel only) |
|---|---|---|---|
| PUSAN | DALIAN | | ☒ YES   ☐ NO |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (KGS) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| PMF-47110-5 DFSU4061688 SEAL: TO10850 | 15 | 4/4 Red Oak #1 Common Kiln Dried | 46,592LB 21,134KG | 28.909M3 12,261' |

Connie Lotocki
Notary Public, State of New York
No. 01LO6094210
Qualified in Erie County
Commission Expires June 16, 2015

KIM LOTOCKI

The undersigned.............................................................(Owner or Agent), does hereby declare for the above named shipper, the goods

as described above were shipped on the above date and consigned as indicated and are products of the United States of

America. Dated at ...........HAMBURG, NY.......... on the ......11...... day of ..........AUGUST.......... 20...14

Sworn to before me this ....11.. day of .....AUGUST...... 20 ..14.

SIGNATURE OF OWNER OR AGENT

The..........HAMBURG CHAMBER OF COMMERCE...................................., a recognized Chamber of Commerce

under the laws of the State of.............NEW YORK................................, has examined the manufacturer's invoice or shipper's affidavit

concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated

in the United States of America.   Hamburg Chamber of Commerce Secretary.............................

Hamburg Chamber of Commerce
6122 South Park Ave
P.O. Box 848
Hamburg, New York 14075

Form X-501-A   Wilse No. D0630 46375PC
Aspragon
(803-290-0162 Rev. 12/90)

**Baillie00237**

**AGCS Marine Insurance Company**
One Chase Manhattan Plaza 37th Floor • New York, New York 10005-1423
Tel. 800-235-6029    Fax. 212-524-9362

SPECIAL CARGO POLICY

ORIGINAL-DUPLICATE UNPAID

| ASSURED/SHIPPER | REGION CODE | DOCUMENT NO. | SP 84113 |
|---|---|---|---|

Baillie Lumber Co.
4002 Legion Drive
P.O. Box 6
Hamburg, NY 14075

EXPORT REFERENCES    INS67394

YHU291027

CONSIGNEE and INSURED DESTINATION unless otherwise specified below •
TO ORDER OF SHIPPER

FORWARDING AGENT - REFERENCES
INV NO.   49599

POINT AND COUNTRY OF ORIGIN
U.S.A.

NOTIFY PARTY
BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F BUILDING 4, INTERWEST BUSINESS CTR
NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING, CHINA 100048
TEL. 86-10-68799791  FAX 86-10-68799756

DOMESTIC ROUTING/EXPORT INSTRUCTIONS

PIER OR AIRPORT
PITTSBURGH

EXPORTING CARRIER (Vessel/Airline)
HANJIN LOS ANGELES 012W NEW YORK

PORT OF LOADING

ONWARD INLAND ROUTING

AIR/SEA PORT OF DISCHARGE
PUSAN

FOR TRANSSHIPMENT TO
DALIAN

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF GOODS INSURED AND THEIR PACKING *Shipped subject to an Under Deck Bill of Lading unless otherwise specified herein.* | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| PMF-47110-5<br>DFSU4061688<br>SEAL: T010850 | 15 | 4/4 Red Oak #1 Common Kiln Dried | 46,592LB<br>21,134KG | 28.909M3<br>12,261' |

| DATE OF POLICY 08/05/14 | SUM INSURED $ 23,602.43 | AMOUNT IN WORDS TWENTY THREE THOUSAND SIX HUNDRED TWO AND 43/100 U.S. DOLLARS |
|---|---|---|

SPECIAL TERMS AND CONDITIONS: SHIPMENTS ON DECK or AIR CARGO when insured under this Policy are subject to terms and conditions specified on the reverse side hereof. SHIPMENTS SUBJECT TO AN "UNDER DECK" BILL OF LADING AND SHIPMENTS IN CONTAINERS SUBJECT TO AN "UNDER DECK" BILL OF LADING OR A BILL OF LADING WHICH DOES NOT DISCLOSE THE NATURE OF STOWAGE ARE INSURED.

EXCLUDING SHIPMENTS TO OR FROM COUNTRIES WHICH ARE THE SUBJECT OF TRADE OR ECONOMIC EMBARGOES IMPOSED BY THE LAWS OR REGULATIONS OF THE UNITED STATES OF AMERICA.

AGAINST ALL RISKS OF PHYSICAL LOSS OR DAMAGE FROM ANY EXTERNAL CAUSE (EXCEPTING SUCH RISKS AS ARE EXCLUDED BY THE PARAMOUNT WARRANTIES IN THIS POLICY) IRRESPECTIVE OF PERCENTAGE.

*INSURED DESTINATION if other than consignee named above•

| This insurance is also subject to the following American Institute Clauses current on the date of issuance of this policy: MARINE EXTENSION CLAUSES      NUCLEAR EXCLUSION CLAUSE      S. R. & C. C. ENDORSEMENT      WAR RISK INSURANCE | When goods are so desired this insurance is subject to SOUTH AMERICAN 60 DAY CLAUSE |
|---|---|

THIS COMPANY, in consideration of an agreed premium and subject to the cargo policy terms and conditions (as referenced in top heading) in addition to special terms and conditions above and on the reverse hereof or stamped or endorsed hereon, does insure the named Assured on goods described above, valued at sum insured, to be shipped from Shipper's warehouse to the insured named destination above. Loss, if any, payable to the order of the Assured.

This Policy not transferable unless countersigned by an authorized representative of this Company or the Assured.

Countersigned:

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Secretary                    President

**Baillie00238**

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

## PHYTOSANITARY CERTIFICATE

**FOR OFFICIAL USE ONLY**

PLACE OF ISSUE
Mercer, Pennsylvania

NO. **F-F-42085-04133855-7-N**

**USDA**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

DATE INSPECTED
July 22, 2014

## CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

### DESCRIPTION OF THE CONSIGNMENT

| 7. NAME AND ADDRESS OF THE EXPORTER | 8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE |
|---|---|
| BAILLIE LUMBER CO. <br> 4002 LEGION DRIVE <br> P.O. BOX 6 <br> HAMBURG, New York 14075-0006 | BEIJING NEW BUILDING MATERIALS CO., LTD. <br> 30/F BUILDING.4, INTERWEST BUSINESS CTR. <br> NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT <br> BEIJING 100048 China |

| 9. NAME OF PRODUCE AND QUANTITY DECLARED | 10. BOTANICAL NAME OF PLANTS |
|---|---|
| (1)  12261 Board Feet, 28.909 Cubic Meters Red oak (Kiln dried lumber) | (1)  Quercus rubra |

| 11. NUMBER AND DESCRIPTION OF PACKAGES | 12. DISTINGUISHING MARKS |
|---|---|
| (1)  15 BUNDLES | (1)  PMP-4711C-5   DFSU-406168-8 |

| 13. PLACE OF ORIGIN | 14. DECLARED MEANS OF CONVEYANCE |
|---|---|
| (1)  Pennsylvania, USA | Ocean Vessel |
| | 15. DECLARED POINT OF ENTRY <br> DALIAN |

**WARNING:** Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

NAPPC

Page 1 of 1

| 16. DATE ISSUED <br> July 28, 2014 | 17. NAME OF AUTHORIZED OFFICER (Type or Print) <br> Cathy J. Thompson | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577        FEB 2001        Previous editions are obsolete after 6/30/01

SHIPPER'S ORIGINAL

Baillie00239





ORIGINAL
BILL OF LADING

| | |
|---|---|
| Shipper BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | Booking No. YHU291027    B/L No. YMLUE144274515 |
| | Export References<br>BLC31404 |
| Consignee (non-negotiable unless consigned to order)<br>TO ORDER OF SHIPPER | Forwarding agent references |
| Notify Party<br>BEIJING NEW BUILDING MATERIALS<br>CO., LTD.<br>10/F BUILDING 4, INTERWEST BUSINESS<br>CTR. NO.9 SOUTH ROAD,SHOUTI HAIDIAN<br>DISTRICT, BEIJING, CHINA 100048<br>TEL. 86-10-68799791 | Point and Country of origin of goods<br>U.S.A.<br>ALSO NOTIFY<br>* FAX 86-10-68799756 |
| *Precarried by    *Place of Receipt<br>PITTSBURGH | Onward inland routing |
| Vessel   Voy No. 0123W flag<br>HANJIN LOS ANGELES   Port of Loading<br>NEW YORK | |
| Port of Discharge<br>PUSAN    *Place of Delivery<br>DALIAN | Delivery status |

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | |
|---|---|---|---|
| | 1 CTNR | SHIPPER'S LOAD & COUNT.<br>15 PACKAGES   2430 PIECE(S)   21134.000KGS    28.909CBM | |
| PMF-47110-5 | | ITN:X20140708696187<br>HARDWOOD LUMBER 12,261'<br>HS CODE: 4407910022<br>46,592LB<br>NO SED AES4 EIN 161439224<br><br>THE WPM USED IN THIS SHIPMENT HAS<br>BEEN HEAT TREATED AS PER ISPM 15<br>AND IPPC MARKED | FREIGHT PREPAID<br>LOADED ON M/V :<br>HANJIN LOS ANGELES<br>VOY :0123W<br>AT:NEW YORK<br>ON :08/05/2014<br>CRD:07/25/2014 |
| DFSU4061688   40DC FCL FCL | | T010850    15 PACKAGES<br><br>               21134.000KGS      28.909CBM | |

These Commodities, Technology or Software were Exported from the UNITED STATES in Accordance
with the Export Administration Regulations. Diversion Contrary to US Law Prohibited.

| | | | |
|---|---|---|---|
| Declared Value $ | Place and Date of issue CHICAGO | | 08/05/2014 |
| | AW1427W   On Board Date | | 08/05/2014 |
| ITEM NO.| WGHG | RATED AS | PER | CURR. | PREPAID | COLLECT | B/L No. YMLUE144274515 |

The receipt, custody, carriage and delivery of the goods are subject to
the terms appearing on the face and back, hereof and to carrier's
applicable tariff. If required by the carrier, this Bill of Lading duly
endorsed shall be surrendered in exchange for the goods on Delivery
Order.
IN WITNESS WHEREOF, the undersigned has signed Full set of Bills
of Lading, all of the same tenor and date, one of which being
accomplished, the others to stand void

Yang Ming (America)
Corporation.

*Michelle Kao*

By
as agent for Yang Ming Marine Transport Corporation, as carrier

| | | |
|---|---|---|
| Rate of exchange | Grand Total | |
| Number of Original Bill(s)   3 | | |
| | Payable at | |

*:Applicable only when used for multimodal or through transportation

Baillie00240


# YANG MING

COPY NON-NEGOTIABLE
BILL OF LADING

| Shipper BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | Booking No. YHU291027 | B/L No YMLUE144274515 |
|---|---|---|
| | Export References<br>BLC31404 | |
| Consignee (non-negotiable unless consigned to order)<br>TO ORDER OF SHIPPER | Forwarding agent references | |
| Notify Party<br>BEIJING NEW BUILDING MATERIALS<br>CO., LTD.<br>10/F BUILDING 4, INTERWEST BUSINESS<br>CTR. NO.9 SOUTH ROAD, SHOUTI HAIDIAN<br>DISTRICT, BEIJING, CHINA 100046<br>86-10-68799701 * | Point and Country of origin of goods<br>U.S.A.<br>ALSO NOTIFY<br>* FAX 86-10-68799756 | |

| *Precarried by | *Place of Receipt<br>PITTSBURGH | Onward inland routing | |
|---|---|---|---|
| Vessel      Voy No. 0123W flag<br>HANJIN LOS ANGELES | Port of Loading<br>NEW YORK | | |
| Port of Discharge<br>PUSAN | *Place of Delivery<br>DALIAN | Delivery status | |

PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | | |
|---|---|---|---|---|
| | 1 CTNR | SHIPPER'S LOAD & COUNT.<br>15 PACKAGES    2430 PIECE(S)   21134.000KGS    28.909CBM | | |
| PMF-47110-5 | | ITN:X20140208696187<br>HARDWOOD LUMBER 12,261'<br>HS CODE: 4407910022<br>46,592LB<br>NO SED AES4 EIN 161439224<br>THE WPM USED IN THIS SHIPMENT HAS<br>BEEN HEAT TREATED AS PER ISPM 15<br>AND IPPC MARKED | FREIGHT PREPAID<br>LOADED ON M/V :<br>HANJIN LOS ANGELES<br>VOY :0123W<br>AT:NEW YORK<br>ON :08/05/2014<br>CRD :07/25/2014 | |
| DFSU4061688    40DC FCL FCL | | T010850      15 PACKAGES<br>                        21134.000KGS    28.909CBM | | |

These Commodities, Technology or Software were Exported from the UNITED STATES in Accordance
with the Export Administration Regulations. Diversion Contrary to US Law Prohibited.

| Declared value $ ...if Merchant enters value of Goods herein plus the applicable<br>ad valorem rate Carrier's Package limitation of liability apply. See Clause 13 (25.4.7) hereof | | | Place and Date of issue  CHICAGO | | 08/05/2014 |
|---|---|---|---|---|---|
| | | | AW14274 | On Board Date | 08/05/2014 |
| DELIVD | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | B/L No YMLUE144274515 |

The intrinsic carriage, carriage and delivery of the goods are subject
to the terms appearing on the face and back hereof and the carrier's
applicable tariff. If duly set by the carrier. One B/L of Lading duly
endorsed must be surrendered in exchange for the goods or Delivery
Order.
IN WITNESS WHEREOF the undersigned has signed this set of
Bills of Lading all of the same tenor and date, one of which being
accomplished, the others to stand void.
Yang Ming (America)
Corporation.

| Rate of exchange | Grand Total | |
|---|---|---|
| Number of Original Bill(s)  3 | | |
| | Payable at | By<br>as Agent for Yang Ming Marine Transport Corporation, as carrier |

* Applicable only when used for multimodal or through transportation

Baillie00241

Contract Number: 47178 PF-54606

Value of Transactions: $20,380.50



**Baillie**

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0005
716-649-2850

ACKNOWLEDGEMENT:    PMF    47178

DATE:  6/13/14

Ask us about our Ripping Programs.

TO:

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791 Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE:   CTR

F.O.B.   CIF DALIAN

MARKS:

TERMS:   WIRE TRANSFER

MEASUREMENT:   NET

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 Red Oak #1 Common Kiln Dried<br>WIDTHS:  4" & WIDER<br>LENGTHS: 6' & LONGER<br><br>SHIPMENT:  40' Container - port to port.  All<br>terminal charges, inland freight and unloading<br>container costs for buyer's account.<br><br>Bank Charges:  All banking charges are for applicant's<br>account except HSBC New York bank charges are<br>for the beneficiary's account.<br><br>Prices based on current freight.  Any variation in<br>freight costs at the time of shipment are for the<br>customers account.<br><br>TERMS:    Wire Transfer of funds upon receipt of<br>faxed copy docs prior to arrival of goods.<br><br>Payment    Wire transfer of funds to:<br>Details:    HSBC Bank USA, New York, NY,<br>SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,<br>for further credit to Baillie Lumber Co.,<br>Account #860-34492-4.<br>*************DOCUMENT INSTRUCTIONS AS FOLLOWS****************<br>Consignee - TO ORDER OF SHIPPER<br>**PLEASE SEND COPY DOCS FOR APPROVAL TO HQU@BAILLIE.COM** | $1750/M | June |

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

THANK YOU,

PHILIP FENWICK

EXP-00

Bill To:    3000-000  Ship To:    3000-000 FAX #: 86-024-22808077CLGOODHEAR

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBM(Group)0002833

# Baillie

**ACKNOWLEDGEMENT:** PMF  47178

**DATE:** 6/13/14

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

Ask us about our Ripping Programs.

**TO:**
BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756

**SHIP TO:**

**PO/CONTRACT#:**

**ROUTE:** CTR

**F.O.B.:** CIF DALIAN

**MARKS:**

**TERMS:** WIRE TRANSFER

**MEASUREMENT:** NET

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 Red Oak #1 Common Kiln Dried<br>WIDTHS:  4" & WIDER<br>LENGTHS: 6' & LONGER | $1750/M | June |

SHIPMENT:  40' Container - port to port.  All
terminal charges, inland freight and unloading
container costs for buyer's account.

Bank Charges:  All banking charges are for applicant's
account except HSBC New York bank charges are
for the beneficiary's account.

Prices based on current freight.  Any variation in
freight costs at the time of shipment are for the
customers account.

TERMS:    Wire Transfer of funds upon receipt of
faxed copy docs prior to arrival of goods.

Payment     Wire transfer of funds to:
Details:    HSBC Bank USA, New York, NY,
SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
for further credit to Baillie Lumber Co.,
Account #860-34492-4.
*************DOCUMENT INSTRUCTIONS AS FOLLOWS**************
Consignee - TO ORDER OF SHIPPER
**PLEASE SEND COPY DOCS FOR APPROVAL TO HQU@BAILLIE.COM**

THANK YOU,

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

PHILIP FENWICK

EXP-00

Bill To:   3000-000  Ship To:   3000-000 FAX #: 86-024-22808077CLGOODHEAR

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002833

**Baillie00300**



**Baillie**

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

SALES INVOICE: 48788

DATE: 6/19/14

PO/CONTRACT#:

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel 86-10-68799791  Fax 86-10-68799756

ROUTE: CTR

ACK: 47178

MARKS: PF-54606

SHIP TO:

DEL'Y PT.: CIF DALIAN

TERMS: WIRE TRANSFER

MEASUREMENT: NET

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| 4/4 Red Oak #1 Common Kiln Dried | 11646 | $1750 | $20,380.50 |

2022 PIECES   14 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account except HSBC New York bank charges are
for the beneficiary's account.

Payment    Wire transfer of funds to:
Details:   HSBC Bank USA, New York, NY,
SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
for further credit to Baillie Lumber Co.,
Account #860-34492-4.

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

| TOTAL: | $20,380.50 US Funds |
|---|---|

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date

```
                    Baillie Lumber Co.                    Page:   1
                    4002 Legion Drive
                    P.O. Box 6
                    Hamburg             NY
                                        14075
                    P A C K I N G   L I S T

            B U N D L E   S U M M A R Y   S H E E T
```

Ship To ..... PF-54606

Material ..... 4/4 Red Oak #1 Common Kiln Dried

| BR# | Product | Lengths | | | Pcs | BF | M3 |
|-----|---------|------|----|----|-----|------|--------|
| 5514A | 4/4 Red Oak | 15 | 16 | | 87 | 872 | 2.058 |
| 5602 | 4/4 Red Oak | 13 | 14 | | 85 | 758 | 1.787 |
| 5621 | 4/4 Red Oak | 11 | 12 | | 118 | 800 | 1.887 |
| 5657 | 4/4 Red Oak | 4 | 5 | 6 | 204 | 629 | 1.484 |
| 5672 | 4/4 Red Oak | 13 | 14 | | 54 | 441 | 1.040 |
| 5674 | 4/4 Red Oak | 11 | 12 | | 190 | 1,314 | 3.096 |
| 5676 | 4/4 Red Oak | 11 | 12 | | 191 | 1,308 | 3.085 |
| 5678 | 4/4 Red Oak | 10 | 11 | 12 | 149 | 1,093 | 2.576 |
| 5679 | 4/4 Red Oak | 9 | 10 | | 187 | 1,100 | 2.596 |
| 5682 | 4/4 Red Oak | 8 | 9 | 10 | 38 | 189 | .446 |
| 5687 | 4/4 Red Oak | 7 | 8 | | 201 | 810 | 1.911 |
| 5688 | 4/4 Red Oak | 7 | 8 | | 194 | 854 | 2.014 |
| 5694 | 4/4 Red Oak | 4 | 5 | 6 | 133 | 382 | .902 |
| 5835 | 4/4 Red Oak | 9 | 10 | | 191 | 1,096 | 2.587 |

```
    Total Bundles:     14                        2,022     11,646      27.469
                                                            NET
```

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   1

Date:  6/19/14

     Ship To ..... PF-54606

Material .... 4/4 Red Oak #1 Common Kiln Dried

| Width in Inches | | | | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 16 | | | |
| FT | | | | | | | | | | | | | | | |
| 15 | | 4 | | 3 | | 1 | | | | | | | | 62 | .146 |
| 16 | 2 | 9 | 16 | 18 | 13 | 7 | 4 | 4 | 1 | 1 | 1 | 1 | | 810 | 1.912 |
| | | | | | | | | | | NET | | | | ---------- | ---------- |
| Bundle # 5514A | | | | | | | Pieces: | | 87 | Board Feet: | | | | 872 | 2.058 |

| Width in Inches | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| FT | | | | | | | | | | | |
| 13 | 1 | 1 | 5 | 5 | 4 | 1 | 1 | | 1 | 149 | .353 |
| 14 | 2 | 4 | 12 | 12 | 16 | 6 | 5 | 7 | 4 | 1 | 3 |
| | | | | | | | | | NET | | |
| Bundle # 5602 | | | | | Pieces: | | 85 | Board Feet: | | 758 | 1.787 |

| Width in Inches | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 13 | | |
| FT | | | | | | | | | | |
| 11 | 7 | 12 | 11 | 5 | 7 | | 1 | | 274 | .646 |
| 12 | 13 | 27 | 14 | 11 | 4 | 5 | 1 | 2 | 526 | 1.241 |
| | | | | | | | | | NET | |
| Bundle # 5621 | | | | Pieces: | | 118 | Board Feet: | | 800 | 1.887 |

| Width in Inches | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 12 | | |
| FT | | | | | | | | | | |
| 4 | | 1 | | 2 | 2 | | | | 12 | .029 |
| 5 | 1 | 3 | 11 | 5 | | | 1 | | 82 | .193 |
| 6 | 12 | 26 | 80 | 29 | 11 | 7 | 2 | 3 | 535 | 1.262 |
| | | | | | | | | | NET | |
| Bundle # 5657 | | | | Pieces: | | 204 | Board Feet: | | 629 | 1.484 |

| Width in Inches | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 10 | 11 | 13 | 15 | | |
| FT | | | | | | | | | | | |
| 13 | | 3 | 1 | 2 | 1 | | | | | 47 | .111 |
| 14 | 1 | 6 | 13 | 13 | 8 | 2 | 2 | 1 | 1 | 394 | .929 |
| | | | | | | | | | NET | |
| Bundle # 5672 | | | | Pieces: | | 54 | Board Feet: | | 441 | 1.040 |

Baillie00505

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   2

Date:  6/19/14
       Ship To ..... PP-54606

Material .... 4/4 Red Oak #1 Common Kiln Dried

Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|---|----|----|
| 11 | 4 | 4 | 15 | 11 | 4 | 1 | | | | | | | 224 | .527 |
| 12 | 7 | 19 | 28 | 39 | 30 | 11 | 9 | 4 | 1 | 2 | 1 | | 1,090 | 2.569 |
| | | | | | | | | | | | NET | | --------- | --------- |
| Bundle # 5674 | | | | | Pieces: | 190 | | Board Feet: | | | | 1,314 | 3.096 |

Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|---|----|----|
| 11 | 4 | 5 | 17 | 4 | 3 | 1 | | 1 | 1 | 1 | | | 221 | .521 |
| 12 | 10 | 16 | 45 | 39 | 12 | 12 | 10 | 5 | 2 | 2 | 1 | | 1,087 | 2.564 |
| | | | | | | | | | | | NET | | --------- | --------- |
| Bundle # 5676 | | | | | Pieces: | 191 | | Board Feet: | | | | 1,308 | 3.085 |

Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|----|----|----|
| 10 | | 1 | 2 | 1 | 1 | | | | | | | | 27 | .064 |
| 11 | | 4 | 6 | 3 | 2 | | 3 | 2 | 2 | | | | 155 | .365 |
| 12 | 3 | 9 | 39 | 24 | 20 | 6 | 10 | 2 | 4 | 3 | 1 | 1 | 911 | 2.147 |
| | | | | | | | | | | | | NET | --------- | --------- |
| Bundle # 5678 | | | | | Pieces: | 149 | | Board Feet: | | | | 1,093 | 2.576 |

Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | 15 | 16 | 18 | 20 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|
| 9 | 4 | 4 | 11 | 10 | 10 | 6 | 2 | 1 | | 2 | 1 | | | | 287 | .677 |
| 10 | 9 | 20 | 40 | 21 | 17 | 10 | 10 | 3 | 2 | | 1 | 1 | 1 | 3 | 813 | 1.919 |
| | | | | | | | | | | | | | | NET | --------- | --------- |
| Bundle # 5679 | | | | | Pieces: | 187 | | Board Feet: | | | | | | 1,100 | 2.596 |

Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|
| 8 | | | 1 | 1 | | | | 9 | .021 |
| 9 | 3 | 2 | 4 | 2 | | | | 46 | .108 |
| 10 | 3 | 3 | 6 | 9 | 2 | 2 | | 134 | .317 |
| | | | | | | | NET | --------- | --------- |
| Bundle # 5682 | | | | | Pieces: | 38 | Board Feet: | 189 | .446 |

Baillie00304

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   1

Date:  6/19/14
        Ship To ..... PF-54606

Material ... 4/4 Red Oak #1 Common Kiln Dried

| | | | Width in Inches | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FT | | | | | | | | | | | | | | | |
| 7 | | 21 | 20 | 12 | 5 | 3 | | | 1 | | | | | 228 | .538 |
| 8 | 9 | 36 | 49 | 20 | 13 | 7 | 3 | 1 | | 1 | | | | 582 | 1.373 |
| | | | | | | | | | | | | NET | | | |
| Bundle # 5687 | | | | | | Pieces: | | 201 | Board Feet: | | | | | 810 | 1.911 |

| | | | | Width in Inches | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | | |
| FT | | | | | | | | | | | |
| 7 | 7 | 16 | 11 | 4 | 8 | | | | | 182 | .429 |
| 8 | 23 | 57 | 33 | 13 | 12 | 6 | 2 | 1 | 1 | 672 | 1.585 |
| | | | | | | | | | NET | | |
| Bundle # 5688 | | | | | Pieces: | | 194 | Board Feet: | | 854 | 2.014 |

| | | | | Width in Inches | | BF | M3 |
|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | |
| FT | | | | | | | |
| 4 | | | 3 | 1 | 3 | | 16 | .038 |
| 5 | | 8 | 2 | 4 | 4 | | 47 | .111 |
| 6 | 6 | 28 | 52 | 8 | 11 | 1 | 319 | .753 |
| | | | | | | NET | |
| Bundle # 5694 | | | | Pieces: | 133 | Board Feet: | 382 | .902 |

| | | | | Width in Inches | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| FT | | | | | | | | | | |
| 9 | 2 | 5 | 14 | 11 | 11 | 6 | 1 | 1 | 2 | | 287 | .678 |
| 10 | 2 | 24 | 36 | 28 | 23 | 14 | 5 | 3 | 2 | 1 | 805 | 1.909 |
| | | | | | | | | | | NET | |
| Bundle # 5835 | | | | Pieces: | 191 | Board Feet: | 1,096 | 2.587 |

Baillie00305

**AGCS Marine Insurance Company**
One Chase Manhattan Plaza 37th Floor • New York, New York 10005-1423
Tel. 800-235-6029    Fax. 212-524-9362

**SPECIAL CARGO POLICY**

ORIGINAL-DUPLICATE UNPAID

| ASSURED/SHIPPER | REGION CODE | DOCUMENT NO | SP 83964 |
|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | EXPORT REFERENCES<br>YHU289222 | | INS66363 |

| CONSIGNEE and INSURED DESTINATION unless otherwise specified below • | FORWARDING AGENT - REFERENCES |
|---|---|
| TO ORDER OF SHIPPER | INV NO. 48788 |

POINT AND COUNTRY OF ORIGIN
U.S.A.

| NOTIFY PARTY | DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F BUILDING 4, INTERWEST BUSINESS CTR<br>NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048<br>TEL.86-10-68799791 FAX 86-10-68799756 | |

| PIER OR AIRPORT | | |
|---|---|---|
| PITTSBURGH, PA | | |
| EXPORTING CARRIER (Vessel/Airline)<br>HANJIN DURBAN 0043W | PORT OF LOADING<br>NEW YORK, USA | ONWARD INLAND ROUTING |
| AIR/SEA PORT OF DISCHARGE<br>PUSAN | FOR TRANSSHIPMENT TO<br>DALIAN, LN | |

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF GOODS INSURED AND THEIR PACKING<br>Shipped subject to an Under Deck Bill of Lading unless otherwise specified hereon. | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| PF-54606<br>TCKU4350482<br>SEAL: 1088610 | 14 | 4/4 Red Oak #1 Common Kiln Dried | 44,255LB<br>20,074KG | 27.469M3<br>11,646' |

| DATE OF POLICY 14 | SUM INSURED $22,418.55 | TWENTY-TWO THOUSAND FOUR HUNDRED EIGHTEEN AND 55/100 --- U.S. DOLLARS |
|---|---|---|

SPECIAL TERMS AND CONDITIONS: SHIPMENTS ON DECK OR AIR CARGO when insured under this Policy are subject to terms and conditions specified on the reverse side hereof. SHIPMENTS SUBJECT TO AN "UNDER DECK" BILL OF LADING AND SHIPMENTS IN CONTAINERS SUBJECT TO AN "UNDER DECK" BILL OF LADING OR A BILL OF LADING WHICH DOES NOT DISCLOSE THE NATURE OF STOWAGE ARE INSURED:

EXCLUDING SHIPMENTS TO OR FROM COUNTRIES WHICH ARE THE SUBJECT OF TRADE OR ECONOMIC EMBARGOES IMPOSED BY THE LAWS OR REGULATIONS OF THE UNITED STATES OF AMERICA.

AGAINST ALL RISKS OF PHYSICAL LOSS OR DAMAGE FROM ANY EXTERNAL CAUSE (EXCEPTING SUCH RISKS AS ARE EXCLUDED BY THE PARAMOUNT WARRANTIES IN THIS POLICY) IRRESPECTIVE OF PERCENTAGE.

*INSURED DESTINATION if other than consignee named above.

| This insurance is also subject to the following American Institute Clauses current on the date of issuance of this policy:<br>MARINE EXTENSION CLAUSES    NUCLEAR EXCLUSION CLAUSE    S. R.& C.C. ENDORSEMENT    WAR RISK INSURANCE | When goods are so destined this insurance is subject to<br>SOUTH AMERICAN 60 DAY CLAUSE |
|---|---|

THIS COMPANY, in consideration of an agreed premium and subject to the cargo policy terms and conditions (as referenced in top heading) in addition to special terms and conditions above and on the reverse hereof or stamped or endorsed hereon, does insure the named Assured on goods described above, valued at sum insured, to be shipped from Shipper's warehouse to the insured named destination above. Loss, if any, payable to the order of the Assured.

This Policy not transferable unless countersigned by an authorized representative of this Company or the Assured.

Countersigned

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Baillie00306

# CERTIFICATE OF ORIGIN

| 2. EXPORTER (Principal or seller-licensee and address including ZIP Code) | 5. DOCUMENT NUMBER | 5A. B/L OR AWB NUMBER |
|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | 6. EXPORT REFERENCES<br>YHU289222 | COO25898 |
| 3. CONSIGNED TO<br>TO ORDER OF SHIPPER | 7. FORWARDING AGENT (Name and address - references)<br>INV NO.   48788 | |
| | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER<br>U.S.A. | |
| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address)<br>BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F BUILDING 4, INTERWEST BUSINESS CTR.<br>NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048<br>TEL. 86-10-68799791  FAX 86-10-68799756 | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS | |

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER<br>PITTSBURGH, PA | | |
|---|---|---|---|
| 14. EXPORTING CARRIER<br>HANJIN DURBAN 0043W | 15. PORT OF LOADING/EXPORT<br>NEW YORK, USA | 16. LOAD NG PIER/TERMINAL | |
| 16. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>PUSAN | 17. PLACE OF DELIVERY BY ON-CARRIER<br>DALIAN, LN | 11. TYPE OF MOVE | 11 a CONTAINERIZED (Vessel only)<br>[X] YES  [ ] NO |

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES in Schedule B detail<br>(20) | GROSS WEIGHT (kilos)<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| PF-54606<br>TCKU4350482<br>SEAL: 1088610 | 14 | 4/4 Red Oak #1 Common Kiln Dried | 44,255LB<br>20,074KG | 27.469M3<br>11,646 |

Donna Quino
Notary Public - State of New York
Qualified in Erie County
Lic. #01DU4690462
Commission Expires June 30, 20[?]

The undersigned.....KIM PECORA.....................................(Owner or Agent), does hereby declare for the above named shipper, the goods
as described above were shipped on the above date and consigned as indicated and are products of the United States of
America Dated at .........HAMBURG, NY...............on the ....22.. day of .....JULY............. 20..14..

Sworn to before me this ....22.. day of ....JULY................... 20..14.

SIGNATURE OF OWNER OR AGENT

The............HAMBURG CHAMBER OF COMMERCE...................................., a recognized Chamber of Commerce
under the laws of the State of.......NEW YORK............................................ has examined the manufacturer's invoice or shipper's affidavit
concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated
in the United States of America.

Secretary........................................

Hamburg Chamber of Commerce
6122 South Park Avenue
P.O. Box 848
Hamburg, NY 14075

Form X-501-N W/se No. 05030 48375PC
Appendix
806.436 0162  Rev 12/99

Baillie00307

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0578-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

**PHYTOSANITARY CERTIFICATE**

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Reynoldsburg, Ohio

NO.  **F-S-39089-04091015-7-B**

**USDA**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

DATE INSPECTED
June 18, 2014

CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

DESCRIPTION OF THE CONSIGNMENT

| 7. NAME AND ADDRESS OF THE EXPORTER | 8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE |
|---|---|
| Baillie Lumber Co.<br>P.O. Box 6, 4002 Legion Drive<br>Hamburg, New York 14075-0006 | BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F Building 4, Interwest Business Ctr.<br>No.9 South Road, Shouti Haidian District<br>Beijing 100048 China |
| 9. NAME OF PRODUCE AND QUANTITY DECLARED<br>(1)  11646 Board Feet, 27.469 Cubic Meters Red oak<br>(Kiln dried lumber) | 10. BOTANICAL NAME OF PLANTS<br>(1)  Quercus rubra |
| 11. NUMBER AND DESCRIPTION OF PACKAGES<br>(1)  14 BUNDLES | 12. DISTINGUISHING MARKS<br>(1)  TCKU4350482 |
| 13. PLACE OF ORIGIN<br>(1)  Ohio, USA | 14. DECLARED MEANS OF CONVEYANCE<br>Ocean Vessel |
|  | 15. DECLARED POINT OF ENTRY<br>DALIAN |

WARNING:  Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

ADDITIONAL DECLARATION

Page  1  of  1

| 16. DATE ISSUED<br>July 10, 2014 | 17. NAME OF AUTHORIZED OFFICER (Type or Print)<br>Christopher Dean | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 6/30/01

SHIPPER'S ORIGINAL

Baillie00308

# YANG MING 

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**ORIGINAL
BILL OF LADING**

| | |
|---|---|
| Shipper BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | Booking No. YHU2B9222    B/L No YMLUE14427366B |
| | Export References<br>BLC30414 |
| Consignee (non-negotiable unless consigned to order)<br>TO ORDER OF SHIPPER | Forwarding agent references |
| Notify Party<br>BEIJING NEW BUILDING MATERIALS CO.,<br>LTD. 10/F BUILDING 4, INTEREST<br>BUSINESS CTR. NO.9 SOUTH ROAD,<br>SHOUTI HAIDIAN DISTRICT BEIJING,<br>CHINA 100048 TEL. 86-10-68799791<br>FAX 86-10-68799756 | Point and Country of origin of goods<br>U.S.A.<br>ALSO NOTIFY |
| Precarried by | Place of Receipt<br>PITTSBURGH, PA | Onward inland routing |
| Vessel   Voy No. 0043W flag<br>HANJIN DURBAN | Port of Loading<br>NEW YORK , USA | |
| Port of Discharge<br>PUSAN | Place of Delivery<br>DALIAN, LN | Delivery status |

**PARTICULARS FURNISHED BY MERCHANT**

| MKS & NOS/CONTAINER NOS | NO.OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | | |
|---|---|---|---|---|
| | 1 CTNR | SHIPPER'S LOAD & COUNT. | | |
| | | 14 PACKAGES   2022 PIECE(S) | 20074.000KGS | 27.469CBM |
| PF-54606 | | ITN:X20140619737841<br>HARDWOOD LUMBER 11,646'<br>HS CODE:4407910022<br>44,255LB<br>THE WPM USED IN THIS SHIPMENT HAS<br>BEEN HEAT TREATED AS PER ISPM 15<br>AND IPPC MARKED<br>NO SED AES4 EIN 161439224 | | FREIGHT PREPAID<br>LOADED ON M/V :<br>HANJIN DURBAN<br>VOY :0043W<br>AT:NEW YORK , USA<br>ON :07/07/2014<br>CRD :06/27/2014 |
| TCKU4350482   40DC FCL | FCL | 1088810     14 PACKAGES | | |
| | | | 20074.000KGS | 27.469CBM |

These Commodities, Technology or Software were Exported from the UNITED STATES in Accordance
with the Export Administration Regulations. Diversion Contrary to US Law Prohibited.

| | | |
|---|---|---|
| Declared Value $    If Merchant enters value of Goods and pays the applicable<br>ad valorem rate,Carrier's Package limitation shall not apply. See Clause 23 (2) & (3) hereof | Place and Date of Issue   CHICAGO | 07/07/2014 |
| | AW1423W   On Board Date | 07/07/2014 |

| ITEM NO | C/C | RATED AS | PER | RATE | PREPAID | COLLECT | B/L No. YMLUE14427366B |
|---|---|---|---|---|---|---|---|
| | | | | | | | The receipt, custody, carriage and delivery of the goods are subject to<br>the terms appearing on the face and back hereof and to carrier's<br>applicable tariff. If required by the carrier, this Bill of Lading duly<br>endorsed shall be surrendered in exchange for the goods or Delivery<br>Order.<br>IN WITNESS WHEREOF, the undersigned has signed five (5) Bills<br>of Lading, all of the same tenor and date, one of which being<br>accomplished, the others to stand void<br>Yang Ming (America)<br>Corporation. |

| | | |
|---|---|---|
| Rate of exchange | Grand Total | *Michelle Kao* |
| Number of Original Bill(s)   3 | | By<br>as agent for Yang Ming Marine Transport Corporation, as carrier |
| | Payable at | |

* Applicable only when used for multimodal or through transportation

**Baillie00309**

Contract Number: 47437 PMF-47437-1

Value of the Transaction: $32,188.66



**Baillie**

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

| | |
|---|---|
| | ACKNOWLEDGEMENT: PMP 47437 |
| | DATE: 6/30/14 |
| | Ask us about our Ripping Programs. |

TO:
BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE:  CTR

F.O.B.  CIF DALIAN

MARKS:

TERMS:  WIRE TRANSFER

MEASUREMENT:  NET

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 8/4 Red Oak Prime Kiln Dried<br>WIDTHS:  5" & WIDER<br>LENGTHS: 7' & LONGER | $2660/M | July |

SHIPMENT:  40' Container - port to port.  All
terminal charges, inland freight and unloading
container costs for buyer's account.

Bank Charges:  All banking charges are for applicant's
account except HSBC New York bank charges are
for the beneficiary's account.

Prices based on current freight.  Any variation in
freight costs at the time of shipment are for the
customers account.

TERMS:       Wire Transfer of funds upon receipt of
faxed copy docs prior to arrival of goods.

Payment      Wire transfer of funds to:
Details:     HSBC Bank USA, New York, NY,
SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
for further credit to Baillie Lumber Co.,
Account #860-34492-4.
*************DOCUMENT INSTRUCTIONS AS FOLLOWS*************
Consignee - TO ORDER OF SHIPPER
**PLEASE SEND COPY DOCS FOR APPROVAL TO HQU@BAILLIE.COM**

THANK YOU.

PHILIP FENWICK

Order subject to NHLA Sales Code
Additional charges apply if unpaid by net due date.

EXP-00

Bill To:   3000-000   Ship To:   3000-000 FAX #: 86-024-22608077CLGOODHEAR

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002639



# Baillie

LUMBER CO. · P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**SALES INVOICE:**   4 9 3 2 8

**DATE:**   7/08/14

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791   Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE:  CTR

ACK:   47437

MARKS:  PMF-47437-1

DEL'Y PT.: CIF DALIAN

TERMS:  WIRE TRANSFER

MEASUREMENT:  NET

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| 8/4 Red Oak Prime Kiln Dried | 12101 | $2660 | $32,188.66 |
| 889 PIECES       12 PACKS EXPORT TALLIES ENCLOSED | | | |

Bank Charges:  All banking charges are for applicant's
               account except HSBC New York bank charges are
               for the beneficiary's account.

Payment        Wire transfer of funds to:
Details:       HSBC Bank USA, New York, NY,
               SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
               for further credit to Baillie Lumber Co.,
               Account #860-34492-4.

THE WPM USED IN THIS SHIPMENT HAS BEEN
HEAT TREATED AS PER ISPM 15 AND IPPC
MARKED.

## Baillie Lumber Co.
### 4002 LEGION DRIVE
### P.O. BOX 6
### HAMBURG, NY 14075

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

| TOTAL: | $32,188.66 |
|---|---|
| | US Funds |

Baillie00311

Baillie Lumber Co.                           Page:    1
4002 Legion Drive
P.O. Box 6
Hamburg          NY
                 14075
          P A C K I N G   L I S T

B U N D L E   S U M M A R Y   S H E E T

Ship To ..... PMF-47437-1

Material .... 8/4 Red Oak Prime Kiln Dried

| BR# | Product | Lengths | | Pcs | BF | M3 |
|-----|---------|---------|---|-----|-----|-----|
| 986949 | 8/4 Red Oak | 9 | 10 | 90 | 1,132 | 2.670 |
| 986950 | 8/4 Red Oak | 9 | 10 | 89 | 1,157 | 2.729 |
| 986953 | 8/4 Red Oak | 9 | 10 | 85 | 1,104 | 2.604 |
| 987025 | 8/4 Red Oak | 8 | | 88 | 905 | 2.134 |
| 987026 | 8/4 Red Oak | 8 | | 92 | 933 | 2.200 |
| 988102 | 8/4 Red Oak | 13 | 14 | 22 | 449 | 1.058 |
| 988140 | 8/4 Red Oak | 11 | 12 | 85 | 1,360 | 3.206 |
| 988141 | 8/4 Red Oak | 11 | 12 | 84 | 1,341 | 3.163 |
| 988187 | 8/4 Red Oak | 8 | | 90 | 932 | 2.198 |
| 989861 | 8/4 Red Oak | 15 | 16 | 42 | 940 | 2.215 |
| 989862 | 8/4 Red Oak | 15 | 16 | 41 | 924 | 2.180 |
| 989937 | 8/4 Red Oak | 8 | | 81 | 924 | 2.179 |

Total Bundles:    12                              889    12,101    28.536
                                                         NET

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Baillie00312

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   1

Date:  7/08/14
Ship To ..... PMV-47437-1

Material .... 8/4 Red Oak Prime Kiln Dried

| | Width in Inches | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | | | |
| FT | | | | | | | | | | |
| 9 | 2 | 2 | 8 | 3 | 2 | | 2 | | 213 | .502 |
| 10 | 1 | 13 | 20 | 14 | 14 | 8 | 1 | | 919 | 2.168 |
| | | | | | | | | NET | ---------- | ---------- |
| Bundle # 986949 | | | Pieces: | | 90 | Board Feet: | | | 1,132 | 2.670 |

| | Width in Inches | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | |
| FT | | | | | | | | | | | |
| 9 | | 2 | 2 | 4 | 2 | 8 | 1 | | | 251 | .592 |
| 10 | 1 | 9 | 22 | 19 | 13 | 5 | | 1 | | 906 | 2.137 |
| | | | | | | | | | NET | ---------- | ---------- |
| Bundle # 986950 | | | Pieces: | | 89 | Board Feet: | | | | 1,157 | 2.729 |

| | Width in Inches | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6 | 7 | 8 | 9 | 10 | 11 | 13 | | | |
| FT | | | | | | | | | | |
| 9 | 4 | 6 | 10 | 7 | 3 | 3 | | | 409 | .965 |
| 10 | 5 | 16 | 17 | 7 | 4 | 2 | 1 | | 695 | 1.639 |
| | | | | | | | | NET | ---------- | ---------- |
| Bundle # 986953 | | | Pieces: | | 85 | Board Feet: | | | 1,104 | 2.604 |

| | Width in Inches | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | | |
| FT | | | | | | | | |
| 8 | 1 | 15 | 19 | 29 | 31 | 3 | 905 | 2.134 |
| | | | | | | NET | ---------- | ---------- |
| Bundle # 987025 | | Pieces: | | 88 | Board Feet: | | 905 | 2.134 |

| | Width in Inches | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | | |
| FT | | | | | | | | |
| 8 | 2 | 12 | 24 | 38 | 14 | 2 | 933 | 2.200 |
| | | | | | | NET | ---------- | ---------- |
| Bundle # 987026 | | Pieces: | | 92 | Board Feet: | | 933 | 2.200 |

Baillie00313

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   2

Date:  7/08/14

Ship To ...... PHP-47437-1

Material .... 8/4 Red Oak Prime Kiln Dried

| | | | | Width in Inches | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 | 7 | 8 | 9 | 10 | 11 | 13 | 17 | | | |
| FT | | | | | | | | | | | |
| 13 | | 1 | | 2 | | | 1 | | | 82 | .193 |
| 14 | 4 | 3 | 2 | 2 | 5 | 1 | | 1 | | 367 | .865 |
| | | | | | | | | | NET | | |
| Bundle # 988102 | | | | Pieces: | 22 | | | | Board Feet: | 449 | 3.058 |

| | | | | Width in Inches | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| FT | | | | | | | | | | |
| 11 | 1 | 3 | 4 | 5 | 2 | 2 | 2 | 1 | 298 | .702 |
| 12 | 2 | 8 | 9 | 21 | 11 | 11 | 3 | | 1,062 | 2.504 |
| | | | | | | | | NET | | |
| Bundle # 988140 | | | Pieces: | 85 | | | | Board Feet: | 1,360 | 3.206 |

| | | | | Width in Inches | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | | |
| FT | | | | | | | | | |
| 11 | | 4 | 4 | 6 | 2 | 1 | 3 | 295 | .696 |
| 12 | 2 | 7 | 10 | 15 | 20 | 9 | 1 | 1,046 | 2.467 |
| | | | | | | | NET | | |
| Bundle # 988141 | | | Pieces: | 84 | | | Board Feet: | 1,341 | 3.163 |

| | | | | Width in Inches | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | | |
| FT | | | | | | | | | |
| 8 | 8 | 12 | 19 | 25 | 13 | 6 | 7 | 932 | 2.198 |
| | | | | | | | NET | | |
| Bundle # 988187 | | | Pieces: | 90 | | | Board Feet: | 932 | 2.198 |

| | | | | Width in Inches | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|
| | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | |
| FT | | | | | | | | | | |
| 15 | 1 | 5 | 1 | 3 | 2 | 2 | | 1 | 329 | .776 |
| 16 | 2 | 4 | 7 | 9 | 4 | | 1 | | 611 | 1.439 |
| | | | | | | | | NET | | |
| Bundle # 989861 | | | Pieces: | 42 | | | Board Feet: | 940 | 2.215 |

Baillie00314

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   3

Date:  7/08/14
        Ship To ..... PMF-47437-1

        Material .... 8/4 Red Oak Prime Kiln Dried

| | | | Width in Inches | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | | | | |
| FT | | | | | | | | | | | | | |
| 15 | 3 | 2 | 2 | 5 | 1 | 1 | | 1 | | | | 319 | .753 |
| 16 | 1 | 5 | 7 | 6 | 3 | 2 | 2 | | | | | 605 | 1.427 |
| | | | | | | | | | | NET | | ---------- | -------- |
| Bundle # | 989862 | | | | | | Pieces: | | 41 | Board Feet: | | 924 | 2.180 |

| | | | Width in Inches | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 16 | | | | |
| FT | | | | | | | | | | | | | | | |
| 8 | 3 | 9 | 12 | 20 | 16 | 9 | 6 | 2 | 1 | 2 | 1 | | | 924 | 2.179 |
| | | | | | | | | | | | NET | | | ---------- | -------- |
| Bundle # | 989937 | | | | | | | Pieces: | | 81 | Board Feet: | | | 924 | 2.179 |

Baillie00315

# CERTIFICATE OF ORIGIN

| 2. EXPORTER (Principal or seller-licensee and address including ZIP Code) | | 5. DOCUMENT NUMBER | | 5A. B/L OR AWB NUMBER |
|---|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | ZIP CODE | 6. EXPORT REFERENCES<br><br>HOU392461 | | C0026798 |

| 3. CONSIGNED TO | 7. FORWARDING AGENT (Name and address - references) |
|---|---|
| TO ORDER OF SHIPPER | INV NO.  49328 |

| | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER |
|---|---|
| | U.S.A. |

| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address) | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F BUILDING 4, INTERWEST BUSINESS CTR.<br>NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048<br>TEL. 86-10-68799791  FAX 86-10-68799756 | |

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | NEW YORK, NY |

| 14. EXPORTING CARRIER | 15. PORT OF LOADING/EXPORT | 16. LOADING PIER/TERMINAL |
|---|---|---|
| UASC SHUAIBA 1425W | NEW YORK | |

| 16. FOREIGN PORT OF UNLOADING (Vessel and air only) | 17. PLACE OF DELIVERY BY ON-CARRIER | 18. TYPE OF MOVE | | 11.a CONTAINERIZED (Vessel only) | |
|---|---|---|---|---|---|
| DALIAN | DALIAN | | | [X] YES | [ ] NO |

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES in Schedule B detail<br>(20) | GROSS WEIGHT (Kilos)<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| PMF-47437-1<br>CCLU4547723<br>SEAL: 1053769 | 12 | 8/4 Red Oak Prime Kiln Dried | 45,984LB<br>20,858KG | 28.536M3<br>12,101' |

Julie Mackey
Notary Public – State of New York
No. 01MA6098380
Qualified in Erie County
Commission Expires June 2, 2015

The undersigned............KIM LOTOCKI...............................(Owner or Agent), does hereby declare for the above named shipper, the goods

as described above were shipped on the above date and consigned as indicated and are products of the United States of

America Dated at .............HAMBURG, NY.........................on the ......07.... day of .............AUGUST.....................20...14....

Sworn to before me this.......07.. day of ....AUGUST................. 20..14.

SIGNATURE OF OWNER OR AGENT

The..........HAMBURG CHAMBER OF COMMERCE.................................................., a recognized Chamber of Commerce

under the laws of the State of.............NEW YORK........................................., has examined the manufacturer's invoice or shipper's affidavit

concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated

in the United States of America. Hamburg Chamber of Commerce Secretary................................................
6122 South Park Ave
P.O. Box 848
Hamburg, New York 14075

Form X-501-A  Whse. No. 08630  46070PC
Appleton
BPO 406 0162  Rev 12/99

Baillie00316

**AGCS Marine Insurance Company**
One Chase Manhattan Plaza 37th Floor • New York, New York 10005-1423
Tel. 800-235-6029    Fax. 212-524-9362

SPECIAL CARGO POLICY

ORIGINAL-DUPLICATE UNPAID

| ASSURED/SHIPPER | REGION CODE | DOCUMENT NO. |
|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | | SP 84015 |

| EXPORT REFERENCES | |
|---|---|
| | INS67258 |
| | HOU392461 |

| CONSIGNEE and INSURED DESTINATION unless otherwise specified below • | FORWARDING AGENT - REFERENCES |
|---|---|
| TO ORDER OF SHIPPER | INV NO. 49328 |

POINT AND COUNTRY OF ORIGIN
U.S.A.

| NOTIFY PARTY | DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F BUILDING 4, INTERWEST BUSINESS CTR.<br>NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048<br>TEL. 86-10-68799791  FAX 86-10-68799756 | |

| PIER OR AIRPORT | |
|---|---|
| | NEW YORK, NY |

| EXPORTING CARRIER (Vessel/Airline) | PORT OF LOADING | ONWARD INLAND ROUTING |
|---|---|---|
| UASC SHUAIBA 1425W | NEW YORK | |

| AIR/SEA PORT OF DISCHARGE | FOR TRANSSHIPMENT TO |
|---|---|
| DALIAN | DALIAN |

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF GOODS INSURED AND THEIR PACKING<br>Shipped subject to an Under Deck Bill of Lading unless otherwise specified hereon. | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| PMF-47437-1<br>CCLU4547723<br>SEAL: 1053769 | 12 | 8/4 Red Oak Prime Kiln Dried | 45,984LB<br>20,858KG | 28.536M3<br>12,101' |

| DATE OF POLICY | SUM INSURED | AMOUNT IN WORDS |
|---|---|---|
| 7/22/14 | $ 35,407.53 | THIRTY FIVE THOUSAND FOUR HUNDRED SEVEN AND 53/100<br>U.S. DOLLARS |

SPECIAL TERMS AND CONDITIONS: SHIPMENTS ON DECK OR AIR CARGO when insured under this Policy are subject to terms and conditions specified on the reverse side hereof. SHIPMENTS SUBJECT TO AN "UNDER DECK" BILL OF LADING AND SHIPMENTS IN CONTAINERS SUBJECT TO AN "UNDER DECK" BILL OF LADING OR A BILL OF LADING WHICH DOES NOT DISCLOSE THE NATURE OF STOWAGE ARE INSURED:

EXCLUDING SHIPMENTS TO OR FROM COUNTRIES WHICH ARE THE SUBJECT OF TRADE OR ECONOMIC EMBARGOES IMPOSED BY THE LAWS OR REGULATIONS OF THE UNITED STATES OF AMERICA

AGAINST ALL RISKS OF PHYSICAL LOSS OR DAMAGE FROM ANY EXTERNAL CAUSE (EXCEPTING SUCH RISKS AS ARE EXCLUDED BY THE PARAMOUNT WARRANTIES IN THIS POLICY) IRRESPECTIVE OF PERCENTAGE.
*INSURED DESTINATION if other than consignee named above:

This insurance is also subject to the following American Institute Clauses current as the date of issuance of this policy:
MARINE EXTENSION CLAUSES    NUCLEAR EXCLUSION CLAUSE    S. R. & C. C. ENDORSEMENT    WAR RISK INSURANCE

When goods are so destined this insurance is subject to
SOUTH AMERICAN 60 DAY CLAUSE

THIS COMPANY, in consideration of an agreed premium and subject to the cargo policy terms and conditions (as referenced in top heading) in addition to special terms and conditions above and on the reverse hereof or stamped or endorsed hereon, does insure the named Assured on goods described above, valued at sum insured, to be shipped from Shipper's warehouse to the insured named destination above. Loss, if any, payable to the order of the Assured.

This Policy not transferable unless countersigned by an authorized representative of this Company or the Assured.
Countersigned:

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Baillie00317

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

## PHYTOSANITARY CERTIFICATE

**FOR OFFICIAL USE ONLY**

PLACE OF ISSUE
Oneida, New York

NO.
**F-F-36053-04120273-7-N**

DATE INSPECTED
July 09, 2014

**USDA**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

## CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

### DESCRIPTION OF THE CONSIGNMENT

7. NAME AND ADDRESS OF THE EXPORTER
BAILLIE LUMBER CO.
P.O. BOX 6
4002 LEGION DRIVE
HAMBURG, New York 14075-0006

8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE
BEIJING NEW BUILDING MATERIALS CO., LTD
10/F, Building 4, Interwest Business Ctr.
No. 9 South Road, Shouti Haidan District
Beijing 100048 China

9. NAME OF PRODUCE AND QUANTITY DECLARED
(1)   12101 Board Feet, 28,536 Cubic Meters Red Oak
(Kiln dried lumber)

10. BOTANICAL NAME OF PLANTS
(1)   Quercus rubra

11. NUMBER AND DESCRIPTION OF PACKAGES
(1)   12 BUNDLES

12. DISTINGUISHING MARKS
(1)   BMF-47437-1
CONTAINER # CCLU4547723

13. PLACE OF ORIGIN
(1)   New York, USA

14. DECLARED MEANS OF CONVEYANCE
Ocean Vessel

15. DECLARED POINT OF ENTRY
DALIAN

**WARNING:** Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

Page 1 of 1

| 16. DATE ISSUED
July 24, 2014 | 17. NAME OF AUTHORIZED OFFICER (Type or Print)
Paul F. Wrege | 18. SIGNATURE OF AUTHORIZED OFFICER |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577                    FEB 2001                    Previous editions are obsolete after 1/30/01

SHIPPER'S ORIGINAL

Baillie00318

中海集装箱运输(香港)有限公司
CHINA SHIPPING CONTAINER LINES (HONG KONG) CO., LTD.

Page :1 of 2

# BILL OF LADING
Port-to-Port Combined Transport

| 1. Shipper | |
|---|---|
| BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | Booking No. I Ref. No.<br>HQU192461<br>Export References<br>Shipper Reference:  BLC31029<br>Forwarder Reference:  SB of Lading No.<br>NYCDLC000497 |

| 2. Consignee | |
|---|---|
| TO ORDER OF SHIPPER | Forwarding Agent, FMC No., CHB No.<br><br>FMC          CHB<br>Point and Country of Origin<br>U.S.A |

| 3. Notify Party(Carrier not to be responsible for failure to notify) | |
|---|---|
| BEIJING NEW BUILDING MATERIALS CO.,<br>LTD. 10/F BUILDING 4, INTERWEST<br>BUSINESS CTR.NO.9 SOUTH ROAD,<br>SHOUTI HAIDIAN DISTRICT BEIJING,<br>CHINA 100048 TEL. 86-10-68799791. | Also Notify - Routing & Instructions<br>NO SED AES4 ETN 161439224 |

| 4. Pre-carriage by* | 5. Place of Receipt*<br>NEW YORK, NY | Pier I Terminal | Service Contract No. |
|---|---|---|---|
| 6. Ocean Vessel | Voy. No. | 7. Port of Loading | Type of Move (If Mixed Use as Appropriate) | 14TL09163 |
| UASC SHUAIBA | 1425W | NEW YORK | CY/CY | |
| 8. Port of Discharge<br>DALIAN | 9. Place of Delivery*<br>DALIAN | 10. Final Destination (of the goods – not the ship)<br>DALIAN | |

## PARTICULARS FURNISHED BY SHIPPER

| 11. Marks & Nos.<br>Container Seal No. | 12. No. of Cntrs<br>or Pkgs. | 13. Kind of Packages; Description of Goods | 14. Gross Weight | 15. Measurement |
|---|---|---|---|---|
| PMF-47437-1<br>CCB INCLUSIVE OF DHC | 12 | 1 X 40GP<br>CONTAINER(S) SLAC<br>HARDWOOD LUMBER 12,101<br>45,984LB   889 PIECES<br>THE WPM USED IN THIS SHIPMENT<br>HAS BEEN HEAT TREATED AS PER<br>ISPM 15 AND IPPC MARKED<br>HS CODE:4407910022<br>FREIGHT PREPAID<br>FAX:86-10-68799791 | 20858.000 KGS | 28.536 CBM |
| CONTAINER NO. FLAG. SEAL NO.<br>CCLU4547723  COC  1053769 | | SIZE/TYPE     PKGS<br>40GP          12 PKG<br>LADEN ON BOARD  UASC SHUAIBA<br>22-JUL-2014   AS AGENTS FOR THE CARRIER<br>AES: X20140707628214 | WEIGHT<br>20858.000 KGS | 28.536 CBM |
| | | 16. Description of Contents (or Shipper's Use Only ( CARRIER NOT RESPONSIBLE) | | |

| 17. Total No. Containers<br>or Packages (In Words)   Twelve | |
|---|---|

| Freight and Charges | Rate | Per | Curr | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

RECEIVED in external apparent good order and condition.  Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading receipt, said by the shipper to contain the goods described above. Which description the carrier has no reasonable means of checking and is not part of the Bill of Lading. One original bill of Lading should be surrendered, except as provided for in clause 22 paragraph 4, in exchange for delivery of the shipment. Signed by the consignee, or duly endorsed by the holder in due course. Whereupon the other original(s) issued shall be void, in accepting this Bill of Lading. The Merchants agree to be bound by all the terms on the face and back hereof as if each had personally signed this Bill of Lading. WHEN the Place of Receipt of the Goods an inland point and is so named herein, any mention of "ON BOARD" "SHIPPED ON BOARD" or words to like effect  on  this Bill of Lading, shall be deemed to mean on board the truck, rail car, air craft or other inland conveyance (as the case may be), performing carriage from the Place of Receipt of the Goods in the Port of Loading. SEE clause 4 on the back of this Bill of Lading (Terms Combined on the back hereof Read Carefully).

| 24. Ex. Rate: | 25. Prepaid at<br>HOUSTON, TX | 26. Payable at | 27. Place and Date of Issue<br>HOUSTON, TX      22-JUL-2014 |
|---|---|---|---|
| | 28. Total prepaid in | 29. No. of Original B(s)L<br>THREE (3) | Sign:<br>China Shipping Container lines(NORTH AMERICA) Co.,<br>ltd. (As Agents for the Carrier)<br>Per:<br>China Shipping Container Lines(HONG KONG) Co., ltd<br>(Carrier) |

By

Page :2 of 2

中海集装箱运输(香港)有限公司
CHINA SHIPPING CONTAINER LINES (HONG KONG) CO., LTD.

**BILL OF LADING**
Port-to-Port Combined Transport

| | |
|---|---|
| 1. Shipper<br>BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | Booking No. / Ref. No.<br>HOU192461     Bill of Lading No.<br>NYCQLC000497<br>Export References<br>Shipper Reference:   BLC31029<br>Forwarder Reference: |

2. Consignee
TO ORDER OF SHIPPER

Forwarding Agent FMC No., CHB No.

FMC     CHB

Point and Country of Origin
U.S.A

3. Notify Party(Carrier not to be responsible for failure to notify)
BEIJING NEW BUILDING MATERIALS CO.,
LTD. 10/F BUILDING 4,INTERWEST
BUSINESS CTR.NO.9 SOUTH ROAD,
SHOUTI HAIDIAN DISTRICT BEIJING,
CHINA 100048 TEL. 86-10-68799791*

Also Notify - Routing & Instructions
NO SED AES4 EIN 161439224

| 4. Pre-carriage by* | 5. Place of Receipt*<br>NEW YORK, NY | Pier / Terminal | Service Contract No.<br>14TL09163 |
|---|---|---|---|
| 6. Ocean Vessel   Voy. No.<br>UASC SHUAIBA    1425W | 7. Port of Loading<br>NEW YORK | Type of Move (if Mixed Use as Appropriate)<br>CY/CY | |
| 8. Port of Discharge<br>DALIAN | 9. Place of Delivery*<br>DALIAN | 10. Final Destination (of the goods - not the ship)<br>DALIAN | |

**PARTICULARS FURNISHED BY SHIPPER**

| 11. Marks & Nos.<br>Container Seal No. | 12. No. of Ctrs or Pkgs. | 13. Kind of Packages: Description of Goods | 14. Gross Weight | 15. Measurement |
|---|---|---|---|---|

SHIPPERS STOW, LOAD AND COUNT

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION STATES IN ACCORDANCE WITH CONTRARY TO U.S. LAW PROHIBITED.

*Original*

16. Description of Contents for Shipper's Use Only ( CARRIER NOT RESPONSIBLE )

| 17. Total No. Containers or Packages ( In Words )    Twelve | | | | | |
|---|---|---|---|---|---|
| Freight and Charges | Rate | Per | Curr | Prepaid | Collect |

RECEIVED in external apparent good order and condition. Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading receipt, said by the shipper to contain the goods described above. Which description the carrier has no reasonable means of checking and is not part of this Bill of Lading. One original bill of Lading should be surrendered, except as provided for in clause 21 paragraph 4, in exchange for delivery of the shipment. Signed by the consignted, or duly endorsed by the holder in due course. Whereupon the other original(s) issued shall be void, in accepting this Bill of Lading. The Merchants agree to be bound by all the terms on the face and back hereof as if each had personally signed this Bill of Lading. WHEN the Place of Receipt of the Goods an inland point and to so named herein, any mention of "ON BOARD" "SHIPPED ON BOARD" or words to like effect on this Bill of Lading, shall be deemed to mean on board the truck, trail car, air craft or other inland conveyance (as the case may be), performing carriage from the Place of Receipt of the Goods to the Pen of Loading. SEE clause 4 on the back of this Bill of Lading (Terms Continued on the back hereof Read Carefully)

| 24. Ex. Rate: | 25. Prepaid at<br>HOUSTON/ONLINE PMT | 26. Payable at | 27. Place and Date of Issue<br>HOUSTON, TX     22-JUL-2014 |
|---|---|---|---|
| | 28. Total prepaid in | 29. No. of Original B(s)/L<br>THREE (3) | Sign:<br>China Shipping Container Lines(NORTH AMERICA) Co., ltd. (As Agents for the Carrier) |

By

Per:
China Shipping Container Lines(HONG KONG) Co. ltd.
(Carrier)

Baillie00320

中海集装箱运输(香港)有限公司
CHINA SHIPPING CONTAINER LINES (HONG KONG) CO., LTD.

## BILL OF LADING

Page: 1 of 2

| Booking No / Ref. No. | Bill of Lading No |
|---|---|
| HOU392461 | NYCDLC000497 |

**1. Shipper**
BAILLIE LUMBER CO.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

**2. Consignee**
TO ORDER OF SHIPPER
.
.

Export References
Shipper Reference:  BLC31029
Forwarder Reference:

**3. Notify Party(Carrier not to be responsible for failure to notify)**
BEIJING NEW BUILDING MATERIALS CO.,
LTD. 10/F BUILDING 4, INTERWEST
BUSINESS CTR.NO.9 SOUTH ROAD,
SHOUTI HAIDIAN DISTRICT BEIJING,
CHINA 100048 TEL. 86-10-68799791

Forwarding Agent, FMC No., CHB No.

FMC                    CHB
Point and Country of Origin
U.S.A
Also Notify - Routing & Instructions
NO SED AES4 EIN 161439224

| 4. Pre-carriage by* | | 5. Place of Receipt* NEW YORK, NY | Pier / Terminal | Service Contract No. 14TL09163 |
|---|---|---|---|---|
| 6. Ocean Vessel UASC SHUAIBA | Voy. No.7. Port of Loading 1425W NEW YORK | | Type of Move (if Mixed Use as Appropriate) CY/CY | |
| 8. Port of Discharge DALIAN | 9. Place of Delivery* DALIAN | | 10. Final Destination (of the goods – not the ship) DALIAN | |

### PARTICULARS FURNISHED BY SHIPPER

| 11. Marks & Nos. Container Seal No. | 12. No. of Ctrs or Pkgs. | 13. Kind of Packages: Description of Goods | 14. Gross Weight | 15. Measurement |
|---|---|---|---|---|
| PMF-47437~1 OCB INCLUSIVE OF DHC | 12 | 1 X 40GP CONTAINER(S) SLAC HARDWOOD LUMBER 12,101' 45,984LB  889 PIECES THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT TREATED AS PER ISPM 15 AND IPPC MARKED HS CODE:44079100221 FREIGHT PREPAID *FAX 86-10-68799756 | 20858.000 KGS | 28.536 CBM |
| CONTAINER NO. FLAG. SEAL NO. CCLU4547723  COC 1053769 | | SIZE/TYPE    PKGS 40GP     12 PKG LADEN ON BOARD  UASC SHUAIBA 22-JUL-2014  AS AGENTS FOR THE CARRIER RES: X20140707628214 | WEIGHT 20858.000 KGS | 28.536 CBM |
| | | 16. Description of Contents for Shipper's Use Only ( CARRIER NOT RESPONSIBLE) | | |

NEGOTIABLE

COPY

| 17. Total No. Containers or Packages ( in Words ) | Twelve | | | | |
|---|---|---|---|---|---|
| Freight and Charges | Rate | Per | Curr | Prepaid | Collect |

RECEIVED in external apparent good order and condition, Except where the noted, the total number of containers or other packages or units shown in this Bill of Lading receipt, said by the shipper to contain the goods described above. Which describes the carrier has no reasonable means of checking and is not part of the Bill of Lading. One original Bill of Lading should be surrendered, except as provided for in clause 21 paragraph 4, in exchange for delivery of the shipment. Signed by the consigned, or duly endorsed by the holder in due course. Whereupon the other originals issued shall be void, in accepting this Bill of Lading. The Merchants agree to be bound by all the terms on the face and back hereof (as if each had personally signed this Bill of Lading. WHEN the Place of Receipt of the Goods in inland proof said is an carried hereon, any actuation or "UN BOARD" "SHIPPED ON BOARD" or words to like effect on this Bill of Lading, shall be deemed to mean on board the truck, trail car, air craft or other inland conveyance (as the case may be), performing carriage from the Place of Receipt of the Goods to the Port of Loading. SEE clause 4 on the back of this Bill of Lading (Terms Continued on the back hereof (Read Carefully).

| 24. Ex. Rate: 1.0000 | 25. Prepaid at HOUSTON, TX | 26. Payable at | 27. Place and Date of Issue HOUSTON, TX    22-JUL-2014 |
|---|---|---|---|
| | 28. Total prepaid in | 29. No. of Original B(s)/L. THREE (3) | Sign: China Shipping Container Lines(NORTH AMERICA) Co., Inc.(As Agents for the Carrier) |
| | | | Per: China Shipping Container Lines (HONG KONG) Co., Ltd. (Carrier) |
| By | | | |

Baillie00321

Page:2 of 2

中海集装箱运输(香港)有限公司
CHINA SHIPPING CONTAINER LINES (HONG KONG) CO., LTD.

## BILL OF LADING

| | |
|---|---|
| Booking No. / Ref. No. | Bill of Lading No. |
| HOU392461 | NYCDLC000497 |

**1. Shipper**
BAILLIE LUMBER CO.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Export References
Shipper Reference:    BLC31029
Forwarder Reference:

**2. Consignee**
TO ORDER OF SHIPPER

Forwarding Agent. FMC No., CHB No

FMC
Point and Country of Origin
U.S.A

**3. Notify Party(Carrier not to be responsible for failure to notify)**
BEIJING NEW BUILDING MATERIALS CO.,
LTD. 10/F BUILDING 4, INTERWEST
BUSINESS CTR.NO.9 SOUTH ROAD,
SHOUTI HAIDIAN DISTRICT BEIJING.
CHINA 100048 TEL. 86-10-68799791*

Also Notify - Routing & Instructions
NO SED AES4 EIN 161439224

| 4. Pre-carriage by* | 5. Place of Receipt* NEW YORK, NY | Pier / Terminal | Service Contract No. 14TL09163 |
|---|---|---|---|
| 6. Ocean Vessel UASC SHUAIBA | Voy. No. 1425W | 7. Port of Loading NEW YORK | Type of Move (If Mixed Use as Appropriate) CY/CY |
| 8. Port of Discharge DALIAN | | 9. Place of Delivery DALIAN | 10. Final Destination (of the goods – not the ship) DALIAN |

## PARTICULARS FURNISHED BY SHIPPER

| 11. Marks & Nos. Container Seal No. | 12. No. of Cirs or Pkgs. | 13. Kind of Packages: Description of Goods | 14. Gross Weight | 15. Measurement |
|---|---|---|---|---|
| SHIPPERS STOW, LOAD AND COUNT | | | | |

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE
EXPORT ADMINISTRATION REGULATIONS. DIVERSION STATES IN ACCORDANCE WITH CONTRARY TO U.S. LAW PROHIBITED.

COPY NOT-NEGOTIABLE

16. Description of Contents for Shipper's Use Only ( CARRIER NOT RESPONSIBLE )

| 17. Total No. Containers or Packages ( In Words ) | Twelve |
|---|---|

RECEIVED in external apparent good order and condition.
Except otherwise noted, the total number of containers or other
packages or units shown in this Bill of Lading receipt, said by the
shipper to contain the goods described above. Which description the
carrier has no reasonable means of checking and is not part of
the Bill of Lading. One original Bill of Lading should be
surrendered, except as provided for in clause 22 paragraph 4, in
exchange for delivery of the shipment. Signed by the consigned, or
duly assigned by the holder to the carrier. Whereupon the other
original(s) issued shall be void, in accepting this Bill of Lading. The
Merchants agree to be bound by all the terms on the face and back
hereof as if each had personally signed this Bill of Lading.
WHEN the Place of Receipt of the Goods an actual point and is so
named herein, any notation ("ON BOARD" "SHIPPED ON
BOARD" or words to like effect on this Bill of Lading, shall be
deemed to mean on board the truck, railcar, air craft or other
inland conveyance (as the case may be), performing carriage from
the Place of Receipt of the Goods to the Port of Loading.
SEE clause 4 on the back of this Bill of Lading (Terms Continued
on the back hereof Read Carefully)

| Freight and Charges | Rate | Per | Curr | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| 24. Ex. Rate: 1.0000 | 25. Prepaid at HOUSTON, TX | 26. Payable at | 27. Place and Date of Issue HOUSTON, TX    22-JUL-2014 |
|---|---|---|---|
| 28. Total prepaid in | 29. No. of Original B(s)L THREE (3) | | Sign: China Shipping Container Lines(NORTH AMERICA) Co., Ltd (As Agents for the Carrier) |

Per:
China Shipping Container Lines (HONG KONG) Co., Ltd.
(Carrier)

By

Baillie00322

Contract Number: 47502 PF-54752

Value of the Transaction: $22,356.80


**Baillie**

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**ACKNOWLEDGEMENT:** PMF  47502

**DATE:** 7/07/14

Ask us about our Ripping Programs.

**TO**

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756

**SHIP TO:**

**PO/CONTRACT#:**

**ROUTE:**  CTR

**F.O.B.:**  CIF DALIAN

**MARKS:**

**TERMS:**  WIRE TRANSFER

**MEASUREMENT:**  NET

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 Ash #1 Common Kiln Dried<br>WIDTHS:  4" & WIDER<br>LENGTHS: 6' & LONGER | $1600/M | July |

SHIPMENT:   40' Container - port to port.  All
            terminal charges, inland freight and unloading
            container costs for buyer's account.
Bank Charges:  All banking charges are for applicant's
            account except HSBC New York bank charges are
            for the beneficiary's account.
Prices based on current freight.  Any variation in
freight costs at the time of shipment are for the
customers account.

TERMS:      Wire Transfer of funds upon receipt of
            faxed copy docs prior to arrival of goods.

Payment     Wire transfer of funds to:
Details:    HSBC Bank USA, New York, NY,
            SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
            for further credit to Baillie Lumber Co.,
            Account #860-34492-4.
*************DOCUMENT INSTRUCTIONS AS FOLLOWS*************
  Consignee - TO ORDER OF SHIPPER

**PLEASE SEND COPY DOCS FOR APPROVAL TO HQU@BAILLIE.COM**

THANK YOU,

PHILIP FENWICK

Order subject to NHLA Sales Code
Additional charges apply if unpaid by net due date.

EXP-00

Bill To:   3000-000  Ship To:   3000-000 FAX #: 86-024-22808077CLGOODHEAR

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002840

49827

7/22/14

BEIJING NEW BUILDING MATERIALS CO., LTD.          CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District          47502
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756           PF-54752

CIF DALIAN

WIRE TRANSFER

NET

4/4 Ash #1 Common Kiln Dried          13973          $1600          $22,356.80

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

3272 PIECES    13 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:   All banking charges are for applicant's
                account except HSBC New York bank charges are
                for the beneficiary's account.

Payment         Wire transfer of funds to:
Details:        HSBC Bank USA, New York, NY,
                SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
                for further credit to Baillie Lumber Co.,
                Account #860-34492-4.

$22,356.80
US Funds

Supplier: J&J
Commission Due: 0% Hannah Qu

JECKER

Bill:   3000-000 Ship:   3000-000 Agt:          SO#: 4750201 - 00
                                          Fax: 86-024-22808077          EXP-01

**Baillie00040**

Contract Number: 47680 PMF-47680-1

Value of the Transaction: $19,986.45


**Baillie**

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**\*\*\*\* REVISED \*\*\*\***

ACKNOWLEDGEMENT: PMF   47680

DATE: 7/15/14
Ask us about our Ripping Programs.
INTERNAL USE ONLY

TO:

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE: CTR

F.O.B.: CIF DALIAN

MARKS:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

**Revision:**   7/16 Revised- Split into 2 ack's (47692)

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 2 CTR | 4/4 Red Oak #1 Common Kiln Dried<br>WIDTH:  4" & WIDER<br>LENGTH: 6' & LONGER<br><br>SHIPMENT:  40' Container - port to port  All<br>terminal charges, inland freight and unloading<br>container costs for buyer's account.<br>Bank Charges:  All banking charges are for applicant's<br>account except HSBC New York bank charges are<br>for the beneficiary's account.<br>Prices based on current freight.  Any variation in<br>freight costs at the time of shipment are for the<br>customers account.<br><br>TERMS:     Wire Transfer of funds upon receipt of<br>faxed copy docs prior to arrival of goods.<br><br>Payment    Wire transfer of funds to:<br>Details:   HSBC Bank USA, New York, NY<br>SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,<br>for further credit to Baillie Lumber Co.,<br>Account #860-34492-4.<br><br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*DOCUMENT INSTRUCTIONS AS FOLLOWS\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>Consignee - TO ORDER OF SHIPPER<br><br>\*\*PLEASE SEND COPY DOCS FOR APPROVAL TO HQU@BAILLIE.COM\*\*<br><br>THANK YOU. | $1650/M | August |

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

PHILIP FENWICK

Supl: smyrna Ship: Shenyang Good Virtue Sen Trade
Comm: 0% Hannah Qu

INT: PMF
FRT:   1774.00
EXP-00

GRM:$1382
Bill To:    3000-000   Ship To:    3000-000 FAX #: 86-024-22808077JECKER

**Baillie00041**

49837

7/22/14

| | | |
|---|---|---|
| BEIJING NEW BUILDING MATERIALS CO., LTD. | CTR | |
| 10/F Building 4, Interwest Business Ctr. | | |
| No.9 South Road, Shouti Haidian District | 47680 | |
| Beijing, China 100048 | | |
| Tel. 86-10-68799791  Fax 86-10-68799756 | PMF-47680-1 | |
| | CIF DALIAN | |
| | WIRE TRANSFER | |
| | NET | |

| | | | |
|---|---|---|---|
| 4/4 Red Oak #1 Common Kiln Dried | 12113 | $1650 | $19,986.45 |

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

2537 PIECES   12 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:   All banking charges are for applicant's
account except HSBC New York bank charges are
for the beneficiary's account.

Payment       Wire transfer of funds to:
Details:      HSBC Bank USA, New York, NY,
              SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
              for further credit to Baillie Lumber Co.,
              Account #860-34492-4.

$19,986.45
US Funds

Supplier: SMYRNA
Commission Due: 0% Hannah Qu

JECKER

SO#: 4768001 - 00
Bill:    3000-000 Ship:    3000-000 Agt:      Fax: 86-024-22808077    EXP-01

**Baillie00042**

Contract Number: 47680 PMF-47680-2

Value of the Transaction: $19,707.60

49838

7/22/14

BEIJING NEW BUILDING MATERIALS CO., LTD.        CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District        47680
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756         PMF-47680-2

                                                CIF DALIAN

                                                WIRE TRANSFER

                                                NET


4/4 Red Oak #1 Common Kiln Dried          11944      $1650       $19,707.60

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

2659 PIECES    13 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:   All banking charges are for applicant's
                account except HSBC New York bank charges are
                for the beneficiary's account.

Payment         Wire transfer of funds to:
Details:        HSBC Bank USA, New York, NY,
                SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
                for further credit to Baillie Lumber Co.,
                Account #860-34492-4.


                                                       $19,707.60
                                                       US Funds


        Supplier: SMYRNA
        Commission Due: 0% Hannah Qu

                                                       JECKER
                          SO#: 4768002 - 00
Bill:    3000-000 Ship:    3000-000 Agt:      Fax: 86-024-22808077    EXP-01

Baillie00043

Contract Number: 47679 PMF-47679-1

Value of the Transaction: $24,855.80



**LUMBER CO. · P.O. Box 6**
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**\*\*\*\* REVISED \*\*\*\***

ACKNOWLEDGEMENT:  PMF    47679

DATE: 7/15/14
Ask us about our Ripping Programs.
INTERNAL USE ONLY

**TO:**

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791   Fax 86-10-68799756

**SHIP TO:**

PO/CONTRACT#:

ROUTE: CTR

F.O.B.:  CIF DALIAN

MARKS:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

**Revision:** .

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 2 CTR | 4/4 Red Oak Prime Kiln Dried<br>WIDTH:  5" & WIDER<br>LENGTH: 7' & LONGER<br><br>SHIPMENT:  40' Container - port to port   All<br>    terminal charges, inland freight and unloading<br>    container costs for buyer's account.<br>Bank Charges:  All banking charges are for applicant's<br>    account except HSBC New York bank charges are<br>    for the beneficiary's account.<br>Prices based on current freight.  Any variation in<br>freight costs at the time of shipment are for the<br>customers account.<br><br>TERMS:  Wire Transfer of funds upon receipt of<br>    faxed copy docs prior to arrival of goods.<br><br>Payment   Wire transfer of funds to:<br>Details:   HSBC Bank USA, New York, NY<br>    SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,<br>    for further credit to Baillie Lumber Co.,<br>    Account #860-34492-4.<br><br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*DOCUMENT INSTRUCTIONS AS FOLLOWS\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>  Consignee - TO ORDER OF SHIPPER<br><br>\*\*PLEASE SEND COPY DOCS FOR APPROVAL TO HQU@BAILLIE.COM\*\*<br><br>              THANK YOU, | $1900/M | August |

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

PHILIP FENWICK

Supl: ww Ship: Shenyang Good Virtue Sen Trade
Comm: 0% Hannah Qu

INT: PMF
FRT:   1535.00
EXP-00

GRM:$1630
Bill To:   3000-000   Ship To:    3000-000 FAX #: 86-024-22808077JECKER

**Baillie00044**

50348

8/06/14

BEIJING NEW BUILDING MATERIALS CO., LTD.          CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District          47679
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756           PMF-47679-1

                                                  CIF DALIAN

                                                  WIRE TRANSFER

                                                  NET


4/4 Red Oak Prime Kiln Dried                13082      $1900      $24,855.80

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

1571 PIECES    11 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:   All banking charges are for applicant's
                account except HSBC New York bank charges are
                for the beneficiary's account.

Payment         Wire transfer of funds to:
Details:        HSBC Bank USA, New York, NY,
                SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
                for further credit to Baillie Lumber Co.,
                Account #860-34492-4.




                                                        $24,855.80
                                                        US Funds


     Supplier: WORLD WOOD
     Commission Due: 0% Hannah Qu


                                                        JECKER

                                  SO#: 4767901 - 00
Bill:   3000-000 Ship:   3000-000 Agt:     Fax: 86-024-22808077   EXP-01

Baillie00045

Contract Number: 47679 PMF-47679-2

Value of the Transaction: $24,791.20

50349

8/06/14

BEIJING NEW BUILDING MATERIALS CO., LTD.           CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District          47679
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756           PMF-47679-2

                                                  CIF DALIAN

                                                  WIRE TRANSFER

                                                  NET


4/4 Red Oak Prime Kiln Dried                 13048      $1900      $24,791.20

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

1638 PIECES   11 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
               account except HSBC New York bank charges are
               for the beneficiary's account.

Payment        Wire transfer of funds to:
Details:       HSBC Bank USA, New York, NY,
               SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
               for further credit to Baillie Lumber Co.,
               Account #860-34492-4.




                                                     $24,791.20
                                                     US Funds


   Supplier: WORLD WOOD
   Commission Due: 0% Hannah Qu

                                                       JECKER

Bill:   3000-000 Ship:    3000-000 Agt:   SO#: 4767902 - 00
                                          Fax: 86-024-22808077   EXP-01

                                                  **Baillie00046**

Contract Number: 47761 PF-53596

Value of the Transaction: $15,610.05



**Baillie** LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

ACKNOWLEDGEMENT: PMF 47761

DATE: 7/21/14
**** REVISED ****

Ask us about our Ripping Programs.

TO:
BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791 Fax 86-10-68799756

PO/CONTRACT:

ROUTE: CTR

F.O.B.: CIF DALIAN

MARKS:

SHIP TO:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

Revision:

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 White Oak #1 Common Kiln Dried Strip<br>WIDTHS: 6.5"-7.5" (MEASURED AS 7")<br>LENGTHS: 6' & LONGER | $1350/M | July |

SHIPMENT:   40' Container - port to port.  All
terminal charges, inland freight and unloading
container costs for buyer's account.

Bank Charges:  All banking charges are for applicant's
account except HSBC New York bank charges are
for the beneficiary's account.

Prices based on current freight.  Any variation in
freight costs at the time of shipment are for the
customers account.

TERMS:    Wire Transfer of funds upon receipt of
faxed copy docs prior to arrival of goods.

Payment     Wire transfer of funds to:
Details:    HSBC Bank USA, New York, NY,
SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
for further credit to Baillie Lumber Co,
Account #860-34492-4.
*************DOCUMENT INSTRUCTIONS AS FOLLOWS*************
Consignee - TO ORDER OF SHIPPER
**PLEASE SEND COPY DOCS FOR APPROVAL TO HQU@BAILLIE.COM**

THANK YOU,

PHILIP FENWICK

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

EXP-00

Bill To:   3000-000  Ship To:   3000-000 FAX #: 86-024-22808077CLGOODHEAR

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002843



**Baillie**

LUMBER CO. · P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

SALES INVOICE: 50105

DATE: 7/30/14

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE: CTR

ACK: 47761

MARKS: PF-53596

DEL'Y PT.: CIF DALIAN

TERMS: WIRE TRANSFER

MEASUREMENT: NET

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| 4/4 White Oak #1 Common Kiln Dried Strip | 11563 | $1350 | $15,610.05 |

1990 PIECES   11 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account except HSBC New York bank charges are
for the beneficiary's account.

Payment        Wire transfer of funds to:
Details:       HSBC Bank USA, New York, NY,
               SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
               for further credit to Baillie Lumber Co.,
               Account #860-34492-4.

Baillie Lumber Co.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

| TOTAL: | $15,610.05 US Funds |
|---|---|

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Baillie00324

```
                    Baillie Lumber Co.                      Page:   1
                    4002 Legion Drive
                    P.O. Box 6
                    Hamburg          NY
                                     14075
                    P A C K I N G   L I S T

          B U N D L E   S U M M A R Y   S H E E T
```

Ship To .... PF-53596

Material . .. 4/4 White Oak #1 Common Strip Kiln Dried

| BR# | Product | Lengths | | | | Pcs | BF | M3 |
|-----|---------|---------|---|---|---|-----|-----|-----|
| 167659 | 4/4 White Oak | 7 | 8 | 9 | 10 | 211 | 1,030 | 2.429 |
| 168028 | 4/4 White Oak | 11 | 12 | | | 48 | 335 | .790 |
| 168759 | 4/4 White Oak | 7 | 8 | | | 197 | 912 | 2.151 |
| 168893 | 4/4 White Oak | 11 | 12 | | | 218 | 1,521 | 3.587 |
| 169005 | 4/4 White Oak | 10 | 11 | 12 | | 221 | 1,500 | 3.538 |
| 169025 | 4/4 White Oak | 7 | 8 | 9 | 10 | 171 | 878 | 2.071 |
| 170336 | 4/4 White Oak | 11 | 12 | | | 220 | 1,537 | 3.625 |
| 170352 | 4/4 White Oak | 9 | 10 | | | 216 | 1,255 | 2.960 |
| 170375 | 4/4 White Oak | 7 | 8 | 9 | 10 | 126 | 608 | 1.434 |
| 170886 | 4/4 White Oak | 9 | 10 | 11 | | 216 | 1,291 | 3.044 |
| 170904 | 4/4 White Oak | 7 | 8 | 9 | | 146 | 696 | 1.642 |

| Total Bundles: | 11 | | | 1,990 | 11,563 | 27.271 |
|----------------|----|--|--|-------|--------|--------|
| | | | | | NET | |

**Baillie Lumber Co.**
**4002 LEGION DRIVE**
**P.O. BOX 6**
**HAMBURG, NY 14075**

Baillie00325

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   1

Date:  6/04/14
       Ship To ....  PF-53596

Material  ..  4/4 White Oak #1 Common Strip Kiln Dried

| Width in Inches | | | | BF | M3 |
|---|---|---|---|---|---|
| FT | 7 | | | | |
| 7 | 4 | | | 16 | .038 |
| 8 | 155 | | | 723 | 1.705 |
| 9 | 21 | | | 110 | .259 |
| 10 | 31 | | | 181 | .427 |
| | | | NKT | ---------- | ---------- |
| Bundle # 167659 | | Pieces:   211 | Board Feet: | 1,030 | 2.429 |

| Width in Inches | | | | BF | M3 |
|---|---|---|---|---|---|
| FT | 7 | | | | |
| 11 | 2 | | | 13 | .031 |
| 12 | 46 | | | 322 | .759 |
| | | | NKT | ---------- | ---------- |
| Bundle # 168028 | | Pieces:   48 | Board Feet: | 335 | 790 |

| Width in Inches | | | | BF | M3 |
|---|---|---|---|---|---|
| FT | 7 | | | | |
| 7 | 12 | | | 49 | .116 |
| 8 | 185 | | | 863 | 2.035 |
| | | | NKT | ---------- | ---------- |
| Bundle # 168759 | | Pieces:   197 | Board Feet: | 912 | 2.151 |

| Width in Inches | | | | BF | M3 |
|---|---|---|---|---|---|
| FT | 7 | | | | |
| 11 | 9 | | | 58 | .137 |
| 12 | 209 | | | 1,463 | 3.450 |
| | | | NKT | ---------- | ---------- |
| Bundle # 168993 | | Pieces:   218 | Board Feet: | 1,521 | 3.587 |

| Width in Inches | | | | BF | M3 |
|---|---|---|---|---|---|
| FT | 7 | | | | |
| 10 | 39 | | | 228 | .538 |
| 11 | 4 | | | 26 | .061 |
| 12 | 178 | | | 1,246 | 2.939 |
| | | | NKT | ---------- | ---------- |
| Bundle # 169005 | | Pieces:   221 | Board Feet: | 1,500 | 3.538 |

Baillie00326

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   2

Date:  6/04/14
        Ship To ..... PP-53596

Material .... 4/4 White Oak #1 Common Strip Kiln Dried

| | Width in Inches | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|
| FT | 7 | | | | | | |
| 7 | 2 | | | | | 8 | .019 |
| 8 | 99 | | | | | 462 | 1.090 |
| 9 | 2 | | | | | 11 | .026 |
| 10 | 68 | | | | | 397 | .936 |
| | | | | | NET | ---------- | ---------- |
| Bundle # 169025 | | | Pieces: | 171 | Board Feet: | 878 | 2.071 |

| | Width in Inches | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|
| FT | 7 | | | | | | |
| 11 | 6 | | | | | 39 | .092 |
| 12 | 214 | | | | | 1,498 | 3.533 |
| | | | | | NET | ---------- | ---------- |
| Bundle # 170338 | | | Pieces: | 220 | Board Feet: | 1,537 | 3.625 |

| | Width in Inches | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|
| FT | 7 | | | | | | |
| 9 | 9 | | | | | 47 | .111 |
| 10 | 207 | | | | | 1,208 | 2.849 |
| | | | | | NET | ---------- | ---------- |
| Bundle # 170352 | | | Pieces: | 216 | Board Feet: | 1,255 | 2.960 |

| | Width in Inches | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|
| FT | 7 | | | | | | |
| 7 | 5 | | | | | 20 | .047 |
| 8 | 96 | | | | | 448 | 1.057 |
| 9 | 11 | | | | | 58 | .137 |
| 10 | 14 | | | | | 82 | .193 |
| | | | | | NET | ---------- | ---------- |
| Bundle # 170375 | | | Pieces: | 126 | Board Feet: | 608 | 1.434 |

Baillie00327

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:   3

Date:  6/04/14

Ship To . . . PF-5359G


Material .... 4/4 White Oak #1 Common Strip Kiln Dried

| Width in Inches | | | | | BF | M3 |
|---|---|---|---|---|---|---|
| FT | 7 | | | | | |
| 9 | 11 | | | | 68 | .160 |
| 10 | 137 | | | | 799 | 1.884 |
| 11 | 66 | | | | 424 | 1.000 |
| | | | | NET | ---------- | ---------- |
| Bundle # 170886 | | | Pieces: | 216 | Board Feet: | 1,291 | 3.044 |

| Width in Inches | | | | | BF | M3 |
|---|---|---|---|---|---|---|
| FT | 7 | | | | | |
| 7 | 13 | | | | 53 | .125 |
| 8 | 95 | | | | 443 | 1.045 |
| 9 | 38 | | | | 200 | .472 |
| | | | | NET | ---------- | ---------- |
| Bundle # 170904 | | | Pieces: | 146 | Board Feet: | 696 | 1.642 |

Baillie00328

**AGCS Marine Insurance Company**
One Chase Manhattan Plaza 37th Floor • New York, New York 10005-1423
Tel. 800-235-6029   Fax. 212-524-9362

SPECIAL CARGO POLICY

DUPLICATE-ORIGINAL UNPAID

| INSURED/SHIPPER | | | REGION COMP. | DOCUMENT NO | SP | 82868 |
|---|---|---|---|---|---|---|

INSURED/SHIPPER

Baillie Lumber Co.
4002 Legion Drive
P.O. Box 6
Hamburg, NY 14075

EXPORT REFERENCES

INS65424

605#587450-

CONSIGNEE and INSURED DESTINATION unless otherwise specified below •

C&D LOGISTICS (SHANGHAI) CO. LTD
ADD: 11/F ZHONG RONG HENGRUI
INTERNATIONAL PLAZA, NO.620
ZHANGYANG RD. PUDONG NEW DISTRICT
SHANGHAI, CHINA 200122

FORWARDING AGENT REFERENCES

INV NO.   48259

NOTIFY PARTY
C&D Logistics (Shanghai) Co. Ltd
Add: 11/F Zhong Rong Hengrui
International Plaza, No.620
Zhangyang Rd. Pudong New District
Shanghai, China 200122

POINT AND COUNTRY OF ORIGIN

DOMESTIC ROUTING/EXPORT INSTRUCTIONS

PIER OR AIRPORT
CHARLESTON

EXPORTING CARRIER (Vessel/Airline)
HYUNDAI GOODWILL 038W

PORT OF LOADING
CHARLESTON

ONWARD INLAND ROUTING

AIR/SEA PORT OF DISCHARGE
DALIAN

FOR TRANSSHIPMENT TO
DALIAN

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF GOODS INSURED AND THEIR PACKING<br>*Shipped subject to an Under Deck Bill of Lading unless otherwise specified hereon.* | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| PF-53596<br>NYKU4228338<br>SEAL: 2332465 | 11<br>0000218 | 4/4 White Oak #1 Common Strip Ki | 48,565LB<br>22,029KG | 27.271M3<br>11,563' |

| DATE OF POLICY | SUM INSURED | AMOUNT IN WORDS |
|---|---|---|
| 06/11/14 | $ 22,640.35 | TWENTY-TWO THOUSAND SIX HUNDRED FORTY AND 35/100 DOLLARS |

SPECIAL TERMS AND CONDITIONS: SHIPMENTS ON DECK or AIR CARGO when insured under this Policy are subject to terms and conditions specified on the reverse side hereof. SHIPMENTS SUBJECT TO AN "UNDER DECK" BILL OF LADING AND SHIPMENTS IN CONTAINERS SUBJECT TO AN "UNDER DECK" BILL OF LADING OR A BILL OF LADING WHICH DOES NOT DISCLOSE THE NATURE OF STOWAGE ARE INSURED:

EXCLUDING SHIPMENTS TO OR FROM COUNTRIES WHICH ARE THE SUBJECT OF TRADE OR ECONOMIC EMBARGOES IMPOSED BY THE LAWS OR REGULATIONS OF THE UNITED STATES OF AMERICA.

AGAINST ALL RISKS OF PHYSICAL LOSS OR DAMAGE FROM ANY EXTERNAL CAUSE (EXCEPTING SUCH RISKS AS ARE EXCLUDED BY THE PARAMOUNT WARRANTIES IN THIS POLICY) IRRESPECTIVE OF PERCENTAGE.
INSURED DESTINATION if other than consignee named above.

| This insurance is also subject to the following American Institute Clauses current on the date of issuance of this policy: | When goods are so destined this insurance is subject to |
|---|---|
| MARINE EXTENSION CLAUSES    NUCLEAR EXCLUSION CLAUSE    S. R. & C. C. ENDORSEMENT    WAR RISK INSURANCE | SOUTH AMERICAN 60 DAY CLAUSE |

THIS COMPANY, in consideration of an agreed premium and subject to the cargo policy terms and conditions (as referenced in top heading) in addition to special terms and conditions above and on the reverse hereof or stamped or endorsed hereon, does insure the named Assured on goods described above, valued at sum insured, to be shipped from Shipper's warehouse to the insured named destination above. Loss, if any, payable to the order of the Assured.

This Policy not transferable unless countersigned by an
authorized representative of this Company or the Assured.

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Countersigned:

Secretary

President

ORM 638  (Rev 6/11) A62691

Baillie00329

# CERTIFICATE OF ORIGIN

| 2. EXPORTER (Principal or seller-licensee and address including ZIP Code) | | 5. DOCUMENT NUMBER | 5A. B/L OR AWB NUMBER |
|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | | 6. EXPORT REFERENCES | C0O24954 |

| ZIP CODE | 6054687450 |
|---|---|

| 3. CONSIGNED TO | 7. FORWARDING AGENT (Name and address - references) |
|---|---|
| C&D LOGISTICS (SHANGHAI) CO. LTD<br>ADD: 11/F ZHONG RONG HENGRUI<br>INTERNATIONAL PLAZA, NO.620<br>ZHANGYANG RD. PUDONG NEW DISTRICT<br>SHANGHAI, CHINA 200122 | INV NO.   48259 |

| | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER |
|---|---|
| | U.S.A. |

| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address) | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| C&D LOGISTICS (SHANGHAI) CO. LTD<br>ADD: 11/F ZHONG RONG HENGRUI<br>INTERNATIONAL PLAZA, NO.620<br>ZHANGYANG RD. PUDONG NEW DISTRICT<br>SHANGHAI, CHINA 200122 | |

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | CHARLESTON |

| 14. EXPORTING CARRIER | 15. PORT OF LOADING/EXPORT |
|---|---|
| HYUNDAI GOODWILL 038W | CHARLESTON |

| 16. FOREIGN PORT OF UNLOADING (Vessel and air only) | 17. PLACE OF DELIVERY BY ON-CARRIER | 18. TYPE OF MOVE | 18 a. CONTAINERIZED (Vessel only) |
|---|---|---|---|
| DALIAN | DALIAN | | X YES ☐ NO |

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES in Schedule B detail<br>(20) | GROSS WEIGHT (Kilos)<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| PF-53596<br>NYKU4228338<br>SEAL: 2332465 | 11<br>0000218 | 4/4 White Oak #1 Common Strip Ki | 48,565LB<br>22,029KG | 27.271M3<br>11,563' |

Julie Mackey
Notary Public - State of New York
No. 01MA6098380
Qualified in Erie County
Commission Expires June 2, 2015

The undersigned..........LI MA...................................(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America. Dated at ........HAMBURG, NY.................. on the .....26..... day of ......JUNE.................... 20...14.

Sworn to before me this .......26.. day of ....JUNE............... 20..14.

_(signature)_

SIGNATURE OF OWNER OR AGENT

The..........HAMBURG CHAMBER OF COMMERCE..........NEW YORK......................., a recognized Chamber of Commerce under the laws of the State of............................................, has examined the manufacturer's invoice or shipper's affidavit concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated in the United States of America.

Secretary..........._(signature)_

Hamburg Chamber of Commerce
6122 South Park Avenue
P.O. Box 848
Hamburg, NY  14075

Form X-501-A Whse. No. C8530 463/5/PC<br>Apperson<br>800-438-0162 Rev. 12/69

Baillie00330

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

## PHYTOSANITARY CERTIFICATE

**FOR OFFICIAL USE ONLY**

PLACE OF ISSUE
North Charleston, South Carolina

NO.
**F-F-45019-04035088-7-B**

**USDA**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

DATE INSPECTED
June 06, 2014

### CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| | |
|---|---|
| 1. DATE | 2. TREATMENT |
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

### DESCRIPTION OF THE CONSIGNMENT

**7. NAME AND ADDRESS OF THE EXPORTER**
Baillie Lumber Co.
P.O. Box 6, 4002 Legion Drive
Hamburg, New York 14075-0006

**8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE**
C&D LOGISTICS (SHANGHAI) CO., LTD.
11/F Zhongrong Hengrui International Plaza
No. 620, Zhangyang Road
Pudong New District, Shanghai 200122 China

**9. NAME OF PRODUCE AND QUANTITY DECLARED**
(1)  11563 Board Feet, 27.271 Cubic Meters White oak (Kiln dried lumber)

**10. BOTANICAL NAME OF PLANTS**
(1)  Quercus alba

**11. NUMBER AND DESCRIPTION OF PACKAGES**
(1)  11 BUNDLES

**12. DISTINGUISHING MARKS**
(1)  NYK04228338

**13. PLACE OF ORIGIN**
(1)  North Carolina, USA

**14. DECLARED MEANS OF CONVEYANCE**
Ocean Vessel

**15. DECLARED POINT OF ENTRY**
DALIAN

**WARNING:** Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

NAPPO

Page  1  of  1

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|
| June 13, 2014 | Jonathan M. Gagnon | |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577            FEB 2001            Previous editions are obsolete after 6/00/01

SHIPPERS ORIGINAL

Baillie00331



DECLARATION OF NO WOOD PACKING MATERIAL
LOAD# PF-53596

TO THE SERVICE OF CUSTOMS ENTRY & EXIT INSPECTION AND QUARANTINE:

BL#: NYKS6054687450
CONTAINER#: NYKU4228338

IT IS DECLARED THAT THIS SHIPMENT <u>4/4 White Oak #1 Common Strip Ki</u>
(COMMODITY)

<u>11,563  BF          22,029 KG</u>  DOES NOT CONTAIN WOOD PACKING MATERIALS.
(QUANTITY/WEIGHT)

Baillie Lumber Co.

6/26/14

**Baillie Lumber Co.**
3002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Baillie Lumber Co.
PO Box 6 • Hamburg, New York USA 14075
Phone: 800-950-2850 • 716-649-2850 • Email: info@baillie.com

Baillie00332

**NYK LINE**
NIPPON YUSEN KAISHA

ORIGINAL

**BILL OF LADING**    PAGE: 1 OF 2

(NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)

SHIPPER/EXPORTER

BAILLIE LUMBER CO.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

BOOKING NO.   6054680450     BILL OF LADING NO.   NYKS6054687450

EXPORT REFERENCES (for the merchant's and/or carrier's reference only)
X20140602747199
SC1204516,SC1204516V50
BLC29472

CONSIGNEE

TO ORDER

FORWARDING AGENT REFERENCES
FMC NO

NOTIFY PARTY (it is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)

C&D LOGISTICS (SHANGHAI) CO. LTD
ADD: 11/F ZHONG RONG HENGRUI
INTERNATIONAL PLAZA, NO.620
ZHANGYANG RD, PUDONG NEW DISTRICT
SHANGHAI, CHINA 200122

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, (or package(s) said to contain the Goods, to be carried subject to all the terms and conditions hereof).
Delivery of the Goods to the Carrier for Carriage hereunder constitutes the Merchant's acceptance of all the stipulations, exceptions, terms and conditions of this Bill as fully as if signed by him; any contrary local custom or privilege notwithstanding. This Bill supersedes all prior agreements or freight engagements for the Goods.
If required by the Carrier, this Bill (duly endorsed if it is negotiable) must be surrendered in exchange for the Goods or delivery order. Where issued as a Sea Waybill, this Bill is not negotiable or a document of title and delivery shall be made to the named consignee on production of such reasonable proof of identity as may be required by the Carrier.
In witness whereof, the undersigned, on behalf of Nippon Yusen Kaisha and the Vessel and/or her owner, has signed the number of Bills stated hereunder, all of this tenor and date. Where issued as a Bill of Lading, delivery may be made against any one original Bill in which case, the others shall stand void.

PRE-CARRIAGE BY

PLACE OF RECEIPT
CHARLESTON

OCEAN VESSEL VOYAGE NO.  FLAG
HYUNDAI GOODWILL 038W

PORT OF LOADING
CHARLESTON

PORT OF DISCHARGE
DALIAN

PLACE OF DELIVERY
DALIAN

FINAL DESTINATION (for the Merchant's reference only)

TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD)
FCL / FCL       CY / CY

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|
| PF-53596 | 11 PACKAGES | SHIPPER'S LOAD AND COUNT<br>FREIGHT PREPAID<br>ON BOARD HYUNDAI GOODWILL 038W<br>ON JUNE 11, 2014<br>1 X 40' HQ CONTAINER<br><br>HARDWOOD LUMBER 11,563'<br>HS CODE:4407910063<br><br>1,990 PIECES<br>48,565LB<br><br>NO SED AES4 EIN 161439224<br>ITN:  X20140602747199<br><br>TRANSHIP VIA BUSAN | 22029KGS | 27.271CBM |

OCEAN FREIGHT PREPAID

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US$
FREIGHT & CHARGES PAYABLE AT/BY.

...if Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

SERVICE CONTRACT NO
SC1204516

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

(3) ORIGINAL (S) OF LADING HAVE BEEN SIGNED, WHERE DELIVERED AGAINST ONE, THE OTHER(S) TO BE VOID.

DATE CARGO RECEIVED

DATE LADEN ON BOARD
11 JUN 2014

PLACE OF B/L(S) ISSUE
CHICAGO

DATED
11 JUN 2014

SIGNED NYK LINE (NORTH AMERICA) INC.
BY.
...as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

Baillie00333

ORIGINAL

PAGE: 2 OF 2

VESSEL VOYAGE: HYUNDAI GOODWILL 038W

B/L NO.: NYKS6054687450

| CNTR NOS W/SEAL NOS VARKS & NUMBERS | QUANTITY 1ST KIND OF PACKAGES | M/W | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS AGAINST THE MERCHANT (SEE BACK ARTICLE 1(H)) AS SET OUT AT BACK ARTICLE 23(6) | | | | | |
| NYKU4228338  /2332465 /000021B | / / | | 11 PACKAGES        /FCL / FCL | /40HQ/22029KGS/ | |

SIGNED NYK LINE (NORTH AMERICA) INC.
BY.

, as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

Baillie00334

**FedEx.**          Shipment Receipt

**Address Information**

| Ship to: | Ship from: |
|---|---|
| China, Shanghai Municipal Branch | Li Mu |
| Industrial and Commercial Bank of | Baillie Lumber Co, LP |
| 2nd floor, No.9 Pudong Ave | 4002 Legion Drive |
| Attn: Int'l Business Department | P.O. Box 6 |
| SHANGHAI. | HAMBURG, NY |
| 200120 | 14075 |
| CN | US |
| 716-649-2850 | 7166492850 |

**Shipment Information:**
Tracking no.: 770432184225
Ship date: 06/26/2014
Estimated shipping charges: 16.44

**Package Information**
Pricing option:
Service type: International Priority
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: Baillie General Use-668
Bill duties/taxes/fees to: Recipient
Your reference: 48259
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, incl. intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits. Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**Baillie00335**

Contract Number: 48393 PMF-48393

Value of the Transaction: $21,923.20



LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**ACKNOWLEDGEMENT:** PMF    48393

**DATE:** 8/25/14
Ask us about our Ripping Programs.
INTERNAL USE ONLY

**TO:**

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791   Fax 86-10-68799756

**SHIP TO:**

**PO/CONTRACT#:**

**ROUTE:** CTR

**F.O.B.:** CIF DALIAN

**MARKS:**

**TERMS:** WIRE TRANSFER

**MEASUREMENT:** NET

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 Ash #1 Common Kiln Dried<br>WIDTHS:  4" & WIDER<br>LENGTHS: 6' & LONGER | $1550/M | September |

SHIPMENT:  40' Container - port to port   All
          terminal charges, inland freight and unloading
          container costs for buyer's account.

Bank Charges:  All banking charges are for applicant's
               account except HSBC New York bank charges are
               for the beneficiary's account.

Prices based on current freight.  Any variation in
freight costs at the time of shipment are for the
customers account.
TERMS:       Wire Transfer of funds upon receipt of
             faxed copy docs prior to arrival of goods.
Payment      Wire transfer of funds to:
Details:     HSBC Bank USA, New York, NY
             SWIFT Address--MRMDUS33, C.H.I.P.S. ID #0108,
             for further credit to Baillie Lumber Co.,
             Account #860-34492-4.
**************DOCUMENT INSTRUCTIONS AS FOLLOWS*************
   Consignee - TO ORDER OF SHIPPER

**PLEASE SEND COPY DOCS FOR APPROVAL TO HQU@BAILLIE.COM**

THANK YOU,

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

PHILIP FENWICK

Supl: augusta Ship: Shenyang Good Virtue Sen Trade
Comm: 0% Hannah Qu
*PLEASE DO NOT BOOK WITH MAERSK PER CUSTOMER REQUEST*        INT: PMF
                                                            FRT:  2200.00
                                                                  EXP-00
GRM:$1271
Bill To:   3000-000  Ship To:   3000-000 FAX #: 86-024-22808077JECKER

55718

1/14/15

BEIJING NEW BUILDING MATERIALS CO., LTD.          CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District          48393
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756           PMF-48393

                                                  CIF DALIAN

                                                  WIRE TRANSFER

                                                  NET


4/4 Ash #1 Common Kiln Dried                14144     $1550      $21,923.20

3510 PIECES   17 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
            Key Bank NA
            4910 Tiedeman Rd
            Brooklyn, OH  44144
            Swift Code: KEYBUS33
            ABA#:  021300077
            Baillie Lumber Co.
            Account#: 327-070-026-817




                                                  $21,923.20
                                                   US Funds


Supplier: AFP
Commission Due: 0% Hannah Qu

                                                        JECKER
                           SO#: 4839301 - 00
Bill:   3000-000 Ship:   3000-000 Agt:    Fax: 86-024-22808077   EXP-01
                                                        **Baillie00048**

Contract Number: 50260 PMF-950260-1

Value of the Transaction: $23,838.84



**Baillie** 🦌

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**\*\*\*\* REVISED \*\*\*\***

ACKNOWLEDGEMENT:  PMF   50260

DATE: 12/05/14
Ask us about our Ripping Programs.
INTERNAL USE ONLY

TO:

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791   Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE: CTR

F.O.B.:  CIF DALIAN

MARKS:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

Revision:

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 2 CTR | 25mm Wawa Prime Kiln Dried<br>WIDTHS:  25MM<br>LENGTHS: 3000MM & LONGER<br><br>SHIPMENT:  40' Container - port to port  All<br>  terminal charges, inland freight and unloading<br>  container costs for buyer's account.<br><br>Bank Charges:  All banking charges are for applicant's<br>  account except HSBC New York bank charges are<br>  for the beneficiary's account.<br><br>Prices based on current freight.  Any variation in<br>freight costs at the time of shipment are for the<br>customers account.<br><br>TERMS:  Wire Transfer of funds upon receipt of<br>  faxed copy docs prior to arrival of goods.<br><br>Wire transfer of funds to:<br>  Key Bank NA<br>  4910 Tiedeman Rd<br>  Brooklyn, OH  44144<br>  Swift Code: KEYBUS33<br>  ABA#:  021300077<br>  Baillie Lumber Co.<br>  Account#: 327070026817 | $515/M3 | January |

THANK YOU,      \* \* Continued \* \*

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Supl: MBS Ship: Shenyang Good Virtue Sen Trade
Comm: 0% Hannah Qu
\*DO NOT BOOK W MAERSK/CHINA SHIPPING PER CUSTOMER REQUEST\*   INT: PMF
                                                               FRT:  2200.00
GRM: $950                                                      EXP-00
Bill To:    3000-000   Ship To:    3000-000 FAX #: 86-024-22808077JECKER

**Baillie00049**



**Baillie**

LUMBER CO. · P.O. Box 8
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**TO:**

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791    Fax 86-10-68799756

**SHIP TO:**

**\*\*\*\* REVISED \*\*\*\***

ACKNOWLEDGEMENT: PMF    50260

DATE: 12/05/14
Ask us about our Ripping Programs.
INTERNAL USE ONLY

PO/CONTRACT#:

ROUTE: CTR

F.O.B.: CIF DALIAN

MARKS:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

**Revision:**

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| | BANK CHARGES: All banking charges are for applicant's account, except for charges of beneficiary's bank.<br><br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*DOCUMENT INSTRUCTIONS AS FOLLOWS\*\*\*\*\*\*\*\*\*\*\*\*\*<br>Consignee - TO ORDER OF SHIPPER<br>\*\*PLEASE SEND COPY DOCS FOR APPROVAL TO HQU@BAILLIE.COM\*\* | | |

THANK YOU,

PHILIP FENWICK

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Supl: MBS Ship: Shenyang Good Virtue Sen Trade
Comm: 0% Hannah Qu
\*DO NOT BOOK W MAERSK/CHINA SHIPPING PER CUSTOMER REQUEST\*    INT: PMF
                                                                FRT:    2200.00
GRM:$950                                                        EXP-00
Bill To:    3000-000    Ship To:    3000-000 FAX #: 86-024-22808077JECKER

**Baillie00050**

57045

2/26/15

BEIJING NEW BUILDING MATERIALS CO., LTD.  CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District 50260
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756  PMF-950260-1

               Mill DALIAN

               WIRE TRANSFER

               NET

25mm Wawa Prime Kiln Dried    46.289  $515  $23,838.84

16 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
  Key Bank NA     ABA#  021300077
  4910 Tiedeman Rd   Baillie Lumber Co.
  Brooklyn, OH  44144  Acct# 327-070-026-817
  Swift Code: KEYBUS33

                   $23,838.84
                   US Funds

Supplier: MBS
Commission Due: 0% Hannah Qu
19627'

                   JECKER

           SO#: 5026001 - 00
Bill:   3000-000 Ship:   3000-000 Agt:       Fax: 86-024-22808077  EXP-01

**Baillie00051**

Contract Number: 50260 PMF-950260-2

Value of the Transaction: $25,580.05



**Baillie**

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

SALES INVOICE:   57267

DATE:   3/04/15

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791   Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE:  CTR

ACK:   50260

MARKS:  PMF-950260-2

DEL'Y PT. Mill DALIAN

TERMS:  WIRE TRANSFER

MEASUREMENT: NET

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| 25mm Wawa Prime Kiln Dried | 49.670 | $515 | $25,580.05 |
| 15 PACKS | | | |
| EXPORT TALLIES ENCLOSED | | | |

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
    Key Bank NA
    4910 Tiedeman Rd
    Brooklyn, OH  44144
    Swift Code: KEYBUS33

ABA#   021300077
Baillie Lumber Co.
Acct# 327-070-026-817

*Baillie Lumber Co.*
*4002 LEGION DRIVE*
*P.O. BOX 6*
*HAMBURG, NY 14075*

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

| TOTAL: | $25,580.05 |
|---|---|
| | US Funds |

Baillie00063

57267

3/04/15

BEIJING NEW BUILDING MATERIALS CO., LTD.          CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District          50260
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756           PMF-950260-2

                                                  Mill DALIAN

                                                  WIRE TRANSFER

                                                      NET


25mm Wawa Prime Kiln Dried                 49.670    $515    $25,580.05

15 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
     Key Bank NA
     4910 Tiedeman Rd              ABA#  021300077
     Brooklyn, OH  44144           Baillie Lumber Co.
     Swift Code: KEYBUS33          Acct# 327-070-026-817




                                                    $25,580.05
                                                    US Funds

     Supplier: MBS
     Commission Due: 0% Hannah Qu
     21060'

                                                       JECKER
                          SO#: 5026002 - 00
Bill:   3000-000 Ship:   3000-000 Agt:    Fax: 86-024-22808077   EXP-01

Baillie00052

Contract Number: 50261 PMF-950261

Value of the Transaction: $26,694.51



**\*\*\*\* REVISED \*\*\*\***

ACKNOWLEDGEMENT: PMF   50261

DATE: 12/05/14
Ask us about our Ripping Programs.
INTERNAL USE ONLY

LUMBER CO. · P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

PO/CONTRACT#:

TO:

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756

SHIP TO:

ROUTE: CTR

F.O.B.  CIF DALIAN

MARKS:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

Revision:

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 50mm Wawa Prime Kiln Dried<br>WIDTHS:  50MM<br>LENGTHS: 3000MM & LONGER<br><br>SHIPMENT:  40' Container - port to port<br>terminal charges, inland freight and unloading<br>container costs for buyer's account.<br><br>Bank Charges:  All banking charges are for applicant's<br>account except HSBC New York bank charges are<br>for the beneficiary's account.<br><br>Prices based on current freight.  Any variation in<br>freight costs at the time of shipment are for the<br>customers account.<br><br>TERMS:     Wire Transfer of funds upon receipt of<br>faxed copy docs prior to arrival of goods.<br><br>Wire transfer of funds to:<br>Key Bank NA<br>4910 Tiedeman Rd<br>Brooklyn, OH  44144<br>Swift Code: KEYBUS33<br>ABA#:  021300077<br>Baillie Lumber Co.<br>Account#: 327070026817 | $515/M3<br><br>All | January |

THANK YOU,    \* \* Continued \* \*

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Supl: MBS Ship: Shenyang Good Virtue Sen Trade
Comm: 0% Hannah Qu
\*DO NOT BOOK W MAERSK/CHINA SHIPPING PER CUSTOMER REQUEST*    INT: PMF
                                                              FRT:  2200.00
GRM:$950                                                             EXP-00
Bill To:    3000-000  Ship To:    3000-000 FAX #: 86-024-22808077JECKER

**Baillie00053**



**Baillie**

LUMBER CO. - P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**\*\*\*\* REVISED \*\*\*\***

ACKNOWLEDGEMENT:   PMF   50261

DATE: 12/05/14
Ask us about our Ripping Programs.
INTERNAL USE ONLY

TO:

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791   Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE: CTR

F.O.B.:  CIF DALIAN

MARKS:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

Revision:

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| | BANK CHARGES:  All banking charges are for applicant's account, except for charges of beneficiary's bank.  \*\*\*\*\*\*\*\*\*\*\*\*\*\*DOCUMENT INSTRUCTIONS AS FOLLOWS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* Consignee - TO ORDER OF SHIPPER \*\*PLEASE SEND COPY DOCS FOR APPROVAL TO HQU@BAILLIE.COM\*\* | | |

THANK YOU,

PHILIP FENWICK

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Supl: MBS Ship: Shenyang Good Virtue Sen Trade
Comm: 0% Hannah Qu
\*DO NOT BOOK W MAERSK/CHINA SHIPPING PER CUSTOMER REQUEST\*   INT: PMF
                                                              FRT:   2200.00
GRM:$950                                                      EXP-00
Bill To:    3000-000   Ship To:    3000-000  FAX #: 86-024-22808077JECKER

Baillie00054

57046

2/26/15

BEIJING NEW BUILDING MATERIALS CO., LTD.           CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District           50261
Beijing, China 100048
Tel. 86-10-68799791  Fax 86-10-68799756            PMF-950261

                                                   Mill DALIAN

                                                   WIRE TRANSFER

                                                   NET


50mm Wawa Prime Kiln Dried                51.834      $515      $26,694.51

14 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
       Key Bank NA                  ABA#  021300077
       4910 Tiedeman Rd             Baillie Lumber Co.
       Brooklyn, OH  44144          Acct# 327-070-026-817
       Swift Code: KEYBUS33


                                                   $26,694.51
                                                   US Funds


       Supplier: MBS
       Commission Due: 0% Hannah Qu
       21978'

                                                       JECKER
                                  SO#: 5026101 - 00
Bill:   3000-000 Ship:   3000-000 Agt:      Fax: 86-024-22808077    EXP-01

Baillie00055

Contract Number: 50680 PMF-50680

Value of the Transaction: $20,243.00



**Baillie**

LUMBER CO. · P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**\*\*\*\* REVISED \*\*\*\***

ACKNOWLEDGEMENT: PMF  50680

DATE: 12/31/14
Ask us about our Ripping Programs.
INTERNAL USE ONLY

TO:

Beijing New Building Material Co., Ltd
10/F Building 4, Interwest Business Ctr.
No. 9 South Rd, Shouti Haidian District
Beijing China 100048
Tel: 86-10-68799791
Fax: 86-10-68799756
SHIP TO:

PO/CONTRACT#:

ROUTE: CTR

F.O.B.: CIF DALIAN

MARKS:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

Revision:

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 Red Oak #1 Common Kiln Dried<br>WIDTHS: 4" & WIDER<br>LENGTHS: 6' & LONGER | $1550/M | January |
| | SHIPMENT: 40' Container - port to port  All<br>terminal charges, inland freight and unloading<br>container costs for buyer's account.<br><br>SPECIAL INSTRUCTIONS: Bundle Tally/Net Measurement after KD.<br><br>Prices based on current freight.  Any variation in freight<br>costs at the time of shipment are for the customers account.<br><br>TERMS:  Wire transfer of funds upon receipt of faxed copy<br>documents prior to arrival of goods.<br>Wire transfer of funds to:<br>Key Bank NA<br>4910 Tiedeman Rd<br>Brooklyn, OH  44144<br>Swift Code: KEYBUS33<br>ABA#:  021300077<br>Baillie Lumber Co.<br>Account#: 327-070-026-817<br><br>Bank Charges:  All banking charges are for applicant's<br>account, except for charges of beneficiary's bank. | | |

THANK YOU,

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

PHILIP FENWICK

Supl: st james Ship: Dalian Hengqiang Wood Co., Ltd
Comm: 0 Hannah Qu

INT: PMF
FRT:   2026.00
        EXP-00
GRM: $1271
Bill To:    3423-000   Ship To:    3423-000 FAX #: 1332227100   JECKER

**Baillie00026**

56101

1/28/15

Beijing New Building Material Co., Ltd          CTR
10/F Building 4, Interwest Business Ctr.
No. 9 South Rd, Shouti Haidian District        50680
Beijing China 100048
Tel: 86-10-68799791                            PMF-50680
Fax: 86-10-68799756
                                               CIF DALIAN

                                               WIRE TRANSFER

                                                   NET


4/4 Red Oak #1 Common Kiln Dried         13060      $1550      $20,243.00

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

2232 PIECES    14 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
     Key Bank NA              ABA#  021300077
     4910 Tiedeman Rd         Baillie Lumber Co.
     Brooklyn, OH  44144      Acct# 327-070-026-817
     Swift Code: KEYBUS33


                                              $20,243.00
                                              US Funds


     Supplier: ST JAMES
     Commission Due: 0 Hannah Qu


                                              JECKER
                        SO#: 5068001 - 00
Bill:   3423-000 Ship:   3423-000 Agt:    Fax: 1332227100     EXP-01

Baillie00027

Contract Number: 50681 PMF-50681

Value of the Transaction: $18,655.50



**Baillie**

LUMBER CO. · P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**** REVISED ****

ACKNOWLEDGEMENT:  PMF    50681

DATE: 12/31/14
Ask us about our Ripping Programs.
INTERNAL USE ONLY

TO:

Beijing New Building Material Co., Ltd
10/F Building 4, Interwest Business Ctr.
No. 9 South Rd, Shouti Haidian District
Beijing China 100048
Tel: 86-10-68799791
Fax: 86-10-68799756
SHIP TO:

PO/CONTRACT#:

ROUTE: CTR

F.O.B.: CIF DALIAN

MARKS:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

Revision:

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 Red Oak #1 Common Kiln Dried<br>WIDTHS:  4" & WIDER<br>LENGTHS: 6' & LONGER | $1500/M | January |
| | SHIPMENT:  40' Container - port to port  All<br>     terminal charges, inland freight and unloading<br>     container costs for buyer's account. | | |
| | SPECIAL INSTRUCTIONS: Bundle Tally/Net Measurement after KD. | | |
| | Prices based on current freight.  Any variation in freight<br>costs at the time of shipment are for the customers account. | | |
| | TERMS:  Wire transfer of funds upon receipt of faxed copy<br>     documents prior to arrival of goods.<br>Wire transfer of funds to:<br>     Key Bank NA<br>     4910 Tiedeman Rd<br>     Brooklyn, OH  44144<br>     Swift Code: KEYBUS33<br>     ABA#:  021300077<br>     Baillie Lumber Co.<br>     Account#: 327-070-026-817 | | |
| | Bank Charges:  All banking charges are for applicant's<br>  account, except for charges of beneficiary's bank. | | |

THANK YOU,

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

PHILIP FENWICK

Supl: leitchfield Ship: Dalian Hengqiang Wood Co., Ltd
Comm: 0 Hannah Qu

INT: PMF
FRT:    2229.00
        EXP-00
GRM:$1209
Bill To:    3423-000  Ship To:    3423-000 FAX #: 1332227100      JECKER

Baillie00028

55769

1/15/15

Beijing New Building Material Co., Ltd          CTR
10/F Building 4, Interwest Business Ctr.
No. 9 South Rd, Shouti Haidian District          50681
Beijing China 100048
Tel: 86-10-68799791                              PMF-50681
Fax: 86-10-68799756
                                                 CIF DALIAN

                                                 WIRE TRANSFER

                                                 NET

4/4 Red Oak #1 Common Kiln Dried          12437      $1500      $18,655.50

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

1979 PIECES    13 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
            Key Bank NA
            4910 Tiedeman Rd
            Brooklyn, OH  44144
            Swift Code: KEYBUS33
            ABA#:  021300077
            Baillie Lumber Co.
            Account#: 327-070-026-817

                                                     $18,655.50
                                                     US Funds

        Supplier: Leitchfield
        Commission Due: 0 Hannah Qu

                                                     JECKER
                        SO#: 5068101 - 00
Bill:    3423-000 Ship:    3423-000 Agt:     Fax: 1332227100    EXP-01

                                                     **Baillie00029**

Contract Number: 50681 PMF-50682

Value of the Transaction: $19,143.01



# Baillie

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**** REVISED ****

ACKNOWLEDGEMENT: PMF   50682

DATE: 12/31/14
Ask us about our Ripping Programs.
INTERNAL USE ONLY

TO:

Beijing New Building Material Co., Ltd
10/F Building 4, Interwest Business Ctr.
No. 9 South Rd, Shouti Haidian District
Beijing China 100048
Tel: 86-10-68799791
Fax: 86-10-68799756
SHIP TO:

PO/CONTRACT#:

ROUTE: CTR

F.O.B.: CIF DALIAN

MARKS:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

Revision:

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 Red Oak #1 Common Kiln Dried<br>WIDTHS:  4" & WIDER<br>LENGTHS: 6' & LONGER<br><br>SHIPMENT:  40' Container - port to port<br>terminal charges, inland freight and unloading<br>container costs for buyer's account.<br><br>SPECIAL INSTRUCTIONS: Bundle Tally/Net Measurement after KD.<br><br>Prices based on current freight.  Any variation in freight<br>costs at the time of shipment are for the customers account.<br><br>TERMS:  Wire transfer of funds upon receipt of faxed copy<br>documents prior to arrival of goods.<br>Wire transfer of funds to:<br>Key Bank NA<br>4910 Tiedeman Rd<br>Brooklyn, OH  44144<br>Swift Code: KEYBUS33<br>ABA#:  021300077<br>Baillie Lumber Co.<br>Account#: 327-070-026-817<br><br>Bank Charges:  All banking charges are for applicant's<br>account, except for charges of beneficiary's bank. | $1570/M  All | January |

THANK YOU,

PHILIP FENWICK

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Supl: titusville Ship: Dalian Hengqiang Wood Co., Ltd
Comm: 0 Hannah Qu

INT: PMF
FRT:   2286.00
EXP-00

GRM:$1269
Bill To:   3423-000   Ship To:   3423-000 FAX #: 1332227100   JECKER

Baillie00030

56247

2/03/15

Beijing New Building Material Co., Ltd          CTR
10/F Building 4, Interwest Business Ctr.
No. 9 South Rd, Shouti Haidian District          50682
Beijing China 100048
Tel: 86-10-68799791                               PMF-50682
Fax: 86-10-68799756
                                                  CIF DALIAN

                                                  WIRE TRANSFER

                                                      NET


4/4 Red Oak #1 Common Kiln Dried          12193      $1570      $19,143.01

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

2643 PIECES   13 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
     Key Bank NA                    ABA#  021300077
     4910 Tiedeman Rd               Baillie Lumber Co.
     Brooklyn, OH  44144            Acct# 327-070-026-817
     Swift Code: KEYBUS33




                                                         $19,143.01
                                                          US Funds


     Supplier: TITUSVILLE
     Commission Due: 0 Hannah Qu

                                                         JECKER

                              SO#: 5068201 - 00
Bill:    3423-000 Ship:    3423-000 Agt:     Fax: 1332227100     EXP-01
                                                         **Baillie00031**

Contract Number: 50901 PMF-50901

Value of the Transaction: $23,312.64



**Baillie**
LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**\*\*\*\* REVISED \*\*\*\***

ACKNOWLEDGEMENT: PMF   50901

DATE: 1/14/15
Ask us about our Ripping Programs.
INTERNAL USE ONLY

TO:
Beijing New Building Materials Co., Ltd.
10/F Building 4, Interwest Business Ctr.
No. 9 South Road,
Shouti Haidian District,
Beijing, China 100048
Tel: 86-10-68799791//Fax: 86-10-68799756
SHIP TO:

PO/CONTRACT#:

ROUTE: CTR

F.O.B.: CIF DALIAN

MARKS:

TERMS: CIA-$1500 PRIOR SHIP-BAL WT

MEASUREMENT: NET

Revision:   1/27 Revised Order to 4/4 Red Oak Prime

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 Red Oak Prime Kiln Dried<br>WIDTHS:  5" & WIDER<br>LENGTHS:  7' & LONGER<br><br>SHIPMENT:  40' Container - port to port   All<br>terminal charges, inland freight and unloading<br>container costs for buyer's account.<br><br>Prices based on current freight.  Any variation in freight<br>costs at the time of shipment are for the customers account.<br><br>TERMS: $1500 USD per container advance payment prior to<br>booking via wire transfer. Balance due upon receipt<br>of copy documents prior to arrival of goods.<br><br>Wire transfer of funds to:<br>Key Bank NA<br>4910 Tiedeman Rd<br>Brooklyn, OH  44144<br>Swift Code: KEYBUS33<br>ABA#:  021300077<br>Baillie Lumber Co.<br>Account#: 327-070-026-817<br><br>Bank Charges:  All banking charges are for applicant's<br>account, except for charges of beneficiary's bank. | $1920/M | March |

THANK YOU,

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

PHILIP FENWICK

Supl: Titusville Ship: Dalian Jinshi Wood Co.
Comm: 0 Hannah Qu

INT: PMF
FRT:   2286.00
EXP-00

GRM:$1605
Bill To:   3427-000  Ship To:   3427-000 FAX #: 86-411-82799598JECKER

**Baillie00032**

56916

2/23/15

Beijing New Building Materials Co., Ltd.          CTR
10/F Building 4, Interwest Business Ctr.
No. 9 South Road,                                 50901
Shouti Haidian District,
Beijing, China 100048                             PMF-50901
Tel: 86-10-68799791//Fax: 86-10-68799756
                                                  CIF DALIAN

                                                  CIA-$1500 PRIOR SHIP-BAL WT

                                                      NET


4/4 Red Oak Prime Kiln Dried              12142      $1920      $23,312.64

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

1947 PIECES    11 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
       Key Bank NA                  ABA#  021300077
       4910 Tiedeman Rd             Baillie Lumber Co.
       Brooklyn, OH  44144          Acct# 327-070-026-817
       Swift Code: KEYBUS33


                                                   $23,312.64
                                                   US Funds


       Supplier: TITUSVILLE
       Commission Due: 0 Hannah Qu

                                                       JECKER
                              SO#: 5090101 - 00
Bill:    3427-000 Ship:    3427-000 Agt:      Fax: 86-411-82799598    EXP-01
                                                       **Baillie00033**

Contract Number: 50902 PMF-50902

Value of the Transaction: $23,568.00



**Baillie**

LUMBER CO. - P.O. Box 6
400Z Legion Drive
Hamburg, NY USA 14075-0006
718-649-2850

TO:

Beijing New Building Materials Co., Ltd.
10/F Building 4, Interwest Business Ctr.
No. 9 South Road,
Shouti Haidian District,
Beijing, China 100048
Tel: 86-10-68799791//Fax: 86-10-68799756
SHIP TO:

**** REVISED ****

ACKNOWLEDGEMENT: PMF   50902

DATE: 1/14/15
Ask us about our Ripping Programs.
INTERNAL USE ONLY

PO/CONTRACT#:

ROUTE: CTR

F.O.B.: CIF DALIAN

MARKS:

TERMS: CIA-$1500 PRIOR SHIP-BAL WT

MEASUREMENT: NET

**Revision:    1/27 Revised Order to 4/4 Red Oak Prime**

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 Red Oak Prime Kiln Dried<br>WIDTHS:  5" & WIDER<br>LENGTHS:  7' & LONGER | $1920/M | March |

SHIPMENT:  40' Container - port to port   All
terminal charges, inland freight and unloading
container costs for buyer's account.

Prices based on current freight.  Any variation in freight
costs at the time of shipment are for the customers account.

TERMS: $1500 USD per container advance payment prior to
booking via wire transfer. Balance due upon receipt
of copy documents prior to arrival of goods.

Wire transfer of funds to:
Key Bank NA
4910 Tiedeman Rd
Brooklyn, OH  44144
Swift Code: KEYBUS33
ABA#:  021300077
Baillie Lumber Co.
Account#: 327-070-026-817

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

THANK YOU.

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

PHILIP FENWICK

Supl: Titusville Ship: Dalian Jinshi Wood Co.
Comm: 0 Hannah Qu

INT: PMF
FRT:    2286.00
EXP-00

GRM:$1605
Bill To:    3427-000   Ship To:    3427-000 FAX #: 86-411-82799598JECKER

**Baillie00034**

57491

3/11/15

Beijing New Building Materials Co., Ltd.          CTR
10/F Building 4, Interwest Business Ctr.
No. 9 South Road,                                 50902
Shouti Haidian District,
Beijing, China 100048                             PMF-50902
Tel: 86-10-68799791//Fax: 86-10-68799756
                                                  CIF DALIAN

                                                  CIA-$1500 PRIOR SHIP-BAL WT

                                                       NET


4/4 Red Oak Prime Kiln Dried          12275      $1920      $23,568.00

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

2305 PIECES    12 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
        Key Bank NA              ABA#  021300077
        4910 Tiedeman Rd         Baillie Lumber Co.
        Brooklyn, OH  44144      Acct# 327-070-026-817
        Swift Code: KEYBUS33


                                                  $23,568.00
                                                  US Funds


        Supplier: TITUSVILLE
        Commission Due: 0 Hannah Qu

                                                       JECKER
                              SO#: 5090201 - 00
Bill:    3427-000 Ship:    3427-000 Agt:    Fax: 86-411-82799598    EXP-01

Baillie00035

Contract Number:  50903 PMF-50903-AB

Value of the Transaction: $24,841.64



**LUMBER CO. · P.O. Box 6**
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**\*\*\*\* REVISED \*\*\*\***

ACKNOWLEDGEMENT: PMF   50903

DATE: 1/14/15
Ask us about our Ripping Programs.
INTERNAL USE ONLY

TO:

Beijing New Building Materials Co., Ltd.
10/F Building 4, Interwest Business Ctr.
No. 9 South Road,
Shouti Haidian District,
Beijing, China 100048
Tel: 86-10-68799791//Fax: 86-10-68799756
SHIP TO:

PO/CONTRACT#:

ROUTE: CTR

F.O.B.: CIF DALIAN

MARKS:

TERMS: CIA-$1500 PRIOR SHIP-BAL WT

MEASUREMENT: NET

Revision:

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| .5 CTR | 4/4 Red Oak Prime Kiln Dried | $1920/M | January |
| .5 CTR | 5/4 Red Oak Prime Kiln Dried<br>WIDTHS:  5" & WIDER<br>LENGTHS:  7' & LONGER | $2200/M | |

SHIPMENT:  40' Container - port to port   All
terminal charges, inland freight and unloading
container costs for buyer's account.

Prices based on current freight.  Any variation in freight
costs at the time of shipment are for the customers account.

TERMS: $1500 USD per container advance payment prior to
booking via wire transfer. Balance due upon receipt
of copy documents prior to arrival of goods.

Wire transfer of funds to:
Key Bank NA
4910 Tiedeman Rd
Brooklyn, OH  44144
Swift Code: KEYBUS33
ABA#:  021300077
Baillie Lumber Co.
Account#: 327-070-026-817
Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

THANK YOU,

PHILIP FENWICK

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Supl: titusville Ship: Dalian Jinshi Wood Co.
Comm: 0 Hannah Qu

INT: PMF
FRT:   2286.00
EXP-00

GRM:$1591,$1848
Bill To:   3427-000   Ship To:   3427-000 FAX #: 86-411-82799598JECKER

Baillie00036

56799

2/18/15

Beijing New Building Materials Co., Ltd.          CTR
10/F Building 4, Interwest Business Ctr.
No. 9 South Road,                                 50903
Shouti Haidian District,
Beijing, China 100048                             PMF-50903-AB
Tel: 86-10-68799791//Fax: 86-10-68799756
                                                  CIF DALIAN

                                                  CIA-$1500 PRIOR SHIP-BAL WT

                                                      NET

| | | | |
|---|---|---|---|
| 4/4 Red Oak Prime Kiln Dried | 5982 | $1920 | $11,485.44 |
| 5/4 Red Oak Prime Kiln Dried | 6071 | $2200 | $13,356.20 |

12053

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

1829 PIECES    11 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
      Key Bank NA
      4910 Tiedeman Rd              ABA#  021300077
      Brooklyn, OH  44144           Baillie Lumber Co.
      Swift Code: KEYBUS33          Acct# 327-070-026-817

                                                  $24,841.64
                                                  US Funds

      Supplier: TITUSVILLE
      Commission Due: 0 Hannah Qu

                                                           JECKER
                              SO#: 5090301 - 00
Bill:    3427-000 Ship:    3427-000 Agt:    Fax: 86-411-82799598    EXP-01
                                                        **Baillie00037**

Contract Number: 51856 PMF-951856-1

Value of the Transaction: $16,959.20



**LUMBER CO. · P.O. Box 6**
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**\*\*\*\* REVISED \*\*\*\***

ACKNOWLEDGEMENT:  PMF   51856

DATE: 3/11/15
Ask us about our Ripping Programs.
INTERNAL USE ONLY

**TO:**

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756

**SHIP TO:**

PO/CONTRACT#:

ROUTE: CTR

F.O.B.:  CIF DALIAN

MARKS:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

| | | | | |
|---|---|---|---|---|
| Revision: | 3/11 revised terms | | | |
| QUANTITY | DESCRIPTION | | PRICE | DATE OF SHIPMENT |
| 2 CTR | 4/4 Red Oak #1 Common Kiln Dried<br>WIDTHS:  4" & WIDER<br>LENGTHS: 6' & LONGER | | $1360/M | March |

SHIPMENT:  40' Container - port to port   All
          terminal charges, inland freight and unloading
          container costs for buyer's account.

Prices based on current freight.  Any variation in freight
costs at the time of shipment are for the customers account.

TERMS:   Wire transfer of funds upon receipt of faxed
         copy documents prior to arrival of goods.
Wire transfer of funds to:
     Key Bank NA                ABA#  021300077
     4910 Tiedeman Rd           Baillie Lumber Co.
     Brooklyn, OH  44144        Acct# 327-070-026-817
     Swift Code: KEYBUS33

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

THANK YOU,

PHILIP FENWICK

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Supl: Leitchfield Ship: Shenyang Futian Wood Co.,Ltd
Comm: 0 Hannah Qu
DO NOT USE CHINA SHIPPING PER CUSTOMER REQUEST

INT: PMF
FRT:  2251.00
         EXP-00

GRM:$1079
Bill To:   3290-000   Ship To:   3290-000 FAX #: 86-21-61635155 JECKER

**Baillie00004**



**LUMBER CO. · P.O. Box 6**
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

*Cleared As Is*

SALES INVOICE: 58279

DATE: 4/06/15

PO/CONTRACT#: H-I

ROUTE: CTR

ACK: 51856

MARKS: PMF-951856-1

DEL'Y PT. CIF DALIAN

TERMS: WIRE TRANSFER

MEASUREMENT: NET

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791 Fax 86-10-68799756

SHIP TO:

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| 4/4 Red Oak #1 Common Kiln Dried | 12470 | $1360 | $16,959.20 |

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

2098 PIECES   12 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
    Key Bank NA              ABA#  021300077
    4910 Tiedeman Rd         Baillie Lumber Co
    Brooklyn, OH  44144      Acct# 327-070-026-817
    Swift Code: KEYBUS33

**Baillie Lumber Co.**
**4002 LEGION DRIVE**
**P.O. BOX 6**
**HAMBURG, NY 14075**

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date

TOTAL: $16,959.20
       US Funds

Baillie00113

Baillie Lumber Co.
4002 Legion Drive
P.O. Box 6
Hamburg                NY
                      14075

P A C K I N G   L I S T

B U N D L E   S U M M A R Y   S H E E T

Page:   1

---

Ship To ...., PMF-951856-1

Material .... 4/4 Red Oak #1 Common Kiln Dried

| BR# | Product | Lengths | | | Pcs | BF | M3 |
|-----|---------|---------|---|---|-----|-----|-----|
| 871007 | 4/4 Red Oak | 15 | 16 | | 172 | 1,655 | 3.902 |
| 871034 | 4/4 Red Oak | 11 | 12 | | 154 | 1,109 | 2.617 |
| 871044 | 4/4 Red Oak | 11 | 12 | | 174 | 1,231 | 2.903 |
| 871051 | 4/4 Red Oak | 11 | 12 | | 155 | 1,141 | 2.691 |
| 871095 | 4/4 Red Oak | 9 | 10 | | 174 | 1,042 | 2.458 |
| 871113 | 4/4 Red Oak | 9 | 10 | | 176 | 1,056 | 2.491 |
| 871119 | 4/4 Red Oak | 9 | 10 | | 182 | 1,011 | 2.384 |
| 871121 | 4/4 Red Oak | 9 | 10 | | 170 | 957 | 2.258 |
| 871199 | 4/4 Red Oak | 6 | 7 | 8 | 173 | 801 | 1.888 |
| 871208 | 4/4 Red Oak | 6 | 7 | 8 | 189 | 845 | 1.995 |
| 871252 | 4/4 Red Oak | 6 | 7 | 8 | 189 | 830 | 1.961 |
| 871253 | 4/4 Red Oak | 6 | 7 | 8 | 190 | 792 | 1.866 |

Total Bundles:    12                                    2,098    12,470   29.414
                                                                  NET

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

*Tailweber*

Baillie00114

Baillie Lumber Co.

LENGTH/WIDTH TALLY                          Page:   1

Date:  4/02/15
    Ship To ..... PMP-951856-1

    Material .... 4/4 Red Oak #1 Common Kiln Dried

| | Width in Inches | | | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | |
| FT | | | | | | | | | | | | | | |
| 15 | | 3 | 3 | 4 | 3 | 5 | 1 | 5 | 1 | | | | 228 | .538 |
| 16 | 3 | 10 | 18 | 33 | 21 | 22 | 18 | 8 | 7 | 2 | 3 | 2 | 1,427 | 3.364 |

NET
Bundle # 871007                    Pieces:     172   Board Feet:  1,655   3.902

| | Width in Inches | | | | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | | |
| FT | | | | | | | | | | | | | | | |
| 11 | | 2 | 1 | 3 | 7 | 3 | | 1 | | 1 | | | | 116 | .274 |
| 12 | 1 | 9 | 15 | 33 | 20 | 24 | 16 | 5 | 7 | 3 | 1 | 1 | 1 | 993 | 2.343 |

NET
Bundle # 871034                    Pieces:     154   Board Feet:  1,109   2.617

| | Width in Inches | | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | 16 | | |
| FT | | | | | | | | | | | | | |
| 11 | 3 | 4 | 10 | 7 | 4 | 5 | 2 | | | | | | 217 | .511 |
| 12 | 5 | 15 | 44 | 23 | 21 | 9 | 11 | 5 | 3 | 1 | 1 | 1 | 1,014 | 2.392 |

NET
Bundle # 871044                    Pieces:     174   Board Feet:  1,231   2.903

| | Width in Inches | | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | | |
| FT | | | | | | | | | | | | |
| 11 | | 1 | 5 | 3 | 1 | 1 | 2 | | 1 | | | 96 | .227 |
| 12 | 12 | 17 | 25 | 25 | 29 | 14 | 5 | 4 | 1 | 6 | 3 | 1,045 | 2.464 |

NET
Bundle # 871051                    Pieces:     155   Board Feet:  1,141   2.691

| | Width in Inches | | | | | | | | | | BF | M3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | | |
| FT | | | | | | | | | | | | |
| 9 | | | 6 | 7 | 6 | 4 | | 1 | | | | 129 | .304 |
| 10 | 2 | 4 | 11 | 35 | 23 | 36 | 22 | 7 | 6 | 1 | 1 | 913 | 2.154 |

NET
Bundle # 871095                    Pieces:     174   Board Feet:  1,042   2.458

Baillie00115

Baillie Lumber Co.

LENGTH/WIDTH TALLY                        Page:    2

Date:  4/02/15
   Ship To ..... PMF-951856-1

   Material .... 4/4 Red Oak #1 Common Kiln Dried

| | Width in Inches | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | | BF | M3 |
| FT | | | | | | | | | | | | | | | |
| 9 | | | 1 | | 3 | 12 | 1 | 1 | 3 | 1 | 2 | | | 197 | .465 |
| 10 | 2 | 9 | 20 | 22 | 31 | 25 | 23 | 5 | 4 | 2 | 1 | | | 859 | 2.026 |
| | | | | | | | | | | | NET | | ---------- | ---------- |
| Bundle # | 871113 | | | | | Pieces: | | 176 | Board Feet: | | | 1,056 | | 2.491 |

| | Width in Inches | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | | BF | M3 |
| FT | | | | | | | | | | | | | | | |
| 9 | 4 | 13 | 8 | 5 | 6 | 5 | 1 | | 1 | | | | | 210 | .495 |
| 10 | 16 | 22 | 28 | 23 | 20 | 12 | 13 | 3 | 1 | 1 | 1 | | | 801 | 1.889 |
| | | | | | | | | | | | NET | | ---------- | ---------- |
| Bundle # | 871119 | | | | | Pieces: | | 182 | Board Feet: | | | 1,011 | | 2.384 |

| | Width in Inches | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | | BF | M3 |
| FT | | | | | | | | | | | | | | | |
| 9 | 4 | 7 | 10 | 4 | 5 | 3 | 1 | | | | | | | 162 | .382 |
| 10 | 8 | 28 | 29 | 20 | 25 | 11 | 7 | 3 | 3 | 1 | 1 | | | 795 | 1.876 |
| | | | | | | | | | | | NET | | ---------- | ---------- |
| Bundle # | 871121 | | | | | Pieces: | | 170 | Board Feet: | | | 957 | | 2.258 |

| | Width in Inches | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | BF | M3 |
| FT | | | | | | | | | | | | | | | |
| 6 | | | 1 | 2 | 3 | 4 | 1 | | 3 | | | | | 58 | .137 |
| 7 | | | | 4 | 6 | 1 | 5 | 3 | 1 | | | | | 94 | .221 |
| 8 | 1 | 16 | 21 | 28 | 16 | 27 | 13 | 6 | 8 | 1 | 1 | 1 | | 649 | 1.530 |
| | | | | | | | | | | | | NET | ---------- | ---------- |
| Bundle # | 871199 | | | | | Pieces: | | 173 | Board Feet: | | | 801 | | 1.888 |

| | Width in Inches | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | | | BF | M3 |
| FT | | | | | | | | | | | | | | | |
| 6 | | | 3 | 1 | 4 | | 2 | | 1 | | | | | 45 | .106 |
| 7 | 1 | 4 | 6 | 4 | 5 | 2 | 2 | 2 | | 1 | | | | 118 | .279 |
| 8 | 13 | 35 | 30 | 22 | 21 | 17 | 9 | 2 | 1 | | 1 | | | 682 | 1.610 |
| | | | | | | | | | | | NET | | ---------- | ---------- |
| Bundle # | 871208 | | | | | Pieces: | | 189 | Board Feet: | | | 845 | | 1.995 |

Baillie Lumber Co.

LENGTH/WIDTH TALLY                    Page:   3

Date:  4/02/15
    Ship To ..... PMP-951856-1

    Material .... 4/4 Red Oak #1 Common Kiln Dried

|     |   |   |   | Width in Inches | | | | | | | | |     |     |
| --- | - | - | - | - | - | - | - | - | - | - | - | - | --- | --- |
| FT  | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | | BF | M3 |
| 6   |   | 5 | 4 | 9 | 3 | 2 | 4 | 1 | 1 |    | 1 | | 102 | .242 |
| 7   | 1 | 5 | 4 | 2 | 6 | 7 | 1 | 2 | 1 | 1 | 1 | | 129 | .305 |
| 8   | 1 | 6 | 30 | 25 | 18 | 19 | 13 | 7 | 8 | 3 | | | 599 | 1.414 |
|     |   |   |   |   |   |   |   |   | NET |   |   | | ----------- | ---------- |
| Bundle #  871252 | | | | | | | Pieces: | | 169 | Board Feet: | | | 830 | 1.961 |

|     |   |   |   | Width in Inches | | | | | | | | |     |     |
| --- | - | - | - | - | - | - | - | - | - | - | - | - | --- | --- |
| FT  | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 15 | | BF | M3 |
| 6   |   | 6 | 6 | 4 | 2 | 10 | 3 | 1 | 1 |   |   | | 111 | .261 |
| 7   |   | 4 | 3 | 9 | 2 | 5 |   | 1 | 1 |   |   | | 93 | .218 |
| 8   | 2 | 8 | 29 | 31 | 25 | 16 | 10 | 7 | 2 | 1 | 1 | | 588 | 1.387 |
|     |   |   |   |   |   |   |   |   | NET |   |   | | ----------- | ---------- |
| Bundle #  871253 | | | | | | | Pieces: | | 190 | Board Feet: | | | 792 | 1.866 |

Baillie00117

# CERTIFICATE OF ORIGIN

| 2. EXPORTER (Principal or seller licensee and address including ZIP Code) | 5. DOCUMENT NUMBER | 5A. B/L OR AWB NUMBER |
|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | | C0038064 |

| | 6. EXPORT REFERENCES |
|---|---|
| ZIP CODE | 038CHI1245574 |

| 3. CONSIGNED TO | 7. FORWARDING AGENT (Name and address - references) |
|---|---|
| TO ORDER OF SHIPPER | INV NO.  58279 |

| | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER |
|---|---|
| | U.S.A. |

| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address) | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F BUILDING 4, INTERWEST BUSINESS CTR.<br>NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048<br>TEL. 86-10-68799791||FAX 86-10-68799756 | |

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | NASHVILLE, TN |

| 14. EXPORTING CARRIER | 15. PORT OF LOADING/EXPORT | 10. LOADING PIER/TERMINAL |
|---|---|---|
| CLEMENTINE MAERSK 516E | CHARLESTON, SC | |

| 16. FOREIGN PORT OF UNLOADING (Vessel and air only) | 17. PLACE OF DELIVERY BY ON CARRIER | 11. TYPE OF MOVE | 11.a CONTAINERIZED (Vessel only) |
|---|---|---|---|
| DALIAN, CHINA | | | ☒ YES   ☐ NO |

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES in Schedule B detail<br>(20) | GROSS WEIGHT (Kilos)<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| PMF-951856-1<br>MSCU4190179<br>SEAL: 1337958 | 12 | 4/4 Red Oak #1 Common Kiln Dried | 47,386LB<br>21,494KG | 29.414M3<br>12,470' |

LORI A. HAIER
Notary Public, State of New York
Qualified in Erie County, No. 01HA6309141
My Commission Expires August 4, 20 18

The undersigned......TORI WEBER.....................................(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America Dated at ............HAMBURG, NY.................on the ..........06.......... day of ...........MAY.......................... 20......15.

Sworn to before me this ......06.. day of ....MAY................................ 20...15.

SIGNATURE OF OWNER OR AGENT

The...........HAMBURG CHAMBER OF COMMERCE.................................................., a recognized Chamber of Commerce
under the laws of the State of...........NEW YORK............................., has examined the manufacturer's invoice or shipper's affidavit concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated in the United States of America.

Hamburg Chamber of Commerce
6122 South Park Ave
P.O. Box 848
Hamburg, Ny 14075

Secretary.......................................

Form X-601-A  Wilson No. 08939  46375PC
Anderson
800 438 0162  Rev. 12/99

Baillie00118

Contract Number: 51857 PMF-951856-2

Value of the Transaction: $17,027.20



LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**SALES INVOICE:** 58280

**DATE:** 4/06/15

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756

**PO/CONTRACT#:** H-I

**ROUTE:** CTR

**ACK:** 51856

**MARKS:** PMF-951856-2

SHIP TO:

**DEL'Y PT.:** CIF DALIAN

**TERMS:** WIRE TRANSFER

**MEASUREMENT:** NET

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| 4/4 Red Oak #1 Common Kiln Dried | 12520 | $1360 | $17,027.20 |

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

2087 PIECES    12 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
   Key Bank NA               ABA#  021300077
   4910 Tiedeman Rd          Baillie Lumber Co
   Brooklyn, OH  44144       Acct# 327-070-026-817
   Swift Code: KEYBUS33

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

**TOTAL:** $17,027.20
US Funds

Baillie00119

```
                        Baillie Lumber Co.                      Page:    1
                        4002 Legion Drive
                        P.O. Box 6
                        Hamburg              NY
                                           14075
                        P A C K I N G   L I S T

                 B U N D L E   S U M M A R Y   S H E E T
```

Ship To ..... PMP-951856-2

Material .... 4/4 Red Oak #1 Common Kiln Dried

| BR# | Product | Lengths | | | Pcs | BF | M3 |
|-----|---------|---------|---|---|-----|-----|-----|
| 858591 | 4/4 Red Oak | 15 | 16 | | 175 | 1,648 | 3.886 |
| 871020 | 4/4 Red Oak | 11 | 12 | | 169 | 1,198 | 2.828 |
| 871021 | 4/4 Red Oak | 11 | 12 | | 171 | 1,267 | 2.988 |
| 871032 | 4/4 Red Oak | 11 | 12 | | 150 | 1,121 | 2.643 |
| 871080 | 4/4 Red Oak | 9 | 10 | | 167 | 1,021 | 2.407 |
| 871081 | 4/4 Red Oak | 9 | 10 | | 167 | 991 | 2.338 |
| 871097 | 4/4 Red Oak | 9 | 10 | | 169 | 1,061 | 2.501 |
| 871141 | 4/4 Red Oak | 9 | 10 | | 173 | 1,015 | 2.395 |
| 871162 | 4/4 Red Oak | 6 | 7 | 8 | 193 | 815 | 1.922 |
| 871166 | 4/4 Red Oak | 6 | 7 | 8 | 187 | 815 | 1.921 |
| 871170 | 4/4 Red Oak | 6 | 7 | 8 | 195 | 813 | 1.918 |
| 871198 | 4/4 Red Oak | 6 | 7 | 8 | 171 | 755 | 1.782 |

Total Bundles:    12                              2,087    12,520    29.529
                                                             NET

Baillie Lumber Co.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Baillie00120

Baillie Lumber Co.

LENGTH/WIDTH TALLY

Page:  1

Date:  4/02/15

Ship To ..... FMW-951856-2

Material .... 4/4 Red Oak #1 Common Kiln Dried

| | | | | | Width in Inches | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | BF | M3 |
| FT | | | | | | | | | | | | | |
| 15 | | | 3 | 11 | 8 | 5 | 1 | 2 | | 1 | | 273 | .644 |
| 16 | 3 | 5 | 14 | 37 | 28 | 23 | 18 | 11 | 2 | 2 | 1 | 1,375 | 3.242 |

Bundle # 858591    Pieces:    175    NET Board Feet:    1,648    3.886

| | | | | | Width in Inches | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | BF | M3 |
| FT | | | | | | | | | | | | |
| 11 | | 3 | 8 | 12 | 5 | 4 | 3 | | | | 233 | .550 |
| 12 | 4 | 19 | 37 | 24 | 18 | 16 | 7 | 3 | 5 | 1 | 965 | 2.278 |

Bundle # 871020    Pieces:    169    NET Board Feet:    1,198    2.828

| | | | | | Width in Inches | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | BF | M3 |
| FT | | | | | | | | | | | | |
| 11 | | | 8 | 8 | 5 | 2 | 3 | 2 | | | 197 | .464 |
| 12 | 7 | 17 | 31 | 20 | 28 | 14 | 13 | 8 | 2 | 3 | 1,070 | 2.524 |

Bundle # 871021    Pieces:    171    NET Board Feet:    1,267    2.988

| | | | | | Width in Inches | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 19 | BF | M3 |
| FT | | | | | | | | | | | | | |
| 11 | 2 | 4 | 5 | 2 | 4 | 2 | 2 | 1 | | 1 | | | 152 | .358 |
| 12 | 3 | 10 | 33 | 20 | 30 | 9 | 11 | 4 | 4 | 1 | 1 | 1 | 969 | 2.285 |

Bundle # 871032    Pieces:    150    NET Board Feet:    1,121    2.643

| | | | | | Width in Inches | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | BF | M3 |
| FT | | | | | | | | | | | | |
| 9 | | 4 | 3 | 8 | 6 | 4 | | 2 | | | | 152 | .358 |
| 10 | 5 | 12 | 32 | 32 | 18 | 23 | 10 | 5 | 1 | 1 | 1 | 869 | 2.049 |

Bundle # 871080    Pieces:    167    NET Board Feet:    1,021    2.407

Baillie00121

Baillic Lumber Co.

LENGTH/WIDTH TALLY                     Page:   2

Date:  4/02/15

    Ship To ..... PMP-951856-2

    Material .... 4/4 Red Oak #1 Common Kiln Dried

### Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|----|----|
| 9 | 1 | 2 | 13 | 7 | 4 | 2 | 1 | | 1 | 1 | 1 | 181 | .432 |
| 10 | 6 | 14 | 29 | 24 | 30 | 22 | 4 | 4 | 1 | | | 808 | 1.906 |

NET
Bundle # 871081                Pieces:    167   Board Feet:    991    2.338

### Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|----|
| 9 | | 4 | 9 | 6 | 11 | 4 | 3 | | 2 | | 222 | .523 |
| 10 | 2 | 6 | 30 | 23 | 32 | 18 | 8 | 5 | 5 | 1 | 839 | 1.978 |

NET
Bundle # 871097                Pieces:    169   Board Feet:  1,061    2.501

### Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 13 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|
| 5 | 2 | 8 | 3 | 5 | 6 | 4 | 2 | 4 | 1 | 1 | 181 | .428 |
| 10 | 1 | 5 | 12 | 35 | 31 | 16 | 20 | 11 | 4 | 2 | 834 | 1.967 |

NET
Bundle # 871141                Pieces:    173   Board Feet:  1,015    2.395

### Width in Inches

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|
| 6 | | 6 | 3 | 4 | 5 | 2 | 3 | | 1 | | | | 79 | .183 |
| 7 | | 3 | 3 | 4 | 4 | 3 | 2 | 2 | | | | | 83 | .196 |
| 8 | 2 | 10 | 31 | 38 | 24 | 24 | 11 | 2 | 1 | 3 | 1 | 1 | 654 | 1.543 |

NET
Bundle # 871162                Pieces:    193   Board Feet:    815    1.922

### Width in Inches

| FT | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | BF | M3 |
|----|---|---|---|---|---|---|----|----|----|----|----|----|
| 6 | 1 | 4 | 2 | 6 | 4 | 1 | | 1 | 1 | | 72 | .171 |
| 7 | 2 | 8 | 13 | 3 | 2 | | | | | | 95 | .223 |
| 8 | 13 | 22 | 33 | 20 | 18 | 15 | 10 | 4 | 3 | 1 | 648 | 1.527 |

NET
Bundle # 871166                Pieces:    187   Board Feet:    815    1.921

Baillie00122

Baillie Lumber Co.

LENGTH/WIDTH TALLY                          Page:   3

Date:  4/02/15
    Ship To ..... PMP-951856-2

    Material .... 4/4 Red Oak #1 Common Kiln Dried

**Width in Inches**

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|
| 6 |  | 3 | 3 | 1 |  | 2 |  |  |  |  | 25 | .059 |
| 7 |  | 10 | 11 | 2 | 2 | 3 | 1 |  | 2 | 1 | 109 | .258 |
| 8 | 2 | 13 | 31 | 42 | 19 | 23 | 12 | 6 | 5 | 1 | 679 | 1.601 |

Bundle #   871170              Pieces:      195   NET Board Feet:   813 | 1.916

**Width in Inches**

| FT | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | BF | M3 |
|----|---|---|---|---|---|---|---|----|----|----|----|----|----|----|
| 6 |  |  | 1 | 1 | 2 | 2 | 1 | 1 |  |  |  |  | 31 | .074 |
| 7 |  | 1 | 2 | 2 | 3 | 2 | 3 | 1 | 2 |  |  |  | 89 | .210 |
| 8 | 1 | 18 | 28 | 27 | 21 | 23 | 11 | 5 | 5 | 1 | 1 | 1 | 635 | 1.498 |

Bundle #   871198              Pieces:      171   NET Board Feet:   755 | 1.782

Baillie00123

# CERTIFICATE OF ORIGIN

| 2. EXPORTER (Principal or seller-licensor and address including ZIP Code) | 5. DOCUMENT NUMBER | 5A. B/L OR AWB NUMBER |
|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075    ZIP CODE | 6. EXPORT REFERENCES<br><br>038CHI1245575 | C0038U65 |

| 3. CONSIGNED TO | 7. FORWARDING AGENT (Name and address - references) |
|---|---|
| TO ORDER OF SHIPPER | INV NO. 58280 |
| | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER<br>U.S.A. |

| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address) | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F BUILDING 4, INTERWEST BUSINESS CTR.<br>NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048<br>TEL. 86-10-68799791 FAX 86-10-68799756 | |

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER<br>NASHVILLE, TN | |
|---|---|---|
| 14. EXPORTING CARRIER<br>CLEMENTINE MAERSK 516E | 15. PORT OF LOADING/EXPORT<br>CHARLESTON, SC | 10 LOADING PIER/TERMINAL |
| 16. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>DALIAN, CHINA | 17. PLACE OF DELIVERY BY ON-CARRIER | 11. TYPE OF MOVE    11A CONTAINERIZED (Vessel only)<br>[X] YES    [ ] NO |

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES in Schedule B detail<br>(20) | GROSS WEIGHT (Kilos)<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| PMF-951856-2<br>TRLU6556740<br>SEAL: 1337974 | 12 | 4/4 Red Oak #1 Common Kiln Dried | 47,576LB<br>21,580KG | 29.529M3<br>12,520 |

LORI A. HAIER
Notary Public, State of New York
Qualified in Erie County, No. 01HA6309141
My Commission Expires August 4, 20__

The undersigned................TORI WEBER.................................(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America Dated at ..............HAMBURG, NY................... on the ........06........ day of ............MAY.......................... 20....15...

Sworn to before me this.......06.. day of ....MAY.................... 20..15.

..................................................         SIGNATURE OF OWNER OR AGENT

The.............HAMBURG CHAMBER OF COMMERCE........................................., a recognized Chamber of Commerce
under the laws of the State of.........NEW YORK............................., has examined the manufacturer's invoice or shipper's affidavit concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated in the United States of America.

Hamburg Chamber of Commerce      Secretary.....................................
6122 South Park Ave
P.O. Box 848
Hamburg, Ny 14075

Form X-501-A  Whse No. 08630  4837SPG
Apperson
800 438 0162  Rev. 12/93

Baillie00124

Contract Number: 51861 PMF-951861

Value of the Transaction: $14,841.90



**Baillie**

LUMBER CO. · P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**\*\*\*\* REVISED \*\*\*\***

ACKNOWLEDGEMENT: PMF 51861

DATE: 3/11/15
Ask us about our Ripping Programs.
INTERNAL USE ONLY

TO:

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE: CTR

F.O.B.: CIF DALIAN

MARKS:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

Revision:

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 Red Oak #1 Common Kiln Dried<br>WIDTHS: 4" & WIDER<br>LENGTHS: 6' & LONGER<br><br>SHIPMENT: 40' Container - port to port All terminal charges, inland freight and unloading container costs for buyer's account.<br><br>Prices based on current freight. Any variation in freight costs at the time of shipment are for the customers account.<br><br>TERMS: Wire transfer of funds upon receipt of faxed copy documents prior to arrival of goods.<br>Wire transfer of funds to:<br>Key Bank NA    ABA# 021300077<br>4910 Tiedeman Rd    Baillie Lumber Co.<br>Brooklyn, OH 44144    Acct# 327-070-026-817<br>Swift Code: KEYBUS33<br><br>Bank Charges: All banking charges are for applicant's account, except for charges of beneficiary's bank. | $1350/M | March |

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

THANK YOU.

PHILIP FENWICK

Supl: Woody's Ship: Shenyang Futian Wood Co.,Ltd
Comm: 0 Hannah Qu
DO NOT USE CHINA SHIPPING PER CUSTOMER REQUEST

GRM:$1074
Bill To: 3290-000 Ship To: 3290-000 FAX #: 86-21-61635155 JECKER

INT: PMF
FRT: 2200.00
EXP-00

Baillie00007

59334

5/07/15

BEIJING NEW BUILDING MATERIALS CO., LTD.          CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District          51861
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756           PMF-951861

                                                  CIF DALIAN

                                                  WIRE TRANSFER

                                                  NET

4/4 Red Oak #1 Common Kiln Dried          10994       $1350       $14,841.90

1590 PIECES    10 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
        Key Bank NA              ABA#  021300077
        4910 Tiedeman Rd         Baillie Lumber Co.
        Brooklyn, OH  44144      Acct# 327-070-026-817
        Swift Code: KEYBUS33

                                                  $14,841.90
                                                  US Funds

        Supplier: WOODYS FOREST
        Commission Due: 0 Hannah Qu

                                                  CINDY

                              SO#: 5186101 - 00
Bill:   3290-000 Ship:   3290-000 Agt:     Fax: 862161635155        EXP-01
                                                  Baillie00008

# CERTIFICATE OF ORIGIN

| 2. EXPORTER *(Principal or seller-licensee and address including ZIP Code)* | | 5. DOCUMENT NUMBER | 5A. B/L OR AWB NUMBER |
|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075    ZIP CODE | | 6. EXPORT REFERENCES<br><br>6020347060 | CO039173 |

**3. CONSIGNED TO**
TO ORDER OF SHIPPER

7. FORWARDING AGENT *(Name and address - references)*
INV NO. 59334

8. POINT (STATE) OF ORIGIN OR FTZ NUMBER
U.S.A.

**4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE** *(Name and address)*
DALIAN XINGJIA WOOD INDUSTRY CO., LTD
NO. 118 SHILEI COUNTRY, LIANGJIA TOWN
BAOSHUI DISTRICT, DALIAN, CHINA   116000
TEL:   86-411-82799597

9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER<br>NORFOLK | |
|---|---|---|
| 14. EXPORTING CARRIER<br>NYK ADONIS 024W | 15. PORT OF LOADING/EXPORT<br>NORFOLK | 10. LOADING PIER/TERMINAL |
| 16. FOREIGN PORT OF UNLOADING *(Vessel and air only)*<br>DALIAN | 17. PLACE OF DELIVERY BY ON-CARRIER<br>DALIAN | 11. TYPE OF MOVE    11.a CONTAINERIZED *(Vessel only)* [X] YES [ ] NO |

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES *in Schedule B detail*<br>(20) | GROSS WEIGHT<br>*(Kilos)*<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| PMF-951861<br>NYKU8046619<br>SEAL: N346530 | 10 | 4/4 Red Oak #1 Common Kiln Dried | 41,777LB<br>18,950KG | 25.935M3<br>10,994' |

JAMIE L. ZEILINGA
Notary Public, State of New York
Qualified in Erie County, No. 01ZE6308958
My Commission Expires August 4, 20___

TORI WEBER

The undersigned ................................................................(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America. Dated at ...........HAMBURG, NY............ on the .....04..... day of ...........JUNE........... 20....15.

Sworn to before me this ...04... day of .....JUNE.....................20...15.

*(signature)*           *(signature)*
                                                        SIGNATURE OF OWNER OR AGENT

The...........HAMBURG CHAMBER OF COMMERCE..................................................., a recognized Chamber of Commerce
                        NEW YORK
under the laws of the State of................................................................., has examined the manufacturer's invoice or shipper's affidavit
concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated
in the United States of America.    Hamburg Chamber of Commerce   Secretary...........*(signature)*...........
                                        6122 South Park Ave<br>                                        P.O. Box 848<br>                                        Hamburg, Ny 14075

Form X-501-A Whse. No 08630 46375PC
Apperson
800.435.0162 Rev 12/99

**Baillie00145**



DECLARATION OF NO WOOD PACKING MATERIAL
LOAD# PMF-951861

TO THE SERVICE OF CUSTOMS ENTRY & EXIT INSPECTION AND QUARANTINE:

BL#: NYKS6020347060
CONTAINER#: NYKU8046619

IT IS DECLARED THAT THIS SHIPMENT <u>4/4 Red Oak #1 Common Kiln Dried</u>
(COMMODITY)

<u>10,994 BF        18,950 KG</u> DOES NOT CONTAIN WOOD PACKING MATERIALS.
(QUANTITY/WEIGHT)

Baillie Lumber Co.

6/04/15

**Baillie Lumber Co.**
**4002 LEGION DRIVE**
**P.O. BOX 6**
**HAMBURG, NY 14075**

Baillie Lumber Co.
PO Box 6 · Hamburg, New York USA 14075
Phone: 800-950-2850 · 716-649-2850 · Email: Info@baillie.com

Baillie00146

Contract Number: 51959 PMF-951959-1

Value of the Transaction: $16,801.50



**Baillie**

LUMBER CO. · P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**ACKNOWLEDGEMENT:  PMF   51959**

**DATE:** 3/18/15
Ask us about our Ripping Programs.
INTERNAL USE ONLY

**TO:**

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756

**SHIP TO:**

**PO/CONTRACT#:**

**ROUTE:** CTR

**F.O.B.:**  CIF DALIAN

**MARKS:**

**TERMS:** WIRE TRANSFER

**MEASUREMENT:** NET

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 3 CTR | 4/4 White Oak #1 Common Kiln Dried<br>WIDTHS:  4" & WIDER<br>LENGTHS: 6' & LONGER | $1500/M | April |

SHIPMENT: 40' Container - port to port  All
          terminal charges, inland freight and unloading
          container costs for buyer's account.

Prices based on current freight.  Any variation in freight
costs at the time of shipment are for the customers account.

TERMS:   $2000 per container deposit required prior to
         shipment of goods, balance due prior to arrival
         of goods based on copy documents.
Wire transfer of funds to:
     Key Bank NA              ABA#  021300077
     4910 Tiedeman Rd         Baillie Lumber Co.
     Brooklyn, OH  44144      Acct# 327-070-026-817
     Swift Code: KEYBUS33

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

THANK YOU,

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

PHILIP FENWICK

Supl: Titusville Ship: Shenyang Futian Wood Co.,Ltd
Comm: 0 Hannah Qu
DO NOT USE CHINA SHIPPING PER CUSTOMER REQUEST          INT: PMF
                                                        FRT:  2387.00
  GRM:$1180                                             EXP-00
  Bill To:   3290-000  Ship To:   3290-000 FAX #: 86-21-61635155 JECKER

**Baillie00009**

57955

3/25/15

BEIJING NEW BUILDING MATERIALS CO., LTD.          CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District           51959
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756            PMF-951959-1

CIF DALIAN

WIRE TRANSFER

NET


4/4 White Oak #1 Common Kiln Dried          11201        $1500        $16,801.50

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

2442 PIECES     13 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
        Key Bank NA               ABA#  021300077
        4910 Tiedeman Rd          Baillie Lumber Co.
        Brooklyn, OH  44144       Acct# 327-070-026-817
        Swift Code: KEYBUS33


                                                    $16,801.50
                                                     US Funds


        Supplier: TITUSVILLE
        Commission Due: 0 Hannah Qu

                                                    JECKER
                             SO#: 5195901 - 00
Bill:    3290-000 Ship:    3290-000 Agt:     Fax: 862161635155    EXP-01
                                                    **Baillie00010**



INSURANCE

We hereby advise that your contract for logs and/or lumber is insured under a special marine cargo policy issued with the following insurance company:

AGCS MARINE INSURANCE COMPANY

POLICY NUMBER OC-9436440

Important: Please contact **Baillie Lumber Co.** in the event of any claims

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

# CERTIFICATE OF ORIGIN

| 2. EXPORTER (Principal or seller-licensee and address including ZIP Code) | | 5. DOCUMENT NUMBER | | 5A. B/L OR AWB NUMBER |
|---|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | ZIP CODE | 6. EXPORT REFERENCES<br><br>6020255790 | | CO037395 |

**3. CONSIGNED TO**
TO ORDER OF SHIPPER

**7. FORWARDING AGENT (Name and address - references)**
INV NO.   57955

**4. BEIJING NEW BUILDING MATERIALS CO., LTD.**
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756

**8. POINT (STATE) OF ORIGIN OR FTZ NUMBER**
U.S.A.

**9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS**

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER<br>NEW YORK | |
|---|---|---|
| 14. EXPORTING CARRIER<br>NYK DELPHINUS 044W | 15. PORT OF LOADING/EXPORT<br>NEW YORK | 16. LOADING PIER/TERMINAL |
| 16. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>DALIAN | 17. PLACE OF DELIVERY BY ON-CARRIER<br>DALIAN | 18. TYPE OF MOVE | 19. CONTAINERIZED (Vessel only)  X YES  ☐ NO |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| PMF-951959-1<br>NYKU4076976<br>SEAL: T010257 | 13 | 4/4 White Oak #1 Common Kiln Dri | 47,044LB<br>21,339KG | 26.414M3<br>11,201' |

JAMIE L. ZEILINGA
Notary Public, State of New York
Qualified in Erie County, No. 01ZE6808259
My Commission Expires August 4, 20 18

The undersigned, **LORI HAIER** ...........................................(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America Dated at .........**HAMBURG, NY**............................on the ....**16**.... day of ..........**APRIL**.......... 20 ...**15**

Sworn to before me this ....**16**.... day of ....**APRIL**............ 20 ..**15**.

*[signature]*

SIGNATURE OF OWNER OR AGENT

The ........**HAMBURG CHAMBER OF COMMERCE**................................., a recognized Chamber of Commerce under the laws of the State of ..................**NEW YORK**..................., has examined the manufacturer's invoice or shipper's affidavit concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated in the United States of America. Hamburg Chamber of Commerce
6122 South Park Ave.
P.O. Box 848
Hamburg, Ny 14075

Secretary ..........*[signature]*..........

Form X-501-A  WH se No. 09699 4037RPC
Apperson Print Resources
800.438.0162  Rev. 12/99

Baillie00080

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

**PHYTOSANITARY CERTIFICATE**

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Mercer, Pennsylvania

NO.
**F-F-42085-04729946-7-B**

DATE INSPECTED
April 02, 2015

**USDA**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

## CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

### DESCRIPTION OF THE CONSIGNMENT

| 7. NAME AND ADDRESS OF THE EXPORTER | 8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE |
|---|---|
| BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, New York 14075-0006 | BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F BUILDING.4, INTERWEST BUSINESS CTR.<br>NO.9 SOUTH ROAD, SHOUTY HAIDIAN DISTRICT<br>BEIJING 100048 China |

| 9. NAME OF PRODUCE AND QUANTITY DECLARED | 10. BOTANICAL NAME OF PLANTS |
|---|---|
| (1)  11201 Board Feet, 26.414 Cubic Meters White<br>Oak (Kiln dried lumber) | (1)  Quercus alba |

| 11. NUMBER AND DESCRIPTION OF PACKAGES | 12. DISTINGUISHING MARKS |
|---|---|
| (1)  13 BUNDLES | (1)  PMF-951959-1   NYXU-407697-6 |

| 13. PLACE OF ORIGIN | 14. DECLARED MEANS OF CONVEYANCE |
|---|---|
| (1)  Pennsylvania, USA | Ocean Vessel |
| | 15. DECLARED POINT OF ENTRY<br>DALIAN, CHINA |

WARNING:  Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

NAPPO

Page 1 of 1

| 16. DATE ISSUED<br>April 13, 2015 | 17. NAME OF AUTHORIZED OFFICER (Type or Print)<br>Cathy J. Thompson | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 6/30/01

SHIPPER'S ORIGINAL

Baillie00081

**NYK LINE**
NIPPON YUSEN KAISHA

ORIGINAL

PAGE: 1 OF 2

BILL OF LADING
(NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)

| SHIPPER/EXPORTER | BOOKING NO. | BILL OF LADING NO. |
|---|---|---|
| BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | 6020255790 | NYKS6020255790 |

EXPORT REFERENCES (for the merchant's and/or carrier's reference only)
X20150324506108
SC1204516, SC1204516V65
BLC40151

CONSIGNEE

TO ORDER OF SHIPPER

FORWARDING AGENT-REFERENCES
FMC NO.

NOTIFY PARTY (it is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)

BEIJING NEW BUILDING MATERIALS CO.,
LTD. 10/F BUILDING 4, INTERWEST
BUSINESS CTR. NO.9 SOUTH ROAD,
SHOUTI HAIDIAN DISTRICT
BEIJING, CHINA 100048            <N

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or package(s) said to contain the Goods, to be carried subject to all the terms and conditions herein. Delivery of the Goods to the Carrier for Carriage hereunder constitutes the Merchant's acceptance of all the stipulations, exceptions, terms and conditions of this Bill be fully as if signed by him, any contrary local custom or privilege notwithstanding. This Bill supersedes all prior agreements or freight engagements for the Goods. If received by the Carrier, this Bill duly endorsed (if it is negotiable) must be surrendered in exchange for the Goods or delivery order. Where issued as a Sea Waybill, this Bill is not negotiable or a document of title and delivery shall be made to the named consignee on production of such reasonable proof of identity as may be required by the Carrier. In witness whereof, the undersigned, on behalf of Nippon Yusen Kaisha and the Vessel and/or her owner, has signed the number of Bills stated hereunder, all of this tenor and date. Where issued as a Bill of Lading, delivery may be made against only one original Bill in which case, the others shall stand void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
|  | NEW YORK |

| OCEAN VESSEL VOYAGE NO.  FLAG | PORT OF LOADING |
|---|---|
| NYK DELPHINUS 044W | NEW YORK |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| DALIAN | DALIAN |

FINAL DESTINATION (for the Merchant's reference only)

TYPE OF MOVEMENT (if mixed, use description of packages and goods field)
CY / CY

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)     PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER      FCL / FCL

| CNTR NOS./SEAL NOS.<br>MARKS & NUMBERS | QUANTITY<br>FOR CUSTOMS<br>DECLARATION ONLY | HM | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| PMF-951959-1 | 13<br>PACKAGES | | SHIPPER'S LOAD AND COUNT<br>FREIGHT PREPAID<br>ON BOARD NYK DELPHINUS 044W<br>ON APRIL 12, 2015<br>1 X 40' HQ CONTAINER<br><br>HARDWOOD LUMBER 11,201'<br>HS CODE:4407910063<br>2,442 PIECES<br>47,044LB<br><br>ITN: X20150324506108<br>NO SED AES4 EIN 161439224<br><br>THE WPM USED IN THIS SHIPMENT<br>HAS BEEN HEAT TREATED AS PER<br>ISPM 15 AND IPPC MARKED<br><br>** TO BE CONTINUED ON ATTACHED LIST ** | 21339KGS | 26.414CBM |

Declared Cargo Value US$                If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

FREIGHT & CHARGES PAYABLE AT / BY:

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | SERVICE CONTRACT NO. SC1204516 | | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE |
| | | | | | |

(3) ORIGINAL BILL(S) OF LADING HAVE BEEN SIGNED, WHERE DELIVERED AGAINST ONE, THE OTHER(S) TO BE VOID.

DATE CARGO RECEIVED

DATE LADEN ON BOARD
12 APR 2015

PLACE OF B/L(S) ISSUE
TORONTO

DATED
12 APR 2015

SIGNED NYK LINE (CANADA) INC.
BY:

, as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

NYK GROUP

Baillie00082

ORIGINAL

PAGE: 2 OF 2

VESSEL VOYAGE: NYK DELPHINUS 044W

B/L NO.: NYKS6020255790

| CNTR. NOS. W/SEAL NOS MARKS & NUMBERS | QUANTITY FOR CUSTOMS DECLARATION (ICS) | M | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| | | | TRANSHIP VIA BUSAN | | |

OCEAN FREIGHT PREPAID
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM
THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE
CARRIER'S RIGHTS AGAINST THE MERCHANT (SEE BACK ARTICLE 1(H)) AS SET OUT AT BACK
ARTICLE 23(6)

<N
TEL. 86-10-68799791
FAX 86-10-68799756

| NYKU4076976 | /TO10357 | / | 13 PACKAGES | /FCL / FCL | /40HQ/21339 KGS/ |

SIGNED NYK LINE (CANADA) INC.
BY.

as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

NYK GROUP

Baillie00083

Contract Number: 51960 PMF-951959-2

Value of Transactions: $16,782.00

58046

3/27/15

BEIJING NEW BUILDING MATERIALS CO., LTD.          CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District          51959
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756           PMF-951959-2

                                                  CIF DALIAN

                                                  WIRE TRANSFER

                                                       NET

4/4 White Oak #1 Common Kiln Dried          11188      $1500      $16,782.00

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

2335 PIECES    13 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
        Key Bank NA                ABA#  021300077
        4910 Tiedeman Rd           Baillie Lumber Co.
        Brooklyn, OH  44144        Acct# 327-070-026-817
        Swift Code: KEYBUS33

                                                  $16,782.00
                                                  US Funds

        Supplier: TITUSVILLE
        Commission Due: 0 Hannah Qu

                                                       JECKER
                        SO#: 5195902 - 00
Bill:   3290-000 Ship:    3290-000 Agt:      Fax: 862161635155
                                                       EXP-01
                                                  **Baillie00011**



## INSURANCE

We hereby advise that your contract for logs and/or lumber is insured under a special marine cargo policy issued with the following insurance company:

AGCS MARINE INSURANCE COMPANY

POLICY NUMBER OC-9436440

Important: Please contact **Baillie Lumber Co.** in the event of any claims

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Baillie Lumber Co.
4002 Legion Drive
P.O. Box 6
Hamburg, NY 14075

ZIP CODE

6. EXPORT REFERENCES                                    CO037963

038CHI1245003

1. CONSIGNED TO

TO ORDER OF SHIPPER

7. FORWARDING AGENT (Name and address - references)

INV NO.  58046

8. POINT (STATE) OF ORIGIN OR FTZ NUMBER

U.S.A.

1. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address)

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F BUILDING 4, INTERWEST BUSINESS CTR.
NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT
BEIJING, CHINA 100048
TEL. 86-10-68799791 FAX 86-10-68799756

9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS

12. PRE-CARRIAGE BY

13. PLACE OF RECEIPT BY PRE-CARRIER

14. EXPORTING CARRIER

COLUMBINE MAERSK 516E

15. PORT OF LOADING/EXPORT

NEW YORK, NY

16. LOADING PIER/TERMINAL

16. FOREIGN PORT OF UNLOADING (Vessel and air only)

DALIAN, CHINA

17. PLACE OF DELIVERY BY ON-CARRIER

1. TYPE OF MOVE

11.a CONTAINERIZED (Vessel only)

X YES    NO

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| PMF-951959-2<br>MSCU5524645<br>SEAL: T010276 | 13 | 4/4 White Oak #1 Common Kiln DRIED | 46,990LB<br>21,315KG | 26.385M3<br>11,188' |

LORI A. HAIER
Notary Public, State of New York
Qualified in Erie County, No. 01HA6309141
My Commission Expires August 4, 20__

The undersigned .......JAMIE ZEILINGA.................(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America Dated at ................HAMBURG, NY.................. on the ...04... day of ......MAY.................. 20...15...

Sworn to before me this ........04.. day of ...MAY.................. 20..15..

............................................

SIGNATURE OF OWNER OR AGENT

The........HAMBURG CHAMBER OF COMMERCE......................................................., a recognized Chamber of Commerce
                          NEW YORK
under the laws of the State of............................................................, has examined the manufacturer's invoice or shipper's affidavit concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated in the United States of America.

Hamburg Chamber of Commerce          Secretary
6122 South Park Ave
P.O. Box 848
Hamburg, Ny 14075

Form X-501-A  Whse. No. 08630  46075PC
Apperson
300.430.0102  Rev. 12/05

Baillie00101

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

**PHYTOSANITARY CERTIFICATE**

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Mercer, Pennsylvania

**USDA**

NO.  F-F-42085-04745208-7-B

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

DATE INSPECTED
April 02, ,2015

CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

| DISINFESTATION AND/OR DISINFECTION TREATMENT | |
|---|---|
| 1. DATE | 2. TREATMENT |
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

DESCRIPTION OF THE CONSIGNMENT

| 7. NAME AND ADDRESS OF THE EXPORTER | 8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE |
|---|---|
| BAILLIE LUMBER CO. 4002 LEGION DRIVE P.O. BOX 6 HAMBURG, New York 14075-0006 | BEIJING NEW BUILDING MATERIALS CO.,LTD. 10/F BUILDING.4, INTERWEST BUSINESS CTR. NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT BEIJING 100048 China |
| 9. NAME OF PRODUCE AND QUANTITY DECLARED (1) 11188 Board Feet, 26.385 Cubic Meters White oak (Kiln dried lumber) | 10. BOTANICAL NAME OF PLANTS (1) Quercus alba |
| 11. NUMBER AND DESCRIPTION OF PACKAGES (1) 13 BUNDLES | 12. DISTINGUISHING MARKS (1) PMF-951959-2   NBCU-552464-5 |
| 13. PLACE OF ORIGIN (1) Pennsylvania, USA | 14. DECLARED MEANS OF CONVEYANCE Ocean Vessel |
| | 15. DECLARED POINT OF ENTRY DALIAN, CHINA |

WARNING: Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

ADDITIONAL DECLARATION

NAPPO

Page 1 of 1

| 16. DATE ISSUED April 15, 2015 | 17. NAME OF AUTHORIZED OFFICER (Type or Print) Cathy J. Thompson | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 6/30/01

SHIPPER'S ORIGINAL

Baillie00102

рею website for large version of the reverse | Ver página Web para terminos y condiciones | Смотрите web-сайт для ознакомления с условиями и положениями | 这内容及条件详情请见此网址 | www.msc.com

| **MSC** MEDITERRANEAN SHIPPING COMPANY S.A. | **BILL OF LADING No. MSCUUS061283** |
|---|---|
| Website: www.msc.com        SCAC Code : MSCU | **ORIGINAL**   "Port-to-Port" or "Combined Transport (see Clause 1) |

| NO. & SEQUENCE OF ORIGINAL B/L's | NO. OF RIDER PAGES |
|---|---|
| '1  OF  THREE | 0 |

**SHIPPER**
BAILLIE LUMBER CO.
4002 LEGION DRIVE
PO BOX 7
HAMBURG, NY 14075

REF #: BLC40253

**FORWARDING AGENT :**

**CONSIGNEE.** This B/L is not negotiable unless marked "To Order" or "To Order of" here.
TO ORDER OF SHIPPER

**CARRIER'S AGENTS ENDORSEMENTS. (include Agent(s) at POD)**
WATER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THE HANDLING OR DAMAGE TO THE GOODS BY INATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF GOODS FOR CARRIAGE IN OR UNDER LOW OR INHERENT VICE OF THE GOODS. REDUCED TEMPERATURES.

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
BEIJING NEW BUILDING MATERIALS CO., LTD.
NBM BUILDING, 16 EAST WEST BUSINESS CIR.
ROAD SOUTH ROAD, SOUTH HAIDIAN DISTRICT
BEIJING, CHINA 100036
TEL: 86-10-68736075  FAX: 86-10-68769708

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT. (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| COLUMBINE MAERSK - 516E | NEW YORK, NY | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY. (Combined Transport ONLY - see Clause 1 & 5.2) |
|---|---|---|---|
| 038CHI1245003 | XXXXXXXXXXXXXXX | DALIAN, CHINA | XXXXXXXXXXXXXXX |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached list of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| MSCU5524045<br>40 FT. C/C<br>SEAL NUMBER :<br>1010276 | 13 PACKAGE(S) OF HARDWOOD LUMBER<br>HS CODE 4407910063<br>PNP-951950-2<br>46,990 LB.<br>2,335 PIECES<br>11,196`<br>FREIGHT PREPAID<br>THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT<br>TREATED AS PER ISPM 15 AND IPPC MARKED<br>SHIPPED ON BOARD COLUMBINE MAERSK AS PER BELOW ON BOARD DATE | 21,315.000 KGS | 26.385 CU. M. |
| | | **TOTAL** | |
| | | 21,315.000 KGS | 26.385 CU M. |
| | THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRA<br>REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED<br>PO PER ROAD SIDW: AMENDMENT<br>XZ015D331887144 | | |
| | TOTAL NUMBER OF PACKAGES: 13 | | |

If above described item, is/are agent or authorized re-export out from the USA, the person administration this application are not comply at entity. the Merchan Diversion, contrary to US law is a crime (aid.

**FREIGHT & CHARGES** Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units enclosed in the box sealed Container(s) to receive all any said (said it is from and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery whichever is applicable. IN ACCEPTING THIS BILL OF LADING THE MERCHANT EXPRESSLY ACCEPTS AND AGREES TO ALL THE TERMS AND CONDITIONS WHETHER PRINTED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE OF THIS BILL OF LADING AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE MERCHANT.

If this is a negotiable (To Order / of) Bill of lading m.t Orig. B.Il of Lading by endorsed must 'be surrendered by the 'Merchant' to the 'Carrier' (together with outstanding Freight and charges) in exchange for the Goods or a Delivery Order. If this is a non-negotiable (straight) Bill of Lading to Carrier shall give to the Goods or issue a Delivery Order (after payment of outstanding Freight and charges) against the surrender of one original Bill of Lading or in accordance with the national law at the Port of Discharge or Place of Delivery whichever is applicable.

IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top of this item and all and where or are valid a Bill of Lading has been surrendered all other Bills of Lading shall be void.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3)<br>XXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>1 cntr | SIGNED BY MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>NEW YORK - 15-APRIL-2016 | SHIPPED ON BOARD DATE<br>15-APRIL-2015 | |

038

U.S. Edition - 02/2015        TERMS CONTINUED ON REVERSE J        A    216320318

Baillie00103

Contract Number: 51960 PMF-951959-3

Value of Transactions: $16,449.00

58559

4/15/15

BEIJING NEW BUILDING MATERIALS CO., LTD.          CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District          51959
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756           PMF-951959-3

                                                  CIF DALIAN

                                                  WIRE TRANSFER

                                                  NET


4/4 White Oak #1 Common Kiln Dried        10966      $1500      $16,449.00

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

2137 PIECES   11 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
     Key Bank NA                 ABA#  021300077
     4910 Tiedeman Rd            Baillie Lumber Co.
     Brooklyn, OH  44144         Acct# 327-070-026-817
     Swift Code: KEYBUS33


                                              $16,449.00
                                                US Funds


     Supplier: TITUSVILLE
     Commission Due: 0 Hannah Qu

                                                      CINDY

                           SO#: 5195903 - 00
Bill:   3290-000 Ship:   3290-000 Agt:     Fax: 862161635155    EXP-01

                                                      **Baillie00012**



**INSURANCE**

We hereby advise that your contract for logs and/or lumber is insured under a special marine cargo policy issued with the following insurance company:

AGCS MARINE INSURANCE COMPANY

POLICY NUMBER OC-9436440

Important: Please contact **Baillie Lumber Co.** in the event of any claims

Baillie Lumber Co.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Baillie Lumber Co.
PO Box 6 • Hamburg, New York USA 14075
Phone: 800-950-2850 • 716-649-2850 • Email: Info@baillie.com

CERTIFICATE OF ORIGIN

| 2. EXPORTER (Principal or seller licensor and address including ZIP Code) | | | | 5. DOCUMENT NUMBER | | 5A. BA. OR AWB NUMBER |
|---|---|---|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | | | ZIP CODE | 6. EXPORT REFERENCES<br><br>6020351140 | | CO039300 |
| 3. CONSIGNED TO<br>TO ORDER OF SHIPPER | | | | 7. FORWARDING AGENT (Name and address - references)<br>INV NO. 58559 | | |
| | | | | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER<br>U.S.A. | | |
| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address)<br>DALIAN XINGJIA WOOD INDUSTRY CO, LTD<br>NO 118 SHILEI COUNTRY, LIANGJIA TOWN<br>BAOSHUI DISTRICT, DALIAN, CHINA 116000<br>TEL: 86-411-82799597 | | | | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS | | |
| 12. PRE-CARRIAGE BY | | 13. PLACE OF RECEIPT BY PRE-CARRIER<br>NEW YORK | | | | |
| 14. EXPORTING CARRIER<br>HYUNDAI VOYAGER 044W | | 15. PORT OF LOADING/EXPORT<br>NEW YORK | | 10. LOADING PIER/TERMINAL | | |
| 16. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>DALIAN | | 17. PLACE OF DELIVERY BY ON-CARRIER<br>DALIAN | 11. TYPE OF MOVE | | 11.a CONTAINERIZED (Vessel only)<br>[X] YES   [ ] NO | |

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES in Schedule B detail<br>(20) | GROSS WEIGHT (Kilos)<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| PMF-951959-3<br>NYKU5750028<br>SEAL: T010427 | 11 | 4/4 White Oak #1 Common Kiln Dri | 46,057LB<br>20,891KG | 25.861M3<br>10,966' |

JAMIE L. ZEILINGA
Notary Public, State of New York
Qualified in Erie County, No. 01ZE6308959
My Commission Expires August 4, 20

The undersigned...........CINDY SPINO...........................(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America Dated at...........HAMBURG, NY...........on the....08....day of.......JUNE.......20...15.

Sworn to before me this....08..day of ....JUNE.........................20..15.

SIGNATURE OF OWNER OR AGENT

The..........HAMBURG CHAMBER OF COMMERCE............................., a recognized Chamber of Commerce
                                    NEW YORK
under the laws of the State of................................................., has examined the manufacturer's invoice or shipper's affidavit

concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated

in the United States of America.     Hamburg Chamber of Commerce   Secretary.....Cindi Mott.................
                                     6122 South Park Ave
                                     P.O. Box 848
                                     Hamburg, Ny 14075

Form X-601-A Wilson, N.Y. 08030 46375PC
Appraison
600.430.0162, Rev. 12/99

Baillie00159

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB No. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

**PHYTOSANITARY CERTIFICATE**

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Mercer, Pennsylvania

NO.
**F-F-42085-04860436-7-B**

DATE INSPECTED
May 26, 2015

**USDA**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

**CERTIFICATION**

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

**DISINFESTATION AND/OR DISINFECTION TREATMENT**

| 1. DATE | 2. TREATMENT |
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

**DESCRIPTION OF THE CONSIGNMENT**

7. NAME AND ADDRESS OF THE EXPORTER
BAILLIE LUMBER CO.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, New York 14075-0006

8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE
DALIAN XINGJIA WOOD INDUSTRY CO., LTD
NO. 118 SHILEI COUNTRY, LIANGJIA TOWN
BAOSHUI DISTRICT
DALIAN 116000 China

9. NAME OF PRODUCE AND QUANTITY DECLARED
(1)  10966 Board Feet, 25.861 Cubic Meters White
oak (Kiln dried lumber)

10. BOTANICAL NAME OF PLANTS
(1)  Quercus alba

11. NUMBER AND DESCRIPTION OF PACKAGES
(1)  11 BUNDLES

12. DISTINGUISHING MARKS
(1)  PNP-951959-3    NYKU-575002-8

13. PLACE OF ORIGIN
(1)  Pennsylvania, USA

14. DECLARED MEANS OF CONVEYANCE
Ocean Vessel

15. DECLARED POINT OF ENTRY
DALIAN, CHINA

**WARNING:** Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

**ADDITIONAL DECLARATION**

This certificate replaces Phytosanitary Certificate number F-F-42085-04854490-7-B issued on June 01, 2015 at Mercer, Pennsylvania because of a change in consignee address.

NAPPO

Page  1 of  1

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
| June 03, 2015 | Cathy J. Thompson | |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 6/30/01

SHIPPER'S ORIGINAL

Baillie00160

**NYK LINE**
NIPPON YUSEN KAISHA

ORIGINAL

PAGE: 1 OF 2

**BILL OF LADING**
(NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)

| SHIPPER/EXPORTER | BOOKING NO | BILL OF LADING NO |
|---|---|---|
| BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | 6020351140 | NYKS6020351140 |

EXPORT REFERENCES (for the merchant's and/or carrier's reference only)
X20150514250082
SC1204516, SC1204516V67
BLC41851

CONSIGNEE
TO ORDER OF SHIPPER

FORWARDING AGENT-REFERENCES
FMC NO

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or package(s) said to contain the Goods, to be carried subject to all the terms and conditions herein...

NOTIFY PARTY (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
DALIAN XINGJIA WOOD INDUSTRY CO.,
LTD NO. 118 SHILEI COUNTRY,
LIANGJIA TOWN
BAOSHUI DISTRICT, DALIAN, CHINA
116000 TEL: 86-411-82799597

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | NEW YORK |
| OCEAN VESSEL VOYAGE NO. FLAG<br>HYUNDAI VOYAGER 044W | PORT OF LOADING<br>NEW YORK |
| PORT OF DISCHARGE<br>DALIAN | PLACE OF DELIVERY<br>DALIAN |

FINAL DESTINATION (for the Merchant's reference only)

TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD)
FCL / FCL       CY / CY

[CHECK "HM" COLUMN IF HAZARDOUS MATERIAL]   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR NOS/SEAL NOS<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | HM | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| PMF-951959-3 | 11<br>PACKAGES | | SHIPPER'S LOAD AND COUNT<br>FREIGHT PREPAID<br>ON BOARD HYUNDAI VOYAGER 044W<br>ON MAY 29, 2015<br>1 X 40' HQ CONTAINER<br><br>HARDWOOD LUMBER 10,966'<br>HS CODE:4407910063<br>2,137 PIECES<br>46,057LB<br><br>THE WPM USED IN THIS SHIPMENT<br>HAS BEEN HEAT TREATED AS PER<br>ISPM 15 AND IPPC MARKED<br><br>ITN:X20150514250082<br>NO SED AES4 EIN 161439224<br><br>** TO BE CONTINUED ON ATTACHED LIST ** | 20891KGS | 25.861CBM |

Declared Cargo Value US$ _____ - If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

FREIGHT & CHARGES PAYABLE AT/BY:

| SERVICE CONTRACT NO<br>SC1204516 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE |
|---|---|---|---|

(3) ORIGINAL BILL(S) OF LADING HAVE BEEN SIGNED, WHERE DELIVERED AGAINST ONE, THE OTHER(S) TO BE VOID.

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

DATE CARGO RECEIVED

DATE LADEN ON BOARD
29 MAY 2015

PLACE OF B/L(S) ISSUE
BOISE

DATED
29 MAY 2015

SIGNED NYK LINE (NORTH AMERICA) INC.
BY:

, as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

NYK GROUP

Baillie00161

ORIGINAL

VESSEL VOYAGE: HYUNDAI VOYAGER 044W                    B/L NO.: NYKS6020351140

| CNTR NOS W/SEAL NOS. MARKS & NUMBERS | QUANTITY (DESCRIPTION) (KIND OF PKG.) | | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| | | | TRANSHIP VIA BUSAN | | |
| OCEAN FREIGHT PREPAID DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S RIGHTS AGAINST THE MERCHANT (SEE BACK ARTICLE 1(H)) AS SET OUT AT BACK ARTICLE 23(6) | | | | | |
| NYKU5750028   /T010427 | / | | 11 PACKAGES      /FCL / FCL | /40HQ/20891KGS/ | |

SIGNED BY. NYK LINE (NORTH AMERICA) INC.

, as agent for and on behalf of

NIPPON YUSEN KAISHA
(NYK LINE), AS CARRIER

NYK GROUP

**Baillie00162**

Contract Number: 51957

Value of Transactions: $17,806.00



**Baillie**

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0906
716-649-2850

**ACKNOWLEDGEMENT:** PMF   51957

**DATE:** 3/18/15
Ask us about our Ripping Programs.
INTERNAL USE ONLY

**TO:**

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756

**SHIP TO:**

**PO/CONTRACT#:**

**ROUTE:** CTR

**F.O.B.:** CIF DALIAN

**MARKS:**                                    *NOT Billed yet*

**TERMS:** WIRE TRANSFER

**MEASUREMENT:** NET

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 White Oak #1 Common Kiln Dried<br>WIDTHS:  4" & WIDER<br>LENGTHS: 6' & LONGER | $1450/M | April |

SHIPMENT:  40' Container - port to port  All
          terminal charges, inland freight and unloading
          container costs for buyer's account.

Prices based on current freight.  Any variation in freight
costs at the time of shipment are for the customers account.

TERMS:   $2000 per container deposit required prior to
         shipment of goods, balance due prior to arrival
         of goods based on copy documents.
Wire transfer of funds to:
     Key Bank NA              ABA#  021300077
     4910 Tiedeman Rd         Baillie Lumber Co.
     Brooklyn, OH  44144      Acct# 327-070-026-817
     Swift Code: KEYBUS33

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

THANK YOU,

PHILIP FENWICK

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Supl: leitchfield Ship: Shenyang Futian Wood Co.,Ltd
Comm: 0 Hannah Qu
DO NOT USE CHINA SHIPPING PER CUSTOMER REQUEST        INT: PMF
                                                      FRT:  2251.00
GRM:$1161                                                    EXP-00
Bill To:   3290-000  Ship To:   3290-000 FAX #: 86-21-61635155 JECKER

**Baillie00013**



LUMBER CO. · P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

SALES INVOICE: 59407

DATE: 5/08/15

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE:  CTR

ACK:  51957

MARKS:  PMF-951957

DEL'Y PT: CIF DALIAN

TERMS:  WIRE TRANSFER

MEASUREMENT:  NET

| DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| 4/4 White Oak #1 Common Kiln Dried | 12280 | $1450 | $17,806.00 |

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

2378 PIECES   13 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
    Key Bank NA                ABA# 021300077
    4910 Tiedeman Rd           Baillie Lumber Co.
    Brooklyn, OH  44144        Acct# 327-070-026-817
    Swift Code: KEYBUS33

## Baillie Lumber Co.
### 4002 LEGION DRIVE
### P.O. BOX 6
### HAMBURG, NY 14075

TOTAL:  $17,806.00
        US Funds

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Baillie00104



**INSURANCE**

We hereby advise that your contract for logs and/or lumber is insured under a special marine cargo policy issued with the following insurance company:

AGCS MARINE INSURANCE COMPANY

POLICY NUMBER OC-9436440

Important: Please contact **Baillie Lumber Co.** in the event of any claims

Baillie Lumber Co.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Baillie Lumber Co.
PO Box 6 • Hamburg, New York USA 14075
Phone: 800-950-2850 • 716-649-2850 • Email: Info@baillie.com

# CERTIFICATE OF ORIGIN

| 2. EXPORTER *(Principal or seller-licensor and address including ZIP Code)* | 5. DOCUMENT NUMBER | 5A. B/L OR AWB NUMBER |
|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | | C0038192 |

| | 6. EXPORT REFERENCES |
|---|---|
| ZIP CODE | 038CHI1230896 |

| 3. CONSIGNED TO | 7. FORWARDING AGENT *(Name and address - references)* |
|---|---|
| TO ORDER OF SHIPPER | INV NO.  59407 |

| | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER |
|---|---|
| | U.S.A. |

| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE *(Name and address)* | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F BUILDING 4, INTERWEST BUSINESS CTR.<br>NO.9 SOUTH ROAD, SHOUTI HAIDIAN DISTRICT<br>BEIJING, CHINA 100048<br>TEL. 86-10-68799791||FAX 86-10-68799756 | |

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | |

| 14. EXPORTING CARRIER | 15. PORT OF LOADING/EXPORT | 16. LOADING PIER/TERMINAL |
|---|---|---|
| ANNA MAERSK 517E | CHARLESTON, SC | |

| 16. FOREIGN PORT OF UNLOADING *(Vessel and air only)* | 17. PLACE OF DELIVERY BY ON-CARRIER | 11. TYPE OF MOVE | 11.0 CONTAINERIZED *(Vessel only)* |
|---|---|---|---|
| DALIAN, CHINA | | | ☒ YES   ☐ NO |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| PMF-951957<br>TRLU4677260<br>SEAL: 1335800 | 13 | 4/4 White Oak #1 Common Kiln Dri | 51,576LB<br>23,395KG | 28.960M3<br>12,280' |

LORI A. HAIER
Notary Public, State of New York
Qualified in Erie County, No. 01HA6309141
My Commission Expires August 4, 20__

The undersigned................CINDY SPINO.............................(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America Dated at..........HAMBURG, NY.....................on the.....11.....day of............MAY.....................20...15

Sworn to before me this....11...day of.....MAY.........................20..15.

...................................................

SIGNATURE OF OWNER OR AGENT

The................HAMBURG CHAMBER OF COMMERCE.................................., a recognized Chamber of Commerce

................................................NEW YORK

under the laws of the State of......................................................., has examined the manufacturer's invoice or shipper's affidavit

concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated

in the United States of America.

Hamburg Chamber of Commerce
6122 South Park Ave
P.O. Box 848
Hamburg, Ny 14075

Secretary...................................................

Form X-531-A  When No. 08530  48375PC
Appleton
862-43A-0102  Rev 12/90

Baillie00110

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

**PHYTOSANITARY CERTIFICATE**

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Lexington, Kentucky

NO.
**F-S-21067-04784296-7-B**

DATE INSPECTED
April 21, 2015

**USDA**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

## CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

## DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

## DESCRIPTION OF THE CONSIGNMENT

**7. NAME AND ADDRESS OF THE EXPORTER**
Baillie Lumber Co.
P.O. Box 6, 4002 Legion Drive
Hamburg, New York 14075-0006

**8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE**
BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Rd, Shouti Haidian District
Beijing 100048 China

**9. NAME OF PRODUCE AND QUANTITY DECLARED**
(1)  12280 Board Feet, 28.96 Cubic Meters White oak (Kiln dried lumber)

**10. BOTANICAL NAME OF PLANTS**
(1)  Quercus alba

**11. NUMBER AND DESCRIPTION OF PACKAGES**
(1)  13 BUNDLES

**12. DISTINGUISHING MARKS**
(1)  PMF-951957
TRLU4677260

**13. PLACE OF ORIGIN**
(1)  Kentucky, USA

**14. DECLARED MEANS OF CONVEYANCE**
Ocean Vessel

**15. DECLARED POINT OF ENTRY**
DALIAN, CHINA

**WARNING:** Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

## ADDITIONAL DECLARATION

Page  1  of  1

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|
| May 04, 2015 | Carl Harper | *Carl Harper* |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 6/30/01

SHIPPER'S ORIGINAL

Baillie00111

\* See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 请参阅本条款详细说明见网站 | www.msc.com

**MEDITERRANEAN SHIPPING COMPANY S.A.**
Website: www.msc.com
SCAC Code : MSCU

**BILL OF LADING No. MSCUMQ656094**
ORIGINAL — "Port-to-Port or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF ORIGINAL B/L's | NO. OF RIDER PAGES |
|---|---|
| 1 of THREE | 0 |

SHIPPER:
BAILLIE LUMBER CO.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075
REF # BLC40749

FORWARDING AGENT

CONSIGNEE: This B/L is not negotiable unless marked "To Order / To Order of ..." here
TO ORDER OF SHIPPER

CARRIERS AGENTS ENDORSEMENTS: (include Agent(s) at POD)
W'TER CLAUSE: CARRIER HAS NO LIABILITY OR IS RESPONSIBLE IN ANY WHATSOEVER FOR THE FINAL LOSS OR DAMAGE TO THE GOODS BY NATURAL VARIATIONS OR FLUCTUATING TEMPERATURES DURING THE WINTER PERIODS. AND / OR CAUSED BY INADEQUATE PACKING OF GOODS FOR CARRIAGE IN DRY VAN CONTAINERS. AND / OR INCLEMENT FACE OF THE GOODS, IN SUCH TEMPERATURES. (LLOYD/IMO NUMBER. 9094)1

NOTIFY PARTIES. (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
BEIJING NEW BUILDING MATERIALS CO., LTD
16F BUILDING A INTERWEST BUSINESS CTR
NO.9 SOUTH ROAD, SOUTH HAIDIAN DISTRICT
BEIJING, CHINA 100048
TEL. 86-10-68759791 5FAX
86-10-68799755

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| ANNA MAERSK - 517E | CHARLESTON, SC | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| 038CHI1230896 | XXXXXXXXXXXXXXXX | DALIAN, China | XXXXXXXXXXXXXXXX |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE - See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| TRLU4877260<br>10 DRY VAN<br>SEAL NUMBER<br>1335800 | 13 PACKAGE(S) OF HARDWOOD LUMBER<br>HS CODE:4407910053<br>12,280 -<br>PMF-951957<br>2,376 PIECES<br>51,576LB<br>FREIGHT PREPAID<br>THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT<br>TREATED AS PER ISPM 15 AND IPPC MARKED<br>SHIPPED ON BOARD ANNA MAERSK AS PER BELOW ON BOARD DATE | 23,395.000 KGS | 28.960 CU. M. |
| | X20150408279765 | | |
| | | TOTAL : 23,395.000 KGS | 28.960 CU M |
| | TOTAL NUMBER OF PACKAGES : 13 | | |

If above conditions, tonnage or sQ there were exportall from the USA, the diversion contrary to US. law is prohibited with by the broken diversion, contrary to US laws is prohibited.

| FREIGHT & CHARGES Cargo shall not be delivered unless Freight & charges are paid (see Clause 16) | RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled Carrier's Receipt in a set of sub-sizes taken in terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery whichever is applicable. IN ACCEPTING THIS BILL OF LADING THE MERCHANT EXPRESSLY ACCEPTS AND AGREES TO ALL THE TERMS AND CONDITIONS WHETHER PRINTED STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE OF THIS BILL OF LADING AND THE TERMS AND CONDITIONS OF THE CARRIER APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE MERCHANT. If this is a negotiable (To Order / of) Bill of Lading original B/L of Lading endorsed must be surrendered by the Merchant to the Carrier (together with outstanding Freight and charges) in exchange for the Goods or a Delivery Order. If this is a non-negotiable (straight) Bill of Lading is duly endorsed d u l the Cred or leave a Delivery Order (after payment of outstanding Freight and charges) against the surrender of one original B/L of Lading or in accordance with the national law at the Port of Discharge or Place of Delivery whichever is applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of B/ss of Lading stated at the top l o f this t o p i s t d a t e d w h e r e v e r a r e o r i g n a l B/l of Lading has been surrendered all other Bills of Lading shall be void. |
|---|---|

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3)<br>XXXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>1 cntr | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>NEW YORK - 29-APRIL-2015 | SHIPPED ON BOARD DATE<br>29-APRIL-2015 | |

U.S. Edition - 02/2015          TERMS CONTINUED ON REVERSE J

038

A   216080754

Baillie00112

Contract Number: 51958

Value of Transactions: $18,285.28



**Baillie**

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-649-2850

**ACKNOWLEDGEMENT:**  PMF   51958

**DATE:** 3/18/15
Ask us about our Ripping Programs.
INTERNAL USE ONLY

**TO:**

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756

**SHIP TO:**

**PO/CONTRACT#:**

**ROUTE:** CTR

**F.O.B.:** CIF DALIAN

**MARKS:**

**TERMS:** WIRE TRANSFER

**MEASUREMENT:** NET

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 White Oak #1 Common Kiln Dried<br>WIDTHS:  4" & WIDER<br>LENGTHS: 6' & LONGER | $1490/M | April |
| | SHIPMENT:  40' Container - port to port   All<br>terminal charges, inland freight and unloading<br>container costs for buyer's account. | | |
| | Prices based on current freight.  Any variation in freight<br>costs at the time of shipment are for the customers account. | | |
| | TERMS:   $2000 per container deposit required prior to<br>shipment of goods, balance due prior to arrival<br>of goods based on copy documents.<br>Wire transfer of funds to:<br>  Key Bank NA               ABA# 021300077<br>  4910 Tiedeman Rd          Baillie Lumber Co.<br>  Brooklyn, OH  44144       Acct# 327-070-026-817<br>  Swift Code: KEYBUS33 | | |
| | Bank Charges:  All banking charges are for applicant's<br>account, except for charges of beneficiary's bank. | | |

THANK YOU,

PHILIP FENWICK

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Supl: st james Ship: Shenyang Futian Wood Co.,Ltd
Comm: 0 Hannah Qu
DO NOT USE CHINA SHIPPING PER CUSTOMER REQUEST

GRM:$1188
Bill To:   3290-000  Ship To:   3290-000  FAX #: 86-21-61635155 JECKER

INT: PMF
FRT:   2070.00
      EXP-00

**Baillie00016**

58760

4/21/15

BEIJING NEW BUILDING MATERIALS CO., LTD.         CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District          51958
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756          PMF-951958

CIF DALIAN

WIRE TRANSFER

NET

4/4 White Oak #1 Common Kiln Dried          12272      $1490      $18,285.28

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

2009 PIECES    11 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
        Key Bank NA              ABA#  021300077
        4910 Tiedeman Rd         Baillie Lumber Co.
        Brooklyn, OH  44144      Acct# 327-070-026-817
        Swift Code: KEYBUS33

$18,285.28
US Funds

        Supplier: ST JAMES
        Commission Due: 0 Hannah Qu

                                                        CINDY

                                SO#: 5195801 - 00
Bill:    3290-000 Ship:    3290-000 Agt:    Fax: 862161635155
                                                        EXP-01

Baillie00017

# CERTIFICATE OF ORIGIN

| | |
|---|---|
| 2. EXPORTER (Principal or seller-licensee and address including ZIP Code)<br><br>Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | 5. DOCUMENT NUMBER<br><br>5A. BAL OR AWB NUMBER<br><br>6 EXPORT REFERENCES      CO039129<br><br>US2606088 |

ZIP CODE

| | |
|---|---|
| 3. CONSIGNED TO<br><br>TO ORDER OF SHIPPER | 7. FORWARDING AGENT (Name and address - references)<br>INV NO.   58760 |
| | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER<br>U.S.A. |
| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address)<br><br>DALIAN XINGJIA WOOD INDUSTRY CO., LTD<br>NO. 118 SHILEI COUNTRY, LIANGJIA TOWN<br>BAOSHUI DISTRICT, DALIAN, CHINA  116000<br>TEL:  86-411-82799597 | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |

| | | |
|---|---|---|
| 12. PRE-CARRIAGE BY | 13 PLACE OF RECEIPT BY PRE-CARRIER<br>COLUMBUS | |
| 14. EXPORTING CARRIER<br>HANJIN TABUL 0004W | 15 PORT OF LOADING/EXPORT<br>LONG BEACH | 10. LOADING PIER/TERMINAL |
| 16. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>DALIAN | 17 PLACE OF DELIVERY BY ON-CARRIER<br>DALIAN, CN | 11. TYPE OF MOVE      11.a CONTAINERIZED (Vessel only)<br>[X] YES   [ ] NO |

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES in Schedule B detail<br>(20) | GROSS WEIGHT (Kilos)<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| PMF-951958<br>KLFU1827485<br>SEAL: 1189734 | 11 | 4/4 White Oak #1 Common Kiln DrIED | 51,542LB<br>23,379KG | 28.945M3<br>12,272 |

LORI A. HAIER<br>Notary Public, State of New York<br>Qualified in Erie County, No. 01HA6309141<br>My Commission Expires August 4, 20

The undersigned....................TORI WEBER........................(Owner or Agent), does hereby declare for the above named shipper, the goods

as described above were shipped on the above date and consigned as indicated and are products of the United States of

America Dated at ..............HAMBURG, NY...............on the ....03... day of .................JUNE.................... 20..15...

Sworn to before me this ....03... day of ....JUNE.......................... 20..15.

_signature_                                                                          _signature_
                                                                          SIGNATURE OF OWNER OR AGENT

The...........HAMBURG CHAMBER OF COMMERCE........................................, a recognized Chamber of Commerce

under the laws of the State of....................NEW YORK................................., has examined the manufacturer's invoice or shipper's affidavit

concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated

in the United States of America. Hamburg Chamber of Commerce   Secretary....._signature_ Cynthia Madia....
                                        6122 South Park Ave
                                        P.O. Box 848
                                        Hamburg, Ny 14075

Form X-501-A  Whse. No. 06530  46375PC
Apperson
800.438.0162  Rev. 12/98

Baillie00136



## INSURANCE

We hereby advise that your contract for logs and/or lumber is insured under a special marine cargo policy issued with the following insurance company:

AGCS MARINE INSURANCE COMPANY

POLICY NUMBER OC-9436440

Important: Please contact **Baillie Lumber Co.** in the event of any claims

**Baillie Lumber Co.**
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Baillie Lumber Co.
PO Box 6 • Hamburg, New York USA 14075
Phone: 800-950-2850 • 716-649-2850 • Email: Info@baillie.com

Baillie00137

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

# PHYTOSANITARY CERTIFICATE

**FOR OFFICIAL USE ONLY**

PLACE OF ISSUE
Reynoldsburg, Ohio

NO. **F-S-39089-04859731-7-B**

DATE INSPECTED
April 23, 2015

**USDA**

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

## CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

## DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
| --- | --- |
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |

## DESCRIPTION OF THE CONSIGNMENT

7. NAME AND ADDRESS OF THE EXPORTER
Baillie Lumber Co.
P.O. Box 6, 4002 Legion Drive
Hamburg, New York 14075-0006

8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE
Dalian Xingjia Wood Industry Co., Ltd
No. 118 Shilei Country,
Liangjia Town, Baohui District,
Dalian 116000 China

9. NAME OF PRODUCE AND QUANTITY DECLARED
(1)  12272 Board Feet, 28.945 Cubic Meters White
oak (Kiln dried lumber)

10. BOTANICAL NAME OF PLANTS
(1)  Quercus alba

11. NUMBER AND DESCRIPTION OF PACKAGES
(1)  11 BUNDLES

12. DISTINGUISHING MARKS
(1)  KLFU1827485

13. PLACE OF ORIGIN
(1)  Ohio, USA

14. DECLARED MEANS OF CONVEYANCE
Ocean Vessel

15. DECLARED POINT OF ENTRY
DALIAN, CHINA

**WARNING:** Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

## ADDITIONAL DECLARATION

NAPPO

Page 1 of 1

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
| --- | --- | --- |
| June 03, 2015 | James R. Slyh | *James Slyh* |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577          FEB 2001          Previous editions are obsolete after 6/30/01

SHIPPER'S ORIGINAL

Baillie00138

**KLINE**
KAWASAKI KISEN KAISHA, LTD.

COMBINED TRANSPORT BILL OF LADING          Page 1 of 1          v2

| SHIPPER | |
|---|---|
| BAILIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 8<br>HAMBURG, NY 14075 | **B/L Number: KKLUUS2606088 (ORIGINAL)**<br><br>EXPORT REFERENCES  BKG# US2606088<br><br>BLC41021 |

| CONSIGNEE | |
|---|---|
| TO ORDER OF SHIPPER | FORWARDING AGENT  REFERENCES |

| NOTIFY PARTY | |
|---|---|
| DALIAN XINGJIA WOOD INDUSTRY CO.,<br>LTD NO. 118 SHILEI COUNTRY,<br>LIANGJIA TOWN BAOSHUI DISTRICT,<br>DALIAN, CHINA 116000<br>TEL: 86-411-82788597 | PORT AND COUNTRY OF ORIGIN<br>U.S.A. |

| PRE-CARRIAGE | PLACE OF RECEIPT<br>COLUMBUS |
|---|---|
| VESSEL/VOYAGE            0004W<br>HANJIN TABUL | PORT OF LOADING<br>LONG BEACH |
| PORT OF DISCHARGE<br>DALIAN | PLACE OF DELIVERY<br>DALIAN, CN |

IN ACCEPTING THIS BILL OF LADING, Merchant agrees to be bound by all the stipulations, exceptions, terms and conditions on the face and back hereof, and the terms and conditions contained in Carrier's applicable Tariff, whether written, typed, stamped or printed, as fully as if signed by Merchant, any local custom or privilege to the contrary notwithstanding, and agrees that all the terms, conditions, agreements or freight engagements for and in connection with Carriage of Goods are superseded by this Bill of Lading. On presentation of one or more original(s) of this Bill of Lading duly endorsed to Carrier by or on behalf of Holder, the rights and liabilities arising in accordance with the terms hereof shall (without prejudice to the terms of this Bill of Lading, or any non diverse or statute rendering them binding on Merchant) become binding in all respects between Carrier and Holder as though the contract evidenced hereby were contained herein and had been made directly between them. FINAL DESTINATION (FOR MERCHANT'S REFERENCE ONLY) SEE CLAUSE 7(9)

**PARTICULARS FURNISHED BY SHIPPER**

| CONTAINER & SEAL NO. | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | 1 X 40' HC CONTAINER SLAC: | | |
| | PACKS | | | |
| PMF-951958 | 11 | HARDWOOD LUMBER  12,272' | 51,542LB | 28.945M3 |
| KLFU1827485 | | HS CODE:4407910063 | 23,379KG | |
| SEAL: 1189734 | | | | |
| | | 2,009 PIECES | | |
| | | 14 CALENDAR DAYS FREE TIME AS PER CONTRACT<br>FREIGHT PREPAID | | |
| | | THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT<br>TREATED AS PER ISPM 15 AND IPPC MARKED | | |
| | | NO SED AES4 EIN 161439224 | | |
| | | ITN:<br>X20150415659867 | | |

LADEN ON BOARD HANJIN TABUL 0004W AT LONG BEACH ON 5-17-15
DDC IS INCLUDED IN OCEAN FREIGHT FREIGHT PREPAID.   SHIPPER'S LOAD AND COUNT.   CY/CY.
These Commodities, Technologies or Software were Exported from the United States in Accordance with Export Administration Regulations. Diversion Contrary to U.S. Law Prohibited.
Merchant agrees to be bound by all terms, front and back, of the Carrier's Bill of Lading (Standard Form for Container Trades) and Carrier's Tariff, both as effective on date of cargo receipt. ALL TERMS, CONDITIONS AND EXCEPTIONS AS PER THE EXISTING "B/L ISSUANCE CONTRACT" IN EFFECT BETWEEN THE CARRIER AND THE SHIPPER OR FORWARDER.

| IN WITNESS WHEREOF, the undersigned, on behalf of Kawasaki Kisen<br>Kaisha, Ltd., Vessel, her owners, operators and charterers, has signed the<br>number of B(ills) of Lading stated below, all of this tenor and date, one of which<br>being accomplished, the others to be void.<br><br>BATU, CN 14<br>No. of Original Bills of Lading  3 | PLACE & DATE OF ISSUE<br>RICHMOND, VA<br>May 17, 2015 | KAWASAKI KISEN KAISHA, LTD. ON ITS OWN BEHALF AND ON<br>BEHALF OF THE VESSEL, HER OWNERS, OPERATORS AND CHARTERERS.<br><br>By _____<br><br>"K" Line America, Inc., as Agents for Carrier Kawasaki Kisen Kaisha, Ltd.<br>KL050 (903) |

Baillie00139

KAWASAKI KISEN KAISHA, LTD. (TOKYO, JAPAN) BILL OF LADING

Baillie Lumber Co
1002 LEGION DRIVE
P O BOX 1075
HAMBURG, NY 14075

Contract Number: 52044 PMF-952044

Value of Transactions: $25,424.63



**Baillie**

LUMBER CO. • P.O. Box 6
4002 Legion Drive
Hamburg, NY USA 14075-0006
716-046-2850

ACKNOWLEDGEMENT: PMF   52044

DATE: 3/23/15
Ask us about our Ripping Programs.
INTERNAL USE ONLY

TO:

BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756

SHIP TO:

PO/CONTRACT#:

ROUTE: CTR

F.O.B.:   CIF DALIAN

MARKS:

TERMS: WIRE TRANSFER

MEASUREMENT: NET

| QUANTITY | DESCRIPTION | PRICE | DATE OF SHIPMENT |
|---|---|---|---|
| 1 CTR | 4/4 White Oak Prime Kiln Dried<br>WIDTHS:  5" & WIDER<br>LENGTHS: 7' & LONGER<br><br>SHIPMENT:  40' Container - port to port  All<br>terminal charges, inland freight and unloading<br>container costs for buyer's account.<br><br>Prices based on current freight.  Any variation in freight<br>costs at the time of shipment are for the customers account.<br><br>TERMS:    $2000 per container deposit required prior to<br>shipment of goods, balance due prior to arrival<br>of goods based on copy documents.<br>Wire transfer of funds to:<br>Key Bank NA<br>4910 Tiedeman Rd<br>Brooklyn, OH  44144<br>Swift Code: KEYBUS33<br><br>Bank Charges:  All banking charges are for applicant's<br>account, except for charges of beneficiary's bank. | $2265/M | April |

ABA#  021300077
Baillie Lumber Co.
Acct# 327-070-026-817

THANK YOU,

PHILIP FENWICK

Order subject to NHLA Sales Code.
Additional charges apply if unpaid by net due date.

Supl: Clear Lake Ship: Shenyang Futian Wood Co.,Ltd
Comm: 0 Hannah Qu
DO NOT USE CHINA SHIPPING PER CUSTOMER REQUEST
GRM:$1902
Bill To:    3290-000  Ship To:    3290-000 FAX #: 86-21-61635155 JECKER

INT: PMF
FRT:   2380.00
EXP-00

**Baillie00018**

58443

4/10/15

BEIJING NEW BUILDING MATERIALS CO., LTD.          CTR
10/F Building 4, Interwest Business Ctr.
No.9 South Road, Shouti Haidian District          52044
Beijing, China 100048
Tel. 86-10-68799791||Fax 86-10-68799756           PMF-952044

                                                  CIF DALIAN

                                                  WIRE TRANSFER

                                                      NET


4/4 White Oak Prime Kiln Dried              11225      $2265      $25,424.63

THE WPM USED IN THIS SHIPMENT HAS BEEN HEAT
TREATED AS PER ISPM 15 AND IPPC MARKED.

1993 PIECES   22 PACKS
EXPORT TALLIES ENCLOSED

Bank Charges:  All banking charges are for applicant's
account, except for charges of beneficiary's bank.

Wire transfer of funds to:
        Key Bank NA                ABA#  021300077
        4910 Tiedeman Rd           Baillie Lumber Co.
        Brooklyn, OH  44144        Acct# 327-070-026-817
        Swift Code: KEYBUS33


                                                  $25,424.63
                                                  US Funds


        Supplier: CLEAR LAKE
        Commission Due: 0 Hannah Qu

                                                  JECKER
                        SO#: 5204401 - 00
Bill:   3290-000 Ship:   3290-000 Agt:      Fax: 862161635155   EXP-01
                                                  Baillie00019



## INSURANCE

We hereby advise that your contract for logs and/or lumber is insured under a special marine cargo policy issued with the following insurance company:

AGCS MARINE INSURANCE COMPANY

POLICY NUMBER OC-9436440

Important: Please contact **Baillie Lumber Co.** in the event of any claims

Baillie Lumber Co.
4002 LEGION DRIVE
P.O. BOX 6
HAMBURG, NY 14075

Baillie Lumber Co.
PO Box 6  •  Hamburg, New York USA 14075
Phone: 800-950-2850  •  716-649-2850  •  Email: info@baillie.com

Baillie00091

# CERTIFICATE OF ORIGIN

| 2. EXPORTER (Principal or seller-licensee and address including ZIP Code) | 5. DOCUMENT NUMBER | | 5A. B/L OR AWB NUMBER |
|---|---|---|---|
| Baillie Lumber Co.<br>4002 Legion Drive<br>P.O. Box 6<br>Hamburg, NY 14075 | 6. EXPORT REFERENCES | | C0037572 |

**ZIP CODE**

| 3. CONSIGNED TO |
|---|
| TO ORDER OF SHIPPER |

YHU321680

| 7. FORWARDING AGENT (Name and address - references) |
|---|
| INV NO. 58443 |

| 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER |
|---|
| U.S.A. |

| 4. BEIJING NEW BUILDING MATERIALS CO., LTD.<br>10/F Building 4, Interwest Business Ctr.<br>No.9 South Road, Shouti Haidian District<br>Beijing, China 100048<br>Tel. 86-10-68799791 ||Fax 86-10-68799756 | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER<br>PITTSBURGH | | |
|---|---|---|---|
| 14. EXPORTING CARRIER<br>HANJIN ATLANTA 0031W | 15. PORT OF LOADING/EXPORT<br>NEW YORK | 10. LOADING PIER/TERMINAL | |
| 16. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>DALIAN | 17. PLACE OF DELIVERY BY ON-CARRIER<br>DALIAN | 11. TYPE OF MOVE | 11.a CONTAINERIZED (Vessel only)<br>☒ YES   ☐ NO |

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| PMF-952044<br>TCKU4722419<br>SEAL: CLL0652 | 22 | 4/4 White Oak Prime Kiln Dried | 47,145LB<br>21,385KG | 26.472M3<br>11,225' |

JAMIE L. ZEILINGA
Notary Public, State of New York
Qualified in Erie County, No. 01ZE5308959
My Commission Expires August 4, 2016

LORI HAIER

The undersigned.............................................(Owner or Agent), does hereby declare for the above named shipper, the goods
as described above were shipped on the above date and consigned as indicated and are products of the United States of
America Dated at .............HAMBURG, NY................on the ....22... day of .................APRIL................ 20...15

Sworn to before me this .......22.. day of ....APRIL............ 20..15.

SIGNATURE OF OWNER OR AGENT

The.............HAMBURG CHAMBER OF COMMERCE................................................, a recognized Chamber of Commerce
under the laws of the State of.........NEW YORK.................................................., has examined the manufacturer's invoice or shipper's affidavit
concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated
in the United States of America.    Hamburg Chamber of Commerce   Secretary.....................................

6122 South Park Ave
P.O. Box 848
Hamburg, Ny 14075

Form X-581-A  White, No. 06830  40575PC
Addorson Print Resources
800 435 0152  Rev. 12/99

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

## PHYTOSANITARY CERTIFICATE

**FOR OFFICIAL USE ONLY**

PLACE OF ISSUE
Lexington, Kentucky

NO.
**F-S-21067-04746490-7-B**

**USDA**

**TO: THE PLANT PROTECTION ORGANIZATION(S) OF**
China

DATE INSPECTED
March 31, 2015

### CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|

| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
|---|---|

| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |
|---|---|

### DESCRIPTION OF THE CONSIGNMENT

7. NAME AND ADDRESS OF THE EXPORTER
Baillie Lumber Co.
P.O. Box 6, 4002 Legion Drive
Hamburg, New York 14075-0006

8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE
BEIJING NEW BUILDING MATERIALS CO., LTD.
10/F Building 4, Intervest Business Ctr.
No.9 South Rd, Shouti Haidian District
Beijing 100048 China

9. NAME OF PRODUCE AND QUANTITY DECLARED
(1)  11225 Board Feet, 26.472 Cubic Meters White oak (Kiln dried lumber)

10. BOTANICAL NAME OF PLANTS
(1)  Quercus alba

11. NUMBER AND DESCRIPTION OF PACKAGES
(1)  22 BUNDLES

12. DISTINGUISHING MARKS
(1)  TCKU4722419

13. PLACE OF ORIGIN
(1)  Kentucky, USA

14. DECLARED MEANS OF CONVEYANCE
Ocean Vessel

15. DECLARED POINT OF ENTRY
DALIAN, CHINA

WARNING:  Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

NAPPO

Page  1  of  1

16. DATE ISSUED
April 20, 2015

17. NAME OF AUTHORIZED OFFICER (Type or Print)
Carl Harper

18. SIGNATURE OF AUTHORIZED OFFICER

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577

FEB 2001

Previous editions are obsolete after 6/30/01

SHIPPER'S ORIGINAL

Baillie00093

# YANG MING



|||||
|---|---|---|---|

ORIGINAL
BILL OF LADING

| Shipper BAILLIE LUMBER CO.<br>4002 LEGION DRIVE<br>P.O. BOX 6<br>HAMBURG, NY 14075 | Booking No. YHU321680 | | B/L No. YMLUE144283693 |
|---|---|---|---|
| | Export References<br>BLC40395 | | |
| Consignee (non-negotiable unless consigned to order)<br>TO ORDER OF SHIPPER | Forwarding agent references | | |
| Notify Party<br>BEIJING NEW BUILDING MATERIALS CO.,<br>LTD. 10/F BUILDING 4, INTERWEST<br>BUSINESS CTR. NO.9 SOUTH ROAD,<br>SHOUTI HAIDIAN DISTRICT BEIJING,<br>CHINA 100048 TEL. 86-10-68799791<br>FAX 86-10-68799756 | Point and Country of origin of goods<br>U.S.A.<br>ALSO NOTIFY | | |
| *Precarried by | *Place of Receipt<br>PITTSBURGH | Onward inland routing | |
| Vessel Voy No. 0031W flag<br>HANJIN ATLANTA | Port of Loading<br>NEW YORK | | |
| Port of Discharge<br>DALIAN | *Place of Delivery<br>DALIAN | Delivery status | |

| PARTICULARS FURNISHED BY MERCHANT | | | | |
|---|---|---|---|---|
| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | | |
| | 1 CTNR | SHIPPER'S LOAD & COUNT. | | |
| | 22 PACKAGES   1993 PIECE(S)   21385.000KGS | | | 26.472CBM |
| PMF-952044 | | ITN:X20150326618899<br>HARDWOOD LUMBER 11,225'<br>HS CODE:4407910063<br>47,145LB | FREIGHT PREPAID<br>LOADED ON M/V :<br>HANJIN ATLANTA<br>VOY :0031W<br>AT:NEW YORK | |
| | | THE WPM USED IN THIS SHIPMENT HAS<br>BEEN HEAT TREATED AS PER ISPM 15<br>AND IPPC MARKED<br>NO SED AES4 EIN 161439224 | ON  :04/20/2015<br>CRD :04/10/2015 | |
| TCKU4722419 | 40DC FCL/FCL | CLL0652     22 PACKAGES | | |
| | | | 21385.000KGS | 26.472CBM |

These Commodities, Technology or Software were Exported from the UNITED STATES in Accordance
with the Export Administration Regulations. Diversion Contrary to US Law Prohibited.

| Declared Value $ | | | AW1512W | Place and Date of Issue  CHICAGO | 04/20/2015 |
|---|---|---|---|---|---|
| | | | | On Board Date | 04/20/2015 |
| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | B/L No. YMLUE144283693 |

In WITNESS WHEREOF, the undersigned has signed full set of Bills
of Lading, all of the same tenor and date, one of which being
accomplished, the others to stand void

Yang Ming (America)
Corporation.

*Michelle Kao*

By
As agent for Yang Ming Marine Transport Corporation, as carrier

| Rate of exchange | Grand Total | |
|---|---|---|
| Number of Original Bill(s)  3 | | |
| | Payable at | |

*Applicable only when used for multimodal or through transportation

Baillie00094