# Exhibit "80"

**CONTEMPT**
**Exhibit 95**

**T: 6/2/15-6/4/15**
**Exhibit 43-2(SS)**

# EXHIBIT 60

# Western Wood, LLC
## Job Profitability Summary
### July 14 through December 31, 2014

|  | Act. Revenue |
|---|---:|
| **BNBM** | |
| ✓ 8009614700 | 104,944.72 |
| ✓ SEA411592700 | 211,346.06 |
| ✓ SEA414638400 | 143,658.44 |
| ✓ SEA418669500 | 90,675.00 |
| ✓ YCH385646 | -557.56 |
| ✓ YCH385648 | 180,042.90 |
| ✓ YCH388973 | 120,422.32 |
| ✓ YCH388974 | 164,584.65 |
| ✓ YCH391447 | 296,371.50 |
| ✓ YCH393185 | 97,601.00 |
| ✓ YCH400682 | 132,631.19 |
| ✓ YCH401696 | 50,363.00 |
| **Total BNBM** | **1,592,083.22** |
| **TOTAL** | **1,592,083.22** |

60

# Exhibit "81"

# EXHIBIT 61

# Western Wood, LLC
## Job Profitability Summary
### January through March 2015

|  | Act. Revenue |
|---|---:|
| **BNBM** | |
| ✓ SEA504517700 | 13,915.22 |
| ✓ YCH413979 | 168,827.74 |
| ✓ YCH417162 | 100,944.51 |
| ✓ YCH417162A | 4,453.55 |
| **Total BNBM** | 288,141.02 |
| TOTAL | 288,141.02 |