TRANSACTION INFORMATION

```
Transaction Type:         Incoming 700 Issue of a Documentary Credit
Sending Bank:             ICBKCNBJABJM
                          INDUSTRIAL AND COMMERCIAL BANK OF CHINA
                          (BEIJING MUNICIPAL BRANCH)
                          BEIJING CHINA
Input Session/Sequence:   2976/350906
Input Time/Date:          18:10 2015/02/05

Receiving Bank:           USBKUS44ASEA
                          U.S. BANK
                          (SEATTLE INTERNATIONAL DEPARTMENT)
                          SEATTLE,WA UNITED STATES OF AMERICA
Output Time/Date:         04:10 2015/02/05
Session/Sequence:         2904/132868
```

TRANSACTION DETAIL

```
 27:    Sequence of Total
        1/1
 40A:   Form of Documentary Credit
        IRREVOCABLE
 20:    Documentary Credit Number
        LC11109B500804
 31C:   Date of Issue
        2015/02/05
 40E:   Applicable Rules
        UCP LATEST VERSION
 31D:   Date and Place of Expiry
        2015/04/15USA
 50:    Applicant
        BEIJING NEW BUILDING MATERIALS CO.,
        LTD
        (ADDRESS SEE TAG 72)
 59:    Beneficiary
        W.H. INTERNATIONAL INC.
        5105,191ST STREET,SOUTHWEST,
        LYNNWOOD,WA 98036,USA
 32B:   Currency Code, Amount
        USD 129,500.
 39A:   Percentage Credit Amount Tolerance
        10/10
 41D:   Available With ... By ...
        ANY BANK
        BY NEGOTIATION
 42C:   Drafts at ...
        AT SIGHT FOR 100PCT OF INVOICE
        VALUE
 42A:   Drawee
        ICBKCNBJBJM
        INDUSTRIAL AND COMMERCIAL BANK OF CHINA
        (BEIJING MUNICIPAL BRANCH)
        BEIJING CHINA
 43P:   Partial Shipments
        ALLOWED
 43T:   Transhipment
        ALLOWED
 44E:   Port of Loading/Airport of Departure
        SEATTLE OR TACOMA,USA
 44F:   Port of Discharge/Airport of Destination
        DALIAN,CHINA
 44C:   Latest Date of Shipment
        2015/03/31
 45A:   Description of Goods and/or Services
        COMMODITY:USA ROUND LOGS DOUGLAS FIR
        QUANTITY:135 MBF
        PRICE TERM:CFR DALIAN,CHINA
        TOTAL VALUE:USD129,500.00
 46A:   Documents Required
```

**CONTEMPT Exhibit 97**



WHI 000087

|     |     |
| --- | --- |
|     | +SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES INDICATING L/C NO. AND CONTRACT NO.WHI-150006<br>+FULL SET (INCLUDING 3/3 ORIGINALS AND 3 COPIES) OF CLEAN ON BOARD OCEAN BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED, MARKED 'FREIGHT PREPAID',NOTIFYING APPLICANT WITH FULL NAME AND ADDRESS.<br>+PACKING LIST IN 3 ORIGINALS AND 3 COPIES |
| 47A: | Additional Conditions<br>+THIRD PARTY AS SHIPPER IS ACCEPTABLE<br>+THIRD PARTY DOCUMENTS EXCEPT COMMERCIAL INVOICE AND DRAFT ARE ACCEPTABLE<br>+SHOULD THE DISCREPANCY BEING ACCEPTED BY THE APPLICANT AND ACCEPTABLE TO US,WE SHALL RELEASE THE DOCUMENTS TO THEM WITHOUT FURTHER NOTICE TO YOU UNLESS YOUR INSTRUCTION TO THE CONTRARY RECEIVED PRIOR TO OUR RELEASE OF DOCUMENTS.<br>+UNLESS OTHERWISE STIPULATED IN THE CREDIT, ALL DOCUMENTS MUST BE ISSUED IN ENGLISH. |
| 71B: | Charges<br>ALL BANKING CHARGES AND INTEREST IF<br>ANY OUTSIDE THE ISSUING BANK,AND<br>REIMBURSEMENT CHARGES ARE FOR<br>ACCOUNT OF BENEFICIARY. |
| 48: | Period for Presentation<br>DOCUMENTS TO BE PRESENTED WITHIN 15<br>DAYS AFTER DATE OF SHIPMENT BUT<br>WITHIN THE VALIDITY OF THE CREDIT. |
| 49: | Confirmation Instructions<br>WITHOUT |
| 78: | Instructions to the Paying/Accepting/Negotiating Bank<br>ALL DOCUMENTS ARE TO BE DESPATCHED IN ONE SET TO INT'L DEPT,ICBC ZHONGGUANCUN SUB-BRANCH RM 301, BLDG 1, NO.2 SHANGDIXINXI RD., HAIDIAN DISTRICT 100085 BEIJING CHINA TEL:82896267.<br>AN EXTRA COPY OF TRANSPORT DOCUMENTS AND INVOICE FOR ISSUING BANK'S FILE IS REQUIRED.<br>UPON RECEIPT OF THE DOCUMENTS COMPLIED WITH L/C TERMS,WE WILL REMIT THE PROCEEDS IN ACCORDANCE WITH THE NEGOTIATING BANK'S INSTRUCTIONS.<br>USD50.00 OR EQUIVALENT WILL BE DEDUCTED FROM THE PROCEEDS WHEN DOCUMENTS ARE PRESENTED WITH DISCREPANCY(IES). |
| 72: | Sender to Receiver Information<br>10 FLOOR, BUILDING 4, INTERWEST<br>BUSINESS CENTRE, NO.9 SHOUTI SOUTH<br>ROAD, HAIDIAN DIST. BEIJING,CHINA<br>TEL:86-10-68799778<br>FAX:86-10-68799756 |

{END 700 Issue of a Documentary Credit LC11109B500804 Message}

```
U.S. Bank National Association              SWIFT  : USBKUS44SEA
International Dept., PD-WA-T9IN             Phone  : 206-344-3711
1420 Fifth Avenue, 9th Floor                Fax    : 206-344-5374
Seattle, WA  98101  U.S.A.
```

|            | LETTER OF CREDIT       |
|------------|------------------------|
| 02/05/15   | ADVISING COVER LETTER  |
|            | ******************     |

W.H. INTERNATIONAL INC.
5105 191 ST. S.W.
LYNNWOOD, WA 98036 USA

Attn: JIN WOOH

```
=============================================================
    U. S. Bank Reference Number   ELCSEA150737
    Letter of Credit Number       LC11109B500804
    Applicant                     BEIJING NEW BUILDING MATERIALS CO.,LTD
    Issuing Bank                  INDUSTRIAL AND COML BANK OF CHINA
                                  INT'L ICBC ZHONGGUANCUN SUB-BRANCH
                                  RM 301,BLDG 1, NO.2 SHANGDISINXI RD
                                  HAIDIAN DIST.100085 BEIJING CHINA
=============================================================
```

Please be advised that we are in receipt of a new Letter of Credit that
will be transmitted electronically to you.
We will hold the original in our file for safekeeping.

This Letter of Credit is subject to the "Uniform Customs and Practice
for Documentary Credits" (2007 Revision), International Chamber of
Commerce Publication No. 600.

This is to serve solely as our advice to you of this Letter of Credit
and conveys no obligation or engagement on our part. Please examine
this Letter of Credit carefully. If you are unable to comply with its
terms and conditions, please contact your buyer immediately to arrange
for an amendment.

*When presenting documents for negotiation, please provide an EXTRA
 COPY of each required document for our records.

PLEASE NOTE: US Bank N.A. will only determine compliance of documents
presented in the English language except as follows. The name of a
person or entity, any stamps, legalization, or endorsements, shown on a
document may be in a language other than English.  Documents which show
pre-printed field headings in both English and a second language are
also acceptable.  Otherwise, such documents will require a certified
translation which shall be at your expense. US Bank will not be
responsible for any delays caused by obtaining such a translation.

Pursuant to U.S. Law, we are required to obtain, verify, and record
information that identifies parties to the transaction and we are
prohibited from issuing, transferring, accepting, or effecting payment
to any party or entity identified by the U.S. Dept. of Treasury
including any office and bureau thereof or subject to the denial of
export privileges by the U.S. Dept. of Commerce.

This electronic notification requires no signature.                SXO7

TRANSACTION INFORMATION

```
Transaction Type:        Incoming 700 Issue of a Documentary Credit
Sending Bank:            BRCBCNBJAXXX
                         BEIJING RURAL COMMERCIAL BANK
                         BEIJING CHINA
Input Session/Sequence:  2696/028588
Input Time/Date:         16:55 2014/09/02

Receiving Bank:          USBKUS44ASEA
                         U.S. BANK
                         (SEATTLE INTERNATIONAL DEPARTMENT)
                         SEATTLE,WA UNITED STATES
Output Time/Date:        03:55 2014/09/02
Session/Sequence:        2879/680920

Message User Reference:  1409020000017236
```

TRANSACTION DETAIL

```
27:    Sequence of Total
       1/1
40A:   Form of Documentary Credit
       IRREVOCABLE
20:    Documentary Credit Number
       LCSJQ14219
31C:   Date of Issue
       2014/09/02
40E:   Applicable Rules
       UCP LATEST VERSION
31D:   Date and Place of Expiry
       2014/10/15USA
50:    Applicant
       BEIJING NEW BUILDING MATERIALS
       CO.,LTD.
       (ADDRESS PLS SEE FIELD 47A)
59:    Beneficiary
       W.H.INTERNATIONAL INC.
       5105,191 STREET,SW,LYNNWOOD,WA
       98036,USA
32B:   Currency Code, Amount
       USD 98,000.
39A:   Percentage Credit Amount Tolerance
       10/10
41D:   Available With ... By ...
       ANY BANK
       BY NEGOTIATION
42C:   Drafts at ...
       AT SIGHT FOR 100 PCT OF INVOICE
       VALUE
42A:   Drawee
       BRCBCNBJ
       BEIJING RURAL COMMERCIAL BANK
       BEIJING CHINA
43P:   Partial Shipments
       ALLOWED
43T:   Transhipment
       ALLOWED
44E:   Port of Loading/Airport of Departure
       SEATTLE OR TACOMA,USA
44F:   Port of Discharge/Airport of Destination
       DALIAN,CHINA
44C:   Latest Date of Shipment
       2014/09/30
45A:   Description of Goods and/or Services
       USA ROUND LOGS
       DOUGLAS FIR 100MBF
       +TOTAL VALUE: USD98,000.00
       +PRICE TERMS: CFR DALIAN,CHINA
46A:   Documents Required
```



WHI 000090

```
         +SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES
         INDICATING L/C NO. AND CONTRACT NO.WHI-140144
         +FULL SET(3 ORIGINALS AND 3 COPIES) OF CLEAN ON BOARD OCEAN
         BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED
         MARKED 'FREIGHT PREPAID' NOTIFYING APPLICANT WITH FULL NAME AND
         ADDRESS.
         +PACKING LIST IN 3 ORIGINALS AND 3 COPIES.
47A:     Additional Conditions
         +THE APPLICANT'S ADDRESS:10 FLOOR,BUILDING 4, INTERWEST
         BUSINESS CENTER,NO.9, SHOUTI SOUTH ROAD, HAIDIAN DIST.,
         BEIJING, CHINA.TEL:86-10-68799778, FAX:86-10-68799756
         +BOTH QUANTITY AND AMOUNT 10 PERCENT MORE OR LESS ALLOWED
         +IN CASE OF ANY SUBSEQUENT AMENDMENT UNDER THIS CREDIT BEING
         REJECTED BY THE BENEFICIARY, A CERTIFICATE OF REJECTION IS
         REQUIRED. FAILED TO GIVE SUCH NOTIFICATION, THE AMENDMENT WILL
         BE DEEMED TO BE ACCEPTED BY THE BENEFICIARY
         +NOTWITHSTANDING THE PROVISIONS OF UCP LATEST VERSION,IF OUR
         BANK GIVES NOTICES OF REFUSAL OF DOCUMENTS PRESENTED UNDER THIS
         CREDIT, IT SHALL, HOWEVER, RETAIN THE RIGHT TO ACCEPT A WAIVER
         OF DISCREPANCIES FROM THE APPLICANT AND SUBJECT TO SUCH WAIVER
         BEING ACCEPTABLE TO US, TO RELEASE DOCUMENTS AGAINST THAT WAIVER
         WITHOUT REFERENCE TO THE PRESENTER PROVIDED THAT NO WRITTEN
         INSTRUCTIONS TO THE CONTRARY HAVE BEEN RECEIVED BY US FROM THE
         PRESENTER BEFORE THE RELEASE OF DOCUMENTS. ANY SUCH RELEASE
         PRIOR TO RECEIPT OF CONTRARY INSTRUCTIONS SHALL NOT CONSTITUTE A
         FAILURE ON OUR PART TO HOLD THE DOCUMENTS AT THE PRESENTER'S
         RISK AND DISPOSAL AND WE WILL HAVE NO LIABILITY TO THE PRESENTER
         IN RESPECT OF ANY SUCH RELEASE.
         +WERE THE DOCUMENTS THUS DETERMINED TO BE COMPLYING LOST IN
         TRANSIT AFTER BEING SENT BY THE NOMINATED BANK, THE ISSUING BANK
         SHOULD BE ENTITLED TO EXAMINE THE COPIES OF THE DOCUMENTS TO
         DETERMINE IF THEY COMPLY WITH THE TERMS OF THE CREDIT(EXCEPT FOR
         THE QUESTION OF ORIGINALITY) AND TO REFUSE REIMBURSEMENT TO THE
         NOMINATED BANK SHOULD THE ISSUING BANK DETERMINE THAT THE
         DOCUMENTS DO NOT COMPLY WITH THE TERMS OF THE CREDIT.
         ARTICLE 35, TO THE EXTENT IT IS INCONSISTENT WITH THE
         FOREGOING, IS EXPRESSLY EXCLUDED
71B:     Charges
         ALL BANKING CHARGES AND INTEREST
         IF ANY OUTSIDE ISSUING BANK ARE
         FOR ACCOUNT OF BENEFICIARY.
 48:     Period for Presentation
         DOCUMENTS TO BE PRESENTED WITHIN
         15 DAYS AFTER THE DATE OF SHIPMENT
         BUT WITHIN THE VALIDITY OF THE
         CREDIT.
 49:     Confirmation Instructions
         WITHOUT
 78:     Instructions to the Paying/Accepting/Negotiating Bank
         +ALL DOCUMENTS TO BE DESPATCHED TO INT'L DEPARTMENT OF ISSUING
         BANK AT ROOM 1102,NO.16,CHAOYANGMEN NORTH STREET, CHAOYANG
         DISTRICT, BEIJING,P.R.CHINA. 100020, TEL: +86 10 85605773/2/1
         +AN EXTRA COPY OF SHIPPING DOCUMENTS AND INVOICE FOR ISSUING
         BANK'S FILE IS REQUIRED
         +UPON RECEIPT OF ALL DOCUMENTS IN COMPLIANCE WITH THE TERMS AND
         CONDITIONS OF THE CREDIT,WE WILL DULY HONOR AS PER THE
         PRESENTING BANK'S INSTRUCTIONS
         +USD50.00 OR EQUIVALENT WILL BE DEDUCTED FROM THE PROCEEDS WHEN
         DOCUMENTS ARE PRESENTED WITH DISCREPANCY

         {END 700 Issue of a Documentary Credit LCSJQ14219 Message}
```

WHI 000091

TRANSACTION INFORMATION

```
Transaction Type:        Incoming 710 Advice of a Third Bank's or a Non-Bank's Documentary Credit
Sending Bank:            DBSSCNSHAXXX
                         DBS BANK (CHINA) LIMITED
                         (SHANGHAI BRANCH)
                         SHANGHAI CHINA
Input Session/Sequence:  4476/650771
Input Time/Date:         17:21 2014/09/02

Receiving Bank:          USBKUS44ASEA
                         U.S. BANK
                         (SEATTLE INTERNATIONAL DEPARTMENT)
                         SEATTLE,WA UNITED STATES
Output Time/Date:        04:21 2014/09/02
Session/Sequence:        2879/680998
```

TRANSACTION DETAIL

```
27:    Sequence of Total
       1/1
40B:   Form of Documentary Credit
       IRREVOCABLE
       WITHOUT OUR CONFIRMATION
20:    Sender's Reference
       334-01-0008035
21:    Documentary Credit Number
       334-01-0008035
31C:   Date of Issue
       2014/09/02
40E:   Applicable Rules
       UCPURR LATEST VERSION
31D:   Date and Place of Expiry
       2014/10/30 IN UNITED STATES
52D:   Issuing Bank
       DBS BANK (CHINA) LIMITED
       UNIT 101, 2105-08 FORTUNE FINANCIAL
       CENTER NO.5 EAST 3RD RING ROAD
       BEIJING 100033 CHINA
50:    Applicant
       BEIJING NEW BUILDING MATERIALS CO.
       LTD    10/F,BUILDING 4,INTERWEST
       BUSINESS CENTER,NO.9 SOUTH RD,
       SHOUTI HAIDIAN DIST,BEIJING,CHINA
59:    Beneficiary
       W.H. INTERNATIONAL INC
       5105,191ST STREET SOUTHWEST
       LYNNWOOD WA 98036 USA
32B:   Currency Code, Amount
       USD 485,000.
41D:   Available With ... By ...
       ANY BANK
       BY NEGOTIATION
42C:   Drafts at ...
       90 DAYS AFTER SIGHT
42D:   Drawee
       DBS BANK (CHINA) LIMITED
       BEIJING BRANCH
43P:   Partial Shipments
       ALLOWED
43T:   Transhipment
       ALLOWED
44E:   Port of Loading/Airport of Departure
       SEATTLE OR TACOMA,USA
44F:   Port of Discharge/Airport of Destination
       SHANGHAI,CHINA
44C:   Latest Date of Shipment
       2014/10/15
45A:   Description of Goods and/or Services
       PRICE TERM: C F R SHANGHAI,CHINA
```



WHI 000092

```
                USA ROUND LOGS 500MBF USD485,000.00
        46A:    Documents Required
                + SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES.
                + PACKING LIST IN 3 ORIGINALS AND 3 COPIES.
                + FULL (3 ORIGINALS AND 3 COPIES) SET OF CLEAN ON BOARD OCEAN
                BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED MARKED
                ''FREIGHT PREPAID'' NOTIFYING APPLICANT WITH FULL NAME AND
                ADDRESS.
        47A:    Additional Conditions
                FOR ALL COMMUNICATION, PLEASE SEND SWIFT TO DBS BANK (CHINA)
                LIMITED , BEIJING BRANCH DBSSCNSHBJG QUOTING OUR REFERENCE
                334-01-0008035
                + ALL PARTIES TO THIS DOCUMENTARY CREDIT ARE ADVISED THAT THERE
                ARE SPECIFIC SANCTIONS AND REGULATIONS IMPOSED AND ENFORCED BY
                THE US, UN, EU AND OTHER GOVERNMENTAL AND/OR REGULATORY
                AUTHORITIES AGAINST CERTAIN COUNTRIES, ENTITIES AND/OR
                INDIVIDUALS. UNDER THESE MEASURES, THE BANK AND OTHER PARTIES
                MAY BE UNABLE TO PROCESS OR ENGAGE IN TRANSACTIONS WHICH
                INVOLVE A BREACH OF THE SANCTIONS AND THE AUTHORITIES MAY
                REQUIRE DISCLOSURE OF INFORMATION. THE BANK ASSUMES NO
                LIABILITY FOR REJECTING ANY PRESENTATION OF DOCUMENTS THAT MAY
                VIOLATE THE AFORESAID CONDITION AND ANY LOSS, DAMAGES OR DELAY
                ARISING DIRECTLY OR INDIRECTLY IN CONNECTION WITH THE AFORESAID
                MATTERS.
                + 10/10 PERCENT MORE OR LESS BOTH IN QUANTITY SHIPPED AND CREDIT
                AMOUNT DRAWN IS ACCEPTABLE.
                + NOTWITHSTANDING THE LC TENOR IN FIELD 42C, THE NEGOTIATING BANK
                IS AUTHORISED TO CLAIM REIMBURSEMENT FROM REIMBURSING BANK AFTER
                RECEIPT OF ACCEPTANCE MESSAGE FROM ISSUING BANK.
                + REIMBURSEMENT INTEREST WILL BE BORNE BY APPLICANT AND THE
                MAXIMUM FINANCING INTEREST IS USD50,000.00 AND ALL THE OTHER
                BANKING CHARGES OUTSIDE THE ISSUING BANK INCLUDING REIMBURSEMENT
                BANK'S CHARGE ARE FOR ACCOUNT OF BENEFICIARY.
                + REIMBURSING BANK: DBS BANK LTD. SINGAPORE SG.
                + THIRD PARTY SHIPPING DOCUMENTS ACCEPTABLE.
                + ON EACH DRAWING UNDER OUR LETTER OF CREDIT, A DISCREPANCY
                FEE FOR USD60.00 (OR EQUIVALENT) PLUS RELATIVE CABLE CHARGES
                WILL BE CHARGED AND DEDUCTED FROM OUR PAYMENT/THE REIMBURSEMENT
                CLAIM ON THE DISCREPANT DOCUMENTS. ADDITIONAL FEE FOR USD25.00
                WILL ALSO BE CHARGED ON EACH ADDITIONAL SET OF DOCUMENT (A
                'SET' OF DOCUMENT WOULD INCLUDE ONE SET OF INVOICE PLUS
                RELATIVE TRANSPORT DOCUMENTS) UNDER THE SAME DRAWING.
                NOTWITHSTANDING ANY INSTRUCTIONS TO THE CONTRARY, THIS
                CHARGES SHALL BE FOR THE ACCOUNT OF THE BENEFICIARY.
                + THE ISSUING BANK SHALL BE ENTITLED TO REQUIRE THE NOMINATED
                BANK TO SEND COPIES OF ALL THE DOCUMENTS PRESENTED UNDER THE
                CREDIT AND WHICH THE NOMINATED BANK HAS DETERMINED TO BE A
                COMPLYING PRESENTATION. WERE THE DOCUMENTS THUS DETERMINED TO BE
                COMPLYING LOST IN TRANSIT AFTER BEING SENT BY THE NOMINATED BANK,
                THE ISSUING BANK SHOULD BE ENTITLED TO EXAMINE THE COPIES OF THE
                DOCUMENTS TO DETERMINE IF THEY COMPLY WITH THE TERMS OF THE
                CREDIT (EXCEPT FOR THE QUESTION OF ORIGINALITY) AND TO REFUSE
                REIMBURSEMENT TO THE NOMINATED BANK SHOULD THE ISSUING BANK
                DETERMINE THAT THE DOCUMENTS DO NOT COMPLY WITH THE TERMS OF THE
                CREDIT. ARTICLE 35, TO THE EXTENT IT IS INCONSISTENT WITH THE
                FOREGOING, IS EXPRESSLY EXCLUDED.
                + PLEASE BE INFORMED THAT SATURDAY AND SUNDAY ARE TO BE
                CONSIDERED AS A NON-BANKING/NON-BUSINESS DAY FOR OUR TRADE
                FINANCE PROCESSING / OPERATIONS UNIT ALTHOUGH OUR BANK MAY
                OTHERWISE TO BE OPENED FOR OTHER BUSINESS.
                + ALL DOCUMENTS MUST BE ISSUED IN ENGLISH.
        71B:    Charges
                SEE 47A
         48:    Period for Presentation
                ALL DOCUMENTS MUST BE PRESENTED FOR
                NEGOTIATION WITHIN 15 DAYS AFTER
                DATE OF SHIPMENT BUT WITHIN
                VALIDITY OF THIS CREDIT
         49:    Confirmation Instructions
                WITHOUT
```

```
78:     Instructions to the Paying/Accepting/Negotiating Bank
        + AN EXTRA COPY OF INVOICE, FORWARDER/APPLICANT'S CARGO RECEIPT
        OR BILL OF LADING OR AIR WAYBILL, IF APPLICABLE, MUST BE
        FURNISHED TO LC ISSUING BANK FOR OUR OWN RECORD.
        + DOCUMENTS TO BE DESPATCHED TO DBS BANK (CHINA) LIMITED ,
        BEIJING BRANCH UNIT 101, 2105-08 FORTUNE FINANCIAL CENTER NO.5
        EAST 3RD RING ROAD BEIJING 100033 CHINA THROUGH PRESENTING BANK
        IN ONE LOT BY DHL/COURIER SERVICES.
        + PRESENTING BANK MUST CERTIFY ON ITS COVERING SCHEDULE THAT THE
        AMOUNT OF EACH DRAWING HAS BEEN ENDORSED ON THE ORIGINAL CREDIT.
        + REIMBURSE YOURSELVES ON THE REIMBURSING BANK AT SIGHT BASIS
        AFTER RECEIPT OF ACCEPTANCE MESSAGE FROM ISSUING BANK.

        {END 710 Advice of a Third Bank's or a Non-Bank's Documentary Credit 334-01-0008035
Message}
```

TRANSACTION INFORMATION

Transaction Type: Incoming 700 Issue of a Documentary Credit
Sending Bank: BRCBCNBJAXXX
BEIJING RURAL COMMERCIAL BANK
BEIJING CHINA
Input Session/Sequence: 2697/028843
Input Time/Date: 16:55 2014/09/12

Receiving Bank: USBKUS44ASEA
U.S. BANK
(SEATTLE INTERNATIONAL DEPARTMENT)
SEATTLE,WA UNITED STATES
Output Time/Date: 03:55 2014/09/12
Session/Sequence: 2880/712835

Message User Reference: 1409120000017478

TRANSACTION DETAIL

| | |
|---|---|
| 27: | Sequence of Total<br>1/1 |
| 40A: | Form of Documentary Credit<br>IRREVOCABLE |
| 20: | Documentary Credit Number<br>LCSJQ14239 |
| 31C: | Date of Issue<br>2014/09/12 |
| 40E: | Applicable Rules<br>UCP LATEST VERSION |
| 31D: | Date and Place of Expiry<br>2014/11/15USA |
| 50: | Applicant<br>BEIJING NEW BUILDING MATERIALS<br>CO.,LTD. |
| 59: | Beneficiary<br>W.H.INTERNATIONAL INC.<br>5105,191 STREET,SW,LYNNWOOD,WA<br>98036,USA |
| 32B: | Currency Code, Amount<br>USD 100,800. |
| 39A: | Percentage Credit Amount Tolerance<br>10/10 |
| 41D: | Available With ... By ...<br>ANY BANK<br>BY NEGOTIATION |
| 42C: | Drafts at ...<br>AT SIGHT FOR 100 PCT OF INVOICE<br>VALUE |
| 42A: | Drawee<br>BRCBCNBJ<br>BEIJING RURAL COMMERCIAL BANK<br>BEIJING CHINA |
| 43P: | Partial Shipments<br>ALLOWED |
| 43T: | Transhipment<br>ALLOWED |
| 44E: | Port of Loading/Airport of Departure<br>SEATTLE OR TACOMA,USA |
| 44F: | Port of Discharge/Airport of Destination<br>DALIAN,CHINA |
| 44C: | Latest Date of Shipment<br>2014/10/30 |
| 45A: | Description of Goods and/or Services<br>USA ROUND LOGS<br>DOUGLAS FIR 104MBF<br>TOTAL VALUE:USD100,800.00<br>PRICE TERM: CFR DALIAN,CHINA |
| 46A: | Documents Required<br>+SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES |



|       |   |
|---|---|
| | INDICATING L/C NO. AND CONTRACT NO.WHI-140162 |
| | +FULL SET ( 3 ORIGINALS AND 3 COPIES) OF CLEAN ON BOARD OCEAN BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED MARKED 'FREIGHT PREPAID'NOTIFYING APPLICANT WITH FULL NAME AND ADDRESS |
| | +PACKING LIST IN 3 ORIGINALS AND 3 COPIES. |
| 47A: | Additional Conditions |

+THE APPLICANT'S ADDRESS:10 FLOOR,BUILDING 4, INTERWEST BUSINESS CENTER,NO.9, SHOUTI SOUTH ROAD, HAIDIAN DIST., BEIJING, CHINA.TEL:86-10-68799778.FAX:86-10-68799756
+BOTH QUANTITY AND AMOUNT 10 PERCENT MORE OR LESS ALLOWED
+IN CASE OF ANY SUBSEQUENT AMENDMENT UNDER THIS CREDIT BEING REJECTED BY THE BENEFICIARY, A CERTIFICATE OF REJECTION IS REQUIRED. FAILED TO GIVE SUCH NOTIFICATION, THE AMENDMENT WILL BE DEEMED TO BE ACCEPTED BY THE BENEFICIARY
+NOTWITHSTANDING THE PROVISIONS OF UCP LATEST VERSION,IF OUR BANK GIVES NOTICES OF REFUSAL OF DOCUMENTS PRESENTED UNDER THIS CREDIT, IT SHALL, HOWEVER, RETAIN THE RIGHT TO ACCEPT A WAIVER OF DISCREPANCIES FROM THE APPLICANT AND SUBJECT TO SUCH WAIVER BEING ACCEPTABLE TO US, TO RELEASE DOCUMENTS AGAINST THAT WAIVER WITHOUT REFERENCE TO THE PRESENTER PROVIDED THAT NO WRITTEN INSTRUCTIONS TO THE CONTRARY HAVE BEEN RECEIVED BY US FROM THE PRESENTER BEFORE THE RELEASE OF DOCUMENTS. ANY SUCH RELEASE PRIOR TO RECEIPT OF CONTRARY INSTRUCTIONS SHALL NOT CONSTITUTE A FAILURE ON OUR PART TO HOLD THE DOCUMENTS AT THE PRESENTER'S RISK AND DISPOSAL AND WE WILL HAVE NO LIABILITY TO THE PRESENTER IN RESPECT OF ANY SUCH RELEASE.
+WERE THE DOCUMENTS THUS DETERMINED TO BE COMPLYING LOST IN TRANSIT AFTER BEING SENT BY THE NOMINATED BANK, THE ISSUING BANK SHOULD BE ENTITLED TO EXAMINE THE COPIES OF THE DOCUMENTS TO DETERMINE IF THEY COMPLY WITH THE TERMS OF THE CREDIT(EXCEPT FOR THE QUESTION OF ORIGINALITY) AND TO REFUSE REIMBURSEMENT TO THE NOMINATED BANK SHOULD THE ISSUING BANK DETERMINE THAT THE DOCUMENTS DO NOT COMPLY WITH THE TERMS OF THE CREDIT.
ARTICLE 35, TO THE EXTENT IT IS INCONSISTENT WITH THE FOREGOING, IS EXPRESSLY EXCLUDED

| | |
|---|---|
| 71B: | Charges |
| | ALL BANKING CHARGES AND INTEREST IF ANY OUTSIDE ISSUING BANK ARE FOR ACCOUNT OF BENEFICIARY. |
| 48: | Period for Presentation |
| | DOCUMENTS TO BE PRESENTED WITHIN 15 DAYS AFTER THE DATE OF ISSUANCE OF THE TRANSPORT DOCUMENT(S) BUT WITHIN THE VALIDITY OF THE CREDIT. |
| 49: | Confirmation Instructions |
| | WITHOUT |
| 78: | Instructions to the Paying/Accepting/Negotiating Bank |

+ALL DOCUMENTS TO BE DESPATCHED TO INT'L DEPARTMENT OF ISSUING BANK AT ROOM 1102,NO.16,CHAOYANGMEN NORTH STREET, CHAOYANG DISTRICT, BEIJING,P.R.CHINA. 100020, TEL: +86 10 85605773/2/1
+AN EXTRA COPY OF SHIPPING DOCUMENTS AND INVOICE FOR ISSUING BANK'S FILE IS REQUIRED
+UPON RECEIPT OF ALL DOCUMENTS IN COMPLIANCE WITH THE TERMS AND CONDITIONS OF THE CREDIT,WE WILL DULY HONOR AS PER THE PRESENTING BANK'S INSTRUCTIONS
+USD50.00 OR EQUIVALENT WILL BE DEDUCTED FROM THE PROCEEDS WHEN DOCUMENTS ARE PRESENTED WITH DISCREPANCY

{END 700 Issue of a Documentary Credit LCSJQ14239 Message}

TRANSACTION INFORMATION

| | |
|---|---|
| Transaction Type: | Incoming 710 Advice of a Third Bank's or a Non-Bank's Documentary Credit |
| Sending Bank: | DBSSCNSHAXXX |
| | DBS BANK (CHINA) LIMITED |
| | (SHANGHAI BRANCH) |
| | SHANGHAI CHINA |
| Input Session/Sequence: | 4483/666182 |
| Input Time/Date: | 18:46 2014/10/22 |
| Receiving Bank: | USBKUS44ASEA |
| | U.S. BANK |
| | (SEATTLE INTERNATIONAL DEPARTMENT) |
| | SEATTLE,WA UNITED STATES |
| Output Time/Date: | 05:46 2014/10/22 |
| Session/Sequence: | 2887/828163 |

TRANSACTION DETAIL

- 27: Sequence of Total
  1/1
- 40B: Form of Documentary Credit
  IRREVOCABLE
  WITHOUT OUR CONFIRMATION
- 20: Sender's Reference
  334-01-0008231
- 21: Documentary Credit Number
  334-01-0008231
- 31C: Date of Issue
  2014/10/22
- 40E: Applicable Rules
  UCPURR LATEST VERSION
- 31D: Date and Place of Expiry
  2014/12/15 IN UNITED STATES
- 52D: Issuing Bank
  DBS BANK (CHINA) LIMITED
  UNIT 101, 2105-08 FORTUNE FINANCIAL
  CENTER NO.5 EAST 3RD RING ROAD
  BEIJING 100033 CHINA
- 50: Applicant
  BEIJING NEW BUILDING MATERIALS CO.
  LTD    10/F,BUILDING 4,INTERWEST
  BUSINESS CENTER,NO.9 SOUTH RD,
  SHOUTI HAIDIAN DIST,BEIJING,CHINA
- 59: Beneficiary
  W.H. INTERNATIONAL INC
  5105,191ST STREET SOUTHWEST
  LYNNWOOD WA 98036 USA
- 32B: Currency Code, Amount
  USD 261,800.
- 41D: Available With ... By ...
  ANY BANK
  BY NEGOTIATION
- 42C: Drafts at ...
  90 DAYS AFTER SIGHT
- 42D: Drawee
  DBS BANK (CHINA) LIMITED
  BEIJING BRANCH
- 43P: Partial Shipments
  ALLOWED
- 43T: Transhipment
  ALLOWED
- 44E: Port of Loading/Airport of Departure
  TACOMA/SEATTLE,USA
- 44F: Port of Discharge/Airport of Destination
  SHANGHAI,CHINA
- 44C: Latest Date of Shipment
  2014/11/30
- 45A: Description of Goods and/or Services
  PRICE TERM: C F R SHANGHAI,CHINA



WHI 000097

USA ROUND LOGS DOUGLAS FIR 280MBF USD261,800.00

46A: Documents Required
+ SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES
+ PACKING LIST IN 3 ORIGINALS AND 3 COPIES
+ BENEFICIARY'S CERTIFIED COPY OF FAX/TELEX DISPATCHED TO THE APPLICANT WITHIN 360 HOURS AFTER SHIPMENT ADVISING NAME OF VESSEL, B/L NO., SHIPPING DATE, CONTRACT NO., L/C NO., COMMODITY, QUANTITY AND VALUE OF SHIPMENT
+ FULL (3 ORIGINALS AND 3 COPIES) SET OF CLEAN ON BOARD OCEAN BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED MARKED ''FREIGHT PREPAID'' NOTIFYING APPLICANT WITH FULL NAME AND ADDRESS, INDICATING CONTRACT NO,AND ATTN: MS LILING, FAX:86-10-68799756

47A: Additional Conditions
FOR ALL COMMUNICATION, PLEASE SEND SWIFT TO DBS BANK (CHINA) LIMITED , BEIJING BRANCH DBSSCNSHBJG QUOTING OUR REFERENCE 334-01-0008231
+ ALL PARTIES TO THIS DOCUMENTARY CREDIT ARE ADVISED THAT THERE ARE SPECIFIC SANCTIONS AND REGULATIONS IMPOSED AND ENFORCED BY THE US, UN, EU AND OTHER GOVERNMENTAL AND/OR REGULATORY AUTHORITIES AGAINST CERTAIN COUNTRIES, ENTITIES AND/OR INDIVIDUALS. UNDER THESE MEASURES, THE BANK AND OTHER PARTIES MAY BE UNABLE TO PROCESS OR ENGAGE IN TRANSACTIONS WHICH INVOLVE A BREACH OF THE SANCTIONS AND THE AUTHORITIES MAY REQUIRE DISCLOSURE OF INFORMATION. THE BANK ASSUMES NO LIABILITY FOR REJECTING ANY PRESENTATION OF DOCUMENTS THAT MAY VIOLATE THE AFORESAID CONDITION AND ANY LOSS, DAMAGES OR DELAY ARISING DIRECTLY OR INDIRECTLY IN CONNECTION WITH THE AFORESAID MATTERS.
+ 10/10 PERCENT MORE OR LESS BOTH IN QUANTITY SHIPPED AND CREDIT AMOUNT DRAWN IS ACCEPTABLE.
+ NOTWITHSTANDING THE LC TENOR IN FIELD 42C, THE NEGOTIATING BANK IS AUTHORISED TO CLAIM REIMBURSEMENT FROM REIMBURSING BANK AFTER RECEIPT OF ACCEPTANCE MESSAGE FROM ISSUING BANK.
+ REIMBURSEMENT INTEREST WILL BE BORNE BY APPLICANT AND THE MAXIMUM FINANCING INTEREST IS USD30,000.00 AND ALL THE OTHER BANKING CHARGES OUTSIDE THE ISSUING BANK INCLUDING REIMBURSEMENT BANK'S CHARGE ARE FOR ACCOUNT OF BENEFICIARY.
+ REIMBURSING BANK: DBS BANK LTD. SINGAPORE SG.
+ THIRD PARTY SHIPPING DOCUMENTS ACCEPTABLE.
+ ON DECK CARGO ALLOWABLE.
+ CHARTER PARTY B/L ACCEPTABLE.
+ ON EACH DRAWING UNDER OUR LETTER OF CREDIT, A DISCREPANCY FEE FOR USD60.00 (OR EQUIVALENT) PLUS RELATIVE CABLE CHARGES WILL BE CHARGED AND DEDUCTED FROM OUR PAYMENT/THE REIMBURSEMENT CLAIM ON THE DISCREPANT DOCUMENTS. ADDITIONAL FEE FOR USD25.00 WILL ALSO BE CHARGED ON EACH ADDITIONAL SET OF DOCUMENT (A 'SET' OF DOCUMENT WOULD INCLUDE ONE SET OF INVOICE PLUS RELATIVE TRANSPORT DOCUMENTS) UNDER THE SAME DRAWING. NOTWITHSTANDING ANY INSTRUCTIONS TO THE CONTRARY, THIS CHARGES SHALL BE FOR THE ACCOUNT OF THE BENEFICIARY.
+ THE ISSUING BANK SHALL BE ENTITLED TO REQUIRE THE NOMINATED BANK TO SEND COPIES OF ALL THE DOCUMENTS PRESENTED UNDER THE CREDIT AND WHICH THE NOMINATED BANK HAS DETERMINED TO BE A COMPLYING PRESENTATION. WERE THE DOCUMENTS THUS DETERMINED TO BE COMPLYING LOST IN TRANSIT AFTER BEING SENT BY THE NOMINATED BANK, THE ISSUING BANK SHOULD BE ENTITLED TO EXAMINE THE COPIES OF THE DOCUMENTS TO DETERMINE IF THEY COMPLY WITH THE TERMS OF THE CREDIT (EXCEPT FOR THE QUESTION OF ORIGINALITY) AND TO REFUSE REIMBURSEMENT TO THE NOMINATED BANK SHOULD THE ISSUING BANK DETERMINE THAT THE DOCUMENTS DO NOT COMPLY WITH THE TERMS OF THE CREDIT. ARTICLE 35, TO THE EXTENT IT IS INCONSISTENT WITH THE FOREGOING, IS EXPRESSLY EXCLUDED.
+ PLEASE BE INFORMED THAT SATURDAY AND SUNDAY ARE TO BE CONSIDERED AS A NON-BANKING/NON-BUSINESS DAY FOR OUR TRADE FINANCE PROCESSING / OPERATIONS UNIT ALTHOUGH OUR BANK MAY OTHERWISE TO BE OPENED FOR OTHER BUSINESS.
+ ALL DOCUMENTS MUST BE ISSUED IN ENGLISH.

71B: Charges
SEE 47A

WHI 000098

48: Period for Presentation
ALL DOCUMENTS MUST BE PRESENTED FOR
NEGOTIATION WITHIN 15 DAYS AFTER
DATE OF SHIPMENT BUT WITHIN
VALIDITY OF THIS CREDIT
49: Confirmation Instructions
WITHOUT
78: Instructions to the Paying/Accepting/Negotiating Bank
+ AN EXTRA COPY OF INVOICE, FORWARDER/APPLICANT'S CARGO RECEIPT
OR BILL OF LADING OR AIR WAYBILL, IF APPLICABLE, MUST BE
FURNISHED TO LC ISSUING BANK FOR OUR OWN RECORD.
+ DOCUMENTS TO BE DESPATCHED TO DBS BANK (CHINA) LIMITED ,
BEIJING BRANCH UNIT 101, 2105-08 FORTUNE FINANCIAL CENTER NO.5
EAST 3RD RING ROAD BEIJING 100033 CHINA THROUGH PRESENTING BANK
IN ONE LOT BY DHL/COURIER SERVICES.
+ PRESENTING BANK MUST CERTIFY ON ITS COVERING SCHEDULE THAT THE
AMOUNT OF EACH DRAWING HAS BEEN ENDORSED ON THE ORIGINAL CREDIT.
+ REIMBURSE YOURSELVES ON THE REIMBURSING BANK AT SIGHT BASIS
AFTER RECEIPT OF ACCEPTANCE MESSAGE FROM ISSUING BANK.

{END 710 Advice of a Third Bank's or a Non-Bank's Documentary Credit 334-01-0008231 Message}

WHI 000099