Call Us: (716) 649-2850 | Toll Free: (800) 950-2850

# About Us

Baillie Lumber is one of North America's largest hardwood lumber manufacturers, distributors and exporters. We are a provider of hardwood logs, hardwood lumber and proprietary grade hardwood lumber products. Founded in 1923 by James A. Baillie, we have grown from a regional supplier of domestic hardwoods to an international hardwood manufacturer that can ship hardwood lumber to any region of the world.

Baillie's hardwood manufacturing facilities are spread north to south in the eastern United States. Our partner mills and suppliers in the U.S. and internationally supplement our own hardwood manufacturing capabilities and give us a breadth of specie availability unmatched by other hardwood manufacturers.

With a Sales staff strategically located throughout the U.S. and internationally, Baillie is well positioned as a leading hardwood lumber supplier. We can be your single source for the world's hardwoods!

## Hardwood Lumber Supplier of Most North American Species

Basswood

Beech

Black Walnut

Cherry

Hard Maple

Hickory

Red Alder

Red Elm

Red Oak

Sapgum

Soft Maple

Yellow Birch

Yellow Poplar

White Ash

White Oak



**CONTEMPT Exhibit 98**

## Baillie Lumber Overview

Watch this video and learn more.

About Us

## Baillie Facilities

Hamburg, NY

Smyrna, NY

Titusville, PA

Leitchfield, KY

Donalds, SC

Boonville, NY

Cove City, NC

Galion, OH

Allegany, NY

Davenport, NY

Trempealeau, WI

Williamsport, PA

## More About Us

About Us

Facilities

Sales Team

Environment Policy

Hardwood Lumber Blog

## Our Products

Request a Quote

Hardwood Lumber

Hardwood Logs

Custom Lumber Solutions

Ripping

Proprietary Grades

## Quick Links.

Careers

Contact Us

Join Our Email List

## Our global offices



Experienced and knowledgeable hardwood lumber sales professionals. We supply hardwood lumber products to virtually every region of the world. Contact your respective representative today!

Contact our Sales Team

**Ask about our FSC® availability.**  

Baillie Lumber Co. - Hardwood Lumber Supplier - Copyright © All rights reserved. Designed by CESSON 3.0

```
}); })(jQuery);
```