Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3         -------------------------------------------

 4                              )  MDL No. 2047

 5                              )

 6    IN RE: CHINESE-MANUFACTURED )  Section:  L

 7    DRYWALL PRODUCTS LIABILITY  )

 8    LITIGATION                  )  JUDGE FALLON

 9                              )

10                              )  MAG. JUDGE WILKINSON

11

12

13              *****Confidential*****

14    *****Subject to Further Confidentiality Review*****

15

16         VIDEOTAPED DEPOSITION OF PHILIP FENWICK

17                   May 28, 2015

18                  Buffalo, New York

19

20

21

22         GOLKOW TECHNOLOGIES, INC.

23      877.370.3377 ph | 917.591.5672 fax

24               deps@golkow.com
```

CONTEMPT
Exhibit 99

Confidential - Subject to Further Confidentiality Review

```
 1          A P P E A R A N C E S
 2
            For the Plaintiffs:
 3
                Scott Alan George, Esquire
 4              Seeger Weiss, LLP
                1515 Market Street
 5              Philadelphia, Pennsylvania 19102
                215.564.2300
 6              sgeorge@seegerweiss.com
 7
            For Defendant BNBM PLC and BNBM Group:
 8
                Justin N. Kattan, Esquire
 9              Dentons US LLP
                1221 Avenue of the Americas
10              New York, New York 10020
                212.768.6923
11              justin.kattan@dentons.com
12
            For the Defendant CNBM Company:
13
                Aaron M. Rubin, Esquire
14              Orrick, Herrington & Sutcliffe
                51 West 52nd Street
15              New York, New York 10019-6142
                212.506.5000
16              amrubin@orrick.com
17
            For the Defendant Taishan Gypsum Co., LTD.
18          (via telephone)
19              Mackenzie (Mack) Kahnke, Esquire
                Alston & Bird, LLP
20              One Atlantic Center
                1201 West Peachtree Street
21              Atlanta, Georgia 30309-3424
                404.881.7000
22              Mackenzie.kahnke@alston.com
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1          APPEARANCES (CONTINUED)
 2          For the Witness and Third Party Baillie
            Lumber:
 3
               Michael E. Maxwell, Esquire
 4             Hodgson Russ, LLP
               The Guaranty Building
 5             140 Pearl Street, Suite 100
               Buffalo, New York 14202
 6             716.856.4000
               Mmaxwell@hodgsonruss.com
 7
 8
            Also present:  Michael Zotaro, Videographer
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1                    W I T N E S S E S

 2      WITNESS                  EXAMINATION        PAGE

 3      PHILIP FENWICK           MR. GEORGE         6

 4                               MR. KATTAN         78

 5

 6

 7

 8                    E X H I B I T S

 9      EXHIBIT                  DESCRIPTION        PAGE

10      Baillie Exhibit 1  Amended notice of

11                         expedited oral and

12                         videotaped deposition   5

13      Baillie Exhibit 2  Export contracts        5

14      Baillie Exhibit 3  Acknowledgments

15                         by BNBM Group           5

16      Baillie Exhibit 4  Acknowledgments

17                         by BNBM Group           5

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
1           The following were marked for identification:

2           Baillie Exhibit 1  Amended notice of expedited

3           oral and videotaped deposition

4           Baillie Exhibit 2  Export contract

5           Baillie Exhibit 3  Acknowledgments by

6           BNBM Group

7           Baillie Exhibit 4  Acknowledgments by

8           BNBM Group

9

10              THE VIDEOGRAPHER:  Okay.  We are now on

11          record.  My name is Michael Zotaro.  I'm a

12          videographer for Golkow Technologies.  Today

13          is May 28th, 2015.  The time is currently 1:38

14          p.m.

15              The video deposition is being held in

16          Buffalo, New York, in the matter of Chinese

17          Drywall Litigation for the court -- U.S.

18          District Court, Eastern District of Louisiana.

19          The deponent today is Philip Fenwick.

20              And will the attorneys present and

21          participating via telephone please introduce

22          themselves?

23              MR. GEORGE:  Scott Alan George from

24          Seeger Weiss for the PSC.
```

Confidential - Subject to Further Confidentiality Review

```
1              MR. MAXWELL:  Mike Maxwell from

2         Hodgson Russ on behalf of the subpoenaed

3         entity, Baillie Lumber, and Phil Fenwick.

4              MR. KATTAN:  Justin Kattan from Dentons

5         US LLP on behalf of BNBM Group and BNBM PLC.

6              MR. RUBIN:  Aaron Rubin from Orrick,

7         Herrington & Sutcliffe on behalf of CNBM

8         Company.

9              MR. GEORGE:  And on the phone?

10             MR. KAHNKE:  I'm Mack Kahnke from Alston

11        & Bird here on behalf of Taishan Gypsum, Co.

12             MR. GEORGE:  Thank you, Mack.

13             THE VIDEOGRAPHER:  Okay.  And also

14        present is the court reporter, Lindsay Truman.

15        You may now swear in the witness.

16

17              P H I L I P  F E N W I C K,

18          401 Lapp Road, Alden, New York, having been

19        first duly sworn, was examined and testified

20        as follows:

21

22        EXAMINATION BY MR. GEORGE:

23    Q. Okay.  Thank you.  Good morning, Mr. Fenwick.

24    A. Good morning.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q. Thank you for your time today.  I appreciate
 2           it.
 3              Have you ever been deposed before?
 4        A. I have not.
 5        Q. Okay.  It's a question and answer like an
 6           interview almost.
 7        A. Okay.
 8        Q. The difference is that it's -- you're under
 9           oath, so you're going to tell the truth.  For
10           the sake of the clear record, it's best for me
11           to ask a question, for you to pause and then
12           answer it, and I'll hopefully give you room to
13           finish your answer before I ask the next
14           question.
15        A. Okay.
16        Q. Does that make sense?
17        A. Mm-hmm.
18        Q. And another important thing is that she can't
19           take down "mm-hms" and "mm-mms" and shakes
20           and nods, so you should say "yes" or "no."
21        A. Okay.
22        Q. Okay.  And I'll try to remember to remind you
23           to say that, as well, if it's not clear.
24              And this is not a marathon.  If you want
```

Confidential - Subject to Further Confidentiality Review

1          to take a break at any time, just let me know.

2          I'll accommodate.  If there's a question

3          pending, I may ask you to answer it --

4     A. Okay.

5     Q. -- before we take a break.

6     A. Okay.

7     Q. Okay.  Thank you.  So what did you do to

8          prepare for today's deposition?

9     A. What did I do?

10    Q. Yeah.

11    A. Just met with my attorney downstairs for a few

12         minutes before this and looked at the

13         documents.

14    Q. Okay.  Did you do anything to collect

15         documents in advance of today's deposition?

16    A. Only when we received the subpoena.

17    Q. Subpoena, okay.  And what did you do to

18         collect those documents?

19    A. Looked through our records to see if and what

20         had BNBM on them.

21    Q. Okay.  Did you do any searches of e-mail or

22         e-mail servers?

23    A. Yeah.  We looked at our -- we looked at our

24         e-mails because most of our correspondence is

```
 1              via e-mail.

 2      Q. Okay.  Did you find anything?

 3      A. Just the -- just where they were -- no, we

 4          never found anything with their name coming to

 5          us, because we don't communicate directly with

 6          them.

 7      Q. Okay.  Okay.  So with whom did you

 8          communicate?

 9      A. With our sales people on the ground and our

10          customers.

11              MR. MAXWELL:  Can I just make it clear

12          for the record, when he asks you whether you

13          did something --

14              THE WITNESS:  Okay.

15              MR. MAXWELL:  -- either you personally

16          or Baillie, and I assume that Mr. -- that

17          Scott will make it clear to you.

18              MR. GEORGE:  Yeah.  I was looping that

19          back.

20              MR. MAXWELL:  Okay.  Great.  Thank you.

21              MR. GEORGE:  Yeah.

22              THE WITNESS:  So did I answer something

23          wrong?

24              MR. MAXWELL:  Not -- no, you did not
```

```
1           answer it --

2           BY MR. GEORGE:

3      Q. No, no, no.  Mr. Maxwell is being very, very

4           careful.

5      A. Okay.

6      Q. And I was going to ask you a few more

7           questions and then clarify for you.  You

8           understand today that you are testifying as if

9           you were Baillie Lumber?

10     A. Yes.

11     Q. Okay.  When I use the word "you" today, it

12          would be in the royal sense of you --

13     A. Yes.

14     Q. -- which is Baillie Lumber.

15     A. Correct.

16     Q. And to the extent that you draw on your own

17          knowledge in that, you can speak on your own

18          behalf as well.

19     A. Okay.

20     Q. Does that make sense?

21          Sometimes the question will be obvious,

22          like if I say, Did you rest well last night?

23          Obviously, I'm not talking about Baillie

24          Lumber.  I'm talking about you.
```

Confidential - Subject to Further Confidentiality Review

```
 1      A. Correct.

 2      Q. But otherwise, I want to know what Baillie

 3         Lumber knows, what Baillie Lumber did --

 4      A. Okay.

 5      Q. -- with BNBM and for today's deposition.

 6      A. Thanks.

 7      Q. Thank you.  Okay.  So Baillie Lumber had

 8         business dealings with BNBM, correct?

 9      A. I would say we didn't have business dealings

10         with BNBM.

11      Q. Okay.  With whom do you say you had business

12         dealings?

13      A. There are four customers that use BNBM as a

14         clearing agent.

15      Q. What is a clearing agent?

16      A. Clearing agent is the one that actually sends

17         the money and has an import license, as I

18         understand it.

19      Q. And has an import license?

20      A. Correct.

21      Q. Import to China?

22      A. I understand that's the reason customers use

23         -- we have many different import agents.  And

24         I know it looks funny on documentation,
```

 1          because it even looks funny to me seeing, you

 2          know, BNBM, because I would not have

 3          recognized them as a customer or somebody that

 4          we actually do business with, because our

 5          customer on the ground, that we actually --

 6          that I visit, okay?  That I visit, like two

 7          weeks ago, would tell us last minute, they'd

 8          say, okay, use this guy or this guy or this

 9          guy to clear our documents.

10     Q. Okay.  And who places -- who makes the payment

11          for the products?

12     A. So the customer on the ground, that is

13          referenced on the contract, makes the payment,

14          and then the customer that you're showing --

15          the person that you're showing there as the

16          clearing agent, they wire us the money.

17     Q. Okay.  So the money is received from BNBM?

18     A. In most cases I understand that, yes.

19     Q. Okay.  And how did you come to understand

20          this?

21     A. Just by our wire transfers that come in.

22     Q. Okay.  Now, that -- how do you understand that

23          the wire comes from BNBM to your account here

24          in the United States?

```
 1        A. The only reason I would --

 2               MR. KATTAN:  Objection to form.

 3               MR. MAXWELL:  You can go ahead and

 4           answer.

 5        A. Okay.  The only reason I would understand that

 6           is because my customer sends the money over to

 7           BNBM, and they tell us the money is going to

 8           be coming from BNBM, because we've sent them

 9           the Chinese currency, they're going to send

10           you U.S. dollars.

11        Q. Okay.  Do you have any knowledge about where

12           BNBM's money comes from, or are you just aware

13           of the money being received by Baillie here in

14           the United States?

15        A. All I know about is the money that we're

16           getting and that our customer told us it's

17           coming from BNBM, or it's coming from Shenzhen

18           CCL or any other import agent that they've

19           designated to us.

20        Q. Okay.  And so you've received no documents

21           regarding any money transfers between your

22           customer, as you put it, and BNBM, correct?

23        A. No, I don't get anything other than they tell

24           us, in the beginning when we write a contract,
```

Confidential - Subject to Further Confidentiality Review

1          they say to us -- well, part of our question

2          is, Who's going to be sending you the money,

3          or which clearing agent are you using?  Some

4          customers use a clearing agent; some don't.

5              And in this case, these four customers

6          that we found the documents on actually used

7          BNBM as the clearing agent.

8      Q. Okay.  And what -- who are these four

9          customers?

10     A. If you look at the bottoms of the

11         acknowledgments.

12     Q. Tell you what, why don't we leap into that,

13         then, but first, I want to mark as Exhibit 1,

14         notice of today's deposition.

15             And my first question for you, if you

16         could go to page -- on the top here it says

17         "Page 1 of 35."

18     A. Correct.

19     Q. If you could go to Page 10 of 35.

20     A. Okay.

21             MR. KATTAN:  Do you have extra copies of

22         these documents you've brought --

23             MR. GEORGE:  Oh, I apologize.  Yes.  I

24         didn't expect two of you today.  I apologize.

```
 1          So I have one of those.  I do have two of the

 2          other documents.

 3

 4          BY MR. GEORGE:

 5     Q. Now, on this, I wonder if you could review

 6          this, starting under little N, it starts a

 7          list of organ -- entities, companies, that

 8          goes on for about five pages.

 9     A. Yup.

10     Q. I wonder if you could review this and let

11          me know if you are familiar in any way --

12          you, Baillie, or you, Mr. Fenwick -- with

13          any of these entities.

14     A. So I've reviewed this previously --

15     Q. Okay.

16     A. -- and so I can review it again now, unless

17          it's changed.

18     Q. Right.

19     A. And in this case, the only two that we knew

20          were the Beijing New Building Material -- oh,

21          I'm sorry.  The one that we knew specifically

22          that we've -- that we have on documents is

23          Beijing New Building Material.  One of the

24          Triumph companies we were aware of but have
```

1        not done any interactions with for many years.

2    Q. Okay.  And so the one you're -- BNBM?

3    A. BNBM.

4    Q. Okay.  Is that E?

5    A. That's E, Beijing New Building Material.

6    Q. Okay.  And then China Triumph International

7        Engineering Company, CTIEC, is that the one

8        you're aware of?

9    A. I think that's the one that we were aware of,

10       but I don't think we've done any interactions

11       with --

12   Q. Okay.

13   A. -- as we checked through our entire China team

14       with this list.

15   Q. Okay.  And how are you aware of CTIEC?

16   A. One of the guys in my office had recognized

17       that as a name that at one time was used as a

18       clearing agent.  It may not have been.  It may

19       have been the Nanjing Triumph, but I just

20       remember Triumph.  I'm sorry.  I don't have

21       any --

22   Q. Okay.  No, no, no.  Nothing to apologize for.

23   A. But we don't have -- like I said, we went back

24       through and didn't find any correspondence

1           where we've, you know, used them as a clearing

2           agent anywhere.

3      Q. Okay.  And so none of these entities are the

4           customers?

5      A. No, none of these are customers.

6      Q. Okay.  Have you, Baillie, had any

7           communications with BNBM?

8      A. I have not.

9      Q. Okay.  Who are the four customers for whom --

10          that you're -- we're discussing in this

11          deposition?

12     A. I would need to look at the bottom of the

13          contracts to be able to tell you.

14     Q. Okay.  Then why don't we go on next to what's

15          been pre-marked as Exhibit 2.

16     A. Okay.

17     Q. Baillie Exhibit 2.  And this is the entire

18          group of acknowledgments, contracts, and

19          I believe wire confirmations.  I'm not sure.

20     A. Invoices.

21     Q. And invoices?

22     A. Yeah, there's no wire confirmations there.

23     Q. Okay.  But you receive wire confirmations,

24          correct?

1    A. I don't think we get wire confirmations.  We

2       just have money show up in our account, and it

3       will say where it came from.

4    Q. Okay.  All right.  So this is Exhibit 2.  And

5       these are all the documents, and we went ahead

6       and put in the bottom right number -- a number

7       for each document as well.

8    A. Okay.  So let me find the one -- the first one

9       and I can tell you.  So if you go to the

10      fourth page, you'll see "Acknowledgment."

11      That's at the top right corner, you're going

12      to see "Acknowledgment 51856."  If you go down

13      to the bottom of the page and come up, one,

14      two -- five lines, you'll see the customer,

15      "Shenyang Futian"; that's the actual customer

16      that the wood goes to.

17   Q. Okay.

18   A. So that's -- that's customer one.  We'll call

19      that "customer one."

20   Q. Okay.  And where it says "SUPL," that's the

21      supplier?

22   A. Supplier is our factory, so our factory is

23      Leitchfield.

24   Q. Okay.

```
 1       A. "Ship" is the ship to, who the customer is,

 2          and that's why it's showing Shenyang Futian.

 3       Q. Okay.  If we can turn to the first page of

 4          this.

 5       A. Okay.

 6       Q. This is from an export contract, correct?

 7       A. Yes.

 8       Q. From American Hardwood Industries, LLC?

 9       A. Yes.

10       Q. Who is that?

11       A. That is a new company we've acquired in the

12          last nine months?  Yes, maybe about nine

13          months.  They use a different system, so

14          theirs is also going to, in this case, this

15          customer, this was actually going to Good

16          Virtue.

17             MR. MAXWELL:  Phil, wait for a question.

18             THE WITNESS:  Oh, I'm sorry.  Okay.

19             MR. MAXWELL:  You've answered his

20          question.

21             THE WITNESS:  All right.

22

23          BY MR. GEORGE:

24       Q. On the Baillie invoice you were discussing,
```

Confidential - Subject to Further Confidentiality Review

1    Baillie 4, you said that the "ship" means

2    ship to, and you had the Shenyang Futian Wood

3    Company, correct?

4  A. Correct.

5  Q. On this export contract from American Hardwood

6    Industries, which is a Baillie company?

7  A. It's a recently purchased company.

8  Q. Okay.

9  A. Sister company.

10  Q. Sister company, okay.

11    It has here "Ship to Beijing New Building

12    Materials Company, Limited."

13  A. Okay.

14  Q. Okay.  So who is the customer on the export

15    contract here, on the first page of Exhibit 1?

16  A. This customer, like I was just explaining

17    to you, they use a different system.  So in

18    their system we do know that this is Good

19    Virtue, but this is how they do their

20    documents.

21  Q. And how do you know looking at this document

22    that Good Virtue is the -- the final

23    purchaser?

24  A. Because this was my customer, my personal

```
 1            customer and my contract, so...

 2     Q. Okay.  "My" meaning?

 3     A. My business, my -- my region of China and

 4        therefore a customer of mine.

 5     Q. Okay.  Have you ever seen any of the -- any

 6        documents regarding the relationship of Good

 7        Virtue to BNBM?

 8            MR. KATTAN:  Objection to form.

 9     A. Excuse me?

10            MR. KATTAN:  You can answer.

11     Q. He'll be objecting throughout the

12        deposition --

13     A. Okay.

14     Q. -- usually to form, probably only to form.

15        He's preserving his question about my

16        questions.

17     A. Okay.  So could you rephrase the question,

18        then?

19     Q. So then you're -- unless you're instructed by

20        your attorney not to answer a question, which

21        probably won't happen, ignore him --

22     A. Okay.

23     Q. -- and answer my question.

24            MR. MAXWELL:  What he says just doesn't
```

```
 1         matter.

 2              MR. KATTAN:  I don't know if I agree

 3         with that.

 4              THE WITNESS:  Matters to him.

 5         BY MR. GEORGE:

 6    Q. So have you seen any of the documents

 7         setting up the relationship you say exists

 8         between Good Virtue and BNBM?

 9              MR. KATTAN:  Objection to form.

10    A. I have not seen any documents that say how

11         they work together, if that's what your

12         question was.

13    Q. Yes.

14    A. Okay.

15    Q. Okay.  And also, in enshrining BNBM's role is

16         vis-à-vis Good Virtue, you don't understand

17         that at all, do you?

18    A. I don't understand that at all.

19    Q. Okay.  And as with the Baillie purchases with

20         the American Hardwood Industries purchases,

21         the payments to your companies come from

22         BNBM, correct?

23    A. That's what I understand.

24    Q. Okay.
```

```
1      A. But the wood does not go to them.

2      Q. How do you know that?

3      A. Because I know that's the way the contract

4         works.

5      Q. Okay.

6      A. It goes to my customer.  I see it in the

7         factory in Shenyang, which is not in Beijing,

8         which is where I guess Beijing New Building

9         Materials is based off of, and I go into the

10        warehouses of my customers and see the wood

11        that I've shipped, so...

12     Q. Okay.  At the dock, which entity can receive

13        the goods from the ship?

14     A. The --

15            MR. KATTAN:  Objection to form.

16     A. The customer that I've mentioned, Good Virtue.

17     Q. Okay.  Where are the documents that would

18        allow Good Virtue to take goods that are in

19        BNBM's name from a dock in China?

20     A. Where are the documents?

21     Q. Yes.

22     A. They would be in China, and they would then be

23        handed to Good Virtue to clear those goods.

24     Q. Okay.  Does Baillie Lumber or American
```

1          Hardwood Industries have any copies of those

2          documents so that title can shift from BNBM to

3          the third party?

4     A. No.

5              MR. KATTAN:  Objection to form.

6     A. No.  That happens in China.

7     Q. Okay.  Do you send anything -- "you" meaning

8          Baillie or American Hardwood Industries --

9          anything to China or to anyone to make clear

10         that title doesn't belong to BNBM, where it's

11         shipped to and to in making payments, but

12         to the third party?

13    A. Can you rephrase that?

14    Q. Certainly.  Does Baillie Lumber or American

15         Hardwood Industries send paperwork to anyone

16         to make clear that the title to the lumber

17         belongs to this third party and not to BNBM?

18    A. Yes.  We send a -- every Sunday we send an

19         order log.  So, basically, a -- let me think

20         of the correct name for it.  There's an

21         e-mail that goes out that shows Good Virtue,

22         all of their contracts, and it would have

23         reference to this order number.  Like, if

24         you're talking about AHI here -- we call it

Confidential - Subject to Further Confidentiality Review

```
 1              AHI, not American Hardwood Industries, but

 2              I'll just use that as reference -- this order

 3              number that you're referencing on the first

 4              page, 30A11469, Good Virtue will actually get

 5              an e-mail every Sunday with that contract --

 6              actually, I take that back.

 7                  On the Baillie side they will get that.  I

 8              don't know that they get that on the AHI side,

 9              but they do get an e-mail that says, This

10              contract number has been booked to sale to you

11              in Dalian with arrival on these dates.  And

12              that would not be going to Beijing New

13              Building Material.

14         Q. Okay.  And what does Good Virtue then have in

15              hand to go to the dock and claim that lumber?

16         A. Once they've paid, they're -- that's the

17              agreement that I understand they have with

18              Beijing New Building Material --

19         Q. Okay.

20         A. -- because they're the one paying.

21         Q. Okay.  Now, if we could look at this -- the

22              deposition has a number of aspects, one of

23              which, unfortunately, I'm not familiar with a

24              lot of what the invoice reflects, so I'm going
```

Confidential - Subject to Further Confidentiality Review

1       to ask you some basic questions just so I can

2       better understand the invoice.

3   A. Okay.

4   Q. And this is the first one.  Where it has

5       quantity, and it's 13,000, I guess, it's SF or

6       is it BF?

7   A. BF for board feet.

8   Q. Board feet?

9   A. Correct.

10  Q. Could you explain to me what that means?

11  A. So a board foot is one foot -- or 12

12      inches-by-12 inches by one-inch thick; that's

13      a board foot.  So this is showing a quantity

14      that would fit into one tractor trailer or one

15      container of material.

16  Q. Okay.  Those shipping containers we see

17      dockside?

18  A. Correct.

19  Q. Okay.

20  A. Correct.  So 12 to 13,000 board feet depending

21      on the species.

22  Q. So this is unmilled lumber?

23  A. Correct.

24  Q. Okay.  Bark's off or is the bark on?

```
 1       A. Bark's off.

 2       Q. Okay.  So that's it?

 3       A. Mm-hmm.  Bark's off.  It's kiln dried and

 4          ready -- ready to load.

 5       Q. Okay.  Does -- do Baillie and AHI sell their

 6          own lumber. or do they purchase lumber from

 7          third parties?

 8       A. Combination.

 9       Q. Okay.  Is most of your business Baillie's own

10          lumber?

11       A. Most.

12       Q. And is most of that lumber in the United

13          States?

14       A. Yes.

15       Q. Exclusively?

16       A. No.

17       Q. Okay.  Primarily?

18       A. A good percentage.

19       Q. Okay.  And the third parties from whom you

20          purchase lumber, are they based in the United

21          States?

22       A. Most of them, yes.

23       Q. Okay.  The red oak referred to here, would it

24          be domestic, U.S.?
```

```
1    A. Correct.

2    Q. Okay.

3    A. That would be domestic red oak.

4    Q. Okay.  So what wood do you -- what lumber

5       do you purchase from non-United States

6       sources?

7    A. Wawa, sapele, iroko, doussie, beech.

8    Q. Okay.  And is that purchased both outside the

9       United States and domestically?

10   A. Yes.

11   Q. Okay.

12   A. No, it's actually not purchased inside the

13      United States.  That's all coming from

14      Africa --

15   Q. From Africa?

16   A. -- and Europe, yeah.

17   Q. Okay.

18   A. Yeah.

19   Q. So the wawa you said?

20   A. The wawa, sapele, okoume, doussie, ayous.

21      There's many, many species.

22   Q. Okay.  When those lumbers are sold by you, the

23      payment's received here in the United States,

24      though?
```

1     A. Yes.

2     Q. Okay.  And the arrangements for purchase are

3        made here in the United States, correct?

4     A. The purchases are made, yeah.

5     Q. Okay.  In the United States?

6     A. Yes.

7     Q. Okay.  And over on the far right, the price

8        1,400, so that's --

9     A. That's --

10    Q. That's per -- per BF?

11    A. That's per MBF, which would be a thousand

12       board feet.

13    Q. Okay.

14    A. So this would be 13 times the 1,400 is how you

15       come out with the invoice.

16    Q. Okay.  And is that true throughout the

17       invoices here?  Is that the standard --

18    A. Correct.

19    Q. -- interpretation?

20    A. Yes.

21    Q. Okay.  And at the far right, the total, that

22       would be the amount that was received by wire

23       from BNBM?

24    A. Should be the amount, yes.  Less -- less fees

Confidential - Subject to Further Confidentiality Review

1     possibly.

2   Q. I assume Baillie and AHI record receipt of

3      payment for all contracts and invoices; is

4      that correct?

5   A. Correct.

6   Q. I will be asking that those be provided as

7      well, but I assume that anything that's been

8      invoiced in that stack there has been paid

9      for?

10  A. Should be.

11  Q. And typically, is payment received within a

12     month of invoicing?

13  A. Not necessarily.

14  Q. Okay.  Do you know in those -- can you review

15     those and tell me if any of those were not

16     received timely, payments?

17  A. They're usually received within one week of

18     arrival date.

19  Q. Okay.  So between invoicing and arrival, what

20     would that be?

21  A. Between 45 and 60 days, usually, and that's

22     the sailing time.

23  Q. Okay.  All of the invoices reflected here,

24     though, were paid?

```
 1              MR. KATTAN:  Objection to form.

 2     Q. You can review, if you want.

 3     A. I'm not certain on that, but they should be.

 4     Q. Okay.  So you have a reason to believe that

 5        they weren't paid?

 6     A. I don't have any reason to believe they

 7        weren't, but I'm not certain that they were.

 8     Q. Okay.  And if they weren't paid, you would

 9        still expect to be paid for them?

10     A. Should be.

11     Q. Okay.  And all of the wood that was invoiced

12        or contracted for here has been delivered to

13        China?

14     A. As far as I'm aware.

15     Q. Okay.  On the bottom right here, signing for

16        AHI, whose signature is that; do you know?

17     A. I do not know.

18     Q. Okay.  And on the bottom left for buyer, do

19        you know whose signature that is?

20     A. That should be our customer, Good Virtue, but

21        I don't know that for a fact.

22     Q. Okay.  Can you read Mandarin?

23     A. I cannot.

24     Q. Okay.  So does the signature look familiar at
```

Confidential - Subject to Further Confidentiality Review

```
 1        all?

 2     A. No.

 3     Q. Okay.  Up here in the top right, there's an

 4        agent, colon, Hannah Qu?

 5     A. Yup.

 6     Q. Whose name appears throughout.  Who is -- is

 7        it a she?

 8     A. Yes.

 9     Q. Who is she?

10     A. She's our local -- my local sales girl that

11        works for us in Northern China.

12     Q. And is Northern China your market?

13     A. It is.

14     Q. Okay.  Is that your market exclusively, or is

15        there more in China that you're responsible

16        for?

17     A. I'm -- I'm responsible for Northern China and

18        a little bit in central.

19     Q. Okay.  And is she an employee of Baillie

20        Lumber; Hannah?

21     A. I don't think technically.

22     Q. Okay.  And is she -- does she work only for

23        Baillie Lumber or does she work for other

24        entities as well?
```

Confidential - Subject to Further Confidentiality Review

```
1       A. I'm not sure about that.

2       Q. Okay.  Do you have a contract with her?

3       A. I do not.

4       Q. Okay.  Is she paid a commission?

5       A. Yes.

6       Q. What's her commission?  Forget -- scratch

7          that.

8             Okay.  When did you first become aware of

9          BNBM?

10      A. Can you rephrase that?  You mean --

11      Q. No.

12      A. -- in what regard?

13      Q. In any regard.

14      A. In any regard?

15      Q. Yeah.

16      A. Only when I've seen them as an import agent on

17         documents.

18      Q. Okay.  When did you first become aware of

19         BNBM?  When?

20      A. When did I become aware?

21      Q. When?  Yeah.

22      A. When did I become aware of BNBM?

23      Q. Yeah.

24      A. Frankly, I wasn't really even aware of BNBM
```

```
 1          until the subpoena came across, for the most

 2          part.

 3     Q. Okay.  Very good.  You receive payments from

 4          BNBM, correct?

 5     A. I don't personally, but --

 6     Q. Baillie?

 7     A. -- somewhere in the company Baillie receives

 8          payments.

 9     Q. Okay.  So when I'm saying "you," when did you

10          first become aware of BNBM, I'm again speaking

11          to you Baillie Lumber.

12     A. Okay.

13     Q. When did Baillie Lumber first become aware of

14          BNBM?

15     A. I would say in the last two or three years.

16     Q. And in what capacity were you first made aware

17          of -- what did you learn about BNBM when you

18          first knew about BNBM?

19     A. I knew that my customer was asking us to use

20          them as an import agent.

21     Q. Okay.  Which customer was that?

22     A. My customer that I was aware of was Good

23          Virtue.

24     Q. Okay.  Does Good Virtue use any other
```

1          clearance --

2      A. Yes, they do.

3      Q. -- agents?

4          Who else do they use?

5      A. There's so many different names.  They use

6          ATN, also known as T. Boone.  They've got

7          another name, but I can't remember it right

8          now.  Oh, Dalian Eastop.  Dalian Eastop is

9          another name that they use.

10     Q. Okay.  When did you first become aware of --

11         were you ever made aware of, prior to

12         receiving the subpoena, of the contempt order?

13     A. No, I had no knowledge of that.

14     Q. Okay.  And did you ever have any

15         communications with anyone at BNBM?

16     A. I've had no communications with anybody at

17         BNBM.

18     Q. Okay.  Did you, Baillie, have any

19         communications with any of the counsel for

20         BNBM, CNBM, or Taishan Gypsum?

21     A. Not at all.

22     Q. Okay.  If you could turn to the second page of

23         Exhibit 2.  This is a different -- does this

24         relate to the export contract?

```
 1      A. Yes.  This is the invoice for the previous

 2         page.

 3      Q. Okay.

 4      A. So you can follow order number 30A11469.  And

 5         when you look here, you'll see the third

 6         square across, AHI order number 30A11469.

 7      Q. Okay.  And I suppose after the -- which comes

 8         first in the sequence, the contract then the

 9         invoice?

10      A. Correct.

11      Q. Okay.  And what comes after the invoice?  What

12         other paperwork is generated by Baillie

13         Lumber?

14      A. The documents.

15      Q. Okay.  And so each of these contracts and

16         invoices will have, then, the documents?

17      A. Physical documents that you can pick up a

18         container with.

19      Q. Okay.  Do you maintain copies of those,

20         Baillie Lumber?

21      A. I think so, but I'm not certain.

22      Q. Okay.  I'll be asking if -- you to locate

23         those as well.

24            And in this stack of the documents, what
```

Confidential - Subject to Further Confidentiality Review

1           kind of subdocuments are there in there?

2    A. So there is a -- it's going to be the copy of

3           the invoice.  There's going to be the packing

4           list, which gives the bundle-by-bundle

5           summary, so how many pieces, what the length

6           is.  You're going to probably have, I think

7           for this country, a phytosanitary certificate,

8           which comes from the U.S. government.  You'll

9           have a -- you'll have the shipping document,

10          the shipping details.

11               So you'll have the bill of lading, when

12          it actually loaded the vessel.  I'll be in

13          trouble with my company if I can't answer all

14          of this.  And that's about it.

15   Q. And then any other documents that are produced

16          as part of this transaction-- any transaction?

17   A. No.

18   Q. You have contract, the invoice, and then those

19          documents?

20   A. Then those documents, yes.

21   Q. Okay.  And then there's the wire transfer?

22   A. And then there's the wire transfer.

23   Q. Okay.  And that's documented also somewhere,

24          correct?

Confidential - Subject to Further Confidentiality Review

1      A. Correct.

2      Q. Okay.  Any other documents produced by these

3         in this process of the sale of the lumber?

4      A. No other documents.

5      Q. So here on the AHI invoice, Baillie 00002,

6         in the bottom region of the chart, there's

7         timber harvest area; it says "Eastern United

8         States."  Does that mean that lumber came

9         from this part of the country?

10     A. Correct.

11     Q. Okay.  And who is Louise Skiplett, who's

12        signing for AHI?

13     A. I would assume that's the lady that's

14        preparing these documents.

15     Q. Okay.  Okay.  Okay.  If you can turn to

16        Baillie 00004, which is this exhibit

17        (indicating).  And what is this document?

18        What would you call this document?

19     A. This is our -- our acknowledgment.

20     Q. And how -- what is that?  How is that

21        different from the contract we saw earlier?

22     A. Virtually the same thing --

23     Q. Okay.

24     A. -- acknowledging that this is an order.

Confidential - Subject to Further Confidentiality Review

```
1       Q. Okay.  The export contract we saw were signed
2          by both parties, the customer, you said, and
3          then Baillie Lumber?
4       A. Correct.
5       Q. Or AHI rather?
6       A. Mm-hmm.
7       Q. Do you ever have a -- get a document with
8          signatures from the buyer and the seller with
9          acknowledgments from Baillie Lumber?
10              MR. KATTAN:  Objection to form.
11      A. Can you rephrase that?
12      Q. Yeah.  If you look on the first page, we
13         had -- we had a signature for buyer, signed,
14         and then for AHI, signed, making a contract.
15         And I believe you said that the
16         acknowledgment is like the contract we just
17         saw?
18      A. Correct.
19      Q. And I'm wondering, do you ever get anywhere
20         the signature from both parties?
21      A. Not -- not for Baillie, no.
22      Q. Down in the bottom left, it says supplier,
23         I guess.  "SUPL," that means supplier?
24      A. Yes.
```

```
1       Q. And it says "Leitchfield"?

2       A. Leitchfield, yes.

3       Q. Leitchfield, okay.  And where is that located?

4       A. Kentucky.

5       Q. Okay.  So the lumber came from Kentucky?

6       A. It came from Leitchfield, Kentucky, yes.

7       Q. And ships to Shenyang Futian Wood Company?

8       A. Correct.

9       Q. Okay.  And that's who you're saying is the

10         customer -- is the end customer?

11      A. That is the end customer in Shenyang, the city

12         of Shenyang.

13      Q. Okay.  Do you have any understanding of what

14         kind of remuneration BNBM receives from

15         Shenyang Futian Wood Company?

16      A. I have no idea.

17      Q. Do you make any payments to BNBM?

18      A. I do not.

19      Q. Okay.  By you, I mean Baillie or AHI.

20      A. I understood that.

21      Q. On the -- all in caps, down in that same

22         region, it says, "Do Not Use China Shipping

23         Per Customer Request".  Why -- do you know

24         what that instruction, why that is there?
```

Confidential - Subject to Further Confidentiality Review

```
1      A. That's an -- everything below this line is all

2         internal comments, okay?  So that doesn't show

3         up on the face of the contract, and that's --

4         that's a request by Shenyang Futian not to use

5         China Shipping line.

6      Q. Okay.  So that's --

7      A. Because they don't like their service or

8         something like that.

9      Q. Okay.  Do you ever ask why they don't want it?

10        They just -- did you ask Futian why they

11        don't?

12     A. No.  I mean, China Shipping line is just

13        lousy.

14     Q. Okay.  Is that your experience?

15     A. Yeah.

16     Q. Okay.

17     A. Actually, I don't care, because I don't -- I

18        don't import the wood.  The customer is the

19        one that deals with that.

20     Q. Okay.  That's on their end?

21     A. Yeah.

22     Q. So on your end, you have no problems with

23        delivering of the lumber?

24     A. Yeah.  I like it because it's cheap, but they
```

1           don't like it because the -- the service.

2    Q. And who pays for their shipping, though?

3    A. We pay for the shipping.

4    Q. Okay.

5    A. It's part of the contract.

6    Q. Part of the price?

7    A. Yeah.  It's built in the price.

8    Q. Do you increase your price if you use

9           non-China shipping like Maersk?

10   A. I do not.  I use the same -- I mean, it's

11          usually a standard rate.

12   Q. Okay.  Standard rate?

13   A. Yeah.

14   Q. And is a standard rate set against the China

15          rates or against Maersk or who sets the rates?

16   A. Probably most average, the average rate for

17          that region.

18   Q. Okay.  And is there a reference book for that?

19          It changes, doesn't it, the shipping rate?

20   A. It does change, yes.

21   Q. Okay.  Is there common reference guides that

22          you use to set the shipping rates?

23   A. We have some internal -- internal rates that

24          come from the steamship lines.

Confidential - Subject to Further Confidentiality Review

1       Q. Okay.  For all of these transactions reflected

2          in the document marked Baillie 2, did Baillie

3          Lumber always pay for the shipping?

4       A. We always paid for the shipping.

5       Q. I believe all the transactions reflected in

6          Baillie 2 were the terms of wire transfer; is

7          that correct?

8       A. Mm-hmm.

9       Q. So you never used letters of credit?

10      A. We did not.

11      Q. What security does Baillie Lumber have when it

12         sends the wood off that the payment will be

13         received when the goods are received?

14      A. What security?

15      Q. Yes.

16      A. No security.

17      Q. So it could be that the lumber is -- you pay

18         for the shipping, you get the lumber --

19      A. The only -- sorry.  Let's take that back.  The

20         security is that I still hold the documents on

21         a wire transfer basis.

22      Q. Okay.

23      A. So if the customer doesn't make a payment, I

24         don't send documents to their clearing agent.

Confidential - Subject to Further Confidentiality Review

1    Q. Okay.  And those documents are the same, the

2       documents we referred to earlier?

3    A. Correct.

4    Q. The invoice, packing list?

5    A. Correct.  It's mostly -- most important is the

6       bill of lading, which is the -- that's the

7       only way that you can get a container off a

8       ship.

9    Q. Okay.

10   A. And so we carry the original BL.

11   Q. And the bill of lading would name the

12      recipient of the goods?

13   A. It would -- I think so.

14   Q. Okay.  And I want to see the documents, but

15      it's your testimony that the bill of lading

16      lists Good Virtue, for example, as the person

17      on this bill of lading and not BNBM?

18   A. The documents need to match the bill of

19      lading.  So if we have the import agent as

20      Beijing New Building Material, I assume that

21      the BL should say Beijing New Building

22      Material.

23   Q. Okay.  So BNBM would be the entity that then

24      can receive the lumber from the ship, correct?

Confidential - Subject to Further Confidentiality Review

```
 1        A. They can clear it.

 2        Q. They can clear it?

 3        A. Correct.

 4        Q. And they're the only one who can legally clear

 5           it in China, correct?

 6        A. That's what I understand.

 7        Q. Okay.  Okay.  This is the first bill of lading

 8           which we're looking at, Baillie 00004,

 9           quantity, two CTR; that's two containers?

10        A. That's correct.

11        Q. Okay.  Red wood -- red oak is the lumber being

12           sent here.  So that came from the United

13           States, correct?

14        A. Correct.

15        Q. Kentucky.  Price, 1360 per M.  That's the

16           metric?

17        A. That's MBF, yes.

18        Q. MBF?

19        A. Thousand board feet.  That's our terminology

20           for it.

21        Q. Yeah.

22        A. Sometimes we reference it MBF.

23        Q. And date of shipment, March, correct?

24        A. That's our estimation, yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q. Okay.  And so then you would expect if it's

 2         shipped in March, it would arrive in China

 3         when?

 4      A. Probably in mid-May.

 5      Q. Okay.  And then you would expect to receive

 6         wire payment within a week of arrival?

 7      A. Within a week of arrival, yes.

 8      Q. And so under "TERMS" here in the middle

 9         of the document, all capital, "TERMS:  Wire

10         transfer of funds upon receipt of faxed copy,

11         documents prior to arrival of goods."  Those

12         are the documents we referred to earlier?

13      A. Correct.

14      Q. Okay.  Now, here it refers to them being

15         faxed.  Do you actually fax them or e-mail

16         them?

17      A. I suspect it's e-mail.  I don't know that for

18         a fact.

19      Q. Okay.  But if it was faxed as well, you would

20         be making a copy?

21      A. Excuse me?

22      Q. If it was faxed, you'd also have a copy of the

23         documents?

24      A. I would assume so.
```

```
 1      Q. Okay.  Now, when you e-mail them, do you keep

 2         the documents, then, in a separate place or

 3         only as part of the e-mail attachment?

 4      A. I think only as e-mail.

 5      Q. Okay.  And who is responsible in Baillie

 6         Lumber and AHI for e-mailing the documents?

 7      A. Somebody in the documents department.  I don't

 8         know the name.

 9      Q. Okay.  Now, if you can turn the page -- well,

10         one thing, in the top right, there's a number,

11         51856.  That's an important number, right?

12      A. That's --

13            MR. KATTAN:  Objection to form.

14      Q. What does that number mean.  What is that

15         number, 51856?

16      A. That is the acknowledgment number.

17      Q. Okay.  So if we turn the page to Baillie

18         00005 and look under PMF 951856-1, that ref-

19         -- that number, 51856, refers back to that

20         acknowledgment?

21      A. So just above that, you'll see where the

22         acknowledgment number 51856 is referenced.

23      Q. Yes.

24      A. This is a code that we will put on.  PMF are
```

1      my initials.

2   Q. Okay.  Oh, okay.

3   A. And we'll put that on with the contract number

4      blended in some way.

5   Q. Okay.  So we can call this a contract number

6      as well?

7   A. I would say so.

8   Q. Okay.  And then there's -- you turn the page,

9      and then there's Baillie 00006, PMF 951856-2.

10     So why are there two -- what are these

11     documents we're looking at?

12  A. These are two separate invoices for the two

13     containers based off of this contract.

14  Q. Okay.

15  A. So a dash one is the first one, dash two is

16     the second one on contract 51856.

17  Q. So if they're out here when there are two

18     invoices for acknowledgment, that's because

19     there's more than one container?

20  A. Correct.

21  Q. Okay.  And the invoiced amount, they're the

22     amounts that would be paid by the wire at the

23     end of the day --

24  A. Correct.

```
1        Q. -- correct?

2            Okay.  What is your position in Baillie

3        Lumber?

4        A. I'm the sales manager for the China region and

5           Southeast Asia.

6        Q. For the China -- the entire China region?

7        A. Yeah.

8        Q. And Southeast Asia?

9        A. Yes.

10       Q. That's a very large region.

11       A. Yeah, it is.

12       Q. Is there anybody else at Baillie Lumber or AHI

13          who has responsibilities for any sales in that

14          -- in China?

15       A. Yes.

16       Q. Are they above you or below you?

17       A. Below me.

18       Q. Okay.  Is anyone above you overseeing your

19          work in China?

20       A. No.

21       Q. Okay.  How many people report to you towards

22          the China market?

23       A. Two guys --

24       Q. Okay.
```

```
 1        A. -- in the U.S.

 2        Q. Two guys in the U.S.  And which -- of them,

 3           did they do work on any of the BNBM?

 4        A. No, they did not.

 5        Q. Okay.  It was you directly?

 6        A. It was me directly.

 7        Q. Did you ask them if they had any BNBM

 8           dealings?

 9        A. We did, yes.

10        Q. And did they?

11        A. No.

12        Q. Okay.  If you turn to Baillie 00007.  The

13           supplier here is Woody's, correct?

14        A. Mm-hmm.

15        Q. Is that in the United States?

16        A. It is.

17        Q. Is that a Baillie Lumber source?

18        A. No.

19        Q. Okay.  Where are they based, Woody's?

20        A. West Virginia.

21        Q. And this another one from -- this is another

22           one to Shenyang Futian?

23        A. Shenyang Futian.

24        Q. And what is Shen -- you said you went to the
```

1        warehouses?

2    A. Mm-hmm.

3    Q. Correct?

4    A. Correct.

5    Q. What does Shenyang Futian Wood Company do with

6        your lumber once it arrives there?

7    A. They are a reseller of it to smaller

8        factories.

9    Q. Okay.  Do they process the wood at all?

10   A. No.

11   Q. So they're just --

12   A. Not that I'm aware of.

13   Q. Okay.  As far as you know, they just sell the

14       lumber like you sell the lumber?

15   A. Correct.

16   Q. To BNBM, and then it goes to China, correct?

17   A. Rephrase that.

18   Q. You sell lumber to BNBM?

19          MR. KATTAN:  Objection to form.

20   Q. Correct?

21   A. I don't sell -- like I said, I don't sell to

22       BNBM.

23   Q. Okay.  You send lumber to China, correct?

24   A. Correct.

Confidential - Subject to Further Confidentiality Review

```
 1        Q. BNBM picks it up at the dock, correct?

 2        A. That's what I understand.

 3        Q. BNBM pays you, correct?

 4        A. That's what I understand.

 5        Q. And then somehow it gets to Shenyang Futian,

 6           correct?

 7        A. Like I said, the customer pays me through

 8           BNBM.

 9        Q. But you've seen no documents about that,

10           correct?

11        A. All I know is I correspond with somebody at

12           Shenyang Futian or Shenyang Good Virtue, and I

13           have no dialogue with someone at BNBM, and

14           somehow I get the money.

15        Q. Okay.  From BNBM?

16        A. From wherever.

17        Q. Okay.

18        A. I don't really care where it comes from.

19        Q. Okay.  For all these invoices in Baillie

20           Exhibit 2, all of the payments were wired to

21           Baillie from BNBM, correct?

22        A. That I don't know for a fact.

23        Q. Okay.  You have documents, though?

24        A. We might.
```

```
 1        Q. Okay.  Well, you record all the wire transfers
 2           you receive, correct?
 3        A. We get wire transfers in.  Names just don't
 4           always match though.  I mean, that's what I'm
 5           saying.
 6        Q. Right.  But you -- you can reconcile the
 7           invoices?
 8        A. We can -- we can reconcile an invoice for
 9           $14,841 on contract 59 -- or invoice 59334
10           with the money that comes in.
11        Q. Yes.
12        A. But I can't tell you which name it came in
13           under.
14        Q. Okay.  But the wire transfer would tell you
15           what account it came from, correct?
16        A. It should.
17        Q. Yeah.  Okay.  Now, on Baillie 00009, there's a
18           new notation under "Terms," which is that a
19           2,000 dollar per container deposit is required
20           prior to shipment of goods.  Can you tell me
21           what that means?
22        A. So at that stage with this customer, we have
23           changed their payment terms to they will wire
24           us $2,000 before we even set-up the shipment.
```

Confidential - Subject to Further Confidentiality Review

1          So to your question of risk, this is helping

2          me avoid the risk.

3     Q. Okay.  And that was a relatively new policy at

4          the beginning of this year, correct?

5     A. No.  We use that.  It just depends on for

6          whatever reason.  I don't recall the reason.

7          Shenyang Futian, we decided to add that to

8          them.

9     Q. To them.  Okay.  Why did you add that to them?

10    A. Probably because they were delaying payment at

11         some point in time, or we were questioning

12         their payments.

13    Q. Okay.  And when the wire payment was made in

14         advance of the shipment, can you identify that

15         wire?

16    A. My understanding is that wire came directly

17         from Shenyang Futian.

18    Q. Okay.  Do you have documents to show that?

19    A. We might.

20    Q. Okay.  Does the 2,000 dollar deposit cover the

21         entire cost of the container or any portion of

22         it?

23    A. That usually covers freight.  That's why we do

24         that.

Confidential - Subject to Further Confidentiality Review

```
1        Q. Okay.

2        A. Approximate freight, yeah.

3        Q. Okay.  From the warehouse to the ship?

4        A. From our factory to -- no, to China.

5        Q. To China, all the way?

6        A. Yeah.

7        Q. Okay.

8        A. 2,000 or $2,400 usually a container.

9        Q. Okay.  So here, this -- in this invoice,

10          Baillie 00009, there were three containers?

11       A. Yes.

12       Q. Okay.  If -- if we turn to Baillie 00040, the

13          fortieth page.  Oh, wait.  I apologize.  My

14          mistake.  Now that you explained to me how to

15          read these things, I understand there's an

16          acknowledgment matching to it.

17       A. Yes.

18       Q. I was looking at the wrong part.  Okay.  Good.

19              Now, we also -- in this litigation, do you

20          have any understanding of what -- this is not

21          about lumber, the case that I'm coming from

22          and we're acting as counsel in.  It's about

23          Chinese Drywall.

24       A. Okay.
```

Confidential - Subject to Further Confidentiality Review

```
1        Q. Are you familiar with that litigation at all?

2        A. Just based off of the subpoena.

3        Q. Okay.  And I guess Baillie Lumber -- does

4           Baillie Lumber deal with drywall at all?

5        A. Never.

6        Q. Okay.  Just lumber?

7        A. Just lumber.

8        Q. What's been marked as Baillie Exhibit 3 are

9           documents that were produced by BNBM Group,

10          acknowledgments.

11             MR. KATTAN:  Can we get a copy?

12             MR. GEORGE:  Oh, yeah.  I'm sorry.

13

14          BY MR. GEORGE:

15       Q. And if you could turn to the second page of

16          Exhibit 3.  Is that your signature above --

17          Philip -- Philip Fenwick, that squiggle?  I

18          squiggle myself, so that's not an insult.

19       A. That might be my stamp, but yeah.

20       Q. Okay.  And this is the acknowledgment.  And

21          so earlier we saw AHI had a contract signed

22          between the buyer and then the seller being

23          Baillie -- AHI, correct?

24       A. Mm-hmm.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q. Okay.  Here, this you say is your stamp,

 2           correct?

 3        A. I think this -- no.  This is not my stamp, but

 4           somebody wrote my name there, yes.

 5        Q. Okay.  And on page -- on the third page,

 6           there's a stamp there, Baillie Lumber Company,

 7           4002 Legion Drive, Hamburg, New York?

 8        A. Yeah, that's based on our documents, when we

 9           shipped our documents.

10        Q. Okay.

11        A. We only put that -- we only put that on

12           documents that have already left our office.

13        Q. Okay.  So you stamped this and it went out?

14        A. Correct.

15        Q. Okay, and it went out.  And did you receive it

16           back with the BNBM stamp and signature there?

17        A. No.

18        Q. Okay.  But this is the contract here, right,

19           in the acknowledgment?

20        A. This would have been part of the documents

21           package.

22        Q. Okay.

23        A. So the only time it gets stamped like that is

24           when it's being stamped in China by the
```

1          customs getting ready to give them the docs.

2     Q. Okay.  So this is after BNBM has taken

3          ownership of the lumber, and then it goes

4          through customs in China?

5               MR. KATTAN:  Objection to form.

6     Q. Or where is that in the process?

7     A. I only understand that I didn't get a copy

8          ever stamped, because this is something that

9          goes on in China.

10    Q. Okay.  Do you know where in the process this

11         stamp and this document comes into play with

12         customs?

13    A. I don't.

14    Q. Okay.  But it's sometime after the --

15    A. I'm assuming that it's sometime there, because

16         I've never seen a stamp on these, and I know

17         our stamp never gets stamped on it until it's

18         documents leaving our office.

19    Q. Okay.  So do you believe that, for example, on

20         Page 3, you all stamped it, it went over to

21         China, and then BNBM stamps it and signs it?

22    A. That's what I would understand.

23    Q. Okay.  And this is just like the contract we

24         saw earlier with AHI --

Confidential - Subject to Further Confidentiality Review

```
1      A. Yes.

2      Q. -- the export contract?

3            MR. KATTAN:  Objection to form.

4      Q. Correct?

5      A. This is just the like the other Baillie

6         contracts I showed you.

7      Q. Okay.

8      A. It's not the same as AHI.

9      Q. Okay.  How is it different?

10     A. Because this one -- this one is on a Baillie

11        letterhead and the other ones are AHI.

12     Q. True.  But the document is of a same kind,

13        correct?

14           MR. KATTAN:  Objection to form.

15     A. This is an acknowledgment.  The other one

16        says "Sales Contract," yes.

17     Q. Right.  But they're -- they're the same kind

18        of document, correct?

19           MR. KATTAN:  Objection to form.  Asked

20        and answered.

21     A. Similar.

22     Q. How are they different?

23     A. One says "Acknowledgment" and one says "Sales

24        Contract."
```

```
 1      Q. Aside from the name, the import is the same,

 2         correct?  The importance of the documents, the

 3         nature?

 4      A. I would say so, yes.

 5            MR. MAXWELL:  Yeah, let me just put my

 6         objection to the legal import of a document is

 7         not within Mr. Fenwick's knowledge.

 8      Q. Okay.  Fair.  From your understanding as a

 9         businessperson, the documents have the same

10         significance?

11      A. They should.

12      Q. Okay.  Now, there are some -- pardon me.

13         There were a few -- put this aside.  Put

14         Exhibit 3 aside.

15            MR. MAXWELL:  Mind if I look at it?

16            MR. GEORGE:  Yes, please.

17            MR. MAXWELL:  Thank you.

18

19         BY MR. GEORGE:

20      Q. There were a few acknowledgments in the

21         documents produced by BNBM that were not

22         reflected in the documents that Baillie

23         produced, and I just want to mark those

24         separately as Exhibit 4.  And I'm -- so these
```

```
 1           -- these one, two, three, four, five, six

 2           acknowledgments weren't in the

 3           acknowledgments that we received from Baillie

 4           Lumber and AHI.  Do you have any understanding

 5           why -- was the search of the lumber you did

 6           complete and exhaustive?

 7     A. It was.  It was.

 8     Q. Okay.  And I will ask that when you go back

 9           and look for the documents, the wire transfer

10           information, that you also see if you can find

11           all the documents relating to these

12           acknowledgments as well.

13     A. Okay.

14     Q. Okay.  Given the fact that there's a stamp

15           from BNBM, would that lead you to believe that

16           the lumber was, in fact, received in China and

17           payment was received?

18     A. These documents were for another customer,

19           which we've actually, if you look at the

20           dates, have not done business with recently,

21           and that's probably why they were not spotted.

22     Q. Okay.

23     A. I know that based on the product.

24     Q. Okay.
```

Confidential - Subject to Further Confidentiality Review

1          MR. MAXWELL:  Yeah.  Just so the record

2     is clear, the search was confined to the dates

3     contained in the subpoena, which I believe was

4     July 2014 through March 31st of 2015.

5          MR. GEORGE:  Correct.

6          MR. KATTAN:  Correct, July 17th, 2014 to

7     March 31st.

8          MR. GEORGE:  Yeah.  I'm not casting

9     aspersions, but I'm noting that one of the

10    acknowledgments that wasn't in the packet

11    was dated July 21st, 2014.

12         Plus, given the nature of the transaction,

13    the date on the acknowledgment, we learned it

14    can be two or three months from the date that

15    the product ships, payment's received, and the

16    transaction is a slow motion transaction that

17    can certainly bridge over a month or more.  So

18    I would request that these acknowledgments be

19    looked into, if Baillie is willing to

20    supplement their production and look through

21    their files further.

22         THE WITNESS:  So just to be clear, we

23    can't track Beijing New Building Material,

24    because it's not our customer.  We have

1        customer names, and most customers have three

2        or four buying agents like this.  So we have

3        to go deep into that to find this, and that's

4        why we went to our sales people and asked them

5        which customers have used or possibly used

6        Beijing New Building Material over this period

7        of time.

8

9        BY MR. GEORGE:

10   Q.  Okay.  And when you asked that question, who

11       did you ask that of?

12   A.  The local sales girl, as well as we look in

13       our -- our office to see that.

14   Q.  Okay.  And when you looked in your office, who

15       else was helping you?

16   A.  Well, that's why, if you're looking, if you

17       looked up any of these contracts in our

18       computer system, they would say "Good

19       Virtue"; they would say "Shenyang Futian."

20       This customer, I can't think of their name,

21       but I know they're a flooring manufacturer in

22       Northern China.

23   Q.  Okay.  Right.  And I respect and appreciate

24       the fact that you're a third party to this

1          deposition -- to this litigation, which was

2          why I made the separate document for you, so I

3          can -- more as a flag for you, the additional

4          transactions that I'm interested in obtaining.

5          I certainly don't want to burden you more than

6          you've been burdened by this.

7      A. Sure.

8      Q. And you don't recall the customer this was?

9      A. I -- offhand, I don't know the name, no.

10     Q. Okay.  A couple of the suppliers of the

11         lumber, Woody's, Titusville.  Is that a

12         domestic supplier?

13     A. Titusville, Pennsylvania.

14     Q. Okay.  And is that a Baillie --

15     A. Yes.

16     Q. -- source?

17         Okay.  St. James, supplier, domestic?

18     A. Yes.

19     Q. Yes.  Baillie Lumber source?

20     A. Yes.

21     Q. Okay.  Smyrna?  Smyrna?  The supplier here is

22         Smyrna.

23     A. Yes.

24     Q. And that's domestic?

```
1        A. That is, yes.

2        Q. Okay.  Where in the United States?

3        A. New York.

4        Q. Okay.

5        A. Smyrna, New York.

6        Q. Okay.  And St. James, where in the United

7           States is that?

8        A. Most all of those say the town.  That's the

9           town.  So St. James, Ohio; Smyrna, New York.

10       Q. Okay.

11       A. Yeah.

12              MR. KATTAN:  So, sorry.  What document

13          are you referring to when you're reading the

14          supplier names?

15              MR. GEORGE:  Thank you.  Baillie Exhibit

16          2.

17              MR. KATTAN:  Which pages?

18              MR. GEORGE:  Baillie 0014 for Smyrna,

19          0015 for Smyrna.  St. James is on 0017 and 16.

20

21          BY MR. GEORGE:

22       Q. Next page, 0018, supplier Clear Lake; where is

23          that?

24       A. Pennsylvania.
```

```
1        Q. Okay.  Is that a Baillie Lumber source?

2        A. No.

3        Q. Third party?

4        A. Yes.

5        Q. Baillie 0020, supplier Wagner?

6        A. Question?

7        Q. Oh, yes.  That's good.  Where in the United

8           States is that?

9        A. New York.

10       Q. All right.  In New York.  And a Baillie

11          source?

12       A. Yes.

13       Q. Okay.

14       A. A sister company.

15       Q. Okay.  Aside from AHI and Baillie, are any

16          other -- are there any other sister companies

17          or affiliates or whatnot associated with

18          Baillie who might also be doing business with

19          Chinese companies and would possibly use BNBM

20          as a middle person?

21            MR. KATTAN:  Objection to form.

22       A. Can you state that again, please?

23       Q. Yes.  Are there any other companies, besides

24          AHI and Baillie, who do export of lumber to
```

Confidential - Subject to Further Confidentiality Review

```
 1          China?

 2               MR. KATTAN:  Objection to form.

 3     A. Yes, only Wagner.

 4     Q. Okay.  Wagner?

 5     A. Correct.

 6     Q. Okay.  Were Wagner's files searched?

 7     A. I would -- I would say yes.

 8     Q. And why would you say yes?

 9     A. Because we also produced this AHI for you,

10        which wasn't requested.

11     Q. Okay.

12     A. Same way.

13     Q. Thank you.  Baillie 0022, supplier Titus.

14        Is that Titusville?

15     A. That is.

16     Q. Okay.  Okay.  Baillie 0038, supplier Midwest.

17        Is that a United States source?

18     A. It is.

19     Q. Where?

20     A. Wisconsin.

21     Q. Wisconsin.  Is that a Baillie source?

22     A. No.

23     Q. Third party?

24     A. Yes.
```

```
 1      Q. A sister company?

 2      A. No.

 3      Q. Baillie 0039, supplier J&J.  Who's that or

 4         where is that from?

 5      A. New York.

 6      Q. Okay.  Baillie company source?

 7      A. No.

 8      Q. Sister company?

 9      A. No.

10      Q. Okay.  When you buy from a third party, does

11         Baillie harvest the lumber, or do they buy

12         it from the source that harvests it?

13      A. They buy it from them.

14      Q. Okay.  So you buy the --

15      A. Already processed.

16      Q. What is it called, tim -- what is it called,

17         lumber or timber?

18      A. Lumber.

19      Q. Lumber.  Okay.

20      A. Yeah.

21      Q. So you buy the lumber --

22      A. Already processed.

23      Q. When it's a Baillie Lumber source, Baillie

24         harvests it?
```

```
 1      A. Not necessarily.

 2      Q. Okay.  In what situations wouldn't Baillie

 3         harvest it?

 4      A. We buy it from saw mills, lots of small saw

 5         mills, and then we just dry it ourselves.

 6      Q. Okay.  Baillie 0044, supplier WW.

 7      A. Question?

 8      Q. Oh, yes.  Is that a domestic source?

 9      A. That is.

10      Q. Okay.  Where?

11      A. North Carolina.

12      Q. North Carolina.  Is that a source that's owned

13         by Baillie?

14      A. Yes.

15      Q. Okay.  Does that stand for World Wood?

16      A. That does.

17      Q. Okay.  So the next page, 0045, types out the

18         World Wood?

19      A. Correct.

20      Q. Okay.  Baillie 0047, supplier Augusta.  Where

21         in the United States is that?

22      A. Virginia.

23      Q. Okay.  Is that a Baillie source?

24      A. That is part of the AHI group, yes.
```

```
 1        Q. Okay.  The next page, 0048, supplier AFP.  Is
 2           that a domestic source?
 3        A. Yes.
 4        Q. Where?
 5        A. West Virginia.
 6        Q. Okay.  Is that a Baillie source?
 7        A. No.
 8        Q. Okay.  Next page, Baillie 0049, supplier MBS.
 9           Is that a domestic source?
10        A. No.
11        Q. Okay.  Where is that located?
12        A. That is African stock.
13        Q. Okay.
14        A. That company, MBS, is based in Switzerland.
15        Q. Okay.
16        A. That's one of those species, wawa, that I
17           mentioned before.
18        Q. Yes.  What kind of wood is wawa?
19        A. It is a white-colored light wood often used
20           for things like window blinds, things like
21           that.
22        Q. Okay.  Interesting.  Now, who in Baillie
23           looked for documents in response to the
24           subpoena for the proceedings?
```

1       A. From my understanding, multiple people.

2       Q. Okay.  And -- okay.  Who?

3       A. Who?

4       Q. Yeah.

5       A. My assistant or multiple of my assistants

6          would've.

7       Q. Okay.  Who else?

8       A. I would say our controller that got the

9          subpoena and his assistant.

10      Q. Okay.  Anyone else?

11      A. And anybody -- anybody at the affiliates that

12         were contacted on this.

13      Q. Okay.  The affiliates like AHI?

14      A. Correct.

15      Q. Do you know who else would have been contacted

16         about this?

17      A. Wagner would have been contacted, I'm sure.

18      Q. Anybody else?

19      A. Those are the only ones that do any export.

20      Q. Okay.  Did you look for documents personally?

21      A. I did.

22      Q. Where did you look?

23      A. Just in the computer, same thing.

24      Q. Okay.  Where in the computer did you look?

```
 1      A. I tried to look under the customers to see who

 2         had anything to do with Beijing New Building

 3         Material.

 4      Q. Okay.  And did you find anything from looking

 5         at the computer?

 6      A. I did not personally, but I contacted my sales

 7         rep on the ground to ask specifics as to any

 8         customers that have used them.

 9      Q. Okay.  And is that Hannah Qu?

10      A. That's correct.

11      Q. Okay.  Do you have any other people on the

12         ground in China like Hannah Qu who --

13      A. I do.

14      Q. And do you ask them?

15      A. I did.

16      Q. And what did they say?

17      A. They had no -- no business with any of their

18         customers using Beijing New Building Material.

19      Q. Okay.  Was Hannah Qu aware, familiar with

20         BNBM?  Did you speak with her personally?

21      A. Yes.

22      Q. Was she familiar with BNBM when you spoke to

23         her?

24      A. Familiar in what regard?
```

1    Q. Did she ask who's BNBM?  Did she tell you who

2       BNBM was?  Did you talk about BNBM?

3    A. We only talked about the fact that that's the

4       import agent they were using.  And once we had

5       the subpoena, I said something's going on

6       here --

7    Q. Okay.

8    A. -- you know, what do we have that's with BNBM.

9    Q. Okay.  And she knew who you were talking

10      about, correct, when you said that?

11   A. Yeah, because -- because she tells me, you

12      know, the customer wants to use BNBM as the

13      clearing agent.

14   Q. Okay.  The first acknowledgment I notice with

15      BNBM was dated February 7th, 2014?

16         MR. KATTAN:  You're referring to Exhibit

17      4?

18         MR. GEORGE:  I don't know what I'm

19      referring to.

20

21      BY MR. GEORGE:

22   Q. I reviewed earlier, the earliest date I saw in

23      the acknowledgment was dated February 7th,

24      2014.  Do you know if there were any other

1          documents or transactions in which BNBM played

2          a role prior to February 7th, 2014?

3     A. I don't know.

4     Q. Okay.  And the most recent acknowledgment

5          seems to be dated April 27th of this year.  Do

6          you know if there are any other transactions

7          that BNBM played a role after that date?

8     A. Would you rephrase that again, please?

9     Q. Yeah.  Has -- since April 27th of this year,

10         has BNBM been involved in any of the

11         acknowledgments that Baillie or export

12         contracts that AHI entered into?

13             MR. KATTAN:  Objection to form.

14    A. The only way I would know is whatever date we

15         received the subpoena, we obviously didn't do

16         anything further because that was brought to

17         our attention.

18    Q. Okay.  So as far as --

19    A. So I don't know what date that was.

20    Q. Okay.  So as far as you know, Baillie and/or

21         AHI is still doing business with BNBM?

22    A. No, we are not doing business, because we

23         never did business with BNBM.  We're doing

24         business with those customers, but we've

Confidential - Subject to Further Confidentiality Review

```
1           obviously at this stage advised them not

2           to use BNBM as their clearing agent.

3    Q. Okay.  When did you make that advice?

4    A. Whenever we got this, because we said

5           something is going on.

6    Q. Okay.  How did you advise them of that?

7    A. Either via e-mail or on the phone.

8    Q. Okay.  And how did the customers respond?

9    A. They weren't aware of it.

10   Q. Aware of what?

11   A. That there was going to be any issue.

12   Q. Okay.  Were they okay with not using BNBM?

13   A. Not with the containers that were already on

14          the water and arriving with documents in those

15          names.

16   Q. And were there some that were on the water

17          with documents in those names?

18   A. Yes.

19   Q. Okay.  And were they okay with not using BNBM

20          in a going-forward basis after those ships

21          arrived?

22   A. Yeah.

23   Q. How many ships were underway when you called

24          them or e-mailed them and said don't use BNBM?
```

Confidential - Subject to Further Confidentiality Review

```
1       A. How many contracts were underway?

2       Q. Yeah.

3       A. They would have been these (indicating), but I

4          think there may be five containers that were

5          in question --

6       Q. Okay.

7       A. -- that had documents done with the BNBM name.

8       Q. Okay.  This is a good thing, by the way, my

9          going through this.

10             MR. MAXWELL:  Yeah, when a lawyer starts

11         to flip through his notes, it's a good thing.

12             THE WITNESS:  All I know, it's good when

13         these guys are smiling.

14             MR. MAXWELL:  That's not necessarily

15         good.  Sometimes that's bad.

16

17         BY MR. GEORGE:

18      Q. Did you ever encounter any issues with

19         receiving payment from -- payment for any of

20         the acknowledgments or contracts that we

21         reviewed today that you're aware of?

22      A. Please say that again.  I'm sorry.

23      Q. Did Baillie or AHI encounter any difficulties

24         in obtaining payment for any of the
```

```
 1            acknowledgments or contracts we saw today?

 2       A. I would say no, other than the -- when we had

 3            a deposit, we just were taking a little less

 4            risk.

 5       Q. Okay.  And that was because of that particular

 6            customer?

 7       A. Yeah.  It was probably slow in paying.

 8       Q. Okay.  Just as a curiosity, why does it matter

 9            to Baillie if they're slow in paying?  Because

10            they don't get the lumber until they pay,

11            correct?

12       A. Correct.

13       Q. Okay.  So you want more incentive on their end

14            to pick it up?

15       A. Well, yeah, because there's fees when a

16            container arrives.  Every day it arrives, you

17            have a certain amount of time that you can

18            clear it from the port, and if you don't clear

19            it in that period of time, you start getting

20            like rent, which would be demurrage and

21            detention, which adds up hundreds of dollars a

22            day.

23       Q. Yeah.  And since title is still in Baillie

24            Lumber's name, correct?
```

```
 1      A. Correct.

 2      Q. You're responsible?

 3      A. We're responsible because we were the

 4         shipper.

 5             MR. GEORGE:  Okay.  I think I have no

 6         further questions for you right now.

 7             THE WITNESS:  Okay.

 8             MR. GEORGE:  They may have questions

 9         that may lead to more questions from me, and

10         I apologize, but...

11             THE WITNESS:  All right.

12

13         EXAMINATION BY MR. KATTAN:

14      Q. Good afternoon, Mr. Fenwick.

15      A. Good afternoon.

16      Q. My name is Justin Kattan.  I represent BNBM

17         Group and BNBM PLC in this case.

18             Just to be clear, with respect to all of

19         the acknowledgments, contracts, and invoices

20         that we have looked at today, BNBM is not the

21         buyer in any of those transactions, correct?

22             MR. GEORGE:  Objection to form.  Calls

23         for a conclusion.

24      A. That is my understanding, yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q. They are not your customer?  They are not

 2           Baillie's customer in any of these

 3           transactions, correct?

 4        A. Correct.

 5        Q. Am I correct that with respect to any of these

 6           transactions reflected in the documents that

 7           we looked at today, Baillie does not undertake

 8           any negotiations with BNBM Group?

 9        A. That is correct.

10        Q. Am I correct that with respect to all of the

11           transactions that are reflected on the

12           documents that we looked at here today,

13           Baillie does not communicate directly with

14           anyone from BNBM Group?

15        A. That is correct.

16        Q. And that's either in person, over e-mail, or

17           over the phone, correct?

18        A. That's correct.  Oh, let's stop for one

19           second.  The only correspondence that we've

20           had came after this when we were trying to

21           receive a payment, and our customer, Good

22           Virtue, sent the money over and Beijing New

23           Building Materials said they weren't going to

24           send it.
```

```
 1       Q. When you say "came after this," what is the
 2          "this" in your sentence?
 3       A. After the subpoena.
 4       Q. So that was sometime in April or May of 2015?
 5       A. Within the last two weeks, yeah.
 6       Q. Okay.  And so sometime within the last two
 7          weeks, Baillie has had direct communication
 8          with BNBM Group?
 9       A. Baillie has not, but I think the sales rep in
10          China received a call from them.
11       Q. I see.  That would be Hannah Qu?
12       A. That would be correct.
13       Q. Okay.  But no one in the United States --
14       A. No one in the United States has had any
15          contact with them.
16       Q. You referred to BNBM Group alternately as a
17          clearing agent and an import agent.  Were you
18          using those terms interchangeably, or is
19          there a difference?
20       A. I was using them interchangeably.
21       Q. Now, you also mentioned that when the lumber
22          that Baillie ships goes to China or gets to
23          China, part of the clearing agent's or import
24          agent's role is to clear it, to clear the
```

Confidential - Subject to Further Confidentiality Review

1      lumber once it gets there.  Do you recall that

2      testimony?

3  A. Yes.

4  Q. What do you mean by "clear it" or what is your

5      understanding of what the phrase "clear it"

6      means?

7  A. My understanding of clearing means that with

8      those documents that they receive, the bill of

9      lading, the import, the packing list, and all

10      of those documents, they take that down to the

11      customs office to be able to get the okay to

12      take that from the port.

13          So then with that, somebody can go to the

14      port and pick up the -- pick up the

15      containers, but you have to have an import

16      license, which is why the smaller customers

17      that we're talking about like Good Virtue

18      can't do it directly.

19  Q. Okay.  In your last answer when you said, "So

20      then with that, somebody can go to the port

21      and pick up the containers," do you know who

22      the somebody is that --

23  A. I don't.  I don't.

24  Q. Do you know what company the somebody is from

Confidential - Subject to Further Confidentiality Review

1          that can pick up the containers?

2     A. I don't.  Likely it would be a trucking

3          company, though.

4     Q. Wouldn't be BNBM, correct?

5     A. Unless they have trucks.  I have no idea.

6               MR. GEORGE:  Objection to form.

7     Q. But that wouldn't be part of their role as the

8          clearing agent or import agent --

9               MR. GEORGE:  Objection to form.

10    Q. -- to the best of your understanding?

11    A. Once it gets there, I don't really know how it

12         works.

13    Q. Okay.  Now, you are not a lawyer, correct?

14    A. I am not a lawyer.

15    Q. And you are not an expert on Chinese law,

16         correct?

17    A. I am not an expert on Chinese law.

18    Q. Do you have any understanding, a legal basis,

19         as to who in China takes possession of the

20         lumber once it gets there?

21    A. No.

22    Q. Do you have any understanding under Chinese

23         law as to -- withdrawn.

24              Actually, I'm going to rephrase that last

```
 1          question.  Do you have any understanding under

 2          Chinese law as to who takes possession of the

 3          lumber once it gets to China?

 4     A. I do not.

 5     Q. You mentioned that with respect to the, I'll

 6          call them security deposits or freight

 7          deposits that you sometimes require for

 8          customers, the customers send that money

 9          directly as opposed to -- as opposed to

10          through a clearing agent.  Do you recall that

11          testimony?

12     A. Correct.  Yes.

13     Q. Why is it that the money for the deposits is

14          sent directly by the company and not through a

15          clearing agent; do you know?

16     A. I don't know that.

17               MR. GEORGE:  Objection to form.

18     A. I don't know that.

19     Q. With respect to the transactions that we

20          looked at where MBS is a -- is the supplier, I

21          think you mentioned that was a Swiss supplier?

22     A. The office is based in Switzerland, yes.

23     Q. Okay.  Do you know where the wood that goes --

24          that went to China in connection with those
```

Confidential - Subject to Further Confidentiality Review

```
 1          transactions was shipped from?
 2     A. If I can look at it.  Do you know where it
 3          was?
 4     Q. Sure.  In the big document that was marked as
 5          Exhibit 2, the MBS transactions start at
 6          Baillie --
 7              MR. GEORGE:  If I can assist, 0049.
 8     Q. -- 49.
 9     A. Either Douala or Cameroon were the ports that
10          it shipped from directly to Dalian.
11     Q. And what is it that you're looking at that
12          reflects that information?
13     A. I just -- I just know wawa only comes from one
14          of those countries, and I can't remember which
15          one, so...
16     Q. Okay.  So it goes directly from Africa to the
17          United States?
18     A. No.  Directly to China.
19     Q. I'm sorry.  Right.  Directly from Africa to
20          the ultimate -- to China?
21     A. To the CIF Dalian, yes, which is stated
22          there on the contract.  The FOB says "CIF
23          Dalian," which means freight to Dalian.
24              MR. KATTAN:  Okay.  Let me just take a
```

1        break for one minute so I can just sort of

2        collect my notes.

3                THE WITNESS:  Can I grab a water?

4                MR. KATTAN:  Yup.

5                THE VIDEOGRAPHER:  We're going off

6        record at 2:50 p.m.

7

8                (A short recess was taken)

9

10               THE VIDEOGRAPHER:  Okay.  We are back on

11       record at 2:55 p.m.

12

13       BY MR. KATTAN:

14    Q. If I recall correctly, you testified earlier

15       that you do not know how BNBM Group gets paid

16       in connection with any of the transactions

17       that we saw here reflected on the exhibits

18       today, correct?

19    A. Can you rephrase that again?  I'm sorry.  I

20       didn't -- I didn't hear right or something.

21    Q. Sure.  Does BNBM Group charge Baillie any fees

22       or collect any payment from Baillie for its

23       services?

24    A. No.

Confidential - Subject to Further Confidentiality Review

```
 1    Q. Do you know how BNBM gets paid for its

 2       services in connection with the transactions

 3       that we looked at here today?

 4    A. I do not.

 5    Q. Do you know whether any of the lumber that was

 6       shipped in connection with any of the

 7       transactions that we looked at here today was

 8       ultimately utilized for sale in the United

 9       States?

10    A. Say that again, please.

11    Q. Sure.  Did you not understand the question or

12       did you not hear the question?

13    A. Yeah, I didn't quite hear it right, no.

14            MR. KATTAN:  Do you mind just repeating

15       the question?

16

17            (Record read back by reporter)

18

19            THE WITNESS:  Let me look at the

20       customers, then, to see.  I really don't know.

21       Good Virtue would be no.  I'm going to have to

22       look at the product -- I'm sorry -- just to

23       see.  Most of these items should be no.  Let

24       me just -- I'm just going to review them
```

Confidential - Subject to Further Confidentiality Review

1           again.  I don't know for a fact, but none of

2           it came back.

3

4           BY MR. KATTAN:

5       Q. Okay.  But to your knowledge, none of it did?

6       A. To my knowledge, I don't know that any of it

7           did.

8       Q. Finally, are you familiar with a company known

9           as Beijing New Building Materials Public

10          Limited Company?

11      A. Not that I'm aware of.

12              MR. KATTAN:  Okay.  I have nothing

13          further at this time.

14              THE WITNESS:  Okay.

15              MR. GEORGE:  Okay.  Nothing further.

16          Thank you, Mr. Fenwick.

17              THE WITNESS:  All right.

18              THE VIDEOGRAPHER:  Okay.  This concludes

19          the testimony of Mr. Philip Fenwick, and we're

20          off record at 2:57 p.m.  Thank you.

21              (Deposition concluded at 2:57 p.m.)

22                      * * * * * *

23

24

Confidential - Subject to Further Confidentiality Review

```
 1          STATE OF NEW YORK).
 2                       )  ss.
 3          COUNTY OF ERIE   )
 4
             I, Lindsay Nicole Truman, Notary Public, in
 5          and for the County of Erie, State of New York,
            do hereby certify:
 6
             That the witness whose testimony appears
 7          hereinbefore was, before the commencement of
            their testimony, duly sworn to testify the
 8          truth, the whole truth and nothing but the
            truth; that said testimony was taken pursuant
 9          to notice at the time and place as herein set
            forth; that said testimony was taken down by
10          me and thereafter transcribed into
            typewriting, and I hereby certify the
11          foregoing testimony is a full, true and
            correct transcription of my shorthand notes so
12          taken.
13           I further certify that I am neither counsel
            for nor related to any party to said action,
14          nor in any way interested in the outcome
            thereof.
15
             IN WITNESS WHEREOF, I have hereunto
16          subscribed my name and affixed my seal this
            _____ day of _____, 2015.
17
18                       ---------------------
                         Lindsay Nicole Truman
19                       Notary Public
                         No. 01TR6249119
20                       State of New York, County of Erie
                         My Commission Expires 10/03/2015
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

1          -   -   -   -   -   -

E R R A T A

2          -   -   -   -   -   -

3

4     PAGE   LINE   CHANGE

5     _____  _____  _____

6          REASON:   _____

7     _____  _____  _____

8          REASON:   _____

9     _____  _____  _____

10          REASON:   _____

11     _____  _____  _____

12          REASON:   _____

13     _____  _____  _____

14          REASON:   _____

15     _____  _____  _____

16          REASON:   _____

17     _____  _____  _____

18          REASON:   _____

19     _____  _____  _____

20          REASON:   _____

21     _____  _____  _____

22          REASON:   _____

23     _____  _____  _____

24          REASON:   _____

Confidential - Subject to Further Confidentiality Review

```
 1

 2              ACKNOWLEDGMENT OF DEPONENT

 3

 4              I,_____, do

 5      hereby certify that I have read the

 6      foregoing pages, and that the same is

 7      a correct transcription of the answers

 8      given by me to the questions therein

 9      propounded, except for the corrections or

10      changes in form or substance, if any,

11      noted in the attached Errata Sheet.

12

13

14      _____

15       PHILIP FENWICK                    DATE

16

17

18      Subscribed and sworn

        to before me this

19      _____ day of _____, 20____.

20      My commission expires:_____

21

        _____

22      Notary Public

23

24
```