Karen Hedler

| | |
|---|---|
| From: | Key Total Treasury <KeyBank@info.key.com> |
| Sent: | Wednesday, May 27, 2015 8:08 AM |
| To: | Karen Hedler |
| Subject: | Incoming Wire Received |

Please add KeyBank@info.key.com to your email address book

### Incoming Wire Received

The following incoming wire has been credited to:

Beneficiary: BAILLIE LUMBER CO POBOX6 4002 LEGION DRIVE HAMBURG NY USA 14075-0006

Account Number:....6817
Amount/Currency Code: 34,576.00/USD
Effective Date: 05/27/2015
FED Reference Number: 0527B1Q9121C000927
OBI: OBI1=PAYMENT FOR 51959,51957
BBI: BBI1=/ACC/ BOC NY LESS COMM USD 12.00
RFB:
Wire Type: Domestic
Originator:
ORG1=A/026003269 BANK OF CHINA NEW YORK NY
ORG2=/323356028479 BEIJING NEW BUILDING MATERIALS CO LTD 10F
BLDG4INTERWEST BUSINESS CTR NO9 SOUTHRDSHOUTI HAIDIAN BEIJING CHINA

TID: ccfc2b00-d9eb-447a-8365-b654a17dc31f

*Handwritten annotations:* #3290  51042  54407

For assistance please call our Commercial Banking Group at **1-800-539-9039**

view privacy & security at key.com/security

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or redisclose such information for any purpose other than to provide the services for which you are receiving the information.

KeyBank | 127 Public Square | Cleveland, OH, 44114 | 1-800-KEY2YOU

**CONTEMPT Exhibit 100**

1

Baillie00056

Karen Hedler

From: Key Total Treasury <KeyBank@info.key.com>
Sent: Wednesday, May 20, 2015 8:08 AM
To: Karen Hedler
Subject: Incoming Wire Received

Please add KeyBank@info.key.com to your email address book

Incoming Wire Received

The following incoming wire has been credited to:

Beneficiary: %Beneficiary%

Account Number:....6817
Amount/Currency Code: 118,327.53/USD
Effective Date: 05/20/2015
FED Reference Number: 0520B1Q9121C000531
OBI: OBI1=PAYMENT FOR 51959 50261 50260 52044
BBI: BBI1=/ACC/ BOC NY LESS COMM USD 12.00
RFB:
Wire Type: Domestic
Originator:
ORG1=A/026003269 BANK OF CHINA NEW YORK NY
ORG2=/323356028479 BEIJING NEW BUILDING MATERIALS CO LTD 9 SHOUTH ST SHOUTI HAIDIAN OU BEIJING CHINA

TID 67c838ba-70e3-4cf9-8f99-56ab31d3e17c

For assistance please call our Commercial Banking Group at 1-800-539-9039

view privacy & security at key.com/security

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or redisclose such information for any purpose other than to provide the services for which you are receiving the information.
KeyBank | 127 Public Square | Cleveland, OH, 44114 | 1-800-KEY2YOU

*Handwritten annotations:*

3000 —   $76,113.40   57845  57267
                      57846

✗ 3240   $42,214.13   57955,  58443

1

Baillie00057