| | | | | | | Translation of CBMIE00025787 |
|---|---|---|---|---|---|---|
| | | | China National Building Materials & Equipment Import & Export Corporation - Table of US-related Business in 2014 | | | |
| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
| | | | （In ten thousand US dollars） | | | |
| China National Building Materials & Equipment Import & Export Corporation | Canadian petroleum coke | Import | 744.59 | 43.4531million US dollars | Letter of Credit | Import petroleum coke from American Merchant Company (a company in the United States) in 2014 |
| | Canadian petroleum coke | Import | 739.20 | | Letter of Credit | Import petroleum coke from American Merchant Company (a company in the United States) in 2014 |
| | Canadian petroleum coke | Import | 920.41 | | Letter of Credit | Import petroleum coke from American Merchant Company (a company in the United States) in 2014 |
| | US thermal coal | Import | 1,046.87 | | Letter of Credit | Import thermal coal from REX COAL PTE LTD. (a Singapore company) in 2014 |
| | US thermal coal | Import | 894.24 | | Letter of Credit | Import thermal coal from ITOCHU CORPORATION (a Japanese company) in 2014 |
| CNBM Forest Products g Ltd. | wood board | Entrepot trade | 117.13 | 23.3597 million US dollars | TT | SIMPSON wood board specific |
| | log | Entrepot trade | 443.79 | | TT | South Pine - North American timber - Container timber |
| | log | Import | 1225.86 | | LC | Bulk logs from Astoria |
| | wood board | Import | 549.19 | | LC | American timber from Hampton |
| | Internet products | Import | 600 | | TT/LC | Import goods from foreign manufacturers, then deliver goods to domestic customers after clearance in Beijing, Shenzhen, Shanghai and other ports |
| | Internet products | Import | 200 | | TT/LC | Import goods from foreign manufacturers, then deliver goods to domestic customers after clearance in Beijing, Shenzhen, Shanghai and other ports |
| | Internet products | Import | 1700 | | TT/LC | Import goods from foreign manufacturers, then deliver goods to domestic customers after clearance in Beijing, Shenzhen, Shanghai and other ports |

CONTEMPT
Exhibit 101

CBMIE:  Exhibit 634

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| CNBM Information Technology Co., Ltd. | Medical devices | Import, entrepot trade | 3000 | 73.80 million US dollars | TT/LC | Import goods from foreign manufacturers, then deliver goods to domestic customers after clearance in Beijing, Shenzhen, Shanghai and other ports |
| | Internet products | Import | 300 | | TT | Import goods from foreign manufacturers, then deliver goods to domestic customers after clearance in Beijing, Shenzhen, Shanghai and other ports |
| | Internet products | Import | 200 | | TT | Import goods from foreign manufacturers, then deliver goods to domestic customers after clearance in Beijing, Shenzhen, Shanghai and other ports |
| | Internet products | Import | 20 | | TT | Import goods from foreign manufacturers, then deliver goods to domestic customers after clearance in Beijing, Shenzhen, Shanghai and other ports |
| | Internet products | Import | 170 | | TT | Import goods from foreign manufacturers, then deliver goods to domestic customers after clearance in Beijing, Shenzhen, Shanghai and other ports |
| | Internet products | Import | 20 | | TT | Import goods from foreign manufacturers, then deliver goods to domestic customers after clearance in Beijing, Shenzhen, Shanghai and other ports |
| | Internet products | Import | 170 | | TT | Import goods from foreign manufacturers, then deliver goods to domestic customers after clearance in Beijing, Shenzhen, Shanghai and other ports |
| | Medical devices | Import | 1000 | | TT | Import goods from foreign manufacturers, then deliver goods to domestic customers after clearance in Beijing, Shenzhen, Shanghai and other ports |
| | | | **(In ten thousand Yuan)** | | | |
| Shanghai Jianpu | Wooden furniture | Agency Export | 7610 | 89.30 | Fob | Agency export, respond to anti-dumping duties every year, enjoy favorable exchange rates Export customers are scattered, the amout of single transaction is relatively small, up to about one hundred thousand dollars |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| Import & Export Co., Ltd. | Bedroom and non bedroom furniture | Agency Export | 1300 | 89.90 million Yuan | Fob | Agency export, one container valued slightly above 10 thousand US dollars per export, relatively small, no payment in advance, only one foreign customer |
| | Seals | Agency Export | 20 | | Fob | Agency export, occasional one or two export transactions, the amount of each transaction is about 15 thousand US dollars |
| | | | **(In Yuan)** | | | |
| | Adhesive tape and protective film - tape - linerless, flat foil tape | 01:Export | 780,243.67 | | Received and remitted through the account for international trade | Mainly operate ( linerless, flat foil tape ) products |
| | Adhesive tape and protective film - adhesive tape - duct tape | 01:Export | 769,598.23 | | Received and remitted through the account for international trade | Mainly operate ( duct tape ) products |
| | Adhesive tape and protective film - adhesive tape - duct tape | 02:Export regarded as domestic sales | 22,288.33 | | Received and remitted through the account for international trade | Mainly operate ( duct tape ) products |
| | Adhesive tape and protective film - adhesive tape - duct tape | 01:Export | 305,479.09 | | Received and remitted through the account for international trade | Mainly operate ( duct tape ) products |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| | Adhesive tape and protective film - adhesive tape - duct tape | 02:Export regarded as domestic sales | 15,265.88 | | Received and remitted through the account for international trade | Mainly operate ( duct tape ) products |
| | Bathroom products and accessories - sanitaryware - toilets | 02:Export regarded as domestic sales | 2,477.87 | | Received and remitted through the account for international trade | Mainly operate ( toilets ) products |
| | Bricks & tiles - tile glass brick | 01:Export | 79,452.98 | | Received and remitted through the account for international trade | Mainly operate ( glass brick ) products |
| | Door - door & window hardware - other door & window hardware section | 01:Export | 7,461.38 | | Received and remitted through the account for international trade | Mainly operate ( other door & window hardware section ) products |
| | Door - lock - furniture lock | 01:Export | 9,888.16 | | Received and remitted through the account for international trade | Mainly operate () products |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| | Energy - solar and renewable energy - solar energy products | 01:Export | 1,292,936.23 | | Received and remitted through the account for international trade | Mainly operate ( solar energy products ) products |
| | Energy - solar and renewable energy - solar energy products | 04: Entrepot trade | 1,001,249.22 | | Received and remitted through the account for international trade | Mainly operate ( solar energy products ) products |
| | Glass fiber - glass fiber mat/tissue - glass fiber mat/tissue | 01:Export | 636,276.76 | | Received and remitted through the account for international trade | Mainly operate ( glass fiber mat/tissue ) products |
| | Glass fiber - glass fiber mat/tissue - glass fiber mat/tissue | 02:Export regarded as domestic sales | 58.53 | | Received and remitted through the account for international trade | Mainly operate ( glass fiber mat/tissue ) products |
| | Glass fiber - Glass fiber web - fiberglass mesh | 01:Export | 16,838.25 | | Received and remitted through the account for international trade | Mainly operate ( fiberglass mesh ) products |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| | Glass fiber - glass fiber mesh belt - glass fiber mesh belt | 01:Export | 181,719.98 | | Received and remitted through the account for international trade | Mainly operate ( glass fiber mesh belt ) products |
| | Glass fiber - glass fiber yarn - glass fiber yarn | 01:Export | 1,256,788.19 | | Received and remitted through the account for international trade | Mainly operate ( glass fiber yarn ) products |
| | Glass fiber - glass fiber yarn - glass fiber yarn | 02:Export regarded as domestic sales | 6.28 | | Received and remitted through the account for international trade | Mainly operate ( glass fiber yarn ) products |
| | Furniture - Home Furniture - bedroom furniture | 01:Export | 96,446.25 | | Received and remitted through the account for international trade | Mainly operate ( bedroom furniture ) products |
| | Glass - float glass - float glass | 02: Export regarded as domestic sales | 44,943.02 | | Received and remitted through the account for international trade | Mainly operate ( float glass ) products |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| | Glass - reinforced glass - reinforced glass | 01: Export | 178,030.62 | | Received and remitted through the account for international trade | Mainly operate ( reinforced glass ) products |
| | Hardware - metal mesh - wire mesh | 01: Export | 16,067.68 | | Received and remitted through the account for international trade | Mainly operate ( wire mesh ) products |
| | Insulation products - insulation base - single sided aluminum foil kraft | 01: Export | 90,640.39 | | Received and remitted through the account for international trade | Mainly operate ( single sided aluminum foil kraft ) products |
| | Lighting -LED Lighting -Interior Lighting | 01: Export | 15,581.21 | | Received and remitted through the account for international trade | Mainly operate (interior LED lighthing) products |
| | Machinery and equipment - construction machinery - other construction machinery | 01: Export | 259,125.14 | | Received and remitted through the account for international trade | Mainly operate ( other construction machinery ) products |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| | Machinery and equipment - construction machinery components - construction machinery parts | 01: Export | 40,963.34 | | Received and remitted through the account for international trade | Mainly operate ( construction machinery parts ) products |
| | Machinery and equipment - welding ancillary supplies - welding tongs | 01: Export | 23,931.93 | | Received and remitted through the account for international trade | Mainly operate ( welding tongs ) products |
| | Machinery and equipment - woodwork machinery - door machine | 01: Export | 72,659.45 | | Received and remitted through the account for international trade | Mainly operate ( door machine ) products |
| | Metallurgy - steel - stainless steel&nbsp | 01: Export | 375,325.07 | | Received and remitted through the account for international trade | Mainly operate ( stainless steel&nbsp ) products |
| | Metallurgy - steel - steel coil | 01: Export | 1,097,288.02 | | Received and remitted through the account for international trade | Mainly operate () products |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| CNBM International Corporation | Metallurgy - aluminum - aluminum wafer | 01: Export | 2,227,478.61 | 3296.24 ten thousand Yuan | Received and remitted through the account for international trade | Mainly operate () products |
| | Metallurgy - aluminum - aluminum coils | 01: Export | 1,203,594.44 | | Received and remitted through the account for international trade | Mainly operate () products |
| | Metallurgy - aluminum - aluminum foil | 01: Export | 1,777,894.92 | | Received and remitted through the account for international trade | Mainly operate () products |
| | Metallurgy - aluminum - supply aluminum foil | 01: Export | 699,863.27 | | Received and remitted through the account for international trade | Mainly operate () products |
| | Metallurgy - aluminum - aluminum plate | 01: Export | 758,563.71 | | Received and remitted through the account for international trade | Mainly operate () products |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| | Metallurgy - aluminum - other aluminum | 01: Export | 76,937.30 | | Received and remitted through the account for international trade | Mainly operate () products |
| | Packaging & printing - filler - gift boxes and bags | 01: Export | 22,946.64 | | Received and remitted through the account for international trade | Mainly operate ( gift boxes and bags ) products |
| | Packaging & printing - filler - gift boxes and bags | 02: Export regarded as domestic sales | 5,257.98 | | Received and remitted through the account for international trade | Mainly operate ( gift boxes and bags ) products |
| | Pipes and pipe fittings - pipe fittings - steel pipe | 01: Export | 9,411.71 | | Received and remitted through the account for international trade | Mainly operate ( steel pipe ) products |
| | Plastics - Plastics - linear low density polyethylene | 03:Import | 6,905,766.38 | | Received and remitted through the account for international trade | Mainly operate ( linear low density polyethylene ) products |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| | Plastic - plastic products - plastic boards | 01: Export | 51,654.90 | | Received and remitted through the account for international trade | Mainly operate ( plastic boards ) products |
| | Refractory materials - ceramic fiber products - ceramic fiber blanket | 01: Export | 4,838,296.63 | | Received and remitted through the account for international trade | Mainly operate ( ceramic fiber blanket ) products |
| | Refractory materials - ceramic fiber products - ceramic fiber blanket | 02: Export regarded as domestic sales | 1,139,464.77 | | Received and remitted through the account for international trade | Mainly operate ( ceramic fiber blanket ) products |
| | Refractory materials - ceramic fiber products - ceramic fiber modules | 01: Export | 892,289.59 | | Received and remitted through the account for international trade | Mainly operate ( ceramic fiber modules ) products |
| | Refractory materials - high temperature textiles - fiberglass fabric | 02: Export regarded as domestic sales | 10,442.71 | | Received and remitted through the account for international trade | Mainly operate ( fiberglass fabric ) products |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| | Refractory materials - refractory brick - clay brick | 01: Export | 248,291.85 | | Received and remitted through the account for international trade | Mainly operate ( clay brick ) products |
| | Refractory materials - refractory brick - clay brick | 02: Export regarded as domestic sales | 386,011.47 | | Received and remitted through the account for international trade | Mainly operate ( clay brick ) products |
| | Refractory materials - refractory brick - alumina brick | 01: Export | 83,282.46 | | Received and remitted through the account for international trade | Mainly operate ( alumina brick ) products |
| | Refractory materials - refractory brick - alumina brick | 02: Export regarded as domestic sales | 682,452.27 | | Received and remitted through the account for international trade | Mainly operate ( alumina brick ) products |
| | Refractory materials - refractory brick - insulation bricks | 01: Export | 21,417.37 | | Received and remitted through the account for international trade | Mainly operate ( insulation bricks ) products |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| | Refractory materials - refractory brick - insulation bricks | 02: Export regarded as domestic sales | 475,994.62 | | Received and remitted through the account for international trade | Mainly operate ( insulation bricks ) products |
| | Sand and stone - natural stone - granite | 01: Export | 60,161.66 | | Received and remitted through the account for international trade | Mainly operate ( granite ) products |
| | Sand and stone - natural stone - slate | 01: Export | 275,509.00 | | Received and remitted through the account for international trade | Mainly operate ( slate ) products |
| | Safety - Locks - Locks | 01: Export | 204,835.12 | | Received and remitted through the account for international trade | Mainly operate () |
| | Textiles and leather products - home textile - carpet | 01: Export | 117,567.46 | | Received and remitted through the account for international trade | Mainly operate ( carpet ) products |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| | Textiles and leather products - home textile - carpet | 02: Export regarded as domestic sales | 2,137.50 | | Received and remitted through the account for international trade | Mainly operate ( carpet ) products |
| | Lumber and plywood - plywood - plywood | 01: Export | 655,006.08 | | Received and remitted through the account for international trade | Mainly operate ( plywood ) products |
| | Waterproof material - waterproof materials - waterproof membrane and tile carrier | 01: Export | 375,996.92 | | Received and remitted through the account for international trade | Mainly operate ( waterproof membrane and tile carrier ) products |
| | Waterproof material - waterproof materials - waterproof membrane and tile carrier | 02: Export regarded as domestic sales | 1,263.26 | | Received and remitted through the account for international trade | Mainly operate ( waterproof membrane and tile carrier ) products |
| | Medicine and health - health products - health products | 01: Export | 60,280.32 | | Received and remitted through the account for international trade | Mainly operate ( health products ) products |

| Enterprise | Product | Form of Trade (import, export, entrepot trade) | Trade Volume (In ten thousand US dollars/ten thousand Yuan/Yuan) | Subtotal of Each Trader | Payment Method | Business Overview |
|---|---|---|---|---|---|---|
| | Consumer electronics -GPS- car GPS navigation systems | 01: Export | 1,945.76 | | Received and remitted through the account for international trade | Mainly operate ( car GPS navigation systems ) products |
| | Consumer electronics -GPS- GPS navigation systems | 02: Export regarded as domestic sales | 1,309.01 | | Received and remitted through the account for international trade | Mainly operate ( GPS navigation systems ) products |
| | | | | **Total: 140.6128 million US dollars + 122.2624 million Yuan** | | |
| | | | | | | |
| | | | | Total (US dollars) 160 million | | |

2014 year

Building materials group import-export company --2014 year US service statistical table subsidiary enterprise product type of trading (import, export and import) volume of trade (unit: Ten thousand US dollars/ten thousand Yuan/Yuan) various volume of trade unit sub-total payment method on businesses (unit: Ten thousand US dollars) the building materials group import-export company Canada refinery coke imports 744.594345 0.31 US dollars letter of credit in 2014 (American Enterprise) the import refinery coke Canada refinery coke to import 739.20 letters of credit in 2014 (American Enterprise) the import refinery coke Canada refinery coke to import 920.41 letters of credit from the American commercial company in 2014 (American Enterprise) import refinery coke US power coal to import 1,046.87 letters of credit from the American commercial company from the American commercial company in 2014 from REX COAL PTE LTD. (Singapore Enterprise) imports the power coal US power coal to import 894.24 letters of credit in 2014 (Japanese Enterprise) in import power coal south building materials wood industry limited company plate import 117.132335 0.97 US dollars TTSIMPSON plate special log import 443.79TT the pine North America material container log log import 1225.86LCAstoria ferry boat log plate from ITOCHU CORPORATION to import in the 549.19LCHampton US plate the building materials information technology limited company network product to import 600 73.8 million US dollars TT/LC from the foreign manufacturer import cargoes, after Beijing, Shenzhen, Shanghai and other port clear passes sends out domestic customer network product import 200TT/LC from the foreign manufacturer import cargoes, after Beijing, Shenzhen, Shanghai and other port clear passes sends out domestic customer network product import 1700TT/LC from the overseasManufacturer import cargoes, after Beijing, Shenzhen, Shanghai and other port clear passes sends out the domestic user medical instrument to import, import 3000TT/LC from foreign manufacturer import cargoes, after Beijing, Shenzhen, Shanghai and other port clear passes sends out domestic customer network product import 300TT from the foreign manufacturer import cargoes, after Beijing, Shenzhen, Shanghai and other port clear passes sends out domestic customer network product import 200TT from the foreign manufacturer import cargoes, after Beijing, Shenzhen, Shanghai and other port clear passes sends out domestic customer network product import 20TT from the foreign manufacturer import cargoes, after Beijing, Shenzhen, Shanghai and other port clear passes sends out domestic customer network product import 170TTFrom foreign manufacturer import cargoes, after Beijing, Shenzhen, Shanghai and other port clear passes sends out domestic customer network product import 20TT from the foreign manufacturer import cargoes, after Beijing, Shenzhen, Shanghai and other port clear passes sends out domestic customer network product import 170TT from the foreign manufacturer import cargoes, after Beijing, Shenzhen, Shanghai and other port clear passes sends out the domestic user medical instrument to import 1000TT from the foreign manufacturer import cargoes, after Beijing, Shenzhen, Shanghai and other port clear passes sends out the domestic user (unit: Ten thousand Yuan) Shanghai constructs the water's edge import and export limited liability company lignin furniture agency factor 761.08928 billion Yuan Fob agency factor, every year answers a charge the antidumping tax, has the preferential right, exports the customer to be scattered, the single pen amount are most about hundreds of thousands dollars, compared with the bed closet and non-bedroom furniture agency factor 1300Fob agency factor, exports a cabinet each time in more than 10,000 dollars, compared with is small, does not need to pay the fund, the overseas customer on a seal packing collar agency factor 20Fob agency factor, occasionally exports 12 ticket services, each single service about 15,000 dollars (unit: Yuan) building materials international trade limited company adhesive tape and protective film - adhesive tape - non-centrifugal paper even aluminum foil adhesive tape 01: Exports 780,243.673296 0.24 Yuan international trade account numbers to carry on the receipts adhesive tape and protective film - adhesive tape - Bucky adhesive tape 01: Exports 769,598.23 international trade account numbers to carry on the receipts adhesive tape and protective film - adhesive tape - Bucky adhesive tape 02: The export regards with selling internally 22,288.33 international trade account numbers carries on the receipts adhesive tape and protective film - adhesive tape - two-sided adhesive tapes 01: Exports 305,479.09 international trade account numbers to carry on the receipts adhesive tape and protective film - adhesive tape - two-sided adhesive tapes 02: The export regards with selling internally 15,265.88 international trade account numbers carries on the receipts bathroom product and spare part - hygienic sanitary equipment - place bedpan 02: The export regards with selling internally 2,477.87 international trade account numbers carries on receipts bricks component - ceramic tile - glass brick 01: Exports 79,452.98 international trade account numbers to carry on receipts windows and doors - windows and doors hardware - other windows and doors hardware parts 01: Exports 7,461.38

international trade account numbers to carry on receipts windows and doors - lock - furniture locks 01: Exports 9,888.16 international trade account numbers to carry on receipts energy - solar energy and renewable energy source - solar energy product 01: Exports 1,292,936.23 international trade account numbers to carry on receipts energy - solar energy and renewable energy source - solar energy product 04: The import 1,001,249.22 international trade account numbers carry on receipts glass fiber - glass fiber pad/organization - glass fiber pad/organizes 01: Exports 636,276.76 international trade account numbers to carry on receipts glass fiber - glass fiber pad/organization - glass fiber pad/organizes 02: The export regards with selling internally 58.53 international trade account numbers carries on receipts glass fiber - glass fibrous reticulum - glass fibrous reticulum 01: Exports 16,838.25 international trade account numbers to carry on receipts glass fiber - glass fiber grid belt - glass fiber grid belt 01: Exports 181,719.98 international trade account numbers to carry on receipts glass fiber - glass staple fiber yarn - glass staple fiber yarn 01: Exports 1,256,788.19 international trade account numbers to carry on receipts glass fiber - glass staple fiber yarn - glass staple fiber yarn 02: The export regards with selling internally 6.28 international trade account numbers carries on receipts furniture ornaments - home, civil furniture - bedroom furniture 01: Exports 96,446.25 international trade account numbers to carry on receipts drinking glass - float glass - float glass 02: The export regards with selling internally 44,943.02 international trade account numbers carries on receipts drinking glass - armored glass - armored glass 01: Exports 178,030.62 international trade account numbers to carry on receipts hardware - gauze - steel wool 01: Exports 16,067.68 international trade account numbers to carry on receipts insulation product - heat insulation foundation - the one-sided aluminum foil clamps the muscle kraft paper 01: Exports 90,640.39 international trade account numbers to carry on receipts light Illumination-led Illumination-led interior lighting 01: Exports 15,581.21 international trade account numbers to carry on the receipts machinery and equipment - engineering machinery - other engineering machineries 01: Exports 259,125.14 international trade account numbers to carry on the receipts machinery and equipment - construction machinery part - construction machinery part 01: Exports 40,963.34 international trade account numbers to carry on the receipts machinery and equipment - welding necessary thing - soldering tweezers 01: Exports 23,931.93 international trade account numbers to carry on the receipts machinery and equipment - woodworking machinery - gate manufacturing machine 01: Exports 72,659.45 international trade account numbers to carry on receipts metallurgy - steel - stainless steel products &nbsp01: Exports 375,325.07 international trade account numbers to carry on receipts metallurgy - steel - steel volume 01: Exports 1,097,288.02 international trade account numbers to carry on receipts metallurgy - aluminum material - aluminum disk 01: Exports 2,227,478.61 international trade account numbers to carry on receipts metallurgy - aluminum material - aluminum volume 01: Exports 1,203,594.44 international trade account numbers to carry on receipts metallurgy - aluminum material - aluminum foil 01: Exports 1,777,894.92 international trade account numbers to carry on receipts metallurgy - aluminum material - supply aluminum foil 01: Exports 699,863.27 international trade account numbers to carry on receipts metallurgy - aluminum material - aluminum sheet 01: Exports 758,563.71 international trade account numbers to carry on receipts metallurgy - aluminum material - other aluminum 01: Exports 76,937.30 international trade account numbers to carry on the receipts packing and printing - padding - gift box and bag 01: Exports 22,946.64 international trade account numbers to carry on the receipts packing and printing - padding - gift box and bag 02: The export regards with selling internally 5,257.98 international trade account numbers carries on the receipts pipeline and fitting - fitting - steel pipe 01: Exports 9,411.71 international trade account numbers to carry on receipts plastic - plastic raw material - linear low-density polyethylene 03: Imports 6,905,766.38 international trade account numbers to carry on receipts plastic - plastic products - plastic plate 01: Exports 51,654.90 international trade account numbers to carry on receipts fire-proof material - ceramic fiber product - ceramic fiber blanket 01: Exports 4,838,296.63 international trade account numbers to carry on receipts fire-proof material - ceramic fiber product - ceramic fiber blanket 02: The export regards with selling internally 1,139,464.77 international trade account numbers carries on receipts fire-proof material - ceramic fiber product - ceramic fiber module 01: Exports 892,289.59 international trade account numbers to carry on receipts fire-proof material - thermostable textile - glass cloth 02: The export regards with selling internally 10,442.71 international trade account numbers carries on receipts fire-proof material - refractory brick - loam brick 01: Exports 248,291.85 international trade account numbers to carry on receipts fire-proof material - refractory brick - loam brick 02: The export regards with selling internally 386,011.47 international trade account numbers carries on receipts fire-proof material - refractory brick - high aluminum ingot 01: Exports 83,282.46 international trade account numbers to carry on receipts fire-proof material - refractory brick - high aluminum ingot 02: The export regards with selling

internally 682,452.27 international trade account numbers carries on receipts fire-proof material - refractory brick - heat preservation brick 01: Exports 21,417.37 international trade account numbers to carry on receipts fire-proof material - refractory brick - heat preservation brick 02: The export regards with selling internally 475,994.62 international trade account numbers carries on the receipts granulated substance and stone - natural stone material - granite 01: Exports 60,161.66 international trade account numbers to carry on the receipts granulated substance and stone - natural stone material - slate 01: Exports 275,509.00 international trade account numbers to carry on receipts safety protection - locking device - locking device 01: Exports 204,835.12 international trade account numbers to carry on the receipts spinning and weaving and leather - family spins end product - rug 01: Exports 117,567.46 international trade account numbers to carry on the receipts spinning and weaving and leather - family spins end product - rug 02: The export regards with selling internally 2,137.50 international trade account numbers carries on the receipts lumber and plywood - plywood - plywood 01: Exports 655,006.08 international trade account numbers to carry on receipts waterproofing material - waterproof raw material - waterproof volume material and tile carrier 01: Exports 375,996.92 international trade account numbers to carry on receipts waterproofing material - waterproof raw material - waterproof volume material and tile carrier 02: The export regards with selling internally 1,263.26 international trade account numbers carries on receipts medicine healthcare - health products - healthcare thing 01: Exports 60,280.32 international trade account numbers to carry on receipts Consumer electronics-gps- vehicle borne GPS navascope 01: Exports 1,945.76 international trade account numbers to carry on receipts Consumer electronics-gps-gps locator 02: The export regards with selling internally 1,309.01 international trade account numbers carries on the receipts grand total: 140,612,800 US dollars + 122,262,400 Yuan grand total (US dollar) 160,002,015 years estimated

The building materials group import-export company --2015 year estimated that various ==American== service statistical table unit unit amounts amount to building materials group import-export company 144,637,500 US dollars + 135,599,300 Yuan building materials wood industry limited company 70,837,500 US dollars building materials information technology limited company 73.8 million US dollars grand total (US dollar): 167 million Shanghai constructs the water's edge import and export limited liability company 100 million Yuan building materials international trade limited company 35,599,300 Yuan Sheet3

--- Summary Information ---
1: 1200 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: ==wanglihe== PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE:
PID_LASTAUTHOR: asus PID_REVNUMBER:
PID_CREATE_DTM: Wed Feb 04 17:52: 10 CST 2015 PID_LASTSAVE_DTM: Fri Feb 13 14:22: 03 CST 2015 PID_PAGECOUNT: 0 PID_WORDCOUNT: 0 PID_CHARCOUNT: 0 PID_APPNAME: WPS Office professional version PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 1200 PID_COMPANY:
PID_CATEGORY:
PID_MANAGER:
PID_PARCOUNT: 0 PID_LINECOUNT: 0 17: 0 PID_PRESFORMAT:
PID_BYTECOUNT: 0 PID_SLIDECOUNT: 0 PID_NOTECOUNT: 0 PID_HIDDENCOUNT: 0
PID_MMCLIPCOUNT: 0 PID_SCALE: false PID_LINKSDIRTY: false 1: 1200 KSOProductBuildVer: 2052-9.1.0.4984

Document Produced In Native Format

Confidential

CBMIE00025787

| 中建材集团进出口公司——2014年度美国业务统计表 | | | | | | |
|---|---|---|---|---|---|---|
| 所属企业 | 产品 | 贸易方式（进口、出口、转口） | 贸易额（单位：万美元/万元/元） | 贸易额各单位小计 | 付款方式 | 业务简介 |
| | | | **（单位：万美元）** | | | |
| 中建材集团进出口公司 | 加拿大石油焦 | 进口 | 744.59 | 4345.31万美元 | 信用证 | 2014年从美商公司（美国企业）进口石油焦 |
| | 加拿大石油焦 | 进口 | 739.20 | | 信用证 | 2014年从美商公司（美国企业）进口石油焦 |
| | 加拿大石油焦 | 进口 | 920.41 | | 信用证 | 2014年从美商公司（美国企业）进口石油焦 |
| | 美国动力煤 | 进口 | 1,046.87 | | 信用证 | 2014年从REX COAL PTE LTD.（新加坡企业）进口动力煤 |
| | 美国动力煤 | 进口 | 894.24 | | 信用证 | 2014年从ITOCHU CORPORATION（日本企业）进口动力煤 |
| 中建材木业有限公司 | 板材 | 转口 | 117.13 | 2335.97万美元 | TT | SIMPSON板材专项 |
| | 原木 | 转口 | 443.79 | | TT | 南方松北美材集装箱原木 |
| | 原木 | 进口 | 1225.86 | | LC | Astoria散船原木 |
| | 板材 | 进口 | 549.19 | | LC | Hampton美国板材 |
| 中建材信息技术有限公司 | 网络产品 | 进口 | 600 | 7380万美元 | TT/LC | 从国外厂商进口货物，经北京、深圳、上海等口岸清关后发往国内用户 |
| | 网络产品 | 进口 | 200 | | TT/LC | 从国外厂商进口货物，经北京、深圳、上海等口岸清关后发往国内用户 |
| | 网络产品 | 进口 | 1700 | | TT/LC | 从国外厂商进口货物，经北京、深圳、上海等口岸清关后发往国内用户 |
| | 医疗器械 | 进口,转口 | 3000 | | TT/LC | 从国外厂商进口货物，经北京、深圳、上海等口岸清关后发往国内用户 |
| | 网络产品 | 进口 | 300 | | TT | 从国外厂商进口货物，经北京、深圳、上海等口岸清关后发往国内用户 |
| | 网络产品 | 进口 | 200 | | TT | 从国外厂商进口货物，经北京、深圳、上海等口岸清关后发往国内用户 |
| | 网络产品 | 进口 | 20 | | TT | 从国外厂商进口货物，经北京、深圳、上海等口岸清关后发往国内用户 |
| | 网络产品 | 进口 | 170 | | TT | 从国外厂商进口货物，经北京、深圳、上海等口岸清关后发往国内用户 |
| | 网络产品 | 进口 | 20 | | TT | 从国外厂商进口货物，经北京、深圳、上海等口岸清关后发往国内用户 |
| | 网络产品 | 进口 | 170 | | TT | 从国外厂商进口货物，经北京、深圳、上海等口岸清关后发往国内用户 |
| | 医疗器械 | 进口 | 1000 | | TT | 从国外厂商进口货物，经北京、深圳、上海等口岸清关后发往国内用户 |
| | | | **（单位：万元）** | | | |
| 上海建浦进出口有限责任公 | 木质家具 | 代理出口 | 7610 | 8930万元 | Fob | 代理出口，每年应诉反倾销税，有优惠汇率，出口客户分散，单笔金额最多在十几万美金左右，较小 |

| 司 | 卧室及非卧室家具 | 代理出口 | 1300 | | Fob | 代理出口，每次出口一个柜子在一万多美金，较小，不需要垫付资金，国外客户就一家 |
|---|---|---|---|---|---|---|
| | 密封圈 | 代理出口 | 20 | | Fob | 代理出口，偶尔出口一两票业务，每单业务1.5万美金左右 |
| | | | **（单位：元）** | | | |
| 中建材国际贸易有限公司 | 胶粘带和保护膜-胶粘带-无离心纸平铝箔胶带 | 01:出口 | 780,243.67 | 3296.24万元 | 国际贸易账号进行收付 | 主要经营(带-无离心纸平铝箔胶带)产品 |
| | 胶粘带和保护膜-胶粘带-布基胶带 | 01:出口 | 769,598.23 | | 国际贸易账号进行收付 | 主要经营(带-布基胶带)产品 |
| | 胶粘带和保护膜-胶粘带-布基胶带 | 02:出口视同内销 | 22,288.33 | | 国际贸易账号进行收付 | 主要经营(带-布基胶带)产品 |
| | 胶粘带和保护膜-胶粘带-双面胶带 | 01:出口 | 305,479.09 | | 国际贸易账号进行收付 | 主要经营(带-双面胶带)产品 |
| | 胶粘带和保护膜-胶粘带-双面胶带 | 02:出口视同内销 | 15,265.88 | | 国际贸易账号进行收付 | 主要经营(带-双面胶带)产品 |
| | 浴室产品和零部件-卫生洁具-座便器 | 02:出口视同内销 | 2,477.87 | | 国际贸易账号进行收付 | 主要经营(生活具-座便器)产品 |
| | 砖瓦构件-瓷砖-玻璃砖 | 01:出口 | 79,452.98 | | 国际贸易账号进行收付 | 主要经营(砖)产品 |
| | 门窗-门窗五金-其他门窗五金部分 | 01:出口 | 7,461.38 | | 国际贸易账号进行收付 | 主要经营(门窗五金部分)产品 |
| | 门窗-锁-家具锁 | 01:出口 | 9,888.16 | | 国际贸易账号进行收付 | 主要经营()产品 |
| | 能源-太阳能和可再生能源-太阳能产品 | 01:出口 | 1,292,936.23 | | 国际贸易账号进行收付 | 主要经营(能源-太阳能产品)产品 |
| | 能源-太阳能和可再生能源-太阳能产品 | 04:转口 | 1,001,249.22 | | 国际贸易账号进行收付 | 主要经营(能源-太阳能产品)产品 |
| | 玻璃纤维-玻璃纤维垫/组织-玻璃纤维垫/组织 | 01:出口 | 636,276.76 | | 国际贸易账号进行收付 | 主要经营(/组织-玻璃纤维垫/组织)产品 |
| | 玻璃纤维-玻璃纤维垫/组织-玻璃纤维垫/组织 | 02:出口视同内销 | 58.53 | | 国际贸易账号进行收付 | 主要经营(/组织-玻璃纤维垫/组织)产品 |
| | 玻璃纤维-玻璃纤维网-玻璃纤维网 | 01:出口 | 16,838.25 | | 国际贸易账号进行收付 | 主要经营(-玻璃纤维网)产品 |
| | 玻璃纤维-玻璃纤维网格带-玻璃纤维网格带 | 01:出口 | 181,719.98 | | 国际贸易账号进行收付 | 主要经营(格带-玻璃纤维网格带)产品 |
| | 玻璃纤维-玻璃纤维纱-玻璃纤维纱 | 01:出口 | 1,256,788.19 | | 国际贸易账号进行收付 | 主要经营(-玻璃纤维纱)产品 |
| | 玻璃纤维-玻璃纤维纱-玻璃纤维纱 | 02:出口视同内销 | 6.28 | | 国际贸易账号进行收付 | 主要经营(-玻璃纤维纱)产品 |
| | 家具摆设-家用，民用家具-卧室家具 | 01:出口 | 96,446.25 | | 国际贸易账号进行收付 | 主要经营(家具-卧室家具)产品 |
| | 玻璃杯-浮法玻璃-浮法玻璃 | 02:出口视同内销 | 44,943.02 | | 国际贸易账号进行收付 | 主要经营(法玻璃)产品 |

| | | | | |
|---|---|---|---|---|
| 玻璃杯-钢化玻璃-钢化玻璃 | 01:出口 | 178,030.62 | 国际贸易账号进行收付 | 主要经营(化玻璃)产品 |
| 五金-金属丝网-钢丝网 | 01:出口 | 16,067.68 | 国际贸易账号进行收付 | 主要经营(网)产品 |
| 绝缘产品-隔热底座-单面铝箔夹筋牛皮纸 | 01:出口 | 90,640.39 | 国际贸易账号进行收付 | 主要经营(单面铝箔夹筋牛皮纸)产品 |
| 灯光照明-LED照明-LED室内照明 | 01:出口 | 15,581.21 | 国际贸易账号进行收付 | 主要经营(-LED室内照明)产品 |
| 机械及设备-工程机械-其它工程机械 | 01:出口 | 259,125.14 | 国际贸易账号进行收付 | 主要经营(-其它工程机械)产品 |
| 机械及设备-建筑机械部件-建筑机械部件 | 01:出口 | 40,963.34 | 国际贸易账号进行收付 | 主要经营(部件-建筑机械部件)产品 |
| 机械及设备-焊接配套用品-焊钳 | 01:出口 | 23,931.93 | 国际贸易账号进行收付 | 主要经营(用品-焊钳)产品 |
| 机械及设备-木工机械-门加工机 | 01:出口 | 72,659.45 | 国际贸易账号进行收付 | 主要经营(-门加工机)产品 |
| 冶金-钢-不锈钢钢材&nbsp | 01:出口 | 375,325.07 | 国际贸易账号进行收付 | 主要经营(nbsp)产品 |
| 冶金-钢-钢卷 | 01:出口 | 1,097,288.02 | 国际贸易账号进行收付 | 主要经营()产品 |
| 冶金-铝材-铝圆片 | 01:出口 | 2,227,478.61 | 国际贸易账号进行收付 | 主要经营()产品 |
| 冶金-铝材-铝卷 | 01:出口 | 1,203,594.44 | 国际贸易账号进行收付 | 主要经营()产品 |
| 冶金-铝材-铝箔 | 01:出口 | 1,777,894.92 | 国际贸易账号进行收付 | 主要经营()产品 |
| 冶金-铝材-供应铝箔 | 01:出口 | 699,863.27 | 国际贸易账号进行收付 | 主要经营()产品 |
| 冶金-铝材-铝板 | 01:出口 | 758,563.71 | 国际贸易账号进行收付 | 主要经营()产品 |
| 冶金-铝材-其它铝 | 01:出口 | 76,937.30 | 国际贸易账号进行收付 | 主要经营()产品 |
| 包装与印刷-填料-礼品盒和袋 | 01:出口 | 22,946.64 | 国际贸易账号进行收付 | 主要经营(品盒和袋)产品 |
| 包装与印刷-填料-礼品盒和袋 | 02:出口视同内销 | 5,257.98 | 国际贸易账号进行收付 | 主要经营(品盒和袋)产品 |
| 管道及管件-管件-钢管 | 01:出口 | 9,411.71 | 国际贸易账号进行收付 | 主要经营(管)产品 |
| 塑料-塑料原料-线性低密聚乙烯 | 03:进口 | 6,905,766.38 | 国际贸易账号进行收付 | 主要经营(低密聚乙烯)产品 |
| 塑料-塑料制品-塑料板材 | 01:出口 | 51,654.90 | 国际贸易账号进行收付 | 主要经营(板材)产品 |

| | | | | |
|---|---|---|---|---|
| 耐火材料-陶瓷纤维制品-陶瓷纤维毯 | 01:出口 | 4,838,296.63 | 国际贸易账号进行收付 | 主要经营(品-陶瓷纤维毯)产品 |
| 耐火材料-陶瓷纤维制品-陶瓷纤维毯 | 02:出口视同内销 | 1,139,464.77 | 国际贸易账号进行收付 | 主要经营(品-陶瓷纤维毯)产品 |
| 耐火材料-陶瓷纤维制品-陶瓷纤维模块 | 01:出口 | 892,289.59 | 国际贸易账号进行收付 | 主要经营(品-陶瓷纤维模块)产品 |
| 耐火材料-耐高温纺织品-玻璃纤维织物 | 02:出口视同内销 | 10,442.71 | 国际贸易账号进行收付 | 主要经营(品-玻璃纤维织物)产品 |
| 耐火材料-耐火砖-粘土砖 | 01:出口 | 248,291.85 | 国际贸易账号进行收付 | 主要经营(土砖)产品 |
| 耐火材料-耐火砖-粘土砖 | 02:出口视同内销 | 386,011.47 | 国际贸易账号进行收付 | 主要经营(土砖)产品 |
| 耐火材料-耐火砖-高铝砖 | 01:出口 | 83,282.46 | 国际贸易账号进行收付 | 主要经营(铝砖)产品 |
| 耐火材料-耐火砖-高铝砖 | 02:出口视同内销 | 682,452.27 | 国际贸易账号进行收付 | 主要经营(铝砖)产品 |
| 耐火材料-耐火砖-保温砖 | 01:出口 | 21,417.37 | 国际贸易账号进行收付 | 主要经营(温砖)产品 |
| 耐火材料-耐火砖-保温砖 | 02:出口视同内销 | 475,994.62 | 国际贸易账号进行收付 | 主要经营(温砖)产品 |
| 砂和石头-天然石材-花岗岩 | 01:出口 | 60,161.66 | 国际贸易账号进行收付 | 主要经营(花岗岩)产品 |
| 砂和石头-天然石材-板岩 | 01:出口 | 275,509.00 | 国际贸易账号进行收付 | 主要经营(板岩)产品 |
| 安全防护-锁具-锁具 | 01:出口 | 204,835.12 | 国际贸易账号进行收付 | 主要经营()产品 |
| 纺织和皮革-家纺成品-地毯 | 01:出口 | 117,567.46 | 国际贸易账号进行收付 | 主要经营(-地毯)产品 |
| 纺织和皮革-家纺成品-地毯 | 02:出口视同内销 | 2,137.50 | 国际贸易账号进行收付 | 主要经营(-地毯)产品 |
| 木材和胶合板-胶合板-胶合板 | 01:出口 | 655,006.08 | 国际贸易账号进行收付 | 主要经营(-胶合板)产品 |
| 防水材料-防水原料-防水卷材和瓦载体 | 01:出口 | 375,996.92 | 国际贸易账号进行收付 | 主要经营(防水卷材和瓦载体)产品 |
| 防水材料-防水原料-防水卷材和瓦载体 | 02:出口视同内销 | 1,263.26 | 国际贸易账号进行收付 | 主要经营(防水卷材和瓦载体)产品 |
| 医药保健-保健产品-保健用品 | 01:出口 | 60,280.32 | 国际贸易账号进行收付 | 主要经营(保健用品)产品 |
| 消费电子-GPS-车载GPS导航仪 | 01:出口 | 1,945.76 | 国际贸易账号进行收付 | 主要经营(载GPS导航仪)产品 |
| 消费电子-GPS-GPS定位器 | 02:出口视同内销 | 1,309.01 | 国际贸易账号进行收付 | 主要经营(PS定位器)产品 |

| | | | | 总计：14061.28万美元 +12226.24万元人民币 | | |
|---|---|---|---|---|---|---|
| | | | | 总计（美元）1.6亿 | | |

| 中建材集团进出口公司——2015年度预计美国业务统计表 | | | |
|---|---|---|---|
| **各单位** | **各单位金额** | **总计** | |
| 中建材集团进出口公司 | 0 | 14463.75万美元+13559.93万元人民币 | 总计（美元）：1.67亿 |
| 中建材木业有限公司 | 7083.75万美元 | | |
| 中建材信息技术有限公司 | 7380万美元 | | |
| 上海建浦进出口有限责任公司 | 10000万元 | | |
| 中建材国际贸易有限公司 | 3559.93万元 | | |