<u>Partial Translation of CNBMFP00045594-45596</u>

<u>CNBMFP00045594</u>

**Introduction of CNBM Forest Products Ltd.**

I. Company Size and Position

CNBM Forest Products Ltd. is subordinate to China National Building Material and Equipment Import and Export Company, and is a wholly owned subsidiary thereof. It is also the only state-owned enterprise among the 122 Central Enterprises under SASAC with the forestry as its principal business. The Forest Products Company was established on July 15, 2010, and currently its registered capital is 100 million yuan. In 2011, the Company invested 500,000 US dollars in New Zealand and established the CNBM International New Zealand Company Limited, for operations of local New Zealand upstream resources; and again in 2013 invested 500,000 US dollars in Canada and established the CNBM International Canada Company Limited, for preparation in furtherance of the North American region's upstream supply chain construction. Up to today since its establishment, the Forest Products Company not only has established 5 representative offices in Shandong, Tianjin, Taicang, Shanghai and Shenzhen, and completed the downstream supply chain sales network from the north to the south with radiation to the whole China's market; but also has preliminarily accomplished the upstream supply chain construction in North America and New Zealand/Australia, which are two regional worldwide principal timber supply markets. As the principal operational body of CNBM international resource section, the Forest Products Company will, through the method of establishment and break-through of supply chain, become the world's mainstream service merchant in the lumber area.

II. Introduction of Company Operations

…

**CONTEMPT**
**Exhibit 102**

**FP: Exhibit 510**

In the area of logs, and up to the end of 2014, the Forest Products (Company) constructed oversea logs supply bases consecutively in the America's southern State of Alabama, the America's western State of Oregon and the Canada's western province of British Columbia.

**CNBMFP00045595**

The State of Alabama in the America's south primarily has the export of American Southern pines, and through the adoption of building joint inventory with the supplier and collaborative management cooperation, to maintain the export business of a 400-container per month. The State of Oregon in the America's west primarily has the export of hemlock and Douglas wooden logs, which are preferred in the domestic market, and the quantity of exportation is mainly concentrated on two main chains: one is the bulk ship export from Astoria Harbor, as estimated to realize 10 to 12 bulk-ship shipments for the whole year of 2015; and the second is the export by container shipment from Tacoma Port, currently with stable business of about 250 containers per month.

…

The building materials wood industry trade limited company introduces in one, company size and localization the building materials wood industry trade limited company subordinates in building materials group import-export company, for its wholly-owned, is in the SAC 122 central enterprises takes the wood industry only as the principal work state-owned business. The wood industry company formally registered the establishment in July 15, 2010, at present the registered capital is 100 million Yuan. The company in 2011 in New Zealand capital 500,000 US dollars, has established the building materials international New Zealand limited company, upstream resources operation for New Zealand locality; Also invested 500,000 US dollars to establish the building materials international Canada limited company in Canada in 2013, deepened the construction to prepare for the North American area's upper extreme supply chain. The establishment until now, the wood industry company not only has set up Shandong, Tianjin, Taicang, Shanghai and Shenzhen five offices in the Chinese native place, completed has radiated the entire Chinese market's downstream supply chain distribution from north to south; Also has initially completed North American and upstream supply chain constructions of new Australian two world lumber supply markets. As building materials international resource tectonic plate's entity, the wood industry company through establishing and making a connection with the way of supply chain, becomes the global lumber domain mainstream service provider.

The company manages introduction company's management project to be divided into the logs and saw log two kinds, gets down subdivides according to the tree seed and habitat for Xum, the American Chinese hemlock, Douglas fir, the New Zealand Monterey pine, the common spruce, the Russian white pine and so on concrete product. All products through overseas import purchase, the majority of building material downward sell through throughout the land the area main dealer, some high-grade high-grade furniture materials to need the customer sale directly.

Log, by the end of 2014, the wood industry one after another has constructed the overseas log support base in Southern United States Alabama and American West Oregon and Canadian West Beisisheng. And Southern United States Alabama is mainly primarily for exporting the American south pine, through adopting builds the approaches to cooperation of stock and coordination management with the overseas supplier, maintains every month the export business of 400 cabinet container logs. The US western Oregon mainly exports the Chinese hemlock and Douglas fir log that domestic market approves, the volume of exports main centralized on two stable service chains. First, the ASTORIA harbor ferry boat export, it is estimated that in 2015 the whole year realizes 10 to 12 ferry boat business volumes; Second, TACOMA harbor container export, present each month stable 250 cabinet business volumes. Is increasingly mature along with the domestic timber trade as well as aggravating of competition, the traditional trade operation form declines gradually. Byâ€ innovation service shape basesâ€ wood industry company, will continue to grasp the entire supply chain administrative mode in 2015, advances the supply chain link spot upwardly , to continue to strengthen the overseas goods delivery and overseas warehousing management, to transport the port loading supervision and chartering to subscribe the cabin (including ferry boat) and other fine management of link, the solidification had three log support bases. Simultaneously the wood industry company will gain the upstream resources in 2015 as the key emphasis, vigorously the evaluation of advancement overseas forest land and standing timber, the supply chain will extend to upstream forest land management, felling delivery, overseas fund settlement and other links, implements the supply chain cost to be in the lead the strategy, further strengthens the log product internally downstream market's competitive power. Sells, the log gives priority to the entire ship sale generally, through makes the import using Canadian Corporation or gathers the domestic cards and cash 50 days to control goods and other ways to realize the pattern by the wood industry to simplify, manages the precise sale, achieves to enter to be quick quickly, does not take the fund.

Saw log, purchases the company mainly through to cooperate with the overseas large-scale lumber supplier and ensure Xum and Chinese hemlock and Douglas fir the stable supply, with the small overseas saw mill cooperation, develops the high added value every month in addition again the high quality wood for funiture. At the same time, the way that receives goods through the Canadian subsidiary company independently externally is establishing the wood industry to have the upstream supply chain. The resources gain way that these conservatively and overlaps positively, has provided the stable upstream resources and nimble resources for the wood industry mixes ability. Downstream, every month the income North American construction material, through handing over dispersing sells in land the dealer in long-term cooperation, to this kind of sale, adopts the meager profit but high turnover, the funds to the way of taking delivery of goods, realizes the stable gross profit and throughout maintains not account receivable. Other high added values' woods for funiture adopt by the pattern that the caging takes,

confirmed that the customer order form backward upstream purchases, the contract confirmed, collects the customer 10~20% earnest money, after the delivery gathers the entire funds sells goods, not account receivable.

The company financial situation showing from October, 2007 from building materials group import and export Shanghai Corporation's lumber services department to 2011, will be to coordinate the higher authority in the past sprints 500 strong operation objectives, the wood industry company has been at with all one's strength the expansion scale stage, the import volume and sales volume promoted in successive years, at the same time in 2011 has also left the stock too high hidden troubles the wood industry brand fired.

In 2012, is to reduce the stock, the wood industry sales volume achieves the historical crest, but also has created not the good financial result.

Hereafter the wood industry changed the management mentality, gives up the thoughtless expansion, takes pursuing profit as the goal, inquires about the advantageous business model and effective mode of administration unceasingly, therefore after 2012, although every year's sales volume reduces, but the gross profit situation becomes stable.

In 2013 the log supply chain makes the wood industry income many, in 2014 because of the log market avalanche, the wood industry stops the supply chain upstream to deliver at the right moment, although cannot continue to enjoy its income of bring, effectively has actually prevented the loss, control supply chain's many kinds of advantage thus it can be seen.

2014 real estate market pieces sang internally fade, under big background that the building materials market environment worsened, the wood industry company has obtained the turning losses into profit good management performance, had proven the wood industry present's business model and mode of administration can definitely adapt to the market shift, but this was the wood industry creates all beginnings.

--- Summary Information ---
1: 1200 PID_TITLE: The building materials wood industry trade limited company introduces
PID_SUBJECT:
PID_AUTHOR: muye-01 PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal.wpt PID_LASTAUTHOR: muye-01 PID_REVNUMBER: 2 PID_CREATE_DTM: Tue Jan 20 10:09: 00 CST 2015 PID_LASTSAVE_DTM: Tue Jan 20 17:59: 10 CST 2015
PID_PAGECOUNT: 1 PID_WORDCOUNT: 0 PID_CHARCOUNT: 0 PID_APPNAME: WPS Office personal version PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 1200 PID_COMPANY:
PID_CATEGORY:
PID_MANAGER:
PID_PARCOUNT: 1 PID_LINECOUNT: 1 17: 0 PID_PRESFORMAT:
PID_BYTECOUNT: 0 PID_SLIDECOUNT: 0 PID_NOTECOUNT: 0 PID_HIDDENCOUNT: 0
PID_MMCLIPCOUNT: 0 PID_SCALE: false PID_LINKSDIRTY: false 1: 1200 KSOProductBuildVer: 2052-9.1.0.4885

中建材木业贸易有限公司简介

一、公司规模及定位

中建材木业贸易有限公司隶属于中建材集团进出口公司，为其全资子公司，也是国资委旗下122家央企中唯一以木业为主业的国有企业。木业公司于2010年7月15日正式注册成立，目前注册资本为10000万元人民币。公司于2011年在新西兰注资50万美元，成立了中建材国际新西兰有限公司，用于新西兰当地的上游资源操作；又于2013年投资50万美元在加拿大成立了中建材国际加拿大有限公司，为北美地区的上端供应链深化建设做准备。成立至今，木业公司不仅在中国本土设立了山东、天津、太仓、上海、深圳五个办事处，完成了由北至南辐射整个中国市场的下游供应链销售网络；又初步完成了北美及新澳两处全球木材主供市场的上游供应链建设。作为中建材国际资源板块的经营主体，木业公司将通过建立并打通供应链的方式，成为全球木材领域的主流服务商。

二、公司经营介绍

公司的经营项目分为原木及锯材两类，下又按树种和产地细分为加松、美国铁杉、花旗松、新西兰辐射松、欧洲云杉、俄罗斯白松等具体产品。所有产品都通过国外进口采购，大部分建筑材料通过全国各地区主要经销商向下销售，少部分高质量高等级家具材料直接向直需客户销售。

原木方面，截止到2014年底，木业相继在美国南部阿拉巴马州、美国西部俄勒冈州和加拿大西部卑斯省建设了海外原木供应基地。其

==中美国南部阿拉巴马州主要以出口美国南方松为主，通过采取与海外供应商共建库存、协同管理的合作方式，保持每月 400 柜集装箱原木的出口业务。美国西部俄勒冈州主要出口国内市场较为认可的铁杉和花旗松原木，出口量主要集中在两条稳定的业务链上。一是 ASTORIA 港口散船出口，预计 2015 年全年实现 10 到 12 条散船业务量；二是 TACOMA 港口集装箱出口，现每月稳定 250 柜业务规模。==

随着国内木材行业日益成熟以及竞争的加剧，传统的贸易操作形式逐渐式微。以"创新业务形态立足"的木业公司，在 2015 年将继续秉持全供应链管理模式，向上推进供应链节点，继续强化海外货物交付、海外仓储管理、起运港装货监管、租船订舱（含散船）等环节的精细管理，固化已有三个原木供应基地。同时木业公司在 2015 年将获取上游资源作为工作重点，大力推进海外林地及立木的研判，将供应链延伸到更加上游的林地管理、砍伐交货、海外资金结算等环节，贯彻供应链成本领先战略，进一步增强原木产品在国内下游市场的竞争力。销售上，原木一般以整船销售为主，通过利用加拿大公司做转口或由木业收取国内证、现金 50 天控货等方式实现模式简化，管理精确的销售，做到快进快出，不占用资金。

锯材方面，采购上公司主要通过与国外大型木材供应商合作，保证加松和铁杉、花旗松每月稳定的供应量，另再与小型国外锯木厂合作，开发高附加值的高品质家具材。同时，也在通过加拿大子公司自主在国外收货的方式建立木业自有上游供应链。这些保守与积极互搭的资源获取方式，为木业提供了稳定的上游资源和灵活的资源调配能

Confidential
CNBMFP00045595

力。下游方面，每月收入的北美建筑材，通过转手给分散在全国各地的长期合作的经销商来销售，对此类销售，采取薄利多销，款到提货的方式，实现稳定毛利并始终保持无应收账款。其它高附加值的家具材采取以销定采的模式，确认客户订单后向上游采购，合同确认后收取客户 10~20%的保证金，货到收取全款后放货，无应收账款。

三、公司以往财务情况说明

从 2007 年 10 月由中建材集团进出口上海公司的木材事业部到 2011 年，为配合上级冲刺 500 强的经营目标，木业公司一直处于全力扩张规模的阶段，进口量及销售额连年提升，将木业品牌打响的同时也在 2011 年埋下了库存过高的隐患。

2012 年，为降低库存，木业的销售量达到历史顶峰，但同时也造成了不好的财务结果。

此后木业改变了经营思路，放弃盲目扩张，以追求利润为目标，不断探寻有利的经营模式和有效的管理方式，因而 2012 年后虽每年的销售量减少，但毛利情况趋稳。

2013 年原木供应链让木业收益颇丰，2014 年因原木市场崩塌，木业适时止住供应链上游产出，虽未能继续享有其带来的收益，却有效阻止了亏损，掌控供应链的多种好处由此可见。

2014 在国内房地产市场一片唱衰，建材市场环境恶化的大背景下，木业公司取得了扭亏为盈的良好经营成果，证明了木业现在的经营模式和管理方式完全能够适应市场变化，而这便是木业创造一切的开端。

Confidential
CNBMFP00045596