Partial Translation of CNBMFP00001663

Page 1

# CNBM FOREST PRODUCT CANADA LTD.

## CONTRACTS STATUS CHECK

| No. | Business section | Business procedure | Corresponding document | CNBMCA 001 | CNBMCA 007 | CNBMCA 008 | CNBMCA 009 | CNBMCA 010 | CNBMCA 011 | CNBMCA 012 | CNBMCA 013 | CNBMCA 014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PC Southern Pine | SIMPSON Q3 | SFP Southern Pine | SFP Southern Pine | MILLT North America Timber | SFP Southern Pine | SFP Southern Pine | TRAPA Southern Pine | SFP Southern Pine |
| 1 | Upstream purchase contract | | | | | | | | | | | |
| | | Contract signature and submission | Purchase contract | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| | | Terms of payment | Purchase contract | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| 2 | Downstream sales contract | | | | | | | | | | | |
| | | Contract signature and submission | Sales contract | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| | | Terms of payment | Sales contract | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| | | Terms of payment | Letter of credit | √ | T/T | √ | √ | √ | √ | √ | Pending | Pending |
| 3 | Business fund arrangement | | | | | | | | | | | |
| | | Fund arrangement | Cash flow schedule | √ | √ | √ | √ | √ | √ | √ | | √ |
| 4 | Implementation of purchase contract | | | | | | | | | | | |
| | | Payment | Invoice | √ | Pending | √ | Pending | √ | | | | |
| | | Entering the warehouse | Truck maniest | √ | | √ | | √ | | | | |

CONTEMPT Exhibit 103

FP: Exhibit 511

1

| | Implementation of sales contract | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | Booking of container space | Booking confirmation | √ | √ | √ | √ | √ | | | | |
| | | Loading of containers | Loading plan | √ | √ | √ | √ | √ | | | | |
| | | Shipping containers | Bills of lading | √ | √ | Pending | Pending | √ | | | | |
| | | Document presentation/ negotiation | Invoice | √ | | | | √ | | | | |
| | | Domestic acceptance | Entering the Wells Fargo account | √ | | | | | | | | |
| 6 | Implementation feedback | | | | | | | | | | | |
| | | Implementation feedback | Table of business | | | | | | | | | |

<u>Note: Those marked in yellow are shipped in batches, partly completed.</u>

…

**Page 7**

| Amount of trade | (Export of the Canada Company) | $1,092,943.00 |
|---|---|---|
| Volume of trade | (Export of the Canada Company) | 6050.94 |
| Number of orders | Purchase of the Canada Company | 14970.00 |
| | Sales of the Canada Company | 13170.00 |
| Letter of credit | Number of LC received | 7 |
| | Cumulated amount of LC received | $1,668,150.00 |
| Estimated scale in Q3 | | $2,720,300.00 |
| Estimated scale at the end of the year | | $5,440,600.00 |
| 10-Oct | 22-Aug | |

Sheet1

South CNBM FOREST PRODUCT CANADA LTD CONTRACTS STATUS CHECK serial number service link operation flow correspondence document CNBMCA001 CNBMCA002 CNBMCA003 CNBMCA004 CNBMCA005 CNBMCA006 CNBMCA007 CNBMCA008 CNBMCA009 CNBMCA010 CNBMCA011 CNBMCA012 CNBMCA013 CNBMCA014 CNBMCA012 CNBMCA006 PC south pine SFP south pine SFP south pine TRAPA south pine SIMPSON Q2 SFP south pine SIMPSON Q3 SFP south pine SFP south pine MILLT North America material SFP south pine SFP south pine TRAPA south pine SFP south pine SFP south pine SFP the pine 1 upstream procurement contract signs the newspaper procurement contract √ √ √ √ √ √ √ √ √ √ √ √ √ CONFIRMED √ the payment provision procurement contract √ √ √ √ √ √ √ √ √ √ √ √ √ √ 2 downstream sales contract signs the newspaper sales contract √ √ √ √ √ √ √ √ √ √ √ √ √ √ √ the settlement term sales contract √ √ √ √ √ √ √ √ √ √ √ √ √ √ √ the settlement term letter of credit √ √ √ √ √ √ T/T √ √ √ √ PENDING PENDING PENDING √ 3 service capital arrangement capital arrangement cash flow planning charts √ √ √ √ √ √ √ √ √ √ √ √ √ 4 procurement contract executions to pay INVOICE √ √ √ √ √ √ PENDING √ PENDING √ √ warehousing TRUCK MANIEST √ √ √ √ √ √ √ √ 5 sales contract executions The container subscribes cabin BOOKING CONFRIMATION √ √ √ √ √ √ √ √ √ √ container packing LOADING PLAN √ √ √ √ √ √ √ √ √ √ the container to deliver goods BILLS OF LADING √ √ √ √ √ √ √ PENDING PENDING √ √ invoice negotiation INVOICE √ √ √ √ √ √ √ the home to accept WELLS FARGO to deposit √ √ √ √ √ √ Pending 6 operational practice feedback operational practice feedback service table note: The yellow ships out in turn, carries out part.
SUMMARY SERIAL # CONTRACT # CONTRCT DATE VOLUME UNIT PRICE AMOUNT Delivered Volume PAID AMOUNT SOLD VOLUME NEGOTIATED AMOUNT 14CNBMCA001 CNBM 2014-1GS 24-Apr * 2,000 $138.00 $276,000.00 2045.935 net 2101.509 gross $206,706.12 270.774 $38,050.68 14CNBMCA002 SFP-CHN-14-08 22-Apr * 600 $141.00 $84,600.00 641.609 $90,466.87 641.609 $91,315.09 14CNBMCA003 SFP-CHN-14-09 22-Apr * 1,200 $146.00 $175,200.00 1181.636 $172,518.86 1181.636 $174,079.30 14CNBMCA004 XB 504 22-Apr * 850 $142.00 $120,700.00 532.925 $73,837.53 532.925 $69,113.27 14CNBMCA005 SIMPSON Q2 22-Apr * 2,800 $220.00 $616,000.00 3019.543 $625,197.82 2978.22 $641,707.09 14CNBMCA006 SFP-CHN-14-12 10-Jun * 450 $143.00 $64,350.00 445.776 $63,745.97 445.776 $65,424.85 14CNBMCA007 SIMSPON Q3 5-Jul * 2,500 $523,000.00 $513,220.63 2481.899 0.0 14CNBMCA009 SFP-CNBM-14-01 8-Jul * 1,500 $125.00 $187,500.00 $40,932.25 327.458 0.0 QINGDAO 14CNBMCA008 SFP-CNBM-14-02 8-Jul * 3,000 $125.00 $375,000.00 2526.513 $315,814.50 2546.516 $323,926.41 YANTIAN 14CNBMCA010 14MW-CNBM0711A 11-Jul * 70 $59,800.00 70.020 $64,641.60 70.020 $66,074.00 YANTIAN 14CNBMCA011 SFP-CNBM-14-03 22-Jul * 6,000 122 1/2 $735,000.00 $146,920.86 382.802 0.0 XINGANG A30, 5.9M 14CNBMCA012 SFP-CNBM-14-04 7-Aug * 1,500 $125.00 $187,500.00 $169,176.25 1353.305 0.0 YANTIAN 3.9M 5.9M, 30+ 14CNBMCA013 XB 513 11-Aug * 1,100 81 $89,100.00 0.0 1198.728 0.0 CHANGSHU 14CNBMCA014 SFP-CNBM-14-05 14-Aug * 4,500 125 $562,500.00 $245,226.25 60.000 0.0 YANTIAN 3.9M 5.9M 30+ 14CNBMCA015 14MW-CNBM0829A 29-Aug * 52 963 $50,076.00 $48,265.56 50.120 0.0 XINGANG LEI 14CNBMCA016 WW0905 5-Sep * 1,040 970 $1,008,800.00 $128,241.60 132.180 0.0 XINGANG LEI 14CNBMCA017 SFP-CNBM-14-06 17-Sep * 10,000 129 $1,290,000.00 0.0 0.000 0.0 LONGKOU CHRIS 14CNBMCA018 14MW-CNBM0923A 23-Sep * 150 950 $142,500.00 $42,750.00 25.000 0.0 YANTIAN PAUL 0.0 0.000 0.0 0.0 0.000 0.0 PAYING DETAILS REFERENCE # # SUPPLIER CONRACT # INVOICE # INVOICE DATE DUE DATE PAID DATE AMOUNT SUPPROTING DOCUMENTS COMMENT 14CNBMCA001 1 PLUM CREEK CNBM 2014-1GS 5082014 9-May PAID $50,000.00 N/A FOB LOG PREPAY

14CNBMCA002 1 SOUTHERN FOREST PRODUCTS SFP-CHN-14-08 1100 9-May 9-May PAID $90,466.87 LOADING PLAN CFR 14CNBMCA003 1 SOUTHERN FOREST PRODUCTS SFP-CHN-14-09 1099 9-May 9-May PAID $172,518.86 LOADING PLAN CFR 14CNBMCA001 2 PLUM CREEK-sfp CNBM 2014-1GS 1101 12-May PAID $63,495.00 N/A FOB HANDLING CHARGE 45% PREPAY (1700CBM) 14CNBMCA005 1 DELTA-simpson Q2 CNBM0520 20140601 3-Jun PAID $85,115.81 N/A SIMPSON Q2 LUMBER 14CNBMCA001 3 PLUM CREEK-sfp CNBM 2014-1GS 1103 3-Jun PAID $14,996.03 SCALING REPORT FOB HANDLING CHARGE EXTRA VOLUME 14CNBMCA001 4 PLUM CREEK-sfp CNBM 2014-1GS 1104 8-Jun PAID $12,632.09 LOADING PLAN QINGDAO HANGDLING CHARGE 14CNBMCA005 2 LAUFER GROUP INTERNATIONAL CNBM0520 L06-005243-3 10-Jun PAID $5,925.00 BILLS OF LADING EGLV441472795/5 CONTRS XINGANG 14CNBMCA001 5 PLUM CREEK CNBM 2014-1GS 603214 9-Jun 17-Jun PAID $65,583.00 SCALING REPORT PLUM CREEK LOG BALANCE 14CNBMCA005 3 DELTA-simpson Q2 CNBM0520 140603 14-Jun PAID $95,484.38 INVOICES SIMPSON Q2 LUMBER 14CNBMCA004 1 TRAPA XB 504 L-4881 18-Jun 28-Jun PAID $24,934.85 INVOICES TRAPA SYP 1ST SHIPMENT LOG COST 14CNBMCA004 2 TRAPA-tmx XB 504 10-228567-1 16-Jun PAID $10,430.00 BILLS OF LADING TRAPA SYP 1ST SHIPMENT OCEAN FREIGHT 14CNBMCA005 4 DELTA-simpson Q2 CNBM0520 140604 20-Jun PAID $102,301.06 INVOICES SIMPSON Q2 LUMBER 14CNBMCA005 5 LAUFER GROUP INTERNATIONAL CNBM0520 L06-005273-1 20-Jun PAID $17,625.00 BILLS OF LADING 441906331/15 CONTRS OCEAN FREIGHT 14CNBMCA006 1 SOUTHERN FOREST PRODUCTS SFP-CHN-14-12 1110 24-Jun PAID $63,745.97 LOADING PLAN 15 CONTRS TO JINGTANG 14CNBMCA005 6 DELTA-simpson Q2 CNBM0520 140604 26-Jun PAID $208,800.00 INVOICES SIMPSON Q2 LUMBER PLUS 15 XINGANG 14CNBMCA004 3 TRAPA XB 504 L-4886 27-Jun 7-Jul PAID $2,614.67 INVOICES TRAPA SYP 2ND SHIPMENT LOG COST 14CNBMCA004 4 TRAPA-tmx XB 504 10-228431-1 23-Jun 14-Jul PAID $1,505.00 BILLS OF LADING TRAPA SYP 2ND SHIPMENT OCEAN FREIGHT 14CNBMCA005 7 LAUFER GROUP INTERNATIONAL CNBM0520 L06-005290-1 1-Jul PAID $23,550.00 BILLS OF LADING SIMPSON Q2/20 CONTRS OCEAN FREIGHT 14CNBMCA005 8 DELTA-simpson Q2 CNBM0520 140605 2-Jul PAID $62,621.57 INVOICES SIMPSON Q2 LUMBER PLUS 20 XINGANG 14CNBMCA005 9 LAUFER GROUP INTERNATIONAL CNBM0520 L06-005303-1 3-Jul PAID $23,550.00 BILLS OF LADING SIMSPSON Q2/20 CONTRS OCEAN FREIGHT 14CNBMCA004 5 TRAPA XB 504 L-4893 10-Jul 20-Jul PAID $23,923.01 INVOICES TRAPA SYP 3RD SHIPMENT LOG COST 14CNBMCA004 6 TRAPA-tmx XB 504 10-231388-1 30-Jun 21-Jul PAID $10,430.00 BILLS OF LADING TRAPA SYP 3RD SHIPMENT OCEAN FREIGHT 14CNBMCA005 10 LAUFER GROUP INTERNATIONAL CNBM0520 L06-00590-2 9-Jul 9-Jul PAID $225.00 INVOICES CUSTOMS CHECK FEE 14CNBMCA008 1 SOUTHERN FOREST PRODUCTS SFP-CNBM-14-02 1114 11-Jul PAID $101,071.25 INVOICES SFP 25 CONTRS YANTIAN 14CNBMCA008 2 SOUTHERN FOREST PRODUCTS SFP-CNBM-14-02 1116 25-Jul PAID $150,503.75 INVOICES SFP 40 CONTRS YANTIAN 14CNBMCA010 1 MIILLWOOD TIMEBER 14MW-CNBM0711A 14MW-CNBM0711A.01 11-Jul PAID $16,596.00 INVOICES MW 12 CONTRS YANTIAN DOWN PAYMENT 14CNBMCA007 1 SIMPSON Q3 CNBM140705 140606 29-Jul PAID $26,688.96 INVOICES SIMPSON Q3 LUMBER 14CNBMCA007 2 SIMPSON Q3 CNBM140705 140607 30-Jul PAID $45,355.97 INVOICES SIMPSON Q3 LUMBER 14CNBMCA007 3 SIMPSON Q3 CNBM140705 140608 31-Jul PAID $45,229.54 INVOICES SIMPSON Q3 LUMBER 14CNBMCA007 4 SIMPSON Q3 CNBM140705 140609 4-Aug PAID $36,764.93 INVOICES SIMPSON Q3 LUMBER 14CNBMCA008 3 SOUTHERN FOREST PRODUCTS SFP-CNBM-14-02 1118 4-Aug PAID $64,239.50 INVOICES SFP 17 CONTRS YANTIAN 14CNBMCA007 5 SIMPSON Q3 CNBM140705 140610 6-Aug PAID $70,984.80 INVOICES SIMPSON Q3 LUMBER 14CNBMCA007 6 SIMPSON Q3 CNBM140705 140611 6-Aug PAID $43,589.09 INVOICES SIMPSON Q3 LUMBER 14CNBMCA009 1 SOUTHERN FOREST PRODUCTS SFP-CNBM-14-01 1119 8-Aug PAID $40,932.25 INVOICES SFP 11 CONTRS QINGDAO 14CNBMCA010 2 MIILLWOOD TIMEBER 14MW-CNBM0711A 14MW-CNBM0711A.01 7-Aug PAID $48,045.60 INVOICES/BL MW 12 CONTRS YANTIAN BALANCE PAYMENT 14CNBMCA007 7 SIMPSON

Q3 CNBM140705 140612 8-Aug PAID $54,086.98 INVOICES SIMPSON Q3 LUMBER 14CNBMCA014 1 SOUTHERN FOREST PRODUCTS SFP-CNBM-14-05 5308 25-Aug PAID $19,146.30 INVOICES YANTIAN 10 CONTAINERS 14CNBMCA014 2 TMX SHIPPING SFP-CNBM-14-05 20-080609-1 26-Aug PAID $13,853.70 INVOICES YANTIAN 10 CONTAINERS OCEAN FREIGHT 14CNBMCA014 3 SOUTHERN FOREST PRODUCTS SFP-CNBM-14-05 5309 25-Aug PAID $50,000.00 INVOICES YANTIAN 40 CONTAINERS PREPAY 14CNBMCA011 1 SOUTHERN FOREST PRODUCTS SFP-CNBM-14-03 1120 2-Sep PAID $35,350.25 INVOICES XINGANG 10 CONTAIENRS 14CNBMCA007 8 SIMPSON Q3 CNBM140705 140613 29-Aug PAID $44,087.62 INVOICES SIMPSON Q3 LUMBER 14CNBMCA014 4 TMX SHIPPING SFP-CNBM-14-05 20-080644-1 5-Sep PAID $66,299.35 YANTIAN 49 CONTAINERS OCEAN FREIGHT 14CNBMCA014 5 SOUTHERN FOREST PRODUCTS SFP-CNBM-14-05 5 4-Sep PAID $95,926.90 YANTIAN 49 CONTAINERS 14CNBMCA007 9 SIMPSON Q3 CNBM140705 140614 8-Sep PAID $25,544.26 SIMPSON Q3 LUMBER 14CNBMCA007 10 SIMPSON Q3 CNBM140705 L06-00546-1 9-Sep PAID $23,550.00 SIMPSON Q3 /20 CONTAINERS FREIGHT 14CNBMCA007 10 SIMPSON Q3 CNBM140705 140615 16-Sep PAID $28,454.11 SIMPSON Q3 LUMBER 14CNBMCA015 1 MIILLWOOD TIMEBER 14MW-CNBM0829A 14MW-CNBM0829A.01 13-Sep PAID $48,265.56 MW 10 CONTAINERS XINGANG 14CNBMCA007 11 SIMPSON Q3 CNBM140705 140616 19-Sep PAID $33,484.37 SIMPSON Q3 LUMBER 14CNBMCA011 2 SOUTHERN FOREST PRODUCTS SFP-CNBM-14-03 11 18-Sep PAID $24,822.83 INVOICES XINGANG 40 CONTAIENRS/BESSEMER LOG 14CNBMCA011 3 TMX SHIPPING SFP-CNBM-14-03 20-080719-1 18-Sep PAID $54,328.58 INVOICES XINGANG 40 CONTAIENRS/BESSEMER RATES 14CNBMCA007 12 SIMPSON Q3 CNBM140705 L06-005461-1 19-Sep PAID $11,800.00 INVOICES SIMPSON Q3 LUMBER/10 CONTAINERS FREIGHT 14CNBMCA016 1 WESTERNWOOD WW0905 YCH395521 24-Sep PAID $128,241.60 INVOICES XINGANG 25 CONTAINERS 14CNBMCA018 1 MILLWOOD TIMBER 14MW-CNBM0923A 14MW-CNBM0923A.01 23-Sep PAID $42,750.00 INVOICES 30 CONTAINERS PREPAY 14CNBMCA011 4 SOUTHERN FOREST PRODUCTS SFP-CNBM-14-03 15 18-Sep PAID $18,632.91 INVOICES XINGANG 10 CONTAIENRS/BESSEMER LOG 14CNBMCA011 5 TMX SHIPPING SFP-CNBM-14-03 20-081043-1 18-Sep PAID $13,786.29 INVOICES XINGANG 10 CONTAIENRS/BESSEMER RATES 14CNBMCA007 13 SIMPSON Q3 CNBM140705 L06-005474-1 28-Sep $11,800.00 INVOICES SIMPSON Q3 LUMBER/10 CONTAINERS FREIGHT 14CNBMCA007 14 SIMPSON Q3 CNBM140705 L06-005496-1 6-Oct $11,800.00 INVOICES SIMPSON Q3 LUMBER/10 CONTAINERS FREIGHT 14CNBMCA012 1 SOUTHERN FOREST PRODUCTS SFP-CNBM-14-04 15 18-Sep $100,723.80 INVOICES YANTIAN 50 CONTAIENRS/BESSEMER LOG 14CNBMCA012 2 TMX SHIPPING SFP-CNBM-14-04 20-081043-1 18-Sep $68,452.45 INVOICES YANTIAN 50 CONTAIENRS/BESSEMER RATES SELL CONTACT # VOLUME UNIT PRICE AMOUNT PORT LC LC BANK LC TERM LC # LC DATE LC LSD SHIPPED VOLUME SHIPPED AMOUNT COMMENT CNBM140422 1500 $143.00 $214,500.00 YANTIAN C&D GUANGZHOU CITIC BANK AT SIGHT 5100LC1400866 5/7/14 6/30/14 1174.534 $167,978.36 CNBM140421 300 $143.00 $42,900.00 QINGDAO XIAMEN ITG CCB 90 DAYS AFTER B/L 85022010036342 4/30/14 6/30/14 270.774 $38,720.68 CNBM140423 1500 $148.00 $222,000.00 JINGTANG CHINALIGHT EVERBRIGHT 90 DAYS AFTER B/L LC3500141002AH 5/26/14 6/30/14 1627.412 $240,856.98 CNBM0520 2800 $617,250.00 XINGANG CNBM BEIJING CCB 90 DAYS 32917010003467 6/3/14 7/25/14 2978.22 $645,387.78 CNBM140623 1500 $129.00 $193,500.00 YANTIAN XIAMEN BNBMG CCB 60 DAYS 85047010004378 7/10/14 8/31/14 2546.516 $325,920.56 PAUL CNBM140630 6000 $126.00 $756,000.00 XINGANG XIAMEN CCRE BOC 90 DAYS LC09957614003016 7/17/14 9/15/14 382.802 $37,225.25 LEI CNBM140701 70 $950.00 $66,500.00 YANTIAN TEAMMAY FUNITURE CMB AT SIGHT 769LC1400161 7/17/14 8/31/14 70.02 $66,519.00 PAUL CNBM140705 2500 $523,000.00 XINGANG CNBM SHANGHAI T/T T/T 2481.899 $525,938.86 DEVIN CNBM140624 3000 $126.00 $378,000.00 QINGDAO SHANGHAI MAI LIN COMMBANK 90 DAYS LCB0360201402675 7/11/14 8/15/14 327.458 $41,259.71 PAUL CNBM140729 1500 $128.00 $192,000.00 YANTIAN SHANGHAI MAI LIN COMMBANK AT SIGHT LCB0360201403092 8/18/14 9/30/14 1353.305

Page 3 CNBMFP00001663

5

$173,223.04 LEI CNBM140820 1100 $136.00 $149,600.00 CHANGSHU XIAMEN SUPERCHAIN 90 DAYS 1198.728 $163,027.01 PAUL CNBM140811 280 $960.00 $268,800.00 SHANGHAI TBA 90 DAYS 0 0.0 TONG CNBM140814 4500 $128.00 $576,000.00 YANTIAN SHANGHAI MAI LIN COMMBANK AT SIGHT LCB0360201403196 8/28/14 10/31/14 60 $6,272.00 LEI CNBM140901 1090 $980.00 $1,068,200.00 XINGANG SHANGHAI KEERUN BOC 90 DAYS LC0608914001504 9/19/14 11/15/14 182.3 $178,654.00 CNBM140922 150 $980.00 $147,000.00 YANTIAN XIAMEN BNBMG 60 DAYS 25 0.0 SHIPMENT DETAILS CONTRACT # BL # ETD ETA DESTINATION VOLUME INVOICE # REMARKS INVOICE AMOUNT COURIER COST ORIGINALS OUT WF NEGOTIATED AMOUNT SERIAL # CNBM140423 MSCUO116143 16-May 14-Jul JINGTANG 1181.636 CNBM140423A SYP LOGS [$USD] 174,882.13 [CAD] 54.25 6/5/14 [$USD] 174,079.30 14CNBMCA003 CNBM140422 ZIMUSAV170438 14-May 27-Jun YANTIAN 641.60900000000004 CNBM140422A SYP LOGS [$USD] 91,750.09 [CAD] 54.25 6/5/14 [$USD] 91,315.09 14CNBMCA002 CNBM140422 ZIMUSAV170906 16-Jun 30-Jul YANTIAN 260.63400000000001 CNBM140422B SYP LOGS [$USD] 37,270.66 [CAD] 60.30 6/27/14 [$USD] 36,955.66 14CNBMCA004 CNBM140422 ZIMUSAV171077 23-Jun 11-Aug YANTIAN 29.541 CNBM140422C SYP LOGS [$USD] 4,244.36 [CAD] 25.82 7/8/14 [$USD] 3,909.36 14CNBMCA004 CNBM140422 ZIMUSAV171185 30-Jun 18-Aug YANTIAN 242.75 CNBM140422D SYP LOGS [$USD] 34,713.25 [CAD] 28.00 7/15/14 [$USD] 28,248.25 14CNBMCA004 CNBM140421 ZIMUSAV170851 11-Jun 25-Jul QINGDAO 270.774 CNBM140421A SYP LOGS [$USD] 38,720.68 [CAD] 60.35 6/27/14 [$USD] 38,050.68 14CNBMCA001 CNBM0520 EGLV441472795 12-Jun 3-Jul XINGANG 246.72399999999999 CNBM0520A SIMPSON LUMBER [$USD] 53,510.56 [CAD] 28.00 6/19/14 [$USD] 52,840.56 14CNBMCA005 CNBM0520 EGLV441906331 26-Jun 19-Jul XINGANG 754.58199999999999 CNBM0520B SIMPSON LUMBER [$USD] 164,356.12 [CAD] 25.82 7/8/14 [$USD] 163,497.85 14CNBMCA005 CNBM0520 EGLV441911121 3-Jul 2-Aug XINGANG 992.28200000000004 CNBM0520C SIMPSON LUMBER [$USD] 218,302.04 [CAD] 28.00 [$USD] 217,178.47 14CNBMCA005 CNBM0520 441911131 10-Jul 2-Aug XINGANG 984.63199999999995 CNBM0520D SIMPSON LUMBER [$USD] 209,219.06 [CAD] 26.25 [$USD] 208,190.21 14CNBMCA005 CNBM140423 MSCUUO041067 25-Jun 8-Aug JINGTANG 445.77600000000001 CNBM140423B SYP LOGS [$USD] 65,974.85 [CAD] 28.00 [$USD] 65,424.85 14CNBMCA006 CNBM140623 SAV040387 16-Jul 7-Sep YANTIAN 808.57 CNBM140623A SYP LOGS [$USD] 104,305.53 [CAD] 51.64 [$USD] 103,635.53 14CNBMCA008 CNBM140701 442027462 7-Aug 3-Sep YANTIAN 70.02 CNBM140701A NA LOGS [$USD] 66,519.00 [CAD] 51.64 8/25/14 [$USD] 66,074.00 14CNBMCA010 CNBM140623 ORF561209 30-Jul 21-Sep YANTIAN 1204.03 CNBM130623B SYP LOGS [$USD] 155,319.87 USD 33.56 9/4/14 [$USD] 154,545.72 14CNBMCA008 CNBM140705 442109631 4-Sep 27-Sep XINGANG 993.47699999999998 CNBM140705A SIMPSON LUMBER [$USD] 210,393.40 [CAD] 92.25 TT 14CNBMCA007 CNBM140705 442109522 18-Sep 11-Oct XINGANG 498.44099999999997 CNBM140705B SIMPSON LUMBER [$USD] 105,669.49 [CAD] 0.00 TT 14CNBMCA007 CNBM140705 442109622 25-Sep 18-Oct XINGANG 494.15899999999999 CNBM140705C SIMPSON LUMBER [$USD] 104,761.71 TT 14CNBMCA007 CNBM140705 442109623 4-Oct 26-Oct XINGANG 495.822 CNBM140705D SIMPSON LUMBER [$USD] 105,114.26 14CNBMCA007 CNBM140623 GTN95199 7-Aug 28-Sep YANTIAN 513.91600000000005 CNBM140623C SYP LOGS [$USD] 66,295.16 [CAD] 51.42 9/17/14 [$USD] 65,745.16 14CNBMCA008 CNBM140624 GTN95409 13-Aug 28-Sep QINGDAO 296.06200000000001 CNBM140624A SYP LOGS [$USD] 37,303.81 [CAD] 25.71 9/18/14 14CNBMCA009 CNBM140814 038CHS1000368 27-Sep 26-Nov YANTIAN 9 CNBM140814A SYP LOGS [$USD] 1,152.00 14CNBMCA014 CNBM140814 038CHS1000368A 2-Oct 17-Nov YANTIAN 1 14CNBMCA014 CNBM140820 XB513 23-Aug 22-Oct CHANGSHU 630.52200000000005 CNBM140820A SYP LOGS [$USD] 85,750.99 14CNBMCA013 CNBM140820 XB513 4-Sep 29-Oct CHANGSHU 280.55799999999999 CNBM140820B SYP LOGS [$USD] 38,155.89 14CNBMCA013 CNBM140814 038CHS1000365 27-Sep 26-Nov YANTIAN 40 CNBM140814B SYP LOGS [$USD] 5,120.00 14CNBMCA014 CNBM140814

038CHS1000365A 2-Oct 17-Nov YANTIAN 10 14CNBMCA014 CNBM140630 GTN96019 28-Aug 7-Nov XINGANG 282.80200000000002 CNBM140630A SYP LOGS [$USD] 35,350.25 14CNBMCA011 CNBM140901 EGLV44194362 10-Sep 5-Oct XINGANG 50.12 CNBM140901A NA LOGS [$USD] 49,117.60 [CAD] 51.42 9/24/14 14CNBMCA015 CNBM140820 XB513 15-Sep 5-Nov CHANGSHU 287.64800000000002 CNBM140820C SYP LOGS [$USD] 39,120.13 14CNBMCA013 CNBM140624 GTN95409A 13-Aug 28-Sep QINGDAO 31.396000000000001 CNBM140624A SYP LOGS [$USD] 3,955.90 [CAD] 25.71 9/18/14 14CNBMCA009 CNBM140901 YCH395521 2-Oct 28-Oct XINGANG 132.18 CNBM140901B NA LOGS [$USD] 129,536.40 14CNBMCA016 CNBM140630 038CHS1000371 27-Sep 28-Nov XINGANG 15 CNBM140630A SYP LOGS [$USD] 1,875.00 14CNBMCA011 CNBM140630 038CHS1000371A 2-Oct 17-Nov XINGANG 25 CNBM140630B 14CNBMCA011 CNBM140729 038CHS1173584 3-Oct 5-Dec YANTIAN 1353.3050000000001 CNBM140729A SYP LOGS [$USD] 173,223.04 14CNBMCA012 CNBM140623 038CHS1177521 15-Oct 12-Dec YANTIAN 20 CNBM140623D SYP LOGS 14CNBMCA008 CNBM140630 038CHS1177563 1-Oct XINGANG 10 CNBM140630C SYP LOGS 14CNBMCA011 CNBM140922 10-Oct YANTIAN 25 CNBM140922A NA LOGS 14CNBMCA018 CNBM140630 038CHS1177614 17-Oct 12-Dec XINGANG 50 CNBM140630D 14CNBMCA011 Sheet2 trade amounts (Canadian Corporation export) $1,092,943.00 volumes of trade (Canadian Corporation export) 6050.94 order form quantity Canada Corporation purchase 14970.00 Canadian Corporation to sell 13170.00 letters of credit to receive the LC quantity 7 to receive the LC amount $1,668,150.00 to estimate the Q3 scale $2,720,300.00 estimates by the end of the year scale $5,440,600.00 10-Oct 22-Aug 49

Created: Mon May 12 12:33: 00 CST 2014 Creator: Daniel McDeng LastPrinted: Fri Aug 15 03:15: 53 CST 2014 Modified: Tue Oct 07 16:28: 38 CST 2014

 --- Extended properties ---
Application: Microsoft Excel AppVersion: 15.0300 Company: DocSecurity: 0

 --- Custom properties ---

Document Produced In Native Format

## CNBM FOREST PRODUCT CANADA LTD
## CONTRACTS STATUS CHECK

| 编号 | 业务环节 | 业务流程 | 对应文件 | CNBMCA001 PC南方松 | CNBMCA007 SIMPSON Q3 | CNBMCA008 SFP南方松 | CNBMCA009 SFP南方松 | CNBMCA010 MILLT北美材 | CNBMCA011 SFP南方松 | CNBMCA012 SFP南方松 | CNBMCA013 TRAPA南方松 | CNBMCA014 SFP南方松 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 上游采购合同 | | | | | | | | | | | |
|   | | 合同签报 | 采购合同 | √ | √ | √ | √ | √ | √ | √ | √ | √ |
|   | | 付款条款 | 采购合同 | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| 2 | 下游销售合同 | | | | | | | | | | | |
|   | | 合同签报 | 销售合同 | √ | √ | √ | √ | √ | √ | √ | √ | √ |
|   | | 支付条款 | 销售合同 | √ | √ | √ | √ | √ | √ | √ | √ | √ |
|   | | 支付条款 | 信用证 | √ | T/T | √ | √ | √ | √ | √ | PENDING | PENDING |
| 3 | 业务资金安排 | | | | | | | | | | | |
|   | | 资金安排 | 现金流计划表 | √ | √ | √ | √ | √ | √ | √ | | √ |
| 4 | 采购合同执行 | | | | | | | | | | | |
|   | | 支付 | INVOICE | √ | PENDING | √ | PENDING | √ | | | | |
|   | | 入库 | TRUCK MANIEST | √ | | √ | | √ | | | | |
| 5 | 销售合同执行 | | | | | | | | | | | |
|   | | 集装箱订舱 | BOOKING CONFRIMATION | √ | √ | √ | √ | √ | | | | |
|   | | 集装箱装箱 | LOADING PLAN | √ | √ | √ | √ | √ | | | | |
|   | | 集装箱发货 | BILLS OF LADING | √ | √ | PENDING | PENDING | √ | | | | |
|   | | 交单议付 | INVOICE | √ | | | | √ | | | | |
|   | | 国内承兑 | WELLS FARGO入账 | √ | | | | | | | | |
| 6 | 执行情况反馈 | | | | | | | | | | | |
|   | | 执行情况反馈 | 业务表 | | | | | | | | | |

note: 黄色分批发运，执行完部分。

| SERIAL # | CONTRACT # | CONTRCT DATE | VOLUME | UNIT PRICE | AMOUNT | Delivered Volume | PAID AMOUNT | SOLD VOLUME | NEGOTIATED AMOUNT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14CNBMCA001 | CNBM 2014-1GS | 4/24/2014 | 2,000 | $ 138.00 | $ 276,000.00 | 2045.935 net 2101.509 gross | $ 206,706.12 | 270.774 | $ 38,050.68 | | |
| 14CNBMCA002 | SFP-CHN-14-08 | 4/22/2014 | 600 | $ 141.00 | $ 84,600.00 | 641.609 | $ 90,466.87 | 641.609 | $ 91,315.09 | | |
| 14CNBMCA003 | SFP-CHN-14-09 | 4/22/2014 | 1,200 | $ 146.00 | $ 175,200.00 | 1181.636 | $ 172,518.86 | 1181.636 | $ 174,079.30 | | |
| 14CNBMCA004 | XB 504 | 4/22/2014 | 850 | $ 142.00 | $ 120,700.00 | 532.925 | $ 73,837.53 | 532.925 | $ 69,113.27 | | |
| 14CNBMCA005 | SIMPSON Q2 | 4/22/2014 | 2,800 | $ 220.00 | $ 616,000.00 | 3019.543 | $ 625,197.82 | 2978.22 | $ 641,707.09 | | |
| 14CNBMCA006 | SFP-CHN-14-12 | 6/10/2014 | 450 | $ 143.00 | $ 64,350.00 | 445.776 | $ 63,745.97 | 445.776 | $ 65,424.85 | | |
| 14CNBMCA007 | SIMSPON Q3 | 7/5/2014 | 2,500 | | $ 523,000.00 | | $ 513,220.63 | 2481.899 | $ - | | |
| 14CNBMCA009 | SFP-CNBM-14-01 | 7/8/2014 | 1,500 | $ 125.00 | $ 187,500.00 | | $ 40,932.25 | 327.458 | $ - | QINGDAO | |
| 14CNBMCA008 | SFP-CNBM-14-02 | 7/8/2014 | 3,000 | $ 125.00 | $ 375,000.00 | 2526.513 | $ 315,814.50 | 2546.516 | $ 323,926.41 | YANTIAN | |
| 14CNBMCA010 | 14MW-CNBM0711A | 7/11/2014 | 70 | | $ 59,800.00 | 70.020 | $ 64,641.60 | 70.020 | $ 66,074.00 | YANTIAN | |
| 14CNBMCA011 | SFP-CNBM-14-03 | 7/22/2014 | 6,000 | 122 1/2 | $ 735,000.00 | | $ 146,920.86 | 382.802 | $ - | XINGANG | A30, 5.9M |
| 14CNBMCA012 | SFP-CNBM-14-04 | 8/7/2014 | 1,500 | $ 125.00 | $ 187,500.00 | | $ 169,176.25 | 1353.305 | $ - | YANTIAN | 3.9M 5.9M, 30+ |
| 14CNBMCA013 | XB 513 | 8/11/2014 | 1,100 | 81 | $ 89,100.00 | | $ - | 1198.728 | $ - | CHANGSHU | |
| 14CNBMCA014 | SFP-CNBM-14-05 | 8/14/2014 | 4,500 | 125 | $ 562,500.00 | | $ 245,226.25 | 60.000 | $ - | YANTIAN | 3.9M 5.9M 30+ |
| 14CNBMCA015 | 14MW-CNBM0829A | 8/29/2014 | 52 | 963 | $ 50,076.00 | | $ 48,265.56 | 50.120 | $ - | XINGANG | LEI |
| 14CNBMCA016 | WW0905 | 9/5/2014 | 1,040 | 970 | $ 1,008,800.00 | | $ 128,241.60 | 132.180 | $ - | XINGANG | LEI |
| 14CNBMCA017 | SFP-CNBM-14-06 | 9/17/2014 | 10,000 | 129 | $ 1,290,000.00 | | $ - | 0.000 | $ - | LONGKOU | CHRIS |
| 14CNBMCA018 | 14MW-CNBM0923A | 9/23/2014 | 150 | 950 | $ 142,500.00 | | $ 42,750.00 | 25.000 | $ - | YANTIAN | PAUL |
| | | | | | | | $ - | 0.000 | $ - | | |
| | | | | | | | $ - | 0.000 | $ - | | |

| REFERENCE # | # | SUPPLIER | CONRACT # | INVOICE # | INVOICE DATE | PAID DATE | AMOUNT | SUPPROTING DOCUMENTS | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| 14CNBMCA001 | 1 | PLUM CREEK | CNBM 2014-1GS | 5082014 | 9-May | PAID | $ 50,000.00 | N/A | FOB LOG PREPAY |
| 14CNBMCA002 | 1 | SOUTHERN FOREST PRODUCTS | SFP-CHN-14-08 | 1100 | 9-May | PAID | $ 90,466.87 | LOADING PLAN | CFR |
| 14CNBMCA003 | 1 | SOUTHERN FOREST PRODUCTS | SFP-CHN-14-09 | 1099 | 9-May | PAID | $ 172,518.86 | LOADING PLAN | CFR |
| 14CNBMCA001 | 2 | PLUM CREEK - SFP | CNBM 2014-1GS | 1101 | 12-May | PAID | $ 63,495.00 | N/A | FOB HANDLING CHARGE 45% PREPAY (1700CBM) |
| 14CNBMCA005 | 1 | DELTA - SIMPSON Q2 | CNBM0520 | 20140601 | 3-Jun | PAID | $ 85,115.81 | N/A | SIMPSON Q2 LUMBER |
| 14CNBMCA001 | 3 | PLUM CREEK - SFP | CNBM 2014-1GS | 1103 | 3-Jun | PAID | $ 14,996.03 | SCALING REPORT | FOB HANDLING CHARGE EXTRA VOLUME |
| 14CNBMCA001 | 4 | PLUM CREEK - SFP | CNBM 2014-1GS | 1104 | 8-Jun | PAID | $ 12,632.09 | LOADING PLAN | QINGDAO HANGDLING CHARGE |
| 14CNBMCA005 | 2 | LAUFER GROUP INTERNATIONAL | CNBM0520 | L06-005243-3 | 10-Jun | PAID | $ 5,925.00 | BILLS OF LADING | EGLV441472795/ 5 CONTRS XINGANG |
| 14CNBMCA001 | 5 | PLUM CREEK | CNBM 2014-1GS | 603214 | 9-Jun | PAID | $ 65,583.00 | SCALING REPORT | PLUM CREEK LOG BALANCE |
| 14CNBMCA005 | 3 | DELTA - SIMPSON Q2 | CNBM0520 | 140603 | 14-Jun | PAID | $ 95,484.38 | INVOICES | SIMPSON Q2 LUMBER |
| 14CNBMCA004 | 1 | TRAPA | XB 504 | L-4881 | 18-Jun | PAID | $ 24,934.85 | INVOICES | TRAPA SYP 1ST SHIPMENT LOG COST |
| 14CNBMCA004 | 2 | TRAPA - TMX | XB 504 | 10-228567-1 | 16-Jun | PAID | $ 10,430.00 | BILLS OF LADING | TRAPA SYP 1ST SHIPMENT OCEAN FREIGHT |
| 14CNBMCA005 | 4 | DELTA - SIMPSON Q2 | CNBM0520 | 140604 | 20-Jun | PAID | $ 102,301.06 | INVOICES | SIMPSON Q2 LUMBER |
| 14CNBMCA005 | 5 | LAUFER GROUP INTERNATIONAL | CNBM0520 | L06-005273-1 | 20-Jun | PAID | $ 17,625.00 | BILLS OF LADING | 441906331/ 15 CONTRS OCEAN FREIGHT |
| 14CNBMCA006 | 1 | SOUTHERN FOREST PRODUCTS | SFP-CHN-14-12 | 1110 | 24-Jun | PAID | $ 63,745.97 | LOADING PLAN | 15 CONTRS TO JINGTANG |
| 14CNBMCA005 | 6 | DELTA - SIMPSON Q2 | CNBM0520 | 140604 | 26-Jun | PAID | $ 208,800.00 | INVOICES | SIMPSON Q2 LUMBER PLUS 15 XINGANG |
| 14CNBMCA004 | 3 | TRAPA | XB 504 | L-4886 | 27-Jun | PAID | $ 2,614.67 | INVOICES | TRAPA SYP 2ND SHIPMENT LOG COST |
| 14CNBMCA004 | 4 | TRAPA - TMX | XB 504 | 10-228431-1 | 23-Jun | PAID | $ 1,505.00 | BILLS OF LADING | TRAPA SYP 2ND SHIPMENT OCEAN FREIGHT |
| 14CNBMCA005 | 7 | LAUFER GROUP INTERNATIONAL | CNBM0520 | L06-005290-1 | 1-Jul | PAID | $ 23,550.00 | BILLS OF LADING | SIMPSON Q2/20 CONTRS OCEAN FREIGHT |
| 14CNBMCA005 | 8 | DELTA - SIMPSON Q2 | CNBM0520 | 140605 | 2-Jul | PAID | $ 62,621.57 | INVOICES | SIMPSON Q2 LUMBER PLUS 20 XINGANG |
| 14CNBMCA005 | 9 | LAUFER GROUP INTERNATIONAL | CNBM0520 | L06-005303-1 | 3-Jul | PAID | $ 23,550.00 | BILLS OF LADING | SIMSPSON Q2/20 CONTRS OCEAN FREIGHT |
| 14CNBMCA004 | 5 | TRAPA | XB 504 | L-4893 | 10-Jul | PAID | $ 23,923.01 | INVOICES | TRAPA SYP 3RD SHIPMENT LOG COST |
| 14CNBMCA004 | 6 | TRAPA -TMX | XB 504 | 10-231388-1 | 30-Jun | PAID | $ 10,430.00 | BILLS OF LADING | TRAPA SYP 3RD SHIPMENT OCEAN FREIGHT |
| 14CNBMCA005 | 10 | LAUFER GROUP INTERNATIONAL | CNBM0520 | L06-00590-2 | 9-Jul | PAID | $ 225.00 | INVOICES | CUSTOMS CHECK FEE |
| 14CNBMCA008 | 1 | SOUTHERN FOREST PRODUCTS | SFP-CNBM-14-02 | 1114 | 11-Jul | PAID | $ 101,071.25 | INVOICES | SFP 25 CONTRS YANTIAN |
| 14CNBMCA008 | 2 | SOUTHERN FOREST PRODUCTS | SFP-CNBM-14-02 | 1116 | 25-Jul | PAID | $ 150,503.75 | INVOICES | SFP 40 CONTRS YANTIAN |
| 14CNBMCA010 | 1 | MIILLWOOD TIMEBER | 14MW-CNBM0711A | 14MW-CNBM0 | 11-Jul | PAID | $ 16,596.00 | INVOICES | MW 12 CONTRS YANTIAN DOWN PAYMENT |
| 14CNBMCA007 | 1 | SIMPSON Q3 | CNBM140705 | 140606 | 29-Jul | PAID | $ 26,688.96 | INVOICES | SIMPSON Q3 LUMBER |
| 14CNBMCA007 | 2 | SIMPSON Q3 | CNBM140705 | 140607 | 30-Jul | PAID | $ 45,355.97 | INVOICES | SIMPSON Q3 LUMBER |
| 14CNBMCA007 | 3 | SIMPSON Q3 | CNBM140705 | 140608 | 31-Jul | PAID | $ 45,229.54 | INVOICES | SIMPSON Q3 LUMBER |
| 14CNBMCA007 | 4 | SIMPSON Q3 | CNBM140705 | 140609 | 4-Aug | PAID | $ 36,764.93 | INVOICES | SIMPSON Q3 LUMBER |
| 14CNBMCA008 | 3 | SOUTHERN FOREST PRODUCTS | SFP-CNBM-14-02 | 1118 | 4-Aug | PAID | $ 64,239.50 | INVOICES | SFP 17 CONTRS YANTIAN |
| 14CNBMCA007 | 5 | SIMPSON Q3 | CNBM140705 | 140610 | 6-Aug | PAID | $ 70,984.80 | INVOICES | SIMPSON Q3 LUMBER |
| 14CNBMCA007 | 6 | SIMPSON Q3 | CNBM140705 | 140611 | 6-Aug | PAID | $ 43,589.09 | INVOICES | SIMPSON Q3 LUMBER |
| 14CNBMCA009 | 1 | SOUTHERN FOREST PRODUCTS | SFP-CNBM-14-01 | 1119 | 8-Aug | PAID | $ 40,932.25 | INVOICES | SFP 11 CONTRS QINGDAO |
| 14CNBMCA010 | 2 | MIILLWOOD TIMEBER | 14MW-CNBM0711A | 14MW-CNBM0 | 7-Aug | PAID | $ 48,045.60 | INVOICES/BL | MW 12 CONTRS YANTIAN BALANCE PAYMENT |
| 14CNBMCA007 | 7 | SIMPSON Q3 | CNBM140705 | 140612 | 8-Aug | PAID | $ 54,086.98 | INVOICES | SIMPSON Q3 LUMBER |
| 14CNBMCA014 | 1 | SOUTHERN FOREST PRODUCTS | SFP-CNBM-14-05 | 5308 | 25-Aug | PAID | $ 19,146.30 | INVOICES | YANTIAN 10 CONTAINERS |
| 14CNBMCA014 | 2 | TMX SHIPPING | SFP-CNBM-14-05 | 20-080609-1 | 26-Aug | PAID | $ 13,853.70 | INVOICES | YANTIAN 10 CONTAINERS OCEAN FREIGHT |
| 14CNBMCA014 | 3 | SOUTHERN FOREST PRODUCTS | SFP-CNBM-14-05 | 5309 | 25-Aug | PAID | $ 50,000.00 | INVOICES | YANTIAN 40 CONTAINERS PREPAY |
| 14CNBMCA011 | 1 | SOUTHERN FOREST PRODUCTS | SFP-CNBM-14-03 | 1120 | 2-Sep | PAID | $ 35,350.25 | INVOICES | XINGANG 10 CONTAIENRS |
| 14CNBMCA007 | 8 | SIMPSON Q3 | CNBM140705 | 140613 | 29-Aug | PAID | $ 44,087.62 | INVOICES | SIMPSON Q3 LUMBER |
| 14CNBMCA014 | 4 | TMX SHIPPING | SFP-CNBM-14-05 | 20-080644-1 | 5-Sep | PAID | $ 66,299.35 | | YANTIAN 49 CONTAINERS OCEAN FREIGHT |
| 14CNBMCA014 | 5 | SOUTHERN FOREST PRODUCTS | SFP-CNBM-14-05 | 5 | 4-Sep | PAID | $ 95,926.90 | | YANTIAN 49 CONTAINERS |
| 14CNBMCA007 | 9 | SIMPSON Q3 | CNBM140705 | 140614 | 8-Sep | PAID | $ 25,544.26 | | SIMPSON Q3 LUMBER |
| 14CNBMCA007 | 10 | SIMPSON Q3 | CNBM140705 | L06-00546-1 | 9-Sep | PAID | $ 23,550.00 | | SIMPSON Q3 /20 CONTAINERS FREIGHT |
| 14CNBMCA007 | 10 | SIMPSON Q3 | CNBM140705 | 140615 | 16-Sep | PAID | $ 28,454.11 | | SIMPSON Q3 LUMBER |
| 14CNBMCA015 | 1 | MIILLWOOD TIMEBER | 14MW-CNBM0829A | 14MW-CNBM0 | 13-Sep | PAID | $ 48,265.56 | | MW 10 CONTAINERS XINGANG |

**CNBMFP00001663**  PAYING DETAILS  Page 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14CNBMCA007 | 11 | SIMPSON Q3 | CNBM140705 | 140616 | 19-Sep PAID | $ 33,484.37 | | SIMPSON Q3 LUMBER |
| 14CNBMCA011 | 2 | SOUTHERN FOREST PRODUCTS | SFP-CNBM-14-03 | 11 | 18-Sep PAID | $ 24,822.83 | INVOICES | XINGANG 40 CONTAIENRS/BESSEMER LOG |
| 14CNBMCA011 | 3 | TMX SHIPPING | SFP-CNBM-14-03 | 20-080719-1 | 18-Sep PAID | $ 54,328.58 | INVOICES | XINGANG 40 CONTAIENRS/BESSEMER RATES |
| 14CNBMCA007 | 12 | SIMPSON Q3 | CNBM140705 | L06-005461-1 | 19-Sep PAID | $ 11,800.00 | INVOICES | SIMPSON Q3 LUMBER/10 CONTAINERS FREIGHT |
| 14CNBMCA016 | 1 | WESTERNWOOD | WW0905 | YCH395521 | 24-Sep PAID | $ 128,241.60 | INVOICES | XINGANG 25 CONTAINERS |
| 14CNBMCA018 | 1 | MILLWOOD TIMBER | 14MW-CNBM0923A | 14MW-CNBM0 | 23-Sep PAID | $ 42,750.00 | INVOICES | 30 CONTAINERS PREPAY |
| 14CNBMCA011 | 4 | SOUTHERN FOREST PRODUCTS | SFP-CNBM-14-03 | 15 | 18-Sep PAID | $ 18,632.91 | INVOICES | XINGANG 10 CONTAIENRS/BESSEMER LOG |
| 14CNBMCA011 | 5 | TMX SHIPPING | SFP-CNBM-14-03 | 20-081043-1 | 18-Sep PAID | $ 13,786.29 | INVOICES | XINGANG 10 CONTAIENRS/BESSEMER RATES |
| 14CNBMCA007 | 13 | SIMPSON Q3 | CNBM140705 | L06-005474-1 | 28-Sep | $ 11,800.00 | INVOICES | SIMPSON Q3 LUMBER/10 CONTAINERS FREIGHT |
| 14CNBMCA007 | 14 | SIMPSON Q3 | CNBM140705 | L06-005496-1 | 6-Oct | $ 11,800.00 | INVOICES | SIMPSON Q3 LUMBER/10 CONTAINERS FREIGHT |
| 14CNBMCA012 | 1 | SOUTHERN FOREST PRODUCTS | SFP-CNBM-14-04 | 15 | 18-Sep | $ 100,723.80 | INVOICES | YANTIAN 50 CONTAIENRS/BESSEMER LOG |
| 14CNBMCA012 | 2 | TMX SHIPPING | SFP-CNBM-14-04 | 20-081043-1 | 18-Sep | $ 68,452.45 | INVOICES | YANTIAN 50 CONTAIENRS/BESSEMER RATES |

| CONTACT # | VOLUME | UNIT PRICE | AMOUNT | PORT | LC | LC BANK | LC TERM | LC # | LC DATE | LC LSD | SHIPPED VOLUME | SHIPPED AMOUNT | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNBM140422 | 1500 | $ 143.00 | $ 214,500.00 | YANTIAN | C&D GUANGZHOU | CITIC BANK | AT SIGHT | 5100LC1400866 | 5/7/2014 | 6/30/2014 | 1174.534 | $ 167,978.36 | |
| CNBM140421 | 300 | $ 143.00 | $ 42,900.00 | QINGDAO | XIAMEN ITG | CCB | 90 DAYS AFTER B/L | 8502201036342 | 4/30/2014 | 6/30/2014 | 270.774 | $ 38,720.68 | |
| CNBM140423 | 1500 | $ 148.00 | $ 222,000.00 | JINGTANG | CHINALIGHT | EVERBRIGHT | 90 DAYS AFTER B/L | LC3500141002AH | 5/26/2014 | 6/30/2014 | 1627.412 | $ 240,856.98 | |
| CNBM0520 | 2800 | | $ 617,250.00 | XINGANG | CNBM BEIJING | CCB | 90 DAYS | 32917010003467 | 6/3/2014 | 7/25/2014 | 2978.22 | $ 645,387.78 | |
| CNBM140623 | 1500 | $ 129.00 | $ 193,500.00 | YANTIAN | XIAMEN BNBMG | CCB | 60 DAYS | 85047010004378 | 7/10/2014 | 8/31/2014 | 2546.516 | $ 325,920.56 | PAUL |
| CNBM140630 | 6000 | $ 126.00 | $ 756,000.00 | XINGANG | XIAMEN CCRE | BOC | 90 DAYS | LC095761403016 | 7/17/2014 | 9/15/2014 | 382.802 | $ 37,225.25 | LEI |
| CNBM140701 | 70 | $ 950.00 | $ 66,500.00 | YANTIAN | TEAMMAY FUNITURE | CMB | AT SIGHT | 769LC1400161 | 7/17/2014 | 8/31/2014 | 70.02 | $ 66,519.00 | PAUL |
| CNBM140705 | 2500 | | $ 523,000.00 | XINGANG | CNBM SHANGHAI | T/T | T/T | | | | 2481.899 | $ 525,938.86 | DEVIN |
| CNBM140624 | 3000 | $ 126.00 | $ 378,000.00 | QINGDAO | SHANGHAI MAI LIN | COMMBANK | 90 DAYS | LCB036020140267S | 7/11/2014 | 8/15/2014 | 327.458 | $ 41,259.71 | PAUL |
| CNBM140729 | 1500 | $ 128.00 | $ 192,000.00 | YANTIAN | SHANGHAI MAI LIN | COMMBANK | AT SIGHT | LCB036020140309Z | 8/18/2014 | 9/30/2014 | 1353.305 | $ 173,223.04 | LEI |
| CNBM140820 | 1100 | $ 136.00 | $ 149,600.00 | CHANGSHU | XIAMEN SUPERCHAIN | | 90 DAYS | | | | 1198.728 | $ 163,027.01 | PAUL |
| CNBM140814 | 4500 | $ 128.00 | $ 576,000.00 | YANTIAN | SHANGHAI MAI LIN | COMMBANK | AT SIGHT | LCB036020140319G | 8/28/2014 | 10/31/2014 | 60 | $ 6,272.00 | LEI |
| CNBM140901 | 1090 | $ 980.00 | $ 1,068,200.00 | XINGANG | SHANGHAI KEERUN | BOC | 90 DAYS | LC060891400150A | 9/19/2014 | 11/15/2014 | 182.3 | $ 178,654.00 | |
| CNBM140922 | 150 | $ 980.00 | $ 147,000.00 | YANTIAN | XIAMEN BNBMG | | 60 DAYS | | | | 25 | $ - | |

| CONTRACT # | BL # | ETD | ETA | DESTINATION | VOLUME | INVOICE # | INVOICE AMOUNT | COURIER COST | ORIGINALS OUT WF | NEGOTIATED AMOUNT | SERIAL # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CNBM140423 | MSCUO116143 | 16-May | 14-Jul | JINGTANG | 1181.636 | CNBM140423A | USD 174,882.13 | CAD 54.25 | 6/5/2014 | USD 174,079.30 | 14CNBMCA003 |
| CNBM140422 | ZIMUSAV170438 | 14-May | 27-Jun | YANTIAN | 641.609 | CNBM140422A | USD 91,750.09 | CAD 54.25 | 6/5/2014 | USD 91,315.09 | 14CNBMCA002 |
| CNBM140422 | ZIMUSAV170906 | 16-Jun | 30-Jul | YANTIAN | 260.634 | CNBM140422B | USD 37,270.66 | CAD 60.30 | 6/27/2014 | USD 36,955.66 | 14CNBMCA004 |
| CNBM140422 | ZIMUSAV171077 | 23-Jun | 11-Aug | YANTIAN | 29.541 | CNBM140422C | USD 4,244.36 | CAD 25.82 | 7/8/2014 | USD 3,909.36 | 14CNBMCA004 |
| CNBM140422 | ZIMUSAV171185 | 30-Jun | 18-Aug | YANTIAN | 242.75 | CNBM140422D | USD 34,713.25 | CAD 28.00 | 7/15/2014 | USD 28,248.25 | 14CNBMCA004 |
| CNBM140421 | ZIMUSAV170851 | 11-Jun | 25-Jul | QINGDAO | 270.774 | CNBM140421A | USD 38,720.68 | CAD 60.35 | 6/27/2014 | USD 38,050.68 | 14CNBMCA001 |
| CNBM0520 | EGLV441472795 | 12-Jun | 3-Jul | XINGANG | 246.724 | CNBM0520A | USD 53,510.56 | CAD 28.00 | 6/19/2014 | USD 52,840.56 | 14CNBMCA005 |
| CNBM0520 | EGLV441906331 | 26-Jun | 19-Jul | XINGANG | 754.582 | CNBM0520B | USD 164,356.12 | CAD 25.82 | 7/8/2014 | USD 163,497.85 | 14CNBMCA005 |
| CNBM0520 | EGLV441911121 | 3-Jul | 2-Aug | XINGANG | 992.282 | CNBM0520C | USD 218,302.04 | CAD 28.00 | | USD 217,178.47 | 14CNBMCA005 |
| CNBM0520 | 441911131 | 10-Jul | 2-Aug | XINGANG | 984.632 | CNBM0520D | USD 209,219.06 | CAD 26.25 | | USD 208,190.21 | 14CNBMCA005 |
| CNBM140423 | MSCUUO041067 | 25-Jun | 8-Aug | JINGTANG | 445.776 | CNBM140423B | USD 65,974.85 | CAD 28.00 | | USD 65,424.85 | 14CNBMCA006 |
| CNBM140623 | SAV040387 | 16-Jul | 7-Sep | YANTIAN | 808.57 | CNBM140623A | USD 104,305.53 | CAD 51.64 | | USD 103,635.53 | 14CNBMCA008 |
| CNBM140701 | 442027462 | 7-Aug | 3-Sep | YANTIAN | 70.02 | CNBM140701A | USD 66,519.00 | CAD 51.64 | 8/25/2014 | USD 66,074.00 | 14CNBMCA010 |
| CNBM140623 | ORF561209 | 30-Jul | 21-Sep | YANTIAN | 1204.03 | CNBM130623B | USD 155,319.87 | USD 33.56 | 9/4/2014 | USD 154,545.72 | 14CNBMCA008 |
| CNBM140705 | 442109631 | 4-Sep | 27-Sep | XINGANG | 993.477 | CNBM140705A | USD 210,393.40 | CAD 92.25 | TT | | 14CNBMCA007 |
| CNBM140705 | 442109522 | 18-Sep | 11-Oct | XINGANG | 498.441 | CNBM140705B | USD 105,669.49 | CAD 0.00 | TT | | 14CNBMCA007 |
| CNBM140705 | 442109622 | 25-Sep | 18-Oct | XINGANG | 494.159 | CNBM140705C | USD 104,761.71 | | TT | | 14CNBMCA007 |
| CNBM140705 | 442109623 | 4-Oct | 26-Oct | XINGANG | 495.822 | CNBM140705D | USD 105,114.26 | | | | 14CNBMCA007 |
| CNBM140623 | GTN95199 | 7-Aug | 28-Sep | YANTIAN | 513.916 | CNBM140623C | USD 66,295.16 | CAD 51.42 | 9/17/2014 | USD 65,745.16 | 14CNBMCA008 |
| CNBM140624 | GTN95409 | 13-Aug | 28-Sep | QINGDAO | 296.062 | CNBM140624A | USD 37,303.81 | CAD 25.71 | 9/18/2014 | | 14CNBMCA009 |
| CNBM140814 | 038CHS1000368 | 27-Sep | 26-Nov | YANTIAN | 9 | CNBM140814A | USD 1,152.00 | | | | 14CNBMCA014 |
| CNBM140814 | 038CHS1000368A | 2-Oct | 17-Nov | YANTIAN | 1 | | | | | | 14CNBMCA014 |
| CNBM140820 | XB513 | 23-Aug | 22-Oct | CHANGSHU | 630.522 | CNBM140820A | USD 85,750.99 | | | | 14CNBMCA013 |
| CNBM140820 | XB513 | 4-Sep | 29-Oct | CHANGSHU | 280.558 | CNBM140820B | USD 38,155.89 | | | | 14CNBMCA013 |
| CNBM140814 | 038CHS1000365 | 27-Sep | 26-Nov | YANTIAN | 40 | CNBM140814B | USD 5,120.00 | | | | 14CNBMCA014 |
| CNBM140814 | 038CHS1000365A | 2-Oct | 17-Nov | YANTIAN | 10 | | | | | | 14CNBMCA014 |
| CNBM140630 | GTN96019 | 28-Aug | 7-Nov | XINGANG | 282.802 | CNBM140630A | USD 35,350.25 | | | | 14CNBMCA011 |
| CNBM140901 | EGLV44194362 | 10-Sep | 5-Oct | XINGANG | 50.12 | CNBM140901A | USD 49,117.60 | CAD 51.42 | 9/24/2014 | | 14CNBMCA015 |
| CNBM140820 | XB513 | 15-Sep | 5-Nov | CHANGSHU | 287.648 | CNBM140820C | USD 39,120.13 | | | | 14CNBMCA013 |
| CNBM140624 | GTN95409A | 13-Aug | 28-Sep | QINGDAO | 31.396 | CNBM140624A | USD 3,955.90 | CAD 25.71 | 9/18/2014 | | 14CNBMCA009 |
| CNBM140901 | YCH395521 | 2-Oct | 28-Oct | XINGANG | 132.18 | CNBM140901B | USD 129,536.40 | | | | 14CNBMCA016 |
| CNBM140630 | 038CHS1000371 | 27-Sep | 28-Nov | XINGANG | 15 | CNBM140630A | USD 1,875.00 | | | | 14CNBMCA011 |
| CNBM140630 | 038CHS1000371A | 2-Oct | 17-Nov | XINGANG | 25 | CNBM140630B | | | | | 14CNBMCA011 |
| CNBM140729 | 038CHS1173584 | 3-Oct | 5-Dec | YANTIAN | 1353.305 | CNBM140729A | USD 173,223.04 | | | | 14CNBMCA012 |
| CNBM140623 | 038CHS1177521 | 15-Oct | 12-Dec | YANTIAN | 20 | CNBM140623D | | | | | 14CNBMCA008 |
| CNBM140630 | 038CHS1177563 | 1-Oct | | XINGANG | 10 | CNBM140630C | | | | | 14CNBMCA011 |
| CNBM140922 | | 10-Oct | | YANTIAN | 25 | CNBM140922A | | | | | 14CNBMCA018 |
| CNBM140630 | 038CHS1177614 | 17-Oct | 12-Dec | XINGANG | 50 | CNBM140630D | | | | | 14CNBMCA011 |

| 贸易金额 | （加拿大公司出口） | $ 1,092,943.00 |
|---|---|---|
| 贸易量 | （加拿大公司出口） | 6050.94 |
| 订单数量 | 加拿大公司采购 | 14970.00 |
|  | 加拿大公司销售 | 13170.00 |
| 信用证 | 收到LC数量 | 7 |
|  | 累计收到LC金额 | $ 1,668,150.00 |
| 预计Q3规模 |  | $ 2,720,300.00 |
| 预计到年底规模 |  | $ 5,440,600.00 |

10-Oct    22-Aug    49