## Memorandum of Understanding

Hampton Affiliates and China National Building Material Group Corporation (CNBM) hereby agree, Pursuant to the terms of this MOU, to pursue possibilities as follow for the expansion of sales of North American softwood lumber products in the Chinese market:

### Witnesseth:

In cooperation with each other and for the purpose of mutually beneficial business development, the parties hereto shall work cooperatively to devise and implement sales expansion strategies that fully utilize their respective strengths to address the matters set forth below:

**Article One: Chinese market development for Hampton Products**
In cooperation with each other, the parties hereto shall use their best efforts to pursue Chinese market development for Hampton lumber products.

**Article Two: Exclusivity for Co-developed programs**
CNBM shall be the major distributor and promoter in the Territory of those lumber products manufactured by Hampton Affiliates. Meanwhile, CNBM is exclusive on current and future co-developed programs. Hampton will keep CNBM fully informed with respect of their sales and promotional policies and programs with regard to the Products.

**Article Three: Non-binding**
This Memorandum of Understanding sets forth the intentions of the parties hereto of mutual cooperation and shall have no legal or otherwise binding effect on any of the parties hereto.

IN WITNESS WHEREOF, two copies of this document were made, and upon seal affixation, each of the parties shall keep each such copy.

Dated this ____ of _____.

Hampton Affiliates

_____
Steve Zika, CEO

China National Building Material Group Corporation

_____

**CONTEMPT Exhibit 105**

**DEPOSITION EXHIBIT 4 Hampton**

# 备忘录

Hampton Affiliates（以下简称 Hampton）与中国建筑材料集团有限公司（以下称为中建材），本着友好协商的原则，共同寻市并扩大北美林业产品在中国销售市场的可能性，签订以下备忘录：

**依照本协议的条款规定如下：**

本着互惠合作的态度，协议各方将共同商榷并实施销售扩张战略，以期全方位提升各自的实力，同时就以下方面达成协议：

第一条： 关于发展中国市场 Hampton 板材产品
本着双方合作的前提下，协议各方将尽最大努力进行中国市场 Hampton 产品的开发并发展。

第二条： 主要分销权与部分项目独家权
中建材将成为 Hampton 公司木材产品主要分销商和项目推动者，是 Hampton 旗下现有和未来共同开发项目的独家分销商，Hampton 将支持中建材在中国木材市场对 Hampton 木材产品的促销政策和销售策略。

第三条： 不具法律约束力
此项备忘录只是明确了各方合作的意向，并不具备法律约束力。
依照惯例，本备忘录一式两份，各公司签字盖章并各执一份。

Dated this ____ of _____.

Hampton Affiliates
_____
Steve Zika, CEO

China National Building Material Group Corporation
_____

HAMPTON020424