Message

**From:** Devin Huang [haibo.huang@cbmie.com]
**Sent:** 7/31/2014 12:14:16 AM
**To:** 'Jim Tyrer' [JimTyrer@trapa.ca]
**CC:** 'Ken Kao ' [KENKAO@cbmie.com]; judy.cheng@cbmie.com; 'Daniel Deng' [dengjianjun@cbmie.com]
**Subject:** 答复: Tillamook

Morning Jim,

Pls review and check the below issues and price for old inventory if workable from your side, cheers!

1.      Still waiting for your Sales order for 48x98 Eco & 45x90 Eco to Yantian.

2.      38x89 China Select 6/6  215/8  26/10  19/12  11/13 – 532m3, market feedback is price at $180 USD/m3 Shanghai

3.      38x89 Econo 2/6  122/8  15/10  15/12  8/13  4/14  2/16.- 233m3 price at $110 USD/m3 Shanghai


Best Rgds


Devin HUANG (黄海波)

Procurement Manager

cid:image001.jpg@01CF5AEA.EBA0BA20CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China
Tel: 0086 21 63239100 ext.639
Fax: 0086 21 63230328
Website:  <http://www.cnbmforestry.com/> http://www.cnbmforestry.com,
<http://www.cnbminternational.com/> www.cnbminternational.com


********************************************************************************
*******************************
This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.


发件人: Devin Huang [mailto:haibo.huang@cbmie.com]
发送时间: 2014年7月30日 11:22
收件人: 'Jim Tyrer'
抄送: 'Ken Kao '; 'judy.cheng@cbmie.com'; 'Daniel Deng'
主题: 答复: Tillamook


Morning Jim,

Noted, pls use below title for this contract at this time, cheers!

(SHANGHAI JIAN PU IMP.&EXP.CO., LTD.
ADDRESS: 8F NO.100 JIUJIANG ROAD 200002 SHANGHAI CHINA

DEPOSITION EXHIBIT 7 Hampton

CONTEMPT Exhibit 106

HAMPTON014691

TEL: 0086-21-63239100      FAX:0086-21-63291981 )

Best Rgds

Devin HUANG（黄海波）

Procurement Manager

cid:image001.jpg@01CF5AEA.EBA0BA20CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China
Tel: 0086 21 63239100 ext.639
Fax: 0086 21 63230328
Website: <http://www.cnbmforestry.com/> http://www.cnbmforestry.com,
<http://www.cnbminternational.com/> www.cnbminternational.com

*****************************************************************
*****************************
This email is for the designated recipient(s) only and may contain
privileged or confidential information. If you received it in error, please
notify the sender immediately and delete the original. No employee is
authorized to enter into any binding contract on behalf of the company
without the express written approval of a company director.

发件人: Jim Tyrer [mailto:JimTyrer@trapa.ca]
发送时间: 2014年7月30日 5:31
收件人: Devin Huang
抄送: 'Ken Kao '; judy.cheng@cbmie.com; 'Daniel Deng'
主题: RE: Tillamook

Hi Devin.

As I suspected when we spoke yesterday, your offer was accepted by Tillamook.

They deeply appreciate your efforts even though the price is much lower than they had budgeted.

The main thing is to get it moved which CNBM has helped us do.

Please let me know which company to prepare the sales order to so we can prepare the paper work.

Thanks,

From: Devin Huang [mailto:haibo.huang@cbmie.com]
Sent: Tuesday, July 29, 2014 12:49 AM
To: Jim Tyrer
Cc: 'Ken Kao '; judy.cheng@cbmie.com; 'Daniel Deng'
Subject: 答复: Tillamook

Morning Jim,

Hope you enjoyed your holiday with your family and had a good rest. As per earlier phone call with you, our team have been worked really hard to move these old inventory, but the feedback is not that positive due to most of the products are short length and old. Here is the feedback we have so far as below, to be honest, we are not make any margin just wanna help to move it out, pls review and check.

Btw, pls confirm each product's volume(m3) is the same as what you gave me below.

4.    48x98 Econo

59/8   284/10   47/12   56/13   21/10   10/16   1/18-20   1/20 – 468m3 price at $110 Yantian

5.    45x90 Econo

67/8   63/10   33/12   20/13   8/14   9/16   1/18   1/20.- 268m3 price at $110 Yantian

6.    38x89 Econo 2/6   122/8   15/10   15/12   8/13   4/14   2/16.- 233m3 and 38x89 China Select 6/6   215/8 26/10 19/12 11/13 – 532m3.

Still working on it, due the slow consumption and price dropped again recently, there is very limited demand, end user unwilling to give a price, but we will try our best for sure, just need little bit more time.


Best Rgds


Devin HUANG (黄海波)

Procurement Manager

cid:image001.jpg@01CF5AEA.EBA0BA20CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China
Tel: 0086 21 63239100 ext.639
Fax: 0086 21 63230328
Website:  <http://www.cnbmforestry.com/> http://www.cnbmforestry.com,
<http://www.cnbminternational.com/> www.cnbminternational.com

****************************************************************************
*****************************
This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.

发件人: Jim Tyrer [mailto:JimTyrer@trapa.ca]
发送时间: 2014年7月29日 8:37
收件人: Daniel Deng; Devin Huang; Ken Kao ; ?? (judy.cheng@cbmie.com)
主题: Tillamook


Hi Devan. Do you have any news for me on the Tillamook inventory?

The pressure is really on me to get some sales on these parcels.

Please let me know the current status.

HAMPTON014693

Thanks a lot.

Regards,


Jim Tyrer

President
Trans-Pacific Trading Ltd.
A Hampton Affiliate
(office (604) 232-5404 7 Fax (604) 232-5401
* Email jtyrer@trapa.ca

---

This e-mail is confidential and must not be disclosed to anyone other than the intended recipient(s), and unless otherwise stated, any advice or opinions are those of the sender only. Our employees have instructions not to send libellous, inappropriate or defamatory statements by email or infringe copyright or use e-mail for any purpose other than for the proper conduct of company business. No employee is authorised to enter into any binding contract on behalf of the company without the express written approval of a company director. This e-mail has been scanned for the presence of harmful or malicious software.

Trans-Pacific Trading Ltd.

---

This e-mail is confidential and must not be disclosed to anyone other than the intended recipient(s), and unless otherwise stated, any advice or opinions are those of the sender only. Our employees have instructions not to send libellous, inappropriate or defamatory statements by email or infringe copyright or use e-mail for any purpose other than for the proper conduct of company business. No employee is authorised to enter into any binding contract on behalf of the company without the express written approval of a company director. This e-mail has been scanned for the presence of harmful or malicious software.

Trans-Pacific Trading Ltd.