Message

**From:** Devin Huang [haibo.huang@cbmie.com]
**Sent:** 11/13/2014 9:31:35 PM
**To:** markporter@hamptonaffiliates.com
**CC:** 'Dan Zhu' [dan.zhu@cbmie.com]
**Subject:** Trip to Portland-21st

Morning Mark,

How are you, hope you are doing all good recently, our new Executive VP Dan and other three of us plan to visit you on 20th afternoon or 21st Nov (better 21st more securer, morning or afternoon up to your time), can you pls check your time availability and advance us when it is convenient for you, please let me know if this is workable. Cheers!

Best Rgds

Devin HUANG (»Æº£²¨£©
Procurement Manager

 CNBM Forest Products Ltd.
Address: 15F. No.321 Sichuan(C) Road. Shanghai China
Tel: 0086 21 63239100 ext.639
Fax: 0086 21 63230328
Website: http://www.cnbmforestry.com, www.cnbminternational.com

*********************************************************************************

This email is for the designated recipient(s) only and may contain privileged or confidential information. If you received it in error, please notify the sender immediately and delete the original. No employee is authorized to enter into any binding contract on behalf of the company without the express written approval of a company director.

**CONTEMPT**
**Exhibit 107**



HAMPTON003319