# Exhibit "98"

T: 6/2/15-6/4/15

Exhibit 43-1(A)

**CONTEMPT**
**Exhibit 109**

# EXHIBIT 62

# Western Wood
## Job Profitability Summary
### July 17 through December 31, 2014

|  | Act. Revenue |
|---|---:|
| **CNBM Forest Produts** |  |
| SEA422570500A | 117,874.40 |
| SEA422571600B | 91,635.90 |
| SEA423730400 | 152,154.80 |
| SEA427614200 | 59,466.40 |
| YCH395521 | 128,214.60 |
| YCH399747 | 127,079.70 |
| YCH402487 | 146,392.40 |
| YCH402494 | 204,534.20 |
| YCH404909 | 35,249.80 |
| YCH405510 | 66,192.80 |
| YCH409991 | 126,420.10 |
| YCH409998 | 233,161.60 |
| YCH416053 | 95,128.60 |
| **Total CNBM Forest Produts** | 1,583,505.30 |
| **TOTAL** | 1,583,505.30 |

Page 1

62