**Summary of Millwood Timber, Inc. Contempt Period Invoices, Contracts, and Shipping Documents**

| Date of Contract | Buyer | Value of Contract | Supporting Documents |
|---|---|---|---|
| 2014-09-25 | CNBM Forest Products (Canada), Ltd. | $42,750.00 | CNBMFP00013428 |
| 2014-12-18 | CNBM Forest Products (Canada), Ltd. | $96,000.00 | CNBMFP00038648, CNBMFP00159798-CNBMFP00159802 |
| **TOTAL MILLWOOD TIMBER, INC. SALES** | | **$ 138,750.00** | |

CONTEMPT
Exhibit 112

中国建材国际加拿大有限公司

# 付 款 确 认 单

2014 年 9 月 25 日

第 号

部门：加拿大子公司

| 收款单位名称： | Millwood Timber, Inc. | | 汇入地点： | | 备注 |
|---|---|---|---|---|---|
| 汇入行名称： | | 账号： | | 付款方式：（划v）支票、v电汇、汇票 | |
| 付款金额（大写）： | 美元 肆万贰仟柒佰伍拾元整 | | | 小写：  USD 42,750.00 | 30柜到盐田的 |
| 付款合同号： | 14CNBMCA018 | | | 品名： HF/DF原木  数量： | 北美材30%预付款 |
| 付款内容：（划v）v预付款·货款·税款·国内运杂费·海运费·港杂费·保险费·仓储费·往来款·检尺费·装车费·其它 | | | | | |
| 市场部经理审批 | 运营部经理审批 | 主管业务总经理审批 | 公司总经理审批 | 公司董事长审批 | 财务部审批 |
| | | | | | |

经办人：

部门经理：

第 一 联  填单人留存  附件 张

CNBMFP00013428.xlsx

CNBMFP00013428

# MILLWOOD TIMBER, INC.

33434 8TH AVE. S., SUITE 104, FEDERAL WAY, WA. 98003 USA
TEL: 1-253-670-1827 FAX: 1-253-563-9900

## COMMERCIAL INVOICE

Invoice Date: DECEMBER 18, 2014
Invoice Number: 14MW-CNBM1210A.01

**Bill To:** CNBM FOREST PRODUCTS CANADA LTD.
700 WEST GEORGIA STREET, 25TH FLOOR
VANCOUVER, BC V7Y 1B3 CANADA

| Date of Shipment: | 18-Dec-14 | Vessel's Name: | TBA |
|---|---|---|---|
| US Bank Ref.#: | N/A | Destination: | Shanghai, China |
| L/C Number: | N/A | Loading Port: | TACOMA, WA USA PORT |
| Contract Number: | 14MW-CNBM1210A | Payment Term: | 30% Deposit balance cash against documents |

| DESCRIPTIONS OF GOODS | QUANTITY | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|
| COMMODITY: | | | |
| USA SOFTWOOD LOGS | | | |
| COUNTRY OF ORIGIN: USA ORIGIN | | | |
| QUANTITY: 100MBF (10 PCT MORE OR LESS ALLOWED) | | | |
| CONTRACT NO.: 14MW-CNBM1210A | | | |
| PRICE TERM: CFR SHANGHAI, CHINA | | | |
|  | VOLUME MBF | USD/MBF | US DOLLARS |
| USA SOFTWOOD LOGS | 100.000 | $960.00 | $96,000.00 |
| **30% Deposit:** | 30 | $960.00 | $28,800.00 |
| Total Invoice Amount Says US Dollars Twenty-eight Thousand US Dollars and 00/100 Only. | | | |
| TOTAL INVOICE AMOUNT (USD): | | | $28,800.00 |

## MILLWOOD TIMBER, INC.

33434 8TH AVE. S., SUITE 104, FEDERAL WAY, WA. 98003 USA
TEL: 1-253-670-1827 FAX: 1-253-563-9900

### COMMERCIAL INVOICE
Invoice Date: January 09, 2015
Invoice Number: 14MW-CNBM1210A.01

 ORIGINAL

**Bill To:**
CNBM FOREST PRODUCTS CANADA LTD.
700 WEST GEORGIA STREET, 25TH FLOOR
VANCOUVER, BC V7Y 1B3 CANADA

| Date of Shipment: | 9-Jan-15 | Vessel's Name: | OOCL BRITAIN 0106W |
|---|---|---|---|
| US Bank Ref.#: | N/A | Destination: | Shanghai, China |
| L/C Number: | N/A | Loading Port: | TACOMA, WA USA PORT |
| Contract Number: | 14MW-CNBM1210A | Payment Term: | 30% Deposit balance cash against documents |

| DESCRIPTIONS OF GOODS | QUANTITY | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|
| COMMODITY: | | | |
| USA SOFTWOOD LOGS | | | |
| COUNTRY OF ORIGIN: USA ORIGIN | | | |
| QUANTITY: 100MBF (10 PCT MORE OR LESS ALLOWED) | | | |
| CONTRACT NO.: 14MW-CNBM1210A | | | |
| PRICE TERM: CFR SHANGHAI, CHINA | | | |
| | VOLUME MBF | USD/MBF | US DOLLARS |
| USA SOFTWOOD LOGS | 78.850 | $960.00 | $75,696.00 |
| Less 30% Deposit | | | -$28,800.00 |
| **Balance due:** | | | |
| Total Invoice Amount Says US Dollars Four-six Thousand Eight Hundred and Ninty-six US Dollars and 00/100 Only. | | | |
| TOTAL INVOICE AMOUNT (USD): | | | $46,896.00 |

MILLWOOD TIMBER INC.
33434 8TH AVE S SUITE 104
FEDERAL WAY, WA 98003 USA


# YANG MING

**ORIGINAL BILL OF LADING**

| Shipper | Booking No. YCH416192 | B/L No. YMLUW166260956 |
|---|---|---|
| MILLWOOD TIMBER, INC. C/O CNBM FOREST PRODUCTS CANADA LTD. 700 WEST GEORGIA STREET, 25TH FLOOR VANCOUVER, BC V7Y 1B3 CANADA | Export References 1805.3281 | |

| Consignee (non-negotiable unless consigned to order) | Forwarding agent references |
|---|---|
| TO ORDER | CANFLEET LOGISTICS LTD #1408-700 WEST PENDER ST VANCOUVER, B.C. V6C 1G8 |

Point and Country of origin of goods

| Notify Party | ALSO NOTIFY |
|---|---|
| SHANGHAI SHENG WOSHENG FOREST CO. LTD ROOM 1812, NUMBER 425 YISHAN ROAD, SHANGHAI, CHINA PH: +86 21 34091161 FAX: +86 21 34091163 | |

| *Precarried by | *Place of Receipt TACOMA USA PORT(S) | Onward inland routing |
|---|---|---|
| Vessel OOCL BRITAIN | Voy No. 0106W flag | Port of Loading TACOMA USA PORT(S) |
| Port of Discharge SHANGHAI, CHINA | *Place of Delivery SHANGHAI, CHINA | Delivery status |

**PARTICULARS FURNISHED BY MERCHANT**

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement(M) Gross Weight(KGS) |
|---|---|---|---|
| | 17 CTNR | SHIPPER'S LOAD & COUNT | |
| | 365 PIECE(S) | | 411892.000KGS |
| | | ITN:X20141223972163 COMMODITY: DOUGLAS FIR HEMLOCK SPRUCE AND FIR LOGS COUNTRY OF ORIGIN:USA QUANTITY: 78.85 MBF | FREIGHT PREPAID LOADED ON M/V : OOCL BRITAIN VOY :0106W AT:TACOMA USA PORT(S) ON :12/30/2014 CRD :12/26/2014 |
| YMLU8671375 40HQ FCL/FCL | | B4064815   22 PIECE(S) | 24545.000KGS |
| YMLU8901945 40HQ FCL/FCL | | B4064817   23 PIECE(S) | 24509.000KGS |
| YMLU8907291 40HQ FCL/FCL | | B4064813   18 PIECE(S) | 24864.000KGS |

These Commodities, Technology or Software were Exported from the UNITED STATES in Accordance with the Export Administration Regulations. Diversion Contrary to US Law Prohibited.

*Signed: Michelle Kao*

| Declared Value $_____ if Merchant enters value of Goods and pays the applicable ad valorem rate. Carrier's Package limitation shall not apply. See Clause 23 (2) & (3) hereof.   YPN447W | Place and Date of issue VANCOUVER   12/30/2014 |
|---|---|
| | On Board Date   12/30/2014 |

| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | B/L No. YMLUW166260956 |
|---|---|---|---|---|---|---|---|
| | | | | | | | The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to carrier's applicable tariff. If required by the carrier, this Bill of Lading duly endorsed shall be surrendered in exchange for the goods or Delivery Order. IN WITNESS WHEREOF, the undersigned has signed Full set of B/Ls of Lading, all of the same tenor and date, one of which being accomplished, the others to stand void. Yang Ming Shipping (Canada) Ltd. |

Rate of exchange
Number of Original Bill(s)  3
see as attached list..   Payable at

*Signed: Michelle Kao*

By _____ as agent for Yang Ming Marine Transport Corporation, as carrier

*Applicable only when used for multimodal or through transportation

CNBMFP00159799



ATTACHED LIST    OOCL BRITAIN                                          0106W     Original

B/L NO :   YMLUW166260956

---

CONTAINERS

---

| | | | | |
|---|---|---|---|---|
| YMLU8316832 | 40HQ FCL/FCL | B4064799 | 17 PIECE(S) | 23400.000KGS |
| YMLU9030376 | 40HQ FCL/FCL | B4064800 | 21 PIECE(S) | 22882.000KGS |
| SEGU4550642 | 40HQ FCL/FCL | B4064801 | 19 PIECE(S) | 24100.000KGS |
| YMLU8496863 | 40HQ FCL/FCL | B4064802 | 21 PIECE(S) | 25509.000KGS |
| YMLU9021100 | 40HQ FCL/FCL | B4064803 | 22 PIECE(S) | 25236.000KGS |
| BMOU4072248 | 40HQ FCL/FCL | B4064804 | 21 PIECE(S) | 24300.000KGS |
| DFSU6954355 | 40HQ FCL/FCL | B4064805 | 22 PIECE(S) | 23164.000KGS |
| GESU6256334 | 40HQ FCL/FCL | B4064806 | 15 PIECE(S) | 24891.000KGS |
| YMLU8992333 | 40HQ FCL/FCL | B4064807 | 23 PIECE(S) | 23264.000KGS |
| DFSU6055180 | 40HQ FCL/FCL | B4064808 | 28 PIECE(S) | 24464.000KGS |
| SEGU4569632 | 40HQ FCL/FCL | B4064809 | 22 PIECE(S) | 23282.000KGS |
| TCNU8710473 | 40HQ FCL/FCL | B4064810 | 25 PIECE(S) | 24918.000KGS |
| YMLU8246041 | 40HQ FCL/FCL | B4044811 | 28 PIECE(S) | 24291.000KGS |
| BMOU4424713 | 40HQ FCL/FCL | B4064812 | 18 PIECE(S) | 24273.000KGS |

Page No: 1

** END OF ATTACHMENT LIST **

No phytosanitary certificate can be issued until an application is completed (7 CFR 353)

FORM APPROVED
OMB NO. 0579-0052

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
PLANT PROTECTION AND QUARANTINE

# PHYTOSANITARY CERTIFICATE

FOR OFFICIAL USE ONLY

PLACE OF ISSUE
Olympia, Washington

NO.
F-S-53067-04490913-7-N

USDA

TO: THE PLANT PROTECTION ORGANIZATION(S) OF
China

DATE INSPECTED
December 18, 2014

## CERTIFICATION

This is to certify that the plants, plant product or other regulated articles described herein have been inspected and/or tested according to appropriate official procedures and are considered to be free from the quarantine pests, specified by the importing contracting party and to conform with the current phytosanitary requirements of the importing contracting party including those for regulated non-quarantine pests.

### DISINFESTATION AND/OR DISINFECTION TREATMENT

| 1. DATE | 2. TREATMENT |
|---|---|
| ************************************************ | ************************************************ |
| 3. CHEMICAL (active ingredient) | 4. DURATION AND TEMPERATURE |
| ************************************************ | ************************************************ |
| 5. CONCENTRATION | 6. ADDITIONAL INFORMATION |
| ************************************************ | ************************************************ |

### DESCRIPTION OF THE CONSIGNMENT

| 7. NAME AND ADDRESS OF THE EXPORTER | 8. DECLARED NAME AND ADDRESS OF THE CONSIGNEE |
|---|---|
| CNBM FOREST PRODUCTS CANADA LTD.<br>33334 8th Ave. S., Suite 104,<br>Federal Way, Washington 98003 | SHANGHAI SHENG WOSHENG FOREST CO., LTD<br>SHANGHAI, China |
| 9. NAME OF PRODUCE AND QUANTITY DECLARED | 10. BOTANICAL NAME OF PLANTS |
| (1) 2.14 Thousand Board Feet Grand fir (Logs)<br>(2) 1.58 Thousand Board Feet Spruce (Logs)<br>(3) 70.53 Thousand Board Feet Douglas fir (Logs)<br>(4) 4.6 Thousand Board Feet Western hemlock (Logs) | (1) Abies grandis<br>(2) Picea sp.<br>(3) Pseudotsuga sp.<br>(4) Tsuga heterophylla |
| 11. NUMBER AND DESCRIPTION OF PACKAGES | 12. DISTINGUISHING MARKS |
| (1-4) 17 containers | (1-4) BMOU4072248,BMOU4424713,DFSU6055180,DFSU6954355,<br>GESU6256334,SEGU4550642,SEGU4569632,TCNU8710473,<br>YMLU8246041,YMLU8316832,YMLU8496863,YMLU8671375,<br>YMLU8901945,YMLU8907291,YMLU8992333,YMLU9021100,<br>YMLU9030376 |
| 13. PLACE OF ORIGIN | 14. DECLARED MEANS OF CONVEYANCE |
| (1-4) Washington, USA | Ocean Vessel |
| | 15. DECLARED POINT OF ENTRY |
| | China |

**WARNING:** Any alteration, forgery, or unauthorized use of this phytosanitary certificate is subject to civil penalties of up to $250,000 (7 U.S.C. Section 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C. Section 1001).

### ADDITIONAL DECLARATION

The logs in this shipment are without bark. The shipment has been tested and found free of Bursaphelenchus xylophilus.

Page 1 of 1

| 16. DATE ISSUED | 17. NAME OF AUTHORIZED OFFICER (Type or Print) | 18. SIGNATURE OF AUTHORIZED OFFICER |
|---|---|---|
| January 06, 2015 | Tobin Gilbert | [signature] |

No liability shall attach to the United States Department of Agriculture or to any officer or representative of the Department with respect to this certificate.

PPQ Form 577    FEB 2001    Previous editions are obsolete after 6/30/01

SHIPPER'S ORIGINAL
CNBMFP00159801

| | |
|---|---|
| Exporter - Exportateur<br><br>MILLWOOD TIMBER, INC.<br>C/O CNBM FOREST PRODUCTS CANADA LTD.<br>700 WEST GEORGIA STREET, 25TH FLOOR<br>VANCOUVER, BC V7Y 1B3 CANADA | |
| Consignee - Destinataire<br><br>SHANGHAI SHENG WOSHENG FOREST CO. LTD<br>ROOM 1812, NUMBER 425 YISHAN ROAD,<br>SHANGHAI, CHINA<br>PH: +86 21 34091161<br>FAX: +86 21 34091163 | **CERTIFICATE<br>OF<br>ORIGIN** |

| | |
|---|---|
| VESSEL: OOCL BRITAIN 0106W<br>B/L NO. YMLUW166260956<br>QUANTITY: 17 X 40H CONTAINERS | |

| DESCRIPTION | QUANTITY: |
|---|---|
| TOTAL 365 PIECES<br>COMMODITY: DOUGLAS FIR<br>HEMLOCK SPRUCE AND FIR LOGS<br>COUNTRY OF ORIGIN: USA | 78.850 MBF |

The undersigned has examined the contents of this certificate and the attached manufacturer's invoice or shipper's affidavit concerning the origin of the goods in question, and according to the best of the undersigned's knowledge and belief, and based solely on that examination and the representations of the manufacturer or shipper, finds that the goods named originated in the country specified.

| | |
|---|---|
| Sworn to me this:<br>Jure devant moj ce   30-Dec-14 | |
| Name of Authorized<br>Trade Association   **Vancouver Board of Trade**<br>Nom de l'association   **(Chamber of Commerce)**<br><br>commerciale agreee<br>The undersigned has examined the contents of this certificate and the related manufacturer's invoice or shipper's affidavit concerning the origin of the goods in question, and according to the best of the undersigned's knowledge and belief, and based solely on that examination and the representations of the manufacturer or shipper, finds that the goods named originated in the country specified.<br><br>THE VANCOUVER BOARD OF TRADE | It is hereby certified that the above mentioned goods originate in: USA<br><br>**CANFLEET LOGISTICS LTD.**<br>**#1408 - 700 WEST PENDER STREET**<br>**VANCOUVER, B.C. CANADA V6C 1G8**<br>Place & Date   Vancouver, Canada<br>Lieu et date   December 30,   2014<br><br>Authorized Signature [signature]<br>Fonde de signature |