<u>Translation of CBMIE00032577 -32578</u>

<u>CBMIE00032577</u>

## CNBM Import and Export Company
## Sorting of American Business

The American business of every subsidiary is as follows:

### I. CNBM Forest Products Trading Ltd.

At present, the business of the Forest Products Trading Ltd. in the United States is mainly operated through its Canadian company.

The current inventory and the quantity planned for 2015 are separately listed as below:

| Inventory of goods for which Canadian Branch has made payment (or partial payment) | | | | | |
|---|---|---|---|---|---|
| Supplier | Business department | Timber type | Current inventory | Amount | |
| SMS | Log | Southern pine | 5551. 475 | $360, 845. 88 | |
| PLUM CREEK | Log | Southern pine | 1775. 161 | $142, 012. 88 | |
| SIMSPON | Board | Hemlock, douglas fir | 175 | $27, 125. 00 | |
| | | | | $529, 983. 76 | |
| Business of Canadian Branch, which might be affected | | | | | |
| Supplier | Business details | | | Estimated scale | Payment method |
| SMS | 250 containers / month, 28 m³ / container, $125 / m³, 11 months | | | $13, 475, 000. 00 | TT cash |
| AFP | 10 ships, $5, 000, 000. 00 / ship | | | $50, 000, 000. 00 | TT cash |

**CONTEMPT Exhibit 113**

| MILL WOOD | 50 containers / month, 5 MBF / container, $950 / MBF, 11 months | $2, 612, 500. 00 | TT cash |
|---|---|---|---|
| WESTERN WOOD | 100 containers / month, 5 MBF / container, $950 / MBF, 10 months | $4, 750, 000. 00 | TT cash |
| | | $70, 837, 500. 00 | |

**CBMIE00032578**

At present, all businesses are conducted in form of TT (a form of American domestic trade).

Except that the business company AFP adopts cooperation with other Canadian companies to avoid risks, other businesses are all operated by the Canadian company itself, so it is hard to avoid the impact of this case. Particularly, the southern pine business of SMS is mainly located in Alabama, the United States (closely adjacent to Louisiana). Anyway, by now the business is still normal, but the potential risk still exists. As partial inventory has formed, except quick clearance of the inventory, there is no good countermeasure.

## II.  CNBM Technology Co., Ltd.:

The business relating to the United States mainly consists of two parts:

The first focuses on import agency of American IT products in domestic market. We pay American manufacturers in form of L/C opened through the Import and Export Company or TT.

The second is to purchase or import related medical devices from American GE Company. Likewise, we pay American manufacturer in form of L/C opened through the Import and Export Company or TT.

Building materials group import-export company

The American service combs the situation

Various subsidiary company US service situations are as follows:

First, building materials wood industry trade limited company

At present the wood industry company mainly operates through Canadian Corporation in the US service.

Displays according to quantity that the present stock and in 2015 will plan separately as follows:

At present before all services are, the TT way (American domestic trade form) carry on.

Besides AFP service company adopts with other Canadian Corporation cooperation operations to avoid the risk, other services are Canadian Corporation oneself are operating, therefore is very difficult the influence that avoids this case bringing. Especially the SMS southern loose service, is mainly located at American Alabama (close neighbor Louisiana). However so far, the service normally carries on, but the potential risk still existed. As a result of the shaping unit stock, besides stepping up to produce goods, at present does not have good dealing plan temporarily.

Second, building materials information technology limited company:

Involves the service in US mainly to have two parts:

First, to take the import agent US it product to the home primarily, my department opens the card or TT through the import-export company gives American the manufacturer.

Second, purchases or the import related medical equipment to American GE Corporation, similarly opens the card or TT through the import-export company gives American the manufacturer.

 --- Common properties ---
Created: Thu Jan 29 09:48: 00 CST 2015 Creator: asus Modified: Mon Feb 02 14:14: 00 CST 2015 Revision: 9

 --- Extended properties ---
Application: Microsoft Office Word AppVersion: 12.0000 Characters: 334 CharactersWithSpaces: 391
Company:
DocSecurity: 0 Lines: 2 Pages: 2 Paragraphs: 1 Templatev: Normal TotalTime: 12 Words: 58

# 中建材集团进出口公司

## 美国业务梳理情况

各子公司美国业务情况如下:

### 一、中建材木业贸易有限公司

目前木业公司在美业务主要通过加拿大公司操作。

根据目前的库存及 2015 年规划的数量分别罗列如下:

| 加拿大公司已支付货款(或部分货款)库存 | | | | | |
|---|---|---|---|---|---|
| 供应商 | 业务部门 | 材种 | 现有库存 | 金额 | |
| SMS | 原木 | 南方松 | 5551.475 | $360,845.88 | |
| PLUM CREEK | 原木 | 南方松 | 1775.161 | $142,012.88 | |
| SIMSPON | 板材 | 铁杉花旗 | 175 | $27,125.00 | |
| | | | | $529,983.76 | |
| 加拿大公司可能受影响的业务 | | | | | |
| 供应商 | 业务详情 | | | 预估规模 | 付款方式 |
| SMS | 350柜/月,28立方/柜,125美金/方,11个月 | | | $13,475,000.00 | TT现金 |
| AFP | 10船,$5,000,000.00/船 | | | $50,000,000.00 | TT现金 |
| MILLWOOD | 50柜/月,5千板尺/柜,950美金/千板尺,11个月 | | | $2,612,500.00 | TT现金 |
| WESTERN WOOD | 100柜/月,5千板尺/柜,950美金/千板尺,10个月 | | | $4,750,000.00 | TT现金 |
| | | | | $70,837,500.00 | |

Confidential

CBMIE00032557

目前所有业务都是前 TT 方式（美国国内贸易形式）进行。

除 AFP 业务公司采取跟其他加拿大公司合作操作以避免风险外，其他业务都是加拿大公司自身在操作，因此很难避免此案件带来的影响。尤其是 SMS 南方松业务，主要位于美国阿拉巴马州（紧邻路易斯安那州）。不过截至到目前，业务均正常进行，但潜在风险仍然存在。由于已经形成部分库存，除加紧出货外，目前暂无很好的应对方案。

## 二、中建材信息技术有限公司：

涉及美国的业务主要有两部分：

一是以进口代理美国 it 产品到国内为主，我司通过进出口公司开证或 TT 给美国厂商。

二是向美国 GE 公司采购或进口有关医疗设备，同样是通过进出口公司开证或 TT 给美国厂商。