

CONTEMPT
Exhibit 114

**FP: Exhibit 424-1**

Confidential

## Catalogue

### A: New Orleans SYP Project

### B: Savannah SYP Project

CNBM

Confidential

CNBMFP00000047



Confidential

CNBMFP00000048



Plum Creek logging sites



CNBMFP00000050



CNBMFP00000051



CNBMFP00000052

☐ *New Orleans SYP Project —— Barge*



**1.5 days from Natchez to Chalmette**

**Distance: 190 miles**

CNBM

CNBMFP00000053



CNBMFP00000054





CNBMFP00000056



CNBMFP00000057





CNBMFP00000059



CNBMFP00000060



CNBMFP00000061

□ *New Orleans SYP Project*

# Bussiness proposal

### Option A

合同签订方为Southern Forest Products，我们直接与其签订采购合同。

SFP除了可以提供PLUM CREEK货物外，还能从LA其他林地主收购原木以满足CNBM需要，SFP要求散船每两个礼拜付款一次。

SFP集装箱只接受CFR/CIF合作形式。

### Option B

CNBM与PLUM CREEK签订采购合同，此合同列明FOB价格。

由PLUM CREEK来负责Barge租赁，外包Handling给SFP。

CNBM 负责租船

### Option C

CNBM与PLUM CREEK签订采购合同，此合同列明FOB BARGE价格。由于目前PLUM CREEK在NACHEZ供应能力为600吨/天，因此PLUM CREEK需要CNBM授权从其他source购买原木。但BARGE运输能力是否能够跟上还需要进一步核实。再与SFP签订一个操作合同（COST3视情况而定是否直接交与SFP来做）。

**CNBM**

CNBMFP00000062

☐ *New Orleans SYP Project —Analysis*

## Procurement & Sale Market

SFP提出的2月份的集装箱价格为155USD/M3，FOB散船的价格为85USD/M3。

CNBM

Confidential

CNBMFP00000063

☐ *New Orleans SYP Project ----Analysis*

## Vessel Chartering

| Shipowner | Ship type | Freight(Chalmette to Lianyungang) |
|-----------|-----------|-----------------------------------|
| Pacific Basin | 32 K | 230万美金 |
| Citic | 32 K | 230万美金 |
| | 56 K | 245万美金 |
| Westrans（Broker） | | 70美金/立方米 |
| | | |

我们仍在对海运费进行多方的调研，包括了解一些回程船的模式，尽量降低海运的成本。

CNBM

CNBMFP00000064

**New Orleans SYP Project ---Analysis**

## Summary

根据目前南方松在国内的具体情况以及外盘情况，结论如下：
• 国内原木整体库存较高，在推南方松上会受到一定影响
• 南方松普遍出货较慢，还不属于国内主流材种
• 前期最好以集装箱的合作形式，利用加拿大子公司平台，以CFR方式进行换单交易，培养国内客户群
• 从集装箱逐渐往散船方向发展，散船的意向客户以中小港口并且有控制力的客户为优先

从物流操作，租船的角度来看：
• 根据目前各大船东以及Broker的报价，海运费成本很高
• 美东与美西的装船差别巨大，船舶质量，装货公司专业度都会影响整体装货，可能出现额外装货费用与滞期费用

CNBM

Confidential

**▢ Savannah SYP Project**



SAVANNAH集装箱项目目前由PLS独家垄断了EAST COAST TERMINAL。

CNBM暂无法进入，需要逐步通过进一步接触本地货代和RELOAD来了解

CNBM

CNBMFP00000066



1. Plum Creek在美国东南部Georgia、Florida以及南卡等地区的林地面积大约在100万英亩左右，采伐量大约在400-500万吨之间。在东南部，原木径级较小，纸浆原木大约占60%左右的量。
2. 在Savannah地区每周Plum Creek给ECT供应80车左右的原木，每车载量在28吨左右。ECT每个月出口200多个柜子，熏蒸时间在21小时左右。

Log yard

Confidential



根据南方松现在的市场信息，集装箱服水一般报盘在138-140USD/M3，径级30cm以上的在基础上每M3增加5USD左右，约143-145USD/M3

**Container Loading Process**

Confidential