<u>Partial Translation of CNBMFP00000152-157</u>

CNBMFP00000152

 **CNBM Forest Products Ltd.**

**Meeting on the Discussion of the Southern Pine Project**

**Time of the meeting**: March 13th, 2014

**Place of the meeting**: conference room on the 15th floor of CNBM Forest Products

**Attendants**: Chief Gao, Jianwei Wang, Dan Zhu, Yizhou Wu, Jing Li, Jinhui Bai, Suning Sun, Yue Wu, Xin Cheng

**Reported by**: Bo Zhang, Jianjun Deng, Xu Shen

**Main Contents**:

This report is mainly about the research that the southern pine group conducted on the southern pine logs supply chain in the South of the United States from February 16th to 21st, 2014. According to the general itinerary, we include 2 parts in this report: bulk carriers and containers.

**1. Bulk Log Carriers**

The bulk carrier operation is in the Port of New Orleans, Louisiana, United States. According to the supply channel of Plum Creek Company, there is a barge process before the logs arrive at the Port of New Orleans.

Place of cutting – Port of Natchez – Port of New Orleans (logs are transported to the Port of Natchez by truck from the place of cutting, and they are loaded onto the barge and shipped to the Port of New Orleans)

…

The local operation company is Associated Terminals. It has 12 acres (about 4.86 hectares) of storage area in the port and stores more than 30000JAS M3 of southern pine. …

**CONTEMPT Exhibit 115**

**FP: Exhibit 424**

**CNBMFP00000153**

Overall information on the Port of New Orleans is shown below:

(1) Draught: 33-43 feet, length of the berth: 1600 feet

(2) Mainly loggers with 28K ton, 48K or larger vessel only load under deck (last year)

(3) Stow factor: 1.9-2.3 CBM/MT

(4) Weight factor: 1.0-1.2 JAS/MT

(5) 32K logger could load 33000 M3

(6) 55K Vessel for 34-35000 M3

Information on shipping and loading is shown below:

(1) Normally 3 gangs per day

(2) Loading time: 7-10 days

(3) Working time: 7:00 am to 7:00 pm

(4) Loading style: Truck to ship

(5) Triming: Trim machine

(6) Lashing: Crew's job

(7) Loading cost: 10 USD/JAS

Currently, the main log container operator and log exporter in this area is Southern Forest Products (SFP). This company has 18 acres of storage area, which can store 50,000 m$^3$ of logs. Also, it has 26 trucks, which are used for ordinary transportation of logs and other operations. …

…

**CNBMFP00000155**

…

In terms of bulk carriers, there are approximately three ways of cooperation:

A: Sign purchase agreement with SFP, negotiate the price according to FOB VESSEL, and make payments every two weeks. SFP[1] takes full responsibility of the collection, storing, operation, and other procedures of the goods.

B: Sign FOB VESSEL with Plum Creek. The operation will be outsourced to other parties by Plum Creek.

C: Extend the supply chain to FOB BARGE. Purchase logs from Plum Creek and collect goods from multiple sources, and we will outsource the operation to outside parties.

In general, the risks of plan B are relatively controllable for us. We will do our best to develop the business based on plan B.

## 2. Containers

We went to the Port of Savannah in Georgia. The port, whose cargo throughput capacity comes only after Los Angeles, Long Beach, and New York, is the 4th largest port of container loading in the United States. In the Savannah area, ECT (East Coast Terminal) serves as the specialized operation terminal for the export of southern pine logs. … Currently, ECT has signed an exclusive agreement with PLS, so we cannot enter this field in a short time. But in later periods, ECT plans to expand its service capacity, so we can consider investing in stripping equipment. We need to continue the follow-up in later periods to see if it is possible to invest in stripping equipment and to expand export volume.

…

---

[1] It is "SPF" in the original document. But it should be a typo.

**CNBMFP00000157**

…

## 5. Follow-up

First, get in touch with Plum Creek. After receiving related replies, discuss southern pine related topics in the teleconference with Alan on March 18th (next Tuesday), and approximately on March 20th- 21st, on condition that we have Plum Creek's reply and relevant draft cooperation plan, hold another meeting on southern pine and discuss the follow-up matter.

Wang Yingli, hello!

 I agree to transfer.
South Korean Wei celebrates 2010-05-26 13:43: 20

======== 2010-05-26 10:23: 49 you wrote in the letter: ========
----- Original Message -----
From: haz To: wsh Cc: gbl; Wang Yingli Sent: Wednesday, May 26, 2010 9:24 AM
Subject: Fw: The navigation finance transfer of share rights agreement transfers, asks the commercial management to scrutinize to propose after the opinion, reported again, asks the administrator to give the report repeater the commercial management, today getting off work feedback comment.
In Huang An
----- Original Message -----
From: wsh@cbmie.com To: haz Sent: Tuesday, May 25, 2010 5:30 PM Subject: Navigation finance transfer of share rights Huang Zong:
The navigation finance limited company stockholder's rights 5.67% correspondence net assets 4,5374,858 Yuan that the group in April, 2007 will have (on December 31, 2006 point in time number) included within our company free of charge, simultaneously delimited the monetary fund 41 million Yuan free of charge.
In view of the fact that after the group includes within our company stockholder's rights free of charge, is unable to handle to transfer title of ownership from the navigation group financial company place to our company legal procedure (Securities Supervisory Association that has barrier), therefore in this stockholder's rights legal significance the group has. Navigation finance limited company 2007 - during 2009 the additional investment, causes 5.67% stockholder's rights that our company had to dilute (the present approximately is 3.75%) has not divided to the operating profit profit excessively red, therefore this investment will not have the real return to our company and group.
Always repeatedly communicates with the navigation financial company after Shanghai, now the navigation group agreed stockholder's rights that basically let our group has. On December 31, 2009 the navigation financial company audited the report form the net assets is 1.486 billion Yuan.
I planned to write to the report of group, you looked, if agreed that I let the finance department newspaper group.
Wu Suhua = = = = = = = = = = = = = = = = = = = = = = = sends the ritual!

 hwq hwq@cbmie.com 2010-05-26

Received: from user-PC (unknown [58.246.145.122]) by mail.cbmie.com (Coremail) with SMTP id AQAAf7CbZwB3qfxLi+RRAQ==.3077S2;
        Wed, 26 May 2010 12:54: 15 +0800 (CST) Date: Wed, 26 May 2010 13:43: 30 +0800 From: â€œHwqâ€ < hwq@cbmie.com > Reply-To: hwq@cbmie.com To: â€œ=? gb2312? B? zfXTrcDy? =â€ < wyl@cbmie.com > Subject: =? gb2312? B? UmU6IEZ3OiC6o7q9ssbO8bnJyKjXqsjD? = X-mailer: Foxmail 5.0 [cn] Mime-Version: 1.0 Content-Type: multipart/alternative;
        boundary= " =====003_Dragon623702648342_=====â€ X-Coremail-Antispam: 1U3129KBjvJXoW7AF4DXryrAFyUtw48tFWxtFb_yoW8Xr18pw
4DuF93Crs5AryUJw42kr4UJr17Wr48JwsrJr18GFy7Z3W3tr18XFW3KF1FqryUG348Aw4r

tr18Jw1Ykw18X3JanT9S1TB71UUUUU7v73VFW2AGmfu7bjvjm3AaLaJ3UjIYCTnIWjp_UU
U0p7k0a2IF6r1UMc02F40En4AKxVAYY2Wl5I8CrVC2j2CE0s8v4I0Ex7kE8s4lb7IF0VCF
I7km07C26c804VAKzcIF0wAYFVCjjxCrM7AC8VAFwI0_Jr0_Gr1l1I0E4x80FVCIwcAKzI
AtM7C26IkvcIIF6IxKo4kEV4yl1IIY67AEw4v_JrI_Jryln7IjY7xE6298M2k07cx0zVCj
m3s_M2k07cx0zVC2mwAawVACjsI_Ar4v6c8GOVW06r1DJrWUAwAa7VCY0VAaVVAqrcv_Jw
1UWr13Mc804VCqF7xvr2I5McIj6xIIjxv20xvE14v26r1q6rW5McIj6I8E87Iv67AKxVW8
JVWxJwACY4xI67k04243AVAKzVAKj4xxM4xvF2IEb7IF0Fy26I8I3I1lw4CEF2IF47xS0V
Av8wCFI7vE84CIb48I67vvx24lx4CE17CEb7AF67AKxVWUJVWUXwCqF7xvr2IY62kE34x0
Y4UI43ZEXa7xRN189tUUUUU== Message-Id: < 4BFCA978.02882B.18421@cbmie.com >

Wang Yingli, hello!

 I revising the lumber news release issues you, for reference.
======== 2010-05-26 10:23: 49 you wrote in the letter: ========

----- Original Message -----
From: haz To: wsh Cc: gbl; Wang Yingli Sent: Wednesday, May 26, 2010 9:24 AM
Subject: Fw: The navigation finance transfer of share rights agreement transfers, asks the commercial management to scrutinize to propose after the opinion, reported again, asks the administrator to give the report repeater the commercial management, today getting off work feedback comment.
In Huang An
----- Original Message -----
From: wsh@cbmie.com To: haz Sent: Tuesday, May 25, 2010 5:30 PM Subject: Navigation finance transfer of share rights Huang Zong:
The navigation finance limited company stockholder's rights 5.67% correspondence net assets 4,5374,858 Yuan that the group in April, 2007 will have (on December 31, 2006 point in time number) included within our company free of charge, simultaneously delimited the monetary fund 41 million Yuan free of charge.
In view of the fact that after the group includes within our company stockholder's rights free of charge, is unable to handle to transfer title of ownership from the navigation group financial company place to our company legal procedure (Securities Supervisory Association that has barrier), therefore in this stockholder's rights legal significance the group has. Navigation finance limited company 2007 - during 2009 the additional investment, causes 5.67% stockholder's rights that our company had to dilute (the present approximately is 3.75%) has not divided to the operating profit profit excessively red, therefore this investment will not have the real return to our company and group.
Always repeatedly communicates with the navigation financial company after Shanghai, now the navigation group agreed stockholder's rights that basically let our group has. On December 31, 2009 the navigation financial company audited the report form the net assets is 1.486 billion Yuan.
I planned to write to the report of group, you looked, if agreed that I let the finance department newspaper group.
Wu Suhua = = = = = = = = = = = = = = = = = = = = = = = sends the ritual!

 hwq hwq@cbmie.com 2010-05-27

Received: from user-PC (unknown [58.246.145.122]) by mail.cbmie.com (Coremail) with SMTP id AQAAf7DLRwAgBP5LsfBWAQ==.15157S2;
        Thu, 27 May 2010 13:33: 20 +0800 (CST) Date: Thu, 27 May 2010 14:22: 47 +0800 From: â€œHwqâ€ < hwq@cbmie.com > Reply-To: hwq@cbmie.com To: â€œ=? gb2312? B? zfXTrcDy? =â€ < wyl@cbmie.com > Subject: =? gb2312? B? UmU6IEZ3OiC6o7q9ssbO8bnJyKjXqsjD? = X-mailer: Foxmail 5.0 [cn] Mime-Version: 1.0 Content-Type: multipart/mixed;
        boundary= " =====001_Dragon752302268516_=====â€ X-Coremail-Antispam: 1U3129KBjvJXoW7ur4DJF1fJF13AFy5JFy5Jwb_yoW8Xr1fpw
sruF93Grs5AryUJw12yr4UXr17WrW8JrsrJ3W8GFy7Zw13tr1rGFW3KF1rXFyUG348Aw45
Kr10qw15Cw18X3JanT9S1TB71UUUUU7v73VFW2AGmfu7bjvjm3AaLaJ3UjIYCTnIWjp_UU

Und7k0a2IF6r1UMc02F40En4AKxVAYY2Wl5I8CrVC2j2CE0s8v4I0Ex7kE8s4lb7IF0VA0
xI801c0E84ArM7k042IEjI02j7Aq6s0q3wAYjxAI6xCIbckI1I0E57IF64kEYxAxM7kC6x
804xWl14x267AKxVWUJVW8JwAFxVCF77xC6IxKo4kEV4yl1I0EscIYIxCEI4klw4CSwwAF
IxvE14AKwVWUJVWUGwAajx8vj4CEn34ln7IjY7xE62ZELaWln7IjY7xE6xnvqTWln7IjY7
xE6InkM2kK64x0aVW7GwIE548m6rI_Jw1UWr17M2vj6xkI62vS6c8GOVWUtr1rJFyle4C2
67I2x7xF54xIwI1l57IF6s8CjcxG0xylYx0E2Ix0cI8IcVAFwI0_Jw0_WrylYx0Ex4A2js
IE14v26r4UJVWxJr1lFcxC0VAYjxAxZF0Ew4CEw7xC0wACY4xI67k04243AVC20s07M4kE
64xI4xA0e2IEY21l4IxY628EI7kG0VAYaI8xMI8E67AF67kF1VAFwI0_Jr0_Jryl34x0Y4
8IcVAazs8CjcxJ0xZFpf9x0pNg4SrUUUUU= Message-Id: < 4BFE0421.028CFB.18421@cbmie.com >

Building materials group import and export Shanghai Corporation and Canadian Tolko signs the second lumber entire factory to have exclusive selling rights the agreement

On May 17, 2010, Western Province governor jointly the representative visited China. Visits during Shanghai, British Columbia Province governor gold (Gordon Campbell) participated in Canadian well-known woodware supplier Tolko with a building materials group import and export Shanghai Corporation's important signing ceremony, and celebrates with building materials group import-export company deputy general manager and Shanghai director Han Wei, Shanghai Corporation deputy general manager Gao Xiaozheng has held the friendly meeting, discussed next step the cooperation intention on bulk resource commodity.
The agreement that this time signs is building materials group import and export Shanghai Corporation and Tolko another important corporate plan. Before this, Shanghai Corporation has signed the first factory to have exclusive selling rights the agreement in November, 2009 with Tolko, founded Chinese Corporation to purchase the SPF new pattern in North America. These two corporate plans are equal to building materials group import and export Shanghai Corporation had exclusive selling rights the North American two large-scale saw mills all produce energy, and on the lumber got the CNBM symbol to sell to China, this has the historical significance. In order to stabilize Chinese wood-market's supply and price played very major role, received the welcome of domestic client. To further promotes our company in the positive function that timber trade's visibility has, continued to expand to us in the Canada, Russia, New Zealand and other country's the lumber imports has had the positive influence.


 --- Summary Information ---
1: 936 PID_TITLE: Building materials group import and export Shanghai Corporation and Canadian Tolko PID_SUBJECT:
PID_AUTHOR: User PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: User PID_REVNUMBER: 5 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 09:01: 00 CST 1601 PID_LASTPRINTED: Thu May 27 11:44: 00 CST 2010 PID_CREATE_DTM: Thu May 27 13:19: 00 CST 2010 PID_LASTSAVE_DTM: Thu May 27 14:18: 00 CST 2010 PID_PAGECOUNT: 1 PID_WORDCOUNT: 71 PID_CHARCOUNT: 411 PID_SECURITY: 0

 --- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: China PID_LINECOUNT: 3 PID_PARCOUNT: 1 17: 481 23: 730895 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

I changed, you have a look.

----- Original Message -----
From: Wang Yingli To: haz Sent: Thursday, May 27, 2010 3:42 PM Subject: Fw: Fw: Navigation finance transfer of share rights
----- Original Message -----
From: hwq To: Wang Yingli Sent: Thursday, May 27, 2010 2:22 PM Subject: Re: Fw: Navigation finance transfer of share rights Wang Yingli, hello!

 I revising the lumber news release issues you, for reference.
======== 2010-05-26 10:23: 49 you wrote in the letter: ========

----- Original Message -----
From: haz To: wsh Cc: gbl; Wang Yingli Sent: Wednesday, May 26, 2010 9:24 AM
Subject: Fw: The navigation finance transfer of share rights agreement transfers, asks the commercial management to scrutinize to propose after the opinion, reported again, asks the administrator to give the report repeater the commercial management, today getting off work feedback comment.

In Huang An
----- Original Message -----
From: wsh@cbmie.com To: haz Sent: Tuesday, May 25, 2010 5:30 PM Subject: Navigation finance transfer of share rights Huang Zong:

The navigation finance limited company stockholder's rights 5.67% correspondence net assets 4,5374,858 Yuan that the group in April, 2007 will have (on December 31, 2006 point in time number) included within our company free of charge, simultaneously delimited the monetary fund 41 million Yuan free of charge.
In view of the fact that after the group includes within our company stockholder's rights free of charge, is unable to handle to transfer title of ownership from the navigation group financial company place to our company legal procedure (Securities Supervisory Association that has barrier), therefore in this stockholder's rights legal significance the group has. Navigation finance limited company 2007 - during 2009 the additional investment, causes 5.67% stockholder's rights that our company had to dilute (the present approximately is 3.75%) has not divided to the operating profit profit excessively red, therefore this investment will not have the real return to our company and group.
Always repeatedly communicates with the navigation financial company after Shanghai, now the navigation group agreed stockholder's rights that basically let our group has. On December 31, 2009 the navigation financial company audited the report form the net assets is 1.486 billion Yuan.
I planned to write to the report of group, you looked, if agreed that I let the finance department newspaper group.
Wu Suhua

= = = = = = = = = = = = = = = = = = = = = = = sends the ritual!
 hwq hwq@cbmie.com 2010-05-27

Received: from LENOVOE06AA0D1 (unknown [192.168.28.7]) by mail.cbmie.com (Coremail)

with SMTP id AQAAf7DrcACRKv5Lq_NTAQ==.16855S2;
		Thu, 27 May 2010 16:17: 21 +0800 (CST) Message-ID: <000f01cafd7b$f5fa8080$071ca8c0@LENOVOE06AA0D1 > From: â€œHazâ€ < haz@cbmie.com > To: =? gb2312? B? zfXTrcDy? = < wyl@cbmie.com > References: <000e01cafd70$34b063a0$0efaa8c0@LocalHost > Subject: =? gb2312? B? UmU6IEZ3OiC6o7q9ssbO8bnJyKjXqsjD? = Date: Thu, 27 May 2010 17:06: 57 +0800 MIME-Version: 1.0 Content-Type: multipart/mixed;
		boundary=â€----=_NextPart_000_000B_01CAFDBF.039CF7C0â€ X-Priority: 3 X-MSMail-Priority: Normal X-Mailer: Microsoft Outlook Express 6.00.2900.3664 X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3664 X-Coremail-Antispam: 1U3129KBjvJXoW7uFyUXF17KF1kXr43JF4ruFg_yoW8Arykp3
sxZF93Grs5CryUJw1qyr4DWry7Wr48JwsrGw18Ga47Zw1ay34UWFW3KF10qFyUG348Aw45
try8twn8Gw18X3JanT9S1TB71UUUUU7v73VFW2AGmfu7bjvjm3AaLaJ3UjIYCTnIWjp_UU
Und7k0a2IF6r1UMc02F40En4AKxVAYY2Wl5I8CrVC2j2CE0s8v4I0Ex7kE8s4lb7IF0VA0
xI801c0E84ArM7k042IEjI02j7Aq6s0q3wAYjxAI6xCIbckI1I0E57IF64kEYxAxM7kC6x
804xWl14x267AKxVWUJVW8JwAFxVCF77xC6IxKo4kEV4yl1I0EscIYIxCEI4klw4CSwwAF
IxvE14AKwVWUJVWUGwAajx8vj4CEn34ln7IjY7xE62ZELaWln7IjY7xE6xnvqTWln7IjY7
xE6InkM2kK67kEx4kIxVAqrcv_JFWUtr1fM2kK64x0aVW7GwIE548m6rI_Jw1UWr17M2vj
6xkI62vS6c8GOVWUtr1rJFyIe4C267I2x7xF54xIwI1l57IF6s8CjcxG0xylYx0E2Ix0cI
8IcVAFwI0_Jr0_Jr4lYx0Ex4A2jsIE14v26r1j6r4UM4xvF2IEb7IF0Fy264kE64k0F24l
FcxC0VAYjxAxZF0Ex2IqxwCFI7vE84CIb48I67vvx24lx4CE17CEb7AF67AKxVWUJVWUXw
CqF7xvr2IY64Ax0xZFpf9x0ziVc_-UUUUU=



# 中建材木业贸易有限公司
## CNBM Forest Products Ltd.

## 南方松项目讨论会议

**会议时间**： 2014 年 3 月 13 日

**会议地点**： 中建材木业 15 楼会议室

**出席人员**： 高总 王坚伟 朱聘 吴一舟 李婧 白锦慧 孙苏宁 吴岳 程鑫

**汇报人员**： 张博 邓建军 申旭

**主要内容**：

本次汇报主要是南方松小组在 2014 年 2 月 16-21 日期间在美国南部地区对南方松原木供应链的调研任务。根据大概的行程，我们将汇报主要分为 2 个部分：散船以及集装箱。

### 1. 散船原木部分

散船操作的部分在美国的路易斯安那州的新奥尔良港口。根据 Plum Creek 公司的供应渠道，原木至新奥尔良港中间大概还有一段泊船的流程。

采伐地 – Natchez 港 – 新奥尔良港（其中在采伐地由卡车运输到 Natchez 港口，将原木装入泊船后再运到新奥尔良港口）

其中泊船的载重吨数大概在 1800-2000 吨，装满一泊船的时间为 12 小时左右，也就是 1.5 天的工作量，由岸吊装载。泊船如果产生滞期，每天的滞期费大概在 200-400USD 左右。Plum Creek 方面每天可以往 Natchez 集货 600 吨左右。

从 Natchez 港到新奥尔良港口的距离大约为 190 英里（约 300 公里），泊船航行时间大概在 1.5 天。泊船到达新奥尔良之后，由当地的操作公司(非工会性质)全面进行原木的后期操作以及储存。

当地的操作公司名字为 Associated Terminals，在港区内拥有 12 英亩（约 4.86 公顷）面积的储存场地，储存南方松的数量在 30000JAS M3 以上。泊船原木到达这里之后，基本上都储存在该场地。

Confidential

CNBMFP00000152

# 中建材木业贸易有限公司
## CNBM Forest Products Ltd.

新奥尔良港口的总体数据大概如下：

（1）吃水深度：33-43 英尺，泊位长度 1600 英尺

（2）Mainly loggers with 28K ton, 48K or larger vessel only load under deck ( last year )

（3）Stow factor: 1.9-2.3 CBM/MT

（4）Weight factor: 1.0-1.2 JAS/MT

（5）32K logger could load 33000 M3

（6）55K Vessel for 34-35000 M3

装货参数大概如下：

（1）Normally 3 gangs per day

（2）Loading time : 7-10 days

（3）Working time: 7:00 am to 7:00 pm

（4）Loading style : Truck to ship

（5）Triming: Trim machine

（6）Lashing ：Crew's job

（7）Loading cost : 10 USD/JAS

目前该地区主要的集装箱原木操作以及原木出口商为 Southern Forest Products（SFP），该公司拥有 18 英亩的堆场，可储存原木数量为 50000 立方。同时拥有 26 辆卡车，负责平时原木的运输操作等工作。 非泊船运输的原木运到 SFP 场地后，大概操作流程为：

（1）检尺（按照 JAS 小头检尺）

（2）分拣（按照不同长度的原木来分垛）

（3）取样（USDA 对于每垛原木，分别挑出 20 余根进行取样工作，查看是否有虫害）

Confidential

CNBMFP00000153



# 中建材木业贸易有限公司
## CNBM Forest Products Ltd.

（4） 熏蒸（对于集装箱原木以及散船舱面货，都要经过熏蒸处理才能出口）

（5） 存储

在 2013 年，SFP 总计出口散船原木 9 次，平均每月出口集装箱原木 400-450 个柜子到中国。其中 9 船次的原木中有 4 船是到中国的。

下图表为南方松散船操作的大致供应链环节。



其中的费用组成大致如下：

|  | 成本（USD/JAS） |
|---|---|
| 原木到新奥尔良 | 55 |
| 操作+仓储 | 28（SFP 提供） |
| 海运费 | 70（预估） |
| CFR | 153 |

Confidential                                                                                                           CNBMFP00000154



# 中建材木业贸易有限公司
## CNBM Forest Products Ltd.

通过聊天，SFP 分别提供了 FOB VESSEL 85USD/JAS 以及集装箱原木 CFR CHINA MAIN PORT 155USD/M3 的价格。通过了解其他贸易商给出的集装箱报盘，基本都在 136-140USD/JAS，所以集装箱原木的报价上，SFP 的价格还是很有水分的。

关于散船方面，目前合作的形式大概可以分为三种：

A：与 SFP 签订采购协议，按 FOB VESSEL 来议价，每 2 周付一次款，SPF 全面负责货物的收集、仓储、操作等环节；

B：与 Plum Creek 签订 FOB VESSEL，操作由 Plum Creek 出面外包出去

C：供应链延伸至 FOB BARGE，原木方面跟 Plum Creek 采购并且从多处集货，操作方面我们自己外包出去

总体 B 方案对我们的风险相对可控，尽量按照 B 方案的模式发展。

2. 集装箱方面

我们来到 GEORGIA 州的 SAVANNAH 港口，该港口为全美集装箱吞吐量仅次于洛杉矶、Long Beach 以及纽约的第 4 大集装箱出货港。在 SAVANNAH 地区，ECT（East Coast Terminal）为专门服务南方松原木出口的操作码头。Plum Creek 平均每周给 ECT 供应约 80 车原木（平均每车原木约 28 吨），ECT 平均每个月出口原木约 200 个柜子，原木需要做熏蒸处理，每个柜子熏蒸时间为 21 小时。目前 ECT 已经跟 PLS 签订了独家协议，所以短时间内我们还无法做进去。不过后期 ECT 方面也打算扩大服务量，可能考虑投资剥皮设备。后期还要继续跟进，看看有没有一起投资剥皮设备以及扩大出口量的可能。

Confidential



# 中建材木业贸易有限公司
**CNBM Forest Products Ltd.**

3. 总结：

（1）根据目前南方松在国内的具体情况以及外盘情况，结论如下：

- 国内原木整体库存较高，在推南方松上会受到一定影响

- 南方松普遍出货较慢，还不属于国内主流材种

- 前期最好以集装箱的合作形式，利用加拿大子公司平台，以CFR方式进行换单交易，培养国内客户群

- 从集装箱逐渐往散船方向发展，散船的意向客户以中小港口并且有控制力的客户为优先

（2）从物流操作，租船的角度来看：

- 目前海运费成本偏高，体现不出竞争优势，需积极探索回程船的模式，追求最低成本。

- 美东与美西的装船差别巨大，船舶质量，装货公司专业度都有可能导致额外的装货费用与滞期费用

4. 需要解决的问题：

（1） 驳船的卸货时间

（2） 驳船装载每一吊需要花费的时间

（3） 卡车的使用情况以及归属（从林区到terminal，需要全部了解）

（4） 平均每天的装船量（tons）

（5） 装货工人详细的作息时间

（6） 舱内需要放置多少个机器来梳理原木

（7） PC的实际供货能力

（8） 当地天气的变化情况调查，比如飓风等恶劣天气

（9） BARGE的滞期速遣条款。

Confidential

CNBMFP00000156



# 中建材木业贸易有限公司
**CNBM Forest Products Ltd.**

（10） 国内对南方松原木的检尺方式调查（主要与辐射松对比为什么无涨尺）

（11） 熏蒸药物的确定

（12） 太仓港南方松集装箱是否可操作

（13） 转单采购合同关于清关的规定

## 5. 后续跟进

先跟 Plum Creek 方面建立沟通，得到相关回复之后，在 3 月 18 日（下周二）跟 Alan 的电话会议上讨论南方松相关议题，并且在 3 月 20-21 日左右，在有 Plum Creek 的回复条件下，有相关的合作草案，再开一次南方松会议，探讨后续跟进的事情。

Confidential                                                                                                        CNBMFP00000157