Message

| | |
|---|---|
| From: | walker@southernforestinc.com [walker@southernforestinc.com] |
| Sent: | 08/08/2014 15:19:16 |
| To: | Daniel [dengjianjun@cbmie.com] |
| Subject: | RE: 答复：_ORF561209_Docs |

Daniel,

    Yes sir. Where do you want me to send the docs once the forwarder receives the originals? Please advise.

**Regards,**
Walker Osborne
Inventory Controller
SOUTHERN FOREST PRODUCTS, INC.

(phone): 985.502.5943 | (fax) 504.682.9655
Email: Walker@Southernforestinc.com

-------- Original Message --------
Subject: Re: 答复：_ORF561209_Docs
From: Daniel <dengjianjun@cbmie.com>
Date: Thu, August 07, 2014 11:21 am
To: "walker@southernforestinc.com" <walker@southernforestinc.com>,
"dan.zhu" <dan.zhu@cbmie.com>, "macy.zhu@cbmie.com"
<macy.zhu@cbmie.com>, 吴一舟 <yizhou.wu@cbmie.com>
Cc: Donny Raughton <donnyraughton@hotmail.com>, 戴哲丽
<rena.dai@cbmie.com>
Morning Walker,

Please push your forwarder to get the Phyto and CO ready sooner possible.
I'll need all originals earlier next week.
Thanks!


Daniel Deng

CNBM Forest Products | Supply Chain & Operations
+1 778.387.6859


On Tue, Aug 5, 2014 at 8:37 AM, Daniel <dengjianjun@cbmie.com> wrote:
Hi Walker,
Nice talking with you over the phone. I'll wait the proof copy of Phyto and CO then.

Donny, please forward me your bookings information with carrier besides the 17 containers to Yantian.
If possible, please try at least 20 containers (25+ ideal) per shipment as agreed in contracts.
Else financial cost is high for CNBM Canada.
Thanks.


Daniel Deng

CNBM Forest Products | Supply Chain & Operations

**CONTEMPT**
**Exhibit 117**

**FP: Exhibit 502**

Confidential
CNBMFP00010768

+1 778.387.6859


On Tue, Aug 5, 2014 at 8:41 AM, <walker@southernforestinc.com> wrote:

Daniel,

We are still waiting on Zim to issue the originals. The forwarder will not prepare the CO until she receives the docs back from Zim so she can make sure everything is correct before preparing.

**Regards,**
Walker Osborne
Inventory Controller
SOUTHERN FOREST PRODUCTS, INC.

(phone): 985.502.5943 I (fax) 504.682.9655
Email: Walker@Southernforestinc.com

-------- Original Message --------
Subject: 答复：_ORF561209_Docs
From: "Daniel" <dengjianjun@cbmie.com>
Date: Mon, August 04, 2014 2:07 am
To: <walker@southernforestinc.com>
Hi Walker,
Can I have the proof copy of Phyto and CO?
Thanks!

Daniel

发件人: walker@southernforestinc.com [mailto:walker@southernforestinc.com]
发送时间: Wednesday, July 30, 2014 5:30 AM
收件人: Daniel
主题: ORF561209 Docs

Daniel,

Hello. Can you please review the attached docs and make sure all of the formats are satisfactory. Also, is the CNBM address in Canada used ever or do we strictly use the address in China? For example, please see Fum. Cert. Please advise. Also, I should have proofs of the CO and AES tomorrow. I will send them to you as soon as I receive them. Have a nice day.

**Regards,**
Walker Osborne
Inventory Controller
SOUTHERN FOREST PRODUCTS, INC.

(phone): 985.502.5943 I (fax) 504.682.9655
Email: Walker@Southernforestinc.com

Confidential
CNBMFP00010769