Partial Translation of CNBMFP00001753-1768

CNBMFP00001753

## CNBM Forest Products Ltd.

| | |
|---|---|
| **Developed by:** | **CNBM Forest Products Ltd.** |
| **Processor:** | **Dan Zhu** |
| **Contact Information:** | **021-63239100-876** |

> **CONTEMPT**
> **Exhibit 118**

**FP:  Exhibit 503**

CNBMFP00001754

# 2015 Annual Business Plan

**I. Strategic Positioning**

In accordance with the strategic planning of the Headquarter, in 2015 CNBM Forest will:

1. Be profit-oriented;

2. According to the requirements of **transformation, innovation and reform**, CNBM Forest will continue to consolidate and deepen its control over the upstream forestry resources in North America and New Australia regions.

3. Continue to improve and optimize the whole industry chain management mode, and establish an initial overseas logistics system to optimize the overall business chains at home and abroad.

4. Consolidate the existing advantages in timber business, and continue to deepen the forestry business cooperation with Europe and North America to make existing advantageous products more delicate and finer.

...

**CNBMFP00001755**

**…**

**III. Business Strategy**

**(I) Business Analysis**

    **1. Product analysis:**

   **…**

      Logs: mainly consist of Canada timbers, the United States hemlocks and Douglas firs, and southern pines…

**CNBMFP00001756**

…The American hemlocks and Douglas firs are mainly distributed in Washington and Oregon. Our upstream supplier is AFP, and our company is responsible for loading, shipping and sales in China. … The American southern pines: mainly distributed in Alabama, US. Our partner is SMS, which is also the largest local operating company, and our actual representative for collecting goods on our behalf.

…

### 3. Supplier (upstream) resources analysis:

**Logs:** The upstream resources are targeted at the United States and Canada, with the following several main projects being implemented:.

1) AFP project in Astoria: On December 5, all of our litigations in Astoria are concluded. As set forth in the agreement signed with the local new company, such company is willing to start cooperation for   10 ships of FOB.

2) The American hemlock container project: The cooperation with Western Wood and Mill Wood on 200 containers/month is already under way. We hope it will reach 400 containers/month in 2015.

**CNBMFP00001757**

3) The American southern pine project: The cooperation with SFP has already reached 1,200 containers. As SFP is the largest local container treatment company, our cooperation is consistent with our strategic goal of whole industry chain. We hope it will reach 400 containers/month in 2015.

4) Canada timber project: This project is under the cooperation with Canada TRAPA Corporation (the largest supplier of boards). Two ships of purchase and sales have been completed in 2014. In 2015, the quantity identified by both parties is 6 ships.


**Board:** North American boards are still the main sources, and it is planned to purchase 285,000 m3. The European boards are planned to exceed 10,000 m3, with suppliers mainly as follows:

1) TRAPA: jointly operate Babine, C&C and Millar projects; As our largest supplier, our cooperation is rather mature.

2) TAIGA: a Canada listed company.

3) Delta: It has cooperated with us in obtaining TOLKO brand, and assists us with FOB trade and with our business innovation and transformation.

4) Socko: It assisted us obtained West Fraser brand.

5) Hampton/Simpson: The American second and third largest sawmills, carrying on the American timber project.

**CNBMFP00001758**

6) Other suppliers: North America / Europe

…

**CNBMFP00001761**

**…**

**IV. Business Goal**

**(I) Overall objective**

…The business objective for 2015 are divided into the following:

…

Overseas Business Dept.: 320,000 m3

…

Import & export amount: US$ 140 million

…

CNBMFP00001762

**(II) Division of business objective**
See the table:

## Summary Table of 2015 Business Budget of CNBM Forest Products Ltd. (Department)

Prepared by: CNBM Forest Products Ltd. (consolidated)

| No. | Commodity Name | Trade Type | Trade Method | Unit | Sales Volume | Revenue from Main Business | | Revenue from Main Business | | | Direct Marketing Expenses | Gross Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sales Unit Price | Revenue from Main Business | Purchase Unit Price | Purchase Costs | Purchase Tax | | |
| | | | | | A | B | C | D | E | F | H | H=C-E-F-H |
| 1 | North American timber | Import | Self-operated | 0000m3 | 28.50 | 1,409.47 | 40,169.90 | 1,295.17 | 36,912.25 | - | 1,788.24 | 1,469.41 |
| 2 | European timber | Import | Self-operated | 0000m3 | 1.00 | 1,729.82 | 1,721.17 | 1,629.01 | 1,620.86 | - | 62.75 | 37.56 |
| 3 | KT stumpage | Overseas item | Self-operated | 0000m3 | 25.00 | 545.28 | 13,632.00 | 360,2304 | 9,005.76 | - | 4,680.00 | -53.76 |
| 4 | Private stumpage | Domestic trade | Self-operated | 0000m3 | 7.00 | 528.00 | 3,696.00 | 299.28 | 2,094.96 | - | 1,289.23 | 311.81 |
| 5 | North American timber log | Export | Self-operated | 0000m3 | 8.16 | 887.95 | 7,245.66 | 874.43 | 7,135.32 | - | - | 110.34 |
| 6 | Southern pine log | Export | Self-operated | 0000m3 | 10.25 | 790.77 | 8,108.16 | 765.16 | 7,845.55 | - | - | 262.61 |
| 7 | ASTORIA North American timber | Import | Self-operated | 0000m3 | 17.00 | 919.50 | 15,631.50 | 723.53 | 12,300.02 | - | 3,075.01 | 256.47 |
| 8 | Canadian timber | Import | Self-operated | 0000m3 | 12.00 | 919.50 | 11,034.00 | 708.53 | 8,502.37 | - | 2,170.59 | 361.04 |
| | Total | - | - | - | 108.91 | | 101,238.39 | | 85,417.09 | | 13,065.82 | 2,755.48 |

...

Building materials wood industry trade limited company

Arranges the newspaper unit: Building materials wood industry manager: Zhu big and
long ear contact method: 021-63239100-876 2015 annual business prospectus one,
strategic orientation under corporation strategic plan, in 2015 wood industry
company:
Will take profit as the center;
According to the request of reforming, innovation and transformation, the wood
industry company will continue consolidated and deepening to the North American
area and new Australian region the control of upstream forestry resources;
Continues to consummate and optimize the entire industry chain administrative mode,
initially establishes the overseas physical distribution system, optimizes the
domestic and foreign overall service chain;
Rams the existing lumber service the superiority , to continue to deepen the
European material and cooperation of North American material service, will have the
superior product to make the essence to do carefully.
The wood industry company in the future three years management plan â€œnew habitâ€
under the moderate development as the primary mission, through the whole will
deploy that through with the cooperation of internationalization company, adopts
â€œlow-risk and steady incomeâ€ the exploration and through the upstream and
downstream of profitability model integrated development and through entire supply
chain the whole deployment of realizes vigorously from the foreign trader the
transformation to synthesis forestry service provider.


Second, management and operation mentality wood industry company in 2015 manages
the mentality to continue to implement the corporation to lead regarding wood
industry future development's localization in the upstream, steadfast hits in the
fortification fight in upstream. According to the log, plate and localizations in
overseas enterprise three aspects, our mentalities are as follows:
The log insisted that improves the work of supply chain. The work stress will place
throughout: Stabler overseas source of goods, has the competitive power marine
transportation expense, more effective cargo handling. In 2015, we must launch the
North American area to carry on the standing timber purchase the movement, during
fixed source of goods supply, reduces the cargo cost diligently , to continue to
extend to the upstream the industry chain.
Plate perfect brand strategy. Implements the cost first guiding principle, in the
operative activity pondered emphatically the use different financing tool, achieves
the cost leading strategy.
Builds into the overseas subsidiary company platform that has the overseas
financing ability. Continues to develop and consummate existing forest land
management and standing timber management, the purchase and operation of
advancement personal standing timber.


Third, operational strategy (1) business diagnosis product analysis:
The wood industry company current main product is the log, plate and New Zealand
standing timber.
Log: Mainly is divided into the Canadian material and American Chinese hemlock
Citibank and southern pine. Resources that the Canadian material we mainly gain
come from north Canadian BC province the Prince Rupert port, the cargo quality go

through a strategic pass. It is noteworthy that this harbor's marine transportation expense and stowing cost compares in other harbors is cheaper, this is also we chooses this place to take the Canadian material the source of goods base's reason. American Chinese hemlock Citibank: Mainly is distributed in Washington and Oregon. Our upstream suppliers are AFP, my department is responsible for the loading, marine transportation and China selling. Quite typical supply chain control. The cargo quality is quite good. US southern pine: Mainly is distributed in American Alabama state. My department operation target is SMS, for the maximum operation company in locality. In fact is it represents us to receive goods in locality. The southern loose value manifests in the cargo quality is good, the container transport expense are low, the planter region length and breadth market fluctuation is not big.

Market analysis:

Suppliers (upstream) resource analysis:

Log: The upstream resources lock in American and Canadian area, what main advancement is the following several projects.

Astoria area AFP project: On December 5, we finished in the Astoria area's lawsuit completely. With local new company in agreement that signs, the opposite party is willing to start the cooperation of 10 ship FOB with us.

American Chinese hemlock container project: Currently has 200 containers/the month cooperation to develop with Western Wood Corporation and Mill Wood Corporation. In 2015, hopes that the cooperative project achieves 400 containers/month.

US southern loose project: At present the cooperation with SFP Corporation has achieved 1200 containers. Because the opposite party is the local maximum packing processing company, our cooperation also agree with regarding the entire industry chain controlling strategic goal. In 2015, hopes that achieves 400 containers/month.

Canadian material project: This project is (plate the maximum supplier) cooperation with Canadian TRAPA Corporation. Has completed picking of 2 ship to sell in 2014. In 2015, both sides take the definite quantity as 6 ships.

Plate: The North American plate was still the main part, the plan picked to sell 285,000 cubic meters. The European plate plan must over 10,000 cubic meters, the predominant provider be as follows:

TRAPA Corporation: Manages Babine, C&C and Millar project together. As we maximum supplier, is quite mature in cooperation.

TAIGA Corporation: Canadian listed company.

Delta Corporation: Is we cooperates to obtain the TOLKO brand the company, assists my department to carry on the FOB trade , helping us to carry on the innovation and reforming of service.

Socko Corporation: Assists us to obtain the West Fraser brand the company.

Hampton/Simpson: US second big, the third big saw mill, develops the American material project.

Other suppliers: North America/Europe.

New Zealand standing timber: Besides from cutting of forest land, we are mainly centralized in the following forest land management:

KT standing timber: The KT standing timber is New Zealand maximum starting a career management company KT every standing timber that a quarter releases. We strive to

achieve the bids of 250,000 sides in 2015.
Personal standing timber: In order to develop New Zealand Corporation's service, we started seeking of New Zealand personal standing timber at the end of 2014. This is one kind of brand-new service, needs the different business idea. We plan in 2015, completes the purchases of 70,000 personal standing timber.

Customers (downstream) resource analysis:
The downstream customer is we in 2015 carries out various sales the cornerstones, in view of the fact that under the present market conditions, our forward-looking is divided into the downstream customer the following three kinds:
May make in the supervision storehouse's profession the customer: The kind of customer, centralized is quite steady in the timber-trade and discrete expansion style with my director time cooperation and main energy. This kind of customer we have the supervision storehouse's mechanism generally, for example: In Tianjin opens, in Shanghai brave, Shenzhen Xianglong and others.
Financing demand customer: This kind of customer operates lumber time to be relatively short generally. But has the financing ability, locates lumber in the financing product, the gain profit's way is folk financing. This kind of customer we must develop, the key is to dodge the risk. The pattern that we operate is to gather it entrusts to the card company operates according to the international letter of credit, can pass the burden the risk of cargo supervision to the card company. This kind of customer's representative is: Woods Long Gongsi, water's edge beautiful industry and Tianjin fine wood woods.
Radical opening card company: Has the card company to have the massive bank specified amounts, but according to the present market conditions, the original service in the gradual contraction, hopes that can make the result through the new product. Therefore relaxes in that cargo supervision compares. We may also take this opportunity to locate the downstream customer of my department it, they may also contact with the potential customer who we did not understand. Such opening card company includes: The Suifen River forestry, China Light Industry Group and Sheng Wosheng the company (2) business model analyze (1) entire supply chain management

Before 2013, the wood industry company's service is restricted in the final Chinese domestic retailing part merely, what buys is CFR to the Hong Kong price. market competition more and more superheating today, pure domestic retailing was unable to cause us to make a profit continually. Now we along corporation leader the strategic direction of march overseas, the supply chain link spot that currently grasps advanced to the beginning shipment port loading link, uppers shift the industry chain, reduces the cost, increases profit. In 2015, we must continue to advance, above the specific project, we hopes that can achieving the forest land, fells this link, further strengthens the product the competitive power. We conceivable to achieve, because in New Zealand, we regarding the supply chain management of first half, had the sufficient experience.

(2) Supply chain cost is in the lead with the aid of my department Canada platform establishes the southern loose project "supply chain cost to be in the lead" business model. "Supply chain cost is in the lead" business model mainly to depend upon my department in a Canadian platform fund cost more inexpensive

superiority, through the conformity upstream purchase and downstream sale, reduces the southern Songyuan wood in supply chain link each link cost, realizes in the southern pine sales market to be higher-grade, lower price goal.

This business model operation mainly takes the Canadian Corporation platform as the foundation, adopts the upstream TT payment and downstream to gather the way of domestic client international letter of credit. This business model realizes "cost to be in the lead" first bases on my department Canada platform to realize through the rich country bank compared to other competitor lower forward discount rates; Next aims at the upstream supplier, my department can provide the small amount, many raid TT payment, reduces the upstream supplier to synthesize the operation cost; Finally through keeps in stock and pays on another's behalf the ocean freight with the supplier condominium, to reduce the consignment scale and enhancement consignment frequency way, reduces during the entire supply chain operation keeps in stock in the way and in the storehouse, alleviates the fund demand of entire strip supply chain.

Fourth, operation objectives (1) general goals refer to 2014 the actual operating condition, according to the division of labor arrangements of various wood industry company departments, in 2015 the operation objectives decomposition is as follows: Log: 470,000 side saw logs: 295,000 side overseas services department: 320,000 total turnovers: 1 billion Renminbi import and export volumes: 140 million dollars net profit: 2 million Renminbi

(2) Operation objectives decomposition sees the table:

Fifth, risk basis wood industry company own management characteristic, the wood industry company in the daily management will strengthen to the market risk, the customer credit risk, the financial risk and so on carried on the control.
1. market risk.
Yang, Japan Yang and other Central Bank started the loose policy one after another, the Federal Reserve finished QE starting the currency deflation policy, the Russian-Ukrainian conflict promotion risk enlarged, the home fell the accurate reducing the interest rate possibility to increase, the RMB devaluation risk to enlarge and so on under once more influences of multiple factor, the saw log quotation will continue to fluctuate changeable. When takes time pays attention to various countries' policy direction, the political conflict, the exchange rate change and supply and demand change, carries on accurately to the quotation sentences in advance, increases to the market controlling ability, more effective use on-hand merchandize and stock carry on the reasonable hedge.
Under the global trade shape, wood industry company by the global economic, the domestic overseas macroscopic microscopic economical influence was been getting bigger and bigger. Therefore, the market disturbance that wood industry company possibly can face also day by day increases. For the effective hedge market risk, the wood industry company carries on the unceasing innovation in the business model, the independent supply chain management, the whole coordination of supply chain, and explores the new pattern of entire physical distribution supply chain, to overseas physical distribution warehousing development, to balance the fluctuating of fluctuation as well as price of market gradually, avoids risk, increases to the market controlling ability.

2. customer credit risk.

In 2014 the economy downward, credit tightens the fund chain tense question that causes to be especially obvious, in the market the customer violation phenomenon is unceasing, regarding this will continue the perfect customer file, carries on the rating according to the credit and strength. Returns to sign and hit and other time spot controls to regarding the contract be more rigorous.

3. exchange rate risk in the import and export enterprise, the exchange rate may say that has brought the maximum risk for the enterprise. The wood industry company bore the huge attack in 2014 as the import enterprise. In past concept, because the Renminbi is the currency of non-marketability, we always think that the unilateral revaluation is its only outlet. But, the new government changed common people such idea and concept. In the future, the Renminbi rises depreciation probability coexisting. Imports enterprise that the enterprise no longer solely profits.

Sixth, safeguard mechanism financial resource:

1st, in 2014 the credit financing service condition in 2014 my department altogether has the credit total amount 1 billion, Bank of China 800 million, Austria, Singapore 200 million, are guaranteed by the import-export company. Outside credit variety, Bank of China 800 million 110 million guarantee for in loans, other are the letter of credit specified amounts, but documentary 180 days. At present outside has used 100 million to guarantee loans for the New Zealand Corporation forest land and standing timber bid, has used 0.80 to be used to import the letter of credit, the surplus specified amounts expired because of the credit were still continuously doing, therefore is unable to use. Austrian-Singaporean Bank 30 million US dollars, convert into Renminbi approximately 200 million, outside is in guarantees loans, may adjust to open the card and TT documentary specified amount, the deadline 4 months. At present outside 120 million in guarantees loans to serve as the New Zealand standing timber operation, 0.6 serve as the card and TT documentary, surplus 20 billion specified amounts. Austrian-Singaporean Bank opens the card expense 18,000, is lower than Bank of China 1100, and documentary interest rate is lower than about same time 60 spots Bank of China, at present documentary interest rate 3.4%, but the deadline cannot postpone to 180 days, can only do for 120 days.

2nd, in 2015 credit finance program through 2014 various bank credit specified amounts' service conditions, unifies my department in 2015 the operational budget, in 2015 the credit plan is as follows:

Maintains the Bank of China 800 million credit specified amounts, considered that the Bank of China international settlement service in the Chinese-funded line of lead status, under my department WLH special case the letter of credit to the support that pays in advance, as well as the distribution of overseas branch, Bank of China's credit specified amount this and Canadian and New Zealand subsidiary company is important regarding the wood industry. My department prepares to satisfy the Bank of China credit through the report form the request with every effort to the financial norm, under the support help of commercial management, hopes that at the beginning of 2015 will continuously do successfully the credit specified amount.

Maintains the Austrian-Singaporean 30 million dollars credit specified amount, considered that the foreign capital line of price advantage as well as the demand of New Zealand Corporation local management, as well as makes up for Bank of China unable to apply for the TT documentary specified amount the flaw, outside the rich

credit variety, and can guarantee loans the aspect to form to be supplementary and competitive relations with Bank of China, in 2014 the New Zealand subsidiary company report data will be good, hopes that 2014 before July, can continuously do successfully.

Maintains the move of line 100 million specified amounts, incurs the line to take the joint stock system bank, the shortcoming is the price fluctuations is big, the merit may use 180 days of specified amount partially, as sharing the specified amount applied, incurred the line mainly to look to construct the water's edge, requested to be low to my department, under premise that in the load insured value permitted, may supplement the application to use.

The additional safe bank 200 million credit, considered that Bank of China and Austrian-Singaporean Bank expires in July specified amount, at the appointed time my department specified amount use appears is out of stock, therefore staggers the time to apply for a credit variety rich big bank to be important, the safe bank relates my department to provide trade financing on own initiative, so long as the condition permits, the hope can the successful applicant.

The additional societe 200 million specified amounts, considered that my department guarantees the total amount 1.5 billion, the above four banks have taken 1.3 billion specified amounts, the Shanghai tectonic plate will apply for 2 billion Shanghai Pudong Development specified amounts, my department divides 200 million then.

Generally speaking, 2015 credit plan, achieves Chinese-funded foreign capital matching, state-owned and stock matching, the credit date staggers, by the rich credit variety, the same varietal formation competition situation, sharpens the bargaining power, satisfies the do business to use continually.


Human resources:

The company is impossible wind to be always suitable in the process of exploration. A stable perfect overseas project is not 1 and 2 years can successfully complete. When the enterprise the personnel training, did not have to construct in a short time the project, because regarding the future did not confirm or the restriction of confidence vacillation or physical conditions, drained, regarding the enterprise was the serious loss, was disadvantageous regarding enterprise's enterprise.

In 2015 wood industry company in human resources, on the one hand implements corporation â€œbig building materials internationalizationâ€ and â€œtalented person strong businessâ€ strategy, enlarges to the internationalization the raise of talented person, the region expert and versatile or well-rounded person; On the one hand actively adjusts the achievements drive, will inspect the unit to reduce, will drive helps to promote staff's enthusiasm, further builds specialized has the combatant spirit building materials core competitiveness, strengthens the staff dedication and sense of responsibility, enhances the willpower. Simultaneously strengthens the staff moral hazard prevention and control, carries out the staff moral standard construction and honest employed education among the staff irregularly, has the moral question and honest question staff to the discovery carries on serious processing.

The building of enterprise culture in 2015, the wood industry company will continue the propaganda of enterprise culture as well as deeply enters a school some. First, organizes the staff to carry on the enterprise culture study frequently, carrying out awes and feels grateful, the courteous and appropriate enterprise culture, and

completes the propaganda work, strengthens staff's team consciousness. Second, to display the leading cadre and party member's range pole and model leading role, the positive thorough mass line, holds, the public transparent enterprise atmosphere that progresses positively. Third, through standard staff daily behavior, to displaying prominent carries on the drive through the perfect performance review system.

(4) Informationization support:

(5) Cost control key measure and procedure wood industry company at the beginning of 2014 US dollar documentary remaining sum 300 million Yuan, documentary deadline 4- 6 month different, average fund cost in 3.4-4.5%; The Renminbi raises 1 hundred million Yuan, is a half year, the fund cost 5.6%; Owes the affiliate company 280 million Yuan, the capital gold cost approximately 6%; The total debt is 680 million Yuan. It is estimated that at the end of 2014 US dollar detains to collect the remaining sum 100 million Yuan, the documentary deadline 4-6 months different, fund cost in 3.3- 3.8%. In outside the New Zealand subsidiary company guarantees loans 200 million Yuan, owes the affiliate company 500 million Yuan, the fund cost approximately 6%. Total debt cost 800 million Yuan.

In 2014 our cost control plan mainly devotes to the Singapore dollar loan funds will transfer US dollar loan in New Zealand; Domestic Renminbi class loan transfers US dollar documentary to loan. In 2015 we prepare to further replace domestic US dollar loan with an offshore dollar loan. The present plan has two:

1. after Canadian subsidiary business enters the stock rail, gradually the conformity my department's North American regional business, the North American area foreign trader position before Canadian subsidiary company substitution, expands the Canadian Corporation business volume, strives for Canadian Corporation in North American possession financing;

2. the log service walks Hong Kong Corporation platform, opens the card using the Hong Kong Corporation's cheap resources replace wood industry and corporation the way.

Seventh, other besides the above content, various units reveal the material effect, and has the work that the necessity elaborated, may alternate in the above various contents one and describes.

Created: Mon Dec 01 17:01: 00 CST 2014 Creator: Administrator Modified: Thu Dec 18 16:14: 00 CST 2014 Revision: 76 Title: ****** Company

 --- Extended properties ---
Application: Microsoft Office Word AppVersion: 15.0000 Characters: 4930 CharactersWithSpaces: 5783 Company: China DocSecurity: 0 Lines: 41 Pages: 16 Paragraphs: 11 Templatev: Normal TotalTime: 3055 Words: 864

 --- Custom properties ---
KSOProductBuildVer: 2052-9.1.0.4369

# 中建材木业贸易有限公司

编报单位：　　中建材木业

经办人：　　　朱聘

联系方式：　　021-63239100-876

Confidential　　CNBMFP00001753

# 2015 年度经营计划书

## 一、战略定位

在总公司战略规划下，2015 年木业公司：

1. 将以利润为中心；

2. 按照**转型、创新、变革**的要求，木业公司将继续巩固和深化对北美地区、新澳区域的上游林业资源的掌控；

3. 继续完善和优化全产业链管理模式，初步建立海外物流体系，优化国内外整体业务链；

4. 夯实已有的木材业务的优势，继续深化欧洲材、北美材业务的合作，将已有优势产品做精做细。

木业公司在未来三年的经营规划中会将**"新常态"下稳健发展**作为主要任务，通过整体部署、通过大力与国际化公司的合作、通过"低风险、稳收益"的盈利模式的探索、通过上下游的综合发展、通过全供应链的整体部署实现从贸易商向综合林业服务商的转变。

## 二、经营管理思路

木业公司 2015 年经营思路将继续贯彻总公司领导对于木业未来的发展在上游的定位，坚定不移的打好在上游方面的攻坚战。根据原木、板材、海外事业三方面的定位，

CNBMFP00001754

我们的思路如下：

1. 原木坚持完善供应链的工作。始终将工作重心放在：更稳定的海外货源、更有竞争力的海运费用、更有效率的货物装卸。2015 年，我们要展开北美地区进行立木收购的动作，在锁定货源供应的同时，也努力降低货物成本，将产业链继续向上游延伸。

2. 板材完善品牌战略。贯彻成本优先的指导思想，在经营活动中着重思考利用不同的融资工具，达到成本领先的战略。

3. 将海外子公司打造成为有海外融资能力的平台。继续发展和完善已有的林地管理和立木经营，推进私人立木的收购和操作。

## 三、经营策略

### （一）业务分析

#### 1. 产品分析：

木业公司当前主要的产品为原木、板材和新西兰立木。

原木：主要分为加拿大材、美国铁杉花旗和南方松。加拿大材我们主要获取的资源来自于加拿大 BC 省北部的 Prince Rupert 港，货物质量过关。特别值得一提的是，该港口的海运费用、装货成本相较于其他

CNBMFP00001755

的港口更便宜，这也是我们选择此地作为加材的货源基地的原因。美国铁杉花旗：主要分布在华盛顿、俄勒冈州。我们的上游供应商为 AFP，我司负责装货、海运、中国销售。比较典型的供应链控制。货物质量比较好。美国南方松：主要分布在美国 Alabama 州。我司合作对象为 SMS，为当地的最大的操作公司。实际上是其代表我们在当地收货。南方松的价值体现在货物质量好，集装箱运费低，种植区域广袤市场波动不大。

## 2.　市场分析：

## 3.　供应商（上游）资源分析：

原木：上游资源锁定在美国、加拿大地区，主要推进的是如下几个项目。

1) Astoria 地区 AFP 项目：12 月 5 日，我们在 Astoria 地区的诉讼全部完毕。在同当地新公司的所签订的协议中，对方愿意同我们开始 10 船 FOB 的合作。

2) 美国铁杉集装箱项目：同 Western Wood 公司和 Mill Wood 公司目前有 200 集装箱/月的合作已经在开展。2015 年，希望合作项目达到 400 集装箱/月。

3) 美国南方松项目：目前同 SFP 公司的合作已经达

到了 1200 集装箱。由于对方是当地最大的装箱处理公司，我们的合作也契合对于全产业链的把控的战略目的。2015 年，希望达到 400 集装箱/月。

4）加拿大材项目：此项目是同加拿大 TRAPA 公司（板材的最大供应商）共同合作。在 2014 年已经完成了 2 船的采销。2015 年，双方以确定的数量为 6 船。

板材：北美板材仍是主要部分，计划采销 28.5 万立方米。欧洲板材计划要超过 1 万立方米，主要供应商如下：

1）TRAPA 公司：共同经营 Babine、C&C、Millar 项目。作为我们最大的供应商，在合作方面比较成熟。

2）TAIGA 公司：加拿大上市公司。

3）Delta 公司：是我们合作获得 TOLKO 品牌的公司，协助我司进行 FOB 贸易，帮助我们进行业务的创新和转型。

4）Socko 公司：协助我们获得 West Fraser 品牌的公司。

5）Hampton/Simpson：美国第二大，第三大锯木厂，开展美国材项目。

CNBMFP00001757

**6) 其他供应商：北美/欧洲。**

**新西兰立木**：除了自有林地的采伐外，我们主要集中在以下的林地经营：

1) KT 立木：KT 立木是新西兰最大的立业管理公司 KT 每个季度释放出来的立木。我们在 2015 年争取做到 25 万方的投标。

2) 私人立木：为拓展新西兰公司的业务，我们在 2014 年末开始了新西兰私人立木的寻找。这是一种全新的业务，需要不同的商业思维。我们计划在 2015 年，完成 7 万方私人立木的采购。

**4. 客户（下游）资源分析：**

下游客户是我们 2015 年开展各项销售的基石，鉴于目前的市场情况之下，我们前瞻性的将下游客户分成如下三类：

1. 可以做监管库的行业内客户：有一类客户，跟我司长时间合作、主要精力集中在木材贸易、谨慎扩张风格比较稳。这类客户我们一般有监管库的机制，如：天津中开、上海中勇、深圳祥龙等。

2. 融资性需求的客户：这类客户一般操作木材时间相对较短。但是有融资能力，将木材定位在融资

CNBMFP00001758

性产品，获取利润的方式就是民间融资。这类客户我们也要发展，关键是规避风险。我们操作的模式就是收取其委托给开证公司开据的国际信用证，就能将货物监管的风险转嫁给开证公司。这类客户的代表是：森隆公司、浦美实业、天津佳木森。

3. 激进的开证公司：一些开证公司具有大量的银行额度，但是按照目前的市场情况，原有的业务在逐渐萎缩，希望能通过新的产品做出成绩。因此在货物的监管方面做的比较放松。我们也可以利用此机会将其定位我司的下游客户，他们也可以联系我们不了解的潜在客户。这样的开证公司有：绥芬河林业、中轻集团、盛握盛公司

## （二）业务模式分析

（一）全供应链管理



2013 年之前，木业公司的业务仅仅限于最后的中

CNBMFP00001759

国国内分销部分，买的是 CFR 到港价格。在市场竞争越来越白热化的今天，单纯的国内分销已经不能使我们持续获利。现在我们沿着总公司领导的进军海外的战略指引，已经将目前所掌握的供应链节点推进到启运港装货的环节，将产业链上移，降低成本，增加利润。2015 年，我们要继续推进，在特定的项目之上，我们希望能将做到林地、砍伐这一环节，进一步加强产品的竞争力。我们有理由相信能够达到，是因为在新西兰，我们对于上半段的供应链管理，已经具备足够经验。

（二）供应链成本领先

借助我司加拿大平台建立南方松项目"供应链成本领先"业务模式。"供应链成本领先"业务模式主要依靠我司加拿大平台资金成本较为低廉的优势，通过整合上游采购及下游销售，降低南方松原木在供应链环节各个节点成本，实现南方松销售市场上更高质量、更低价格的目标。

该业务模式操作主要是以加拿大公司平台为基础，采取上游 TT 付款、下游收取国内客户国际信用证的方式来进行。该业务模式实现"成本领先"首先是基于我司加拿大平台通过富国银行能实现比其他竞争对手

CNBMFP00001760

更低的远期贴现率；其次针对上游供应商，我司能够
提供小金额、多批次的 TT 付款，降低上游供应商综合
运营成本；最后通过与供应商共管库存、代付海运费、
降低发货规模、提高发货频率的方式，降低整个供应
链运营当中的在途及在库库存，缓解整条供应链的资
金需求量。

## 四、经营目标

### （一）总体目标

参照 2014 年实际经营情况，根据木业公司各部门的分
工安排，2015 年经营目标分解如下：

原木：47 万方

锯材：29.5 万方

海外事业部：32 万方

总营业额：10 亿人民币

进出口额：1.4 亿美金

净利润：200 万人民币

CNBMFP00001761

**（二）经营目标分解**

见表：

## 中建材木业贸易有限公司（部门）2015年度经营预算汇总表

编制单位：中建材木业贸易有限公司（合计）　　　　　　　　　　　　　　　　　　　单位：万元

| 序号 | 商品名称 | 贸易类型 | 贸易方式 | 单位 | 销售数量 A | 主营单价 销售单价 B | 主营业务收入 C | 采购单价 D | 主营业务成本 采购成本 E | 采购税金 F | 直接销售费用 II | 营业毛利 III=C-E-F-II |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 北美材 | 进口 | 自营 | 万立方米 | 28.50 | 1,409.47 | 40,169.90 | 1,295.17 | 36,912.25 | - | 1,788.24 | 1,469.41 |
| 2 | 欧洲材 | 进口 | 自营 | 万立方米 | 1.00 | 1,729.82 | 1,721.17 | 1,629.01 | 1,620.86 | - | 62.75 | 37.56 |
| 3 | KT½木 | 海外外-自 | 自营 | 万立方米 | 25.00 | 545.28 | 13,632.00 | 360.2304 | 9,005.76 | - | 4,680.00 | -53.76 |
| 4 | 私有立木 | 内贸 | 自营 | 万立方米 | 7.00 | 528.00 | 3,696.00 | 299.28 | 2,094.96 | - | 1,289.23 | 311.81 |
| 5 | 北美材原木 | 出口 | 自营 | 万立方米 | 8.16 | 887.95 | 7,245.66 | 874.43 | 7,135.32 | - | - | 110.34 |
| 6 | 南方松原木 | 出口 | 自营 | 万立方米 | 10.25 | 790.77 | 8,108.16 | 765.16 | 7,845.55 | - | - | 262.61 |
| 7 | ASTORIA-北美材 | 进口 | 自营 | 万立方米 | 17.00 | 919.50 | 15,631.50 | 723.53 | 12,300.02 | - | 3,075.01 | 256.47 |
| 8 | 加拿大材 | 进口 | 自营 | 万立方米 | 12.00 | 919.50 | 11,034.00 | 708.53 | 8,502.37 | - | 2,170.59 | 361.04 |
| | 合　计 | - | - | - | 108.91 | | 101,238.39 | | 85,417.09 | | 13,065.82 | 2,755.48 |

间接销售费用 702.41
营业利润 2,053.08

注：
1. 诸列示零予预算编制单价按主要商品明细，零星商品以汇总方式列示；汇总表中的商品明细需列示四个季度全部商品；
2. 贸易类型分为进口、出口、内贸、转口、海外项目五类，可从贸易类型下方的单元格选择，贸易方式分为自营、代理、贸易流转三类，也是下拉菜单选择；
3. 主营业务收入指不含税销售收入；
4. 采购税金主要只进口关税、消费税、出口不退税金额；
5. 直接销售费用指主要指销售商品在采购、销售过程中发生的运费、仓储费、港杂费、保险费、用金、装卸费等营业费用；
6. 此表填列内容为开具增值税发票的业务

CNBMFP00001762

Confidential

## 五、风险控制

　　根据木业公司自身经营特点，在日常经营中木业公司会加强对市场风险、客户信用风险、财务风险等进行管控。

　　1. 市场风险。

　　欧央、日央等央行相继开始宽松政策，美联储则结束 QE 开启了货币紧缩政策，俄乌冲突升级风险加大，国内再次降准降息可能性加大、人民币贬值风险加大等多重因素的影响下，锯材行情将会持续多变起伏。需时时关注各国政策方向、政治冲突、汇率异动、供需变化，对行情进行更为准确的预判，增加对市场的把控能力，更有效的利用现货及期货进行合理对冲。

　　全球贸易形态下，木业公司受全球经济，国内国外宏观微观经济影响越来越大。因此，木业公司可能会面临的市场风波也日益增加。为了有效对冲市场风险，木业公司在商业模式上进行不断的创新，自主供应链管理，供应链的整体协调，并探索全物流供应链的新模式，逐步向海外物流仓储发展，以平衡市场的波动以及价格的起伏，来避免风险，增加对市场的把控能力。

　　2. 客户信用风险。

　　2014 年经济下行、信贷收紧所导致的资金链紧张问题尤为明显，市场上客户违约现象不断，对此将继续完善客

CNBMFP00001763

户档案，按照资信和实力进行评级。对于合同回签、打款等时间点控制要更为严谨。

3. 汇率风险

在进出口企业中，汇率可以说为企业带来了最大的风险。木业公司作为进口企业在 2014 年承受了巨大打击。在以往的概念中，由于人民币是非市场化的货币，我们总以为单边升值是其唯一的出路。但是，新一届政府改变了世人这样的想法和概念。在未来，人民币升贬值几率并存。进口企业不再是单一受益的企业。

## 六、保障措施

### （一） 财务资源：

1、2014 年授信融资使用情况

2014 年我司共有授信总额 10 亿，其中中行 8 亿，澳新 2 亿，均由进出口公司担保。

授信品种方面，中行 8 亿中 1.1 亿为内保外贷，其余为信用证额度，可押汇 180 天。目前已使用 1 亿内保外贷用于新西兰公司林地及立木投标，已使用 0.08 亿用于进口信用证，剩余额度因授信到期仍在续办，因此无法使用。澳新银行 3 千万美元，折合人民币约 2 亿，均为内保外贷，也可调剂为开证和 TT 押汇额度，期限 4 个月。目前 1.2 亿内保外贷用作新西兰立木运作，0.6 亿用作开证和 TT 押汇，剩余 2000 千万额度。澳新银行开证费万八，低于中行千一，

且押汇利率同期比中行低 60 个点左右，目前押汇利率 3.4%，只是期限不能延长到 180 天，只能做 120 天。

2、2015 年授信融资计划

通过 2014 年各银行授信额度的使用情况，结合我司 2015 年经营预算，2015 年授信计划如下：

维持中行 8 亿授信额度，考虑到中行国际结算业务在中资行的领头地位，对我司 WLH 专案下信用证预付款的支持，以及海外分行的分布情况，中行的授信额度对于木业本部和加拿大及新西兰子公司都非常重要。我司尽力通过报表筹划满足中行授信对财务指标的要求，在公司领导的支持帮助下，希望 2015 年初将授信额度续办成功。

维持澳新 3000 万美金授信额度，考虑到外资行的价格优势以及新西兰公司当地经营的需求，以及弥补中行不能申请 TT 押汇额度的缺陷，丰富授信品种，并能在内保外贷方面跟中行形成互补和竞争关系，2014 年新西兰子公司报表数据较好，希望 2014 年 7 月前能续办成功。

维持招行 1 亿额度，招行作为股份制银行，缺点是价格波动较大，优点是部分可以用到 180 天的额度，作为共用额度申请，招行主要看建浦，对我司要求较低，在担保额允许的前提下，可以附带申请使用。

新增平安银行 2 亿授信，考虑到中行和澳新银行均在 7 月份额度到期，届时我司额度使用出现断档，因此错开时

Confidential

间申请一家授信品种丰富的大银行非常重要，平安银行主动联系我司提供贸易融资，只要条件允许，希望能够申请成功。

新增兴业银行 2 亿额度，考虑到我司担保总额 15 亿，上述四家银行已占用 13 亿额度，上海板块将申请 20 亿浦发额度，我司分割 2 亿即可。

总的来说，2015 年的授信计划，做到中资外资搭配，国有和股份搭配，授信日期错开，以丰富授信品种，同一品种形成竞争态势，提高议价能力，满足经营业务持续使用。

### （二） 人才资源：

公司在探索的过程中不可能总是一番风顺。一个稳定的健全的海外项目不是 1、2 年能够顺利完成的。当企业将人才培养出来，还没有在短时间内将项目建设好，由于对于未来的不确认或者信心动摇或者物质条件的制约，就流失掉，对于企业是严重的损失，对于企业的事业非常不利。

2015 年木业公司在人才资源方面，一方面贯彻总公司"大建材国际化"和"人才强企"战略，加大对国际化人才、地域专家、多面手的培养；一方面积极调整绩效激励，将考核单位缩小，将激励更有利于促进员工的积极性，进一步打造专业的有拼搏精神的中建材的核心竞争力，增强员

CNBMFP00001766

工事业心和责任感，提高意志力。同时加强员工道德风险防控，不定期在员工当中开展员工道德水平建设和廉洁从业教育，对发现有道德问题和廉洁问题的员工进行严肃处理。

### （三） 企业文化建设

2015 年，木业公司将继续企业文化的宣传以及深入学些。一是经常组织员工进行企业文化学习，推行敬畏、感恩、谦恭、得体的企业文化，并做好宣传工作，增强员工的团队意识。二是发挥领导干部和党员的标杆和模范带头作用，积极深入的群众路线，保有积极上进的、公开透明的企业氛围。三是通过规范员工日常行为，通过完善的绩效考核制度对表现突出者进行激励。

### （四）信息化支撑：

### （五）成本控制主要措施及做法

木业公司 2014 年初美元押汇余额 3 亿元，押汇期限 4-6 个月不等，平均资金成本在 3.4-4.5%；人民币融资 1 亿元，均为半年，资金成本 5.6%；欠关联公司 2.8 亿元，资金成本约 6%；总债务为 6.8 亿元。预计 2014 年年底美元押汇余额 1 亿元，押汇期限 4-6 个月不等，资金成本在 3.3-3.8%。新西兰子公司内保外贷 2 亿元，欠关联公司 5 亿元，资金成本约 6%。总债务成本 8 亿元。

2014 年我们成本控制方案主要致力于在新西兰将新币贷

CNBMFP00001767

款转为美元贷款；国内人民币流贷转为美元押汇贷款。

2015 年我们准备用境外美元借款进一步置换境内美元借款。

目前的方案有两个：

1.加拿大子公司业务进入正轨之后，逐步整合我司的北美地区业务，用加拿大子公司替代之前的北美地区贸易商位置，扩大加拿大公司业务量，争取加拿大公司在北美属地融资；

2.原木业务走香港公司平台，利用香港公司的便宜资源替换木业和总公司开证的方式。

## 七、其他

除上述内容以外，各单位认为有重要影响且有必要阐述的工作，可以穿插在上述各项内容中一并描述。

Confidential