# Exhibit "138"

**T: 6/2/15-6/4/15**
**Exhibit 44-1(G)**

**CONTEMPT**
**Exhibit 119**

## Memorandum of Understanding

Plum Creek Timber Company, Inc. ("PC"), China National Building Material Group Corporation ("CNBM") and Sumitomo Forestry Company., Ltd. ("SFC") hereby agree, pursuant to the terms of this MOU, to pursue possibilities as follows for the expansion of sales of North American forestry products (logs, lumber products, etc.) in the Chinese market:

### Witnesseth:

In cooperation with each other and for the purpose of mutually beneficial business development, the parties hereto shall work cooperatively to devise and implement sales expansion strategies that fully utilize their respective strengths to address the matters set forth below:

Article 1    Request to the Chinese government to ease import restrictions on Southern yellow pine ("SYP") logs

In cooperation with each other, the parties hereto agree to request the Chinese government to ease its current regulations on the import of SYP logs. Chinese quarantine authorities are currently strongly resisting such imports due to the issue of the parasitic pine nematode. Once the Chinese government agrees to ease such regulations as a result of the efforts of the parties hereto thereby making import of SYP logs economically feasible, PC (the supplier) shall enter into discussions regarding selling SYP logs to SFC and CNBM (the marketers/sellers).

Article 2    Chinese market development for SYP lumber products

In addition to efforts under Article 1 hereof, the parties hereto shall use their best efforts to pursue Chinese market development for SYP lumber products made mainly from PC's SYP logs. The parties hereto will continue to seek ways to sell SYP logs in the Chinese market under current import restrictions.

Article 3    Collaboration for logs from Oregon and Washington

Concurrently with the sales efforts for SYP products in the China market, the parties hereto shall continue mutual discussions on the possibility of selling logs from Coos Bay and New Port, for which China has no species-related import restrictions.


EXHIBIT 2

Article 4    Non-binding

This Memorandum of Understanding sets forth the intentions of the parties hereto of mutual cooperation and shall have no legal or otherwise binding effect on any of the parties hereto.

IN WITNESS WHEREOF, three copies of this document were made, and upon signature and seal affixation, each of the parties shall keep each such copy.

Dated this _____ of _____. _____.

Plum Creek Timber Company, Inc.

_____
Rick Holley
CEO/President

sept 2011

China National Building Material Group Corporation

_____

Sumitomo Forestry Company., Ltd.

_____
Ryu Yano
Chairman