### SYP Cooperation Program

| | |
|---|---|
| 1) Participant: | CNBM Forest Products Canada Ltd.(CNBM) |
| | Plum Creek (PC) |
| | Southern Forest Products Inc.(SFP) |
| 2) Model: ● √ | PC → CNBM ← SFP    SFP as Pure Handler |
| ● | SFP ↔ CNBM    SFP as Trading House |
| 3) Shipment | Container: 50-100 cans/month, CNBM books space after trial; |
| | Break Bulk: One vessel per month, CNBM charters vessel |
| 4) Schedule | Trial Order: 30 cans completed in Apr. |
| | Regular Business: From May |
| 5) Window | CNBM: Jackie -- Coordinator between China and US; |
| | Alan -- Daily communication |
| | Daniel -- Documentation and Payment support |
| | SFP: Donny |
| | PC: Todd |
| 6) Pricing | Handling Fee: re-visit every 6 month |
| 7) Payment | Container: 5 working days after receiving invoice (wire transfer) |
| | Break Bulk: 5 working days after receiving invoice (wire transfer) |
| 8) Shipping | SFP guarantees max. 10 days for loading vessel; |
| | CNBM dispatchs regular vessel in terms of accumulated volume |
| 9) Others for discussing | Special sorting |
| | Scaling difference argument |
| | Fumigation support docs |

CONTEMPT
Exhibit 120

FP: Exhibit 470

**PRODUCED IN NATIVE FORMAT

CNBMFP00007680