Summary of CNBM Import and Export Contempt Period Invoices, Contracts and Shipping Documents

| Supporting Documents (Bates No.) | Contract No. | Date of Transaction | Buyer | Seller | US Location | Product | Total Value of Transaction | Notes |
|---|---|---|---|---|---|---|---|---|
| CBMIE00089818 | 14822001 | 2014/02/20 | Orenco Systems | CNBM Import & Export | Sutherlin, OR | Insulation (Stitched Mat) | $33,600 00 | |
| CBMIE00089860 | 14822054-5 | 2014/04/23 | Admark International, Inc | CNBM Import & Export | Wilmington, NC | Fiberglass product (Jushi USA's Direct Roving) | $15,317 80 | |
| CBMIE00089791 & CBMIE00089828 | 14822099-5 | 2014/07/16 | Liberty Pultrusions | CNBM Import & Export | Mifflin, PA | Fiberglass product (Jushi USA's Direct Roving) | $20,020 00 | |
| CBMIE00089793 & CBMIE00089830 | 14822099-6 | 2014/07/16 | Liberty Pultrusions | CNBM Import & Export | Mifflin, PA | Fiberglass product (Jushi USA's Direct Roving) | $20,020 00 | |
| CBMIE00089789 & CBMIE00089827 | 14822099-4 | 2014/07/16 | Liberty Pultrusions | CNBM Import & Export | Mifflin, PA | Fiberglass product (Jushi USA's Direct Roving) | $20,020 00 | |
| CBMIE00089836-7 & CBMIE00089799 | 14822144 | 2014/07/18 | Orenco Systems | CNBM Import & Export | Mifflin, PA | Insulation (Stitched Mat & Biaxial Mat) | $45,775 00 | |
| CBMIE00089825 & CBMIE00089787 | 14822099-3 | 2014/07/18 | Liberty Pultrusions | CNBM Import & Export | Mifflin, PA | Fiberglass product (Jushi USA's Direct Roving) | $20,020 00 | |
| CBMIE00089865 | 14822156 | 2014/07/25 | CoTechno Group, Inc | CNBM Import & Export | San Marcos, TX | Fiberglass product (Jushi USA's Direct Roving) | $33,007 50 | |
| CBMIE00089840-1 | 14822153 | 2014/07/29 | Orenco Systems | CNBM Import & Export | Sutherlin, OR | Insulation (Stitched Mat) | $33,880 00 | |
| CBMIE00089844-5 | 14822154 | 2014/07/29 | Orenco Systems | CNBM Import & Export | Sutherlin, OR | Insulation (Chopped Strand Mat) | $29,074 40 | |
| CBMIE00089523-31 | 14-TAS-17-MU-023 | 2014/08/05 | CNBM Import & Export | Trammo, Inc | Tampa, FL | Petroleum Coke (Petcoke) | $8,547,600 00 | Unit price: $83 80/metric ton Quantity bought: 102,000 metric ton Multiplied two numbers together to get total value of transaction |
| CBMIE00089848-9 | 14822157 | 2014/08/06 | Orenco Systems | CNBM Import & Export | Sutherlin, OR | Insulation (Quadraxial Mat) | $45,616 50 | |
| CBMIE00089833 | 14822099-7 | 2014/08/15 | Liberty Pultrusions | CNBM Import & Export | Mifflin, PA | Fiberglass product (Jushi USA's Direct Roving) | $20,020 00 | |
| CBMIE00089834 | 14822099-9 | 2014/08/15 | Liberty Pultrusions | CNBM Import & Export | Mifflin, PA | Fiberglass product (Jushi USA's Direct Roving) | $20,020 00 | |
| CBMIE00089615-19 | 14201001132 | 2014/08/26 | CNBM Import & Export | GE Medical Systems & Development | | Medical Imaging (SFDA & Discovery XR656) | $360,000 00 | |
| CBMIE00089852 & CBMIE 00089803 | 14822173 | 2014/09/09 | Orenco Systems | CNBM Import & Export | Sutherlin, OR | Insulation (Stitched Mat & Biaxial Mat) | $42,741 00 | |
| CBMIE00089855 & CBMIE00089804 | 14822174 | 2014/09/09 | Orenco Systems | CNBM Import & Export | Sutherlin, OR | Insulation (Stitched Mat) | $37,004 00 | |
| CBMIE00089605-9 | 14201001236 | 2014/09/09 | CNBM Import & Export | GE Medical Systems & Development | | Magnetic Resonance Imaging System | $720,000 00 | |
| CBMIE00089575-9 | 14201001231 | 2014/09/11 | CNBM Import & Export | GE Medical Systems & Development | | Mobile X-ray system | $140,000 00 | |
| CBMIE00089585-9 | 14201001232 | 2014/09/11 | CNBM Import & Export | GE Medical Systems & Development | | Mobile X-ray system | $140,000 00 | |
| CBMIE00089687-91 | 14201001144 | 2014/09/19 | CNBM Import & Export | GE Medical Systems & Development | | Mobile X-ray system | $140,000 00 | |
| CBMIE00089717-21 | 14201001145 | 2014/09/19 | CNBM Import & Export | GE Medical Systems & Development | | Mobile X-ray system | $140,000 00 | |
| CBMIE00089727-31 | 14201001250 | 2014/09/25 | CNBM Import & Export | GE Medical Systems & Development | | Medical Imaging (Discovery MR750 3 0T) | $1,925,000 00 | |
| CBMIE00089595-99 | 14201001251 | 2014/09/25 | CNBM Import & Export | GE Medical Systems & Development | | <edical Imaging (Discovery CT750 HD) | $1,680,000 00 | |

CONTEMPT
Exhibit 122

Summary of CNBM Import and Export Contempt Period Invoices, Contracts and Shipping Documents

| Supporting Documents (Bates No.) | Contract No. | Date of Transaction | Buyer | Seller | US Location | Product | Total Value of Transaction | Notes |
|---|---|---|---|---|---|---|---|---|
| CBMIE00089781 | 14822054-5 | 2014/10/10 | Liberty Pultrusions | CNBM Import & Export | Mifflin, PA | | $17,460 85 | Calculated using data from CBMIE00089823 & CBMIE00089785: 20,020 00/82,250 00= 4 10839608 71,736 00 Yuan (value found on CBMIE00089781) was divided by the result from the above to find the USD |
| CBMIE00089861 & CBMIE00089813 | 14822206 | 2014/10/15 | CoTechno Group, Inc | CNBM Import & Export | San Marcos, TX | Fiberglass product (Jushi USA's Direct Roving) | $31,629 00 | |
| CBMIE00089625-29 | 14201001386 | 2014/10/28 | CNBM Import & Export | GE Medical Systems & Development | | Medical Imaging (Discovery MR750 3 0T) | $1,400,000 00 | |
| | 14549001420 | 2014/11/04 | CNBM Import & Export | CALIENT Technologies, Inc | Goleta, CA | | $120,000 00 | |
| CBMIE00089863 | 14822217 | 2014/11/05 | CoTechno Group, Inc | CNBM Import & Export | San Marcos, TX | Fiberglass product (Jushi USA's Direct Roving) | $62,883 60 | |
| CBMIE00089783 & CBMIE00089820 | 14822099-10 | 2014/11/13 | Liberty Pultrusions | CNBM Import & Export | Mifflin, PA | Fiberglass product (Jushi USA's Direct Roving) | $20,020 00 | |
| CBMIE00089823 & CBMIE00089785 | 14822099-12 | 2014/11/17 | Liberty Pultrusions | CNBM Import & Export | Mifflin, PA | Fiberglass product (Jushi USA's Direct Roving) | $20,020 00 | |
| CBMIE00089667-71 | 14201001427 | 2014/11/18 | CNBM Import & Export | GE Medical Systems & Development | | Anesthesia System | $36,330 00 | |
| CBMIE00089646-50 | 14201001477 | 2014/11/18 | CNBM Import & Export | GE Medical Systems & Development | | Mobile X-ray system | $117,000 00 | |
| CBMIE00089677-81 | 14201001471 | 2014/11/21 | CNBM Import & Export | GE Medical Systems & Development | | Computed Tomography System; Discovery CT | $1,690,000 00 | |
| CBMIE00089814 | 14822217-2 | 2014/11/26 | CNBM Import & Export | Liberty Pultrusions | Mifflin, PA | Fiberglass product (Jushi USA's Direct Roving) | $31,629 00 | |
| CBMIE00089635-39 | 14201001460 | 2014/12/01 | CNBM Import & Export | GE Medical Systems & Development | | Mobile X-ray system | $120,000 00 | |
| CBMIE00089657-61 | 14201001508 | 2014/12/01 | CNBM Import & Export | GE Medical Systems & Development | | Electrophysiology Recording System | $86,500 00 | |
| | 14197001569 | 2014/12/19 | CNBM Import & Export | CALIENT Technologies, Inc | Goleta, CA | | $210,000 00 | |
| CBMIE00089771-75 | 14201001655 | 2014/12/26 | CNBM Import & Export | GE Medical Systems & Development | | Diagnostic Ultrasound Scanner | $151,368 00 | |
| CBMIE00089816 | 15822001 | 2015/01/12 | CNBM Import & Export | CNBM Import & Export | | | $45,451 36 | Same method as above |
| CBMIE00089858 | 4ABUS2302 | 2015/02/15 | CNBM Import & Export | CNBM Import & Export | Coplay, PA | Carbon rod | $2,053 00 | |
| | 15196000191 | 2015/03/04 | CNBM Import & Export | Palo Alto Networks, Inc | Alvisco, CA | | $123,004 75 | |
| | 15196000197 | 2015/03/04 | CNBM Import & Export | Palo Alto Networks, Inc | Alvisco, CA | | $47,160 50 | |
| | 15197000264 | 2015/03/17 | CNBM Import & Export | CALIENT Technologies, Inc | Goleta, CA | | $110,000 00 | |
| CBMIE00089707-11 | 15201000269 | 2015/03/26 | CNBM Import & Export | GE Medical Systems & Development | | Electrophysiology & Hemodynamic Recording System | $80,000 00 | |
| CBMIE00089697-701 | 15201000268 | 2015/03/28 | CNBM Import & Export | GE Medical Systems & Development | | Hemodynamic Recording System | $45,000 00 | |
| **TOTAL** | | | | | | | **$18,621,473.46** | |

## 工矿产品购销合同

供方：　浙江长征电影碳棒有限公司　　　　　　　　　合同编号：　14842302
需方：　中建材集团进出口公司　　　　　　　　　　　签订时间：　2014.2.15
根据《中华人民共和国合同法》之规定，经甲乙双方协商，特订立本合同，以便共同遵守。

一、产品名称、规格、数量、金额、供货时间及数量

| 产品名称 | 规格 | 单位 | 数量 | 单价 | 金额 | 备注 |
|---|---|---|---|---|---|---|
| 灯碳棒 | | 千克 | 536 | 23.69402985 | 12700.00 | 17%增值税发票 |
| 合计货款：　人民币：　壹万贰仟柒佰圆整 | | | | | | |

二、　质量要求技术标准：　　　　　　　按样品标准。供方对产品质量及包装负全责
三、　交货地点、方式、时间：　　　　　2014年4月12日前到达外港需方指定的仓库
四、　运输方式及到港费用负担：　　　　运输到外港需方指定的仓库，运费由供方负担
五、　包装要求：　　　　　　　　　　　木箱装
六、　验收标准、方法及提出异议期限：　由国外用户对质量验收，由供方承担由于品质及包装问题所发生
　　　　　　　　　　　　　　　　　　　的一切损失，由需方协助解决品质争议问题。
　　　　　　　　　　　　　　　　　　　质量异议期为装船后五个月。
七、　结算方式及期限：　　　　　　　　装船后一个月内结清货款
八、　违约责任：　　　　　　　　　　　甲方不能交货或不能按期交货，应向乙方赔偿货款总值20%的违约金
九、　不可抗力：　　　　　　　　　　　因不可抗力而不能履行合同时，甲乙双方应及时向对方通报，在取得有
　　　　　　　　　　　　　　　　　　　关主管机关证明后，允许延期、部分履行或不履行，免予承担违约责任。
十、　合同争议解决方式：　　　　　　　因履行本合同发生的争议，供需双方协商解决，协商不成时，由有管辖
　　　　　　　　　　　　　　　　　　　权的人民法院裁决。
十一、本协议双方签字盖章生效，传真件具有同等法律效力。
十二、　其他未尽事宜，双方协商解决。

**需方：**　　　　　　　　　　　　　　　　　　　**供方：**

单位名称：中建材集团进出口公司　　　　　　　单位名称：浙江长征电影碳棒有限公司
单位地址：　　　　　　　　　　　　　　　　　　单位地址：

法定代表人：　　　　　　　　　　　　　　　　　法定代表人：
委托代表人：　　　　　　　　　　　　　　　　　委托代表人：
单位电话：　　　　　　　　　　　　　　　　　　单 位 电 话：
传真：　　　　　　　　　　　　　　　　　　　　传　　真：
开户行：　　　　　　　　　　　　　　　　　　　开 户 行：
帐　号：　　　　　　　　　　　　　　　　　　　帐　　号：
委托代表签字：　　　　　　　　　　　　　　　　委托代表签字：

CBMIE00089817

# SALES CONTRACT

Contract No:    14822001
Contract Date:  FEB.20,2014
P.O.Number. :

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT AND EXPORT CORP.
Address:Rm2020,Bldg.No.4,Interwest
Center,No.9,Shouti South Road Haidian
District,Beijing 100048, China
Tel No.:(86-10)6879-6922

Buyer:Orenco Systems
Address: 814 Airway Ave Sutherlin, Oregon
97479 USA
Tel No.: (541) 459-4449 Ext. 363
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|-----------------|-----------|-------------|------------------------|
| N223 | Stitched Mat<br>E-Glass900g/m2 x 1118mm | 10000LBS | USD0.80 | USD8000.00 |
| N223 | Stitched Mat<br>E-Glass600g/m2 x 1270mm | 32000LBS | USD0.80 | USD25600.00 |
| Total: | | 42000 LBS | | USD33600.00 |

SAY:USD THIRTY THREE THOUSAND SIX HUNDRED ONLY

Trading term: DDP OR USA.
2. Time of Shipment: ASAP
3. Terms of Payment: T/T 45 days against the shipment date
4. More or less term: +/-5%
5. Validity of the proforma invoice: one months
6. Manufacturer and the origin: China National Building Materials and Equipment Import & Export
Corporation
7. Beneficiary's bank:  Bank Of Communications, Co., Ltd. Beijing Municipal Branch
No.33 Jinrong Street, Xicheng District, Beijing, China 100140

Swift Code: ███████████

8. Account NO.: ███████████

For the Buyer:

For the Seller:

CBMIE00089818

Contract No:   14822054-5
Contract Date   APR.23, 2014
P.O.Number.   PO#1403-26-01

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922
Fax No.:(86-10)6801-5525

Buyer:Admark International, Inc.
Address: 5040, Wilmington Executive
Center Suite B, New Centre 211 RACINE
DRIVE, SUITE 202
Tel No.: 001-910-392-0508
Fax No.:001-910-392-2258

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications | Quantity | Unit Price -FOB | Total Contract Value |
|------|---------------|----------|-----------------|---------------------|
| N621 | Direct Roving E-Glass2000Tex | 40310LBS | USD0.38/LB | USD15317.80 |
| Total: | | 40310 LBS | | USD15317.80 |

SAY:USD FIFTEEN THOUSAND THREE HUNDRED AND SEVENTEEN CENTS EIGHTY ONLY

2. Time of Shipment: Around Nov.10, 2014
3. Terms of Payment: T/T 30 days against the shipment date on the B/L
4. More or less term: +/-5%
5. Beneficiary: China National Building Materials and Equipment Import & Export Corporation
6. Beneficiary's bank:   Bank Of Communications, Co., Ltd. Beijing Municipal Branch
                              No.33 Jinrong Street, Xicheng District, Beijing, China 100140
                              Swift Code: ███████
7. Account NO.: ██████████████
8. Arbitration
All disputes arising from the execution of this agreement shall be settled through friendly
consultations. In case no settlement can be reached, the case in dispute shall then be submitted
to the Foreign Trad Arbitration Commission of the China Council for the Promotion of International
Trade for Arbitration in accordance with its Provisional Rules of Procedure. The decesion made by
this commission shall be regarded as final and binding upon both parties.
9.This Contract is in faxed copies effective since being signed by both parties.

For the Buyer:

For the Seller:
中建材集团进出口公司
CHINA NATIONAL BUILDING MATERIALS
& EQUIPMENT IMPORT & EXPORT CORP.

CBMIE00089860

# SALES CONTRACT

Contract No:     14822099-5
Contract Date:  JUL.16,2014
P.O.Number. :

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922

Buyer:Liberty pultrusions
Address: 1575 Lebanon School Rd West
Mifflin PA 15122 USA
Tel No.: 001 4124983586
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below.

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|-----------------|-----------|-------------|----------------------|
| N196 | Direct Roving E-Glass4400Tex | 38500LBS | USD0.52 | USD20020.00 |
| Total: | | 38500 LBS | | USD20020.00 |

SAY:USD TWENTY THOUSAND TWENTY ONLY

2. Time of Shipment:2014.8.10
3. Terms of Payment: T/T 60 days against the shipping date on the B/L
4. More or less term: +/-5%
5. Manufacturer and the origin: China National Building Materials and Equipment Import & Export
Corporation
6. Beneficiary's bank:  Bank Of Communications, Co., Ltd. Beijing Municipal Branch
          No.33 Jinrong Street, Xicheng District, Beijing, China 100140

Swift Code: ███████████

7. Account NO.: ███████████

8,All disputes in connection with the Contract or the execution thereof shall be settled through
friendly negotiations.
In case no settlement can be reached through negotiations,
the case should then be submitted for arbitration to the Foreign Trade Arbitration Commission of the
China Council
for the Promotion of International Trade. The arbitration shall
take place in Shanghai and the decision rendered by the said Commission shall be final and binding
upon both parties;
neither party shall seek resource to the law court or other
authorities for revising the decision. The arbitration fee shall be borne by the losing part.

For the Buyer:

For the Seller:

中建材集团进出口公司
CHINA NATIONAL BUILDING MATERIALS
& EQUIPMENT IMPORT & EXPORT CORP.

Vanessa
Authorized Signature
Date:

CBMIE00089828

# 工 矿 产 品 购 销 合 同

供方：巨石集团有限公司　　　　　　　　　　　合同编号：　14822099-5

需方：中建材集团进出口公司　　　　　　　　　签订时间：　2014年7月8日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 直接纱 | R-JI-EDR-Z-P64无碱 4400Tex | 公斤 | 17,500 | ￥4.70/公斤 | ￥82,250.00 |
| 合计 | | | 17500 公斤 | | ￥82,250.00 |
| 合计人民币金额：计捌万贰仟贰佰伍拾元整 （含17%的增值税） | | | | | |

二、交货时间与地点：2014年7月31日前于桐乡仓库交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 18369-2008 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：供方负责安排集装箱将货物发往需方指定地点，供方承担运费。

六、发货后60天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司　　　　　　　　供方：巨石集团有限公司
地址：北京市海淀区首体南路9号主体商务中心4号楼　地址：浙江桐乡经济开发区
20层
电话：(86-10)6879-6922　　　　　　　　　　电话：0573-88181017
传真：(010)6879-6948　　　　　　　　　　　传真：0573-88136398
法人代表：黄安中　　　　　　　　　　　　　法人代表：张毓强
委托代理人：李晓冬　　　　　　　　　　　　委托代理人：魏青
签字盖章：　　　　　　　　　　　　　　　　签字盖章：
开户行：工商银行北京市百万庄支行　　　　　开户行：农行桐乡市支行营业部
开户行账号：0200014090041078 67　　　　　开户行账号：3702 0104 0023 893
税务登记证号：110108102052389　　　　　　税务登记证号：33048373030919X

CBMIE00089791

# SALES CONTRACT

Contract No:    14822099-6
Contract Date:  JUL.16,2014
P.O.Number. :

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-8922

Buyer:Liberty pultrusions
Address: 1575 Lebanon School Rd West
Mifflin PA 15122 USA
Tel No.: 001 4124983586
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|-----------------|-----------|-------------|-----------------------|
| N196 | Direct Roving E-Glass4400Tex | 38500LBS | USD0.52 | USD20020.00 |
| Total: | | 38500 LBS | | USD20020.00 |

SAY:USD TWENTY THOUSAND TWENTY ONLY

2. Time of Shipment:2014.8.20
3. Terms of Payment: T/T 60 days against the shipping date on the B/L
4. More or less term: +/-5%
5. Manufacturer and the origin: China National Building Materials and Equipment Import & Export
Corporation
6. Beneficiary's bank:  Bank Of Communications, Co., Ltd. Beijing Municipal Branch
No.33 Jinrong Street, Xicheng District, Beijing, China 100140

Swift Code: ████████████████

7. Account NO.: ███████████████

8,All disputes in connection with the Contract or the execution thereof shall be settled through
friendly negotiations.
In case no settlement can be reached through negotiations,
the case should then be submitted for arbitration to the Foreign Trade Arbitration Commission of the
China Council
for the Promotion of International Trade. The arbitration shall
take place in Shanghai and the decision rendered by the said Commission shall be final and binding
upon both parties;
neither party shall seek resource to the law court or other
authorities for revising the decision. The arbitration fee shall be borne by the losing part.

For the Buyer:                                    For the Seller:

中 建 材 集 团 进 出 口 公 司
CHINA NATIONAL BUILDING MATERIALS
& EQUIPMENT IMPORT & EXPORT CORP.

*Vanessa*

Date:                                             Authorized Signature

CBMIE00089830

# 工 矿 产 品 购 销 合 同

供方：巨石集团有限公司　　　　　　　　　合同编号：　14822099-6

需方：中建材集团进出口公司　　　　　　　签订时间：　2014年7月8日

一、产品名称、规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 直接纱 | R-JI-EDR-Z-P64无碱 4400Tex | 公斤 | 17,500 | ￥4.70/公斤 | ￥82,250.00 |
| | 合计 | | 17500 公斤 | | ￥82,250.00 |
| 合计人民币金额：计捌万贰仟贰佰伍拾元整 （含17%的增值税） | | | | | |

二、交货时间与地点：2014年7月31日前于桐乡仓库交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 18369-2008 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：供方负责安排集装箱将货物发往需方指定地点，供方承担运费。

六、发货后60天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司　　　　　　　供方：巨石集团有限公司
地址：北京市海淀区首体南路9号主语商务中心4号楼　地址：浙江桐乡经济开发区
　　　20层
电话：(86-10)6879-6922　　　　　　　　　　电话：0573-88181017
传真：(010)68796948　　　　　　　　　　　传真：0573-88136398
法人代表：黄安中　　　　　　　　　　　　法人代表：张毓强
委托代理人：李晓冬　　　　　　　　　　　委托代理人：魏青
签字盖章：　　　　　　　　　　　　　　　签字盖章：
开户行：工商银行北京市百万庄支行　　　　开户行：农行桐乡市支行营业部
开户行账号：0200001409004107867　　　　开户行账号：3702 0104 0023 893
税务登记证号：110108102052389　　　　　税务登记证号：33048373030919X

CBMIE00089793

# SALES CONTRACT

Contract No:    14822099-4

Contract Date:  JUL.16,2014

P.O.Number.:

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidien
District,Beijing 100048,China
Tel No.: (86-10)6879-6922

Buyer:Liberty pultrusions
Address: 1575 Lebanon School Rd West
Mifflin PA 15122 USA
Tel No.: 001 4124983586
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|-----------------|-----------|-------------|----------------------|
| N196 | Direct Roving E-Glass4400Tex | 38500LBS | USD0.52 | USD20020.00 |
| Total: | | 38500 LBS | | USD20020.00 |

SAY:USD TWENTY THOUSAND TWENTY ONLY

2. Time of Shipment:2014.8.01
3. Terms of Payment: T/T 60 days against the shipping date on the B/L
4. More or less term: +/-5%
5. Manufacturer and the origin: China National Building Materials and Equipment Import & Export
Corporation
6. Beneficiary's bank:  Bank Of Communications, Co., Ltd. Beijing Municipal Branch
        No.33 Jinrong Street, Xicheng District, Beijing, China 100140

        Swift Code: ▮▮▮▮▮▮▮

7. Account NO.: ▮▮▮▮▮▮▮
8.All disputes in connection with the Contract or the execution thereof shall be settled through
friendly negotiations.
In case no settlement can be reached through negotiations,
the case should then be submitted for arbitration to the Foreign Trade Arbitration Commission of the
China Council
for the Promotion of International Trade. The arbitration shall
take place in Shanghai and the decision rendered by the said Commission shall be final and binding
upon both parties;
neither party shall seek resource to the law court or other
authorities for revising the decision. The arbitration fee shall be borne by the losing part.

For the Buyer:                                    For the Seller:

中 建 材 集 团 进 出 口 公 司
CHINA NATIONAL BUILDING MATERIALS
& EQUIPMENT IMPORT & EXPORT CORP.

                                            Vanessa
                                    ..............................
Date:                                    Authorized Signature

CBMIE00089827

# 工 矿 产 品 购 销 合 同

供方：巨石集团有限公司          合同编号：   14822099-4

需方：中建材集团进出口公司        签订时间：   2014年7月16日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 直接纱 | R-JI-EDR-Z-P64无碱 4400Tex | 公斤 | 17,500 | ￥4.70/公斤 | ￥82,250.00 |
| 合计： | | | 17500 公斤 | | ￥82,250.00 |
| 合计人民币金额：计捌万贰仟贰佰伍拾元整（含17%的增值税） | | | | | |

二、交货时间与地点：2014年7月31日前于巨石集团有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 18369-2008 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：供方负责安排集装箱将货物发往需方指定地点，供方承担运费。

六、发货后60天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司
地址：北京市海淀区首体南路9号主语商务中心4号楼20层
电话：(86-10)6879-6922
传真：(010)68796948
法人代表：黄安中
委托代理人：李晓冬
签字盖章：
开户行：工商银行北京市百万庄支行
开户行账号：0200001409004107867
税务登记证号：110108102052389

供方：巨石集团有限公司
地址：浙江桐乡经济开发区
电话：0573-88181017
传真：0573-88136398
法人代表：张毓强
委托代理人：魏青
签字盖章：
开户行：农行桐乡市支行营业部
开户行账号：3702 0104 0023 893
税务登记证号：33048373030919X

CBMIE00089789

**Equal Employment Clause**
Seller is hereby on notice that Orenco Systems, Inc. ("Orenco") may utilize goods or services purchased under this Purchase Order in the transaction of business with the United States Government. Thus, Seller represents and warrants that it shall comply with Executive Order 11246, as amended, pertaining to equal opportunity employment and affirmative action and that it is in compliance and shall comply with Section 503 of the Rehabilitation Act of 1973, as amended, and the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended. Upon request, Seller shall supply Orenco with copies of compliance reports and any other information necessary to demonstrate compliance therewith.

# Purchase Order

# PO-00051997

**Orenco Systems®**
Incorporated

| Purchase Order | Date | Shipping Method | Payment Terms |
|---|---|---|---|
| PO-00051997 | 7/11/2014 | OCEAN 40' | 45 Days from B/L |

**Bill To**
Orenco Systems, Inc.
814 Airway Ave.
Sutherlin OR  97479

- Please fax confirmation of order within 24 hours.
- Notify immediately if unable to complete as specified.
- Material or specification changes require written approval.

814 AIRWAY AVENUE
SUTHERLIN, OREGON
97479

TOLL FREE:
(800) 348-9843

TELEPHONE:
(541) 459-4449

**Vendor:**
China Nat'l Bldg Mat'l & Equip. Import & Export Corp
Rm. 2020 Bldg. No. 4 Interwest Center
No. 9 Shouti South Road
Beijing  100048
Phone:      (861) 068-7969 Ext. 3000
Facsimile:  (861) 068-0155 Ext. 2500

**Ship To:**
Orenco Systems, Inc.
133 Weyerhaeuser Drive
Roseburg OR  97470

Phone:      (541) 459-4449 Ext. 2110
Facsimile:  (541) 459-0922 Ext. 0000

Page  1

| L/N | Item Number | Description / Reference Number | Qty / Req. Date | U/M | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| ^1 | N223-900X1118 | Fiberglass E Mat, Stitchmat 3 oz, 44"<br>11-31-11-1107 | 10,500.0000<br>7/11/2014 | lb | $0.8000 | $8,400.00 |
| ^2 | N225-600g | Fiberglass E-Mat, double bias 600g/225g x 50"<br>11-31-11-1120 | 32,500.0000<br>7/11/2014 | lb | $1.1500 | $37,375.00 |
| 3 | | | 0.00<br>0/0/0000 | | $0.00 | $0.00 |

| Purchasing Agent: | Teresa Baird | Authorized Signature: | *Teresa Baird* |
|---|---|---|---|
| Printed By: | Teresa Baird | | |

Comments:    FOB: Sutherlin
Freight Terms: Prepaid

| | |
|---|---|
| Subtotal | $45,775.00 |
| Trade Discount | $0.00 |
| Freight | $0.00 |
| Miscellaneous | $0.00 |
| Tax | $0.00 |
| Total | $45,775.00 |

CBMIE00089836

# SALES CONTRACT

Contract No:    14822144
Contract Date:   JUL.11,2014
P.O.Number. :

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922

Buyer:Orenco Systems
Address: 814 Airway Ave Sutherlin, Oregon
97479 USA
Tel No.: (541) 459-4449 Ext. 363
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer
agrees to buy and the Seller agrees to sell the undermentioned goods according to the
terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|---|---|---|---|---|
| N223 | Stitched Mat E-Glass900g/m2 x 1118mm | 10500LBS | USD0.80 | USD8400.00 |
| N226 | Biaxial Mat +/-45 E-Glass600G/225G X 1270mm | 32500LBS | USD1.15 | USD37375.00 |
| Total: | | 43000 LBS | | USD45775.00 |

SAY:USD FORTY FIVE THOUSAND SEVEN HUNDRED AND SEVENTY FIVE ONLY

Trading term:DDP Oregon 97479 USA
2. Time of Shipment: ASAP
3. Terms of Payment:100% T/T against the B/L copy
4. More or less term: +/-5%
5. Validity of the proforma invoice: one months
6. Manufacturer and the origin: China National Building Materials and Equipment Import & Export
Corporation
7. Beneficiary's bank: Bank Of Communications, Co., Ltd. Beijing Municipal Branch
         No.33 Jinrong Street, Xicheng District, Beijing, China 100140

    Swift Code: ███████████

8. Account NO.: ███████████████

For the Buyer:

*Teresa Baird*

For the Seller:

CBMIE00089837

CBMIE00089799

# 工 矿 产 品 购 销 合 同

供方：　振石集团恒石纤维基业有限公司

需方：　中建材集团进出口公司

合同编号：　14822144

签订时间：　2014年7月18日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 玻璃纤维缝编织物 | ESTM-P无碱 900g/m2 x 1118mm | 公斤 | 4,767 | ￥8.80/公斤 | ￥41,949.60 |
| 玻璃纤维缝编织物 | DBM-P无碱 600G/225G X 1270mm | 公斤 | 14,755 | ￥12.50/公斤 | ￥184,437.50 |
| 合计 | | | 19522 公斤 | | ￥226,387.10 |
| 合计人民币金额：计贰拾贰万陆仟叁佰捌拾柒元壹角　　　　（含17%的增值税） | | | | | |

二、交货时间与地点：2014年8月10日前于振石集团恒石纤维基业有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 25040-2010 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：需方负责安排集装箱到供方工厂提货，供方负责装箱。

六、发货后30天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司
地址：北京市海淀区首体南路9号主体商务中心4号楼20层
电话：(86-10) 6879-6922
传真：(010) 68796948
法人代表：蔡安中
委托代理人：李晓冬
签字盖章：
开户行：工商银行北京市百万庄支行
开户行账号：02000041090041078o
税务登记证号：110108102052389

供方：振石集团恒石纤维基业有限公司
地址：桐乡市经济开发区广运南路1号
电话：0573-881086611
传真：0573-8914434456
法人代表：张毓强
委托代理人：谭锡滨
签字盖章：
开户行：桐乡市农行开发区分理处
开户行账号：7080140053 001
税务登记证号：

# SALES CONTRACT

Contract No:    14822099-3
Contract Date:   MAY.23,2014
P.O.Number. :

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922

Buyer:Liberty pultrusions
Address: 1575 Lebanon School Rd West
Mifflin PA 15122 USA
Tel No.: 001 4124983586
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|---|---|---|---|---|
| N196 | Direct Roving E-Glass4400Tex | 38500LBS | USD0.52 | USD20020.00 |
| Total: | | 38500 LBS | | USD20020.00 |

SAY:USD TWENTY THOUSAND TWENTY ONLY

2. Time of Shipment:2014.7.20
3. Terms of Payment: T/T 60 days against the shipping date on the B/L
4. More or less term: +/-5%
5. Manufacturer and the origin: China National Building Materials and Equipment Import & Export Corporation
6. Beneficiary's bank:  Bank Of Communications, Co., Ltd. Beijing Municipal Branch
   No.33 Jinrong Street, Xicheng District, Beijing, China 100140

Swift Code: ███████████

7. Account NO.: ███████████
8,All disputes in connection with the Contract or the execution thereof shall be settled through friendly negotiations.
In case no settlement can be reached through negotiations,
the case should then be submitted for arbitration to the Foreign Trade Arbitration Commission of the China Council
for the Promotion of International Trade. The arbitration shall
take place in Shanghai and the decision rendered by the said Commission shall be final and binding upon both parties;
neither party shall seek resource to the law court or other
authorities for revising the decision. The arbitration fee shall be borne by the losing part.

For the Buyer:

For the Seller:

中 塑 材 集 团 进 出 口 公 司
CHINA NATIONAL BUILDING MATERIALS
& EQUIPMENT IMPORT & EXPORT CORP.

Vanessa

Date:                    Authorized Signature

CBMIE00089825

# 工 矿 产 品 购 销 合 同

供方：巨石集团有限公司        合同编号：   14822099-3

需方：中建材集团进出口公司     签订时间：   2014年7月18日

### 一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 直接纱 | R-JI-EDR-Z-P64无碱 4400Tex | 公斤 | 17,500 | ￥4.70/公斤 | ￥82,250.00 |
| 合计： | | | 17500 公斤 | | ￥82,250.00 |
| 合计人民币金额：计捌万贰仟贰佰伍拾元整 （含17%的增值税） | | | | | |

二、交货时间与地点：2014年7月15日前于巨石集团有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 18369-2008 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：供方负责安排集装箱将货物发往需方指定地点，供方承担运费。

六、发货后60天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司
地址：北京市海淀区首体南路9号主语商务中心4号楼20层
电话：(86-10)6879-6922
传真：(010)68796948
法人代表：黄安中
委托代理人：李晓冬
签字盖章：
开户行：工商银行北京市京万庄支行
开户行账号：0200001609004107867
税务登记证号：110108102052389

供方：巨石集团有限公司
地址：浙江桐乡经济开发区
电话：0573-88181017
传真：0573-88136398
法人代表：张毓强
委托代理人：魏青
签字盖章：
开户行：农行桐乡市支行营业部
开户行账号：3702 0104 0023 893
税务登记证号：33048373030919X

CBMIE00089787

# SALES CONTRACT

Contract No: 14522156
Contract Date: JULY 25,2014

Seller: CHINA NATIONAL BUILDING MATERIALS AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business Center,No.9,Shuidi Nan Road Haidian District Beijing 100048 China
Tel No.: (86-10)6879-6022
Fax No.:(86-10)6901-6525

Buyer:CeTechno Group, Inc
Address: 1042 IH 35 South, Unit 101, San Marcos, TX 79666
Tel No.: 001 512 878 6963
Fax No.: 001 512 233 2282

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications | Quantity | Unit Price -FOB | Total Contract Value |
|------|----------------|----------|-----------------|----------------------|
| NE21 | Direct Roving E-Glass1200Tex | 81500lbs | USD0.4057lb | USD33007.50 |
| Total | | 81500lbs | | USD33007.50 |

SAY USD THIRTY THREE THOUSAND SEVEN CENTS FIFTY ONLY

2. Delivery location: FOB Shanghai
3. Time of Shipment: to be shipped in late June
4. Payment: Wire transfer before arrival in destination port
   (T/T payment upon faxed copy documents).
5. More or less term: +/-5%.
6. Beneficiary: China National Building Materials and Equipment Import & Export Corporation
7. Beneficiary's bank: BANK OF COMMUNICATIONS, CO., LTD. BEIJING MUNICIPAL BRANCH NO.33 JINRONG STREET, XICHENG DISTRICT, BEIJING 100140 CHINA.
   Swift Code: ████████
8. Account NO.: ████████████
9. Arbitration
All disputes arising from the execution of this agreement shall be settled through friendly consultations. In case no settlement can be reached, the case in dispute shall then be submitted to the Foreign Trad Arbitration Commission of the China Council for the Promotion of International Trade for Arbitration in accordance with its Provisional Rules of Procedure. The decision made by this commission shall be regarded as final and binding upon both parties.
10.This Contract is in faxed copies effective since being signed by both parties.

For the Buyer:

For the Seller:

CBMIE00089865

# 工 矿 产 品 购 销 合 同

供方：巨石集团有限公司　　　　　　　　　　合同编号：　14822156

需方：中建材集团进出口公司　　　　　　　　签订时间：　2014年8月7日

## 一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 玻璃纤维无碱直接纱 | EDR-P无碱 1200Tex | 公斤 | 36,255 | ￥4.90/公斤 | ￥177,649.50 |
| 合计 | | | 36255 公斤 | | ￥177,649.50 |
| 合计人民币金额：计壹拾柒万陆仟陆佰肆拾玖元伍角　（含17%的增值税） | | | | | |

二、交货时间与地点：2014年8月15日前于巨石集团有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 18369-2008 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：需方负责安排集装箱到供方工厂提货，供方负责装箱。

六、发货后60天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司　　　　　　　　供方：巨石集团有限公司
地址：北京市海淀区首体南路9号主语商务中心4号楼　地址：浙江省桐乡市经济开发区
20层
电话：(86-10)6879-6922　　　　　　　　　电话：0573-88181017
传真：(010)68796948　　　　　　　　　　传真：0573-88136899
法人代表：黄安中　　　　　　　　　　　　法人代表：张毓强
委托代理人：李晓冬　　　　　　　　　　　委托代理人：
签字盖章：　　　　　　　　　　　　　　　签字盖章：
开户行：工商银行北京市西三环支行　　　　开户行：农行桐乡市支行工业部
开户行账号：0200001409084108987　　　开户行账号：3702 0104 0023 893
税务登记证号：110108102088　　　　　税务登记证号：33048373030919X

CBMIE00089811

**Equal Employment Clause**
Seller is hereby on notice that Orenco Systems, Inc. ("Orenco") may utilize goods or services purchased under the Purchase Order in the transaction of business with the United States Government. Thus, Seller represents and warrants that it shall comply with Executive Order 11246, as amended, pertaining to equal opportunity employment and affirmative action and that it is in compliance and shall comply with Section 503 of the Rehabilitation Act of 1973, as amended, and the Vietnam Era Veterans' Readjustment Assistance  Act of 1974, as amended.  Upon request, Seller shall supply Orenco with copies of compliance reports and any other information necessary to  demonstrate compliance therewith.

# Purchase Order

## PO-00052260

**Orenco Systems®**
Incorporated

| Purchase Order | Date | Shipping Method | Payment Terms |
|---|---|---|---|
| PO-00052260 | 7/28/2014 | OCEAN 40' | 45 Days from B/L |

**Bill To**
Orenco Systems, Inc.
814 Airway Ave.
Sutherlin OR   97479

814 AIRWAY AVENUE
SUTHERLIN, OREGON
97479

- Please fax confirmation of order within 24 hours.
- Notify immediately if unable to complete  as specified.
- Material or specification changes require written approval.

TOLL FREE:
(800) 348-9843

**Vendor:**
China Nat'l Bldg Mat'l & Equip. Import & Export Corp
Rm. 2020 Bldg. No. 4 Interwest Center
No. 9 Shouti South Road
Beijing   100048
Phone:       (861) 068-7969  Ext. 3000
Facsimile:   (861) 068-0155  Ext. 2500

**Ship To:**
Orenco Systems, Inc.
133 Weyerhaeuser Drive
Roseburg OR   97470

Phone:       (541) 459-4449  Ext. 2110
Facsimile:   (541) 459-0922  Ext. 0000

TELEPHONE:
(541) 459-4449

Page  1

| L/N | Item Number | Description / Reference Number | Qty / Req. Date | U/M | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| ^1 | N223- 900 x 1524 | Fiberglass Mat, Stitchmat, 3 oz 60" 13-31-11-1120 | 42,350.0000 9/11/2014 | lb | $0.8000 | $33,880.00 |
| 2 | | | 0.00 0/0/0000 | | $0.00 | $0.00 |

| | | |
|---|---|---|
| Purchasing Agent: | Teresa Baird | Authorized Signature: |
| Printed By: | Teresa Baird | *Teresa Baird* |

Comments:   PREPAID SHIPMENT

| | |
|---|---|
| Subtotal | $33,880.00 |
| Trade Discount | $0.00 |
| Freight | $0.00 |
| Miscellaneous | $0.00 |
| Tax | $0.00 |
| **Total** | **$33,880.00** |

CBMIE00089840

# SALES CONTRACT

Contract No:     14822153
Contract Date: JUL.29,2014
P.O.Number. :   00052260

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922

Buyer:Orenco Systems
Address: 814 Airway Ave Sutherlin, Oregon
97479 USA
Tel No.: (541) 459-4449 Ext. 363
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|-----------------|-----------|-------------|-----------------------|
| N223 | Stitched Mat E-Glass900g/m2 x 1524mm | 42350LBS | USD0.80 | USD33880.00 |
| Total: | | 42350 LBS | | USD33880.00 |

SAY:USD THIRTY THREE THOUSAND EIGHT HUNDRED AND EIGHTY ONLY

Trading term: DDP OR USA.
2. Time of Shipment: ASAP
3. Terms of Payment:100% T/T against the B/L copy
4. More or less term: +/-5%
5. Validity of the proforma invoice: one months
6. Manufacturer and the origin: China National Building Materials and Equipment Import & Export
Corporation
7. Beneficiary's bank: Bank Of Communications, Co., Ltd. Beijing Municipal Branch
            No.33 Jinrong Street, Xicheng District, Beijing, China 100140

Swift Code: ███████████

8. Account NO.: ███████████████

For the Buyer:                                                      For the Seller:

*Teresa Baird* (signature)

中 国 材 料 机 器 出 口 总 公
CHINA NATIONAL BUILDING MATERIALS
& EQUIPMENT IMPORT & EXPORT CORP.
*Vanessa* (signature)

CBMIE00089841

CBMIE00088800

# 工 矿 产 品 购 销 合 同

供方：　振石集团恒石纤维基业有限公司

需方：　中建材集团进出口公司

合同编号：　14822153

签订时间：　2014年7月30日

一、产品名称、规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 玻璃纤维缝编织物 | ESTM-P无碱<br>900g/m2 x 1524mm | 公斤 | 19,201 | ￥8.80/公斤 | ￥168,968.80 |
| 合计： | | | 19201 公斤 | | ￥168,968.80 |
| 合计人民币金额：计壹拾陆万捌仟玖佰陆拾捌元捌角　（含17%的增值税） | | | | | |

二、交货时间与地点：2014年8月22日前于振石集团恒石纤维基业有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 25040-2010 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：需方负责安排集装箱到供方工厂提货，供方负责装箱。

六、发货后30天需方支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司
地址：北京市海淀区首体南路9号主语商务中心4号楼20层
电话：(86-10)6879-6922
传真：(010)68796948
法人代表：黄安中
委托代理人：李晓冬
签字盖章：
开户行：工商银行北京市百万庄支行
开户行账号：0200001409004107667
税务登记证号：110108102052388

供方：振石集团恒石纤维基业有限公司
地址：桐乡市经济开发区广运南路1号
电话：0573-8810580
传真：0573-88105180
法人代表：张毓强
委托代理人：陈丽英
签字盖章：
开户行账号：205010C-0010.23
税务登记证号：

**Equal Employment Clause**
Seller is hereby on notice that Orenco Systems, Inc. ("Orenco") may utilize goods or services purchased under this Purchase Order in the transaction of business with the United States Government. Thus, Seller represents and warrants that it shall comply with Executive Order 11246, as amended, pertaining to equal opportunity employment and affirmative action and that it is in compliance and shall comply with Section 503 of the Rehabilitation Act of 1973, as amended, and the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended. Upon request, Seller shall supply Orenco with copies of compliance reports and any other information necessary to demonstrate compliance therewith.

# Purchase Order

# PO-00052295

| Purchase Order | Date | Shipping Method | Payment Terms |
|---|---|---|---|
| PO-00052295 | 7/28/2014 | OCEAN 20' | 45 Days from B/L |

**Orenco Systems®**
Incorporated

814 AIRWAY AVENUE
SUTHERLIN, OREGON
97479

TOLL FREE:
(800) 348-9843

TELEPHONE:
(541) 459-4449

**Bill To**
Orenco Systems, Inc.
814 Airway Ave.
Sutherlin OR   97479

- Please fax confirmation of order within 24 hours.
- Notify immediately if unable to complete as specified.
- Material or specification changes require written approval.

**Vendor:**
China Nat'l Bldg Mat'l & Equip. Import & Export Corp
Rm. 2020 Bldg. No. 4 Interwest Center
No. 9 Shouti South Road
Beijing   100048
Phone:      (861) 068-7969 Ext. 3000
Facsimile:  (861) 068-0155 Ext. 2500

**Ship To:**
Orenco Systems, Inc.
133 Weyerhaeuser Drive
Roseburg OR   97470

Phone:      (541) 459-4449 Ext. 2110
Facsimile:  (541) 459-0922 Ext. 0000

Page  1

| L/N | Item Number | Description / Reference Number | Qty / Req. Date | U/M | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | N123 600x1283 | Chop Strand Mat, 2oz x 50.5" 11-31-11-1096 | 36,343.0000 9/16/2014 | lb | $0.8000 | $29,074.40 |
| 2 | | | 0.00 0/0/0000 | | $0.00 | $0.00 |

| | | |
|---|---|---|
| Purchasing Agent: | Teresa Baird | |
| Printed By: | Teresa Baird | |
| Authorized Signature: | *Teresa Baird* | |
| Comments: | PREPAID SHIPMENT | |

| Subtotal | $29,074.40 |
|---|---|
| Trade Discount | $0.00 |
| Freight | $0.00 |
| Miscellaneous | $0.00 |
| Tax | $0.00 |
| **Total** | **$29,074.40** |

CBMIE00089844

## SALES CONTRACT

Contract No:   14822154
Contract Date:  JUL.29,2014
P.O.Number. :

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922

Buyer:Orenco Systems
Address: 814 Airway Ave Sutherlin, Oregon
97479 USA
Tel No.: (541) 459-4449 Ext. 363
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|-----------------|-----------|-------------|----------------------|
| N123 | Chopped Strand Mat E-Glass600g/m2 x 1283mm | 36343LBS | USD0.80 | USD29074.40 |
| Total: | | 36343 LBS | | USD29074.40 |

SAY:USD TWENTY NINE THOUSAND SEVENTY FOUR CENTS FORTY ONLY

2. Time of Shipment: Within 30 days after the proforma invoice.
3. Terms of Payment: 100%T/T against the B/L copy
4. More or less term: +/-10%
5. Validity of the proforma invoice: one months
6. Manufacturer and the origin: China National Building Materials and Equipment Import & Export
Corporation
7. Beneficiary's bank:  Industrial and Commercial Bank of China Beijing Municipal Branch
          Room 311, Tower B, Tianyin Building, No.2, Fuxingmen South Street, Beijing, China
100031
          Tel: 86-10-66411074  Fax: 86-10-66411087
          Telex: 22752 ICBBI CN
          Swift Code:
8. Account NO.:

For the Buyer:                                            For the Seller:


*Teresa Baird*

中 建 材 装 进 出 口 公 司
CHINA NATIONAL BUILDING MATERIALS
& EQUIPMENT IMPORT & EXPORT CORP.

*Vanessa*

Date                                          Authorized Signature

CBMIE00089845

CBMIE0008901

# 工 矿 产 品 购 销 合 同

供方：　常州联洋玻璃纤维有限公司

需方：　中建材集团进出口公司

合同编号：　14822154

签订时间：　2014年7月30日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 玻璃纤维短切毡 | EPCSM-P无碱粉剂 600g/m2 x 1283mm | 公斤 | 16,576 | ￥8.20/公斤 | ￥135,923.20 |
| 合计： | | | 16576 公斤 | | ￥135,923.20 |
| 合计人民币金额：　计壹拾叁万伍仟玖佰贰拾叁元贰角　（含17%的增值税） | | | | | ￥135,923.20 |

二、交货时间与地点：2014年8月15日前于常州联洋玻璃纤维有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 17470-2007 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：需方负责安排集装箱到供方工厂提货，供方负责装箱。

六、发货后30天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司
地址：北京市海淀区首体南路9号主语商务中心4号楼20层
电话：(86-10) 6879-6922
传真：(010) 68796948
法人代表：黄安中
委托代理人：李晓冬
签字盖章：
开户行：工商银行北京市百货大楼支行
开户行账号：0200001409004107048
税务登记证号：110108102052389

供方：　常州联洋玻璃纤维有限公司
地址：常州新北区玉龙北路501号
电话：0519-860025□
传真：0519-86002558
法人代表：□□□
委托代理人：刘□□
签字盖章：
开户行：中国□□□常州魏村支行
开户行账号：3200 1625 0360 5250 4391
税务登记证号：

# CONTRACT

**Contract No: 14-TAS-17-MU-023**

**Contract Date: 5 Aug, 2014**

**The Seller**: Trammo INC.

4211 W. Boy Scout Blvd. Suite 600 Tampa, FL 33607-5757

Tel: +1 (813) 261-0600    Fax: +1 (813) 261-0601

**The Buyer**: China National Building Materials and Equipment Import and Export Corporation

Floor 17-21, Block 4，Interwest Business Center,9 Shouti South Road, Haidian District, Beijing ,China

Tel: 86-10-68796879    Fax: 86-10-68796882

The buyer has agreed to buy and the seller has agreed to sell the under mentioned product in accordance with the following terms and conditions.

**1.Product and Quality** 货物品名和质量

Petcoke as loaded ex Canada with the following typical as follows:

加拿大生产的石油焦,

Typical Specifications：代表性规格：

AA Grade

Total moisture: 15% Max

水分最大 15%

Ash(dry basis): 4.5% Max

灰分(干基) 最大 4.5%

Sulfur (dry basis): 7.00% Max

硫分（干基） 最大 7.00%

Volatile Matter(dry basis): 14.00% Max

挥发份（干基） 最大 14.00%

HGI: 42 Min

可打磨系数最小 42

Btu/lb (dry basis): 14,500 Min

热量（干基） 最小 14,500

BB Grade

Total moisture: 15% Max

CBMIE00089523

水分最大 15%

Ash(dry basis): 0.75% Max

灰分(干基) 最大 0.75%

Sulfur (dry basis): 7.00% Max

硫分（干基） 最大 7.00%

Volatile Matter(dry basis): 15.00% Max

挥发份（干基） 最大 15.00%

HGI: 36 Min

可打磨系数最小 36

Btu/lb (dry basis): 14,500 Min

热量（干基） 最小 14,500

The percentage of total Moisture over 10% shall be deducted from the weight of the cargo.

水分以第三方商检报告为依据，水分超过 10%的部分于提单重量中扣除。

The parties acknowledge and agree that the Product sold pursuant to this contract is produced as a by-product of the oil refining process, the Product's characteristics can vary depending on the refinery crude slate and operations of the refinery and the Seller has no control over the Product's quality which is at the sole discretion of the refinery.

买卖双方确认该合同项下的产品为石油冶炼过程中所产生的副产品，产品的特性受原油和加工工艺的影响有所变化。卖方对于炼厂独有的生产工艺所提炼的副产品，其质量无法控制。

## 2. Quantity and packing 数量和包装

102,000 metric tons plus or minus 10% tolerance at seller's option and seller guaranteed at least 30,000 metric tons plus or minus 10% tolerance at seller's option BB grade cargo ex Edmonton.

Packing: in bulk

数量：102,000吨（+/-10%）由卖方选择且卖方保证至少有30,000吨（+/-10%）的BB规格埃德蒙顿的货。

包装：散装

Notwithstanding anything in this contract to the contrary, if (i) the Refinery ceases to produce the Product, for any reason or for no reason; (ii) there is a curtailment, reduction or interruption of production of the Product at the Refinery, including without limitation, the Refinery's voluntary election to curtail, reduce or interrupt

2

CBMIE00089524

production of the Product; or (iii) there is a complete or partial shutdown of the Refinery, Seller shall have no obligation or liability to sell or provide Product to Buyer hereunder or for any delay or failure of shipment. Seller makes no representation, guarantee or warranty as to the quality or quantity of

Product which will be produced from the Refinery, as quality and quantity are likely to vary.

即使在本合同中有其他不同的规定，在如下三种情况下买方不承担货物延迟或未交付的相关义务和责任。如果（1）炼厂在任何情况下停止该产品的生产；（2）炼厂产量缩减或该产品在生产中中断，包括但不限于炼厂的自愿缩减或中断对产品的生产；（3）炼厂部分或完全关闭。炼厂生产的产品品质和数量会有所变化，卖方对其品质和数量不做保证。

**3. Origin** 原产地

Suncor, Canada. Seller shall have the right, but not the obligation, to supply product from other origins only with the written permission from Buyer in advance, with such permission not to be unreasonably withheld or delayed.

Suncor 工厂。卖方在事先征得买方同意的情况下有权提供其他炼厂的产品，买方对卖方提供其他炼厂产品的要求必须及时确认，不得无故拖延。

**4. Unit Price** 单价
USD83.80 per metric ton CFR one safe berth/one safe port Fangcheng or Qinzhou port,China.
USD83.80每公吨CFR一个安全泊位/一个安全港口中国防城港或钦州港。

**5. Final Quantity** 最终数量

Final quantity for two different grade Petcoke will be according to the vessel final loading plan.
两种品质的石油焦的最终数量分配以船舶的最终装船计划为准。

**6. Discharge Port** 卸货港
One safe berth/one safe port Fangcheng or Qinzhou, China.
一安全泊位/一个安全港口中国防城港或钦州港。

The buyer declare discharge range to be South of Yangtze River discharge port shall be declared latest 10 days prior ETA basis Fangcheng. Otherwise, the seller has right to declare one discharge port stipulated in the contract.
卸港在长江以南，买方最迟需在船舶预计到达防城港前十天宣最终卸港给卖方。否则，卖方有权选择合同中的任一港口作为最终卸货港。

3

CBMIE00089525

**7. Time of Shipment** 装运期
Sep, 2014.
装运期：2014 年 9 月。

**8. Shipping & Discharging Terms** 装运/卸船条款

a) The seller shall ship the goods within the time stipulated in this contract by a vessel sailing directly from port of loading to the destination port.
卖方在合同约定的装运期内安排船舶装货并运至指定卸货港。

b) The vessel chartered by the seller shall be suitable and sea-worthy and in good condition. Seller shall advise particular of the nominated vessel to buyer and such particulars to be confirmed within 1 working day of nomination by the buyer.
装运船舶应适合进行海上运输。卖方应通知买方指定船只的详情，买方须在一个工作日内确认该船舶。

c) Buyer guarantees one safe and always accessible berth, vessel always afloat, with minimum 14.5meters arrival draft at salt water, and should ensure discharging rate 10000mt pwwd of 24 continuous hours shinc.
买方需保证一个可随时靠泊的卸货港安全泊位，泊位最小吃水深度为 14.5 米，卸率为 10,000 吨/24 小时晴天工作日，包括星期天和节假日。

d) Within three working days after completion of loading of the product on board the vessel,the seller shall advise the buyer the contract number, name of product, port of loading,sailing date and ETA at port of destination.
在装运结束，货物越过船舷后 3 个工作日内，卖方应通知买方合同编号、货物品名、装运港、开航日期及预计抵达卸货港时间。

e) The seller shall advise the buyer with the estimated time of arrival of the vessel 7 days, 5 days and 24 hours before arrival at the destination
卖方需在船舶到达卸货港前 7/5/1 日，通知买方船舶预计到达时间。

f) In case the vessel is delayed at the discharging port longer than the laytime allowed then buyers shall pay demurrage at the rate specified in the governing Charter Party which be confirmed by the Buyer upon vessel nomination.
在卸货港如船舶滞期，滞期费由买方承担，滞期费率依据据租船协议确定,在确定船舶时由买方进行确认。

g) Laytime shall commence twelve (12) hours after the vessel tenders N/R unless sooner commenced. If the vessel is compelled to wait for berth at anchorage point, shifting time from anchorage point to berth shall not count as laytime.
装卸时间从船提交装卸准备就绪通知书 12 小时之后开始起算,除非货物已经实际开始装卸，则以开始时间为准。如果船在锚地等泊，从锚地到泊位的移泊时间不

4

CBMIE00089526

计入装卸时间。

Time lost by the following causes shall not count as Laytime:

以下时间不得计入装卸时间：

1）Discharging interruption due to weather unless vessel on demurrage;

由于天气原因造成的卸货中断，除非船舶已进入滞期；

2）Delays due to breakdown of the vessel's equipment(s);

由于船舶设备的故障造成的延误；

3）Shifting time due to the vessel's requirements;

由于船方要求的移泊时间；

4 ）Shifting time from anchorage to berth, time lost due to berthing operations and preparations by the vessel to berth, and time lost for completion of pratique at anchorage or after berthing.

从锚地到泊位的移泊时间，船舶靠泊的操作和准备时间以及在锚地或靠泊后获得入境检疫的时间；

5）Time lost due to the Force Majeure events pursuant to Clause 14, the time from when Force Majeure is declared to when the Force Majeure event terminates shall not count as laytime unless vessel on demurrage. However, the time from when Force Majeure event(s) occur(s) to when Force Majeure is declared shall count as laytime.

根据条款第 14 条不可抗力的规定，从不可抗力被宣布到结束的时间不得计入装卸时间除非船舶已进入滞期。而从不可抗力发生到不可抗力被宣布的时间需被计入装卸时间。

h) Despatch is to be paid at half the demurrage rate for all working time saved.

速遣费率为滞期费率的一半。

i) Despatch and demurrage to be settled within 30 days of completion of vessel discharging against the relative supporting documents.

速遣费和滞期费在装运完成后 30 天内结算。

**9.Weight, Sampling and Analysis** 数量和质量检验

a) The buyer and the seller agree to appoint SGS which shall be unaffiliated with both the buyer and the seller, to sample the cargo and perform quality and moisture analysis at the time of vessel loading and to determine the cargo weight by means of vessel draft survey. SGS shall be appointed by the seller, with the cost of same for seller's account.

双方同意由 SGS 在装运港对货物取样分析，并在装船时对货物的质量，重量，水分做出检验。SGS 由卖方指定，费用由卖方承担。

b) Load port inspection results by SGS shall be accepted as final and binding by the seller and the buyer for all purposes of this contract and for all matters arising from or

5

CBMIE00089527

in connection herewith.

装运港 SGS 出具的检验结果对双方具有约束力并做为最终结果。

c) Moisture as stated in the load port inspection certificate by SGS in excess of 10% by weight will be deducted from Bill of Lading weight for invoicing purposes. The seller shall not be under any further liability for moisture content.

如 SGS 在装港出具的商检证明中水分含量超过 10%，卖方将在发票中扣除与超出部分相应的提单数量和金额。除此之外，卖方将不再对水分含量承担责任。

## 10. Title and Risk 保险

a) Insurance shall be covered by the buyer.

由买方投保，保险费用由买方承担。

b) Others as per Incoterms 2010 Edition and its subsequent amendments.

其它 CFR 条款依据国际商会国际贸易术语解释通则 2010 版及其后续修订版。

## 11. Taxes and duties 税/关税

Buyer shall pay every tax, fee, duty or other charges imposed in the buyer's country and/or in the country of discharge and/or in the country of ultimate destination shall be for the Buyer's account, including VAT, now or hereafter imposed by any governmental agency upon product or any part thereof, or upon any raw material used in the production of the product, or upon the production, sale, shipment, storage, use or inspection thereof.

买方国家/卸货港国/最终目的地国对货物、原材料、仓储、销售、使用等现有征收或可能征收的所有增值税、所得税、关税和其他种类的费由都由买方承担。

## 12. Payment 付款方式

a) The buyer or Buyer's Agent will open an irrevocable Letter of Credit for the full CFR value to cover the total quantity to be shipped under this contract. Such Letter of Credit shall be opened by and negotiable at banks acceptable to the seller in all respects with the seller named as beneficiary payable within 90 days from B/L date upon presentation of the following documents:

买方或者买方的代理委托卖方可接受的开证行开具以卖方为受益人的 90 天远期信用证，信用证金额不小于合同数量的 CFR 总金额。信用证议付单据如下：

i) 1 sets of original Commercial Invoice and 3 copies;

商业发票（一份正本/三份副本）

ii) 3 original Bills of Lading & 3 non-negotiable copies;

提单（三份正本/三份副本）

iii) 1 original Certificate of Quality issued by SGS and 3 copies;

6

CBMIE00089528

SGS 出具的质量证明（一份正本/三份副本）

iv) 1 original Certificate of Quantity issued by SGS and 3 copies;

SGS 出具的数量证明（一份正本/三份副本）

v) 1 original Certificate of Holds/hatches Cleanliness by SGS and 3 copies.

SGS 出具的验舱证明（一份正本/三份副本）

vi) 1 original Certificate of Origin issued by Beneficiary and 3 copies;

由受益人出具的原产地证明（一份正本/三份副本）。

b) All banking charges within the People's Republic of China shall be borne by the buyer, and all charges outside the People's Republic of China shall be borne by the seller.

在中国境内的所有银行费用由买方承担，中国境外银行费用由卖方承担

c) The Letter of Credit shall be opened, presented to and accepted by the seller before Aug. 22, 2014. The Letter of Credit shall be issued by first class bank which is acceptable to us. If the seller does not receive the Letter of Credit before the aforesaid date, the seller shall have the right to postpone the shipment or to terminate this contract as the seller thinks appropriate and the buyer shall be responsible for the losses and/or damages may thus caused.

买方需在 2014 年 8 月 22 日前通过一级银行开具卖方可接受的有效信用证给卖方。如卖方未能在此日期前收到买方的有效信用证，卖方有权推迟船期或终止合同的履行，因推迟船期或合同终止而造成的损失由买方承担。

d) Notwithstanding the foregoing, regardless of whether the Buyer or the Buyer's Agent opens the Letter of Credit on behalf of Buyer, Buyer shall remain at all times liable for payment to Seller and performance of its obligations under this Contract and Seller at all times shall retain its right to reject the Letter of Credit as non-conforming.

尽管有上述规定，无论是由买方或是买方的代理代表买方开立了信用证，买方都必须履行该合同项下的一切付款责任和义务，卖方在任何时候都保留其拒绝接受不合格的信用证的权利.

**13. Execution of Contract** 合同的履行

In case one party (the buyer or the seller) fails to perform its obligations under this contract and thus causes losses and/or damages to the other party, the other party shall have the right to claim for such losses and/or damages arising as result thereof.

如合同任何一方未能按双方约定履行合同而造成另一方的损失，合同另一方有权就其后果要求赔偿。

**14. Force Majeure** 不可抗力

The buyer and the seller shall not be liable for any failure or delay in performance

7

CBMIE00089529

hereunder, nor shall the same be deemed to be a default under this contract which may be due, in whole or in part, to fire, lockout, strike or other labour difficulty, accident, breakdown of machinery or facilities, transportation or handling difficulties, act of god; act, order, regulation or direction of government or other public authorities, including a complete ban by the Chinese government on the importation of high sulphur petcoke; war, insurrection, riot, failure of field deliveries, including decline or failure of supply of petcoke, or any other cause or causes of any nature beyond the reasonable control of either party. The party claiming force majeure shall give written notice thereof to the other party within 48 hours of the occurrence thereof. Such notice shall state the cause and expected duration of the event force majeure. The time of performance of any obligation under this contract which is affected by force majeure and in respect of which notice has been given as aforesaid, shall be extended for a period of time equal to the duration of such force majeure provided that, in the event force majeure continues for more than 60 days either party may, by notice to the other, cancel any confirmed sale or sales then pending. The party giving notices of cancellation pursuant this clause, shall not, directly or indirectly by reason of such cancellation, incurs any liability to the other party.

由于天灾、战争、武装起义、火灾、自然灾害、洪水、罢工、暴动、国内骚乱，抵触了国内法律、裁决、规章包括中国政府完全禁止进口高硫石油焦或者其他超越了双方可控制能力范围原因导致合同被推迟或者造成损失的，则双方对该结果都不承担责任，合同的履行时间应相应延长至通过双方友好协商确定的期限。任何一方遭受不可抗拒因素时，应在 48 小时内以书面形式通知另一方，并且提供官方对此不可抗拒因素的证明。如不可抗力因素发生 60 天以后未能解除，任何一方有权通知另一方解除合同，且通知方不承担合同解除的责任。

ICC Force Majeure Clause 2003 to apply.

其它遵循 ICC 不可抗力条款 2003 版.

## 15. Arbitration and Governing Law 仲裁条款及法律适用

This contract shall be governed by China law. Any dispute, controversy or claim arising out of, or relating to this contract, or the breach, termination, validity thereof, shall be first discussed and settled amicably by the two parties. In case no agreement reached, then the dispute, controversy or claim shall be refereed to arbitration in China. Except as provided herein, the term of the China International Economic and Trade Arbitration Commission (the "CIETAC") shall apply. The award made by the said Commission shall be final and binding on both parties. The arbitration place is in Beijing. Arbitration fees shall be borne by the losing party unless otherwise awarded.

本合同以中国法律为依据。关于任何起源于本合同或者是和本合同相关联的纠

8

CBMIE00089530

纷，包括本合同存在、合法性或者终止合同，首先双方应友好解决。若协商未果，双方可根据国际商会的仲裁规定，提交给中国国际经济贸易仲裁委员会进行最终的仲裁。仲裁地为北京。仲裁费用由败诉方承担，除非判决另外判定。

**16. Interpretation** 说明

This contract is subject to interpretation according to Incoterms 2010 edition and its subsequent amendments.

This contract is made in both English and Chinese of which English version is most effective in two originals each side keeps one. Conflicts between these two languages arising therefore, if any, shall be subject to English version. Charter party Bills of lading and third party documents to be acceptable.

本合同术语解释适用国际商会国际贸易术语解释通则 2010 版及其后续修订版。本合同由中、英文一式两份缮制双方各持一份，英文版本最具法律效力。在文字解释上，若有异议，以英文解释为准。租船提单和第三方单证可接受。


**The Seller**

Trammo INC.



**The Buyer**

China National Building Materials and
Equipment Import and Export Corporation

中 建 材 集 团 进 出 口 公 司
CHINA NATIONAL BUILDING MATERIALS
& EQUIPMENT IMPORT & EXPORT CORP

............................
Date:                          Authorized Signature

9

CBMIE00089531

**Equal Employment Clause**
Seller is hereby on notice that Orenco Systems, Inc. ("Orenco") may utilize goods or services purchased under this Purchase Order in the transaction of business with the United States Government. Thus, Seller represents and warrants that it shall comply with Executive Order 11246, as amended, pertaining to equal opportunity employment and affirmative action and that it is in compliance and shall comply with Section 503 of the Rehabilitation Act of 1973, as amended, and the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended. Upon request, Seller shall supply Orenco with copies of compliance reports and any other information necessary to demonstrate compliance therewith.

# Purchase Order

# PO-00052434

**Orenco Systems®**
incorporated

814 AIRWAY AVENUE
SUTHERLIN, OREGON
97479

| Purchase Order | Date | Shipping Method | Payment Terms |
|---|---|---|---|
| PO-00052434 | 8/5/2014 | OCEAN 40' | 45 Days from B/L |

| Bill To | Orenco Systems, Inc. 814 Airway Ave. Sutherlin OR  97479 | • Please fax confirmation of order within 24 hours. • Notify immediately if unable to complete  as specified • Material or specification changes require written approval. |
|---|---|---|

TOLL FREE:
(800) 348-9843

TELEPHONE:
(541) 459-4449

**Vendor:**
China Nat'l Bldg Mat'l & Equip. Import & Export Corp
Rm. 2020 Bldg. No. 4 Interwest Center
No. 9 Shouti South Road
Beijing  100048
Phone:     (861) 068-7969  Ext. 3000
Facsimile:  (861) 068-0155  Ext. 2500

**Ship To:**
Orenco Systems, Inc.
133 Weyerhaeuser Drive
Roseburg OR   97470

Phone:     (541) 459-4449  Ext. 2110
Facsimile:  (541) 459-0922  Ext. 0000

Page  1

| L/N | Item Number | Description / Reference Number | Qty / Req. Date | U/M | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| ^1 | N226-1900/275x1270 | Fiberglass E Mat; Quadraxial,  1900/275g x 50" 11-31-11-1105 | 41,850.0000 9/26/2014 | lb | $1.0900 | $45,616.50 |
| 2 | | | 0.00 0/0/0000 | | $0.00 | $0.00 |

| Purchasing Agent: | Teresa Baird | Authorized Signature: | *Teresa Baird* | | Subtotal | $45,616.50 |
|---|---|---|---|---|---|---|
| Printed By: | Teresa Baird | | | | Trade Discount | $0.00 |
| Comments: | PREPAID SHIPMENT | | | | Freight | $0.00 |
| | | | | | Miscellaneous | $0.00 |
| | | | | | Tax | $0.00 |
| | | | | | Total | $45,616.50 |

CBMIE00089848

# SALES CONTRACT

Contract No:    14822157
Contract Date:  AUG.6, 2014
P.O.Number. :  PO-00052434

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922

Buyer:Orenco Systems
Address: 814 Airway Ave Sutherlin, Oregon
97479 USA
Tel No.: (541) 459-4449 Ext. 363
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|-----------------|-----------|-------------|------------------------|
| N226 | quadraxial mat E-Glass1900G/275G X 1270mm | 41850LBS | USD1.09 | USD45616.50 |
| Total: | | 41850 LBS | | USD45616.50 |

SAY:USD FORTY FIVE THOUSAND SIX HUNDRED AND SIXTEEN CENTS FIFTY ONLY

1,Trading term: DDP Roseburg OR 97470
2. Time of Shipment: around the end of Aug.
3. Terms of Payment: T/T 45 DAYS against the shipment date on B/L
4. More or less term: +/-5%
5. Manufacturer and the origin: China National Building Materials and Equipment Import & Export
Corporation
6. Beneficiary's bank:  Bank Of Communications, Co., Ltd. Beijing Municipal Branch
          No.33 Jinrong Street, Xicheng District, Beijing, China 100140

          Swift Code: ▇▇▇▇▇▇▇▇▇▇▇

7. Account NO.: ▇▇▇▇▇▇▇▇▇▇
8. Arbitration
All disputes arising from the execution of this agreement shall be settled through friendly
consultations. In case no settlement can be reached, the case in dispute shall then be submitted
to the Foreign Trad Arbitration Commission of the China Council for the Promotion of International
Trade for Arbitration in accordance with its Provisional Rules of Procedure. The decesion made by
this commission shall be regarded as final and binding upon both parties.
9.This Contract is in faxed copies effective since being signed by both parties.

For the Buyer:

For the Seller:

CBMIE00089849

CBMI0008680Z

# 工 矿 产 品 购 销 合 同

供方： 振石集团恒石纤维基业有限公司

需方： 中建材集团进出口公司

合同编号： 14822157

签订时间： 2014年8月13日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 玻璃纤维缝编织物 | quadraxial mat无碱 1900G/275G X 1270mm | 公斤 | 19,000 | ￥12.50/公斤 | ￥237,500.00 |
| 合计： | | | 19000 公斤 | | ￥237,500.00 |
| 合计人民币金额：计贰拾叁万柒仟伍佰元整　（含17%的增值税） | | | | | |

二、交货时间与地点：2014年9月6日前于振石集团恒石纤维基业有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 25040-2010 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：需方负责安排集装箱到供方工厂提货，供方负责装箱。

六、发货后30天需方支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司
地址：北京市海淀区首体南路9号主语商务中心4号楼20层
电话：(86-10)6879-6922
传真：(010)68796948
法人代表：黄安中
委托代理人：李晓冬
签字盖章：
开户行：工商银行北京市百万庄支行
开户行账号：0200001409001107
税务登记证号：110108102052308

供方：振石集团恒石纤维基业有限公司
地址：桐乡市经济开发区广运南路1号
电话：0573-
传真：0573-
法人代表：张毓强
委托代理：
签字盖章：
开户行：
开户行账户：370500100001003
税务登记证号：

# CONTRACT 合同

Contract Number 合同编号: <u>14201001132</u>

The Buyer:   China National Building Materials and Equipment Import & Export Corporation
买方（甲方）：  中建材集团进出口公司
Interwest Business Center, 9 Shoud South Road Haidian District, Beijing 100048, China
Tel电话：  8610-68796731        Fax传真：    8610-68796700/658

The Seller:   GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.
卖方（乙方）：  通用电气医疗系统贸易发展（上海）有限公司
BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131
Tel电话：  (021) 58692900        Fax传真：    (021) 58692911

End-user.
最终用户：  哈尔滨市第五医院

Tel电话：                  Fax传真：

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:
本合同系由买卖双方订立，买卖双方同意按照以下条款和条件，由卖方购进卖方供应以下货品是:

1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价:

| NO. DESCRIPTION 商品名称 | QTY 数量 | UNIT PRICE 单价 | TOTAL PRICE 合计 |
|---|---|---|---|
| 1 SFDA产品名称: 数字化医用X射线摄影系统; 型号: Discovery XR656 | ONE SET 壹台 | USD360,000.00 | USD360,000.00 (大写:叁拾陆万美元整) (CIP 哈尔滨市第五医院) |

2. TOTAL CONTRACT PRICE 合同总价格: US DOLLARS THREE HUNDRED SIXTY THOUSAND ONLY 叁拾陆万美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/GE

4. PACKING AND SHIPMENT 包装及装运:
4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation
适用于海运或空运或陆运运输的卖方标准出口包装。
4.2 SHIPPING MARKS 发运唛头:
<u>14201001132</u>
BEIJING, China
4.3 TIME OF SHIPMENT 装运期限: Within 60 days after receipt of clean irrevocable L/C in the amount 100% of the total contract price.
收到买方开出的合同总金额的100%清洁的不可撤销信用证后60日内。
4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美国的主要港运口岸
4.5 PORT OF DESTINATION 目的口岸: Beijing Airport, China/ 中国北京机场
4.6 DESTINATION OF SHIPMENT 运输后的地: 哈尔滨市第五医院
4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties,

- 1 -

Confidential / 机密    GEHC V6.0 released Jan. 2013



CBMIE00089615

quarantine, loading and other expenses occurred during the customs clearance. Seller is not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方只需将设备运至用户所在的地的运输及储运的费用。卖方不负责设备在能及进口产生的其他税费，包括但不限于关税及报关、检验检疫、后勤与仓储清关费用支付等，卖方不负责设备运至用户后的后运、卸货及将设备运至用户所在地点的费用。

5.  INSURANCE  保险：

To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方的名义投保一切险及战争险。

6.  PAYMENT  付款方式：

6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 60 days before the scheduled shipment date;

于预定的装运日之前60日由买方开立并向卖方交付合同价格100%的卖方为受益人的清洁的不可撤销的即期信用证；

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.

买方用于付款的资金将直接来源于买方自身并且由买方根据合同付款条件支付。买方认为在发货后没有必要进行任何后续的涉及卖方的融资安排。因而在发货后，双方不允许任何付款人从买方变更为融资公司之类的有关付款人的变更。

7.  DOCUMENTS  装运单据：

7.1 Seller shall present the following documents to the paying bank for negotiation of payment 卖方将于下列单据向付款银行议付货款：

(1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract; 按照合同规定的收货人且注明运费已付的空白背书的全套的正式联运提单；

(2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份；

(3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，注明合同编号及唛头；

(4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明单箱尺寸、毛重及净重的装箱单五份；

(5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方出具的品质、数量及产地证明书各2份；及

(6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同"装运通知"条款所规定的由卖方发给买方的装运通知传真复印本一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.

货物装运后，卖方应于48小时以内将合同编号、商品名称、数量、毛重、发货金额、船名航次、开航/航班日期和目的地口岸以电报或电传或传真方式通知买方。

8.  QUALITY GUARANTEE  质量保证：

8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.

卖方向买方保证，凡本合同出售的货物，交货时将不存在任何材料、生产工艺缺陷和所有权方面的瑕疵，并将符合货物在生产国发货之日有效的卖方货物标准。

8.2 The product warranty period (excluding other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.

设备保修期（不包括其他耗材）为十二个月，该保修期从（1）设备发货日后第120天或（2）第一次临床使用之日起第30天起算，以先到为准。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the

- 2 -

GEHC V6.0 released Jan. 2013

CBMIE00089616

accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或任何第三方更改了合同货物的设计或者保养程序，或者买方、最终用户或任何第三方对于合同货物的构成、设计、功能可有任何变更，影响货物的正常使用，卖方有权终止其保修义务。

8.4 Additional service items are included in the sales agreement entered into between End-User and Seller.

其他保修服务条款详见买卖方与最终用户或代理商签订的销售协议。


9. CLAIMS 索赔：

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在货物到目的地口岸60天内如发现货物规格、质量和/或数量与合同规定不符时，除属于保险公司或运输方责任外，买方有权凭国家质量监督检验检疫总局开具的检验证书向卖方要求更换或赔偿，因此而产生的一切直接相关的合理费用（包括检验费、退货及换货运费、保险、仓储费及卸货费等）由卖方负责。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方依本合同项下承担的总计任何责任将不得超过本合同项下相关产品的合同价款。卖方不承担任何间接或后果性损失（如利润或收益损失）。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方系最终用户（或买方的第三方）委托代为进口本合同项下货物，但本合同仍直接约束合同关系双方。如果买方未履行本合同项下义务，卖方有权追究买方的违约责任。买方不得以其系授权委托代为进口该货物为由而拒绝承担合同义务及相应的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为采购的非GE产品，卖方的合同义务限于按照本合同规定进行采购并且交货。非GE产品的产品质量、保修等事宜由该产品生产厂家负责。买方或最终用户向产品生产厂家主张产品质量、保修等权利时，卖方可予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方应自行向有关政府部门申请并取得履行本合同所必需的所有相关许可证明、议据及批文文件，并承担因此相关的费用。任何一方不对另一方未能（及时）取得上述证照而造成的不利后果承担任何责任，且无责任一方有权就此而遭到的损失（如有）向负有责任一方追偿。


10. INTELLECTUAL PROPERTY 知识产权：

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of, the product manual, Seller has not provided Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

- 3 -

GEHC V6.0 released Jan, 2013

CBMIE00089617

按照本产品说明书所列规定的目的组装调试，本合同并不意味着任何一方或与设备有关的知识产权对买方或最终用户具做出任何许可。合同设备的一切知识产权，包括但不限于卖方及设备生产的名称、商标、专利、设备仓库等均归属卖方及设备生产所有者。买方或最终用户不得使用或擅自卖方商标、型号或产品包装，不得复制、出售、或出版卖方配售的软件及任何书面文件。

## 11. CONFIDENTIALITY 保密:

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

买卖双方对本合同相关合同有关的一切信息负有保密义务。未经另一方事先书面同意，任何一方不得将此信息的任何部分向任何第三方或社会公众披露。如果政府或用户要求买方对此信息予提供保密信息，此方应立即告知另一方。

## 12. FORCE MAJEURE 不可抗力:

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签订之后，由于不可抗力导致或延误任何一方无法履行其合同义务(包括但不限于货物交货或或未能交货)，该方免责为延误担负的责任。发生原因在不可抗力导致发生后十四天内将事故原因通知对方，并将当地主管机关所签发证明开出的事故证明等邮寄买方为据。在此情况下，该方仍有责任采取合理措施从速装运货。如果事故延长超过十个星期，买方有权撤销本合同。

## 13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁:

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事项均适用中华人民共和国法律。与本合同有关的一切争议，双方采取友好协商解决。双方如协商不能达成一致，此争议应提交北京仲裁委员会，按照申请仲裁时该仲裁委员会现行有效的仲裁规则进行仲裁。仲裁在北京进行，仲裁语言为中文。仲裁委员会的裁决为终局裁决，对双方均有约束力。仲裁费用由败诉方负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with appliable PRC law and regulations, only use such equipment for legal purposes.

中国法律严禁使用医疗设备或其它技术手段鉴定胎儿的性别，医学上确有需要的除外。本合同所涉及设备属超声设备(如有)，买方承诺并保证遵守上述法律和法规的规定，仅将该设备用于合法的用途。

## 14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力:

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this contract shall be deemed to be invalid.

本合同自双方授权代表签字并加盖法人公章之日起生效，自双方合同义务履行完毕后失效，但第9至14条之效力不受本合同终止的影响，将双方自本合同履行完毕后5年内。本合同正本一式两份，由买卖双方各执一份，具有同等法律效力。本合同以中英文签署，两种文本文字含义发生冲突时，以中文为准。本合同以打印文本为准，任何手写或涂改的内容均视为无效。

Confidential / 保密                                                                                                                GEHC V6.0 released Jan. 2013

CBMIE00089618

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同体现了买卖双方关于买方从卖方处购货所达成的全部合意，并取代双方此前达成或已达成的任何书面或口头合同及意向。对本合同的任何修改，均需由双方协商并签署书面补充合同，补充合同的生效依据本合同第14.1条规定。任何未遵循本合同第14.1条签署而签订的书面文件均视为无效。对买卖双方均不具有约束力。

The Buyer 买方： (公章)
China National Building Materials and Equipment Import & Export Corporation
中建材集团进出口公司

The Seller 卖方： (公章)
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.
通用电气医疗系统贸易发展(上海)有限公司

Authorized Signatory 授权代表人签字：

Date 日期： 2014年8月21日

Authorized Signatory 授权代表人签字：

Date 日期： 2014. 8. 26.

注： 本合同须在卖方代表签字并且盖章主体为"通用电气医疗系统贸易发展(上海)有限公司"前方可生效。
Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE Medical Systems Trade and Development (Shanghai) CO., LTD."

- 5 -

Confidential / 保密

GEHC V6.0 released Jan. 2013

CBMIE00089619

# SALES CONTRACT

Contract No:     14822173
Contract Date:  SEP.9, 2014
P.O.Number. :

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922

Buyer:Orenco Systems
Address: 814 Airway Ave Sutherlin, Oregon
97479 USA
Tel No.: (541) 459-4449 Ext. 363
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|-----------------|-----------|-------------|-----------------------|
| N226A | Biaxial Mat 0/90<br>E-Glass1200G/300G X 1346mm | 25255LBS | USD0.92 | USD23234.60 |
| N223 | Stitched Mat<br>E-Glass900g/m2 x 1118mm | 24383LBS | USD0.80 | USD19506.40 |
| Total: | | 49638 LBS | | USD42741.00 |

SAY:USD FORTY TWO THOUSAND SEVEN HUNDRED AND FORTY ONE ONLY

2. Time of Shipment:around the end of Sep.
3. Terms of Payment: 100% T/T against the B/L copy.
4. More or less term: +/-5%
5. Manufacturer and the origin: China National Building Materials and Equipment Import & Export
Corporation
6. Beneficiary's bank:  Bank Of Communications, Co., Ltd. Beijing Municipal Branch
No.33 Jinrong Street, Xicheng District, Beijing, China 100140

Swift Code: ████████████

7. Account NO.: ████████████████

For the Buyer:

For the Seller:

CBMIE00089852

CBMIE0008603

# 工 矿 产 品 购 销 合 同

供方：　振石集团恒石纤维基业有限公司

需方：　中建材集团进出口公司

合同编号：　14822173

签订时间：　2014年9月12日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 玻璃纤维缝编织物 | LTM无碱<br>1200G/300G X 1346mm | 公斤 | 11,466 | ￥9.50/公斤 | ￥108,927.00 |
| 玻璃纤维缝编织物 | ESTM-P无碱<br>900g/m2 x 1118mm | 公斤 | 11,088 | ￥8.80/公斤 | ￥97,574.40 |
| 合计 | | | 22554 公斤 | | ￥206,501.40 |
| 合计人民币金额：计贰拾万零陆仟伍佰零壹元肆角　（含17%的增值税） | | | | | |

二、交货时间与地点：2014年9月30日前于振石集团恒石纤维基业有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 25040-2010 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：需方负责安排集装箱到供方工厂提货，供方负责装箱。

六、发货后30天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司
地址：北京市海淀区首体南路9号主语商务中心4号楼20层
电话：(86-10) 6879-6922
传真：(010) 68796948
法人代表：黄安中
委托代理人：李晓冬
签字盖章：
开户行：工商银行北京市百万庄支行
开户行账号：0200001409004107867
税务登记证号：110108102052389

供方：振石集团恒石纤维基业有限公司
地址：桐乡市经济开发区广运南路1号
电话：0573-88103661
传真：0573-88104366
法人代表：张健儒
委托代理人：陆丹英
签字盖章：
开户行：桐乡市农行开发区分理处
开户行账号：870801040001003
税务登记证号：

43

# SALES CONTRACT

Contract No:    14822174
Contract Date:  SEP.9, 2014
P.O.Number. :

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922

Buyer:Orenco Systems
Address: 814 Airway Ave Sutherlin, Oregon
97479 USA
Tel No.: (541) 459-4449 Ext. 363
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|-----------------|-----------|-------------|-----------------------|
| N223 | Stitched Mat E-Glass900g/m2 x 1296mm | 46255LBS | USD0.80 | USD37004.00 |
| Total: | | 46255 LBS | | USD37004.00 |

SAY:USD THIRTY SEVEN THOUSAND FOUR ONLY

Trading term: DDP Sutherlin, Oregon USA
2. Time of Shipment:around the end of Sep.
3. Terms of Payment: 100% T/T against the B/L copy.
4. More or less term: +/-5%
5. Manufacturer and the origin: China National Building Materials and Equipment Import & Export
Corporation
6. Beneficiary's bank:  Bank Of Communications, Co., Ltd. Beijing Municipal Branch
No.33 Jinrong Street, Xicheng District, Beijing, China 100140

Swift Code: █████████████

7. Account NO.: █████████████████

For the Buyer:                                          For the Seller:

CBMIE00089855

CBMIE0009809④

# 工 矿 产 品 购 销 合 同

供方： 振石集团恒石纤维基业有限公司
需方： 中建材集团进出口公司

合同编号： 14822174
签订时间： 2014年9月12日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 玻璃纤维缝编织物 | ESTM-P无碱 900g/m2 x 1296mm | 公斤 | 21,000 | ￥8.80/公斤 | ￥184,800.00 |
| 合计： | | | 21000 公斤 | | ￥184,800.00 |

合计人民币金额：计壹拾捌万肆仟捌佰元整 （含17%的增值税）

二、交货时间与地点：2014年9月29日前于振石集团恒石纤维基业有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 25040-2010 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但须因质量所引起的经济损失，将由供方负责。

五、运输方式：需方负责安排集装箱到供方工厂提货，供方负责装箱。

六、发货后30天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司
地址：北京市海淀区首体南路9号主语商务中心4号楼20层
电话：(86-10) 6879-6922
传真：(010) 68796948
法人代表：黄安中
委托代理人：李晓冬
签字盖章：
开户行：工商银行北京市百万庄支行
开户行账号：0200011409004107867
税务登记证号：110108102052389

供方：振石集团恒石纤维基业有限公司
地址：桐乡市经济开发区广运南路1号
电话：0573-88108661
传真：0573-88110466
法人代表：张建佺
委托代理人：蒋丽英
签字盖章：
开户行：都乡市农行开发区分理处
开户行账号：8708010490001003
税务登记证号：

# CONTRACT 合 同

Contract Number 合同编号： __14201001236__

The Buyer: *China National Building Materials and Equipment Import & Export Corporation*
买方（甲方）：中企材料进出口公司
  *Interwest Business Center, 9 Shouti South Road Haidian District, Beijing 100048, China*
*Tel* 电话：010-68796862                                      *Fax* 传真：010-68796867

The Seller:  *GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.*
卖方（乙方）：通用电气医疗系统贸易发展（上海）有限公司
  *BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131*
*Tel* 电话：  (021) 58692900                              *Fax* 传真：  (021) 58692911

End-user: YUYANG DISTRICT PEOPLE'S HOSPITAL
最终用户：榆阳区人民医院

*Tel* 电话：                                                      *Fax* 传真：

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below
according to the terms and conditions stipulated herein:
本合同是由买卖双方订立，买卖双方同意按照以下条款和条件，由买方购买卖方售出以下产品：

## 1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价：

| NO. | DESCRIPTION 货品描述 | QTY 数量 | UNIT PRICE 单价 | TOTAL PRICE 合计 |
|---|---|---|---|---|
| 1 | *磁共振成像系统(Magnetic Resonance Imaging System)规格型号 (Model):Signa HDi* | *ONE SET* 壹套 | *USD720,000.00* | *USD 720,000.00* (大写：柒拾贰万美元整) *(CIP YUYANG DISTRICT PEOPLE'S HOSPITAL VIA BEIJING AIRPORT)* |

## 2. TOTAL CONTRACT PRICE 合同总价格： US DOLLARS SEVEN HUNDRED TWENTY THOUSAND ONLY 柒拾贰万美元整

## 3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: GE MEDICAL SYSTEMS/U.S.A

## 4. PACKING AND SHIPMENT 包装及装运:

4.1  Seller's standard export packing suitable for long distance ocean/air/inland transportation
    适用于海运或空运的陆运输的卖方标准出口包装。

4.2  SHIPPING MARKS 装运唛头：  __14201001236__
                          BEIJING CHINA

4.3  TIME OF SHIPMENT 装运期限：  Within 45 days after receipt of irrevocable L/C with  _60_  days after sight in the amount of  _100_ %
    of the total contract price.
    收到买方开来的合同总价格的 _100_ %可撤销的不可撤销即期信用证后 45 日内。

4.4  PORT OF SHIPMENT 装运口岸: THE MAIN SEA/AIR PORT OF _U.S.A_ 美国 __ 的主要海运/空运口岸

4.5  PORT OF DESTINATION 目的口岸:BEIJING AIRPORT/北京机场

4.6  DESTINATION OF SHIPMENT 运输目的地: 榆阳区人民医院

4.7  The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the
    storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties.

CBMIE00089605

quarantine, loading and other expenses occurred during the customs clearance. Seller is responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方负责设备运送至最终用户所在地的检验及报关等费用。卖方不负责设备在仓储及进口产生的任何税费，包括但不限于关税及报关、检验检疫、运输与其他海关杂费及税费。卖方负责设备运送至最终用户所在地的卸货及将设备调至安装地点的费用。

**5. INSURANCE 保险:** To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方的名义投保一切险及战争险。

**6. PAYMENT 付款方式:**

6.1 Buyer shall pay [100]% of the contract price by clean irrevocable 60 days after sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 45 days before the scheduled shipment date;

预定的装运日之前45日，由买方开立并向卖方交付合同总价格[100]%的以卖方为受益人的凭证的60天不可撤销的光票信用证；

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.

买方用于付款的资金将直接来源于买方自身并且由买方根据合同付款条件注明支付。买方认为无须涉及卖方的任何后续进行任何涉及到卖方的融资安排，因而在货后，双方不允许有后续的付款人从买方变更为融资公司之类的有关付款人的变更。

**7. DOCUMENTS 装船单据:**

7.1 Seller shall present the following documents to the paying bank for negotiation of payment 卖方须下列单据向付款银行议付货款；

(1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract;
载明合同规定的收货人且注明运费已付的空白背书的全套清洁的多式联运提单；

(2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份；

(3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票正本5份，注明合同编号及唛头；

(4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注列每包尺码、毛重及净重的装箱单五份；

(5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方的品质、数量及产地证明书各2份；和

(6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract.
符合本合同"装运通知"条款所规定的由卖方发给买方的经核对的其运输通知传真副本一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.

货物装运发运后，卖方应于48小时以内将合同编号、货品名称、数量、毛重、发票金额、载运船班、开船或班机日期及目的地的地口岸以电报或电传或传真方式通知买方。

**8. QUALITY GUARANTEE 质量保证:**

8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.

卖方向买方保证，凡根据本合同出售的货物，交货时将不存在任何材料、生产工艺缺陷和所有权方面的瑕疵，并将与货物在生产国发运之日有效的卖方货物规格一致。

8.2 The product warranty period (including CT tube and other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.



- 2 -

GEHC V6.0 Jan, 2013

Dealer contract

CBMIE00089606

局台设备保修期（不含球管及其他耗材）为十二个月。该保期限从（1）设备定货后第 120 天或（2）第一次临床使用之日起第 30 天起计算，以先到为准。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或第三方没按照本合同货物的操作规程操作和维护，或者买方、最终用户或任何第三方对合同货物的构成、设计、功能等有任何变更，影响货物正常使用，卖方有权终止其保修义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他维修服务条款请见卖方与最终用户或代理商所订的维修协议。

## 9. CLAIMS 索赔:

9.1    If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在货到的进口岸 60 天内如发现货物品质、规格和数量与合同规定不符时，除属于保险公司或船方责任外，买方有权凭中国质量监督检疫总局出具的检验证书向卖方索赔或换货或索赔，因此而增加的一切直接有关的合理费用（包括检验费、退货及换货运费、保险、仓储费及卸货费等）由卖方负责。

9.2    In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

此次因本合同而造成的责任在任何情况下均不得超过本合同相关产品的合同价值。卖方不承担任何因该而造成损失（如间接或收益性损失）。

9.3    Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方是受最终用户（或其他第三方）委托代为进口本合同项下货品，但本合同的直接约定对本合同双方约束双方。如果买方未能履行本合同项下义务，则卖方有权向买方追究违约责任。买方不得以其系由受委托对外进口货品为由主张针对不应买方任合同义务及相应的责任。

9.4    With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User make quality or maintenance claims to the original manufacturer of such goods.

对于买方应最终用户要求卖方代为采购的非 GE 产品，卖方的合同义务仅为按照本合同规定进行采购并交货。对于 GE 产品的产品质量、保修等事宜由该产品生产厂家负责。买方就最终用户向生产厂家出来索产品质量、维修等义务时，卖方应予以协助。

9.5    Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

其义双方应当自行向有关政府部门申请并获得履行本合同所需存本合同所必需的所有相关许可证明、执照及批准文件，并且承担所可引起之费用。在何一方不对另一方因未能（及时）获得上述证明而造成的不利后果承担任何责任，且无责任一方有权就其因失误而造成的损失（如有）向具有责任一方追偿。

## 10. INTELLECTUAL PROPERTY 知识产权:

10.1    Except for normal use in accordance with the purposes specified in, and within the scope of the, product manual, Seller has not provided Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment.    Buyer and End-User shall not use or copy any patents, trademarks or product names related to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

- 3 -

GEHC V6.0 Jan, 2013

Dealer contract

CBMIE00089607

除依据产品说明所规定的用途和范围外，本合同并不意味着我方与设备有关的知识产权对买方或此类用户及做出任何许可。未经设备的一切知识产权，包括但不限于我方及设备厂家的名称、图标、专利、设备信息等的即使双方及该生产厂商有、买方或此类用户不得使用或破坏买方商标、商号或产品名称，不得复制、出售、或出版买方及提供软件及任何书面文件。

## 11. CONFIDENTIALITY 保密:

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

买卖双方对本合同与本合同有关的一切信息及资料负保密义务，未经另一方书面同意，任何一方不得泄露信息的任何部分向任何第三方或社会公众披露。如需经用户或政府部门要求买方或卖方提供保密信息，应方应将此要求及时告知另一方。

## 12. FORCE MAJEURE 不可抗力:

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签字之后，由于不可抗力事故导致任何一方无法履行合同义务（包括但不限于我方交货延迟或不能交货），双方应互为此承担的责任。因为故不可抗力事故发生后十四天内告知事故期间获知双方，并将地方主管机关或制造生产商开出此类故证明事故发生之为证。尽管如此，在前述情况下，卖方仍有责任采取合理措施具速交运货物，如果事故持续超过十个星期，买方有权取消本合同。

## 13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁:

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切相关项目适用中华人民共和国法律。与本合同有关的一切争议，双方须通过友好协商解决。双方如协商不成解决时，此争议应提交北京仲裁委员会，按照仲裁申请时该委员会现行有效的仲裁规则进行仲裁。仲裁在北京进行，仲裁语言为中文。仲裁委员会的裁决为终局裁判，对双方均有约束力。仲裁费用由败诉方负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国法律严禁使用医疗设备或其它技术手段非法进行胎儿的性别鉴别，医学上确有需要的除外。本合同所涉设备属超声设备（如有），买方承诺并保证遵守上述法律法规的规定，仅将该设备用于合法用途。

## 14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力:

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this contract shall be deemed to be invalid.

本合同自双方授权代表签字并加盖法人公章之日起生效，自双方合同义务全部履行完毕后失效，但第9至14条之效力不受本合同终止的影响，将其列为本合同履行完毕后5年。本合同正本一式两份，由交卖双方各执一份，具有同等法律效力。本合同以中英文签署，两种文本文字含义发生冲突时，以中文为准。本合同以打印印文本为准，任何手写增加和减删改均视为无效。

- 4 -

14.2  This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同体现了买卖双方关于买方向卖方购买货物所达成的全部合意，并取代双方此前达成或根据法律的任何书面或口头合意或意见。对本合同的任何修改，均应由买卖双方协商并签署书面补充合同。补充合同的生效依照本合同第 14.1 条规定。任何未经本合同第 14.1 条签署或成立的书面文件均视为无效，对买卖双方均不具有约束力。

The Buyer 买方：(公章)
*China National Building Materials and Equipment*
*Import & Export Corporation*
中国材料设备进出口公司

The Seller 卖方：(公章)
*GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.*
通用电气医疗系统贸易发展（上海）有限公司

Authorized Signatory 授权代表人签字：

Authorized Signatory 授权代表人签字：

Date 日期：

Date 日期：

注：本合同仅在卖方授权代表签字并且盖章章为"通用电气医疗系统贸易发展（上海）有限公司"后方可生效。

Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD."

Confidential / 机密

GEHC V6.0 Jan, 2013

Dealer contract

CBMIE00089609

# CONTRACT 合同

Contract Number 合同编号: 14201001231

| | |
|---|---|
| The Buyer: | China National Building Materials and Equipment Import & Export Corporation |
| 买方（甲方）: | 中建材集团进出口公司 |
| | No. 1801, 18th Floor, Building 4, Interwest Business Centre, No.9, Shou Ti South Road Haidian District, Beijing |
| Tel 电话: | 86-10-68796727          Fax 传真: |

| | |
|---|---|
| The Seller: | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD. |
| 卖方（乙方）: | 通用电气医疗系统贸易发展（上海）有限公司 |
| | BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131 |
| Tel 电话: | (021) 58692900          Fax 传真:          (021) 58692911 |

| | |
|---|---|
| End-user: | Kailuan (Group) limited liability company hospital |
| 终端用户: | 开滦(集团)有限责任公司医院 |

| | |
|---|---|
| Tel 电话: | Fax 传真: |

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:

本合同经由买卖双方订立，买卖双方同意按照以下条款和条件，由买方购进卖方售出以下商品:

## 1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价:

| NO. | DESCRIPTION 货品名称 | QTY 数量 | UNIT PRICE 单价 | TOTAL PRICE 合计 |
|---|---|---|---|---|
| 1 | Mobile X-ray system (SFDA 产品名称: 数字化移动式摄影X射线机, SFDA 规格型号: Optima XR220amx) | ONE SET 壹台 | USD140,000.00 | USD140,000.00 大写:壹拾肆万美元整) (CIP Kailuan (Group) limited liability company hospital) |



2. TOTAL CONTRACT PRICE  合同总价格: US DOLLARS ONE HUNDRED FORTY THOUSAND ONLY 壹拾肆万美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America//GE Medical Systems, LLC

4. PACKING AND SHIPMENT 包装及装运:
4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation
适用于海运或空运或内陆运输的卖方标准出口包装。
4.2 SHIPPING MARKS 装运唛头:
　　14201001231
　　Beijing, China

4.3 TIME OF SHIPMENT装运期限: Within 90 days after receipt of clean irrevocable L/C in the amount 100% of the total contract price.
收到买方开来的合同总价格的100%清洁的不可撤销信用证后90日内。

4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美国的主要装运口岸

4.5 PORT OF DESTINATION 目的口岸: Beijing Airport,China/中国北京机场

4.6 DESTINATION OF SHIPMENT 运输目的地: 开滦(集团)有限责任公司医院/Kailuan (Group) limited liability company hospital

- 1 -

Confidential / 保密

GEHC V6.0 released Jan, 2013

CBMIE00089575

4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties, quarantine, loading and other expenses occurred during the customs clearance. Seller is not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方负责设备至最终用户所在地的运输及保险费用。卖方不负责设备金额及进口产生的其他税费，包括但不限于关税及报关、检验检疫、吊装与其他港杂费及租费。卖方不负责设备运至最终用户后的吊装、卸货及将设备运至安装地点的费用。

5. INSURANCE 保险:
To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方的名义投保一切险及战争险。

6. PAYMENT 付款方式:
6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 90 days before the scheduled shipment date;
于预定的装运日之前90日由买方开立并向卖方交付合同总价格100%的卖方为受益人的清洁的不可撤销的即期信用证;

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.

买方用于付款的资金将直接来源于买方自身并且由买方根据合同付款条件来支付。买方认为在发货后没有必要进行任何后续的步骤及卖方的融资安排。因而在发货后，双方不允许有诸如将付款人从买方变更为融资公司之类的有关付款人的变更。

7. DOCUMENTS 装运单据:
7.1 Seller shall present the following documents to the paying bank for negotiation of payment 卖方提下列单据向付款银行议付货款:
    (1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract;载明合同规定的收货人且注明运费已付的空白背书的全套的清洁的多式联运提单;
    (2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份;
    (3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，注明合同编号及唛头;
    (4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明单箱尺码、毛重及净重的装箱单五份;
    (5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方出据的品质、数量及产地证明书各2份; 及
    (6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同"装运通知"条款所规定的由卖方发给买方的经核对的装运通知传真副本一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.
货物运迄发送后，卖方应于48小时以内将合同编号、商品名称、数量、毛重、发票金额、船名/航班、开航/航班日期和目的地口岸以电报或电传或传真方式通知买方。

8. QUALITY GUARANTEE 质量保证:
8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.
卖方向买方保证，凡按本合同出售的货物，交货时将不存在任何材料、生产工艺瑕疵和所有权方面的瑕疵，并符合货物在生产国发货之日有效的卖方货物规格。

8.2 The product warranty period (excluding other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.
设备保修期（不含其他耗材）为十二个月。该保修期从（1）设备发货日后第120天或（2）第一次临床使用之日起第30天起算，以

- 2 -

CBMIE00089576

52

先到为准。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或任何第三方违反了合同货物的操作保养维护规程，或者买方、最终用户或任何第三方对合同货物的构成、设计、功能等有任何变更，影响货物正常使用。卖方有权终止其保修义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他保修服务条款将由卖方与最终用户或用户所商签订的销售协议。

## 9. CLAIMS 索赔：

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在货到目的地口岸60天内如发现货物品质、规格和/或数量与合同规定不符时，除由于保险公司或船方责任外，买方有权凭国家质量监督检验检疫总局出具的检验证书向卖方要求换货或赔偿，则此而增加的一切直接相关的合理费用（包括检验费、退货及换货运费、保险、仓储费及装卸费等）由卖方负责。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

买方因本合同索赔的责任在任何情况下均不得超过本合同相关产品的合同价格。卖方不承担任何间接或后果性损失（如利润或收益损失）。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方系受最终用户(或其他第三方)委托代为进口本合同项下货品，但本合同仍直接约束本合同买卖双方。如果买方未履行本合同项下义务，卖方有权范买方的违约责任。买方不得以其系接受委托代为进口货品为由主张其不应承担合同义务及相应的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为采购的非GE产品，卖方的合同义务限于根据本合同规定进行采购并且交货。非GE产品的产品质量、保修等由原生产厂家生产厂家负责。买方就最终用户的向生产厂家主张产品质量、保修等权利时，卖方将予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方均应自行向有关政府部门申请并获得履行本合同所必需的所有相关许可证明、执照及批准文件，并承担所有相关费用。任何一方不对另一方因未能（及时）获得上述证照而造成的不利后果承担任何责任，且无责任一方有权就其因此受到的损失（如有）向负有责任一方追偿。

## 10. INTELLECTUAL PROPERTY 知识产权：

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of the, product manual, Seller has not provided Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related

- 3 -

CBMIE00089577

to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

除本規定产品说明书所列特定信息的和范围外，本合同并不意味卖方就与设备有关的知识产权对买方或终用户及做出任何许可。合同设备的一切知识产权，包括但不限于卖方及设备厂家的名称，商标，专利，设备包装等均归属卖方及设备生产商所有。买方或最终用户不得使用或模仿类方商标、商号或产品包装，不得复制、出售、或出版卖方提供的软件及任何书面文件。

## 11. CONFIDENTIALITY 保密：

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

买卖双方对本合同与本合同有关的一切信息负有保密义务。未经另一方事先书面同意，任何一方不得将该信息的任何部分向任何第三方或社会公众披露。如遇终用户或政府部门要求买方或卖方提供保密信息，该方应将此要求及时通知另一方。

## 12. FORCE MAJEURE 不可抗力：

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签字之后，由于不可抗力事故导致任何一方无法履行其合同义务（包括但不限于卖方交货延迟或不能交货），该方无需为此承担违约责任。卖方应在不可抗力事故发生后十四天内将事故原因通知买方，并将地方主管机关或生产商开出的事故证明书用航空邮寄给买方为证。尽管如此，在前述情况下，卖方仍将货促采取合理措施从速发运货物。如果事故持续超过十个星期，买方有权撤消本合同。

## 13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁：

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事项均适用中华人民共和国法律。与本合同有关的一切争议，双方须通过友好协商解决。双方如协商不能解决时，此争议应提交北京仲裁委员会，按照申请仲裁时该委员会现行正式有效的仲裁规则进行仲裁。仲裁在北京进行，仲裁语言为中文。仲裁委员会的裁决为终局裁判，对双方均有约束力，仲裁费用由败诉方负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国法律严禁使用医疗设备或其它技术来甄定胎儿的性别，医学上确有需要的除外。本合同所涉设备系超声设备（如有），买方承诺并保证遵守上述法律法规的规定，仅将该设备用于合法的用途。

## 14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力：

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and/or amendment in this contract shall be deemed to be invalid.

本合同自双方授权代表签字并加盖法人公章之日起生效，自双方合同义务履行完毕后失效。但第9 至14 条之效力不受本合同终止

- 4 -

GEHC V6.0 released Jan. 2013




54

CBMIE00089578

的影响，有效期为本合同履行完毕后5年。本合同正本一式两份，由买卖双方各执一份，具有同等法律效力。本合同以中英文签署，
两种文本文字含义发生冲突时，以中文为准，本合同以打印文本为准，任何手写增删和/或修改均视为无效。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and
replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to
the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document
not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同依据了买卖双方关于买方购买实货货物所达成的全部合意，并取代双方北前达成或拒达成的任何书面或口头合同及意向。对
本合同的任何修改，均应由双方协商并签署书面补充合同，补充合同的生效依据本合同第14.1条规定。任何未遵照本合同第14.1条
条签盖章的书面文件均视为无效，对买卖双方均不具有约束力。

The Buyer 买方: (公章)
China National Building Materials and Equipment Import & Export
Corporation
中建材集团进出口公司

Authorized Signatory授权代表人签字

Date 日期:

The Seller 卖方: (公章)
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT
(SHANG HAI) CO., LTD.
通用电气医疗系统贸易发展(上海)有限公司



Authorized Signatory授权代表人签字:

Date 日期: 2014 / 9 / 11

注: 本合同仅在卖方授权代表签字并且盖章本依为"通用电气医
疗系统贸易发展(上海)有限公司"后方可生效。
Note: This contract shall not come into effect unless signed by an
authorized signatory of, and stamped by, "GE Medical Systems Trade
and Development (Shanghai) CO., LTD."



- 5 -

Confidential / 保密

GEHC V6.0 released Jan. 2013

CBMIE00089579

# CONTRACT 合 同

Contract Number 合同编号：14201001232

The Buyer:  China National Building Materials and Equipment Import & Export Corporation
买方（甲方）：  中建材集团进出口公司
No. 1801, 18th Floor, Building 4, Interwest Business Centre, No.9, Shou Ti South Road Haidian District, Beijing
Tel电话：  86-10-68796727          Fax传真：

The Seller:  GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.
卖方（乙方）：  通用电气医疗系统贸易发展（上海）有限公司
BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131
Tel电话：  (021) 58692900          Fax传真：          (021) 58692911

End-user:  Qinhuangdao Beidaihe hospital
最终用户：  秦皇岛市北戴河医院

Tel电话：          Fax传真：

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:
本合同经由买卖双方订立。买卖双方同意按照以下条款和条件，由买方向卖方售出以下商品：

1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价：

| NO. | DESCRIPTION 货品名称 | QTY 数量 | UNIT PRICE 单价 | TOTAL PRICE 合计 |
|---|---|---|---|---|
| 1 | Mobile X-ray system (SFDA 产品名称：数字化移动式摄影X射线机, SFDA 规格型号：Optima XR220amx) | ONE SET 壹台 | USD140,000.00 | USD140,000.00 大写:壹拾肆万美元整 (CIP Qinhuangdao Beidaihe hospital) |

2. TOTAL CONTRACT PRICE 合同总价伈: US DOLLARS ONE HUNDRED FORTY THOUSAND ONLY 壹拾肆万美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/GE Medical Systems, LLC

4. PACKING AND SHIPMENT 包装及装运:
4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation
适用于海运或空运或内陆运输的卖方标准出口包装。
4.2 SHIPPING MARKS 装运唛头:
    14201001232
    Beijing, China

4.3 TIME OF SHIPMENT装运期间: Within 90 days after receipt of clean Irrevocable L/C in the amount 100% of the total contract price.
收到买方开来的合同总价的100%所洁的不可撤销信用证后90日内。
4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美洲的主要航运口岸
4.5 PORT OF DESTINATION 目的口岸: Beijing Airport/China
4.6 DESTINATION OF SHIPMENT 运输目的地: 秦皇岛市北戴河医院/Qinhuangdao Beidaihe hospital



- 1 -

Confidential / 保密          GEHC V6.0 released Jan. 2013

CBMIE00089585

4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties, quarantine, loading and other expenses occurred during the customs clearance. Seller is not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方负责设备运至最终用户所在地的运输及保险费用。卖方不负责设备仓储及进口产生的其他费用，包括但不限于关税及报关、检验检疫、吊装与其他检杂费及税费。卖方不负责设备运至最终用户后的吊装、卸货及拆设备运至安装地点的费用。

5. INSURANCE 保险：
To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方的名义投保一切险及战争险。

6. PAYMENT 付款方式：
6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 90 days before the scheduled shipment date;
于预定的装运日之前90日由买方开立非向卖方交付合同总价的100%的卖方为受益人的清洁的不可撤销的即期信用证；

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent change of the payer, such as from the Buyer to any financing company, are allowed.
买方用于付款的资金将直接来源于买方自身并且由买方根据合同付款条件支付。买方认为在发货后没有必要进行任何后续的涉及卖方的融资安排。因而在发货后，双方不允许有诸如将付款人从买方变更为融资公司之类的有付款人的变更。

7. DOCUMENTS 装运单据：
7.1 Seller shall present the following documents to the paying bank for negotiation of payment 卖方凭下列单据向付款银行议付货款：
   (1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract; 注明合同规定的收货人且注明运费已付的空白背书的全套的清洁的多式联运单据，
   (2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份；
   (3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，注明合同编号及唛头；
   (4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明单结尺寸、毛重及净重的装箱单五份；
   (5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方出据的品质、数量及产地证明书各2份；及
   (6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同"装运通知"条款所规定的由卖方发给买方的经核对的装运通知传真副本一份。

7.2 Shipping Advice 发运通知：Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.
货物发运完毕后，卖方应在48小时以内将合同编号、商品名称、数量、毛重、发票金额、船名/航班、开航/航班日期和目的地口岸以电报或电传或传真方式通知买方。

8. QUALITY GUARANTEE 质量保证：
8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.
卖方向买方保证，凡根本合同出售的货物，交货时将不存在任何材料、生产工艺缺陷和所有权方面的瑕疵，并符合货物在生产国发货之日有效的卖方货物规格。

8.2 The product warranty period (excluding other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.
设备保修期 (不含其他耗材) 为十二个月。该保修期从（1）设备发货日后第120天或（2）第一次临床使用之日起第30天起算，以

- 2 -

CBMIE00089586

先到为准。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或任何第三方违反了合同货物的操作保养维护规程，或者买方、最终用户或任何第三方对合同货物的构造、设计、功能够有任何变更，影响货物正常使用，卖方有权终止此类保修义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他保修服务条款由卖方与最终用户或代理商签订的销售协议。

## 9. CLAIMS 索赔:

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在货到目的地口岸60天内如发现货物品质、规格和/或数量与合同规定不相符，除属于保险公司或属于货运的，买方有权凭国家质量监督检验检疫总局出具的检验证书向卖方要求换货或赔款，因此而增加的一切直接相关的合理费用（包括检验费、退货及换货运费、保险、仓储费及卸卸费等）由卖方负责。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方因本合同而承担的责任在任何情况下均不得超过本合同相关产品的合同价格，卖方不承担任何间接或随损失（如利润或资损失）。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方系受最终用户(或其他第三方)委托代为进口本合同项下货品，但本合同的直接的束本合同买卖双方。如果买方未履行本合同项下义务，卖方有权追究买方的违约责任，买方不得以其承接受委托代为进口货品为由出现其不逃承担合同义务及相应的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方应最终用户要求卖方代为采购的非GE产品，卖方的合同义务仅限按本合同规定进行采购并且交货。非GE产品的产品质量、保修等均应由该产品生产厂家负责。买方或最终用户在向生产厂家主张产品质量、保修等权利时，卖方将予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方均应自行向有关政府部门申请并获得履行本合同所必需的所有相关许可证明、批准及批准文件，并承担所有相关支费用。任何一方不对另一方因未能（及时）被得上述证照而造成的不利后果承担任何责任，且无需任一方有权就其因此受到的损失（如有）向负有责任一方追偿。

## 10. INTELLECTUAL PROPERTY 知识产权:

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of the, product manual, Seller has not provided Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related

- 3 -

GEHC V6.0 released Jan. 2013

CBMIE00089587

to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller.

除依据产品说明书所特定的目的和范围外，本合同并不意味着卖方或与设备有关的知识产权对买方或最终用户及做出任何许可。合同设备的一切知识产权，包括但不限于卖方及设备厂商的名称、商标、专利、设备包装等归属卖方及设备生产商所有。买方或最终用户不得使用或模仿卖方商标、拷贝或产品包装，不得复制、出售、或出版卖方提供的软件及任何非顺文件。

11. CONFIDENTIALITY 保密：
Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

买卖双方对本合同有关的一切信息负有保密义务。未经另一方的书面同意，任何一方不得将该信息的任何部分向任何第三方或社会公众披露。如最终用户或政府部门要求买方或卖方提供保密信息，该方应将此要求及时通知另一方。

12. FORCE MAJEURE 不可抗力：
Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签字之后，由于不可抗力办法导致致使任何一方无法履行其合同义务（包括但不限于卖方交货延迟迟或不能交货），该方无需为此承担逾约责任。卖方应在不可抗力办故发生后十四天内将事故原因通知买方，并将地方主管机关或生产商开出的事故证明书用航空邮寄给买方为凭证。尽管如此，在前述情况下，卖方仍有责任采取合理措施以迫至运货物，如果事故持续超过十个星期，买方有权撤消本合同。

13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁：
13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事项均适用中华人民共和国法律，与本合同有关的一切争议，双方须通过友好协商解决。双方如协商不能解决时，此争议应提交北京仲裁委员会，按照申请仲裁时该委员会现行有效的仲裁规则进行仲裁。仲裁在北京进行，仲裁语言为中文，仲裁委员会的裁决为终局裁判，对双方均有约束力，仲裁费用由败诉方负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国法律严禁使用医疗设备或其它技术手段鉴定胎儿的性别，医学上确有需要的除外。本合同所涉设备系超声设备（如有），买方承诺并保证遵守以上述法律法规的规定，仅将该设备用于合法的用途。

14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力：
14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties; however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this contract shall be deemed to be invalid.

本合同自双方授权代表签字并加盖法人公章之日起生效。自双方合同义务履行完毕后失效，但第9至14条之效力不受本合同终止

- 4 -

CBMIE00089588

的影响，有效期为本合同履行完毕后5年。本合同正本一式两份，由买卖双方各执一份，具有同等法律效力。本合同以中英文表述，
两种文本文字含义发生冲突时，以中文为准。本合同以打印文本为准，任何手写增删和/或修改均视为无效。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and
replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to
the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document
not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同体现了买卖双方关于买方购买卖方货物所达成的全部含意，并取代双方此前达成或拟达成的任何书面或口头沟通及意向。对
本合同的任何修改，均应由双方协商非签署书面补充合同，补充合同的生效依照本合同第14.1条规定。任何未遵照本合同第14.1条
签署盖章的书面文件均视为无效，对买卖双方均不具有约束力。

| The Buyer 买方: (公章) | The Seller 卖方: (公章) |
|---|---|
| China National Building Materials and Equipment Import & Export | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT |
| Corporation | (SHANG HAI) CO., |
| 中建材集团进出口公司 | 通用电气医疗系统贸易发展（上海）有限公司 |
| Authorized Signatory 授权代表人签名: | Authorized Signatory 授权代表人签字: |
| Date 日期: | Date 日期: 2014.9.11 |

注：本合同仅在实方授权代表签字并且盖章主体为"通用电气医
疗系统贸易易发展(上海)有限公司"后方可生效。
Note: This contract shall not come into effect unless signed by an
authorized signatory of, and stamped by, "GE Medical Systems Trade
and Development (Shanghai) CO., LTD."



Confidential / 保密

- 5 -

GEHC V6.0 released Jan. 2013

CBMIE00089589

# CONTRACT 合同

Contract Number 合同编号: 14201001144

| The Buyer | China National Building Materials and Equipment Import & Export Corporation |
|---|---|
| 买方（甲方）： | 中建材集团进出口公司 |
| | No. 1801, 18th Floor, Building 4, Interwest Business Centre, No.9, Shou Ti South Road Haidian District, Beijing |
| Tel电话: | 86-10-68796727 | Fax传真: |

| The Seller: | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD. |
|---|---|
| 卖方（乙方）： | 通用电气医疗系统贸易发展（上海）有限公司 |
| | BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131 |
| Tel电话: | (021) 58692900 | Fax传真: | (021) 58692911 |

| End-user: | The second hospital of Shijiazhuang City |
|---|---|
| 最终用户: | 石家庄市第二医院 |

| Tel电话: | | Fax传真: |
|---|---|---|

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:

本合同由买卖双方订立，经买卖双方同意根据以下条款和条件，由买方向卖方购买以下商品:

1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价:

| NO. | DESCRIPTION 货品名称 | QTY 数量 | UNIT PRICE 单价 | TOTAL PRICE 合计 |
|---|---|---|---|---|
| 1 | Mobile X-ray system (SFDA 产品名称: 数字化移动式摄影X线机, SFDA 规格型号: Optima XR220amx) | ONE SET 壹套 | USD140,000.00 | USD140,000.00 (大写:壹拾肆万美元整) (CIP The second hospital of Shijiazhuang City) |

2. TOTAL CONTRACT PRICE 合同总价格: US DOLLARS ONE HUNDRED FORTY THOUSAND ONLY 壹拾肆万美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/GE Medical Systems, LLC

4. PACKING AND SHIPMENT 包装及装运:

4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation

适用于海运或内陆或内陆运输的卖方标准出口包装。

4.2 SHIPPING MARKS 装运唛头:

    14201001144

    Beijing, China

4.3 TIME OF SHIPMENT 装运时间: Within 90 days after receipt of clean Irrevocable L/C in the amount 100% of the total contract price.

收到买方开出的合同总价格的100%金额的不可撤销信用证后90天内。

4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美国的主要起运口岸

4.5 PORT OF DESTINATION 目的口岸: Beijing Airport/China

4.6 DESTINATION OF SHIPMENT 运抵目的地: 石家庄市第二医院/The second hospital of Shijiazhuang City

4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the

- 1 -

GEHC V6.0 released Jan. 2013



CBMIE00089687

storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties, quarantine, loading and other expenses occurred during the customs clearance. Seller is not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方负责设备运至目的地的地运费及保险费用。卖方不负责设备到岸后产生的其他费用，包括但不限于关税及报关、检疫税收、卸货及其他装卸费及仓储。卖方不负责将设备运至最终用户的现场、即货从卖设备运至安装地点的费用。

5. INSURANCE 保险：
To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方同意义投保一切险及战争险。

6. PAYMENT 付款方式：
6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 90 days before the scheduled shipment date;
于预期的发运日之前90日由买方开立有利向卖方交付合同总价格100%的卖方为受益人的清洁的不可撤销的即期信用证；

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.
买方用于付款的资金直接来源于买方自身并由买方根据付款条件予以支付。买方认为在发货后进行涉及卖方的融资安排。因而在货物发货后，买方不允许后续任何人从买方变更为融资公司之类的付款人的变更。

7. DOCUMENTS 装运单据：
7.1 Seller shall present the following documents to the paying bank for negotiation of payment 卖方将以下单据向付款银行议付提交：
(1) A complete set of clean multimodal transporation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract;表明合同规定的收货人且运费已付的空白背书的全套的洁净的多式联运单据；
(2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份；
(3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，注明合同编号及唛头；
(4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明每件尺码、毛重及净重的装箱单五份；
(5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方的品质、数量及产地证明书各2份；及
(6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同"装运通知"条款所述由卖方向买方发出的装运通知传真件一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.
货物装运发送后，卖方将于48小时以内将合同号码、商品名称、数量、毛重、货物金额、船名航班、航船班次日期和目的地口岸以电报或电传或传真方式通知买方。

8. QUALITY GUARANTEE 质量保证：
8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.
卖方向买方保证，出据本合同出售的货物，交货时并不存在任何材料、生产工艺瑕疵和所有权方面的瑕疵，并符合货物在生产国发货之日存效的卖方货物规格。

8.2 The product warranty period (excluding other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product
设备保修期（不含其他耗材）为十二个月。该保修期从（1）设备发货日后第120天或（2）第一次临床使用之日起第30天起计算，以先到为准。

- 2 -

62

CBMIE00089688

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、或终端用户或任何第三方违反了合同随带的随带保护指护使用，或者买方、或终端用户或任何第三方对合同货物的设计、设计、功能等有任何变更，导致设备的正常使用，卖方有权终止其保修义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他的维修服务条款包括卖方与终端用户，我们用成签订的销售协议。

## 9. CLAIMS 索赔：

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在货到目的地的进口港60天内如发货现货品规、质量和/或数量与合同规定不符时，数据于保险公司或船舶方责任外，买方可依凭中国家质量监督检检疫总局出具的检验证书向卖方要求换货或赔偿，因此而引起的一切直接相关合理费用（如检验费、退货及换货运费、保险、仓储及装卸货物）由卖方负担。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方因本合同而承担的责任在任何情况下均不得超过本合同相关产品的合同价格。卖方不承担任何间接或派生性损失(如利润或收益损失)。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方是从用户(或原危第三方)委托代为进口本合同项下货品，但本合同仍然同时约束合同买卖双方。如果买方未履行本合同项下义务，卖方有权追究买方的违约责任，买方不得以其系受委托代为进口货品为由主张其可免除担合同义务及相应的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为购买的非GE产品，卖方的合同义务限于根据本合同规定进行代购并交货。非GE产品的产品质量、维护等事宜由的生产品生产厂家负责。买方或最终用户需向生产厂家主张产品质量、保修等相关时，卖方将予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方均应自行向有关政府部门申请并获得履行本合同所必需的所有相关合同证照、执照及批准文件，并承担因此相关费用。任何一方不对另一方因未能（及时）获得上述证照而造成的不利后果承担任何责任，且无责任一方有权就其因此受到的损失（如有）向违约责任一方追偿。

## 10. INTELLECTUAL PROPERTY 知识产权：

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of, the product manual, Seller has not provided Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related

- 3 -

CBMIE00089689

不符文本字义含义发生歧义时，以中文为准。本合同以行文文本为准，任何手写更正和/或修改均视为无效。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同囊括了买卖双方关于买方购买卖方货物所达成的全部合意，并取代双方此前达成或已达成的任何书面或口头合同及资料。对本合同的任何修改，均应由双方协商并签署书面补充合同，并充合同的生效须按本合同第14.1条规定。任何未依据本合同第14.1条签署的相关书面文件均视为无效，对买卖双方均不具有约束力。

The Buyer 买方: (公章)
China National Building Materials and Equipment Import & Export Corporation
中建材集团进出口有限公司

The Seller 卖方: (盖章)
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.
通用电气医疗系统贸易发展(上海)有限公司

Authorized Signatory授权代表人签字:

Authorized Signatory授权代表人签字:

Date 日期: 2014.9.16

Date 日期: 2014.9.9

注：本合同仅在买方授权代表签字并且盖章主体为"冠状电气医疗系统贸易发展(上海)有限公司"后方可生效。

Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE Medical Systems Trade and Development (Shanghai) CO., LTD."

- 5 -

Confidential / 保密

GEHC V6.0 released Jan. 2013

CBMIE00089691

# CONTRACT 合同

Contract Number 合同编号: 14201001145

| The Buyer:<br>买方（甲方）：<br><br>Tel电话： | China National Building Materials and Equipment Import & Export Corporation<br>中建材集团进出口公司<br>No. 1801, 18th Floor, Building 4, Interwest Business Centre, No.9, Shou Ti South Road Haidian District, Beijing<br>86-10-68796727　　　　Fax传真: |
|---|---|
| The Seller:<br>卖方（乙方）：<br><br>Tel电话： | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.<br>通用电气医疗系统贸易发展（上海）有限公司<br>BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131<br>(021) 58692900　　　　Fax传真：　　　　(021) 58692911 |
| End-user:<br>最终用户： | Raoyang County People's<br>饶阳县人民医院 |
| Tel电话： | Fax传真： |

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:

本合同经由买卖双方同意签订立，买卖双方同意按照以下条款和条件，由买方向进买方以下商品：

1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价：

| NO. | DESCRIPTION 商品名称 | QTY<br>数量 | UNIT PRICE<br>单价 | TOTAL PRICE<br>合计 |
|---|---|---|---|---|
| 1 | Mobile X-ray system (SFDA 产品名称: 数字化移动式摄影X线<br>机, SFDA 注册型号: Optima XR220amx) | ONE SET<br>壹台 | USD140,000.00 | USD140,000.00<br>(大写: 壹拾肆万美元整)<br>(CIP Raoyang County People's) |

2. TOTAL CONTRACT PRICE 合同总价格: US DOLLARS ONE HUNDRED FORTY THOUSAND ONLY 壹拾肆万美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/GE Medical Systems, LLC

4. PACKING AND SHIPMENT 包装及运送:
4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation
适用于海运或空运内陆运输的卖方标准出口包装。
4.2 SHIPPING MARKS 装运唛头:
　　14201001145
　　Beijing, China
4.3 TIME OF SHIPMENT运送期限: Within 90 days after receipt of clean Irrevocable L/C in the amount 100% of the total contract price.
收到买方开来的合同总价格的100%的不可撤销信用证后90日内。
4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美国的主要空运口岸
4.5 PORT OF DESTINATION 目的口岸: Beijing Airport/China
4.6 DESTINATION OF SHIPMENT 运送的目的地: 饶阳县人民医院Raoyang County People's
4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties.

- 1 -

Confidential / 密秘　　　　　　　　　　　　　　　　　　　　GEHC V6.0 released Jan. 2013



CBMIE00089717

quarantine, loading and other expenses occurred during the customs clearance. Seller is not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

买方负责设备运至最终用户所在地的通关及相关费用。卖方不负责设备各项及进口产生的其他税款，包括但不限于关税及增关、检验检疫、滞港与其他滞港杂费及税款。卖方不负责设备从指定使用厂商的单元、卸货至相关设备运送至安装地点的费用。

5. INSURANCE 保险:

To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方的名义投保一切险及战争险。

6. PAYMENT 付款方式:

6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 90 days before the scheduled shipment date;

于预定的装运日之前90日由买方开立并向卖方交付合同总价格100%的买方为受益人的清洁的不可撤销的即期信用证；

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.

买方用于付款的资金来源直接来源于买方自身并且由买方根据付款条件支付，买方认为在货物后没有必要进行任何后续的涉及卖方的融资安排。因此出货后，买方不允许有诸如将付款人从买方变更为融资公司之类的付款人的更换。

7. DOCUMENTS 装箱单据:

7.1 Seller shall present the following documents to the paying bank for negotiation of payment 卖方需开列下列单据向付款银行议付货款:

(1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank collorsed, notifying the consignee named in the contract; 表明合同规定的收货人注明运费已付的空白背书的全套的清洁的多式联运提单；

(2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份；

(3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，证明合同编号及唛头；

(4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 装明单箱尺码、毛重及净重的装箱单五份；

(5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方出具的质量、数量及产地证明书各2份；及

(6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同中装运通知条款所规定的由卖方发给买方的电核时的传真副本或发真副本一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.

货物装运发运之后，卖方应于48小时以内将合同编号、商品名称、数量、毛重、发票金额、船名/航号、开始装运日期和指的出口岸以电报或电传或传真方式通知买方。

8. QUALITY GUARANTEE 质量保证:

8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.

卖方向买方保证，凡在本合同销售的货物，交货时将不存在任何材料、生产工艺构造和所有权方面的缺陷，并符合货物离运产国装运之日有效的卖方货物规格。

8.2 The product warranty period (excluding other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.

这各保证期间（不含其他耗材）为十二个月。该保证期从（1）设备交货日起第120天或（2）每一次临床使用日起第30天起算，以先到的为准。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the

- 2 -

　　　　　　　　　　　　　GEHC V6.0 released Jan. 2013

CBMIE00089718

accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或任何第三方违反了合同货物的随件信息或规定，或者买方、最终用户或任何第三方对合同货物的配置、设计、功能等进行更改，而影响设备正常使用，卖方可以终止其保修义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他维修服务条款请见买方与最终用户或代理商签订的销售协议。

## 9. CLAIMS 索赔:

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在货到目的地口岸60天内如发现货物品质、规格和/或数量与合同规定不符时，除属于保险公司或船方责任外，买方有权凭中国国家质量监督检验检疫总局出具的检验证明向卖方要求换货或赔偿。因此而增加的一切直接相关的合理费用（包括检验费、退货及换货运费、保险、仓储装卸等费用等）由卖方负担。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方因本合同所承担的责任在任何情况下均不得超过本合同相关产品的合同价格。卖方不承担任何间接或后果性损失（如利润的损失等）。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方系受最终用户(委托免款第三方)而代为进口本合同项下货物，但本合同仍然约束本合同买卖双方。如果买方未履行本合同项下义务，卖方有权追究买方的违约责任。买方不得以其系接受委托为进口商而与其脱离合同关系及相应的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为采购的非GE产品，卖方的合同义务限于仅根据本合同规定进行采购并且交付。非GE产品的产品质量、保修等事宜由该产品生产厂商负责，买方或最终用户在向该产品生产厂商提出质量、维修等要求时，买方将予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方均应自行向有关政府部门申请并获得履行本合同所必需的所有相关许可证明、批复及批准文件，并承担所有相关费用。任何一方不对另一方因未能(及时)取得上述证照所造成的不利后果承担任何责任，且无辜任一方有权就其因此所遭受的损失（如有）向负有责任一方追偿。

## 10. INTELLECTUAL PROPERTY 知识产权:

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of the, product manual, Seller has not provided Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

- 3 -

GEHC V6.0 released Jan. 2013

CBMIE00089719

[faded Chinese text]

## 11. CONFIDENTIALITY 保密:

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

双方双方对本合同与本合同有关的一切信息负有保密义务。[faded Chinese text]

## 12. FORCE MAJEURE 不可抗力:

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签订之后，由于不可抗力事故导致任何一方无法履行其合同义务(包括但不限于卖方交货延迟或不能交付)，该方无需为此承担违约责任。[faded Chinese text]

## 13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁:

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事项均应适用中华人民共和国法律。[faded Chinese text]

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国法律严禁使用医疗设备或其它技术手段鉴定胎儿的性别，医学上确有需要的除外。[faded Chinese text]

## 14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力:

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this contract shall be deemed to be invalid.

本合同自双方授权代表签字并加盖法人公章之日起生效，自双方合同义务履行完毕后失效，但第9至14条之效力不受本合同终止的影响，有效期为本合同履行完毕后5年。[faded Chinese text]

-4-

CBMIE00089720

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同构成了买卖双方关于买方向卖方货物所达成的全部合意，并取代双方此前以便进度所达成任何书面或口头合意意向。对本合同没有明确，均应由双方协商并签订书面补充合同，予未合同的生效期限本合同第14.1条规定。任何未经按本合同第14.1条任何款约定的书面文件均为无效，对买卖双方均不具有约束效力。

| The Buyer 买方：(公章) | The Seller 卖方：(公章) |
|---|---|
| China National Building Materials and Equipment Import & Export Corporation | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD. |
| 中建材装备进出口公司 | 通用电气医疗系统贸易发展(上海)有限公司 |

Authorized Signatory 授权代表人签字：

Authorized Signatory 授权代表人签字：

Date 日期：

Date 日期：  2014.9.19.

2014.9.16

注：本合同仅在经方授权代表签字并且盖章尚立作为"通用电气医
疗系统贸易发展(上海)有限公司"后方可生效。
Note: This contract shall not come into effect unless signed by an
authorized signatory of, and stamped by, "GE Medical Systems Trade
and Development (Shanghai) CO., LTD."

- 5 -

Confidential / 保密

GEHC V6.0 released Jan. 2013

CBMIE00089721

# CONTRACT 合同

Contract Number 合同编号: <u>14201001250</u>

| | |
|---|---|
| The Buyer: | China National Building Materials and Equipment Import&Export Corporation |
| 买方 (甲方): | 中建材集团进出口公司 |
| | No. 1801, 18th Floor, Building 4, Interwest Business Centre, No.9, Shou Ti South Road Haidian District, Beijing |
| Tel电话: | 010-68796727          Fax传真:          010-68796568 |

| | |
|---|---|
| The Seller: | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD. |
| 卖方 (乙方): | 通用电气医疗系统贸易发展（上海）有限公司 |
| | BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131 |
| Tel电话: | (021) 58692900          Fax传真:          (021) 58692911 |

| | |
|---|---|
| End-user: | The Affiliated Hospital of Inner Mongolia Medical University |
| 最终用户: | 内蒙古医科大学附属医院 |
| | |
| Tel电话: | Fax传真: |

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:

本合同由买卖双方订立，买卖双方同意按照以下条款和条件，由卖方购进卖方出售以下商品:

1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、规格、单价:

| NO. | DESCRIPTION 货品名称 | QTY 数量 | UNIT PRICE 单价 | TOTAL PRICE 合计 |
|---|---|---|---|---|
| 1 | 磁共振成像系统 Magnetic Resonance Imaging System 型号及型号: Discovery MR750 3.0T | ONE SET 壹台 | USD1,925,000.00 | USD1,925,000.00 (大写:壹佰玖拾贰万伍仟美元整) (CIP The Affiliated Hospital of Inner Mongolia Medical University Via Beijing airport) |

2. TOTAL CONTRACT PRICE 合同总价格: US DOLLARS ONE MILLION NINE HUNDRED TWENTY FIVE THOUSAND ONLY 壹佰玖拾贰万伍仟美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/GE Medical Systems, LLC

4. PACKING AND SHIPMENT 包装及装运:
4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation
适用于海运或陆运或内陆运输的卖方标准出口包装。
4.2 SHIPPING MARKS 装运唛头:
   14201001250
   Beijing, China

4.3 TIME OF SHIPMENT 装运期限: Within 90 days after receipt of clean irrevocable L/C in the amount 100% of the total contract price.
收到买方开来的合同总金额的100%不可撤销信用证后90日内。

4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美国的主要空运口岸

~ 1 ~

Confidential / 保密

GEHC V6.0 released Jan. 2013

CBMIE00089727

4.5 PORT OF DESTINATION 目的口岸: Beijing airport, China/北京机场

4.6 DESTINATION OF SHIPMENT 运输目的地: 内蒙古医科大学附属医院 The Affiliated Hospital of Inner Mongolia Medical University

4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties, quarantine, loading and other expenses occurred during the customs clearance. Seller not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方负责设备运输运输到用户所在地的运输及保险费用。卖方不负责设备在货物进出口产生的其他费用，包括但不限于货仓费及报关、检疫核查、卸货与其他地系费及税金。卖方负责设备运至现场用户后的吊卸、卸货及将设备运至安装地点的费用。

## 5.  INSURANCE  保险:

To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方为名义投保一切险及战争险。

## 6.  PAYMENT  付款方式:

6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 90 days before the scheduled shipment date;

于预定的装运日之前90日由买方开立并向卖方交付合同总价值100%的卖方为受益人的清洁的不可撤销即期信用证；

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer when the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.

买方用于付款的资金将直接来源于买方本身并且由买方根据合同付款条件来支付。当买方认为在发货后没有必要进行任何后续的涉及卖方的融资安排，因此在装货后，双方不允许有诸如由付款人从买方变更为融资公司之类的付款款人的变更。

## 7.  DOCUMENTS  装运单据:

7.1 Seller shall present the following documents to the paying bank for negotiation of payment 卖方须于下列单据向付款银行议付货款:

    (1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract;就明合同规定的收货人且注明运费已付的空白背书的全套的多式联运提单；

    (2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份；

    (3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，注明合同编号及唛头；

    (4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明单箱尺码、毛重及净重的装箱单五份；

    (5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方出据的品质、数量及产地证明书各2份；及

    (6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同"装运通知"条款所规定的由卖方发给买方的经由代的证实通知传真副本一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.

货物装运发运后，卖方应于48小时以内将合同编号、商品名称、数量、毛重、发票金额、船名/航班、开航/航班日期和目的港口的地方口岸以电报或电传或传真方式通知买方。

## 8.  QUALITY GUARANTEE  质量保证:

8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.

卖方向买方保证，凡按本合同售出的货物，交货时皆不存在低劣材料、生产工艺瑕疵和所有权方面的瑕疵，亦符合货物在生产国发货之日有效的卖方货物规格。

- 2 -

GEHC V6.0 released Jan. 2013

CBMIE00089728

8.2 The product warranty period (excluding consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.

设备保修期（不含耗材）为十二个月。保修期同从（1）设备首次临床后满120天或（2）第一次临床使用之日起满30天起算，以先到为准。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或任何第三方违反了合同货物的操作保养维护规程，或者买方、最终用户或任何第三方对合同货物的构造、设计、功能等有任何变更，影响到货物正常使用，卖方有权终止其保修义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他服务条款见卖方与最终用户所达成的销售协议。

9.  **CLAIMS** 索赔：

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在货物到达的进口口岸60天内如发现货物品质、规格和/或数量与合同规定不符合，除属于保险公司或船方责任外，买方有权凭国家质量监督检验检疫总局出具的检验证书向卖方要求更换或赔偿，因此而导致的一切直接相关的合理费用（包括检验费、退回货换货运费、保险、仓储装卸费和卸等）应由卖方负责。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方因本合同所承担的责任在任何情况下均不得超过本合同相关产品的合同价格。卖方不承担任何间接或结果性损失（如利润损失）。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方系接受最终用户(或其他第三方)委托代办进口本合同项下货物，但本合同仍直接约束本合同买卖双方。如果买方不履行本合同项下义务，卖方有权追究买方的违约责任，买方不得以装卸托代办为进口食品为由主张未不因承担合同义务及违反的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为采购的非GE产品，卖方的合同义务限于依据本合同规定进行采购并且供货。非GE产品的产品质量、维修等事宜由该产品生产厂家负责。买方或最终用户向该产品质量、保修等提出时，卖方将予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方均应自行向各该政府部门申请并取得履行本合同所必需的所有相关文件证明、执照及批准文件，并承担所有有关费用。任何一方不对另一方因未能（及时）获得上述证照而造成的不利后果承担任何责任，且无责任一方有权依据受损的损失（如有）向负有责任的一方索赔。

10.  **INTELLECTUAL PROPERTY** 知识产权：

– 3 –

GEHC V6.0 released Jan. 2013

CBMIE00089729

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of the, product manual, Seller has not provided Buyer or End-User any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

除依据产品说明书所订明的目的和范围外，本合同并不能赋予买方就卖方的设备有关的知识产权对买方或最终用户提供任何许可。合同设备的一切知识产权、包括但不限于卖方及设备厂商的名称、商标、专利、设备包装等的知识产权及设备生产商所有。买方或最终用户不得使用或复制卖方商标、商号或产品包装，不得复制、出售、或出版卖方提供的软件及任何附属文件。

11. CONFIDENTIALITY 保密：

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

交易双方对本合同与本合同有关的一切信息负有保密义务。未经另一方事先书面同意，任何一方不得披露信息的任何部分向任何第三方或让与公众及机。如最终用户或政府部门要求其有或卖方提供保密信息，另方应将此要求及时通知另一方。

12. FORCE MAJEURE 不可抗力：

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter. Seller shall send to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签字之后，由于不可抗力导致任何一方无法履行其合同义务(包括但不涉于卖方交货逾期或不能交货)，均方无需为此承担逾约责任。一方在发生不可抗力事故发生后十四天内将订明地向买方，并将地方主管机关或设产所开出的事故证明书用做定其均将给买方为凭。是信如此，该逾延情况下，卖方仍需有责任采取合理措施从速发送货物。如果事故持续超过十个星期，买方有权取消本合同。

12. GOVERNING LAW AND ARBITRATION 通用法律及仲裁：

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事项均应由中华人民共和国法律。与本合同有关的一切争议，双方应通过友好协商解决。双方如协商不能解决时，此争议应提交北京仲裁委员会，按照申请时及时该委员会现行有效的仲裁规则进行仲裁。仲裁在北京进行，仲裁语言为中文。仲裁裁决的裁决为终局裁决，对双方均有约束力。仲裁费由败诉方负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国法律禁止使用医疗设备或其它技术手段鉴定胎儿的性别，医学上绝对需要的除外。本合同所涉及的超声波设备(如有)，买方承诺并保证以上述相关法规的规定，仅将该设备用于合法的用途。

14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力：

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese

- 4 -

CBMIE00089730

version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this contract shall be deemed to be invalid.

本合同自双方授权代表签字并加盖法人公章之日起生效，自买卖双方义务履行完毕后失效，但第9至14条之效力不受本合同终止的影响。有效期为本合同履行完毕后第5年。本合同正本一式两份，由买卖双方各执一份，具有同等法律效力。本合同以中英文写就，两种文本文字含义发生冲突时，以中文为准。本合同以打印文本为准，任何手写增删和修改均视为无效。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同包括了买卖双方关于买方向卖方购买货物所达成的全部合意，并取代买卖双方此前达成或以报达成的任何口头或书面口头合同及信函。对本合同的任何修改，均应由双方协商签署书面补充合同。补充合同的生效依照本合同第14.1条规定。任何未按照本合同第14.1条签署并执行的书面文件均视为无效，对买卖双方均不具有约束力。

The Buyer 买方: (公章)
China National Building Materials and Equipment Import&Export Corporation
中建材集团进出口公司

Authorized Signatory 授权代表人签字:

Date 日期: 2014.9.24

The Seller 卖方: (公章)
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.
通用电气医疗系统贸易发展(上海)有限公司

Authorized Signatory 授权代表人签字:

Date 日期: 2014.9.25

注：本合同仅在卖方授权代表签字并且盖章主体为"通用电气医疗系统贸易发展(上海)有限公司"后方可生效。
Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE Medical Systems Trade and Development (Shanghai) CO., LTD."

- 5 -

Confidential / 保密

GEHC V6.0 released Jan. 2013

CBMIE00089731

# CONTRACT 合同

Contract Number 合同编号: 14201001251

| The Buyer:<br>买方（甲方）: | China National Building Materials and Equipment Import&Export Corporation<br>中建材集团进出口公司 |
|---|---|
| | No. 1801, 18th Floor, Building 4, Interwest Business Centre, No.9, Shou Ti South Road Haidian District, Beijing |
| Tel电话: | 010-68796727/38         Fax传真:         010-68796588 |

| The Seller:<br>卖方（乙方）: | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.<br>通用电气医疗系统贸易发展（上海）有限公司 |
|---|---|
| | BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131 |
| Tel电话: | (021) 58692900         Fax传真:         (021) 58692911 |

| End-user:<br>最终用户: | The Affiliated Hospital of Inner Mongolia Medical University<br>内蒙古医科大学附属医院 |
|---|---|
| Tel电话: | Fax传真: |

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:

本合同由买卖双方订立，买卖双方同意按照以下条款和条件，由买方向卖方购买以下商品。

1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价:

| NO. | DESCRIPTION 货品名称 | QTY<br>数量 | UNIT PRICE<br>单价 | TOTAL PRICE<br>合计 |
|---|---|---|---|---|
| 1 | 产品名称 (Product Name): 金高X射线计算机断层扫描系统; 型号(model): Discovery CT750 HD | ONE SET<br>壹台 | USD1,680,000.00 | USD1,680,000.00<br>(大写:壹佰陆拾捌万美元整)<br>(CIP The Affiliated Hospital of Inner Mongolia Medical University Via Beijing airport) |

2. TOTAL CONTRACT PRICE 合同总价格: US DOLLARS ONE MILLION SIX HUNDRED EIGHTY THOUSAND ONLY 壹佰陆拾捌万美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/GE Medical Systems, LLC

4. PACKING AND SHIPMENT 包装及装运:

4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation

适用于海运或是陆或内陆运输的卖方标准出口包装。

4.2 SHIPPING MARKS 装运唛头:

   14201001251

   Beijing, China

4.3 TIME OF SHIPMENT 装运时限: Within 90 days after receipt of clean Irrevocable L/C 在 the amount 100% of the total contract price.

收到买方开来的合同总价格的100%清洁的不可撤销信用证后90日内。

4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美国的主要发运口岸

4.5 PORT OF DESTINATION 目的口岸: Beijing airport, China/北京机场

4.6 DESTINATION OF SHIPMENT 最终目的地: 内蒙古医科大学附属医院 The Affiliated Hospital of Inner Mongolia Medical

- 1 -

Confidential / 保密                      GEHC V6.0 released Jan. 2013

CBMIE00089595

University

4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties, quarantine, loading and other expenses occurred during the customs clearance. Seller is not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方负责设备运至最终用户厂所在地的运输及保险费用，卖方不负责货物在港及进口产生的其他费用，包括但不限于关税及报关、检疫检验、卸货与其他港口费及税费。卖方不负责货物运抵用户后的卸货、卸货及将设备运送到安装地点的费用。

5. INSURANCE 保险:

To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方的名义投保一切险及战争险。

6. PAYMENT 付款方式:

6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 90 days before the scheduled shipment date;

于预定的装运日之前90日由买方开立并向卖方交付合同总价格100%的买方为受益人的清洁的不可撤销的即期信用证;

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.

买方用于付款的资金将直接来源于买方自身并且由买方根据合同付款条件支付。买方认为在发货后这些无需进行任何后续的涉及卖方的资金安排，因此在发货后，买方不允许有诸如付款人从买方变更为融资公司的类似的有关付款人的变更。

7. DOCUMENTS 装运单据:

7.1 Seller shall present the following documents to the paying bank for negotiation of payment 卖方须下列单据向付款银行议付货款;

(1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract; 或通知合同规定的收货人且注明运费已付的空白背书的全套多式联运提单;

(2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份;

(3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，注明合同编号及唛头;

(4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明单包只码、毛重及净重的装箱单五份;

(5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方出具的质量、数量及产地证明书各2份; 及

(6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同"装运通知"条款所规定的由卖方发给买方的经核对的传真副本的确认副本一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.

货物起运发送后，卖方应于48小时以内将合同编号、商品名称、数量、毛重、货物金额、船名/航班、开航或装运日期以及目的地港口以电报或电传通知方式通知买方。

8. QUALITY GUARANTEE 质量保证:

8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.

卖方向买方保证，凡按本合同出售的货物，交货时将不存在任何材料、生产工艺瑕疵和所有权方面的瑕疵，并将符合货物在生产国交运之日有效的卖方货物规格。

8.2 The product warranty period (including original CT tube, excluding other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the

- 2 -

GEHC V6.0 released Jan. 2013

CBMIE00089596

product.

设备保修期（含随机配套软件，不含其他软件）为十二个月。该保修期从（1）设备发货日后满120天或（2）第一次临床使用之日起满30天起算，以先到的为准。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或任何第三方违反了合同规定的操作保养维护规程，或者买方、最终用户或任何第三方对合同货物的构成、设计、功能有任何更改，影响货物正常使用，卖方有权终止其保修义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他相关服务条款情况请见卖方与最终用户或代理商签订的销售协议。

## 9. CLAIMS 索赔：

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在货物到达的地口岸60天内如发现货物品质、规格和/或数量与合同规定不符合，除属于保险公司或船方责任外，买方有权凭国家质量监督检验检疫总局出具的检验证书向卖方要求换货或赔款，由此而增加的一切直接相关的合理费用（包括检验费、退货及换货运费、保险、仓储费及卸货费等）由卖方负担。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方因本合同所承担的责任在任何情况下不得超过本合同相关产品的合同价格。卖方不承担任何间接或后果性损失（如利润或收益损失）。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方是接受用户（或其他第三方）委托代为进口本合同项下货品，但本合同的买卖双方仍为本合同买卖双方。如果买方未能履行本合同项下义务，卖方有权视买方为违约方，买方不得以其接受委托代为进口货品为由主张不应承担合同义务及相应的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为采购的非GE产品，卖方合同义务仅限于根据本合同规定进行采购并且交货。非GE产品的产品质量、保修等事宜由该产品生产厂家负责。买方或最终用户在向生产厂商就产品质量、保修等提出时，卖方将予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方均应自行向有关政府部门申请并获得履行本合同所必须的所有相关许可证明、执照及准许文件，并承担所有相关费用。任何一方不得因另一方因未能（及时）获得上述证明而造成的不利后果承担相应责任，且无责任一方有权就此所受到的损失（如有）向负有责任一方追偿。

## 10. INTELLECTUAL PROPERTY 知识产权：

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of the, product manual, Seller has not provided

- 3 -

CBMIE00089597

Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller.

除本版产品说明书所列所有的目的和范围外，本合同亦不因本购买方将给与设备任意的知识产权以对买方或就使用用户及展出任何许可。合同暨卖合的一切知识产权，包括但不限于卖方及设备厂家的包装、注册、专利，设备包装等与此相应方及设备生产商所有。买方或是与用户不得使用或拷贝卖方所提、吊号或产品信息，不得复制、出售、或出版卖方提供的软件及其任何书面文件。

11. CONFIDENTIALITY 保密:

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

合同双方对本合同相关本合同因英的一切信息负有保密义务，未经另一方事先书面同意，任何一方不得泄露信息的任何部分向任何第三方或社会公众披露。如遇政府用户或政府部门要求买方或卖方披保密信息，该方向应此要求及时通知另一方。

12. FORCE MAJEURE 不可抗力:

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签字之后，由于不可抗力事故导致任何一方无法履行其合同义务(包括但不限于卖方交货迟延或不能交货)，该方无须为此负由此的责任。卖方应在不可抗力事故发生后十四天内将事故缘困据知对方，并在此方当批汽或生产商开始的生效证明书据知邮寄给买方。尽管如此，在该连情况下，卖方仍应尽应采取合理措施以尽快赶到货。如果事故续超过十个星期，买方有权据取本合同。

13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁:

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事项及适用中华人民共和国法律。与本合同有关的一切争议，双方须通过友好协商解决。双方如果不能解决时，此争议须提交北京仲裁委员会负责。按照申请仲裁时仲裁委员会现行生效的仲裁规则进行仲裁。仲裁在北京进行，仲裁语言为中文。仲裁裁员会作出决决为终局裁决，对双方均有约束力。仲裁费用由败诉方承担负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国法律严禁使用医疗设备或其它技术手段鉴定胎儿的性别，医学上确有需要的除外。本合同所涉设备涉超声设备(如有)，买方承诺并保证遵守中上述法律规的规定，仅将该设备用于合法的用途。

14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力:

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this

-- 4 --

CBMIE00089598

contract shall be deemed to be invalid.

本合同自双方授权代表签字并加盖法人公章之日起生效，自双方合同义务履行完毕后失效，但第9至14条之效力不受本合同终止的影响，有效期制为本合同履行后的5年。本合同正本一式两份，由买卖双方各执一份，具有同等法律效力。本合同以中英文写就，两种文本文字含义发生冲突时，以中文为准。本合同以打印的文本为准，任何手写涂改增加和/或修改均为无效。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同依据了买卖双方关于买方购买卖方货物所达成的全部合意，并取代买卖方此前达成的所有口头或书面意向。对本合同的任何修改，均应由买卖方协商并签署书面补充合同，补充合同的生效依照本合同14.1条规定。任何未根据本合同第14.1条签署生效的书面文件均视为无效，对买卖双方均不具有约束力。

The Buyer 买方: (公章)
China National Building Materials and Equipment Import&Export
Corporation
中国材装进出口公司

Authorized Signatory 授权代表人签字：

Date 日期: 2014-9-24

The Seller 卖方: (公章)
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT
(SHANG HAI) CO., LTD.
通用电气医疗系统贸易发展(上海)有限公司

Authorized Signatory 授权代表人签字：

Date 日期: 2014年9月25日

注：本合同仅在卖方或其代表签字并且盖章主体为"通用电气医疗系统贸易发展(上海)有限公司"后方可生效。
Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE Medical Systems Trade and Development (Shanghai) CO., LTD."

- 5 -

Confidential / 保密

GEHC V6.0 released Jan. 2013

CBMIE00089599

# 工 矿 产 品 购 销 合 同

供方：巨石集团有限公司　　　　　　　　　　合同编号：　14822054-5

需方：中建材集团进出口公司　　　　　　　　签订时间：　2014年10月10日

一、产品名称、规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 无碱直接纱 | R-HB-EDR-D-P64无碱 2000Tex | 公斤 | 14,640 | ￥4.90/公斤 | ￥71,736.00 |
| 合计 | | | 14640 公斤 | | ￥71,736.00 |
| 合计人民币金额：计柒万壹仟柒佰叁拾陆元整 （含17%的增值税） | | | | | |

二、交货时间与地点：2014年10月29日前于巨石集团有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 18369-2008 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：需方负责安排集装箱到供方工厂提货，供方负责装箱。

六、发货后60天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司　　　　　　　　供方：巨石集团有限公司
地址：北京市海淀区首体南路9号主语商务中心4号楼　　地址：浙江桐乡经济开发区
20层
电话：(86-10)6879-6922　　　　　　　　　　电话：0573-88181017
传真：(010)68796948　　　　　　　　　　　传真：0573-88188398
法人代表：黄安中　　　　　　　　　　　　　法人代表：张毓强
委托代理人：李晓冬　　　　　　　　　　　　委托代理人：魏军
签字盖章：　　　　　　　　　　　　　　　　签字盖章：
开户行：工商银行北京市百万庄支行　　　　　开户行：农行桐乡市支行营业部
开户行账号：0200001409004307867　　　　　开户行账号：3702 0101 0023 893
税务登记证号：110108102052389　　　　　　税务登记证号：33048373030919X

CBMIE00089781

# SALES CONTRACT

Contract No:   14322206
Contract Date  OCT. 15,2014
P.O.Number.

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:28th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922
Fax No.:(86-10)6801-5525

Buyer:CoTechno Group, Inc.
Address: 1842 IH 35 South, Unit 101, San
Marcos,TX 78586
Tel No.: 001 512 878 0353
Fax No.: 001 512 353 2282

This contract is made by and between the Buyer and the Seller whereby the Buyer
agrees to buy and the Seller agrees to sell the undermentioned goods according to the
terms and conditions stated below.

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications | Quantity | Unit Price | Total Contract Value |
|------|---------------|----------|-----------|---------------------|
| N621 | Direct Roving E-Glass1200Tex | 81100LBS | USD0.39/LB | USD31629.00 |
| Total: | | 81100LBS | | USD31629.00 |

SAY:USD THIRTY ONE THOUSAND SIX HUNDRED AND TWENTY NINE ONLY

2. Delivery location: FOB Shanghai
3. Time of Shipment: to be shipped around mid November,2014
4. Payment: 20% before shipment, 80% to be paid upon copy documents (before arrival in US port).
5. More or less term: +/-5%.
6. Beneficiary: China National Building Materials and Equipment Import & Export Corporation
7. Beneficiary's bank:  BANK OF COMMUNICATIONS, CO., LTD. BEIJING MUNICIPAL BRANCH
           NO.33 JINRONG STREET, XICHENG DISTRICT, BEIJING 100140 CHINA.
           Swift Code:▮▮▮▮▮
8. Account NO.:▮▮▮▮▮▮▮▮▮▮▮
9. Arbitration
All disputes arising from the execution of this agreement shall be settled through friendly
consultations. In case no settlement can be reached, the case in dispute shall then be submitted
to the Foreign Trad Arbitration Commission of the China Council for the Promotion of International
Trade for Arbitration in accordance with its Provisional Rules of Procedure. The decesion made by
this commission shall be regarded as final and binding upon both parties.
10.This Contract is in faxed copies effective since being signed by both parties.

For the Buyer:

For the Seller:

中建材集团进出口公司
CHINA NATIONAL BUILDING MATERIALS
& EQUIPMENT IMPORT & EXPORT CORP.

CBMIE00089861

## 工 矿 产 品 购 销 合 同

供方：巨石集团有限公司          合同编号：  14822206

需方：中建材集团进出口公司        签订时间：  2014年10月28日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 玻璃纤维无碱直接纱 | EDR-P无碱 1200Tex | 公斤 | 36,600 | ￥4.90/公斤 | ￥179,340.00 |
| 合计： | | | 36600 公斤 | | ￥179,340.00 |
| 合计人民币金额：计壹拾柒万玖仟叁佰肆拾元整　（含17%的增值税） | | | | | |

二、交货时间与地点：2014年11月1日前于巨石集团有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 18369-2008 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：需方负责安排集装箱到供方工厂提货，供方负责装箱。

六、发货后60天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司          供方：巨石集团有限公司
地址：北京市海淀区首体南路9号主语商务中心4号楼     地址：浙江桐乡经济开发区
20层
电话：(86-10)6879-6922                电话：0573-88181017
传真：(010)68796948                  传真：0573-88136398
法人代表：黄安中                      法人代表：张毓强
委托代理人：李晓冬                 委托代理人：魏青
签字盖章：                           签字盖章：
开户行：工商银行北京市百万庄支行       开户行：农行桐乡市支行营业部
开户行账号：0200001409004107867       开户行账号：3702 0104 0023 893
税务登记证号：110108102052389        税务登记证号：33048373030919X

CBMIE00089813

# CONTRACT 合 同

Contract Number 合同编号: 14201\013*6

The Buyer:      China National Building Materials and Equipment Import & Export Corporation

买方（甲方）    中国建材集团进出口公司

       Interwest Business Center,9 Shouti South Road Haidian District, Beijing 100048, China

Tel电话:    010-88323410      Fax传真:      010-68796700/6588

The Seller:      GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.

卖方（乙方）    通用电气医疗系统贸易发展（上海）有限公司

       BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131

Tel电话:      (021) 58692900      Fax传真:      (021) 58692911

End-user:

最终用户:    哈尔滨市第一专科医院

Tel电话:                         Fax传真:

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:

本合同兹由买卖双方订立。买卖双方同意按照以下条款和条件，由卖方购进卖方出售以下商品:

1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价:

| NO. | DESCRIPTION 货品名称 | QTY 数量 | UNIT PRICE 单价 | TOTAL PRICE 合计 |
|---|---|---|---|---|
| 1 | 磁共振成像系统 Magnetic Resonance Imaging System 规格型号：Discovery MR750 3.0T | ONE SET 壹台 | USD1,400,000.00 | USD1,400,000.00 大写:壹佰肆拾万元整) (CIP 哈尔滨市第一专科医院) |

2. TOTAL CONTRACT PRICE 合同总价: US DOLLARS ONE MILLION FOUR HUNDRED THOUSAND ONLY 壹佰肆拾万美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/GE

4. PACKING AND SHIPMENT 包装及装运:

4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation
适用于海陆或空运或陆运的卖方标准出口包装。

4.2 SHIPPING MARKS 装运唛头:

       14201\01386

       BEIJING, China

4.3 TIME OF SHIPMENT 装运期限: Within 90 days after receipt of clean irrevocable L/C in the amount 100% of the total contract price.
收到买方开出金额合同总价的100%的不可撤销信用证后90天内。

4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美国的主要空运口岸

4.5 PORT OF DESTINATION 目的口岸: BEIJING AIRPORT, CHINA/中国北京机场

4.6 DESTINATION OF SHIPMENT 装运目的地: 哈尔滨市第一专科医院

4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties,

– 1 –

Confidential / 保密                     GEHC V6.0 released Jan, 2013

CBMIE00089625

quarantine, loading and other expenses occurred during the customs clearance. Seller is responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方负责设备运至终端用户所在地境的卸载及仓储费用。买方不负责该仓储及进口产生的其他费用，包括但不限于关税及报关、建筑验收、吊装与其他相关卸载及储藏。买方负责设备运至终端用户所在的吊装、卸货及储设备运至安装地点的费用。

5. INSURANCE  保险:

To be covered by Seller on behalf of Buyer against all Risks and war Risks.  卖方负责以买方的名义投保一切险及战争险。

6. PAYMENT  付款方式:

6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 90 days before the scheduled shipment date;

于约定的装船日之前90日由买方开立并向卖方交付合同总价格100%向卖方为受益人的清洁的不可撤销的即期信用证;

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.

买方同于付款的资金将直接来源于买方自身并且由买方根据付款条件支付中。买方认为在发货后没有必要进行任何后续的涉及卖方的融资安排。因而在发货后，双方不允许有诸如将付款人从买方变为融资公司之类的有关付款人的变更。

7. DOCUMENTS  单据单据:

7.1 Seller shall present the following documents to the paying bank for negotiation of payment  卖方凭下列单据向付款银行议付货款:

(1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract; 表明合同规定的收货人且标明运费已付的空白背书的全套的清洁的多式运输提单;

(2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份;

(3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，注明合同编号及唛头;

(4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明单箱尺码、毛重及净重的装箱单五份;

(5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方出具的品质、数量及产地证明书各2份; 及

(6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同"装运通知"条款所规定的由卖方发给买方的经核对的传真通知副本一份。

7.2 Shipping Advice  装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.

货物或运发送后，卖方应于48小时内向客户端合同编号、商品名称、数量、毛重、发票金额、船名/航班、开航/航班日期和目的地口岸以电报或电传或传真方式通知买方。

8. QUALITY GUARANTEE  质量保证:

8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.

卖方向买方保证，凡根本合同出售的货物，交货时均不存在任何材料、生产工艺缺陷和所有权方面的瑕疵，并符合货物在生产国发货之日前依的卖方货物标准。

8.2 The product warranty period (excluding consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.

设备保修期（不含耗材）为十二个月。该保修期从（1）设备装货日后满120天或（2）第一次临床使用之日后满30天为限，以先到为准。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the

- 2 -

CBMIE00089626

accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或任何第三方违反了合同货物的操作保养或使用指引，或者买方、最终用户或任何第三方对合同货物的构成、设计、功能等有任何变更，从而影响到正常使用，卖方有权终止其质保义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他额外服务条款请见卖方与最终用户签代理商签订的销售协议。

9. CLAIMS 索赔：

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在货到目的地口岸60天内如发现货物品质、规格和或数量与合同规定不符的，除属于保险公司或承运方责任外，买方享有权凭国家质量监督检验检疫总局出具的检验证书向买方要求换货或索赔，且此项造成的一切直接相关的合理费用（包括检查费、运费及退货运费、保险、仓储费及装卸货等）由卖方负责。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方因本合同而承担的责任在任何情况下均不得超过此本合同相关产品的合同价格。卖方不承担任何接踵而至或某性损失(如利润或收益损失)。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方系受最终用户(或其他第三方)委托代为进口本合同项下货品，但本合同仍旧约束买卖双方。如果买方未履行本合同项下义务，卖方有权追究买方的违约责任。买方不得以其系受委托代为进口货品为由主张其不应承担合同义务及相应的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为采购的非GE产品，卖方的合同义务仅于根据本合同规定进行采购并且交货。非GE产品的产品质量、保修等事宜由原产品生产厂家负责。买方或最终用户在产品生产厂家主张产品质量、维修等问题时，卖方将予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方应当自行向有关政府部门申请并获得履行本合同所需的所许相关许可证明、执照及批准文件，并承担所有相关费用。任何一方不因另一方因未取(及时)获取上述证照所造成的不利后果承担任何责任，且无责任一方有权就其因此受到的损失（如有）向负有责任一方追偿。

10. INTELLECTUAL PROPERTY 知识产权：

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of the, product manual, Seller has not provided Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related to the products under this contract, and shall not copy, sell or publish the software or any documents provided by Seller;

- 3 -

GEHC V6.0 released Jan. 2013

CBMIE00089627

落依照产品[说]明书所列[明]的[用]途的[保][证]指[用]外。本合同并不是[将][本][合][同]来自方或与设备有关的知识产权对买方或最终用户及[如]何[任]何许可。合同设备的一切[知识]产权，包括但不限于卖方及设备厂商的名[称]、[商标]、专利、设备[专]用[或][专]用卖方[及]设备生[产]商所有。卖方[或]用[终]用户不[得]利用或[以]仿[伪]卖方[商]标、商号或产品[自]称，不[得]复[制]、出借、或[出]借[或]卖方提供的[软]件及任何书面文件。

## 11. CONFIDENTIALITY 保密:

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

买卖双方对本合同与本合同有关的一切信息[负]有保[密]义务。未[经]另一方的先书[面]同意，任[何]一方不得[向]该[他]的[任]何[部]分[向]任何第三方或社会公众[披]露。如[果][终]用户或政府部门要求买方或卖方[提]供[保]密[信]息，[该]方应将[此]要求[及][时]通知[另]一方。

## 12. FORCE MAJEURE 不可抗力:

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同[签]字[之]后，由于不可抗力事故导致任何一方无法履行其合同义务(包括但不限于卖[方]交[发]运[或][交][货])，该方无[需]为此[承]担[相关]的责任。卖方应[在]不可抗力事故[发]生[后]十四天[内]将[与]该[事][故][向][政]府[效]力，[事][故]地方主管机关[或]生[产]商[开]出[的]事[故][证][明]用[航]空邮寄给买方[作]为。[尽][管]如此，在[前]述[情]况下，[卖]方[仍][有]责任采取[合][理]措施[从]速[发]运[货]物。如果[事][故][持]续超[过]十个[星期]，买方[有]权[撤]销本合同。

## 13. GOVERNING LAW AND ARBITRATION 适用法律及[仲]裁:

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切[事][项]均适用中华人民共和国法律。与本合同有关的一切争议，双方应通过友好协商解决。双方如协商不[能]解决时，此争议应[提][交]北京[仲]裁委员会，[按][照][申][请][仲][裁][时][该][委][员][会][现]行有[效][的][仲][裁][规]则[进]行仲裁。仲裁[在]北京[进]行，仲裁[语言]为中文。仲裁[委]员会[的][裁]决[是][终][局]裁决，对双方均[有]约束力。仲裁费用由[败]诉[方]负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国法律[禁][止][使][用]医[疗]设备或其[它]技术手[段][鉴]定[胎][儿][的][性]别，医学[上]确[有]需要的[除]外。本合同[所][涉]设备[系][超][声]设备 (如有)，买方[承]诺[并][保][证][遵]守[以]上[中]国法[律]法[规]的[规]定，仅[将][该]设备[用]于[合]法[的]用途。

## 14. EFFECTIVENESS AND BINDING EFFECT 合同生效及[效]力:

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion [and/]or amendment in this contract shall be deemed to be invalid.

本合同自双方[授]权代表[签]字并[盖]章法人公章之日[起]生效，自双方合[同][义]务[履][行][完][毕][后]失效，但第9[至]14 [条]之效力不受本合同[终]止的[影响]，有效期为本合同[履]行[完][毕][后]5[年]。本合同[正]本一[式][两][份]，[由][买]卖双方各执一份，具有同[等]法律[效]力。本合同[以]中英文[签]署，[两]种文本文[字]含[义][发]生冲突时，[以]中文为[准]。本合同[以][打]印文本为[准]，[任][何]手[写][增][删]和[或]修改[均]视为[无][效]。

- 4 -

GEHC V6.0 released Jan. 2013

CBMIE00089628

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同体现了买卖双方关于买方向卖方采购标的成全部合意，并取代双方此前达成的相关联达成的任何书面或口头合同及意向。对本合同的任何修改，均应由双方为商并签署书面补充合同，补充合同的生效应依据本合同第14.1条规定。任何未遵照本合同第14.1条签署盖章的书面文件视做为无效，对其此双方均不具有约束力。

The Buyer 买方: (公章)
China National Building Materials and Equipment Import & Export Corporation
中建材集团进出口公司

Authorized Signatory授权代表人签字:

Date 日期: 2014-10-24

The Seller 卖方: (公章)
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.
通用电气医疗系统贸易发展(上海)有限公司

Authorized Signatory授权代表人签字:

Date 日期: 2014.12.28



注：本合同仅在卖方授权代表签字并且盖章主体为"通用电气医疗系统贸易发展(上海)有限公司"后方可生效。
Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE Medical Systems Trade and Development (Shanghai) CO., LTD."

- 5 -

Confidential / 保密

GEHC V6.0 released Jan. 2013

CBMIE00089629

CBMIE0008933

Contract No:   14822099-7

Contract Date:  AUG.15,2014

P.O.Number.:

| | |
|---|---|
| Seller: CHINA NATIONAL BUILDING MATERIALS AND EQUIPMENT IMPORT & EXPORT CORP, Address:20th Floor,Block No.4,Interwest Business Center,No.9,Shouti Nan Road Haidian District,Beijing 100048,China Tel No.: (86-10)6879-6922 | Buyer:Liberty pultrusions Address: 1575 Lebanon School Rd West Mifflin PA 15122 USA Tel No.: 001 4124983586 Fax No.: |

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|-----------------|-----------|-------------|------------------------|
| N196 | Direct Roving E-Glass4400Tex | 38500LBS | USD0.52 | USD20020.00 |
| Total: | | 38500 LBS | | USD20020.00 |

SAY:USD TWENTY THOUSAND TWENTY ONLY

2. Time of Shipment:2014.9.1

3. Terms of Payment: T/T 30 days against the shipping date on the B/L

4. More or less term: +/-5%

5. Manufacturer and the origin: China National Building Materials and Equipment Import & Export Corporation

6. Beneficiary's bank:  Bank Of Communications, Co., Ltd. Beijing Municipal Branch
        No.33 Jinrong Street, Xicheng District, Beijing, China 100140

        Swift Code: █████████

7. Account NO.: █████████

8,All disputes in connection with the Contract or the execution thereof shall be settled through friendly negotiations.

In case no settlement can be reached through negotiations,

the case should then be submitted for arbitration to the Foreign Trade Arbitration Commission of the China Council

for the Promotion of International Trade. The arbitration shall

take place in Shanghai and the decision rendered by the said Commission shall be final and binding upon both parties;

neither party shall seek resource to the law court or other

authorities for revising the decision. The arbitration fee shall be borne by the losing part.

For the Buyer:                                              For the Seller:

# 工 矿 产 品 购 销 合 同

供方：巨石集团有限公司　　　　　　　　　　　合同编号：　14822099-7

需方：中建材集团进出口公司　　　　　　　　　签订时间：　2014年8月25日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 直接纱 | R-J1-EDR-Z-P64无碱 4400Tex | 公斤 | 17,500 | ￥4.70/公斤 | ￥82,250.00 |
| | 合计： | | 17500 公斤 | | ￥82,250.00 |
| 合计人民币金额：计捌万贰仟贰佰伍拾元整（含17%的增值税） | | | | | |

二、交货时间与地点：2014年9月5日前于吴江香港奥盛科技工业园交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 18369-2008 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：供方负责安排集装箱将货物发往需方指定地点，供方承担运费。

六、发货后60天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司　　　　　　　　供方：巨石集团有限公司
地址：北京市海淀区首体南路9号主语商务中心4号楼　地址：浙江桐乡经济开发区
20层
电话：(86-10) 6879 6922　　　　　　　　　　　电话：0573-88181017
传真：(010) 68796948　　　　　　　　　　　　传真：0573-88136398
法人代表：黄安中　　　　　　　　　　　　　　法人代表：张毓强
委托代理人：李晓冬　　　　　　　　　　　　　委托代理人：觅胥
签字盖章：　　　　　　　　　　　　　　　　　签字盖章：
开户行：工商银行北京市百万庄支行　　　　　开户行：农行桐乡市支行营业部
开户行账号：0200001409004107867　　　　　　开户行账号：3702 0104 0023 893
税务登记证号：110108102052389　　　　　　　税务登记证号：33048373030919X

CBMIE00089795

CBMIE00069834

# SALES CONTRACT

Contract No:    14822099-9
Contract Date:  AUG.15,2014
P.O.Number. :

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922

Buyer:Liberty pultrusions
Address: 1575 Lebanon School Rd West
Mifflin PA 15122 USA
Tel No.: 001 4124983586
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|-----------------|-----------|-------------|----------------------|
| N196 | Direct Roving<br>E-Glass4400Tex | 38500LBS | USD0.52 | USD20020.00 |
| Total: | | 38500 LBS | | USD20020.00 |

SAY:USD TWENTY THOUSAND TWENTY ONLY

2. Time of Shipment:2014.9.20
3. Terms of Payment: T/T 30 days against the shipping date on the B/L
4. More or less term: +/-5%
5. Manufacturer and the origin: China National Building Materials and Equipment Import & Export
Corporation
6. Beneficiary's bank: Bank Of Communications, Co., Ltd. Beijing Municipal Branch
   No.33 Jinrong Street, Xicheng District, Beijing, China 100140

Swift Code: ██████████

7. Account NO.: ██████████
8,All disputes in connection with the Contract or the execution thereof shall be settled through
friendly negotiations.
In case no settlement can be reached through negotiations,
the case should then be submitted for arbitration to the Foreign Trade Arbitration Commission of the
China Council
for the Promotion of International Trade. The arbitration shall
take place in Shanghai and the decision rendered by the said Commission shall be final and binding
upon both parties;
neither party shall seek resource to the law court or other
authorities for revising the decision. The arbitration fee shall be borne by the losing part.

For the Buyer:

For the Seller:

# 工 矿 产 品 购 销 合 同

供方： 巨石集团有限公司　　　　　　　　　合同编号： 14822099-9

需方： 中建材集团进出口公司　　　　　　　签订时间： 2014年9月3日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 直接纱 | 无碱 4400Tex | 公斤 | 17,500 | ￥4.70/公斤 | ￥82,250.00 |
| 合计： | | | 17500 公斤 | | ￥82,250.00 |
| 合计人民币金额： 计捌万贰仟贰佰伍拾元整（含17%的增值税） | | | | | |

二、交货时间与地点：2014年9月20日前于吴江香港奥盛科技工业园交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 18369-2008 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：需方负责安排集装箱到供方工厂提货，供方负责装箱。

六、发货后60天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司　　　　　　　　供方：巨石集团有限公司
地址：北京市海淀区首体南路9号主语商务中心4号楼　地址：浙江桐乡经济开发区
20层
电话：(86-10)6879-6922　　　　　　　　　　电话：0573-88181017
传真：(010)68796948　　　　　　　　　　　传真：0573-88136398
法人代表：黄安中　　　　　　　　　　　　　法人代表：张毓强
委托代理人：李晓冬　　　　　　　　　　　　委托代理人：魏青
签字盖章：　　　　　　　　　　　　　　　　签字盖章：
开户行：工商银行北京市百万庄支行　　　　　开户行：农行桐乡市支行营业部
开户行账号：0200001409004107867　　　　　开户行账号：3702 0104 0023 893
税务登记证号：110108102052389　　　　　　税务登记证号：33048373030919X

CBMIE00089797



# 中建材集团进出口公司

CHINA NATIONAL BUILDING MATERIALS AND EQUIPMENT IMPORT & EXPORT CORPORATION

| To: | 中建材信息技术有限公司 | FM: | 中建材公司/鲁玥 |
|---|---|---|---|
| ATTN: | 纪岩 | OUR FAX: | 010－68796730 |
| FAX: | 010-68796588/68796700 | DATE: | 11/28/2014 |

## 收款通知单

我司代理贵司进口下述合同项下电子产品已经到货。根据贵我双方进口代理协议之规定，请将代理费

合同号：见附表

| 合同号： | 14549001420 | 金额： | $120,000.00 |
|---|---|---|---|
| PO号： | CYSO20141500393 | 供货厂商： | CALIENT Technologies, Inc. |

到货金额：　　　　　　　　US$120,000.00

| | | | | |
|---|---|---|---|---|
| 1 | 关税： | ¥0.00 | 关税税率： | 0% |
| 2 | 增值税： | ¥126,997.99 | 增值税税率： | 17% |
| 3 | 货款： | | 暂定付汇汇率： | 6.1455 |
| 4 | 银行费： | | | |
| 5 | 国际运费： | | | |
| 6 | 报关杂费： | | | |
| 7 | 代理费： | ¥862.83 | | |

**合计应收**　（不含代理费）　　**¥126,997.99**

以上款项请付：
公司名称：中建材集团进出口公司
开户银行：工商银行北京分行
银行帐号：0200000319201904497

祝
　　　商祺

中建材集团进出口公司
11/28/2014

地址：北京市海淀区首体南路9号主语商务中心4号楼2025房间
ADD: Interwest Business Center, 9 Shouti South Road Haidian District, Bei jing 100044 ,China
Tel: 0086-10-68796863, Fax:0086-10-68796865/68796867

## PURCHASING CONTRACT

Contract No. : 14549001420
Date: 2014年11月4日
PO NO: CYSO20141500393

买方: 中建材集团进出口公司
The Buyer: China National Building Materials and Equipment Imp. & Exp. Corp.
Add: Interwest Business Center, 9 Shouti South Road Haidian District, Bei jing 100048 .China
Tel:

卖方:
The Seller: CALIENT Technologies, Inc.
Add:
Tel :

最终用户: 北京汇通融业网络系统技术有限公司
The Enduser:
Add:
Tel:

鉴于,最终用户委托买方向卖方采购本合同项下产品,买方接受最终用户的委托作为办理本合同项下全部货物的采购事宜,包括但不限于进口、清关、开证、付汇、物流等相关事宜。在本合同下相关信息(包括但不限于设备描述、设备配置、规格型号、产品数量、配置清单之)均由最终用户指定并确保所提供信息的真实性和准确性,如因此产生任何问题或纠纷均由最终用户承担,与买方无关。

兹经三方同意,由买方代理最终用户购进,卖方出售下列货物(以下简称"进口货物"),并按下列条款签订本合同;
the buyer accept the appointment and agrees to deal with all the purchasing details under this contract whereof including but not limited import, customs clearance, LC issuing, forex payment ,logistics etc.the end user assigned the certain parts of the goods including but not limited device discription, device configuration, specification, quantity, product list. The end user must ensure the authenticity and the accuracy of the information mentioned above . the end user undertakes all the relative consequences and/or liabilities, dispute if any arised from has nothing to do with the buyer

This Contract is made by and among three relevant parties (the Buyer, the Seller and the End-user), whereby it is agreed that the Buyer acting as an agent of the Customer purchases, and the Seller supplies the under-mentioned merchandise (hereinafter referred to as "Import Merchandise") according
一、 进口货物品名、规格、数量、单价和总价: (详见附表)
Name of Import Merchandise, Specification, Quantity, Unit Price and Sub total: (See as per attachment )

| No. | Name of commodity | Spec. | Qty (sets) | Unit price (USD) | Sub total (USD) |
|---|---|---|---|---|---|
| 1 | 光子交换机 | CT-S320-2A-LA0-48TR-00-00 | 1 | 120,000.00 | 120,000.00 |
| | TOTAL | | | | 120,000.00 |

Total contract price:          US$120,000.00

二、 包装方式: 出口标准包装
Package: Standard Package for Export
三、 交货期: 不迟于          2014年12月31日
Time of Shipment: not later than     December 31, 2014
四、 装运港: 美国/墨西哥/加拿大/和任意 亚洲国家空港
Port of Loading:U.S.A./MEXICO/CANADA AND/OR ANY  ASIA AIRPORT
五、 到货地: 北京机场, 中国
Port of destination: Beijing Airport/China

六、 价格条款: FOB 美国/墨西哥/加拿大/和任意 亚洲国家空港
Price Basis:FOB  U.S.A./MEXICO/CANADA AND/OR ANY  ASIA AIRPORT
七、 运费: 由买方负责
Freight: Covered by the Buyer
八、 保险费: 由买方负责
Insurance: Covered by the Buyer

九、 付款方式: 买方于在收到客户支付的相应人民币货款和付款指令后二个工作日之内由卖方以电汇方式支付美元货款。
Payment Term:Payment shall be made by T/T in USD after delivery by the Buyer to the Seller within two (2) working days only upon the receipt by the Buyer from the End-user of the payment of the corresponding amount in RMB and the payment instruction for each shipment received by the Buyer.

十、 单据:
Documentation:
1.全套清洁正本海运/空运提单,注明收货人为买方并注明"运费到付"。
Full set of clean on board Bill of lading/Airway Bill made out to the Buyer marked "freight Collect".
2. 三份正本发票注明卖方为受益人;
Original Invoices in three (3) copies with the Seller as Beneficiary;
3. 三份正本装箱单。
Original Packing List in three (3) copies.

十一、 换货、返修条款:
Replacement and maintenance:
1. 到达口岸后60天之内,如果买方/客户在货物开箱后发现破损或无法正常使用,
买方应根据商检报告(若此货物为法定检验检疫货物则由具CCIQ商检报告,非法检货物以 CCIC商检报告)由卖方免费予以更换;
Provided that the buyer/customer finds goods are broken or can not be used properly after unpacking within 60 days after arriving the destination port, the seller shall replace with congeneric goods for free according to the inspection report (statutory inspection and quarantine goods shall be issued the CCIQ inspection report; non-statutory inspection and quarantine goods shall be issued the CCIC inspection report).
2.卖方应自货物进口之日起提供一年使用保证期。在保证期之内,如果货物在正常使用状态下出现故障,
卖方同意根据商检检验检验检验报告(若此货物为法定检验检疫货物则由具CCIQ商检报告)免费维修或更换。若此货物为非法定检验检疫货物则具CCIC商检报告)免费维修或更换货物。如在保证期之外,则需加收维修费。
The seller shall guarantee goods with one-year's use age since the import day. Provided that goods are broken down under regular service state during the guarantee period, the seller agrees to repair or replace the broken goods for free according to the inspection report (statutory inspection and quarantine goods shall be issued the CCIQ inspection report; non-statutory inspection and quarantine goods shall be issued the CCIC inspection report). In case that the guarantee period is expired, there shall be the repair fee.
十二、 本合同适用中华人民共和国法律。合同各方同意凡合同项下产生的纠纷均应向北京由中国国际经济贸易仲裁委员会北京分会按规则进行最终裁决
This Contract shall be governed by Chinese laws. All parties agree that any dispute arising under this Contract shall be finally settled through arbitration by China International Economic & Trade Arbitration Commission in Beijing, China under its arbitra

本合同一式三份, 三方各执一份为证。
This Contract is made out in three original copies, one copy to be held by each party in witness thereof.

| The Buyer: | The Enduser: | The Seller: |
|---|---|---|
| China National Building Materials and Equipment Imp. & Exp.  Corp. | 北京汇通融业网络系统技术有限公司 | CALIENT Technologies, Inc. |

报关产品申报要素 （合同号：14549001420 ；运单号：_____ ）

| 1、品名 | 其他要素 | 税号 | 原产地 |
|---|---|---|---|
| 光子交换机 | 2.用途：用于移动通信传输网络中的核心或汇聚节点，实现移动数字信号的转发和分配；<br>3.控制方式：通过管理软件控制微电机镜片矩阵偏转角度实现移动数字信号的交换；<br>4.处理信号类型：不分速率地处理任意承载的移动数字信号；<br>5.型号：CT-S320-2A-LA0-48TR-00-00 | 8517621200 | 见发票 |

# SALES CONTRACT

Contract No:    14822217
Contract Date  NOV.5, 2014

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922
Fax No.:(86-10)6801-5525

Buyer:CoTechno Group, Inc.
Address: 1942 IH 35 South, Unit 101, San
Marcos, TX 78666
Tel No.: 001 512 878 0953
Fax No.: 001 512 233 2282

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications | Quantity | Unit Price-FOB | Total Contract Value |
|------|----------------|----------|----------------|----------------------|
| N621 | Direct Roving E-Glass1200Tex | 161240LBS | USD0.39/LB | USD62883.60 |
| Total: | | 161240 LBS | | USD62883.60 |

SAY:USD SIXTY TWO THOUSAND EIGHT HUNDRED AND EIGHTY THREE CENTS SIXTY ONLY

2. Delivery location: FOB Shanghai
3. Time of Shipment: to be shipped in late November, 2014
4. Payment:   20% before shipment, 80% to be paid upon faxed copy documents
5. More or less term: +/-5%.
6. Beneficiary: China National Building Materials and Equipment Import & Export Corporation
7. Beneficiary's bank:   BANK OF COMMUNICATIONS, CO., LTD. BEIJING MUNICIPAL BRANCH
    NO.33 JINRONG STREET, XICHENG DISTRICT, BEIJING 100140 CHINA.
    Swift Code:
8. Account NO.:
9. Arbitration
All disputes arising from the execution of this agreement shall be settled through friendly
consultations. In case no settlement can be reached, the case in dispute shall then be submitted
to the Foreign Trad Arbitration Commission of the China Council for the Promotion of International
Trade for Arbitration in accordance with its Provisional Rules of Procedure. The decesion made by
this commission shall be regarded as final and binding upon both parties.
10.This Contract is in faxed copies effective since being signed by both parties.

For the Buyer:

Kent Aptel
11/6/14

For the Seller:
中建材集团进出口公司
CHINA NATIONAL BUILDING MATERIALS
& EQUIPMENT IMPORT & EXPORT CORP.

CBMIE00089863

# SALES CONTRACT

Contract No:    14822099-10
Contract Date:  NOV.17,2014
P.O.Number. :

Seller: CHINA NATIONAL BUILDING MATERIALS
AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business
Center,No.9,Shouti Nan Road Haidian
District,Beijing 100048,China
Tel No.: (86-10)6879-6922

Buyer:Liberty pultrusions
Address: 1575 Lebanon School Rd West
Mifflin PA 15122 USA
Tel No.: 001 4124983586
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|----------------|-----------|-------------|----------------------|
| N196 | Direct Roving E-Glass4400Tex | 38500LBS | USD0.52 | USD20020.00 |
| Total: | | 38500 LBS | | USD20020.00 |

SAY:USD TWENTY THOUSAND TWENTY ONLY

2. Time of Shipment:2014.12.1
3. Terms of Payment: T/T 30 days against the shipping date on the B/L
4. More or less term: +/-5%
5. Manufacturer and the origin: China National Building Materials and Equipment Import & Export Corporation
6. Beneficiary's bank:  Bank Of Communications, Co., Ltd. Beijing Municipal Branch
           No.33 Jinrong Street, Xicheng District, Beijing, China 100140

     Swift Code: ███████████████

7. Account NO.: ███████████████
8,All disputes in connection with the Contract or the execution thereof shall be settled through friendly negotiations.
In case no settlement can be reached through negotiations,
the case should then be submitted for arbitration to the Foreign Trade Arbitration Commission of the China Council
for the Promotion of International Trade. The arbitration shall
take place in Shanghai and the decision rendered by the said Commission shall be final and binding upon both parties;
neither party shall seek resource to the law court or other
authorities for revising the decision. The arbitration fee shall be borne by the losing part.

For the Buyer:                                    For the Seller:

中 建 材 集 团 进 出 口 公 司
CHINA NATIONAL BUILDING MATERIALS
& EQUIPMENT IMPORT & EXPORT CORP.

                                                  Vanessa

Date:                                             Authorized Signature

CBMIE00089820

# 工 矿 产 品 购 销 合 同

供方：巨石集团有限公司                      合同编号：   14822099-10

需方：中建材集团进出口公司                   签订时间：   2014年11月13日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 直接纱 | 无碱<br>4400Tex | 千克 | 17,500 | ￥4.70/千克 | ￥82,250.00 |
| 合计： | | | 17500 千克 | | ￥82,250.00 |
| 合计人民币金额：计捌万贰仟贰佰伍拾元整   （含17%的增值税） | | | | | |

二、交货时间与地点：2014年11月27日前于浙江省桐乡市经济开发区文华南路669号交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 18369-2008 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：供方负责安排集装箱将货物发往需方指定地点，供方承担运费。

六、发货后60天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司                     供方：巨石集团有限公司
地址：北京市海淀区首体南路9号主语商务中心4号楼    地址：浙江省桐乡市经济开发区文华南路669号
20层
电话：(86-10) 6879-6922                       电话：0573-88181017
传真：(010) 68796948                          传真：0573-88136398
法人代表：黄安中                              法人代表：张毓强
委托代理人：李晓冬                            委托代理人：魏青
签字盖章：                                   签字盖章：
开户行：工商银行北京市百万庄支行               开户行：农行桐乡市支行营业部
开户行账号：0200014090004107867              开户行账号：3702 0104 0023 893
税务登记证号：110108102052389                税务登记证号：33048373030919X

CBMIE00089783

# SALES CONTRACT

Contract No:   14822099-12
Contract Date:  NOV.17,2014
P.O.Number. :

Seller: CHINA NATIONAL BUILDING MATERIALS AND EQUIPMENT IMPORT & EXPORT CORP.
Address:20th Floor,Block No.4,Interwest Business Center,No.9,Shouti Nan Road Haidian District,Beijing 100048,China
Tel No.: (86-10)6879-6922

Buyer:Liberty pultrusions
Address: 1575 Lebanon School Rd West Mifflin PA 15122 USA
Tel No.: 001 4124983586
Fax No.:

This contract is made by and between the Buyer and the Seller whereby the Buyer

agrees to buy and the Seller agrees to sell the undermentioned goods according to the

terms and conditions stated below:

1. Name of Commodity and Specification, Quantity, Unit Price and Total Value:

| Item | Specifications: | Quantity: | Unit Price: | Total Contract Value: |
|------|-----------------|-----------|-------------|----------------------|
| N196 | Direct Roving E-Glass4400Tex | 38500LBS | USD0.52 | USD20020.00 |
| Total: | | 38500 LBS | | USD20020.00 |

SAY:USD TWENTY THOUSAND TWENTY ONLY

2. Time of Shipment:2014.12.20
3. Terms of Payment: T/T 30 days against the shipping date on the B/L
4. More or less term: +/-5%
5. Manufacturer and the origin: China National Building Materials and Equipment Import & Export Corporation
6. Beneficiary's bank: Bank Of Communications, Co., Ltd. Beijing Municipal Branch
        No.33 Jinrong Street, Xicheng District, Beijing, China 100140

Swift Code: █████████

7. Account NO.: █████████
8.All disputes in connection with the Contract or the execution thereof shall be settled through friendly negotiations.
In case no settlement can be reached through negotiations,
the case should then be submitted for arbitration to the Foreign Trade Arbitration Commission of the China Council
for the Promotion of International Trade. The arbitration shall
take place in Shanghai and the decision rendered by the said Commission shall be final and binding upon both parties;
neither party shall seek resource to the law court or other
authorities for revising the decision. The arbitration fee shall be borne by the losing part.

For the Buyer:                                      For the Seller:

中 建 材 集 团 进 出 口 公 司
CHINA NATIONAL BUILDING MATERIALS
& EQUIPMENT IMPORT & EXPORT CORP.

Vanessa
......................................
Date:                              Authorized Signature

CBMIE00089823

# 工 矿 产 品 购 销 合 同

供方： 巨石集团有限公司                                 合同编号：    14822099-12
需方： 中建材集团进出口公司                            签订时间：    2014年12月20日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 直接纱 | 无碱 4400Tex | 千克 | 17,500 | ￥4.70/千克 | ￥82,250.00 |
| 合计 | | | 17500 千克 | | ￥82,250.00 |
| 合计人民币金额：计捌万贰仟贰佰伍拾元整  （含17%的增值税） | | | | | |

二、交货时间与地点：2015年1月3日前于浙江省桐乡市经济开发区文华南路669号交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 18369-2008 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：供方负责安排集装箱将货物发往需方指定地点，供方承担运费。

六、发货后60天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司                         供方：巨石集团有限公司
地址：北京市海淀区首体南路9号主语商务中心4号楼      地址：浙江省桐乡市经济开发区文华南路669号
20层
电话：(86-10)6879-6922                              电话：0573-88181017
传真：(010)68796948                                 传真：0573-88136398
法人代表：黄安中                                    法人代表：张毓强
委托代理人：李晓冬                                  委托代理人：魏青
签字盖章：                                          签字盖章：
开户行：工商银行北京市百万庄支行                     开户行：农行桐乡市支行营业部
开户账号：0200001409004107867                        开户账号：3702 0104 0023 893
税务登记证号：110108102052389                        税务登记证号：33048373030919X

CBMIE00089785

合同编号: 14201001427
POP# 2014110933

# CONTRACT合同

The Buyer:      China National Building Materials and Equipment Import & Export Corporation
买方（甲方）：  中建材集团进出口公司
                Interwest Business Center, 9 Shouti South Road Haidian District, Beijing 100048, China

Tel电话:        010-68796862        Fax传真:        010-68796867

The Seller:     GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.
卖方（乙方）：  通用电气医疗系统贸易发展（上海）有限公司
                Building 1, No.96 Yiwei Road, Wai Gao Qiao Free Trade Zone, Shanghai 200131, China
Tel电话:        (021) 58692900       Fax传真:        (021) 58692911

End-user:       Ziyang County Hospital
最终用户:       紫阳县医院

Tel电话:        Fax传真:

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:
本合同兹由买卖双方订立。买卖双方同意按照以下条款和条件，由卖方向进买方售出以下商品:

1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价:

| NO. | DESCRIPTION（具体配置见附件）(Details listed in attachment) | QTY | UNIT PRICE | TOTAL PRICE |
|-----|-----------------------------------------------------------|-----|------------|-------------|
| 1 | (NAME OF DEVICE): 麻醉系统 (Anesthesia System), 规格型号 (MODEL): Aespire | 2 | USD 18165 | USD 36330.00 (大写:美金叁万陆仟叁佰叁拾圆整) (CIP Ziyang County Hospital ) |

2. TOTAL CONTRACT PRICE合同总价格: USD 36330.00

3. COUNTRY OF ORIGIN AND MANUFACTURER产地及厂商: America/GE
4. PACKING AND SHIPMENT 包装及装运:
4.1  Seller's standard export packing suitable for long transportation ocean/air/inland transportation
     适用于海运/空运运输和内陆运输的卖方标准出口包装
4.2  SHIPPING MARKS 装运唛头: 14201001427/BEIJING,CHINA
4.3  TIME OF SHIPMENT装运期限: Within 45 days after receipt of clean Irrevocable L/C or T/T in the amount of 100% of
     the total contract price. 收到买方开具的合同总价格的100%清洁的不可撤销信用证或电汇后45日内。
4.4  PORT OF SHIPMENT 装运口岸: THE MAIN SEA/AIR PORT OF America 美国的主要装运口岸。
4.5  PORT OF DESTINATION目的口岸: Beijing Airport, China 中国北京机场。
4.6  DESTINATION OF SHIPMENT 运输目的地: 紫阳县医院
4.7  The seller is responsible for the shipping insurance and shipping expense to the end-user's designated site, the seller is not
     responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not
     limited to the custom duties.
     卖方负责将设备运至医院指定地点的运送及保险费用。卖方不负责设备仓储及进口产生的其他费用，包括但不限于
     关税及报关、检验检疫、吊装与其他港务费及税费。

5. INSURANCE保险: To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方的名义投保
   一切险及战争险。

6. PAYMENT付款方式:
6.1  Buyer shall pay [100]% of the contract price by receipt of clean Irrevocable L/C or T/T in favor of Seller and to be opened
     and delivered to Seller 45 days before the scheduled shipment date;
     约定的装运日之前45日，由买方开立并向卖方交付合同总价格[100]%的以卖方为受益人的清洁的不可撤销信用证
     或电汇;
6.2  The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment
     terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the
     goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any
     financing company, are allowed.
     买方需于付款的资金均直接来源于买方自身并且由买方根据合同付款条件支付款项。买方认为在发货后没有必要进
     行任何后续的涉及卖方的融资安排。因而在发货后，双方不允许有诸如付款人从买方变更为融资公司之类的有
     关付款人的变更。



合同编号：14201001427
POP# 20141106033

7. DOCUMENTS 装运单据：
7.1 Seller shall present the following documents to the paying bank for negotiation of payment
卖方完成下列单据向付款银行议付货款：
(1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the
consignee named in the contract;
提供合同规定的收货人注注明运费已付的空白背书的全套的清洁的多式联运提单；
(2) Insurance Policy / Certificate in one original and one duplicate;
保险单一式两份；
(3) 5 copies of the stamped invoice, indicating contract number, shipping mark;
已盖章的发票五份，注明合同编号及唛头；
(4) 5 copies of the packing list, indicating measurement, gross and net weight of each package;
注明单件尺码、毛皮及净重的装箱单五份；
(5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and
制造商或卖方出据的品质、数量及产地证明书各2份；及
(6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of
this contract.
符合本合同"装运通知"条款所规定的由卖方发给买方的经核对的装船通知传真副本一份。
7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable
or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying
vessel and port of destination.
货物装船发送后，卖方应于48小时以内将合同编号、商品名称、数量、毛重、发票金额、船名、开航日期和目的
地口岸以电报或电传或传真方式通知买方。

8. QUALITY GUARANTEE质量保证:
8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material,
manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of
the goods from the country of manufacture.
卖方向买方保证，凡按本合同出售的货物，交货时将不存在任何材料、生产工艺缺陷和所有权方面的瑕疵，并符
合货物在生产国发货之日有效的卖方货物规格。
8.2 The product warranty period (exclude CT tube and other consumables) for each product is 12 months,The warranty period
begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 180 days after the date of
shipment of the product.
每台设备保修期（不含球管和其他耗材）为12个月。该保修期从（1）设备发货日后第180天或（2）第一次临床使
用之日起第30天起算，以先到为准。
8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set
forth.
如果买方、最终用户或任何第三方违反了合同货物的操作保养维护规程，或者买方、最终用户或任何第三方对合
同货物的构成、设计、功能等有任何变更，则相应的保证将会终止，卖方有权免去其保修义务。
8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.
其他保修服务条款详见卖方与最终用户或代理商签订的销售协议。

9. CLAIMS索赔:
9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found
not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the
shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of
Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement
or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for
returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.
在货到目的地口岸后60天内如发现货物品质、规格和或数量与合同规定不符时，除属于保险公司或船方责任外，买
方有权凭国家质量监督检验检疫总局出具的检验证书向卖方提出换货或赔款，因此而增的一切直接相关的合理
费用（包括检验费、退货及换货运费、保险、仓储费及装卸费等）由卖方负担。
9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this
contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).
卖方因本合同而承担的责任在任何情况下均不得超过本合同相关产品的合同价格。卖方不应任何间接或后果性
损失(如利润或收益损失)。
9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on
the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against
Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.
尽管买方系受授权用户（或其他第三方）进代代为进口本合同项下货品，但本合同仍直接约束本合同买卖双方。如果
买方未履行本合同项下义务，卖方有权追究买方的违约责任。买方不得以其系接受委托代为进口货品为由主张其
不应承担合同义务及相应的责任。
9.4 With respect to goods not manufactured by Seller which Buyer or End-user has requested Seller purchase on its behalf,
Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not
manufactured by Seller, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if
Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.
对于买方或最终用户要求卖方代为采购的非GE产品的产品，卖方的合同义务限于按照本合同规定进行采购并交

103

CBMIE00089668

合同编号：14201001427
2OP#20141106033

责。若GE产品的产品质量、保修等事宜由该产品生产厂家负责，买方或终端用户在由生产厂家主张产品质量、保修等权利时，卖方将予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方均应自行向有关政府部门申请并获得履行本合同所必需的所有相关许可证书、执照及批准文件，并承担所有相关费用。任何一方不对另一方因未能（及时）获得上述证照而造成的不利后果承担任何责任，且无责任一方有权就其因此受到的损失（如有）向负有责任一方追偿。

**10. INTELLECTUAL PROPERTY 知识产权:**

Except for normal use in accordance with the purposes specified in, and within the scope of the, product manual, Seller has not provided Buyer or End-User any license to any intellectual property by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights, including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

除依据产品说明书所列特定的目的和范围外，本合同并不就贷与设备有关的知识产权对买方或终端用户及做出任何许可。合同设备的一切知识产权，包括但不限于卖方及设备厂家的名称，商标，专利，设备包装等均归属卖方及设备生产商所有。买方及终端用户不得使用或模仿卖方商标、商号或产品包装，不得复制、出售、或出版卖方所提供的软件及任何书面文件。

**11. CONFIDENTIALITY 保密:**

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

买卖双方对本合同与本合同有关的一切信息负有保密义务。未经另一方事先书面同意，任何一方不得将信息的任何部分向任何第三方或社会公众披露。如果终端用户或政府部门要求买方或卖方提供保密信息，该方应将此要求及时通知另一方。

**12. FORCE MAJEURE 不可抗力:**

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签字之后，由于不可抗力事故导致任何一方无法履行其合同义务（包括但不限于卖方交货延迟或不能交货），该方无需为此承担违约责任。卖方应在不可抗力事故发生后十四天内将事故原因通知买方，并将由方主管机关或生产商并出的事故证明书用航空邮寄给买方为证。尽管如此，在前述情况下，卖方仍有责任采取合理措施以及时发运货物。如果事故持续超过十个星期，买方有权撤销本合同。

**13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁:**

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事项均适用中华人民共和国法律。与本合同有关的一切争议，双方须通过友好协商解决。双方如协商不能解决时，此争议应提交北京仲裁委员会，按照申请时所适用该委员会现行有效的仲裁规则进行仲裁。仲裁在北京进行，仲裁语言为中文。仲裁委员会的裁决为终局裁决，对双方均有约束力，并接受同由败诉方负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes. Buyer shall not resell any ultrasound equipment, directly or through any third party, to any end user that does not meet the mandatory prerequisites for purchasing ultrasound equipment; at the time of resale, Buyer shall cause the end user to covenant on the lawful use of ultrasound equipment.

中国法律禁止使用医疗设备或其它技术手段鉴定胎儿的性别，医学上确有需要的除外。本合同所涉设备若超声设备（如有），买方承诺并保证遵守上述法律法规的规定，仅需该设备用于合法用途。买方不得直接或或通过任何第三方向不符合法定购买超声设备条件的最终用户转售超声设备，在转售时，买方应促使该终端用户做出依法使用超声设备的承诺。

**14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力:**

GEHC V6.0 released Jan. 2013

CBMIE00089669

合同编号： 14201C01427
POP# 20141106033

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this contract shall be deemed to be invalid.
本合同自双方授权代表签字并加盖法人公章之日起生效，自双方合同义务履行完毕后失效，但第9至14条之效力不受本合同终止的影响，自该部分本合同履行完毕后5年。本合同正本一式两份，由卖卖双方各执一份，具有同等法律效力。本合同以中英文签署，两种文本文字含义发生冲突时，以中文为准。本合同以订印文本为准，任何手写增删和减添或勾改为无效。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.
本合同体现了买卖双方关于买方向卖方货物所达成的全部合意，并取代买方此前达成或书达成的任何书面或口头合同及洽询。对本合同的任何修改，均应由双方协商并签署书面补充合同，补充合同的生效依照本合同第14.1条规定。任何未遵照本合同第14.1条签署的有关书面文件均视为无效，对买卖双方均不具有约束力。

The Buyer 买方： (公章)
China National Building Materials and Equipment Import &
Export Corporation
中建材集团进出口公司

Authorized Signatory 授权代表人签字：

Date 日期： 2014年11月18日

The Seller 卖方： (公章)
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT
(SHANG HAI) CO., LTD.
通用电气医疗系统贸易发展(上海)有限公司

Authorized Signatory 授权代表人：

Date 日期： 2014年11月18日

注： 本合同仅在卖方授权代表签字并且签章主体为"通用电气医疗系统贸
易发展(上海)有限公司"后方可生效。

Note: This contract shall not come into effect unless signed by an authorized
signatory of, and stamped by, "GE Medical Systems Trade and Development
(Shanghai) CO., LTD."

Confidential 保密

GEHC V6.0 released Jan. 2013
The first contract

CBMIE00089670

合同编号： 14201001427
POP# 20141106033

装箱清单：

| NO. | Catalog No. | Quantity | Description |
|-----|-------------|----------|-------------|
| 1 | 1001-3834-000 | 2 | HOSE ASSY O2 MK3 PROBE |
| 2 | 1009-8609-000 | 2 | ASSY-MSN, FLOWMETER O2 |
| 3 | 1009-8057-000 | 2 | ASSY-MSN, SFW AESPIRE |
| 4 | 1009-8160-000 | 2 | BAG TUBE |
| 5 | 1009-8173-000 | 2 | AGSS PASSIVE 30MM TAPE |
| 6 | 1009-8330-000 | 2 | MOUNT DSPL FOLDING LH |
| 7 | 1009-8331-000 | 2 | FRAME AESPIRE TROLLEY |
| 8 | 1009-8373-000 | 2 | EXP VOL/TV COMPEN W/VE |
| 9 | 1009-9011-003 | 2 | S/5 AESPIRE CONFIG (ATO) |
| 10 | 1175-9110-000 | 2 | VAPORIZER TEC7 ISOFL 5% EASY-FIL CHINESE |
| 11 | 1504-8147-000 | 2 | SFW PRESSURE WAVEFORM |
| 12 | 2055100-001 | 2 | HOSE ASSY AIR MK3 PROB |
| 13 | M1057487 | 2 | ASSY-MSN, CHINESE POWER CORD KIT FOR AESPIRE 100, Phantom |
| 14 | M1084850 | 4 | Absorbent Canister w/Handle Reusable Cln |
| 15 | M1085998 | 2 | Condenser Module, with Manifold and Brand, Old P/N 1407-7026-000 |
| 16 | M1093633 | 2 | ASSY-HKI, ABS start up |
| 17 | M1097968 | 2 | PART, EZCAN ASSY, Machined |
| 18 | M1142056 | 2 | M1142056 |




Confidential GE af

GEHC V8.0 released Jan. 2013
Dealer contract

CBMIE00089671

# CONTRACT 合 同

Contract Number 合同编号: <u>14201001477</u>

| The Buyer:<br>买方 (甲方) :<br><br><br>Tel 电话: | China National Building Materials and Equipment Import & Export Corporation<br>中建材集团进出口公司<br>No. 1801, 18th Floor, Building 4, Interwest Business Centre, No.9, Shou Ti South Road Haidian District, Beijing<br>86-10-68796727          Fax 传真: |

| The Seller:<br>卖方 (乙方) :<br><br><br>Tel 电话: | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.<br>通用电气医疗系统贸易发展（上海）有限公司<br>BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131<br>(021) 58692900          Fax 传真:          (021) 58692911 |

| End-user:<br>最终用户: | The first hospital of Hebei Medical University<br>河北医科大学第一医院 |

| Tel 电话: | Fax 传真: |

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:

本合同兹由买卖双方订立。买卖双方同意按照以下条款和条件，由买方向进卖方传出以下商品：

1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价：

| NO.<br>序号 | DESCRIPTION 货品名称<br>（具体配置见附件）(Details listed in attachment) | QTY<br>数量 | UNIT PRICE<br>单价 | TOTAL PRICE<br>合计 |
|---|---|---|---|---|
| 1 | Mobile X-ray system (SFDA 产品名称: 数字化移动式摄影X射线机, SFDA 规格型号: Optima XR220amx) | ONE SET<br>壹台 | USD117,000.00 | USD117,000.00<br>(大写:壹拾壹万柒仟美元整)<br>(CIP The first hospital of Hebei Medical University) |

2. TOTAL CONTRACT PRICE 合同总价格: US DOLLARS ONE HUNDRED SEVENTEEN THOUSAND ONLY 壹拾壹万柒仟美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/GE Medical Systems, LLC

4. PACKING AND SHIPMENT 包装及装运:
4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation
适用于海运或空运或内陆运输的卖方标准出口包装。
4.2 SHIPPING MARKS 装运唛头:
        14201001477
        Beijing, China
4.3 TIME OF SHIPMENT装运期限: Within 90 days after receipt of clean irrevocable L/C in the amount 100% of the total contract price.
收到买方开来的合同总价格的100%清洁的不可撤销信用证后90日内。
4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美国的主要装运口岸
4.5 PORT OF DESTINATION 目的口岸: Beijing Airport/China
4.6 DESTINATION OF SHIPMENT 运输目的地: 河北医科大学第一医院/The first hospital of Hebei Medical University

- 1 -

Confidential / 保密                                    GEHC V6.0 released Jan. 2013



CBMIE00089646

4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties, quarantine, loading and other expenses occurred during the customs clearance. Seller is not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

买方负责设备运至最终用户所在地的运输及保险费用。卖方不负责设备仓储及进口产生的其他税费，包括但不限于关税及报关、检验检疫、吊装与其他港杂货及税费。卖方不负责设备运至最终用户后的吊装、卸货及将设备运至安装地点的费用。

5. INSURANCE 保险：
To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方的名义投保一切险及战争险。

6. PAYMENT 付款方式：
6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 90 days before the scheduled shipment date;

于预定的装运口之前90日由买方开立并向卖方交付合同总价格100%的卖方为受益人的清洁的不可撤销的即期信用证；

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.

买方用于付款的资金将直接来源于买方自身并且由买方根据合同付款条件依约支付。买方认为在发货后没有必要进行任何后续的涉及卖方的融资安排。因而在发货后，双方不允许有诸如将付款人从买方变更为融资公司之类的有关付款人的变更。

7. DOCUMENTS 装船单据：
7.1 Seller shall present the following documents to the paying bank for negotiation of payment 卖方凭下列单据向付款银行议付货款：
(A) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract;载明合同规定的收货人且注明运费已付的空白背书的全套的清洁的多式联运提单；
(2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份；
(3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，注明合同编号及唛头；
(4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明单箱尺码、毛重及净重的装箱单五份；
(5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and
制造商或卖方出据的品质、数量及产地证明书各2份；及
(6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同"装运通知"条款所规定的由卖方发给买方的经核对的装运通知传真副本一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.

货物装运发送后，卖方应于48小时以内将合同编号、商品名称、数量、毛重、发票金额、船名/航班、开航/航班日期和目的地口岸以电报或电传或传真方式通知买方。

8. QUALITY GUARANTEE 质量保证：
8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.

卖方向买方保证，凡按本合同出售的货物，交货时将不存在任何材料、生产工艺缺陷和所有权方面的瑕疵，并将合货物在生产国发货之日有效的卖方货物规格。

8.2 The product warranty period (excluding other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.

设备保修期（不含其他耗材）为十二个月。该保修期从（1）设备发货日后第120天或（2）第一次临床使用之日起第30天起算，以



- 2 -

CBMIE00089647

先到为准。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或任何第三方违反了合同货物的操作保养维护规程，或者买方、最终用户或任何第三方对合同货物的构成、设计、功能等有任何变更，影响货物正常使用，卖方有权终止其保修义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他保修服务条款请见卖方与最终用户或代理商签订的销售协议。

9.  CLAIMS 索赔:

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在货到目的地口岸60天内如发现货物品质、规格和/或数量与合同规定不符时，除属于保险公司或船方责任外，买方有权凭国家质监检验检疫总局出具的检验证书向卖方要求换货或赔款，因此而增加的一切直接相关的合理费用（包括检验费、退货及换货运费、保险、仓储费及装卸费等）由卖方负责。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方因本合同而承担的责任在任何情况下均不得超过本合同相关产品的合同价格，卖方不承担任何间接或后果性损失(如利润或收益损失)。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方系受最终用户(或其他第三方)委托代为进口本合同项下货品，但本合同仍直接约束本合同买卖双方。如果买方未履行本合同项下义务，卖方有权追究买方的违约的责任。买方不得以其系接受委托代为进口货品为由主张其不应承担合同义务及相应的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为采购的非GE产品，卖方的合同义务限于根据本合同规定进行采购并且交货。非GE产品的产品质量、保修等事宜由该产品生产厂家负责。买方或最终用户在向生产厂家主张产品质量、保修等权利时，卖方将予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方均应自行向有关政府部门申请并获得履行本合同所必需的所有相关许可证明、执照及批准文件，并承担所有有相关费用。任何一方不对另一方拥有未能（及时）获得上述证照而造成的不利后果承担任何责任，且无责任一方有权就其因此受到的损失（如有）向负有责任一方追偿。

10.  INTELLECTUAL PROPERTY 知识产权:

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of the, product manual, Seller has not provided Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related



- 3 -

GEHC V6.0 released Jan. 2013

CBMIE00089648

to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

除依据产品说明书所列特定的目的和范围外，本合同并不意味着买方就与设备有关的知识产权对买方或其终用户及做出任何许可。合同设备的一切知识产权、包括但不限于卖方及设备厂家的名称、商标、专利、设备包装等均归属卖方及设备生产商所有。买方最终用户不得使用或模仿卖方商标、商号或产品包装，不得复制、出售、或出版卖方提供的软件及任何书面文件。

11. CONFIDENTIALITY 保密：

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

买卖双方对本合同与本合同有关的一切信息负有保密义务。未经另一方事先书面同意，任何一方不得将该信息的任何部分向任何第三方或社会公众披露。如最终用户或政府部门要求买方或卖方提供保密信息，该方应将此要求及时通知另一方。

12. FORCE MAJEURE 不可抗力：

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签字之后，由于不可抗力事故导致任何一方无法履行其合同义务(包括但不限于卖方交货延迟或不能交货)，该方无需为此承担迟的责任。卖方应在不可抗力事故发生后十四天内将事故原因通知买方，并将地方主管机关或生产商开出的事故证明书用航空邮寄给买方为证。尽管如此，在前述情况下，卖方仍有责任采取合理措施从速发运货物。如果事故持续超过十个星期，买方有权撤销本合同。

13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁：

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事项均适用中华人民共和国法律，与本合同有关的一切争议，双方须通过友好协商解决。双方如协商不能解决时，此争议应提交北京仲裁委员会，按照申请仲裁时该委员会现行有效的仲裁规则进行仲裁，仲裁在北京进行，仲裁语言为中文。仲裁委员会的裁决为终局裁判，对双方均有约束力，仲裁费用由败诉方负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国法律严禁使用医疗设备或其它技术手段鉴定胎儿的性别，医学上确有需要的除外。本合同所涉设备系超声设备(如有)，买方承诺并保证遵守上述法律法规的规定，仅将该设备用于合法的用途。

14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力：

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this contract shall be deemed to be invalid.

本合同自双方授权代表签字并加盖法人公章之日起生效，自双方合同义务履行完毕后失效，但第9至14条之效力不受本合同终止

— 4 —

Confidential / 保密                                        GEHC V6.0 released Jan. 2013

CBMlE00089649

间影响，有效期为本合同履行完毕后5年。本合同正本一式两份，由买卖双方各执一份，具有同等法律效力。本合同以中英文签署，两种文本文字含义发生冲突时，以中文为准。本合同以打印文本为准，任何手写增删和/或修改均视为无效。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同体现了买卖双方关于买方购买卖方货物所达成的全部合意，并取代双方此前达成或达成的任何书面或口头合同及意向。对本合同的任何修改，均应由双方协商并签署书面补充合同，补充合同的生效依照本合同第14.1条规定。任何未遵照本合同第14.1条签署盖章的书面文件均视为无效，对买卖双方均不具有约束力。

The Buyer 买方: (公章)
China National Building Materials and Equipment Import & Export
Corporation
中建材集团进出口公司

The Seller 卖方: (公章)
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT
(SHANG HAI) CO., LTD.
通用电气医疗系统贸易发展(上海)有限公司

Authorized Signatory 授权代表人签字:

Authorized Signatory 授权代表人签字:

Date 日期:

Date 日期:

注：本合同仅在卖方授权代表签字并且签章主体为"通用电气医疗系统贸易发展(上海)有限公司"后方可生效。
Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE Medical Systems Trade and Development (Shanghai) CO., LTD."

- 5 -

Confidential / 保密

GEHC V6.0 released Jan. 2013

CBMIE00089650

# CONTRACT 合同

Contract Number 合同编号: 14201001471

| The Buyer: | China National Building Materials and Equipment Import & Export Corporation |
| --- | --- |
| 买方（甲方）: | 中国建材装备进出口公司 |
| | INTERWEST BUSINESS CENTER, 9 SHOUTI SOUTH ROAD HAIDIAN DISTRICT BEIJING 100048, CHINA |
| Tel 电话: | 010-68796862          Fax 传真: | 010-68796700 |

| The Seller: | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD. |
| --- | --- |
| 卖方（乙方）: | 通用电气医疗系统贸易发展（上海）有限公司 |
| | BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131 |
| Tel 电话: | (021) 58692900          Fax 传真: | (021) 58692911 |

| End-user: | The First Affiliated Hospital of Zhengzhou University |
| --- | --- |
| 最终用户: | 郑州大学第一附属医院 |
| Tel 电话: | Fax 传真: |

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:

本合同签由买卖双方订立。买卖双方同意按照以下条款和条件，由买方向卖方售出以下商品：

1.  COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价：

| NO. | DESCRIPTION 品品名称 | QTY 数量 | UNIT PRICE 单价 | TOTAL PRICE 合计 |
| --- | --- | --- | --- | --- |
| 1 | 全身X射线计算机断层扫描系统 Computed Tomography System 型号:Discovery CT | ONE SET 壹台 | USD1,690,000.00 | USD1,690,000.00 (大写:壹佰陆拾玖万美元整) (CIP 郑州大学第一附属医院) |

2.  TOTAL CONTRACT PRICE 合同总价格: US DOLLARS ONE MILLION SIX HUNDRED NINETY THOUSAND ONLY 壹佰陆拾玖万美元整

3.  COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/ GE Medical Systems, LLC

4.  PACKING AND SHIPMENT 包装及装运:

4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation
适用于海运或空运及内陆运输的卖方标准出口包装。

4.2 SHIPPING MARKS 装运唛头:

   14201001471

   BEIJING, China

4.3 TIME OF SHIPMENT 装运期限: Within 60 days after receipt of clean irrevocable L/C in the amount 100% of the total contract price.
卖到买方开来的合同总价值的100%即清洁不可撤销信用证后60日内。

4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美国的主要装运口岸

4.5 PORT OF DESTINATION 目的口岸: Beijing Airport/北京机场

4.6 DESTINATION OF SHIPMENT 运输目的地: 郑州大学第一附属医院

4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the

- 1 -

Confidential / 保密                                        GEHC V6.0 released Jun. 2013

CBMIE00089677

storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties, quarantine, loading and other expenses occurred during the customs clearance. Seller is not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方负责设备在运送终止户所在地的装卸及保险费用。卖方不负责设备在进口产生的其他税费，包括但不限于关税及报关、检疫检疫、承装与其他清关费及杂税。卖方不供卖设备运至最终用户后的卸装及卖设备运至安装地点的费用。

5. INSURANCE 保险:

To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方的名义投保一切险及战争险。

6. PAYMENT 付款方式:

6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 60 days before the scheduled shipment date;

于预定的装运日之前60日由买方开立并向卖方交付合同总价格100%的卖方为受益人的清洁的不可撤销的即期信用证;

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.

买方用于付款的资金将直接来源于买方自身并且由买方根据合同付款条率来支付。另方认为在发货后设有必要进行任何后续的涉及卖方的融资安排。因而在货后，双方不允许有诸如将付款人从买方变更为融资公司之类的有关付款人的变更。

7. DOCUMENTS 装船单卖:

7.1 Seller shall present the following documents to the paying bank for negotiation of payment 卖方凭下列单据向付款银行议付货款:

    (1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract;载明合同规定的收货人且注明运费已付的空白背书的全套的清洁的多式装运提单;

    (2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份;

    (3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖单的发票五份，注明合同编号及唛头;

    (4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明单箱尺码、毛重及净重的装箱单五份;

    (5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方出据的品质、数量及产地证明书各2份; 及

    (6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同"装运通知"条款所规定的由卖方发给买方的经核对的传送运通知传真抄本一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.

货物发运送送后，卖方应于48小时以内将合同编号、货品名称、数量、毛重、发票金额、船名/航次、开航/航班日期和目的港口以电报或电传或传真方式通知买方。

8. QUALITY GUARANTEE 质量保证:

8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.

卖方向买方保证，凡按本合同出售的货物，其货物将不存在任何材料、生产工艺缺陷和所有权方面的缺安，并符合货物物生产国发货之日有效的卖方货物规格。

8.2 The product warranty period ( including CT tube, excluding other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.

设备保修期（含属机原零球管，不含其他耗材）为十二个月。保保修期从（1）设备发货日后第120天或（2）第一次临床使用之

- 2 -

CBMIE00089678

日起第30天起算, 以免罚为准。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或任何第三方违反了合同提供的随带指南所指引程序处理，或者买方、最终用户或任何第三方对合同货物的构成、设计、功能等作任何变更，因而影响货物的正常临床使用，卖方有权终止其保修责任。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他增值服务条款请见卖方与最终用户或终端间签订的销售协议。

## 9.  CLAIMS 索赔：

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在货到目的地港口后60天内发现货物规格、质量和/或数量与合同规定不符时，除属于保险公司或运输方负责外，买方有权凭国家质量监督检验检疫总局出具的检验证书向卖方索赔或索赔更换货物，因此而增加的一切直接相关的合理费用（包括检验费、退货及换货运费、保险、仓储费及卸卸费等）由卖方负责。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方因本合同所承担的责任在任何情况下均不得超过本合同相关产品的合同价格，卖方不负责任何间接或结果性损失（如利润损失或营利损失）。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方受最终用户（或最终用户或第三方）委托代办进口本合同项下货物，但本合同的法律约束仍适用于买卖双方。如果买方未能履行本合同项下义务，卖方有权追究买方的违约责任。买方不得以其受托代办为进口货物为由主张其不应承担合同义务及相应的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为采购的非GE产品，卖方仅负有义务按合同指示采购及交付货物。非GE产品的产品质量、保修等事宜由该产品生产厂家负责，买方或最终用户在向生产厂家主张产品质量、保修等索赔时，卖方予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits; and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方应向有关的政府主管部门申请并取得履行本合同所需的所有相关许可证明、执照及批准文件，并承担因此而发生的一切相关费用。任何一方不得以另一方因未能（及时）取得上述许可证明造成的不利后果而负任何责任，且无责任一方有权向取得不能而造成损失方（如有）向取得方索偿一方索偿。

## 10.  INTELLECTUAL PROPERTY 知识产权：

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of, the product manual, Seller has not provided Buyer or End-user any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks

- 3 -



CBMIE00089679

**114**

and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

时依据产品说明书所用到的任何相应例用等。未合同及其末终客户不得使用或复制本合同产权对买方或最终用户其致出合作可。合同设含的一切知识产权、包括但不限于买方及终端厂家的名称、商标、专利、设各急用等均以及其呈客生产销售行为。双方或最终用户不得使用或或或买方所用、转售或产品包装。任何复制、出售、现则展实买方所提供的软件及任何明何文件。

## 11. CONFIDENTIALITY 保密:

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

买卖双方对本合同相关本合同约定的一切信息负有保密义务。未经另一方事先书面同意，任何一方不得行或信息或向任何部分向任何第三方是设备公众流转。如本者用户政府部门要求买方或卖方应供保密信息，该方应及此尽水及时叙知另一方。

## 12. FORCE MAJEURE 不可抗力:

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any Force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签订之后，由于不可抗力原因导致任何一方无法履行其合同义务（包括但不限于货物交货及运输或或延交付，任方无需为此承担违约责任。卖方应立不可抗力事情发生后十四天内将可政府机关或生产商开出的事故证明书用航空邮寄寄买方以为凭证，及看如此，在前述情况下，卖方仍负责任采取有可靠措施从速致送货物。如果此表情持续超过十个周间，买方有权取消本合同。

## 13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁:

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事宜均由中华人民共和国国法律产。与本合同有关的一切争执，双方应通过友好协商解决。双方如不能协商解决时，此争议应提交北京仲裁委员会，依照申请仲裁时该委员会公布的仲裁规则进行仲裁。仲裁在北京理理，仲裁语为中文。种裁委员会的决议为终局局，对双方均约约束力。仲裁费用由败诉方负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国法律严禁使用用于诊设备或其它技术手段定胎儿的性别，因学上有需要的除外。本合同所涉设备超声波 (如有)，买方买诺并信遵遵守上规法规的规定，仅对该设备用于合法用途。

## 14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力:

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English, in the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and/or amendment in this contract shall be deemed to be invalid.

本合同自双方有权代表人签字并加盖公章之时双起生效。自双方全同双方履行完毕后终止，但第9项以本次实效方不足本合同终止

- 4 -

CBMIE00089680

同时唯，有效期为本合同履行完毕后5年。本合同正本一式两份，由买卖双方各执一份，具有同等法律效力。本合同以中英文誊写，两种文本文字含义发生冲突时，以中文为准。本合同打印文本为准，任何手写的涂改和或改动均视为无效。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同体现了是卖双方关于买方购买卖方货物所达成的全部合意，并取代双方此前达成或或达成的任何书面或口头合同及取向。对本合同的任何修改，须经由双方以间并签署书面补充合同，补充合同的生效同样本合同第14.1条规定。任何未按照本合同第14.1条签署的书面文存而视为无效，对买卖双方均不具有约束力。

The Buyer 买方：（公章）
China National Building Materials and Equipment Import & Export Corporation
中国新集团进出口公司

Authorized Signatory 授权代表人签名：

Date 日期：                          2014.11.18

The Seller 卖方：（公章）
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT
(SHANG HAI) CO., LTD.
通用电气医疗系统贸易发展（上海）有限公司

Authorized Signatory 授权代表人签字：

Date 日期：                          2014.11.21

注：本合同仅在买方读权代表签字并且盖章主体为"通用电气医疗系统贸易发展（上海）有限公司"后方可生效。

Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE Medical Systems Trade and Development (Shanghai) CO., LTD."

- 5 -

Confidential / 机密

GEHC-V6.0 released Jan 2013

CBMIE00089681

# 工 矿 产 品 购 销 合 同

供方：巨石集团有限公司　　　　　　　　　　合同编号：　14°22217-2

需方：中建材集团进出口公司　　　　　　　　签订时间：　2014年11月26日

一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 玻璃纤维无碱直接纱 | EDR-P无碱 1200Tex | 千克 | 36,600 | ￥4.90/千克 | ￥179,340.00 |
| 合计 | | | 36,600 | | ￥179,340.00 |
| 合计人民币金额：计壹拾柒万玖仟叁佰肆拾元整　（含17%的增值税） | | | | | |

二、交货时间与地点：2014年12月15日前于巨石集团有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 18369-2008 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：需方负责安排集装箱到供方工厂提货，供方负责装箱。

六、发货后60天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司　　　　　　　　供方：巨石集团有限公司
地址：北京市海淀区首体南路9号主语商务中心4号楼　地址：浙江桐乡经济开发区
20层
电话：(86-10)6879-6922　　　　　　　　　　　电话：0573-
传真：(010)68796948　　　　　　　　　　　　传真：0573-
法人代表：黄安中　　　　　　　　　　　　　　法人代表：张毓强
委托代理人：李晓冬　　　　　　　　　　　　　委托代理人：
签字盖章：　　　　　　　　　　　　　　　　　签字盖章：
开户行：工商银行北京　　　　　　　　　　　　开户行：
开户行账号：0200001409　　4107867　　　　　　开户行账号：　　　893
税务登记证号：11010810　　　　　　　　　　　税务登记证号：　　　0919X

CBMIE00089814

# CONTRACT 合 同

Contract Number 合同编号: 14201001460

The Buyer:     China National Building Materials and Equipment Import & Export Corporation

买方（甲方）：  中建材信息进出口公司

No. 1801, 18th Floor, Building 4, Interwest Business Centre, No.9, Shou Ti South Road Haidian District, Beijing

Tel 电话：     010-68796727/38          Fax 传真：     010-68796588

The Seller:    GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.

卖方（乙方）：  通用电气医疗系统贸易发展（上海）有限公司

BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131

Tel 电话：     (021) 58692500          Fax 传真：     (021) 58692911

End-user:      Inner Mongolia maternal and Child Health Hospital

最终用户：     内蒙古妇幼保健院

Tel 电话：                              Fax 传真：

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:

本合同经由买卖双方订立，买卖双方同意按照以下条款和条件，由卖方购进卖方售出以下产品。

1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价：

| NO. | DESCRIPTION 商品名称<br>（具体配置见附件）(Details listed in attachment) | QTY<br>数量 | UNIT PRICE<br>单价 | TOTAL PRICE<br>合计 |
|---|---|---|---|---|
| 1 | Mobile X-ray system (SFDA 产品名称：数字化移动式摄影X射线机, SFDA 注册型号：Optima XR220amx) | ONE SET<br>壹台 | USD120,000.00 | USD120,000.00<br>（大写：壹拾贰万美元整）<br>(CIP Inner Mongolia maternal<br>and Child Health Hospital Via<br>Beijing airport) |

2. TOTAL CONTRACT PRICE 合同总价格: US DOLLARS ONE HUNDRED TWENTY THOUSAND ONLY 壹拾贰万美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/GE Medical Systems, LLC

4. PACKING AND SHIPMENT 包装及装运：

4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation
适用于海运或空运或内陆运输的卖方标准出口包装。

4.2 SHIPPING MARKS 唛运唛头：
        14201001460
        BEIJING, China

4.3 TIME OF SHIPMENT 装运期限：Within 90 days after receipt of clean Irrevocable L/C in the amount 100% of the total contract price.
收到买方开来的合同总金额的100%清洁的不可撤销信用证后90日内。

4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美国的主要装运口岸

4.5 PORT OF DESTINATION 目的口岸: Beijing airport, China/北京机场

- 1 -

Confidential / 保密                                        GEHC V6.0 released Jan. 2013

CBMIE00089635

4.6 DESTINATION OF SHIPMENT 运输目的地: 内蒙古妇幼保健院 Inner Mongolia maternal and Child Health Hospital

4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the customs duties, quarantine, loading and other expenses occurred during the customs clearance. Seller is not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方负责运送设备到用户所在地的运输及保险费用。卖方不负责设备在港口产生的仓储费用，包括但不限于关税及报关、检验检疫、而且与其他清关费用税费。卖方不负责设备运至最终用户的卸载、卸货及将设备运送至安装地点的费用。

5. INSURANCE 保险:
To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以卖方的名义投保一切险及战争险。

6. PAYMENT 付款方式:
6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 90 days before the scheduled shipment date;

于预定出货期日之前90日向买方并以卖方为受益方支付合同总价值100%的卖方为受益人的清洁而不可撤销的即期信用证；

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.

买方用于付款的资金将直接源于买方自身并且由买方根据合同付款条件来支付。买方认为在发货后也无需进行任何涉及卖方的融资安排。因而在发货后，双方不允许后续如将付款人从买方更改为融资公司之类的付款人的变更。

7. DOCUMENTS 单据凭证:
7.1 Seller shall present the following documents to the paying bank for negotiation of payment 卖方将下列单据向付款银行议付提交:

(1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract; 注明运费已付的运费付的空白背书的全套的清洁的多式联运单；

(2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份；

(3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，注明出口编号及运单；

(4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明单箱尺码、毛重及净重的装箱单五份；

(5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方出据的品质、数量及产地证明书各2份；及

(6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同"装运通知"条款所规定的由卖方发送买方的经核对的传真副本一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.

货物装运发送后，卖方应于48小时以内通知合同编号、商品名称、数量、毛重、发票金额、船名/航班、开航/航班日期目的出运口岸以电报或传真传送给买方并通知买方。

8. QUALITY GUARANTEE 质量保证:
8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.

卖方向买方保证，凡按本合同出售的货物，交货时皆不存在任何材质、生产工艺瑕疵和所有权方面的瑕疵，并符合在货物在生产国交货之日有效的卖方货物规格。

8.2 The product warranty period (excluding other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.



- 2 -

GEHC V6.0 released Jan. 2013

CBMIE00089636

设备保修期（不含其他耗材）为十二个月，详细保修期从（1）设备到货日后第120天或（2）第一次安装使用之日起满30天届满，以先到为准。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或任何第三方违反了合同货物的操作维修程序处理，或合资方，最终用户或任何第三方对合同货物的构成、设计、功能等有任何变更，影响其正常的使用，卖方有权终止其保修义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他服务条款详见卖方与最终用户或其代理所签订的销售协议。

## 9. CLAIMS 索赔：

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

如果到目的地口岸60天内如货物规格质量和或数量与合同规定不符时，或由于保险公司或船务方负任外，买方可依据国家质量监督检验检疫总局所出具的检验证书的买方有权要求更换或赔偿。因此而增加的一切发生的有关的合同费用（包括检验费、退换货运费、保险、仓储及装卸费等）由卖方负责。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方因本合同所承担的责任在任何情况下均不得超过本合同相关产品受影响的合同价格。卖方不承担任何间接或后果性损失（如收入或收益损失等）。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方是受最终用户（或其他第三方）委托代为进口本合同项下货品，但本合同仍直接约束合同买卖双方。如果买方未能履行本合同项下义务，卖方有权追究买方的违约责任。买方不得以其系受委托代为进口货品为由主张其不应担当的义务及相应的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为购买的非GE产品，卖方的合同义务仅限于根据本合同规定进行采购并且交货。非GE产品之产品质量、维修等事项应由该产品生产厂家负责。买方或最终用户向此产品之原生产厂家主张产品质量、保修等权利时，卖方将予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方均应自行向有关部门申请并获得履行本合同所必需的所有相关许可证明、许可及批准文件，并承担因其相关费用。在因一方不对另一方而来损（其中厂家上未能获得导致的不利影响承担任何责任，且无责任一方有权就其所因此此类情况的损失（如有）向负责的另一方追偿。

## 10. INTELLECTUAL PROPERTY 知识产权：

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of, the product manual, Seller has not provided Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks

- 3 -

CBMIE00089637

and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

买卖两产品说明书所列十定合同目的和范围内，不会涉及并不意味着卖方是与设备有的知识产权以对买方系统使用户及保占在部许可。合同设备的一切知识产权，包括但不限于卖方及设备厂家的名称，品牌、专利、设备运输与的相关卖方及设备生产商所有。买方及终端用户不得使用或复制卖方的商标、译号或产品包装，不得复制、出售、或出卖卖方所提供的软件及任何书面文件。

11. CONFIDENTIALITY 保密:
Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

买卖双方对本合同所涉合同有关的一切信息负有保密义务。未经另一方事先书面同意，任何一方不得将与合同相关信息部分告任何第三方或社会公众披露，如该终用户或政府部门要求买方披露合同保密信息，应方应即负通知及时通知另一方。

12. FORCE MAJEURE 不可抗力:
Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签字之后，由于不可抗力事故导致任何一方无法履行约合同义务(包括但不限于货方交货或迟迟或不能交货)，该方无需为此承担其责任。发方应在不可抗力事故发生后十四天内将事故原因通知对方，并将地方主管机关或生产厂商出的事故证明书用航空邮寄给买方为证。在情况如此，对该情况下，买方仍有责任采取合理措施从速发送货物。如果事故持续超过十个星期，买方有权取消本合同。

13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁:
13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事宜均适用中华人民共和国法律，与本合同有关的一切争议，双方须通过友好协商解决，双方如协商不能解决时，此争议则提交北京仲裁委员会，按照申请仲裁委员会现行有效的仲裁规则进行仲裁。仲裁在北京进行，仲裁语言为中文。仲裁委员会的裁决为终局裁决，对双方均有约束力，仲裁费用由败诉方负担。
13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国法律禁止使用医疗设备或其它技术手段鉴定胎儿的性别，医学上需有明确的部分，大合同所涉设备需非超声波诊(若有)，买方承诺并保证遵守中国相关法律及规定，仅将相设备用于合法的用途。

14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力:
14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this contract shall be deemed to be invalid.

- 4 -

GEHC V6.0 released Jan. 2013

CBMIE00089638

本合同自双方委托代表签字并加盖法人公司之日起生效，当双方全面义务履行完毕后失效。但第9条和14条之效力不受本合同终止的限制。有效期为本合同履行完毕后5年。本合同正本一式两份，由买卖双方各执一份，具有同等法律效力。本合同以中英文书写，两种文本文字含义发生歧义时，以中文为准。本合同以打印文本为准，任何手写增删和或添加修改均为无效。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同包括了买卖双方关于买方购买卖方产品所达成的全部合意，并取代双方先前口头或或书面达成的任何书面或口头合同意向。对本合同的任何修改，均应由双方协商并签署书面补充合同。凡是未按照本合同第14.1条签订的任何未遵照本合同第14.1条签署的书面文件均视为无效，对买卖双方均不具约束力。

The Buyer 买方：(公章)
China National Building Materials and Equipment Import & Export
Corporation
中建材集团进出口公司

The Seller 卖方：(公章)
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT
(SHANG HAI) CO., LTD.
通用电气(医疗系统)贸易发展(上海)有限公司

Authorized Signatory 授权代表人签字：

Date 日期：                    2014·11·21

Authorized Signatory 授权代表人签字：

Date 日期：   2014. 12. 1.

注：本合同仅在卖方或双代表签字并且盖印盖章为"通用电气医疗系统贸易发展(上海)有限公司"后方可生效。
Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE Medical Systems Trade and Development (Shanghai) CO., LTD."

- 5 -

CBMIE00089639

# CONTRACT 合同

Contract Number 合同编号: 14201001508

| The Buyer:<br>买方（甲方）: | China National Building Materials and Equipment Import & Export Corporation<br>中建材集团进出口公司<br>Interwest Business Center, 9 Shouti South Road Haidian District, Beijing 100048, China |
|---|---|
| Tel 电话: | 010-68796262          Fax 传真:          010-68796867 |

| The Seller:<br>卖方（乙方）: | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.<br>通用电气医疗系统贸易发展（上海）有限公司<br>BUILDING 1, NO.56 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131 |
|---|---|
| Tel 电话: | (021) 58692900          Fax 传真:          (021) 58692911 |

| End-user:<br>最终用户: | THE FIRST AFFILIATED HOSPITAL OF GUANGXI MEDICAL UNIVERSITY<br>广西医科大学第一附属医院 |
|---|---|
| Tel 电话: | Fax 传真: |

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:

本合同由由买卖双方订立。其英汉双方同意按照以下条款和条件，由买方向卖方售出以下商品：

1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价:

| NO. | DESCRIPTION 商品名称 | QTY<br>数量 | UNIT PRICE<br>单价 | TOTAL PRICE<br>合计 |
|---|---|---|---|---|
| 1 | 产品名称（Name of Device）：电生理记录系统（Electrophysiology Recording System）：型号、规格（Model）：CardioLab | ONE SET<br>壹台 | USD86,500.00 | USD86,500.00<br>（大写：捌万陆仟伍佰美元整）<br>(CIP 广西医科大学第一附属医院) |

2. TOTAL CONTRACT PRICE 合同总价格: US DOLLARS EIGHTY SIX THOUSAND FIVE HUNDRED ONLY 捌万陆仟伍佰美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: GE Medical Systems, LLC/美国GE

4. PACKING AND SHIPMENT 包装及装运:
4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation

适用于海运或空运或陆运的远运海的卖方标准出口包装。

4.2 SHIPPING MARKS 运输唛头:

    14201001508

    Beijing, China

4.3 TIME OF SHIPMENT 装运期限: Within 60 days after receipt of clean Irrevocable L/C in the amount 100% of the total contract price.

收到买方开来的合同总价格的100%的不可撤销信用证后60日内。

4.4 PORT OF SHIPMENT 装运口岸: THE MAIN AIR PORT OF AMERICA/ 美国的主要航空口岸

4.5 PORT OF DESTINATION 目的口岸: BEIJING AIRPORT/北京机场

4.6 DESTINATION OF SHIPMENT 运输目的地: 广西医科大学第一附属医院（地址：广西南宁市青秀区双拥路6号）

– 1 –

CBMIE00089657

4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties, quarantine, loading, and other expenses occurred during the customs clearance. Seller is not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方负责从运抵最终用户所在地运输及保险费用。买方不负责设备在港口产生的有关税收，包括但不限于关税及报关、检验检疫、品库与其他通关费用及税款。卖方不负责设备未至最终用户的吊装、堆货及将设备运至实际地点的费用。

5.  INSURANCE 保险:
To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方的名义担保一切险及战争险。

6.  PAYMENT 付款方式:
6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 60 days before the scheduled shipment date;

于预定的装运日之前60日由买方开立并向卖方交付合同总价格100%的卖方为受益人的清洁的不可撤销的即期信用证;

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent change of the payer, such as from the Buyer to any financing company, are allowed.

买方用于付款的资金将直接来源于买方自身并且由买方依据付款条件支付。买方认为在装运后没有必要进行任何涉及到卖方的融资安排。因而在发货后，买方不允许有随付款人从买方变更为融资公司之类的付款人的变更。

7.  DOCUMENTS 装运单据:
7.1 Seller shall present the following documents to the paying bank for negotiation of payment 买方凭下列单据向付款银行议付货款:

(1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract; 说明运费已付空白背书注明合同指定收货人的多式联运提单;

(2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份;

(3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，注明合同编号及唛头;

(4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明体积尺码、毛重及净重的装箱单五份;

(5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方出具的品质、数量及产地证明书2份; 及

(6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同"装运通知"条款所规定的由卖方发给买方的装船对的装运通知的传真件一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.

货物装运发送后，卖方应于48小时以内向买方通知合同编号、商品名称、数量、毛重、货物金额、船名及航次、开航或航班日期以及进口岸以电报或电传或传真方式通知买方。

8.  QUALITY GUARANTEE 质量保证:
8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.

卖方向买方保证，凡依本合同出售的货物，交货时不存在任何材料、生产工艺瑕疵和所有权方面的瑕疵，并符合发货地生产国货发之日货发的货物货物规格。

8.2 The product warranty period (excluding other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.

售后保修期（不含其他耗材）为十二个月，保修期始于（1）货品使用日后120天以及（2）第一次临床使用之日起始后30天起，以

- 2 -

CBMIE00089658

**124**

先到告信。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或任何第三方违反了合同附的操作保修维护太册，或者买方、最终用户或任何第三方对合同商的设计、设计、功能等有任何变更，影响其正常使用，卖方有权终止保修义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他维修服务条款详见卖方与服终用户或代理商签订的销售协议。

9. CLAIMS 索赔:

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在到达目的地进口后的60天内如发现货物品质、规格和/或数量与合同规定不符合，除应由保险公司或船务方负责外，买方有权凭中国国家质量监督检验检疫总局出具的检验证明书向卖方提出索赔或更换要求。因此所发生的一切直接相关的合理费用（包括检验费、退货及换货运费、保险费、仓储及卸载费等）由卖方负责。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the effected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方得在本合同项下承担的责任在任何情况下将不得超过本合同相关产品的合同价格。卖方不得担任何间接或后果性损失（如利润或收入的损失等）。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方受最终用户(或其指定第三方)委托为进口本合同项下商品，但本合同仍约束的双方。如果买方未能履行合同项下义务，卖方有权就买方的违约行为向买方提出索赔，买方不得以其受托进口货品为由而违约不应承担合同义务及违反约定的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为购的非GE产品，卖方合合同义务仅为根据本合同规定进行采购并交付该产品。非GE产品的产品质量、保修等事宜由该产品生产厂家负责。买方或最终用户向该生产厂家提出产品质量、保修等索赔时，卖方将予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方均应自行向有关政府部门申请并获得履行本合同所必需的相关许可证明、执照及批准文件，并承担相关费用。任何一方不对另一方因未能（及时）获得上述证照而造成的不利后果承担任何责任，且无责任一方有权就因此遭受的损失（如有）向违约责任一方索赔。

10. INTELLECTUAL PROPERTY 知识产权:

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of, the product manual, Seller has not provided Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related

- 3 -

CBMIE00089659

to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

涉未此产品涉及向所指定的目的和范围外。本合同并不要味着对方或我备有关的知识产权对对方或使用用户及任何他任何许可。有同设备的一切知识产权。包括但不限于对方及设备厂商的名称，商标，专利，设备包装等均属卖方及设备生产商所有。买方或其他用户不得使用或修改对方商标、商号或产品包装，不得复制、出售、或出版卖方提供的软件及任何书面文件。

## 11. CONFIDENTIALITY 保密:

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

买卖双方对本合同与本合同有关的一切信息负有保密义务。未经另一方书面同意，任何一方不得披露相关的任何署其内容任何披露信息给第三方或社会公众披露。如是向用户或政府部门要求披露对方等保密信息，该方应向此要求及时通知另一方。

## 12. FORCE MAJEURE 不可抗力:

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签订之后，由于不可抗力而免除其任何一方无法履行其合同义务(包括但不限于提出货物运送或不能交货)，该方至言为此承担约责任。卖方应在不可对方事故发生之十四天内将事故原因通知买方，并向地方主管机关或生产商开出的事故证明书用空邮寄给卖方为凭、尽管如此，在前述情况下，卖方仍将对任何以合理措施从速完成货。如果事故持续超过十个星期，买方有权解消本合同。

## 13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁:

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事项的适用中华人民共和国法律。与本合同有关的一切争议，双方须通过友好协商解决。双方如协商不能解决时，此争议应提交北京仲裁委员会，按照申请仲裁时该委员会现行有效的仲裁规则进行仲裁。仲裁在北京进行，仲裁语言为中文。仲裁委员会的裁决为终局裁决，对双方均约约的效力，仲裁费用由败诉方承担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国法律严禁使用医疗设备或其它技术手段来鉴定胎儿的性别，医学上确有需要的除外。本合同所涉设备是超声设备(如有)，买方是确承诺遵守上述法律法规的规定，仅专将该设备用于合法的用途。

## 14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力:

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this contract shall be deemed to be invalid.

本合同当双方授权代表签字并加盖本人公章之日起生效，自双方全部义务履行完毕后失效，但第9至14 条之效力不变本合同终止

- 4 -

CBMIE00089660

四条明，有效期为本合同履行完毕后5年。本合同正本一式两份，由买卖双方各执一份，具有同等法律效力。本合同以中英文缮制，两种文本文字含义发生冲突时，以中文为准。本合同以打印文本为准，任何手写增删或修改均无效。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同包括了买卖双方关于买方向卖方买机所达成的全部合意，并代表双方此前达成或根据达成的任何书面或口头合意及意向。对本合同的任何修改，均应由双方协商并签署书面补充合同，并成合同的生效依据。本合同第14.1条规定。任何未遵照本合同第14.1条签署签章的书面文件均视无效，对买卖双方均不具有约束力。

The Buyer 买方：（公章）
China National Building Materials and Equipment Import & Export Corporation
中建材凯盛进出口公司

Authorized Signatory 授权代表人签字：

Date 日期：

The Seller 卖方：（公章）
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.
通用电气(医疗系统贸易发展(上海))有限公司

Authorized Signatory 授权代表人签字：

Date 日期：

注：本合同仅在买方授权代表签字并且加盖主体为"通用电气(医疗系统贸易发展(上海))有限公司"后方可生效。
Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE Medical Systems Trade and Development (Shanghai) CO., LTD."

- 5 -

GEHC V6.0 released Jan. 2013

CBMIE00089661



# 中建材集团进出口公司

CHINA NATIONAL BUILDING MATERIALS AND EQUIPMENT IMPORT & EXPORT CORPORATION

| To: | 中建材信息技术有限公司 | FM: | 中建材公司/鲁玥 |
|---|---|---|---|
| ATTN: | 纪岩 | OUR FAX: | 010－68796730 |
| FAX: | 010-68796588/68796700 | DATE: | 12/24/2014 |

## 收款通知单

我司代理贵司进口下述合同项下电子产品已经到货。根据贵我双方进口代理协议之规定，请将代理费

合同号：见附表

| 合同号： | 14197001569 | 金额： | $210,000.00 |
|---|---|---|---|
| PO号： | CYSO20141500458 | 供货厂商： | CALIENT Technologies, Inc. |

到货金额：　　　　　　　**US$210,000.00**

| | | | | |
|---|---|---|---|---|
| 1 | 关税： | ¥0.00 | 关税税率： | 0% |
| 2 | 增值税： | ¥222,036.72 | 增值税税率： | 17% |
| 3 | 货款： | | 暂定付汇率： | 6.1397 |
| 4 | 银行费： | | | |
| 5 | 国际运费： | | | |
| 6 | 报关杂费： | | | |
| 7 | 代理费： | ¥1,508.52 | | |

**合计应收** （不含代理费）　　　**¥222,036.72**

以上款项请付：
　　　公司名称：中建材集团进出口公司
　　　开户银行：工商银行北京分行
　　　银行帐号：0200000319201904497

祝
　　　商祺

　　　　　　　　　　　　　　　　　　　　　　　　中建材集团进出口公司
　　　　　　　　　　　　　　　　　　　　　　　　12/24/2014

地址：北京市海淀区首体南路9号主语商务中心4号楼2025房间

ADD: Interwest Business Center, 9 Shouti South Road Haidian District, Bei jing 100044 ,China

Tel: 0086-10-68796863, Fax:0086-10-68796865/68796867

## PURCHASING CONTRACT

Contract No. : **14197001569**
Date: **2014年12月19日**
PO NO : **CYSO20141500458**

| | |
|---|---|
| 买方: | 中建材集团进出口公司 |
| The Buyer: | China National Building Materials and Equipment Imp. & Exp. Corp. |
| Add: | Interwest Business Center, 9 Shouti South Road Haidian District, Bei jing 100048 ,China |
| Tel: | |

| | |
|---|---|
| 卖方: | |
| The Seller: | CALIENT Technologies, Inc. |
| Add: | |
| Tel : | |

| | |
|---|---|
| 最终用户: | 北京汇通融业网络系统技术有限公司 |
| The Enduser: | |
| Add: | |
| Tel: | |

鉴于，最终用户委托买方向卖方采购本合同项下产品，买方接受最终用户的委托代为办理本合同项下全部货物的采购章夏，包括但不限于进口、清关、开证、付汇、物流等相关事宜。本合同项下相关信息（包括但不限于设备描述、设备配置、规格型号、产品数量、配置清单）均由最终用户指定并确保所提供信息的真实性和准确性，如因此产生任何遗或纠纷均由最终用户承担，与卖方无关。

兹经三方同意，由卖方代理最终用户的出趣，卖方出售下列货物(以下简称"进口货物")，并按下列条款签订本合同：

the buyer accept the appointment and agrees to deal with all the purchasing dstails under this contract whereof including but not limited import, customs clearance, LC issuing, forex payment ,logistics etc.the end user assigned the certain parts of the goods including but not limited device discription, device configuration, specification, quantity, product list. The end user must ensure the authenticity and the accuracy of the information mentioned above.   the end user undertakes  all the relative consequences and/or liabilities, dispute if any arised from has nothing to do with the buyer

This Contract is made by and among three relevant parties (the Buyer, the Seller and the End-user), whereby it is agreed that the Buyer acting as an agent of the Customer purchases and the Seller supplies the under-mentioned merchandise (hereinafter referred to as "Import Merchandise") according

一、进口货物品名、规格、数量、单价和总价：（详见附表）
Name of Import Merchandise, Specification, Quantity, Unit Price and Sub total:   (See as per attachment)

| No. | Name of commodity | Spec. | Qty (sets) | Unit price (USD) | Sub total (USD) |
|---|---|---|---|---|---|
| 1 | 光子交换机 | CT-S320-2S-LU0-48TR-00-00 | 2 | 105,000.00 | 210,000.00 |
| **TOTAL** | | | | | 210,000.00 |

Total contract price:      US$210,000.00

| | | | |
|---|---|---|---|
| 二、包装方式: | 出口标准包装 | 六、价格条款: | FOB 美国/墨西哥/加拿大/和任意 亚洲国家空港 |
| Package: | Standard Package for Export | Price Basis:FOB U.S.A./MEXICO/CANADA AND/OR ANY ASIA AIRPORT | |
| 三、交货期: | 不迟于 | 2015年12月31日 | 七、运费: | 由买方负责 |
| Time of Shipment: | not later than | December 31, 2015 | Freight: | Covered by the Buyer |
| 四、装运港: | 美国/墨西哥/加拿大/和任意 亚洲国家空港 | 八、保险费: | 由买方负责 |
| Port of Loading:U.S.A./MEXICO/CANADA AND/OR ANY ASIA AIRPORT | | Insurance: Covered by the Buyer | |
| 五、到货港: | 北京机场，中国 | 九、付款方式: | 买方只有在收到客户支付的相应人民币货款和付款指 |
| Port of destination: Beijing Airport/China | | 令后二个工作日之内向卖方以t汇方式支付美元货款。 | |

**Payment Term:**Payment shall be made by T/T in USD after delivery by the Buyer to the Seller within two (2) working days only upon the receipt by the Buyer from the End-user of the payment of the corresponding amount in RMB and the payment instruction for each shipment received by the Buyer.

十、单据:
Documentation:
1 全套清洁正本海运/空运提单，注明收货人为买方并注明"运费到付"。
Full set of clean on board Bill of lading/Airway Bill made out to the Buyer marked "freight Collect".
2. 三份正本发票注明卖方为受益人；
Original Invoices in three (3) copies with the Seller as Beneficiary;
3. 三份正本装箱单。
Original Packing List in three (3) copies.

十一、换货、返修条款:
Replacement and maintenance:
1. 到达口岸后60天之内,如果买方/客户在货物开箱后发现破损或无法正常使用,
卖方应根据商检报告(若此货物为法定检验检疫检货物则出具CCIQ商检报告;
:Provided that the buyer/customer finds goods are broken or can not be used properly after unpacking within 60 days after arriving the destination port, the seller shall replace with congeneric goods for free according to the inspection report (statutory inspection and quarantine goods shall be issued the CCIQ inspection report; non-statutory inspection and quarantine goods shall be issued the CCIC inspection report).
2.关于自货物到进之日起提供一年使用保证期,在买卖双方内,如果货物在正常使用状态下出现故障,
卖方将维修或替换货物(若此货物为法定检验检疫检货物则出具CCIQ商检报告;
若此货物为非法定检验检疫检疫商物则出具CCIC商检报告为免费的维修或更换该货物。如在保修期之外, 则需加收维修费。
The seller shall guarantee goods with one-year's use since the import day. Provided that goods are broken down under regular service state during the guarantee period, the seller agrees to repair or replace the broken goods for free according to the inspection report (statutory inspection and quarantine goods shall be issued the CCIQ inspection report; non-statutory inspection and quarantine goods shall be issued the CCIC inspection report). In case that the guarantee period is expired, there shall be the repair fee.
十二、本合同适用于中国法律。合同各方同意合同产生的纠纷将在中国北京由中国国际经济贸易仲裁委员会按照其仲裁规则进行最终裁决
This Contract shall be governed by Chinese laws. All parties agree that any dispute arising under this Contract shall be finally settled through arbitration by China International Economic & Trade Arbitration Commission in Beijing, China uder its arbitra

本合同一式三份，三方各执一份为证。本合同以中英文签署，各种文本文义具有同等法律效力，以中文为准。
This Contract is made in three original copies, one copy to be held by each party in witness thereof.This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail.

The Buyer:                           The Enduser:                           The Seller:

China National Building Materials and     北京汇通融业网络系统技术有限公司                    CALIENT Technologies, Inc.
Equipment Imp. & Exp.  Corp.

合同编号： 14201001655
POP# 20141225050

# CONTRACT 合 同

| The Buyer: | China National Building Materials and Equipment Import & Export Corporation |
| 买方（甲方）: | 中建材集团进出口公司 |
| | Interwest Business Center, 9 Shouti South Road Haidian District, Beijing 100048, China |
| | |
| Tel 电话: | 010-68796862          Fax 传真:      010-68796867 |
| | |
| The Seller: | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD. |
| 卖方（乙方）: | 通用电气医疗系统贸易发展（上海）有限公司 |
| | Building 1, No.96 Yiwei Road, Wai Gao Qiao Free Trade Zone, Shanghai 200131, China |
| Tel 电话: | (021) 58692900          Fax 传真:      (021) 58692911 |
| | |
| End-user: | The First Affiliated Hospital of Zhengzhou University |
| 最终用户: | 郑州大学第一附属医院 |
| | |
| Tel 电话: | Fox 传真: |

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:
本合同由买卖双方订立。买卖双方同意按照以下条款和条件，由买方向卖方购买以下商品：

## 1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价:

| NO. | DESCRIPTION<br>(详情见附件)<br>(Details listed in attachment) | QTY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 1 | 产品名称: 超声诊断仪（Diagnostic Ultrasound Scanner）; 产品规格: LOGIQ E9 | 1 | USD 151368 | USD 151368.00<br>(大写: 美金壹拾伍万壹仟叁佰陆拾捌圆整)<br>(CIP The First Affiliated Hospital of Zhengzhou University via Beijing airport) |

## 2. TOTAL CONTRACT PRICE 合同总价格: USD 151368.00

## 3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/GE

## 4. PACKING AND SHIPMENT 包装及装运:

4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation
适用于海运或空运或内陆运输的卖方标准出口包装

4.2 SHIPPING MARKS 装运唛头: 14201001655/BEIJING, CHINA

4.3 TIME OF SHIPMENT 装运期限: Within 45 days after receipt of clean irrevocable L/C or T/T in the amount of 100% of the total contract price. 收到买方开立的全部总价格的 100 %清洁的不可撤销信用证或电汇后45日内。

4.4 PORT OF SHIPMENT 装运口岸: THE MAIN SEA/AIR PORT OF America

4.5 PORT OF DESTINATION 目的口岸: 北京．

4.6 DESTINATION OF SHIPMENT 运输目的地: 郑州大学第一附属医院

4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's designated site, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties.
卖方负责设备运至医院指定地点的运输及保险费用。卖方不负责设备在港口及进口产生的其他费用，包括但不限于关税及报关、换捆储存、商检以及其他税杂费及税费。

## 5. INSURANCE 保险: To be covered by Seller on behalf of Buyer against all Risks and war Risks. 卖方负责以买方的名义投保一切险及战争险。

## 6. PAYMENT 付款方式:

6.1 Buyer shall pay [100]% of the contract price by receipt of clean irrevocable L/C or T/T in favor of Seller and to be opened and delivered to Seller 45 days before the scheduled shipment date;
预定的装运日之前45日，由买方开立并向卖方交付合同总价格[100]%的以买方为受益人的清洁的不可撤销信用证或电汇。

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.
买方用于付款的资金来源根据来源于买方自身并且由买方根据合同付款条件来支付。另方认为在货款发后没有必要进

- 1 -

CBMIE00089771

合同编号：14201001655
POP# 20141225050

于任何后续价款及卖方的融资安排。同时在提货后，双方不允许有增加或引出款人以其为需要公司之类的有关付款人的更改。

**7. DOCUMENTS 单据条款：**

7.1  Seller shall present the following documents to the paying bank for negotiation of payment:
卖方凭下列单据向付款银行议付货款：

(1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract;
载明合同指定的收货人且注明运费已付的空白背书的全套清洁的多式联运提单；

(2) Insurance Policy / Certificate in one original and one duplicate;
保险单一式两份；

(3) 5 copies of the stamped invoice, indicating contract number, shipping mark;
已盖章的发票五份，注明合同编号及唛头；

(4) 5 copies of the packing list, indicating measurement, gross and net weight of each package;
注明单件尺码、毛重及净重的装箱单五份；

(5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and
制造商或卖方出具的质量、数量及产地证明书各2份；

(6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract.
符合本合同"装运通知"条款所规定的由卖方发给买方的附认的装船通知传真副本一份。

7.2  Shipping Advice 装船通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel and port of destination.
货物装船发运后，卖方应于48小时内将合同编号、商品名称、数量、毛重、发票金额、船名、开航日期和目的地口岸以电报或传真的方式通知买方。

**8. QUALITY GUARANTEE 质量保证：**

8.1  Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.
卖方向买方保证，凡该本合同出售的货物，无瑕疵将不存在任何材料、生产工艺缺陷和所有权方面的瑕疵，并符合装船在生产国货物之日有效的卖方货物规格。

8.2  The product warranty period (exclude CT tube and other consumables) for each product is 24 months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 180 days after the date of shipment of the product. The first 12-month warranty is standard. The detail for the rest period of warranty is the console and C1-5-D, ML6-15-D, M5S-D these probes.
每台设备保修期（不含球管和其他耗材）为24个月。该保修期从（1）设备首次启用后第180天或（2）第一次临床使用之日起第30天这两天较早的为准。前十二个月为标准保修期。余下保修期的保修具体细节包括：
(1)主机和一个普通探头(C1-5-D)及二个探头(ML6-15-D+M5S-D)属头保修如一年保修。

8.3  If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth.
如果买方、最终用户或任何第三方违反了合同货物的操作或维修步骤规则。最终用户或任何第三方对合同货物的构成、设计、功能等任何更改，属正常使用，卖方有权终止其保修义务。

8.4  Additional service terms are included in the sales agreement entered into between End-User and Seller.
其他服务项条款在最终买方与最终用户间代理签订的销售协议。

**9. CLAIMS 索赔：**

9.1  If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.
在货物到目的地口岸60天内，如商品规格、质量和/或数量与合同规定不相符，除由于保险公司或运方责任外，买方有权凭国家质量监督检验检疫局出具的检验证书要求退换或赔偿，因此而增加的一切有关相关的合理费用（包括检验费、退货及换货运费、保险、仓储费及卸货费等）由卖方负担。

9.2  In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).
卖方在本合同项下的赔偿责任在任何情况下均不得超过本合同相关产品的合同价值。卖方不承担任何间接损失或结果损失（如利润损失等损失）。

9.3  Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.
尽管买方系受最终用户（或其他第三方）的委托代为进口本合同项下货品，但本合同相应条款对买卖双方有约束力。如果买方未履行本合同项下义务，卖方有权追究买方的违约责任，买方不得以其系受其他委托方为由主张其不应承担合同义务及违约责任的责任。

- 2 -

CBMIE00089772

合同编号：14201001655
POP# 20141225050

9.4  With respect to goods not manufactured by Seller which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by Seller, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为订购的非GE产品的产品，卖方的合同义务仅限于根据本合同规定进行采购和交付货物。非GE产品的产品的产品质量、维护等事宜由原产品生产厂家负责。买方或最终用户向生产厂家主张产品质量、维修等权利时，卖方将予以协助。

9.5  Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方均应自行向有关政府部门申请并获得履行本合同所需的所有相关许可证明、执照及批准文件，并承担所有相关费用。任何一方不对另一方因未能（及时）获得上述证照而造成的不利后果承担任何责任，且无责任一方有权就其因此受到的损失（如有）向有责任一方索赔。

## 10. INTELLECTUAL PROPERTY 知识产权

Except for normal use in accordance with the purposes specified in, and within the scope of the, product manual, Seller has not provided Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

除依据产品说明书所列明的目的和范围外，本合同并不免除卖方给予设备有关的知识产权对买方或最终用户的使用任何许可。合同设备的一切知识产权，包括但不限于卖方及设备厂家的名称、商标、专利、设备包装等归卖方及设备生产商所有，买方或最终用户不得使用或模仿卖方商标、商号或产品包装，不得复制、出售、或出版卖方提供的软件及任何书面文件。

## 11. CONFIDENTIALITY 保密

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

买卖双方对本合同有关的一切信息负有保密义务。未经另一方事先书面同意，任何一方不得将信息的任何部分向任何第三方或社会公众披露。如需终用户或政府部门要求买方或卖方提供保密信息，该方应将此要求及时通知另一方。

## 12. FORCE MAJEURE 不可抗力

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签订之后，由于不可抗力事故导致任何一方无法履行其合同义务（包括但不限于其交货延迟或不能交货），该方无需为此承担赔偿责任。卖方应立即将不可抗力事故发生后十四天内向买方邮寄原因证明通知买方，并凭事故发生地政府主管部门或制造厂商出具的事故证明作为证据寄给买方接受。尽管如此，在这些情况下，卖方仍有责任采取合理措施从速发运货物。如果不可抗力持续超过十个星期，买方有权取消本合同。

## 13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事项均适用中华人民共和国法律。与本合同有关的一切争议，双方应通过友好协商解决。双方如协商不能解决时，应申请提交北京仲裁委员会，按照申请仲裁时该仲裁委员会现行有效的仲裁规则进行仲裁。仲裁在北京进行，仲裁语言为中文。仲裁委员会的裁决为终局裁决，对双方均有约束力。仲裁费用由败诉方负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound devices sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes. Buyer shall not re-sell any ultrasound equipment, directly or through any third party, to any end user that does not meet the mandatory prerequisites for purchasing ultrasound equipment; at the time of resale, Buyer shall cause the end user to covenant on the lawful use of ultrasound equipment.

中国法律禁止使用医疗设备或其他技术手段鉴定胎儿的性别，除非上确有需要的除外。本合同所涉设备系属超声

CBMIE00089773

**133**

合同编号: 14261001653
POP# 20141225050

**14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力:**

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall retain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this contract shall be deemed to be invalid.
本合同自双方授权代表签字并加盖法人公章之日起生效，自双方合同义务履行完毕后失效，但第9项至14条之效力不受本合同终止的影响，有效期为本合同履行完毕后5年。本合同正本一式两份，由买卖双方各执一份，具有同等法律效力。本合同以中英文签署，两种文本文字含义发生冲突时，以中文为准。本合同以打印文本为准，任何手写增删和/或修改均视为无效。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.
本合同体现了买卖双方关于买方向卖方购货物所达成的全部合意，并取代双方在此前达成或据以达成的任何书面或口头合意或意向。未本合同的任何修改，均应由双方协商并签署书面补充合同，补充合同的生效日期以本合同第14.1条判定。任何未遵照本合同第14.1条签署盖章的书面文件均视为无效，对买卖双方均不具有约束力。

The Buyer 买方: (公章)                          The Seller 卖方: (公章)
China National Building Materials and Equipment Import &        GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT
Export Corporation                              (SHANG HAI) CO., LTD.
中建材集团进出口公司                              通用电气医疗采购集团发展(上海)有限公司

Authorized Signatory签字授权人                   Authorized Signatory授权代表人签字

Date 日期: 2014年12月 日                          Date 日期: 2014年12月25日

注：本合同仅在卖方授权代表签字并且盖章后并成为"通用电气医疗系统贸易发展(上海)有限公司"后方可生效。

Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE Medical Systems Trade and Development (Shanghai) CO., LTD."

- 4 -

Confidential

CBMIE00089774

合同编号： 14201001655
PO#20141225050

配置清单：

| NO. | Quantity | Description |
|---|---|---|
| 1 | 1 | C1-5-D Convex Transducer |
| 2 | 1 | ML6-15-D Matrix Linear Transducer |
| 3 | 1 | M5S-D Single Chrystal Active Matrix Array Probe |
| 4 | 1 | Contrast Option Package |
| 5 | 1 | Elastography Quantification |
| 6 | 1 | LE9 Onboard Scan Convertr |
| 7 | 1 | LOGIQ E9 Clinic China - BT13 |





Confidential

GEHC MR disclosed Jan 2016
Dealer contract

CBMIE00089775

# 工 矿 产 品 购 销 合 同

供方：　振石集团恒石纤维基业有限公司　　　　　　合同编号：　15822001

需方：　中建材集团进出口公司　　　　　　　　　　签订时间：　2015年1月12日

## 一、产品名称，规格型号、数量和金额

| 产品名称 | 规格型号 | 单位 | 数量 | 单价 | 总金额 |
|---|---|---|---|---|---|
| 玻璃纤维缝编织物 | LTM无碱 1200G/300G X 1346mm | 千克 | 19656 | 9.50元/千克 | 186,732.00元 |
| 合计： | | | 19,656 | | 186,732.00元 |
| 合计人民币金额：壹拾捌万陆仟柒佰叁拾贰元整　（含17%的增值税） | | | | | |

二、交货时间与地点：2015年2月10日前于振石集团恒石纤维基业有限公司交货。

三、包装方式：中性包装，符合出口标准。包装费用由供方负担。产品和包装材料上不能包含供方的任何信息。

四、质量要求标准：产品质量必须符合国标GB/T 25040-2010 合格品的质量标准，无次品。严格按照订货计划和生产要求生产。如因货物质量问题外商提出索赔，需方将代表供方对外交涉，但确因质量所引起的经济损失，将由供方负责。

五、运输方式：需方负责安排集装箱到供方工厂提货，供方负责装箱。

六、发货后30天需方以电汇或承兑汇票方式支付全部货款。供方须在发货同时向需方提供产品检验合格证书，并提供增值税发票。

七、解决合同纠纷的方式：双方协商解决；解决不成的任何一方均可向北京市人民法院起诉。

八、本合同签订后即具有法律约束力，有效期一年。

九、传真件与正本具有同等的法律效力。

需方：中建材集团进出口公司
地址：北京市海淀区首体南路9号主语商务中心4号楼20层
电话：(010)68796922
传真：(010)68796948
法人代表：黄安中
委托代理人：李晓冬
签字盖章：
开户行：工商银行北京市百万庄支行
开户行账号：0200001409004107867
税务登记证号：110108102052389

供方：振石集团恒石纤维基业有限公司
地址：桐乡市经济开发区广运南路1号
电话：0573-88108661
传真：0573-88110456
法人代表：张健侃
委托代理人：蒋丽英
签字盖章：
开户行：桐乡市农行开发区分理处
开户行账号：37080104001003
税务登记证号：

CBMIE00089816

合约编号：                                                      正 本
Contract:  4ABUS2302           售 货 合 约

日期：                            SALES CONTRACT
Date:    2015.2.15

买方：        INWELD CORP.    3962 Portland Street, Coplay, Pennsylvania   18037 USA
Buyers:

卖 方：      CHINA NATIONAL BUILDING MATERIALS & EQUIPEMNT IMPORT & EXPORT CORPORATION
Sellers:     NO. 11, SAN LI HE LOAD,  BEIJING, CHINA
             双方同意按下列条款由买方购进卖方售出下列商品
The Buyers agree to buy and the Sellers agree to sell the following goods on terms and conditions as set
forth below:

| (1)货物名称及规格，包装及装运唛头<br>Name of Commodity and Specifications<br>Packing and Shipping Marks | 数量<br>Quantity | 单价<br>Unit Price | 总价<br>Total Amount |
|---|---|---|---|
| **CARBON ROD**<br><br>SIZE: 305MM<br><br>PACKING: IN CARTON | FOB SHANGHAI<br><br>536KGS | USD3.830 | USD2053.00 |

(Shipment quantity 5 %more or less allowed

(5)装运期限：
  Time of Shipment: 2014.4

(6)装运口岸：                                    (7)目的口岸：NEW YORK,USA
  Ports of Loading: SHANGHAI                     Port of Destination:

(8)保险:投保                                     险,由      按发票金额110%投保。
  Insurance:  Covering:          Risks for 110% of invoice value to be effected by the_____
(9)付款条件
  Terms of Payment:    T./T.


        The Buyer:                                The Seller:

CBMIE00089858



# 中建材集团进出口公司

CHINA NATIONAL BUILDING MATERIALS AND EQUIPMENT IMPORT & EXPORT CORPORATION

| To: | 中建材信息技术有限公司 | FM: | 中建材公司/鲁玥 |
|---|---|---|---|
| ATTN: | 纪岩 | OUR FAX: | 68796730 |
| FAX: | 010-68796588/68796700 | DATE: | 3/4/2015 |

## 收款通知单

我司代理贵司进口下述合同项下电子产品已经到货。根据贵我双方进口代理协议之规定，请将代理费

合同号：见附表

合同号：15196000191  金额：$123,004.75

PO号：CYSO20151500123  供货厂商：Palo Alto Networks, Inc

到货金额：  US$123,004.75

| 1 | 关税： | | 关税税率： | 0% |
|---|---|---|---|---|
| 2 | 增值税 | ¥128,245.98 | 增值税税率： | 17% |
| 3 | 货款 | | 暂定付汇汇率： | 6.133 |
| 4 | 银行费： | | | |
| 5 | 国际运费： | | | |
| 6 | 报关杂费： | | | |
| 7 | 代理费： | ¥882.63 | | |

**合计应收**  （不含代理费）    **¥128,245.98**

以上款项请付：

公司名称：中建材集团进出口公司

开户银行：工商银行北京分行

银行帐号：0200000319201904497

祝

商祺

中建材集团进出口公司

3/4/2015

---

地址：北京市海淀区首体南路9号主语商务中心4号楼2025房间

ADD: Interwest Business Center, 9 Shouti South Road Haidian District, Bei jing 100044 ,China

Tel: 0086-10-68796863, Fax:0086-10-68796865/68796867

## PURCHASING CONTRACT

Contract No.: 15196090191
Date: 2015年3月4日
PO NO: CYSO2015150O123

买方:　中建材集团进出口公司
**The Buyer:**　**China National Building Materials and Equipment Imp. & Exp. Corp.**
Add:　Interwest Business Center, 9 Shouti South Road Haidian District, Bei jing 100048 ,China
Tel:　(86.10) 68796259

卖方:
**The Seller:**　Palo Alto Networks, Inc
Add:
Fax:

最终用户:　信诺瑞得（北京）科技有限公司
**The Enduser**
Add:
Tel:

签订。最终用户委托买方向实方采购本合同项下产品。买方接受最终用户的委托代为办理本合同项下全部货物的采购事宜，包括但不限于进口、清关、开证、付汇、物流等相关事宜。本合同项下相关设备（包括但不限于设备细件、设备配置、规格型号、产品数量、配置清单）均由最终用户指定并确保所提供信息的真实性和准确性。如因此产生任何问题或纠纷均由最终用户承担，与买方无关。
经经三方商定，由买方代理最终用户的购进。本合同项下货物（以下简称"进口货物"），并按下列各项条款之合同。
The buyer accept the appointment and agrees to deal with all the purchasing details under this contract whereof including but not limited import, customs clearance, LC issuing, forex payment ,logistics etc.the end user assigned the certain parts of the goods including but not limited device discription, device configuration, specification, quantity, product list. The end user must ensure the authenticity and the accuracy of the information mentioned above.    the end user undertakes   all the relative consequences and/or liabilities, disputs if any arised from has nothing to do with the buyer .
This Contract is made by and among three relevant parties (the Buyer, the Seller and the End-user), whereby it is agreed that the Buyer acting as an agent of the Customer purchases and the Seller supplies the under-mentioned merchandise (hereinafter referred to as "Import Merchandise") according to the terms and conditions stipulated below:

一、进口货物品名、规格、数量、单价和总价：（详见附页）
Name of Import Merchandise, Specification, Quantity, Unit Price and Sub total:　(See as per attachment)

| No. | Name of commodity | Spec. | Qty (sets) | Unit price (USD) | Sub total (USD) |
|---|---|---|---|---|---|
| 1 | 防火墙 (用途:防止网络病毒入侵 品牌:PaloAlto 通讯方式:其他有线数字) | PAN-PA-3020 | 12 | $9,148.74 | $109,784.88 |
| 2 | 防火墙 (用途:防止网络病毒入侵 品牌:PaloAlto 通讯方式:其他有线数字) | PAN-PA-500 | 3 | $4,396.26 | $13,188.79 |
| 3 | 模块(用途:数据传输 品牌:PaloAlto) | PAN-SFP-SX | 6 | $5.18 | $31.08 |
| TOTAL | | | | | 123,004.75 |

Total contract price:　　US$123,004.75

二、包装方式: 出口标准包装
**Package:** Standard Package for Export
三、交货期: 不迟于　　2015年12月31日
**Time of Shipment:  not later than**　　December 31, 2015
四、装运港: 美国/墨西哥/加拿大/和/亚 洲的国家空港
**Port of Loading:**U.S.A./MEXICO/CANADA AND/OR ANY ASIA AIRPORT
五、目的港: 北京机场，中国
**Port of destination:** Beijing Airport/China

六、价格条款：CIF北京
**Price Basis:**CIF Beijing
七、运费：由卖方负责
**Freight:**  Covered by the Seller
八、保险费：由实方负责
**Insurance:** Covered by the Seller

九、付款方式：仅例得买方只有在收到客方支付的相应人民币货款和付款指令后二二个工作日之内向卖方支付表完货款。
Payment Term: Subsequent to the delivery of the Import Merchandise pursuant to the Contract, payment shall be made by T/T in US Dollars  by the Buyer to the Seller within two (2) working day only upon the receipt by the Buyer from the Customer of the payment of the corresponding amount in RMB and the payment instruction for each

十、单据：
**Documentation:**
1.全套清洁正本海运/空运提单，注明收货人为买方并注明"运费预付";
Full set of clean on board Bill of lading/Airway Bill made out to the Buyer marked "freight Prepaid";
2.三份正本商业发票以买方为抬头人;
Original Invoices in three (3) copies with the Seller as Beneficiary;
3.三份正本装箱单。
Original Packing List in three (3) copies.

十一、换货、退换各条款:
**Replacement and maintenance:**
1.到达口岸后60天之内,如果买方客户在货物开箱后发现破损或无法正常使用,
买方应根据商检报告书(若此货物为法定检验检疫性货物)出具CCIQ商检报告;
,Provided that the buyer/customer finds goods are broken or can not be used properly after unpacking within 60 days after arriving the destination port, the seller shall replace with componente goods for free according to the inspection report (statutory inspection and quarantine goods shall be issued the CCIQ inspection report; non-statutory inspection and quarantine goods shall be issued the CCIC inspection report).
2.卖方自卖货物出门之日起提供一年的用保证期, 在质保期之内, 如果货物在正常使用状态下出现故障,
买方可依据商检报告书(若此货物为法定检验检疫性货物)出具CCIQ商检报告;
若维修时间在该公司设维修修许的期的内且符合CCIC标准将为免费维修,在质保期限以外 则采取收费维修。
The seller shall guarantee quality with one-year's use age since the import day. Provided that goods are broken down under regular service state during the guarantee period, the seller agrees to repair or replace the broken goods for free according to the inspection report (statutory inspection and quarantine goods shall be issued the CCIQ inspection report; non-statutory inspection and quarantine goods shall be issued the CCIC inspection report).
In case that the guarantee period is expired, there shall be the repair fee.
十二、本合同受中国法律管辖。合同各方对由合同产生的任何纷争在中国北京由中国国际经济贸易仲裁委员会按照其仲裁规则进行终局裁决
This Contract shall be governed by Chinese laws. All parties agree that any dispute arising under this Contract shall be finally settled through arbitration by China International Economic & Trade Arbitration Commission in Beijing, China under its arbitra
本合同一式三份，三方各执一份为据。本合同以中英文两种文字签署 。两种文字发生歧义时，以中文为准。
This Contract is made out in three original copies, one copy to be held by each party in witness thereof.This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail.

**The Buyer:**　　　　　　　　　**The Enduser**　　　　　　　　　**The Seller:**
**China National Building Materials and**　信诺瑞得（北京）科技有限公司　　　Palo Alto Networks, Inc
**Equipment Imp. & Exp. Corp.**

**139**



# 中建材集团进出口公司

CHINA NATIONAL BUILDING MATERIALS AND EQUIPMENT IMPORT & EXPORT CORPORATION

| To: | 中建材信息技术有限公司 | FM: | 中建材公司/鲁玥 |
|---|---|---|---|
| ATTN: | 纪岩 | OUR FAX: | 68796730 |
| FAX: | 010-68796588/68796700 | DATE: | 3/4/2015 |

## 收款通知单

我司代理贵司进口下述合同项下电子产品已经到货。根据贵我双方进口代理协议之规定，请将代理费

合同号：见附表

| 合同号： | **15196000197** | 金额： | **$47,160.50** |
|---|---|---|---|
| PO号： | **CYSO20151500125** | 供货厂商： | **Palo Alto Networks, Inc** |

到货金额：     **US$47,160.50**

| | | | | |
|---|---|---|---|---|
| 1 | 关税： | | 关税税率： | 0% |
| 2 | 增值税 | ¥49,170.01 | 增值税税率： | 17% |
| 3 | 货款 | | 暂定付汇汇率： | 6.133 |
| 4 | 银行费： | | | |
| 5 | 国际运费： | | | |
| 6 | 报关杂费： | | | |
| 7 | 代理费： | ¥338.41 | | |

**合计应收**   (不含代理费)     **¥49,170.01**

以上款项请付:

公司名称：中建材集团进出口公司
开户银行：工商银行北京分行
银行帐号：0200000319201904497

祝

商祺

中建材集团进出口公司
3/4/2015

地址：北京市海淀区首体南路9号主语商务中心4号楼2025房间

ADD: Interwest Business Center, 9 Shouti South Road Haidian District, Bei jing 100044 ,China

Tel:0086-10-68796865, Fax:0086-10-68796865/68796867

## PURCHASING CONTRACT

Contract No.: 15196000197
Date: 2015年3月4日
PO NO: CYSO2015150025

买方: 中建材集团进出口公司
**The Buyer:** China National Building Materials and Equipment Imp. & Exp. Corp.
Add: Interwest Business Center, 9 Shouti South Road Haidian District, Bei jing 100048 ,China
Tel: (86.10) 68796259

卖方:
**The Seller:** Palo Alto Networks, Inc
Add:
Fax:

最终用户: 信诺瑞得(北京)科技有限公司
**The Enduser**
Add:
Tel:

鉴于,最终用户委托买方向卖方采购本合同项下产品,买方接受最终用户的委托代为办理本合同项下全部货物的采购事宜,包括但不限于进口、清关、开证、收汇、物流等相关事宜,本合同项下有关设备(包括但不限于设备描述、设备配置、送货型号、产品数量、配置清单)均由最终用户自定并向卖方确认其真实性和准确性,如因此产生任何问题或纠纷由最终用户承担,与买方无关。

兹经本合同三方同意,由买方代理最终用户向卖方,双方(买方)向卖方(包括下面称"进口货物")、并按下列条款签署本合同。
the buyer accept the appointment and agrees to deal with all the purchasing details under this contract whereof including but not limited import, customs clearance, LC issuing, forex payment ,logistics etc.the end user assigned the certain parts of the goods including but not limited device discription, device configuration, specification, quantity, product list. The end user must ensure the authenticity and the accuracy of the information mentioned above. the end user undertakes all the relative consequences and/or liabilities, dispute if any arised from has nothing to do with the buyer .
This Contract is made by and among three relevant parties (the Buyer, the Seller and the End-user), whereby it is agreed that the Buyer acting as an agent of the Customer purchases and the Seller supplies the under-mentioned merchandise (hereinafter referred to as "Import Merchandise") according to the terms and conditions stipulated below:)

一、进口货物品名、规格、数量、单价和总计:(详见附件)
Name of Import Merchandise, Specification, Quantity, Unit Price and Sub total:  (See as per attachment)

| No. | Name of commodity | Spec. | Qty (sets) | Unit price (USD) | Sub total (USD) |
|---|---|---|---|---|---|
| 1 | 防火墙<br>(用途:防止网络病毒入侵<br>品牌:PaloAlto牌<br>通过方式:非格证书知室) | PAN-PA-3020 | 1 | $18,640.00 | $18,640.00 |
| 2 | 防火墙<br>(用途:防止网络病毒入侵<br>品牌:PaloAlto牌<br>通过方式:非格证书知室) | PAN-PA-3050 | 1 | $26,895.50 | $26,895.50 |
| 3 | 防火墙<br>(用途:防止网络病毒入侵<br>品牌:PaloAlto牌<br>通过方式:非格证书知室) | PAN-PA-200 | 1 | $1,625.00 | $1,625.00 |
| TOTAL | | | | | 47,160.50 |

Total contract price:     US$47,160.50

二、包装方式: 出口标准包装
**Package:**  Standard Package for Export

三、交货期: 不迟于      2015年12月31日
**Time of Shipment:**   not later than     December 31, 2015

四、装运港: 美国/墨西哥/加拿大/和任意 亚洲国家空港
**Port of Loading:**U.S.A./MEXICO/CANADA AND/OR ANY ASIA AIRPORT

五、到货港: 北京机场、中国
**Port of destination:** Beijing Airport/China

六、价格条款: CIF北京
Price Basis:CIF Beijing

七、运费: 由卖方负责
**Freight:**  Covered by the Seller

八、保险费: 由卖方负责
**Insurance:** Covered by the Seller

九、付款方式: 货到后买方尽有在收到客户支付的相应人民币货款和付款指令后二个工作日之内向卖方支付货款美元。
Payment Term: Subsequent to the delivery of the Import Merchandise pursuant to the Contract, payment shall be made by T/T in US Dollars  by the Buyer to the Seller within two (2) working day only upon the receipt by the Buyer from the Customer of the payment of the corresponding amount in RMB and the payment instruction for each

十、单据:
**Documentation:**
1.全套洁洁正本海运/空运提单据,注明收货人为买方并注明"运费预付";
Full set of clean on board Bill of lading/Airway Bill made out to the Buyer marked "Freight Prepaid";
2 三份正本商业发票以卖方为受益人;
Original Invoices in three (3) copies with the Seller as Beneficiary;
3 三份正本装箱单。
Original Packing List in three (3) copies.

十一、换货、退换条款:
**Replacement and maintenance:**
1. 到达口岸后由卖方之且如果买方客户在货物开箱后发现破损或无法正常使用,
卖方应根据检验报告(若此货物为法定检验检疫货物则由CCIQ商检报告;
;Provided that the buyer/customer finds goods are broken or can not be used properly after unpacking within 60 days after arriving the destination port, the seller shall replace with components goods for free according to the inspection report (statutory inspection and quarantine goods shall be issued the CCIQ inspection report; non-statutory inspection and quarantine goods shall be issued the CCIC inspection report)
2.卖方应自货物送达之且起提供一开证明保证期。在保证期之内,如果货物在正常使用状态下出现故障,
双方可根据商检报告(若此货物为法定检验检疫货物则由CCIC商检或由检货物则由CCIC商检报告;
;非法检货物则由卖方非法检检验检疫货物由CCIC商检报告)免费维修或换货。如非保证期少部分,则需加付相关费用。
The seller shall guarantee goods with one-year's use age since the import day. Provided that goods are broken down under regular service state during the guarantee period, the seller agrees to repair or replace the broken goods for free according to the inspection report (statutory inspection and quarantine goods shall be issued the CCIQ inspection report; non-statutory inspection and quarantine goods shall be issued the CCIC inspection report).
在保证期满后,卖方仍负责维修,维修费用另议。
In case that the guarantee period is expired, there shall be the repair fee .
十二、本合同适用于中国法律。合同各方同意就本合同项下的纠纷经过协商不成中国北京由中国国际经济贸易仲裁委员会依其仲裁规则进行最终裁决
This Contract shall be governed by Chinese laws. All parties agree that any dispute arising under this Contract shall be finally settled through arbitration by China International Economic & Trade Arbitration Commission in Bejing, China under its arbitra

本合同一式三份。三方各执一份为据。本合同以中英文签署,两种文本文字含义发生冲突时,以中文为准。
This Contract is made out in three original copies, one copy to be held by each party in witness thereof.This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail.

| The Buyer:<br>China National Building Materials and Equipment Imp. & Exp. Corp. | The Enduser<br>信诺瑞得(北京)科技有限公司 | The Seller:<br>Palo Alto Networks, Inc |
|---|---|---|



# 中建材集团进出口公司

CHINA NATIONAL BUILDING MATERIALS AND EQUIPMENT IMPORT & EXPORT CORPORATION

| To： | 中建材信息技术有限公司 | FM： | 中建材公司/鲁玥 |
|---|---|---|---|
| ATTN： | 纪岩 | OUR FAX： | 010－68796730 |
| FAX： | 010－68796588/68796700 | DATE： | 4/2/2015 |

## 收款通知单

我司代理费司进口下述合同项下电子产品已经到货。根据费我双方进口代理协议之规定，请将代理费

合同号：见附表

| 合同号： | 15197000264 | 金额： | $110,000.00 |
|---|---|---|---|
| PO号： | CYSO20151500154 | 供货厂商： | CALIENT Technologies, Inc. |

到货金额：　　　　　　US$110,000.00

| | | | | |
|---|---|---|---|---|
| 1 | 关税： | ¥0.00 | 关税税率： | 0% |
| 2 | 增值税： | ¥116,606.15 | 增值税税率： | 17% |
| 3 | 货款： | | 暂定付汇汇率： | 6.1556 |
| 4 | 银行费： | | | |
| 5 | 国际运费： | | | |
| 6 | 报关杂费： | | | |
| 7 | 代理费： | ¥792.23 | | |

**合计应收**　（不含代理费）　　　**¥116,606.15**

以上款项请付：
公司名称：中建材集团进出口公司
开户银行：工商银行北京分行
银行帐号：0200000319201904497

祝

商祺

中建材集团进出口公司
4/2/2015

地址：北京市海淀区首体南路9号主语商务中心4号楼2025房间
ADD: Interwest Business Center, 9 Shouti South Road Haidian District, Bei jing 100044 ,China
Tel: 0086-10-68796863, Fax:0086-10-68796865/68796867

## PURCHASING CONTRACT

Contract No : **15197000264**
Date: **2015年3月17日**
PO NO: **CYSO20151500154**
IIT-BII-20150206001

买方: **中建材集团进出口公司**
The Buyer: **China National Building Materials and Equipment Imp. & Exp. Corp.**
Add: Interwest Business Center, 9 Shouti South Road Haidian District, Bei jing 100048 ,China
Tel:

卖方:
The Seller: **CALIENT Technologies, Inc.**
Add:
Tel :

最终用户: **北京汇通融业网络系统技术有限公司**
The Enduser:
Add:
Tel:

鉴于, 最终用户委托买方向卖方采购本合同项下产品, 买方接受最终用户的委托代为办理本合同项下全部货物的采购事宜, 包括但不限于进口、清关、开证、付汇、物流等相关事宜。本合同项下相关信息（包括但不限于设备描述、设备配置、规格型号、产品数量、配置清单）均由最终用户指定并确保所提供信息的真实性和准确性, 如因此产生任何问题或纠纷均由最终用户承担, 与买方无关。

兹经三方同意, 由买方代理最终用户购进, 卖方出售下列货物(以下简称"进口货物"), 并按下列条款签订本合同:
the buyer accept the appointment and agrees to deal with all the purchasing details under this contract whereof including but not limited import, customs clearance, LC issuing, forex payment ,logistics etc.the end user assigned the certain parts of the goods including but not limited device discription, device configuration, specification, quantity, product list. The end user must ensure the authenticity and the accuracy of the information mentioned above.   the end user undertakes  all the relative consequences and/or liabilities, dispute if any arised from has nothing to do with the buyer

This Contract is made by and among three relevant parties (the Buyer, the Seller and the End-user), whereby it is agreed that the Buyer acting as an agent of the Customer purchases and the Seller supplies the under-mentioned merchandise (hereinafter referred to as "Imort Merchandise") according

一、 进口货物品名、规格、数量、单价和总价: (详见附表)
Name of Imort Merchandise, Specification, Quantity, Unit Price and Sub total: (See as attachment)

| No. | Name of commodity | Spec. | Qty (sets) | Unit price (USD) | Sub total (USD) |
|-----|-------------------|-------|-----------|------------------|------------------|
| 1 | 光子交换机 | CT-S320-2S-LU0-48TR-00-00 | 1 | 110,000.00 | 110,000.00 |
| | TOTAL | | | | 110,000.00 |

Total  contract price:        **US$110,000.00**

二、 包装方式: 出口标准包装
Package:  Standard Package for Export
三、 交货期: 不迟于              2015年12月31日
Time of Shipment:   not later than          December 31, 2015
四、 装运港:  美国/墨西哥/加拿大/和任意 亚洲国家空港
Port of Loading:U.S.A./MEXICO/CANADA AND/OR ANY  ASIA AIRPORT
五、 到货港: 北京机场, 中国
Port of destination: Beijing Airport/China

六、 价格条款: FOB 美国/墨西哥/加拿大/和任意 亚洲国家空港
Price Basis:FOB U.S.A./MEXICO/CANADA AND/OR ANY  ASIA AIRPORT
七、 运费:  由买方负责
Freight:  Covered by the Buyer
八、 保险费: 由买方负责
Insurance: Covered by the Buyer

九、 付款方式: 买方只有在收到客户支付的相应人民币货款和付款指令后二个工作日之内由卖方以电汇方式支付美元货款。
Payment Term:Payment shall be made by T/T in USD after delivery by the Buyer to the Seller within two (2) working days upon the receipt by the Buyer from the End-user of the payment of the corresponding amount in RMB and the payment instruction for each shipment received by the Buyer.

十、 单据:
Documentation:
1 全套清洁正本海运/空运提单, 注明收货人为买方并空明"运费到付"。
Full set of clean on board Bill of lading/Airway Bill made out to the Buyer marked "freight Collect".
2. 三份正本发票标明卖方为受益人;
Original Invoices in three (3) copies with the Seller as Beneficiary;
3. 三份正本装箱单。
Original Packing List in three (3) copies.

十一、 换货、返保条款:
Replacement and maintenance:
1. 到达口岸60天之内,如果买方/客户在货物开箱后发现破损或无法正常使用,
卖方应根据商检报告(若此货物为法定检验检疫检查则出具CCIQ商检报告);
;Provided that the buyer/customer finds goods are broken or can not be used properly after unpacking within 60 days after arriving the destination port, the seller shall replace with congeneric goods for free according to the inspection report (statutory inspection and quarantine goods shall be issued the CCIQ inspection report; non-statutory inspection and quarantine goods shall be issued the CCIC inspection report).
2.卖方应自货物进口之日起提供一年使用保证期, 在保证期之内, 如果货物在正常使用状态下出现故障,
卖方应当根据商检报告(若此货物为法定检验检疫检查则出具CCIQ商检报告;
若此货物为非法定检验检疫检查则出具CCIC商检报告)免费维修或更换该货物。如在保修期之内, 则需加收维修费用。
The seller shall guarantee goods with one-year's use age since the import day. Provided that goods are broken down under regular service state during the guarantee period, the seller agrees to repair or replace the broken goods for free according to the inspection report (statutory inspection and quarantine goods shall be issued the CCIQ inspection report; non-statutory inspection and quarantine goods shall be issued the CCIC inspection report). In case that the guarantee period is expired, there shall be the repair cost.
十二、 本合同适用于中国法律。合同双方同意合同所产生的纠纷将在中国北京由中国国际经济贸易仲裁委员会按照其仲裁规则进行最终裁决。
This Contract shall be governed by Chinese laws. All parties agree that any dispute arising under this Contract shall be finally settled through arbitration by China International Economic & Trade Arbitration Commission in Beijing, China under its arbitra
本合同一式三份, 三方各执一份为凭。合同以中英文撰写, 当两种文本文义发生冲突时, 以中文为准。
This Contract is made out in three original copies, one copy to be held by each party in witness thereof. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail.

The Buyer:
China National Building Materials and
Equipment Imp. & Exp. Corp.

The Enduser:
北京汇通融业网络系统技术有限公司

The Seller:
CALIENT Technologies, Inc.

# CONTRACT 合同

Contract Number 合同编号: 15201000269

| The Buyer: 买方（甲方）: | China National Building Materials and Equipment Import & Export Corporation |
|---|---|
| | 中建材集团进出口公司 |
| | No. 1801, 18th Floor, Building 4, Interwest Business Centre, No.9, Shou Ti South Road Haidian District, Beijing |
| Tel 电话: | 86-10-68796727 | Fax 传真: |

| The Seller: 卖方（乙方）: | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD. |
|---|---|
| | 通用电气医疗系统贸易发展（上海）有限公司 |
| | BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA. 200131 |
| Tel 电话: | (021) 58492900 | Fax 传真: | (021) 58492911 |

| End-user: 最终用户: | Qinhuangdao First Hospital |
|---|---|
| | 秦皇岛市第一医院 |
| Tel 电话: | | Fax 传真: |

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:

本合同由买卖双方订立，买卖双方同意按照以下条款和条件，由买方向卖方购买以下产品：

1. COMMODITY, SPECIFICATIONS, QUANTITY AND UNIT PRICE 商品名称、数量、单价:

| NO. 序号 | DESCRIPTION 商品名称 （具体配置见附件）(Details listed in attachment) | QTY 数量 | UNIT PRICE 单价 | TOTAL PRICE 合计 |
|---|---|---|---|---|
| 1 | 产品名称 (Name of Device)：电生理及血流动力学记录系统 (Electrophysiology and Hemodynamic Recording System)；型号、规格 (Model)：ComboLab | ONE SET 壹台 | USD80,000.00 | USD80,000.00 （捌万美元整）(CIP Qinhuangdao First Hospital) |

2. TOTAL CONTRACT PRICE 合同总价格: US DOLLARS EIGHTY THOUSAND ONLY 捌万美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/GE

4. PACKING AND SHIPMENT 包装及运送:
4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation
适用于海运或空运的长距离的卖方标准出口包装.
4.2 SHIPPING MARKS 装运唛头:
15201000269
Beijing, China
4.3 TIME OF SHIPMENT 装运期限: Within 90 days after receipt of clean irrevocable L/C in the amount 100% of the total contract price. 收到买方开立的合同总价格的100%金额的不可撤销信用证后90日内.
4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美国的主要空运口岸
4.5 PORT OF DESTINATION 目的口岸: Beijing Airport, China/中国北京机场
4.6 DESTINATION OF SHIPMENT 运输目的地: 秦皇岛市第一医院/Qinhuangdao First Hospital

- 1 -

CBMIE00089707

4.7 The Seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties, quarantine, loading and other expenses occurred during the customs clearance. Seller is not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方仅负责送设备运至最终用户所在地的运输及保险费用。卖方不负责设备至港口产生的仓储费用，包括但不限于关税及报关、检验检疫、吊装与其他清关费用及税款，卖方不负责设备运至最终用户所需的吊装、卸装及将设备运至安装场地所产生的费用。

5. INSURANCE 保险:

To be covered by Seller on behalf of Buyer against all Risks and war Risks. 由卖方代为以买方的名义投保一切险及战争险。

6. PAYMENT 付款方式:

6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 90 days before the scheduled shipment date;

于预定的装货日之前90日由买方开立并向卖方交付合同总价的100%以卖方为受益人的光清即期不可撤销的即期信用证;

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.

买方用于付款的资金将直接来源于买方自身并且由买方自根据合同约定支付给卖方。买方认为在装货后没有必要进行任何的融资及其他方面的安排。因而在任货后，双方不允许有诸如将付款方从买方变更为融资公司之类的对付款人的变更。

7. DOCUMENTS 装运单据:

7.1 Seller shall present the following documents to the paying bank for negotiation of payment: 卖方在下列单据向付款银行议付货款:

    (1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract; 注明合同预运费付费已付的的空白背书的通知合同指定的收货人的多式联运单据;

    (2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份的;

    (3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，注明合同编号及装运;

    (4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明每件尺寸、毛重及净重的装箱单五份;

    (5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and 制造商或卖方出具的品质、数量及产地证明书各2份; 及

    (6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract. 符合本合同"装运通知"条款所规定的由卖方发给买方的传真件的盖过章的副本一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and selling date of the carrying vessel or date of flight with flight No. and port of destination.

货物发运后，卖方应于48小时内以传真形式告知合同编号、商品名称、数量、毛重、货物金额、船名航次、开航或起运日期和货物的出口港以电传或电话告知买方式通知买方。

8. QUALITY GUARANTEE 质量保证:

8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.

卖方向买方保证，凡其在合同出售的货物，交货时将不存在任何材料、生产工艺瑕疵和所有权方面的瑕疵，并将符合货物在生产国交货之日有效的卖方货物规格。

8.2 The product warranty period (excluding other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.

该产品保修期（不包含其他耗材）为十二个月。该保修期从（1）设备实际使用日起第120天或（2）第一次临床使用之日起第30天起算，以

- 2 -

GEHC V6.0 released Jan. 2013

CBMIE00089708

先的义务。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、最终用户或任何第三方违反了合同货物随附技术文件的规程，或者买方、最终用户或任何第三方对合同货物的构造、设计、功能等做任何更改，影响其设备的正常使用，则卖方有权终止其保修义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他保修服务条款均由卖方与最终用户或代理商签订的销售协议。

9. CLAIMS 索赔：

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

在货物运抵的港口后60天内如发现货物规格、质量和/或数量与合同规定不相符，除属于保险公司或运输公司责任外，买方可以凭依据中国人民共和国国家质量监督检验检疫总局出具的检验证书向卖方提出换货或索赔，因此而发生的一切直接相关的合理费用（包括检验费、退货及换货运费、保险、仓储装卸费等）由卖方负担。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方根据本合同所承担的全部责任在任何情况下将不得超过本合同项下受合同影响产品的合同价格。买方不承担任何间接或附带性损失（如利润或收益损失）。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方是受最终用户（或实际进口第三方）的委托方进口本合同下货品，但本合同仍然具有约束合同双方，如果双方未能履行本合同项下义务，而另方有权向另方要求其违约责任，一方不得以其是接受委托执行进口货品为由而免除其应担合同义务及相应的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户需要委托方代为采购的非GE产品，卖方的合同义务是将根据本合同交货并且交货。非GE产品的产品质量、维修等等由原厂产品生产厂家负责。买方或最终使用方的生产厂家由该产品质量，卖方将积极协助，卖方有责协助卖方。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related or its arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方应向各自有关政府部门申请并取得履行合同所必需的有关许可证明、批准及批准文件，并承担所有相关费用。任何一方不对另一方因未能（及时）获得上述证照造成的不利后果承担任何责任，且无责任一方有权就其因此造成的损失（如有）向负有责任一方索偿。

10. INTELLECTUAL PROPERTY 知识产权：

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of, the product manual, Seller has not provided Buyer or End-user any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-user shall not use or copy any patents, trademarks or product names related

- 3 -

GEHC V6.0 released Jan. 2013

CBMIE00089709

to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

除非提产品通用中所列约定的自助 如应许可，本合同并不影响任何一方或任何实现买方或卖方对任何其他或使用用户及监合任何许可。合同设备的一切制许可，这设备尽对最许买方及设备厂商的监视。请求、令利。设备包装与约用提买方及设备生产厂的专利。买方或双号用户不存使用明或获买方或任意。售号商产品包装，不得制例、曲密、顺创藏买方展供销或设及任何书面公示。

## 11. CONFIDENTIALITY 保密:

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

双号双方对本本合同与本合同有关的一切信息负有保密义务。未经另一方书面同意，任何一方不得将保保该信息等级部分向任何三方或域社会公众披露。如任给用户或政府部门要求买方或卖方提供保密信息，该方应事先要求及时通知另一方。

## 12. FORCE MAJEURE 不可抗力:

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签字之后，由于不可抗力事项事故任何一方无法履行其合同义务(包括但不限于发方交货运连及不能完变更)，该方应免从未拖延的责任。发方应在不可抗力事故发生后十民地内将情事故影开通知买方，并将地方生产机关发出产了两开的合事故证明文件对应邮给该方已复为证。尽管如此，在前述情况下，发方仍付责任长发合同用据从各变运货物。如果事项持续超出超过十个星期，买方应有权取消合同。

## 13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁:

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切事项及履行中华人民共和国法律，与本合同有关的一切争议，双方应通过友好协商解决。双方如协商不能达成时，此事此提交北京仲裁委员会，按照争请仲裁时该所会现行有效的仲裁规则进行仲裁。仲裁在北京进行，仲裁语言为中文，仲裁员会会所作决决为终局终计，对双方均具约约有效力。仲裁费用由败诉方负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国法律禁止使用医疗器械或其它技术手段鉴定胎儿的性别。医疗上有需要外，本合同所涉及器是超声波设备 (如有)，买方承诺将严格遵守上述法律法规的规定，仅将该设备用于合法的目的。

## 14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力:

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this contract shall be deemed to be invalid.

本合同自双方授权代表签字并盖双方法人公章之日起生效，自双方完全义务全履行完毕后失失效，但第9至第14 条之适力不受本合同终止此

- 4 -

能□□，信息期为本合同履行完毕后5年。本合同正本一式两份，由买卖双方各执一份，具有□□□□效力。本合同以中□文□□，□□□□□文字含义发生□□□时，以□文为准，□合同以□□文本为准，□合同争□□□□□□□□□□为完文。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written instalment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同体现了买卖双方关于卖方向买方供货所达成的全部合意，其取代双方此□达成双□达成的任何□面或口头□□。□□本合同的任何□□，均应由双方□□并签署书面□□合同，补充合同应经依□本合同第14.1□规定。任何未□据本合同第14.1□签署的书面文件□□□无效，对买卖双方均不具□约的□□。

The Buyer 买方：(公章)
China National Building Materials and Equipment Import & Export Corporation
中建材□□进出口公司

Authorized Signatory 授权代表人签字：

Date 日期：                2015 . 3 . 26

The Seller 卖方：(公章)
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.
□□电气医疗系□贸易发展 (上海) 有限公司

Authorized Signatory 授权代表人签字：

Date 日期：     2015 . 3 . 26

注：本合同仅在经授权代表签字并盖章□件为"□□电气医疗□系□贸易发展 (上海) 有限公司"后方可生效。

Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE Medical Systems Trade and Development (Shanghai) CO., LTD."

- 5 -

CBMIE00089711

# CONTRACT 合同

Contract Number 合同编号: 15201000268

| The Buyer: | China National Building Materials and Equipment Import & Export Corporation |
|---|---|
| 买方（甲方）: | 中建材进出口公司 |
| | No. 1801, 18th Floor, Building 4, Interwest Business Centre, No.9, Shou Ti South Road Haidian District, Beijing |
| Tel电话: | 86-10-68796727    Fax传真: |

| The Seller: | GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD. |
|---|---|
| 卖方（乙方）: | 通用电气医疗系统贸易发展（上海）有限公司 |
| | BUILDING 1, NO.96 YIWEI ROAD, WAI GAO QIAO FREE TRADE ZONE, SHANGHAI, CHINA, 200131 |
| Tel电话: | (021) 58892900    Fax传真: (021) 58892911 |

| End-user: | Qinhuangdao First Hospital |
|---|---|
| 最终用户: | 秦皇岛市第一医院 |
| Tel电话: | Fax传真: |

This Contract is made by and between Buyer and Seller, whereby Buyer agrees to buy and Seller agrees to sell the products listed below according to the terms and conditions stipulated herein:

本合同由买卖双方同意按照以下条款和条件，由买方购进卖方出售以下商品:

1. COMMODITY, SPECIFICATION, QUANTITY AND UNIT PRICE 商品名称、数量、单价:

| NO. | DESCRIPTION 商品名称<br>（具体细则见附件）（Details listed in attachment） | QTY<br>数量 | UNIT PRICE<br>单价 | TOTAL PRICE<br>合计 |
|---|---|---|---|---|
| 1 | 产品名称（Name of Device）：血流动力学记录系统（Hemodynamic Recording System）、型号、规格（Model）：Mac-Lab | ONE SET<br>一台 | USD45,000.00 | USD45,000.00<br>（大写:肆万伍仟伍佰元整）<br>(CIP Qinhuangdao First Hospital) |

2. TOTAL CONTRACT PRICE 合同总价格: US DOLLARS FORTY FIVE THOUSAND ONLY 肆万伍仟美元整

3. COUNTRY OF ORIGIN AND MANUFACTURER 产地及厂商: America/美

4. PACKING AND SHIPMENT 包装和装运:
4.1 Seller's standard export packing suitable for long distance ocean/air/inland transportation
适用于海运/空运/陆运的卖方标准出口包装。
4.2 SHIPPING MARKS 装运唛头:
    15201000268
    Beijing, China
4.3 TIME OF SHIPMENT 装运期限: Within 90 days after receipt of clean irrevocable L/C in the amount 100% of the total contract price.
收到买方开出的合同总价格的100%清洁的不可撤销信用证后90日内。
4.4 PORT OF SHIPMENT 装运口岸: THE MAIN Air PORT OF America/ 美国的主要航空运口岸
4.5 PORT OF DESTINATION 目的口岸: Beijing Airport, China/中国北京机场
4.6 DESTINATION OF SHIPMENT 运输目的地: 秦皇岛市第一医院/Qinhuangdao First Hospital

- 1 -

Confidential / 保密    GEHC V6.0 released Jan. 2013

CBMIE00089697

4.7 The seller is responsible for the shipping insurance and shipping expense to the end-user's location, the seller is not responsible for the storage of the equipment at the port of the destination and the relevant taxes and duties including but not limited to the custom duties, quarantine, loading and other expenses occurred during the customs clearance. Seller is not responsible for the expense occurred for unloading the contracted equipment to the installation site in the end-user's location.

卖方负责将设备运送至最终用户所在地的运输及保险费用，卖方不负责设备在目的港口产生的其他税费，包括但不限于关税及及报关、检验检疫、卸载与报关清关费及利费，卖方不负责将设备运至最终用户后的卸载及装备运送至安装地点的费用。

5.  INSURANCE 保险：
To be covered by Seller on behalf of Buyer against all Risks and war Risks. 由卖方负责代买方的名义投保一切险及战争险。

6.  PAYMENT 付款方式：
6.1 Buyer shall pay 100% of the contract price by clean irrevocable sight Letter of Credit in favor of Seller and to be opened and delivered to Seller 90 days before the scheduled shipment date;
于规定的装运日之前90日由买方开立非商买方交付合同总价值100%的货方为受惠人的不可撤销的即期信用证证；

6.2 The source of funds of the payment will be directly from the Buyer and will be paid by the Buyer according to the payment terms, where no subsequent financing arrangement involving the Seller are considered necessary by the Buyer after the goods shipped. And accordingly, after the goods shipped, no subsequent changes of the payer, such as from the Buyer to any financing company, are allowed.
买方用于付款的资金均由来源于买方自身并且由买方将依合同有款条件表支付。另方认为在买货方货到后必须进行任何后续的种及买方的融资支付。因而在货物后，双方不允许存续如将付款人从买方交还为融资公司之其他有关付款人的变更。

7.  DOCUMENTS 装运单据：
7.1 Seller shall present the following documents to the paying bank for negotiation of payment 卖方为凭下列单据向付款银行议付以付款单：
    (1) A complete set of clean multimodal transportation documents marked "freight prepaid", blank endorsed, notifying the consignee named in the contract;携约合同规定的收货人且担明运费已付制定白背书的全部前清的合式联运运输；
    (2) Insurance Policy / Certificate in one original and one duplicate; 保险单一式两份；
    (3) 5 copies of the stamped invoice, indicating contract number, shipping mark; 已盖章的发票五份，注另合同编号及唛头；
    (4) 5 copies of the packing list, indicating measurement, gross and net weight of each package; 注明单规尺寸、毛重及净重的装箱单五份；
    (5) Two copies of the Manufacturer or Seller's certificate of quality and quantity, and certificate of origin; and
    制造商或卖方出据的质量、数量及产地证明书各2份；及
    (6) A certified copy of fax sent from the Seller to the Buyer advising shipment as mentioned in "shipping advice" clause of this contract.
    符合合合同中装运通知条款所规定的由买方发给买方的经确认的传真副本一份。

7.2 Shipping Advice 装运通知: Within 48 hours after the goods have been dispatched, the Seller shall notify the Buyer by cable or telex or fax the contract number, name of goods, quantity, gross weight, total value, name and sailing date of the carrying vessel or date of flight with flight No. and port of destination.
货物装运后，由卖方于48小时以内将合同编号、商品名称、数量、毛重、发票金额、船名航班、开航起运日期和目的地港口以电报或传真给买方的以确认知买方。

8.  QUALITY GUARANTEE 质量保证：
8.1 Seller warrants to Buyer that the goods sold under this contract will be delivered free from defects in material, manufacturing workmanship and title, and will conform to Seller's goods specifications in effect on the date of shipment of the goods from the country of manufacture.
卖方向买方保证，凡按本合同销售的货物，交货时将不存在任何材料、生产工艺缺陷和所有权方面的瑕疵，并将合符合实的在产国发货之日生效的卖方的货物规格。

8.2 The product warranty period (excluding other consumables) for each product is twelve months. The warranty period begins on the earlier of the date (1) 30th day after the first clinical use of the product or (2) 120 days after the date of shipment of the product.
每个产品的产品质保期（不含其他耗材）为十二个月。保质期限以（1）设备实际发日后120天或是（2）第一次临床使用后之日起第30天起算，以

- 2 -

Confidential / 保密

GEHC V6.0 released Jun. 2013

CBMIE00089698

先列为准。

8.3 If Buyer, End-User or any third party operates or maintains the contract goods other than in accord with the procedures set forth in the accompanying documentation, or Buyer, End-User or any other third party alters the design, composition or functioning of the contract goods, and this adversely impacts the normal clinical use of the equipment, Seller has the right to terminate its warranty obligations.

如果买方、如终用户或任何第三方违反了合同附带的操作或维护保养文件，或者买方、最终用户或任何第三方对合同带货的设计、成分、功能等作任何更改，影响设备的正常使用，卖方可以终止其质保义务。

8.4 Additional service terms are included in the sales agreement entered into between End-User and Seller.

其他增值服务条款请见双方与最终用户或代理商签订的销售协议。

## 9.  CLAIMS 索赔：

9.1 If within 60 days after the arrival of the goods at the port of destination, the specification, quality and / or quantity is found not to be in conformity with the stipulations of the contract, except those claims for which the insurance company or the shipping company are liable, the Buyer shall, on the basis of the inspection certificate issued by General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China, have the right to claim for replacement or compensation. In case of such claim, all directly related, reasonable expenses (such as inspection charge, freight for returning and replacing the goods, insurance, storage and unloading charges, etc.) shall be borne by Seller.

正货到目的地口岸后60天内如发现货物品质、规格和/或数量与合同规定不符时，除由于保险公司或运输方责任外，买方有权凭中国质量监督检验检疫总局出具的检验证书向卖方要求换货或赔偿，因此时涉及的一切直接相关的合理费用（包括检验费、退货及换货运费、保险、仓储及卸货费等）由卖方负责。

9.2 In no event shall the total liability of Seller under this contract exceed the contract price of the affected product under this contract. Seller shall not be liable for any indirect or consequential damages (such as lost profits).

卖方在本合同项目下的责任在任何情况下均不超过过涉本合同影响产品的合同价格。卖方不承担任何间接或后果性损失（如所得利或数偿损失）。

9.3 Although Buyer has been authorized by End-user to import the goods under this contract, the contract is legally binding on the Buyer and Seller. If Buyer fails to perform its obligations under this contract, Seller shall have the right to claim against Buyer for breach of contract, and Buyer shall not avoid liability on the basis that it was entrusted to import the goods.

尽管买方系受最终用户或其他第三方委托代为进口本合同项下货物，但本合同的直接约束本买卖双方，如买方未履行本合同项下义务，卖方有权就买方的违约要求追究买方责任，买方不得以货系受托代为进口货品为由主张免不承担合同义务及违约的责任。

9.4 With respect to goods not manufactured by GE which Buyer or End-user has requested Seller purchase on its behalf, Seller's contractual obligation is only to purchase and deliver the goods in accordance with this contract. For goods not manufactured by GE, the original manufacturer shall be responsible for quality, maintenance, etc. Seller will assist if Buyer or End-User makes quality or maintenance claims to the original manufacturer of such goods.

对于买方或最终用户要求卖方代为采购的非GE产品，卖方的合同义务是按照本合同规定采购并向买方交货，非GE产品的产品质量、保养等等均由该产品生产厂家负责。买方或最终用户向在向生产厂家主张产品品质、保养等权利时，卖方将予以协助。

9.5 Each party shall apply and obtain from any appropriate governmental authorities all relevant licenses, permits and approvals necessary for the performance of this contract and shall bear all related costs arising therefrom. Neither party shall be responsible for the adverse consequences caused by the other party's failure in obtaining (in a timely manner) the aforementioned licenses/permits, and the non-defaulting party shall be entitled to claim its losses (if any) from the defaulting party.

买卖双方均应自行向有关主管部门申请并获得履行本合同所需的所有有关许可证、批证及批准文件，并承担相关费用。任何一方不对另一方未能（及时）获得上述批证或批准的不利后果承担任何责任，且无责任一方有权要求其因此而遭受的损失（如有）向负有责任的一方追偿。

## 10.  INTELLECTUAL PROPERTY 知识产权：

10.1 Except for normal use in accordance with the purposes specified in, and within the scope of, the product manual, Seller has not provided Buyer or End-User any license to any intellectual property related to the equipment by virtue of this contract. Seller and the equipment manufacturer own all intellectual property and related rights including Seller and manufacturer's company names, the packaging, trademarks and all patents related to the contract equipment. Buyer and End-User shall not use or copy any patents, trademarks or product names related

- 3 -

CBMIE00089699

to the products under this contract; and shall not copy, sell or publish the software or any documents provided by Seller;

除依据产品或相关书面约定许可的目的须使用外，本合同济不得将相关方及与设备有关各知识产权对买方或最终用户及/或品作任何许可。合同设备部一切知识产权，但凡但不限于卖方及其设备厂产品的创意，商标、专利，也涉及款书构及属市方及设备生产所有，买方或其终用户不管使用设定的实方标识、商号或产品包装，不得复制、出售、或出版或卖方提供的软件及任何书面文件。

## 11. CONFIDENTIALITY 保密:

Each party shall keep all information related to this contract confidential, and shall not disclose it to any third party or to the public without the prior written consent of the other party. Each party shall promptly notify the other of any disclosure requested by any government agency or the End-user.

买卖双方对本合同与合同相关的一切信息负保密义务。未经另一方事先书面同意，任何一方不得将信息的任何部分向任何第三方或社会公众披露。如需使用广或政府部门要求买方或卖方提供披露信息，该方应将此要求及时通知另一方。

## 12. FORCE MAJEURE 不可抗力:

Neither party shall be held responsible for delay in performance of its contract obligations (including but not limited to shipment or delivery of the goods), due to Force Majeure, which occurs after the date of signing of this contract. Seller shall advise Buyer immediately of the occurrence of any force majeure event and within fourteen days thereafter, Seller shall send by airmail to Buyer acceptance a certificate of the accident issued by the government authorities or manufacturer where the event occurs as evidence thereof. Under such circumstances Seller remains under the obligation to take all reasonable measures to hasten the delivery of the goods. In case the force majeure event lasts for more than ten weeks, Buyer shall have the right to cancel the Contract.

本合同签订之后，由于不可抗力导致任何一方无法履行其合同义务(包括但不限于交方交货延迟及不能交货)，该方无需为此承担约责任。卖方应在不可抗力事发生后十四天内将事故原因通知对方，并将地方正式发或成生产离开出前事宜证明书用航空邮寄给方为证，是管如此。在前述情况下，卖方仍有责任采取合理措施从速发运货物。如果事故超过连续十个星期，买方有权撤消本合同。

## 13. GOVERNING LAW AND ARBITRATION 适用法律及仲裁:

13.1 This contract and all matters related thereto shall be governed by the law of the People's Republic of China. All disputes in connection with this contract shall be settled through friendly negotiations. If no settlement can be reached, the dispute shall be submitted to the Beijing Arbitration Commission in accordance with the rules promulgated by the said arbitration commission at the time of submission. The arbitration shall take place in Beijing and the language of the arbitration shall be Chinese. The decision made by the arbitration commission shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

本合同的一切可均应用中华人民共和国法律。与本合同有关的一切争议，应力诉通过友好协商解决。双方如协商不能解决的，此争议应提交北京仲裁委员会，按照申请仲裁时该员会的规行有效仲裁规则进行仲裁。仲裁在北京进行，仲裁用言为中文，仲裁委员会的裁决为终局决，对双方均有约束力。仲裁则用由败诉方负担。

13.2 PRC law prohibits use of medical devices or other technical methods for determination of gender of the fetus, unless medically required. With respect to the ultrasound products sold under this contract (if any), Buyer covenants to comply with applicable PRC law and regulations, only use such equipment for legal purposes.

中国地产禁止使用医疗设备或其它技术手段鉴定胎儿的性别，医学上确有要的除外。本合同所售设备涉及超声设备(如有)，买方承诺符合研关的上述法律法规的规定，仅将该设备用于合法的用途。

## 14. EFFECTIVENESS AND BINDING EFFECT 合同生效及约束力:

14.1 This Contract comes into force after signature by authorized representatives of, and stamping the company seal, of both parties and shall terminate after it has been fully implemented by both parties, however Articles 9 to 14 of this contract shall remain in force for a period of 5 years after the date of full implementation of this contract. This Contract is made in two original copies, one copy to be held by each party, each with the same legal effect. This contract is signed in Chinese and English. In the event of conflict between the two versions, the Chinese version shall prevail. The print copy of this contract shall prevail, and any handwritten addition or deletion and /or amendment in this contract shall be deemed to be invalid.

本合同自双方授权代表签字并加盖双人公章之日起生效。自双方合同双方履行完毕后失效，但第9至14 条之效力不受本合同终止

-4-

CBMIE00089700

船影等，有效期至本合同履行完后后5年。本合同正本一式两份，由英、英双方各执一份，具有同等法律效力。本合同以中英文签署，两种文本文字含义发生冲突时，以中文为准。本合同以打印文本为准，任何手写内容和/或修改均视为无效。

14.2 This contract contains the full terms of the agreement by the two parties concerning Buyer's purchase of the goods from Seller, and replaces any prior oral or written communications between two parties. Any matters not provided for in this contract, or any modification to the contract, shall be negotiated and signed in a written amendment or supplemental agreement between two parties. Any written document not executed pursuant to Article 14.1 of this contract shall be deemed to be invalid and shall not be binding upon the parties hereto.

本合同体现了买卖双方关于买方购买卖方货物所达成的全部合意，并取代双方此前达成或报送的任何口头或书面沟通及意向。若本合同的任何修改，均需由双方协商并签署书面补充合同。补充合同的生效，依照本合同第14.1条规定。任何未根据本合同第14.1条签署生效的书面文件均视为无效，对买卖双方均不具有约束力。

The Buyer 买方: (公章)
China National Building Materials and Equipment Import & Export Corporation
中建材集团进出口公司

The Seller 卖方: (公章)
GE MEDICAL SYSTEMS TRADE AND DEVELOPMENT (SHANG HAI) CO., LTD.
通用电气医疗系统贸易发展(上海)有限公司

Authorized Signatory 授权代表人签字:
Date 日期: 2015.3.26

Authorized Signatory 授权代表人签字:
Date 日期: 2015-3-26

注: 本合同仅在卖方授权代表签字并且盖章后方生效为"通用电气医疗系统贸易发展(上海)有限公司"后之可生效。

Note: This contract shall not come into effect unless signed by an authorized signatory of, and stamped by, "GE Medical Systems Trade and Development (Shanghai) CO., LTD."

- 5 -

Confidential / 保密

GEHC V6.0 released Jan. 2013

CBMIE00089701

**154**