<u>Translation of SUNTECH00000212 - 213</u>

<u>SUNTECH00000212</u>

---

Message

---

| | |
|---|---|
| **From:** | liuVincent [pingan8866@hotmail.com] |
| **Sent:** | September 17th, 2014 17:37:54 |
| **To:** | YONGXIN [yongxin.chen@cnbmit.com] |
| **CC:** | Vincent liu [pingan8866@hotmail.com] |
| **Subject:** | Fund Application Report of **US Company** - September 15th, 2014 |
| **Attachments:** | Fund Application Report -20140916.docx |

**Dear Chief Chen,**

**Hello!**

**First I'd like to appreciate you for your strong support to the US Company's operation, and for your personal visit to New York, Montreal and other places in this August for assisting the US Company's local business development.**

**1: Local retail business of stone materials in Vancouver**

**As for the problem of the plasterboards of the US Company, since the kitchen cabinet customer who provided warehouse for us has been unable to make payment on schedule and has closed down, and no warehousing costs are produced presently and those stone materials are under our control, we have contacted a rather reliable stone processing manufacturer who is slowly consuming our products. A sale of $ 8,000-10,000 CAD can be expected by the**

CONTEMPT
Exhibit 126

end of October, and it is ensured that this batch of stone materials will be consumed completely in this year.

**2: New business development**

The US Company has always been contacting the Graphene company in Canada's East Coast for the business. We hope everything will be smooth. At the same time, we also located Mr. Zhang, who was graduated from Department of Physics, Tsinghua University and has been engaged in graphene research for two years, and will assist us in jointly implementing and promoting the graphene project.

I will also actively contact Ms. Lin, a CPA in Los Angeles, US, so that we may successfully move the US Company to New York with the help of attorneys and other professionals. (There are big differences in the commercial laws of different states in the US)

**3. Financial difficulties**

<u>SUNTECH00000213</u>

Although the problems of plasterboard warehousing and forklift costs have been solved, and the Company is saving its expenses to the maximum extent, the Company still cannot make both ends meet due to the poor income. The US Company has always been making significant efforts and inputting funds in the graphene promotion project. Two employees' salaries for August are not paid yet, and there are some travel costs that are not reimbursed. As a result, we hereby apply to the headquarters for an allocation of $ 60,000 to maintain the normal operation of the Company.

**Our appreciations!**

**Applicant:**

**Weisheng Liu**

**September 15th, 2014**

From: liuVincent [pingan8866@hotmail.com] Sent: 9/17/2014 10:37: 54 AM To: YONGXIN [yongxin.chen@cnbmit.com] CC: Vincent liu [pingan8866@hotmail.com] Subject: American Corporation invited funds Report-20140915 Attachments: Invited funds Report-20140916.docx

Respect Chen Zong:

Hello!

First thanked the leadership continuously to the great support that American Corporation operated, and visited in August personally New York, Montreal and other places assisted American Corporation's in the locality service development.

One: Vancouver local stone material retail business related US Corporation's flagstone question, because provides the warehousing the cabinet customer unable to us to pay money as scheduled and has graduated, is good, in these stone material warehousings have not produced the expense at present, and also under our safeguarding, we contacted quite reliable stone material processing producer, is digesting our products slowly, in at the end of October, may estimate that sells 0.8 - 1.1 Canadian dollars. And ensure this batch of stone materials digested to finish in this year completely.

Two: The new service develops American Corporation and commercial contact of Canadian East bank Graphite Alkene Company has been carrying on, we anticipate the progress to be smooth, also found in the locality has graduated from Qinghua University Physics department and is engaged in the graphite alkene to study two years 27-year-old Mr. Zhang be possible to assist us to develop and advancement graphite alkene project together.
Simultaneously I positively will also contact chartered accountant Miss Lin in Los Angeles area, and others under the help of specialists moves American Corporation in the attorney smoothly to the New York area. (American different state commercial law difference is quite big)

Three: Although the financial difficult position the company has solved the flagstone warehousing and mechanical shovel expense question at present, maximum limit saves the expenditure in the day-to-day business, but because the income situation is not good, therefore is unable to make ends meet. American Corporation had also put in the quite big energy and fund in the graphite promotion project, in the August wages of company 2 staff was unable to pay, also some business trip expenses have not for the present reimburse. Presently especially allocates funds 60,000 dollars to maintain the normal work to the corporation application.

Appreciate!

Applicants:

Liu Weisheng on September 15, 2014

Message

| | |
|---|---|
| **From**: | liuVincent [pingan8866@hotmail.com] |
| **Sent**: | 17/09/2014 17:37:54 |
| **To**: | YONGXIN [yongxin.chen@cnbmit.com] |
| **CC**: | Vincent liu [pingan8866@hotmail.com] |
| **Subject**: | 美国公司请款报告-20140915 |
| **Attachments**: | 请款报告-20140916.docx |

**尊敬的陈总：**

您好！

首先感谢领导一直对美国公司运营的大力支持,并于今年8月亲自到访纽约,蒙特利尔等地协助美国公司在当地的业务开拓.

**一:温哥华本地石材零售业务**

有关美国公司的石板的问题,由于给我们提供仓储的橱柜客户一直未能如期付款而且已经结业,好在这些石材仓储目前没有产生费用并且还在我们的看管之下,我们已经联络了比较可靠的石材加工生产商,正在慢慢消化我们的产品,10月底前可预计销售0.8-1.0万加元.并且保证这批石材在本年度内全部消化完毕.

**二:新业务开拓**

美国公司与加拿大东岸石墨烯公司的商务接触一直正在进行中,我们期待进展顺利,同时也在当地找到了从中国清华大学物理系 毕业并从事石墨烯研究二年的27岁张先生可以协助我们一同开展和推进石墨烯项目.

同时我也会积极联络美国洛杉矶地区的注册会计师林小姐,在律师等专业人员的帮助下把美国公司顺利搬迁到纽约地区.(美国不同州商业法律差异比较大)

**三: 财务困境**

虽然公司目前解决了石板的仓储和铲车费用问题，在日常业务中也最大限度地节省开支，但因为收入情况不佳，所以还是入不敷出。美国公司在石墨推广项目上也一直投入了比较大的精力和资金, 公司2位员工的8月份工资还未能支付,同时也有一些出差费用也暂未报销.现特向总公司申请拨款6万美金维持正常运转.

**不胜感激!**

**申请人：**

刘伟生

**2014年 09 月 15日**

Confidential
SUNTECH00000213