## Commission Agreement

Date: 2015-1-9                                                          Sign at: Shenzhen

With reference to the Purchase Order No. HY/2010/02 signed on Jan.15, 2015 at Shenzhen, between China Harbour Engineering Company Limited (hereinafter called the Buyer) and CNBMIT Co., Ltd (hereinafter called the Seller) covering the purchases and sales of Bulk Cement under the Contract, the Seller has agreed and confirmed to pay United Suntech Craft, Inc. (hereinafter called the Middleman) 2.8% of the total Contract value HK$55,205,000.00 as commission for their service on this deal.

Payment of the said commission shall be made in such a way that within 5 days after the Middleman's receipt from the Buyer of each payment, the amount of commission relevant to that payment shall be withheld by the Middleman while the balance shall be remitted by the Middleman by T/T to the Seller's Bank Account as below.

Bank Name: CHINA CONSTRUCTION BANK SHENZHEN BRANCH CHENGDONG SUBBRANCH

Address: JIANHANG BLDG, EAST BLOCK,FINANCIAL CENTER, HONG LING NAN RD, SHENZHEN CHINA

Account No.: ▮▮▮▮▮▮▮▮▮

Account Name: ▮▮▮▮▮▮▮▮

SWIFT CODE: ▮▮▮▮▮▮▮

CNBMIT Co., Ltd                                   United Suntech Craft, Inc.

Authorized Signature:                             Authorized Signature:

Add:14/F, International Trade Building,            Add: 268-1538 Cliveden Avenue

    Renminnan Road, Luohu District,              Avenue Delta, BC

    Shenzhen, China                               V3M 6L2

TEL No.: +86 755 82210891                          TEL No.:

FAX No: +86 755 82211387                           FAX No.:

CONTEMPT
Exhibit 127

**SUNTECH:  Exhibit 433-1**

SUNTECH00001262