# Exhibit "8"

CONTEMPT
Exhibit 128

T: 6/2/15-6/4/15
Exhibit 42-1(D)



# NJIT News Room

Looking for something?
Search Newsroom

Follow @njit

# NJIT Celebrates Growth of Solar Technology

NEWARK, Feb 26 2013

NJIT celebrates a new phase in the growth of its solar technology effort with the rededication of a research center as the China National Building Materials Photovoltaic Materials Research Center. Expanding its previous work on Cadmium Telluride photocells with NJIT alumni-run Apollo Solar Energy, the new program addresses broader photocell technology and implementation studies. Sponsored by CNBM, a wholly state-owned enterprise that is the largest comprehensive building materials industry group in China, the Center, directed by physics professor Ken Chin, along with the help of Dr. Alan Delahoy, general manager, will work to improve the efficiency of the manufacture of



From left to right: Alan Delahoy, Ken Chin (Prof. Physics, NJIT), Donald Sebastian (Sr. VP for R&D, NJIT), Shou Peng (Chairman, China Triumph International Engineering & President Bengbu Design & Research Institute of Glass Industry), Fadi Deek (Interim Provost & Dean CSLA, NJIT), Dongbai Ye (Consul, Science Affairs), Jian'an Sun (Exec. Vice President CTIE Co., Ltd. & Vice President BDRIGI), Jingong Pan (PhD '08 & Chairman Apollo Solar Energy, Inc.), Kefei Fu (Vice Consul, Science Affairs).

### Got News?

**We want to hear from you!**

Send us news about awards, recognitions, grants, special events, activities, publications, conferences, milestones, research, and achievements.

Share your news today »

photocells, photovoltaic modules and full panel systems. The Center will work closely with NJIT's College of Architecture and Design to move Building Integrated Photo-Voltaics (BIPV) into widespread commercial use. CNBM is also a sponsor of Nexus House, NJIT's entry to the first China Solar Decathlon competition to be held in Datong this summer. Recognizing Shou Peng's deep experience in the science and engineering of advanced building materials, NJIT welcomed him as an affiliated faculty member at the ceremonies in Newark on Feb. 15.



EXHIBIT NJIT-2
Date: 4-22-15
M.L. GRAY, CSR, RPR

Tagged: shou peng, china solar decathlon, nexus house, photocell technology, dongbai ye, kefei fu, jian♦an sun, solar technology, building integrated photovoltaics, apollo solar energy, china national building materials photovoltaic materials research center, college of science and liberal arts, college of architecture and design, csla, department of physics, donald sebastian, fadi deek, cnbm, ken chin, alan delahoy, jingong pan

New Jersey Institute of Technology
University Heights Newark, New Jersey 07102

Contact Us | Maps & Directions | A to Z