```
<%@ page contentType="text/html; charset=gb2312" language="java" import="java.sql.*" errorPage="" %>
```

China Triumph International Engineering Co.,Ltd.
Bengbu Design & Research Institute for Glass Industry

Chinese    Japanese    Russian




- Home
- Profile
- Hope of Chairman
- Qualification
- Research & Development
- Operation and Market Network
- International Cooperation
- Engineering project performance

## CNBM Sets up a Research Center at an American Public University



On the morning of 18th February, the founding ceremony of CNBM PV Materials Research Center at NJIT was held in microelectronic laboratory building of New Jersey Institute of Technology. It is the first research center set up by China's state-owned enterprise at American public university. Joe Bloom, president of NJIT, and Peng Shou, CEO & president of CTIEC, signed the cooperation agreement on behalf of both sides. In the name of Ministry of Science and Technology, Ye Dongbai, Science and Technology Counselor of Consulate General of the People's Republic of China in New York, and Fu Kefei, Science and Technology consul of Consulate General of the People's Republic of China in New York, made a special trip to New Jersey Institute of Technology to witness this moment and expressed congratulations on the founding of the Center.

At the ceremony, Peng Shou said the founding of the center was an important part of CNBM's efforts to promote its technological innovation activities to get closer to the international practice so as to merge into the process of the globalization by fully using international resources based on the general trend of international science and technology cooperation, focusing on national science and technology development strategy and aiming at international frontier science and technology. The Center will organize and participate in high level major science and technology cooperation projects so as to strengthen science and technology innovation ability, accelerate the development of Hi-Tech and realize the industrialization, and provide innovation service for leap-forward development of group company.

Ye Dongbai said that it was the second time for him to witness the major international science and technology exchange activities of CNBM. The founding of the Center and the choice of research topics highlight the national goal. Its selection of strategic international science and technology cooperation projects to improve science and technology innovation ability, promote Hi-Tech industrialization process and speed up international cooperation is beneficial to train high-level talents and realize leap-forward development in some technical fields.

Donald Sanstian, deputy president of NJIT said, "Today we welcome new friend from China. This is the first research center with Chinese-English bilingual signs in 125-year history of our institute. The founding of the Center ushers in a new history and will become a common research platform for Chinese and American scientists. The research achievements will serve two great countries across the ocean and will support and assist us to realize great ideals in the development process of new energy."

At the ceremony, Peng Shou was hired as visiting professor of New Jersey Institute of Technology.

CONTEMPT
Exhibit 130



<%@ page contentType="text/html; charset=gb2312" language="java" import="java.sql.*" errorPage="" %>

