**From:** Kathy Traynor <KathyT@TECO.com>
**Sent:** Tuesday, March 12, 2013 4:06 PM
**To:** Fred Paulsen <FredP@TECO.com>
**Subject:** FW: New Jersey Institute of Technology
**Attach:** img347.jpg; img348.jpg

---

**From:** Fred Paulsen
**Sent:** Tuesday, March 12, 2013 4:06 PM
**To:** 'ZJT'
**Subject:** New Jersey Institute of Technology

Dear Mr. Teng,

CTIEC–TECO American Technology is making the payment for CTIEC to New Jersey Institute of Technology. CTIEC will reimburse CTIEC–TECO American Technology the payment amount, plus interest at 3% per year. We understand that CTIEC's payment plus interest will be made within the next 5 to 10 days.

Has CTIEC contacted New Jersey Institute of Technology informing them that we are making the payment for them? They should receive payment on Wednesday, March 13th, as we sent it today.

Regards,

Fred C. Paulsen
President and COO
------------------------
Toledo Engineering Co., Inc.
3400 Executive Parkway
P.O. Box 2927
Toledo, Ohio 43606-0927 USA
Telephone (419) 537-9711
------------------------
Website     www.teco.com
E-mail      fredp@teco.com
Telephone   (419) 537-9711
Fax         (419) 537-1369
=============================
CONFIDENTIALITY NOTICE: The documents accompanying this E-mail transmission contain confidential and privileged information. This information is intended to be for the use of the individual and/or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the contents of this E-mail transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, collect. Thank you.

---

**From:** ZJT [mailto:zjteng@hotmail.com]
**Sent:** Tuesday, March 12, 2013 4:27 AM
**To:** Fred Paulsen; Scott Slater; cgc001@ctiec.net
**Subject:**

Dear Mr. Fred,

As we discussed this morning over phone that we need your help for the payment to New

2013-03-12 160615 160618

**CONTEMPT Exhibit 131**



CTIEC-TECO 0001521

Jersey Institute of Technology for the merge of their PV lab. I am sending you the scanned copy of Mr. Peng's letter and payment instruction. Please try to make payment tomorrow.

In addition, our financial department will make payment of USD150,000 for ultra-thin float glass project. In this payment, we will deduct two payment we made for you earlier, i.e. USD7353 and USD18408 (these two payment you approved before). The other payment will follow soon.

Best regards,

Teng

Copy to Mr. Scott Slater, CEO

*Payment Information*

*Zuju Teng*
*Mar. 12, 2013*

## NEW JERSEY INSTITUTE OF TECHNOLOGY INFORMATION
*Current as of 3/12/12*

NAME: **New Jersey Institute of Technology**
FICE *(Federal Interagency Committee on Education)* Code: **002621**
TIN *(AKA: EIN) (Taxpayer Identification Number)*: **226000910**
DUNS: **07-516-2990**
NAIC *(North American Industry Classification)*: **611310**
SIC *(Standard Industrial Code)*: **8221**
CAGE CODE: **4B854**
DLIS *(Defense Logistics Information Service)* Registration Certification #: **0044144**
ADDRESS:     **University Heights, Newark, New Jersey 07102-1982**

CONTRACT CONTACT PERSON: **Norma Rubio, Director Sponsored Research Administration**
TELEPHONE: **(973) 596-5275**     E-MAIL: **srard@njit.edu**   Fax: **(973) 596-6056**

FINANCIAL CONTACT PERSON: **Nancy Eng, Director Grant & Contract Accounting**
TELEPHONE: **(973) 596-3145**     E-MAIL: **eng@adm.njit.edu**

NJIT BANKING CONTACT: **Alex Agramonte, Acting Bursar**
TELEPHONE: **(973) 596-3157**     E-MAIL: **agramont@njit.edu**

## FINANCIAL INSTITUTION INFORMATION

NAME & ADDRESS OF FINANCIAL INSTITUTION:     Wells Fargo
                                              550 Broad Street
                                              Newark, New Jersey 07102

AUTOMATED CLEARING HOUSE (ACH) COORDINATOR: Lisa Bianchi   908-598-3350
AUTOMATED CLEARING HOUSE (ACH) ROUTING NUMBER: **1 2 1 0 0 0 2 4 8**
NINE DIGIT WIRE TRANSFER NUMBER: **0 3 1 2 0 1 4 6 7**
INTERNATIONAL WIRE TRANSFERS (SWIFT Number): **W F B I U S 6 S**
CHIPS UID: **0407**
DEPOSITOR ACCOUNT TITLE: New Jersey Institute of Technology
DEPOSITOR ACCOUNT NUMBER: **2030-1099-29018**
TYPE OF ACCOUNT:    **Checking**
LOCKBOX NUMBER: **18110**
LOCKBOX ADDRESS:     New Jersey Institute of Technology
                     PO Box 18110
                     Newark, New Jersey 07191-8110

## FEDERAL GOVERNMENT CONTRACTING INFORMATION

| CONTRACTING OFFICE | DCMA |
|---|---|
| Army Contracting Command - NJ<br>ACC-NJ-JA<br>Picatinny Location<br>Picatinny Arsenal, NJ 07806-5000<br>*Timothy R Jensen, CO*<br>973-724-4196 *timothy.jensen@us.army.mil*<br>CODE: W15QKN | Office of Naval Research (ONRRO) Boston<br>Boston Regional Office 495 Summer Street<br>Boston, MA 02210-2109<br><br>*Gregory Valenti, ACO*<br>617-753-4002 *gregory.valenti@navy.mil*<br>CODE: N62879 |
| DEFENSE CONTRACT AUDIT AGENCY | |
| Defense Contract Audit Agency (DCAA)<br>Northern New Jersey Branch Office<br>Building 91, Picatinny Arsenal<br>Picatinny, NJ 07806-5000 | Date of Last Audit Review: June 30, 2003<br><br>Tel: 973-724-4932<br>Fax: 973-724-2187<br>Email: Dcaa-fao2421@dcaa.mil |

NJIT FOUNDATION TIN: 221714037

# China Triumph International Engineering Co. Ltd
# 中国建材国际工程集团有限公司

## Letter of Payment Instruction

Fred Paulsen, President

CTIEC TECO American Technology Inc.

Dear Mr. Fred,

Recently we have reached an agreement with New Jersey Institute of Technology to merge their PV lab. Under our management, we have a payment commitment to them soonest. As we have long procedure to make foreign currency in China, we hereby request your assistance to make payment of USD250,000.00 from CTIEC TECO American Technology Inc. to this institution with payment details enclosed.

CTIEC promises to remit this above amount to the account of CTIEC TECO American Technology Inc. as soon as our procedure is done. We agree to pay interest as mutually agreed on counting from the day you make payment to them until the day you receive the payment from CTIEC.

Your help is highly appreciated.

Sincerely yours,

Peng Shou,
Chairman and CEO
China Triumph International Engineering Co. Ltd.
March 12, 2013