| | |
|---|---|
| From: | Scott Slater <ScottS@TECO.com> |
| Sent: | Thursday, September 25, 2014 10:49 AM |
| To: | 'zjteng@hotmail.com' |
| Cc: | Ruth Markwood <RuthM@TECO.com> |
| Subject: | CTIEC Outstanding Invoices & Items Owed to TECO |
| Attach: | CTIEC-TECO Attachments.pdf |

Dear Mr. Teng,

I am writing to you in response to your e-mail of September 4, 2014. We have revisited the same outstanding issues many times over the past two years. It is now time to resolve them, as we are all spending valuable time and resources to revisit these same issues again and again.

The first issue is the remaining balance of interest due from the New Jersey Institute. Your e-mail of September 4th said, "The remaining payment for New Jersey Institute will be remitted to you next week." To date, we still have not received this payment. The current balance due through September 26th is $2,729.51.

The second issue is the outstanding balance regarding the Xinyi commission of ▓▓▓▓. We have marked up your schedule to indicate the payments received (see attached). Please note your list of payments is greater than the agreed commission amount. The payment you indicate of ▓▓▓▓ on November 29, 2012, was not received by Toledo Engineering. We question if it should even be included, as the name appears as VIGLACERA. If we deduct this payment, the total agrees to the amount received of ▓▓▓▓. This amount is less than the ▓▓▓▓ agreed to by ▓▓▓▓. This being the amount that was deducted twice – here, and again in March of 2013. We are also attaching a schedule, previously provided by us, of payments received on the commission. Note that each payment had a fee deducted; the last one larger, which could account for the variance between ▓▓▓▓ and ▓▓▓▓.

The next issue is the payment outstanding of ▓▓▓▓ regarding the Taiwan Fiberglass Project. As Mr. Paulsen stated in his e-mail of August 19, 2014, there are two items that do not agree. In February, TECO received two payments for ▓▓▓▓. CTIEC states two payments were made of ▓▓▓▓ on May 12 and May 15, 2014. TECO only received one ▓▓▓▓ payment on May 15, 2014. The difference between the duplicate payment of ▓▓▓▓ and the missing payment of ▓▓▓▓ is the outstanding balance of ▓▓▓▓. If CTIEC can provide proof from their bank that both of these transfers in May 2014 were sent to TECO's account, we can then research with our bank as to what may have happened to the additional transfer. Otherwise, we have no other option but to expect the payment of ▓▓▓▓.

The final outstanding issue is the May 15, 2014, authorization from Mr. Paulsen for a credit/deduction allowed of $12,262.00.

To recap the balance due, per the above explanation:

1) Interest due on loan $2,729.51
2) Balance due on Xinyi commission (▓▓▓▓)
3) Final payment on Taiwan Fiberglas ▓▓▓▓
4) Deduction allowed for expenses paid by CTIEC for TECO (12,262.00)

TOTAL Outstanding Balance ▓▓▓▓

I trust you will agree with the above reconciliation, and we look forward to an immediate transfer receipt of ▓▓▓▓. TECO has been more than patient regarding these outstanding amounts and we do not want to continue ▓▓ old issue. If you are not in agreement with the above, please contact me to discuss a final resolution.

2014-09-25 104924 104926

CONTEMPT
Exhibit 133

EXHIBIT
CTIEC-TECO 19.
Paulsen
4-24-15
CTIEC-TECO 0002999

Regards,

S. A. Slater
Chairman & CEO

----------------------------

Toledo Engineering Co., Inc.
3400 Executive Parkway
P.O. Box 2927
Toledo, Ohio 43606-0927  USA
Telephone (419) 537-9711

----------------------------

Website    www.teco.com
E-mail     scotts@teco.com
Telephone  (419) 537-9711
Fax        (419) 537-1369
==========================

CONFIDENTIALITY NOTICE: The documents accompanying this E-mail transmission contain confidential and privileged information. This information is intended to be for the use of the individual and/or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the contents of this E-mail transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, collect. Thank you.

CTIEC-TECO Attachments

# Loan Amortization Schedule

| | Enter values |
|---|---|
| Loan amount | $ 250,000.00 |
| Annual interest rate | 3.00 % |
| Loan period in years | 1 |
| Number of payments per year | 12 |
| Start date of loan | 3/12/2013 |
| Optional extra payments | |

| | Loan summary |
|---|---|
| Scheduled payment | $ - |
| Scheduled number of payments | 12 |
| Actual number of payments | |
| Total early payments | $ |
| Total interest | $ 2,729.51 |

Lender name: CTIEC/TECO American Technologie

| Pmt No. | Payment Date | Beginning Balance | Scheduled Payment | Extra Payment | Total Payment | Principal | Interest | Ending Balance | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/31/2013 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 416.80 | $ 250,000.00 | 416.80 |
| 2 | 4/30/2013 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 1,041.80 |
| 3 | 5/31/2013 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 1,666.80 |
| 4 | 6/30/2013 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 2,291.80 |
| 5 | 7/31/2013 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 2,916.80 |
| 6 | 8/31/2013 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 3,541.80 |
| 7 | 9/30/2013 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 4,166.80 |
| 8 | 10/31/2013 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 4,791.80 |
| 9 | 11/30/2013 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 5,416.80 |
| 10 | 12/31/2013 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 6,041.80 |
| 11 | 1/31/2014 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 6,666.80 |
| 12 | 2/28/2014 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 7,291.80 |
| 13 | 3/31/2014 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 7,916.80 |
| 14 | 4/30/2014 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 8,541.80 |
| 15 | 5/31/2014 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 625.00 | 250,000.00 | 9,166.80 |
| 16 | 6/20/2014 | $ 250,000.00 | 0.00 | - | 0.00 | 0.00 | 416.67 | 250,000.00 | 9,583.47 |
| 17 | 6/23/2014 | $ 250,000.00 | 0.00 | - | 256,875.00 | 250,000.00 | (6,875.00) | 2,708.47 | 2,708.47 |
| 18 | 6/30/2014 | $ 2,708.47 | 0.00 | - | 0.00 | 2,708.47 | 1.58 | 2,710.05 | 2,710.05 |
| 19 | 7/31/2014 | $ 2,710.05 | 0.00 | - | 0.00 | 2,710.05 | 6.78 | 2,716.82 | 2,716.82 |
| 20 | 8/31/2014 | $ 2,716.82 | 0.00 | | 0.00 | 2,716.82 | 6.79 | 2,723.61 | 2,723.61 |
| 21 | 9/26/2014 | $ 2,723.61 | 0.00 | | 0.00 | 2,723.61 | 5.90 | 2,729.51 | 2,729.51 |

K:\Data\Staff\CAR\Current Audit Schedules\CTIEC-TECO\Loan Amortization

会计分录序时簿

| 日期 | 摘要 | |
|---|---|---|
| 11/29/2012 | TOLEDO ENGINEERING CO INC: | |
| 11/29/2012 | VIGLACERA机器建设股份公司: | 土建安装（230057美元） |
| 6/3/2013 | TOLEDO ENGINEERING CO INC: | |
| 6/3/2013 | TOLEDO ENGINEERING CO INC: | |
| 6/3/2013 | TOLEDO ENGINEERING CO INC: | |

Page 1

| 科目名称 | 币别 |
|---|---|
| 预付账款.越南VIGLACERA 420吨/天浮 | 美元 |
| 预付账款/越南VIGLACERA 420吨/天浮 | 美元 |
| 预付账款/NORM LLC(阿塞拜疆水泥项目 | 美元 |
| 预付账款/NORM LLC(阿塞拜疆水泥项目 | 美元 |
| 预付账款 NORM LLC(阿塞拜疆水泥项目 | 美元 |



会计分录序时簿

原币金额

on 8/29/12
on 11/2/12

(230,057.00) we do not have this pymt.
5/28/13 rec'd
5/10/13
5/31/13 rec'd less fee of 7,907

NOT REC'D

agreed amt of commission

Page 2

**Payments Received from CTIEC**
**Regarding Xinyi**

| DATE RECEIVED | GROSS AMOUNT | LESS BANK FEES | NET RECEIVED |
|---|---|---|---|
| September 27, 2012 | $ ▮ | $ 15.00 | $ ▮ |
| November 9, 2012 |  | 15.00 |  |
| May 16, 2013 |  | 12.00 |  |
| May 28, 2013 |  | 12.00 |  |
| May 31, 2013 |  | 22.90 |  |
| Total Received To Date | $ ▮ | $ 76.90 | $ ▮ |
| Agreed Settlement Amount | ▮ |  |  |
| Balance Due | $ ▮ |  |  |



Toledo Engineering Co., Inc.                                      Glass Plant Engineers & Contractors

May 15, 2014

Mr. Teng Zujian
China Triumph International Engineering Co.
27F, Zhongqi Bldg., 2000 N. Zhongshan Rd.
Shanghai 200063
P.R. China

Dear Mr. Teng:

Please consider this credit note as authorization to deduct the following from an upcoming payment to TECO.

1. TECO booth advance by CTIEC
   RMB 38178                                = $ 6,157.00   China Glass 2013

2. Cash advance to Fred Paulsen during the
   Glass Show in Shanghai
   RMB 10,000                               = $ 1,613.00

3. Payment of TECO hotel bill for the
   Kerry Hotel for the Shanghai Glass Show
   RMB 60,094                               = $ 9,692.00

4. Less duplicate deduction of payments on
   prior TECO booth for Beijing             = ($5,200.00)

Total credit/deduction allowed              $12,262.00

Regards,

*F. C. Paulsen*

F. C. Paulsen
Senior Member of the Board

*Kathleen P. Traynor*

KATHLEEN P. TRAYNOR
Notary Public - State of Ohio
My Commission Expires Nov. 23, 2014

Toledo Engineering Co., Inc. |3400 Executive Parkway| P.O. Box 2927| Toledo, Ohio 43606-0927 U.S.A| Telephone: 419-537-9711| Fax: 419-537-1369| Website: www.teco.com

CTIEC-TECO Attachments                                            CTIEC-TECO 0003005