From: Donald Sebastian
Sent: Thursday, March 13, 2014 3:04 PM
To: wangwei
Cc: Rubio Norma; Ken Chin
Subject:Re: Revised Contract

Dear Mr. Wang,

I am sorry to have been so long in answering. I have been traveling and am away now as well, and my business director was out of the office last week. Your modifications to the contract were fine and preserved the intent of adding the additional payments into the second quarter receivable.

We are ready to begin transfer back to TECO the original $250K advance with the interest that is the same amount added to our revised contract. In looking back at the original transaction, we never had a contact at TECO. We provided Mr. Peng the NJIT wire transfer account and the money was transferred shortly after his visit last Spring. If you could provide us a name, telephone or email addressed someone at TECO who will be handling the transfer we can start the process. we need to work out a simple subcontract to cover the fund transfer, so we will need someone that can expedite that process before the funds can be moved.

Thank you,
Don Sebastian

---

Donald H. Sebastian, Ph.D.
Sr. Vice President for Research & Development
New Jersey Institute of Technology
350 Fenster Hall
University Heights
Newark, NJ 07102
T: 973.595.8449 C: 973.951.0490
Twitter: @DHSebastian
Sent from my iPad

---

From: Sebastian, Donald H.
Sent: Friday, March 28, 2014 3:04 PM
To: wangwei
Cc: jingong pan; Rubio, Norma Y.; chin@njit.edu
Subject:RE: Revised Contract
Attachments: 140227_Amendment_to_NJIT_RD_Agreement_0002_Executed NJIT.pdf

Wang Wei,

For some reason, my earlier message to you containing the executed agreement was just returned to me as undeliverable. I am very sorry for the delay. I have attached a new copy and hope that you will return an fully executed version to me when Mr. Sun has signed for CTIEC.

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

CONTEMPT
Exhibit 134

We still need a point of contact at TECO so that we can start the process of transferring funds. We need to create a sub-award document to our agreement so as to have an auditable transaction to explain the expense. It will be simple and we can execute that quickly, but we do need the name and number or email for an appropriate individual in that office so that we have the necessary information to finalize the sub-award. If you could put us in touch with someone in the US office I would be greatly appreciative.

Thank you,

- Don

---

From: Chin, Ken
Sent: Friday, March 28, 2014 11:34 PM
To: Pengshou; congxiao@yahoo.cn; wangwei@citec.hotmail.com
Cc: drpan27@gmail.com; ???
Subject:Re: 1/1 - 3/31 Report
Attachments: 140101 - 0331 REPORT_final.pdf

Don, This is the final version of the report being sent to CEO Peng. Your suggested modification has been incorporated. Thanks.
--
Ken K. Chin
Professor of Physics, NJIT
Director of CNBM New Energy Materials Research Center, NJIT
161 Warren Street, Newark, NJ 07102
Tel: (973)596-3297 Fax: (973)596-5794

---

From: wangwei
Sent: Tuesday, April 01, 2014 3:24 AM
To: Sebastian Donald H.-NJIT
Cc: ???-???????; Rubio, Norma Y.; ???-NJIT;
zjteng@hotmail.com
Subject:RE: Revised Contract

Flag Status: Flagged

Dear Mr. Donald,

I have asked Mr Teng to arrange the person of TECO in US to contact you. He will contact you asap by mail. Tomorrow Mr Peng will meet the General Manager of TECO. They will taked bout this sum of money, so NJIT is expected to do your best to pay this sum of money to TECO because of Mr Peng's reputation.

Best regards, WW

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

---

From: Sebastian, Donald H.
Sent: Tuesday, April 01, 2014 10:27 AM
To: wangwei
Cc: ???-???????; Rubio, Norma Y.; ???-NJIT;
zjteng@hotmail.com
Subject:RE: Revised Contract

Wang Wei,

Thank you. We are ready to start the transaction process as soon as we can make arrangements with TECO. I hope we are making progress on the last round of invoices. We have just completed another quarter and I will be forwarding you those invoices – in increments of $50K or less as before.

Regards,
Don Sebastian

Donald H. Sebastian, Ph.D.
Sr. Vice President for Research and Development
University Heights, 350 Fenster Hall
NJ Institute of Technology
Newark, NJ 07102
Tel: (973) 596-8449
Fax: (973) 596-6056
Twitter:@DHSebastian

---

From: Jim Enderlen
Sent: Tuesday, April 01, 2014 11:41 AM
To: 'donald.sebastian@njit.edu'
Subject:Return of Funds

Dear Dr. Sebastian,

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

I am Mr. Jim Enderlen of Toledo Engineering Co., Inc. (TECO). TECO has a joint venture with CTIEC and I have been asked to correspond with you to arrange for the return of the funds previously advanced to you by our joint venture – CTIEC/TECO American Technology, Inc.

We understand that you are to return $256,875.00. Is that correct?

We also understand that you already have the Fifth Third Bank information in your e-mail of February 12, 2014. We prefer not to e-mail this information. However, please note that the SWIFT number was not correct. It is FTBCUS3C.

Do you need an invoice or any other document? Is this e-mail sufficient? This is for the return of $250,000.00 previously advanced, plus interest of $6,875.00.

Thank you.

Regards,

James D. Enderlen
V.P. of Business Operations
----------------------------
Toledo Engineering Co., Inc.
3400 Executive Parkway
P.O. Box 2927
Toledo, Ohio 43606-0927 USA
Telephone (419) 537-9711
----------------------------
Website www.teco.com
E-mail jime@teco.com
Telephone (419) 537-9711
Fax (419) 537-1369
============================
CONFIDENTIALITY NOTICE: The documents accompanying this E-mail transmission contain confidential and privileged information. This information is intended to be for the use of the individual and/or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the contents of this E-mail transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, collect. Thank you.

---

From: wangwei
Sent: Tuesday, April 01, 2014 9:54 PM
To: Sebastian Donald H.-NJIT
Cc: ???-???????; Rubio, Norma Y.; ???-NJIT; zjteng@hotmail.com
Subject:RE: Revised Contract

Dear Mr. Donald,

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

Ok!

By the way, if you receive the contact mail from TECO, please inform me.

Thank you in advance?

BR WW

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

---

From: wangwei
Sent: Thursday, April 03, 2014 2:33 AM
To: Sebastian Donald H.-NJIT
Cc: ???-???????; Rubio, Norma Y.; ???-NJIT;
zjteng@hotmail.com
Subject:RE: Revised Contract

Dear Mr Don?

This is the contact information of persom from TECO as follows?

James D. Enderlen
V.P. of Business Operations
-----------------------------
Toledo Engineering Co., Inc.( TECO)
3400 Executive Parkway
P.O. Box 2927
Toledo, Ohio 43606-0927 USA
Telephone (419) 537-9711
-----------------------------
Website www.teco.com
E-mail jime@teco.com
Telephone (419) 537-9711
Fax (419) 537-1369

I was told that he had sent a mail to you about return of funds, but he didn't received your reply.

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

You had better give him a call about return of funds and discuss how to handle the matter asap.

BR WW

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

---

From: drpan27@gmail.com
Sent: Friday, April 04, 2014 12:05 PM
To: Donald Sebastian
Subject:Fwd: Revised Contract: did CTIEC wire fund to NJIT

Don

After we left NJIT, did CTIEC wire 250,000 fund to NJIT , so that NJIT can refund the 250,000 to TECO. They called me tonight to verify the 250, 000 was received by NJIT

Regarding

Jingong

???? iPhone

---

From: Donald Sebastian
Sent: Friday, April 04, 2014 12:19 PM
To: drpan27@gmail.com
Subject:RE: Revised Contract: did CTIEC wire fund to NJIT

Jingong,

As of now we have not received any funds beyond the first set of invoices that we sent on Dec 31. The $250K plus interest was built into the second quarter invoices that I sent on Feb 17. They have not been paid and third quarter expenses are now due.

I am willing to start paying some of the $250K in advance of the payment from CTIEC as long as we know that we will get it before June 30. I can't front it all and still pay for the direct expenses of running Ken's program. We carried the $500K receivable for 2 years. My BOT won't take kindly to creating a new,

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

large open receivable...

- Don

---

From: drpan27@gmail.com
Sent: Saturday, April 05, 2014 1:02 AM
To: Donald Sebastian
Subject:Re: Revised Contract: did CTIEC wire fund to NJIT

Don

I got it, and will inform them, NJIT did not get the repay TECO's fund .

Best

Jingong

???? iPhone

? 2014?4?5????8:07?Donald Sebastian <sebastia@njit.edu> ???
Jingong,

I just confirmed that as of the end of today we have not received the additional $250K funds to repay TECO.

- Don

---

From: wangwei
Sent: Monday, April 07, 2014 8:46 AM
To: Sebastian Donald H.-NJIT
Cc: ???-????; ???-NJIT; Jim Enderlen; ZJT; ???-????
???
Subject:RE: Revised Contract

Flag Status: Flagged

Dear Mr Donald,

Thank you for your clear explaination and support!

I give you my reply in red.

best regards, wang wei

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

From: donald.sebastian@njit.edu
Date: Sat, 5 Apr 2014 09:25:52 -0400
Subject: RE: Revised Contract
To: wangwei.ctiec@hotmail.com
CC: congxiao@aliyun.com; chin@njit.edu; jime@teco.com; zjteng@hotmail.com; drpan27@gmail.com
Dear Wang Wei,

I am sorry that w are not communicating clearly and that this has caused confusion with your colleagues at TECO. Let me assure you that no additional services are required from TECO.

1. We received the original payment from TECO with the understanding that it was the first of two expected payments from CTIE against the 2 year old,$500,000 receivable from the Apollo/CTIE joint venture. There was no clarifying documentation on the transaction, and we had no way of knowing that it was deemed to be a loan from TECO.
2. We came to understand the details of the transaction as wee finalized the new contract for 2013-2014 support of our Center.
3. After discussions with Mr. Peng, we amended the master contract to include the additional $250Kplus interest as a payment from NJIT to TECO.
4. We agreed to transfer those funds to TCO upon receipt. (note: the invoices F14CN0106-F14CN0111, sent Feb 17,2014, have not yet ben paid).

I will do my best to deal with the finalized new contract for 2013-2014 asap and start the second payment contract according to RD contract.

5. In anticipation of receipt of payments in item 4, I have authorized the initiation of fund transfer from NJIT to TECO.
6. In order to transfer funds from the state university, I need a sub-award document against which I can receive TECO's invoice for the full amount. We are regulated by the state and all vendor contracts need to follow a state approved registration process or our CFO cannot allow fund transfer.
7. The sub-award is for "services rendered". The service was the original transfer and no other duties are expected.
8. I already have the internal approvals to st up this account modification so the completion of the documentation from TECO is the only element required to begin the payments.

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

I hope this clarifies the reason for our request. We all have internal processes that need to be respected if things are to proceed smoothly. I have worked the fastest route to finalizing the transaction in our system and hope that your colleagues at TECO can expedite on their side as well.

I can understand internal process of NJIT. likewise, I think TECO will have their internal process. So let us wait the reply of TECO togather. If TECO can accept the request of NJIT, everything will be ok! if not, Let NJIT, TECO and CTIEC discuss and find an acceptable solution to all parties.

Regards,
Don Sebastian

---

Donald H. Sebastian, Ph.D.
Sr. Vice President for Research and Development
University Heights, 350 Fenster Hall
NJ Institute of Technology
Newark, NJ 07102
Tel: (973) 596-8449
Fax: (973) 596-6056
Twitter:@DHSebastian

From: wangwei [mailto:wangwei.ctiec@hotmail.com]
Sent: Saturday, April 05, 2014 3:21 AM
To: Sebastian Donald H.-NJIT
Cc: ???-????; ???-NJIT; Jim Enderlen; ZJT; ???-???????
Subject: RE: Revised Contract

Dear Mr Donald,

This is the content of mail from TECO in blue:
We have attempted to contact Mr. Sebastian only to have traded voice mails. In the meantime, he had his associate forward to us a request to complete a Subcontract agreement along with providing a New Jersey Business Registration Certificate. It is obvious there is a misunderstanding between NJIT and CTIEC/TECO. This money we are asking for is only a return of an advance, not for the performance of any work. We do not intend to sign any kind of subcontract agreement as we did not provide any services.

Why did NJIT send a substract to TECO? Is there any misunderstanding?
TECO have no any duty to sign any contract with NJIT, and they only want to get their money back. we have mailed before and you agreed to me to return the money to TECO asap as long as you get the bank date and contact person of TECO. but now it seems to be a little complicated.

you know, in order to keep NJIT get the same mount of money, Mr Peng agree to add the same number of money in the second payment of RD contract. and I edit an amendment to RD contract, which will be signed by Mr Sun when I get back to office.

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

best regards, wang wei

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

---

From: Sebastian, Donald H.
Sent: Wednesday, April 16, 2014 9:16 PM
To: Chin, Ken
Subject:RE: Teco

Ken,

Thank you for the update. Perhaps you can communicate to Wang Wei that TECO has become the obstacle. They are refusing to sign a sub contract for the amount due so that I can have a basis for sending them $250K. They may have viewed it as a loan, but that was there understanding with Peng, not us. I would have to go through a whole different process with Henry to get approval to accept a loan and for the BOT to approve the terms and conditions. We told TECO that the sub contract would be for unspecified services in support of the CTIE project, and that the duties could be retroactive, so I could pay in full as soon as they invoice. I am not holding it up waiting for the second quarter payments. I don't know why TECO is refusing.

- Don

From: Chin, Ken [mailto:chin@njit.edu]
Sent: Wednesday, April 16, 2014 2:47 PM
To: Donald Sebastian
Cc: Delahoy, Alan E.
Subject: Teco

Don,

I had very good meeting with Peng, Congxiao, and Wang Wei. Wang Wei told me CTIEC is a huge bureaucracy. Any document approval takes months. He has increased the budget to cover the money NJIT is supposed to return to TECO. To make the fund keep coming. he needs NJIT to return the $250K +?? to TECO ASAP.

As far as our quarterly report is concerned, CTIEC has a certain way of auditing it. So we will have to redo some part of our report.

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

Best,

--

Ken K. Chin
Professor of Physics, NJIT
Director of CNBM New Energy Materials Research Center, NJIT
161 Warren Street, Newark, NJ 07102
Tel: (973)596-3297 Fax: (973)596-5794

---

From: Donald Sebastian
Sent: Tuesday, May 06, 2014 10:08 PM
To: He, Wen
Subject:RE: Payment back to TECO

Dear Mr. He,

I am sorry that I missed you at our offices today. Please let me repeat what I described to you in our phone conversation so that you can share that with your colleagues at TECO and CTIE.

1. After meeting with Mr. Peng last December we agreed upon a modification to our contract with CTIE that would provide for the principal and interest payment that TECO was anticipating. We agreed at that time to structure the repayment as a sub award from NJIT to TECO so there would be an auditable expense against which we would be paying over $250K.
2. It took some time to identify an individual at TECO that could follow up on our proposed approach.
3. When we forwarded the subcontract agreement to TECO, they refused to sign or provide any guidance as to how we could modify terms and conditions so as to create a receivable against which I can repay them.
4. We now understand that TECO believed the wire transfer from last year was a loan, however that was never communicated to us, there is no loan agreement, and the transaction was never run through the university business processes that would NJ state mandated include Trustee review & approval for a transaction of that magnitude.
5. The discussion seemed to have stalled at that point. Last week, I asked our CFO to work on some alternative that would not create a taxable liability for TECO and would not create a lengthy process on NJIT's side to retroactively approve a loan. I expect to have his recommendation this week and hope that we can reopen the discussion with TECO to close the matter.
6. In the meantime, our February invoices totaling $456,875 have not been paid. The principal and interest payments to TECO are part of the amount invoiced.

I hope this clarifies the current situation and that we can resolve this before Mr. Peng arrives next week.

Regards,
Don Sebastian

Donald H. Sebastian, Ph.D.
President

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

NJ Innovation Institute
an NJIT Corporation

---

From: He, Wen
Sent: Wednesday, May 07, 2014 11:01 PM
To: Donald Sebastian
Subject:Re: Payment back to TECO

Flag Status: Flagged

Dear Dr. Sebastian,

Please find the following email from Mr. Paulsen of TECO to Mr. Teng( my colleague who asked me to contact you), I think it better to contact him directly as both of you know the US policies and regulations. If you send him email pls copy one to me and Mr. Teng. Thank you very much.

Best regards,
He Wen

-------------------------------------------

Dear Mr. Teng,

Thank you for this e-mail regarding NJIT. After reading Mr. Sebastian response's to Mr. He, TECO is confused. Item number 3 is an incorrect statement. On April 24, 2014 TECO, for the second time, sent NJIT a revised subcontract agreement, and on the same date Norma Rubio acknowledged receipt (copies are attached for your information). Item number 4 illustrates that Mr. Sebastian does not understand that the loan is between CTIEC/TECO American Technology, Inc. and CTIEC, not NJIT. The NJIT has not responded to us since April 24, 2014.

I suggest that Mr. He have Mr. Sebastian talk to Norma Rubio so that he can correctly understand what the present status is, or he can contact us. We are not optimistic that NJIT, a public institution in the USA, will be able to reimburse CTIEC/TECO American Technology, Inc. for the loan to CTIEC, but we are trying to work with them.

If you have any questions or comments, please contact me.

Fred C. Paulsen
Senior Director and Member of the Board of Directors

------------------------------

Toledo Engineering Co., Inc.
3400 Executive Parkway
P.O. Box 2927
Toledo, Ohio 43606-0927 USA
Telephone (419) 537-9711

On Wed, May 7, 2014 at 10:40 AM, Donald Sebastian <sebastia@njit.edu> wrote:
I am sorry this has been so complicated. I know that everyone involved has the best intentions but we

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

all have protocols that make easy things hard!
- Don

From: He, Wen [mailto:wh97@njit.edu]
Sent: Tuesday, May 06, 2014 10:31 PM
To: Donald Sebastian
Subject: Re: Payment back to TECO

Dear Dr. Sebastian,

Your email is well received and I have forwarded your email to my people who is contacting TECO, hope this can be solved very soon.
Thank you.

Best regards,
He Wen

---

From: Donald Sebastian
Sent: Thursday, May 08, 2014 11:24 PM
To: He, Wen
Subject:RE: Payment back to TECO

Thank you for this information. I spoke to Mr. Paulsen this morning. He is correct that we were solving the wrong problem. We were told that TECO wanted repayment of a loan to NJIT. In fact it is a loan to CTIE and we are asked to be fiscal agent to move the funds internationally and without a tax liability to TECO. Our CFO will work with their tax accountant to see if there is way that we can assist in this process.

- Don

---

From: He, Wen
Sent: Tuesday, May 13, 2014 9:35 PM
To: Donald Sebastian
Subject:Re: Payment back to TECO

Dear Dr. Sebastian,

I just reported to Mr. Peng about the situation, and Mr. Peng insisted that the $250,000 be paid back to TECO this week, and he said that in order for this he already transfered another $50,000 to NJIT several days ago, afterall, he would meet you and discuss everything with you on next Monday. I hope that you can help me to finish it this week.

Best regards,
He Wen

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

On Wed, May 14, 2014 at 6:15 AM, Donald Sebastian <sebastia@njit.edu> wrote:
Mr. He Wen,

I am afraid that you are confused on this issue, and I thought we had straightened all this out earlier this year when Mr. Peng visited with Dr. Pan. Let me please clarify, because there is no excess payment that we can refund.

1. A year ago, Mr. Peng agreed to cover the $500,000 in expenses that NJIT had incurred doing research for the Apollo/CTIEC joint venture that had gone unreimbursed since 2011. After his visit last spring we received a wire transfer for $250,000 through TECO that represented half of the outstanding balance. Those funds were immediately dispersed to balance the 2 year-old open receivables for the Apollo Center.
2. We developed a new contract, executed late in 2013 that contained an addition payment of $250,000 to complete the payment of outstanding debt on the project as well as $670,000 for the expenses of a new R&D program though the Center renamed for CTIEC.
3. We invoiced the first quarterly payment in December 2013 in the amount of $460,000 - $250K completed the back payment of the Apollo expenses, $160,00 in new project expenses and $50K in equipment expense. That invoice was fully reimbursed over a period of time from Jan – Feb 2014.
4. The $250K was dispersed on receipt against the open receivables from 2011. The project funds were also expensed. The contract started on July 1 and the first quarter was complete on Sept 30 and all of those funds covered expenses already incurred by NJIT.
5. In discussions with Mr. Peng in Jan we came to understand the need to repay TECO for the original $250K wire transfer – but that represents new expense that was not included in the original contract. We amended the contract to include a new expense of $256,875 to be paid to NJIT as part of the second quarter billing. That amount represented the principal plus interest to be paid to TECO.
6. We submitted invoices in February for $456,875 - $100,000 for project direct expenses, $100,000 for capital equipment and $256,875 that would be paid back to TECO under the terms of our understanding.
7. None of the items in the February invoice have been paid to date.
8. We have held sending the 3rd quarter invoice until this matter is resolved, but we have accrued additional project expenses that should have been submitted on April 1. Without consideration of the TECO pass through, the university is currently unreimbursed for roughly $300,000 of expenses against the contract to which we both agreed.
9. Our CFO and the TECO executive agreed that we could put money in escrow to be released when the university receives payments due including the sum that we agreed to pass through to TECO.

I do not understand why you believe that we are holding an excess of $250K when we are, in fact, underpaid by an amount even greater than that. I was sure that we had clarified all of this with Mr Peng and the only obstacle was to find an appropriate financial transaction by which to move the money. If you dispute the items in my analysis above, please let me know where we disagree. If not, the fasted way to get things moving is for CTIEC to begin processing the invoices from last Feb. Thank you for taking the time to understand this complicated transaction.

Regards,
Don Sebastian

---

Donald H. Sebastian, Ph.D.

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

President

NJ Innovation Institute
an NJIT Corporation
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056
Twitter:@DHSebastian

From: He, Wen [mailto:wh97@njit.edu]
Sent: Tuesday, May 13, 2014 4:47 PM

To: Donald Sebastian
Subject: Re: Payment back to TECO

Dear Dr. Sebastian,

My people in TECO just told me that your CFO agreed to pay the money back but shall wait the new payment coming from CTIEC, I'm surprised that maybe he doesn't know the details, we have already paid $750,000 for last year's $500,000 agreed by both parties, the excess $250,000 may pay back to TECO which we borrowed from this company, and for this year, Mr. Peng will discuss with you based on the research of the center, all these were stipulated in the agreement. I attended the last meeting when you discussed with Mr. Peng in your office. Hope you can expain to CFO.

Waiting for your answer.

Best regards,
He Wen

On Wed, May 14, 2014 at 4:11 AM, Donald Sebastian <sebastia@njit.edu> wrote:
I just walked down to see Mr. Mauermeyer and found that he is on the phone with TECO right now. I will let you know the outcome when they finish speaking.

- Don

From: He, Wen [mailto:wh97@njit.edu]
Sent: Tuesday, May 13, 2014 4:04 PM

To: Donald Sebastian
Subject: Re: Payment back to TECO

Dear Dr. Sebastian,

My people in TECO just told me, Mr. Paulsen's tax concel is in the office and just called CFO, Mr. Mauermeyer many times but could not contact him, he sent a message to him but no response, how can he contact him? Please help to find him.

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

Best regards,
He Wen

On Wed, May 14, 2014 at 3:08 AM, He, Wen <wh97@njit.edu> wrote:
Dear Dr. Sebastian,

Thank you for your kind efforts. This morning Mr.Peng informed me to contact you that he hoped you and TECO to solve this transaction this week, I also asked my people in TECO to tell Mr. Paulsen about this, would you please tell your CFO to speed up and finish it the end of this week?

Thank you very much!

Best regards,
He Wen

On Tue, May 13, 2014 at 11:20 AM, Donald Sebastian <sebastia@njit.edu> wrote:
Mr. He Wen,

I spoke to Mr. Paulsen last week after reading his reply to you. He is correct that we have been trying to solve the wrong problem. TECO did not make a loan to NJIT they made it to CTIEC, so the issues relating to NJIT's processes for getting a loan approved are not relevant. We still have the problem in defining a receivable that NJIT can pay that will not cause a tax liability to TECO.

Mr. Paulsen's tax counsel was away for several days. He suggested that the counsel should contact our CFO, Mr. Mauermeyer, to find what transaction model will work to meet their needs. That is how I left it. Our CFO was not in today so I couldn't check on status. I will see tomorrow. TECO knows that Mr. Peng is coming this week, too, and wisheds to have the problem resolved by then – as do we.

Don

---

Donald H. Sebastian, Ph.D.
President

NJ Innovation Institute
an NJIT Corporatiuon
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056

From: He, Wen [mailto:wh97@njit.edu]
Sent: Monday, May 12, 2014 10:41 PM

To: Donald Sebastian

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

Subject: Re: Payment back to TECO

Dear Dr. Sebastian,

Any progress for the payment back to TECO? As Mr. Peng will arrive in Toledo and discuss with TECO on May. 14, he is very anxious to know the development of this issue, so he informed me to contact you again today. Could you please let me kmow it? Or tomorrow I can meet you in your office in the morning?

Looking forward to your prompt answer.

Best regards,
He Wen

On Fri, May 9, 2014 at 11:23 AM, Donald Sebastian <sebastia@njit.edu> wrote:
Thank you for this information. I spoke to Mr. Paulsen this morning. He is correct that we were solving the wrong problem. We were told that TECO wanted repayment of a loan to NJIT. In fact it is a loan to CTIE and we are asked to be fiscal agent to move the funds internationally and without a tax liability to TECO. Our CFO will work with their tax accountant to see if there is way that we can assist in this process.

- Don

From: He, Wen [mailto:wh97@njit.edu]
Sent: Wednesday, May 07, 2014 11:01 PM

To: Donald Sebastian
Subject: Re: Payment back to TECO

Dear Dr. Sebastian,

Please find the following email from Mr. Paulsen of TECO to Mr. Teng( my colleague who asked me to contact you), I think it better to contact him directly as both of you know the US policies and regulations. If you send him email pls copy one to me and Mr. Teng. Thank you very much.

Best regards,
He Wen

---

Dear Mr. Teng,

Thank you for this e-mail regarding NJIT. After reading Mr. Sebastian response's to Mr. He, TECO is confused. Item number 3 is an incorrect statement. On April 24, 2014 TECO, for the second time, sent NJIT a revised subcontract agreement, and on the same date Norma Rubio acknowledged receipt (copies are attached for your information). Item number 4 illustrates that Mr. Sebastian does not understand that the loan is between CTIEC/TECO American Technology, Inc. and CTIEC, not NJIT. The NJIT has not responded to us since April 24, 2014.

I suggest that Mr. He have Mr. Sebastian talk to Norma Rubio so that he can correctly understand

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

what the present status is, or he can contact us. We are not optimistic that NJIT, a public institution in the USA, will be able to reimburse CTIEC/TECO American Technology, Inc. for the loan to CTIEC, but we are trying to work with them.

If you have any questions or comments, please contact me.

Fred C. Paulsen
Senior Director and Member of the Board of Directors
----------------------------
Toledo Engineering Co., Inc.
3400 Executive Parkway
P.O. Box 2927
Toledo, Ohio 43606-0927 USA
Telephone (419) 537-9711

On Wed, May 7, 2014 at 10:40 AM, Donald Sebastian <sebastia@njit.edu> wrote:
I am sorry this has been so complicated. I know that everyone involved has the best intentions but we all have protocols that make easy things hard!
- Don

From: He, Wen [mailto:wh97@njit.edu]
Sent: Tuesday, May 06, 2014 10:31 PM
To: Donald Sebastian
Subject: Re: Payment back to TECO

Dear Dr. Sebastian,

Your email is well received and I have forwarded your email to my people who is contacting TECO, hope this can be solved very soon.
Thank you.

Best regards,
He Wen

---

From: He, Wen
Sent: Thursday, May 15, 2014 10:34 AM
To: Donald Sebastian
Subject:Re: Payment back to TECO

Dear Dr. Sebastian,

Thank you for your efforts, would you please tell me when the transfer is done so that I can report to Mr. Peng?

Any way, I think we can trust each other and set a good relationship after we start our cooperation. Mr. Peng will discuss with you on Saturday and surely he will solve all the problem

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

with you then.

Looking forward to your answer soon.

Best regards,
He Wen

On Thu, May 15, 2014 at 12:06 AM, Donald Sebastian <sebastia@njit.edu> wrote:
Dear Mr. He,

I discussed this matter with President Bloom this morning. He agreed that we could initiate the plan agreed to between TECPO and Mr. Mauermeyer, our CFO, if we received the first $50,000 of our outstanding $457K in invoices submitted in February.

I just verified that the $50K transfer was received today and so our CFO is arranging the fund transfer now.

Having spent the better part of the last 3 years to clear the open receivable of $500K from the prior contract with Apollo, we are now back to creating a new open receivable of the same magnitude. I hope that our willingness to help resolve the internal transfer arrangement between CTIEC and TECO will result in honoring in full the invoices posted so that we can continue the important research program without interruption. Thank you for your help in this matter.

Regards,
Don Sebastian

---

Donald H. Sebastian, Ph.D.
President
NJ Innovation Institute
an NJIT Corporation
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056
Twitter:@DHSebastian

From: He, Wen [mailto:wh97@njit.edu]
Sent: Tuesday, May 13, 2014 9:35 PM

To: Donald Sebastian
Subject: Re: Payment back to TECO

Dear Dr. Sebastian,

I just reported to Mr. Peng about the situation, and Mr. Peng insisted that the $250,000 be paid back to TECO this week, and he said that in order for this he already transfered another $50,000 to NJIT several days ago, afterall, he would meet you and discuss everything with you on next Monday. I hope that you can help me to finish it this week.

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

Best regards,
He Wen

On Wed, May 14, 2014 at 6:15 AM, Donald Sebastian <sebastia@njit.edu> wrote:
Mr. He Wen,

I am afraid that you are confused on this issue, and I thought we had straightened all this out earlier this year when Mr. Peng visited with Dr. Pan. Let me please clarify, because there is no excess payment that we can refund.

1. A year ago, Mr. Peng agreed to cover the $500,000 in expenses that NJIT had incurred doing research for the Apollo/CTIEC joint venture that had gone unreimbursed since 2011. After his visit last spring we received a wire transfer for $250,000 through TECO that represented half of the outstanding balance. Those funds were immediately dispersed to balance the 2 year-old open receivables for the Apollo Center.
2. We developed a new contract, executed late in 2013 that contained an addition payment of $250,000 to complete the payment of outstanding debt on the project as well as $670,000 for the expenses of a new R&D program though the Center renamed for CTIEC.
3. We invoiced the first quarterly payment in December 2013 in the amount of $460,000 - $250K completed the back payment of the Apollo expenses, $160,00 in new project expenses and $50K in equipment expense. That invoice was fully reimbursed over a period of time from Jan – Feb 2014.
4. The $250K was dispersed on receipt against the open receivables from 2011. The project funds were also expensed. The contract started on July 1 and the first quarter was complete on Sept 30 and all of those funds covered expenses already incurred by NJIT.
5. In discussions with Mr. Peng in Jan we came to understand the need to repay TECO for the original $250K wire transfer – but that represents new expense that was not included in the original contract. We amended the contract to include a new expense of $256,875 to be paid to NJIT as part of the second quarter billing. That amount represented the principal plus interest to be paid to TECO.
6. We submitted invoices in February for $456,875 - $100,000 for project direct expenses, $100,000 for capital equipment and $256,875 that would be paid back to TECO under the terms of our understanding.
7. None of the items in the February invoice have been paid to date.
8. We have held sending the 3rd quarter invoice until this matter is resolved, but we have accrued additional project expenses that should have been submitted on April 1. Without consideration of the TECO pass through, the university is currently unreimbursed for roughly $300,000 of expenses against the contract to which we both agreed.
9. Our CFO and the TECO executive agreed that we could put money in escrow to be released when the university receives payments due including the sum that we agreed to pass through to TECO.

I do not understand why you believe that we are holding an excess of $250K when we are, in fact, underpaid by an amount even greater than that. I was sure that we had clarified all of this with Mr Peng and the only obstacle was to find an appropriate financial transaction by which to move the money. If you dispute the items in my analysis above, please let me know where we disagree. If not, the fasted way to get things moving is for CTIEC to begin processing the invoices from last Feb. Thank you for taking the time to understand this complicated transaction.

Regards,
Don Sebastian

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

---

Donald H. Sebastian, Ph.D.
President

NJ Innovation Institute
an NJIT Corporation
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056
Twitter:@DHSebastian

From: He, Wen [mailto:wh97@njit.edu]
Sent: Tuesday, May 13, 2014 4:47 PM

To: Donald Sebastian
Subject: Re: Payment back to TECO

Dear Dr. Sebastian,

My people in TECO just told me that your CFO agreed to pay the money back but shall wait the new payment coming from CTIEC, I'm surprised that maybe he doesn't know the details, we have already paid $750,000 for last year's $500,000 agreed by both parties, the excess $250,000 may pay back to TECO which we borrowed from this company, and for this year, Mr. Peng will discuss with you based on the research of the center, all these were stipulated in the agreement. I attended the last meeting when you discussed with Mr. Peng in your office. Hope you can expain to CFO.

Waiting for your answer.

Best regards,
He Wen

---

From: wangwei
Sent: Thursday, May 22, 2014 9:27 PM
To: ???-NJIT
Cc: Sebastian Donald H.-NJIT; ???-????; jime@teco.com; ZJT
Subject:RE: Deliver Documents

Flag Status: Flagged

Dear Pro. Chin,

I send mails to Dr. Sebastain Donald, No response is given!
I gave you call several times last week, No people answered!

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

I hope you will give me a call as long as you receive this mail.

BR WW

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

From: wangwei.ctiec@hotmail.com
To: chin@njit.edu
CC: donald.sebastian@njit.edu; zdllldz@hotmail.com; jime@teco.com; zjteng@hotmail.com
Subject: Deliver Documents
Date: Fri, 23 May 2014 01:20:05 +0000
Dear Pro. Chin,

As I told you during your last visit to CTIEC, please provide the deliver document (R&D report document, Publication list and Publication document, Patent list and Patent Document, Patent Certificate) for the second payment of R&D contract between CTIEC and NJIT.

You promised to me that you will discuss with Dr. Sebastian Donald about the return of funds to TECO. What about the result?
Until Now, I haven't still received the information that NJIT returned the money to TECO.

After you provided these deliver documents to me, I will process the second payment to NJIT. So your delay to provide the deliver document will affect the payment to NJIT and the return of funds from NJIT to TECO.

NJIT financial department always want to get the money they want, but they should know the payment conditions of contract that you (Pro. Chin) should provide the deliver document to CTIEC according to the R&D contract.

BR, WW

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

---

From: wangwei
Sent: Sunday, May 25, 2014 11:06 PM
To: Sebastian Donald H.-NJIT
Cc: ???-NJIT; ???-????
Subject:RE: Revised Contract

Flag Status: Flagged

Dear Dr. Sebastian Donald,

I give you my reply in red.

BR, WW

? ?
Wang Wei
????????
New Energy Engineering Department
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

From: donald.sebastian@njit.edu
Date: Fri, 23 May 2014 09:25:46 -0400
Subject: RE: Revised Contract
To: wangwei.ctiec@hotmail.com
CC: chin@njit.edu
Dear Mr. Wang,

I received your email of last night. My last communication from you (below) is dated April 5, so I am not sure why you feel that I have been unresponsive to your emails.

Please don't misunderstand about this. The last mail I gave to you is May 13. Maybe there is something wrong with the mail connection between us. I have no any feeling that you have been unresponsive to your mail and I am just eager to get NJIT's response ( Pro. Chin or you).

I was under the impression that Prof. Chin had given you all of the written reports required by the contract during his recent visit to China. Thank you for letting me know that we are not up to date so that I can manage the process. Yes, Pro. Chin indeed showed me some written reports during his last visit to CTIEC, but these reports are not focused on the research target defined in RD application form. That is to say, These reports don't comply with the requirement of R&D contract . About the R&D contract, until now I haven't received any deliver document (R&D reports, IP documents including publications/patents/other R&D achievement)
Over the last few weeks our CFO and the TECO CFO came to an agreement as to how we could transfer funds to satisfy their loan to CTIE. I met with Mr, He several times to discuss this matter and assumed he was in communication with CTIE. I am disappointed to learn there is still so much confusion about this payment. You and I worked out the contract modification in detail last February. At that time, I thought it was clear that NJIT was not in receipt of any overpayment and that our ability to move $250K to TECO depended upon CTIE honoring the February invoice that included the principal and interest payment to go to TECO.
As we communicated in the past mail, NJIT will return the money to TECO first, then CTIEC will give this sum of money to NJIT again by the amendment contract. so at that time you told me NJIT will finish the return of funds to TECO if I provided the contact people and bank data of TECO. But now things are not going on as we communicated.

We received $50K by wire transfer last week and that amount is in escrow until the full balance is received – which is our agreement with TECO.
 $50K payment to NJIT is the order of Mr Peng to me. The purpose is to let NJIT finish the return of funds to TECO before he visited US last time. Strictly speaking according to RD contract, Pro Chin should provide deliver documents before CTIEC start this $50K payment.

 If CTIE continues payments of the February invoices, we will prioritize the transfer of funds to TECO over the other items in that billing. For your reference, the invoices that correspond to the TECO funds were FCN140106 ($48,000), FCN140107 ($48,000). FCN140108 ($48,000). FCN140109 ($48,000), FCN140110 ($48,000), FCN140111 ($16,875) for a total of $256,875 as per the second row of the payment table in Section 3.3 of our amended agreement.
Until now, NJIT received [$460K ( Pre-payment) + $50K (last week) ] from CTIEC and $250K from TECO. The total number is $ 760K.

it is not that we are not willing to continue the payment. But according to the contact, NJIT (Pro. Chin )should provide the deliver documents as I told Pro. Chin during his visit to CTIEC. The delay of deliver document delay our payment to

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

NJIT,contract period and give rise to series of problems.

So please ask Pro. Chin to provide deliver documents. These few days I gave him serval calls, but I couldn't get in touch with him.

Please note that we holding back the 3rd Quarter invoices to adjust the billings to correspond to an extended period of performance that Prof. Chin negotiated with CTIE in his recent visit.
Pro. Chin only mentioned an extended period of performance, But no negotiation is done.

This is a no cost extension, but that requires us to re-budget expenditures to cover the extended period of performance. That should be complete at which point we will send invoices covering the actual expenditures in the period Jan 1 – Mar 31, 2014.

I hope this clears up any misunderstandings between us. If there are any further operational issues with this contract please contact me directly. Thank you.

BR

Regards,
Donald Sebastian

---

Donald H. Sebastian, Ph.D.
President
NJ Innovation Institute
an NJIT Corporatiuon
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056

---

From: Sebastian, Donald H.
Sent: Monday, May 26, 2014 12:38 PM
To: wangwei
Cc: Mauermeyer, Henry; Chin, Ken K.
Subject:RE: Revised Contract

Dear Mr. Wang,

Thank you. I think we are in agreement on this. I understand that payments of $50,000 and less were easier for CTIE to manage and that is why each of the major expense categories (Background, Project Expense, Capital Equipment) are broken into small invoices rather than one quarterly billing with multiple expense items. The division of the TECO-related expenses into 5-$48K and 1-$16.875K invoice is arbitrary and any formulation that added to $256,875

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

could have been used.

If it is helpful to your bookkeeping you can treat the $50K wire transfer recently sent to NJIT as full payment for F14CN0106, and $2000 applied towards F14CN0107. I leave it to your judgment as to what is most efficient in processing the remaining payments. Upon receipt, the payments against these invoices will be credited to this line item in the contract and moved into the escrow account as agreed to with TECO. TECO agrees to await full payment to NJIT before release of the escrow account to them.

The remaining $200,000 balance of the Second Quarter invoice(s) will await submission and approval of all required reports to CTIE.

Please note that the original project schedule is delayed because of the late signing of the contract (December 2013 for July 1 2013 start) and need for Mr. Peng's January 2014 approval of certain equipment purchases. Professor Chin and his team are creating a new schedule for the original deliverables that reflects the late start of certain critical tasks. This is likely to extend the period of performance from a June 30, 2014 end to Sep. 30, 2014. This will be a no-cost extension and there is no increase in the overall program expense to CTIE. The billing schedule will be modified to reflect lower quarterly expenses over 3 payment periods (1/1/14-3/31/14, 4/1/14-6/30/14, 7/1/14-9/30/14) instead of 2. I will provide you that information when the team has finalized those figures later this week.

Thank you again for your help in achieving a successful partnership between CTIE and NJIT.

Best Regards,
Don Sebastian

---

Donald H. Sebastian, Ph.D.
President
NJ Innovation Institute
an NJIT Corporatiuon
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056

From: wangwei [mailto:wangwei.ctiec@hotmail.com]
Sent: Monday, May 26, 2014 3:15 AM
To: Sebastian Donald H.-NJIT
Cc: ???-????; jime@teco.com; ZJT
Subject: RE: Revised Contract

Dear Dr. Donald Sebastian,

For the invoices that correspond to the TECO funds were FCN140106 ($48,000), FCN140107 ($48,000). FCN140108 ($48,000). FCN140109 ($48,000), FCN140110 ($48,000), FCN140111 ($16,875) for a total of $256,875.

You know, NJIT has received $50,000.

CONFIDENTIAL
FOR ATTORNEYS
ONLY

In order to let NJIT to finish the funds return to TECO as soon as possible, CTIEC will continue to pay the rest of $206,875. For it will process chinese governmental check and take a long time of one month or more if this amount is paid one time. So this amount will be divided into four sums and will be paid to NJIT one sum in one week. That is to say, after one month, NJIT will receive a total of $256,875 for funds return to TECO.

Best regards, Wang Wei

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

---

From: Sebastian, Donald H.
Sent: Tuesday, June 03, 2014 9:53 PM
To: wangwei
Cc: ???-???????; ???-NJIT; congxiao@yahoo.cn
Subject:RE: TECO Fund Update

Thank you for your answers! I understand the constraints and we can work with you to keep things in order for the rest of this contract.
Don

Donald H. Sebastian, Ph.D.
President & CEO
NJ Innovation Institute
an NJIT Corporatiuon
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056

-

From: wangwei [mailto:wangwei.ctiec@hotmail.com]
Sent: Tuesday, June 03, 2014 9:49 PM
To: Sebastian Donald H.-NJIT
Cc: ???-???????; ???-NJIT; congxiao@yahoo.cn
Subject: RE: TECO Fund Update

Response in red!

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

From: donald.sebastian@njit.edu
Date: Tue, 3 Jun 2014 15:52:49 -0400
Subject: TECO Fund Update
To: wangwei.ctiec@hotmail.com
CC: drpan27@gmail.com; chin@njit.edu
Dear Mr. Wang,

I am writing to update you on the progress of fund transfer so that you are up to date concerning the TECO repayment. As of this morning we have received $150,000 from CTIE in new funds. $50,000 arrived before Mr. Peng's visit and two $50,000 transfers that have cleared this week. That money will go into the escrow account for transfer to TECO. None of the funds will be applied to the outstanding balance for Dr. Chin's research work.

WW: Thank you for your update! The rest of money is expected to be paid to NJIT in the following two weeks.

Dr. Chin is accumulating all of the publications and reports that you requested and they will be conveyed to you shortly. I trust that will satisfy the contractual requirements under which you can honor the other invoices sent to you in February for equipment and personnel expenses that the university has incurred in expectation of reimbursement.
WW: Ok!
Once the deliver documents provided meet the contractual requirements and research targets, I will do my best to give support for the payment of other invoices.

We are also developing a new schedule of deliverables with associated spend-rate so that the balance of un-invoiced funds will stretch over a longer period than the original July 1, 2013 – June 30 2014. There will be no net increase to the overall contract funding. The delay related to backdating the contract nearly 6 months from time of signing. Critical pieces of equipment could not be ordered until we had the contract signed and Mr. Peng's personal approval on the spending plan. As a result, those tasks have been delayed. We will accelerate

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

work on those tasks but it will take until Sep 30, 2014 and possibly Dec 31, 2104 depending on the schedule of delivery for the items and time required to build custom instrumentation. I will forward you a proposed amendment to the contract that defines the quarterly payment schedule and amounts when we have finalized the plan.
WW: As a matter of fact, It is not necessary to do any amendment to the contract. The due date in the contract is just a reference. The deliver document is the most important thing for the payment in each research period. If the deliver document is delayed, the payment will be delayed automatically.

It is not that I don't want to process a contract amendment. It is a too complicated and difficult process, and it will delay rather long time. You know, the last amendment to contract is still not be finished although it is close to being finished.

If the contract is always in the state of amendment, that will mean I have not any finalized contract version for the governmental check during payment. The payment will be delayed more time.

In addition, for a contract too many amendments will lead to series of issues because not everybody involved in the amendment process in CTIEC knows the contract background information. I will have to prepare some answers to many leaders' "WHYs" and" HOWs".

Thank you again for serving as high-level access at CTIE to resolve difficult issues as they arise.

Regards,
Don Sebastian

---

Donald H. Sebastian, Ph.D.
President
NJ Innovation Institute
an NJIT Corporation
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056
Twitter:@DHSebastian

---

From: Sebastian, Donald H.
Sent: Wednesday, June 11, 2014 8:08 PM
To: wangwei
Subject:RE: TECO Fund Update

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

Dear Wang Wei,

I was giving talk in California on Monday but mostly traveling by air from here to there and back again since Sunday. I had my staff check on the wire transfers this morning and we have received one more $50K payment, so there are a few more yet to clear. I am sure we will see them by the end of the week. I will let you know as each arrives. Thank you for keeping me up to date on progress from your end.

Best Regards,
Don

---

Donald H. Sebastian, Ph.D.
President & CEO
NJ Innovation Institute
an NJIT Corporatiuon
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056

From: wangwei [mailto:wangwei.ctiec@hotmail.com]
Sent: Monday, June 09, 2014 10:10 PM
To: Sebastian Donald H.-NJIT
Cc: ???-???????; ???-NJIT; congxiao@yahoo.cn; ZJT; jime@teco.com
Subject: RE: TECO Fund Update

Dear Dr Don Sebastian,

I am writing to inform you that CTIEC financial department have already finished the transfer of $256,875 to NJIT.

Please ask the financial department of NJIT to pay close attention to the progress of NJIT's account in the following two or three days.

After NJIT confirm the receipt of all the money of $256,875, please transfer this sum of money to TECO asap.

After NJIT finish the tranfer to TECO, please inform me !

Thanks in advance!

Best regards, Wang Wei

? ?
Wang Wei
????????

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

---

From: wangwei
Sent: Wednesday, June 25, 2014 1:18 AM
To: Donald Sebastian
Cc: congxiao@yahoo.cn; ZJT; jime@teco.com; ???-NJIT
Subject:RE: TECO Fund Update

Dear Mr Don Sebastian?

Thank you for good news and long term support!

I will keep you up to date as to the status of deliverable from Dr. Chin. During the last visit of Dr. Chin, I had told him clearly all the required reports and documentation that NJIT should provide according to the R&D contract. Until now, I still have not received any formal deliver documents from him to support the invoices already send to me. This is the current status of deliverable.

Warm Regards, Wang Wei

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

From: Donald Sebastian
Sent: Tuesday, June 24, 2014 11:13 AM
To: wangwei
Cc: congxiao@yahoo.cn; ZJT; jime@teco.com; ???-NJIT
Subject:RE: TECO Fund Update

Mr. Wang Wei,

I am very glad that we can put this matter behind us and that TECO is satisfied with the resolution. I hope that you will keep me up to date as to your accounting of deliverables from Dr. Chin's work. It is my understanding that the Phase 1&2 deliverables will be complete as of June 30 but I want to be sure you have all required reports and documentation to support the invoices already sent for those Phases. Thank you,

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

Don

---

Donald H. Sebastian, Ph.D.
President & CEO
NJ Innovation Institute
an NJIT Corporation
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056
Twitter:@DHSebastian

-

From: wangwei
Sent: Tuesday, June 24, 2014 12:41 AM
To: Donald Sebastian
Cc: congxiao@yahoo.cn; ZJT; jime@teco.com; ???-NJIT
Subject:RE: TECO Fund Update

Hello Mr Don Sebastian,

Thank you for your update!

BR WW

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

From: sebastia@njit.edu
Date: Fri, 20 Jun 2014 10:35:19 -0400
Subject: RE: TECO Fund Update
To: wangwei.ctiec@hotmail.com
CC: congxiao@yahoo.cn; zjteng@hotmail.com; jime@teco.com; chin@njit.edu
Mr. Wang,

Our finance office just informed me that the check to TECO has been issued and will go out today. They have been in touch with the TECO officers and the arrangement is that to which all agreed earlier.

I believe this closes the matter with respect to our involvement in the reimbursement to TECO. Thank you for your patience.

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

Regards,
Don Sebastian

---

Donald H. Sebastian, Ph.D.
President & CEO
NJ Innovation Institute
an NJIT Corporation
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056
Twitter:@DHSebastian

From: wangwei [mailto:wangwei.ctiec@hotmail.com]
Sent: Wednesday, June 18, 2014 9:24 PM
To: Donald Sebastian
Cc: congxiao@yahoo.cn; ZJT; jime@teco.com; ???-NJIT
Subject: RE: TECO Fund Update

Dear Mr Don Sebastian,

Has the financial department of NJIT finished the transfer of funds to TECO?

Kind regards, Wang Wei

---

From: wangwei
Sent: Tuesday, July 01, 2014 11:54 PM
To: Donald Sebastian
Cc: congxiao@yahoo.cn; ???-NJIT
Subject:RE: TECO Fund Update
Attachments: 140730_Amendment_to_NJIT_RD_Agreement_0002_Executed NJIT_CTIEC.pdf

Flag Status: Flagged

Sorry, here is the right attachment!

BR WW

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

From: wangwei.ctiec@hotmail.com
To: sebastia@njit.edu
CC: congxiao@yahoo.cn; chin@njit.edu
Subject: RE: TECO Fund Update
Date: Wed, 2 Jul 2014 03:50:32 +0000
Dear Don Sebastian,

Attached is the signed version of AMENDMENT to RD contract between CTIEC and NJIT.

Please check it.

Warm Regards, Wang Wei

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

---

From: Sebastian, Donald H.
Sent: Thursday, July 03, 2014 9:49 PM
To: drpan27@gmail.com
Subject:RE: ??? RE: meeting time

Jingong,

I am not very happy with Ken's behavior in a number of areas. Please keep me advised of problems as they occur so I can try to help before things get out of control. What is the issue with the paper? Is it paper or patent – because there are two very different standards for authorship versus inventorship.

- Don

From: @gmail.com [mailto:drpan27@gmail.com]
Sent: Thursday, July 03, 2014 7:41 PM
To: Sebastian, Donald H.
Subject: Re: ??? RE: meeting time?

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

Don

It was nice to hear from you. Mr.Peng is in Europe now, he was busy to set up France office of CTIEC. I will contact his HR office to see if the 2nd training group was settle down.

Mr.Peng is not happy about Ken'way to deal with his paper that cause a lot problems in the past time.

I will get back to you soon.

Regarding

Jingong

???? iPhone

? 2014?7?4????1:57?"Sebastian, Donald H." <donald.sebastian@njit.edu> ???
Dear Jingong,

I hope you are doing well and having a good summer. Dr. Bloom has asked me to follow up on the CTIE management training program. Do you know if Mr. Peng plans to send another group of students in September? If so, how many? We need more advance time to prepare if we are to arrange better accommodations than last time, when dormitory assignments for students had already been set. We also need to get everything in place for side visits and other special elements we add for the group. As you recall, we ran into visa timing issues last time we tried to set this up in late August, so it would be prudent to get things going now. If you think Joel or I should contact Mr. Peng directly, we can do that.

David Zhou recently contacted Ken looking for information on patent filings from the project. I wasn't happy with Ken's response. We can share things under appropriate non-disclosure provided CTIE approves. If this was a request pertaining to the Apollo JV then I would think CTIE would approve, Let me know if the need is still there and we can try to be more helpful.

I hope we will see you soon.

Regards,
Don

---

Donald H. Sebastian, Ph.D.
President & CEO
NJ Innovation Institute
an NJIT Corporation
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

Twitter:@DHSebastian

---

From: Chin, Ken
Sent: Tuesday, July 15, 2014 10:47 AM
To: Pengshou
Cc: congxiao@aliyun.com; wangwei; drpan27@gmail.com
Subject:140401 - 140630 REPORT
Attachments: 140401 -0630 rEPORT Alan.pdf

Dear CEO Peng,

Attached please find the Phase II Report of the CNBM Center. All the Phase I deliverables have been successfully delivered. I checked with the Contract and its Amendment signed by CTIEC executive and NJIT legal representative SVP Dr. Sebastian, $200,000 is due after the Phase I projects are satisfactorily delivered. I am sure Mr. Wang Wei will take care of the payment due very soon.

By the way, with improved materials and processes as specified by our Contract, we've successfully fabricated CdTe cells with efficiency of 13.3%, officially certified by the US Department of Energy (DOE) Excellence Center for Photovoltaics (PV), U. Delaware, which is as credible as the NREL certification.

We have accomplished a few extra tasks not proposed in the Contract, including Dr. Delahoy's setting up of PR spectroscopy and a preliminary invention disclosure (which will be followed by a lengthy patent application) as you, Dr. Pan and I discussed earlier in February.

If you have any questions please contact me.

Best Regards,

Ken

--
Ken K. Chin
Professor of Physics, NJIT
Director of CNBM New Energy Materials Research Center, NJIT
161 Warren Street, Newark, NJ 07102
Tel: (973)596-3297 Fax: (973)596-5794

---

From: Chin, Ken
Sent: Monday, July 21, 2014 3:44 AM
To: wangwei; Donald Sebastian
Cc: ???-????
Subject:Re: 140401 - 140630 REPORT

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

Flag Status: Flagged

Dear Xiao Wang,

My warm congratulation to you and to all the CTIEC team members to be trained at AVANCIS. Following CEO Peng's instruction, we will also work on basic research of CIGS (especially materials related issues). As I said in April in Shanghai, one of the most important things to do in TFPV is to reduce the deep level density, especially those with large cross sections. The best tool of deep level research is DLTS we have acquired --- thanks to CTIEC! Keep your eyes wide open. If you have any good research topics please let us know. Now we will cooperate and do joint research on the real frontier of technology!

Best Regards,

Ken

On Mon, Jul 21, 2014 at 2:50 AM, wangwei <wangwei.ctiec@hotmail.com> wrote:
Dear Pro. Chin,

Today I have already received all the deliver documents of paper version from your express. These documents are prepared very well!

Now I am working on the payment to NJIT. It is probable that in the beginning of August there will be a CTIEC technical team that will leave for AVANCIS and receive some trainning there. This team will stay in AVANCIS for about half one year, and I will become one member of this team.

My worrying is that during I stay in AVANCIS it will be difficult for me to execute the R&D contract between CTIEC and NJIT, and to make the payment to NJIT. For this point, I will contact the Technology and Development Department of CTIEC and ask the relavant people to take over this affair.

Of course, I will still give my support for this affair as possible as I can in the following time.

Warm Regards, Wang Wei

? ?
Wang Wei
????????
New Energy Engineering Deparment
??????????????
China Triumph International Engineering Co. Ltd.
??/Tel: 021-52916280-5127 ??/Fax: 021-62038386
??/Mobile: 13818360908 ??/Website: www.ctiec.net
??/E-mail: wangwei.ctiec@hotmail.com

---

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY