| | |
|---|---|
| **From:** | Kathy Traynor <KathyT@TECO.com> |
| **Sent:** | Tuesday, April 8, 2014 11:26 AM |
| **To:** | Mark J. Decker <MarkD@TECO.com> |
| **Subject:** | FW: Proposed CTIEC/TECO American Technology, Inc./NJIT Subcontract Agreement |
| **Attach:** | Subcontract CTIEC-TECO American Technology Inc NJIT.doc |

---

**From:** Fred Paulsen
**Sent:** Tuesday, April 08, 2014 11:25 AM
**To:** ZJT (zjteng@hotmail.com)
**Subject:** FW: Proposed CTIEC/TECO American Technology, Inc./NJIT Subcontract Agreement

Dear Mr. Teng,

Attached for your and Mr. Peng's information is a copy of what we sent to NJIT to try and satisfy their needs so that they can make the payment to CTAT.

Regards,

Fred Paulsen

---

**From:** Fred Paulsen
**Sent:** Tuesday, April 08, 2014 11:05 AM
**To:** 'rubio@njit.edu'
**Subject:** Proposed CTIEC/TECO American Technology, Inc./NJIT Subcontract Agreement

Dear Ms. Rubio,

I am contacting you on behalf of CTIEC/TECO American Technologies, Inc. ("CTAT").  In light of some recent correspondence and for the avoidance of doubt, I would like to clarify the following points:

- CTAT is a corporation headquartered in the State of Ohio.  It is owned by China Triumph International Engineering Co., Ltd. ("CTIEC") and Toledo Engineering Co., Inc. ("TECO").  CTAT, CTIEC, and TECO are independent of one another.  Prior correspondence from CTIEC appears to suggest that TECO advanced funds to your institution.  That is not correct.  While TECO has a sub-majority ownership stake in CTAT and some of its personnel (such as myself) do work for both companies, TECO has had no involvement with any transaction contemplated herein and is not a party hereto.  It certainly should not receive any payment from your institution.
- In March of 2013 – at CTIEC's behest and on CTIEC's behalf – CTAT wired $250,000 from its account to the New Jersey Institute of Technology ("NJIT").  In exchange for this payment, CTIEC promised CTAT to promptly reimburse it for the original principal amount, plus any interest (accruing at a 3% annual rate).  It is CTAT's understanding that this payment was made in connection with an agreement between CTIEC and NJIT.  CTAT has not, however, been privy to any information about said agreement.
- CTAT has now been told that NJIT will be reimbursing CTAT rather than CTIEC (again, in connection with an agreement that has not been disclosed to CTAT).  In order to complete said payment, CTAT has been asked to complete a subcontract agreement with NJIT (even though no such relationship was contemplated in the original transaction).

CTAT wants to be repaid the money it advanced for CTIEC and it is prepared to execute a Subcontract Agreement to that

**CONTEMPT
Exhibit 135**

end.  The form of that subcontract, however, should reflect that CTAT originally wired the funds with the expectation that it would be promptly reimbursed by CTIEC (a private company), not NJIT (a public institution).  Accordingly, we have enclosed a form of the agreement that we are prepared to sign.

I welcome any feedback you might provide.

Regards,

CTIEC/TECO AMERICAN TECHNOLOGY, INC.

Fred Paulsen
President
============================

CONFIDENTIALITY NOTICE: The documents accompanying this E-mail transmission contain confidential and privileged information.  This information is intended to be for the use of the individual and/or entity named above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the contents of this E-mail transmission is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone, collect.  Thank you.