**China Triumph International Engg.**
Index 996087     Fund Code 276U00

**Cash Receipts as of 08/27/14**

| | |
|---|---:|
| Total Received - 1st installment -Phase 1 | 460,000.00 |
| Payment Applied to **old** Apollo Account | (250,000.00) |
| Balance payment applied to index 996087 | 210,000.00 |
| Payment received -Phase I, 2nd payment | 200,000.00 |
| Payment Applied to Index 996087 | 410,000.00 |
| Total Budget | 670,000.00 |
| Balance to be billed Phase 2 | 260,000.00 |



NJIT- EXHIBIT 40
Date: 4-22-15
M.L. GRAY, CSR, RPR

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

CONTEMPT
Exhibit 136

NJIT 01169

Vadasserril, Bobby J.

| | |
|---|---|
| **From:** | Gonzalvez, Luisa |
| **Sent:** | Wednesday, August 27, 2014 9:14 AM |
| **To:** | Vadasserril, Bobby J. |
| **Cc:** | Eng, Nancy M.; Rubio, Norma Y. |
| **Subject:** | China Triumph Int'l wire 8/22/14 =$50,000.00 (#10) |
| **Attachments:** | Invoice F14CN0111.pdf; Invoice F14CN0110.pdf; Invoice F14CN0109.pdf; Invoice F14CN0108.pdf; Invoice F14CN0107.pdf; Invoice F14CN0106.pdf; Invoice F14CN0303.pdf; Invoice F14CN0302.pdf; Invoice F14CN0206.pdf; Invoice F14CN0205.pdf |

Received a wire from China Triumph Int'l on 8/26/14 for $50,000.00 (not for $48,000.00 as the 2/17/14 email indicates)
Please provide Fund/Account.
Thanks

8/26/2014    208 / INTL MONEY TRANSFER CREDIT
Cust Ref: 00000000000                                             Credit Amount:      50,000.00
WT 140826MS84479900 BANK OF CHINA /ORG=CHINA TRIUMPH INTL    Bank Ref: IA009986348004
ENGINEERING CO SRF#
140826MS84479900 TRN#140826026199 RFB# 140826MS84479900

---

**From:** Gonzalvez, Luisa [mailto:luisa.gonzalvez@njit.edu]
**Sent:** Monday, August 25, 2014 9:51 AM
**To:** Vadasserril, Bobby J.
**Cc:** Eng, Nancy M.; Rubio, Norma Y.
**Subject:** China Triumph Int'l wire 8/22/14 =$50,000.00 (#9)

Received a wire from China Triumph Int'l on 8/22/14 for $50,000.00 (not for $48,000.00 as the 2/17/14 email indicates)
Please provide Fund/Account.
Thanks

8/22/2014    208 / INTL MONEY TRANSFER CREDIT
Cust Ref: 00000000000                                             Credit Amount:      50,000.00
WT 140822MS81375200 BANK OF CHINA /ORG=CHINA TRIUMPH INTL    Bank Ref: IA009985656381
ENGINEERING CO SRF#
140822MS81375200 TRN#140822025469 RFB# 140822MS81375200

---

**From:** Gonzalvez, Luisa [mailto:luisa.gonzalvez@njit.edu]
**Sent:** Wednesday, August 20, 2014 9:39 AM
**To:** Vadasserril, Bobby J.
**Cc:** Eng, Nancy M.; Rubio, Norma Y.
**Subject:** China Triumph Int'l wire 8/12/14 =$50,000.00 (#8)

Received a wire from China Triumph Int'l on 8/19/14 for $50,000.00 (not for $48,000.00 as the 2/17/14 email indicates)
Please provide Fund/Account.
Thanks

8/19/2014    208 / INTL MONEY TRANSFER CREDIT                    Credit Amount:      50,000.00

1

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 01170

Cust Ref: 000000000000  Bank Ref: A009984709396
WT 140819MS77935100 BANK OF CHINA /ORG=CHINA TRIUMPH INTL
ENGINEERING CO SRF#
140819MS77935100 TRN#140819024104 RFB# 140819MS77935100

---

**From:** Gonzalvez, Luisa [mailto:luisa.gonzalvez@njit.edu]
**Sent:** Wednesday, August 13, 2014 9:56 AM
**To:** Vadasserril, Bobby J.
**Cc:** Eng, Nancy M.; Rubio, Norma Y.
**Subject:** FW: China Triumph Int'l wire 8/12/14 =$50,000.00 (#7)

Received a wire from China Triumph Int'l on 8/12/14 for $50,000.00 (not for $48,000.00 as the 2/17/14 email indicates) Please provide Fund/Account.
Thanks

| Amount | Date Time | Description | Corresponding Bank | Status |
|---|---|---|---|---|
| 50,000.00 | 08/12/2014 07:31 AM CT | INTERNATIONAL BANK OF CHINA CHINA TRIUMPN INTL ENGINEERING CO L N/A | N/A | COMPLETE |

Wire Service Reference Number:
N/A
Wells Message Number:
140812024811
PC Reference/Confirmation Number:
140812MS70439300
Value Date:
08/12/2014
Wire Type:
208
Wire Amount:
50,000.00
Transaction Reference Number:
140812024811
USD Equivalent Amount:
50,000.00
Originator ID:
454659237183
Originator Name and Address:
CHINA TRIUMPN INTL ENGINEERING CO L
TD
56 DIAN CHI RD SHANGHAI
CHINA
Instructing Bank Code/ID:
N/A
Instructing Bank Name and Address:
BANK OF CHINA
1 FUXING MEN NEI AVE
Sending Party ID:
0326
Sending Party Name and Address:
BANK OF CHINA
410 MADISON AVE
NEW YORK NY
Bank to Bank Info:
/ACC/CHIPS UID 0407
Beneficiary Bank Code/ID:
N/A
Beneficiary Bank Name and Address:

2

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 01171

N/A
Originator to Beneficiary Info:
N/A
Instructed Currency/Amount:
USD/50,000.00
Exchange Rate:
1.000000
Fed/CHIPS/SWIFT Reference Number:
N/A
Completed Timestamp:
08/12/2014 07:31 AM CT
Sender Reference Number:
140812MS70439300
Originating Bank Code/ID:
N/A
Originating Bank Name and Address:
BANK OF CHINA
23 ZHONGSHAN EAST 1 ROAD
SHANGHAI,CN 200002
Receiving Party ID:
002030109929018
Receiving Party Name and Address:
NEW JERSEY INSTITUTE OF TECHNOLOGY
323 DR MARTIN LUTHER KING BLVD
RM 23E
NEWARK NJ 07102
Intermediary Bank Code/ID:
N/A
Intermediary Bank Name and Address:
N/A
Beneficiary Code/ID:
N/A
Beneficiary Reference ID:
N/A
Beneficiary Name and Address:
N/A

Text:
RATE=1.000000 FX AMT=5000000 CCY=USD 0326 BANK OF CHINA 410 MADISON AVE NEW YORK NY BANK OF CHINA 1 FUXING MEN NEI AVE 140812MS70439300 OGB=BANK OF CHINA 23 ZHONGSHAN EAST 1 ROAD SHANGHAI,CN 200002 ORG=CHINA TRIUMPN INTL ENGINEERING CO L TD 56 DIAN CHI RD SHANGHAI CHINA RFB=140812MS70439300 OPI=454659237183 /FTR/ BBI=/ACC/CHIPS UID 0407 CHP=011362 COMPLETED TIMESTAMP 08/12/2014 07:31 AM CT

---

**From:** Gonzalvez, Luisa [mailto:luisa.gonzalvez@njit.edu]
**Sent:** Thursday, June 12, 2014 9:29 AM
**To:** Vadasserril, Bobby J.
**Cc:** Eng, Nancy M.; Rubio, Norma Y.
**Subject:** China Triumph Int'l wire 6/11/14 = 6,875.00 (#6)

*Total 256,875.00* (handwritten)

Received a wire from China Triumph Int'l on 6/11/14 for $6,875.00 (not for $16,875 as the 2/17/14 email indicates)
Please provide Fund/Account.
Thanks

| Credit Wire Amount | Date Time | | Corresponding Bank | Status |
|---|---|---|---|---|
| 6,875.00 | 06/11/2014 07:31 AM CT | INTERNATIONAL BANK OF CHINA CHINA TRIUMPH INTL ENGINEERING CO L N/A | N/A | COMPLETE |

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

NJIT 01172

Wire Service Reference Number:
N/A
Wells Message Number:
140611023328
PC Reference/Confirmation Number:
140611MS17194100
Value Date:
06/11/2014
Wire Type:
208
Wire Amount:
6,875.00
Transaction Reference Number:
140611023328
USD Equivalent Amount:
6,875.00
Originator ID:
454659237183
Originator Name and Address:
CHINA TRIUMPH INTL ENGINEERING CO LTD
56 DIANCHI RD SHANGHAI CHINA
Instructing Bank Code/ID:
N/A
Instructing Bank Name and Address:
BANK OF CHINA
1 FUXING MEN NEI AVE
Sending Party ID:
0326
Sending Party Name and Address:
BANK OF CHINA
410 MADISON AVE
NEW YORK NY
Bank to Bank Info:
/ACC/550 BROAD ST NEWARK NEW
//JERSEY 07102
Beneficiary Bank Code/ID:
N/A
Beneficiary Bank Name and Address:
N/A
Originator to Beneficiary Info:
N/A
Instructed Currency/Amount:
USD/6,875.00
Exchange Rate:
1.000000
Fed/CHIPS/SWIFT Reference Number:
N/A
Completed Timestamp:
06/11/2014 07:31 AM CT
Sender Reference Number:
140611MS17194100
Originating Bank Code/ID:
N/A
Originating Bank Name and Address:
BANK OF CHINA
23 ZHONGSHAN EAST 1 ROAD
SHANGHAI,CN 200002
Receiving Party ID:
002030109929018
Receiving Party Name and Address:
NEW JERSEY INSTITUTE OF TECHNOLOGY
323 DR MARTIN LUTHER KING BLVD
RM 23E
NEWARK NJ 07102
Intermediary Bank Code/ID:
N/A

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 01173

Intermediary Bank Name and Address:
N/A
Beneficiary Code/ID:
N/A
Beneficiary Reference ID:
N/A
Beneficiary Name and Address:
N/A

Text:
RATE=1.000000 FX AMT=687500 CCY=USD 0326 BANK OF CHINA 410 MADISON AVE NEW YORK NY BANK OF CHINA 1 FUXING MEN NEI AVE 140611MS17194100 OGB=BANK OF CHINA 23 ZHONGSHAN EAST 1 ROAD SHANGHAI,CN 200002 ORG=CHINA TRIUMPH INTL ENGINEERING CO L TD 56 DIANCHI RD SHANGHAI CHINA RFB=140611MS17194100 OPI=454659237183 /FTR/ BBI=/ACC/550 BROAD ST NEWARK NEW //JERSEY 07102 CHP=025997 COMPLETED TIMESTAMP 06/11/2014 07:31 AM

---

**From:** Gonzalvez, Luisa [mailto:luisa.gonzalvez@njit.edu]
**Sent:** Tuesday, June 10, 2014 9:45 AM
**To:** Vadasserril, Bobby J.
**Cc:** Eng, Nancy M.; Rubio, Norma Y.
**Subject:** FW: China Triumph Int'l wire 6/9/14 = 50,000 (#5)

Received a wire from China Triumph Int'l on 6/9/14 for $50,000 (not for $48,000 as the 2/17/14 email indicates) Please provide Fund/Account.
Thanks

| | | | | | |
|---|---|---|---|---|---|
| 50,000.00 | 06/09/2014 06:14 AM CT | INTERNATIONAL WELLS FARGO BANK, N.A. CHINA TRIUMPH INTERNATIONAL N/A | | N/A | COMPLETE |

Wire Service Reference Number:
N/A
Wells Message Number:
140609015099
PC Reference/Confirmation Number:
N/A
Value Date:
06/09/2014
Wire Type:
208
Wire Amount:
50,000.00
Transaction Reference Number:
140609015099
USD Equivalent Amount:
50,000.00
Originator ID:
9371414040005062
Originator Name and Address:
CHINA TRIUMPH INTERNATIONAL ENGINEERING CO., LTD. 27/F, ZHONGQI BUILDING,2000, NORTH ZHONGSHAN ROAD,SHANGHAI,P.R.CHINA 200063
Instructing Bank Code/ID:
N/A
Instructing Bank Name and Address:
WELLS FARGO BANK, N.A.

5

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 01174

375 PARK AVENUE
Sending Party ID:
**000028581007211**
Sending Party Name and Address:
**WELLS FARGO BANK, N.A.**
**375 PARK AVENUE**
**NEW YORK, NY**
Bank to Bank Info:
N/A
Beneficiary Bank Code/ID:
N/A
Beneficiary Bank Name and Address:
N/A
Originator to Beneficiary Info:
**RFB STPA14060901315**
Instructed Currency/Amount:
**USD/50,000.00**
Exchange Rate:
**1.000000**
Fed/CHIPS/SWIFT Reference Number:
**140609PNBPUS3NANYC8503184106**
Completed Timestamp:
**06/09/2014 06:01 AM CT**
Sender Reference Number:
**F60609047625000**
Originating Bank Code/ID:
N/A
Originating Bank Name and Address:
**AGRICULTURAL BANK OF CHINA, THE**
**SHANGHAI,CN**
**200120**
Receiving Party ID:
**002030109929018**
Receiving Party Name and Address:
**NEW JERSEY INSTITUTE OF TECHNOLOGY**
**323 DR MARTIN LUTHER KING BLVD**
**RM 23E**
**NEWARK NJ 07102**
Intermediary Bank Code/ID:
N/A
Intermediary Bank Name and Address:
N/A
Beneficiary Code/ID:
N/A
Beneficiary Reference ID:
**2030109929018**
Beneficiary Name and Address:
N/A

Text:
RATE=1.000000 FX AMT=5000000 CCY=USD 000028581007211 WELLS FARGO BANK, N.A. 375 PARK AVENUE NEW YORK, NY WELLS FARGO BANK, N.A. 375 PARK AVENUE F60609047625000 OGB=AGRICULTURAL BANK OF CHINA, THE SHANGHAI,CN 200120 ORG=CHINA TRIUMPH INTERNATIONAL ENGINEERING CO., LTD. 27/F, ZHONGQIBUILDING,2000, NORTH ZHONGSHAN ROAD,SHANGHAI,P.R.CHINA 200063 OBI=RFB STPA14060901315 OPI=9371414040005062 /FTR/ BNF=2030109929018 MOR=140609PNBPUS3NANYC8503184106 COMPLETED TIMESTAMP 06/09/2014 06:01 AM CT

---

**From:** Gonzalvez, Luisa [mailto:luisa.gonzalvez@njit.edu]
**Sent:** Thursday, June 05, 2014 9:12 AM
**To:** Vadasserril, Bobby J.
**Cc:** Eng, Nancy M.; Rubio, Norma Y.
**Subject:** China Triumph Int'l wire 6/4/14 = 50,000 (#4)

Received a wire from China Triumph Int'l on 6/4/14 for $50,000
Please provide Fund/Account.

6

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 01175

Thanks

| | | | |
|---|---|---|---|
| 6/4/2014 | 208 / INTL MONEY TRANSFER CREDIT | Credit Amount: | 50,000.00 |
| | Cust Ref: 00000000000 | Bank Ref: IA009966722975 | |
| | WT 140604MS11206900 BANK OF CHINA /ORG=CHINA TRIUMPH INTL ENGINEERING CO SRF# | | |
| | 140604MS11206900 TRN#140604024748 RFB# 140604MS11206900 | | |

**From:** Gonzalvez, Luisa [mailto:luisa.gonzalvez@njit.edu]
**Sent:** Monday, June 02, 2014 9:37 AM
**To:** Vadasserril, Bobby J.
**Cc:** Eng, Nancy M.; Rubio, Norma Y.
**Subject:** China Triumph Int'l two wires 5/30/14 = 50,000 (#2) & $50,000 (#3)

Received two wires from China Triumph Int'l on 5/30/14 for $50,000
Please provide Fund/Account.
Thanks

---

| | | | |
|---|---|---|---|
| 5/30/2014 | 208 / INTL MONEY TRANSFER CREDIT | Credit Amount: | 50,000.00 |
| | Cust Ref: 00000000000 | Bank Ref: IA009965525120 | |
| | WT F60530524183000 AGRICULTURAL BAN /ORG=CHINA TRIUMPH INTERNATIONAL SRF# F60530524183000 | | |
| | TRN#140530016669 RFB# | | |
| 5/30/2014 | 208 / INTL MONEY TRANSFER CREDIT | Credit Amount: | 50,000.00 |
| | Cust Ref: 00000000000 | Bank Ref: IA009965559317 | |
| | WT 140530MS08381200 BANK OF CHINA /ORG=CHINA TRIUMPH INTL ENGINEERING CO SRF# | | |
| | 140530MS08381200 TRN#140530032018 RFB# 140530MS08381200 | | |

**From:** Gonzalvez, Luisa [mailto:luisa.gonzalvez@njit.edu]
**Sent:** Friday, May 16, 2014 9:03 AM
**To:** Vadasserril, Bobby J.
**Cc:** Eng, Nancy M.; Rubio, Norma Y.
**Subject:** China Triumph Int'l wire 5/13/14 = 50,000 (#1)

Received wire from China Triumph Int'l on 5/13/14 for $50,000
Please provide Fund/Account.
Thanks,

Luisa

---

| | | | | |
|---|---|---|---|---|
| 50,000.00 | 05/13/2014 07:31 AM CT | INTERNATIONAL BANK OF CHINA CHINA TRIUMPH INTL ENGINEERING CO L | N/A | COMPLETE |

7

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 01176

Wire Service Reference Number:
N/A
Wells Message Number:
140513023017
PC Reference/Confirmation Number:
140513MS92313000
Value Date:
05/13/2014
Wire Type:
208
Wire Amount:
50,000.00
Transaction Reference Number:
140513023017
USD Equivalent Amount:
50,000.00
Originator ID:
454659237183
Originator Name and Address:
CHINA TRIUMPH INTL ENGINEERING CO LTD
56 DIAN CHI RD SHANGHAI
CHINA
Instructing Bank Code/ID:
N/A
Instructing Bank Name and Address:
BANK OF CHINA
1 FUXING MEN NEI AVE
Sending Party ID:
0326
Sending Party Name and Address:
BANK OF CHINA
410 MADISON AVE
NEW YORK NY
Bank to Bank Info:
N/A
Beneficiary Bank Code/ID:
N/A
Beneficiary Bank Name and Address:
N/A
Originator to Beneficiary Info:
N/A
Instructed Currency/Amount:
USD/50,000.00
Exchange Rate:
1.000000
Fed/CHIPS/SWIFT Reference Number:
N/A
Completed Timestamp:
05/13/2014 07:31 AM CT
Sender Reference Number:
140513MS92313000
Originating Bank Code/ID:
N/A
Originating Bank Name and Address:
BANK OF CHINA
23 ZHONGSHAN EAST 1 ROAD
SHANGHAI,CN 200002
Receiving Party ID:
002030109929018
Receiving Party Name and Address:
NEW JERSEY INSTITUTE OF TECHNOLOGY
323 DR MARTIN LUTHER KING BLVD
RM 23E
NEWARK NJ 07102

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 01177

Intermediary Bank Code/ID:
N/A
Intermediary Bank Name and Address:
N/A
Beneficiary Code/ID:
N/A
Beneficiary Reference ID:
N/A
Beneficiary Name and Address:
N/A

Text:
RATE=1.000000 FX AMT=5000000 CCY=USD 0326 BANK OF CHINA 410 MADISON AVE NEW YORK NY BANK OF CHINA 1 FUXING MEN NEI AVE 140513MS92313000 OGB=BANK OF CHINA 23 ZHONGSHAN EAST 1 ROAD SHANGHAI,CN 200002 ORG=CHINA TRIUMPH INTL ENGINEERING CO L TD 56 DIAN CHI RD SHANGHAI CHINA RFB=140513MS92313000 OPI=454659237183 /FTR/ CHP=041832 COMPLETED TIMESTAMP 05/13/2014 07:31 AM CT

---

**From:** Vadasserril, Bobby J. [mailto:bobbyv@njit.edu]
**Sent:** Wednesday, May 14, 2014 11:23 AM
**To:** Gonzalvez, Luisa
**Subject:** FW: Revised Contract

Attached are the invoices submitted to China Triumph International Engineering co.
Please let me know when you receive the wire transfer, will provide you the Fund code to apply the money.
Bobby

---

**From:** Rubio, Norma Y. [mailto:norma.rubio@njit.edu]
**Sent:** Friday, April 04, 2014 1:56 PM
**To:** Vadasserril, Bobby J.
**Subject:** FW: Revised Contract

Bobby,

FYI

*Norma Rubio*
*Director*
*Sponsored Research Administration*
*Telephone: 973-596-6053*
*Fax: 973-596-6056*
*e-mail: rubio@njit.edu*

---

**From:** Sebastian, Donald H. [mailto:donald.sebastian@njit.edu]
**Sent:** Monday, February 17, 2014 4:58 PM
**To:** wangwei; Sebastian, Donald H.
**Cc:** 秦关根——新泽西理工大学; 王丛笑__中建材; 潘锦功__中光电阿波罗; Rubio, Norma Y.
**Subject:** RE: Revised Contract

Dear Mr. Wang Wei,

Thank you for your response. I believe your edits to include the additional interest payment back to TECO are acceptable, and we should move forward with the 2 installment payments covering Q2 activities (10/1/13-12/31/13) in accordance with the table in the contract. As previously done, I have broken each of the major expense items into multiple invoices of $50,000 or less. The breakdown is as follows:

9

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

NJIT 01178

Background Expenses, Total - $256,875
    Invoice F14CN0106 ($48K), F14CN0107 ($48K), F14CN0108 ($48K), F14CN0109 ($48K), F14CN0110 ($48K), F14CN0111 ($16.875K)
Quarterly Project Fees, Total -$100,000
    Invoice F14CN0205 ($50K), F14CN0206 ($50K)
Equipment/Instrumentation Purchase, Total -$100,000
    Invoice F14CN0302 ($50K), F14CN0303 ($50K)

This follows the same format and numbering scheme established in the first quarter billing.
Thank you again for your help in moving this complicated arrangement forward.

Regards,
Don Sebastian

---

Donald H. Sebastian, Ph.D.
Sr. Vice President for Research and Development
University Heights, 350 Fenster Hall
NJ Institute of Technology
Newark, NJ 07102
Tel: (973) 596-8449
Fax: (973) 596-6056
Twitter:@DHSebastian

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 01179