**From:**         Branin, Joanne <joanne.branin@njit.edu>
**Sent:**         Thursday, March 19, 2015 1:15 PM
**Subject:**      CTIEC wires

Hi Gail,

Can you please confirm for me when the second $50K wire from CTIEC was received?

   First payment of $50K received 1/30
   Second payment of $50K   CTIEC states that it was made 2/5
   Third payment of $42,800 received 2/12



--
Joanne Branin
Executive Director, Continuing Professional Education
New Jersey Institute of Technology
973-596-5239 (ph)
973-596-3203 (fax)

1

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

**CONTEMPT
Exhibit 137**

NJIT 03570