# Amendment I

## to

## PV MATERIALS TECHNOLOGY DEVELOPMENT AGREEMENT

《光伏材料技术开发合同》的增补合同 I

### between

**China Triumph International Engineering Co., Ltd.,**
a Chinese company having its registered office at 27 Floor, Zhongqi Mansion 2000#, North Zhongshan Road, Shanghai, P. R. China 200063, represented by **PengShou**, duly authorized (hereinafter referred to as " **CTIEC** ")

中国建材国际工程集团有限公司（以下简称"**CTIEC**"，注册地址：中国上海市中山北路 2000 号中期大厦 27 楼，邮编：200063，法人代表：彭寿）

and
与

**New Jersey Institute of Technology, USA,**
an American public university having its registered office at University Heights, Newark, NJ 07102-1982, USA represented by Dr. Donald Sebastian, Senior Vice President, Research and Development, NJIT (hereinafter referred to as " **NJIT** ").

美国新泽西理工大学（以下简称"**NJIT**"，注册地址：美国新泽西州纽瓦克大学城，邮编：07102-1982，法人代表：Donald Sebastian 博士）共同签署。



EXHIBIT
NJIT - 18
Date: 4-22-15
M.L. GRAY, CSR, RPR

CTIEC and NJIT each individually hereinafter also referred to as "Party" and jointly referred to as "Parties" -
CTIEC 和 NJIT 在下文中单独称为"一方"，一起称为"双方"。

This Amendment I (the **"Amendment"**) to the PV Materials Technology Development Agreement executed by the Parties on 1st of July 2013 (the **"Agreement"**) is made and entered into with retroactive effect as 1st of January 2014 ((hereinafter referred to as the "**Effective Date** ")

本合同是双方于 2013 年 07 月 01 日签订生效的《光伏材料技术开发合同》（以下简称"合同"）的增补合同 I(简称"增补合同"）。本增补合同将由双方共同签署，并于 2014 年 01 月 01 日正式生效（称为"生效日"）。

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

**CONTEMPT
Exhibit 139**

NJIT 02857

## PREAMBLE 前言

After executing the Agreement the Parties have started their cooperation regarding the Project and performing services under the Agreement. While performing the respective services under the Agreement the Parties separately have determined certain ambiguities regarding **Term 3.2, 3.3 and 5.1** of the Agreement.

协议执行后，双方就项目开始合作并开始履行各自的义务。在协议框架下履行各自义务时，双方对合同的条款 3.2、3.3 和 5.1 产生了分歧。

In discussing these ambiguities the Parties have assessed a joint understanding of the terms and conditions of the Agreement and agreed to write down this joint understanding in order to clarify and amend the ambiguous Term 3.2, 3.3 and 5.1 of the Agreement to a suitable extent in this Amendment. Beyond the clarifications and amendments indicated in this Amendment the Agreement shall remain unaffected.

在讨论这些分歧时，双方对相关条款及条件重新评价并达成一致，同意写下共同理解的文本，在合适程度上澄清并修正原协议中分歧的条款 3.2,3.3 和 5.1，形成本增补合同。本增补合同所澄清并修正的内容之外的原协议条款不受影响。

## SUBJECT 主体

Now, therefore, the Parties agree as follows :

最终，双方对歧义条款达成以下共识：

3.2  The total lump sum payment for the period of the R&D Application Form to be made by CTIEC shall be in a total amount of $1,176,875 (excl. applicable taxes in P.R.C.). All the applicable taxes in P.R.C. will be paid by CTIEC.

开发期内 CTIEC 支付的总体费用为 117.6875 万美金（不含中国境内的税）。所有的中国境内税由 CTIEC 支付。

3.3  The lump sum amount is payable in partial payments as indicated in the table below.
这笔费用将分期支付，如表格所示：

| No. of payments 支付序号 | Amount 数量 | Due Date 支付日 |
|---|---|---|
| 1st payment 第一笔支付 | $460,000<br>($250,000 Fee as described in Term 5.1, $160,000 first quarterly fee, $50,000 equipment, DLTS, Proj. 2)<br>$250,000 如项目 5.1 所示的费用<br>$160,000 一期研发款<br>$ 50,000 设备, DLTS, Proj.2 | On 1st, October of 2013<br>2013年10月1日. |

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 02858

| | | |
|---|---|---|
| Target phase 1<br>2nd payment<br>目标阶段1<br>第二笔支付 | $456,875<br>($256,875 Fee as described in Term 5.1,<br>$100,000 2nd quarterly fee,<br>$100,000 equipment, Proj. 4, REHCS, may be built in China, executed by CTIEC separately)<br>$256,875如项目5.1所示的费用<br>$100,000二期研发款<br>$100,000设备购置费，可由中建材支付或制造 | On 1st, January of 2014, but not before the delivery of the interim report for the phase 1 including the third party test report if it refers to and the delivery of all the IP documents of R&D Center.<br>2014年1月1日，但不在阶段1研发报告（含涉及到的第三方检测报告）与研究中心的所有知识产权文件交付之前。 |
| Target phase 2<br>3rd payment<br>目标阶段2<br>第三笔支付 | $130,000 3rd quarterly fee<br>$130,000三期研发款 | On 1st, Apirl of 2014, but not before the delivery of the interim report for the phase 2, including the third party test report if it refers to.<br>2014年4月1日，但不在阶段2报告（含涉及到的第三方检测报告）交付之前。 |
| Target phase 3<br>4th payment<br>目标阶段3<br>第四笔支付 | $130,000 4th quarterly fee<br>$130,000四期研发款 | On 1st, July of 2014, but not before the delivery of the interim report for the phase 3 and Final project report including all the patents and papers, and the third party test report if it refers to.<br>2014年07月1日，但不在阶段3报告和最终的项目总结报告(含所有专利论文以及涉及到的第三方检测报告)交付之前。 |

SUM 总计 $ 1,176,875

### 5.1 Background Information
背景信息

Background Information conceived and/or first actually reduced to practice by NJIT prior to the Effective Date of this Agreement and specifically background IP, shall be treated as Foreground Results possessed by CTIEC for the life of any corresponding patent as of CTIEC's payment in full of FIVE HUNDRED AND SIX THOUSAND EIGHT HUNDRED SENENTY-FIVE DOLLARS ($506,875 USD) which reflects balance remaining on related research be-

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 02859

fore.

在合同生效日之前 NJIT 已持有的和/或由 NJIT 首次应用到实际中的背景信息，特别是知识产权，在专利保护期内都应该为 CTIEC 所拥有的预期成果。这些背景信息对应于 CTIEC 所支付的 50.6875 万美金的知识产权继承费。这也兑现了以前相关研究课题的剩余未付欠款。

| CTIEC | NJIT |
|---|---|
| Name: Sun Jian'an | Name : Donald Sebastian, Ph.D. |
| Title: Vice President | Title : Senior Vice President, R&D |

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 02860