**Eng, Nancy M.**

**From:** Sebastian, Donald H.
**Sent:** Thursday, March 19, 2015 5:02 PM
**To:** Eng, Nancy M.
**Subject:** RE: Final Billing

Thank you – I believe this explains it and I will relay that back to my contact in China.

- Don

**From:** Eng, Nancy M. [mailto:nancy.m.eng@njit.edu]
**Sent:** Thursday, March 19, 2015 5:01 PM
**To:** Sebastian, Donald H.
**Cc:** Vadasserril, Bobby J.; Rubio, Norma Y.
**Subject:** RE: Final Billing

Don:
I spoke to Joanne Branin and Gail Sledge at the Bursar's Office. Gail has no funds in the holding account. When I spoke to Joanne she said she had already received $142,800 for the students ($20,400 each for 7 students). If you take the difference between what we say we have received and what the company says they have paid NJT, the difference is $142,800 ($1,059,675-$916,875). Yes NJIT has been paid the amount they stated but $142,800 represents the payments for the agreement for the students.

Joanne Branin receives emails from China providing documentation of the payments being made. If you need this support she can provide.

I will be out tomorrow so if you would like the info from Joanne, please let Bobby know and he will get from Joanne.
Thanks
Nancy

**From:** Sebastian, Donald H. [mailto:donald.sebastian@njii.com]
**Sent:** Friday, March 13, 2015 3:30 PM
**To:** Eng, Nancy M.
**Subject:** FW: Final Billing

FYI

**From:** Sebastian, Donald H. [mailto:donald.sebastian@njii.com]
**Sent:** Friday, March 13, 2015 11:10 AM
**To:** 'wangwei'
**Cc:** 'Donald Sebastian'; Delahoy, Alan E.; '秦关根-NJIT'; 'Pengshou'; '王丛笑-中国建材'; '殷新建-中国建材'; '潘锦功 西行漫步'; Norma Rubio
**Subject:** RE: Final Billing

Dear Wang Wei,

Thank you for your prompt reply. I understand that you are picking up the contract in the middle of the performance period, so I apologize for not giving you a full set of documents. I have attached 4 files that represent the collection of

1

**CONTEMPT Exhibit 140**

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 01345

invoices associated with each billing period as they relate to the schedule in the table of section 3.3 in the amended contact that was executed in March 2014.

| Billing # | Date | 5.1 Fee | Project Fee | Equipment | Total | Cumulative | Status |
|---|---|---|---|---|---|---|---|
| 1 | 12/30/13 | 250,000 | 160,000 | 50,000 | 460,000 | 460,000 | Received |
| 2 | 2/17/14 | 256,875 | 100,000 | 100,000 | 456,875 | 916,875 | Received |
| 3 | 12/1/14 | - | 130,000 | - | 130,000 | 1,046,875 | Open |
| 4 | 3/13/15 | - | 130,000 | - | 130,000 | 1,176,875 | Open |
|   | Sub Totals | 506,875 | 520,000 | 150,000 | 1,176,875 |   |   |

We agree with the total amount due under the contract. You records show payment that is $12,800 USD greater than we actually invoiced in December 2014 for Billing-3. I checked with NJIT grant accounting yesterday and they assured me that we had not received the wire transfer for Billing-3. I am sure there is a misunderstanding. If you can identify the date of transfer and the means (wire transfer, as before?), and the amounts of each transfer, I will ask our accounts receivables department to look for corresponding deposits that may have been credited to a different account. If they have not been received at least we will have better information as to where the transfer may be held up. Thank you, again.

Best Regards,
Donald Sebastian

Donald H. Sebastian, Ph.D.
President & CEO
NJ Innovation Institute
an NJIT Corporation
400 Fenster Hall
University Heights
Newark, NJ 07102
Tel: (973) 596-5801
Fax: (973) 596-5803
Twitter:@DHSebastian


From: wangwei [mailto:wangwei.ctiec@hotmail.com]
Sent: Friday, March 13, 2015 9:14 AM
To: Sebastian, Donald H.
Cc: Donald Sebastian; Delahoy, Alan E.; 秦关根-NJIT; Pengshou; 王丛笑-中国建材; 殷新建-中国建材; 潘锦功 西行漫步; Norma Rubio
Subject: RE: Final Billing

Dear Dr Sebastian Donald,

My response is as follows in red.

Warm Regards, Wang Wei

CONFIDENTIAL
FOR ATTORNEYS' EYES ONLY

NJIT 01346

王 伟
Wang Wei
新能源工程事业部
New Energy Engineering Department
中国建材国际工程集团有限公司
China Triumph International Engineering Co. Ltd.
电话/Tel: 021-52916280-5127   传真/Fax: 021-62038386
手机/Mobile: 13818360908       网址/Website: www.ctiec.net
邮箱/E-mail: wangwei.ctiec@hotmail.com

---

From: donald.sebastian@njii.com
Date: Thu, 12 Mar 2015 17:29:37 -0400
Subject: Final Billing
To: wangwei.ctiec@hotmail.com
CC: Sebastian@njit.edu; alan.e.delahoy@njit.edu; chin@njit.edu; cgc001@ctiec.net; congxiao@aliyun.com; xinjianyin@126.com; 2280348377@qq.com; rubio@njit.edu

Dear Wang Wei,

I am attaching the 4th and final billing for the current contract with CTIE for research in the CNBM New Energy Materials Research Center at NJIT led by Professor Ken Chin. It is my understanding that all parties involved are finalizing the scope of work for a new contract and any shortfall in technical accomplishments will be addressed in the new work conducted by the center.

The total amount due for the last payment is $130,000 USD, as specified in the contract. As in the past, the total due has been divided into separate invoices, each less than $50,000 USD (F14CN0210/$45,000 ◆ F14CN0211/45,000- F14CN0212/40,000) to facilitate the international wire transfer.

Please note that we have not received payment for the 3rd billing ◆ also $130,000 ◆ billed in January for work completed by 12/31/14. These were invoices F14CN0207/$45,000  F14CN0208/$45,000 and F14CN0209/$40,000. If you did not receive these please let me know and I will resend them to you. I hope that you can expedite payment of those invoices along with the new billing attached ◆ our total receivable is now $260,000. Thank you for your oversight on our project.

Yesterday I contacted Mr Chen Yingxu, the financial colleague of Financial department of CTIEC. He told me CTIEC had already paid 1059,675 USD to NJIT for a total contract price of 1176,875 USD. This is not consistent with the information that you give. So please check with the financial of NJIT about these piece of information.

3

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

NJIT 01347

I have checked all the invoices that I received, but I have not found F14CN0207/$45,000  F14CN0208/$45,000 and F14CN0209/$40,000, So please send these invoices to me !

By the way, have you sent these invoices to somebody of CTIEC (Ms Guan Min or Mr Gu Tianqi) before?

Best Regards,
Donald Sebastian

---

**Donald H. Sebastian, Ph.D.**
President & CEO
NJ Innovation Institute
an NJIT Corporation
400 Fenster Hall
University Heights
Newark, NJ 07102
Tel: (973) 596-5801
Fax: (973) 596-5803
Twitter:@DHSebastian

CONFIDENTIAL
FOR ATTORNEYS' EYES
ONLY

NJIT 01348