Message

| | |
|---|---|
| **From**: | sebastia@njit.edu [sebastia@njit.edu] |
| on behalf of | Sebastian, Donald H. [donald.sebastian@njii.com] |
| **Sent**: | 30/03/2015 20:41:25 |
| **To**: | 王丛笑-中国建材 [congxiao@aliyun.com]; guanmin@ctiec.net; gu_tian_qi@126.com; bastian.siepchen@ctf-solar.com; Chin, Ken K. [ken.k.chin@njit.edu] |
| **CC**: | Pengshou [cgc001@ctiec.net] |
| **Subject**: | RE: 2015 - Yr 2 Application & Agreement |
| **Attachments**: | CTIE-NJII 2015 Agreement final.pdf; CTIE-NJII 2015 Application final.pdf |

Dear Bastian,

The Agreement and Application documents have been amended as you requested and I am sending you both as attachments. They are named "final" to distinguish them from the earlier submissions. Please let me know if you require anything else from the New Jersey team before submitting all of the requests to CTIE. Thank you,

Regards,

Don

_____

**Donald H. Sebastian, Ph.D**.
President & CEO
NJ Innovation Institute
an NJIT Corporation
400 Fenster Hall
University Heights
Newark, NJ 07102
Tel: (973) 596-5801
Fax: (973) 596-5803
Twitter:@DHSebastiian

<div style="border:2px solid black; display:inline-block; padding:10px; text-align:center;">

**CONTEMPT**
**Exhibit 141**

</div>

CNBMCO00046744





New Jersey
**Innovation Institute**
An NJIT Corporation

## PV MATERIALS
## TECHNOLOGY DEVELOPMENT AGREEMENT
光伏材料技术开发合同

This technology development agreement (hereinafter referred to as the "<u>Agreement</u>") is made and entered into with retroactive effect as of 1ˢᵗ January, 2015, (hereinafter referred to as the "<u>Effective Date</u>") by and among

该技术开发合同（以下简称"合同"）由中国建材国际工程集团有限公司（以下简称"CTIEC"，注册地址：中国上海市中山北路 2000 号中期大厦 27 楼，邮编 200063；法人代表：彭寿）新泽西创新研究院"NJII"，一个隶属 NJIT 的公司，其注册办事处位于323 马丁·路德·金大道，纽瓦克，新泽西州 07102-1982，美国博士唐纳德·塞巴斯蒂安任总裁兼首席执行官。

**China Triumph International Engineering Co., Ltd.,** a Chinese company having its registered office at 27 Floor, Zhongqi Mansion 2000#, North Zhongshan Road, Shanghai, P. R. China 200063, represented by **PengShou**, duly authorized (hereinafter referred to as "**CTIEC**"),  On one hand,

And

**New Jersey Innovation Institute**, an NJIT Corporation having its registered office at 323 Martin Luther King Jr. Blvd., Newark, NJ 07102-1982, USA represented by Dr. Donald Sebastian, President & Chief Executive Officer (hereinafter referred to as "**NJII**"), On the other hand,

**NJII** and **CTIEC** hereinafter referred to individually as a "Party" and collectively as the "Parties".

NJII 和 CTIEC 以下单独涉及时称为"一方"，均涉及时称为"双方"。

## **WHEREAS:**

鉴于

1. NJII offers worldwide science and technology for new energy materials, related, but not restricted to the production of Thin Film PV modules based on the cadmium telluride (CdTe) technology.

    NJII 在全球范围内提供新能源材料的科学技术，特别是与CdTe薄膜光伏组件，但也不限于CdTe薄膜光伏组件，的科学技术方案。

2. NJII is interested in the further development of its CdTe technology.

    NJII 有意愿进一步开发它的碲化镉技术。

-1-

CNBMCO00046745



3. CTIEC is willing to give NJII financial contribution to enable the development of the CdTe technology.

   CTIEC给NJII提供资金支持使其能够开发碲化镉技术。

4. CTIEC wishes to share and make use of NJII's development results.

   CTIEC 享有和利用 NJII 开发的成果。

**NOW THEREFORE**, in consideration of the foregoing premises and the following mutual covenants and other good and valuable consideration, the receipt and legal sufficiency of which are hereby acknowledged, and intending to be legally bound hereby, the Parties hereto agree as follows:

因此，考虑到上述前提、接下来双方的协定以及其他建设性的考虑，收据和合法性在此是被承认的，并将受到法律的约束，双方就此达成如下协议：

## 1. <u>Definitions</u>

   定义

- "<u>Affiliate</u>" means, in respect of a Party, a company or other entity controlling, controlled by or under common control, directly or indirectly, with such Party, but only during the time that such control exists. "Control" for the purpose of this definition means the ability to determine the management policies of a company or other entity through ownership of a majority of shares, by control of the board of management, by agreement or otherwise.

   "附属机构"对于一方而言，可以是一个公司或实体通过直接或间接方式控制的法人单位，且此"附属机构"概念只在实际控制存在时成立。此处"控制"是指通过控股、控制董事会、签订协议等方式有决定公司或其他实体的管理政策的能力。

- "<u>Background Information</u>" means, in respect of a Party, any invention whether or not patentable, Know How, trade secrets, data, technical information, method, process, article of manufacture or composition of matter, or any improvement thereof (whether or not patentable) created, developed or owned by that Party prior to the Effective Date.

   "背景信息"是指在合同生效日之前一方持有的授予或未授予专利权的发明创造、技术秘密、商业秘密、数据、技术资料、方法、工艺、制品或物质成分，以及在原有基础上所创造、开发或者拥有的改进更新（包括授予或未授予专利权的）。

-2-

CNBMCO00046746

中国瑞材新能源材料研究中心
CNBM NEW ENERGY MATERIALS
RESEARCH CENTER, NJIT

New Jersey
Innovation Institute
An NJIT Corporation

- "Confidential Information" means with respect to a Party, any information disclosed to the other, including but not limited to compositions, production methods, processes, techniques, sketches, drawings, products specifications, information, data, Know How and all other technical, financial, business and/or commercial information whether such information are disclosed through written documents, electronic transmissions, orally or visually, for the purpose of this Agreement and without it being necessary for the Disclosing Party to specify the confidential nature of such information. In addition, Confidential Information expressly includes any Confidential Information disclosed by a Party to the other Party for the purpose of this Agreement in anticipation of the execution of this Agreement. Background Information and Foreground Results shall be part of the Confidential Information.

  "保密信息"是指一方向另一方公开的任何信息，包括但并不限于材料成分、生产方法、工艺、技术、草稿（草图）、图纸、产品规格、资料、数据、技术秘密，及其他所有技术、财务、行业和商业信息。出于合同的需要，这些信息不受限于是否以书面文件、电子传输、口头或可视文件的形式公开，这些信息不受限于对披露方是否必要都要对这些信息进行保密。另外，保密信息明确地包含出于履行合同的目的一方向另一方公开的任何保密信息。背景信息和预期成果都应该是保密信息的一部分。

- "Science and Development Works" mean the works to be conducted by NJII in accordance with Article 2.1.

  "科研开发工作"是指 NJII 根据条款 2.1 将要开展的工作。

- "R&D Application Form" means the scope, orientation and timeframe of the development works as described in Appendix A. The R&D Application Form also indicates the forms for reporting and final report.

  "研发申请表"是指附录 A 中所描述的开发工作的范围、方向和时间进度。研发申请表也规定了报告和最终报告的方式。

- "Disclosing Party" means the Party disclosing Confidential Information to the other Party.

  "披露方"是指向另一方公开保密信息的一方。

- "Foreground Results" means any concept, idea or invention whether or not patentable, Know How, trade secrets, data, technical information, method, process, article of manufacture or composition of matter, or any improvement thereof (whether or not patentable) created and developed by the Parties after the Effective Date within the framework of the Development Works.

-3-

CNBMCO00046747





"预期成果"是指在开发工作框架内自合同生效日起的所有观点，想法，授予和未授予专利权的发明创造，技术秘密，商业秘密，数据，技术资料，方法，工艺，制品和物质成分以及在此基础上由 NJII 所创造、开发的改良更新（包括授予或未授予专利权的）。

- "Intellectual Property Rights" shall mean all forms of statutory intellectual property rights and protections, including patents (comprising patent applications, and any patent issuing on such application, and any foreign patent issuing on any such application), utility models (comprising utility model applications and any utility models issuing on such utility model applications), and other statutory intellectual property rights such as copyrights.

  "知识产权"是指各种形式的法律所规定的知识产权及保护，包括专利（含专利申请，申请的国内专利公开，申请的国外专利公开），实用新型（包括实用新型的申请以及实用新型申请的公开）以及如版权类其他法律规定的知识产权。

- "Know How" shall mean a package of non-patented practical information, resulting from experience and testing, which is (i) secret, that is to say, not generally known or easily accessible, (ii) substantial, that is to say, significant and useful for its specific purpose, in particular for the production of products or the conduct of processes, and (iii) identified, that is to say, described in a sufficiently comprehensive manner so as to make it possible to verify that it fulfills the criteria of secrecy and substantiality.

  "技术秘密"是指来自经验和试验测试的一系列非专利实用信息，其具有以下特点：1）保密性，即不为大众所知且不易获得；2）重要性，对于特定目的尤其产品生产或工艺控制的实用性；3）确定性，其可被一种全面的方式描述，使其可满足保密性和实质性的标准。

- "Receiving Party" means the Party to whom Confidential Information is disclosed by the other Party.

  "接受方"是指接受另一方保密信息的一方。

## 2. Performances of NJII

### NJII 的义务

2.1 NJII shall strictly conduct Research and Development Works in accordance with the actual new energy materials R&D Application Form for 2015 and NJII will provide periodical research achievements and relative documentary evidences such as some test reports from the third party accepted by both parties，especially for the conversion efficiency of solar cell and PV module. In case the periodical research targets were unfinished by NJII on time, NJII shall without undue delay inform

CNBMCO00046748





CTIEC, give reasonable explanations and provide satisfying solutions to CTIEC.

NJII须严格按照实际的《2015研发申请表》中规定的项目进度时间表开展新能源材料相关开发工作，并提供阶段研发成果及双方认可的第三方检测报告（尤其是太阳能电池和光伏组件的转化效率）等相关证明文件。对于NJII未能完成项目阶段目标的情况，NJII应及时通知CTIEC, 给出合理的解释并提供令CTIEC满意的解决方案。

2.2 During the period of Development Works, NJII should finish hereafter works including applying 2 - 3 invention patents, 5 papers published or accepted by International Journals or scientific congresses, but at least 1 paper is published on International Journals. When permitted by law, the first signature unit should be CTIEC in the published papers and patent applications. During the Development Works of NJIT, the inventions that are suitable for patent application should be applied for patents at least both in China and USA. NJIT will bear all costs of provisional patent filings and paper publications in the year (1/1/15 – 12/31/15) of this contract without limitation in number.

NJII 在项目期间应完成申请发明专 2 - 3 项；国际学术论文或会议论文 5 篇，但至少 1 篇学术论文发表在国际杂志期刊上。如果法律允许，发表论文和专利申请的第一署名单位应为 CTIEC. 开发工作过程中产生的发明创造，适于申请专利的，应至少在中国和美国两国申请专利。NJIT 在项目期内将承担所有的专利申请和论文发表费用，不受限于专利和论文的数量。

2.3 The use of subcontractors by NJII is allowed only with the prior written consent of CTIEC.

经CTIEC书面同意后，NJII 才有权将开发工作分包给第三方。

### 3. **Reimbursement of Costs**
   **费用支付**

3.1 The Parties have agreed that CTIEC shall bear all reasonable costs related to NJII's conduct of the Research and Development Works as further defined in the R&D Application Form for 2015，All the research work will be carried out in NJII of USA.

双方已达成共识：CTIEC将承担 NJII开展《2015研发申请表》中规定的开发工作所有相关合理费用。所有的研发工作都在美国新泽西理工大学开展。

3.2 The total lump sum payment for the period of the R&D Application Form for 2015 to be made by CTIEC shall be in a total amount of $740,000 (excl. applicable taxes in P.R.C.)，All the applicable taxes in P.R.C. will be paid by CTIEC.

CNBMCO00046749





New Jersey
**Innovation Institute**
An NJIT Corporation

2015研发申请表开发期内CTIEC支付的总体费用74万美金（不含中国境内的税）。所有的中国境内税由CTIEC 支付。

3.3      The lump sum amount is payable in partial payments as indicated in the table below.

这笔费用将分期支付，如表格所示：

| No. of payments | Amount 数量 | Due Date 支付日 |
|---|---|---|
| 1st payment 第一笔支付 | $266,000 | On 1st, May of 2015 , but not before the delivery of the interim report for the phase 1，including the third party test report if it refers to。2015年5月1日，但不在阶段1报告（含涉及到的第三方检测报告）交付之前。 |
| 2nd payment 第二笔支付 | $280,000 | On 1st, September of 2015, but not before the delivery of the interim report for the phase 2，including the third party test report if it refers to。2015年9月1日，但不在阶段2报告（含涉及到的第三方检测报告）交付之前。 |
| 3rd payment 第三笔支付 | $194,000 | On 1st, January of 2016, but not before the delivery of the interim report for the phase 3 and Final project report including all the patents and papers and the third party test report if it refers to。2016 年 1 月 1 日，但不在阶段 3 报告和最终的项目总结报告(含所有专利论文以及涉及到的第三方检测报告)交付之前。 |

**SUM 总计**          **$ 740,000**

CNBMCO00046750





4. **Targets and Milestones – See Application for 2015**

**阶段目标与里程碑 – 请看 2015 研发申请**

5. **Intellectual Property Rights Ownership**

**知识产权的所有权**

5.1 Background Information

背景信息

Background Information conceived and/or first actually reduced to practice by NJII prior to the Effective Date of this Agreement and specifically background IP, shall be treated as Foreground Results possessed by CTIEC for the life of any corresponding patent.

本协议的生效日期之前，由 NJII 构思和/或付诸实施的背景信息，尤其是背景知识产权，以及其产生的预期结果，在相关专利有效期间，应被视为 CTIEC 所有。

5.2 Foreground Results

预期成果

All Foreground Results and all Intellectual Property Rights in and to the Foreground Results from Application for 2015 shall be jointly owned by NJII and CTIEC, and CTIEC should possess the priority of common property. Without the consent of CTIEC in writing, NJII has no rights to transfer, confer and license the Intellectual Property to any other party.

来自于 2015 研发申请的所有预期成果及预期成果的所有知识产权应当为 CTIEC 和 NJII 共有，且 CTIEC 为第一权利拥有者。未经 CTIEC 书面同意，NJII 不得擅自将知识产权转让、赠予或授权给第三方。

6. **Exploitation of Intellectual Property Rights and Know How**

**知识产权和专有技术开发**

6.1 Exploitation by NJII

NJII 方面

6.1.1 NJII shall not retain the right to freely use and dispose of its Background Information treated as Foreground Results as described in Article 5.1

NJII 无权自由使用和处置在条款 5.1 中被表述为预期成果的背景信息。

CNBMCO00046751


中国煤村新能源材料研究中心
CHEM NEW ENERGY MATERIALS
RESEARCH CENTER, NJIT


New Jersey
**Innovation Institute**
An NJIT Corporation

6.1.2   NJII shall not be free to use, develop, commercially exploit and/or license Foreground Results, without accounting to CTIEC.

未经 CTIEC 书面同意，NJII 不可自由使用、开发、商业开拓和/或授权这些预期成果。

6.2   <u>Exploitation by CTIEC</u>

<u>CTIEC 方面</u>

6.2.1   CTIEC is entitled to license the intellectual property rights to any Affiliate. CTIEC may grant licenses to third parties (excluding Affiliates) only upon written consent of NJII.

CTIEC 有权再授权其附属机构。CTIEC 只有在得到 NJII 书面同意后才可以向第三方（非附属机构）授权。

**7.   Confidentiality**

<u>保密条款</u>

7.1   <u>Confidentiality</u>

<u>保密条款</u>

The Receiving Party hereby agrees to consider and treat as strictly confidential, during the term of this Agreement and for a further period of ten (10) years after its expiration or termination, the Confidential Information of the Disclosing Party.

接受方同意在本协议期内及协议终止后的 10 年内严格保密披露方的机密信息。

The Receiving Party agrees in particular:

接受方特别要同意：

- not to publish in any manner or otherwise disclose to any third party any Confidential Information, and to treat all Confidential Information at least with the same degree of care as it applies to its own files of a confidential nature;

  不以任何方式发布或以其他方式披露给任何第三方的任何机密资料，并至少与自己的机密文件得到同等程度的处理；

- not to use Confidential Information for the benefit of any third party or for its own account; and

  不得利用保密信息为第三方或接受方谋取利益，和

CNBMCO00046752

- to disclose Confidential Information only to those of its directors, officers, employees and advisers who have a reasonable need to know to enable it to perform its obligations or to exercise its rights under this Agreement, to inform such directors, officers, employees and advisers of the confidential nature of the Confidential Information, and to cause them to comply with any and all terms of this Agreement.

  仅向那些需要知道的董事、职员、雇员和顾问透露机密信息，以便他们能够履行合同中义务和行使权力。并告知此董事、官员、雇员和顾问机密资料的机密性质，使他们能够遵守本协议的所有条款。

- Unless otherwise agreed by the Parties, the Parties shall not disclose to the public or to any third parties in any manner the nature and the content of the Development Works being implemented under this Agreement.

  如果双方没有达成一致，双方不得以任何方式向公众或向任何第三方公开协议中将被实施的开发工作的性质和内容。

## 7.2 <u>Exceptions</u>

免责条款

The obligations set forth in Article 7.1 of this Agreement shall not apply to Confidential Information which:

条款 7.1 中规定的责任在以下情况不适用于保密协议：

i)   is in the public domain at the time of its disclosure by the Disclosing Party or thereafter falls into it without any breach of this Agreement (and, in that case, only from the date on which it fell into the public domain);

在披露方公开时，保密信息已经属于公知范畴；或者在没有违反本合同约定条款情况下，保密信息已经落入公知范畴（在这种情况下，保密信息自落入公知范畴之日为准）。

ii)  was known by the Receiving Party prior to its disclosure by the Disclosing Party, provided that the Receiving Party gives proper evidence of such prior knowledge; or

在披露方公开之前，接收方提供有效证据或已有信息证明其已经获知；

iii) has been rightfully obtained by the Receiving Party from a third party without any breach of a confidentiality obligation towards the Disclosing Party; or

在不违反对披露方保密义务的情况下，接受方从第三方正当获取；

CNBMCO00046753





iv)   has been independently discovered or developed by the Receiving Party without using Confidential Information, so long as such independent discovery or development can be documented and verified.

在没有使用保密信息的情况下，接受方能够提供书面资料证明已独立发现或开发出这些信息。

## 7.3   Return of documents

文件归还

Upon the expiration or termination of this Agreement, or at the Disclosing Party's request, the Receiving Party shall promptly return to the Disclosing Party all documents embodying Confidential Information of the Disclosing Party, or, at the option and direction of the Disclosing Party, destroy all copies of the Disclosing Party's Confidential Information and certify in writing that such copies have been duly destroyed. Until that date, the Receiving Party shall keep such documents in a place permitting both their secrecy and their rapid recovery. However, CTIEC shall be entitled to keep the interim reports, the final report and all other documentation necessary to exercise the license granted under Article 6.2 of this Agreement.

本合同期满或者终止后，或者在披露方的要求下，接受方应立即将包含披露方保密信息的所有资料返还给披露方，或者在披露方授意和指导下，销毁所有包含有披露方保密信息的副本，同时向披露方作出书面形式保证。在该日之前，接受方须将含有保密信息的文件存放在保密且可快速恢复的场所。然而，CTIEC 有权保存中期报告、最终报告及所有其他对执行条款 6.2 中规定许可必要的文件。

## 8.   **Term and Termination**

期限和终止

8.1   This Agreement shall commence on the Effective Date and shall, with respect to the conduct of the Development Works, remain in force until NJII has provided the final report and CTIEC has made all payments in accordance with Article 3.

本协议应在生效日期开始，考虑到开发工作的进行，直至 NJII 提供了最终报告以及 CTIEC 根据条款 3 支付所有款项之前一直保持效力。

8.2   Any Party may terminate this Agreement by written notice in the event the other Party fails to cure any default of any of its material obligations hereunder within sixty (60) days after receipt of written notice of such default.

如果一方在收到书面通知后，60 天后还不能够挽回自己的违约行为，另一方有权书面通知另一方终止协议。

CNBMCO00046754





8.3 In case of an earlier termination of this Agreement in accordance with 8.2 or otherwise

根据条款 8.2 或者其他情况需要提前终止本协议的：

i）NJII will under no circumstances be obligated to refund payments made by CTIEC under this Agreement;

在本协议中在任何情况下 NJII 将无义务退还 CTIEC 已支付的款项；

ii) CTIEC will not be obligated to make further lump sum payments。

CTIEC 无义务支付更多的整笔款项。

8.4 Termination of this Agreement for any reason shall not affect rights and obligations of the Parties accrued until the effective date of termination. All of the provisions of this Agreement that by their terms are to be performed or that otherwise are to endure after the termination of this Agreement shall survive the termination of this Agreement and shall continue in effect for the respective periods therein provided or contemplated.

无论合同因何种原因被终止，截至合同失效日之前，双方都应严格履行合同规定的条款。合同中所有的规定（合同中条款执行的或者在合同到期后依然持续的）都应在合同延期后依然有效，并按照各个时段的假定或设想来执行。

## 9. **Dispute Resolution**

纠纷解决

Any dispute arising in connection with or out of the performance or the interpretation of this Agreement which the Parties cannot settle amicably shall be submitted to the International Chamber of Commerce (ICC) and arbitrated, in conformity with the Arbitration Rules of ICC. The place of arbitration is Republic of Singapore.

双方对合同条款的执行、解释产生分歧如无法通过友好协商解决的，应递交到国际商会由仲裁方式解决，遵循国际商会的仲裁法案。仲裁地点在新加坡。

## 10. **Applicable Laws**

适用法律

This Agreement shall be governed and construed in accordance with the laws of New York State, United States of America, to the exclusion of its conflict of law provisions

本合同应依据美国纽约州的法律进行管辖和解释，解决条款冲突。

-11-

CNBMCO00046755




## 11.   **Miscellaneous Provisions**

**其他条款**

11.1 It is expressly understood and agreed that the relationship between NJII and CTIEC under this Agreement is solely that of independent contractors, acting for their own account, at their sole cost and expense, and not as the legal representative, reseller, distributor, employee or agent of the other. Neither Party shall use the terms "joint venture", "partner", "partnership", "agent" or similar terms to describe the relationship between the Parties under this Agreement. Any inadvertent use of such terms shall refer to the spirit of cooperation between the Parties and shall not create a legal partnership or joint venture or any responsibility by one Party for the actions of the other, either expressly or by implication.

在本协议中 NJII 与 CTIEC 之间的关系只是独立的合同方，有各自帐户管理，各自成本和开销；而不是作为法律代表、转销商、分销商、雇员或代理人。任何一方都不得使用"合资企业"、"合作伙伴"、"伙伴关系"、"代理"或类似词语在本协议来描述双方的关系。这类词语的误用，不管其明显与否，都会影响到双方的合作性质，均不能建立一种合法的伙伴关系、合资企业关系或形成一方对另一方履行的义务。

11.2 Except as expressly set forth herein, nothing in this Agreement shall be construed as conferring any rights to use in advertising, publicity or other marketing activities any name, trade name, trademark or other designation of any Party hereto, including any contraction, abbreviation or simulation of any of the foregoing.

除了本协议明确规定的，本协议中的任何内容不得使用在广告、宣传或其他市场营销活动中的任何名称、商号、商标或其他方面，包括任何符号、缩写或任何类似上述情况的场合。

11.3 The Agreement is the complete statement of the terms of the agreement between the Parties relating to the subject matter of the Agreement and may not be modified except in writing executed by both Parties and supersede all prior agreements or understanding of any kind whatsoever relating to the subject matter of the Agreement.

该合同是对此次开发项目中双方权利和义务的一个完整表述，不得修改。除非双方书面同意并取代所有先前达成的协议，或考虑到协议中合同内容的相关方面。

11.4 Any provision of the Agreement may be waived if, and only if, such waiver is in writing and signed by the Party against whom the waiver is to be enforced. No failure or delay by any Party in exercising any right, power or privilege hereunder shall operate as waiver thereof, nor shall any single or partial exercise thereof preclude any other or further exercise thereof or the exercise of any right, power or privilege.

CNBMCO00046756




协议的任何规定在且仅在这种情况下可能被放弃，如果这种放弃是以书面作出并由一方签署，另一方被强制执行。未执行或延迟行使本协议的任何权利、权力或特权的一方不得被视为放弃该权利，任何单个或部分行使也不排除任何其它或进一步行使或行使任何权利、权力或特权。

11.5 In the event any provision of the Agreement is found to be invalid, illegal or unenforceable, the validity, legality and enforceability of any of the remaining provisions shall not be affected. The Parties shall then negotiate and agree upon a valid provision coming closest to their intentions.

如果发现协议的任何条款无效、非法或不可执行，不应影响任何其余条文的有效性、合法性和可执行性。双方应以谈判协商的方式制定一条最接近双方意愿的条款。

11.6 Neither Party is entitled to sub-contract or assign whole or part of its obligations under this Agreement without the prior written consent of the other Party.

未经另一方事先书面同意，任何一方都无权以分包或分配全部或部分本协议所履行的内容。

-13-

CNBMCO00046757

中国建材新能源材料研究中心
CHEM NEW ENERGY MATERIALS
RESEARCH CENTER, NJIT

New Jersey
**Innovation Institute**
An NJIT Corporation

## 12   Notices

通知

Any notice to be made by either Party to the other under this Agreement shall be in writing and sent to the address set out in this Article.

任何一方作出的对另一方有关本合同的通知都应以书面形式发送到此条款规定的地址。

The notice addresses are as follows:

通知地址如下：

For **CTIEC**:

Address:
27 Floor, ZhongqiMansion 2000#,
North Zhongshan Road, Shanghai,
P. R. China 200063
Fax: +86-21-62033390
e-mail: congxiao@yahoo.cn

For **NJII**:

Address:
New Jersey Innovation Institute
323 MLK Blvd., Newark 07102-1982
USA
Fax: +1-973-596-5803
e-mail:donald.sebastian@njii.com

*NJIT and BANK INFORMATION:*

UNIT：New Jersey Innovation Institute, Inc.
UNIT ADD:   University Heights, Newark, New Jersey 07102-1982
BANK NAME：Wells Fargo
BANK ADD: 550 Broad Street，Newark, New Jersey 07102
INTERNATIONAL WIRE TRANSFERS (SWIFT Number): ██████████
CHIPS UID: █████
DEPOSITOR ACCOUNT TITLE: ████████████
DEPOSITOR ACCOUNT NUMBER: █████████

Any change of notice address will be given in writing by the relevant Party to the other in compliance with the provisions of this Article.

任一方变更通知地址均应按照此条款规定以书面形式通知另一方。

**CTIEC**

Name: Sun Jian'an

Title: Vice President

**NJII**

Name:  Donald Sebastian, Ph.D.

Title: President & CEO

-14-

CNBMCO00046758





**Research and Development Application Form   研发申请表**

**Application for 2015  2015年度申请**

# Project Name: PV Materials R&D Project

光伏材料技术研发项目

**Declare Unit:**  **New Jersey Innovation Institute, Inc., USA**

新澤西創新研究院有限公司

**Project Leader:**  **Professor Ken K. Chin,**
**Director, CNBM New Energy Materials Research Center,**
**NJIT**

**Legal Representative:** **Dr. Donald Sebastian,**
**CEO and President of New Jersey Innovation Institute**

**Start-stop time: 01.01.2015 –31.12.2015**

Modified to be in accordance with the R&D Meeting, CTIEC, Shanghai, Jan. 29-30, 2015, and subsequent discussions with CTF SOLAR

CNBMCO00046759



CNBMCO00046760



CNBMCO00046761



CNBMCO00046762

CNBMCO00046763



CNBMCO00046764



CNBMCO00046765



CNBMCO00046766

CNBMCO00046767



CNBMCO00046768



CNBMCO00046769

CNBMCO00046770



CNBMCO00046771



CNBMCO00046772



CNBMCO00046773

CNBMCO00046774



CNBMCO00046775



CNBMCO00046776

CNBMCO00046777



CNBMCO00046778

CNBMCO00046779

CNBMCO00046780

CNBMCO00046781



CNBMCO00046782

CNBMCO00046783

CNBMCO00046784

CNBMCO00046785



CNBMCO00046786



CNBMCO00046787



CNBMCO00046788

CNBMCO00046789

CNBMCO00046790

CNBMCO00046791



CNBMCO00046792

CNBMCO00046793

CNBMCO00046794



CNBMCO00046795



CNBMCO00046796



CNBMCO00046797



CNBMCO00046798



CNBMCO00046799

CNBMCO00046800



CNBMCO00046801



CNBMCO00046802



CNBMCO00046803



CNBMCO00046804

CNBMCO00046805

CNBMCO00046806



CNBMCO00046807



CNBMCO00046808

CNBMCO00046809



CNBMCO00046810



CNBMCO00046811

CNBMCO00046812



CNBMCO00046813



CNBMCO00046814



CNBMCO00046815