# Exhibit "32"

**T: 6/2/15-6/4/15**
**Exhibit 42-1(P)**

CONTEMPT
Exhibit 146

Chase Online –   4/15/15, 8:20 PM

# Chase Online

Wednesday, April 15, 2015

## Search Results

**Transaction type:** All Transactions
**Date range:** 03/16/2015 - 03/16/2015

### Search Results 1 - 2

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 03/16/2015 | Fee | INCOMING DOMESTIC WIRE FEE | $15.00 | | $878,605.80 |
| 03/16/2015 | Incoming Wire Transfer | CHIPS CREDIT VIA: BANK OF CHINA NEW YORK BRANCH/0326 B/O: CHINA TRIUMPH INTL ENGINEERING CO L56DIAN CHI RD SHANGHAI CHINA REF: NBNF=SUNPIN CONSTRUCTION MANAGEMENT LLC CHICAGO, IL ▮ ORG=▮DIAN CH I RD SHANGHAI CHINA OGB=BANK OF CHI NA SHANGHAI SSN: ▮TRN: ▮ | | $871,703.60 | |

© 2015 JPMorgan Chase & Co.

EXHIBIT 14
WIT: Kim
DATE: 4-17-15
Juliana Zajicek CSR

Page 1 of 1