**Chase Online**                                                                 Thursday, April 16, 2015

### Search Results

**Transaction type:** All Transactions
**Date range:** 03/16/2015 - 03/16/2015

Search Results 1 - 3

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 03/16/2015 | ACH Debit | CORP PAYROLL SVC PAYRLL FEE SUNSOL CCD | $45.95 | | $129,029.37 |
| 03/16/2015 | ACH Debit | CORP PAYROLL SVC PAYRLL TAX SUNSOL CCD | $2,592.33 | | $129,075.32 |
| 03/16/2015 | Incoming Wire Transfer | CHIPS CREDIT VIA: BANK OF CHINA NEW YORK BRANCH/0326 B/O: CHINA TRIUMPH INTL ENGINEERING CO LCHINA REF: NBNF=SUNPIN HOLDINGS LLC CHICAGO IL 60602-3939/AC-███████ORG=███████ CHINA OGB=BANK OF CHINA SHANGHAI SSN: ████ TRN: ███████ | | $29,997.00 | |

© 2015 JPMorgan Chase & Co.

**CONTEMPT**
**Exhibit 147**

EXHIBIT 15
WIT: Kim
DATE: 4-17-15
Juliana Zajicek CSR

PENG SHOU: Exhibit 402