# Exhibit "26"

**T: 6/2/15-6/4/15**
**Exhibit 42-1(L)**

CONTEMPT
Exhibit 148

Chase Online –                                                                                     4/15/15, 8:12 PM

# Chase Online

Wednesday, April 15, 2015

## Search Results

**Transaction type:** All Transactions
**Date range:** 12/01/2014 - 12/01/2014

### Search Results 1 - 3

| Date | Type | Description | Debit | Credit | Balance |
| --- | --- | --- | --- | --- | --- |
| 12/01/2014 | Fee | OUTGOING FOREIGN WIRE FEE | $45.00 | | $1,614.05 |
| 12/01/2014 | Outgoing Wire Transfer | INTERNATIONAL WIRE TRANSFER A/C: BANK OF CHINA LIMITED HEAD OFFICE BEIJING CHINA ▇▇▇▇CHINA TRIUMPH INTERNATIONAL TRN: ▇▇▇▇ | $200,000.00 | | $1,659.05 |
| 12/01/2014 | Account Transfer | Transfer from CHK | | $200,000.00 | |

© 2015 JPMorgan Chase & Co.

EXHIBIT 11
WIT: Kim
DATE: 4-17-15
Juliana Zajicek CSR

# Exhibit "27"

**T: 6/2/15-6/4/15**
**Exhibit 42-1(M)**

**Chase Online**                                                        Wednesday, April 15, 2015

**Search Results**

**Transaction type:** All Transactions
**Date range:** 01/22/2015 - 01/22/2015

**Search Results 1 - 2**

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/22/2015 | Outgoing Wire Transfer | INTERNATIONAL WIRE TRANSFER A/C: BANK OF CHINA LIMITED HEAD OFFICE BEIJING CHINA 100818 ▇▇▇▇ CHINA TRIUMPH INTERNATIONAL TRN: ▇▇▇▇ | $1,200,000.00 | | $1,435.56 |
| 01/22/2015 | Account Transfer | Transfer from | | $1,200,000.00 | |

© 2015 JPMorgan Chase & Co.

EXHIBIT 12
WIT: KIM
DATE: 4-17-15
Juliana Zajicek CSR