000001

# EPC SHORT-FORM AGREEMENT

by and between

Sunpin Walmart Avon-North Oxford, LLC



and

China Triumph International Engineering Co., Ltd



CTIEC

PENG SHOU: Exhibit 362

**CONTEMPT Exhibit 150**



HIGHLY CONFIDENTIAL-RESTRICTED-SUBJECT TO PROTECTIVE ORDER

000002

February 25, 2015

# EPC Short-Form Agreement

This EPC Short-Form Agreement ("SF Agreement") is by and between Sunpin Walmart Avon-North Oxford, LLC ("**Sunpin**") with offices located at 1 N. LaSalle Street, Suite 1515, Chicago, Illinois 60602, and China Triumph International Engineering Co., Ltd ("**CTIEC**") with offices located at Zhongqi Building, Floor 27, 2000 Zhongshanbei Road, Shanghai, China 200063. This agreement arises from the terms of the EPC Framework agreement between Sunpin Solar Development, LLC, and CTIEC. The Framework Agreement serves as the basis for the affiliation between the parties, under which Sunpin develops and invests in Projects, and CTIEC provides EPC and financing services for such Projects. Pursuant to the Framework Agreement, Sunpin and CTIEC (hereinafter each called a "**Party**" or collectively "**Parties**") work together to to execute engineering, procurement, financing and construction agreement ("**EPC Agreement**") for the following Project, and do so within a commercially reasonable timeframe.

NOW, THEREFORE, in exchange for good and valuable consideration heretofore acknowledged and received, it is agreed as follows:

## 1. Project Agreement

Sunpin has identified and acquired two (2) related projects that are "Development Ready" as follows:

> Walmart Avon Store #2122 - 30 Memorial Drive, Avon, MA 02322
> Size : 556.01kW DC
>
> Walmart North Oxford Store #2012 - 742 Main St., North Oxford MA 01537
> Size : 461.305kW DC

These two projects are roof-mounted photovoltaic solar generating systems and are located at the Walmart stores in Avon and North Oxford, Massachusetts comprising a total of 1.0173 MW DC (collectively "the Project"). Each of these two roof mounted systems have a separate Power Purchase Agreements under which they will sell power to Walmart (with all related documentation and agreements, the "**PPAs**"). Pursuant to the Framework Agreement, Sunpin hereby presents the Project to CTIEC for affiliation subject to obtaining any approval deemed necessary pursuant to the PPAs, and CTIEC hereby accepts such affiliation in the Project subject to such condition.

000003

## 2. Sunpin Responsibilities

Sunpin has engaged legal counsel to perform due diligence and contract administration in connection with the Project EPC and financing agreement. Sunpin has obtained or shall obtain on a timely basis all permits and consents required to perform the construction and operations of the Project, including land rights (including CTIEC access rights), construction permits, grid connection authorization, environmental permits and an effective exit strategy plan, which may include long-term financing, sale of the project, tax equity, sales of PPA, SREC or other governmental incentives revenue, or a mixture of the foregoing.

## 3. CTIEC Responsibilities

CTIEC is responsible for performing all activities necessary to effectuate the completion of the Project so that it is an operating, interconnected and commissioned solar photovoltaic electric power plants (excluding land acquisition rights, the processing of ministerial permits and other preliminary development activities as delineated below), with a design life of 25 years. CTIEC shall complete the project strictly in accord with the plans, specifications and permits, and otherwise in accord with all applicable laws.

CTIEC and Sunpin shall complete a lump sum, "Turn Key" EPC Agreement for the engineering, procurement, financing and construction of this approved project to provide more detail to the agreements and commitments contained herein. Sunpin shall have the discretion and approval rights on the final designs, contractor selections, materials to be procured and schedules for the Project.

## 4. EPC Scope of Work

CTIEC shall be responsible for the following engineering, procurement, and constructions services, which shall be further delineated in a separate Long Form EPC Agreement, in accord with the terms set forth in Schedule A attached hereto and incorporated herein. Except for procuring modules and inverters, CTIEC shall subcontract all the remaining scopes of work set forth in the EPC Contract, as a "mirror scope" contract, to Sunpin Construction Management LLC.

## 5. Pricing

The price paid by Sunpin to CTIEC shall be $2.55 per MW of installed peak power (hereinafter "EPC Price") as set forth in Exhibit C entitled "Schedule of Values". The EPC Price shall be the price paid to CTIEC to perform all of the items listed in Schedule A entitled "Scope of Work." ("Project Construction Costs"), plus one and ½ (1.5%) percent for personnel, administrative costs and advanced capital cost for the Project ("Project Administrative Costs"; plus a profit margin ("Profit Margin") of seven (7%) percent of such advanced capital cost of the Project.

## 6. Project Construction Financing Terms

CTIEC shall provide construction financing to Sunpin for the Projects. CTIEC shall be responsible for the following construction financing services, in accord with the following terms:

a. Sunpin shall pay an initial deposit of ~~fifteen (15%)~~ *(15%–20%)* percent of the EPC Price to CTIEC, CTIEC shall then provide all services contained herein to accomplish the construction of the Project.
b. The services provided by CTIEC shall be secured by a first position lien upon the shares or ownership interests in the project entity as well as the assets of the project entity, until all construction amounts due to CTIEC as set forth in the Project's EPC Agreement are repaid in full. As provided in the Framework Agreement, Sunpin will provide security to CTIEC as discussed and agreed by the Parties..

## 7. Payment

Payment of the EPC Price shall be effectuated as follows:

a. ~~Fifteen (15%)~~ *15%–20%* percent of the EPC Price shall be paid by Sunpin to CTIEC within thirty (30) days of execution of this Agreement.
b. The remaining corresponding balance of ~~eighty-five (85%)~~ *80%–85%* percent of the EPC Price for each project shall be entitled to prioritized payment and be paid by Sunpin to CTIEC as follows:
   i. Within seven (7) business days of the sale of the majority interest in the Ownership Entity of the project; or
   ii. Within seven (7) business days of the project financing of greater than fifty (50%) percent of the project value with a third party; or
   iii. In the event that no such sale or financing takes place within 90 days after the Commercial Operations Date of the project ("COD"), Sunpin shall pay to CTIEC all of the net project revenues on a quarterly basis until the earlier of the time that the EPC Price is paid in full or the project is sold or financed and the balance is paid from such closing. If the balance is not paid in full after 90 days of COD, an interest will accrue at a rate of =10% per annum shall apply to the outstanding balance to be paid by Sunpin to CTIEC.
   iv. In the event that the construction financing is not paid in full after 180 days of COD, CTIEC is entitled to utilize its the security interests in the Project to force the sale of the Project at a price no less than the Project Development Costs plus Project Construction Costs.
c. Mobilization shall commence in accordance with construction schedules and dates of key milestones as set forth in Exhibit B attached hereto and incorporated herein.

HIGHLY CONFIDENTIAL-RESTRICTED-SUBJECT TO PROTECTIVE ORDER

000005

## 8. Permits

Sunpin shall be responsible for processing and obtaining any and all required non-ministerial permits as they relate to the construction of the Projects, to which the costs of such permits are to be the sole responsibility of Sunpin. CTIEC shall be responsible to produce and provide to Sunpin all required permit drawings, design sets and "as-built" drawings required, and shall be responsible for the architectural and engineering services and fees to create such documents as well as obtaining ministerial permits (e.g. building permit) based upon documents approved by Sunpin.

## 9. Warrantees and Insurance

CTIEC shall provide Sunpin warrantees from both CTIEC and equipment manufacturers for the Project as set forth in Exhibit C attached hereto and incorporated herein.

## 10. Governing Law

This Agreement shall be construed in accordance with and shall be governed by the laws of the State of Illinois.

IN WITNESS WHEREOF, the parties have hereunto executed this Agreement on the Date set forth above, to become effective immediately.

| Sunpin: | CTIEC: |
|---|---|
| Sunpin Walmart Avon-North Oxford, LLC: | China Triumph International Engineering Company, Ltd.: |
| By: _[signature]_ | By: _[signature]_ |
| Name: Tian Li<br>Title: Chairman & CEO | Name: Name: Shou Peng<br>Title: President & Chairman |
|  |  |

# Exhibit A:

# Scope of Work Requirements

### Scope of Work

Walmart Store @ Avon, Massachusetts ("Avon") and Walmart Store @ North Oxford, Massachusetts ("North Oxford")
Combined total: 1.0173mW DC

EPC Contractor, its employees, consultants and contractors shall perform the design and engineering, procurement (including obtaining building permit), construction, installation and interconnection work for the Project. The Project shall consist of the "turnkey" installation of photovoltaic roof top power systems located at two separate locations comprising 556.01kW DC at Avon and 461.305kW DC at North Oxford, totaling a combined capacity of 1.0173mW DC, including all labor, materials, equipment and engineering required therefore, and in accord with the approved and permits, plans and specifications for the Project.

EPC Contractor will include, but not be limited to, the installation of a roof mounted structural racking system per Manufacturer's structural drawings and installation specifications; the installation of solar modules per manufacturer's installation specification or equivalent; the receipt, handling and proper installation of Skid Inverter Packages; the installation of Balance of System ("BOS") labor and materials, and commissioning of the Project and the close out of all building inspections and close out of all related permits.

HIGHLY CONFIDENTIAL-RESTRICTED-SUBJECT TO PROTECTIVE ORDER

# Exhibit B:

# Project Schedule

Mobilization Date April 15, 2015

July 15, 2015 Substantial Completion

August 1, 2015 Commercial Operation Date

HIGHLY CONFIDENTIAL-RESTRICTED-SUBJECT TO PROTECTIVE ORDER

# Exhibit C:

## Schedule of Values

Fixed Price (Turnkey Installation) of Project: TWO MILLION FIVE HUNDRED NINETY FOURAND FORTY-FIVE THOUSAND ONE HUNDRED FIFTY THREE AND 25/100 dollars (US$2,594,153.25).

Schedule of Values:

Prices as indicated are subject to change within 30 days from the delivery of final engineering and/or permit documentation.

HIGHLY CONFIDENTIAL-RESTRICTED-SUBJECT TO PROTECTIVE ORDER

# Exhibit D

# Schedule of Equipment

The EPC Contractor shall procure and install within its scope of work for the Project, including but not limited to, the following equipment and/or materials (or equivalent):

Modules: High quality Solar PV Modules sufficient to complete the 1.0173mW DC Project and qualified as UL 1000V, --- watt panels, of the following type: CSUN or equivalent modules of other types.

Inverters: Sungrow three phase utility interactive inverters((400kW (AC) 120/208V), or equivalent, and Schoals Technology Group Power Combiner Boxes, or equivalent

HIGHLY CONFIDENTIAL-RESTRICTED-SUBJECT TO PROTECTIVE ORDER