J: FCP, TJS, DGH, RRG

LAW OFFICES OF

## MARSHALL & MELHORN, LLC

FOUR SEAGATE

EIGHTH FLOOR

TOLEDO, OHIO 43604

(419) 249-7100

TELECOPIER: (419) 249-7151

http://www.marshall-melhorn.com

JUSTICE G. JOHNSON, JR.
THOMAS W. PALMER
KENNETH J. WHITE
THOMAS P. KILLAM
VAUGHN A. HOBLET
MICHAEL S. SCALZO
MARSHALL A. BENNETT, JR
RUTH A. MEACHAM
LORI W. OECKER
A. THOMAS CHRISTENSEN
NANCY D. MOODY
GERARDO R. ROLLISON
DAVID L. O'CONNELL
JENNIFER J. DAWSON
JAMES H. IRMEN
D. EDWARD DOLGORUKOV
MARK H. ROSE

DONALD A. SCHURR
AMY M. NATYSHAK
JOHN F. BODIE, JR
ROMAN ARCE
KENNETH J. MAUER
CRAIG P. BURNS
MATTHEW J. FISCHER
MARK A. HIXON
MICHAEL A. GONZALEZ
STEPHEN P EVANS
BRIDGETT J. ROOT
ELIZABETH E. BAER
KRISTEN A. CONNELLY
JOHN A. BORELL, JR.
STEPHEN M. SADOWSKI
ABIGAIL C. ROGERS
MELISSA J. DETRICK

EDWIN J MARSHALL (1873-1948)
DONALD F. MELHORN (1889-1974)

COUNSEL
DONALD F. MELHORN, JR.
PAUL M. KRAUS
JULIE B. MAY

MICHIGAN OFFICE
204 SOUTH MACOMB STREET
MONROE, MICHIGAN 48161
(734) 457-2444

*ADMITTED TO PRACTICE BEFORE
THE PATENT AND TRADEMARK OFFICE
ALSO ADMITTED IN MICHIGAN
*ALSO ADMITTED IN ILLINOIS

May 11, 2007

China National Building Material Group Corporation
No. 2 Zi Zhu Yuan South Road, Haidian
Beijing, P.R.C.
Post Code: 100044

Dear Gentlemen:

We have served as counsel to **CTIEC/TECO AMERICAN TECHNOLOGY, INC.**, an Ohio corporation (the "Corporation") with its principal office located at 3400 Executive Parkway, Toledo, Ohio 43606. This letter is provided to you at the request of the Corporation.

The Corporation is duly organized, validly existing and in good standing under the laws of the state of Ohio. The Corporation was organized on October 12, 2005 and it was assigned Charter No. 1574645. A copy of its Articles of Incorporation, as filed with the Ohio Secretary of State, is attached hereto as Exhibit A. No amendments to such Articles of Incorporation have been filed as of the date of this letter. A Good Standing Certificate issued as of today by the Ohio Secretary of State is attached hereto as Exhibit B.

The Corporation is authorized to issue up to Fifteen Hundred (1500) Shares of No Par Value Common Stock. The corporate records indicate that 1000 Shares have been issued; 500 Shares to each of its Shareholders. The Corporation's Shareholders are Toledo Engineering Co., Inc. an Ohio corporation ("TECO") with its principal office located at 3400 Executive Parkway, Toledo, Ohio 43606 and China Triumph International Engineering Co., Ltd., a China corporation ("CTIEC"), with its principal office located at 27F, NO 2000, Zhongshanbci Road, Shanghai, P.R. China.. We have been advised by the Corporation that the capital contributions required under the Close Corporation Agreement dated October 14, 2005 by and among the Corporation and its Shareholders have been made by each shareholder.

To our knowledge, the Corporation has no debt and is not involved in any litigation.

**CONTEMPT
Exhibit 152**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER


EXHIBIT
CTIEC-TECO 5
Paulson
4-24-15

2007-05-11 ltr Decker to China Nat'l Bldg Mat Grp
- CONFIDENTIAL

CTIEC-TECO 0003326

China National Building Material Group Corporation
May 11, 2007
Page 2

The United States tax authorities do not issue Certificates of taxes paid. To our knowledge, the Corporation has paid all required State of Ohio Franchise Taxes in a timely manner. Federal taxes will first be required for the year ended December 31, 2006 and are not yet due. We have been advised by the Corporation that all required returns will be filed and taxes will be paid in a timely manner.

If you need any additional information, please feel free to contact me.

Very truly yours,

Lori W. Decker

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2007-05-11 ltr Decker to China Nat'l Bldg Mat Grp - CONFIDENTIAL

CTIEC-TECO 0003327

Doc ID --> 200528503102

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 10/13/2005 | 200528503102 | DOMESTIC ARTICLES/FOR PROFIT (ARF) | 125.00 | 100.00 | .00 | .00 | .00 |

Receipt
This is not a bill. Please do not remit payment.

Exhibit A

MARSHALL & MELHORN, LLC
ATTN: ANITA L. HAHN
FOUR SEAGATE, 8TH FL
TOLEDO, OH 43604

# STATE OF OHIO
## CERTIFICATE

Ohio Secretary of State, J. Kenneth Blackwell

1574645

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

CTIEC/TECO AMERICAN TECHNOLOGY, INC.

and, that said business records show the filing and recording of:

Document(s)
DOMESTIC ARTICLES/FOR PROFIT

Document No(s):
200528503102

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 12th day of October, A.D. 2005.

J. Kenneth Blackwell
Ohio Secretary of State

United States of America
State of Ohio
Office of the Secretary of State

Page 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2007-05-11 ltr Decker to China Nat'l Bldg Mat Grp
- CONFIDENTIAL

CTIEC-TECO 0003328

Doc ID --> 200528503102

From: +419 249 7151  Page: 3/5  Date: 10/11/2005 4:38:46 PM

Prescribed by **J. Kenneth Blackwell**
Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

Expedite this Form: (select one)
☐ Yes  PO Box 1390
         Columbus OH 43216
         — Requires an additional fee of $100 —
☒ No   PO Box 670
         Columbus OH 43216

## INITIAL ARTICLES OF INCORPORATION
*(For Domestic Profit or Non-Profit)*
Filing Fee $125.00

2005 OCT 12 Ω 9:48

THE UNDERSIGNED HEREBY STATES THE FOLLOWING:

**(CHECK ONLY ONE (1) BOX)**

| (1) ☒ Articles of Incorporation Profit (115-ARF) ORC 1701 | (2) ☐ Articles of Incorporation Non-Profit (114-ARN) ORC 1702 | (3) ☐ Articles of Incorporation Professional (170-ARP) Profession _____ ORC 1785 |
|---|---|---|

*Complete the general information in this section for the box checked above.*

**FIRST:** Name of Corporation    CTIEC/TECO American Technology, Inc.

**SECOND:** Location    Toledo              Lucas
                        *(City)*            *(County)*

**Effective Date (Optional)** _____
*(mm/dd/yyyy)*
Date specified can be no more than 90 days after date of filing. If a date is specified, the date must be a date on or after the date of filing.

☐ Check here if additional provisions are attached

*Complete the information in this section if box (2) or (3) is checked. Completing this section is optional if box (1) is checked.*

**THIRD:** Purpose for which corporation is formed

_____
_____
_____
_____
_____

*Complete the information in this section if box (1) or (3) is checked.*

**FOURTH:** The number of shares which the corporation is authorized to have outstanding (Please state if shares are common or preferred and their par value if any)    1,500    Common    No Par Value
                                                                                                                *(No. of Shares)*    *(Type)*    *(Par Value)*

(Refer to instructions if needed)

542            Page 1 of 2            Last Revised: May 2002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2007-05-11 ltr Decker to China Nat'l Bldg Mat Grp - CONFIDENTIAL

CTIEC-TECO 0003329

Doc ID --> 200528503102

From: +419 249 7151   Page: 4/5   Date: 10/11/2005 4:38:49 PM

| Completing the information in this section is optional |

FIFTH: The following are the names and addresses of the individuals who are to serve as initial Directors.

(Name)

(Street)    NOTE: P.O. Box Addresses are NOT acceptable.

(City)    (State)    (Zip Code)

(Name)

(Street)    NOTE: P.O. Box Addresses are NOT acceptable.

(City)    (State)    (Zip Code)

(Name)

(Street)    NOTE: P.O. Box Addresses are NOT acceptable.

(City)    (State)    (Zip Code)

**REQUIRED**
Must be authenticated (signed) by an authorized representative
(See Instructions)

*Lori W Decker* [signature]    10/11/05
Authorized Representative    Date

Lori W. Decker
(Print Name)

_____    _____
Authorized Representative    Date

(Print Name)

_____    _____
Authorized Representative    Date

(Print Name)

532    Page 2 of 3    Last Revised: May 2003

Page 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2007-05-11 ltr Decker to China Nat'l Bldg Mat Grp - CONFIDENTIAL

CTIEC-TECO 0003330

Doc ID --> 200528503102

From +419 249 7151    Page: 5/5    Date 10/11/2005 4:36:49 PM

---

Complete the information in this section if box (1) (2) or (3) is checked.

## ORIGINAL APPOINTMENT OF STATUTORY AGENT

The undersigned, being at least a majority of the incorporators of **CTIEC/TECO American Technology, Inc** hereby appoint the following to be statutory agent upon whom any process, notice or demand required or permitted by statute to be served upon the corporation may be served. The complete address of the agent is

Lori W. Decker
(Name)

Four SeaGate 8th Floor
(Street)          NOTE: P.O. Box Addresses are NOT acceptable.

Toledo                    , Ohio      43604
(City)                                (Zip Code)

Must be authenticated by an authorized representative

_[signature]_ Lori W. Decker
Authorized Representative          October 11, 2005
                                   Date

_____
Authorized Representative          Date

_____
Authorized Representative          Date

### ACCEPTANCE OF APPOINTMENT

The Undersigned, Lori W. Decker , named herein as the Statutory agent for, CTIEC/TECO American Technology, Inc. hereby acknowledges and accepts the appointment of statutory agent for said entity.

Signature. _[signature]_ Lori W. Decker
         (Statutory Agent)

---

532                    Page 3 of 3                    Last Revised: May 2002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2007-05-11 ltr Decker to China Nat'l Bldg Mat Grp - CONFIDENTIAL

CTIEC-TECO 0003331

Exhibit B

# United States of America
# State of Ohio
# Office of the Secretary of State

*I, Jennifer Brunner, do hereby certify that I am the duly elected, qualified and present acting Secretary of State for the State of Ohio, and as such have custody of the records of Ohio and Foreign business entities; that said records show CTIEC/TECO AMERICAN TECHNOLOGY, INC., an Ohio corporation, Charter No. 1574645, having its principal location in Toledo, County of Lucas, was incorporated on October 12, 2005 and is currently in GOOD STANDING upon the records of this office.*



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 11th day of May, A.D. 2007*

Ohio Secretary of State

Validation Number: V2007131M88695

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TJS

MEMORANDUM OF UNDERSTANDING
CTIEC-TECO JOINT VENTURE COMPANY
BASIC PRINCIPLE FRAMEWORK

With the intent of friendly cooperation and joint development, and through friendly discussions, China Triumph International Engineering Co. (hereinafter referred to as CTIEC) and Toledo Engineering Co., Inc. (hereinafter referred to as TECO) desire to mutually cooperate to develop a joint venture entity to provide sales for TECO and CTIEC, engineering design and project general contracting in the glass industry. This Memorandum is intended to set forth the parties' objectives as of this date, as follows:

1. The joint venture company will be 50% owned by CTIEC and 50% owned by TECO. Both companies will share cost equally.

2. The joint venture company will be a sales venture representing CTIEC and TECO. It will be staffed with one (1) full-time employee located at CTIEC's office in China and a part-time employee located at the TECO office in the U.S.A.

3. The joint venture will be incorporated in the U.S.A.

4. The joint venture will try to avoid accepting contracts. If the Joint Venture accepts a contract, it will be subcontracted to CTIEC and TECO. The contract will be accepted, executed and guaranteed, based on the way the work is split, by CTIEC and TECO. Each party is responsible for its own profit or loss, based on the split of the work.

5. Procedure to make an offer:
   a. Request for a project received by the joint venture company.
   b. CTIEC and TECO meet to discuss the project:
      i. Split of work
      ii. Technology
      iii. Commercial offer
   c. Offer made to customer by CTIEC and TECO as necessary.
   d. During negotiations with the customer when CTIEC and/or TECO reach their bottom limit, the offer is withdrawn or voided. Either party (CTIEC or TECO) can void the offer, the other party may independently accept the contract but such party will return certain amounts of money to the J.V. or the other party. If a party independently accepts the contract, the accepting party will not use the technology of the other party.

6. Target market is primarily Asia, others are Eastern Europe, Africa, South America, but not North America or Western Europe. It is possible that in the future the last two could become part of the market.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7. Competitors to the joint venture company are Sorg, Stein Heurtey, H. F. Teichmann (PPG), Qinghuangdao Glass Institute, Hangzhou Glass Institute, Poney and Nanjing Glass Fiber Institute.

8. The technology of the Joint Venture Company will be provided by CTIEC and TECO, which will hold contracts with Project Owners. Each party will provide to the Company its latest and most advanced and reliable technology so as to meet the market requirement.

9. Both CTIEC and TECO will hold their respective responsibility for the technology they will provide and must not use the technology of the other party. CTIEC and TECO will jointly take the technical responsibility to be undertaken in any project.

10. Aside from the cooperation of the Joint Venture Company, CTIEC and TECO agree to consider cooperating on a larger scale.

11. During preparation of and after setting up the Joint Venture Company, CTIEC and TECO agree to provide local offices and living convenience for the traveling personnel from the other party.

12. A possible name for the Joint Venture Company is:
    American CTIEC-TECO
    General Contractors to the Glass Industry

13. CTIEC and TECO will work to finalize the Joint Venture Company in March of 2005. Target dates each party is to investigate and report to the other party are listed as follows:

| TECO | CTIEC |
|---|---|
| a. Cost to form a corporation in the the USA by January 16, 2005 | a. Procedure to obtain government approval by January 16, 2005. |
| b. Estimated annual cost of office in U.S. A. and a partial employee by January 16, 2005. | b. Estimated annual cost of one (1) employee and an office in China by January 16, 2005. |
| c. Determine tax implications of U.S.A. office by February 6, 2005. | c. Determine tax implications of China on U.S.A. office by February 6, 2005. |
| d. First draft of joint venture agreement by February 23, 2005. | d. Response to first draft by March 5, 2005. |

14. This Memorandum of Understanding is a non-binding statement of the parties' present plans and objectives. Nothing in this Memorandum of Understanding precludes either party from working with others or pursuing its own business objectives separate from the other party unless and until a binding agreement providing otherwise is executed.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

15. This Memorandum of Understanding is governed by the laws of the State of Ohio, United States of America.

In Witness Whereof, the parties have executed this Memorandum of Understanding as of the ___15___ day of December 2004.

China Triumph International Engineering Company

By _____

Its _____CEO_____

Toledo Engineering Co., Inc.

By: _Fred C. Paulsen_

Its _PRESIDENT_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2007-05-11 ltr Decker to China Nat'l Bldg Mat Grp
- CONFIDENTIAL

CTIEC-TECO 0003335