—SALARY — 200,000 RMB — 8.25
SALES PERSON FOR J.V.

①

ATTENDEES: PENG SHOU                     12-13-04
          WANG ZONGWEI    LJM, RCC, RCP, RJN
          ZHANG JUNHONG   (DGH LATTER)

SCHEDULE:  12-13-04  TECO
           12-14-04  TECO — ███
                     11:00 AM  PLANT TOUR
                     3:00 PM   RETURN TO TECO
                     3:30 PM
           12-15-04  9:30 AM   TO AIRPORT

• CTIEC —        90% STATE OWNED
                 10% EMPLOYEES = MR. PENG 1%
                                  OF 10%
• CNBM — CHINA NATIONAL
         BUILDING MATERIAL Co. — MGT. GROUP CO
         CTIEC SUBSIDIARY

• JOINT VENTURE BETWEEN TECO & CTIEC MUST
  HAVE GOVERNMENT APPROVAL

* • QUESTION — TECO-CTIEC JOINT VENTURE,
               SINCE 90% CHINA GOV. OWNED
               WHAT IS EFFECT.

• CTIEC TO BECOME A COMPANY LISTED ON
  STOCK EXCHANGE — HONG KONG
  OWNERSHIP IN FUTURE

• "CTIEC" CAN SELL ████ CHINA "LUOYANG" PLANT

**CONTEMPT Exhibit 153**

HIGHLY CONFIDENTIAL – RESTRICTED - SUBJECT TO PROTECTIVE ORDER

2004-12-13 Handwritten notes

EXHIBIT
CTIEC-TECO 6
Paulson
4-24-15

CTIEC-TECO 0003156



1. OWNERSHIP OF CTIEC             12-13-04
   - CNBM — 100% STATE OWNED NOW
   - AFTER CNBM A LISTED STOCK CO.
       60% STATE OWNED
       40% PUBLIC, INTERNATIONAL CO, TECH. INSTITUTES
   - CNBM OWNS 90% CTIEC SHARES
       THEREFORE, GOV. WILL OWN 54% OF CTIEC.
           (60% × 90% = 54%)
   - NEXT STEP CTIEC MAY BECOME A 100% PRIVATE CO.
   
   CAPITAL OF CTIEC 60,000,000 RMB
       — 7 TO 8 MILLION USD —
   
   - ADVANTAGES IF GOV. OWNERSHIP
       - FINANCING
       - GOV. SUPPORT
       -
       - COMPANIES PAY INCOME TAX
   - CTIEC INDEPENDENCE
       - LOAN — REPORT TO GOV.
       - OVERSEAS INVESTMENT — REPORT TO GOV.
       - ALL OTHER ACTIVITIES MANAGED BY SELF

2. JOINT VENTURE CO.
   a. GET TO KNOW EACH OTHER
   b. STRATEGIC NEEDS FOR BOTH OF US
   c. DECIDE NOT TO COOPERATE WITH OTHER COMPANIES SIMILAR TO TECO. — TECO DOES NOT WANT

HIGHLY CONFIDENTIAL – RESTRICTED – SUBJECT...
CTIEC WORKING

e. CTIEC — 63% CHINA, NATIONAL MARKET INCREASING
  — OWN TECHNOLOGY, COMPREHENSIVE ENGR. CO.
  — GENERAL CONTRACTOR & ENGR CO IN FUTURE ③
  — LOWER COST THAN WEST, 30% HIGHER THAN LOCAL COMPETITORS
  — J.V. CO. CAN SELL @ HIGHER PRICE
  — J.V. CAN PROVIDE TOTAL LINE
f. TECO - SUPPLIER OR FURNANCE ONLY

12-13-04

[CTIEC] ⇄ [TECO]
     ↓   ↓
  J.V. COMPANY

AMERICAN CTIEC-TECO
GLASS INDUSTRY

COMPETORS

CUSTOMER ORDER
   TO
1. J.V. COMPANY
2. CTIEC
3. TECO

TARGET MARKETS

J.V. COMPANY

SALES COMPANY / OR 2 COMPANIES

INCORPORATED IN U.S.A.

  OFFICE IN TECO BUILDING
  OFFICES @ CTIEC BUILDING

IF PROJECT REQUEST
  1. CTIEC-TECO MEET TO DISCUSS ←
     o TECHNOLOGY
     o COMMERICAL
  2. JOINT OFFER TO CUSTOMER

       CUSTOMER — (NEGOTIATE)
      ↙    ↓    ↘
    NO     ?    YES

CTIEC & TECO OH/P IN EACH PROPOSAL



HIGHLY CONFIDENTIAL – RESTRICTED - SUBJECT TO PROTECTIVE ORDER

④

12-13-04

- TRAINING AT AN OPERATING FACTORY NOT RESOLVED
- VALUE OF PROJECT
  - DEPENDS ON MARKET NEED, IF J.V. REQUIRED OR NOT
  - SHENZHEN SOUTHERN FLOAT PROJECT IS TURN KEY PROJECT, DIVIDED SCOPE TECO-CTIEC
  - AT BEGINING DISCUSS WITH CUSTOMER IF HIGH TECHNOLOGY PROJECT OR NOT.
    FUTURE MORE PROJECTS HIGH TECHNOLOGY TO COMPUTE AGAINST ▓▓▓

- RJN DISCUSSED PAST EXPERIENCE TECO HAD WITH BANGBOU INSTITUTE — ONE PROJECT ONLY WITH TECO.

QUESTIONS: 1. PERFORMANCE GUARANTEE GUARANTEED BY CTIEC & TECO
2. SMALL PROFIT FOR J.V. CO.
3. % OWNERSHIP ▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

  - SUBCONTRACT WORK TO CTIEC & TECO PROFIT SPLIT BASED ON SPLIT OF WORK

- WRITE UP IDEA TO ESTABLISH J.V.
  - RESPONSIBILITY OF EACH PARTY
  - SCHEDULE TIME LINE

HIGHLY CONFIDENTIAL – RESTRICTED - SUBJECT TO PROTECTIVE ORDER