CNBM International Corporation

Search: [    ] [All ▼] [Search]

中文 | English

| Home | About Us | News | Business | Marketing | Overseas | Careers |

新闻中心
News

**News Center**

Company News

Industry News

okorder.com

Current Location: Home >> News Center >> Company News

### CNBM Group Named to Fortune Global 500 for the Fourth Successive Time, Ranking the 267th

http://www.icnbm.com   Date: 2014-07-10

On July 7th, the US Fortune magazine published the 2014 Ranking List of World Top 500 Enterprises. China National Building Materials Group Corporation (CNBM Group in short) enters into the Fortune Global 500 for the fourth successive time with its operating revenue of 41.03 billion USD, ranking the 267th place, and rising 52 places over last year. Amongst the three building materials enterprises listed in the Fortune Global 500, CNBM ranks the second with promising momentum.

The rapid development of CNBM Group derives from the market-oriented reform of diversified ownership and a series of innovative actions carrying forward the industrial reorganization. Thanks to the exploration into the marketization mode of SOK enterprises (state-owned keyenterprises), CNBM Group reorganized almost a thousand enterprises with limited government capital and hence reactivated a greater amount of social capital, which exerted a positive influence on building material industrial transformation and achieved a win-win situation between China's national assets appreciation and enterprises development. Now CNBM Group has become a remarkable example in SOK enterprises' diversified ownership reformation.

To give a full play in China's economic growth, CNBM Group carried out highly effective works including the innovation, integration, reformation and marketing in its business operation from the year of 2014. Economic indicators of the first half of the year have seen a stable and promising momentum.

OKorder.com is an e-commerce website founded by CNBM Group and now being operated by CNBM International Corporation, an important membership company of CNBM Group's logistic and trade sector. OKorder.com pioneered a brand new business model, the Cross-border E-commerce + Overseas Warehousing, which combines the advantages of traditional international trade company and modern e-commerce company. OKorder.com provides a one-stop international trade service for Chinese manufacturers including Global Marketing, Export Agent, Logistics, Oversea Warehousing and Delivery, Online Supply Chain Financing, and International Trade and E-commerce Training. OKorder.com is dedicated to building up an Online Silk Road and serving to its best for China international trade industry.

next --> CNBM Group Named to Fortune Global 500 for the Fourth Successive Time, Ranking the 267th
previous --> SASAC Vice Chairwoman Huang Danhua Inspected CNBM Dubai Logistics Center

Legal Statement | Site Map | Contact us

CNBM International Corporation·Webpage All Rights Reserved:(C) 2005-2013 Copyright@2013 京ICP备09078545号

D&B Click here 点击这里 ►

CG: 6/16/15-6/18/15
Exhibit 81-1


**CONTEMPT Exhibit 154**

ALRMH-CNBM0008808

http://www.icnbm.com/en/newsinfo.php?id=19&iid=374                                6/15/2015

中建材国际贸易有限公司                                                                                                    6/13/15, 2:37 PM



站内搜索：[    ] [全部内容 ÷] [立即搜索]

中文 | English

首页　　关于我们　　新闻中心　　业务领域　　市场活动　　海外机构　　人力资源

**新闻中心 News**

新闻中心 →

公司新闻
行业动态
普法宣传
媒体报道




您当前所在页：首页 >> 新闻中心 >> 公司新闻

### 中国建材集团连续第四年入围《财富》世界五百强

http://www.icnbm.com    Date: 2014-07-08

首次进入前300强 排名提升52个名次

7月7日，根据美国《财富》杂志发布的2014年世界500强企业排名，中国建筑材料集团有限公司连续第四年进入世界五百强，以410.27亿美元的营业收入位列第267名，首次跻身前300强并较去年大幅提升了52个位次。在今年上榜的全球3家建材企业中，中国建材集团稳居第二，排名紧追法国圣戈班集团，保持了良好发展势头。

过去十余年，在国资委的正确领导下，中国建材集团抓住我国经济快速发展和改革不断深化的机遇，按照"做强做优、世界一流"的发展战略，坚持走市场化成长道路，在宋志平董事长带领下，同心同德，攻坚克难，实现了跨越式发展，销售收入从20多亿元上升到2500多亿元，利润从1亿多元上升到120亿元，复合增长率超过40%，连续五年获得国资委年度经营业绩考核A级、第二和第三任期均获评A级。2013年，中国建材集团积极应对经济放缓、需求不足、产能过剩、价格下行等挑战，坚持改革创新，强化基础管理，推进转型升级，提高发展质量和效益，实现营业收入2523亿元、利润总额120亿元，圆满实现了稳中有进的既定目标。

中国建材集团的高速健康发展，源于大力发展混合所有制的市场化改革和充分把握行业结构调整推进联合重组等一系列改革创新举措。中国建材集团处在充分竞争领域，通过积极探索"央企市营"模式，迅速重组融合了近千家企业，以有限的国有资本吸纳、带动、激活大量社会资本，带动了建材行业的转型升级，实现了国有资产保值增值，促进了国民共进融合共赢。目前集团用220亿元国有权益控制了660亿元净资产，带动了超过3600亿元总资产，形成上市公司、产业平台和生产企业三层混合结构，所属1113家独立核算企业中，混合所有制企业占比已超过85%。中国建材集团已成为积极发展混合所有制经济的改革典范。

2014年以来，中国建材集团切实发挥央企在稳增长和经济提质增效升级中的作用，坚持"早、细、精、实"原则，开展了改革创新、深度整合、转型升级、市场营销等一系列卓有成效的工作。上半年集团主要经营指标均平稳增长，保持了稳中有进的良好发展态势。

下一篇 --> 创新外贸模式 推动产业转型
上一篇 --> 易单网"跨境电商+海外仓"模式前景明朗 切合"一带一路"战略构想迎来政策性红利

法律声明 | 网站地图 | 联系我们

中建材国际贸易有限公司·页面版权所有：(C) 2005-2013 Copyright@2013 京ICP备09078545号

ALRMH-CNBM0008809