**Partial Translation of CNBMUSA00027107-151**

**CNBMUSA00027107**

Okorder.com

Okorder.com "Cross-Border E-Commerce & Overseas Warehousing" Business Mode Introduction

**CNBMUSA00027108**

| Contents | " … " |
| --- | --- |
| | The Business Mode of Cross-Border E-Commerce & Overseas Warehousing |
| | Global Layout and Planning of Okorder's Overseas Logistic Centers |
| | Explore Growth Path of Okorder's Overseas Logistic Centers |
| | Summary |

**CNBMUSA00027109**

Briefing of OKorder.com

**CNBMUSA00027110**

Cross-Border E-Commerce Platform                    CNBM International        Okorder.com

OKorder.com is a cross-border e-commerce platform based on concepts of modern service industry and supply chain integration, updated and evolved from traditional foreign trade mode by CNBM International Corporation. It provides a one-stop purchasing solution to overseas clients and a comprehensive exporting solution to domestic manufacturers.

OKorder.com is the pioneer of a new business mode, Cross-Border E-Commerce & Overseas Warehousing, effectively combining the advantages of traditional large-scale foreign trade companies and modern e-commerce business, and providing domestic manufacturers with a one-stop foreign trade services including global marketing, export agents, logistics and transportation, overseas warehousing and distribution, online supply chain finance and other services. Aiming to create an online silk road, it is committed to serve the development of foreign trade for Chinese market.

**CNBMUSA00027111**

OKorder.com provides one-stop comprehensive foreign trade service, featuring "Whole Process, Controllable, Credit and Added Value"

Four core values:

CONTEMPT
Exhibit 156

CNBMUSA:  Exhibit 579

OKorder Value:

Whole Process:
Combining upstream and downstream resources, taking the advantage of scale effect and formulating the integration edge

Controllable
Controlling the whole process as the first party, ensuring safety, reducing cost and increasing efficiency

Credit
Taking strict control of the process to ensure the truthfulness and effectiveness of enquiries and orders

Added Value
A professional and trustworthy cross-border e-commerce company that provides a package of value added services to contracted suppliers

"…"

**CNBMUSA00027113**

OKorder Service

Foreign Trade Export Agent Service
Integrating advanced resources including custom clearance, logistics, tax refund, foreign exchange, finance and other import & export phases needed in foreign trade based on many years' experience

Global Marketing
One-to-one customized services to assist manufacturing companies with client development, order matching and branded stores building

Supply Chain Finance
Providing online factoring service for account receivable and online payment collection and settlement in alliance with China Construction Bank, China CITIC Bank, Bank of Communications and other banks to strengthen financing support for small and medium enterprises

Logistic Service
Providing logistic service in higher quality and lower cost in combination with OKorder Sea Transportation and through corporation with ship owners and large ship agents

Credit and Insurance Service
Providing online credit and insurance service to OKorder.com supplier members in strategic

cooperation with China Export & Credit Insurance Corporation

"..."

**CNBMUSA00027117**

Purpose of the Mode
"Cross-Border E-Commerce Platform"
Beyond extending and expanding the e-commerce platform to overseas market, the mode is also a vivid illustration of the localized operation of overseas market;
By adopting overseas logistic centers, the logistic cost is effectively reduced. Accelerated delivery term can lift the product price and increase profits;
At the same time, overseas logistic centers provide room for unlimited expansion of product categories on OKorder.com, which paves the way for further development of the platform.

"..."

**CNBMUSA00027119**

CNBM International has been actively developing overseas market since 2004, building business relationships with more than 160 countries around the world and establishing overseas branches in 10 countries.

Up to now, subsidiaries established by CNBM International include:
Russia Corporation, UAE Corporation, US Corporation, Saudi Arabia Office, Iran Office, India Corporation, Indonesia Corporation, Vietnam Corporation, Germany Corporation and Ukraine Corporation.
"..."

**CNBMUSA00027123**

CNBM USA CORPORATION

Date of Establishment: Jan. 1, 2007
General Manager: Jinhui Liu

Yi Danwang "interstate electricity business + overseas warehouse" pattern introduction

Table of contents CONTENTS Briefing of OKorder.com

Yi Danwang introduced

Service The Business Mode of Cross-border E-commerce & Overseas Warehousing that Services of OKorder.com Yi Danwang provides

"Interstate electricity business + overseas warehouse" pattern

Global Layout and Planning of OKorder's Overseas Logistic Centers Yi Danwang overseas warehouse layout with planning Summary world hundred overseas warehouses' growth way exploration conclusion Explore Growth Path of OKorder's Overseas Logistic Centers

Yi Danwang introduced

Briefing of OKorder.com Yi Danwang is the building materials international trade limited company comes by traditional foreign trade way promotion reforming, bases on the modern service idea and supply chain conformity interstate E-Business Platform, provides the one-stop work style procurement scheme for the overseas buyer, provides the synthesis export solution for Chinese production enterprise.
Yi Danwang originated "interstate electricity business + overseas warehouse" commercial new pattern, closely unifies the superiority and modern electronic commerce of traditional large-scale foreign trade company, provides the global marketing to promote and Export Agent, physical distribution transportation, overseas warehousing and allocation and online supply chain finance for the domestically produced enterprise and other one-stop work style foreign trade services, builds the online Silk Road, serves the Chinese foreign trade development.
The interstate electricity business platform 1 2 4 3 entire journey conformity upstream and downstream resources, produce the scale impact, to form the integrated superiority to take the platform first side entire journey control controllably and ensure safe, reduces the cost, to enhance efficiency Yi Dan the increment specialty and credit interstate electricity business enterprise, to ally the supplier provides a series of value-added service credit strictly to check and ensure inquired and order form real and effective value Yi Danwang provides the one-stop work style foreign trade comprehension service for the production enterprise, highlighted "the entire journey, controllably, credit and increment" four big core values:
Service Services of OKorder.com that Yi Danwang provides

Yi Dan

Service

Establish the close cooperation with various harbor shipowners and large-scale proxies, supplements with the easy single marine transportation network, provides the quality to be higher, the cost lower physical distribution transportation service

Delivery service

Achieves the strategic cooperation with the China Export & Credit Insurance Corporation, the supplier member provides the online letter to guarantee the service for Yi Danwang,

The letter guarantees the service

Relies on many years foreign trade experience, the conformity dominant resource, the import and export link that the covering entry, physical distribution, tax reimbursement, foreign exchange, finance and other foreign trade exchanges need

Trade export the proxy service

The one-to-one exclusive service , helping the production enterprise development customer and match order form, to build the brand shop

Global marketing extension service

Unites the China Construction Bank and China CITIC Bank, Communications Bank and many other banks, provides the account receivable online Bulgaria principle, online to receive the settlement of exchange service, enlarges the financing support to small micro enterprise

Supply chain financial service

"Interstate electricity business + overseas warehouse" pattern

The Business Mode of Cross-border E-commerce & Overseas Warehousing along with oncoming of information age, in the traditional foreign trade industry pattern the competition between enterprise and product changes the competition between platforms and supply chains gradually, to the interstate electricity business seller, wants to make a higher profit, the physical distribution and warehousing are the barriers that has to break.
Yi Danwang "interstate electricity business + overseas warehouse" the business model arises at the historic moment in such market demand, breakthrough traditional mode, development innovation. Enterprise product platform supply chain physical distribution and warehousing market demand explanation traditional foreign trade - interstate electricity business reforming

The overseas buyer first realizes customer's online purchase through Yi Danwang the interstate electricity business platform to the product

1. The purchase then globally layout's localized overseas warehousing and logistics system realizes the prompt transportation of goods, to allocate and dispatch 2 using Yi Danwang. Allocation

1. through the formalization purchase and intensive physical distribution, reduces the procurement cost and transportation cost

2. saves purchase cycle for the overseas buyer, reduces the fund to occupy the cost, and promotes the purchase efficiency and convenience

Superiority

"Interstate electricity business + overseas warehouse" pattern:

This pattern significance

"Interstate electricity business + overseas warehouse"

Not only and extends to the overseas market development the electricity business platform, to the vivid explanation that the overseas market localization operates;

May effectively reduce the physical distribution cost through the overseas warehouse, because the consignment speed speeds up, may appropriately enhance the product the selling price, increases the gross profit;

At the same time,

The overseas warehouse also enabled Yi Danwang the product category to have the infinite extension space, further expanded for the platform scale has laid the foundation.

Yi Danwang overseas warehouse layout and plan

In Global Layout and Planning of OKorder's Overseas Logistic Centers the building materials country trade since 2004, actively has developed the overseas market, has established the good business contact with the global more than 160 countries, and has set up the overseas branch office in the global 10 countries.
Up to now, the overseas subsidiary company that building materials country trade set up includes: Russian Corporation and Saudi Arabian Corporation and American Corporation and Saudi Arabian Office, Iranian Office, Indian Corporation and Indonesian Corporation and Vietnamese Corporation and German Corporation and Ukraine Corporation.
Building materials country trade Russia Corporation JIANHUA CO., LTD

Tenable date: 1998/1/21

General manager: Zhang Xiaodong

Building materials country trade Saudi Arabia Corporation

CHINA NATIONAL BUILDING MATERIAL GROUP FZE tenable date: 2004/one-third general managers: In Fu Tingtao building materials country trade US Corporation CNBM USA CORPORATION

Tenable date: 2007/1/1

General manager: Liu Jinhui

Building materials country trade Saudi Arabia Office

CNBM K.S.A BRANCH tenable date: 2007 general managers: In Wang Lanju building materials country trade Iran Office CNBM International Iran Branch

Tenable date: 2007

General manager: Wang Lanju

Building materials country trade India Corporation

CNBM INDIA PRIVATE LIMITED tenable date: 2010/5/25 general managers: In Chen Zhan building materials country trade Indonesia Corporation PT. CNBM INTERNATIONAL INDONESIA

Tenable date: 2010/10/19

General manager: Zhang Wei

Building materials country trade Vietnam Corporation

CNBM VIETNAM COMPANY LIMITED tenable date: 2011/three-fourth general managers: In Chen Zhan building materials country trade Germany Corporation CNBM Germany Gmbh

Tenable date: 2011/10/15

General manager: Chen Yong wisdom

Building materials country trade Ukraine Corporation

CNBM International Ukraine Co., Ltd tenable date: 2012/3/20 general managers: Wang Xinya after many

years overseas management practice, the building materials country trade takes Saudi Arabian Corporation as main item's overseas branch office, in implementing group "walks" and "internationalization" in strategic process, has accumulated and has formed the independent superiority and luminescent spot.

The company overall overseas operating condition depends on the perfect overseas marketing networks and many years that builds in the global staple market "localization" operational strategy, at present, Yi Danwang the overseas warehouse strategic layout has covered the global focus market, next step will delay one after another to world main countries and regions.

Middle East is we step forward the overseas first step, the Dubai physical distribution garden is also overseas' first becomes the scale the base.

Moreover the entire Middle East is our overseas most important the export market, is our customer base most abundant regional market.

Implements and realizes the Middle East strategy, to us has the important significance.

The overseas warehouse in 2014 plans relatively speaking, the bay six countries, as a result of a petrodollars support, the economy are wealthy, the purchasing power is strong, the situation is relatively steady, the law is relatively transparent, the doing business environment is superior.

The overseas warehouse in 2014 plans for this reason, we proposed "bay 1+5 strategies"

So-called "bay 1+5 strategies":

What in which 1 figure is Saudi Arabia,

Saudi Arabia is we already layout market,

Also is maturest, is our entire Middle East strategy pivot and total key position.

Other 5 overseas countries refer to separately: Saudi Arabia, Kuwait, Aman, Bahrain, the Qatar 5 countries, in these 5 countries, we will set up the overseas warehouse.

Yi who the overseas warehouse in 2014 plans Yi Danwang complete the Dubai physical distribution garden Dan the net Dubai physical distribution garden, is situated in the Dubai Jebel Ali free-trade zone, the area more than 50,000 square meters, radiates South Asia, West Asia, Africa and other population emerging markets, the cooperative enterprise provides for Yi Danwang in the Middle East, Africa and other market's the transit trade and spot sale necessary bonded warehousing and local logistics and distribution service.

Along with the deepening of Middle East service, will develop gradually to cover the GCC six countries (Saudi Arabia, Aman, Saudi Arabia, Qatar, Bahrain and Kuwait) the overseas warehouse Middle East construction plan.

So-called overseas warehouse, distinguishes between the physical distribution garden's concept, may be about 2000 square meters warehouse, the relative scale is smaller, strove to carry out to finish by the end of this year.

The overseas warehouse in 2014 plans outside Middle East, we formulate the overseas warehouse that exhaustive "global action plan" at present prepares to set up newly to include:

Holland, Brazil, Chile, Burma, Indonesia, Vietnam, Russia, Ukraine, Saudi Arabia, Kuwait, Qatar and Bahrain.

The overseas warehouse in 2014 plans

Middle East strategy + global action plan,

Will cover global 15 overseas warehouses,

We plan this overseas warehouse, the concrete responsibility decomposes the human,

Guaranteed that at the end of 2014, 10 overseas warehouses fall to the ground smoothly,

Realizes "warehouse, delivery, human".

The overseas warehouse in 2014 plans in the future plan, we prepare for 3 years to construct 30 to 50 overseas warehouses, 5 years construct 80 to 100 overseas warehouses.

The overseas warehouse in 2014 plans the global hundred overseas warehouses' growth ways to explore Explore Growth Path of OKorder's Overseas Logistic Centers

Yi Danwang "interstate electricity business + overseas warehouse" pattern is the significant innovation of our country comprehension service domain, its conformity the home and international resource, promoted the Chinese product, equipment, technology and service to move into the world effectively, and synthesizes to utilize the global resource highly effective, enhances the enterprise international competitiveness.

The intelligent physical distribution and intelligent warehouse, the networking is Yi Danwang the core element of overseas warehouse intellectualization construction.

Future overseas warehouse will distinguish the (RFID), infrared sensor and global positioning system, laser scanner and other information sensory equipment through radio frequency, between the goods and goods, carries on the exchange of information and communication, to realize to the intellectualized recognition, localization, track, monitoring and management goods.

It can be said that the overseas warehouse is Yi Danwang builds "wisdom enterprise" in goal the key, but an important link. Therefore, we will launch a series of strategic layouts in the future.

Yi Danwang the intellectualization construction steady procedure, bases on present's foundation, fights steadily, smooth development.

Building materials country trade has thousand internationalization degree quite high young staff, based on our services, the customer and market foundation, with having own strength has the rhythm sets up the overseas warehouse, this is a quite rational and safe procedure.

First, the natural growth fayi Chinese building materials group "mix system of ownership" reform is the turning point, the home private enterprise that through with one batch of this locality business excellences, as well as in overseas taken root carries on the dominant resource conformity, achieves the power-and-power union the goal.

These mixes base on the operational mechanism that we formulate, all services move in "Yi Danwang + overseas warehouse" above.

Second, resources conformity law

The overseas throw the construction of financing platform, may help us to obtain the overseas inexpensive fund fast, the buying in specialized internationalization talented person, dodges the relevant law risk and oversteps certain nationality barriers fast, globally carries on the reasonable tax affairs preparation, will be of help our overseas warehouse service greatly.

Third, construction overseas throw the financing platform conclusion

Summary

Yi Danwang" interstate electricity business + overseas warehouse" innovation business model

Implemented President Xi Jinping "to build the Silk Road economic zone and the 21st century maritime Silk Road"

(I.e. "area") strategic idea

Complies with the market development trend,

Held the following several future tendencies:

Interstate electricity business (Yi Danwang + overseas warehouse),

Internet finance (Yi Danwang online financing platform),

Foreign trade comprehension service platform (manufacture service industry promotion).

Following this pattern, our development also obtained the approval of profession and society, makes the following progress:

2013.06 department of commercial affairs electronic commerce demonstration enterprise 2013.09 Gongxinbu electronic commerce integration innovation pilot projects

2013.10 Gongxinbu industrialization and informationization depth fusion project 2012.12 Zhongguan Village country independent innovation model district modern service comprehensive pilot programs

2013.10 in 2013 Beijing foreign trade reforming promotion demonstration base 2013.12 in 2013 Beijing commercial circulation development support project

2014.06 the first national online supply chain finance advancement congress wins "online supply chain financial innovation prize" Jingji Ribao "Innovation Foreign trade Pattern To impel Industrial transformation", CCTV "Economic information Broadcast" column "traditional manufacturing industry to manufacture service industry reforming" large-scale topic, Chinese information industries network "Yi Danwang: Interstate electricity business integration operation new pattern", Xinhua website "China Building materials Group Reforming Development Manufacture Service industry On-the-spot report", Chinese electronic commerce research center "Yi Danwang: Interstate electricity business integration operation new pattern", "Dialog" program "Chinese building materials group to manufacture service industry reforming" topic, Chinese building materials newspaper "Building materials Country Trade Physical distribution Tectonic plate Entire Skeleton Reappearing", Guangming Daily "China building materials: The innovation business model impels industrial transformation", as well as Sina, ifeng.com and many other reprints of Internet.
At the same time, in the near future part state-level mainstream media will have carried on a series of reports to us:
In the future, we will display Yi Danwang the Platform greater value space , to continue innovation business model that optimizes "interstate electricity business + overseas warehouse" under line political line to unify, reduces the trade risks, to promote the trade facilitation, constructs the online new silk road that wins highly effective, realizes the globalization trade linkage.
THANKS

 --- Common properties ---
Created: Tue Aug 05 11:03: 51 CST 2014 Creator: amy zhang Modified: Thu Dec 11 11:02: 22 CST 2014 Revision: 154 Title: PowerPoint Presentation

 --- Extended properties ---
Application: Microsoft Office PowerPoint AppVersion: 12.0000 Company: Microsoft HiddenSlides: 0 MMClips: 0 Notes: 3 Paragraphs: 260 PresentationFormat: From defining Slides: 45 TotalTime: 1105 Words: 2326



CNBMUSA00027107



**目录 CONTENTS**

易单网介绍
Briefing of Oborder.com

易单网提供的服务
Services of Oborder.com

"跨境电商+海外仓"模式
The Business Mode of Cross-border E-commerce & Overseas Warehousing

易单网海外仓布局与规划
Global Layout and Planning of Oborder's Overseas Logistic Centers

全球百家海外仓的成长路径探索
Explore Growth Path of Oborder's Overseas Logistic Centers

结语
Summary

Confidential



Confidential

CNBMUSA00027109

  

易单网是中建材国际贸易有限公司由传统外贸方式升级转型而来，是基于现代服务业理念和供应链整合的跨境电子商务平台，为海外买家提供一站式采购方案，为中国生产企业提供综合出口解决方案。

易单网首创了 "跨境电商+海外仓" 商业新模式，将传统大型外贸公司的优势与现代电子商务有机结合，为国内生产企业提供全球营销推广、出口代理、物流运输、海外仓储及配送、在线供应链金融等一站式外贸服务，打造网上丝绸之路，服务中国外贸发展。



CNBMUSA00027111



易单网提供的服务

Services of OKorder.com

Confidential



CNBMUSA00027113



CNBMUSA00027114



## ▶ 市场诉求解读

随着信息化时代的来临，传统外贸产业模式中企业、产品之间的竞争逐渐转向平台、供应链之间的竞争，

对跨境电商卖家来说，想要获取更高利润，物流和仓储是一个不得不破的壁垒。

易单网"跨境电商+海外仓"的商业模式正是在这样的市场诉求中应运而生，突破传统模式，创新发展而来。

Confidential



▶ **该模式的意义**

"跨境电商+海外仓"

不仅是把电商平台向海外市场的拓展和延伸，更是对海外市场本地化运营的生动阐释；

通过海外仓可以有效降低物流成本，由于发货速度加快，可以适当提高产品的售价，增加毛利；

同时，
海外仓也使得易单网的产品品类有了无限扩张的空间，为平台规模进一步扩大奠定了基础。



# 易单网海外仓布局与规划

Global Layout and Planning of OKorder's Overseas Logistic Centers

CNBMUSA00027118

中建材国贸自2004年以来，积极开拓海外市场，

与全球160多个国家建立了良好的业务往来，

并在全球10个国家设立了海外分支机构。

截至目前，中建材国贸已设立的海外子公司有：

俄罗斯公司、阿联酋公司、美国公司、沙特办事处、伊朗办事处、印度公司、印尼公司、越南公司、德国公司、乌克兰公司。

CNBMUSA00027119



CNBMUSA00027120



Confidential

CNBMUSA00027121



CNBMUSA00027122



中建材国贸美国公司
CNBM USA CORPORATION

成立日期：2007/1/1
总经理：刘金辉

Confidential



CNBMUSA00027124



中建材国贸伊朗办事处
CNBM International Iran Branch

成立日期：2007
总经理：王兰菊

Confidential



Confidential

CNBMUSA00027126



中建材国贸印尼公司
PT CNBM INTERNATIONAL
INDONESIA

成立日期：2010/10/19
总经理：张伟

Confidential



CNBMUSA00027128



CNBMUSA00027129



CNBMUSA00027130

▶ **公司总体海外经营情况**

经过多年的海外经营实践，中建材国贸以阿联酋公司为龙头的海外分支机构，在贯彻集团"走出去"与"国际化"的战略过程中，积累和形成了自己独立的优势与亮点。

CNBMUSA00027131

依托在全球主要市场建立的完善的海外营销网络和多年的 "**属地化**" 经营策略，
目前，易单网海外仓战略布局已经**覆盖全球**重点市场，
下一步将陆续延展至世界主要国家和地区。

Confidential

CNBMUSA00027132

▶ **海外仓2014年规划**

中东是我们跨出海外的第一步，
迪拜物流园也是海外的第一个成规模的基地。

而且整个中东是我们海外最重要的出口市场，
也是我们客户基础最雄厚的一个区域市场。

贯彻落实好**中东战略**，对我们来说具有至关重要的意义。

Confidential

CNBMUSA00027133

▶ **海外仓2014年规划**

相对而言，**海湾六国，**
由于石油美元的支撑，经济富裕，购买力较强，
政治经济相对平稳，法律相对透明，经商环境优越。

CNBMUSA00027134

**海外仓2014年规划**

为此，我们提出了"海湾1+5 战略"

所谓的"海湾1+5战略"：

其中的1指的是**阿联酋**，
阿联酋是我们已经布局的市场，
也是最成熟的，是我们整个中东战略的支点和总枢纽。

其他5个海外国家分别指：**沙特，科威特，阿曼，巴林，卡塔尔** 5国，
在这5个国家，我们将设立海外仓。

Confidential

### ▶ 易单网迪拜物流园

已建成的易单网迪拜物流园，坐落于阿联酋迪拜Jebel Ali自由贸易区，占地面积5万多平米，辐射南亚、西亚、非洲等15亿人口新兴市场，为易单网合作企业提供在中东、非洲等市场的转口贸易、现货销售的**配套保税仓储**和**本地物流配送服务。**

随着中东业务的深化，将逐步拓展为覆盖**GCC六国**（阿联酋、阿曼、沙特、卡塔尔、巴林、科威特）的海外仓中东建设计划。



CNBMUSA00027136

▶ **海外仓2014年规划**

所谓的海外仓，
是区别于物流园的概念，
可以是2000平方米左右的仓库，
相对规模较小些，力争在今年年底之前落实完毕。

Confidential

CNBMUSA00027137

### 海外仓2014年规划

中东之外,我们制定详尽的"**全球行动计划**"

目前准备新设立的海外仓包括:
**荷兰，巴西，智利，缅甸，印尼，越南，俄罗斯，乌克兰，沙特，科威特、卡塔尔、巴林。**

CNBMUSA00027138

**海外仓2014年规划**

**中东战略+全球行动计划，**
将覆盖全球15个海外仓，

我们将这个海外仓规划，具体责任分解到人，
确保在2014年底，10个海外仓顺利落地，
实现"**仓到，货到，人到**"。

Confidential

▶ **海外仓2014年规划**

在未来规划中，我们准备

**3年**内建设30到50个海外仓，
**5年**建设80到100个海外仓。

Confidential



Confidential

▶ **易单网智能化建设**

易单网 "跨境电商+海外仓" 模式是我国综合服务领域的一个重大创新，
它有效地整合了国内、国际资源，
促进了中国产品、装备、技术、服务走向世界，
并非常高效地综合运用**全球资源**，提高企业**国际竞争力。**

智能物流、智能仓库、物联网都是易单网海外仓**智能化建设**的核心因素。
未来的海外仓将通过射频识别（RFID）、红外感应器、全球定位系统、激光扫描器等信息传感设备，在物品与物品之间，进行信息交换和通讯，以实现对物品的智能化识别、定位、跟踪、监控和管理。

可以说，海外仓是易单网打造**"智慧企业"**目标中关键而重要的一个环节。为此，我们将在未来展开一系列战略布局。

Confidential

▶ **一、自然成长法**

**稳健**的做法，就是基于现在的基础，稳扎稳打，平稳发展。

中建材国贸拥有**千名**国际化程度比较高的年轻员工，

基于我们的业务，客户和市场**基础**，和现有自身的力量去有节奏的去设立海外仓，

这是一个比较**理性和稳妥**的做法。

Confidential

CNBMUSA00027143

► **二、资源整合法**

以中国建材集团"**混合所有制**"改革为契机，
通过与一批本地优秀企业，
以及在海外已经扎根的国内民营企业进行优势资源整合，
达到**强强联合**的目的。

这些混合都是基于我们所制定的运作机制，
所有的业务都运行在"易单网+海外仓"之上。

Confidential
CNBMUSA00027144

► **三、建设海外投融资平台**

海外投融资平台的建设，可以帮助我们
快速获得海外低廉**资金**，
吸纳专业国际化**人才**，
**规避**相关法律风险和快速**逾越**某些国别障碍，
在全球范围内进行合理的**税务筹划**，

将大大助益我们的海外仓业务。

CNBMUSA00027145



Confidential

**易单网"跨境电商+海外仓"**的创新商业模式

贯彻了习近平主席**"共建丝绸之路经济带和21世纪海上丝绸之路"**
（简称"一带一路"）的战略构想

顺应市场发展潮流，
抓住了以下几个未来趋势：
**跨境电商**（易单网+海外仓）、
**互联网金融**（易单网在线融资平台）、
**外贸综合服务平台**（制造服务业升级）。

Confidential

顺着这一模式，我们的发展也得到了行业和社会的认可，取得如下的成绩：

2013.06 商务部电子商务示范企业

2013.09 工信部电子商务集成创新试点工程

2013.10 工信部工业化和信息化深度融合项目

2012.12 中关村国家自主创新示范区现代服务业综合试点项目

2013.10 2013年北京市外贸转型升级示范基地

2013.12 2013年北京市商业流通发展支持项目

2014.06 首届全国在线供应链金融推进大会荣获"在线供应链金融创新奖"

Confidential

同时，近期部分国家级主流媒体也对我们进行了一系列报道：

    

    

经济日报《创新外贸模式 推动产业转型》，中央电视台《经济信息联播》栏目"传统制造业向制造服务业转型"大型专题，中国信息产业网《易单网：跨境电商集成运营新模式》，新华网《中国建材集团转型发展制造服务业纪实》，中国电子商务研究中心《易单网：跨境电商集成运营新模式》，《对话》节目"中国建材集团向制造服务业转型"专题，中国建材报《中建材国贸物流板块全构架浮现》，光明日报《中国建材：创新商业模式推动产业转型》，以及新浪网、凤凰网等多家网络媒体的转载。

CNBMUSA00027149

**未来**，我们将
发挥出易单网平台更大的**价值空间**，
继续优化"跨境电商+海外仓"线上线下相结合的**创新商业模式**，
降低贸易风险、推动贸易便利化，
建设一条**高效**、**共赢**的网上新丝路，
实现**全球化**贸易联动。

Confidential



Confidential

CNBMUSA00027151