Welcome to OKorder.com! | Sign In | Join Now FREE! | App | My OKorder | Help Center | 供应商加盟



All Categories | Please input a keyword | Search
Popular Searches: Steel Coil, Aluminium, Waterproofing, Solar Panel, Ceiling | Advanced Search
Home > All Categories > Construction & Real Estate > Boards > Plasterboards



See larger image

## Gypsum board drywall plaster board Taishan brand

| | |
|---|---|
| Ref Price: | Get Latest Price |
| Loading Port: | Qingdao |
| Payment Terms: | TT or LC |
| Min Order Qty: | 2000 m² |
| Supply Capability: | 12000000 m²/month |

Contact Us   Chat Online

Add to My Favorites

**OKorder Service Pledge**
✓ Quality Product  ✓ Order On-line Tracking  ✓ Timely Delivery

Share to: Facebook Twitter Pinterest Google+ LinkedIn

### Product Details

**Gypsum board drywall plaster board Taishan brand Details:**

| | | | | | |
|---|---|---|---|---|---|
| Minimum Order Quantity: | 2000 m² | Unit: | m² | Loading Port: | Qingdao |
| Supply Ability: | 12000000 m²/month | Payment Terms: | TT or LC | Package: | standard packing |

**Product Description:**
Gypsum Board is typically made of an inner core of gypsum that is encased in paper.
The strong laminating paper encasing the board can accommodate virtually any type of decorative
**Product Applications:**
Mainly used in those places with highg-rade decorationwhere strict acoustic environment is crucial,
 such as theater, concert hall, museum, library, hearing room, gallery, auction house, gymnasium,
lecture hall, multifunctional hall, hotel lobby, hospital, shopping mall, piano practice room,
conference room, studio, recording room, KTV room, bar, industrial workshop, machine room, etc
**Product Advantages:**
1.Light weight in unit acreage
2.Non-combustible
3.Strong nail holding power
4.Heat & sound insulation
5.Smoothness ceiling board

**Main Product Features:**
MATERIAL:GYPSUM BOARD
SURFACE:PAPER FACED
EDGE:SQUARE,TARERED
DENSITY:AS PER GB/T9775-1999
BREAKING STRENGTH:AS PER GB/T9775-1999
ANTI-FIRE FUNCTION:<30 MINS AS PER GB8624-1997
COMBUSTION PERFORMANCE:NON-COMBUSTIBLE MATERIAL
SIZE TOLERANCE:LENGTH/WIDTH<+-2.0MM
MOISTURE CONTENT: <2%

Product Specifications:

CONTEMPT
Exhibit 157

10/24/2015 Gypsum board/drywall plaster board-Taishan brand-Buy Gypsum board/drywall plaster board-Taishan brand Products on Okorder.com

Case 2:09-md-02047-EEF-MBN Document 20688-158 Filed 02/23/17 Page 2 of 3

| | Density | 1.4-1.6g/cm$^3$ |
|---|---|---|
| | Bending Strength | 16-21Mpa |
| | Moisture Movement | <0.20% |
| | Water Absorption | < 20% |
| | Water Contain | <10% |
| Physical Properties | Thermal Conductivity | 0.18-0.3 w/(m·k) |
| | Non-combustibility | GB 8624-2006 Grade A1,CE EN 12467:2012 Grade A1 |
| | Water Impermeablility | Traces of moisture appeared on the under surface of the sheet,but no formation of drops of water on the underside of the sheet after 24 hours. |
| | Freeze-thaw | Not have cracking and layering after freeze-thaw cycles 25 times. |

Images:





**Send a message to us:**



10/24/2015 Gypsum Board drywall plaster Board Taishan brand-Buy Gypsum board drywall plaster board Taishan brand Product on OKorder.com

Case 3:09-md-02047-EEF-MBN Document 20688-158 Filed 02/23/17 Page 3 of 3

Message: *

- Self introduction
- Required specifications
- Inquire about price/MOQ

Your message must be at least 20 characters.

## Similar products | New products | Hot products



| Plaster Board for Decoration with Good Quality | Gypsum Panel for Interior Decoration | Plasterboard for Drywall Partition | Calcium Silicate Board from China | PVC Wall Panel Hot Glossing |

All Categories | Please input a keyword | Search

### About Us
- About OKorder
- Corporate Culture
- Sales Network
- Certificates
- Contact Us
- OKorder Blog

### Terms & Conditions
- Membership Agreement
- Privacy Policy
- Terms of Use
- Intellectual Property Policy

### Help Center
- User Guide
- Site Map

### OKorder Products
- New Products

Subscribe to OKorder for the latest deals and news!

Your Email Address  Subscribe

Join us online:
LinkedIn  Facebook  Twitter  Pinterest  Google+

Download our APP:  APP Store  Google Play

Copyright Notice © 2010-2014    www.OKorder.com All rights reserved.