

Welcome to OKorder.com!

Sign In | Join Now FREE! | OKorder Info | App | My OKorder | Help Center | 供应商加盟 | Español

All Categories | pvc window and door | Search

Popular Searches: pvc window and door, ceiling light, ceiling panel, carpet rug mat, bedroom furniture set

Advanced Search

Home > **Service**

**Service**

- Help Center
- Sales Network
- My OKorder

## Sales Network

### Overseas Branches

With overseas branches around the world, including offices in the United States, UAE, Dubai, Russia, Saudi Arabia, India, Vietnam, Germany, Indonesia, Ukraine, and many more, we can ensure that our customers' products are sold the world over.

### Overseas Logistics Parks

CNBM plans to build an additional five overseas logistics parks to support OKorder's online trading, as well as serve as storage, sales support, and distribution and after-sales centers for our overseas customers. Our Dubai Logistics Park was established and brought into operation in August of 2013.

The Dubai Logistics Park will service Middle East, South Asian and North African markets.

The South African Logistics Park will serve East African markets.

The Nigerian Logistics Park will serve the West African and Central African markets.

The Brazilian Logistics Park will cover the Latin American Market.

All Categories | pvc window and door | Search

**About Us**
- Company Introduction
- Corporate Culture
- Sales Network
- Certificates
- Contact Us
- OKorder Info

**Terms & Conditions**
- Membership Agreement
- Privacy Policy
- Terms of Use
- Intellectual Property Policy

**OKorder Products**
- New Products

**Help Center**
- User Guide
- Site Map
- Info Sitemap

**OKorder.com Site**
- Español

Subscribe to OKorder for the latest deals and news!

Your Email Address | Subscribe

Download our App:

**Join us online:** LinkedIn Facebook Twitter Pinterest Google+ YouTube

**CONTEMPT Exhibit 158**

Copyright Notice © 2010-2014 www.OKorder.com All rights reserved.