<u>Partial Translation of CBMIE00028128-00028216</u>

<u>CBMIE00028128</u>

**Restricted Data**

# CNBM Import and Export Company

# CNBM International Corporation

# 2014 Annual Work Report

January 2015

**CONTEMPT
Exhibit 159**

**CBMIE:  Exhibit 626**

**CBMIE00028129**

# Annual Work Report of CNBM

(For the Year of 2014)

Company Name: CNBM International Corporation (official seal)

Date: January 3, 2015

**CBMIE00028130**

| Company Name: | CNBM International Corporation | | |
|---|---|---|---|
| Organizational Form | 12 Other Limited Company | | |
| Confidentiality Level | None | Time limit | None |
| Filling Principal | Jifeng Shi | Position: | Director of Operations |
| Filling Dept. | Headquarters Operations Center | | |
| Filling Contact | Xiaolong Hu | Position: | Deputy Manager of Enterprise Management Dept. |
| Tel.: | 68796362 | Mobile Phone | 13717551062 |
| Enterprise Code | 76626876-4 | | |
| Enterprise at a Higher Level (Unit) Code | 10205238-9 | Group (Company) Headquarters Code | 10000048-9 |
| Registered Dddress of the Enterprise | 17F, Building 4, Zhuyu Business Center, No.9, Shouti Road South, Haidian District, Beijing | | |
| Registered Dddress of the Enterprise Headquarters | 17F, Building 4, Zhuyu Business Center, No.9, Shouti Road South, Haidian District, Beijing | | |

CBMIE00028133

...

## I. Company Profile

### (i) Company Profile

1. Basic Introduction

Under the leadership of parent company and hard work and plain living of our staff, CNBM International Corporation ("CNBM International") has doubled its foreign trade business continuously since 2004. While growing by leaps and bounds, CNBM International has established strategic partnership with over 100 manufacturers at home and founded good business relationship with more than 120 countries and regions overseas. CNBM International has presently set up subsidiaries and offices in many countries worldwide, and carried out the "Localization" business strategy gradually, marking an important step in the journey of globalization.

Along with the development of international business and information, CNBM International has brought e-commerce into the traditional patterns of international trade by introducing a brand-new e-commerce platform for global consumers in 2011 - okorder.com. okorder.com aims at meeting the fast needs of global users and provides 24h "all-the-journey" and "one-stop" procuring service for domestic and foreign customers by integrating domestic and foreign resources and logistics park system in the world.

…

CBMIE00028134

...

2. Company Events of This Year

…

| | |
|---|---|
| November 2014 | okorder.com was granted the "E-commerce Integration and Innovation Award 2014" and the "E-commerce Leading Standard-bearer Award 2014". |
| October 2014 | In the Sixth China Overseas Investment Fair,   okorder.com signed a contract with Bahrain project. |
| September 2014 | okorder.com adopted IBM cloud computing services to open the "cloud" era of domestic cross-border e-commerce. |
| August 2014 | CCTV "Dialogue" program broadcasted the service transformation mode of China National Building Materials Group Corporation, where okorder.com of CNBM International was introduced. |
| July 2014 | CCTV "Economic News" broadcasted special program of okorder.com |
| July 2014 | Economic Daily published an article: innovative foreign trade mode, propelling industry transformation and introduction of okorder.com. |

CBMIE00028136

...

(iii) Strategic Planning, Development and Planning of Main Business

1. "the 12th Five-year Plan" Planning Objective and Completion

During 2011-2014, the revenues were 12.59 billion yuan, 8.64 billion yuan, 10.07 billion yuan, 12.4 billion yuan, with net profit being 74.53 million yuan, 500 million yuan, 56.46 million yuan and 61.4 million yuan, respectively.

Table 1-2 (the First Four Years of the Planning Period) Primary Financial Data

| Year | Y 2011 | Y 2012 | Y 2013 | Y 2014 |
|---|---|---|---|---|
| Main business income (ten thousands yuan) | 1,259,120 | 864,411 | 1,007,326.43 | 1,240,536.80 |
| Total profit (ten thousands yuan) | 9,985 | 1,459 | 6,058.72 | 6,188.84 |
| Net profit (ten thousands yuan) | 7,453 | 500 | 5,646.62 | 6,139.95 |
| Total assets (ten thousands yuan) | 181,945 | 176,162 | 283,523.87 | 390,773.48 |
| Total state-owned assets (ten thousands yuan) | 148,467 | 143,748 | 25,016.42 | 24,076.55 |
| Total liabilities (ten thousands yuan) | 157,581 | 154,557 | 258,507.45 | 327,603.62 |
| Net assets (ten thousands yuan) | 24,364 | 21,605 | 25,016.42 | 63,169.86 |
| Owner's equity (ten thousands yuan) | 24,364 | 21,605 | 25,016.42 | 63,169.86 |
| Total costs and fees (ten thousands yuan) | 1,249,630 | 864,022 | 1,001,547.39 | 1,235,920.89 |
| Labor cost (ten thousands yuan) | 5,841 | 6,308 | 8,804 | 8,627.92 |
| Net assets returns ratio (%) | 32 | 2.18 | 22.57 | 9.72 |
| Total assets returns ratio (%) | 5 | 0.28 | 0.66 | 4.65 |
| Value maintaining and increasing ratio of state-owned assets (% ) | 131 | 89 | 116 | 127 |
| Total annual technological expenditure (ten thousands yuan) | 154 | 241 | 286 | |
| Technical input ratio (%) | 0.01 | 0.03 | 0.02 | |
| …… | | | | |

**CBMIE00028138**

**...**

(iv) Main Work Plan for the Next Year

**CBMIE00028139**

**....**

2. Key Work Arrangement for the Next Year

**CBMIE00028141**

**.....**

(2) Developing "Cross-Border E-commerce+Oversea Warehousing" Mode

**CBMIE00028142**

**....**

okorder.com, as a professional comprehensive service platform of foreign trade, will integrate core service providers on the supply chain through the platform and build up a complete ecosystem of foreign trade. In this ecosystem, okorder.com serves as the main body of platform to deploy each service provider to achieve high efficiency, low cost and collaboration. Therefore, it can provide one-stop foreign trade services for domestic manufacturers, but also can render customized comprehensive trade services according to the needs of manufacturers. It is essential for the export. okorder.com shares resources on the supply chain to create new value for enterprises and lead SMEs to go out actively.

**CBMIE00028143**

Relying on rich experience in foreign trade and a professional elite team, okorder.com provides one-stop integrated foreign-trade services for manufacturers, highlighting the four core values-"full, controllable, credit and value-added". which is: By integrating customs, commodity inspection, ECIC, insurance, banking, warehousing and other resources at the upper and lower stream of the supply chain to give play to scale effec and form integration advantage, it provides SMEs with one-stop  whole-process services, including global product marketing, customer development, trade negotiations, order fulfillment, credit insurance, supply chain finance, logistics and transport, export tax rebates and after-sales service; As the first party of the platform, okorder.com offers full control to ensure the security of online transactions among allied enterprises, reduce the cost on each link to improve the efficiency of transaction; Different from popular third-party e-commerce supplier information platform, okorder.com provides full participation in foreign trade transactions and reviews strictly the qualifications of oversea buyers to guarantee real and effective inquiries and orders; In the meanwhile, as a professional and trust-worthy cross-border e-commerce enterprise, relying on strong background and many years' foreign trade experience of the world top 500 enterprises, okorder.com provides a range of value-added services for allied suppliers, covering foreign trade export agents, global marketing, okorder.com business college foreign trade training, etc.

**CBMIE00028144**

…

After many years of accumulation and development, okorder.com boasts unique competitive advantage in building China's leading cross-border e-commerce platform, particularly:

The first advantage is, through the integration of resources on foreign trade supply chain, to enable traditional foreign trade to become more like e-commerce and make the whole process of foreign trade simpler, more transparent and efficient;

The second advantage is, relying on the strong brand effect of CNBM Group, to improve brand awareness continuously and produce a wide range of influence in building materials and associated industries;

The third advantage is, it has established a mature oversea marketing network in the world's major countries and broadened the export channels of international market. Furthermore, the "localization" operation of global oversea warehousing has achieved scale procurement , intensified logistics and reduced the cost of international logistics;

The fourth advantage is, featuring abandant experience in foreign trade and export, it has brought together and cultivated a group of talents in international trade, e-commerce, supply chain management, financial accounting, logistics & warehousing, legal risk control, information construction and other aspects. okorder.com has formed an international outstanding team with strong business capacity, high overall quality and high degree of localization, and it is capable of conducting independent R&D, operation and maintenance for integrated foreign trade cross-border e-commerce platform.

**CBMIE00028149**

…

4.   Independent innovation and technologic investment

**CBMIE00028150**

2014 is the year of in-depth implementation of information and the time to give play to information power, reflect the core competitive advantage, embody scientific operation and management, begin conducting fine management research, really reshape process and achieve continuous improvement of process optimization, but also the time to promote the CNBM International okorder.com and the operation and management of the core support structure.

**CBMIE00028164**

…

(ii) Main issues in and suggestions about operation, management, reform and development:

1. Become a "rooted" enterprise

**CBMIE00028165**

"With the formation of economic globalization, the criterion of measuring the competitiveness of an enterprise has switched from the size in the past to its capability of allocating resources on a globe scale. As China's largest dominant enterprise in basic materials, CNBM must head for globalized operation.

(1) Making efforts to cultivate the market where we have an advantage:

| Core business | Market cultivation measures |
|---|---|
| Export market | United Arab Emirates, Iran, the Middle East, the East Asia, the Europe and America, etc. |

(2) To further define the direction of specialized labor division of each business unit:

| CNBM USA Corporation | Scrap steel sales and re-export |
|---|---|

**CBMIE00028181**

**...**

(iii) Assessment of annual major risks in 2015

**CBMIE00028189**

**...**

## VI. Operation and Supervision of Oversea State-owned Assets

(i) Formation and distribution of oversea state-owned assets

1. Development history of oversea state-owned assets
CNBM UAE Corporation was founded in 2010, with net assets of $ 16,220,000 by the end of 2014, including the Unit's investment of $ 7.95 million in United Arab Emirates and CNBM UAE Corporation's accumulated assets of $ 8,270,000 through operation;

CNBM USA Corporation was founded in 2008, with net assets of $ -260,000 million by the end of 2014, including the Unit's investment of $ 100,000 in America and CNBM USA Corporation's accumulated assets of $ -360,000 through operation;
…

CBMIE00028190

2.   Overall status of oversea state-owned assets

CNBM International's total foreign assets is US$ 107,320,000, where CNBM UAE Corporation accounts for 89.65%, CNBM Vietnamese Corporation 3.6%, CNBM India Corporation 0.1%, CNBM Germany Corporation 5.7% and CNBM USA Corporation 0.05%.

3.   Distribution of oversea state-owned assets

(1)   Overall status of oversea investment

CNBM has currently established the wholly-owned subsidiaries and offices overseas, such as CNBM UAE Corporation, CNBM Vietnamese Corporation, CNBM India Corporation, CNBM International (Indonesia) Company, CNBM Germany Corporation and CNBM USA Corporation as well as CNBM India Office and CNBM Saudi Arabia Office.

(ii). Oversea Investment and Operation of Oversea State-owned Assets

CBMIE00028191

Till now, the operation of CNBM's branches and subsidiaries overseas is summarized as in the following table:

| Total planned investment | Invested (Ten Thousands U.S. dollars) | Company (agency) name | Operation | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 2014 (monetary unit: Ten thousands U.S. dollars) | | | | | |
| | | | Total assets | Liabilities | Owner's equity | Cash flow | Business income | Net profit |
| 10 | 10 | CNBM USA Corporation | 7.42 | 33.27 | -25.85 | 7.20 | 0.00 | 0.00 |

CBMIE00028194

...

**Attachment II: Information of the Person in Charge**

**(i) Overall Information of the Enterprise's Person in Charge**

1.    By the end of this year, the enterprise comprises the Board of Directors (5 people); the Supervisory Committee (3 people), including 1 employee supervisor; party committee (leading Party group) (0 people); managers (4 people); other persons-in-charge (3 people).

2.    In this year, there are 2 people leaving their offices and 5 new people assuming their offices in Board of Directors, Supervisory Committee, Party Committees (leading party group) and managers.

3.    Brief Information of the Enterprise's Person in Charge

| S/N | Name | Gender | Date of Birth | Post and Date of Appointment | Other Positions | Educational Background | Graduate School and Major |
|---|---|---|---|---|---|---|---|
| 1 | Jinsong Zhang | Male | February 1971 | Chairman of the Board of Directors in 2010 | General Manager | Postgraduate | Xiamen University, Business Administration |
| 2 | Jiwei Wu | | | Director in 2014 | | | |
| 3 | Yanmin Zhao | | | Director in 2014 | | | |
| 4 | Chaomei Piao | Female | August 1963 | Director in 2010 | Deputy General Manager | Undergraduate | East China University of Science and Technology |
| 5 | Xinhua Wang | Female | January 1978 | Director in 2014 | Risk Control Director | Undergraduate | Hebei University of Economics and Business, International Business Management |
| 6 | Lihe Wang | Female | January 1977 | Supervisor in 2014 | | PhD | Nanjing University |
| 7 | Shanshan Liu | Female | January 1974 | Supervisor in 2014 | | Undergraduate | Central University of Finance and Economics, Accounting |
| 8 | Man Wang | Male | January 1978 | Supervisor in 2014 | Deputy Director of Human Resources | Undergraduate | Beijing Jiaotong University |
| 9 | Xuchu Cao | Male | May 1977 | Deputy General Manager in 2010 | | Postgraduate | University of International Business and Economics |
| 10 | Tong Liu | Female | January 1976 | Deputy General Manager in 2010 | | Postgraduate | Inner Mongolia University International Trade University of Shanghai for Science and Technology, MBA |
| 11 | Jifeng Shi | Male | January 1978 | Director of Operations in 2010 | | Postgraduate | Chongqing Normal University, Economics |
| 12 | Wenchao Xu | Male | June 1979 | IT Director in 2009 | | Undergraduate | Chinese University of Geosciences Computer Technology and Information Processing Information management (intermediate vocational qualification) |
| 13 | Zhenli Luo | Male | April 1980 | Vice President of okorder.com in 2014 | | Undergraduate | China University of Political Science and Law |

CBMIE00028195

**(ii) Members in Board of Directors**

The Board has 5 members: Jinsong Zhang, Jiwei Wu, Yanmin Zhao, Chaomei Piao and Xinhua Wang.

| Name | Gender | Date of Birth | Position | Term of Office | Educational Background | Graduate School and Major |
|------|--------|---------------|----------|----------------|------------------------|---------------------------|
| Jinsong Zhang | Male | February 1971 | Chairman and a l s o General Manager | 2010 | Postgraduate | Xiamen University, Business Administration |
| Responsibilities: Overall work of the Board of Directors | | | | | | |
| CV: 1989 -1993, Wuhan University of Technology, International Trade<br>1993 - 2002, Assistant of General Manager of Supply and Marketing Company of CNBM<br>2002-2010, General Manager of CNBM International Corporation<br>2010-Present, Chairman and also General Manager of CNBM International Corporation | | | | | | |

| Name | Gender | Date of Birth | Position | Term of Office | Educational Background | Graduate School and Major |
|------|--------|---------------|----------|----------------|------------------------|---------------------------|
| Jiwei Wu | Male | February 1971 | Director | Since 2014 | Master's degree | Central University of Finance and Economics Accounting |
| Responsibilities: | | | | | | |
| CV: 1990.09-1994.07          Xi'an Shiyou College, Accounting<br>1994.07-1997.06          Cashier, Accountant of Funds Office, Finance Bureau, China National Petroleum Corporation<br>1997.06-1998.03          Accountant of Accounting Office, Finance Bureau, China National Petroleum Corporation<br>1998.03-1999.09          Central University of Finance and Economics, Accounting (off-job study)<br>1999.09-2001.02          Accountant of Capital Budget Office, Financial Assets Dept., China National Petroleum Corporation<br>2001.02-2001.12          Financial Assets Dept., CNPC International Engineering Co., Ltd.<br>2001.12-2003.04          Deputy Manager of Financial Assets Dept., CNPC International Engineering Co., Ltd.<br>2003.04-2005.04          Manager of Financial Assets Dept., CNPC International Engineering Co., Ltd.<br>2005.04-2008.04          Assistant General Manager of CNPC International Engineering Co., Ltd. and also Chief Accountant of China Petroleum Logging Technology Services Co., Ltd.<br>2008.04-2008.12          Deputy Chief Accountant of China National Petroleum Corporation Engineering Technology Branch<br>2008.12-2011.03          Director of Finance Management Center, China Chengtong Holdings Group LTD.<br>2011.03-          Chief Accountant of China National Building Material Group Corporation<br>2011.11- Chairman of Supervisory Committee of China National Building Material Company Limited | | | | | | |

CBMIE00028196

| Name | Gender | Date of Birth | Position | Term of Office | Educational Background | Graduate School and Major |
|------|--------|---------------|----------|----------------|------------------------|---------------------------|
| Yanmin Zhao | Male | December 1962 | Director | Since 2014 | Master's degree | Tianjin University of Finance and Economics, International Trade |

| Responsibilities: |
|---|
|  |

| CV: | |
|-----|---|
| January 1981 - January 1997 | Accountant, Loan Officer and Chief of Corporate Deposit Section at Xinxiang Branch, Industrial and Commercial Bank of China; |
| January 1997 - December 2005 | Assistant President, Vice President, President and Secretary of Sub-branch directly under Henan Provincial Branch of Industrial and Commercial Bank of China |
| December 2005 - September 2009 | Head and Party Branch Secretary of Financial Assets Management Dept., China Building Materials Academy; |
| September 2008-November 2014 | Deputy General Manager of Finance Department, China National Building Material Group Corporation |
| November 2014-Present | Deputy General Manager and Chief Accountant of CNBM Import and Export Company |

| Name | Gender | Date of Birth | Position | Term of Office | Educational Background | Graduate School and Major |
|------|--------|---------------|----------|----------------|------------------------|---------------------------|
| Chaomei Piao | Female | August 1963 | Director | 2007 | Undergraduate | East China University of Science and Technology |

| Responsibilities: |
|---|
| Remuneration, party affairs, trade unions and discipline |

| CV: | |
|-----|---|
| 1. 1982 - 1986 | East China University of Science and Technology, Polymer Composites |
| 2. 1986 - 1988 | Institute of Technical Information for State Bureau of Building Materials Industry |
| 3. 1988 - 1990 | Assistant Engineer of Import and Export Office, Foreign Management Department, State Bureau of Building Materials Department |
| 4. 1988 - 1993 | Engineer and Export Salesman of CNBM Import and Export Company |
| 5.1994 - 1997 | General Manager of Beijing Guangxin Trade & Consultation Co., Ltd. |
| 6.1998 - 2001 | General Manager of Jilin Province Yanji City Hongqiao Food Wholesale Dept. |
| 7.2003   - 2004 | Staff of China Building Materials Waterproofing Company |
| 8. 2004 - 2005 | Export Sales Manager of CNBM International Corporation |
| 9. 2005 - 2007 | Assistant General Manager and also Administrative Director of CNBM International Corporation |
| 10. 2007 - Present | Deputy General Manager and Secretary of Party General Branch of CNBM International Corporation |

CBMIE00028197

| Name | Gender | Date of Birth | Position | Term of Office | Educational Background | Graduate School and Major |
|------|--------|---------------|----------|----------------|------------------------|----------------------------|
| Xinhua Wang | Female | January 1978 | Director | 2014 | Undergraduate | Hebei University of Economics and Business, International Business Management |

| Responsibilities: |
|---|
| Risk control work |

| CV: |
|---|
| 1996－2000：          Hebei University of Economics and Business, International Business Management |
| 2000-2001:           Teacher of Self-taught Examination Office, Hebei University of Economics and Business |
| 2001-2002:    Documentation Specialist of CNBM Supply and Marketing Company |
| 2002-2005:    Manager of Contract Execution Department, Business Division of CNBM Import and Export Company |
| 2005-2008:          Risk Control Director and Deputy General Manager of Business Division 1 of Beijing Zhongjian Hengxin International Trade Co., Ltd. |
| 2008 - Present       Risk Control Director of CNBM International Corporation |

(iii) Members in Supervisory Committee

Supervisory Committee (3 people): Lihe Wang, Shanshan Liu, Man Wang

| Name | Gender | Date of Birth | Position: | Term of Office | Educational Background | Graduate School and Major |
|------|--------|---------------|-----------|----------------|------------------------|----------------------------|
| Lihe Wang | Female | January 1977 | Supervisor | 2014 | PhD | Nanjing University |

| Responsibilities: |
|---|
| Business management |

| CV: |
|---|
| 2004 －2011          Salesman, Department Manager and Division Deputy General Manager of CNBM International Corporation; |
| 2012 - 2013         Deputy General Manager of Enterprise Management Dept., CNBM Import and Export Company |
| 2014 - Present      General Manager of Enterprise Management Dept., CNBM Import and Export Company |

CBMIE00028198

| Name | Gender | Date of Birth | Position: | Term of Office | Educational Background | Graduate School and Major |
|---|---|---|---|---|---|---|
| Shanshan Liu | Female | January 1974 | Supervisor | 2011 | Undergraduate | Central University of Finance and Economics, Accounting |

| Responsibilities: |
|---|
| Financial Management |

| CV: | |
|---|---|
| 1996-2002 | CNBM Import and Export Company, CNBM Supply and Marketing Company |
| 2002 - 2011 | Deputy General Manager of Finance Dept., CNBM Import and Export Company |
| 2011 - Present | General Manager of Finance Dept., CNBM Import and Export Company |

| Name | Gender | Date of Birth | Position: | Term of Office | Educational Background | Graduate School and Major |
|---|---|---|---|---|---|---|
| Man Wang | Male | January 1978 | Supervisor | 2014 | Undergraduate | Beijing Jiaotong University |

| Responsibilities: |
|---|
| Personnel management |

| Main Work Experience: | |
|---|---|
| 2000.2－2002.2 | Administrative Staff of Beijing Medical University Press |
| 2002.2－2004.2 | Staff of Personnel Dept., Beijing Aerospace Aote Technology Co., Ltd. |
| 2004.4－2008.7 | Chief of Office- in -charge Personnel Section, People's Bank of China Software Center |
| 2008.9 - Present | HR Deputy Director of CNBM International Corporation |

(iv) Party Committee (Leading Party Group) Members

None

(v) Managers

Managers has 4 members: Jinsong Zhang, Chaomei Piao, Xuchu Cao and Tong Liu.

**CBMIE00028199**

| Name | Gender | Date of Birth | Position | Term of Office | Educational Background | Graduate School and Major |
|------|--------|---------------|----------|----------------|------------------------|---------------------------|
| Jinsong Zhang | Male | February 1971 | Chairman and also General Manager | 2010 | Postgraduate | Xiamen University, Business Administration |

Responsibilities:
Overall work of the Board of Directors

CV:
1989 -1993, Wuhan University of Technology, International Trade
1993 - 2002, Assistant of General Manager of CNBM Supply and Marketing Company
2002-2010, Assistant of General Manager of CNBM International Corporation
2010-Present, Chairman and also General Manager of CNBM International Corporation

| Name | Gender | Date of Birth | Position | Term of Office | Educational Background | Graduate School and Major |
|------|--------|---------------|----------|----------------|------------------------|---------------------------|
| Chaomei Piao | Female | August 1963 | Deputy General Manager | | Undergraduate | East China University of Science and Technology |

Responsibilities:
Remuneration, party affairs, trade unions and discipline
    See above

| Name | Gender | Date of Birth | Position | Term of Office | Educational Background | Graduate School and Major |
|------|--------|---------------|----------|----------------|------------------------|---------------------------|
| Xuchu Cao | Male | May 1977 | Deputy General Manager | 2010.2 | Master's degree | University of International Business and Economics |

Responsibilities:
Building Materials Division 1, Steel Division, Coal Division, Plastic Division, Decoration Materials Division

CV
| 2002-2002 | Beijing Zongyida Trade Co. Ltd. |
| 2002-2005: | Manager of Insulation and Ceiling Materials Dept., CNBM International Corporation |
| 2005 - 2010 | Deputy General Manager of Division 1 of CNBM International Corporation; |
| 2007 - 2010 | Assistant of General Manager of CNBM International Corporation |
| 2010 - Present | Deputy General Manager of CNBM International Corporation |

CBMIE00028200

| Name | Gender | Date of Birth | Position | Term of Office | Educational Background | Graduate School and Major |
|---|---|---|---|---|---|---|
| Tong Liu | Female | October, 1976 | Deputy General Manager | 2010.2 | Undergraduate Postgraduate | Inner Mongolia University International Trade University of Shanghai for Science and Technology, MBA |
| Responsibilities: | | | | | | |
| Building Materials Division 2, Photovoltaic Products Division, Metallurgical Coal Dept. | | | | | | |
| CV | | | | | | |
| 1996-2000                         Inner Mongolia University, International Trade<br>2000-2001                         Sales Engineer of Tianjin Otis Elevator Co., Ltd. Hohhot Branch<br>2001-2003:                        Foreign Trade Manager of Beijing Housewares Industries Ltd.<br>2001-2005                         Dept. Manager of CNBM International Corporation<br>2005 - 2010                       General Manager of Division 2 of CNBM International Corporation;<br>2010 - Present                    Deputy General Manager of CNBM International Corporation | | | | | | |

**(vi) Other Members**

| Name | Gender | Date of Birth | Position | Term of Office | Educational Background | Graduate School and Major |
|---|---|---|---|---|---|---|
| Jifeng Shi | Male | January 1978 | Director of Operations | 2010.9 | Postgraduate | Chongqing Normal University, Economics |
| Responsibilities: | | | | | | |
| Headquarters functional departments and operational coordination | | | | | | |
| CV: | | | | | | |
| 2007 - 2009                       Enterprise Management Senior Engineer of Inner Mongolia Cement Co., Ltd.<br>2009- 2010                        HR Dept. Manager and Group HR Deputy General Manager of Hanas New Energy Group<br>2010 - Present                    HR Dept. Manager, HR Director and Director of Operations of CNBM International Corporation | | | | | | |

CBMIE00028201

| Name | Gender | Date of Birth | Position | Term of Office | Educational Background | Graduate School and Major |
|------|--------|---------------|----------|----------------|------------------------|---------------------------|
| Wenchao Xu | Male | June 1979 | IT Director | 2009 | Undergraduate | Chinese University of Geosciences Computer Technology and Information Processing |

Responsibilities:

Assistant of Director of Information Center, CNBM Import and Export Company

IT Director of CNBM International Corporation

CV:

| 2003-2005 | Director of R&D, Technology Dept. of Southstand |
| 2005-2007 | Senior Lecturer, Education Dept. of APTECH |
| 2007-2009 | General Manager, R&D Dept. and Central Key Client Dept. of Yonyou Group |
| 2009- Present | IT Director of CNBM International Corporation |

Awards

In 2006, Senior Lecturer of APTECH, with lecturer qualificaiton certificate issued together;

In 2010, Excellent Staff of CNBM Import and Export Company

| Name | Gender | Date of Birth | Position | Term of Office | Educational Background | Graduate School and Major |
|------|--------|---------------|----------|----------------|------------------------|---------------------------|
| Zhenli Luo | Male | April 1980 | Director of operations and also marketing manager of okorder.com | 2014.8 | Undergraduate | China University of Political Science and Law |

Responsibilities:

okorder.com, marketing department

CV:

| 2000-2004 | Studying in China University of Political Science and Law |
| 2004-2007 | Sales Manager of CNBM International Corporation |
| 2007-2008 | Manager, New Business Development Dept. of CNBM International Corporation |
| 2008-2010 | Assistant of General Manager of CNBM International Corporation |
| 2010-2012 | Oversea Market Director of CNBM International Corporation and also General Manager of CNBM UAE Corporation |
| 2012-2014 | Director of Operations and also Marketing Manager, okorder.com of CNBM International Corporation |
| 2014- Present | Vice President, okorder.com of CNBM International Corporation |

**CBMIE00028202**

**Attachment III: Employees**

Unit: People

| Category | Unit | | Company | |
|---|---|---|---|---|
| | At the end of previous year | At the end of the year | At the end of previous year | At the end of the year |
| Number of employees at the year end | 693 | 624 | 871 | 790 |
| Number of staff at the end of the year | 693 | 624 | 871 | 790 |
| Where: Number of on-the-job staff at the end of the year | 693 | 624 | 871 | 790 |
| Number of resigned and retired staff at the end of the year | 0 | 1 | 0 | 1 |
| Number of off-the-job staff at the end of the year | 10 | 0 | 0 | 0 |
| Educational Background | Unit | | Company | |
| | At the end of previous year | At the end of the year | At the end of previous year | At the end of the year |
| Master or above | 74 | 74 | 78 | 74 |
| Undergraduate | 528 | 465 | 582 | 510 |
| College diploma | 79 | 63 | 128 | 107 |
| Technical secondary school and below | 12 | 22 | 83 | 99 |
| Total | 693 | 624 | 871 | 790 |

**CBMIE00028203**

**Attachment IV: Organizational Structure**

(i) Changes in organizational structure

1.   Description of the changes in units at all levels of the enterprise

None.

2.   By the end of the year, the enterprise is composed of companies at two levels, there are 8 secondary units in addition to the Unit, including 7 oversea subsidiaries.

**CBMIE00028204**

(ii) Organizational Chart



Attachment V: List of Parent Company, Subsidiaries and Affiliated Units

CBMIE00028205

Attachment V: List of Parent Company, Subsidiaries And Affiliated Units

(i) List of domestic branches, subsidiaries and affiliated units

Monetary Unit: Ten thousand yuan

| Form | S/N | Company (units) Name: | Shareholding ratio (%) | Total assets | Owner's equity | Business income | Total profit | Net profit | Number of employees (people) | Registered Dddress | Location | Legal representative | Whether consolidated? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Unit | 1 | CNBM International Corporation | — | 299063 | 62815 | 921214 | 5133 | 5117 | 624 | Beijing | Beijing | Jinsong Zhang | yes |
| Subsidiary | 2 | Wuxi CNBM Steel Co., Ltd. | 100 | 59,948 | 45778 | 205153 | 14 | 14 | 114 | Wuxi | Wuxi | Jinsong Zhang | yes |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Branch | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Institutions | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

(ii) List of Oversea Units at All Levels (filled by the headquarters according to level)

CBMIE00028206

Monetary Unit: Ten thousand yuan

| S/N | Company (units) name | Level | Shareholding ratio by the parent company at a higher level (%) | Total assets | Total profit | Number of employees | Where: Chinese Employees | Location | Time of establishment: | Form | Category | Legal representative | Offshore Company | Held individually on behalf |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

(iii) List of Financial Subsidiaries at All Levels (filled by the headquarters according to level)

Monetary Unit: Ten thousand yuan

| S/N | Company (units) name | Level | Shareholding ratio by the parent company at a higher level (%) | Total assets | Business income | Total profit | Number of employees (people) | Location | Legal representative |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

(iv) List of Holding Listed Companies at All Levels (filled by the headquarters according to level)

Monetary Unit: Ten thousand yuan

| S/N | Company Name: | Level | Industry | Security code | Short name of security | Initial investment | Amount of holding shares (ten thousands) | Shareholding ratio by the parent company at a higher level (%) | Location |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

**CBMIE00028207**

**Attachment VI: Major Investment and Financing Activities**

(i) Major Investment Project
None
(ii) Major Investment Control
None.
(iii) Main issues and risks in major investment

None.

(iv) Corporate financing and main existing issues

Affected by the external economic environment, we have reduced 2 billion yuan line of credit based on the bank credit in 2013. The total credit line is 5.1 billion yuan, where the credit line granted by way of credit is reduced from 850 million yuan at the beginning of 2014 to current 450 million yuan.

(1) In 2014, we have realized trade financing 2.933 billion yuan, of which 2.3 billion yuan is financed by letter of credit, 0.63 billion yuan by bank's acceptance; another 2 billion yuan by working capital loans.

(2) We have applied for 73 sums of long-term lock exchange and delivered 162 sums; With respect to financing on okorder.com, we have made a list of 356 suppliers from various divisions and achieved 25 sums of order financing, with loans granted amounting to 104.74 million yuan.

(3) After ICBC factoring financing is introduced, we have in 2014 granted two suppliers with credit line of 60 million yuan, and we have achieved 2 sums of order financing, with loans granted amounting to 60 million yuan.

CBMIE00028208

(v) Foreign long-term equity investment

Monetary Unit:: Ten thousand yuan

| S/N | Investee: | Industry | Location | Equity ratio at year end (%) | Cost of investment | Book balance at year end | Book income on investment in this year | Actual income on investment in this year | Operation status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Anguo CNBM Non-woven Fabrics Co., Ltd. | Artificial fiber manufacturing | Hebei Province | 31.79 | 1,240 | 144 | 200 | 750 | Normal operation |
| 2 | CNBM Zhongyan Technology Co., Ltd. | Mineral Products Manufacturing | Beijing | 5 | 374 | 374 | 0 | 0 | Normal operation |
| | | | | | | | | | |
| | Subtotal | — | — | — | 1,614 | 518 | 200 | 750 | ---- |

(vi) Merger and gratuitous transfer to a central enterprise

Monetary Unit:: Ten thousand yuan

| S/N | Merger and gratuitous transfer to a central enterprise Company Name: | Nature of enterprise | Industry | Location | Form of merger | Whether main business? | Assessed net asset value | Paid price | Goodwill | Equity ratio (%) | Gross revenue | Total profit | Number of staff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |

Restricted data

Building materials group import-export company

Building materials international trade limited company 2014 annual work report

In January, 2015 business industry year labor makes the newspaper to consider

(2014 year) business industry said: Building materials international trade limited company (official seal)

Filled in the newspaper date time: On January 3, 2015 business name

Building materials international trade limited company

Configuration of organization

12 other limited liability companies

Level of secrecy

Does not have

Deadline

Does not have

Fills in the work person in charge

Shi Jifeng

Duty

Operations director

Fills in the work to be responsible for the department

Headquarters operation center

Fills in the work contact person

Hu Xiaolong

Duty

Business management department assistant manager

Fixed telephone

68796362

Mobile phone

13717551062

This enterprise code

76626876-4

Upper enterprise

(Unit) code 10205238-9 group corporations (company) headquarters code 10000048-9 this enterprises register Beijing Haidian District Shouti South No. 9 subject business center No. 4 building 17 this enterprise headquarters address Beijing Haidian District Shouti South No. 9 subject business center No. 4 building 17 item of records

2 enterprise legal representative stated <> _Toc408937561 3 one, enterprise basic situation <> _Toc408937562

162th, management and operation and reform and development main situation <> _Toc408937563 403, production operation and financial result situation <> _Toc408937564

454th, comprehensive risk management <> _Toc408937565 525, year key disclosure item <> _Toc408937566

596th, foreign state asset operation and supervision <> _Toc408937567 627, contrary item <> _Toc408937568 violating the law and discipline

628, management resumption <> _Toc408937569 63 appendices one: Capital structure and possessor situation <> _Toc408937570

64 appendices two: Person in charge situation <> _Toc408937571 72 appendices three: Staff situation <> _Toc408937572

73 appendices four: Organizational structure situation <> _Toc408937573 75 appendices five: Mother, subsidiary company and subordinate unit detailed list <> _Toc408937574

77 appendices six: Throws the financing <> _Toc408937575 79 appendices significantly seven: Significant legal dispute case <> _Toc408937576

81 appendices eight: Audit supervision <> _Toc408937577 82 appendices nine: Important meeting detailed list <> _Toc408937578

83 appendices ten: Important document detailed list <> _Toc408937579 84 appendices 11: Support coordination supervision <> _Toc408937580

86 appendices 12: Other content <> _Toc408937581 enterprise legal representatives stated

Large key state-owned enterprise board of supervisors:

The building materials international trade limited company already establishes the request according to "Enterprise Annual work report", has compiled this report in line with the realistic principle, information that should not disclose. The report contents are real and complete, any not solid, has not concealed. Stated specially.
Legal representative (signature)

Year month date one, enterprise basic situation

(1) Enterprise survey 1. enterprise synopsis

Building materials country trade under the leadership of higher authority commercial management, the staff members struggles difficultly, since 2004, the foreign trade service has doubled and realizes the leap grew at the same time continuously, internally with more than hundred manufacturer development

partnerships of strategic cooperation, has established the good business contact in beyond the border and global more than 120 countries and regions. At present has set up the subsidiary company and office in global many countries, carrying out "localization" operational strategy, took important one step at the journey of globalization gradually.

Along with the service development of internationalization and informationization, the building materials country trade integrates the electronic commerce element in the traditional international trade pattern, will promote brand-new in 2011, serves in global users' E-Business Platform - Yi Danwang. Yi Danwang takes satisfied global users needs quickly for the goal, the conformity domestic and foreign resources and distributes in world's physical distribution garden system, provides for 24 hour to the domestic and foreign customers, the entire formula and one-stop work style procurement services.

Building materials country trade's business goal takes innovating and transformation as the driving influence, takes "big building materials" and "globalization" and "fine profit" as the core, strengthens to the supply chain upstream, middle reaches and downstream entire journey controlling force, the development and work international and domestic two markets, comprehensively promotes the flow process and informationization construction of level company, strengthens to the resources organizing faculty and to the industrial value-added service ability, molds the expert personnel and study organization, international builds into the profession leading globalization enterprise brand building materials.

Building materials country trade will depend on group in the cement manufacture, the compound materials, the new building materials and superiority in engineer equipment, the big building materials that the trade development takes the coal, steel and iron and mechanical device primarily are the key point, gives priority to the photovoltaic solar energy and wind energy product, the strengthened and promotion traditional building materials product already has the superiority. In 2013, the company realizes sales revenue 10.1 billion.

For many years, the building materials country trade actively has initiated and practices to cooperate diligently with the spirit that wins, obtained the widespread approval of the global partner and customer, the enterprise has realized the leap frog development. In future development process, the building materials country trade hopes with the domestic and foreign partner, the mutually beneficial interaction, the innovation and transformation trade model, for staff, shareholder and customer creation value, with outstanding achievement repayment societies and all stakeholders.

2. this year enterprise chronicle in December, 2014 the building materials country trade receives the customs AA kind of enterprise certificate

In November, 2014 Yi Danwang obtains "in 2014 electronic commerce integration innovation prize" and "in 2014 electronic commerce commanding troops standard-bearer prize" in 2014 the October sixth session of outside Qia can Yi Danwang sign Bahraini cooperative project

In September, 2014 Yi Danwang uses the IBM cloud computing service, opening domestic interstate electricity business "cloud" time in August, 2014 CCTV "Dialog" column broadcast that the Chinese building materials group serves the reforming pattern, in the introduction building materials country trade Shan Wang

In July, 2014 CCTV "Economic information Broadcast" broadcasts Yi Danwang the topic in July, 2014 Jingji Ribao outgoing message: The innovation foreign trade pattern promotes the industrial transformation, introduced Yi Danwang the pattern

In June, 2014 first online supply chain finance advancement congress convenes, Yi Danwang wins the online supply chain financial innovation prize in June, 2014 Yi Danwang to win the central enterprise young people's civilization project title

In May, 2014 Yi Danwang becomes the customs first marine transportation way online declaration experimental enterprise in March, 2014 Yi Danwang to receive department of commercial affairs "business circulation industry statistics typical enterprise"

In February, 2014 Yi Danwang China CITIC Bank realizes the online settlement of exchange to serve in January, 2014 Yi Danwang, China Astronautical Technology Group and other units jointly to initiate hand in hand establishes Chinese electronic commerce Innovation Advancement Alliance, Yi Danwang was

elected as vice-director the unit

(2) Management scope and production operation ability change

1. management scope change does not have

2. principal work scope change

Does not have 3. production operation ability change 2014 year in the international environment not for the optimistic situation, according to the area strategic concept, the bold innovation, proposed "interstate electricity business + overseas warehouse" innovation business model, realizes 12.4 billion Yuan business income, realizes for 2013 year to increase 2.317 billion Yuan compared to the same period, grows 23.76%, at the beginning of the year completes budgets the goal 12 billion Yuan 103%, completes the situation to be good; Realizes the profit 61,399,500 Yuan, in 2013 will increase 820,000 Yuan compared to the same period, with estimating 100 million Yuan goal, will have a disparity; In 2014 the ratio of margin 3.72%, 5.49% reduce 1.77% compared with 2013, slightly has to reduce, because mainly the ocean freight in 2014 rises are many.

(3) Strategic plan and key business development project

1. "During 35" plan goal and completes the situation 2011 to 2014, the business income respectively is 12.59 billion Yuan and 8.64 billion Yuan and 10.07 billion Yuan and 12.4 billion Yuan, the net profit respectively is 74.53 million Yuan and 5 million Yuan and 56.46 million Yuan and 61.4 million Yuan.

Before Table 1-2 (originally plan time, four years) main financial data year

In 2011

In 2012

In 2013

In 2014

Main business income (ten thousand Yuan)

1,259,120

864,411

1,007,326.43

1,240,536.80

Gross profit (ten thousand Yuan)

9,985

1,459

6,058.72

6,188.84

Net profit (ten thousand Yuan)

7,453

500

5,646.62

6,139.95

Gross asset (ten thousand Yuan)

181,945

176,162

283,523.87

390,773.48

State asset total quantity (ten thousand Yuan)

148,467

143,748

25,016.42

24,076.55

Total liabilities (ten thousand Yuan)

157,581

154,557

258,507.45

327,603.62

Net assets (ten thousand Yuan)

24,364

21,605

25,016.42

63,169.86

Ownership interest (ten thousand Yuan)

24,364

21,605

25,016.42

63,169.86

Cost total amount (ten thousand Yuan)

1,249,630

864,022

1,001,547.39

1,235,920.89

Labor cost (ten thousand Yuan)

5,841

6,308

8,804

8,627.92

Net rate of return (%)

32

2.18

22.57

9.72

Total assets return rate (%)

5

0.28

0.66

4.65

State asset store of value value-added rate (%)

131

89

116

127

Year science and technology gross expenditure (ten thousand Yuan)

154

241

286

-

The technology invests the ratio (%)

0.01

0.03

0.02

-

......

2.3 years trundle plan goal and completes the situation

In 2014 realizes 12.4 billion Yuan business income, realizes for 2013 year to increase 2.317 billion Yuan compared to the same period, grows 23.76%, at the beginning of the year completes budgets the goal 12 billion Yuan 103%, completes the situation to be good; Realizes the profit 61,399,500 Yuan, in 2013 will increase 820,000 Yuan compared to the same period, with estimating 100 million Yuan goal, will have a disparity.

Organizational structure. The goal of organizational restructuring is simple highly effective. In line with has ups and downs the principle to adjust each service tectonic plate according to the achievement, the function tectonic plate turns in the company performance three times of situations, the increase personnel, do not optimize the flow enhancement working efficiency as far as possible. The staff quantity compresses by 2013 871 people to 2014 790 people.

Human resources. In 2014, building materials country trade carefully examines the localization, content and way enterprise training from the strategic angle, according to the competent strength request, built the staff to study the map, at present sells the series the study path diagram to put into use. Through studying the design of map, quantification the values of various post talented people, reduced the personnel training cycle, solved in the training management to train the effect to transform not the good stubborn illness, urged the training benefit maximization.

In 2013 company's property ratio of debt to net worth was quite high, has achieved about 91%. This is mainly because in 2013 my department scale will rapidly expand, in this period the business volume increased suddenly, thus caused the intercourse that had because of the service grew rapidly, caused the ownership interest increased range to be big. In 2014 through increasing funding to expand the stock, emphatically the control creditor's rights investment scale, and increases the rights investment proportion, and increases the company to gain the scale, reduces 83% the property ratio of debt to net worth.

The following is (three years trundle plan time) major economic indicator completes the situation:

Year

In 2012 plans

In 2013 plans

In 2014 plans

In 2014 (actual)

Main business income (ten thousand Yuan)

1200000

2400000

4000000

1,240,536.80

Gross profit (ten thousand Yuan)

10000

20000

27000

6,188.84

Net profit (ten thousand Yuan)

7500

15000

20250

6,139.95

Gross asset (ten thousand Yuan)

200000

250000

313000

390,773.48

State asset total quantity (ten thousand Yuan)

163200

190000

221000

24,076.55

Net assets (ten thousand Yuan)

44000

60000

82000

63,169.86

Ownership interest (ten thousand Yuan)

44000

60000

82000

63,169.86

Cost total amount (ten thousand Yuan)

2185000

2975000

4051000

1,235,920.89

Labor cost (ten thousand Yuan)

9000

9500

10100

8,627.92

In hillock staff

850

900

950

748

Net rate of return (%)

25.57

25

24.7

9.72

Total assets return rate (%)

5.63

6

6.47

4.65

State asset store of value value-added rate (%)

115

120

120

127

3. annual business performance inspection goal and completes the situation

In 2014 realizes 12.4 billion Yuan business income, realizes for 2013 year to increase 2.317 billion Yuan compared to the same period, grows 23.76%, at the beginning of the year completes budgets the goal 12 billion Yuan 103%, completes the situation to be good; Realizes the profit 61,399,500 Yuan, in 2013 will increase 820,000 Yuan compared to the same period, with estimating 100 million Yuan goal, will have a disparity.
(4) The next year prime task plans 1. next year production operation goal

In 2015 plans the whole year to realize the sales revenue 13 billion Yuan, profit achieves 80 million Yuan 2. next year key emphasis arrangement

(1) various trade model key emphases

(1) the export market

2014 export key market still for Ukraine, Brazil, Iran, Saudi Arabia, Saudi Arabia, Indonesia, Philippines, Thailand and other countries.

The Ukraine energy is deficient, heavily relies on the Russian natural gas as well as our nuclear power, in view of this situation, the Ukrainian country vigorously develops the solar energy, the new energy became its basic state policies. Before the Ukrainian country plans 2015, to realize the total installed capacity 1000 megawatts.

The Brazilian market mainly takes traditional building materials and color steel, aluminum sheet and other products primarily, this market building materials market size is huge, the growth is rapid, and foreign dependancy rate has the trend of escalation. China is Brazilian building materials import main source, the Brazilian market also becomes the Chinese building materials profession export the new point of growth. Overall, has "potential to be huge in the Brazilian market, technology advancement" opportunity, has "production cost to increase, the potential competitor to increase, the high-end product to lack the competitive power, the brand weak trend and development designed capacity weak and economic strength is weak" the challenge. Therefore, we need to seize the policy opportunity, to increase the technical research and development and implementation Integrated Marketing Communications strategy and brand strategy in the market, forms the technical superiority and brand superiority.

Because the Saudi Arabian market the economy is relatively developed (Mideast's economics and trade and financial center), simultaneously with is North African, Southern European, West Asia, South Asian as well as Mideast's commodity collection and distribution center and transit trade center. Is quite widespread to the product type demand, the finishing materials, the building template and Bolivian filament product, the waterproof product and new energy class (photovoltaic product) and so on had the good market demand. Saudi Arabia's real estate and architecture industry are the Arab League national economy integral part and will become the Arab League economy the main point of growth. In 2012, the Arab League real estate and architecture industry separately basically maintain every year 24% and 21% growth rates. According to an economic research organization forecast that in 2014, the Saudi Arabian architecture industry output value will amount to 22.24 billion US dollars. This market belongs to the building materials country trade mature market, we have set up the trading company and physical distribution garden in Saudi Arabia. Develops this market for the strategic platform class market.

The Iranian market stressed on the metallic material class product, like pot galvanize steel plate/volume, aluminum product, steel pipe and other products. In the past, the Iranian building materials class product mostly imported from the European country, however the European country product mostly was the high-grade product, the price was expensive. But gradually expanded through recent years China building materials class enterprise in Iran influence, Iran realized the Chinese building materials product the excellent quality and low price. Iranian Building materials Enterprise attached great importance to and use of gradually to Chinese building materials product the import. And as a result of the earthquake and so on destruction of natural disaster, the Iranian government attaches greater importance the infrastructural facilities of locality. Especially the rebuilding of Iraq after the war question, indicates the building materials profession to the building materials class product's keen demands in the Middle East market's boundless business opportunity.

Saudi Arabia is one of Mideast economic strength strongest countries, is the Mideast economy develops the most rapid country. This market and metallic material's the demand to the traditional building materials is very big. According to a law that king Abdullah Roeben Azis promulgates, Saudi Arabia in the next 10 years will be the domestic resident newly-built 500,000 housing, it is estimated that this project the cost will achieve 250 billion Saudi Arabian rials (about 68 billion US dollars). While Saudi Arabia increases to the building materials product demand, this market has the formidable demand to the high school low-grade building materials product. Although according to the data demonstration China to the Saudi Arabian export amount also its total import amount 10%, by far is lower than the European and American Japan at present and other countries developed country product's export to this region. But this also exactly is the building materials country trade business opportunity. This market is our future strategic center of gravity market, we will carry on the depth excavation in this market and do deeply to do thoroughly.

To overseas' key market, the building materials country trade has established the company rank core market and key cultivation market's flow. Set up the subsidiary companies, offices or the permanent personnel according to the need in the core market and key cultivation market, and improves the incentive mechanism and carrying out location of personnel organization permanent personnel, plans the product, the depth excavation customer demand.

(2) importing market

2014 import key market for Jiangsu (coking coal + power coal), Fujian (power coal), Tianjin (coking coal), Jiangxi (coking coal + power coal), Hebei (coking coal + power coal);
(3) the domestic trade market domestic trade market takes round steel, thread wire rod and so on primarily, market centralized in Suzhou, Changzhou and area Hangzhou Yangtze Delta;
(2) vigorously develops "interstate electricity business + overseas warehouse" the pattern in 2015 our company further vigorously will develop "interstate electricity business + overseas warehouse" the pattern, the implementation of this pattern to building materials country trade expansion product, equipment, technical and service export display huge function, to realize the economic transformation will promote and promotes the Chinese international competitiveness provide the tremendous support. According to "in 2014 that Arien consults issue Chinese Ecommerce industry Year Monitor Report", in

2014 the Chinese electronic commerce market whole will maintain the rapid growth, the deal size will top 10 trillion Yuan. From the market mechanism, scale above B2B and small and medium-sized enterprise B2B still grabbed over 80.0% market shares.

2011-2017 Chinese electronic commerce market transaction scales on May 4, 2014 the Council General Office has issued "about Support Foreign trade Stable growth Several opinions". In the opinion mentioned that "speeds up international exhibition and electronic commerce, in the foreign trade to construct in light of commodity market and other trade platforms. Releases interstate electronic commerce trade facilitation measure. Encourages the enterprise to set up the wholesale demonstration center and commodity market and exclusive agency in the overseas, "overseas warehouse" and other kind of international marketing networks. Our company originates "interstate electricity business" and "overseas warehouse" breaks the effective pattern of Chinese foreign trade development bottleneck, the vast vice-premier makes written comments in the related report, affirmed to our company kind of brand-new outside trade development pattern. SAC Assistant Director Huang Danhua after inspecting our company Dubai physical distribution garden also gives the appraisal, in the request the building materials country trade speeds up development highly.

Yi Danwang as the specialized foreign trade comprehension service platform, core service provider on the supply chain Platform through Yi Danwang will integrate, builds a complete foreign trade ecosystem. In this system, Yi Danwang as platform's main body, mixes each service provider to realize the highly efficiency, the low cost and coordination work, may provide the one-stop work style foreign trade service for the domestic production enterprise, may according to production enterprise's demand, provide the foreign trade integration service that has custom-made, escorts for the production enterprise export. Yi Danwang and enterprise sharing supply chain resources, for the enterprise creation brand-new value, lead the small and medium-sized enterprise to walk positively.

Relies on the rich foreign trade experience and specialized outstanding person team, Yi Danwang provides the one-stop work style foreign trade comprehension service for the production enterprise, highlights "the entire journey, controllably, credit and increment" four big core values. Namely: Through conformity customs, commodity inspection and letter Bulgaria, insurance, bank, warehousing and other value chain upstream and downstream resources, produce the scale impact, to form the integrated superiority, provides the product world marketing, the client development, the trade negotiation, the order execution, the fidelity insurance and one-stop work style entire flow service of supply chain financing, the physical distribution transportation, the tax reimbursement for export and post-sale service for the small and medium-sized enterprise; As the platform's first side, Yi Danwang the entire journey control and ensure allies the supplier online exchanges the security, reduces the cost of each link, enhances the transaction process the efficiency; Distinguishes between the common third party electricity business information platform, Yi Danwang the entire journey participates in the foreign trade transaction, the strict check overseas purchasing agent's intelligence and ensure inquired and order form is real and effective; Simultaneously Yi Danwang as the specialty and credit interstate electricity business enterprise, depends on the world 500 strong abundant backgrounds and many years foreign trade experiences, to ally the supplier provides a series of value-added services, covering trade export agent, global marketing, easy single business school foreign trade training and other aspects.

After many years accumulation and development, Yi Danwang creates the Chinese leading interstate electricity business platform to have the advantageous competitive advantage, specifically displays in: First, through the conformity foreign trade supply chain resources, makes the traditional foreign trade electricity business, causes the entire foreign trade flow becomes simpler, transparent and highly effective;

Second, to depend on the Chinese building materials group (CNBM) formidable name effect, continually promotes the brand, has the widespread influence in the building materials and building materials related profession;

Third, has built the mature overseas marketing network in the global major country, expanded the international market the export channel, global overseas warehouse "localization" management has realized the scale purchase, the intensive physical distribution, reduced the international logistics cost; Fourth, to have the rich trade export experience, the gathering raised a batch of international trade, the electronic commerce and supply chain management, the financial inventory accounting, the physical distribution warehousing and legal wind to control, the informationization construction and other aspect in the professionals. Yi Danwang has formed a professional ability strong and overall quality to be high, the localization degree high internationalization excellent team, has the independent research and

development of synthesis foreign trade interstate electricity business platform and transports the Uygur ability.

Along with oncoming of information age, in the traditional foreign trade industry pattern the competition between enterprise and product changes the competition between platforms and supply chains gradually, to the interstate electricity business seller, wants to make a higher profit, the physical distribution and warehousing are the barriers that has to break. Yi Danwang "interstate electricity business + overseas warehouse" the business model arises at the historic moment in such market demand, breakthrough traditional mode, development innovation. Under this pattern, the buyer in overseas first realizes customer's online purchase through Yi Danwang the interstate electricity business platform to the product, then globally layout's localized overseas warehousing and logistics system realizes the prompt transportation and allocation of goods using Yi Danwang. On the one hand through the formalization purchase and intensive physical distribution, may reduce the procurement cost and transportation cost, on the other hand, saved the purchase cycle for the overseas enterprise buyers, reduces the fund to occupy the cost, and has promoted the efficiency and convenience of purchase, the data indicated that the customer the degree of satisfaction and loyalty obtained the large promotion, Yi Danwang the supply chain conformity's value can realize.

Not only "interstate electricity business + overseas warehouse" and extends to the overseas market development the electricity business platform, to the vivid explanation that the overseas market localization operates, may effectively reduce the physical distribution cost through the overseas warehouse, because the consignment speed speeds up, may appropriately enhance the product the selling price, increases the gross profit; At the same time, overseas warehouse also enabled Yi Danwang the product category to have the infinite extension space, further expanded for the platform scale has laid the foundation.

Depends on perfect overseas marketing networks and many years that builds in the global staple market "localization" operational strategy, at present, Yi Danwang the overseas warehouse strategic layout has covered the global focus market, next step will delay one after another to world main countries and regions. In 2015 is starting the construction including Brazil, Russia, Saudi Arabia, Burma, Indonesia, India, Europe, Chile, Panama, Vietnam ten national overseas warehouse projects. The Dubai physical distribution garden that completed, is situated in the Dubai Jebel Ali free-trade zone, the area more than 50,000 square meters, radiates South Asia, West Asia, Africa and other population emerging markets, the cooperative enterprise provides for Yi Danwang in Middle East, notWaits for market's transit trade and spot sale necessary bonded warehousing and local logistics and distribution service. Along with the deepening of Middle East service, will develop gradually to cover the GCC six countries (Saudi Arabia, Aman, Saudi Arabia, Qatar, Bahrain and Kuwait) the overseas warehouse Middle East construction plan. (Yi Danwang in 2015 overseas warehouse layout plan) "interstate electricity business + overseas warehouse" the innovation business model, implements country "has built the Silk Road economic zone and the 21st century maritime Silk Road" the strategic idea, as well as "vigorously develops the international marketing and interstate electronic commerce, impels the enterprise" and node in "area along the route the transport hub builds the warehousing logistics base and distribution center, perfect region marketing network" guiding principle. "The area" links up Central Asia, South Asia, Southeast Asia, West Asia and other regions, the connection Asian-Pacific with the European two big economic cycles, is in the world the span is maximum and most has the development potential economic cooperation belt. Presently the country generally is in economic development along the route the rise, to is broad with Our country Enterprise development mutually beneficial cooperation and expanded trade operation's prospect.

Second, management and operation and new move and result of reform and development main situation
(1) management and operation and reform and development

1. throws the financing management

By the external economic environment influence, we in 2013 in the bank credit's foundation, the credit specified amount were reduced 2 billion Renminbi, the credit total amount is 5.1 billion, the credit way's credit specified amount the beginning of the year 850 million Yuan reduces by 2014 to the present 450 million Yuan.

(1)2014 year whole year trade raises 2.933 billion Yuan, the letter of credit finances 2.3 billion, the silver receives 633 million; In addition has the class to loan to raise 2 billion Yuan.

(2) application forward lock collects 73, finalizes 162; Yi Danwang financing, combs various services department 356 supplier name lists, realizes the order form to finance 25, the loaning amount amounts to 104.74 million Yuan.
(3) the additional ICBC guarantees principle financing, in 2014 the credit 2 suppliers, the credit specified amount 60 million Yuan, will realize the order form to finance 2, the loaning amount to 60 million Yuan.

2. overall budget management

2014 budget managements, in previous year foundation, with the aid of "sodium hyposulfite dragon" advanced information management tool, business operation in "personnel, money, materials, buy, sell and save" and so on to carry on the arrangement, quantifies with the numeral, and monitors the strategic target through the budget the implementation progress, carries on the bundle various responsible people's realization of benefit and goal.
(1) through overall budget, reasonable refinement and quantification operational strategies of business goal;
(2) through the overall budget, has safeguarded the rational distributions of various resources coordinated, resources match to each detail and each link, and momentarily optimizes the adjustment according to the operating condition, to display the maximum economic efficiency;

(3) through the overall budget, in management reflected path that at times the general objective realizes, realization of operation objectives will become controllable;
(4) through the overall budget, the circumvention operational risk as far as possible, enhances strong points and avoids weaknesses and makes use of favorable conditions and avoid unfavorable conditions; Through "planned, in matter the control, to recover and other measures in anticipation afterward", realizes the enterprise long-term maximum benefit, the operational risk will drop to lowly;

(5) through the overall budget, gets down through the way quantification that plans ahead of time various department available resources, and with achievements binding, causes the resources that various departments may fully mobilize to use it to assign, realizes the resources maximization, thus maximum limit reduced the private costs in the whole;
(6) through the overall budget, carries on the coordination and plan to various departments at the beginning of the year, strengthened between the business agency high and low interstage, the business agency and functional department, department and company the exchanges between of various levels, in the communication reaches the agreement in the foundation, observes the execution, reduced the barrier of management execution;
Through the overall budget, achieves the responsibility to be possible to investigate;
(8) through the overall budget, mixes closely the enterprise operation, the personnel achievements and resources regarding the corporate strategy, has safeguarded the uniformization of staff, department, the company interests and motion

In 2014 through the budget management, the company export division budgets the finish rate enhances to 110%, three issues of expenses by 2013 from 5.15% drops to 2014 4.23%, greatly has promoted company's profit space and profitability. In 2015, we in the existing foundation, further refined budget management rule and optimized budget management flow, the deepened budget management category, integrate the credit risks and stock management to the budget management system, thus the assist enterprise realizes to the strategic target macroscopically adjustably, microscopically may grasp, through layer upon layer carries out, finally successfully completes.
3. human resources management in 2014 continues to advance "gold seed plan", strengthens the optimization of structure of talent to replace with the staff; The talent bank construction obtains the big promotion, the talent bank realizes the information management, the warehousing resume achieves about 50,000, the talent bank construction key in reserve of capable people and management that in the coordinate company reforms.

In 2014, building materials country trade carefully examines the localization, content and way enterprise training from the strategic angle, according to the competent strength request, built the staff to study the map, at present sells the series the study path diagram to put into use. Through studying the design of map, quantification the values of various post talented people, reduced the personnel training cycle, solved in the training management to train the effect to transform not the good stubborn illness, urged the training benefit maximization.

Develops the easy learning system, trains the informationization company. This system contains under the line political line to train at the same time various functions also in unceasingly the rich curriculum storehouse related resources, enables the staff to be possible momentarily on online to use the spare hours to carry on the study, has provided the convenience for staff's study, greatly enhanced staff's study enthusiasm.

The depth excavation corporate business outstanding person's service specialized knowledge and marketing skill, develop sales class curriculum 14, has formed perfect curriculum system.

In 2014, company level training for the average per person 2.7 class times, has developed 17 post technical training curricula and compiles 158 training cases. Based on this, in 2015 the goal is company level training achieves the average per person 3.5 class times, simultaneously further improves the department internal training work the standards.

4. the independent innovation and science and technology input 2014 are the years of informationization thorough implementation, is the informationization plays its might, manifests when the core competitive advantage, manifests the scientific management, the scientific management, starts to enter the fine management study , helping the flow restoration truly, achieves the flow optimization endurance improves, also is the promotion that building materials country trade Shan Wang manages, the operational management core support construction. However we must see many insufficiencies, although crosswise passes through the building materials country trade foundation operation system, but the industrial operation system is incomplete, needs with the profession related systems integration.

We need with the profession third party system, CITIC Bulgaria, the marine transportation company, the bank to collect the payment, the bank financing, the third party warehousing system, the customs department, Internal Revenue Service and other system docking. The control pattern of longitudinal management has not launched, the customer, product and clerk union's big market has not formed, the operation plan and overall budget have the unscientific mode of administration, the building materials country trade intermediate deck superintendent needs the cockpit daily risk prevention and control, the strengthening carries out the quality and carries out the efficiency, the decision tree data support lag, the big risk, the big decision-making cannot with a clear goal, steady strive for victory. The operation data pause superficial phenomenon, is unable profoundly to study the excavation, the overseas management is unable to share the company resources truly, the investment and resources allocated proportion has rested on, the overseas member organization is similar to the South China Sea isolated island, does not have the support fearing difficult Uygur idea of information aircraft carrier. Yi Danwang promotes the expansion to have the giant bottleneck, not from the process that "patternizing" "simulation" delivers truly, is also insufficient to industry research. Without the market regulation, causes not to have the specialized management, how to form the auxiliary strategic through the informationization conformity the offensive weapons.

5. Industry chain and client management (1) operation flow fine company's scale in rapid growth, along with unceasing climbing of sales volume, business model more and more diverse, the operation flow is also getting more and more complex. Corporate business strategic concept constantly is adjusting, manages the difficulty also unceasingly to enlarge, to solve this new situation, the commercial management proposed to the informatization system the new request, the online system list informationization project arises at the historic moment.

In investigation and study online system single project the time, we must first understand why realizes the online system list informationization, what effect can achieve, but does not move to the line to come up the work under line simply. We must realize the informationization in the service stratification plane (for

example enterprise's contract management and administration of office), raises the working efficiency, realizes the accumulation and inheritance of business knowledge, reduces the human factor, standard business management.

In the external trade service online system single foundation, realized the letter to guarantee the specified amount application, the online quoted price and manufacture order form, online to subscribe the cabin and manufacture receipt and manufacture dispatch list, to propose to declare and confirm that transported, the input receipt and manufacture order form Taiwan account and so on a series of service links. Finally has realized to service the entire pattern service class of export, import and import.

Through 2014 project research and development and optimization, gradually the carrying out service core operation, realizes from the purchase to going into storage to selling the entire flow online operation management, wants the depth implementation promotion, combs the company import, import and domestic trade management process comprehensively, the political line finalizes, releases the data examination the foundation report form.

(2) financial data fund pond effect

Company's financial informationization project constantly is deepening the development, through the informationization platform achievement corporate business scale impact, the fine calculation, realizes the comprehensive digitization of company fund class. But the information system financial analysis report form before company needs to spend a huge amount of manpower and resources to comb, the working costs are soaring, and report data is easy to make a mistake. Various the commercial managements and divisional managers and department the request of account executive financial situation to the company are getting higher and higher, but is unable to obtain the related account executive data and financial data promptly.

Regarding this, we commercial bank's credit, settlement and other function and way superiority, the introduction enterprise, each service independent accounting unit basis year operational budget, applied to the company the credit resources, authorized after the company, gave certain hypothesized specified amount, the company according to the hypothesized specified amount service condition the receive fees. This method promoted company establishment of budget system, has enriched and has consummated the enterprise internal economy calculation, is helpful to enhancing the fund the use efficiency and income. Implements the small business strategy, analyzes the different calculation unit department and subsidiary company, various calculation unit basis allotment different cash specified amounts and credit specified amounts, establish company's calculation unit system, and realizes the settlement functions between various company interior and calculation units, supports the hypothesized settlement function.

The financial informationization has realized financial information sharing and conformity among various subsidiary companies and various departments, improved the financial control quality of the work and efficiency, to promoting the company vantage point and developmental strategy has very important meaning. The financial system can purchase, sell, manage, finance and to receive payment and other processes effectively the company manage, also simultaneously integrates the fund class and physical distribution the financial control, thus grasps the omni-directional management of various department various flows with ease. Once after the corporate finance system moves completely, may make the business finance decision-making more scientific highly effective, thus the more reasonable disposition resources, the analysis cost, enables the enterprise management to know the enterprise state of operation promptly, reduces the insider dealing cost, to enhance the enterprise operation effect achievement, truly realized in anticipation, in matter and afterward control and supervision, thus the promotion of promotion enterprise core competitiveness.

Through fund pond project's application scope and service digitization management, realizes the smooth information circulation and detailed report form management, realizes the statement analysis and decision support. Strengthens the supervision and analysis to the financial data that in the service real-time has, draws up the thinnest calculation unit, forms the effective incentive mechanism, no matter is collection and payment in service, is reimbursing and loan on operation, all financial expenses can calculate each order form and everyone. This is a corporate finance management informationization strategy big milestone, to making a connection with the operational channel and barrier between electronic commerce links, has very vital significance.

(3) the customer and supplier data appraisal system construction along with the development of corporate business, as well as Yi Danhua the gradual deepening of project, the new inquiring quoted price system set the new request to the customer information. In order to satisfy Yi Danwang front customer demand, we must carry on the effective analysis to customer's communication condition and comb.

For the standard customer information input, guaranteed customer information real and accurate, integrity, realizes the customer information standard management, maintains the company interests well, we carry on the restraint and transformation regarding the ETP customer information content. Combs the present situation and progress according to the current customer information, is the order completes this customer information innovation project, adopts the marketing department to comb, the work principle of informationization construction parallel advancement, achieves the guarantee rate of construction and quality construction principle.

At the same time, union online financing and other project the developments, need to establish the management and appraisal system of one set of supplier intelligence, prestige and transaction urgently. Establishment of the supplier management system and appraisal, must first establish the perfect execution standard and management process, next under the need line collects supplier's actual information, and carries on the input and reorganization in the system, finally realizes the supplier to appraise the data and result can automate the output.

We have formulated the entry criteria of supplier, is clear about screening of supplier, to evaluate and eliminate and drive flow system. Formulates the ETP supplier management template, realizes the supplier related data to be possible momentarily to withdraw, but the automatic rating, along with transaction change of situation, realizes system's tendency management to the supplier. Realizes the support to business agency business negotiation, the clerk can act according to the supplier rating the information, the designation most appropriate supplier. In addition with supplier's cooperation, as well as enhancement management to supplier risk.

(4) gradually develops the exterior strategy

In 2014, complete "Yi Danhua" strategic support, the internal operation is flexible, the outside and profession third party system docks and completes the safety protection work, CITIC Bulgaria, the goods algebra and jot online payment, according to having put through, possibly also has ticket taxation system docking.
In the finance side, we and bank data makes a connection, Construction Bank throws the financing project, the internal procedure and bank approval process crustification, the bank-business straight company, has realized with the China Construction Bank and data docking of China CITIC Bank.
In the government side, we with the China Export & Credit Insurance Corporation and national gold tax project and so on important enterprises and institutions and information system docking of national government organization, have built the service data and financial data informationization bridge.
Realized the online credit verification, the online amount payment, the online tax receipt printing and many other key information functions to be interactive, saved under various departments' lines to work enormously, has displayed the company in the friendly unit's influence, caused the corporate business to stand in Chinese informationization advancement's front.

(6) innovation and development of enterprise informationization

Along with the constant development of information technology and thorough, enterprise mode of administration to innovation management and knowledge management transformation. The institution and standardization informationize again, such informationization implements can have the guarantee successfully, do not give the informationization to be able one night to change the present situation in enterprise, the informationization is the auxiliary means of business management, depends on the enterprise present situation, to promote the enterprise management level suitably. How to complete the enterprise informationization, to establish the operation flow standard and enterprise administrative regulations, this is our next year goals and directions diligently.
6. the result international trade company of energy conservation and emission reduction requests

according to the group, implements and realizes the energy conservation and emission reduction work earnestly, 2014 pairs of Beijing this illumination tube has made the comprehensive LED transformation, before the transformation, every year illumination expense approximately 80,000 Yuan, after the LED illumination tube transforms every year electricity expense approximately 30,000 Yuan, every year for the company economize on electricity cost approximately 50,000 Yuan, greatly reduced the company to use electricity the energy and cost.

7. the client management in 2014 was conducted to "Customer information Administrative regulations" optimizes repeatedly and consummates, transformed the ETP customer information contact surface, basically has solved the customer information input confusion and customer communication condition not explicitly, the customer ownership not clear difficult problem, has realized the customer information input standardization and customer communication condition by the system automatic judgment and customer ownership clear the management objective. Took important one step of digitized management.

Optimized the marketing department system report form, has conducted the total management to the customer property, cuts off in November, 2014 to include customer several 180,000, active customer 4000. Moreover also from recently spent the time-gap, to spend the frequency and expense amount to analyze to the client value, science weight client value.

8. safety in production

Under 2014 the building materials international trade limited company and in the group under the instruction of corporation business management department, tries hard in the commercial managements and line managers together, carries out "safety first earnestly, the prevention primarily" the trouble-free service policy, perseveres the security red line and strengthened main body responsibility, carries out safety education training practically, realizes the annual casualty is zero. The international trade company places trouble-free service throughout the first place, carries out the group and corporation and company department in the work in production safety management, has built the solid foundation for the completion of development and management target of various company work.

In 2014, company earnest organization study and implementation Group in 2014 safety production work key and other contents and spirits of document, insisted that every quarter does the safety in production major inspection work, by completes the safety production work to the enterprise, to the staff and to the life highly responsible manner. The problem that in analysis solution safety in production has, the investigation hidden danger, transmits the group and local authority department responsible for the work related trouble-free service instruction spirit promptly, optimizes the security leading group's responsibility, whom implements to be in charge of the principle that who is responsible, firms up the responsibility on each post and each staff, causes each staff responsibility clarification.

As the physical distribution trade tectonic plate, Saudi Arabian and Wuxi corporate security production management personnel obtain the safety managers certificate, in 2014 not heavy accident casualties, minor wound accident 0; The occupational disease physical examination qualified rate achieves 100%.

9. comprehensive informationization construction

Building materials international trade takes the informationization to work a comprehensive enhancement important breach as various promotion company items, for enterprise "three decisions-making" system (tactical level, strategic level and decision-making strata) supply the accurate and effective data message, online realizes the enterprise management and management process. Enables the enterprise management to be possible online to obtain the complete and defined service state of operation information truly, is helpful to making the fast decision-making, its essence is to strengthen enterprise's core competitiveness.

In 2014 building materials country trade informationization has crosswise passed through the operation system, and starts to enter the fine management study , helping the flow restoration truly, achieves the flow optimization endurance improvement. In 2015, we need to further collect the payment, the bank financing, the third party warehousing system, the customs department, Internal Revenue Service and so on to carry on docking with the profession third party system CITIC Bulgaria, the marine transportation company and bank systematically. Comprehensively launches the longitudinal management.

In 2014, building materials country trade starts to use "fund pond" to conduct the management of fund. Through the informationization platform achievement corporate business scale impact, the fine

calculation, realizes the comprehensive digitization of company fund class. Commercial bank's credit, settlement and other function and way superiority, the introduction enterprise, each service independent accounting unit basis year operational budget, applied for the credit resources to the company, authorized after the company, gave certain hypothesized specified amount, the company according to the hypothesized specified amount service condition the receive fees. This method promoted company establishment of budget system, has enriched and has consummated the enterprise internal economy calculation, is helpful to enhancing the fund the use efficiency and income. Implements the small business strategy, analyzes the different calculation unit department and subsidiary company, various calculation unit basis allotment different cash specified amounts and credit specified amounts, establish company's calculation unit system, and realizes the settlement functions between various company interior and calculation units, supports the hypothesized settlement function.

Along with the development of corporate business, as well as Yi Danhua the gradual deepening of project, the building materials country trade will construct the customer and supplier data appraisal system. Causes the customer information real and accurate, integrity, is under the standard management, maintains the company interests well. At the same time, union online financing and other project the developments, establish the management and appraisal system of one set of supplier intelligence, prestige and transaction, finally realizes the supplier to appraise the data and result can automate the management.

10 the community responsibility management company has paid great attention to the building of enterprise culture, unites the staff strength through various activities, serves for the company general strategy goal, since this year has mainly done the work in following several aspects:

(1) takes seriously the new staff to enter the duty to train: In 2014 altogether conducts 11 issues of new staff to enter the duty to train, enables each new staff to feel company "loose, tolerant and generous" the enterprise culture fully, humanist idea and "innovation, good faith and sharing" enterprise values.

(2) the company insisted that manufactures the restricted publication, this year will manufacture "Yi Dan To propagandize Book" as 2014 yearly journal, and enters the duty to read as the new staff the yearly journal the publication.

(3) the company strengthens the senior staff relation and thanks activity, every year to works the full over 5 years staff to hold the symposium in the company, thanked the senior staff the endeavor and contribution that developed to make for the company, and conducted the company culture to the new staff through them.

(4) through organization colorful collective picnic, strengthens the team to construct repeatedly, strengthens staff's cohesive force to the company. Traditional one year an annual meeting and of Mid-Fall Festival songfest successfully holds, is the company propagandizes the best platform, provided very good stage fully to demonstrate to the employee one, promoted the employee communication and familiar enterprise culture.

(5) propaganda constructed through Yi Danwang, strengthened and supplier to the image promotion and brand message of customer, and in employment advertize, exhibition and so on many channels and activities promotion company's market visibility.

11. the legal affairs manage as a result of the central enterprise background of our company, is managing, the employment, marketing, technology development and other aspect unusual autonomy, the administrative contrary risk is very low. Our company's legal risk mainly stems from the business contract risk and business secret protection risk. In order to avoid busy making a mistake in the high-strength contract vetting exercise, we increased the legal training number of times and scope, strengthens the corporate business department staff in the commercial contract signature, execution and basic consciousness in dispute solution, especially is big to these amounts, risk is high, profit is low, the deal time requested the tight coal business agency, this work appeared especially essential. Except for training, but must consider that screens the link in the new staff, the daily inspection and achievements evaluation of link active employee, increases the above performance review weight , to promote the business agency working ability and working efficiency promotion indirectly,Low company operational risk.

And competes regarding the consummation business privacy protection industry forbids to work, in the foundation of the beginning of the year work plan, has formulated and has issued update "Staff Confidentiality agreement" and "Competes Industry Forbids Agreement", has completed the beginning of the year work plan.

Company product label management, has revised the trademark application registry management flow this year.

12. party building key emphasis

In 2014 the international trade general party branch deploys the request according to the corporation party committee, clings the work reality, regarding completing in 2014 the operation objectives is the good start, enlarges "interstate electricity business + overseas warehouse" new foreign trade pattern, advances the mass line activity to develop to make the gradual progress thoroughly. Under the company entire party member staff's joint effort, closely and does the mass line work regarding the study party organization is the center, constantly enhances the medium echelon cadre and staff's political fiberre and theoretical level; Strengthens the party branch to organize the construction work, give full play to the combat fortress role and party member's of party branch exemplary vanguard role and service assurance function of ideology political works, for the business development building good work atmosphere, summarizes the content are as follows specifically:

(1) develops the mass line to move and carry out the related situation of central eight stipulation and work of fighting corruption and advocating ethical governance thoroughly. Deployed according to the group and corporation party committee that the international trade company mass line educational and practice campaign starts in April, the lasted 8 months, basically had finished at present. Company 8 party branches, 3 members of leadership team and 88 party members participate in this activity.
Company general party branch takes carrying out good educational and practice campaign as a major political task, according to "three strict three realities" request, conscientiously firms up the main responsibility, the strengthening organizational leadership, has a thorough understanding of the central spirit, profoundly studies the deployment, the solid system advances. First, the perfect organization safeguards. The company was founded has moved the leading group and office, the general party branch key personnel in charge is the group leader, 3 bodies have established the grass-roots liaison point, forms work pattern that the key leader has taken overall responsibility, first-level stresses first-level, layer upon layer stresses carries out. On April 3 held the mass line educational and practice campaign mobilization meeting of company party, effectively advances the activity development. In the activity, insisted that and management to essential node the instruction, has formulated "Activity Concrete arrangement Way And Time Arrangement Table". Second, to strengthen classified guidance. The company general party branch proceeds from the reality, in view of the member of leadership team structure, branch and party member quantity, the party member distribution and so on different situation, carries on the classified guidance. Third, the leader does a good job in cultivating the students. Company 3 body thorough connection points participate in the study research activities and staff symposium, the verification comparison inspection material, proposed the corrections personally, the entire journey attended the special democratic life meeting, helped to identify the question, cleared off the activity mentality, the entire journey instruction educational and practice campaign. Fourth, to pay great attention to propagandize the guidance. Company through setting up online activity column, micro letter and other forms, intensifies the publicity, conveys the central spirit and experience in report activity progress and summary activity promptly, the study chooses the tree advanced typical example, developed to build the platform, to create the fine atmosphere for the activity health continually.
As the basic unit of second batch of activities, the company maintains contact with the employee masses throughout closely. Moves China, the company bases the actual, salient feature, according to stipulated procedure step solid progress and enhancement actual effect. First, the study passes through throughout, rams the ideological foundation. During the activity, develops strongly studies 12 times, taught the party class 2 times, watched the special education piece 5 times, organized the basic unit secretary to train 1 time. Second, to open the door to listen to the suggestions, thorough states clearly the question. Insisting that opens the door to carry on the activity, focuses "four winds", encourages the wide airing of views, extensively listens to the suggestion, the commercial management organized group solicits the staff public opinions and suggestion in the multiple forms, including holding the special symposium and start online "small loudspeaker" network questionnaire opinion platform, sets up the company suggestion box,

altogether solicits opinion 104. Based on this, held the high-grade special democratic life meeting, the Israeli rectification spirit development criticism with the self-criticism, has achieved "unity - criticism - unity" goal. Organizes the basic-level party organization topic regular activities meeting, develops the democratic discussion party member; third, innovative activities carrier, conjunction grassroots reality. Develop "five according to the group and corporation thoroughly one" the request of activity, the international trade company organized to visit "Beijing Combatting corruption Education in respect for the law Base", convenes "Has fulfilled Mass line of Party To enhance the Enterprise Fine Management level" seminar and general manager launches the employee communication symposium and management every month to grass-roots investigation and study and other activities, realistically has understood and has solved the populace universal matter of concern, received the welcome and high praise of populace. Educational and practice campaign's result, key is reorganizing carries out. First, to insist on the high and low engagement, the deepened system reorganizes, the overall plan company reorganizes the duty, the high and low linkage solves the problem. Second, to establish the question detailed list, achieves reorganizes thoroughly. Strengthening "question consciousness", changes from the populace kind question, works from populace minor matter, lets the employee masses see the new change and new result in the solution concrete question. The company formulates "Rectification measures Plan", involves 6 special rectifications and 4 key points to reorganize with 9 concrete system construction tasks. At present has completed the special rectification project 6 items, reorganizes the project 3 items with emphasis, institutional construction 5, is reorganizing carries out the link to list the question detailed list, establishes to reorganize the Taiwan account, is clear about refinement "project description" and "timetable" and "responsible person". Third, to introduce the long-term mechanism, moves the achievement consolidated. Insisting that is grasping often, seizes carefully and grasps grows into works hard, tries to construct the complete institutional framework, establishes and improves the system 9 items. The company has consummated "Conference Discipline Administrative provisions", "Staff Question And Suggested that Tracks Management process", "Honest Employed Stipulation".

(2) improves prime task and result that the build leading body and staff construct. The international trade general party branch as continually promotes political theory study the management administrative ability and professional quality , to promote the study party organization the effective measure, further emancipates the mind and open field of vision, practical and realistic, the development innovation and ensure successfully completes the annual target task. As the basic-level organization of party, we regard the major political task to make constant and frequent grasp not unremitting and grasp to pay special attention to it; Comprehensive assurance its connotation and characteristic, in-depth progress in practical work. On the one hand carries out the study request thoroughly , to promote political theory accomplishment, on the one hand transforms the study result promptly, plans the enterprise development mentality.

Through the work meeting, the experience exchange and work relation activity and other forms constantly enhance the basic unit branch member's theory and policy standard, causes the branch members truly to achieve to insist that takes the company central task as the center, brings the party member rank, to pay special attention to the party building regarding the main task, achieves the theoretical study guide practical undertaking , to promote the work to make the progress.

In the building materials international trade general party branch organization commercial management organized group, the party members-cum-cadres and activist raised have studied "Constitution of Communist Party of China", "Central Committee of the CCP about Strengthening And Improvement Party's Work style building Decision", "Party's Mass line Educational and practice campaign Study Material" and other activities, to educating the learning activity content, method, step and time has carried on the unified agreement. Insisting the combination of theory and application, requests the entire party members to compose the study attainment, constantly enhances the party spirit, firmly adopts the correct world outlook, and outlook on life and values.

(3) the service populace, complete party and masses work. The building materials international trade general party branch insists throughout humanist, respecting the human, understood that the human, cared person's idea carries out in the specific work, pays great attention to the humane solicitude, to the staff in the question and difficulty that in the work and family life comes across, particularly when the duty change, the post change and in the staff family life presents the big accident, positively on own initiative gives the sincere care and help, give full play to the ideology political works to solve the conflicts, to overcome the function of the negative factor and reassignment positive factor, has guaranteed smooth advances of various company work. In the trade union and in various Communist Youth League work

development processes insisted throughout the party building belt labor constructs the principle that the belt group constructs, moves the congealing heart gathering strength through the trade union and CYL organization.

(2) Subject matter that the subject matter and suggestion that the management and operation and reform and development have come across:

Company many kinds of service Qi Tou develops, the development is rapid, but some services are still weak, waits for promoting regarding the control of risk; Company's information system also needs to solve and docking of financial system, provides the effective data support for the operative decision, inspection and drive; The operation flow is scattered, systematic insufficient, causes the management to have the difficulty, carries out the strength to wait for enhancing; The overseas warehouse constructed Shang Chu to invest and initial development stage, needs to consummate the related flow and system as soon as possible, the development peripheral service.

Combs below to manage to suggest in view of the above question:

1. makes "has root" enterprise "along with formation of economic globalization, weighed enterprises' competitiveness the standard also to transform from past size to appraise it globally mixes the resource the size. As Chinese maximum fundamental raw material leadership enterprise, the Chinese building materials future development direction realizes the globalization management inevitably."

(1) tries to cultivate us to have the superiority market:

The core business market cultural operations export market Saudi Arabia, Iran, the Mideast, East Asian and European and American area and other photovoltaic project Germany, in Wuxi the building materials steel and iron focus on doing farm work carefully "Wuxi" the market force coal prominent Yangtze Delta market coking coal main attack Tangshan market, constructs the coal blending center (2) to be further clear about various service units the special coverage direction:

In service unit specialization direction the building materials international trade exports in the platform building materials new energy engineering company photovoltaic project Yi Danwang in the electronic commerce the building materials international Saudi Arabia Corporation overseas warehouse (supply chain conformity) building materials international Vietnam Corporation to construct specialized, in the engineering machinery sale building materials international India Corporation constructs, in the engineering machinery sale in the building materials international US Corporation scrap steel sale and import the building materials international Indonesia Corporation coal resource base construction (3) improves the fine management of staple product: To the operations expansion and rapid sale and processing increment and steel products internal operation's coking coal of product photovoltaic product purchase control and other work advancement management fine, enhances the service the profitability and anti-risk ability.

(4) vigorously advances the development of electronic commerce: Advances Yi Danwang the independent management and exploration innovation profitability model, and this core business coordination and supplementary, acceleration traditional trade pattern reforming promotion.

(5) improvement capital structure, with having "root" enterprise in-depth cooperation: With having technological competitiveness's manufacture, retreatment, project and other enterprises carried on the capital and technical collaboration, develops our industry chain integration competitive power, the gather capital operation ability and makes great strides forward to the capital market gradually.

(6) controls the risk strictly, in enterprise's management, must strictly according to Huang Zong proposed "low-risk, steady income" the management mentality, places the risk first.

(7) the fine management, completes budgetary control. The economic environment worsens, when the fund and service wither, each order form and each fund, must calculate fine, strict controls. Is the situation is more stern, more must improve the budget management.


2. organizational structure innovation


Based on the small business spirit, the headquarters that we build is the small headquarters, or is the light headquarters. Headquarters main function includes: System flow management, finance, information system and comprehension service. Headquarters itself also as one calculation unit, each service unit as one each one "small business" support and inspection growth under headquarters and development.


A sales manager, along with the growth of his achievement, the company has the project group, department, services department and subsidiary company to the stage that he provides, until independent

enterprise platform. The organizational structure growth into talented person supposes, but cannot become the limit even to strangle talented person's tool. We full elasticity in the establishment of organizational structure, the performance review of height dependence staff, draws close to the service and market shift highly. The company thorougher informationization operation, the elastic establishment as this kind of organizational structure has created the condition.

3. trade development way innovation

In the trade development way we are mainly two mentalities; first, concentric circle pattern:
The customer demand is the center of circle (or core), through provides wholesale the product and value-added service to the customer, creates the value effectively, and develops the new business area. Other development method takes the product relevance as the core, along with the external market change and own resources deployment condition, constantly adjusts and changes own service boundary, while stable old service, continually opens the new service border area.
4. the pattern innovation, builds 10 billion base industry us to anticipate that through the management restoration, can mold building materials international own core competitiveness. Has the core competitiveness company, its business model will have the lasting profitability. A core competencies stronger enterprise, the leeway and space of its pattern innovation are bigger. We must realize on-hand merchandize and stock two service ways mutually are the backing, the brand-new business model that the entity logistics bases and virtual network on-hand merchandize two platforms is a happy couple.

(3) Enterprise capability to sustain development analysis

Under the corporation strategic plan, according to the request of reforming, innovation and transformation, the building materials country trade while will be selling the service to locate in taking building materials, machinery, steel products and other exports and coals and other energy relevant product imports, takes the steel products and other product domestic trade services primarily as auxiliary, realizes the strategic promotion and reforming of enterprise positively; Through "interstate electricity business + overseas warehouse" the business model, actively explores and founds the new trade export superiority, develops the comprehension service that taking advantage of the strength supply chain's conformity and big data analysis the value rises in value, to build enterprise core competitiveness. Building materials country trade under the plan instruction of corporation, profoundly will study and will implement and realize Huang Zong proposed "four transformations" request, threads up "area ""interconnection" the great strategy devised, consummates "interstate electricity business + overseas warehouse" the business model, the thought and method of work of union node administration, the advancement fine management, tightens the internal control, to manage the promotion promotion to manage to progress, realizes "cost to be lowest, efficiency to be highest, the risk to be best, continually improvement advancement, pursue remarkable achievements" goal.
2015 is our company's service reforming promotion time, in the product mix and business model will coordinate fully "interstate electricity business + overseas warehouse" strategic orientation, the positive conformity global resource and depth participation international competition, transforms the business model, the strengthened modern service idea, in light of the Internet technology, carries on the modern logistics idea and international trade the organic union, to strengthen company value-added service ability and control to value chain, sharpens the company international resource conformity ability and synthesis competitive power, actively accelerates the Chinese foreign trade pattern innovation system construction. Third, production operation and financial result situation (1) general situation

1. this year production operation general situation in 2014, the company respective physical distribution trade tectonic plate whole year completes the business income 12.4 billion Yuan, the profit 61,399,500 Yuan. By the end of 2014, gross asset 3.908 billion Yuan, total liabilities 3.276 billion Yuan, ownership interest 632 million Yuan

2. prime assets or do business region distribution

Region unit or project name 2013 2014 main business income ten thousand Yuan 1 million 1238455.46 main business benefit ten thousand Yuan 6000 5023.25 (2) point tectonic plate productions/operating

condition tectonic plate 1: Export business tectonic plate production/operating condition

Unit in 2012 in 2013 in 2014 in 2014 compared to the same period speed-up (%) main business income ten thousand Yuan 329,520 284,735 486,508.28 70.86 main business operational cost ten thousand Yuan 268,340 244,491 454,048.76

85.71 main business service gross profit ten thousand Yuan 61,180 40,244 32,459.52

-19.34 2014 year, the export dramatically increases. But because transportation cost and so on large rise, caused profit to reduce 19.34% compared to 13 years same time.
Tectonic plate 2: Import business tectonic plate production/operating condition

The unit in 2012 in 2013 in 2014 in 2014 the speed-up (%) main business income ten thousand Yuan 138,699 107,486 145623 35.48 main business operational cost ten thousand Yuan 149,672 101,324 141196 39.35 main business service gross profit ten thousand Yuan -10,973 6,162 4427 -28.16 2014 years, the building materials country trade increased range is compared to the same period big, simultaneously has the similar situation with the export business, the cost rising rate is bigger than main business income, causes profit to reduce this year.
Tectonic plate 3: Domestic trade service tectonic plate production/operating condition

The unit in 2012 in 2013 in 2014 in 2014 the speed-up (%) main business income ten thousand Yuan 292,906 349,849 399628 14.23 main business operational cost ten thousand Yuan 292,512 346,193 393743 13.74 main business service gross profit ten thousand Yuan 394 3,656 5,885.20 60.97 in 2014 the company domestic trade service sales volume rises 14.23% compared to the same period, the power coal domestic trade's sales revenue rises largely, this year the sales volume amounts to 470 million Yuan, compared same time last year grew 87.26%. The cost of 14 years this product is 450 million Yuan, the increase scope is 80.8% is smaller than the sales revenue the increase scope, thus enhanced this product profit.
Tectonic plate 4: Import service tectonic plate production/operating condition unit

In 2012

In 2013

In 2014

In 2014 compared to the same period speed-up (%)

Main business income

Ten thousand Yuan

53,243

156,048

206695.72

32.46

Main business operational cost

Ten thousand Yuan

56,400

148,986

199235

33.73

Main business service gross profit

Ten thousand Yuan

-3157

7062

7460.48

5.64

In 2014 import service dramatically increases, same time grows 32.46%. Saudi Arabian Corporation grows are many. The main product has the aluminum material, section and so on. The import service realizes sales revenue 2.067 billion Yuan, the cost 2 billion Yuan, the gross profit grows 5.64% same time.

(3) Economic efficiency situation

1.2014 year various target change and large change cause analysis in 2014 realizes 12.4 billion Yuan business income, realizes for 2013 year to increase 2.317 billion Yuan compared to the same period, grows 23.76%, at the beginning of the year completes budgets the goal 12 billion Yuan 103%, completes the situation to be good; Realizes the profit 61,399,500 Yuan, in 2013 will increase 820,000 Yuan compared to the same period, the major effect factor will be big for the coke and photovoltaic agency business scale, the ratio of margin will be low. In 2014 overhead cost 11.84 billion Yuan, in this period expense 660 million Yuan.
2.2014 years were divided the tectonic plate benefit situation analysis (1) principal commodities income and same time last year contrast (the amount unit: Ten thousand Yuan) serial number

Commodity

The category this year same time last year fluctuated amount to account for the gross income proportion amount to account for the gross income proportion fluctuation volume coefficient 1 steel products 293,797 24% 271,374 27% 22,422 8% 2 coke 206,468 17% 46,999 5% 159,469 339% 3 solar energy module 163,210 13% 181,822 18% -18,612 -10% 4 power coal 138,009 11% 150,866 15% -12,857 -9% 5 finishing materials 48,807 4% 9,418 1% 39,390 418% 6 coking coal 36,938 3% 100,263 10% -63,324 -63% 7 Bolivia filament product 35,410 3% 14,748 1% 20,662 140% 8 thermal insulation material 29,354 2% 81,075 8% -51,721 -64% 9 aluminum product 25,617 2% 28,821 3% -3,204 -11% 10 mechanical device 11,364 1% 16,718 2% -5,353 -32% sub-totals 988,974 80% 902,104 90% 86,870 10% compared to the same period last year, the power coal income reduces 129 million Yuan, Reduces 9%; The coke income increases 1.595 billion Yuan, the Bolivian filament revenue increases 207 million Yuan to grow 140%.
(2) principal commodities profit and same time last year contrasted (the amount unit: Ten thousand Yuan)

Serial number commodity group

This year accumulates

Same time last year

| | | Profit margin | | | | | | |
| | | Amount | Accounts for the gross profit proportion | Amount | Accounts for the gross profit proportion | This year | Last year | Fluctuation |
| 1 | Steel products | 3,879 | 63% | -2,367 | -39% | 1.32% | -0.87% | 2.19% |
| 2 | Coke | 869 | 14% | 3,892 | 64% | 0.42% | 8.28% | -7.86% |
| 3 | Solar energy module | | | | | | | |

7,292

118%

19,446

321%

4.47%

10.69%

-6.23%

4

Power coal

2,650

43%

4,632

76%

1.92%

3.07%

-1.15%

5

Finishing materials

2,270

37%

17

0%

4.65%

0.18%

4.47%

6

Coking coal

622

10%

-3,120

-51%

1.68%

-3.11%

4.80%

7

Bolivian filament product

1,253

20%

-534

-9%

3.54%

-3.62%

7.16%

8

Thermal insulation material

-791

-13%

-677

-11%

-2.69%

-0.84%

-1.86%

9

Aluminum product

1,411

23%

678

11%

5.51%

2.35%

3.15%

10

Mechanical device

1,488

24%

1,380

23%

13.09%

8.25%

4.84%

Sub-total

20,944

340%

23,347

385%

2.12%

2.59%

-0.47%

The steel products product profit margin increases 2.19% compared to the same period last year, the coke profit margin reduces 7.86%, the photovoltaic product profit margin reduces 6.23% compared to the same period last year, the mechanical device profit margin increases 4.84% compared to the same period last year.

3.2014 year subsidiary enterprise loss and important child enterprise/service/project loss or dives the owing situation and cause analysis

Does not have

4.2012-2014 years economic efficiency target change tendency and influencing factor



In 2011

(Ten thousand Yuan) in 2012 (ten thousand Yuan)

In 2013

(Ten thousand Yuan) in 2014 (ten thousand Yuan)

In 2014 same time proportion

Business income

1,259,971

865,661

1,008,885

1240536

123%

Overhead cost

1,213,468

812,685

950,206

1184438

125%

In this period expense

36,162

51,388

50,815

65945

130%

The property depreciation loses

356

489

508

74

15%

Sound value change income

-

-

-2,077

-230

11%

Trading profit

9,991

1,302

6,065

4398

73%

Gross profit

9,985

1,459

6,059

6156

102%

Net profit

7,453

500

5,647

6139.95

109%

Ownership in the net profit of parent company owner

7,453

500

5,647

6139.95

109%

(4) Profit report and rights situation

1.2014 the end of the year profit report target change cause analysis in 2014 the company asset total amount 3.908 billion Yuan, 2.835 billion Yuan increase 1.072 billion Yuan compared to the same period last year, the primary cause is this year sales volume increases, the account receivable compared to the same period last year, will grow 1 billion Yuan. The company total liabilities 3.276 billion Yuan, increase 691 million Yuan compared to the same period last year. Operative activity cash flow - 963 million Yuan, present negative cash flow.

2.2012-2014 years profit report target change tendency and influencing factor

Project in 2011 (ten thousand Yuan)

In 2012

(Ten thousand Yuan) in 2013 (ten thousand Yuan)

In 2014

(Ten thousand Yuan) in 2014 same time proportion gross asset 181,945 176,162 283,524 390,777 137.8% current assets

175,944

166,402

269,647

377051

139.8%

Monetary fund 61,770 28,312 103,570 50280 48.5% transaction monetary assets

-

-

-

-

-

Account receivable net amount 11,356 46,860 12,477 115816 928.2% goods in stock

31,551

30,680

85,084

56636

66.6%

Total liabilities

157,581

154,557

258,507

327604

126.7%

Current liability 157,581 154,557 258,507 327604 126.7% bank loans

95,014

96,248

124,567

180,842

145.2%

And: Short money 95,014 96,248 124,567 180,842 145.2% ownership interest total amount 24,364 21,605 25,017 63170 252.5% ownerships in parent company's ownership interest total amount

24,364

21,605

25,017

63170

252.5%

Cash flow net amount that the operative activity has

-6,977

-20,448

81,265

-96316

-118.5%

Cash flow net amount that the investment activity has

-3,054

-2,852

-368

-846

229.9%

Cash flow net amount that the investors recognize has

56,245

-10,142

-5,531

40323

-729.0%

Cash and cash equivalent net gaining volume

46,086

-33,459

75,258

-56825

-75.5%

(5) Management achievements situation

1.2014 years various target change and large change cause analysis 2014 year, in international in environment notAccommodates in the optimistic situation, the building materials country trade bold innovation, proposed the interstate electricity business + the overseas warehouse pattern, and joined positively to the mix system of ownership reform of national advocate, encouraged the staff to own stocks, lets the host who the staff truly became the country trade.

In such situation, the building materials country trade business income dramatically increases, increased 23.76 percentage points with last year rate of increment. But as a result of the significant growth of this year expense, therefore this year's main business service profit margin has to slide.

State capital increment store of value rate and net rate of return and property ratio of debt to net worth target were increased funding the influence, compared changed last year is big. The total assets cycling rate and current assets cycling rate target value compared changed last year not in a big way, the operational efficiency of the company asset turnover condition and resources was good. Because account receivable and other management of enhancements, the quick asset operational efficiency compared had the promotion last year.

2.2012-2014 years management achievements target change tendency and influencing factor in 2011

In 2012

In 2013

In 2014

2014 same time proportion

State capital store of value value-added rate (%)

131.00

88.68

115.79

200.25

172.9%

Economical increase in value

-31,521

8,044

14,527

18663

128.5%

The net rate of return (does not contain minority interests) (%)

31.85

2.18

24.22

9.72

40.1%

Main business service profit margin (%)

0.06

0.06

0.56

0.50

89.3%

Cost profit margin (%)

0.80

0.15

0.61

0.50

82.0%

Total assets cycling rate time

9

5

4

3

75.0%

Current assets cycling rate time

9

5

5

4

80.0%

Property ratio of debt to net worth (%)

86.61

87.74

91.18

83.83

91.9%

Quick ratio

0.92

0.88

0.71

0.98

138.0%

Main business income rate of increment (%)

87.33

-31.35

16.53

22.94

138.8%

The technology invests the ratio (%)

(6) Domestic and foreign to sign situation

Does not have four, comprehensive risk management (1) internal and external environmental factor changes to evaluate in 2014, the world economy still occupied the regulatory period, the structural reform is not in place with demand growth momentum and other questions was hard to have a new look completely, the influence of financial crisis exhibits the long-term tendency. Developed country implementation manufacturing industry strategy, takes the Internet and new energy to be on the rise as the third Industrial Revolution of representative again, the global industrial structure adjustment presents the new trend. Alibaba, round the world makes and other E-Business Platform to become the international trade profession and international trade enterprise business model main carrier.

Yi Danwang is our business model promotion and operational risk control platform. Through online financing, online payment, online physical distribution, online letter Bulgaria and other measures, drastically reduces the domestic middle-and-small manufacturing firm's foreign trade barrier (turnover of capital and foreign trade flow), may rapidly form to take Yi Danwang as the core building materials profession supplier's strategic colony, then realizes the one-stop work style purchase to provide for the customer is most convenient, the specialized and highly effective service.

Yi Danwang can definitely realize third-class uniting of information flow, fund class and physical distribution. The information flow, inquired Pan Xinxi, quoted price information, order form information, exchange information and so on, including the product information, customer information and factory information in these information reference lines the progress of service ultimately formed a complete data net, the online payment and online physical distribution that to soon make something a matter of political line have provided the perfect base of data.

2015 is our company's service reforming promotion time, in the product mix and business model will coordinate fully "interstate electricity business + overseas warehouse" strategic orientation, the positive conformity global resource and depth participation international competition, transforms the business model, the strengthened modern service idea, in light of the Internet technology, carries on the modern logistics idea and international trade the organic union, to strengthen company value-added service ability and control to value chain, sharpens the company international resource conformity ability and synthesis competitive power, actively accelerates the Chinese foreign trade pattern innovation system construction. We under corporation strategic plan, according to the request of reforming, innovation and transformation, the building materials country trade while will be selling the service to locate in taking building materials, machinery, steel products and other exports and coals and other energy relevant product imports, take the steel products and other product domestic trade services primarily as auxiliary, realizes the strategic promotion and reforming of enterprise positively; Through "interstate electricity business + overseas warehouse" the business model, actively explores and founds the new trade export superiority, develops the comprehension service that taking advantage of the strength supply chain's conformity and big data analysis the value rises in value, to build enterprise core competitiveness.

(2) 2014 year material risk item analyzes 1. operational risk control

In 2015 the building materials country trade's operational risk mainly will possibly stem from country's policy readjustment to the steel products tax reimbursement for export. In the near future the foreign news dispatch reported that the steel cooperates in authoritative source's foreign industry conference to disclose, in the year the government will nullify the steel products export rebate policy. But the steel cooperated also to propose October 29 press conference: "Export low added value product does not meet our country current economic development need, will certainly bring export policy adjustment". All sorts of signs indicated that the Chinese government will adjust the steel products export policy.

The steel products product is one of building materials country trade export main business products, once the policy, the steel products export rising momentum will stop suddenly next year, the export possibly recedes to below 80 million tons, spiral steel, wire rod, cut deal and other varieties bore the brunt, domestic market faced with tremendous pressure. Moreover, after Beijing APEC conference, how the Chinese steel output and steel city changes is also worth paying attention.

2. the business risk controls our company's business risk mainly to stem from the order execution various service nodes, because node operation incoherent, will not be careful will affect the order form efficiency and benefit.

In 2014 under the leadership of corporation, our company on core business the recognition, analysis of, appraisal and formulation risk node the work of counter measures, compiles "node handbook" and "node compendium" , to continue the depth excavation risk control point, and using in the operation of real business. For example: In view of the selling on credit service, besides having CITIC guarantees this exterior barrier, we started internal credit specified amount control in the second half of the year.

In 2015, our company is exporting, the import, domestic trade and other core business model, especially the export business, will use effectively Yi Danwang this big platform , to promote the diverse business model. To prevent and control the operation risk effectively, the building materials country trade main wind controls the advancement work to lie in the construction of business risk control system, namely in "online system list" in the project foundation, takes the online system list as the center, realizes the risk control modulation and integration.

The construction of business risk system, cuts the risk control the section management, each section carries on the informationization modelling, forms a closed loop, may, receive payment management and bad account early warning management and other module data to make a connection the customer credit management, the letter taking care principle, the contract management and physical distribution operation management, achieves the business risk management systematization, reference data extraction and real, macro analyze and microscopic analysis quickly all.

3. financial risk control judging by fund use plan, under premise that in the existing floating capital storage is insufficient, business agency's budget drafting to the fund use was not very accurate, cut the company whole fund use efficiency, will create the fund chain tense condition. In order to strengthen the scientific nature of capital budgeting, formulates the fund use plan reasonably, the company has combed the capital budgeting flow, and with the aid of budgeting the software and development enterprise internal capital pond system to the budget, examination and use fund carries on the control voluntarily. Reversed the service in the former fund after the aspect, both has guaranteed the financial support to business agency, and urges the fund order highly effective revolution of company, reduced the fund cost, effectively has guarded against the financial risk.

Judging by fund operation, the account receivable were many, affected the total assets cycling rate and current assets cycling rate, has created the fund precipitation, and had certain credit risks. In order to strengthen management to the account receivable, the maximum degree reduction fund occupies, the risk that the guard bad account loses, our company is building the effective credit administration frame and credit administration system, through the system, flow and system, solves the customer credit appraisal, credit policy, credit specified amount as well as account receivable management and other aspect in the questions, during deal credit risks of sales expansion. In addition, CITIC guarantees the development of insurance business, guarded against the credit risks and reduced bad account loss to build a firewall for our company.

From the credit capacity, company's property ratio of debt to net worth is quite high, causes the financial leverage coefficient to be too high, has certain financial risk. In view of this situation, the company actively

studies to cut the property ratio of debt to net worth various safeguard mechanism. Including: Strengthens the management of the account receivable and goods in stock, control advanced payment and other limit of credit the uses, the cost control expense, the sales expansion income, increases the profitability, increases the accumulation unceasingly. Improves the internal management , to promote management level, the accumulation reserve, change pure dependence indirect financing and bank credit and other fund raising means that comes to improve the property ratio of debt to net worth from the source, reduces the debt redemption financial risk.

4. legal risk

As a result of the central enterprise background of our company, is managing, the employment, marketing, technology development and other aspect unusual autonomy, the administrative contrary risk is very low. Our company's legal risk mainly stems from the business contract risk and business secret protection risk. In order to avoid busy making a mistake in the high-strength contract vetting exercise, we increased the legal training number of times and scope, strengthens the corporate business department staff in the commercial contract signature, execution and basic consciousness in dispute solution, especially is big to these amounts, risk is high, profit is low, the deal time requested the tight coal business agency, this work appeared especially essential. Except for training, but must consider that screens the link in the new staff, the daily inspection and achievements evaluation of link active employee, increases the above performance review weight , to promote the business agency working ability and working efficiency promotion indirectly, reduces the company operational risk.
And competes regarding the consummation business privacy protection industry forbids to work, in the foundation of the beginning of the year work plan, has formulated and has issued update "Staff Confidentiality agreement" and "Competes Industry Forbids Agreement", has completed the beginning of the year work plan.
Company product label management, has revised the trademark application registry management flow this year.

In 2015 the management of promoting in strategic areas contract template, will consider that introduces the contract management system of IBM, trade standardized union of flexibility and management.
5. regulatory risk control

Under building materials country trade supposes the domestic holding subsidiary company, the share-holding company, the subsidiary company, office and overseas holding subsidiary company and so on about 20 organizations, each subsidiary company and holds share of the company to be equipped with the board of directors, in giving dual attention to big enterprise strategy control, the small business efficiency is in first foundation, the company was clear about and subdivides each jurisdiction between the headquarters and molecular company and office, to take the power over personnel, the financial power, the service power and authority as the main dimension, has been clear about the molecular company's enforcement power, intensified headquarters' control audit management.
Explicit and standard company each branch office's board of directors discussing official business flow, the tertiary big management will sink and will fall to the ground the implementation, branch office's significant event must report the headquarters even upper-level unit to examine and approve and set up a file.
The service development and operation fund of intercourse various branch offices still and financial information system (north-south software) the execution and examination in this department's business information system (ETP), the business risk and financial risk was very low. The organizations and agencies adjust, especially the molecular company main senior manager member, defers to the articles of incorporation to carry on the personnel appointment and dismissal and inspection, the temporary authorization is responsible for by the headquarters, the management contrary risk is very low.
In 2015 our company will continue to strengthen with molecular company's the compactness of information system contact, improves the network condition, the safeguard communicates (3) 2015 year material risk to appraise 1. risk management policy promptly

(1) through sodium hyposulfite dragon management strengthening company operational budget management system. Through "planned, in matter the control, analyzes afterward the budget

management in anticipation", achieves the disposition of funds and personnel superiorly; Strict controlling the expense disbursements and personnel advertizes in the budget implementation process, safeguards the economic structure the rationality; Every month according to the actual operating result, unifies many analysis targets, makes the trundle prediction and analysis to the year's end operating condition.
(2) deals with the complex external environment, the company changes the management mentality and ensure service "low-risk and steady income", and actively develop the new market, new product.
2. risk solution

Strictly and supervision to significant service the risk proof carries out.
(1) and entire ship the service of import to the new business model defers to "Significant Service Proof Flow" completely carries on the proof, including and customer's the intelligence to the supplier reviews, and risk of the forecast to market analysis as well as counter measures the formulation of, carried on the proof from the product, market, physical distribution, fund, law variously.

(2) and revision of to significant service contract the finalization implements to countersign, is controlled the department as well as the wind after the finance department, the physical distribution department, ministry of law and wind controls the inspector general and service to be in charge of the leader to sign the confirmation only then outward signs.

(3) the significant service's implementation inputs to the ETP system, ensure the enforcement agent and supervisors understand the service tendency, gives the communication and instruction promptly, conducts the track management to the process. During carrying out significant service, is to reduce and circumvention risk, avoids causing the unredeemable serious damage, carries on the operation according to "Significant Service Crisis management Flow".
(4) in the significant service has strict carry on the early warning report, the emergency treatment and track according to "Bad account Early warning Processing Flow" regarding overdue payment, quality dispute that and other events carry out.
3. the risk management work result through establishing the bad account early warning, strongly the weak link in service execution, forecasts and dodges the potential risk and reduction lose, builds improves the business management ability continually the long-term mechanism.

In the start mechanism of bad account early warning, divides according to the form provision of contract the business risk into the product quality, payment, payment and increment tax receipt, receives money and other categories, simultaneously a minute minor sort in the category, for example under the payment category will be divided into the supplier delayed delivery, to subscribe the cabin delay and shipping request class and other situations, formulates the explicit early warning target, and solidifies to the business information system, carries on the automated prompt in the implementation of order form; In the analysis system of bad account early warning, has formed trans-departmental bad account early warning professional analysis team, controls, legal, quality testing, physical distribution and financial specialized person in charge including the wind, carries on the centralized analysis and cleaning up to the bad account early warning order form regularly, and integrates the analysis and cleaning up result to the business agency performance review result and customer or in supplier's measure results. In bad account early warning various bad account early warning questions that response mechanism, occurred and pointed counter measures and contingency plan, has formed the concrete operation flow explanation or the training case, develops the staff to train and deliberate regularly.
(4) The related views and suggestions do not have five, year key disclosure item

(1) The enterprise deepens the reform and has the subject matter

In 2014, the building materials international trade company unifies group SAC to develop the mixed economy and central enterprise board of directors carries out three authorities "double experiment site" working arrangement, had discussed and had determined plan that the stockholder's rights overhaul and corporate management structure adjust.
Country trade company registered capital 150 million Yuan increase to 300,956,900 Yuan. After recognizing gives to complete, the import and export limited company and easy Ze within the four seas management consultancy limited liability company separately to have the country trade company 80%

and 20% stockholder's rights.

Corporate legal person management structure also corresponds to make the adjustment. Supposes the shareholder meeting, the import and export limited company and easy Ze within the four seas management consultancy limited liability company to press 66.29% and 33.71% proportions separately exercises the shareholder right to vote; Sets up the board of directors, trustee 5, import-export company 4, easy Ze within the four seas management consultancy limited liability company 1; Sets up the board of supervisors, supervisor 3, 1 staff represents the supervisor, 2 non-staff represent the supervisor; Supposes general manager 1, deputy general manager 3.

(2) The central eight stipulations implement and realize situation and have subject matter comparison government "about Carrying out Eight Stipulation Practical Styles Measures for implementing", the building materials group import-export company party committee formulated "Building materials Group Import-export company Party committee To implement and realize Situation Inspector general Inspection Implementation plan about Development Central Eight Stipulations", further carried on the standard to various work, achieved to improve the cadre attitude earnestly, strengthened the cadre, the goal that the service concepts, the honest consciousness and populace realized. The building materials international trade limited company under building materials import-export company disciplinary inspection monitor chamber's summons guidance, conscientiously organizes various party members-cum-cadres to study, carries out.

1. the development establishes the system formulation and effectiveness assessment mechanism special rectification

(1) establishes "Rewards and punishment Administrative provisions", consummates "Flow Operation Supervision Flow", further ensure the flow system effectively carries out, every month carries on the flow system's the investigation, and to violating system's the behavior carries on the punishment.

(2) to the mass reaction quite intense flow complex problem, the company sets up the joint conference mechanism, every month convenes two to four times, the general manager and function and service management and staff represents the entire journey participation, deeply understands the staff hardship, found the question crux, the scene determination solution, by the business management department track question until the solution, the populace appraises satisfaction.

2. the development inspects and drives special rectification

(1) the consummation function and service inspection relevant system, revises "Performance review Policing method".

(2) reasonable adjustment salary structure. According to personal quality, ability, achievements, task performance and other determination personalization wage standards.

(3) adjustment reward mechanism. In the proper attention to both country and enterprise and under individual three benefit's premise, according to "delimits the small calculation unit and strengthened fine management and enhancement drive level" the general demand, closely relates the value creation of personal interest and staff, really manifests is impartial in administering rewards and punishments and has the prize to have the principle of punishing.

(4) speeds up developing the mix system of ownership , to promote implementation that the company worker owns stocks. Actively creates the condition, encourages backbone staff to hold share of the mix system of ownership enterprise, realizes the organic synthesis of capital owner and worker.

3. development meeting atmosphere special rectification

(1) the perfect work routine flow, conscientiously carries out the basic system that the collective leadership and democracy centralized and individual consultation and conference decided.

(2) consummates the conference procedure rule and decision-making procedure, regarding the decision of significant event, must implement the collective to discuss official business, and votes the form to manifest the leadership core by the conference the will, cannot circulate for perusal to countersign or individual questionnaire opinion and other forms replaced collective discussing official business and conference votes.

(3) members of leadership team must insist that the principle, takes the entire situation into account, encounters a difficulty the multi-communications, to discuss much, support and supplemented, the determination maintains the unity of leadership core. The company in the significant event the use of decision-making, key cadre appointing and dismissing, the important jurisdiction adjustment, the material item arrangement and in large quantity fund, wants the abundant proof, widely solicits the suggestions, firm does not go through the motions, strictly carries on according to the tertiary big request.
4. develops relevant system and means that the duty spends the special rectification (1) development self-examination, the comparison company appeared, to the company all levels of enterprise bodies in the situation self-monitoring and self-correcting that the official car and service entertainment, travel expense and going abroad (boundary) inspection expense and training expense and other duties spent.

(2) develops the populace to supervise, to populace reported to the authorities the leader contrary duty consumer behavior that is true carries on seriously investigates, investigates its responsibility.

(3) the development combatting corruption admonitory education, strengthens the company leaders at all levels party spirit discipline education, enhances the company leaders at all levels and staff's ideological-political quality and being incorrupt and self-discipline idea, implements and realizes the honest employed concerned requirements, prevents occurrence that the contrary duty spends.
(4) controls the funds disbursement strictly, ceases the government money private consumption, strictly carries out work saving water and electricity saving to stipulate, office furniture, equipment, paper and other circulation uses. Practices strict economy thriftily. Official business reception and conference site arrangement are simple, does not hang the banner, not to suppose welcome lacquered board, not to set up the flower grass-green to plant and not bestow the souvenir or the local product. The headquarters personnel to the basic unit, implement nearby thriftily arranges, does not live in the luxury hotel; Does not permit the interior to invite.
(5) strict budget, conscientiously improves various funds managements. The research consummates various estimated cost expenditure norms, the making control funds reasonable step. In the funds examination process, controls the expenditure norm and disbursement scope strictly, is strict in the law already and ensure the budget conforms to the company regulation. Completes various expense budget standards in the company budgeting system, completes the real-time monitoring of expense, every quarter carries on the budget analysis, to excessing the budget standard must fulfill the proof procedure.
5. carries out supervisory and restraining mechanism special rectification (1) from the enterprise principal work development whether needs, whether the enterprise ability can withstand, the risk is whether controllable, whether the benefit some guaranteed and many other aspects carry on the scientific analysis and proof. Appoints and dismisses to the key cadre must according to the stipulated procedure and request of appointment and dismissal of cadre, can twist according to cadre's Germany industriously with the populace whether supports and standard of support, as well as the enterprise development talented person needs to embark to select and equipment cadre, truly achieves to give priority to the enterprise of party, appoints people on merit.

(2) to goods generation of management, the physical distribution department deals to enter the proxy of inquiry platform to have the comprehensive perfect appraisal system, will be unqualified acts is eliminated, simultaneously the company must make the transformation to goods generation of inquiries systematically, will stock merchandize generation of rating in goods generation of quoted price contact surface Canada (basis goods generation of usual comprehensive situation evaluations), to supply everybody better choice.

(3) to the use of large quantity fund, must uses according to the strict finance and accounting system and approval process. To significant service strict according to company significant service proof flow execution and ensure the policy decision science and risk are controllable. The company establishes "Significant Service Proof Flow" "Fund Regular meeting Stipulation" "Fund management system" and other flow documents, completes the risk prevention and monitoring.

6. the development involves the special rectification of staff reasonable interest demand

(1) strongly combs the prominent problem that the staff demands, is clear about the responsible

department and responsible person one by one, earnestly promotes the solution.
(2) the commercial management lead basic unit listens to the staff view, carries on the special investigation and study to the staff demand and contradictory question.

(3) the practical solution relates the reasonable demand of staff vital interest, for example, the staff on-the-job training, the career development plan and ETP system and Yi Danwang constructs and promotion, the jurisdiction adjustment, the significant operative decision, the fund use and so on.
(3) Guarantees growth work development and has the subject matter

Does not have (4) internal control project and operational practice and has the subject matter not to have

(5) Accounting information quality and has the subject matter

Does not have (6) person in charge resumption treatment and business expense situation and has the subject matter not to have

(7) Whole staff performance assessment work development and has the subject matter

Does not have (8) staff salary welfare situation and has the subject matter not to have

(9) The merger and acquisition and stockholder's rights handling and has the subject matter

In 2014, the building materials international trade company unifies group SAC to develop the mixed economy and central enterprise board of directors carries out three authorities "double experiment site" work to be peaceful, Had discussed and had determined plan that stockholder's rights overhaul and corporate management structure adjust.
Country trade company registered capital 150 million Yuan increase to 300,956,900 Yuan. After recognizing gives to complete, the import and export limited company and easy Ze within the four seas management consultancy limited liability company separately to have the country trade company 80% and 20% stockholder's rights.
Corporate legal person management structure also corresponds to make the adjustment. Supposes the shareholder meeting, the import and export limited company and easy Ze within the four seas management consultancy limited liability company to press 66.29% and 33.71% proportions separately exercises the shareholder right to vote; Sets up the board of directors, trustee 5, import-export company 4, easy Ze within the four seas management consultancy limited liability company 1; Sets up the board of supervisors, supervisor 3, 1 staff represents the supervisor, 2 non-staff represent the supervisor; Supposes general manager 1, deputy general manager 3.
(10) The enterprise guarantees the situation and has the subject matter not to have

(11) high risk service situation and risk item

Does not have (12) to accredit this enterprise board of supervisors to request the key disclosure item not to have six, foreign state asset operations and supervision

(1) Foreign state asset formation and distribution 1. foreign state asset's development process Saudi Arabia Corporation is formed in 2010, at the end of 2014 net assets 16.22 million US dollars, this department invests 7.95 million US dollars in Saudi Arabia, Saudi Arabia manages to accumulate 8.27 million US dollars;

American Corporation is formed in 2008, at the end of 2014 net assets - 260,000 US dollars, this department invests 100,000 US dollars in the US, the US manages to accumulate - 360,000 US dollars; Vietnamese Corporation is formed in 2011, at the end of 2014 net assets total amount 1.15 million US dollars, this department invests 500,000 US dollars in Vietnam, Vietnam manages to accumulate 650,000 US dollars.

Indian Corporation is formed in 2011, at the end of 2014 net assets total amount 90,000 US dollars, this

department invests 100,000 US dollars in India, India manages to accumulate - 10,000 US dollars; German Corporation is formed in 2012, at the end of 2014 net assets total amount 690,000 US dollars, this department invests 350,000 US dollars in Germany, the management accumulates 340,000 US dollars;

2. foreign state asset overall situation

Foreign gross asset 107.32 million US dollars of building materials country trade, Saudi Arabian Corporation accounts for 89.65%, Vietnamese Corporation accounts for 3.6%, India accounts for 0.1%, Germany accounts for 5.7%, US 0.05%.
3. foreign state asset distributed condition (1) extraterritorial investment general situation

This company establishes some wholly-owneds and offices in beyond the border at present, including Saudi Arabian Corporation and Vietnamese Corporation and Indian Corporation and Indonesian Corporation and American Corporation and German Corporation as well as Iranian Office and Saudi Arabian Office.
(2) this year increases extraterritorial investment

This year company not increases the extraterritorial investment.
(3) foreign key investment project situation

Saudi Arabian Corporation the investment project the Dubai logistics center project to be completed to change over to the fixed asset, and starts to operate.
(4) foreign state asset operation and financial result situation

2014 year, the company respective foreign subsidiary company sum total obtains business income 397 million US dollars, realizes gross profit 1.64 million US dollars.

(2) Extraterritorial investment and foreign state asset operation

Up to now, extraterritorial investment's molecular company operates the situation following table:
Planned investment total amount

Already investment amount (ten thousand US dollars)

Enterprise (organization) name

Operating condition

In 2014 (monetary unit: Ten thousand US dollars)

Gross asset

Debt

Ownership interest

Cash flow

Business income

Net profit

809.5

809.5

Chinese Building materials International Saudi Arabia Corporation

9,622.21

7,992.39 1,629.82

2,122.10 38,695.53

121.29 10

10

Chinese Building materials International US Corporation

7.42

33.27 -25.85

7.20 0.00

0.00 10

10

Chinese Building materials International India Corporation

8.85

0.33 8.52

8.81 0.00

0.00 35

35

Chinese Building materials International Germany Corporation

606.78

537.58 69.20

-217.49 838.81

8.71 25

25

Chinese Building materials International Indonesia Corporation

50

50

Chinese Building materials International Vietnam Corporation

390.41

275.17 115.24

36.55 155.01

34.98

Iranian Office

(3) Foreign state asset supervision 1.
The attaching great importance to market investigates and studies, according to own characteristic, pays great attention to the enterprise to transform, works out the practical and feasible overseas tactical growth plan. Arranges to be many in a half year investigation and study work on the spot, the feasibility analysis report guaranteed foreign subsidiary company continues forever to manage for a long time, but not only consideration short-term business demand. Meanwhile to the investment risk that beyond the border possibly has, the careful investigation and study, draw up the countermeasure.
2.
The out-of-country enterprise manages under different country and social environment, must comprehensively understand that host country's social culture custom, politics, economy, law and other aspect situations, and full appraisal political risk and economic risks, make the correct investment decision based on this.
3.
Sends the full-time affairs personnel to the respective out-of-country enterprise, introduces the perfect restraint mechanism to supervise the financial situation in out-of-country enterprise. Establishes perfect overseas branch office performance review, operation supervision, risk, leadership accountability, audit and other systems.
4.
Actively raises politics to be reliable, the service perfect and familiar international market management of economy and laws, thoroughly understand the specialized technology knowledge and foreign language, rich competitive spirit and innovative spirit top-level inter-disciplinary talent. Simultaneously continually improves the formulation scientific and reasonable control system. According to the transnational operations, according to the unceasing changes of inside and outside environment, the control system to perform to supplement, revision and consummation unceasingly.
Seventh, contrary item this year violating the law and discipline processes the enterprise and individual illegal case altogether (0); Investigates disciplinary case altogether (0); Receives industry and commerce,

tax affairs, quality testing and environmental protection and other law-enforcing departments and profession supervision reminder or punishment and other item altogether (0). The grand total punishes (0) person, involves (0) intermediate deck and above manages the administrative personnel.

Eighth, management resumption

This partial content fills by Group.
Appendix one: Capital structure and possessor situation amount unit: Ten thousand Yuan

Serial number possessor name at the end of last year paicl-up capital this year end paicl-up capital possessor situation proportion (%) amount proportion (%) in amount registration registered capital nature main business service one building materials group import-export company 81.6 12240 80 240766 Beijing 90000 state-owned sole ownership import-export trade 2 Beijing easy Ze within the four seas management consultancy joint-stock company 18.4 2760 20 60191 Beijing 500 privately operated management consultancies and services

Capital structure change explanation

In December, 2014, the import-export company and easy Ze within the four seas respectively 25,000 ten thousand Yuan and 6,883.63 ten thousand Yuan increase by the cash hold the country trade company common share stock. After increasing funding completes, the country trade company registered capital is 30,095.69 ten thousand Yuan, internal, the import-export company and easy Ze within the four seas to the country trade company common shareholder proportional control are 66.29:33.71

Appendix two: Person in charge situation

(1) Enterprise official general situation

1. by this year end, this enterprise board of directors (5) person; Board of supervisors (3) person, staff supervisor (1) person; Party committee (party group) (0) person; Manager level personnel (4) person; Other enterprise official (3) people.
2. this year board of directors, board of supervisors and party committee (party group), the manager level personnel leaves a post (2) person, new (5) person.
3. enterprise official status table

Serial number

Name

Sex

Birth years

Duty and assignment time

Concurrent job

School record

Graduation colleges and specialties

1

Zhang Jinsong

Male

In February, 1971

Chairman in 2010

General manager

Graduate students

Xiamen University business management 2 trustee Wu Jiwei in 2014 3 trustee Zhao Yanmin in 2014 4 Piao Chaomei female in 1963 August trustee in 2010 deputy general manager undergraduate college China Science and Technology University 5 Wang Xinhua female in 1978 January trustee in 2014 the wind controlled the inspector general undergraduate course Hebei trade university international business management profession

6

Wang Lihe

Female

In January, 1977

Supervisors in 2014

Doctor

Nanjing University

7

Liu Shanshan

Female

In January, 1974

Supervisors in 2014

Undergraduate course

Central University of Finance and Economics accounting profession

8

Wang Man

Male

In January, 1978

Supervisors in 2014

Human resources vice-inspector general

Undergraduate course

Beijing Jiaotong University

9

Cao Xuchu

Male

In May, 1977

Deputy general manager in 2010

Graduate students

University of International Business and Economics

10

Liu Tong

Female

In October, 1976

Deputy general manager in 2010

Graduate students

Inner Mongolia University

International trade specialized Shanghai University of Science and Technology MBA

11

Shi Jifeng

Male

In January, 1978

Operations director in 2010

Graduate students

Chongqing normal university economic specialized 12 Xu Wenchao male in 1979 6 information inspector generals in 2009 undergraduate college Chinese Geology University computer technology and information processing

Information management teacher intermediate vocational qualification authentication

13

Romania inspires to stand

Male

In April, 1980

President Yi Danwang vice in 2014

Undergraduate course

China University of Politics and Law

(2) Elasis

Elasis 5: Zhang Jinsong, Wu Jiwei, Zhao Yanmin, Piao Chaomei, Wang Xinhua.

Name

Sex

Birth years

Position

Trustee tenure in office

School record

Graduation colleges and specialties

Zhang Jinsong

Male

In February, 1971

Chairman concurrently general manager

In 2010

Graduate students

Xiamen University business management is in charge of the work:
The board of directors works comprehensively

Work experience:

In 1989 --1993 the year, the Wuhan University of Technology international trade studied specialized in 1993 --2002 the year, was appointed the building materials group supply and sales general manager assistant;

In 2002 --2010 year, building materials international trade limited company general manager.

2010 - now, is appointed building materials international trade limited company chairman concurrently general manager

Name

Sex

Birth years

Position

Trustee tenure in office

School record

Graduation colleges and specialties

Wu Jiwei

Male

In February, 1971

Trustee

In 2014

Master

Central University of Finance and Economics

Accounting specialty

In charge of the work:

Work experience:
Work experience:

1990.09-1994.07 the Xi'an petroleum institute finance and accounting studies 1994.07-1997.06 China National Petroleum Corp Finance bureau fund place tellers and accountants specialized

1997.06-1998.03 China National Petroleum Corp Finance bureau fund accounting department accountant 1998.03-1999.09 Central University of Finance and Economics accounting department management science specialized being out of production study

1999.09-2001.02 China National Petroleum Corporation financial assets department capital budgeting place accountant 2001.02-2001.12 medium oil international construction project limited liability company financial assets department work

2001.12-2003.04 medium oil international construction project limited liability company financial assets department assistant manager 2003.04-2005.04 medium oil international construction project limited liability company financial assets department managers

2005.04-2008.04 medium oil international construction project limited liability company general manager assistant concurrently medium oil oil well logging technical service limited liability company chief accountant 2008.04-2008.12 China National Petroleum Corporation engineering technology subsidiary

company vice-chief accountants

2008.12-2011.03 Chinese Chengtong holdings group limited company financial control center inspector general 2011.03- China building material Group Company limited chief accountants

2011.11- The Chinese Building materials limited liability company Board of supervisors president name sex birth years position trustee tenure in office school record graduation colleges and specialized Zhao Yanmin male in December, 1962 trustee in 2014 the master Tianjin Finance and economics University international trade was in charge of the work:
Work experience:

In January, 1981 - January, 1997 was appointed the accountant, loan teller and reserve fund place department head in China ICBC Xingxiang Branch;
In January, 1997 - December, 2005 subordinated the sub-branch to be appointed the assistant governors, vice presidents, the sub-branch presidents and secretaries in China ICBC Henan Branch;
In December, 2005 - September, 2009 is the financial property control division ministers and party branch secretaries in the Chinese building material scientific research main hospital;
In September, 2008 - November, 2014 is appointed Chinese building material Group Company limited finance department deputy general manager;
In November, 2014 - until now is appointed building materials group import-export company deputy general manager and chief accountant.

Name

Sex

Birth years

Position

Tenure in office

School record

Graduation colleges and specialties

Piao Chaomei

Female

In August, 1963

Trustee

2007

Undergraduate college

China Science and Technology University

In charge of the work:

Salary, party affairs, trade union and inspection work resume:
1.1982 years --1986 year China Science and Technology University high polymer compound materials specialized study

2.1986 years --1988 year country building material industry bureau technical information research institute
3.1988 years --1990 year country building material industry bureau foreign manager department import and export place, assistant engineer

4.1988 years --1993 year China new building material import-export company, Engineer, for sale abroad
5.1994 years --1997 year Beijing light letter trade consultation limited liability company general manager

6.1998 years --2001 year Jilin Yanji Hongqiao Food Wholesale department, general manager 7.2003 years --2004 year China building material Waterproofing Company, staff member

8. In 2004 --2005 in the year constructed the international trade limited company export sales manager 9. in 2005 --2007 in the year constructed the international trade limited company general manager assistant concurrently administration inspector general

10. 2007 - in now building materials international trade limited company, deputy general manager and general party branch secretary name sex birth years position tenure in office school record graduation colleges and specialized Wang Xinhua female in 1978 January trustee in 2014 undergraduate Hebei trade university international business management profession

In charge of the work:

Risk work experience:
1996 - 2000: Hebei trade university international business management profession

2000 - 2001: The Hebei trade university tested to manage teacher 2001 - 2002: Building materials group supply and sales company Shan Zhengyuan

2002 - 2005: Building materials group import-export company service contract executive department managers 2005 - 2008: In Beijing constructs the Hengxin international trade limited company risk inspector general and a service general manager assistant

In 2008---Until now building materials international trade limited company risk inspector general (3) board of supervisors member board of supervisors 3 people: Wang Lihe, Liu Shanshan, Wang Man

Name

Sex

Birth years

Duty

Supervisor tenure in office

School record

Graduation colleges and specialties

Wang Lihe

Female

In January, 1977

Supervisors

In 2014

Doctor

Nanjing University

In charge of the work:

Business management

Work experience:

2004 - in 2011 the building materials international trade limited company successively holds the clerk, the divisional manager and services department deputy general manager;
2012 -2013 in building materials group import-export company business management department deputy general manager;

2014 - in now building materials group import-export company business management department general manager.
The name sex birth years duty supervisor tenure in office school record graduation colleges and specialized Liu Shanshan female in January, 1974 supervisor in 2011 the undergraduate Central University of Finance and Economics accounting profession was in charge of the work:
Financial control

Work experience:

1996 - 2002 Chinese new building materials import-export company and supply and sales company;
2002 - in 2011 building materials group import-export company finance department assistant manager;

2011 - in now building materials group import-export company finance department general manager;
The name sex birth years duty supervisor tenure in office school record graduation colleges and specialized Wang Man male in the January, 1978 supervisor 2014 undergraduate course Beijing Jiaotong University were in charge of the work:
Personnel management

Work experience:

2000.2-2002.2 Beijing Medical University Publishing house executive staff 2002.2-2004.2 Beijing Aerospace Otter Science and technology limited company Human resources department staff members

2004.4-2008.7 in People's Bank of China Software Center human affairs group leader 2008.9- now building materials international trade limited company human resources vice-inspector general

(4) Party committee (party group) member

Does not have (5) manager level member manager level member 4 people: Zhang Jinsong, Piao Chaomei, Cao Xuchu, Liu Tong name

Sex

Birth years

Position

Tenure in office

School record

Graduation colleges and specialties

Zhang Jinsong

Male

In February, 1971

Chairman concurrently general manager

In 2010

Graduate students

Xiamen University business management is in charge of the work:
The board of directors works comprehensively

Work experience:

In 1989 --1993 the year, the Wuhan University of Technology international trade studied specialized in 1993 --2002 the year, was appointed the building materials group supply and sales general manager assistant;

In 2002 --2010 year, building materials international trade limited company general manager.
2010 - now, is appointed building materials international trade limited company chairman concurrently general manager

Name

Sex

Birth years

Position

Tenure in office

School record

Graduation colleges and specialties

Piao Chaomei

Female

In August, 1963

Deputy general manager

2003.7

Undergraduate college

China Science and Technology University

In charge of the work:

Salary, party affairs, trade union and inspection work resume:
With on

Name

Sex

Birth years

Position

Tenure in office

School record

Graduation colleges and specialties

Cao Xuchu

Male

In May, 1977

Deputy general manager

2010.2

Master

University of International Business and Economics

In charge of the work:

Building materials enterprise and steel products services department, coal services department, plastic services department and finishing materials services department work experience:
In 2002--In 2002 the Beijing numerous righteousness reached the trade limited company

2002 - in 2005 the building materials international trade limited company kept warm and suspended ceiling material department managers 2005 - in 2010 the building materials international trade is the limited company first services department general manager

2007 - in 2010 building materials international trade limited company general manager assistant in 2010---Until now building materials international trade limited company deputy general manager

Name

Sex

Birth years

Position

Tenure in office

School record

Graduation colleges and specialties

Liu Tong

Female

In October, 1976

Deputy general manager

2010.2

Undergraduate college

The graduate student Inner Mongolia University international trade is specialized

Shanghai University of Science and Technology MBA is in charge of the work:
Building materials enterprise two and photovoltaic product services department and metallurgical coal department

Work experience:

In 1996 --2000 year Inner Mongolia University international trade specialized in 2000 --2001 year Tianjin OTIS Elevator limited company Huhhot Subsidiary company sales engineer

In 2001 --2003 year Beijing Wei Run good housewares limited company foreign trade manager in 2003 --2005 in year building materials international trade limited company divisional manager

In 2005 --2010 in the year the building materials international trade was the limited company second services department general managers 2010 - in now building materials international trade limited company company deputy general manager

(6) Other member name sex birth years position tenure in office school record graduation colleges and specialized Shi Jifeng male in the January, 1978 operations director 2010.9 graduate student Chongqing normal university economics were specialized

In charge of the work:

Headquarters functional department and operation coordinated work experience:
2007 - 2009 Mounsey cement limited liability company business management senior engineer

2009 - 2010 Hanasi new energy group successively holds the human resources manager and group human resources vice-always 2010 - until now the building materials international trade limited company successively holds human resources manager/human resources inspector general operations director

Name

Sex

Birth years

Position

Tenure in office

School record

Graduation colleges and specialties

Xu Wenchao

Male

In June, 1979

Information inspector general

2009

Undergraduate college

Chinese Geology University computer technology and information processing are in charge of the work:

In building materials import and export group information center director assistant building materials international trade information inspector general

Work experience:

2003-2005 the southern rapid standard technical department science and technology researches and develops the responsible 2005-2007 Beijing University Messenger bird Ministry of Education senior lecturers

2007-2009 uses in friend group research and development department central big ministry of revenue total person in charge 2009- now the building materials international trade information inspector general

Prize in 2006 received the Beijing University Messenger bird Group senior lecturer honor, and issued the lecturer the intelligence authentication;

In 2010 had the honor to receive the building materials import and export group outstanding staff name sex birth years position tenure in office school record graduation colleges and specialized Luo Zhenli male in 1980 April Yi Danwang the operations director concurrently marketing department manager 2014.8 undergraduate course China University of Politics and Law is in charge of the work:
Yi Danwang, marketing department

Work experience:

2000--2004 China University of Politics and Law studies 2004--2007 the building materials international trade limited company sales manager

2007--2008 building materials international trade limited company new business development managers 2008--2010 building materials international trade limited company general manager assistant

2010--2012 building materials international trade limited company overseas market inspector general concurrently Saudi Arabia general manager 2012--2014 building materials international trade limited company Yi Danwang operations director concurrently marketing department manager

2014-- in now building materials international trade limited company President Yi Danwang vice appendix three: Staff situation unit: People

Kind don't entire company at the end of last year this year end end of last year this year end the end of the year jobholders 693 624 871 790 the end of the year staff 693 624 871 790 in which: At the end of the year in hillock staff 693 624 871 790 the end of the year retirement population 0 1 0 1 at the end of the year not in hillock staff 0 0 0 0 study experiences

This

Entire company

At the end of last year

This year end

At the end of last year

This year end

Master and above

74

74

78

74

Undergraduate course

528

465

582

510

Faculty

79

63

128

107

Specialized middle school and below

12

22

83

99

Sum total

693

624

871

790

Appendix four: Organizational structure situation

(1) Various organizational structure change 1. explanation this year enterprise level company changing conditions.

Does not have 2. up to this year bottom, this company is divided second-level, altogether has second-level child enterprise 8 besides this, foreign sub-enterprise 7.

(2) Organization structure drawing appendix five: The mother, subsidiary company and subordinate unit detailed list (1) domestic divides, the sub-enterprise and subordinate unit detailed list

Amount unit: Ten thousand Yuan

Type foreword number

Company (unit)

The name occupies this company stockholder's rights (%)

Property

Total amount ownership interest

Business

Receives the gross profit

Net profit

Employed person

Registration locus legal representative

Whether integrates

In merge scope one building materials international trade Limited company-299063 62815 921214 5133 5117 624 Beijing Beijing Zhang Jinsong are in sub-enterprise 2 Wuxi building materials steel and iron limited company 100 59,948 45778 205153 14 14 114 Wuxi Wuxi Zhang Jinsong are the subsidiary company institution (2) entire level foreign unit detailed list (this table only by central enterprise total part level fill and list) amount unit: Ten thousand Yuan foreword

Number company (unit) name level time

The higher authority parent company occupies this company stockholder's rights (%)

Gross asset

Gross profit

Employed

Personnel locus establishment time type category member as of right person

Offshore company

Individual generation holds

And: Chinese

(3) Entire level finance class sub-enterprise detailed list (this table only by central enterprise total part level fill and list)

Amount unit: Ten thousand Yuan

Foreword number

Company (unit) name

Level

The inferior higher authority parent company occupies this company stockholder's rights (%) gross asset

Business

Receives the gross profit

Jobholders

Locus

Legal

Representative (4) entire level holding listed company detailed list (this table only by central enterprise total part level fill and list) amount unit: Ten thousand Yuan foreword

The number business name level respective profession nyse negotiable securities abbreviation initial throws the capital amount

Owns stocks quantity

(Ten thousand) higher authority parent company occupies this company stockholder's rights (%) locus appendix six: Throws the financing (1) significant investment project status significantly

Does not have (2) significant investment control not to have

(3) The significant investment has the subject matter and risk

Does not have (4) enterprise financing and has the subject matter by the external economic environment influence, we in 2013 in the bank credit's foundation, the credit specified amount reduced 2 billion Renminbi, the credit total amount is 5.1 billion, the credit way's credit specified amount the beginning of the year 850 million Yuan reduces by 2014 to the present 450 million Yuan.

(1)2014 year whole year trade raises 2.933 billion Yuan, the letter of credit finances 2.3 billion, the silver receives 633 million; In addition has the class to loan to raise 2 billion Yuan.

(2) application forward lock collects 73, finalizes 162; Yi Danwang financing, combs various services department 356 supplier name lists, realizes the order form to finance 25, The loaning amount amounts to 104.74 million Yuan.
(3) the additional ICBC guarantees principle financing, in 2014 the credit 2 suppliers, the credit specified amount 60 million Yuan, will realize the order form order form to finance 2, the loaning amount to 60 million Yuan.

(5) Foreign long-term equity investment

Amount unit: Ten thousand Yuan

Serial number

By investing enterprise name

Respective profession

Area

At the end of the year equity ratio (%)

Cost of investment

At the end of the year account

Surface remaining sum this year account investment yield

This year receives the investment yield actually

Management

In condition 1 Anguo constructs the adhesive-bonded cloth limited company man made fiber to make Hebei 31.79 1,240 144 200 750 to manage in the two building materials the crag science and technology limited company mineral product to make Beijing 5 374 374 0 0 normal management sub-totals normally - -- 1,614 518

200 750

- (6) merger and acquisition and free inclusion enterprise situation amount unit: Ten thousand Yuan

The serial number was merged and free inclusion business name

Enterprise nature

Respective profession

Area

Merges into the way

Whether principal work

Appraisal net assets value

Payment price

Formation

The goodwill accounts for the equity ratio (%) business revenue gross profit staff 1 not to have 2 appendices seven: Significant legal dispute case (1) legal dispute case general situation

This year altogether processes various legal dispute case (5), law case (4), target total amount (150.15) ten thousand Yuan; Arbitration case (1), target total amount (500) ten thousand Yuan; Likely causes the dispute case (0) of lawsuit and arbitration, the involved total amount (0) ten thousand Yuan.
In law case, criminal prosecution (0) and economical lawsuit (4); Sues (4) and target amount (150.15) ten thousand Yuan, was sued (0) and target amount (0) ten thousand Yuan; This year has (0) newly, ended (0), has not ended (0); The previous year had (4), ended (0), has not ended (4); Target amount 10 million Yuan and above significant law case (0), 50 million Yuan and above (0); 1000 (inclusive) - 50 million Yuan (0); Below 10 million Yuan (0);
Arbitrates in the case, the application arbitrates (1) time, applied for (0) time; This year has (1) newly, ended (0), has not ended (1); The previous year had (0), ended (0), has not ended (0); Target amount 10 million Yuan and above significant arbitration case (0), 50 million Yuan and above (0); 1000 - 50 million Yuan (0).
Likely causes the dispute case of lawsuit and in arbitration, amount 10 million Yuan and above (0, 50 million Yuan and above (0); 1000 - 50 million Yuan (0).

(2) Significant legal dispute case

Not significant legal dispute case occurred

Significant law

Dispute

Serial number

Case name

Lawsuit/arbitration/dispute

Prosecution/was sued

Prosecution time

Involved unit

Target amount

(Ten thousand Yuan)

Main points

Basic case, process result and prospective damage

This enterprise involvement unit

The opposite party fords

Document unit opposite party unit nature 1. this year occurred not to end * for 2. this year to occur newly to end * 3. previous year to occur newly not to end * 4. previous year to occur this year to end * the appendix eight: The audit supervision (1) enterprise accepts visual inspection

This year accepts the visual inspection (1) time: The national capital supervisory department inspects (1) time, the auditing department inspects (0) time, the finance department inspects (0) time, the taxation department inspects (0) time. The related inspection is as follows:
1. the company accepts the accounting information quality audit of SAC

In July, 2014 greets SAC's specialized audit work to the central enterprise. This audit according to the related request, has provided the massive forms, the electronic data and paper material, accepted the audit interview, the communication explained various questions that the audit asked that have carried on the feedback to the question that auditing the communication letter asked finally.

(2) The enterprise develops internal checking

Does not have the appendix nine: Important meeting detailed list serial number

Conference time

Conference name

Main subject

Resolution serial number/puts on file the document number

Whether presses the request to inform the board of supervisors promptly

Board of supervisors

Whether attended 1 on January 07, 2014 the general manager workshop in the building materials about the discussion of establishment purchase department international (total character)[2014]On the 001st otherwise otherwise 2 on February 10, 2014 general manager workshop about establishing in the discussion of photovoltaic subsidiary company building materials international (total character)[2014]On the 002nd otherwise otherwise 3 on April 09, 2014 general manager workshop about Brazilian and in discussion of South African Corporation log-on message change building materials international (total character)[2014]Otherwise otherwise 4 on April 11, 2014 the general manager workshop about established in the overseas the discussion that the joint venture and clerk inspected on the 005th the building materials international (total character)[2014]On the 006th otherwise otherwise 5 on May 09, 2014 general manager workshop in building materials about the discussion of establishment investment department international (total character)[2014]Otherwise otherwise 6 on May 14, 2014 the general manager workshop reformed about the company on the 007th the discussion of relevant matter the building materials international (total character)[2014]On the 008th otherwise otherwise 7 on June 17, 2014 general manager workshop in building materials about the discussion of foreign investment physical distribution garden relevant matter international (total character)[2014]On the 009th otherwise otherwise 8 on September 12, 2014 general manager workshop about building materials in the discussion of Dubai free-trade zone registration establishment wholly-owned international (total character)[2014]Otherwise otherwise 9 on December 16, 2014 the general manager workshop "debt transferred shares of stock" in project to purchase about Ukraine Helios Corporation next 4 SPV photovoltaic power plants the discussion of complete stockholder's rights on the 014th the building materials international (total character)[2014]On the 019th otherwise otherwise appendix ten: Important document detailed list (1) important outgoing message detailed list (on issue document)

The serial number time of origin document number sending out unit file title outgoing message unit level of secrecy 1 does not have (2) important outgoing message detailed list (the next issue document) serial number

Time of origin

Document number

Sending out unit

File title

Outgoing message unit

Level of secrecy

1

Does not have

(3) Important in-coming message detailed list

Serial number time of receipt document number prints and distributes the time file title outgoing message unit level of secrecy 1 not to have the appendix 11: Support coordination supervision (1) support coordination board of supervisors working condition

Does not have (2) other to reorganize item implementation not to have

(3) Enterprise board of supervisors working condition table (this table only by central enterprise headquarters filling in)

Central enterprise headquarters

Whether establishes Full-time Organization to impel to do board of supervisors work in this enterprise system

 Is/otherwise the second-level child enterprise (including listed company) board of supervisors does not set up the form number supervisor to constitute the situation board of supervisors work good enterprise (each item at least enumerates 1 household)

Population

And: Specialty

Group sends out

Second-level enterprise

Has not set up the board of supervisors but by

The enterprise headquarters send out the supervisor

Holding listed company

Listed company level

Number

The supervisors constitute the situation

Develops board of supervisors work good subsidiary company

(Each item at least enumerates 1 household) higher authority shareholder sends out

Listed company

The interior produces the second-level company

Third-level and following company

Appendix 12: Other contents (1) enjoys special (preferential benefit) policy

Does not have (2) this year enterprise charter amendment not to have

(3) Comprehensive risk management

Does not have (4) internal control appraisal not to have

(5) Other

Does not have

_1482663935.unknown

--- Summary Information ---
1: 936 PID_TITLE: "Enterprise Annual work report" PID_SUBJECT:
PID_AUTHOR: lenovo PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: User PID_REVNUMBER: 17 PID_APPNAME: Microsoft
Office Word PID_EDITTIME: Mon Jan 01 08:53: 00 CST 1601 PID_LASTPRINTED: Wed Jan 14 16:40:

00 CST 2015 PID_CREATE_DTM: Thu Jan 15 13:33: 00 CST 2015 PID_LASTSAVE_DTM: Fri Jan 16 10:54: 00 CST 2015 PID_PAGECOUNT: 89 PID_WORDCOUNT: 6643 PID_CHARCOUNT: 37867 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: jsh PID_LINECOUNT: 315 PID_PARCOUNT: 88 17: 44422 23: 786432 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 936

内部资料

# 中建材集团进出口公司

# 中建材国际贸易有限公司

# 2014 年度工作报告

2015 年 1 月

Confidential

CBMIE00028128

# 企 业 年 度 工 作 报 告

## （2014 年度）

企 业 名 称：中建材国际贸易有限公司（公章）

填 报 日 期：2015 年 1 月 3 日

CBMIE00028129

| | | | |
|---|---|---|---|
| 企业名称 | 中建材国际贸易有限公司 | | |
| 组织形式 | 12 其它有限责任公司 | | |
| 密级 | 无 | 期限 | 无 |
| 填报工作负责人 | 师继锋 | 职务 | 运营总监 |
| 填报工作负责部门 | 总部运营中心 | | |
| 填报工作联系人 | 胡晓龙 | 职务 | 企管部副经理 |
| 固定电话 | 68796362 | 移动电话 | 13717551062 |
| 本企业代码 | 76626876-4 | | |
| 上一级企业（单位）代码 | 10205238-9 | 集团企业（公司）总部代码 | 10000048-9 |
| 本企业注册地 | 北京市海淀区首体南路 9 号主语商务中心 4 号楼 17 层 | | |
| 本企业总部地址 | 北京市海淀区首体南路 9 号主语商务中心 4 号楼 17 层 | | |

CBMIE00028130

# 目　录

企业法定代表人声明 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 　2

一、企业基本情况 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 　3

二、经营管理和改革发展主要情况 . . . . . . . . . . . . . . . . . 　16

三、生产经营及财务效益情况 . . . . . . . . . . . . . . . . . . . . . 　40

四、全面风险管理情况 . . . . . . . . . . . . . . . . . . . . . . . . . . . 　45

五、年度重点披露事项 . . . . . . . . . . . . . . . . . . . . . . . . . . . 　52

六、境外国有资产运营及监管情况 . . . . . . . . . . . . . . . . . 　59

七、违法违纪违规事项 . . . . . . . . . . . . . . . . . . . . . . . . . . . 　62

八、领导班子履职情况 . . . . . . . . . . . . . . . . . . . . . . . . . . . 　62

附件一：资本结构及持有人情况 . . . . . . . . . . . . . . . . . . . 　63

附件二：负责人情况 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 　64

附件三：员工情况 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 　72

附件四：组织结构情况 . . . . . . . . . . . . . . . . . . . . . . . . . . . 　73

附件五：母、子公司及所属单位清单 . . . . . . . . . . . . . . . 　75

附件六：重大投融资情况 . . . . . . . . . . . . . . . . . . . . . . . . . 　77

附件七：重大法律纠纷案件情况 . . . . . . . . . . . . . . . . . . . 　79

附件八：审计检查情况 . . . . . . . . . . . . . . . . . . . . . . . . . . . 　81

附件九：重要会议清单 . . . . . . . . . . . . . . . . . . . . . . . . . . . 　82

附件十：重要文件清单 . . . . . . . . . . . . . . . . . . . . . . . . . . . 　83

附件十一：支持配合监管工作情况 . . . . . . . . . . . . . . . . . 　84

附件十二：其他内容 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 　86

1

CBMIE00028131

# 企业法定代表人声明

国有重点大型企业监事会：

中建材国际贸易有限公司已按照《企业年度工作报告》编制要求，本着实事求是的原则编制了本报告，没有应披露未披露的信息。报告内容均真实、完整，没有任何不实、隐瞒。

特此声明。

法定代表人（签名）

年　　　月　　　日

2

Confidential

# 一、企业基本情况

## （一）企业概况

### 1. 企业简介

中建材国贸在上级公司领导的带领下，全体员工艰苦奋斗，自 2004 年以来，外贸业务连续翻番、实现了跨越式增长的同时，在国内与百余家生产厂家开展战略合作伙伴关系，在境外与全球 120 多个国家和地区建立了良好的业务往来。目前已在全球多个国家设立子公司和办事处，逐步推行"属地化"经营策略，在全球化的征程上迈出了重要一步。

随着业务国际化、信息化的发展，中建材国贸在传统国际贸易模式中融入电子商务元素，于 2011 年推出全新的、服务于全球用户的电子商务平台——易单网。易单网以满足全球用户的快捷需要为目标，整合国内外资源及分布在全球的物流园体系，向国内外客户提供 24 小时、全程式、一站式采购服务。

中建材国贸的企业目标是以创新和变革为驱动力，以"大建材"、"全球化"、"精益化"为核心，加强对供应链上游、中游、下游的全程控制力，拓展和耕耘国际国内两个市场，全面提升公司的流程化和信息化建设水平，强化对资源的组织能力和对产业的增值服务能力，塑造专家型人才队伍和学习型组织，把中建材国际打造成为行业领先的全球化企业品牌。

3

Confidential

CBMIE00028133

中建材国贸将依托集团在水泥制造、复合材料、新型建材和工程装备方面的优势，业务发展以煤炭、钢铁、机械设备为主的大建材为重点，优先发展光伏太阳能和风能产品，强化和提升传统建材产品的既有优势。2013年，公司实现销售收入101亿。

多年来，中建材国贸积极倡导并努力实践合作与共赢的精神，得到了全球合作伙伴与客户的广泛认同，企业实现了跨越式发展。在未来的发展历程中，中建材国贸愿与国内外合作伙伴，互惠互利，创新和变革贸易模式，为员工、股东、客户创造价值，用优异的业绩回报社会及所有的利益相关者。

2. 本年度企业大事记

2014年12月　中建材国贸荣获海关AA类企业证书

2014年11月　易单网获得"2014年电子商务集成创新奖"和"2014年电子商务领军旗手奖"

2014年10月　第六届外洽会易单网签约巴林合作项目

2014年9月　易单网采用IBM云计算服务，开启国内跨境电商"云"时代

2014年8月　央视《对话》栏目播出中国建材集团服务转型模式，介绍中建材国贸易单网

2014年7月　央视《经济信息联播》播出易单网专题

2014年7月　经济日报发文：创新外贸模式　推动产业转型，介绍易单网模式

4

Confidential

2014年6月　首届在线供应链金融推进大会召开，易单网荣获在线供应链金融创新奖

2014年6月　易单网荣获中央企业青年文明号称号

2014年5月　易单网成为海关首家海运方式在线报关试点企业

2014年3月　易单网荣膺商务部"商贸流通业统计典型企业"

2014年2月　易单网携手中信银行实现在线结汇服务

2014年1月　易单网、中国航天科技集团等单位联合发起成立中国电子商务创新推进联盟，易单网当选为副理事长单位

（二）经营范围及生产经营能力变动情况

1. 经营范围变动情况

无

2. 主业范围变动情况

无

3. 生产经营能力变动情况

2014年度在国际环境都不为乐观的情况下，根据一带一路战略思想，大胆创新，提出"跨境电商+海外仓"的创新商业模式，实现124亿元人民币的营业收入，实现同比2013年度增加23.17亿元，增长23.76%，完成年初预算目标120亿元的103%，完成情况良好；实现利润6139.95万元，同比2013

Confidential

年增加 82 万元，与预计 1 亿元的目标，有所差距；2014 年毛利率 3.72%，较 2013 年 5.49%降低 1.77%，略有降低，主要因为海运费 2014 年上升较多。

**（三）战略规划、主要业务发展规划情况**

**1. "十二五"规划目标及完成情况**

2011 到 2014 年期间，营业收入分别为 125.9 亿元、86.4 亿元、100.7 亿元、124 亿元，净利润分别为 7453 万元、500 万元、5646 万元、6140 万元。

表 1-2 （本规划期之前四年）主要财务数据

| 年 度 | 2011 年 | 2012 年 | 2013 年 | 2014 年 |
|---|---|---|---|---|
| 主营业务收入（万元） | 1,259,120 | 864,411 | 1,007,326.43 | 1,240,536.80 |
| 利润总额（万元） | 9,985 | 1,459 | 6,058.72 | 6,188.84 |
| 净利润（万元） | 7,453 | 500 | 5,646.62 | 6,139.95 |
| 资产总额（万元） | 181,945 | 176,162 | 283,523.87 | 390,773.48 |
| 国有资产总量（万元） | 148,467 | 143,748 | 25，016.42 | 24,076.55 |
| 负债总额（万元） | 157,581 | 154,557 | 258,507.45 | 327,603.62 |
| 净资产（万元） | 24,364 | 21,605 | 25,016.42 | 63,169.86 |
| 所有者权益（万元） | 24,364 | 21,605 | 25,016.42 | 63,169.86 |
| 成本费用总额（万元） | 1,249,630 | 864,022 | 1,001,547.39 | 1,235,920.89 |
| 人工成本（万元） | 5,841 | 6,308 | 8,804 | 8,627.92 |
| 净资产收益率（%） | 32 | 2.18 | 22.57 | 9.72 |
| 总资产报酬率（%） | 5 | 0.28 | 0.66 | 4.65 |
| 国有资产保值增值率（%） | 131 | 89 | 116 | 127 |
| 年度科技支出总额（万元） | 154 | 241 | 286 | — |
| 技术投入比率（%） | 0.01 | 0.03 | 0.02 | — |
| ...... | | | | |

**2. 三年滚动规划目标及完成情况**

2014 年实现 124 亿元人民币的营业收入，实现同比 2013

6

CBMIE00028136

年度增加 23.17 亿元，增长 23.76%，完成年初预算目标 120 亿元的 103%，完成情况良好；实现利润 6139.95 万元，同比 2013 年增加 82 万元，与预计 1 亿元的目标，有所差距。

组织结构方面。组织结构调整的目标是简单高效。本着根据业绩有升有降得原则对各个业务板块进行调整，职能板块在公司业绩翻三倍的情况下，尽量不增加人员，优化流程提高工作效率。员工数量由 2013 年的 871 人压缩至 2014 年的 790 人。

人力资源方面。2014 年，中建材国贸从战略角度审视企业培训的定位、内容、方式，根据胜任力要求，打造出了员工学习地图，目前销售系列的学习路径图已投入使用。通过学习地图的设计，量化了各岗位人才的价值，缩短了人才培养周期，解决了培训管理中培训效果转化不佳的顽症，促使培训效益最大化。

2013 年公司的资产负债率比较高，达到了 91%左右。这主要是因为 2013 年我司规模迅速扩大，期间业务量猛增，从而导致因业务产生的往来同比增长迅速，使得所有者权益增幅较大。2014 年通过增资扩股，着重控制债权性投资规模，并加大权益性的投资比重，并增加公司盈利规模，将资产负债率降低到 83%。

以下为（三年滚动规划期）主要经济指标完成情况：

7

CBMIE00028137

| 年　　度 | 2012 年规划 | 2013 年规划 | 2014 年规划 | 2014 年(实际) |
|---|---|---|---|---|
| 主营业务收入（万元） | 1200000 | 2400000 | 4000000 | 1,240,536.80 |
| 利润总额（万元） | 10000 | 20000 | 27000 | 6,188.84 |
| 净利润（万元） | 7500 | 15000 | 20250 | 6,139.95 |
| 资产总额（万元） | 200000 | 250000 | 313000 | 390,773.48 |
| 国有资产总量（万元） | 163200 | 190000 | 221000 | 24,076.55 |
| 净资产（万元） | 44000 | 60000 | 82000 | 63,169.86 |
| 所有者权益（万元） | 44000 | 60000 | 82000 | 63,169.86 |
| 成本费用总额（万元） | 2185000 | 2975000 | 4051000 | 1,235,920.89 |
| 人工成本（万元） | 9000 | 9500 | 10100 | 8,627.92 |
| 在岗职工（人） | 850 | 900 | 950 | 748 |
| 净资产收益率（%） | 25.57 | 25 | 24.7 | 9.72 |
| 总资产报酬率（%） | 5.63 | 6 | 6.47 | 4.65 |
| 国有资产保值增值率（%） | 115 | 120 | 120 | 127 |

3．年度经营业绩考核目标及完成情况

2014 年实现 124 亿元人民币的营业收入，实现同比 2013 年度增加 23.17 亿元，增长 23.76%，完成年初预算目标 120 亿元的 103%，完成情况良好；实现利润 6139.95 万元，同比 2013 年增加 82 万元，与预计 1 亿元的目标，有所差距。

（四）下一年度主要工作计划

1．下一年度生产经营目标

2015 年规划全年实现销售收入 130 亿元，利润达到 8000

8

Confidential

CBMIE00028138

万元

## 2. 下一年度重点工作安排

（1）各贸易模式重点工作

①出口市场

2014 年的出口重点市场仍然为乌克兰、巴西、伊朗、沙特、阿联酋、印尼、菲律宾、泰国等。

乌克兰能源匮乏，严重依赖于俄罗斯天然气以及本国核能，针对此种情况，乌国大力开发太阳能，新能源已成为其基本国策。乌国规划 2015 年前实现总装机容量 1000 兆瓦。

巴西市场主要以传统建材和彩钢、铝板等产品为主，该市场建材市场规模巨大，增长较快，并且对外依存度有上升趋势。中国是巴西建材进口主要来源地，巴西市场也成为中国建材行业出口的新增长点。总体而言，在巴西市场有"潜力巨大、技术进步"的机会，也有"制造成本增加、潜在竞争者增加、高端产品缺乏竞争力、品牌弱势、开发设计能力薄弱、经济实力较弱"的挑战。因此，我们需要在个市场中把握政策机遇、加大技术研发、实施整合营销策略和品牌战略，形成技术优势和品牌优势。

阿联酋市场由于经济相对发达（中东地区的经贸和金融中心），同时与是北非、南欧、西亚、南亚以及中东地区的商品集散地和转口贸易中心。对产品种类需求比较广泛，装饰材料、建筑模板、玻纤制品、防水制品、新型能源类（光伏

9

CBMIE00028139

产品）等都有不错的市场需求。阿联酋的房地产和建筑业是阿国民经济的重要部门并将成为阿经济的主要增长点。2012年,阿房地产和建筑业将分别基本保持每年24%和21%的增长速度。据一家经济研究机构预测,2014年,阿联酋建筑业产值将达到222.4亿美元。该市场属于中建材国贸的成熟市场,我们在阿联酋设立了贸易公司和物流园。将该市场发展为战略平台类市场。

伊朗市场侧重于金属材料类产品,如热镀锌钢板/卷、铝产品、钢管等产品。过去,伊朗建材类产品大多从欧洲国家进口,然而欧洲国家产品大多属于高档产品,价格昂贵。而通过近年来中国建材类企业在伊朗的影响力逐步扩大,伊朗认识到中国建材产品的物美价廉。伊朗建材企业已逐渐重视对中国建材产品的进口和使用。并且由于地震等自然灾害的破坏,伊朗政府对当地的基础设施建设更加重视。特别是伊拉克战后重建问题,对建材类产品的大量需求预示着建材行业在中东市场的无限商机。

沙特阿拉伯是中东地区经济实力最强的国家之一,也是中东地区经济发展最迅速的国家。这个市场对传统建材和金属材料的需求都很大。根据国王阿卜杜勒本阿齐兹颁布的一项法令,沙特阿拉伯将在未来10年为国内居民新建50万套住房,预计该项目的成本将达到2500亿沙特里亚尔(约合680亿美元)。随着沙特对建材产品需求增加,这个市场对高中低

10

CBMIE00028140

档建材产品均有强大需求。虽然据数据显示目前中国对沙特出口额还不到其总进口额 10%，远远低于欧美日本等发达国家产品对该区域的出口。但这也恰恰是中建材国贸的商业机会。该市场将是我们今后的战略重心市场，我们将在这个市场进行深度挖掘并做深做透。

对海外的重点市场，中建材国贸建立了公司级别核心市场和重点培育市场的流程。在核心市场和重点培育市场根据需要设立子公司、办事处或者常驻人员，并完善常驻人员的激励机制、推行现地化人员编制，规划销售产品，深度挖掘客户需求。

②进口市场

2014 年的进口重点市场为江苏（主焦煤+动力煤）、福建（动力煤）、天津（主焦煤）、江西（主焦煤+动力煤）、 河北（主焦煤+动力煤）；

③内贸市场

内贸市场以圆钢、螺纹线材等为主，市场集中在苏州、常州、杭州长三角一带；

（2）大力发展"跨境电商+海外仓"的模式

2015 年我公司将进一步大力发展"跨境电商+海外仓"的模式，该模式的实施将对中建材国贸扩大产品、装备、技术和服务出口发挥巨大的作用，为实现经济转型升级和提升中国国际竞争力提供有力支持。

根据艾瑞咨询已发布的《2014 年中国电子商务行业年度

11

CBMIE00028141

监测报告》，2014 年中国电子商务市场整体保持高速发展，交易规模突破 10 万亿元。从市场结构来看，规模以上 B2B 和中小企业 B2B 仍占据 80.0%以上的市场份额。



2011-2017 中国电子商务市场交易规模

2014 年 5 月 4 日国务院办公厅下发了《关于支持外贸稳定增长的若干意见》。意见中提到"加快国际展会、电子商务、内外贸结合商品市场等贸易平台建设。出台跨境电子商务贸易便利化措施。鼓励企业在海外设立批发展示中心、商品市场、专卖店、"海外仓"等各类国际营销网络。我公司首创的"跨境电商"和"海外仓"是突破中国外贸发展瓶颈的有效模式，汪洋副总理在相关报告中批示，对我公司这种全新的外贸易发展模式予以肯定。国资委黄丹华副主任在考察我公司迪拜物流园后也给予高度评价，要求中建材国贸加快发展。

易单网作为专业的外贸综合服务平台，将供应链上的核心服务提供商通过易单网平台进行整合，搭建起一个完整的

12

外贸生态系统。在这个系统中，易单网作为平台的主体，调配各个服务提供商实现高效率、低成本、协同作业，可以为国内的生产企业提供一站式外贸服务，也可以按生产企业的需求，提供定制的外贸整合服务，为生产企业的出口保驾护航。易单网与企业共享供应链资源，为企业创造崭新价值，积极带领中小企业走出去。

凭借丰富的外贸经验和专业的精英团队，易单网为生产企业提供一站式外贸综合服务，凸显"全程、可控、信用、增值"四大核心价值。即：通过整合海关、商检、信保、保险、银行、仓储等价值链上下游资源，发挥规模效应、形成集成优势，为中小企业提供产品全球营销、客户开发、贸易谈判、订单执行、信用保险、供应链融资、物流运输、出口退税、售后服务的一站式全流程服务；作为平台的第一方，易单网全程管控，保证加盟供应商在线交易的安全，降低每个环节的成本，提高交易过程的效率；区别于常见的第三方电商信息平台，易单网全程参与到外贸交易中，严格把关海外采购商的资质，保证询盘和订单真实、有效；同时易单网作为专业、信用的跨境电商企业，依托世界500强雄厚背景和多年外贸经验，为加盟供应商提供一系列增值服务，涵盖外贸出口代理、全球营销、易单商学院外贸培训等方面。

经过多年的积累和发展，易单网打造中国领先的跨境电商平台具备得天独厚的竞争优势，具体表现在：

Confidential

CBMIE00028143

一是通过整合外贸供应链资源，让传统外贸电商化，使得整个外贸流程变得更加简单、透明、高效；

二是依托中国建材集团（CNBM）强大的品牌效应，不断提升品牌知名度，在建材及建材相关行业具有广泛的影响力；

三是在全球主要国家建立了成熟的海外营销网络，拓宽了国际市场出口渠道，全球海外仓的"属地化"经营更是实现了规模采购，集约物流，降低了国际物流成本；

四是具备丰富的外贸出口经验，汇聚培养了一批国际贸易、电子商务、供应链管理、财务会计、物流仓储、法律风控、信息化建设等方面的专业人才。易单网已经形成了一支业务能力强、综合素质高、属地化程度高的国际化优秀团队，具备综合外贸跨境电商平台的自主研发和运维能力。

随着信息化时代的来临，传统外贸产业模式中企业、产品之间的竞争逐渐转向平台、供应链之间的竞争，对跨境电商卖家来说，想要获取更高利润，物流和仓储是一个不得不破的壁垒。易单网"跨境电商+海外仓"的商业模式正是在这样的市场诉求中应运而生，突破传统模式，创新发展而来。在这个模式下，海外的买家首先通过易单网的跨境电商平台实现客户对产品的在线购买，然后利用易单网在全球范围内布局的本地化海外仓储、物流系统实现货品的及时运输、配送。一方面通过规模化采购和集约物流，可降低采购成本和运输成本，另一方面，为海外企业级买家节约了采购周期，

Confidential

CBMIE00028144

缩短资金占压成本，并且提升了购买的效率和便利性，数据表明客户的满意度和忠诚度都得到了大幅提升，易单网供应链整合的价值得以实现。

"跨境电商+海外仓"不仅是把电商平台向海外市场的拓展和延伸，更是对海外市场本地化运营的生动阐释，通过海外仓可以有效降低物流成本，由于发货速度加快，可以适当提高产品的售价，增加毛利；同时，海外仓也使得易单网的产品品类有了无限扩张的空间，为平台规模进一步扩大奠定了基础。

依托在全球主要市场建立的完善的海外营销网络和多年的"属地化"经营策略，目前，易单网海外仓战略布局已经覆盖全球重点市场，下一步将陆续延展至世界主要国家和地区。2015 年正在启动建设包括巴西、俄罗斯、沙特、缅甸、印尼、印度、欧洲、智利、巴拿马、越南等十个国家海外仓项目。已建成的迪拜物流园，坐落于阿联酋迪拜 Jebel Ali 自由贸易区，占地面积 5 万多平米，辐射南亚、西亚、非洲等 15 亿人口新兴市场，为易单网合作企业提供在中东、非洲等市场的转口贸易、现货销售的配套保税仓储和本地物流配送服务。随着中东业务的深化，将逐步拓展为覆盖 GCC 六国（阿联酋、阿曼、沙特、卡塔尔、巴林、科威特）的海外仓中东建设计划。

Confidential

CBMIE00028145



**（易单网2015年海外仓布局规划）**

　　"跨境电商+海外仓"的创新商业模式，贯彻了国家"共建丝绸之路经济带和 21 世纪海上丝绸之路"的战略构想，以及"大力发展国际营销和跨境电子商务，推动企业在"一带一路"沿线交通枢纽和节点建立仓储物流基地和分拨中心，完善区域营销网络"的指导思想。"一带一路"贯通中亚、南亚、东南亚、西亚等区域，连接亚太和欧洲两大经济圈，是世界上跨度最大、最具发展潜力的经济合作带。当前沿线国家普遍处于经济发展的上升期，对与我国企业开展互利合作、扩大经贸合作的前景广阔。

## 二、经营管理和改革发展主要情况

### （一）经营管理和改革发展的新举措及成效

#### 1. 投融资管理

　　受外部经济环境影响，我们在 2013 年银行授信的基础上，授信额度减少了 20 亿人民币，授信总额为 51 亿，其中

Confidential

CBMIE00028146

信用方式的授信额度由 2014 年年初的 8.5 亿元减少至目前的 4.5 亿元人民币。

（1）2014 年全年贸易融资 29.33 亿元，其中信用证融资 23 亿，银承 6.33 亿；另有流贷融资 20 亿元。

（2）申请远期锁汇 73 笔，交割 162 笔；易单网融资方面，梳理各事业部 356 家供应商名单，实现订单融资 25 笔，放款金额总计 10474 万元。

（3）新增工行保理融资，2014 年授信 2 家供应商，授信额度 6000 万元，实现订单融资 2 笔，放款金额总计 6000 万元。

2. 全面预算管理

2014 的预算管理，在以前年度的基础上，借助"海波龙"先进的信息管理工具，将企业运营中的"人、财、物、购、销、存"等进行统筹安排，用数字进行量化，并通过预算来监控战略目标的实施进度，将各责任人的利益与目标的实现进行捆绑。

（1）通过全面预算，合理的细化和量化了企业经营战略目标；

（2）通过全面预算，协调保障了各种资源的合理配置，将资源匹配至每个细节、每个环节，并且根据经营情况随时优化调节，以发挥最大的经济效益；

（3）通过全面预算，在经营中时时反映总目标实现的轨

Confidential

CBMIE00028147

迹，将经营目标的实现变得可控；

（4）通过全面预算，尽可能的规避经营风险，扬长避短、趋利避害；通过"事前统筹、事中控制、事后补救"等措施，实现企业长期利益最大化，将经营风险降至最低；

（5）通过全面预算，将各部门可用资源通过提前规划的方式量化下来，并与绩效绑定，使各部门可充分调动使用其分配到的资源，实现资源最大化，从而在整体上最大限度的降低了企业成本；

（6）通过全面预算，在年初即对各部门进行协调与规划，加强了业务部门上下级间、业务部门与职能部门间、部门与公司间的各层级的交流，并在沟通达成共识的基础上，遵守执行，减少了管理执行的障碍；

（7） 通过全面预算，做到责任可究；

（8）通过全面预算，将企业经营、人员绩效、资源调配紧紧围绕公司战略，保障了员工、部门、公司利益和行动的一致化

2014 年通过预算管理，公司出口部门预算完成率提高至 110%，三期费用由 2013 年的 5.15%下降至 2014 年的 4.23%，大大提升了公司的盈利空间和盈利能力。2015 年，我们会在现有基础上，进一步细化预算管理规则、优化预算管理流程，深化预算管理范畴，将信用风险和库存管理纳入到预算管理体系中，从而帮助企业对战略目标实现宏观上可调控，微观

18

CBMIE00028148

上可把握，通过层层落实，最终顺利完成。

3.人力资源管理

2014 年继续推进"金种子计划"，加强人才结构的优化与员工置换；人才库建设取得较大提升，人才库实现信息化管理，入库简历达到近五万份，人才库建设重点在配合公司转型的人才储备与管理上。

2014 年，中建材国贸从战略角度审视企业培训的定位、内容、方式，根据胜任力要求，打造出了员工学习地图，目前销售系列的学习路径图已投入使用。通过学习地图的设计，量化了各岗位人才的价值，缩短了人才培养周期，解决了培训管理中培训效果转化不佳的顽症，促使培训效益最大化。

开发易 learning 系统，将公司培训信息化。该系统包含线上线下培训多种功能同时还在不断丰富课程库相关资源，使员工可以随时在线上利用空余时间进行学习，为员工的学习提供了便利，大大提高了员工的学习热情。

深度挖掘公司业务精英的业务专业知识和营销技巧，开发出销售类课程 14 门，形成了较完善的课程体系。

2014 年，公司级培训为人均 2.7 课次，已经开展了 17 次岗位技能培训课程及编写 158 项培训案例。在此基础上，2015 年目标是公司级培训达到人均 3.5 课次，同时进一步加强部门内部培训工作的规范性。

4. 自主创新及科技投入

Confidential

CBMIE00028149

2014 年是信息化深入实施之年，是信息化发挥其威力，体现核心竞争优势时候，体现科学管理，科学经营，开始进入精细化管理研究，真正帮助流程再造，做到流程优化持续性改进的时候，同时也是中建材国贸易单网经营的推广，运营管理的核心支撑架构。然而我们必须看到很多的不足，虽然横向贯穿中建材国贸的基础运营体系，但是行业运营体系还不完整，需要跟行业相关的系统整合。

我们需要跟行业第三方系统，中信保，海运公司，银行收付款，银行融资，第三方仓储系统，海关系统，国税局等系统对接。纵向管理的控制格局还没有展开，客户、产品、业务员结合的大市场没有形成，经营计划和全面预算存在不科学的管理方式，中建材国贸中层管理者需要驾驶舱日常风险防控，强化执行质量和执行效率，决策体系数据支撑滞后，大风险，大决策不能有的放矢，稳中求胜。运营数据停留表面现象，无法深入研究挖掘，海外经营无法真正共享公司资源，投入和资源配比没有依据，海外分子机构如同中国南海孤岛，没有信息航母的支持恐难维计。易单网推广扩张存在巨大瓶颈，没有从"模式化"到"模型化"真正产出的过程，对行业研究还不足。没有市场管理，导致没有专业经营，如何通过信息化整合形成辅助战略的进攻武器。

5. 产业链与客户管理

（1）业务流程精细化

20

CBMIE00028150

公司的规模在快速发展，随着销售额的不断攀升，业务模式越来越多样化，业务流程也越来越复杂。公司业务战略方针在不断调整，管理难度也在不断加大，为了解决这种新的情况，公司领导对信息化系统提出了新的要求，在线制单信息化项目应运而生。

在调研在线制单项目的时候，我们首先要明白为什么实现在线制单信息化，能达到什么样的效果，而不是简单地把线下的工作搬到线上去。我们是要在业务层面实现信息化(如企业的合同管理、办公管理)，提高工作效率，实现企业知识的积累与传承，减少人为因素，规范业务管理。

在对外出口业务在线制单的基础上，实现了信保额度申请、在线报价、制作订单、在线订舱、制作收货单、制作发货单、提请报关、确认起运、录入发票、制作订单台帐等一系列的业务环节。最终实现了对业务出口、转口和进口的全模式业务流。

通过 2014 年的项目研发与优化，逐步推行业务核心操作，实现从采购到入库到销售全流程网上操作管理，要深度实施推广，把公司的进口、转口、内贸的管理流程全面梳理，上线交割，出台数据检验的基础报表。

（2）财务数据资金池效应

公司的财务信息化项目在不断深化开展，通过信息化平台成就公司业务规模效应，精细化核算，实现公司资金流的

21

CBMIE00028151

全面数字化。但是公司之前的信息系统财务分析报表需要花费大量的人力物力去梳理，工作成本过于高昂，且报表数据容易出错。公司领导及各部门经理对公司和部门的业务经营财务情况的要求越来越高，但是无法及时获得相关的业务经营数据和财务数据。

对此，我们把商业银行的信贷、结算等职能和方式的优势，引进企业内部，每个业务独立核算单元根据年度业务预算，向公司申请信贷资源，经公司批准后，给予一定的虚拟额度，公司按照虚拟额度的使用情况来收取费用。这种方法促进了公司的预算体系的建立，充实和完善了企业内部经济核算，有助于提高资金的使用效率和收益。实行小企业战略，把部门和子公司拆分成不同的核算单元，各核算单元根据预算分配不同的现金额度及授信额度，建立公司的核算单元体系，并实现公司内部与各核算单元之间的结算功能，支持虚拟结算功能。

财务信息化实现了各分公司和各部门之间的财务信息共享和整合，提高了财务管理工作的质量和效率，对提升公司整体竞争力、发展战略具有十分重要意义。财务系统能将公司采购、销售、经营、筹资、收付款等过程有效地管理起来，同时也将资金流和物流同时纳入财务管理，从而轻松掌握各部门各流程的全方位管理。公司财务系统一旦完全地运行之后，可以使企业财务决策更加科学高效，从而更加合理的配

Confidential

置资源，分析成本，使企业管理层及时掌握企业经营状况，降低内部交易成本、提高企业经营效绩，真正实现事前、事中和事后的控制和监督，从而促进企业核心竞争力的提升。

通过资金池项目的应用范围和业务数字化管理，实现顺畅的信息流转和详细的报表管理，实现报表分析和决策支持。对业务中实时发生的财务数据加强监管和分析，拟定最细的核算单元，形成有效的激励机制，不管是业务上的收款、付款，还是运营上的报销、借款，所有的财务费用都能核算到每一个订单、每一个人。这是公司财务管理信息化战略的一大里程碑，对打通业务系统和电子商务环节之间的壁垒，具有非常重要的意义。

（3）客户、供应商数据评估体系建设

随着公司业务的发展，以及易单化项目的逐步深化，新的询报价体系对客户信息提出了新的要求。为了满足易单网的前端客户需求，我们必须对客户的沟通状态进行有效的分析和梳理。

为了规范客户信息录入，保证客户信息的真实、准确、完整性，实现客户信息规范管理，更好地维护公司利益，我们对于 ETP 客户信息内容进行约束和改造。根据当前客户信息梳理现状与进度，为有序完成本次客户信息改造项目，采取市场部梳理、信息化建设并行推进的工作原则，达到保证建设速度和质量的建设原则。

23

Confidential

同时，结合在线融资等项目的开发，迫切需要建立起一整套供应商资质、信誉、交易情况的管理和评估体系。供应商管理体系和评估的建立，首先要建立起完善的执行标准和管理流程，其次需要线下收集供应商的实际信息、并在系统中进行录入和整理，最终实现供应商评价数据和结果能自动化输出。

我们制定了供应商的准入标准，明确供应商的筛选、评定、淘汰和激励的流程制度。制定 ETP 供应商管理模板，实现供应商相关的数据可随时提取，可自动评级，随着交易情况的变化，实现系统对供应商的动态化管理。实现对业务部门商务谈判的支持，业务员能根据供应商评级的信息，选定最合适的供应商。加上与供应商的合作关系，以及增强对供应商风险的管理。

（4）逐步发展外部战略

在 2014，做好"易单化"战略支持，内部运营灵活完整，外部与行业第三方系统对接并做好安全防护工作，中信保、货代数、小额在线支付，据已经接通，可能还有票务税务系统对接。

在金融方面，我们和银行数据打通，建行投融资项目，内部审批和银行审批流程镶嵌，银企直连，实现了与中国建设银行、中信银行的数据对接。

在政府方面，我们和中国出口信用保险公司、国家金税

24

CBMIE00028154

工程等重要企事业单位和国家政府机构的信息系统对接，架起了业务数据和财务数据的信息化桥梁。实现了在线信用审核、在线金额支付、在线税票打印等多项关键信息的功能交互，极大地节省了各部门的线下工作，发挥了公司在友好单位的影响力，使公司业务站在了中国信息化进程的前沿。

（6）企业信息化的创新和发展

随着信息技术的不断发展和深入，企业管理方式正在向创新管理和知识管理转变。制度化、标准化再信息化，这样的信息化实施成功会有保证，不要给予信息化能一夜之间改变企业的现状，信息化是企业管理的辅助工具，依托企业现状，适当提升企业管理水平。如何做好企业信息化、建立起业务流程标准和企业管理规范，这是我们下一年努力的目标和方向。

6.节能减排的成效

国际贸易公司按照集团要求，认真贯彻落实节能减排工作，2014 对北京本部照明灯管进行了全面 LED 改造，改造前每年照明费用约 8 万元，通过 LED 照明灯管改造后每年用电费用约 3 万元，每年为公司节约用电成本约 5 万元，大大降低了公司用电能源和成本。

7.客户管理

2014 年对《客户信息管理规范》进行多次优化与完善，改造了 ETP 客户信息界面，基本解决了客户信息录入混乱、

25

CBMIE00028155

客户沟通状态不明确、客户归属不清晰的难题，实现了客户信息录入规范化、客户沟通状态由系统自动判断、客户归属清晰化的管理目标。迈出了数字化管理的重要一步。

优化了市场部体系报表，对客户资产进行了全面管理，截止 2014 年 11 月共收录客户数 18 万条，其中活跃客户 4000 个。另外对客户价值也从最近消费时间间隔、消费频率、消费金额进行了分析，科学衡量客户价值。

8. 安全生产

2014 年中建材国际贸易有限公司在集团及总公司企管部的指导下，在公司领导及各级管理人员共同努力下，认真贯彻执行"安全第一，预防为主"的安全工作方针，坚守安全红线、强化主体责任，务实开展安全教育培训，实现全年伤亡事故为零。国际贸易公司始终把安全工作放在首位，落实集团及总公司、公司本部在安全生产管理方面的工作，为公司各项工作的开展和经营指标的完成打下了坚实基础。

2014 年，公司认真组织学习贯彻集团公司 2014 年安全生产工作重点等文件的内容和精神，坚持每季度开展安全生产大检查工作，以对企业、对职工、对生命高度负责任的态度做好安全生产工作。分析解决安全生产中存在的问题，排查隐患，及时传达集团和地方政府主管部门有关安全工作指示精神，优化安全领导小组成员的责任，贯彻谁主管谁负责

26

CBMIE00028156

的原则，把责任落实到每个岗位、每个员工身上，使每个员工责任明确化。

作为物流贸易板块，阿联酋和无锡公司安全生产管理人员取得安全管理人员证书，2014年无重大事故伤亡，轻伤事故0；职业病体检合格率达到100%。

9. 全面信息化建设

中建材国际贸易把信息化作为促进公司各项工作全面提高的一个重要突破口，为企业的"三层决策"系统（战术层、战略层、决策层）提供准确而有效的数据信息，将企业的经营及管理流程在线实现。使企业管理层真正可以在线获得完整而明晰的业务经营状况信息，有助于做出快速决策，其本质是加强企业的核心竞争力。

2014年中建材国贸信息化已经横向贯穿运营体系，并且开始进入精细化管理研究，真正帮助流程再造，做到流程优化持续性改进。2015年，我们需要进一步跟行业第三方系统中信保、海运公司、银行收付款、银行融资、第三方仓储系统、海关系统、国税局等系统进行对接。全面展开纵向管理。

2014年，中建材国贸开始使用"资金池"进行资金的管理。通过信息化平台成就公司业务规模效应，精细化核算，实现公司资金流的全面数字化。把商业银行的信贷、结算等职能和方式的优势，引进企业内部，每个业务独立核算单元根据年度业务预算，向公司申请信贷资源，经公司批准后，

27

Confidential

CBMIE00028157

给予一定的虚拟额度，公司按照虚拟额度的使用情况来收取费用。这种方法促进了公司的预算体系的建立，充实和完善了企业内部经济核算，有助于提高资金的使用效率和收益。实行小企业战略，把部门和子公司拆分成不同的核算单元，各核算单元根据预算分配不同的现金额度及授信额度，建立公司的核算单元体系，并实现公司内部与各核算单元之间的结算功能，支持虚拟结算功能。

随着公司业务的发展，以及易单化项目的逐步深化，中建材国贸将会建设客户和供应商数据评估体系。使客户信息的真实、准确、完整性，得到规范管理，更好地维护公司利益。同时，结合在线融资等项目的开发，建立起一整套供应商资质、信誉、交易情况的管理和评估体系，最终实现供应商评价数据和结果能自动化管理。

10.社会责任管理

公司一直十分注重企业文化建设，通过各种活动来凝聚员工力量，为公司总体战略目标服务，今年以来主要开展了以下几个方面的工作：

（1）重视新员工入职培训：2014 年共举办 11 期新员工入职培训，让每位新员工都能充分感受公司"宽松、宽容、宽厚"的企业文化，以人为本的理念和"创新、诚信、共享"的企业价值观。

（2）公司坚持制作内部刊物，今年将会制作《易单宣传

28

Confidential

CBMIE00028158

册》作为 2014 年的年刊，并将年刊作为新员工入职必读刊物。

（3）公司加强老员工联系与答谢活动，每年都对在公司工作满 5 年以上员工举行座谈会，感谢老员工们为公司发展做出的努力与贡献，并通过他们向新员工传导公司企业文化。

（4）通过组织多次丰富多彩的集体郊游活动，加强团队建设，增强员工对公司的凝聚力。传统一年一届的年会和中秋歌会的成功举办，是公司企业宣传最好的平台，给公司员工提供了很好的舞台来充分展示自己、增进员工交流、熟悉企业文化。

（5）宣传方面通过易单网建设，加强了对客户及供应商的形象推广与品牌宣传，并在招聘、展会等多种渠道及活动中提升公司的市场知名度。

11. 法律事务管理

由于我公司的央企背景，在经营、用工、市场营销、技术开发等方面非常自律，行政违规风险很低。我公司的法律风险主要源于业务合同风险及商业秘密保护风险。为避免在高强度的合同审核工作中忙中出错，我们增加了法律培训次数及范围，加强公司业务部门员工在商业合同签署、执行、争议解决方面的基本意识，特别是对那些金额大、风险高、利润低、成交时间要求紧的煤炭业务部门，这一工作显得尤为必要。除了培训，还要考虑在新员工筛选环节，在职员工的日常考核和绩效评定环节，增大上述工作考核权重，间接

29

Confidential
CBMIE00028159

促进业务部门工作能力和工作效率的提升，降低公司经营风险。

对于完善公司商业秘密保护和竞业禁止工作，在年初工作计划的基础上，制定并下发了新版《员工保密协议》和《竞业禁止协议》，完成了年初工作规划。

公司标牌管理方面，今年修订了商标申请注册管理流程。

12.党建重点工作

2014年国际贸易党总支按照总公司党委部署要求，紧贴工作实际，围绕完成2014年经营目标为良好开局，加大"跨境电商+海外仓"新型外贸模式，推进群众路线活动深入开展取得阶段性成效。在公司全体党员职工的共同努力下，紧紧围绕学习型党组织和开展群众路线工作为中心，不断提高中层干部和员工的政治素质和理论水平；加强党支部组织建设工作，充分发挥党支部的战斗堡垒作用、党员的先锋模范作用和思想政治工作的服务保证作用，为公司业务发展营造良好的工作氛围，具体总结内容如下：

（1）深入开展群众路线活动、落实中央八项规定、反腐倡廉工作的有关情况。按照集团和总公司党委部署，国际贸易公司群众路线教育实践活动今年4月开始，历时8个月，目前已基本结束。公司8个党支部、3名领导班子成员和88名党员参加此次活动。

公司党总支把开展好教育实践活动作为一项重大政治

Confidential

CBMIE00028160

任务，按照"三严三实"要求，认真落实主体责任，强化组织领导，吃透中央精神，深入研究部署，扎实系统推进。一是健全组织保障。公司建立了活动领导小组和办公室，党总支主要负责人担任组长，3 名班子成员全部建立了基层联系点，形成了主要领导负总责、一级抓一级、层层抓落实的工作格局。4 月 3 日召开了公司党的群众路线教育实践活动动员大会，扎实推进活动开展。活动中，坚持对关键节点的指导和管理，制定了《活动具体组织方式和时间安排表》。二是加强分类指导。公司党总支从实际出发，针对领导班子成员结构、支部和党员数量、党员分布等不同的情况，进行分类指导。三是领导率先垂范。公司 3 位班子成员深入联系点参加学习研讨活动和职工座谈会，亲自审核对照检查材料，提出修改意见，全程参加专题民主生活会，帮助查找问题，理清活动思路，全程指导教育实践活动。四是注重宣传引导。公司通过设立网上活动专栏、微信等形式，加大宣传力度，及时传达中央精神、报道活动进展情况、总结活动中的经验做法，学习选树先进典型，为活动健康、持续开展搭建了平台、营造了良好氛围。

作为第二批活动的基层单位，公司始终密切联系职工群众。活动中，公司立足实际，突出特色，按照规定程序步骤扎实推进、增强实效。一是学习贯穿始终，夯实思想基础。活动期间开展集中学习 12 次，讲党课 2 次，观看专题教育片

31

CBMIE00028161

5 次，组织基层书记培训 1 次。二是开门听取意见，深入查摆问题。坚持开门搞活动，聚焦"四风"，广开言路，广泛听取意见建议，公司领导班子以多种形式征求员工群众意见和建议，包括召开专题座谈会、开设线上"小喇叭"网络征求意见平台，设立公司意见箱等，共征求意见 104 条。在此基础上，召开了高质量的专题民主生活会，以整风精神开展批评与自我批评，达到了"团结—批评—团结"的目的。组织开好基层党组织专题组织生活会，开展民主评议党员，三是创新活动载体，契合基层实际。按照集团和总公司深入开展"五个一"活动的要求，国际贸易公司组织参观了《北京市反腐倡廉法制教育基地》、召开了《践行党的群众路线 提高企业精细化管理水平》专题研讨会、总经理每月开展员工交流座谈会、领导班子到基层调研等活动，切实了解并解决了群众普遍关注的问题，受到群众的欢迎和好评。

　　教育实践活动的成效，关键在整改落实。一是坚持上下衔接，深化系统整改，统筹公司整改任务，上下联动解决问题。二是建立问题清单，做到彻底整改。强化"问题意识"，从群众关切的问题改起，从群众身边的小事抓起，在解决具体问题中让职工群众看到新变化、新成效。公司制定《整改措施方案》，涉及 6 项专项整治、4 项重点整改和 9 项具体制度建设任务。目前已完成专项整治项目 6 项，重点整改项目 3 项，制度建设 5 个，在整改落实环节列出问题清单，建

32

Confidential

CBMIE00028162

立整改台账，明确细化"任务书"、"时间表"、"责任人"。
三是建立长效机制，巩固活动成果。坚持在抓常、抓细、抓
长上下功夫，着力构建完备的制度体系，建立健全制度9项。
公司已完善《会议纪律管理规定》、《员工问题和建议跟踪
管理流程》、《廉洁从业规定》。

（2）加强领导班子建设、员工队伍建设的主要工作和成
效。国际贸易党总支将政治理论学习作为不断提升领导班子
行政能力与业务素质，推动学习型党组织建设的有效手段，
进一步解放思想、开阔视野、真抓实干、创新发展，确保圆
满完成全年目标任务。作为党的基层组织，我们把它当成重
大政治任务常抓不懈、抓紧抓好；全面把握其内涵和特征，
在实际工作中深入推进。一方面深入落实学习要求，提升政
治理论素养，一方面及时转化学习成果，谋划企业发展思路。

通过工作会、经验交流会、工作联系活动等形式不断提
高基层支部成员的理论和政策水平，使支部成员真正做到坚
持以公司中心任务为中心，围绕中心工作带好党员队伍、抓
好党建工作，做到理论学习指导实践，推动工作取得成效。

中建材国际贸易党总支组织公司领导班子、党员干部和
积极分子中掀起了学习《中国共产党章程》、《中共中央关
于加强和改进党的作风建设的决定》、《党的群众路线教育
实践活动学习材料》等活动，对教育学习活动内容、方法、
步骤和时间进行了统一安排。坚持学用结合，要求全体党员

33

Confidential

撰写学习心得，不断增强党性，牢固树立正确的世界观、人生观、价值观。

（3）服务群众，做好党群工作。中建材国际贸易党总支始终坚持以人为本，把尊重人、理解人、关心人的理念落实到具体工作中，注重人文关怀，对职工在工作、家庭生活中遇到的问题和困难，尤其是在职务变动、岗位变动、职工家庭生活中出现较大变故时，积极主动地给予真诚的关心和帮助，充分发挥了思想政治工作化解矛盾、克服消极因素、调动积极因素的作用，确保了公司各项工作的顺利进行。在工会、共青团各项工作开展过程中始终坚持党建带工建、带团建的原则，通过工会和团组织活动凝心聚力。

**（二）经营管理和改革发展存在的主要问题及建议**

遇到的主要问题：公司多种业务齐头发展，发展迅速，但是有些业务依然薄弱，对于风险的控制还有待提升；公司的信息系统还需要解决与财务系统的对接，为业务决策、考核、激励提供有效的数据支持；业务流程分散，系统性不够强，导致管理有难度，执行力有待提高；海外仓建设尚处投入和初步发展阶段，需要尽快完善相关流程和制度，拓展周边业务。

针对以上问题梳理出以下经营建议：

1. 做一个"有根"的企业

"随着经济全球化的形成，衡量一个企业竞争力的标准也

34

CBMIE00028164

从过去的规模大小转变为评价其在全球范围内调配资源能力的大小。作为中国最大的基础原材料主导企业，中国建材未来的发展方向必然是实现全球化经营。"

（1）着力培育我们有优势的市场：

| 核心业务 | 市场培育措施 |
| --- | --- |
| 出口市场 | 阿联酋，伊朗，中东地区、东亚、欧美地区等 |
| 光伏工程 | 德国，保加利亚 |
| 无锡中建材钢铁 | 集中精力精心耕耘"大无锡"市场 |
| 动力煤 | 突出长三角市场 |
| 焦煤 | 主攻唐山市场，建设配煤中心 |

（2）进一步明确各业务单元的专业化分工方向：

| 业务单元 | 专业化方向 |
| --- | --- |
| 中建材国际贸易 | 专业出口平台 |
| 中建材新能源工程公司 | 光伏工程 |
| 易单网 | 电子商务 |
| 中建材国际阿联酋公司 | 海外仓（供应链整合） |
| 中建材国际越南公司 | 建筑，工程机械销售 |
| 中建材国际印度公司 | 建筑，工程机械销售 |
| 中建材国际美国公司 | 废钢销售和转口 |
| 中建材国际印尼公司 | 煤炭资源基地建设 |

35

CBMIE00028165

（3）加强大宗产品的精细化管理：对光伏产品的业务拓展、焦煤产品的快速销售及加工增值、钢材内部业务的采购控制等工作推进管理精细化，提高业务的盈利能力与抗风险能力。

（4）大力推进电子商务的发展：推进易单网的独立经营、探索创新盈利模式、与本部核心业务协同与互补，加速传统贸易模式转型升级。

（5）改善资本结构，与有"根"的企业深度合作：与有技术竞争力的制造、再加工、工程等企业进行资本与技术合作，拓展我们的产业链一体化竞争力，逐步积累资本运营能力、向资本市场迈进。

（6）严控风险，在企业的经营中，要严格按照黄总提出的"低风险，稳收益"的管理思路，把风险控制放在第一位。

（7）精细管理，做好预算控制。经济环境恶化，资金及业务都萎缩时，每笔订单、每笔资金，都要精细核算，严加管控。 越是形势严峻，越是要加强预算管理。

2.组织结构创新

基于小企业精神，我们打造的总部是小总部，或者说是轻总部。总部主要的功能有：制度流程管理、财务、信息系统、综合服务。总部本身也作为一个核算单元，各个业务单元作为一个个"小企业"在总部的支持和考核下成长、发展。

一个销售经理，随着他业绩的成长，公司给他配备的舞

Confidential

CBMIE00028166

台有项目组、部门、事业部、分公司，直至单独一个企业平台。组织结构是为人才的成长而设，而绝不能成为限制甚至扼杀人才的工具。我们在组织结构的设置上充分弹性，高度关联员工的绩效考核，也高度贴近业务和市场变化。公司较为彻底的信息化运作，为这种组织结构的弹性设置创造了条件。

3.业务发展方式创新

在业务发展方式上我们主要是两个思路，一是同心圆模式：客户需求为圆心（或者说核心），通过给客户提供一揽子产品和增值服务，有效地创造价值，并开发新的业务领域。另外一个发展方式是以产品相关性为核心，随着外部市场变化及自身资源配置条件，不断调整、改变自己的业务边界，在稳定老业务的同时，不断开辟新的业务边疆。

4.模式创新，打造百亿基业

我们期待通过管理再造，能塑造出中建材国际自身的核心竞争力。具有核心竞争力的公司，其商业模式才会有持久的盈利能力。核心能力越强的企业，其模式创新的余地和空间就越大。我们要实现现货和期货两种业务方式互为依托，实体物流基地和虚拟网络现货两个平台比翼齐飞的全新业务模式。

（三）企业持续发展能力分析

在总公司战略规划下，按照转型、创新、变革的要求，

Confidential

CBMIE00028167

中建材国贸在将主营业务定位于以建材、机械、钢材等出口和煤炭等能源相关产品进口为主、以钢材等产品内贸业务为辅的同时，积极实现企业的战略升级和转型；通过"跨境电商+海外仓"的商业模式，积极探索和开创新的外贸出口优势，借力供应链的整合和大数据分析来拓展价值增值的综合服务，以打造企业核心竞争力。

中建材国贸将在总公司的规划指导下，深入学习并贯彻落实黄总提出的"四个转变"的要求，紧扣"一带一路""互联互通"的伟大战略构想，完善"跨境电商+海外仓"的经营模式，结合节点管理的思想与工作方法，推进精细化管理，加强内部控制，以管理提升促进经营进步，实现"成本最低、效率最高、风险控制最好，持续改进进程，追求卓越绩效"的目标。

2015 年是我公司的业务转型升级期，在产品结构、业务模式上将全力配合"跨境电商+海外仓"的战略定位，积极整合全球资源、深度参与国际竞争，变革业务模式，强化现代服务理念，结合互联网技术，将现代物流理念与国际贸易进行有机的结合，以增强公司增值服务能力及对价值链的控制能力，提高公司国际资源整合能力和综合竞争力，积极推进中国外贸模式创新体系建设。

## 三、生产经营及财务效益情况
（一）总体情况

38

Confidential
CBMIE00028168

1．本年度生产经营总体情况

2014 年，公司所属的物流贸易板块全年完成营业收入124 亿元,利润6139.95 万元。截止 2014 年底,资产总额 39.08 亿元，负债总额 32.76 亿元，所有者权益 6.32 亿元

2．主要资产或经营业务的区域分布情况

| 区域 | 单位或项目名称 | 2013 | 2014 |
|---|---|---|---|
| 主营业务收入 | 万元 | 1,000,000 | 1238455.46 |
| 主营业务利润 | 万元 | 6000 | 5023.25 |

（二）分板块生产/经营情况

板块 1：出口业务板块生产/经营情况

| | 单位 | 2012 年 | 2013 年 | 2014 年 | 2014 年同比增速（%） |
|---|---|---|---|---|---|
| 主营业务收入 | 万元 | 329,520 | 284,735 | 486,508.28 | 70.86 |
| 主营业务成本 | 万元 | 268,340 | 244,491 | 454,048.76 | 85.71 |
| 主营业务毛利 | 万元 | 61,180 | 40,244 | 32,459.52 | -19.34 |

2014 年度，出口大幅增加。但是由于运输成本等大幅上升，造成了利润比 13 年同期降低了 19.34%。

39

CBMIE00028169

板块 2：进口业务板块生产/经营情况

| | 单位 | 2012 年 | 2013 年 | 2014 年 | 2014 年同比增速 (%) |
|---|---|---|---|---|---|
| 主营业务收入 | 万元 | 138,699 | 107,486 | 145623 | 35.48 |
| 主营业务成本 | 万元 | 149,672 | 101,324 | 141196 | 39.35 |
| 主营业务毛利 | 万元 | -10,973 | 6,162 | 4427 | -28.16 |

2014 年度，中建材国贸增幅较大，同时与出口业务出现同样情况，成本上涨幅度大于主营业务收入，造成今年利润有所降低。

板块 3：内贸业务板块生产/经营情况

| | 单位 | 2012 年 | 2013 年 | 2014 年 | 2014 年同比增速 (%) |
|---|---|---|---|---|---|
| 主营业务收入 | 万元 | 292,906 | 349,849 | 399628 | 14.23 |
| 主营业务成本 | 万元 | 292,512 | 346,193 | 393743 | 13.74 |
| 主营业务毛利 | 万元 | 394 | 3,656 | 5,885.20 | 60.97 |

2014 年公司内贸业务销售额上涨 14.23%，动力煤内贸的销售收入大幅上涨，今年销售额达到 4.7 亿元，相比去年同期增长 87.26%。14 年此产品的成本为 4.5 亿元，涨幅为 80.8% 小于销售收入的涨幅，从而提高了本产品的利润。

板块 4：转口业务板块生产/经营情况

| | 单位 | 2012 年 | 2013 年 | 2014 年 | 2014 年同比增速 (%) |
|---|---|---|---|---|---|
| 主营业务收入 | 万元 | 53,243 | 156,048 | 206695.72 | 32.46 |
| 主营业务成本 | 万元 | 56,400 | 148,986 | 199235 | 33.73 |
| 主营业务毛利 | 万元 | -3157 | 7062 | 7460.48 | 5.64 |

2014 年转口业务大幅增加，同期增长 32.46%。阿联酋公

Confidential

CBMIE00028170

司增长较多。主要产品有铝材、型钢等。转口业务实现销售收入 20.67 亿元，成本 20 亿元，毛利同期增长 5.64%。

（三）经济效益情况

1．2014 年度各指标变动情况及大幅变动原因分析

2014 年实现 124 亿元人民币的营业收入，实现同比 2013 年度增加 23.17 亿元，增长 23.76%，完成年初预算目标 120 亿元的 103%，完成情况良好；实现利润 6139.95 万元，同比 2013 年增加 82 万元，主要影响因素为焦炭和光伏的代理业务规模较大，毛利率较低。2014 年营业成本 118.4 亿元，期间费用 6.6 亿元。

2．2014 年度分板块效益情况分析

（1）主要商品收入与上年同期对比（金额单位：万元）

| 序号 | 商品类别 | 本年累计 | | 上年同期 | | 同比增减 | |
|---|---|---|---|---|---|---|---|
| | | 金额 | 占总收入比重 | 金额 | 占总收入比重 | 增减额 | 增减率 |
| 1 | 钢材 | 293,797 | 24% | 271,374 | 27% | 22,422 | 8% |
| 2 | 焦炭 | 206,468 | 17% | 46,999 | 5% | 159,469 | 339% |
| 3 | 太阳能组件 | 163,210 | 13% | 181,822 | 18% | -18,612 | -10% |
| 4 | 动力煤 | 138,009 | 11% | 150,866 | 15% | -12,857 | -9% |
| 5 | 装饰材料 | 48,807 | 4% | 9,418 | 1% | 39,390 | 418% |
| 6 | 主焦煤 | 36,938 | 3% | 100,263 | 10% | -63,324 | -63% |
| 7 | 玻纤产品 | 35,410 | 3% | 14,748 | 1% | 20,662 | 140% |
| 8 | 保温材料 | 29,354 | 2% | 81,075 | 8% | -51,721 | -64% |
| 9 | 铝产品 | 25,617 | 2% | 28,821 | 3% | -3,204 | -11% |
| 10 | 机械设备 | 11,364 | 1% | 16,718 | 2% | -5,353 | -32% |
| 小计 | | **988,974** | 80% | **902,104** | 90% | 86,870 | 10% |

Confidential

CBMIE00028171

与上年同期相比，动力煤收入减少 1.29 亿元，降低 9%；焦炭收入增加 15.95 亿元，玻纤产品收入增加 2.07 亿元增长 140%。

（2）主要商品利润与上年同期对比（金额单位：万元）

| 序号 | 商品类别 | 本年累计 | | 上年同期 | | 利润率 | | |
|---|---|---|---|---|---|---|---|---|
| | | 金额 | 占总利润比重 | 金额 | 占总利润比重 | 本年 | 上年 | 同比增减 |
| 1 | 钢材 | 3,879 | 63% | -2,367 | -39% | 1.32% | -0.87% | 2.19% |
| 2 | 焦炭 | 869 | 14% | 3,892 | 64% | 0.42% | 8.28% | -7.86% |
| 3 | 太阳能组件 | 7,292 | 118% | 19,446 | 321% | 4.47% | 10.69% | -6.23% |
| 4 | 动力煤 | 2,650 | 43% | 4,632 | 76% | 1.92% | 3.07% | -1.15% |
| 5 | 装饰材料 | 2,270 | 37% | 17 | 0% | 4.65% | 0.18% | 4.47% |
| 6 | 主焦煤 | 622 | 10% | -3,120 | -51% | 1.68% | -3.11% | 4.80% |
| 7 | 玻纤产品 | 1,253 | 20% | -534 | -9% | 3.54% | -3.62% | 7.16% |
| 8 | 保温材料 | -791 | -13% | -677 | -11% | -2.69% | -0.84% | -1.86% |
| 9 | 铝产品 | 1,411 | 23% | 678 | 11% | 5.51% | 2.35% | 3.15% |
| 10 | 机械设备 | 1,488 | 24% | 1,380 | 23% | 13.09% | 8.25% | 4.84% |
| **小计** | | **20,944** | 340% | **23,347** | 385% | 2.12% | 2.59% | -0.47% |

钢材产品利润率较上年同期增加 2.19%，焦炭利润率减少 7.86%，光伏产品利润率较上年同期降低 6.23%，机械设备利润率较上年同期增加 4.84%。

3．2014 年度所属企业亏损面、重要子企业/业务/项目亏损或潜亏情况及原因分析

无

42

CBMIE00028172

### 4．2012-2014 年经济效益指标变动趋势及影响因素

| | 2011 年（万元） | 2012 年（万元） | 2013 年（万元） | 2014 年（万元） | 2014 年同期比例 |
|---|---|---|---|---|---|
| 营业收入 | 1,259,971 | 865,661 | 1,008,885 | 1240536 | 123% |
| 营业成本 | 1,213,468 | 812,685 | 950,206 | 1184438 | 125% |
| 期间费用 | 36,162 | 51,388 | 50,815 | 65945 | 130% |
| 资产减值损失 | 356 | 489 | 508 | 74 | 15% |
| 公允价值变动收益 | – | – | -2,077 | -230 | 11% |
| 营业利润 | 9,991 | 1,302 | 6,065 | 4398 | 73% |
| 利润总额 | 9,985 | 1,459 | 6,059 | 6156 | 102% |
| 净利润 | 7,453 | 500 | 5,647 | 6139.95 | 109% |
| 归属于母公司所有者的净利润 | 7,453 | 500 | 5,647 | 6139.95 | 109% |

### （四）资产负债及权益情况

#### 1．2014 年末资产负债指标变动原因分析

2014 年公司资产总额 39.08 亿元，较上年同期 28.35 亿元增加 10.72 亿元，主要原因是本年销售额增加，应收账款与去年同期相比，增长 10 亿元。公司负债总额 32.76 亿元，较上年同期增加 6.91 亿元。经营活动现金流量-9.63 亿元，出现负现金流。

#### 2．2012-2014 年资产负债指标变动趋势及影响因素

| 项目 | 2011 年（万元） | 2012 年（万元） | 2013 年（万元） | 2014 年（万元） | 2014 年同期比例 |
|---|---|---|---|---|---|
| 资产总额 | 181,945 | 176,162 | 283,524 | 390,777 | 137.8% |
| 流动资产 | 175,944 | 166,402 | 269,647 | 377051 | 139.8% |
| 货币资金 | 61,770 | 28,312 | 103,570 | 50280 | 48.5% |
| 交易性金融资产 | – | – | – | – | – |
| 应收账款净额 | 11,356 | 46,860 | 12,477 | 115816 | 928.2% |
| 存货 | 31,551 | 30,680 | 85,084 | 56636 | 66.6% |
| 负债总额 | 157,581 | 154,557 | 258,507 | 327604 | 126.7% |

43

Confidential

CBMIE00028173

| | | | | | |
|---|---|---|---|---|---|
| 流动负债 | 157,581 | 154,557 | 258,507 | 327604 | 126.7% |
| 银行借款 | 95,014 | 96,248 | 124,567 | 180,842 | 145.2% |
| 其中：短期借款 | 95,014 | 96,248 | 124,567 | 180,842 | 145.2% |
| 所有者权益总额 | 24,364 | 21,605 | 25,017 | 63170 | 252.5% |
| 归属于母公司的所有者权益总额 | 24,364 | 21,605 | 25,017 | 63170 | 252.5% |
| 经营活动产生的现金流量净额 | -6,977 | -20,448 | 81,265 | -96316 | -118.5% |
| 投资活动产生的现金流量净额 | -3,054 | -2,852 | -368 | -846 | 229.9% |
| 筹资活动产生的现金流量净额 | 56,245 | -10,142 | -5,531 | 40323 | -729.0% |
| 现金及现金等价物净增加额 | 46,086 | -33,459 | 75,258 | -56825 | -75.5% |

（五）经营绩效情况

1. 2014 年各指标变动情况及大幅变动原因分析

2014 年度，在国际在环境不容乐观的情况下，中建材国贸大胆创新，提出跨境电商+海外仓模式，并且积极加入到国家提倡的混合所有制改革中，鼓励员工持股，让员工真正成为国贸的主人翁。在这样的情况下，中建材国贸营业收入大幅增加，与去年增长率增加了 23.76 个百分点。但是由于本年费用的大幅增长，所以本年的主营业务利润率有所下滑。

国有资本增值保值率、净资产收益率、资产负债率指标受增资影响，较上年变化较大。总资产周转率、流动资产周转率指标值较上年变化不大，公司资产周转状况和资源的运作效率良好。由于应收账款等管理的加强，速动资产运营效率较上年有所提升。

44

CBMIE00028174

2．2012-2014 年经营绩效指标变动趋势及影响因素

| | 2011 年 | 2012 年 | 2013 年 | 2014 年 | 2014 同期比例 |
|---|---|---|---|---|---|
| 国有资本保值增值率（%） | 131.00 | 88.68 | 115.79 | 200.25 | 172.9% |
| 经济增加值 | -31,521 | 8,044 | 14,527 | 18663 | 128.5% |
| 净资产收益率(不含少数股东权益)(%) | 31.85 | 2.18 | 24.22 | 9.72 | 40.1% |
| 主营业务利润率（%） | 0.06 | 0.06 | 0.56 | 0.50 | 89.3% |
| 成本费用利润率（%） | 0.80 | 0.15 | 0.61 | 0.50 | 82.0% |
| 总资产周转率（次） | 9 | 5 | 4 | 3 | 75.0% |
| 流动资产周转率（次） | 9 | 5 | 5 | 4 | 80.0% |
| 资产负债率（%） | 86.61 | 87.74 | 91.18 | 83.83 | 91.9% |
| 速动比率 | 0.92 | 0.88 | 0.71 | 0.98 | 138.0% |
| 主营业务收入增长率（%） | 87.33 | -31.35 | 16.53 | 22.94 | 138.8% |
| 技术投入比率（%） | | | | | |

（六）国内外对标情况

无

## 四、全面风险管理情况

（一）内外部环境因素变化研判

2014 年，世界经济仍处在调整期，结构改革不到位和需求增长乏力等问题难以根本改观，金融危机的影响呈现长期化趋势。发达国家实施再制造业化战略，以互联网、新能源为代表的第三次工业革命正在兴起，全球产业结构调整出现新动向。阿里巴巴、环球制造等电子商务平台已经成为国际贸易行业与国际贸易企业经营模式的主要载体。

易单网是我们经营模式升级与经营风险控制的平台。通过在线融资、在线支付、在线物流、在线信保等措施，大幅降低国内中小型制造企业的外贸壁垒（资金周转及外贸流程

45

Confidential

CBMIE00028175

方面），可以迅速的形成以易单网为核心的建材行业供应商的战略集群，进而为客户实现一站式采购提供最便捷、专业和高效的服务。

易单网完全能实现信息流、资金流和物流的三流合一。信息流包括产品信息、客户信息、工厂信息、询盘信息、报价信息、订单信息、交流信息等等，这些信息根据线上业务的进展最终形成一张完整的数据网络，为即将上线的在线支付和在线物流提供了完善的数据基础。

2015 年是我公司的业务转型升级期，在产品结构、业务模式上将全力配合"跨境电商+海外仓"的战略定位，积极整合全球资源、深度参与国际竞争，变革业务模式，强化现代服务理念，结合互联网技术，将现代物流理念与国际贸易进行有机的结合，以增强公司增值服务能力及对价值链的控制能力，提高公司国际资源整合能力和综合竞争力，积极推进中国外贸模式创新体系建设。我们将在在总公司战略规划下，按照转型、创新、变革的要求，中建材国贸在将主营业务定位于以建材、机械、钢材等出口和煤炭等能源相关产品进口为主、以钢材等产品内贸业务为辅的同时，积极实现企业的战略升级和转型；通过"跨境电商+海外仓"的商业模式，积极探索和开创新的外贸出口优势，借力供应链的整合和大数据分析来拓展价值增值的综合服务，以打造企业核心竞争力。

(二) 2014 年度重大风险事项分析

Confidential

CBMIE00028176

1.经营风险控制

2015 年中建材国贸的经营风险可能将主要源于国家对钢材出口退税的政策调整。近期外电报道，中钢协权威人士在国外的行业会议上透露，年内政府将取消钢材出口退税政策。而中钢协在 10 月 29 日的新闻发布会也提出："出口低附加值产品不符合我国当前经济发展需要，必将带来出口政策调整"。种种迹象表明，中国政府将对钢材出口政策进行调整。

钢材产品是中建材国贸出口的主营产品之一，一旦政策出台，明年钢材出口增长势头将戛然而止，出口数量可能回落至 8000 万吨以下，其中螺纹钢、线材、中厚板等品种首当其冲，国内市场面临较大压力。另外，北京 APEC 会议后，中国钢产量和钢市如何变化也值得关注。

2.业务风险控制

我公司的业务风险主要源于订单执行的各业务节点，由于节点操作的不连贯、不细致会影响订单效率与效益。

2014 年在总公司的领导下，我公司就核心业务的风险节点的识别、分析、评价及制定应对措施的工作，所编写的"节点手册"及"节点提纲"，继续深度挖掘风险控制点，并应用于实际业务的操作中。如：针对赊销业务，除有中信保这一外部屏障外，我们在下半年启动了内部授信额度的管控。

2015 年，我公司在出口、进口、内贸等核心业务的业务模式方面，尤其出口业务，会有效利用易单网这个大平台，

Confidential                                    CBMIE00028177

推出多样化业务模式。为了有效防控业务操作风险，中建材国贸主要的风控推进工作在于业务风险控制体系的建设，即在"在线制单"项目的基础上，以在线制单为中心，实现风险管控模块化、一体化。

业务风险体系的建设，是将风险管控切段管理，每段进行信息化建模，形成一个闭环，可以将客户授信管理、信保管理、合同管理、物流操作管理、收付款管理、坏账预警管理等模块数据打通，做到业务风险管理系统化，参考数据提取快捷、真实，宏观分析、微观分析俱到。

3.财务风险控制

从资金使用计划情况来看，在现有的流动资金储存不足的前提下，业务部门对资金使用的预算编制不够准确，降低了公司整体的资金使用效率，甚至会造成资金链紧张的状态。为了加强资金预算的科学性，合理编制资金使用计划，公司重新梳理了资金预算流程，并且借助预算软件和自行开发的企业内部资金池系统对资金的预算、审批、使用进行控制。扭转了业务在前资金在后的局面，既保证了对业务部门的资金支持，又促使公司的资金有序高效的运转，降低了资金成本，有效防范了财务风险。

从资金运营情况来看，应收账款较多，影响了总资产周转率和流动资产周转率，造成了资金沉淀，并具有一定的信用风险。为了加强对应收账款的管理，最大程度地减少资金

Confidential
CBMIE00028178

占压，防范坏账损失的风险，我公司正在搭建有效的信用管理框架与信用管理系统，通过制度、流程与系统，解决客户信用评价、授信政策、授信额度以及应收账款管理等方面的问题，在扩大销售的同时有效防范信用风险。此外，中信保保险业务的开展，也为我公司防范信用风险、减少坏账损失搭建了一道防火墙。

从偿债能力来看，公司的资产负债率比较高，导致财务杠杆系数过高，存在一定的财务风险。针对此情况，公司积极研究降低资产负债率的各项保障措施。包括：加强应收账款、存货的管理，控制预付款等信用额度的使用，控制成本费用，扩大销售收入，增大盈利能力，不断增加积累。加强内部管理,提升管理水平，积累储备资金，改变单纯依靠间接融资、银行授信等筹资办法，来从源头上改善资产负债率，降低偿债财务风险。

4.法律风险控制

由于我公司的央企背景，在经营、用工、市场营销、技术开发等方面非常自律，行政违规风险很低。我公司的法律风险主要源于业务合同风险及商业秘密保护风险。为避免在高强度的合同审核工作中忙中出错，我们增加了法律培训次数及范围，加强公司业务部门员工在商业合同签署、执行、争议解决方面的基本意识，特别是对那些金额大、风险高、利润低、成交时间要求紧的煤炭业务部门，这一工作显得尤

Confidential

CBMIE00028179

为必要。除了培训，还要考虑在新员工筛选环节，在职员工的日常考核和绩效评定环节，增大上述工作考核权重，间接促进业务部门工作能力和工作效率的提升，降低公司经营风险。

对于完善公司商业秘密保护和竞业禁止工作，在年初工作计划的基础上，制定并下发了新版《员工保密协议》和《竞业禁止协议》，完成了年初工作规划。

公司标牌管理方面，今年修订了商标申请注册管理流程。

2015年将重点推行合同模板的管理，将考虑引入IBM的合同管理系统，将贸易的灵活性与管理的标准化结合。

5. 管理风险控制

中建材国贸下设国内控股子公司，参股公司，分公司、办事处及海外控股子公司等近20个机构，各个子公司及参股公司均设有董事会，在兼顾大企业战略管控，小企业效率为先的基础上，公司在总部和分子公司、办事处之间明确并细分了各个权限、以人事权、财务权、业务权和管理权为主要维度，明确了分子公司的执行权力，强化了总部的管控审计管理。

明确并规范了公司各个分支机构的董事会议事流程，将三重一大管理下沉并落地实施，分支机构的重大事项须上报总部甚至上级单位审批并备案。

各分支机构的业务开展与经营资金往来仍然在本部的

Confidential

CBMIE00028180

业务信息系统（ETP）及财务信息系统（南北软件）中执行及审批，业务风险与财务风险很低。组织机构调整，尤其分子公司主要经营 班子成员,均按照公司章程进行人事任免及考核,临时授权由总部负责，管理违规风险很低。

2015 年我公司将继续加强与分子公司的信息系统联系的紧密性，改善网络条件，保障及时沟通

## （三）2015 年度重大风险评估

1. 风险管理策略

（1）通过海波龙管理强化公司经营预算管理体系。通过"事前统筹、事中控制、事后分析"的预算管理，将资金和人员的配置达到最优；在预算执行过程严格把控费用支出和人员招聘，保障经济结构的合理性；每月根据实际运营结果,结合多项分析指标，对年终经营情况进行滚动预测和分析。

（2）应对复杂的外部环境，公司转变经营思路，确保业务"低风险、稳收益"，并积极开拓新市场，新产品。

2. 风险解决方案

严格对重大业务的风险论证和监督执行。

（1）对新业务模式和整船的进口的业务全部按照《重大业务论证流程》进行论证，包括对供应商和客户的资质进行审查，对市场的分析和风险的预测以及应对措施的制定，从产品、市场、物流、资金、法律等多方面进行论证。

51

CBMIE00028181

（2）对重大业务的合同的定稿和修订实行会签，由财务部、物流部、法务部、风控部以及风控总监、业务分管领导签字确认后方可对外签约。

（3）重大业务的执行过程录入到 ETP 系统中，确保执行人员和监督人员了解业务动态，及时给予沟通、指导，对过程进行跟踪管理。在执行重大业务期间，为降低和规避风险，避免造成不可弥补的重大损失，按照《重大业务危机处理流程》进行操作。

（4）对于重大业务中发生的逾期付款、品质纠纷等事件严格按照《坏账预警处理流程》进行预警汇报、紧急处理和跟踪落实。

3．风险管理工作成效

通过建立坏账预警，集中于业务执行中的薄弱环节，预测并规避潜在风险、减少损失，打造持续改进业务管理能力的长效机制。

在坏账预警的启动机制中，将业务风险按照合同的格式条款划分为产品品质、付款、交付、增值税票、收款等几个大类，同时在大类里分小类，比如交付大类下又会分为供应商逾期交付、订舱延误、航运托班等情形，制定明确的预警指标，并固化到业务信息系统中，在订单的执行过程中进行自动化提示；在坏账预警的分析机制中，组建了跨部门的坏

Confidential

CBMIE00028182

账预警专业分析团队，包括风控、法务、质检、物流及财务的专业负责人，定期对坏账预警订单进行集中分析与清理，并把分析与清理的结果纳入到业务部门绩效考核结果与客户或供应商的评价结果中。在坏账预警的应对机制中，已发生的各种坏账预警问题及针对性的应对措施与应急预案，都形成了具体的业务流程说明或培训案例，定期开展员工培训与研讨。

（四）有关意见和建议

无

## 五、年度重点披露事项

（一）企业深化改革进展及存在主要问题

2014 年，中建材国际贸易公司结合集团国资委发展混合所有制经济和央企董事会落实三项职权"双试点"工作安排，讨论并确定了股权改制、公司治理结构调整的方案。

国贸公司注册资本 15000 万元增至 30095.69 万元。认缴完成后，进出口有限公司和易泽海内管理咨询股份有限公司分别持有国贸公司 80%和 20%股权。

公司法人治理结构也对应作调整。设股东会，进出口有限公司和易泽海内管理咨询股份有限公司分别按 66.29%和 33.71%比例行使股东表决权；设董事会，董事 5 名，其中进出口公司 4 名，易泽海内管理咨询股份有限公司 1 名；设监事会，监事 3 名，其中 1 名职工代表监事，2 名非职工代表

53

CBMIE00028183

监事；设总经理 1 名，副总经理 3 名。

（二）中央八项规定贯彻落实情况及存在主要问题

对照政府《关于落实八项规定切实改进作风的实施办法》，中建材集团进出口公司党委制定了《中建材集团进出口公司党委关于开展中央八项规定贯彻落实情况监督检查工作的实施方案》，对各项工作进一步进行规范，切实达到改进干部作风，增强干部，服务意识、廉洁意识、群众意识的目的。中建材国际贸易有限公司在中建材进出口公司纪检监察室的号召引导下，认真组织各党员干部学习，落实。

1.开展建立制度制定与效用评估机制专项整治

（1）建立《奖惩管理规定》，完善《流程操作监督流程》，进一步确保流程制度有效执行，每月进行流程制度的稽核，并对违反制度的行为进行惩处。

（2）对群众反应比较激烈的流程复杂问题，公司设立联席会议机制，每月召开二至四次，总经理及职能和业务高管及员工代表全程参与，深入了解员工疾苦，找到问题症结，现场确定解决方案，由企管部跟踪问题直至解决，群众评价满意为止。

2.开展考核、激励专项整治

（1）完善职能与业务考核相关制度，修订《绩效考核管理办法》。

（2）合理调整薪资结构。按照个人素质、能力、绩效、

Confidential

工作表现等确定个性化工资标准。

（3）调整奖励机制。在兼顾国家、企业和个人三者利益的前提下，按照"划小核算单元、强化精细管理、提高激励水平"的总体要求，把个人利益和员工的价值创造紧密联系起来，真正体现赏罚分明、有奖有罚的原则。

（4）加快发展混合所有制，推动企业员工持股的实施。积极创造条件，鼓励骨干员工参股混合所有制企业，实现资本所有者和劳动者的有机结合。

3.开展会风专项整治

（1）健全工作制度流程，认真执行集体领导、民主集中、个别酝酿、会议决定的基本制度。

（2）完善会议议事规则和决策程序，对于重大事项的决定，必须实行集体议事，并以会议表决形式体现领导集体的意志，不得以传阅会签或个别征求意见等形式代替集体议事和会议表决。

（3）领导班子成员都要坚持原则、顾全大局，遇事多沟通、多商量、多支持、多补充，自觉维护领导集体的团结。公司在重大事项决策、重要干部任免、重要权限调整、重要项目安排、大额资金的使用上，要充分论证，广泛征求意见，坚决不走过场，　严格按照三重一大的要求进行。

4.开展职务消费专项整治

（1）开展自查，对照公司已经出台的相关制度、办法，

55

CBMIE00028185

对公司各级企业班子成员在公务用车、业务招待、差旅费、出国（境）考察费用及培训费用等职务消费的情况开展自查自纠。

（2）开展群众监督，对群众举报属实的领导违规职务消费行为进行严肃查处，追究其责任。

（3）开展反腐倡廉警示教育，加强公司各级领导党性党风党纪教育，提高公司各级领导和职工的思想政治素质和廉洁自律观念，贯彻落实廉洁从业有关规定，防止违规职务消费的发生。

（4）严控经费支出，杜绝公款私人消费，严格执行办公节水、节电规定，办公家具、设备、纸张等循环利用。厉行节约俭朴。公务接待、会场布置简朴实用，不挂横幅、不设欢迎水牌、不摆花草绿植、不赠送纪念品或土特产。总部人员到基层单位，实行就近节俭安排，不住豪华酒店；不准内部宴请。

（5）严格预算开支，切实加强各项经费管理。研究完善各项预算费用支出标准，制订控制经费的合理措施。在经费审查过程中，严控支出标准和支出范围，严于律已，确保预算开支符合公司制度规定。在公司预算系统中做好各项费用预算标准，做好费用的实时监控，每季度进行预算分析，对超出预算标准的要履行论证程序。

5.开展监督制约机制专项整治

56

CBMIE00028186

（1）从企业的主业发展是否需要，企业能力是否能够承受，风险是否可控，效益是否有保证等多个方面进行科学分析和论证。对重要干部任免要按照干部任免的规定程序和要求，依照干部的德能勤绩和群众是否拥护和支持的标准，以及企业发展的人才需要出发来选拔和配备干部，真正做到以党的事业为重，任人唯贤。

（2）对货代的管理，物流部应对进入询价平台的代理有全面完善的考核体系，不合格代理将会被淘汰，同时公司也要对货代询价系统进行改造，在货代报价界面加上货代评级（根据货代平时的综合情况评定），以供大家更好的选择。

（3）对大额资金的使用，要按照严格的财会制度和审批流程来使用。对重大业务严格按照公司重大业务论证流程执行，确保决策科学、风险可控。公司建立《重大业务论证流程》《资金例会规定》《资金管理制度》等流程文件，做好风险防范与监控。

6.开展涉及职工合理利益诉求的专项整治

（1）集中梳理员工诉求的突出问题，逐个明确责任部门和责任人，切实推动解决。

（2）公司领导带头基层听取员工意见，对员工诉求、矛盾问题进行专项调研。

（3）切实解决一些关系职工切身利益的合理诉求，比如、员工岗位培训、职业发展规划、ETP 系统、易单网建设

Confidential

CBMIE00028187

与推广、权限调整、重大业务决策、资金使用等。

（三）保增长工作开展情况及存在主要问题

无

（四）内部控制体系建设、执行情况及存在主要问题

无

（五）会计信息质量及存在主要问题

无

（六）负责人履职待遇、业务支出情况及存在主要问题

无

（七）全员业绩考核工作开展情况及存在主要问题

无

（八）职工薪酬福利情况及存在主要问题

无

（九）并购重组、股权处置情况及存在主要问题

2014 年，中建材国际贸易公司结合集团国资委发展混合所有制经济和央企董事会落实三项职权"双试点"工作安排，讨论并确定了股权改制、公司治理结构调整的方案。

国贸公司注册资本 15000 万元增至 30095.69 万元。认缴完成后，进出口有限公司和易泽海内管理咨询股份有限公司分别持有国贸公司 80%和 20%股权。

公司法人治理结构也对应作调整。设股东会，进出口有限公司和易泽海内管理咨询股份有限公司分别按 66.29%和

Confidential

33.71%比例行使股东表决权；设董事会，董事 5 名，其中进出口公司 4 名，易泽海内管理咨询股份有限公司 1 名；设监事会，监事 3 名，其中 1 名职工代表监事，2 名非职工代表监事；设总经理 1 名，副总经理 3 名。

（十）企业担保情况及存在主要问题

无

（十一）高风险业务情况及其风险事项

无

（十二）派驻本企业监事会要求重点披露事项

无

## 六、境外国有资产运营及监管情况

### （一）境外国有资产的形成及分布情况

1. 境外国有资产的发展历程

阿联酋公司成立于 2010 年，2014 年底净资产 1622 万美元，其中本部对阿联酋投资 795 万美元，阿联酋经营积累 827 万美元；

美国公司成立于 2008 年，2014 年底净资产-26 万美元，其中本部对美国投资 10 万美元，美国经营积累-36 万美元；

越南公司成立于 2011 年，2014 年底净资产总额 115 万美元，其中本部对越南投资 50 万美元，越南经营积累 65 万美元。

印度公司成立于 2011 年，2014 年底净资产总额 9 万美

Confidential

CBMIE00028189

元，其中本部对印度投资 10 万美元，印度经营积累-1 万美元；

德国公司成立于 2012 年，2014 年底净资产总额 69 万美元，其中本部对德国投资 35 万美元，经营积累 34 万美元；

2. 境外国有资产的整体情况

中建材国贸的境外资产总额 10732 万美元，其中阿联酋公司占 89.65%，越南公司占 3.6%，印度占 0.1%，德国占 5.7%，美国 0.05%。

3. 境外国有资产的分布状况

（1）境外投资总体情况

本公司目前在境外成立有的全资子公司和办事处，包括阿联酋公司、越南公司、印度公司、印尼公司、美国公司、德国公司以及伊朗办事处、沙特办事处。

（2）本年度新增境外投资情况

本年度公司无新增境外投资。

（3）境外重点投资项目情况

阿联酋公司投资建设的迪拜物流中心项目已经竣工转入固定资产，并开始运营。

（4）境外国有资产运营及财务效益情况

2014 年度，公司所属境外子公司合计取得营业收入 3.97 亿美元，实现利润总额 164 万美元。

（二）境外投资及境外国有资产运营情况

60

CBMIE00028190

截止目前，境外投资的分子公司运营情况如下表：

| 计划投资额总额 | 已投资金额（万美元） | 企业（机构）名称 | 经营情况 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 2014 年(货币单位：万美元) | | | | | |
| | | | 资产总额 | 负债 | 所有者权益 | 现金流 | 营业收入 | 净利润 |
| 809.5 | 809.5 | 中国建材国际阿联酋公司 | 9,622.21 | 7,992.39 | 1,629.82 | 2,122.10 | 38,695.53 | 121.29 |
| 10 | 10 | 中国建材国际美国公司 | 7.42 | 33.27 | -25.85 | 7.20 | 0.00 | 0.00 |
| 10 | 10 | 中国建材国际印度公司 | 8.85 | 0.33 | 8.52 | 8.81 | 0.00 | 0.00 |
| 35 | 35 | 中国建材国际德国公司 | 606.78 | 537.58 | 69.20 | -217.49 | 838.81 | 8.71 |
| 25 | 25 | 中国建材国际印尼公司 | | | | | | |
| 50 | 50 | 中国建材国际越南公司 | 390.41 | 275.17 | 115.24 | 36.55 | 155.01 | 34.98 |
| | | 伊朗办事处 | | | | | | |

（三）境外国有资产监管情况

1. 重视市场调研，根据自身特点，注重企业内部改造，制定出切实可行的海外战略发展计划。安排不少于半年的实地调研工作，可行性分析报告保证境外子公司的长期永续经营，而不只考虑短期业务需求。同时对境外可能存在的投资风险，审慎调研，拟定对策。

2. 境外企业是在不同的国家和社会环境下经营，必须全面了解东道国的社会文化风俗、政治、经济、法律等各方面情况，并充分评估政治风险和经济风险，在此基础上做出正确的投资决策。

61

Confidential

CBMIE00028191

3. 向所属境外企业派驻专职的财务人员,建立完善的约束机制来监督境外企业的财务状况。建立完善的海外分支机构绩效考核、运营监管、风险控制、领导问责、审计等制度。

4. 积极培养政治可靠、业务过硬、熟悉国际市场经济管理和法规,通晓专业技术知识和外语,富有竞争意识和创新精神的高层次复合型人才。同时不断完善制定科学、合理的管理制度。根据跨国经营中,根据内外环境的不断变化,管理制度不断加以补充、修订和完善。

## 七、违法违纪违规事项

本年度处理企业及个人违法案件共(0)件;查处违纪案件共(0)件;受到工商、税务、质检和环保等执法部门和行业监督部门提醒或处罚等事项共(0)件。总计处分(0)人,其中,涉及(0)名中层及以上经营管理人员。

## 八、领导班子履职情况

此部分内容由集团公司填写。

62

CBMIE00028192

**附件一：资本结构及持有人情况**

金额单位：万元

| 序号 | 持有人名称 | 上年末实收资本 | | 本年末实收资本 | | 持有人情况 | | | |
|------|------------|--------------|--------|--------------|--------|--------|----------|--------|----------|
| | | 比例（%） | 金额 | 比例（%） | 金额 | 注册地 | 注册资本 | 性质 | 主营业务 |
| 1 | 中建材集团进出口公司 | 81.6 | 12240 | 80 | 240766 | 北京 | 90000 | 国有独资 | 进出口贸易 |
| 2 | 北京易泽海内管理咨询股份公司 | 18.4 | 2760 | 20 | 60191 | 北京 | 500 | 民营 | 管理咨询与服务 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 资本结构变动情况说明 | 2014 年 12 月，进出口公司和易泽海内分别以现金 25,000 万元和 6,883.63 万元增持国贸公司普通股股份。增资完成后，国贸公司注册资本为 30,095.69 万元，对内，进出口公司和易泽海内对国贸公司普通股持股比例调整为 66.29:33.71 | | | | | | | | |

63

CBMIE00028193

## 附件二：负责人情况

### （一）企业负责人总体情况

1. 截至本年末，本企业董事会（5）人；监事会（3）人，其中职工监事（1）人；党委（党组）（0）人；经理层人员（4）人；其他企业负责人（3）人。

2. 本年度董事会、监事会、党委（党组）、经理层人员离任（2）人，新任（5）人。

3. 企业负责人简况表

| 序号 | 姓名 | 性别 | 出生年月 | 职务及任职时间 | 兼职情况 | 学历 | 毕业院校及专业 |
|---|---|---|---|---|---|---|---|
| 1 | 张劲松 | 男 | 1971年2月 | 董事长2010年 | 总经理 | 研究生 | 厦门大学 工商管理 |
| 2 | 武吉伟 | | | 董事2014年 | | | |
| 3 | 赵延敏 | | | 董事2014年 | | | |
| 4 | 朴超美 | 女 | 1963年8月 | 董事2010年 | 副总经理 | 大学本科 | 华东理工大学 |
| 5 | 王新华 | 女 | 1978年1月 | 董事2014年 | 风控总监 | 本科 | 河北经贸大学 国际企业管理专业 |
| 6 | 王立鹤 | 女 | 1977年1月 | 监事 2014年 | | 博士 | 南京大学 |
| 7 | 刘珊珊 | | 1974年1月 | 监事2014年 | | 本科 | 中央财经大学会计专业 |
| 8 | 王漫 | 男 | 1978年1月 | 监事2014年 | 人力资源副总监 | 本科 | 北京交通大学 |
| 9 | 曹旭初 | 男 | 1977年5月 | 副总经理2010年 | | 研究生 | 对外经济贸易大学 |
| 10 | 刘彤 | 女 | 1976 年 10月 | 副总经理2010年 | | 研究生 | 内蒙古大学 国际贸易专业 上海理工大学MBA |
| 11 | 师继锋 | 男 | 1978年1月 | 运营总监2010年 | | 研究生 | 重庆师范大学 经济学专业 |
| 12 | 许文超 | 男 | 1979年6 | 信息总监2009年 | | 大学本科 | 中国地质大学 计算机技术与信息处理 信息管理师中级职业资格认证 |
| 13 | 罗振立 | 男 | 1980年4月 | 易单网副总裁2014年 | | 本科 | 中国政法大学 |

64

CBMIE00028194

（二）董事会成员

董事会成员5名：张劲松、武吉伟、赵延敏、朴超美、王新华。

| 姓名 | 性别 | 出生年月 | 职位 | 董事任期 | 学历 | 毕业院校及专业 |
|---|---|---|---|---|---|---|
| 张劲松 | 男 | 1971年2月 | 董事长兼总经理 | 2010年 | 研究生 | 厦门大学 工商管理 |
| 分管工作： | | | | | | |
| 董事会全面工作 | | | | | | |
| 工作简历： | | | | | | |
| 1989年——1993年，武汉理工大学  国际贸易专业  学习 | | | | | | |
| 1993年——2002年，任中建材集团供销公司总经理助理； | | | | | | |
| 2002年——2010年，中建材国际贸易有限公司总经理。 | | | | | | |
| 2010年——今，任中建材国际贸易有限公司董事长兼总经理 | | | | | | |

| 姓名 | 性别 | 出生年月 | 职位 | 董事任期 | 学历 | 毕业院校及专业 |
|---|---|---|---|---|---|---|
| 武吉伟 | 男 | 1971年2月 | 董事 | 2014年起 | 硕士 | 中央财经大学 会计学专业 |
| 分管工作： | | | | | | |
| | | | | | | |
| 工作简历： | | | | | | |
| 工作简历： | | | | | | |
| 1990.09-1994.07  西安石油学院财会专业学习 | | | | | | |
| 1994.07-1997.06  中国石油天然气总公司财务局资金处出纳、会计 | | | | | | |
| 1997.06-1998.03  中国石油天然气总公司财务局资金会计处会计 | | | | | | |
| 1998.03-1999.09  中央财经大学会计系管理学专业脱产学习 | | | | | | |
| 1999.09-2001.02  中国石油天然气集团公司财务资产部资金预算处会计 | | | | | | |
| 2001.02-2001.12  中油国际工程有限责任公司财务资产部工作 | | | | | | |
| 2001.12-2003.04  中油国际工程有限责任公司财务资产部副经理 | | | | | | |
| 2003.04-2005.04  中油国际工程有限责任公司财务资产部经理 | | | | | | |
| 2005.04-2008.04  中油国际工程有限责任公司总经理助理兼中油测井技术服务有限责任公 | | | | | | |

65

Confidential

司总会计师
2008.04-2008.12　中国石油天然气集团公司工程技术分公司副总会计师
2008.12-2011.03　中国诚通控股集团有限公司财务管理中心总监
2011.03-　　　　中国建筑材料集团有限公司总会计师
2011.11-　　　　中国建材股份有限公司监事会主席

| 姓名 | 性别 | 出生年月 | 职位 | 董事任期 | 学历 | 毕业院校及专业 |
|------|------|---------|------|---------|------|--------------|
| 赵延敏 | 男 | 1962年12月 | 董事 | 2014年起 | 硕士 | 天津财经大学国际贸易 |

分管工作：

工作简历：

1981年1月—1997年1月 在中国工商银行新乡分行任会计、信贷员、公存处处长；
1997年1月—2005年12月在中国工商银行河南省分行直属支行任行长助理、副行长、支行行长、书记；
2005年12月—2009年9月在中国建筑材料科学研究总院任财经资产管理部部长、党支部书记；
2008年9月—2014年11月任中国建筑材料集团有限公司财务部副总经理；
2014年11月—至今　　任中建材集团进出口公司副总经理、总会计师。

| 姓名 | 性别 | 出生年月 | 职位 | 任期 | 学历 | 毕业院校及专业 |
|------|------|---------|------|------|------|--------------|
| 朴超美 | 女 | 1963年8月 | 董事 | 2007 | 大学本科 | 华东理工大学 |

分管工作：

薪酬、党务、工会、纪检

工作简历：

1. 1982年——1986年　　华东理工大学 高分子复合材料专业 学习
2. 1986年——1988年　　国家建筑材料工业局技术情报研究所
3. 1988年——1990年　　国家建筑材料工业局对外经理司进出口处，助理工程师
4. 1988年——1993年　中国新型建筑材料进出口公司，工程师，外销员
5. 1994年——1997年　　北京光信贸易咨询有限责任公司 总经理
6. 1998年——2001年　　吉林省延吉市虹桥食品批发部，总经理
7. 2003年——2004年　　中国建筑材料防水公司，职员
8. 2004年——2005年　　　中建国际贸易有限公司　　出口销售经理

66

CBMIE00028196

| 9. | 2005年——2007年 | 中建国际贸易有限公司 | 总经理助理兼行政总监 |
|---|---|---|---|
| 10. | 2007年——今 | | 中建材国际贸易有限公司，副总经理、党总支书记 |

| 姓名 | 性别 | 出生年月 | 职位 | 任期 | 学历 | 毕业院校及专业 |
|---|---|---|---|---|---|---|
| 王新华 | 女 | 1978年1月 | 董事 | 2014年 | 本科 | 河北经贸大学<br>国际企业管理专业 |

| 分管工作： |
|---|
| 风险控制工作 |

| 工作简历： |
|---|
| 1996年-2000年:河北经贸大学       国际企业管理专业 |
| 2000年-2001年:河北经贸大学自考办   老师 |
| 2001年-2002年: 中建材集团供销公司   单证员 |
| 2002年—2005年:中建材集团进出口公司 业务一部   合同执行部经理 |
| 2005年-2008年:北京中建恒信国际贸易有限公司 风险控制总监、业务一部总经理助理 |
| 2008年---至今    中建材国际贸易有限公司   风险控制总监 |

## （三）监事会成员

### 监事会3人：王立鹤、刘珊珊、王漫

| 姓名 | 性别 | 出生年月 | 职务 | 监事任期 | 学历 | 毕业院校及专业 |
|---|---|---|---|---|---|---|
| 王立鹤 | 女 | 1977 年 1月 | 监事 | 2014 年 | 博士 | 南京大学 |

| 分管工作： |
|---|
| 企业管理 |

| 工作简历： |
|---|
| 2004 年-2011 年 中建材国际贸易有限公司 历任业务员、部门经理、事业部副总经理； |
| 2012 年-2013 中建材集团进出口公司企管部副总经理； |
| 2014 年- 今 中建材集团进出口公司企管部总经理。 |

67

Confidential
CBMIE00028197

| 姓名 | 性别 | 出生年月 | 职务 | 监事任期 | 学历 | 毕业院校及专业 |
|------|------|----------|------|----------|------|----------------|
| 刘珊瑚 | 女 | 1974年1月 | 监事 | 2011年 | 本科 | 中央财经大学会计专业 |

分管工作：

财务管理

工作简历：

1996年–2002年 中国新型建材进出口公司、供销公司；

2002年–2011年 中建材集团进出口公司财务部副经理；

2011年–今 中建材集团进出口公司财务部总经理；

| 姓名 | 性别 | 出生年月 | 职务 | 监事任期 | 学历 | 毕业院校及专业 |
|------|------|----------|------|----------|------|----------------|
| 王漫 | 男 | 1978年1月 | 监事 | 2014 | 本科 | 北京交通大学 |

分管工作：

人事管理

工作简历：

2000.2–2002.2 北京医科大学出版社 行政职员

2002.2–2004.2 北京航天奥特科技有限公司 人事部职员

2004.4–2008.7 中国人民银行软件中心 人事组长

2008.9–今中建材国际贸易有限公司 人力资源副总监

（四）党委（党组）成员

无

（五）经理层成员

经理层成员 4 人：张劲松、朴超美、曹旭初、刘彤

68

CBMIE00028198

| 姓名 | 性别 | 出生年月 | 职位 | 任期 | 学历 | 毕业院校及专业 |
|------|------|----------|------|------|------|----------------|
| 张劲松 | 男 | 1971年2月 | 董事长兼总经理 | 2010年 | 研究生 | 厦门大学 工商管理 |

分管工作：
董事会全面工作

工作简历：
1989年——1993年，武汉理工大学 国际贸易专业 学习
1993年——2002年，任中建材集团供销公司总经理助理；
2002年——2010年，中建材国际贸易有限公司总经理。
2010年——今，任中建材国际贸易有限公司董事长兼总经理

| 姓名 | 性别 | 出生年月 | 职位 | 任期 | 学历 | 毕业院校及专业 |
|------|------|----------|------|------|------|----------------|
| 朴超美 | 女 | 1963年8月 | 副总经理 | 2003.7 | 大学本科 | 华东理工大学 |

分管工作：
薪酬、党务、工会、纪检

工作简历：
　　同上

| 姓名 | 性别 | 出生年月 | 职位 | 任期 | 学历 | 毕业院校及专业 |
|------|------|----------|------|------|------|----------------|
| 曹旭初 | 男 | 1977年5月 | 副总经理 | 2010.2 | 硕士 | 对外经济贸易大学 |

分管工作：
建材事业一部、钢材事业部、煤炭事业部、塑料事业部、装饰材料事业部

工作简历：
2002 年—2002 年　北京众义达贸易有限公司
2002 年—2005 年中建材国际贸易是有限公司 保温及吊顶材料部经理
2005 年—2010 年中建材国际贸易是有限公司 第一事业部总经理
2007 年—2010 年　中建材国际贸易有限公司　总经理助理
2010年——至今　　　　　中建材国际贸易有限公司 副总经理

69

Confidential

CBMIE00028199

| 姓名 | 性别 | 出生年月 | 职位 | 任期 | 学历 | 毕业院校及专业 |
|---|---|---|---|---|---|---|
| 刘彤 | 女 | 1976年10月 | 副总经理 | 2010.2 | 大学本科 研究生 | 内蒙古大学  国际贸易专业 上海理工大学MBA |

分管工作：

建材事业二部、光伏产品事业部、冶金煤部

工作简历：

1996 年——2000 年    内蒙古大学  国际贸易专业

2000 年——2001 年     天津奥的斯电梯有限公司呼和浩特分公司   销售工程师

2001 年——2003 年    北京伟润行家庭用品有限公司       外贸经理

2003 年——2005 年   中建材国际贸易有限公司    部门经理

2005 年——2010 年  中建材国际贸易是有限公司  第二事业部总经理

2010 年——今          中建材国际贸易有限公司    公司副总经理

## （六）其他成员

| 姓名 | 性别 | 出生年月 | 职位 | 任期 | 学历 | 毕业院校及专业 |
|---|---|---|---|---|---|---|
| 师继锋 | 男 | 1978年1月 | 运营总监 | 2010.9 | 硕士研究生 | 重庆师范大学  经济学专业 |

分管工作：
总部职能部门及运营协调工作

工作简历：

2007年-2009年     蒙西水泥股份有限公司      企业管理高级工程师
2009年-2010年   哈纳斯新能源集团      历任人力资源部经理、集团人力资源副总
2010年-至今    中建材国际贸易有限公司     历任人力资源部经理/人力资源总监   运营总监

70

Confidential                                        CBMIE00028200

| 姓名 | 性别 | 出生年月 | 职位 | 任期 | 学历 | 毕业院校及专业 |
|---|---|---|---|---|---|---|
| 许文超 | 男 | 1979年6月 | 信息总监 | 2009 | 大学本科 | 中国地质大学 计算机技术与信息处理 |

分管工作：
中建材进出口集团信息中心主任助理
中建材国际贸易信息总监

工作简历：
2003-2005 南方迅典    技术部 科技研发主管
2005-2007 北大青鸟    教育部 高级讲师
2007-2009 用友集团    研发部 中央大客户部总负责人
2009-今 中建材国际贸易   信息总监

获奖情况
2006年 荣获北大青鸟集团高级讲师荣誉，并颁发讲师资质认证；
2010年 荣获中建材进出口集团优秀员工

| 姓名 | 性别 | 出生年月 | 职位 | 任期 | 学历 | 毕业院校及专业 |
|---|---|---|---|---|---|---|
| 罗振立 | 男 | 1980年4月 | 易单网运营总监兼市场部经理 | 2014.8 | 本科 | 中国政法大学 |

分管工作：
易单网、市场部

工作简历：
2000——2004    中国政法大学学习
2004——2007    中建材国际贸易有限公司 销售经理
2007——2008    中建材国际贸易有限公司 新业务开发部经理
2008——2010    中建材国际贸易有限公司 总经理助理
2010——2012    中建材国际贸易有限公司 海外市场总监兼阿联酋公司总经理
2012——2014    中建材国际贸易有限公司 易单网运营总监兼市场部经理
2014——今    中建材国际贸易有限公司 易单网副总裁

Confidential

CBMIE00028201

## 附件三：员工情况

单位：人

| 类　别 | 本部 | | 全公司 | |
|---|---|---|---|---|
| | 上年末 | 本年末 | 上年末 | 本年末 |
| 年末从业人员人数 | 693 | 624 | 871 | 790 |
| 年末职工人数 | 693 | 624 | 871 | 790 |
| 其中：年末在岗职工人数 | 693 | 624 | 871 | 790 |
| 年末离退休人数 | 0 | 1 | 0 | 1 |
| 年末不在岗职工人数 | 0 | 0 | 0 | 0 |
| 学　历 | 本部 | | 全公司 | |
| | 上年末 | 本年末 | 上年末 | 本年末 |
| 硕士及以上 | 74 | 74 | 78 | 74 |
| 本科 | 528 | 465 | 582 | 510 |
| 专科 | 79 | 63 | 128 | 107 |
| 中专及以下 | 12 | 22 | 83 | 99 |
| 合计 | 693 | 624 | 871 | 790 |

72

Confidential

CBMIE00028202

## 附件四：组织结构情况

（一）组织结构变动情况

1．说明本年度企业各层级公司变化情况。

无

2．截至本年底，本公司共分二级，除本部外共有二级

子企业 8 家，其中境外子企业 7 家。

73

CBMIE00028203

（二）组织结构图



附件五：母、子公司及所属单位清单

Confidential

CBMIE00028204

（一）境内分、子企业及所属单位清单

金额单位：万元

| 类型 | 序号 | 公司（单位）名称 | 占该公司股权（%） | 资产总额 | 所有者权益 | 营业收入 | 利润总额 | 净利润 | 从业人员（人） | 注册地 | 所在地 | 法定代表人 | 是否纳入合并范围 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 本部 | 1 | 中建材国际贸易有限公司 | — | 299063 | 62815 | 921214 | 5133 | 5117 | 624 | 北京 | 北京 | 张劲松 | 是 |
| 子企业 | 2 | 无锡中建材钢铁有限公司 | 100 | 59,948 | 45778 | 205153 | 14 | 14 | 114 | 无锡 | 无锡 | 张劲松 | 是 |
| | | | | | | | | | | | | | |
| 分公司 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 事业单位 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

（二）全级次境外单位清单（本表仅由中央企业总部分级次填列）

75

CBMIE00028205

金额单位：万元

| 序号 | 公司（单位）名称 | 级次 | 上级母公司占该公司股权（%） | 资产总额 | 利润总额 | 从业人员（人） | 其中：中方员工人数 | 所在地 | 成立时间 | 类型 | 类别 | 法定代表人 | 离岸公司 | 个人代持 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

（三）全级次金融类子企业清单（本表仅由中央企业总部分级次填列）

金额单位：万元

| 序号 | 公司（单位）名称 | 级次 | 上级母公司占该公司股权（%） | 资产总额 | 营业收入 | 利润总额 | 从业人员（人） | 所在地 | 法定代表人 |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

（四）全级次控股上市公司清单（本表仅由中央企业总部分级次填列）

金额单位：万元

| 序号 | 企业名称 | 级次 | 所属行业 | 证券代码 | 证券简称 | 初始投资金额 | 持股数量（万股） | 上级母公司占该公司股权（%） | 所在地 |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

76

CBMIE00028206

**附件六：重大投融资情况**

（一）重大投资项目情况

无

（二）重大投资管控情况

无

（三）重大投资存在主要问题和风险

无

（四）企业融资情况及存在主要问题

受外部经济环境影响，我们在 2013 年银行授信的基础上，授信额度减少了 20 亿人民币，授信总额为 51 亿，其中信用方式的授信额度由 2014 年年初的 8.5 亿元减少至目前的 4.5 亿元人民币。

（1）2014 年全年贸易融资 29.33 亿元，其中信用证融资 23 亿，银承 6.33 亿；另有流贷融资 20 亿元。

（2）申请远期锁汇 73 笔，交割 162 笔；易单网融资方面，梳理各事业部 356 家供应商名单，实现订单融资 25 笔，放款金额总计 10474 万元。

（3）新增工行保理融资，2014 年授信 2 家供应商，授信额度 6000 万元，实现订单订单融资 2 笔，放款金额总计 6000 万元。

77

Confidential

**（五）对外长期股权投资情况**

金额单位：万元

| 序号 | 被投资企业名称 | 所属行业 | 所在地区 | 年末股权比例（%） | 投资成本 | 年末账面余额 | 本年账面投资收益 | 本年实际收到投资收益 | 经营状况 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 安国市中建无纺布有限公司 | 人造纤维制造 | 河北省 | 31.79 | 1,240 | 144 | 200 | 750 | 正常经营 |
| 2 | 中建材中岩科技有限公司 | 矿物制品制造 | 北京 | 5 | 374 | 374 | 0 | 0 | 正常经营 |
|  |  |  |  |  |  |  |  |  |  |
|  | 小计 | —— | —— | —— | 1,614 | 518 | 200 | 750 | —— |

**（六）并购及无偿划入企业情况**

金额单位：万元

| 序号 | 被并购及无偿划入企业名称 | 企业性质 | 所属行业 | 所在地区 | 并入方式 | 是否主业 | 评估净资产价值 | 支付价格 | 形成商誉 | 所占股权比例(%) | 营业总收入 | 利润总额 | 职工人数 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 无 |  |  |  |  |  |  |  |  |  |  |  |  |
| 2 |  |  |  |  |  |  |  |  |  |  |  |  |  |

78

CBMIE00028208

## 附件七：重大法律纠纷案件情况

（一）法律纠纷案件总体情况

本年度共处理各类法律纠纷案件（5）件，其中，诉讼案件（4）件，标的总额（150.15）万元；仲裁案件（ 1）件，标的总额（500）万元；可能引起诉讼、仲裁的纠纷案件（0）件，涉案总额（ 0）万元。

诉讼案件中，刑事诉讼（0）件、经济诉讼（4）件；起诉（4）件、标的金额（150.15 ）万元，被诉（0）件、标的金额（0）万元；本年度新发生（0）件，其中已终结（0）件，未终结（0）件；以前年度发生（4）件，其中已终结（0）件，未终结（4）件；标的金额 1000 万元及以上重大诉讼案件（0）件，其中，5000 万元及以上（0）件；1000（含）-5000万元（0）件；1000 万元以下（0 ）件；

仲裁案件中，申请仲裁（1）次，被申请（0）次；本年度新发生（1）件，其中已终结（0）件，未终结（1）件；以前年度发生（0）件，其中已终结（0）件，未终结（0）件；标的金额 1000 万元及以上重大仲裁案件（0）件，其中，5000 万元及以上（0）件；1000-5000 万元（0）件。

可能引起诉讼、仲裁的纠纷案件中，涉案金额 1000 万元及以上（0 件，其中，5000 万元及以上（0）件；1000-5000万元（0 ）件。

Confidential                                                    CBMIE00028209

（二）重大法律纠纷案件情况

无重大法律纠纷案件发生

| 重大法律纠纷 | 序号 | 案件名称 | 诉讼/仲裁/纠纷 | 起诉/被诉 | 起诉时间 | 涉案单位 | | | 标的金额（万元） | 案由 | 基本案情、处理结果及预计损失 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 本企业涉案单位 | 对方涉案单位 | 对方单位性质 | | | |
| 1.本年度新发生尚未终结×起 | | | | | | | | | | | |
| | | | | | | | | | | | |
| 2.本年度新发生已终结×起 | | | | | | | | | | | |
| | | | | | | | | | | | |
| 3.以前年度发生尚未终结×起 | | | | | | | | | | | |
| | | | | | | | | | | | |
| 4.以前年度发生本年终结×起 | | | | | | | | | | | |
| | | | | | | | | | | | |

80

Confidential

CBMIE00028210

## 附件八：审计检查情况

（一）企业接受外部检查情况

本年度共接受外部检查（1）次，其中：国资监管部门检查（1）次，审计部门检查（0）次，财政部门检查（0）次，税务部门检查（0）次。有关检查情况如下：

1. 公司接受国资委的会计信息质量审计

2014 年 7 月迎接国资委对中央企业的专项审计工作。此次审计按照相关要求，提供了大量的表格、电子资料、纸质资料，接受了审计访谈，沟通解释了审计提出的各项问题，最后对审计沟通函提出的问题进行了反馈。

（二）企业开展内部检查情况

无

81

Confidential                                                                    CBMIE00028211

附件九：重要会议清单

| 序号 | 会议时间 | 会议名称 | 主要议题 | 决议编号/存档文号 | 是否按要求及时通 | 监事会是否列席 |
|---|---|---|---|---|---|---|
| 1 | 2014 年 01 月 07 日 | 总经理办公会 | 关于成立采购部的讨论 | 中建材国际（总字）【2014】001 号 | 否 | 否 |
| 2 | 2014 年 02 月 10 日 | 总经理办公会 | 关于成立光伏分公司的讨论 | 中建材国际（总字）【2014】002 号 | 否 | 否 |
| 3 | 2014 年 04 月 09 日 | 总经理办公会 | 关于巴西、南非公司注册信息变更的讨论 | 中建材国际（总字）【2014】005 号 | 否 | 否 |
| 4 | 2014 年 04 月 11 日 | 总经理办公会 | 关于在海外成立合资公司及业务员考核的讨论 | 中建材国际（总字）【2014】006 号 | 否 | 否 |
| 5 | 2014 年 05 月 09 日 | 总经理办公会 | 关于成立投资部的讨论 | 中建材国际（总字）【2014】007 号 | 否 | 否 |
| 6 | 2014 年 05 月 14 日 | 总经理办公会 | 关于公司转型相关事项的讨论 | 中建材国际（总字）【2014】008 号 | 否 | 否 |
| 7 | 2014 年 06 月 17 日 | 总经理办公会 | 关于海外投资物流园相关事项的讨论 | 中建材国际（总字）【2014】009 号 | 否 | 否 |
| 8 | 2014 年 09 月 12 日 | 总经理办公会 | 关于在迪拜自由贸易区注册成立全资子公司的讨论 | 中建材国际（总字）【2014】014 号 | 否 | 否 |
| 9 | 2014 年 12 月 16 日 | 总经理办公会 | 关于乌克兰"债转股"项目中收购 Helios 公司下 4 个 SPV 光伏电站的全部股权的讨论 | 中建材国际（总字）【2014】019 号 | 否 | 否 |
| | | | | | | |
| | | | | | | |

82

Confidential

CBMIE00028212

**附件十：重要文件清单**

（一）重要发文清单（上行文）

| 序号 | 发文时间 | 文号 | 发往单位 | 文件标题 | 发文单位 | 密级 |
|---|---|---|---|---|---|---|
| 1 | 无 | | | | | |
| | | | | | | |

（二）重要发文清单（下行文）

| 序号 | 发文时间 | 文号 | 发往单位 | 文件标题 | 发文单位 | 密级 |
|---|---|---|---|---|---|---|
| 1 | 无 | | | | | |
| | | | | | | |

（三）重要收文清单

| 序号 | 收文时间 | 文号 | 印发时间 | 文件标题 | 发文单位 | 密级 |
|---|---|---|---|---|---|---|
| 1 | 无 | | | | | |
| | | | | | | |

Confidential

CBMIE00028213

## 附件十一：支持配合监管工作情况

（一）支持配合监事会工作情况

无

（二）其他整改事项落实情况

无

84

CBMIE00028214

（三）企业监事会工作情况表（本表仅由中央企业总部填写）

| 中央企业总部 | 是否建立专职机构推动开展本企业系统内的监事会工作 | | | | 是/否 |
|---|---|---|---|---|---|
| 二级子企业<br>(不含上市公司) | 监事会设立形式 | 户数 | 监事构成情况（人） | | 开展监事会工作较好的子企业<br>（每项至少列举 1 户） |
| | | | 人数 | 其中：专职 | |
| | 集团公司派出 | | | | |
| | 二级企业内设 | | | | |
| | 未设立监事会但由<br>企业总部派出监事 | | | | |
| 控股上市公司 | 上市公司级次 | 户数 | 监事构成情况（人） | | 开展监事会工作较好的子公司<br>（每项至少列举 1 户） |
| | | | 上级股东<br>派出 | 上市公司<br>内部产生 | |
| | 二级公司 | | | | |
| | 三级及以下公司 | | | | |

85

CBMIE00028215

## 附件十二：其他内容

（一）享受的特殊（优惠）政策

无

（二）本年度企业章程修改情况

无

（三）全面风险管理情况

无

（四）内部控制评价情况

无

（五）其他

无

86

CBMIE00028216