<u>**Partial Translation of CNBMUSA00024907-936**</u>
<u>**CNBMUSA00024907**</u>

Breeder Material Department Jan. to Sep. Business Analysis Report
Submitted on: (October *, 2014)
(Note: Each department can add analysis of other items or slightly change the template as need.)

I. Operation Details of okorder.com

1. Follow-up of Enquiries on okorder.com (July to September)

| July | Requesting User Country | Product Requested | Enquiry Processed by | Enquiry Follow-up |
|---|---|---|---|---|
| 1 | US | GPS | Jianqiao Xing | Quotation submitted |
| 2 | "…" | | | |
| 3 | | | | |
| 4 | US | Aluminum Plate | Jiasheng Su | Quotation submitted |
| 5 | "…" | | | |
| 6 | | | | |
| 7 | US | GPS | Jianqiao Xing | Quotation submitted |
| 8 | "…" | | | |

<u>**CNBMUSA00024913**</u>

"…"
GPS Product Market
The needs for GPS products are mostly located in Europe, America and other markets.

<u>**CNBMUSA00024918**</u>

"…"
19. NYES is a US client. The client has used positioning products from other domestic suppliers before, and wants to purchase our high-end positioning products. Currently samples have been purchased and are under test. The client has 500 automobiles on which GPS should be installed. Client is from the targeting industry with a large operation scale and rich client resource, so we plan to conclude an order of 300 sets of GPS in the year 2014 to achieve a sales revenue of US$32,000 and profit of CNY 70,000 with the profit rate is around 37%.

CONTEMPT
Exhibit 160

Breeder material department January to September business analysis report submission time: (In October, 2014 * date) (note: Various departments may appropriately increase other analysis contents according to the situation, may change pattern plate form) Yi Danwang to construct special details 1, Yi Danwang to inquire the plate operational practice simply (7 - in September)

In July

Inquired the plate user country

Inquired the plate product

Inquired the plate to process the human

Inquired the plate operational practice

1

US

GPS

Xing Jianqiao

Has quoted price

2

India

GPS

Xing Jianqiao

Has quoted price

3

Saudi Arabia

Tinplate

Jiao Weiwei

Has quoted price

4

US

Aluminum sheet

Su victory

Has quoted price

5

India

GPS

Xing Jianqiao

Has quoted price

6

Australia

GPS

Xing Jianqiao

Has quoted price

7

US

GPS

Xing Jianqiao

Has quoted price

8

Australia

GPS

Xing Jianqiao

Has quoted price

In August

1

India

GPS

Xing Jianqiao

Has quoted price

2

South Africa

GPS

Wang Shuai

Has quoted price

3

India

GPS

Xing Jianqiao

Has quoted price

4

Pakistan

GPS

Xing Jianqiao

Has quoted price

5

India

GPS

Xing Jianqiao

Has quoted price

6

Singapore

GPS

Xing Jianqiao

Has quoted price

In September

1

India

GPS

Xing Jianqiao

Has quoted price

2

Aman

GPS

Wang Shuai

Has quoted price

3

Singapore

GPS

Xing Jianqiao

Has quoted price

4

India

GPS

Xing Jianqiao

Has quoted price

5

India

GPS

Xing Jianqiao

Has quoted price

6

India

Tinplate

Jiao Weiwei

Has quoted price

7

India

Tinplate

Jiao Weiwei

Has quoted price

2nd, under line inquired plate online quoted price (7 - in September) under staff name line inquired plate quantity online quoted price quantity order form quantity 1 Yao Xiao 20 2 2 2 Jiao Weiwei 19 6 5 3 Tian Xiaoping 30 17 4 4 Jiabeibei 27 1 1 5 Su to win 38 1 1 6 Huo Yuanyuan 5 2 2 7 Liu ?hao 20 1 1 8 Yang Lingling 20 3 0 9 Xing Jianqiao 62 34 1 10 Wang Shuai 17 1 0 11 Li Cunliang 14 0 0 12 sea guest 11 1 1 3, Yi Danwang really the product development product range

Development personnel

Whether has Yi Danwang to inquire plate

1

Tinplate

Tinplate project group whole staff

Has

2

Tinplate system pot equipment

Tinplate project group whole staff

Does not have

3

Cold bending formation equipment

Li Cunliang, Zhang Haibin

Does not have

4

Cold bending molding (shelf molding, pipe holder molding)

Li Cunliang, Zhang Haibin

Does not have

5

GPS

Xing Jianqiao, Wang Shuai has 6 horticultural goods Liu ?hao not to have 4. Yi Danwang Wan Chang recruits situation

Whether accepted this department to manage and product category of new development from Yi Danwang now? If accepted to finish, please fill in the product category that accepts

First-level

Second-level

Third-level

Four levels

Machinery & Equipment Metal Processing Machinery

Roll Forming Machinery

Minerals & Metallurgy Steel Tinplate

Consumer Electronics GPS GPS Navigation

Consumer Electronics

GPS

GPS Tracker

Consumer Electronics GPS Cycling GPS

Consumer Electronics

GPS

Marine GPS

Consumer Electronics GPS Portable GPS

Consumer Electronics

GPS

Professional GPS

Machinery & Equipment Metal Processing

Roll Forming Machinery

Construction & Real Estate Metal Building Materials

steel strut

Service Equipment Cargo & Storage Equipment

pallet racking

Machinery & Equipment Packaging Machinery

Tin Can Making Machinery Food Can Body Making Machinery

Machinery & Equipment Packaging Machinery

Tin Can Making Machinery Chemical Can Body Making Machinery

Machinery & Equipment Packaging Machinery

Tin Can Making Machinery Top & Bottom Making Machinery

Machinery & Equipment Packaging Machinery

Tin Can Making Machinery Two Piece Can Making Machinery

Machinery & Equipment Packaging Machinery

Tin Can Making Machinery Relative Equipment

Home & Garden Garden Supplies

Garden Buildings Fencing, Trellis & Gates

Home & Garden Garden Supplies

Garden Pots & Planters Flower Pots & Planters

Home & Garden Home Décor

Blinds, Shades & Shutters Wan Chang recruits to accept the duty quantity (this table from August request filling in) month

The suppliers recruit the duty quantity

Has completed to recruit the supplier quantity

The progress completes the proportion %

The suppliers upload the run quantity

The progress completes the proportion %

In September

30

35

117%

21

7%

In October

45

In November

45

In December

30

In January

Team plan and introduction

This year department the personnel plans 16 people at the beginning of the year, in the year the adjustment is 15 people, at present department in-service staff 14 people

The name position is responsible for the product being responsible for market Liu Jinhui divisional manager Chen Jing purchasing purchase breeder material project group Li who the manager is responsible for all services Cunliang sales manager equipment Europe, African Zhang Haibin sales manager equipment Asia tinplate project one group of Yao Xiao real project manager tinplate Middle East Jiao Weiwei sales manager tinplate Middle East Jiabeibei sales manager tinplate North Africa Tian Xiaoping sales manager tinplate Southeast Asia tinplate project two groups of Su wins some project manager tinplate South America country Huo Yuanyuan sales manager tinplate Eastern Europe Liu ?hao sales manager tinplate Western Europe Yang Lingling sales manager tinplate Central America GPS product project group Xing Jianqiao sales manager GPS not to limit Wang Shuai sales manager GPS not to limit three, managementsThe goal achieves situation analysis work summary outline: (The sales volume \ profit is in financial physical chart (2) item "sales volume target") unit: (Ten thousand Yuan/Renminbi)

Other platforms explained: Dollar purchase, Saudi Arabian Bank of communications disembark account transit trade

The physical chart first statistics January to September department net profit 2,821,800 Renminbi (including last year settlement carry-over profit 546,500 Renminbi)

January, 2014 to September, the business agency counts in the hand order form (already effective order form) sales volume ¥ 216.2 million Renminbi, the wool profit ¥ 3,479,800 Renminbi

Business statistics data and financial data difference amount and reason: The service data is already the effective order form

Floats owes the explanation (to have, then must filling in): Does not have

a and stock loss

b and receivable bad account

c and exchange rate loss

d and lawsuit and other

(2), Operational budget analysis

a and quarterly budget goal completes situation

Unit: Ten thousand Yuan/Renminbi

b and budget deviation analyzes (the 1-* month):

(1) market (nationality) analysis

Tinplate produce market

The Iranian market Iran market client is mainly centralized in the terminal system pot business, the food manufacturer, the steel products foreign trader and others. At present we select the method that the system pot business and foreign trader simultaneously advance, on the one hand, regarding the terminal user, completes the price and service support, encourages him to import voluntarily; On the other hand, actively develops the foreign trader, seeks the proxy pattern. At present the strength strong comprehensive customer had the wish to keep in stock to transport the Iranian pattern with my department cooperation Dubai, the customer proposed that may bear 50% costs, and is responsible for retailing of Iran. Moreover, as a result of Iranian service's characteristic, the majority of customers through the Kunlun Mountains Bank TT operation, the cycle is long, maintains to my department price with sets a higher request with the factory coordination ability. Simultaneously because client base circle is small, we while maximum limit the quality assurance stable advancement development, the development more new customer resources, the business model and will gradually develop and additional upstream and downstream related new product line.
In 2013 the whole year, by foreign exchange control, the Iranian market was still imported from China the tinplate 60316.91 tons, the market consumption quantity is big, my department in 2013 will export the Iranian 3198.95 tons. January, 2014 to August, Iran imports the tinplate 33288.76 tons from China, my department exports the Iranian tinplate 1704.59 tons.

Italian market Italy this native manufacture pot industry is developed, has large-scale chemical barrel and powdered milk pot, the emperor official's cap production enterprise, is exuberant to the tinplate material's demand. But because Italy does not have tinplate factory, most system pot enterprises depend upon the import, a major part is supplied by European Arcelor Mittal, in recent years along with the rapid development of Chinese tinplate industry, the price is more preponderant than Europe, large-scale system pot enterprise will start to purchase the center of gravity to shift to China. In 2013, China exports the tinplate quantity in Italy is more than 60,000 tons, the month exports 5000 tons, approximately accounts for the Chinese tinplate month even volume of exports about 10%, obviously big of Italian market absorption capacity, we must spend enough energy to develop.
In 2013 the whole year, the Italian market imports the tinplate 96663.55 tons from China, my department in 2013 exports the Italian 1323.78 tons. January, 2014 to August, the Italian market imports the tinplate 101599.4 tons from China, my department exports the Italian market tinplate 885.6 tons.
The Chilean market Chile system pot market client quantity are not many, at present we cooperated to finalize a deal 4 customers, is big besides the AGUILA scale, other 3 customer scales are small, the annual quantity purchased puts together also 300 tons. At present Chilean maximum system pot enterprise EDEN, maintains the relation, but has not established the effective communication. We export Chile's tinplate price and profit have been very high, is one of we with emphasis development base markets. It is estimated that in May will visit the Chilean market client once more, won over the new customer to finalize a deal in 2013 the whole year, the Chilean market imported the tinplate 6892.87 tons from China, my department exported the Chilean 2138.15 tons. January, 2014 to August, the Chilean market imports the tinplate 2951.22 tons from China, but my department exports the Chilean market tinplate 290.36 tons.
Deviating cause: At present the Iranian market is restrained the payment time is too long, after customer

application specified amount, in the ordinary circumstances takes for two months to receive the customer loans, causes the order execution to be very slow.
But original Chilean market old customer as a result of the stock consumption reason, had not started the new purchase.

Cold bending formation device market

Cold bending formation equipment at present staple market centralized in Africa, Asian and Eastern European GPS produce market

GPS kind of produce market main centralized in Europe, Americas and other market (2) customer analyses

The FISMA Italy customer, mainly produces the chemical barrel, the tinplate year demand about 6000 tons, from 2009 then starts with my department cooperation. This customer knows that we are the foreign traders, at present we also push the HBIS product in the host, in view of the fact that our CNBM state-owned enterprise prestige and order execution, coordination and other aspects had the good tacit understanding, the customer have not related HBIS directly, after June, 2011 will restore to cooperate, every 2-3 months from here purchases about 10 cabinets' goods. In 2013 the whole year cooperates 4 order forms, the tinplate 890 tons, the sales volume 863,500 dollars, profit approximately 300,000 Renminbi, average rates of profit 5.89%. The customers came visiting my Si Bing to visit the HBIS factory at the end of June, 2014. In the first half of 2014, has signed 4 order forms, the tinplate 825 tons, the sales volume approximately 760,000 dollars, profit approximately 150,000 Renminbi. It is estimated that in 2014 the whole year sells the tinplate approximately 1200 tons, sales volume about 1.1 million dollars.
The NEW BOX S.P.A Italy customer, mainly produced the innovative design the outsourcing packing and emperor official's cap, the customer confirmed in March, 2014 tried the order form altogether 100 tons, the customer soon will receive and will test the product in mid-July. This customer year demand greatly is quite very strict to the quality requirement, in my department product tests after the customer, with the customer will discuss that in the second half of the year expands the cooperation. In 2014 tries the order form 100 tons tinplate amount approximately 100,000 dollars, profit approximately 30,000 Renminbi, it is estimated that the annual order volume 500 tons, the amount approximately 500,000 dollars, profit approximately 150,000 Renminbi.
Iranian customer TOLID GOSTARESH COMPANY, the gas spray pot system pot business, a year quantity purchased 2000-3000 tons tinplate, in 2013 finalized a deal 6 order forms, a total 900 tons tinplate, in 2014 so far finalized a deal 4 order forms, total 600 tons, sales volume 499500 euros, conservative estimate profit approximately 270,000 RMB above. This customer present cooperation situation is normal, quite trusts my department, but because understood that we possibly are foreign trader and other situations, to my cooperation of department and factory HBIS whether was worried stably, proposed the later cooperation needs the factory to write up MTC directly and so on concrete question, before we said this way has the difficulty, but the customer manner is also quite firm, the specific matter in consultative processing, like cannot properly solve through mail telephone and other ways, later period will consider that visits once more. It is estimated that in 2014 the whole year sells the tinplate approximately 1000 tons, the sales volume 800,000 euros.
Iranian customer GOLDSTONE (RAZI CHEMICAL IRAN), Iranian chemical industry manufacturer, for oneself tinplate demand one year 1000 tons. At the end of 2013 to 2014, finalized a deal 500 tons tinplate order form, the customer operates voluntarily by way of Dubai transports Iran, because Hengshui appears in the order execution process orders is too full, the rolling mill breakdown and so on sharp-edged situation, late delivers for 2 months, at present the cargo to Hong Kong Iran, customer name one part has used for oneself, one part of retailing. If retails the situation to be good, the carrying out next step cooperation even is Dubai keeps in stock the cooperation again. It is estimated that in 2014 the whole year sells the tinplate approximately 1000 tons, the sales volume 1 million dollars.
Saudi Arabian customer OVERSEAS CANS & CONTAINERS LLC, the chemical pot manufacturer, every month the demand about 300 tons, at present the main Chinese suppliers are the League of Nations, purchases from Ma, because the price is high and payment method question, not from Ma purchases. In 2011 has the order form cooperation with our company, presents thickness to be non-uniform because of the product quality, tin-plates non-uniform, as well as the length and width invert can the question, the

customer stop cooperating. In March, the customer comes visiting our company and factory, restarts the cooperation, payment method 180 days of LC, profit spot is low, less than 2 spots. The customers received the partial product, the feedback quality is good. Believes that will continue in the future with our company cooperation. This customer is quite sensitive to the price, very possible when several dollars disparity not under list, quoted price is not suitable is too high.

Aman customer GULF CANS & PACKAGING INDUSTRY LLC, the local quite big food pot manufacturer, like the powdered milk pot, the ketchup pot and so on, the year demand in 8500 tons, at present from Japanese nippon, South Korean posco, Indian tata steel and Brazilian Steel mill purchases. The customers come our company and factory in April visit. At present altogether has 3 trial order forms with our company, 375 tons tinplate, sales volume total usd382,750, wool profit estimate Renminbi 100,000 Yuan, average rates of profit approximately 4 spots. It is estimated that in the second half of the year order volume about 600 tons.

Thai O MAX CAN & PRINTING CO., the LTD old customer, the tinplate system pot business, the old factory prints Tu Duchang, the new factory is mainly the system pot. Customers except for oneself, but also helps his customer to buy the iron. About month demand 200t. Supplies Hengshui's goods, the customer will return the price, general 20~40 dollars. Since August, 2011 finalized a deal altogether 8 order forms, in the first half of 2013 predecessor person in charge had finalized a deal two lists, 100t. My second half of the year October and in December tinplate turnover 2 order forms, seconds tinplate 50t, first-level tinplate 100t. Because at the beginning of 2014 goods generation of deliveries are late, causes the customer not to trust our dates of delivery, although has the inquiry, in addition the quoted price slightly is possibly high, therefore in the first half of the year not under list. In the second half of the year key communicates with the customer, quoted price should not be too high.

Thailand: LOHAKIJ RUNG CHAREON SUB CO., the LTD new customer, mainly produces the food pot (seafood pot 70%, fruit and vegetables 30%), the collection system pot, printing and Tu Du a body, is one of Thai maximum system pot business. The year demand is 100,000 tons tinplate, mainly and Qinhuangdao Guangdong from Baosteel buys the tinplate, in Zhongshan Guangdong buys to plate the ferrochrome. Since 2014 the mail telephone communication has been close, should request to provide 0.17 sample tests to the customer, the result is stable. Accompanies the customer on May 14 to visit Hengshui Factory, afterward cooperates to try the list 50 tons, in July early August delivers, L/C payment, profit more than 0.1 point. The customer target price is very low, even if Baosteel. This time tries also to have the loss risk only, in view of the fact that the customer scale is big, if the quality does not have the question, the cooperation quantity and potential are big. In the second half of the year, according to product manufacturing test condition , to promote following cooperation. It is estimated that in the second half of the year finalized a deal 200-500 tons.

Egyptian customer ALBAILY CHEMICAL IND this customer for a small can factory in Egypt, purchases 1-2 in my department every year times, each time about 25 tons, in 2013 the whole year will cooperate 2 order forms, the tinplate 50 tons, the sales volume 55,000 dollars, profit approximately 10,000 Renminbi, average rates of profit 3.03%. In 2014 in the first quarter, has signed 1 order form, the tinplate 25 tons, the sales volume approximately 24,000 dollars, profit approximately 0.35 Renminbi, profit margin compares in 2013 to drop. It is estimated that in 2014 the whole year sells the tinplate approximately 50 tons, sales volume about 50,000 dollars. This customer to the ocean freight, market price and other information understanding is thorough, the price wants is quite low, generally in various aspect quite appropriate situation one after next lists. At present maintains the relation.

Colombian FLEXOSPRING, is mainly the INCOLTAPAS proxy purchases the tinplate to serve as the production of chemical barrel. In 2009 once achieved trial order form cooperation, because afterward a variety of reason continuously dormancy, makes a fresh start to cooperate until the second half of 2013, to the present 5 order forms, sales volume more than 250,000 dollars. This customer to the quality requirement is not too harsh, but requests to be quite low to the price, profit margin on average probably about 2%~3.5%.

Chilean customer AGUILA, chemical pot producer, ORLANDINI is its purchase subsidiary company, the majority of products are the chemical barrels, a small part is fancy cans. In the Chilean market they in the chemical barrel scale are maximum, the tinplate demand respectively is 4000 ton/year, 2000 ton/year. More than 4 years with my department cooperation, is quite satisfied to Hengshui's product quality, hopes that we give the payment terms that it more gives preferential benefit. In 2013 the whole year signs 3 order form 1400 tons tinplate, the sales volume approximately 1,495,900 dollars, profit approximately 701,500 Renminbi, average rates of profit approximately 7.75%. But in the August, 2013 large stock of

goods delivers goods last finished, continuously not new order form, the primary cause after it purchases Chilean bankruptcy INESA Corporation, has the massive stock tinplate digestion. In 2013 in the fourth quarter and in 2014 the tracks customer demand, at the end of March, the customer has been making a fresh start to purchase in the first quarter, it is estimated that purchases 295 tons tinplate from my department. In 2014 the whole year estimated that purchases the tinplate 1500 tons, sales volume about 1.55 million dollars.

Ukraine customer FAVOR, under at the end of 2013 order form 2, in execution, altogether 300 tons, profit margin about 5%. Mainly makes the food pot, chemical pot, simultaneously provides to spread to plate the printing services. The year demand about 8000 tons, has unified and Country Internal medicine department Ma with Taiwan cooperates. Because product quality and physical distribution question is discontented with Ma, seeks for the new supplier in China. The customers are very sensitive to the physical distribution and product packaging, at present our senior supplier can satisfy the customer demand. The customers said after product is used to produce the examination, if the product quality is good, is willing to cooperate with our company for a long time, in 2014 pre-under order form 4000 tons, but receives the Ukraine situation influence at present, the customer will pay to collect the difficulty, the cooperation quantity will reduce greatly.


Polish Silgan, production made of iron packing, plastic packing, plastic cover and packaging machinery. Also has the factory in North America. The customers reflected that 13 years tinplate demand about 6000, at the beginning of the year has the cooperation, is quite satisfied to the product quality.

Latter because of the price factor, seeks for the new supplier in Europe. At the end of the year the Chinese tinplate price call-back, the customer again under order form 80 tons, and expressed that 14 years will purchase in our company every month, the total quantity about 600-1000 tons Metalat Mexico the deal customer, has established about 30 years, the family firm, the production line all imports from China, altogether 4 system pot production lines, 1 plastic pot plant. At present only produces three pieces and two pieces of mixed pots, in the future considered that produces the food pot. 14 years in May signs 2 order forms, altogether 164 tons, the sales volume is $167,280.00, profit for ¥37824.35. It is estimated that in 2014 sells the tinplate 300 tons, sales volume 300,000 US dollars.

Zapata Hermanos Sucesore Mexico already deal customer. The Zapata group was established in 1926, the family firm. The entire automatic production line, produces mixed pot, paint tin, food pot, plastic pot and so on. Has 6 color printing lines, equipment purchases from Europe, Japan and Brazil. ETP whole year demand 40,000 tons (SR 22000, DR 18000). The TFS whole year demand is 10,000 tons (the SR 3000 tons DR 7000 tons). The customers purchase 0.5 ton aluminum sheet sample. Received the customer entire funds.

SCHAEFER SYSTEMS INTERNATIONAL SDN.BHD.

The Malaysian customers (headquarters are located at Germany), produces the shelf warehousing system. This customer for the world first shelf system producer, is powerful , to continue single ability. Starts to have the contact with this customer from March, 2013, through the repeated communication, finally, signs a C slanting formation equipment with the customer successfully, the sales volume approximately 136,300 dollars, profit approximately 110,000, profit margin approximately 15%. Now, the customer with us was discussing that other one set holds the composite beam cold bending formation equipment, the amount makes: 386,000 dollars, profit approximately 280,000 Renminbi.

The STELCON COMPANY Russia customer, produces the shelf warehousing system. The customers for the Russian large-scale producer, are powerful, continue single ability. Starts to contact with this customer from July, 2013, through the communication, the customer has made a fitting's order form in May, the amount: 7100 dollars. Profit: 5400 Renminbi. Now is discussing the foot board formation equipment with the customer, the sales volume: 377,500 dollars, profit: 299,000.

The FVS Britain customer, mainly does with the automobile related fire protection, the automobile diagnosis. The customers have potential customer resources in the locality, and has to relate with many automobile lease company. Had contact with us from 1913, the customer needs to install own software on our products, formed one complete test system, its customer demand about 3000. Because the product of customer request is quite special, needs custom-made specially, therefore the general vehicle navigation plan business and tablet PC supplier is very difficult to satisfy the customer demand. 13 years customer purchases our different model the prototype to conduct the test twice, 14 the first half of the year finally determined that the OEM specific request, and had custom-made 100 prototypes to carry on the preliminary test phase, sales volume 16664 US dollars, profit approximately 40,000 Renminbi, profit

margin approximately 40%. Through will be near one year understanding, this customer credit is good, the cooperation profit margin is high. Strives for 14 years whole year to take the customer approximately 1000 OEM order forms, the sales volume approximately 160,000 dollars, profit approximately 380,000 Renminbi, average rates of profit 40%.

The NYES American customer, the customer before has used other domestic suppliers' locator products, this time wants to introduce our high-end locator product, at present purchased the prototype to conduct the test. This customer has 500 automobiles to need to install the GPS locator, considered that this customer is in the profession the customer, and has certain scale and customer resources in the American market, it is estimated that 14 years take the customer 300 locator order forms, the sales volume approximately 32,000 dollars, profit approximately 70,000 Renminbi, profit approximately 37%.

MW Online is the Australian customer, mainly manages the auto safety thing, the year demand is 400, the high-end model purchases from our company, and some more inexpensive products purchase from other Shenzhen factories directly, customer known we for foreign trader, but serves regarding the product and price is more satisfied, therefore maintains the cooperation, 2014 the first half of the year had two order forms, profit margin approximately is 10%, because recently the supplier original product suspended production, the customer is testing the new product DIGI Holland customer now, the special management protected the child safety the thing, 14 the first half of the year had cooperated three times, at present and performance to our product the quality is quite satisfied, main rightThe GPS wristwatch and low-end locator product comparison is interested. Considered that the customer has certain net to sell with the channel marketing capacity, and has stable pickingThe buying quantity, the attempt trained customer becomes us in one of Holland local agents. It is estimated that 14 years product 300, sales volume approximately 30,000 dollars, profit approximately 50,000 Renminbi.

Deviating cause: With the above market deviating cause (3) product analysis (1) tinplate product tinplate, is divided into the food with use with the chemical industry specifically, 3 joint brands, 37 easy single products. Because the tinplate is in itself the packing material, at present many food and chemical industry developed country and market amount used is very big, simultaneously the quality level of domestic supplier gradually is also improving, in recent years the export business of our tinplate in the stable growth, has been possible to affirm that the tinplate service has very important position in our department gate service. From the concrete profit, the tinplate substitution product are few, has may replaces partially with TFS and aluminum product, the TFS application scope is small, is our department gate management scope, but the aluminum product is expensive, generally speaking the tinplate competitive advantage is very strong. Meanwhile regarding the tinplate product, we actively is also developing the tinplate to spread to plate the product, makes the pot equipment, the special use pot equiphase closes the downstream product line, through the perfect product scope, carries on the service increment. At the same time, tinplate product's Yi Danhua also in the stable advancement, mainly includes the online price maintenance, online inquired Pan Baojia.

In 2013, the volume of exports of my department tinplate about 8000 tons, in the foreign trader exports in the place is second.

And, in the manufacturer, the domestic main tinplate exporter has Baosteel, Komma, in South Korea Guangdong and so on, occupies export market's very big share separately, particularly the Middle East market, the Komma and other supplier's prices are low, the market visibility is high; In the foreign trader, has Zhongshan Ran Da, steel, light product and other foreign traders for major competitor.

(2) cold bending formation equipment cold bending formation equipment, this product is at the market phase of exploitation, the prospect is broad, may carry on the increment through the service. Main business product has carried on the product promotion through Yi Danwang. At present cold bending formation equipment mainly centralized in special molding cold bending formation equipment's promoted, like shelf molding cold bending formation equipment and related fitting

(3) GPS product GPS: Is divided into the outdoors with grasping GPS roughly, vehicle borne GPS navascope, GPS tracing. GPS is the development most has one of foundation significance high technology and new technologies, its global character, totipotency and Hou Xing the navigation, fixed time, the line speed superiority definitely will obtain more and more widespread application in many domains. In the developed country, the GPS technology started to apply in the transportation and traffic engineering. The GPS technology and traffic control in the Chinese the application in road engineering also only started, along with the development of our country economy, as the advanced measuring means and new productive forces, integrated each application domain of the economic construction, the

national defense development and social development.

At present our company suppliers provide to have custom-made the service, may make the different solution in view of customer's demand. Moreover this product replacement generation of speeds are quick, has the market optimal allocation promptly.

The GPS product suits Yi Danwang the development, 13 years we introduce the new product unceasingly, demonstrated that in Yi Danwang, the continuous revision quoted price, optimizes the product contact surface, achieves the google place promotion, hit rate increases.
Deviating cause: The mainstream export products are quite unitary, the profit somewhat low (4) sales personnel duties will complete the situation analysis project group name position product in 2014 to complete the proportion gross profit to complete proportion tinplate project one group of Yao in the hand orders position sales volume gross profit sales volume operation objectives January to September Xiao the real project manager tinplate ¥1,790 ¥85.00

¥2137.97 119.44% ¥119.81 140.95% Jiao Weiwei sales manager tinplate ¥595 ¥33.00

¥718.16 120.7% ¥29.1 88.18% Tian Xiaoping sales manager tinplate ¥660 ¥29.80

¥634.17 96.09% ¥12.66 42.48% Jiabeibei sales manager tinplate ¥495 ¥28.00 ¥13.48

2.72%

¥0.76

2.72%

Tinplate project two groups

Su victory

Project manager

Tinplate

¥2,090

¥85.00 ¥288.05

13.78%

¥10.18

11.98%

Huo Yuanyuan

Sales manager

Tinplate

¥1,000

¥30.00 ¥886.99

88.7%

¥40.47

134.9%

Liu ?hao

Sales manager

Tinplate

¥1,325

¥60.00 ¥657.42

49.62%

¥47.14

78.57%

Yang Lingling

Sales manager

Tinplate

¥730

¥28.00

¥133.08 18.23% ¥10.39 37.11% GPS product project group Xing Jianqiao sales assistant GPS ¥140 ¥25.00 ¥14.62

10.44%

¥6.48

25.92%

Wang Shuai

Sales assistant

GPS

¥170

¥20.00 ¥3.32

1.96%

¥0.36

1.8%

Breeder material project group

Li Cunliang

Sales manager

Equipment

¥465

¥70.00 ¥86.03

18.5%

¥11.58

16.54%

Zhang Haibin

Sales manager

Equipment

¥135

¥25.00 ¥0.00

0%

¥0.00

0%

Department

Other

¥5200

¥15

¥16046.81

308.59%

¥59.05

Grand total

¥15750

¥605.55

¥21620.1

¥347.98

Zhang Haibin has also made the order form breakthrough, signs a H section and an angle steel sales contract with the section department cooperation, the customer came from Trinidad and Tobago, dollar purchase, sales volume ¥ 199,500 Renminbi, wool profit ¥ 0.72 Renminbi. In September signs the order form, receives the customer 30% advanced payment, the order form becomes effective in October.

Deviating cause:

(5) cost analysis

Subject

In the first quarter

In the second quarter

In the third quarter

In the fourth quarter

In 2014

In 2014

Out-of-pocket cost proportion

Out-of-pocket cost sum total

Estimated cost

Sales overheads cost

452,402.5

706,464.1

485,796.6

0.0

1,644,663.2

2284500

72%

Display expense

0.0

0.0

0.0



0.0 0

Advertisement and service publicity expenses

0.0

0.0

0.0

0.0 16000 0% staff salaries 347,132.0 324,251.0 315,952.0

987,335.0

1457500

68%

Operational funds

48,918.0

50,860.0

99,778.0

250000

40%

Business entertainment

4,005.3

4,264.0

1,636.0

9,905.3 16000 62% domestic travel expenses 14,305.0 37,012.3 29,817.7

81,135.0

40000

203%

Overseas travel expense/foreign expense



0.0

97,907.0

6,911.0

104,818.0 120000 87% administrative expenses 4,095.0 2,687.0 2,059.0

8,841.0

2200

402%

Rents the rental + the property expense

0.0

105,200.0

100,800.0

206,000.0 318400 65% communication expenses 8,147.0 22,257.0 4,969.0

35,373.0

30400

116%

Postage fee

3,587.3

5,775.5

2,561.9

11,924.7 24000 50% local traffic allowances 595.3 21,082.9 4,819.0

26,497.2

10000

265%

Other

21,617.6

35,167.4

16,271.1

73,056.1 0

Overhead charge

38,577.3

74,057.0

43,823.0

0.0

156,457.3

132000

119%

Amortization fund

1,763.3

1,735.0

1,679.0

5,177.3 7000 74% consultation expenses 0.0 0.0 0.0

0.0

0

Conference fee 0.00 0.00 0.00

0.0

0

The departmental charge shares 36,814.0 72,322.0 42,144.0

151,280.0

125000

121%

Other

0.0

0

The financial expenses sub-total 33,054.8 74,345.2 140,807.9 0.0 248,207.9 375200 66% funds occupy the interest 33,054.8 74,345.2 140,807.9

248,207.9

327600

76%

Interest expense

0.0

Other

0.0

47600

0%

0.0

0.0

######

######

9,905.3

######

######

8,841.0

######

January, 2014 to September, department has the expense 1,701,400 Renminbi actually, compared same time last year 1,358,900 Renminbi, increased 342,500 Renminbi

Deviating cause:

Outside the administrative expenses and indoor traffic allowance ultra budget are many, amount to the newspaper ticket production

Domestic travel expense ultra budget increases for the third quarter domestic error rate additionally is the result

can c, revise budgets the goal at the beginning of the year? Revises the reason?
Otherwise d and stock variance analysis (quantity unit: Ton amount unit: Ten thousand Yuan) do not have

Product range

Product model

Service data

Financial data

Physical distribution data

Difference explanation

Quantity

Amount

Quantity

Amount

Quantity

Amount

(3), Business process data analysis (on July 1st - on October 1)

Staff

Name

Transmission mail number

Receives the mail number

Customer input number

Receives to inquire Pan Shu

Inquired the plate reply number

New product input number

New deal customer number

New carburation joint customer number

Clerks

Verification

Clerks

Verification

Clerks

Verification

Clerks

Verification

Clerks

Verification

Clerks

Verification

Clerks

Verification

Clerks

Verification

Yao Xiaozhen

466

466

243

243

13

13

20

20

27

27

0

0

2

2

3

3

Jiao Weiwei

521

521

199

199

26

26

30

30

47

47

0

0

0

0

31

31

Tian Xiaoping

442

442

199

199

5

5

29

29

35

35

0

0

4

4

27

27

Jiabeibei

838

838

170

170

43

43

26

26

24

24

0

0

0

0

22

22

Su victory

263

263

95

95

1

1

26

26

26

26

0

0

0

0

0

0

Huo Yuanyuan

187

187

137

137

0

0

2

2

2

2

0

0

0

0

0

0

Liu ?hao

221

221

90

90

0

0

19

19

20

20

0

0

0

0

0

0

Yang Lingling

391

391

124

124

2

2

18

18

16

16

0

0

1

1

0

0

Wang Shuai

257

257

30

30

156

156

1

1

1

1

0

0

0

0

0

0

Xing Jianqiao

372

372

180

180

121

121

78

78

78

78

0

0

0

0

1

1

Li Cunliang

929

929

295

295

0

0

0

0

0

0

0

0

0

0

0

0

Zhang Haibin

680

680

89

89

58

58

14

14

21

21

0

0

0

0

3

3

(4), Customs outlet data analysis (market share analysis and range pole enterprise analysis)

This item is at the monthly regular meeting must report the item to the general manager

Statistical time: On January 1st, 2014 - August 31, 2014 the export commodity name: Tinplate

Unit: Ten thousand/US dollar (this place please take amount business name enterprise nature factory OR foreign trader quantity (ton) amount (ten thousand US dollars) unit price (dollar/ton) Baoshan steel and iron limited liability company state-owned business factory 207208.041 20036.81 966.99 Jiangyin in the Ma metal product limited company Chinese-foreign joint venture factory 145946.158 13770.11 943.51 Guangdong Pohang (Qinhuangdao) tinplate industry as standard) to have in foreign exclusive factory 68050.9 6942.72 1020.22 Zhongshan the Guangdong tinplate industry limited company foreign exclusive factory 46868.751 4635.47 989.03 Handan Iron and Steel Group Co., Ltd. Group Hengshui thin steel plate limited liability company state-owned business factory 31847.118 2747.99 862.87 Fujian China, Japan to reach the metal limited company foreign exclusive factory 18781.426 1898.46 1010.82 Jiangsu League of Nations thin steel plate limited company foreign exclusive factories 18648.83 1667.28 894.04 Wuxi new major and medium thin steel plate limited company Chinese-foreign joint venture factory 18328.592 1547.48 844.3 Handan stands erect fine plate limited company private enterprise factory 16121.386 1425.19 884.04 Xinyuan (Taizhou) limited company Chinese-foreign joint venture factory 13327.38 1181.18 886.28 Changzhou jan to reach international trade limited company private enterprise foreign trader 13206.797 1224.38 927.09 Shanghai eight friend industry and trade limited company private enterprise foreign trader 11525.689 1297.43 1125.69 Hebei steel and iron group Hengshui board industry limited company state-owned business factory 11457.626 1048.26 914.9 Jiangsu Wu with the prosperous packing material in Ying precise thin steel plate limited company private enterprise factory 8594.314 716.88 834.13 Hainan region tin plate industry limited company Chinese-foreign joint venture factory 8561.597 808.41 944.23 Jiangyin branch luxuriant metal product limited company private enterprise factory 7300.624 660.69 904.98 Shanghai the foreign shipmentIn Zhang Huabang storage and transport limited company state-owned business foreign trader 6499.933 492.2921 757.3802684 building materials international trade limited company state-owned business foreign trader 6028.538 555.79 921.94 Jiangsu unify in tinplate limited company foreign exclusive factory 4783.565 463.364 968.66 Tianjin Tianjin east torch Kun metal product company private enterprise factory 4185.677 338.88 809.63 light product company state-owned business foreign trader 4119.983 352.06 854.51 Chongqing base import and export limited company private enterprise foreign trader 4044.393 369.94 914.69 Shanghai to unify tinplate limited company foreign exclusive factory 3611.784 416.12 1152.1 Shanghai with abundant physical distribution campus investment Development Company state-owned business foreign trader 3926.782 278.5 709.24 Zhangjiagang Hsin Kang star science and technology limited company collective enterprise factory 3886.538 335.81 864.04 Langfang rich Xin steel plate limited company private enterprise factory 3799.498 323.08 850.31 FujianElectrical import and export limited company private enterprise foreign trader 3424.731 320.52 935.87 Shanghai Meishan steel and iron limited liability company state-owned business factory 3372.585 307.4376 911.58 Guangzhou Pacific Ocean tinplate limited company Chinese-foreign joint venture factory 3118.002 294.23 943.64 our goal competitors: Changzhou jan reaches international trade limited company. Tinplate export even price is the US $927.09/tons, the product price is low. 2013 year after year volume of exports 18783.4 tons. January, 2014 to August volume of exports 13206.797 tons.
Mainly the exporting country is: Egypt, Turkey, Belgium, Portugal, Spain, Italy, Georgia, Mexico and other countries. The main source of goods carries on the purchase for the Nanjing area and Tianjin area and

Shanghai area. The individual order form purchases from Qingdao and Fujian.

The light product, the tinplate export even price is the US $ 854.51/tons, the product price is low, in 2013 volume of exports 4056.378 tons. January, 2014 to August volume of exports is 4119.983 tons

Mainly exporting country Pakistan, India, Vietnam, Saudi Arabia and other countries. Mainly purchases in the northern area, like Tianjin, Handan and other cities.

The Shanghai eight friend industry and trade limited companies, the tinplate export even price US $ 1125.69/tons, the average prices are high, in 2013 the volume of exports will be 7378.37 tons. Mainly the exporting country January, 2014 to the August volume of exports 11525.689 tons is Iran, Italy, Vietnam and other countries, according to the diverse customer community, mainly purchased from Baosteel and League of Nations and other factories, because purchases from Baosteel, the average prices are high.
Our target markets:
Our target markets: Iran, Saudi Arabia, Saudi Arabia, Jordan, Egypt, Thailand, Vietnam, Philippines, Italy, Portugal, Chile, Mexico, Colombia and other countries

Our goal cooperative workshop:
Handan Iron and Steel Group Co., Ltd. Group Hengshui thin steel plate (other name "Hebei steel and iron group Hengshui board industry limited company"), for Hebei steel and iron group company state-owned business. After at the beginning of CA production line of 2012 new investment puts into service, the total productivity achieves 400,000 ton/year. The quality is on the medium level in the same profession, is somewhat low than Baosteel, unification, Pacific Ocean and other enterprise qualities, and others was in the same level with Ma, rich Xin, the quality slightly many. Our department gate over 90% order forms place this factory, the factory check to the quality strictly, has not had the oversized problem. But because frequently a variety of reason deliveries are not prompt, needs to make up the goods repeatedly, the request customer changes the latest time shipment and so on, brought the nonessential trouble. This factory is the state-owned business, the cooperation with this factory has continued to use 30% advanced payment, before 70% deliver goods the pattern. As a result of steel industry's unique attribute, we are very difficult to strive for the account time. In 2011 this factory has established foreign trade department, is increasingly formidable after more than one year of development, the essential target market is Europe, the export market to have certain conflict with my department.
In 2013 annual volume of exports 41370.81 tons, average export unit price US $902.26/MT. January, 2014 to August volume of exports 43304.744 tons, average export unit price US $888.89/MT. The export market main centralized in Europe and North Africa, Southeast Asia and other countries.
The Langfang rich Xin steel plate limited company, the private enterprise, located at Hebei Langfang, is very near from Beijing. Mainly produces the BA tinplate, the monthly output about 8000 tons, the scale is not big, product quality medium. To a certain extent, is impartial with Hengshui. Because this factory is the private enterprise, in the world steel universal bleak situation, this factory has also adopted the compression output and Bulgarian profit. They regard as important my department's state-owned enterprise prestige, hopes that can wide range development's cooperation with my department, be possible to further discuss the sole agent in export market to work.
In 2013 starts to make trade export voluntarily, the volume of exports is not big, 931 tons, average export unit price US $ 845/MT, the export value is low. January, 2014 to August volume of exports 3799.498 tons, in average export unit price US $850.31/MT Guangdong Pohang (Qinhuangdao) tinplate industry limited company: Has at present Asian output velocity to be quickest, the most advanced electrotinning production line, has the automaticity to be high, the production efficiency is high, the product grade is high, quality is good, the variety coverage is broad, craft is advanced, environmental facility necessary complete characteristic. The production line annual production thickness 0.3mm following tinplate 250,000 tons, use South Korean POSCO beat in Chinese opera to produce completely. The product quality is very good, not only has certain market share internally, but also to compare to have the competitive power price to export Southeast Asia, Middle East, Oceanian, Eastern European and South American area massively. Therefore to our bolster support is not very big, the price has been high. We to Guangdong too many dependence, have not been only some customers strict or the specification are special to the product quality request, will seek with them cooperates.
In 2013 annual volume of exports 101269.875 tons, export average unit price US $1023/MT. January, 2014 to August volume of exports 114919.651 tons, other average export unit price US $1005/MT (5),

supplement analyses 1: The bad account and long-term remaining issues SAAN2112001 scrap steel orders position showed that the basic situation introduced: 1. Product: Scrap steel 2. Quantity: 6000 tons 3. Customers: Tianjin product metal international trade limited company 4.

Suppliers: Taizhou gold valley resources use limited company 5. Order form number: SAAN2112001/PAAN21002 6. Sales unit price: 3350 Yuan/ton 7.

Purchase unit price: 3335 Yuan/ton 8. Profit: 15 Yuan/ton 9. Actual consignment quantity: 1362.22 tons 10. Already receipt and writing a check quantity: 3209.6 tons 11.

Has not delivered goods already the writing a check quantity: 3209.6-1362.22=1847.38 ton 12.

Collects the gifts of heaven loans total: 10778062.2 Yuan (divide 4 to receive money: On January 30, 2012 received 6.5 million, on January 31, 2012 receives 1.54 million, on June 7, 2012 receives 2.624 million, on June 19, 2012 receives 1937676.6 Yuan) 13.

Has given the gifts of heaven writing a check quantity: 3209.6 tons (are divided 4 times to write a check: On May 29, 2012 applied to write a check 1362.22 tons, on September 6, 2012 applied to write a check 73.8294 tons, on November 22, 2012 applied to write a check 1580.8306 tons, on December 17, 2012 applied to write a check 192.72 tons), price tax sum total: 10752160 Yuan, not writing a check amount: 25902.2 Yuan.

14. Pays the supplier Taizhou Jin Gu to lend total: 10704000 Yuan (divide 6 payments: On January 31, 2012 paid money 1.604 million, on January 31, 2012 pays money 6.4 million, on June 8, 2012 pays money 700,000, on June 20, 2012 pays money 1 million, on August 7, 2012 pays money 700,000, on September 13, 2012 pays money 300,000).

15.

Already receipt quantity: 3209.6 tons (on February 27, 2012 receipt 3016.88 tons, on December 10, 2012 receipt 192.72 tons). Price tax sum total: 10704016 Yuan, not writing a check amount: 16 Yuan.

Latter because scrap steel price falls, gifts of heaven had not found the appropriate buyer, after proposing 1362.22 tons actually, because continues to take delivery of goods the sales loss to be serious, raised the goods also to have the stock and fund occupies the cost, therefore the gifts of heaven had not raised the remaining cargos, because only delivered goods actually 1362.22 tons, but the loans payment has been over 3209.6 tons, and at present scrap steel market quotation continuously in 1950 Yuan/ton high and low, gifts of heaven, if took delivery of goods, will face the sale to lose money + the interest to lose approximately 800 - 10 million.

Because we collected the gifts of heaven 6.2 million loans, forwards to the supplier 6.1 million loans, opened the ticket, and that side the supplier currently does not have these many goods, the gifts of heaven do not worry to raise, therefore does not have to pursue mutually. Matter that side the gifts of heaven has not taken delivery of goods has also been requesting that we and suppliers forgive. The solution that the gifts of heaven gives is the premise of the end of November ends, they are trying to find solution to consume this part of losses.

Analyzes 2: Old customer order form amount and new customer order form amount sales volume (ten thousand Renminbi) sales volume ratio (%) mass of profit (ten thousand Renminbi) mass of profit ratio (%) old customer 11048.34 74.39% 237.88 61.34% new customers 3803.92 25.61% 149.93 38.66% gather the idea

14852.26

-

387.81

-

Analyzes 3: Supplier analysis

Tinplate product

Handan Iron and Steel Group Co., Ltd. Group Hengshui thin steel plate (other name "Hebei steel and iron group Hengshui board industry limited company"), for Hebei steel and iron group company state-owned business. After at the beginning of CA production line of 2012 new investment puts into service, the total

productivity achieves 400,000 ton/year. The quality is on the medium level in the same profession, is somewhat low than Baosteel, unification, Pacific Ocean and other enterprise qualities, and others was in the same level with Ma, rich Xin, the quality slightly many. Our department gate over 90% order forms place this factory, the factory check to the quality strictly, has not had the oversized problem. But because frequently a variety of reason deliveries are not prompt, needs to make up the goods repeatedly, the request customer changes the latest time shipment and so on, brought the nonessential trouble. This factory is the state-owned business, the cooperation with this factory has continued to use 30% advanced payment, before 70% deliver goods the pattern. As a result of steel industry's unique attribute, we are very difficult to strive for the account time. In 2011 this factory has established foreign trade department, is increasingly formidable after more than one year of development, the essential target market is Europe, the export market to have certain conflict with my department.

In 2013 annual volume of exports 41370.81 tons, average export unit price US $902.26/MT. The export market main centralized in Europe and North Africa, Southeast Asia and other countries.

The Langfang rich Xin steel plate limited company, the private enterprise, located at Hebei Langfang, is very near from Beijing. Mainly produces the BA tinplate, the monthly output about 8000 tons, the scale is not big, product quality medium. To a certain extent, is impartial with Hengshui. Because this factory is the private enterprise, in the world steel universal bleak situation, this factory has also adopted the compression output and Bulgarian profit. They regard as important my department's state-owned enterprise prestige, hopes that can wide range development's cooperation with my department, be possible to further discuss the sole agent in export market to work.

In 2013 starts to make trade export voluntarily, the volume of exports is not big, 931 tons, average export unit price US $ 845/MT, the export value is low.

The Wuxi silver star spreads the plywood limited company, located at Jiangsu Wuxi, the annual output 160,000 tons, this factory quality is stable, can actively coordinate us to work, the specification that but produces is unitary, almost does not have the self-management export, with my department non-competitive relations, my department is small to its dependence. Before the payment method requests us to deliver goods pays in full, non-account time.

Jiangsu and abundant system iron new materials technology limited company: The main production plates the ferrochrome, for bottle cap and optical cable, the annual output 80,000 tons, the price is somewhat low, quality medium, compared with appropriate mixed the production of pot and industry pot, not too suitable food level system pot. At present their foreign trades also only started, mainly sells to Southeast Asia and Mideast. To the cooperation with our company attaches great importance to relatively, to the export order quality controlling is stricter, therefore quite suitable developing country demand to plate ferrochrome the customer cold bending formation equipment product Xingxiang day abundant machine manufacture the limited company, this factory was established in 1993, produced various cold bending formation equipment, the equipment passes the CE authentication, internally changed in the profession, belonged to the first three factories. The quality is stable, the management is good. The factory has complete quality control system, the research and development department, equipment setup the engineer, as well as aftermarket support team. The factory sells internally to account for very great proportion, therefore almost does not have the competitive relations with our company

GPS product

Vehicle borne GPS: The predominant provider is Shenzhen Hua benefits the prosperous automotive electronics technology limited company, this company registered capital 20 million, sell the automotive electronics product, will be I next year the vehicle borne GPS main supplier, will have the formidable product research and developmentThe strength, the product localization high-end, the product meeting continuous revision, constantly pursues the newest technology, the quality is the national leading position, CE, FCC, RoHS and so on exported the certificate to be complete, simultaneously has own foreign trade company, will therefore become our competitors in some markets, the high selling price that simultaneously the high-end localization brings has brought certain hindrance to the client development.

GPS tracing: At present the predominant provider is the shield of vehicle, in Shenzhen, has own factory and foreign trade department. Has the authentication of CE, FCC, ROHS. Mainly produces the GPS locator product, including individual GPS locator and vehicle borne GPS locator, the product is quite the

low-grade product simply. The product superiority is: The moderate cost, the tracing platform does not collect fees; The inferiority is: The product simple cannot satisfy the customer certain demands. The suppliers manage stably, the product line is complete, may cooperate for a long time.

The outdoors grasp GPS: The predominant provider is the Huachen Beidou information technology limited company. Huachen Beidou registered capital 10 million, main business outdoors grasp GPS, this company has own research and development team, the product line is unceasingly rich.

Analyzes 4: Fund pond operating instructions (returns to funds situation - goes over the time limit funds amount and use specified amount situation, to occupy interest situation)

On January 1st, 2014 - on September 30 fund pond service condition:

Payment amount: 149.624 million Renminbi collection amounts: 169.015 million Renminbi budget cash specified amounts: 500 ten thousand have used the cash specified amount: - 16,690,900 Renminbi staff funds occupy interest: 24.82 ten thousand risk analysis (letter Bulgaria may damage and claim) (note: Lists to the analysis, measure and experience typical event) 1) contract outline:

Customer name: Favor Ltd (purchase acts Steel Trade Industries Ltd)

Contract number: SAAN2413005 tinplate total 51.57 tons total 46622.61USD sailing time: 2014.4.30

Payment method: Before 20% productions, TT tail funds TT delivers goods first 2) matter to describe:

In December, 2013, Favor Ltd purchases 50 tons 0.21mm tinplate volume in our company through Steel Trade Industries Ltd; 14 years in January our company and supplier Langfang rich Xin steel plate sign contract, starts to produce; 14 years in March factory delivers goods on time; Arranges the transportation in April according to the FOB article customer, and in 4.30 leaves port.

8.18 day customer in using the tinplate production process discovered that the partial product rusts, and has the condensed water to appear, approximately 5% products have this kind of problem, therefore the customer proposed the claim.

Special details analysis: According to picture that the customer provides, may know, because the product packaging is improper, is preserving or the process Chinese and foreign packing of transportation presents the breakage, therefore has the moisture content to permeate causes the tinplate to rust with the condensed water appears.

3) estimate loss amount:
2000USD

4) preliminary cause analysis:
The packing does not work as

5) responsible person:
Tinplate project two groups of Huo Yuanyuan

6) processing method:
For does not affect the execution of bilateral cooperation and following order form, after the consultation, we compensates the customer 2000 dollars, at present this customer still 3 order forms in carrying out, the supplier is the Hengshui thin steel plate, SAAN2414010 has prepared the high-quality goods, therefore deducts the indemnity in this order form tail funds

With Langfang rich Xin is consulting the payment matters concerned on rusty question that the packing causes improper, this customer later order form will not consider that continues to use Langfang rich Xin as the supplier. Through the consultation, factory Langfang rich Xin agreed that compensates our company Renminbi 12500, the indemnity factory's new order form will deduct in our company and.

Staff management

Staff mobility status (enters duty, to leave job)

Leaves job 3 people January, 2014 to March, sales assistant Zuo Hanmeng, sales manager Wang Guiyang, sales assistant Tong Yan.
Leaves job 2 people April, 2014 to June, sales manager Wang Qian, sales assistant Zhang Ailing.
Transfers the department 1 person, sales assistant Xu Zhen

The training development next quarter job objective and realizes the measure

Unit: Ten thousand Yuan/Renminbi

The specific measures showed:

Current quarter concrete personnel task allocation

Next quarterly budget

Personnel

Sales volume

Mass of profit

Ten thousand Yuan

Ten thousand Yuan

Yao Xiaozhen

330

15

Jiao Weiwei

215

8

Tian Xiaoping

300

8

Jiabeibei

50

4

Su victory

500

15

Huo Yuanyuan

200

8

Liu ?hao

447

15

Yang Lingling

60

2

Xing Jianqiao

58

9

Wang Shuai

45

5

Li Cunliang

400

15

Zhang Haibin

80

5

Department

3315

10

Concrete landing measure explanation

Tinplate export:

In November goes to Iran, Saudi Arabian visiting customer

Develops 2-3 new supplier equipment product exports

Business trip Malaysia installs the equipment, discussed that new equipment, and visits other customers to speed up the Russian customers the order form advancement

The GPS products outlet intensifies customer search dynamics, speeds up having custom-made the product promotion

Diligently trains the local agent to manage and various suggestions of divisional management to the company and requests the non-function review (by related affairs personnel and physical distribution personnel review business agency's question and suggestion) financial review (the review person: Zhong Ailing)

Business problem of discovery:

By the end of September, the total cost is 1,701,300 Yuan, occupies the overall budget 241.65 70.41%, what serious ultra budget is the administrative expenses, occupies the overall budget 394.70%, the travel expense has also exceeded the allowed figure, occupies the overall budget 116.22%, the entertainment expense needs to strengthen controls, the budget implementation rate is 61.91%; The prepay credit is 63,551,200 Yuan, account age 3-5 month 2.167 million Yuan, please as soon as possible receiving after dunning receipt. Because prepay credit amount is quite big, the time is quite long, therefore has the fund to occupy is 248,200 Yuan.

Aspect that needs to improve:

Controls to pay in advance and pay in advance account time; Urges to want the receipt promptly; Controls the good single item expense to excess the budget seriously the expense.
Financial executive main review opinion:
The receipt should better not let the factory start out at the end of the month final several days, as far as possible toward being ahead of time.

Physical distribution review (review person: Malaysia colorful) breeder material department leaves to transport each time will carry on the operation according to the company flow rigorously, has almost not had the problem, the arrival of shipment has informed, the concurrent cargo to be detailed ahead of time, has been very smooth to the present from the cooperation.

Overseas US Subsidiary company January to September business analysis report

The operation objectives achieve the situation analysis

(Unit: Ten thousand Yuan)

The business statistics data and financial data difference amount and reason in 2014 have not carried on the operation

Second, the expense is actually detailed

Third, the key emphasis report (business agency regards special details to hope that to content of leadership report) does not have

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: user PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: ThinkPad PID_REVNUMBER: 94 PID_APPNAME:
Microsoft Office Word PID_EDITTIME: Mon Jan 01 14:14: 00 CST 1601 PID_LASTPRINTED: Wed May
22 11:12: 00 CST 2013 PID_CREATE_DTM: Wed Oct 08 15:42: 00 CST 2014 PID_LASTSAVE_DTM:
Sat Oct 11 10:54: 00 CST 2014 PID_PAGECOUNT: 30 PID_WORDCOUNT: 3151 PID_CHARCOUNT:

17965 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: user PID_LINECOUNT: 149 PID_PARCOUNT: 42 17: 21074
23: 917504 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

再生材料部部门 **1-9 月经营分析报告**

提交时间：（2014 年 10 月*日）

（注：各部门可根据情况适当增加其他分析内容，也可简单改变模版格式）

# 一、 易单网建设具体情况

1、易单网询盘执行情况 （7 – 9 月）

| 7月 | 询盘用户国家 | 询盘产品 | 询盘处理人 | 询盘执行情况 |
|---|---|---|---|---|
| **1** | 美国 | **GPS** | 邢剑桥 | 已报价 |
| 2 | 印度 | GPS | 邢剑桥 | 已报价 |
| 3 | 阿联酋 | 马口铁 | 焦伟伟 | 已报价 |
| **4** | 美国 | 铝板 | 苏家胜 | 已报价 |
| 5 | 印度 | GPS | 邢剑桥 | 已报价 |
| 6 | 澳大利亚 | GPS | 邢剑桥 | 已报价 |
| **7** | 美国 | **GPS** | 邢剑桥 | 已报价 |
| 8 | 澳大利亚 | GPS | 邢剑桥 | 已报价 |
| 8月 | | | | |
| 1 | 印度 | GPS | 邢剑桥 | 已报价 |
| 2 | 南非 | GPS | 王帅 | 已报价 |
| 3 | 印度 | GPS | 邢剑桥 | 已报价 |
| 4 | 巴基斯坦 | GPS | 邢剑桥 | 已报价 |
| 5 | 印度 | GPS | 邢剑桥 | 已报价 |
| 6 | 新加坡 | GPS | 邢剑桥 | 已报价 |
| 9月 | | | | |
| 1 | 印度 | GPS | 邢剑桥 | 已报价 |
| 2 | 阿曼 | GPS | 王帅 | 已报价 |
| 3 | 新加坡 | GPS | 邢剑桥 | 已报价 |
| 4 | 印度 | GPS | 邢剑桥 | 已报价 |
| 5 | 印度 | GPS | 邢剑桥 | 已报价 |
| 6 | 印度 | 马口铁 | 焦伟伟 | 已报价 |
| 7 | 印度 | 马口铁 | 焦伟伟 | 已报价 |

2、线下询盘在线报价情况 （7 – 9 月）

| | 员工姓名 | 线下询盘数量 | 在线报价数量 | 订单数量 |
|---|---|---|---|---|
| 1 | 姚晓真 | 20 | 2 | 2 |

| 2 | 焦伟伟 | 19 | 6 | 5 |
| 3 | 田晓萍 | 30 | 17 | 4 |
| 4 | 贾贝贝 | 27 | 1 | 1 |
| 5 | 苏家胜 | 38 | 1 | 1 |
| 6 | 霍媛媛 | 5 | 2 | 2 |
| 7 | 刘旻昊 | 20 | 1 | 1 |
| 8 | 杨玲玲 | 20 | 3 | 0 |
| 9 | 邢剑桥 | 62 | 34 | 1 |
| 10 | 王帅 | 17 | 1 | 0 |
| 11 | 李存粮 | 14 | 0 | 0 |
| 12 | 张海宾 | 11 | 1 | 1 |

3、易单网产品开发情况

| | 产品名称 | 开发人员 | 是否有易单网询盘 |
|---|---|---|---|
| 1 | 马口铁 | 马口铁项目组全员 | 有 |
| 2 | 马口铁制罐设备 | 马口铁项目组全员 | 无 |
| 3 | 冷弯成型设备 | 李存粮，张海宾 | 无 |
| 4 | 冷弯型材（货架型材，管支架型材） | 李存粮，张海宾 | 无 |
| 5 | GPS | 邢剑桥，王帅 | 有 |
| 6 | 园艺产品 | 刘旻昊 | 无 |
| | | | |

4. 易单网万厂招募情况

a. 是否已从易单网认领本部门现在经营和新开发的产品类目？如果已认领完毕，请填写认领的产品类目

| 一级 | 二级 | 三级 | 四级 |
|---|---|---|---|
| Machinery & Equipment | Metal Processing Machinery | Roll Forming Machinery | |
| Minerals & Metallurgy | Steel | Tinplate | |
| Consumer Electronics | GPS | GPS Navigation | |
| Consumer Electronics | GPS | GPS Tracker | |
| Consumer Electronics | GPS | Cycling GPS | |
| Consumer Electronics | GPS | Marine GPS | |
| Consumer Electronics | GPS | Portable GPS | |

CNBMUSA00024908

| Consumer Electronics | GPS | Professional GPS | |
| Machinery & Equipment | Metal Processing | Roll Forming Machinery | |
| Construction & Real Estate | Metal Building Materials | steel strut | |
| Service Equipment | Cargo & Storage Equipment | pallet racking | |
| Machinery & Equipment | Packaging Machinery | Tin  Can Making Machinery | Food Can Body Making Machinery |
| Machinery & Equipment | Packaging Machinery | Tin  Can Making Machinery | Chemical Can Body Making Machinery |
| Machinery & Equipment | Packaging Machinery | Tin  Can Making Machinery | Top & Bottom Making Machinery |
| Machinery & Equipment | Packaging Machinery | Tin  Can Making Machinery | Two Piece Can Making Machinery |
| Machinery & Equipment | Packaging Machinery | Tin  Can Making Machinery | Relative Equipment |
| Home & Garden | Garden Supplies | Garden Buildings | Fencing, Trellis & Gates |
| Home & Garden | Garden Supplies | Garden Pots & Planters | Flower Pots & Planters |
| Home & Garden | Home Décor | Blinds, Shades & Shutters | |

b. 万厂招募认领任务量（此表从8月要求填写）

| 月份 | 供应商招募任务数量(个) | 已完成招募供应商数量（个） | 进度完成比例% | 供应商上传产品数量(个) | 进度完成比例% |
|---|---|---|---|---|---|
| 9月 | 30 | 35 | 117% | 21 | 7% |
| 10月 | 45 | | | | |
| 11月 | 45 | | | | |
| 12月 | 30 | | | | |
| 1月 | | | | | |

# 二、 团队规划和介绍

本年度部门年初人员规划 16 人，年中调整为 15 人，目前部门在职人员 14 人

CNBMUSA00024909

| 姓名 | 职位 | 所负责产品 | 所负责市场 |
|---|---|---|---|
| 刘金辉 | 部门经理 | | |
| 陈晶 | 采购经理 | 负责所有业务的采购 | |
| **再生材料项目组** | | | |
| 李存粮 | 销售经理 | 设备 | 欧洲，非洲 |
| 张海宾 | 销售经理 | 设备 | 亚洲 |
| **马口铁项目一组** | | | |
| 姚晓真 | 项目经理 | 马口铁 | 中东 |
| 焦伟伟 | 销售经理 | 马口铁 | 中东 |
| 贾贝贝 | 销售经理 | 马口铁 | 北非 |
| 田晓萍 | 销售经理 | 马口铁 | 东南亚 |
| **马口铁项目二组** | | | |
| 苏家胜 | 项目经理 | 马口铁 | 南美部分国家 |
| 霍媛媛 | 销售经理 | 马口铁 | 东欧 |
| 刘旻昊 | 销售经理 | 马口铁 | 西欧 |
| 杨玲玲 | 销售经理 | 马口铁 | 中美洲 |
| **GPS 产品项目组** | | | |
| 邢剑桥 | 销售经理 | GPS | 不限 |
| 王帅 | 销售经理 | GPS | 不限 |

## 三、经营目标达成情况分析

**(一) 工作总结概述：** (销售额\利润均为财务体检表中**第（二）项"销售额指标"**)

单位：( 万元/人民币 )

CNBMUSA00024910

| 经营指标 | 累计达成情况 | | | 年度预算目标 | | | 完成比例% | | |
|---|---|---|---|---|---|---|---|---|---|
| | 本部 | 其它平台 | 合计 | 本部 | 其它平台 | 合计 | 本部 | 其它平台 | 合计 |
| 销售额 | 14,782.16 | 70.10 | 14,852.26 | 15,350.00 | 400.00 | 15,750.00 | 96.3% | 17.5% | 94.3% |
| 利润 | 225.26 | 2.27 | 227.53 | 313.98 | 12.40 | 326.38 | 71.7% | 18.3% | 69.7% |
| 人均利润额 | 16.25 | | 16.25 | 20.39 | | 20.39 | | | 79.7% |
| 资金占压利息 | 24.82 | | 24.82 | 32.76 | | 32.76 | 75.8% | | 75.8% |
| 签订订单数量（个 | 105 | | 105 | | | - | | | |
| 新成交客户（个 | 24 | | 24 | | | - | | | |
| 新开发供应商（ | 6 | | 6 | | | - | | | |

其它平台说明：美金采购，阿联酋交行离岸账户转口贸易

体检表第一项统计 1-9 月份部门净利润 282.18 万人民币（含去年清算结转利润 54.65 万人民币）

2014 年 1-9 月份，业务部门统计在手订单（已生效订单）销售额￥21620 万人民币，毛利润￥347.98 万人民币

业务统计数据与财务数据差异金额及原因：业务数据为已生效订单

浮亏说明（有则必须填写）：无

    a、库存亏损

    b、应收坏账

    c、汇率损失

    d、诉讼及其他

**(二)、业务预算分析**

    a、季度预算目标完成情况

单位：万元/人民币

CNBMUSA00024911

| 季度 | 预算与实际比 | | | | | |
|---|---|---|---|---|---|---|
| | 销售目标 | 销售实际 | 完成% | 利润目标 | 利润实际 | 完成% |
| 第一季 | 4,711.31 | 3,946.20 | 83.76% | 71.54 | 53.44 | 74.70% |
| 第二季 | 3,886.71 | 2,991.73 | 76.97% | 97.06 | -0.93 | |
| 第三季 | 3,776.70 | 7,914.33 | 209.56% | 84.68 | 175.02 | 206.68% |
| 第四季 | 3,375.28 | | | 73.1 | | |
| 合计 | 15,750.00 | 14,852.26 | 94.30% | 326.38 | 227.53 | 69.71% |

**b、预算偏差分析(1-*月累计):**

**（1）市场（国别）分析**

马口铁产品市场

伊朗市场　伊朗市场客户主要集中在终端制罐商，食品制造商，钢材贸易商等。目前我方采用制罐商和贸易商同时推进的方式，一方面，对于终端用户，做好价格和服务支持，鼓励其自行进口；另一方面，积极发展贸易商，寻求代理模式。目前已有一位实力较强的综合性客户有意愿与我司共同合作迪拜库存转运伊朗模式，客户提出可以承担50%的成本，并负责伊朗的分销。另外，由于伊朗业务的特性，大部分客户都通过昆仑银行 TT 操作，周期较长，对我司价格维持和与工厂协调能力提出更高要求。同时由于客户群圈子较小，我们会在最大限度保证产品质量的同时稳定推进开发，开拓更多的新的客户资源，业务模式并逐步发展和新增上下游相关新产品系列。

2013 年全年，受外汇管制，伊朗市场仍从中国进口马口铁 60316.91 吨，市场消费量较大，我司 2013 年出口伊朗 3198.95 吨。2014 年 1-8 月份，伊朗从中国进口马口铁 33288.76 吨，我司出口伊朗马口铁 1704.59 吨。

意大利市场　意大利本土制罐工业发达，有很多大型的化工桶、奶粉罐，皇冠盖生产企业，对马口铁材料的需求非常旺盛。但由于意大利国内没有马口铁制造厂，绝大多数的制罐企业都依靠进口，其中一大部分由欧洲阿赛洛米塔尔供应，最近几年随着中国马口铁工业的迅速发展，价格比欧洲更具优势，很多大型的制罐企业开始将采购重心转移至中国。2013 年，中国出口意大利的马口铁数量为 6 万多吨，月均出口 5000 吨，约占中国马口铁月均出口量的 10%左右，可见意大利市场容量之大，我们必须花费足够的精力去开发。

CNBMUSA00024912

2013 年全年，意大利市场从中国进口马口铁 96663.55 吨，我司 2013 年出口意大利 1323.78 吨。2014 年 1-8 月，意大利市场从中国进口马口铁 101599.4 吨，我司出口意大利市场马口铁 885.6 吨。

智利市场 智利制罐市场客户数量不多，目前我们已合作成交 4 家客户，除 AGUILA 规模较大外，其他 3 家客户规模较小，全年采购量加在一起也就 300 吨。目前智利最大的制罐企业 EDEN，一直保持联系，但尚未建立起有效的沟通。我们出口智利的马口铁价格和利润一直很高，是我们重点开发的根据地市场之一。预计 5 月份将再次拜访智利市场客户，争取新的客户成交

2013 年全年，智利市场从中国进口马口铁 6892.87 吨，我司出口智利 2138.15 吨。2014 年 1-8 月份，智利市场从中国进口马口铁 2951.22 吨，而我司出口智利市场马口铁 290.36 吨。

偏差原因：目前伊朗市场还是受制于付款时间过长，客户申请额度后，一般情况下要两个月时间才能收到客户货款，导致订单执行很慢。

而原有的智利市场老客户由于库存消耗原因，一直未开启新的采购。

冷弯成型设备市场

冷弯成型设备目前主要市场集中在非洲，亚洲和东欧

GPS 产品市场

GPS 类产品市场主要集中在欧洲，美洲等市场

（2）客户分析

1、FISMA 意大利客户，主要生产化工桶，马口铁年需求量在 6000 吨左右，从 2009 便开始与我司合作。该客户知道我们是贸易商，目前我们也在主推 HBIS 的产品，鉴于我们 CNBM 的国企信誉和订单执行、配合等方面已经有良好的默契，客户并没有直接联系 HBIS，在 2011 年 6 月恢复合作后，每 2-3 个月都从我们这儿采购大约 10 个柜的货。2013 年全年共合作 4 个订单，马口铁 890 吨，销售额 86.35 万美金，利润约 30 万人民币，平均利润率 5.89%。客户于 2014 年六月底来访我司并到访了 HBIS 工厂。2014 年上半年，已签订 4 个订单，马口铁 825 吨，销售额约 76 万美金，利润约 15 万人民币。预计 2014 年全年销售马口铁约 1200 吨，销售额 110 万美金左右。

2、NEW BOX S.P.A 意大利客户，主要生产创新设计的外包装罐和皇冠盖，客户于 2014 年 3 月确认了试订单共 100 吨，客户即将于 7 月中旬收到并测试产品。该客户年需求量很大对质量要求比较严格，在我司产品通过客户测试后，将与客户讨论下半年扩大合作。2014 年试订单 100 吨马口铁金额约 10 万美金，利润约 3 万人民币，预计全年订单量 500 吨，金额约 50 万美金，利润约 15 万人民币。

3、伊朗客户 TOLID GOSTARESH COMPANY，气雾罐制罐商，年采购量 2000-3000 吨马口铁，2013 年成交 6 个订单，共计 900 吨马口铁，2014 年到目前为止成交 4 个订单，共计 600 吨，销售额 499500 欧元，保守估计利润约 27 万 RMB 以上。该客户目前的合作情况正常，对我司也比较信任，但是由于了解到我方可能是贸易商等情况，对我司与工厂 HBIS 的合作关系是否稳定较为担心，提出以后的合作都需要工厂直接出具 MTC 等具体问题，之前我方表示这种方式有难度，但是客户态度也比较坚决，具体事宜仍在协商处理中，如通过邮件电话等方式不能妥善解决，后期会考虑再次拜访。预计 2014 年全年销售马口铁约 1000 吨，销售额 80 万欧元。

4、伊朗客户 GOLDSTONE（RAZI CHEMICAL IRAN），伊朗化工制造商，自用马口铁需求一年 1000 吨。2013 年底到 2014 年，成交 500 吨马口铁订单，客户自行操作经由迪拜转运伊朗，由于衡水在订单执行过程中出现接单太满，轧机故障等突发情况，晚交货 2 个月，目前货物已经到港伊朗，客户称一部分自用，一部分分销。如果分销情况良好，再推行下一步合作甚至是迪拜库存合

CNBMUSA00024914

作。预计 2014 年全年销售马口铁约 1000 吨，销售额 100 万美金。

5、 阿联酋客户 OVERSEAS CANS & CONTAINERS LLC，化工罐制造商，每月需求量约 300 吨左右，目前主要中国供应商是国联，也从科玛采购，因为价格高和付款方式问题，没有从科玛大量采购。2011 年与我公司有订单合作，因产品质量出现厚度不均匀，镀锡不均匀，以及长度和宽度颠倒能问题，客户停止合作。今年 3 月份，客户来访我公司和工厂，重启合作，付款方式 180 天 LC，利润点较低，不到 2 个点。客户已收到部分产品，反馈质量不错。相信日后会持续与我公司合作。该客户对价格比较敏感，很可能因为十几美金的差距不下单，报价时不宜太高。

6、 阿曼客户 GULF CANS & PACKAGING INDUSTRY LLC，当地比较大的食品罐制造商，如奶粉罐，番茄酱罐等，年需求量在 8500 吨，目前从日本 nippon，韩国 posco，印度 tata steel 和巴西钢厂采购。客户今年 4 月份来我公司和工厂拜访。目前与我公司共有 3 个试订单，375 吨马口铁，销售额共计 usd382,750，毛利润预计人民币 100,000 元，平均利润率约 4 个点。预计下半年订单量在 600 吨左右。

7、 泰国 O MAX CAN & PRINTING CO., LTD 老客户，马口铁制罐商，老厂是印刷涂镀厂，新厂主要为制铁。客户除了自用，还帮其客户买铁。月需求量 200t 左右。供应衡水的货，客户会还价，一般 20~40 美金。2011 年 8 月成交以来共 8 个订单，其中 2013 年上半年前任负责人成交过两单，100t。我下半年 10 月份和 12 月份马口铁成交量 2 个订单，二级品马口铁 50t，一级品马口铁 100t。2014 年年初由于货代交货晚，导致客户对我们的交货期不信任，虽有询价，加上报价可能稍高，因此上半年没有下单。下半年重点跟客户沟通，报价也不要太高。

8、 泰国： LOHAKIJ RUNG CHAREON SUB CO.,LTD 新客户，主要生产食品罐（海鲜罐 70%，水果、蔬菜 30%），集制罐、印刷、涂镀一体，是泰国最大的制罐商之一。年需求量为 10 万吨马口铁，主要从宝钢和秦皇岛中粤买马口铁，中山中粤买镀铬铁。2014 年以来邮件电话沟通密切，应要求给客户提供 0.17 样品测试，结果稳定良好。陪客户 5 月 14 号参观衡水工厂，之后合作试单 50 吨，七月八月初交货，L/C 付款，利润点一个多点。客户目标价格很低，

CNBMUSA00024915

即使是宝钢的。此次试单也存在亏损风险，鉴于客户规模大，若质量没问题，合作数量和潜力大。下半年，会根据产品生产测试状况，促进后续合作。预计下半年成交 200-500 吨.

9、埃及客户 ALBAILY CHEMICAL IND 该客户为埃及的一家小制罐厂，每年在我司采购 1-2 次，每次 25 吨左右，2013 年全年共合作 2 个订单，马口铁 50 吨，销售额 5.5 万美金，利润约 1 万人民币，平均利润率 3.03%。2014 年 1 季度，已签订 1 个订单，马口铁 25 吨，销售额约 2.4 万美金，利润 0.35 万人民币，利润率相比 2013 年有所下降。预计 2014 年全年销售马口铁约 50 吨，销售额 5 万美金左右。该客户对海运费，市场价格等信息了解透彻，价格要的比较低，一般在各方面都比较合适的情况下下单。目前一直保持联系。

10、哥伦比亚 FLEXOSPRING，主要为 INCOLTAPAS 代理采购马口铁用作化工桶的生产。2009 年曾经达成试订单合作，之后因为多种原因一直休眠，直到 2013 年下半年重新开始合作，到现在累计 5 个订单，销售额 25 万多美金。该客户对质量要求不是太苛刻，但对价格要求比较低，利润率平均大概在 2%~3.5% 左右。

11、智利客户 AGUILA,化工罐生产商，ORLANDINI 为其旗下收购的子公司，大部分产品均为化工桶，一小部分为 fancy cans。在智利市场上他们在化工桶方面规模为最大，马口铁需求量分别为 4000 吨/年，2000 吨/年。与我司合作已有 4 年多了，对衡水的产品质量比较满意，希望我们给于其更为优惠的付款条件。2013 年全年共签订 3 个订单 1400 吨马口铁，销售额约 149.59 万美金，利润约 70.15 万人民币，平均利润率约 7.75% 。但 2013 年 8 月最后一批货发货完毕后一直无新订单，主要原因为其收购智利破产的 INESA 公司后，有大量的库存马口铁消化。2013 年第四季度和 2014 年第一季度一直在跟踪客户需求，3 月底，客户重新开始采购，预计从我司采购 295 吨马口铁。2014 年全年预计采购马口铁 1500 吨，销售额 155 万美金左右。

12、乌克兰客户 FAVOR，2013 年底下订单 2 笔，执行中，共 300 吨，利润率在 5%左右。主要做食品罐，化工罐，同时提供涂镀印刷服务。年需求量在 8 千吨左右，一直与台湾统一和国内科玛合作。因为对科玛产品质量和物流问题不满，在中国寻找新的供应商。客户对物流和产品包装很敏感，目前我们

CNBMUSA00024916

老供应商能够满足客户的需求。客户表示产品用于生产检测后，如果产品质量较好，愿意与我公司长期合作，2014 年预下订单 4000 吨，但目前受乌克兰局势影响，客户付汇困难，合作量将大大减少。

13、 波兰 Silgan,生产铁制包装，塑料包装，塑料盖子和包装机械。在北美也有工厂。客户反映 13 年马口铁的需求量在 6000 左右，年初有合作，对产品质量比较满意。 后因为价格因素，在欧洲寻找到新的供应商。年底中国马口铁价格回调，客户重新下订单 80 吨，并表示 14 年每月会在我公司采购，总量在 600-1000 吨左右

14、 Metalat 墨西哥已成交客户，成立 30 年左右，家族企业，生产线全部从中国进口，共 4 条制罐生产线，1 个塑料罐生产厂。目前只生产三片和两片杂罐，未来考虑生产食品罐。14 年 5 月签订 2 笔订单，共 164 吨，销售额为 $167,280.00，利润为￥37824.35。预计 2014 年共销售马口铁 300 吨，销售额 30 万美元。

15、 Zapata Hermanos Sucesore 墨西哥已成交客户。Zapata 集团成立于 1926 年，家族企业。全自动化生产线，生产杂罐、油漆罐、食品罐、塑料罐等。具有 6 色印刷线，设备从欧洲、日本、巴西采购。ETP 全年需求量 4 万吨（SR 22000，DR 18000）。TFS 全年需求量为 1 万吨（SR 3000 吨 DR 7000 吨）。客户采购 0.5 吨铝板样品。已收到客户全款。

16、 SCHAEFER SYSTEMS INTERNATIONAL SDN. BHD. 马来西亚客户（总部位于德国），生产货架仓储系统。该客户为世界第一货架系统生产商，实力雄厚，续单能力强。从 2013 年 3 月开始与此客户进行接触，通过反复的沟通，最终，成功与客户签订一台 C 型斜拉成型设备，销售额约 13.63 万美金，利润约 11 万，利润率约 15%。现在，客户正在和我们谈另外一套抱合梁冷弯成型设备，金额约：38.6 万美金，利润约 28 万人民币。

17、 STELCON COMPANY 俄罗斯客户，生产货架仓储系统。客户为俄罗斯大型生产商，实力雄厚，续单能力强。从 2013 年 7 月份与此客户开始接触，通过沟通，客户于 5 月份下了一个配件的订单，金额：7100 美金。利润：5400 人民币。现在正在和客户谈脚踏板成型设备，销售额：37.75 万美金，利润：29.9 万。

Confidential

18、 FVS 英国客户，主要做与汽车相关的防火，汽车诊断。客户在当地有许
多潜在的客户资源，并且与很多汽车租赁公司有联系。从 13 年与我们取得联
系，客户需要安装自己的软件在我们的产品上面，形成一套完整的检测系统，
其客户需求量在 3000 台左右。由于客户要求的产品比较特殊，需要特别定制，
所以一般的车载导航方案商和平板电脑供应商很难满足客户需求。13 年客户
两次采购我们不同型号的样机进行测试，14 年上半年最终确定 OEM 具体要求，
并定制了 100 台样机进行前期的测试阶段，销售额 16664 美元，利润约 4 万
人民币，利润率约 40%。通过将近一年的了解，该客户信用较好，合作利润
率较高。争取 14 年全年拿下客户约 1000 台 OEM 订单，销售额约 16 万美金，
利润约 38 万人民币，平均利润率 40%。

19、 NYES 美国客户，客户之前使用过其他国内供货商的定位器产品，此次想
引进我们高端定位器产品，目前已经采购样机进行测试。该客户有 500 台汽
车需要安装 GPS 定位器，考虑到该客户是行业内客户，并且在美国市场有一
定的规模和客户资源，预计 14 年拿下客户 300 台定位器订单，销售额约 3.2
万美金，利润约 7 万人民币，利润约 37%。

20、 MW Online 为澳大利亚客户，主要经营汽车安全用品，年需求量为 400
台，高端型号从我公司采购，另有一些较为廉价的产品从深圳其他工厂直接
采购，客户已知我们为贸易商，但是对于产品、价格和服务较为满意，所以
一直保持合作，2014 上半年已有两个订单，利润率约为 10%，最近由于供应
商原有产品停产，客户现在正在测试新产品

21、 DIGI 荷兰客户，专门经营保护孩子安全的用品，14 年上半年已经合作过
三次，目前对我们产品的质量和性能比较满意，主要对 GPS 手表和低端定位
器产品比较感兴趣。考虑到客户有一定的网销和渠道销售能力，并且有稳定
的采购量，尝试培养客户成为我们在荷兰的当地代理之一。预计 14 年销售产
品 300 台，销售额约 3 万美金，利润约 5 万人民币。


偏差原因：同以上市场偏差原因

                                                    CNBMUSA00024918

（3）产品分析

**（1）马口铁产品**

　　马口铁，具体分为食品用和化工用，3 个联合品牌，37 个易单产品。由于马口铁本身属于包装材料，目前很多食品和化工工业发达国家和市场用量很大，同时国内供应商的质量水平也在逐步提高，近年来我们马口铁的出口业务一直在稳定增长，可以肯定马口铁业务在我部门业务中具有非常重要地位。从具体产品来讲，马口铁的替代产品较少，有部分可以用 TFS 和铝产品代替，其中 TFS 的应用范围小，也属于我部门经营范围，而铝产品较贵，总体来说马口铁的竞争优势很强。同时围绕马口铁产品，我们也在积极开拓马口铁涂镀产品，制罐设备，特殊用罐等相关上下游产品系列，通过完善产品范围，进行服务增值。同时，马口铁产品的易单化也在稳定推进中，主要包括在线价格维护，在线询盘报价等。 2013年，我司马口铁的出口量约 8000 吨左右，在贸易商出口排名中位列第二。 其中，在制造商中，国内主要马口铁出口商有宝钢，科马，韩国中粤等，分别占据出口市场的很大份额，尤其是中东市场，科马等供应商的价格非常低，市场知名度高；在贸易商中，有中山冉达，中钢，中轻物产等贸易商为主要竞争对手。

**（2）冷弯成型设备**

　　冷弯成型设备，该产品正处于市场开发阶段，前景广阔，可以通过服务进行增值。主营产品已经通过易单网来进行产品推广。目前冷弯成型设备主要集中在特殊型材冷弯成型设备的推广方面，如货架型材冷弯成型设备及相关配件

**（3）GPS 产品**

　　GPS：大体分为户外用手持 GPS，车载 GPS 导航仪，GPS 追踪器。GPS 是开发的最具有开创意义的高新技术之一，其全球性、全能性、全天候性的导航定位、定时、测速优势必然会在诸多领域中得到越来越广泛的应用。在发达国家，GPS技术已经开始应用于交通运输和交通工程。GPS 技术在中国道路工程和交通管理中的应用还刚刚起步，随着我国经济的发展，作为先进的测量手段和新的生产力，已经融入了国民经济建设、国防建设和社会发展的各个应用领域。

Confidential

目前我公司供应商都提供定制化服务，可以针对客户的需求做出不同的解决方案。而且该产品更换代速度很快，及时更具市场优化配置。

GPS 产品适合易单网的发展，13 年我们不断引入新的产品，展示到易单网中，定期更新报价，优化产品界面，做到 google 排名提升，点击率增加。

**偏差原因：主流出口产品比较单一，利润偏低**

**（4）销售人员任务完成情况分析**

| 项目组 | 姓名 | 职位 | 产品 | 2014 年经营目标 | | 1-9 月在手订单情况 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 销售额 | 毛利 | 销售额 | 完成比例 | 毛利 | 完成比例 |
| 马口铁项目一组 | 姚晓真 | 项目经理 | 马口铁 | ￥1,790 | ￥85.00 | ￥2137.97 | 119.44% | ￥119.81 | 140.95% |
| | 焦伟伟 | 销售经理 | 马口铁 | ￥595 | ￥33.00 | ￥718.16 | 120.7% | ￥29.1 | 88.18% |
| | 田晓萍 | 销售经理 | 马口铁 | ￥660 | ￥29.80 | ￥634.17 | 96.09% | ￥12.66 | 42.48% |
| | 贾贝贝 | 销售经理 | 马口铁 | ￥495 | ￥28.00 | ￥13.48 | 2.72% | ￥0.76 | 2.72% |
| 马口铁项目二组 | 苏家胜 | 项目经理 | 马口铁 | ￥2,090 | ￥85.00 | ￥288.05 | 13.78% | ￥10.18 | 11.98% |
| | 霍媛媛 | 销售经理 | 马口铁 | ￥1,000 | ￥30.00 | ￥886.99 | 88.7% | ￥40.47 | 134.9% |
| | 刘旻昊 | 销售经理 | 马口铁 | ￥1,325 | ￥60.00 | ￥657.42 | 49.62% | ￥47.14 | 78.57% |
| | 杨玲玲 | 销售经理 | 马口铁 | ￥730 | ￥28.00 | ￥133.08 | 18.23% | ￥10.39 | 37.11% |
| GPS 产品项目组 | 邢剑桥 | 销售助理 | GPS | ￥140 | ￥25.00 | ￥14.62 | 10.44% | ￥6.48 | 25.92% |
| | 王帅 | 销售助理 | GPS | ￥170 | ￥20.00 | ￥3.32 | 1.96% | ￥0.36 | 1.8% |
| 再生材料项目组 | 李存粮 | 销售经理 | 设备 | ￥465 | ￥70.00 | ￥86.03 | 18.5% | ￥11.58 | 16.54% |
| | 张海宾 | 销售经理 | 设备 | ￥135 | ￥25.00 | ￥0.00 | 0% | ￥0.00 | 0% |

CNBMUSA00024920

| 部门 | 其他 | ￥5200 | ￥15 | ￥16046.81 | 308.59% | ￥59.05 | 393.67% |
|---|---|---|---|---|---|---|---|
| | **总计** | **￥15750** | **￥605.55** | **￥21620.1** | | **￥347.98** | |

张海宾也取得了订单突破，与型钢部合作签订一个 H 型钢和一个角钢销售合同，客户来自特立尼达和多巴哥，美金采购，销售额￥19.95 万人民币，毛利润￥0.72 万人民币。9 月份签订订单，收到客户 30%预付款，订单生效在 10 月份。

偏差原因：

（5）成本费用分析

| 科目 | 第一季 | 第二季 | 第三季 | 第四季 | 2014 年 实际费用合计 | 2014 年 预算费用 | 实际费用占比 |
|---|---|---|---|---|---|---|---|
| 销售间接费用 | 452,402.5 | 706,464.1 | 485,796.6 | 0.0 | 1,644,663.2 | 2284500 | 72% |
| 展览费 | 0.0 | 0.0 | 0.0 | | 0.0 | 0 | |
| 广告及业务宣传费 | 0.0 | 0.0 | 0.0 | | 0.0 | 16000 | 0% |
| 职工薪酬 | 347,132.0 | 324,251.0 | 315,952.0 | | 987,335.0 | 1457500 | 68% |
| 业务经费 | 48,918.0 | 50,860.0 | | | 99,778.0 | 250000 | 40% |
| 业务招待费 | 4,005.3 | 4,264.0 | 1,636.0 | | 9,905.3 | 16000 | 62% |
| 国内差旅费 | 14,305.0 | 37,012.3 | 29,817.7 | | 81,135.0 | 40000 | 203% |
| 国外差旅费/涉外费 | 0.0 | 97,907.0 | 6,911.0 | | 104,818.0 | 120000 | 87% |
| 办公费 | 4,095.0 | 2,687.0 | 2,059.0 | | 8,841.0 | 2200 | 102% |

CNBMUSA00024921

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 租赁费+物业费 | 0.0 | 105,200.0 | 100,800.0 | | 206,000.0 | 318400 | 65% |
| 通讯费 | 8,147.0 | 22,257.0 | 4,969.0 | | 35,373.0 | 30400 | 116% |
| 邮寄费 | 3,587.3 | 5,775.5 | 2,561.9 | | 11,924.7 | 24000 | 50% |
| 市内交通费 | 595.3 | 21,082.9 | 4,819.0 | | 26,497.2 | 10000 | 265% |
| 其它 | 21,617.6 | 35,167.4 | 16,271.1 | | 73,056.1 | 0 | |
| 管理费用 | 38,577.3 | 74,057.0 | 43,823.0 | 0.0 | 156,457.3 | 132000 | 119% |
| 折旧费 | 1,763.3 | 1,735.0 | 1,679.0 | | 5,177.3 | 7000 | 74% |
| 咨询费 | 0.0 | 0.0 | 0.0 | | 0.0 | 0 | |
| 会议费 | 0.00 | 0.00 | 0.00 | | 0.0 | 0 | |
| 部门费用分摊 | 36,814.0 | 72,322.0 | 42,144.0 | | 151,280.0 | 125000 | 121% |
| 其它 | | | | | 0.0 | 0 | |
| 财务费用小计 | 33,054.8 | 74,345.2 | 140,807.9 | 0.0 | 248,207.9 | 375200 | 66% |
| 资金占压利息 | 33,054.8 | 74,345.2 | 140,807.9 | | 248,207.9 | 327600 | 76% |
| 利息支出 | | | | | 0.0 | | |
| 其它 | | | | | 0.0 | 47600 | 0% |



费用明细

■ 展览费
■ 广告及业务宣传费
■ 职工薪酬
■ 业务经费
■ 业务招待费
■ 国内差旅费
■ 国外差旅费/涉外费
■ 办公费
■ 租赁费+物业费
■ 通讯费
■ 邮寄费
■ 市内交通费
■ 其它

CNBMUSA00024922

2014 年 1-9 月，部门实际产生费用 170.14 万人民币，相比去年同

期 135.89 万人民币，增加了 34.25 万人民币

偏差原因：

办公费和室内交通费超预算较多，为额外报票产生

国内差旅费超预算为三季度国内差率额外增加所致


c、是否要修正年初预算目标？修正原因？

否


d、库存差异分析（数量单位：吨　金额单位:万元）无

| 产品名称 | 产品型号 | 业务数据 | | 财务数据 | | 物流数据 | | 差异说明 |
|---|---|---|---|---|---|---|---|---|
| | | 数量 | 金额 | 数量 | 金额 | 数量 | 金额 | |
| | | | | | | | | |
| | | | | | | | | |

CNBMUSA00024923

（三）、业务过程数据分析（7月1日-10月1日）

| 员工姓名 | 发送邮件数 | | 收邮件数 | | 客户录入数 | | 收到询盘数 | | 询盘回复数 | | 新产品录入数 | | 新成交客户数 | | 新增热联客户数 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 |
| 姚晓真 | 466 | 466 | 243 | 243 | 13 | 13 | 20 | 20 | 27 | 27 | 0 | 0 | 2 | 2 | 3 | 3 |
| 焦伟伟 | 521 | 521 | 199 | 199 | 26 | 26 | 30 | 30 | 47 | 47 | 0 | 0 | 0 | 0 | 31 | 31 |
| 田晓萍 | 442 | 442 | 199 | 199 | 5 | 5 | 29 | 29 | 35 | 35 | 0 | 0 | 4 | 4 | 27 | 27 |
| 贾贝贝 | 838 | 838 | 170 | 170 | 43 | 43 | 26 | 26 | 24 | 24 | 0 | 0 | 0 | 0 | 22 | 22 |
| 苏家胜 | 263 | 263 | 95 | 95 | 1 | 1 | 26 | 26 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| 霍媛媛 | 187 | 187 | 137 | 137 | 0 | 0 | 2 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 刘昱昱 | 221 | 221 | 90 | 90 | 0 | 0 | 19 | 19 | 20 | 20 | 0 | 0 | 0 | 0 | 0 | 0 |
| 杨玲玲 | 391 | 391 | 124 | 124 | 2 | 2 | 18 | 18 | 16 | 16 | 0 | 0 | 1 | 1 | 0 | 0 |
| 王帅 | 257 | 257 | 30 | 30 | 156 | 156 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

CNBMUSA00024924

| 邢剑桥 | 372 | 372 | 180 | 180 | 121 | 121 | 78 | 78 | 78 | 78 | 0 | 0 | 0 | 0 | 1 | 1 |
| 李存粮 | 929 | 929 | 295 | 295 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 张海宾 | 680 | 680 | 89 | 89 | 58 | 58 | 14 | 14 | 21 | 21 | 0 | 0 | 0 | 0 | 3 | 3 |

Confidential

CNBMUSA00024925

（四）、海关出口数据分析（市场份额分析、标杆企业分析）

该项为月度例会中必须向总经理汇报项

统计时间：2014 年 1 月 1 日 ——  2014 年 8 月 31 日

出口商品名称：马口铁

单位：万/美元  （该排名请以金额为准）

| 企业名称 | 企业性质 | 工厂 OR 贸易商 | 数量（吨） | 金额（万美元） | 单价（美元/吨） |
|---|---|---|---|---|---|
| 宝山钢铁股份有限公司 | 国有企业 | 工厂 | 207208.041 | 20036.81 | 966.99 |
| 江阴科玛金属制品有限公司 | 中外合资 | 工厂 | 145946.158 | 13770.11 | 943.51 |
| 中粤浦项(秦皇岛)马口铁工业有 | 外商独资 | 工厂 | 68050.9 | 6942.72 | 1020.22 |
| 中山中粤马口铁工业有限公司 | 外商独资 | 工厂 | 46868.751 | 4635.47 | 989.03 |
| 邯钢集团衡水薄板有限责任公司 | 国有企业 | 工厂 | 31847.118 | 2747.99 | 862.87 |
| 福建中日达金属有限公司 | 外商独资 | 工厂 | 18781.426 | 1898.46 | 1010.82 |
| 江苏国联薄板有限公司 | 外商独资 | 工厂 | 18648.83 | 1667.28 | 894.04 |
| 无锡新大中薄板有限公司 | 中外合资 | 工厂 | 18328.592 | 1547.48 | 844.3 |
| 邯郸市卓立精细板材有限公司 | 私营企业 | 工厂 | 16121.386 | 1425.19 | 884.04 |
| 新源同昌包装材料（泰州）有限公司 | 中外合资 | 工厂 | 13327.38 | 1181.18 | 886.28 |
| 常州冉达国际贸易有限公司 | 私营企业 | 贸易商 | 13206.797 | 1224.38 | 927.09 |
| 上海八友工贸有限公司 | 私营企业 | 贸易商 | 11525.689 | 1297.43 | 1125.69 |
| 河北钢铁集团衡水板业有限公司 | 国有企业 | 工厂 | 11457.626 | 1048.26 | 914.9 |
| 江苏武英精密薄板有限公司 | 私营企业 | 工厂 | 8594.314 | 716.88 | 834.13 |
| 海南海宇锡业有限公司 | 中外合资 | 工厂 | 8561.597 | 808.41 | 944.23 |
| 江阴市科茂金属制品有限公司 | 私营企业 | 工厂 | 7300.624 | 660.69 | 904.98 |
| 上海中外运张华浜储运有限公司 | 国有企业 | 贸易商 | 6499.933 | 492.2921 | 757.3802684 |
| 中建材国际贸易有限公司 | 国有企业 | 贸易商 | 6028.538 | 555.79 | 921.94 |
| 江苏统一马口铁有限公司 | 外商独资 | 工厂 | 4783.565 | 463.364 | 968.66 |
| 天津市津东矩坤金属制品公司 | 私营企业 | 工厂 | 4185.677 | 338.88 | 809.63 |
| 中轻物产公司 | 国有企业 | 贸易商 | 4119.983 | 352.06 | 854.51 |
| 重庆市中基进出口有限公司 | 私营企业 | 贸易商 | 4044.393 | 369.94 | 914.69 |
| 上海同盛物流园区投资开发有限公司 | 国有企业 | 贸易商 | 3926.782 | 278.5 | 709.24 |
| 张家港市新港星科技有限公司 | 集体企业 | 工厂 | 3886.538 | 335.81 | 864.04 |
| 廊坊市宫鑫钢板有限公司 | 私营企业 | 工厂 | 3799.498 | 323.08 | 850.31 |
| 福建统一马口铁有限公司 | 外商独资 | 工厂 | 3611.784 | 416.12 | 1152.1 |
| 上海电气进出口有限公司 | 私营企业 | 贸易商 | 3424.731 | 320.52 | 935.87 |
| 上海梅山钢铁股份有限公司 | 国有企业 | 工厂 | 3372.585 | 307.4376 | 911.58 |
| 广州太平洋马口铁有限公司 | 中外合资 | 工厂 | 3118.002 | 294.23 | 943.64 |

CNBMUSA00024926

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

我们的目标竞争对手:

常州冉达国际贸易有限公司。 马口铁出口均价为 US $927.09/吨,产品价格非常低。2013 年出口量 18783.4 吨。2014 年 1-8 月份出口量 13206.797 吨。

主要出口国家为:埃及、土耳其、比利时、葡萄牙、西班牙、意大利、格鲁吉亚、墨西哥等。主要货源地为南京地区、天津地区、上海地区进行采购。个别订单从青岛、福建一带采购。

中轻物产,马口铁出口均价为 US $ 854.51/吨,产品价格低,2013 年出口量 4056.378 吨。2014 年 1-8 月份出口量为 4119.983 吨

主要出口国家巴基斯坦,印度,越南,阿联酋等国家。主要在北方地区采购,如天津,邯郸等。

上海八友工贸有限公司,马口铁出口均价 US $ 1125.69/吨,平均价格较高,2013 年出口量为 7378.37 吨。2014 年 1-8 月份出口量 11525.689 吨

主要出口国家为伊朗,意大利,越南等国家,根据不同客户群体,主要从宝钢和国联等工厂采购,由于从宝钢采购,平均价格较高。

我们的目标市场:
我们的目标市场:伊朗,沙特,阿联酋,约旦,埃及,泰国,越南,菲律宾,意大利,葡萄牙,智利,墨西哥,哥伦比亚等

我们的目标合作工厂:
邯钢集团衡水薄板(又名"河北钢铁集团衡水板业有限公司"),为河北钢铁集团下属国有企业。 2012 年初新投资的 CA 生产线投入运营后,总的生产能力达到 40 万吨/年。质量在同行业中处于中等偏上水平,比宝钢、统一、太平洋等企业质量偏低一些,与科玛、富鑫等处于同一水平,质量略好些。我部门 90%以上订单都放在该厂,工厂对质量把关较严格,没有出现过大的问题。但是经常

CNBMUSA00024927

因为多种原因交货不及时，需要多次补货，要求客户更改最晚装运期等，带来很多不必要的麻烦。该厂为国有企业，同该厂的合作一直沿用 30%预付款，70%发货前的模式。由于钢铁行业的特有属性，我们很难争取到账期。2011 年该厂成立了外贸部，经过一年多的发展日益强大起来，主要目标市场为欧洲，同我司出口市场存在一定的冲突。

　　2013 年全年出口量 41370.81 吨，平均出口单价 US $902.26/MT。2014 年 1-8 月份出口量 43304.744 吨，平均出口单价 US $888.89/MT. 出口市场主要集中在欧洲和北非，东南亚等国家。

　　廊坊富鑫钢板有限公司，私营企业，位于河北廊坊，距离北京很近。主要生产 BA 马口铁，月产量在 8000 吨左右，规模不大，产品质量中等。从某种程度上来说，与衡水持平。由于该厂为私营企业，在世界钢铁也普遍萧条的情况下，该厂采取了压缩产量、保利润。他们非常看重我司的国企信誉，希望能更大范围的开展同我司的合作，可以进一步洽谈出口市场的独家代理工作。

　　2013 年开始自行做外贸出口，出口量不大，931 吨，平均出口单价 US $ 845/MT，出口价格非常低。2014 年 1-8 月份出口量 3799.498 吨，平均出口单价 US $850.31/MT

　　中粤浦项（秦皇岛）马口铁工业有限公司：拥有目前亚洲生产速度最快、最先进的电镀锡生产线，具有自动化程度高、生产效率高、产品档次高、质量好、品种覆盖面广、工艺先进、环保设施配套齐全的特点。生产线年产厚度 0.3mm 以下的马口铁 25 万吨，全部使用韩国 POSCO 原板生产。产品质量很好，不仅在国内有一定市场份额，还以比较有竞争力的价格大量出口到东南亚、中东、大洋洲、东欧与南美地区。因此对我们的支持力度不是很大，价格一直偏高。我们对中粤没有太多的依赖性，只是有些客户对产品质量要求严格或者规格特殊，会寻求与他们合作。

　　2013 年全年出口量 101269.875 吨，出口平均单价 US $1023/MT。2014 年 1-8 月份出口量 114919.651 吨，平均出口单价 US $1005/MT

## （五）、其它补充分析

CNBMUSA00024928

分析 1：坏账与长期遗留问题

SAAN2112001 废钢订单情况说明

基本情况介绍：

1. 产品：废钢
2. 数量：6000 吨
3. 客户：天津物产金属国际贸易有限公司
4. 供应商：台州市金谷资源利用有限公司
5. 订单号：SAAN2112001 / PAAN21002
6. 销售单价：3350 元/吨
7. 采购单价：3335 元/吨
8. 利润：15 元/吨
9. 实际发货数量：1362.22 吨
10. 已收票及开票数量：3209.6 吨
11. 未发货已开票数量：3209.6-1362.22=1847.38 吨
12. 收天物货款共计：10778062.2 元（分 4 笔收款：2012 年 1 月 30 日收 650 万，2012 年 1 月 31 日收 154 万，2012 年 6 月 7 日收 262.4 万，2012 年 6 月 19 日收 1937676.6 元）
13. 已给天物开票数量：3209.6 吨(分 4 次开票：2012 年 5 月 29 日申请开票 1362.22 吨，2012 年 9 月 6 日申请开票 73.8294 吨，2012 年 11 月 22 日申请开票 1580.8306 吨，2012 年 12 月 17 日申请开票 192.72 吨)，价税合计：10752160 元，未开票金额：25902.2 元。
14. 付给供应商台州金谷货款共计：10704000 元（分 6 笔付款：2012 年 1 月 31 日付款 160.4 万，2012 年 1 月 31 日付款 640 万，2012 年 6 月 8 日付款 70 万，2012 年 6 月 20 日付款 100 万，2012 年 8 月 7 日付款 70 万，2012 年 9 月 13 日付款 30 万）。
15. 已收票数量：3209.6 吨(2012 年 2 月 27 日收票 3016.88 吨，2012 年 12 月 10 日收票 192.72 吨)。价税合计：10704016 元，未开票金额：16 元。

后由于废钢价格下跌，天物这边一直未找到合适的买家，实际提完 1362.22 吨后，由于继续提货销售亏损严重，提了货还要产生库存和资金占压成本，所以天物一直未提剩下的货物，由于实际只发货 1362.22 吨，但货款支付超过了 3209.6 吨，且目前废钢市场行情一直在 1950 元/吨上下，天物如果提货，将会面临销售亏损+利息损失约 800 - 1000 万。

由于我们多收了天物 620 多万的货款，也转给供应商 610 多万的货款，也都开了票，且供应商那边目前也没有这么多货，天物又不着急提，所以就没有互相道。天物那边就未提货的事也一直在请求我们和供货商谅解。天物这边给出的解决方案是 11 月底之前提完，他们正在想办法消耗这部分亏损。

分析 2：老客户订单金额和新客户订单金额

CNBMUSA00024929

| | 销售额（万人民币） | 销售额比率（%） | 利润额（万人民币） | 利润额比率（%） |
|---|---|---|---|---|
| 老客户 | 11048.34 | 74.39% | 237.88 | 61.34% |
| 新客户 | 3803.92 | 25.61% | 149.93 | 38.66% |
| 合　计 | 14852.26 | —— | 387.81 | —— |

### 分析 3：供应商分析

马口铁产品

邯钢集团衡水薄板（又名"河北钢铁集团衡水板业有限公司"），为河北钢铁集团下属国有企业。 2012 年初新投资的 CA 生产线投入运营后，总的生产能力达到 40 万吨/年。质量在同行业中处于中等偏上水平，比宝钢、统一、太平洋等企业质量偏低一些，与科玛、富鑫等处于同一水平，质量略好些。我部门 90% 以上订单都放在该厂，工厂对质量把关较严格，没有出现过大的问题。但是经常因为多种原因交货不及时，需要多次补货，要求客户更改最晚装运期等，带来很多不必要的麻烦。该厂为国有企业，同该厂的合作一直沿用 30%预付款、70%发货前的模式。由于钢铁行业的特有属性，我们很难争取到账期。2011 年该厂成立了外贸部，经过一年多的发展日益强大起来，主要目标市场为欧洲，同我司出口市场存在一定的冲突。

2013 年全年出口量 41370.81 吨，平均出口单价 US $902.26/MT。出口市场主要集中在欧洲和北非，东南亚等国家。

廊坊富鑫钢板有限公司，私营企业，位于河北廊坊，距离北京很近。主要生产 BA 马口铁，月产量在 8000 吨左右，规模不大，产品质量中等。从某种程度上来说，与衡水持平。由于该厂为私营企业，在世界钢铁也普遍萧条的情况下，该厂采取了压缩产量、保利润。他们非常看重我司的国企信誉，希望能更大范围的开展同我司的合作，可以进一步沿谈出口市场的独家代理工作。

2013 年开始自行做外贸出口，出口量不大，931 吨，平均出口单价 US $845/MT，出口价格非常低。

CNBMUSA00024930

无锡银星涂层板有限公司，位于江苏无锡，年产量 16 万吨，该工厂质量稳定，能够积极配合我方工作，但是生产的规格较单一，几乎没有自营出口，与我司无竞争关系，我司对其依赖性较小。付款方式要求我们发货前付清，无账期。

江苏和丰制铁新材料科技有限公司：主要生产镀铬铁，用于瓶盖和光缆，年产量 8 万吨，价格偏低、质量中等，比较合适杂罐和工业罐的生产，不太适合食品级制罐。目前他们的外贸也是刚刚起步，主要销往东南亚和中东地区。对我们公司的合作比较重视，对出口订单质量把控较为严格，因此比较适合发展中国家需求镀铬铁的客户

冷弯成型设备产品
新乡天丰机械制造有限公司，该工厂成立于 1993 年，生产各种冷弯成型设备，设备通过 CE 认证，在国内改行业中，属于前三的厂家。质量稳定，经营良好。工厂有完整的质量控制体系，研发部门，设备安装工程师，以及售后支持团队。工厂内销占很大的比例，因此与我公司几乎不存在竞争关系

GPS 产品
车载 GPS：主要供应商是深圳市华利隆汽车电子技术有限公司，该公司注册资本 2000 万，主营汽车电子产品，是我明年车载 GPS 的主要供货商，拥有强大的产品研发能力，产品定位高端，产品会定期更新，不断追求最新技术，质量属于全国领先地位，CE、FCC、RoHS 等出口证书齐全，同时拥有自己的外贸公司，所以在一些市场会成为咱们的竞争对手，同时高端定位带来的高售价给客户开发带来了一定的阻碍。

GPS 追踪器：目前主要供应商是车之盾，在深圳，有自己的工厂和外贸部。有 CE, FCC, ROHS 的认证。主要生产 GPS 定位器产品，包括个人 GPS 定位器和车载 GPS 定位器，产品比较简单属于中低档产品。产品的优势是：价格适中，追踪平台不收费；劣势是：产品简单不能满足客户的某些需求。供应商经营稳定，产品线齐全，可以长期合作。

Confidential

　　户外手持 GPS：主要供应商是华辰北斗信息技术有限公司。华辰北斗注册资金 1000 万，主营户外手持 GPS，该公司拥有自己的研发团队，产品线不断丰富。

　　分析 4：资金池使用说明（回款情况-超期回款金额、使用额度情况、占压利息情况）

2014 年 1 月 1 日-9 月 30 日资金池使用情况：

付款金额：14962.4 万人民币

收款金额：16901.5 万人民币

预算现金额度：500 万

已用现金额度：-1669.09 万人民币

员工资金占压利息：24.82 万

## 四、　风险分析（信保可损和索赔情况）

（注：列出对典型事件的分析、措施和经验教训）

1）合同概述：
客户名称：Favor Ltd　（采购代理  Steel Trade Industries Ltd)
合同号：SAAN2413005
马口铁  共计 51.57 吨  共计 46622.61USD  船期：2014.4.30
付款方式：20% 生产前 TT  尾款 TT 发货前
2）事情描述：
2013 年 12 月，Favor Ltd 通过 Steel Trade Industries Ltd 在我公司采购 50 吨 0.21mm 马口铁卷；14 年 1 月我公司与供应商廊坊富鑫钢板签订合同，开始生产；14 年 3 月工厂按期交货；按照 FOB 条款客户在 4 月份自己安排运输，并于 4.30 离港。
8.18 日客户在使用马口铁生产过程中发现部分产品生锈，并有冷凝水出现，约 5%的产品出现此类问题，故客户提出索赔。
具体情况分析：根据客户提供的照片，可知由于产品包装不当，在储藏或运输的过程中外包装出现破损，有水分渗入故引起马口铁生锈和冷凝水出现。
3）预计亏损金额：
2000USD
4）初步原因分析：
包装不当

CNBMUSA00024932

5）责任人：
马口铁项目二组 霍媛媛
6）处理方法：
为了不影响双方合作和后续订单的执行，经协商，我们赔偿客户 2000 美金，目前该客户仍有 3 个订单在执行中，供货商为衡水薄板，SAAN2414010 已备好货，故在此订单尾款中扣除赔偿金

就包装不当造成的生锈问题正在与廊坊富鑫协商赔付事宜，该客户以后的订单将不考虑继续使用廊坊富鑫作为供货商。通过协商，工厂廊坊富鑫同意赔偿我公司人民币 12500，赔款将在我公司与工厂的新订单中扣减。

## 五、 员工管理

### 1、 员工流动情况（入职、离职）

2014 年 1-3 月离职 3 人，销售助理左寒萌，销售经理王桂杨，销售助理童妍。
2014 年 4-6 月份离职 2 人，销售经理王谦，销售助理张爱玲。转部门 1 人，销售助理许振

### 2、 培训开展

## 六、 下季度工作目标及实现措施

单位：万元/人民币

| 经营指标 | 累计目标 | | 年度规划目标（全年） | 完成比例（累计） |
|---|---|---|---|---|
| | 实际完成 | 下季度预估 | | |
| 销售额 | 14,852.26 | 6000.00 | 15,750.00 | 132% |
| 利润 | 227.53 | 119.00 | 326.38 | 106% |
| 资金占压额度 | 24.82 | 8.00 | 32.76 | 100% |
| 签订订单数量(个) | 105 | 15.00 | | |
| 新成交客户(个) | 24 | 4.00 | | |
| 新开发供应商(个) | 6 | 2 | | |

### 具体措施说明：

### a、 本季度具体人员任务分配情况

| 下季度预算 | | |
|---|---|---|
| 人员 | 销售额 | 利润额 |

CNBMUSA00024933

| | 万元 | 万元 |
|---|---|---|
| 姚晓真 | 330 | 15 |
| 焦伟伟 | 215 | 8 |
| 田晓萍 | 300 | 8 |
| 贾贝贝 | 50 | 4 |
| 苏家胜 | 500 | 15 |
| 霍媛媛 | 200 | 8 |
| 刘旻昊 | 447 | 15 |
| 杨玲玲 | 60 | 2 |
| 邢剑桥 | 58 | 9 |
| 王帅 | 45 | 5 |
| 李存粮 | 400 | 15 |
| 张海宾 | 80 | 5 |
| 部门 | 3315 | 10 |

b、　　具体落地措施说明

马口铁出口：

1. 11 月前往伊朗，阿联酋拜访客户

2. 开发 2-3 家新的供应商

设备产品出口

1. 出差马来西亚安装设备，商谈新的设备，并拜访其他客户

2. 加快俄罗斯客户的订单进程

GPS 产品出口

1. 加大客户搜索力度，加快定制产品推广

2. 努力培养地区代理

七、　对公司管理及各部门管理的建议和要求

　　　　无

八、　职能点评（由相关财务人员和物流人员点评业务部门的问题与

CNBMUSA00024934

建议）

**a) 财务点评（点评人：钟爱玲 ）**

发现的业务问题：

截止到 9 月底，费用总计为 170.13 万元，占总预算 241.65 的 70.41%，其中严重超预算的是办公费，占总预算 394.70%，差旅费也已经超标，占总预算 116.22%，招待费需要加强控制一下，预算执行率为 61.91%；预付账款为 6355.12 万元，其中账龄 3-5 个月 216.70 万元，请尽快催收发票。由于预付账款金额比较大，还有时间比较长，因此产生资金占压为 24.82 万元。

需要改进的方面：

控制好预付款和预付款账期；及时催要发票；还有控制好单项费用严重超出预算的费用。

财务主管主要点评意见：

发票最好别在月末最后几天才让工厂开出，尽量往提前。

**b) 物流点评（点评人：马艳 ）**

再生材料部每次出运都会严谨根据公司流程进行操作，几乎没有出现过问题，到货提前通知、并发货物明细，从合作到现在一直很顺利。

**海外美国分公司 1-9 月经营分析报告**

CNBMUSA00024935

**i.** **经营目标达成情况分析**

(单位：万元)

| 经营指标 | 累计达成情况 | 年度预算目标 | 完成比例% |
|---|---|---|---|
| 销售额 | - | 800 | |
| 利润 | - | 8 | |
| 人均利润额 | - | - | |
| 资金占压利息 | - | - | |
| 签订订单数量（个） | - | - | |
| 新成交客户（个） | - | - | |
| 新开发供应商（个） | - | - | |

业务统计数据与财务数据差异金额及原因

2014 年未进行业务操作

**二、实际累计费用明细**

| 月 | 凭证日期 | 凭证号科目 | 摘要 | 借方发生额 | 贷方发生额 |
|---|---|---|---|---|---|
| 1 | 2014-1-23 | 0-1 660303999:财务费用-金融机构手续费-其他 | 华美银行费用 | $50.00 | 0 |
| 1 | 2014-1-23 | 0-1 660303999:财务费用-金融机构手续费-其他 | 华美银行费用返还 | ($25.00) | 0 |
| 1 | 2014-1-23 | 0-1 660303999:财务费用-金融机构手续费-其他 | 华美银行手续费 | $15.00 | 0 |
| 1 | 2014-1-23 | 0-2 660223:管理费用-咨询费 | 引公司2013年10月-2014年3月会 | $900.00 | 0 |
| 1 | 2014-1-23 | 0-2 660303999:财务费用-金融机构手续费-其他 | 2013年10月-2014年3月会计费 | $12.00 | 0 |
| | | 本月合计 | | $952.00 | |
| 2 | 2014-2-25 | 0-1 660303999:财务费用-金融机构手续费-其他 | 华美银行费用 | $25.00 | 0 |
| 2 | 2014-2-25 | 0-1 660303999:财务费用-金融机构手续费-其他 | 华美银行手续费 | $15.00 | 0 |
| | | 本月合计 | | $40.00 | |
| 3 | 2014-3-25 | 0-1 660303999:财务费用-金融机构手续费-其他 | 华美银行手续费 | $40.00 | |
| 3 | 2014-3-25 | 0-2 660223:管理费用-咨询费 | 付美国公司会计师服务费 | $500.00 | |
| 3 | 2014-3-25 | 0-2 660303999:财务费用-金融机构手续费-其他 | 付美国公司会计师服务费银行 | $12.00 | |
| | | 本月合计 | | $552.00 | |
| 4 | 2014-4-28 | 0-1 660303999:财务费用-金融机构手续费-其他 | 华美银行手续费 | $40.00 | |
| | | 本月合计 | | $40.00 | |
| 6 | 2014-6-27 | 0-1 660303999:财务费用-金融机构手续费-其他 | 华美银行手续费 | $40.00 | $0.00 |
| 6 | 2014-6-27 | 0-2 660303999:财务费用-金融机构手续费-其他 | 华美银行手续费 | $40.00 | $0.00 |
| | | 本月合计 | | $80.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | 本年累计 | | $1,664.00 | ¥10,236.93 |

**三、重点工作汇报（业务部门视具体情况希望向领导汇报的内容）**

无

Confidential