**Partial Translation of CNBMUSA00024950-961**

**CNBMUSA00024950**

Adhesive Tape Department October Business Analysis Report

Submitted on: (October 11, 2014)

(Note: Each department can add analysis of other items or slightly change the template as need.)

I. Operation Details of okorder.com

1. Follow-up of Enquiries on okorder.com

| | Requesting User Country | Product Requested | Enquiry Processed by | Enquiry Follow-up |
|---|---|---|---|---|
| 1 | "…" | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | US | Adhesive Tape, LED Light | Guanhong Cheng | Under negotiation now; payment for samples has been sent and the samples are in preparation. |
| 7 | US | Adhesive Tape Machine | Jingjing Qin | No reply yet |
| | "…" | | | |

Adhesive Tape Department has received 10 enquires during 2014, among which two are invalid, one with which we have reached a deal last year and one in close contacts. Since large quantities of samples are requested and the total amount is large, clients have begun to pay for the samples. We are in preparation for samples now and expect to finalize some deals.

"…"

**CNBMUSA00024959**

"…"

2. An US client named Brett has enquired about products as follows: Indoor LED Light Bulbs and Corn Lights, LED Modules, Wind-Solar Power Generator and Solar Cells. Currently the updates are as below: We have found the client suppliers for Indoor LED Light Bulbs, Corn Lights and LED Modules and the client has paid for the samples. One of the suppliers has cooperated with CNBM Shenzhen therefore the samples are provided free of charge. The samples from the other two suppliers need to be paid for. At present, we have received the samples of LED Modules, and one supplier providing Indoor LED Light Bulbs and Corn Lights will send me samples next Monday. The other supplier hasn't made clear response yet and I've urged them for reply. For the Wind-Solar Power Generator, we have checked with photovoltaic branch. And they said they had stopped

CONTEMPT
Exhibit 161

CNBMUSA:  Exhibit 592

producing the products for the reason that the products caused too much trouble. Regarding Solar Cells, we have joint hands with staff in photovoltaic branch and everything is underway.

Adhesive tape department in October business analysis report

Submission time: (On October 11, 2014)

(Note: Various departments may appropriately increase other analysis contents according to the situation, may change pattern plate form simply)

Yi Danwang constructs the special details

1st, Yi Danwang inquired the plate operational practice

Inquired the plate user country

Inquired the plate product

Inquired the plate to process the human

Inquired the plate operational practice

1

China

BOPP

Raw sewage

2014-03-27 Beijing Normal University

2

China

BOPP

Raw sewage

2014-05-19 Beijing Normal University

3

Australia

Soaks the cotton

Qin Jingjing

2014-06-17 our department finalized a deal customer 4 Ukraine two-sided PET Qin Jingjing

The reply said in the leave

5

India

Adhesive tape measuring instrument

The gate celebrates

Has not replied

6

US

Adhesive tape, LED lamp piece,

Cheng Guanhong

Was discussing, has mailed the sample expense, prepared the sample stage

7

US

Adhesive tape machine

Qin Jingjing

Has not replied

8

Italy

Adhesive tape machine

The gate celebrates

Has sent the sample book

9

India

Adhesive tape machine

Liu Na

The vacation I replies at home directly, the customer has not replied

10

Brazil

Adhesive tape machine

The gate celebrates

Has not replied

The adhesive tape department in 2014 altogether receives to inquire plate 10, invalid of two Chinas

inquire the plate, customer who one was last year our finalized a deal, in a customer hot association of US, the sample amount that because demanded was high, and quantity are many, started to give the sample expense, prepared the sample stage, hopes that can have the progress.

2nd, under line inquired plate online quoted price

Staff name

Under the line inquired the plate quantity

Online quoted price quantity

Order form quantity

1

Cheng Guanhong

3

0

1

2

The gate celebrates

131

30

17

3

Qin Jingjing

126

10

5

4

Tong Yuyan

1

2

0

5

Liu Na

2

The adhesive tape department online inquired the plate quantity not to be many, after the reason lay in online had the order form, generally the clerk going to online the relayed telegram price list, everybody thought that we quoted price possibly the disposable newspaper several twenty specification different sizes, the online choice product not necessarily can choose the appropriate thickness, the rubber and an item of number, needs to arrive at Yi Danwang backstage each product the maintenance.
Then chooses makes the form again, said honestly, therefore everybody utilization ratio is not high.
3rd, Yi Danwang product development product range development personnel whether has Yi Danwang to inquire 1 Police & Military Supplies

Cheng Guanhong

Does not have

2

The Air Filter new staff does not have 3 4 5 4. Yi Danwang Wan Chang recruits situation

Whether accepted this department to manage and product category of new development from Yi Danwang now? If accepted to finish, please fill in the product category that accepts

The first-level second-level third-level four levels of machinery and equipment adhesive tape mechanical machinery and equipment packaging machinery packing and printing adhesive tape packing and printing adhesive tape non-offcenter paper aluminum foil adhesive tape packing and printing adhesive tape Bucky adhesive tape packing and printing adhesive tape two-sided adhesive tape packing and printing adhesive tape seal gummed paper packing and printing adhesive tape metallization BOPP adhesive tape packing and printing adhesive tape gummed tape packing and printing adhesive tape polyvinyl-chloride adhesive tape packing and printing adhesive tape one-sided soak the cotton gum belt packing and printing membrane protective film Wan Chang recruit to accept the duty quantity (this table from August request filling in) month

The suppliers recruit the duty quantity

Has completed to recruit the supplier quantity

The progress completes the proportion %

The suppliers upload the run quantity

The progress completes the proportion %

In September

In October

In November

In December

In January

Team plan and introduction

Adhesive tape department

Divisional manager: Tong Zongliu elegant project one group:

Sales manager: Cheng Guanhong sales manager: Qin Jingjing project two groups:

Project manager: The gate celebrates the sales manager: Lu Zeyang

Third, operation objectives achieve situation analysis

Work summary outline: (The sales volume \ profit is in financial physical chart (2) item "sales volume target") unit: (Ten thousand Yuan/Renminbi) other platforms explained:
The category contract 2014 the profit for the year sells the Saudi Arabian corporate business 5,260.14

63,454.00 business statistics data and financial data difference amount and reason:

Difference contract number: SAAE5014010 customer name: GUARA declaration wrong goods name: Two-sided adhesive tape DOUBLE SIDED TISSUE TAPE quantity: 16 volumes amounts: USD17499 payment method: Before 100%, TT matter whole story: The USD:70595.2 actual SC amount is: USD17499 Shan Zhengbu has not checked the SC amount carefully, causes the declaration amount to have the mistake, multi-newspaper USD53096.2. Yu Zonge had the difference.
In the third quarter started to process, the order form that with our carried on carries on to offset, although has settled accounts the order form, because the amount is big, therefore the final profit aggregate amount cannot manifest, it is estimated that before the end of the year, can process.
Category

The contract accumulates

Collaborative business

Disembark household

2013

Expense

In the net profit (A) profit adjustment profit profit settlement adjustment profit building materials international trade 1,433,420.16 6,362.20 7,203.51 194,987.74 650,136.41 991,837.20 service 0.00 0.00 0.00 0.00 0.00 0.00 equal 1,433,420.16 6,362.20 7,203.51 194,987.74 650,136.41 991,837.20 to float owes the explanation (to have, then must filling in):
a and stock loss does not have

b and receivable bad account do not have c and exchange rate loss not to have

d and lawsuit and other do not have (2), operational budget to analyze a and quarterly budget goal to complete the situation unit: Ten thousand Yuan/Renminbi b and budget deviation analyzes (the 1-* month):
(1) the market (nationality) analyzed Brazil's A and G quantity purchased clearly increases compared to last year, the order form quantity also increased. The customers said that the Brazilian market wanted many compared to last year.
The young customer in European market displays in the first quarter relatively good, purchases the demand to be quite exuberant. But the characteristic is the order volume is not big.

The VIST customers in Ukraine the order volume was stable last year, but said this year, because the

situation is unstable, their order volume sharp decline, new product's purchase order also repeatedly delays, has the cooperation intention with the PE plastic department, because of partial product price question, but was also discussing.

Russian PVC customer an order form, has delivered goods in the first quarter, the tail funds take back are quite winding, felt that their recent business volume reduces, the customer said that they recently also had the customer to lose the phenomenon, therefore the sale is ordinary. The order form also needs under the close track, thinks under visiting the customer.

Deviating cause:

Individual country political situation influence, the downstream customer losses of some customers.

(3) the product analysis sale good product was still the two-sided cotton paper, PVC, two-sided Bucky and others, other metallized OPP, the aluminum foil, Bucky, soaked the cotton, the two-sided classes other products were still the essential matching products.

The BOPP sales volume and amount had still not broken through.

Deviating cause:

Does not have (4) sales personnel duties to complete the situation analysis

Senior clerk gate He Heqin the clear sign order form basically achieves the goal, but some have not settled accounts, in addition has order form bad account processing, therefore manifests is not obvious.

New staff Cheng Guanhong had the deal order form,

(5) cost analysis

Expense expenditure: In the third quarter various expense normal row, the staff wages account for all-in cost proportion general about, unfolds the membership dues to occupy less than 10%, rents the rental to account for 14.62%; Un-exceeding the allowed figure deviating cause:

Doesn't have c, to revise budgets the goal at the beginning of the year? Revises the reason? Has revised

d and stock variance analysis (quantity unit: Ton amount unit: Ten thousand Yuan) product range product model service data financial data physical distribution data difference showed that quantity amount amount quantity amount does not have to keep in stock (3), business process data analysis (July to September) staff name Qin Jingjing

 Gate He Chengguan is red

Transmission mail number - clerk 491

 791 634

Transmission mail number - verifies 491

 791 634

Receives mail number - clerk 454

 255 116

Receives mail number - verifies 454

 255 116

Customer input number - clerk

42

 103 170

Customer input number - verifies 42 103

 170

Receives to inquire Pan Shu - clerk

 72 75

 34

Receives to inquire Pan Shu - verification

 72 75

 34

Inquired plate reply number - clerk

72 164

61

Inquired plate reply number - verified 72

164 61

New product input number - clerk 137 121

82

New product input number - clerk

137 121

82

New deal customer number - clerk

0 0

1

New deal customer number - verification

0 0

1

New carburation joint customer number - clerk 4

97 7

New carburation joint customer number - verification

4 97

7

(4), Customs outlet data analysis (market share analysis and range pole enterprise analysis)

This item is at the monthly regular meeting must report the item to the general manager

Statistical time: In 2014 6

The export commodity name: 39199090---Plastic class adhesive tape general declaration code, main OPP, PVC, PET and other units: /US dollar unit: Ten thousand/US dollar (this place please take amount as standard)

. Main first 10 place following tables:
Place corporate name monetary export value 1 Shanghai forever the crown gummy product limited company 4689997 2 Shangyu red positive viscose product limited company 1622856 3 Futong gummy products (Shenzhen) limited company 1581278 4 Hebei China industry limited company 1197597 5 Dongguan No.1 great packing industry limited company 1047437 6 Shantou good will be popular the gummy product limited company 851632 7 Tianjin Four-dimensional Enterprise limited company 848285 8 Germany sha (Suzhou) adhesive tape technology limited company 757247 9 Asia to melt the science and technology (Shanghai) gummy product limited company 696821 10 Dongguan port source adhesive tape product limited company 545480 Shangyu red positive with Futong are the domestically produced OPP big plants, is the lead enterprises. We also cross the customer from red Yang Goumai. But entire cabinet OPP, inside presents the certain proportion the seconds, incurs the customer to sue and complain. Futong has not cooperated temporarily, because after the inquiry, the price is very high.
Forever crown: At present the home production and sells the Bucky adhesive tape maximum supplier. Also is the maximum foreign trader who Bucky adhesive tape exports. Their factory characteristics are low prices, spares no sacrifice the quality the expanded market share. This year domestic raw material, personnel cost large rise at the same time, their family has not risen in prices to the present from the end of last year, but reduced the thickness of Bucky and glue water quietly. Causes the partial product quality not to be very unstable. Because the price is low, many customers are willing to cooperate with them directly.
Forever the crown in recent years will have developed clean adhesive tape, beautiful patterned paper, kraft paper, PVC and other adhesive tapes. Especially some PVC price superiority, but the quality non-question, they also acknowledged now that does not dare to purchase massively, feared that presents the quality claim.
China: Sells PVC adhesive tape's leading enterprise. Internationally also enjoys the high reputation. Our PVC from their there purchases, the price is also high, the delivery date is long, the quality is relatively stable. Last year after also discussed to deliver goods, pays money. Degree of adaptability. But we also found a relativistic mass to be worse through Guangzhou Export Commodities Fair, the low-cost many PVC factory, is used to deal with for example India, Saudi Arabian these requests the specially high customer to the price.
Reason and sales not good analysis that we cannot sell:

This product is the conventional product of big consumption, the inquiry are quite many, the producer certainly are also quite many, the price is very transparent.

The technique content of this product is low, in the short period may in some area produce, but does not need to import.
Price transparence world-wide, to trade-type us, is impossible to leave profit space.

Existing factory transformation mentality is slow, or the research develops slowly, the heat melts the rubber OPP to research and develop the effect not to be good, home almost not stable supplier. OPP adhesive tape because the OPP membrane the technique of production (the BOPP thin film may produces with the tube membrane method or the even membrane method. The BOPP thin film performance that different processing method obtains is different. The BOPP thin film that Ping Mofa produces because stretches in a big way compared to (may reach 8-10), therefore the strength ratio tube membrane method is high, film thickness's uniformity is also good.)The difference, the price also has difference.
The customers said our OPP adhesive tapes often expensively 20-40%.
Now the company was saying that physical distribution garden question, does not know, whether we can borrow the east wind Mu Juan transport greatly the past, oneself have several not machines the minute to cut, the packing, the direct marketing gives the customer. Secures bigger profit space. Strives because end product transportation cost is too high the customer who cannot be down.
(5), Other supplement analyses 1: The bad account and long-term remaining issues do not have

Analyzes 2: Old customer order form amount and new customer order form

Orders position analysis

Contract quantity that achieves

Establishes the order form 61 to become effective order form of execution 623,700 62 52

Order form of financial settlement

 43 finalized a deal newly 3

Saudi Arabian account order form

3

Develops the supplier newly

2

Analyzes 3: Supplier analysis

Zhongshan imperial crown gummy product limited company Shanghai Regent viscose product development limited company Tianjin forever the luxuriant adhesive tape will make limited company Shanghai forever the crown gummy product limited company

Changzhou also has the US source with the bright machinery limited company Hebei China industry limited company, China and so on. Each supplier host hit the product to be different, dispersed all products from a risk of factory purchase. Simultaneously also increased the customer to put together in the box process the transportation cost and manpower communicates the cost.
Analyzes 4: Fund pond operating instructions (return to funds situation - goes over the time limit funds amount and use specified amount situation, to occupy interest situation) cash flow, not occupies.
The risk analysis (letter Bulgaria may damage and claim) (note: Lists) non-staff manages the staff mobility status (to enter duty, to leave job) to the analysis, measure and experience typical event enters the duty

newly they: Lu Zeyang male

Zhao Xiaoyan the female leaves job: Does not have

2 training development department carries on product training to new person, the basic foreign trade vocational training, actively takes various training of company organization.

The next quarter job objective and realizes measure

Unit: Ten thousand Yuan/Renminbi

The specific measures showed:

Exhibition; May consider that attended the domestic industry exhibition, obtains the domestic supplier's resources, simultaneously understands the product many trend and market

Customer resources; 1)Hand the products on C kinds of customer's synthesize to judge its market, decided whether does;
2)The dormancy customer on hand in own, do not hand over share rottenly, other people continue to track the development.

3)End-user direction - kraft paper and aluminum foil adhesive tape, seal the box adhesive tape; Search end-user and overseas friend customer agency commission;

4)The special high-end product, develops the high profit competition not full excellent customer recent service luminescent spot:
1st, this year our company simultaneously receives the same inquiries from Dutch two different companies, about a Dutch large-scale retail merchant four-year adhesive tape service. It is estimated that one month cabinet, puts together many kinds of adhesive tapes. In two companies, the customer who knew on the Cologne exhibition, has the face-to-face talk, and in the near future will have met in China. Other related had more than one year of customer. Two companies both have the multiple sample mail intercourse. At present gives two companies to report all products prices. And a company main attack Bucky adhesive tape, another main attack beautiful patterned paper adhesive tape. Two companies both very much have the cooperation intention.
2nd, American customer Brett, the inquiry product includes: The LED indoor ball soaks with corn lamp, the LED mold train, the solar energy wind-driven generator, the solar cell piece. At present, the entire progress is as follows: Had found the LED indoor ball to soak to the customer with the corn lamp, the three suppliers of LED mold train, the customer already the payment sample, including one is the building materials Shenzhen cooperation, the sample is free, other two factory payments. At present, the LED mold train sample arrived, the LED indoor ball soaks with a corn lamp's factory, next Monday will deliver goods to me, other to the accurate answer, has not urged. The solar energy wind-driven generator inquired that photovoltaic subsidiary company worked together, they said that did not make this product, was because this product had the problem to be quite big, the solar cell piece achieved the cooperation with the photovoltaic colleague, at present is being arranged.
3rd, South Korean US patterned paper quantity purchased is big, but is high to the quality requirement, before was monopolized by Regent, this year discussed more than two years of customer finally under only, but the quantity is not big, hopes, under careful maintenance, enters the South Korean market.
Current quarter concrete personnel task allocation

Next quarterly budget

Personnel

Sales volume

Mass of profit

Ten thousand Yuan

Ten thousand Yuan

The gate celebrates

130 15

Qin Jingjing

100 100% close 25.7 2.5 to equal 255.7 27.5 concrete landing measures to explain that managed and various suggestion and request finance of recent enter in account speed divisional management red to the company was too slow, before the morning one time, one time, the morning almost does not have in the afternoon now, must wait by the afternoon for 45 o'clock, such words contract became effective wants and other day.
Function review (by related affairs personnel and physical distribution personnel review business agency's question and suggestion) financial review (review person: Mr. Yang)

1st, intercourse credit: The intercourse management is good, account age may maintain in basically three months, because the physical distribution manager declaration source of error causes the SAAE5014010 order form to put on somebody's account; The SAAE5014008 order form pays in factory 2000 bills of freight not to contain; 2nd, stock management: After adhesive tape service mostly to first sell picks, the stock management is good the non-backlog stock; 3rd, fund occupies: The fund control is reasonable, has not had fund to occupy the interest, has been earning the company interest; 4th, expense expenditure:
In the third quarter various expense normal row, the staff wages account for all-in cost proportion 61.59%, unfolds the membership dues to account for 7.07%, rents the rental to account for 14.62%; 5th, department bill can submit promptly. Improvement: The business volume are few, profit margin is high , to continue to try hard to develop the market, increases the business volume to need to improve: First after the payment, the attention inspection invoice amount of receipt is whether consistent with the payment amount; After and strives for the first receipt as far as possible pays money, the guarantee money is consistent. Because the physical distribution declaration reason influence causes finance to put on somebody's account and adjust the account influence working efficiency review: Adhesive tape department small management is good, the stock, intercourse and fund management are good, in the first three quarters profit had the great scope to increase compared to the same period last year, profit margin placed the high level.

Physical distribution review (review person: The benefit good) proposed to subscribe cabin contact surface ma unclear, the bill of lading confirmed each time needed to check alone, the consumption time were too many other functional department reviews (the review person: )

_1474526897.unknown

_1474526890.unknown

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: user PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: Administrator PID_REVNUMBER: 9 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 11:26: 00 CST 1601 PID_LASTPRINTED: Wed May 22 11:12: 00 CST 2013 PID_CREATE_DTM: Sat Oct 11 10:08: 00 CST 2014 PID_LASTSAVE_DTM: Sat Oct 11 16:11: 00 CST 2014 PID_PAGECOUNT: 12 PID_WORDCOUNT: 1029 PID_CHARCOUNT: 5866 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: user PID_LINECOUNT: 48 PID_PARCOUNT: 13 17: 6882 23:
786432 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

## 胶粘带部门 10 月经营分析报告

提交时间：（2014 年 10 月 11 日）

（注：各部门可根据情况适当增加其他分析内容，也可简单改变模版格式）

# 一、 易单网建设具体情况

### 1、易单网询盘执行情况

| | 询盘用户国家 | 询盘产品 | 询盘处理人 | 询盘执行情况 |
|---|---|---|---|---|
| 1 | 中国 | BOPP | 未处理 | 2014-03-27 北京师范大学 |
| 2 | 中国 | BOPP | 未处理 | 2014-05-19 北京师范大学 |
| 3 | 澳大利亚 | 泡棉 | 秦晶晶 | 2014-06-17 我部成交客户 |
| 4 | 乌克兰 | 双面 PET | 秦晶晶 | 回复说休假中 |
| 5 | 印度 | 胶带测试仪器 | 门贺 | 未回复 |
| 6 | 美国 | 胶带，LED 灯片， | 成关红 | 正在洽谈，已经邮寄了样品费，准备样品阶段 |
| 7 | 美国 | 胶带机器 | 秦晶晶 | 未回复 |
| 8 | 意大利 | 胶带机器 | 门贺 | 已发样品册 |
| 9 | 印度 | 胶带机器 | 刘娜 | 假期在家我直接回复，客户未回复 |
| 10 | 巴西 | 胶带机器 | 门贺 | 未回复 |

胶带部2014年一共收到询盘10个，其中两个中国的无效询盘，一个是去年我们已经成交的客户、一个美国的客户热联中，由于索要的样品金额高并且数量多，已经开始给了样品费，准备样品阶段，希望能有所进展。

### 2、线下询盘在线报价情况

| | 员工姓名 | 线下询盘数量 | 在线报价数量 | 订单数量 |
|---|---|---|---|---|
| 1 | 成关红 | 3 | 0 | 1 |
| 2 | 门贺 | 131 | 30 | 17 |
| 3 | 秦晶晶 | 126 | 10 | 5 |
| 4 | 童玉燕 | 1 | 2 | 0 |
| 5 | 刘娜 | | 2 | |

胶带部在线询盘数量不多，原因在于线上一般都是有了订单后业务员才去线上转报价单，大家觉得我们报价可能一次性报十几二十几个规格不同尺寸，在线选择产品不一定能选择到合适的厚度，胶型和目数呢，需要到易单网后台每个的产品的维护。 然后再选择再做表格，坦诚的说所以大家使用率不高。

### 3、易单网产品开发情况

| | 产品名称 | 开发人员 | 是否有易单网询盘 |
|---|---|---|---|
| 1 | Police & Military Supplies | 成关红 | 无 |
| 2 | Air Filter | 新员工 | 无 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

### 4. 易单网万厂招募情况

a. 是否已从易单网认领本部门现在经营和新开发的产品类目？如果已认领完毕，请填写认领的产品类目

| 一级 | 二级 | 三级 | 四级 |
|---|---|---|---|
| 机械及设备 | 胶粘带机械 | | |
| 机械及设备 | 包装机械 | | |
| 包装与印刷 | 胶粘带 | | |
| 包装与印刷 | 胶粘带 | 无离心纸铝箔胶带 | |
| 包装与印刷 | 胶粘带 | 布基胶带 | |
| 包装与印刷 | 胶粘带 | 双面胶带 | |
| 包装与印刷 | 胶粘带 | 封口胶纸 | |
| 包装与印刷 | 胶粘带 | 金属化 BOPP 胶带 | |
| 包装与印刷 | 胶粘带 | 包装胶带 | |
| 包装与印刷 | 胶粘带 | 聚氯乙烯胶带 | |
| 包装与印刷 | 胶粘带 | 单面泡棉胶带 | |
| 包装与印刷 | 膜 | 保护膜 | |

a. 万厂招募认领任务量（此表从8月要求填写）

| 月份 | 供应商招募任务数量(个) | 已完成招募供应商数量（个） | 进度完成比例% | 供应商上传产品数量(个) | 进度完成比例% |
|---|---|---|---|---|---|
| 9 月 | | | | | |

CNBMUSA00024951

| | | | | |
|---|---|---|---|---|
| 10 月 | | | | |
| 11 月 | | | | |
| 12 月 | | | | |
| 1 月 | | | | |

## 二、 团队规划和介绍

### 胶粘带部

  

部门经理：童总          刘娜

项目一组：



销售经理：成关红          销售经理：秦晶晶

项目二组：

  

项目经理：门贺          销售经理：陆泽阳

Confidential

## 三、经营目标达成情况分析

**(一) 工作总结概述：**　(销售额\利润均为财务体检表中**第（二）项"销售额指标"**)

单位：( 万元/人民币 )

| 经营指标 | 累计达成情况 | | | 年度预算目标 | | | 完成比例% | | |
|---|---|---|---|---|---|---|---|---|---|
| | 本部 | 其它平台 | 合计 | 本部 | 其它平台 | 合计 | 本部 | 其它平台 | 合计 |
| 销售额 | 616 | | 616 | 1,030 | | 1,030 | 59.8% | | 59.8% |
| 利润 | 80 | | 80 | 125 | | 125 | 63.6% | | 63.6% |
| 人均利润额 | 20 | | 20 | 21 | | 21 | | | 95.7% |
| 资金占压利息 | - | | - | - | | - | | | |
| 签订订单数量（个） | 61 | | 61 | 100 | | 100 | 61.0% | | 61.0% |
| 新成交客户（个） | 3 | | 3 | 6 | | 6 | 50.0% | | 50.0% |
| 新开发供应商（个） | 2 | | 2 | 5 | | 5 | 40.0% | | 40.0% |

其它平台说明：

| 类别 | 合同累计 | 2014 年 |
|---|---|---|
| | 利润 | 销售 |
| 阿联酋公司业务 | 5,260.14 | 63,454.00 |

业务统计数据与财务数据差异金额及原因：

差异合同号：SAAE5014010  客户名称：GUARA 报关错误

货品名称：双面胶带 DOUBLE SIDED TISSUE TAPE  数量：16 卷  金额：USD17499  付款方式：100%前 TT

事情原委：USD.70595.2 实际 SC 金额为：USD17499 单证部没有仔细核对 SC 金额，导致报关金额发生错误，多报的
USD53096.2. 于总额发生了差异。

第三季度已经开始处理了，用我们正在进行的订单进行抵销，虽然结算了订单，因为金额大，所以最后利润总金额体现不出
来，预计年底前能处理好。

| 类别 | 合同累计 | 合作业务 | 离岸户 | 2013 | 费用 | 净利润（A） |
|---|---|---|---|---|---|---|
| | 利润 | 调整利润 | 利润 | 清算调整利润 | | |
| 中建材国际贸易 | 1,433,420.16 | 6,362.20 | 7,203.51 | 194,987.74 | 650,136.41 | 991,837.20 |
| 业务一部 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 合计 | 1,433,420.16 | 6,362.20 | 7,203.51 | 194,987.74 | 650,136.41 | 991,837.20 |

浮亏说明（有则必须填写）：

　a、库存亏损　无

　b、应收坏账　无

CNBMUSA00024953

c、汇率损失　无

d、诉讼及其他　无

## (二)、业务预算分析

a、季度预算目标完成情况

单位：万元/人民币

| 季度 | 预算与实际比 | | | | | |
|------|------|------|------|------|------|------|
| | 销售目标 | 销售实际 | 完成% | 利润目标 | 利润实际 | 完成% |
| 第一季 | 176.00 | 210.00 | 119% | -4.70 | 27.00 | -574% |
| 第二季 | 341.00 | 205.00 | 60% | 50.00 | 43.45 | 87% |
| 第三季 | 257.00 | 200.48 | 78% | 39.00 | 28.79 | 74% |
| 第四季 | 256.00 | | | 41.06 | | |
| 合计 | 1,030.00 | 615.48 | 60% | 125.36 | 99.24 | 79% |

b、预算偏差分析(1-*月累计)：

（1）市场（国别）分析

巴西的 A 和 G 采购量比去年明显增多，订单数量也增加。客户说巴西市场比去年要好些。

欧洲市场的小客户第一季度表现相对良好，采购需求比较旺盛。但是特点是订单量不大。

乌克兰的 VIST 客户去年订单量稳定，但是今年说由于局势不稳定，他们订单量锐减，很多新产品的采购订单也一拖再拖，和 PE 塑料部门也有合作意向，但是因为部分产品的价格问题，还在洽谈中。

俄罗斯 PVC 客户第一季度一个订单，已经发货，尾款收回比较曲折，感觉他们最近业务量减少，客户说他们最近也有客户丢失现象，所以销售一般。订单还需要紧密跟踪下，想去拜访下客户。

偏差原因：

个别国家政局影响，有些客户的下游客户丢失。

CNBMUSA00024954

（3）产品分析

销售较好的产品仍然是双面棉纸，PVC，双面布基等，其他的金属化 OPP，

铝箔，布基，泡棉，双面类的其他产品仍是不可缺少的搭配产品。

BOPP 的销售数量和金额仍然没有突破。

偏差原因：

无


（4）销售人员任务完成情况分析

老业务员门贺和秦晶晶的签订订单基本完成目标，但是有些未结算，加上有

个订单坏账处理，所以体现的不明显。

新员工成关红有个成交订单，

（5）成本费用分析

费用开支： 三季度中各项费用正常列支，其中职工工资占总费用比例一般

左右，展会费占不到 10%，租赁占 14.62%；未超标

偏差原因：

无

c、是否要修正年初预算目标？修正原因？已修订

d、库存差异分析（数量单位：吨　金额单位:万元）

| 产品名称 | 产品型号 | 业务数据 | | 财务数据 | | 物流数据 | | 差异说明 |
|---|---|---|---|---|---|---|---|---|
| | | 数量 | 金额 | 数量 | 金额 | 数量 | 金额 | |
| | | | | | | | | |
| | | | | | | | | |

无库存

CNBMUSA00024955

（三）、业务过程数据分析（7-9 月）

| 员工姓名 | 秦晶晶 | 门贺 | 成关红 | | | |
|---|---|---|---|---|---|---|
| 发送邮件数-业务员 | 491 | 791 | 634 | | | |
| 发送邮件数-审核 | 491 | 791 | 634 | | | |
| 收邮件数-业务员 | 454 | 255 | 116 | | | |
| 收邮件数-审核 | 454 | 255 | 116 | | | |
| 客户录入数-业务员 | 42 | 103 | 170 | | | |
| 客户录入数-审核 | 42 | 103 | 170 | | | |
| 收到询盘数-业务员 | 72 | 75 | 34 | | | |
| 收到询盘数-审核 | 72 | 75 | 34 | | | |
| 询盘回复数-业务员 | 72 | 164 | 61 | | | |
| 询盘回复数-审核 | 72 | 164 | 61 | | | |
| 新产品录入数-业务员 | 137 | 121 | 82 | | | |
| 新产品录入数-业务员 | 137 | 121 | 82 | | | |
| 新成交客户数-业务员 | 0 | 0 | 1 | | | |
| 新成交客户数-审核 | 0 | 0 | 1 | | | |
| 新增热联客户数-业务员 | 4 | 97 | 7 | | | |
| 新增热联客户数-审核 | 4 | 97 | 7 | | | |

（四）、海关出口数据分析（市场份额分析、标杆企业分析）

该项为月度例会中必须向总经理汇报项

统计时间：2014 年 6

Confidential

CNBMUSA00024956

出口商品名称：39199090---塑料类胶带通用的报关编码，主要 OPP，PVC，ＰＥＴ等
单位：/美元

单位：万/美元   （该排名请以金额为准）

。主要前 10 位的排名如下表：

| 排名 | 公司名称 | 出口金额 |
|---|---|---|
| 1 | 上海永冠胶粘制品有限公司 | 4689997 |
| 2 | 上虞红阳粘胶制品有限公司 | 1622856 |
| 3 | 富通胶粘制品(深圳)有限公司 | 1581278 |
| 4 | 河北华夏实业有限公司 | 1197597 |
| 5 | 东莞市冠宏包装实业有限公司 | 1047437 |
| 6 | 汕头市佳兴胶粘制品有限公司 | 851632 |
| 7 | 天津四维企业有限公司 | 848285 |
| 8 | 德莎(苏州)胶带技术有限公司 | 757247 |
| 9 | 亚化科技(上海)胶粘制品有限公司 | 696821 |
| 10 | 东莞市港源胶粘制带制品有限公司 | 545480 |

上虞红阳和富通是国内生产ＯＰＰ的大厂，一直都是领头性的企业。我们也从红阳购买过产品销售出去。
但是整柜ＯＰＰ，里面出现一定比例的残次品，招致客户投诉和抱怨。富通暂时没有合作，因为询价后价
格很高。

永冠：是目前国内生产和销售布基胶带最大的供应商。也是布基胶带出口的最大的贸易商。他们的工厂特
点是低价格，不惜牺牲质量的扩大市场份额。今年国内原材料，人员成本大幅上涨的同时，他们家从去年
年底到现在没有涨价，而是悄悄的降低了布基和胶水的厚度。使得部分产品质量很不稳定。由于价格低，
很多客户还是愿意和他们直接来合作。
永冠近几年来开发了清洁胶带，美纹纸，牛皮纸，PVC 等胶带。尤其是 PVC 价格方面还是有些优势的，但是
现在质量不问题，他们自己也承认，不敢大规模的采购，怕出现质量索赔。

华夏：是销售ＰＶＣ胶带的龙头企业。国际上也是享有盛誉。我们的ＰＶＣ也是从他们那里采购，工厂的
特点是价格高，交期长，质量相对稳定。去年也谈下来了发货后付款。配合度还可以。但是我们通过广交
会也找到了一家相对质量差些，价格便宜很多的ＰＶＣ工厂，用来应对例如印度，阿联酋那些对价格要求
特别高的客户。

我们卖不出去的原因和销售不好的分析：
1)   这种产品是大消耗的常规产品，询价比较多，生产商也一定比较多，价格很透明。
2)   这种产品的技术含量低，短时期内就可以在某一地区自己生产而不必进口。
3)   世界范围内的价格透明化，给贸易型的我们，不可能留下利润空间。
4)   现有工厂转换思路慢，或者研究开发慢，热熔胶的 OPP 一直研发效果不好，国内几乎无稳定供应商。
    OPP 胶带的的 OPP 膜由于生产工艺（BOPP 薄膜可以用管膜法或平膜法生产。不同的加工方法得到的
    BOPP 薄膜性能也不一样。平膜法生产的 BOPP 薄膜由于拉伸比大（可达 8-10），所以强度比管膜法高，
    薄膜厚度的均匀性也较好。）的不同，价格也有差别。
5)   客户经常说我们的 OPP 胶带贵 20-40%。

Confidential

现在公司正在说物流园问题，不知道以后我们能否借着东风把大母卷运输过去，自己有几台机器进行分切，包装，直接销售给客户。争取更大的利润空间。去争取很多因为成品运输成本过高而做不下来的客户。

## （五）、其它补充分析

分析1：坏账与长期遗留问题  无

分析2：老客户订单金额和新客户订单

| 订单情况分析 | 达成的合同数量 |
|---|---|
| 建立订单 | 61 |
| 生效执行的订单 | 52 |
| 财务结算的订单 | 43 |
| 新成交 | 3 个 |
| 阿联酋账户的订单 | 3 个 |
| 新开发供应商 | 2 个 |

分析3：供应商分析

中山市皇冠胶粘制品有限公司　　　上海晶华粘胶制品发展有限公司
天津市永茂胶粘带制造有限公司　　上海永冠胶粘制品有限公司
常州市同熙机械有限公司　　　河北华夏实业有限公司

还有美源，华夏等。每个供应商主打产品均不同，分散了所有产品都从一个工厂采购的风险。同时也增加了客户拼箱过程中的运输成本和人力沟通成本。

分析4：资金池使用说明（回款情况-超期回款金额、使用额度情况、占压利息情况）
正现金流，无占压。

## 四、 风险分析（信保可损和索赔情况）

（注：列出对典型事件的分析、措施和经验教训）

无

## 五、 员工管理

1、 员工流动情况（入职、离职）

新入职两人：陆泽阳 男

赵晓燕 女

离职：无

CNBMUSA00024958

2 培训开展

部门内部对新人进行产品培训，基本外贸业务培训，积极参加公司组织的各种培训。

## 六、 下季度工作目标及实现措施

单位：万元/人民币

| 经营指标 | 累计目标 | | 年度规划目标（全年） | 完成比例（累计） |
|---|---|---|---|---|
| | 实际完成 | 下季度预估 | | |
| 销售额 | 616.00 | 257.00 | 1,030.00 | 84.76% |
| 利润 | 80.00 | 27.12 | 125.00 | 85.70% |
| 资金占压额度 | 0.00 | 0.00 | 0.00 | |
| 签订订单数量(个) | 61 | 25.00 | 100 | 86.00% |
| 新成交客户(个) | 3 | 2.00 | 6 | 83.33% |
| 新开发供应商(个) | 2 | 2 | 5 | 80.00% |

### 具体措施说明：

展会：可考虑参加国内行业展会，获得国内供货商的资源，同时多多了解产品的走势和市场

客户资源： 1)手上的 C 类客户的产品综合起来判断其市场，决定是否做；

2)手上的休眠客户不要烂在自己手里，交出来 share，其他人继续跟踪开发。

3)最终用户方向一牛皮纸、铝箔胶带、封箱胶带；搜索最终用户、国外朋友客户代理佣金；

4)特殊高端产品，开发高利润竞争不充分的优质客户

最近业务亮点：

1，今年我公司同时接到来自荷兰两个不同公司的同一个询价，同是关于荷兰一家大型零售商为期 4 年的胶带业务。预计一个月一个柜，拼多种胶带。两家公司中，一家是在科隆展上认识的客户，有过面谈，并且近期在中国也见过面。另外一家是联系了有一年多的客户。两家公司都有过多次样品邮寄往来。目前均给两家公司报过所有产品的价格。其中一家公司主攻布基胶带，另一家主攻美纹纸胶带。两家公司都很有合作意向。

2，美国客户 Brett,询价产品包括：LED 室内球泡和玉米灯，LED 模组，太阳能风力发电机，太阳能电池片.目前，整个进展情况如下：已经给客户找到了 LED 室内球泡和玉米灯，LED 模组的三家供应商，客户已经付完样品，其中有一家是与中建材深圳合作过，样品免费，另外两家工厂付费。目前，LED 模组样品已经到了，LED 室内球泡和玉米灯的一家工厂，下周一发货给我，另外一家还没有给准确答复，已经催了。太阳能风力发电机已经询问光伏分公司同事了，他们说不做这个产品了，是因为此产品出现问题比较大，太阳能电池片已经和光伏同事达成合作，目前正在筹备中。

3，韩国美纹纸采购量大，但是对质量要求高，之前被晶华垄断，今年一个谈了两年多的客户终于下单了，但是量不算大，希望以后在精心的维护下，打入韩国市场。

a、 本季度具体人员任务分配情况

　　　　　　　　　　　　　　　　　　　　　　　　CNBMUSA00024959

| 下季度预算 | | |
|---|---|---|
| 人员 | 销售额 | 利润额 |
| | 万元 | 万元 |
| 门贺 | 130 | 15 |
| 秦晶晶 | 100 | 10 |
| 成关红 | 25.7 | 2.5 |
| 合计 | 255.7 | 27.5 |

b、　　具体落地措施说明

## 七、　对公司管理及各部门管理的建议和要求

财务最近登帐速度太慢了，以前上午一次，下午一次，现在上午几乎没有，都要等到下午四五点钟，那样的话合同生效又要等一天。

## 八、　职能点评（由相关财务人员和物流人员点评业务部门的问题与建议）

### a) 财务点评（点评人：杨少帅 ）

1、　　1、往来账款：往来管理较好，账龄基本可以保持在三个月内，由于物流主管报关错误原因导致 SAAE5014010 订单有挂账；SAAE5014008 订单付工厂 2000 运费发票中未包含；2、库存管理：胶粘带业务大都为先销后采，库存管理较好无积压库存；3、资金占压：资金控制合理，未产生资金占压利息，一直在赚取公司利息；4、费用开支： 三季度中各项费用正常列支，其中职工工资占总费用比例 61.59%，展会费占 7.07%，租赁费占 14.62%；5、部门票据都能够及时提交。改进：业务量少，利润率较高，继续努力开拓市场，增加业务量

2、　　需要改进：先付款后收票的注意检查发票金额是否与付款金额一致；并尽量争取先收票后付款，保证票款一致。因物流报关原因影响导致财务挂账及调账影响工作效率

CNBMUSA00024960

**3、** 点评：胶粘带部门小管理较好，库存、往来、资金管理良好，前三
季度利润比上年同期有较大幅度增加，利润率保持在较高水平。

**b)** 物流点评（点评人：惠佳 ）

提请订舱界面唛头不清楚，每次提单确认都需要单独核对，耗费时间太多

**c)** 其它职能部门点评（点评人： ）

CNBMUSA00024961