**Partial Translation of CNBMUSA00024964-977**

**CNBMUSA00024964**

Metal Engineering Department September 2014 Business Analysis Report
Submitted on: (October 13, 2014)

"..."

**CNBMUSA00024968**

"..."
Client Name: COMET
Country: US

**CNBMUSA00024969**

Client Type: End user
Product Requested: Aluminum foil
Sales Revenue: CNY 2.58 million
Profit: CNY 123,000
The client is from US and needs aluminum foil for food packaging. They purchase one cabinet each month with a stable volume and specification. However, the specification they ask for is quite special and most domestic factories are not able to satisfy their needs. But the profit rate is high, which is usually kept between 4% and 5%.
"..."

**CNBMUSA00024972**

"..."
Modular House Export Destination Country, Top 30 Import Countries of 2013

| Rank | Import Country | Amount (USD) |
|------|----------------|--------------|
| "..." | | |
| 4 | US | 54,953,895.00 |
| "..." | | |

CONTEMPT
Exhibit 162

**CNBMUSA:  Exhibit 593**

Metal engineering dept in September, 2014 business analysis report

Submission time: (On October 13, 2014)

(Note: Various departments may appropriately increase other analysis contents according to the situation, may change pattern plate form simply)

Yi Danwang constructs the special details

1st, Yi Danwang inquired the plate operational practice (July to September)

Inquired the plate user country

Inquired the plate product

Inquired the plate to process the human

Inquired the plate operational practice

1

Panama

Prefabricated house of office building Zhang Yueheng follows up 2 Sweden Container house

Zhang Yueheng

The online quoted price, under the line the mail follows up.

3

Panama

Wood Beam Zhang Yueheng 4 unknown aluminum product Zhang Shufei the mail returns, the mailbox does not have 5 Iranian aluminum product Zhang Shufei to follow up 6 unknown affordable housing Zhao pleased customer requests to transmit all product quoted prices, has sent the prefabricated house product price sector and product catalog to the customer.
7 Russian prefabrication house Zhao pleased inquiry, after transmission quoted price, not following relation 8 Slovakia prefabrication house Zhao pleased customers demanded the product catalog temporarily, after the transmission, after product catalog and price sector, did not have to reply 9 Canadian prefabrication house Zhao pleased customers to inquire temporarily 100 square meters prefabricated house price, after quoted price communication, did not have to progress 10 Lebanese aluminum product Shen happy to follow up 11 Algerian light steel villa Qiao Yafeng to contact with 12 Papua New Guinean box-type Fang Qiao Yafeng to contact with 13 Tanzanian light steel house Qiao Yafeng to contact with 14 Mali box-type Fang Qiao Yafeng to contact with 15 Nigerian activity building Qiao Yafeng to contact with 16 Mozambique light steel house Qiao Yafeng
In the relation 17 South African box-type Fang Qiao Yafeng contact with 18 Botswanan light steel house Qiao Yafeng to contact with 19 Kuwaiti light steel house Qiao Yafeng to contact with 20 Libyan prefabricated house Qiao Yafeng to contact with 21 Russian light steel villa Wang Weiwei to transfer Zhao Yue to inquire the plate serial number: 20140705003 have quoted price 22 Macedonia container house Wang Weiwei to inquire the plate serial number: Under 20140709005 relates, but customer inspects the project, but also does not have the substantive progress. Maintains the relation.
23 Portuguese office building Wang Weiwei inquired plate serial number: Under 20140908019 customer lines relates, follows up.

24

Australia

Light steel villa

Wang Weiwei

Inquired the plate serial number: 20140929023 online have communicated. The customers do not have the feedback, maintains the relation.
25 Australian light steel villa economy Wang Weiwei inquired the plate serial number: 20140930045 have quoted price. The customers follow up.

26

Iran

Light steel villa

Wang Weiwei

Inquired the plate serial number: 20140930067 have quoted price under the communication and line relates the extension to inquire Pan Chi. The customers have replied, maintains follows up.
27 Australian prefabricated house He Ying have signed list 28 Bahamas prefabricated house He Ying to send the quoted price, does not have the customer to reply 29 Chilean prefabricated house He Ying to send the quoted price specifically, does not have the customer to reply 30 American prefabricated house He Ying to send the quoted price specifically, after 3 mail intercourses, the customer decided that did not construct to mother.
31 Uruguayan prefabricated house He Ying have sent the quoted price, waited for that the customer replies 32 Israeli prefabricated house He Ying to send the quoted price and telephone follows up, customer call said that wants to buy the cheapest building, but after sending the quoted price, had not replied my mail.
2nd, under line inquired plate online quoted price (July to September) under staff name line to inquire the plate quantity online quoted price quantity order form quantity 1 tree to fly 132 9 9 2 Shen happy 10 10 10 3 Zhao pleased 22 1 0 4 Wang Weiwei 102 2 1 5 what sparkling stone 54 9 0 6 Qiao Yafeng 35 6 0 7 month permanent 20 4 0 3, Yi Danwang the product development product range development personnel whether had Yi Danwang to inquire 1 prefabricated house project group to have, saw the detailed list 2

Frequency changer

Zhang Shufei

Has

4. Yi Danwang Wan does Chang recruit situation A to accept this department to manage and product category of new development from Yi Danwang now? If accepted to finish, please fill in the product category that accepts

First-level second-level third-level four levels of Construction & Real Estate

Real Estate Prefab Houses

Apartments

Construction & Real Estate Real Estate

Prefab Houses Hotels Construction & Real Estate

Real Estate Prefab Houses

Office Buildings Construction & Real Estate

Real Estate Prefab Houses

Shops

Construction & Real Estate Real Estate

Prefab Houses Villas Electrical Equipment & Supplies

Power Supplies Inverters & Converters

Works together communicates determination, the prefabricated house (prefabricated house) all product categories with Yi Danwang, is responsible for by the metal engineering dept, works related fully supports the coordination.

B Wan Chang recruits to accept duty quantity (this table from August request filling in) month

The suppliers recruit the duty quantity

Has completed to recruit the supplier quantity

The progress completes the proportion %

The suppliers upload the run quantity

The progress completes the proportion %

In September

20

21

105%

Has not verified to complete

In October

30

Recruits

In November

In December

In January

Team plan and introduction

The department splits 3 project groups, respectively be aluminum sheet belt project group, prefabricated

house project group, new operational project group; Existing staff altogether 8 people, divisional manager 1, project manager 2, sales manager 4, sales assistant 1;
Plans to advertize (including replace) prefabricated house talented person 2, the team member total 10 people.
Third, operation objectives achieve the situation analysis work summary outline: (The sales volume \ profit is in financial physical chart (2) item "sales volume target") unit: (Ten thousand Yuan/Renminbi)

Other platforms explained: Does not have temporarily

Business statistics data and financial data difference amount and reason:

The business statistics in the hand order form sales volume 41.5 million Yuan, has not deducted the ocean freight part, the wool profit 1.6 million Yuan. January to September physical chart data, sales volume 27,073,900, profit 2.58 ten thousand, in addition settlement adjustment, the net profit is 780,900 Yuan.
Difference reason:
What sales volume business statistics is (has not deducted ocean freight) in the hand order form, what financial statistics has exported to do to sell the order form. What margin business statistics is wool profit, what financial statistics is the net profit, this year expense high causes the net profit and budget deviation is big.
Floats owes the explanation (to have, then must filling in):
a and stock lose money b and receivable bad account c and exchange rate to lose other d, lawsuits and (2), operational budgets analyze a and quarterly budget goal to complete the situation unit: Ten thousand Yuan/Renminbi b and budget deviation analyzes (January to September):
(1) deal customer analysis customer name: AMANDLA country: South Africa

Customer nature: Foreign traders

Needs the product: Aluminum sheet volume

Sales volume: Renminbi 5.6 million

Mass of profit: RMB 150,000

The customer is the South African foreign trader, the demand aluminum sheet volume, colored plate, aluminum disk and so on. The customers are quite sensitive to the price, every month the demand is stable, approximately 2 cabinets, the customer and terminal user relate, may provide to competitor's price, but also causes my department profit low, approximately 2.5 spots.

Customer name: INSU-W < http://etp.okorder.com/friend/friendview.php?friendType=1&friendID=3432692 > http://etp.okorder.com/friend/friendview.php?friendType=1&friendID=3432692 country: Dutch customer nature: The foreign traders need the product: 3003,3105 aluminum volume sales volumes: Renminbi 1260 ten thousand mass of profit: The RMB37.6 ten thousand Holland deal customers, because of the price question, cannot sign the new order form this year, after followed up to ascend the cooperation for a long time again, the item in 2014 already deal new order form 3, purchased 800 tons aluminum volume, the customer year demand over 1000 tons, the specification was stable, as key customer raise.
Customer name: COMET country: US

Customer nature: Finally customer

Needs the product: Aluminum foil

Sales volume: Renminbi 2.58 million

Mass of profit: RMB 123,000

The customer is the American customer, the demand food aluminum foil. Every month quantity purchased of cabinet, the order form and specification are quite stable, but the specification of product is quite special, the factory that the home can meet are quite few, profit spot is quite high, generally profit about 4%-5%.

Customer name: SPANLIFT

Country: Australian customer nature: Finally the customer needs the product: PU board

Sales volume: Renminbi 664,000

Mass of profit: The RMB 6 ten thousand customers are the Australian customer, the demand PU plate. Every month the quantity purchaseds of 4 big cabinets, the order form and specification are quite stable, this time is to try the order form, profit about 8.8%, this product may unify the activity room service synchronization development.
Key potential customer analysis customer name: SOLOVE

The Russian Medical department 80 sets of clinic projects, divided for two years to complete to finish. The customers transformed two kinds of households according to our Kenya clinic project blueprint:
One kind of usable area 89 square meters, one kind of usable area 139 square meters. First this year the first issue constructs 10 sets, the customer also investigated to finish the ocean freight and inland transport expense also has the import tariff situation.
At present customer processing chart has completed, we give the customer the renewal price, including the commission 5%, sends the invitation to the project person in charge and Russian Medical department people in charge, it is estimated that about one month will come to our company, the inspection factory and confirms final material and other information.
Customer name: LOLI CONSTRUCTION

The customers for Noix project contractor, had the cooperation with the photovoltaic department, wants to construct 4 office buildings, a building places the photovoltaic product exhibition hall, 2 building customer work, three buildings and four buildings, when the hotel hires, above for own company's project; In addition has the government program to have an elementary school to construct, the necessary solar energy photovoltaic generation as well as the government indemnificatory housing, the Chinese government construction project, will allocate funds 3 million dollars to give Noix Elementary school, the market, hospital and other projects, and necessary photovoltaic generation project.

At present tries among order form 50 square meters models the contract to sign, waiting advanced payment. The school project, the Chinese government aid money 3 million dollars, to China in Noix Embassy, waited to forward to the customer, after the customer receives, will hit to our corresponding school item design expense, starts the item design, formally the start-up project.

Deviating cause:

The aluminum product old customer order form is basically stable, activates the Dutch big customer, the South Korean customers because of the price and taxes and fees reason, suspend purchasing; The prefabricated house service, two key customers purchase because of the policy reason suspension, the order form interrupt, other customer discussion cycles is long, directly cause to be big with the budget deviation.

(3) product analysis

Product range

Sales volume (ten thousand Yuan) gross profit (ten thousand Yuan)

Aluminum product

3859

123

Prefabricated house

271

35

Other

20

2.2

Grand total

4150

160

Deviating cause:

Old service contribution proportion over 80%, the new service performance is unsatisfactory, the related sales personnel are at the raise stage, mainly prefabricates the house project group, in 2014 will advertize for 3 schoolmates newly, will not have the order form contribution temporarily.

(4) sales personnel duty completes situation analysis

Clerks

Sales volume (ten thousand Yuan) gross profit (ten thousand Yuan)

Zhang Shufei

2725

82

Shen Huan

760

31

Kings happy *

374

10

He Ying

200

28

Wang Weiwei

50

3

Qiao Yafeng

21

4

Other

20

2.2

Deviating cause:

The prefabricated house Panama client program suspension purchases, is big to the project group achievement influence, new customer still in discussing, anticipated that has the progress.

(5) cost analysis

Deviating cause:

January, 2014 to September, all-in cost is 1,293,900; The proportion high first three items are the staff salaries, rents the rental and exhibition membership dues; And the staff salary is 845,700, accounts for the total cost approximately two-thirds; Rents the rental 160,700, proportion 12.42%; Exhibition expense 73,000, proportion 8.3%, the Guangzhou Export Commodities Fair expense is 60,000, at present the deal customer profit has covered the participating cost;

can c, revise budgets the goal at the beginning of the year? Revises the reason?

Prefabricates the house business development progress to look from 1- third quarter that at the beginning of the year budgets the goal to need to revise; And capital budgeting adjustment is 3 million, the population budget adjustment is 10 people, correspondingly adjusts the sales target, the sales volume is 40 million, the net profit goal is 1 million.

(3), Business process data analysis (July to September)

Staff

Name

Transmission mail number

Receives the mail number

Customer input number

Receives to inquire Pan Shu

Inquired the plate reply number

New product input number

New deal customer number

New carburation joint customer number

Clerks

Verification

Clerks

Verification

Clerks

Verification

Clerks

Verification

Clerks

Verification

Clerks

Verification

Clerks

Verification

Clerks

Verification

He Ying

863

863

1309

1309

77

77

27

27

20

20

0

0

1

1

11

11

Zhang Shufei

391

391

561

561

17

17

81

81

80

80

0

0

1

1

11

11

Shen Huan

559

559

331

331

2

2

61

61

79

79

1

1

16

16

0

0

Zhang Yueheng

339

339

103

103

104

104

55

55

65

65

1

1

0

0

5

5

Wang Weiwei

330

330

346

346

81

81

78

78

44

44

3

3

1

1

9

9

Qiao Yafeng

617

617

201

201

101

101

90

90

91

91

0

0

2

2

48

48

Zhao Yue

224

224

104

104

11

11

48

48

29

29

0

0

0

0

2

2

(4), Customs outlet data analysis (market share analysis and range pole enterprise analysis)

Briefing: The prefabricated house category involves concrete Fang Xingjiao to be many, for example prefabricated villa/apartment, the steel structure workshop, the containerization closet, moves the building and so on, the outlet data compiles in customs codes 94060000 (prefabricated house) to manifest, further subdivides the difficulty to be big. This analysis only lists the first 30 importing countries, the following table shows:

In 2013 prefabricated house export goal country, places the first 30 importing countries to tabulate

Place importing country amount (USD) 1 Australia 164,737,730.00 2

Russian federation

140,234,017.00

3 Brazil 80,045,022.00 4

US

54,953,895.00

5 Indonesia 47,741,238.00 6

Sri Lanka

47,331,711.00

7 Saudi Arabia 40,049,292.00 8

Iraq

37,291,037.00

9 Japan 32,163,970.00 10

Canada

30,536,039.00

11 Britain 29,602,515.00 12

Hong Kong

29,276,919.00

13 Kazakhstan 25,764,869.00 14

Malaysia

23,903,348.00

15 Ukraine 23,172,880.00 16

Mongolia

22,178,657.00

17 Spain 21,709,635.00 18

Thailand

21,243,004.00

19 Holland 19,496,953.00 20

Italy

19,478,030.00

21 Tanzania 19,056,131.00 22

Mexico

18,147,954.00

23 Venezuela 17,857,187.00 24

Kenya

17,720,887.00

25 Sweden 17,349,633.00 26

Papua New Guinea

16,167,749.00

27 Zambia 13,664,963.00 28

Chile

13,593,439.00

29 Chad 12,927,369.00 30

Algeria

12,717,588.00

Target market: From the customs data, besides South American and Latin American region, Russia, Africa, Mongolia, Middle East and so on is prefabricates the house to import the great nation, unifies the department effective strengths situation, the determination key development's market region is: South American and Latin American region, Russian area, some African countries, focus on processing the effective customer the emergency needs, hopes that intensifies the development strength, makes best effort to take the order form, gradually forms the development scale.

Cooperative workshop: The product category that because the prefabricated house (prefabricated house) involves are many, at present the cooperative workshop is: The northern new house, north integrates newly, Baofeng is prosperous, ten thousand miles Lida, vast Shi Fangwu and others; At that moment the order form is serious, besides the day-to-day business communication, the factory cooperation urgently awaits to raise, has the price competitiveness supplier also to wait for continue develop, for example some box-type room in south area, clamp the circuit board, the prefabricated villa, the factory.

Competitor: According to the customs data analysis, other domestic competitors, export at present by the

new low goods value house (containerize closet, containing filling building and so on) to occupy the leadership, our aspects are quite defective, has not formed the large-scale order form, puts into production compared to excessively lowly, the gross profit is small, hopes that will make the breakthrough in the future.

(5), Other supplement analyses 1: The bad account and long-term remaining issues SAAN1112010-prepay credit has the bad account factory to go bankrupt - metal engineering dept, does not have the related procedure, at present puts on somebody's account.

Analyzes 2: Old customer order form amount and new customer order form amount type sales volume (ten thousand Yuan)

The gross profit (ten thousand Yuan) old customer 3860 125 new customers 290 35 analyze 3: The suppliers analyze 4: Fund pond operating instructions (return to funds situation - goes over the time limit funds amount and use specified amount situation, to occupy interest situation) independent accounting unit to begin using the date payment amount collection amount interest deducted interest cash specified amount 2014-01-01 29,776,215.76 36,050,488.90 250,212.82 0 3,000,000.00 -2,303,573.14 to look from the fund service condition with the cash specified amount metal engineering dept at present that the collection amount is bigger than the payment amount, compares estimated at the beginning of the year that the overall business volume is small, after the adjustment, the fund specified amount is 3 million, can meet immediately the service needs basically, 1-9 occupy the interest is 250,200; In the fourth quarter, if has big order form need, appropriately adjusts again.

The risk analysis (letter Bulgaria may damage and claim) (note: Lists to the analysis, measure and experience typical event) does not have the staff to manage the staff mobility status (to enter duty temporarily, to leave job) January, 2014 to September, the prefabricated house project group, enters the duty staff 4 people newly, the small language classification 2 people, have sales manager 1 of industry experience; According to the performance assessment, eliminates 1 staff, and 1 staff leaves job because of the personal reason.

Training launches Guangzhou Export Commodities Fair to participate and reception training - Guangzhou Export Commodities Fair participation personnel;

The contract execution and matters needing attention train (2) - department all;
The customers follow up with communication case analysis training - prefabricated house project group;
Yi Danwang relevant product upload skill training - relevant personnel

The prefabricated house service discussed that (each week) - project group all next quarter job objective and realizes the measure unit: Ten thousand Yuan/Renminbi current quarter concrete personnel task allocation next quarterly budget personnel sales volume mass of profit ten thousand Yuan ten thousand Yuan Zhang Shufei 500 25 Shen Huan

200

10

What sparkling stone 130 20 Qiao Yafeng 70 15 Wang Weiwei 50 5 month permanent 25 3 Zhao pleased 25 2 equals 1000 80 concrete landing measure explanation prefabrication house project groups, presently the service weekly report discussion system the appearance effect, has needed to further strengthen, profoundly analyzes the customer demand, breaks the current deadlock with all one's strength, realizes everybody to have the order form goal. The containing filling plate service, the difficulty is relatively small, may with the prefabricated house service, the common development.

Aluminum product old customer, strives in the existing resources foundation, unearths the old customer demand, expands the customer the order volume, the promotion profit margin.

Staff raise, key from product knowledge, customer communication skill, project negotiations main point and other aspects, carries on training, the senior staff at the scene case analysis instruction, to training the effect does the inspection to summarize irregularly, speeds up the promotion of team overall professional quality.

Electronic commerce promotion utilization, first is Yi Danwang promotes, along with online inquired to calculate to increase, seizes the business chance; Next is the commonly used electronic business web site, enhances the exposure rate and specialty, an attraction higher-quality customer inquired the plate.

Manages and various suggestions and requests of divisional management to the company

Presently, service tectonic plate staff, from top to bottom, regardless of the divisional manager, the project manager, the sales manager and others, the popular feeling pressure is very big, in addition "Wan Chang recruits" work to develop crowded, suggested that organization related training, or development , helping the staff reduced pressure, from some kind of angle, may cut the withdrawal rate, asked the human resource department to consider, thanks.

Function review (by related affairs personnel and physical distribution personnel review business agency's question and suggestion)

Financial review (review person: The aspect that the business problem that Zhong Ailing) financial executive name discovered needs to improve operates system daily summary question financial executive review opinion Zhong Ailing who is not standard involves by the end of September, the total cost is 1,293,900 Yuan, occupies the overall budget 238.24 54.31%, what serious ultra budget is the administrative expenses, occupies the overall budget 828.07%. Travel expense and entertainment expense control is quite good, the budget implementation rate respectively is 22.73% and 60.55%. The prepay credit is 3,457,500 Yuan, the SAAN1112010 account age is 2-3 years, the amount 124,100 Yuan, are the reason that because the factory goes out of business, has constructed the bad account early warning, please follow up to feed back.
The expense reimburses and controls the good single item expense promptly to excess the budget seriously the expense.
When application payment please the pair of bamboo slip contract and in the examination report hang in the appendix "Payment Flow"


After goods export, please promptly urge to want the receipt, with the aim of soon doing to sell; The expense reimburses promptly

Reply:

Administrative expenses ultra budget: The immediate cause is some quarter prizes of staff reimburses with the gold seed bonus reimburses to receive in the administrative expenses form, the department actual administrative expenses have not exceeded the allowed figure;
The loan goes over the time limit not to report: Individual worker's question, has communicated specially multiple, the finance according to system processing then, in after this staff thinks signs the list, carries on the expense to reimburse again.

The SAAN1112010 bad account question, the factory goes out of business, the related professional certification has not examined less than three years, is unable to obtain the related certificate, can only put on somebody's account processing;
Physical distribution review (review person: Malaysia colorful)

The metal engineering dept colleagues give the positive coordination in the work, complies with the company flow reform, proposed to subscribe the cabin and declaration flow engagement to be smooth, the documentary evidence will have the peculiar requirement also to feed back in the systems team communication, will have the problem, the metal engineering dept colleagues will carry on the communication to find out to solve the question means immediately.

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:

PID_AUTHOR: user PID_KEYWORDS:
PID_TEMPLATE: Normal.dotm PID_LASTAUTHOR: Microsoft user PID_REVNUMBER: 353
PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 19:42: 00 CST 1601
PID_LASTPRINTED: Wed May 22 11:12: 00 CST 2013 PID_CREATE_DTM: Fri Jul 11 16:37: 00 CST
2014 PID_LASTSAVE_DTM: Mon Oct 13 17:29: 00 CST 2014 PID_PAGECOUNT: 14
PID_WORDCOUNT: 1222 PID_CHARCOUNT: 6970 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: user PID_LINECOUNT: 58 PID_PARCOUNT: 16 17: 8176 23:
917504 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 936

**金属工程部 2014 年 9 月经营分析报告**

提交时间：（2014 年 10 月 13 日）

（注：各部门可根据情况适当增加其他分析内容，也可简单改变模版格式）

# 一、 易单网建设具体情况

1、易单网询盘执行情况（7-9 月）

| | 询盘用户国家 | 询盘产品 | 询盘处理人 | 询盘执行情况 |
|---|---|---|---|---|
| 1 | 巴拿马 | Prefabricated house of office building | 张月恒 | 跟进中 |
| 2 | 瑞典 | Container house | 张月恒 | 在线报价，线下邮件跟进。 |
| 3 | 巴拿马 | Wood Beam | 张月恒 | 在线报价，线下邮件跟进。 |
| 4 | 未知 | 铝产品 | 张树飞 | 邮件退回，邮箱不存在 |
| 5 | 伊朗 | 铝产品 | 张树飞 | 跟进中 |
| 6 | 未知 | 经济适用房 | 赵悦 | 客户要求发送所有产品报价，给客户发了预制房屋产品价格区间及产品目录。 |
| 7 | 俄罗斯 | 预制房屋 | 赵悦 | 询价，发送报价后暂无后续联系 |
| 8 | 斯洛伐克 | 预制房屋 | 赵悦 | 客户索要产品目录，发送后产品目录及价格区间后，暂无回复 |
| 9 | 加拿大 | 预制房屋 | 赵悦 | 客户询问100平方米预制房屋价格，报价沟通后无进展 |
| 10 | 黎巴嫩 | 铝产品 | 谌欢 | 跟进中 |
| 11 | 阿尔及利亚 | 轻钢别墅 | 乔亚峰 | 联系中 |
| 12 | 巴布亚新几内亚 | 箱式房 | 乔亚峰 | 联系中 |
| 13 | 坦桑尼亚 | 轻钢房屋 | 乔亚峰 | 联系中 |
| 14 | 马里 | 箱式房 | 乔亚峰 | 联系中 |
| 15 | 尼日利亚 | 活动板房 | 乔亚峰 | 联系中 |
| 16 | 莫桑比克 | 轻钢房屋 | 乔亚峰 | 联系中 |
| 17 | 南非 | 箱式房 | 乔亚峰 | 联系中 |
| 18 | 博茨瓦纳 | 轻钢房屋 | 乔亚峰 | 联系中 |
| 19 | 科威特 | 轻钢房屋 | 乔亚峰 | 联系中 |
| 20 | 利比亚 | 活动房屋 | 乔亚峰 | 联系中 |
| 21 | 俄罗斯 | 轻钢别墅 | 王微微转赵悦 | 询盘编号：20140705003已报价 |
| 22 | 马其顿 | 集装箱房屋 | 王微微 | 询盘编号：20140709005线下 |

| | | | | 联系，但是客户只是考察项目，还没有实质进展。保持联系。 |
|---|---|---|---|---|
| 23 | 葡萄牙 | 办公楼 | 王微微 | 询盘编号：20140908019 客户线下联系，跟进中。 |
| 24 | 澳大利亚 | 轻钢别墅 | 王微微 | 询盘编号：20140929023 已经在线沟通。客户无反馈，保持联系。 |
| 25 | 澳大利亚 | 轻钢别墅经济型 | 王微微 | 询盘编号：20140930045 已报价。客户跟进中。 |
| 26 | 伊朗 | 轻钢别墅 | 王微微 | 询盘编号：20140930067 已经报价沟通并线下联系转询盘池。客户已回复，保持跟进中。 |
| 27 | 澳大利亚 | 活动房屋 | 何莹 | 已签单 |
| 28 | 巴哈马 | 活动房屋 | 何莹 | 已发报价，无客户具体回复 |
| 29 | 智利 | 活动房屋 | 何莹 | 已发报价，无客户具体回复 |
| 30 | 美国 | 活动房屋 | 何莹 | 已发报价，经过3封邮件往来，客户还是决定不给母亲建了。 |
| 31 | 乌拉圭 | 活动房屋 | 何莹 | 已发报价，等待客户回复 |
| 32 | 以色列 | 活动房屋 | 何莹 | 已发报价并电话跟进，客户电话里说想买最便宜的板房，但是发完报价以后一直没有回复我邮件。 |

2、线下询盘在线报价情况（7-9月）

| | 员工姓名 | 线下询盘数量 | 在线报价数量 | 订单数量 |
|---|---|---|---|---|
| 1 | 张树飞 | 132 | 9 | 9 |
| 2 | 谌欢 | 10 | 10 | 10 |
| 3 | 赵悦 | 22 | 1 | 0 |
| 4 | 王微微 | 102 | 2 | 1 |
| 5 | 何莹 | 54 | 9 | 0 |
| 6 | 乔亚峰 | 35 | 6 | 0 |
| 7 | 张月恒 | 20 | 4 | 0 |

3、易单网产品开发情况

| | 产品名称 | 开发人员 | 是否有易单网询盘 |
|---|---|---|---|
| 1 | 预制房屋 | 项目组全体 | 有，见明细表 |
| 2 | 变频器 | 张树飞 | 有 |

CNBMUSA00024965

4. 易单网万厂招募情况

A 是否已从易单网认领本部门现在经营和新开发的产品类目？如果已认
领完毕，请填写认领的产品类目

| 一级 | 二级 | 三级 | 四级 |
|---|---|---|---|
| Construction & Real Estate | Real Estate | Prefab Houses | Apartments |
| Construction & Real Estate | Real Estate | Prefab Houses | Hotels |
| Construction & Real Estate | Real Estate | Prefab Houses | Office Buildings |
| Construction & Real Estate | Real Estate | Prefab Houses | Shops |
| Construction & Real Estate | Real Estate | Prefab Houses | Villas |
| Electrical Equipment & Supplies | Power Supplies | Inverters & Converters | |

跟易单网同事沟通确定，活动房屋（预制房屋）的所有产品类目，由金属工
程部负责，相关工作全力支持配合。

B 万厂招募认领任务量（此表从8月要求填写）

| 月份 | 供应商招募任务数量(个) | 已完成招募供应商数量（个） | 进度完成比例% | 供应商上传产品数量(个) | 进度完成比例% |
|---|---|---|---|---|---|
| 9 月 | 20 | 21 | 105% | 未审核完成 | |
| 10 月 | 30 | 招募中 | | | |
| 11 月 | | | | | |
| 12 月 | | | | | |
| 1 月 | | | | | |

## 二、 团队规划和介绍

部门分设 3 个项目组，分别为铝板带项目组，预制房屋项目组，新业务项目
组；现有员工共 8 人，其中部门经理 1 名，项目经理 2 名，销售经理 4 名，销售
助理 1 名；拟招聘（含替换）预制房屋人才 2 名，团队成员共计 10 人。

CNBMUSA00024966

## 三、经营目标达成情况分析

**(一)  工作总结概述:**    (销售额\利润均为财务体检表中**第（二）项"销售额指标"**)

单位:( 万元/人民币 )

| 经营指标 | 累计达成情况 | | | 年度预算目标 | | | 完成比例% | | |
|---|---|---|---|---|---|---|---|---|---|
| | 本部 | 其它平台 | 合计 | 本部 | 其它平台 | 合计 | 本部 | 其它平台 | 合计 |
| 销售额 | 2,707.39 | | 2,707.39 | 4,000.00 | | 4,000.00 | 0.68 | | 0.68 |
| 利润 | 2.58 | | 2.58 | 100.00 | | 100.00 | 0.03 | | 0.03 |
| 人均利润额 | 0.32 | | 0.32 | | | 0.00 | | | |
| 资金占压利息 | 25.22 | | 25.22 | | | 0.00 | | | |
| 签订订单数量（个 | 87.00 | | 87.00 | | | 0.00 | | | |
| 新成交客户（个） | 7.00 | | 7.00 | | | 0.00 | | | |
| 新开发供应商（个 | 30.00 | | 30.00 | | | 0.00 | | | |

其它平台说明: 暂无

业务统计数据与财务数据差异金额及原因:

业务统计在手订单销售额4150万元，未扣除海运费部分，毛利润160万元。1-9月体检表

数据，销售额2707.39万，利润2.58万，加上清算调整后净利润为78.09万元。

差异原因:

销售额业务统计的为在手订单（未扣除海运费），财务统计的为已出口做销订单。利润业务

统计的为毛利润，财务统计的为净利润，本年度费用偏高导致净利润与预算偏差较大。


浮亏说明（有则必须填写）:

a、库存亏损

b、应收坏账

c、汇率损失

d、诉讼及其他

**(二)、业务预算分析**

a、季度预算目标完成情况

单位：万元/人民币

CNBMUSA00024967

| 季度 | 预算与实际比 | | | | | |
|------|------|------|------|------|------|------|
| | 销售目标 | 销售实际 | 完成% | 利润目标 | 利润实际 | 完成% |
| 第一季 | | 764.62 | #DIV/0! | | -30.12 | |
| 第二季 | | 1,173.07 | #DIV/0! | | 36.07 | #DIV/0! |
| 第三季 | | 769.67 | #DIV/0! | | -3.37 | |
| 第四季 | | | | | | |
| 合计 | 4,000.00 | 2,707.36 | 68% | 100.00 | 2.58 | 3% |

b、预算偏差分析(1-9 月累计)：

（1）成交客户分析

### 客户名称：AMANDLA

国家:南非

客户性质：贸易商

所需产品：铝板卷

销售额：人民币 560 万

利润额：RMB15 万

客户为南非贸易商，需求铝板卷，花纹板，铝圆片等。客户对价格比较敏感，每月需求量稳定，约 2 个柜子，客户与终端用户关系好，可以提供给竞争对手的价格，但也导致我司利润点低，约 2.5 个点。

### 客户名称：INSU-W

国家:荷兰

客户性质：贸易商

所需产品：3003，3105 铝卷

销售额：人民币 1260 万

利润额：RMB37.6 万

荷兰成交客户，今年因为价格问题,未能签订新订单,经过长期跟进重拾合作，目 2014 年已成交新订单 3 个，采购 800 吨铝卷，客户年需求量在 1000 吨以上，规格稳定，作为重点客户培养。

### 客户名称：COMET

国家:美国

客户性质：最终客户

所需产品：铝箔

销售额：人民币 258 万

利润额：RMB12.3 万

客户为美国客户，需求食品铝箔。每月一个柜子的采购量，订单和规格比较稳定，但是产品的规格比较特殊，国内能接的工厂比较少，利润点比较高，一般利润在 4%-5%左右。

### 客户名称：SPANLIFT

国家:澳大利亚

客户性质：最终客户

所需产品：PU 板

销售额：人民币 66.4 万

利润额：RMB 6 万

客户为澳大利亚客户，需求 PU 板材。每月 4 个大柜的采购量，订单和规格比较稳定，此次为试订单，利润在 8.8%左右，该产品可结合活动房业务同步开发。

(2) 重点潜在客户分析

### 客户名称：SOLOVE

俄罗斯卫生部 80 套诊所项目，分两年建成完毕。客户按照我方肯尼亚诊所项目图纸改造了两种户型：一种使用面积 89 平米，一种使用面积 139 平米。首先今年第一期建 10 套，客户也调查完毕海运费及内陆运费还有进口关税情况。

目前客户加工图已完成，我们给客户更新价格，含佣金 5%，正给项目负责人与俄罗斯卫生部负责人发邀请函，预计一个月左右会来我们公司，考察工厂并确认最终的材料等信息。

### 客户名称：LOLI CONSTRUCTION

客户为努瓦图工程承包商，与光伏部已有合作，想建 4 层办公楼，一楼摆放光伏产品展厅，2 楼客户办公，三楼、四楼当旅馆出租，以上为自己公司的项目；

另有政府项目有一个小学要建，配套太阳能光伏发电以及政府保障性住房，中国政府援建项目，会拨款 300 万美金给努瓦图盖小学，商场，医院等项目，并配套光伏发电项目。

目前试订单 50 平米样板间合同已经签字，等待预付款。学校项目，中国政府援助款 300 万美金，已经到中国驻努瓦阿图使馆，等待转给客户，客户收到之后会打给我们相应的学校项目设计费，开始项目设计，正式启动项目。

偏差原因：

铝产品老客户订单基本稳定，激活荷兰大客户，韩国客户因价格和税费原因，暂停采购；预制房屋业务，有两个重点客户因政策原因暂停采购，订单中断，其他客户洽谈周期长，直接导致与预算偏差较大。

（3）产品分析

| 产品名称 | 销售额（万元） | 毛利 （万元） |
|---|---|---|
| 铝产品 | 3859 | 123 |
| 预制房屋 | 271 | 35 |
| 其他 | 20 | 2.2 |
| 总计 | 4150 | 160 |

偏差原因：

老业务贡献占比 80%以上，新业务业绩表现欠佳，相关销售人员处于培养阶段，主要是预制房屋项目组，2014 年新招聘 3 名同学，暂无订单贡献。

（4）销售人员任务完成情况分析

| 业务员 | 销售额（万元） | 毛利 （万元） |
|---|---|---|
| 张树飞 | 2725 | 82 |
| 谌欢 | 760 | 31 |
| 王欢* | 374 | 10 |
| 何莹 | 200 | 28 |
| 王微微 | 50 | 3 |
| 乔亚峰 | 21 | 4 |
| 其他 | 20 | 2.2 |

偏差原因：

预制房屋巴拿马客户项目暂停采购，对项目组业绩影响较大，新客户尚在洽

CNBMUSA00024970

谈中，期待有进展。

（5）成本费用分析

| 项目 \ 时间 | 1月 | 2月 | 3月 | 4月 | 5月 | 6月 | 7月 | 8月 | 9月 | 费用合计 | 当月费用比例 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 职工薪酬 | 72,334.32 | 104,124.20 | 106,924.82 | 99,836.87 | 95,463.60 | 97,363.06 | 96,763.72 | 88,912.50 | 83,970.49 | 845,683.58 | 82.44% |
| 业务招待费 | 2,758.00 | 51.46 | 447.70 | 1,891.50 | 962.50 | 725.00 | 150.00 | 173.50 | 712.00 | 7,871.66 | 0.70% |
| 租赁费 | 0.00 | 0.00 | 0.00 | 75,300.00 | 0.00 | 63,800.00 | 23,290.00 | -1,600.00 | 0.00 | 160,700.00 | -1.57% |
| 差旅费 | 8,984.10 | 0.00 | 0.00 | 6,625.50 | 7,617.50 | 4,362.50 | 3,222.00 | 3,412.00 | 2,706.00 | 36,929.60 | 2.66% |
| 邮寄费 | 0.00 | 6,435.56 | 595.21 | 0.00 | 521.83 | -86.51 | 0.00 | 2,921.00 | 862.80 | 11,249.89 | 0.85% |
| 展会费 | 0.00 | 0.00 | 0.00 | 20,935.00 | 48,000.00 | 4,561.48 | 0.00 | 0.00 | 0.00 | 73,496.48 | 0.00% |
| 广告费 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| 办公费 | 0.00 | 1,868.38 | 0.00 | 1,584.20 | 2,029.41 | 1,357.00 | 4,700.00 | 882.00 | 0.00 | 12,420.99 | 0.00% |
| 水电物业费 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| 交通费 | 2,107.60 | 48.00 | 47.30 | 6,010.40 | 373.00 | 2,841.00 | 8,147.00 | 25.00 | 199.00 | 19,798.30 | 0.20% |
| 通讯费 | 83.12 | 1,399.77 | 737.96 | 288.39 | 1,636.85 | 911.91 | 883.15 | 964.41 | 1,097.34 | 8,002.90 | 1.08% |
| 会议咨询费 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| 服务费 | 0.00 | 0.00 | 26,002.87 | 24,972.93 | 15,367.91 | -23,095.46 | 5,006.28 | 0.00 | 3,985.50 | 54,240.03 | 3.91% |
| 折旧修理费 | 487.62 | 487.62 | 582.77 | 582.77 | 582.77 | -552.20 | 420.88 | 420.88 | 420.88 | 3,433.99 | 0.41% |
| 其他 | 3,667.72 | 3,478.11 | -5,181.52 | 23,937.71 | 1,237.69 | 10,769.50 | 6,755.06 | 5,936.23 | 9,504.06 | 60,104.56 | 9.33% |
| 费用总计 | 90,422.48 | 117,893.09 | 132,157.11 | 261,965.27 | 173,793.06 | 99,147.28 | 189,848.09 | 126,847.52 | 101,858.07 | 1,293,931.97 | 100.00% |

偏差原因：

2014 年 1-9 月，总费用为 129.39 万；占比高的前三项是职工薪酬，租赁费、展会费；其中职工薪酬为 84.57 万，占总成本约三分之二；租赁费 16.07 万，占比 12.42%；展会费用 7.3 万，占比 8.3%，其中广交会费用为 6 万，目前成交客户利润已覆盖参展成本；

c、是否要修正年初预算目标？修正原因？

从 1-3 季度预制房屋业务开发进展看，年初预算目标需要修正；其中资金预算调整为 300 万，人数预算调整为 10 人，相应调整销售目标，销售额为 4000 万，净利润目标为 100 万。

Confidential

（三）、业务过程数据分析（7-9 月）

| 员工<br>姓名 | 发送邮件数 | | 收邮件数 | | 客户录入数 | | 收到询盘数 | | 询盘回复数 | | 新产品录入数 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 |
| 何莹 | 863 | 863 | 1309 | 1309 | 77 | 77 | 27 | 27 | 20 | 20 | 0 | 0 |
| 张树飞 | 391 | 391 | 561 | 561 | 17 | 17 | 81 | 81 | 80 | 80 | 0 | 0 |
| 谌欢 | 559 | 559 | 331 | 331 | 2 | 2 | 61 | 61 | 79 | 79 | 1 | 1 |
| 张月恒 | 339 | 339 | 103 | 103 | 104 | 104 | 55 | 55 | 65 | 65 | 1 | 1 |
| 王微微 | 330 | 330 | 346 | 346 | 81 | 81 | 78 | 78 | 44 | 44 | 3 | 3 |
| 乔亚峰 | 617 | 617 | 201 | 201 | 101 | 101 | 90 | 90 | 91 | 91 | 0 | 0 |
| 赵悦 | 224 | 224 | 104 | 104 | 11 | 11 | 48 | 48 | 29 | 29 | 0 | 0 |

（四）、海关出口数据分析（市场份额分析、标杆企业分析）

简要说明：预制房屋大类涉及具体房型较多，比如预制别墅/公寓，钢结构厂房，集装箱房，活动板房等，出口数据汇总在一个海关编码 94060000（活动房屋）体现，进一步细分难度较大。本次分析仅列出前 30 名进口国，如下表所示：

**2013 年活动房屋出口目的国，排名前 30 进口国列表**

| 排名 | 进口国 | 金额（USD） |
|---|---|---|
| 1 | 澳大利亚 | 164,737,730.00 |
| 2 | 俄罗斯联邦 | 140,234,017.00 |

CNBMUSA00024972

| 3 | 巴西 | 80,045,022.00 |
| 4 | 美国 | 54,953,895.00 |
| 5 | 印尼 | 47,741,238.00 |
| 6 | 斯里兰卡 | 47,331,711.00 |
| 7 | 沙特阿拉伯 | 40,049,292.00 |
| 8 | 伊拉克 | 37,291,037.00 |
| 9 | 日本 | 32,163,970.00 |
| 10 | 加拿大 | 30,536,039.00 |
| 11 | 英国 | 29,602,515.00 |
| 12 | 香港 | 29,276,919.00 |
| 13 | 哈萨克斯坦 | 25,764,869.00 |
| 14 | 马来西亚 | 23,903,348.00 |
| 15 | 乌克兰 | 23,172,880.00 |
| 16 | 蒙古 | 22,178,657.00 |
| 17 | 西班牙 | 21,709,635.00 |
| 18 | 泰国 | 21,243,004.00 |
| 19 | 荷兰 | 19,496,953.00 |
| 20 | 意大利 | 19,478,030.00 |
| 21 | 坦桑尼亚 | 19,056,131.00 |
| 22 | 墨西哥 | 18,147,954.00 |
| 23 | 委内瑞拉 | 17,857,187.00 |
| 24 | 肯尼亚 | 17,720,887.00 |
| 25 | 瑞典 | 17,349,633.00 |
| 26 | 巴布亚新几内亚 | 16,167,749.00 |
| 27 | 赞比亚 | 13,664,963.00 |
| 28 | 智利 | 13,593,439.00 |
| 29 | 乍得 | 12,927,369.00 |
| 30 | 阿尔及利亚 | 12,717,588.00 |

目标市场：从海关数据来看，除了南美和拉美地区外，俄罗斯、非洲、蒙古、中东等都是预制房屋进口大国，结合部门现有人员情况，确定重点开发的市场区域为：南美及拉美地区，俄语地区，部分非洲国家，集中精力处理有效客户的紧急需求，希望加大开发力度，尽最大努力拿订单，逐步形成开发规模。

合作工厂：因活动房屋（预制房屋）涉及的产品大类较多，目前合作工厂为：北新房屋，北新集成，宝丰兴隆，万里利达，浩石房屋等；当下订单严重稀缺，除了日常业务沟通外，工厂合作关系亟待培养，有价格竞争力的供应商也有待继续开发，比如南方地区的一些箱式房，夹芯板，预制别墅，厂家。

竞争对手：根据海关数据分析，国内其他竞争对手，目前出口以新型低货值房屋（集装箱房、夹心板房等）占主导，我们这方面比较欠缺，没有形成大规模

 CNBMUSA00024973

订单，投入产出比过低，利润总额较小，希望日后有所突破。

## （五）、其它补充分析

分析 1：坏账与长期遗留问题

SAAN1112010-预付账款发生坏账 工厂破产-金属工程部，没有相关手续，目前挂账。

分析 2：老客户订单金额和新客户订单金额

| 类型 | 销售额（万元） | 毛利（万元） |
|------|------|------|
| 老客户 | 3860 | 125 |
| 新客户 | 290 | 35 |

分析 3：供应商分析

分析 4：资金池使用说明（回款情况-超期回款金额、使用额度情况、占压利息情况）

| 独立核算单元 | 启用日期 | 付款金额 | 收款金额 | 利息 | 贴息 | 现金额度 | 已用现金额度 |
|------|------|------|------|------|------|------|------|
| 金属工程部 | 2014-01-01 | 29,776,215.76 | 36,050,488.90 | 250,212.82 | 0 | 3,000,000.00 | -2,303,573.14 |

从目前资金使用情况看，收款金额大于付款金额，相比年初预计，总体业务规模偏小，调整后资金额度为 300 万，基本能满足当下业务需要，1-9 占压利息为 25.02 万；第四季度，如有大订单需要，再适当调整。

## 四、 风险分析（信保可损和索赔情况）

（注：列出对典型事件的分析、措施和经验教训）

暂无

                    CNBMUSA00024974

## 五、 员工管理

1、 员工流动情况（入职、离职）

2014 年 1-9 月，预制房屋项目组，新入职员工 4 人，其中小语种 2 人，有行业经验的销售经理 1 名；根据业绩考核，淘汰 1 名员工，另有 1 名员工因个人原因离职。

2、 培训开展

广交会参展与接待培训——广交会参展人员；

合同执行及注意事项培训（二）——部门全体；

客户跟进与沟通案例分析培训——预制房屋项目组；

易单网相关产品上传技巧培训——相关人员

预制房屋业务讨论（每周）——项目组全体

## 六、 下季度工作目标及实现措施

单位：万元/人民币

| 经营指标 | 累计目标 | | 年度规划目标（全年） | 完成比例（累计） |
|---|---|---|---|---|
| | 实际完成 | 下季度预估 | | |
| 销售额 | 2,707.39 | 1000.00 | 4,000.00 | 0.9268475 |
| 利润 | 2.58 | 80.00 | 100.00 | 0.8258 |
| 资金占压额度 | 300.00 | | | #DIV/0! |
| 签订订单数量(个) | | 20 | | #DIV/0! |
| 新成交客户(个) | | 5 | | #DIV/0! |
| 新开发供应商(个) | | 30 | | #DIV/0! |

a、 本季度具体人员任务分配情况

| 下季度预算 | | |
|---|---|---|
| 人员 | 销售额 | 利润额 |
| | 万元 | 万元 |
| 张树飞 | 500 | 25 |
| 湛 欢 | 200 | 10 |
| 何 莹 | 130 | 20 |
| 乔亚峰 | 70 | 15 |
| 王微微 | 50 | 5 |

CNBMUSA00024975

| 张月恒 | 25 | 3 |
|---|---|---|
| 赵悦 | 25 | 2 |
| 合计 | 1000 | 80 |

b、 具体落地措施说明

预制房屋项目组，当前业务周报讨论制度已显现效果，需要进一步加强，深入分析客户需求，全力打破当前僵局，实现人人有订单的目标。夹心板材业务，难度相对小，可与预制房屋业务，共同开发。

铝产品老客户，力争在现有资源的基础上，多挖掘老客户需求，扩大客户的订单量，提升利润率。

员工培养方面，重点从产品知识，客户沟通技巧，项目谈判要点等几个方面，进行培训，老员工当场案例分析指导，对培训效果不定期进行考察总结，加快团队整体业务素质的提升。

电子商务推广运用，首先是易单网推广，随着线上询盘量增多，把握好业务机会；其次是常用电子商务网站，提高曝光率和专业度，吸引更优质的客户询盘。

## 七、 对公司管理及各部门管理的建议和要求

当前，业务板块员工，从上到下，无论部门经理，项目经理，销售经理等，普遍感觉压力很大，加之"万厂招募"工作密集开展，建议组织相关培训，或拓展活动，帮助员工减压，从某种角度，也可以降低离职率，请人力资源部考虑，谢谢。

Confidential

## 八、 职能点评（由相关财务人员和物流人员点评业务部门的问题与
### 建议）

### a) 财务点评（点评人：钟爱玲 ）

| 财务主管姓名 | 发现的业务问题 | 需要改进的方面 | 操作不规范 | 涉及的制度 | 日常总结的问题 | 财务主管点评意见 |
|---|---|---|---|---|---|---|
| 钟爱玲 | 截止到9月底,费用总计为129.39万元,占总预算238.24的54.31%,其中严重超预算的是办公费,占总预算828.07%。差旅费和招待费控制的比较好,预算执行率分别为22.73%和60.55%。预付账款为345.75万元,其中SAAN1112010的账龄为2-3年,金额12.41万元,是因为工厂倒闭的原因,已建坏账预警,请跟进反馈。 | 费用及时报销、控制好单项费用严重超出预算的费用。 | 申请付款时请将双签合同、检测报告上挂到附件里 | 《付款流程》 | | 货物出口后请及时催要发票,以便早日做销;费用及时报销 |

**回复：**

1、 办公费超预算：直接原因是员工的部分季度奖报销和金种子奖金以办公费
形式报销来领取，部门实际办公费未超标；

2、 借款超期不报：个别员工的问题，已专门沟通多次，财务按制度处理即可，
该员工内心想签单后再进行费用报销。

3、 SAAN1112010 坏账问题，工厂倒闭，相关证照未检不足三年，无法获得相关
凭证，只能挂账处理；

### b) 物流点评（点评人：马艳 ）

金属工程部同事在工作上给予积极配合，顺应公司流程改革，提请订舱、报
关流程衔接流畅，单据有特殊要求也会反馈在系统团队沟通中，出现问题，金属
工程部同事会在第一时间进行沟通想出解决问题的办法。

CNBMUSA00024977