**Partial Translation of CNBMUSA00024864-888**

**CNBMUSA00024864**

Photovoltaic Department 1 Business Analysis Report

Submitted on: (October 11, 2014)

I. Construction Details of okorder.com

1. Follow-up of Enquiries on okorder.com

| | Requesting User Country | Product Requested | Enquiry Processed by | Enquiry Follow-up |
|---|---|---|---|---|
| 1 | "…" | | | |
| 2 | US | Solar Cell | Haiwei Ma | Email has been sent but client has not replied yet |
| 3 | "…" | | | |
| 4 | | | | |
| 5 | US | Component and Micro Inverter | Haiwei Ma | Tracking |
| 6 | "…" | | | |
| 7 | US | Solar Energy Product | Haiwei Ma | No purchasing need expressed |
| 8 | US | Component | Haiwei | Email has been sent but client has not replied yet |
| 9 | US | Component | Haiwei | Email has been sent but client has not replied yet |
| 10 | US | Component | Haiwei | Email has been sent but client has not replied yet |
| 11 | US | Solar Energy System | Haiwei | Email has been sent but client has not replied yet |
| 12 | "…" | | | |
| 13 | | | | |
| 14 | US | Solar Cell | Haiwei Ma | Email has been sent but client has not replied yet |
| 15 | "…" | | | |
| 16 | US | Solar Cell | Wei Du | 20 enquiries has been received from okorder.com in September and replied, 8 out of which are replied and in close contacts. All of the enquires are needs for solar cells from US, but the possibility for closing deals is slim because of "Anti-dumping and |

CONTEMPT
Exhibit 163

CNBMUSA:  Exhibit 590

| | | | | Anti-subsidy" policy |
|---|---|---|---|---|
| 17 | "…" | | | |
| 18 | | | | |
| 19 | US | 270W-290W Polycrystalline Components | Bing Sun | No reply from client |
| 20 | US | 235W Monocrystalline Components | Bing Sun | Repetitive Enquiry |
| 21 | US | 280W-300W Monocrystalline Components | Bing Sun | Repetitive Enquiry |
| 22 | "…" | | | |
| 23 | | | | |

A photovoltaic July to September business analysis report

Submission time: (On October 11, 2014)

Yi Danwang constructs the special details

1st, Yi Danwang inquired the plate operational practice

Inquired the plate user country to inquire plate product to inquire the plate to process the human to inquire plate operational practice 1 Puerto Rico Mono Solar Panels

Zhao Baoqi

The customers take 25 pieces of 280-300W modules. Sent several mails to ask that customer detailed demand, the customer did not reply.

2

US

Battery piece

Mahai micro

Has sent the mail to the customer, has not replied

3

Guatemala

Module invertor

Mahai micro

Has sent the mail to the customer, is waiting for the customer confirmation quantity

4

Saudi Arabia

Solar energy system

Mahai micro

Is carrying on the track

5

US

Module and micro counter

Mahai micro

Is carrying on the track

6

Canada

Photovoltaic product

Mahai micro

Calls Yi Danwang, but after sending the mail, not any feedback.

7

US

Photovoltaic product

Mahai micro

Not obvious purchase demand

8

US

Module

Mahai micro

Has sent the mail to the customer, has not replied

9

US

Module

Mahai micro

Has sent the mail to the customer, has not replied

10

US

Module

Mahai micro

Has sent the mail to the customer, has not replied

11

US

Solar energy system

Mahai micro

Has sent the mail to the customer, has not replied

12

Canada

Module

Mahai micro

Is carrying on the track

13

Colombia

Module and invertor

Mahai micro

The customers started to feed back the concrete demand, is further tracking

14

US

Battery piece

Mahai micro

Has sent the mail to the customer, has not replied

15

New Zealand

Module and micro counter

Mahai micro

Has quoted price, and other customer feedbacks

16

US

Battery piece

Dewey

In September altogether has Yi Danwang to inquire plate 20, the complete reply, has the reply and hot joint customer has 8. Is the US wants the battery piece the demand, because exists double zed, the deal order form possibility was quite low.

17

Canada

175W-195W unit crystal module

Sun Bing

The customers do not have the reply.

18

Hungary

Inquired polytropism module

Sun Bing

Continues in the customer the hot association communication

19

US

270W-290W polytropism module

Sun Bing

The customers do not have the reply

20

US

235W unit crystal module

Sun Bing

Repeatedly inquired the plate

21

US

280W-300W unit crystal module

Sun Bing

Repeatedly inquired the plate

22

Canada

280W-300W unit crystal module

Sun Bing

Repeatedly inquired the plate

23

Malaysia

Module

Xu Yanyan

Under the list, 700 pieces of polytropism 250, the selling price is 101500 dollars.

2nd, under line inquired plate online quoted price

Staff name

Under the line inquired the plate quantity

Online quoted price quantity

Order form quantity

1

Xiao Qi

3

3

0

2

Chen Xiaolei

5

0

0

3

Mahai micro

22

0

0

4

Li Bin

15

0

2

5

Sun Bing

15

15

2

6

Xu Yanyan

26

1

1

3rd, Yi Danwang product development

Whether product range development personnel have Yi Danwang to inquire 1 interconnection to lead Chen Xi otherwise 2 aluminum frame Chen Xi 3 connecting box Chen Xi otherwise 4 vinyl polymers system battery cellophanes < http://etp.okorder.com/mng/prodview.php?prodID=6229973 > http://etp.okorder.com/mng/prodview.php?prodID=6229973 Chen Xi otherwise 5 back board Chen Xi otherwise 6 affluxes to lead Chen Xi otherwise 7 solar energy module special-purpose armored glass Chen Xi otherwise 8 invertor Zhao Baoqi are 9 Solar Inverter CNBM-2000TL

The field will be outstanding

Yes

Solar Inverter CNBM-1500TL field is Tracer-3215RN field outstandingly otherwise Off-grid Inverter 220V

The field will be outstanding

Yes

110V off-grid Inverter field is 48V off-grid Inverter

The field will be outstanding

Yes

ST-1500/2000

The field will be outstanding

Yes

CNBM-3600MTL-10/4200MTL-10/5000MTL-10 Solar Inverter field is Solar Inverter CNBM-3000TL

The field will be outstanding

Yes

The LED ball soaks the lamp

Li Bin

Otherwise

LED street light

Li Bin

Otherwise

LED labor miner's lamp

Li Bin

Otherwise

Solar-powered water heater

Wang Shuo

Has

Solar Flat Plate Collector Wang Shuo

Does not have

solar portable charger Wang Shuo

Does not have

PV controller Wang Shuo non-LED tube Liu Liyuan otherwise LED labor miner's lamp Liu Liyuan otherwise LED kneading board lamp Liu Liyuan otherwise LED Gaowan lamp Liu Liyuan otherwise 4. Yi Danwang Wan Chang recruits situation

Whether accepted this department to manage and product category of new development from Yi Danwang now? If accepted to finish, please fill in the product category that accepts

The first-level second-level third-level four levels of energy petrochemical product asphalt energy solar energy and renewable energy source solar energy product solar cell energy solar energy and renewable energy source solar energy product solar energy system energy solar energy and renewable energy source solar energy product incorporation solar energy invertor energy solar energy and renewable energy source solar energy product solar energy board energy solar energy and renewable energy source solar energy product solar energy product energy solar energy and renewable energy source solar energy product silicon chip machinery and equipment chemical industry processing refinement mechanical storage and transport equipment machinery and equipment chemical industry processing

refinement mechanical pressure vessel electrical equipment and product battery accumulator cell electrical equipment and product electric wire, the electric cable, the cable assembly power cable electrical equipment and product electric wire, the electric cable, the cable assembly power line, production Wan Chang recruits to accept the duty quantity (thisTable from August request filling in) month

The suppliers recruit the duty quantity

Has completed to recruit the supplier quantity

The progress completes the proportion %

The suppliers upload the run quantity

The progress completes the proportion %

In September

66

67

100%

In October

99

Team plan and introduction

Photovoltaic + German Corporation currently altogether has the staff 15 people:

Divisional manager: Zhang Ming

Invertor project group US photovoltaic project group photovoltaic raw material project group line cable project group Europe photovoltaic project group project manager: Chen Xiaolei

Project manager: Wu Jiana

Project manager: Dewey project manager: Xu Yan beautiful project manager: The grandson ices the sales manager: Zhao Baoqi sales manager: Noble and pure sales assistant: Xiao Qi purchases the manager: Jia Yansu sales manager: Li Bin sales manager: Liang Rebing sales assistant: Mahai micro sales manager: King large sales manager: The field will be outstanding

Third, operation objectives achieve situation analysis

Work summary outline: (The sales volume \ profit is in financial physical chart (2) item "sales volume target") unit: (Ten thousand Yuan/Renminbi) other platforms explained:
Business statistics data and financial data difference amount and reason:
Floats owes the explanation (to have, then must filling in):
a and stock lose money b and receivable bad account I one, contract situation outline: 1st, order form number: The SRAF1214002 & SRAF1214003 order form for the German Corporation import order form, the selling goods date for March 21, the collection date should for May 31.
2nd, customer name: LA PANTHERA, S.R.O. 3, goods names: Polytropism solar energy module. 4th, quantity: 3125 pieces of 5, amounts: Contract aggregate amount: 490000 euros;
6th, payment method: 40% prepays, after the spare money takes delivery of goods, in 75 days pay in full;
Second, matter whole story: The solar energy power plant project needs bank financing, and must be the

power plant completes and generates electricity normally for 3 months later may apply for the bank financing. But because customer Romania 1,655MW power plant project financing is not smooth, therefore the customer is unable to pay 60% funds to amount to 294000 euros temporarily one time. Third, the preliminary cause analysis Europe double zed factor, the EU country examines and approves to the photovoltaic power plant project is stricter, particularly the Romanian project, causes the customer application bank financing not to be smooth;

Four: Processing progress: According to other customer properties and business conditions, pay one time to count 60,000 euros every three weeks, paid the first funds from June 30. According to this progress, the original plan on September 22 paid to finish, goes over the time limit in March for 22 days (about 4 months). After the customers pay two issues on time, presents the delay, at present also more than 160,000 euros unpaid, the customer said in the near future will pay 90,000 euros, but we have raised first may damage, if customer's money will not have arrived at the account next week, will let letter Bulgaria pursue as soon as possible.

II one, contract situation outline:

Generally trade export contract SAAF1314001 and SAAF1314002 supplies to the Slovakian customer PV SOLARSYS S.R.O. solar energy module raw material.
Quantity 1MW

Contract aggregate amount: 14 + 320,000 euros payment method: 20% prepays, 80% bill of lading post-90 days

Should conclude the funds time is on June 1, 2014 two, matter whole stories: Had cooperated two lists with this customer, 450,000 euros, the customer the payment was at that time prompt; At present the European photovoltaic market's environment is big regarding the European native place module manufacturer pressure, the terminal installs the demand drastically to reduce, the module factory cost control pressure is greater, also hopes that raw material supplier provides the account time, eases the fund pressure, therefore we before the customer in the cooperation stable situation were applying for 90 days of account time CITIC Bulgaria. Because on customer sale module encounters difficulty, created has exceeded the time limit unpaid, the unpaid amount was 370,000 euros.

Third, preliminary cause analysis: The customer explanation is: The terminal buyer customer violation of customer has not taken delivery of goods to create the end product module stock backlog, the sales loans has not received, the customer present cash flow is insufficient.

Fourth, processing method: Reached the agreement with the customer, customer pawns the equivalent module in the warehouse that we control, 60-day, exceeds the time limit pays money, the goods power turns over to my department. The customers undertake the interest to occupy with warehouse expenses. At present the real right was us, we are selling this batch of modules, has sold the majority, it is estimated that the loss about 30,000 euros.

c and exchange rate lose d and lawsuit and other one. Contract detailed contract number: SAAF4214002 customer name: CONSOLIDATED CONTRACTORS INTERNATIONAL COMPANY S.A.L. The cargo is detailed: 19974 meters (3329 pipes, each is 6 meters) nodular graphite cast pipe. Suppliers: Emerging cast pipe limited liability company; Sales order amount: For USD 1606884.68, by the entire funds immediate international letter of credit payment; The purchase order amount is RMB 8655324.64; Two. Process analysis 1. Jiangsu passes triumphantly for the cargo company of physical distribution department selection, they initially gave the quotation of physical distribution department, according to the initial quoted price is 128RMB/MT, simultaneously the port miscellaneous expense gathers according to the pipe net weight, does not gather according to the gross weight, then the transport expense are very definite. Sum total: Renminbi 358076.42 Yuan, ocean freight: The expense that the USD 190970.03 2. goods generations on May 26 give thinks firmly: Sum total: Renminbi 670945.56 Yuan, ocean freight: USD 193425.49 weighing with a platform scale expenses, the dock dues and so on the quotation according to the expense of ton collection deferred to the cube to gather completely, we said firm does not pay money according to this, the request goods generation pays the expense to confirm, physical distribution department repeatedly after goods generation of communications, the goods representative shows cause for has some losses on the trailer, hopes that gets by under false pretenses with this way, swindles us to pay money.

At this time the goods for coerce by the bill of lading, must pay money to pay. 3. the expense that the

goods generation on May 27 gives thinks firmly: Actual payment: Renminbi 551859.84 Yuan, ocean freight: USD 193425.49 on May 27, my department continued to give the new expense to confirm after the proxy communicated the agent, and road transport expense's other weight and wharf and weighing with a platform scale expense's weight was different, was not the gross weight is not the net weight, the cube number that the ocean freight gathered was not the cube number on bill of lading. And is extra a item to have bound lumber expense expense in the 26th expense confirmation not, latter after my subsidiary company general manager and goods after the manager communicates, decided that deducts in the later order form this expense, this time does not pay temporarily, and signs the relevant agreement. Around the disparity is: 551859.84 the amount losses of -358076.42=193783.42 Yuan USD193425.49-USD190970.03=USD2455.46 three, losses make the RMB:267153 Yuan (209253 Yuan pay in this contract, 57900 Yuan have not for the present payment, deducts in the later order form.) Fourth, our department gate demand hope company physical distribution department looks for the cargo company to carry on the claim, the amount is the Renminbi 209253 Yuan, simultaneously does not bear 57900 Yuan expense. If no solution, is borne the corresponding loss by the physical distribution department. Thanks physical distribution department colleague the work of with all one's heart, but presents the above loss to become the fact, our department gate according to the company stipulated that has to propose internal claim.

(2), Operational budget analysis

a and quarterly budget goal completes situation

Unit: Ten thousand Yuan/Renminbi

b and budget deviation analyzes (the 1-* month):

(1) market (nationality) analysis

By the market environment influence, including Europe, the US and Australia's double zed to Chinese photovoltaic product, as well as European and American countries' adjustment to own photovoltaic subsidy policy, our foundation services like the photovoltaic module, and new product invertor, photovoltaic material and other development is slow, the customer outflow is serious, the gold medal customer like the ZEO SOLAR order volume greatly reduces compared to the same period.
In view of the situation in Europe, we actively are building the European warehouse, the first batch of UK, Libya 1MW stock has transported, afterward can also establish many stocks with the factory cooperation . Moreover, 2.6MW dredged Xin module stock to complete the sale last month. Moreover we also developed some to have the potential Japan customer, in the second quarter started to produce goods.
(2) the customer analyzes CCC and French Wan Xi: These two customers place the first ten EPC contractors for the world, the has the large-scale contract project in world, in the first half of the year we and CCC have signed several cast pipes' order forms, had the deal on the steel pipe with French Wan Xi, we increased the manpower in view of Xu Yanyan the kind of customer specially, the special service in this kind of customer, had the big potential in the second half of the year.

ZEO SOLAR GMBH & CO. KG is a German solar energy module dealer and installs business, first with my department will have established the cooperation since 2011, until now has traded over 10 million dollars, will be the gold medal customer of my department. Regardless of this customer is selling on commission and installment, has very good experience, not only sells the module, also voluntarily the project installment, particularly the roof project, and actively develops the new product, like LED lamp, small air blower and infrared heater and other products, has the potential. At the same time, because installs the relations, to installing to need the fitting also to have the demand, like small invertor, support and specific photovoltaic tile, suspension hook and other products. Although European Union double zed lowest commitment price has the alleviation slightly, but simultaneously newly has promulgated an energy bill in Germany: On August 1, 2014, surpassed the 10KW project to pay fine 3,19 ohms /KW. Therefore, the German market will be getting more and more difficult at present. Therefore, the customer this time attended Guangzhou Export Commodities Fair is also hopes that seeks for other products, develops the product multiplicity. We hope that the company gives the customer in the third quarter and fourth quarter many support. Germany in the first half of the year total installed capacity 800MW. In the first half of 2014,

ZEO only purchased 320,000 euros, was lower than the same time last year level. In September purchased 2.6MW to dredge Xin module, but the whole looked that the cooperation close degree and turnover by far were lower than last year. Therefore, must develop a more thorough cooperation with ZEO in the second half of the year, to get rid present's aspect.

British Gas Group: When FTSE100 member (British national wealth 100 index member enterprises); Market value £42.5billion; Degree of comparison A-/A2;
In 2013 turnover 19.1 billion dollars; Profit 2.4 billion dollars. Wholly-owned: British Gas New Heating Ltd, the building materials international trade is responsible for packing to provide BG Group roof photovoltaic project inside module, the invertor, direct, line cable, electric instrument and other appendices. At present is communicating 1MW to try the order form.
Larkfleet group - private enterprise, is British one of maximum EPC. Had to manage 10 project development and general contractors in 1998.
LarkFleet became in the leader in development photovoltaic farm business market. January, 2014 to June, Larkfleet group turnover pound 144 million pounds, 105 million pounds is the foreign turnover. Net profit estimate for about 16.4 million pounds. With building materials country trade approaches to cooperation: LarkFleet takes the photovoltaic power station equipment supplier as EPC, CNBM. Total power plant project 150MW. At present has signed the first order form 3MW,90 day account time, Sinosure. Later period's bigger project plan does for 180 days /360 days of account time, Armstrong Corporation leaves the payment letter of guarantee.

SOLVIS D.O.O: Since the Croatian module producer, the annual production can 60MW, the customer only purchase module's supplementary material from Europe, the battery piece has from the channel of Taiwan direct purchase, module processing cost EURO 0.08/WATT, the sale sets up the price in EURO about 0.7. Has provided to customer complete set raw material is for the production examination, after customer examination, feedback primal chaos battery piece's power loss CTM is too high. The customers said in 2014 hopes can first cooperate with us the supplementary material part, reduces the production cost, but before needs for 2-3 months the submission TUV certificate renewal raw material part, and carries on the TUV laboratory to examine, otherwise the customer thinks that takes the factory to change the production material easily, but has not undergone the TUV verification, the quality cannot obtain the guarantee unable to win others' trust in the terminal customer. This customer boss comes the Shanghai exhibition in May, discussed the material cooperation specifically.
SOLAR-ENERGY S.A.:
Polish Module Factory, the annual production can 70MW, the purchase channel before: Battery piece Taiwan purchases with Europe purchases; Raw material only uses European this locality, intention order form 0.5MW, the confirmatory test crystal Australia battery piece, simultaneously has prepared other raw material samples for the customer, makes the module whole examination for the customer, this customer demand potential is very big, the hopeful third quarter finalized a deal.
INFINI JAPAN SOLAR:
The Japanese well-known module distributer and EPC Corporation, have several thousand distributers in Japan, this year had clinched about 2 million dollars with us, at present with the payment method of this customer is 50% prepays, before the spare money electricity puts the bill of lading, to pay. In the long run, we need to give the customer effectively to support in payment method.

(3) product analysis

Although invertor service compared to the last year remarkable advance, but compares anticipated must be low, the primary cause is

In plan falls into the stagnation with several big factories cooperation, for example Huawei, the mountain hundred million, need to change the mentality, develops the new pattern;

The murkiness of European market causes the European native place invertor producer also large scale to reduce prices, the market price competition is exceptionally intense;
Photovoltaic materials business, develops in the first half of the year is slower, the problem that has is:
1) business model is unitary, at the beginning of 2014 has settled pattern that gives priority to the

photovoltaic material product portfolio, localization Europe for the essential target market, the European photovoltaic market's end market installs the demand to drop, our target customers: The module producer under the low selling price's pressure, is low to the material cost request, increases our sales difficulties.
2) customer resource development and reserve is insufficient: The customer quantity of new development are few, the customer type is unitary, like this when faces the change of market, the withstand risk ability is bad.
3) the product development cycle of material pack sale is long, after initial communication and development, if the customer approves our products and services, needs the time examination raw material, makes the authentication to need January to February time, these are the influence realize the progress of sales order.
4) Is insufficient to the market initial period understanding, the development market region is unitary, the European Union photovoltaic market is the demand sharp decline. The customer accumulation is insufficient, the risk is big.

The LED aspect, we have done the massive supplier development work, tries to take through with the factory agency business cooperation as the breakthrough point, but so far the slow progress, has the market situation reason, has us to carry out the reason that the strength is insufficient.
(4) sales personnel duty completes the situation analysis sales personnel task to complete the situation analysis staff sales volume (ten thousand Yuan) department to place the staff mass of profit (ten thousand Yuan) department to place Wu Jia 568415.0 1

Wu Jia 1573.8 1

Chen Xi 2895.5 2

Chen Xi 51.4 2

The grandson ices 1831.3 3

Xu Yan beautiful 31.1 3

Hong Kai 1449.6 4

Field outstanding 27.3 4

Xu Yan beautiful 1254.6 5

Hong Kai 23.5 5

Field outstanding 1047.9 6

Dewey 20.1 6

Zhao Baoqi 696.6 7

Zhao Baoqi 19.1 7

Dewey 647.5 8

Chen Xiaolei 17.4 8

Chen Xiaolei 497.6 9

Li Bin 7.4 9

Li Bin 242.6 10

Kings large 5.5 10

Xiao Qi 228.9 11

Mahai micro 5.0 11

Mahai micro 226.6 12

Xiao Qi 4.1 12

Kings large 109.0 13

The grandson ices (212.2) 15 (5) cost analyses

Deviating cause:

Budgets according to the beginning of the year, the business entertainment has exceeded the allowed figure, including more than 8000 are unscheduled reimburses should not calculate in the budget, but synthesizes to look that is high, needs the key control.

The business trip expense is high, is mainly inspects goods the business trip to be too much, the reason lies in our department gate inspecting goods is sales personnel inspects goods, cannot inspect goods in regional examination personnel by the company. In the third quarter was started gradually by the supply chain examination.
The communication expense is also high, the primary cause 14000 many network expenses includes the communication expense in April.

In the transportation expense majority of should not include unscheduled reimburses the expense.
(3), Business process data analysis (on July 1st - on October 1) staff name transmission mail number received the mail number customer input number to receive to inquire Pan Shu to inquire the plate reply number new product input number new deal customer number new carburation to unite the customer number clerk to verify the clerk to verify the clerk to verify the clerk to verify the clerk to verify the clerk to verify the clerk to verify the clerk to verify (4), customs outlet data analysis (market share analysis and range pole enterprise analysis) this item is at the monthly regular meeting must report the statistical time to the general manager: On January 1st, 2014 - August 30, 2014

The export commodity name:
Unit: Ten thousand/US dollar (this place please take amount as standard)

1) synthesis place

Position

Business name

Amount US dollar

1

The day gathers

947095275

2

Artes

880865527

3

UK, Libya

837977702

4

Crystal Australia

809331013

5

Sunshine splendor

533226268

6

Crystal branch

532338966

7

South Korean China

488154895

8

Kyocera

333234669

9

Biadi

226701791

10

Zhengtai

217152631

2) foreign trader places

Position

Foreign traders

Amount

1

Crystal branch

352105225

2

Building materials

81236828

3

Shen Hang

66535996

4

Jiangsu Huihong

24422894

5

Xinning

19829208

6

Rotary

19100115

7

Xinxing

11186790

8

Japan passes

10416131

9

Shuntian

10045602

10

Foreign shipment

10036373

3) US

Enterprise

Amount

The day gathers

392124541

Artes

322414688

Crystal branch

191661184

UK, Libya

161635351

Biadi

101074487

Crystal Australia

77606672

Building materials

71084401

Thai passes (Taizhou)

60139844

South Korean China

45578208

Sunshine splendor

41294588

4) Britain

Enterprise

Amount

UK, Libya

115327570

Crystal Australia

73366331

The day gathers

47488283

Crystal branch

41591820

Zhengtai

34383880

Shang De

33167745

Sunshine splendor

31671612

Artes

30808209

Dredges Xin

21360387

5) Germany

Enterprise

Amount

UK, Libya

44031482

Prosperous energy

32651136

Crystal Australia

26536343

The light is

8591070

Hundred million crystals

7931387

Mao Di

6893477

The nucleus is new

6794098

Crystal branch

5454135

The day gathers

4824998

Bei Lide

2945172

6) Japan

Enterprise

Amount

Crystal Australia

381440362

Kyocera

333234669

Artes

290611399

The day gathers

282800559

South Korean China

265654413

UK, Libya

251913213

The Jinzhou brocade is diligent

156587140

Sunshine splendor

133773836

Letter

77634803

Shang De

66475545

(5), Other supplement analyses

Analyzes 1: Bad account and long-term remaining issues

Analyzes 2: Old customer order form amount and new customer order form amount

Because the market shift is quite big, we this year the majority of customers are the new developments, old customer order form amount proportion in 10%.
Analyzes 3: The suppliers analyze UK, Libya: The UK, Libya green energy holding limited company is a global leading solar energy company, is global first has one of complete industry chain photovoltaic module manufacturers. In 2013, the actual shipments in UK, Libya reach about 3GW.

The cooperation direction except for the trade, as a result of UK, Libya in Europe, the US, Japan and other markets had the rich photovoltaic industrial customer resources, the order form demand, but the need many financial support, we will continue to use our credit superiority, with UK, Libya byAgency factor's pattern starts the cooperation;
Crystal branch: The crystal branch was also one a global solar energy manufacturer who went on the market in the US, the crystal branch in the second quarter of this year realizes the net profit to be put on regular status, is in the photovoltaic profession the business model is at present good, financial situation healthiest enterprise.

Analyzes 4: Fund pond operating instructions (returns to funds situation - goes over the time limit funds amount and use specified amount situation, to occupy interest situation)

Risk analysis (letter Bulgaria may damage and claim)

(Note: Lists to the analysis, measure and experience typical event)

Staff management

Staff mobility status (enters duty, to leave job)

The leaving job personnel including Liu Yang, Fang Jing, Ni Dan, Wu Han, Liu Li Yuan and Chen Xi, enter the duty personnel to include: Xiao Qi, Mahai micro.

Training development

How training name training time trains the lecturer to give the customer to quote price 2014.3.21

Chen Xiaolei

Product knowledge training

2014.3.21

Hong Kai

The financial appraisal of photovoltaic power plant project

2014.4. 10 Sun Jingpeng breaks through, is best 2014.4.11 Chen Xiaolei order form operational procedure 2014.5.16&2014.7.3 Liang Rebing the problem that the export order operation has to summarize 2014/7/3 face beautiful export business related operational procedure and system single main point 2014/7/11 Luyang risk self-control 2014.8.18 Wu Jia the next quarter job objective and realizes the measure unit: Ten thousand Yuan/Renminbi specific measures showed:
Current quarter concrete personnel task allocation next quarterly budget personnel sales volume mass of profit ten thousand Yuan ten thousand Yuan Wu Jia 5000 78 Xu Yan the beautiful 500 18 grandsons ice 200 5 field outstanding 100 3 Dewey 200 8 Zhao Baoqi 500 10 Chen Xiaolei 300 8 Li Bin 100 3 king large 900 15 Mahai micro 50 1 Xiao Qi 50 1 sum total concrete landing measure explanation module, in view of the situation in Europe, we actively is building the European warehouse, the first batch of UK, Libya 1MW+2.6MW stock has transported, afterward can also establish many stocks with the factory cooperation, this to our foundation services is very tremendous support, 2.6MW stock already completelyCompleted the sale, the 1MW UK, Libya module sells one-third. We strive to activate the old customer in the second half of the year, the development are more new customer.

Besides continue maintain the traditional market, many energy will invest into the development emerging market, like Britain, Holland and other countries. Britain became Europe to install the quantity first market this year, we must draw support from the gradual growth European warehouse scale, many development new markets and new customers. In the British market, we after the long-term inspection, have signed the sole agent agreement with the two English in locality, they are familiar regarding the British market's policy and trend of development, has broad interpersonal relationship network in the locality, front stated BG and LARK ENERGY is they develops.
Moreover we also developed some to have the potential Japan customer, if WWB and INFINI JAPAN SOLAR, started to produce goods in the second quarter. And INFINI JAPAN SOLAR produces goods to make 3MW in the second quarter, in the third quarter produces goods approximately 4MW.
Photovoltaic material: After the first half of the year upholstery work, some potential customers like Polish and Turkish customers had big deal possibility. In the second half of the year plans vigorously to develop Eastern European and North American photovoltaic market . Moreover, innovation business model, for example and domestic well-known module factory: YINGLI and so on jointly established with the European Module Factory's OEM form cooperates, with the aid of the visibility and existing market share of famous module, dodges the antidumping, can draw the sale of raw material, can expand and stable and long-term cooperation of module factory customer.
Invertor, through with BG and LARK partnership model, with the form of pack supply, comes the scale the sale of expanded invertor product; Strengthens the further cooperation with GROWATT, for example looks like OMNISUN this kind of customer, simultaneously has analyzed many outlet data, in the third quarter contacts many Chinese exporters.

Agency business: This year so far the sales volume amounts to 730 million, at present the agency business is at the suspended state, the reason is the US and second double zed original pattern of Taiwan photovoltaic product after the mainland needs to change. Was discussing that exports Japan's nuts and bolts, it is estimated that this month may start to carry out.

Manages and various suggestions and requests of divisional management to the company

Function review (by related affairs personnel and physical distribution personnel review business agency's question and suggestion)

Financial review (review person: Hao Jiaxin) business problem 1.1- in September of discovery altogether produces the gross profit 17.59 million Yuan, belongs to the divisional profit is 16.65 million Yuan . Moreover the big order form that makes with the British li ho, the department order form occupies the divisional profit completely 95%. The surplus 18 order forms have only had 465,000 Yuan profit, the gross profit of contract also less than 1%. 2.SAAF1114013 keeps in stock the contract declaration export, but receives money actually confiscates under this contract item, but will receive money to accept under other 9 contract number items separately, then raises the collection line of this 9 contract the account adjustment to this contract number item under. 3. up to September, this department has eight contracts is the order form that the department calculates, but service when establishing order form the time has not actually marked these contracts calculates the department, causes later period to manual update the account set of inside this contract number item of below complete department code, unusual waste time, moreover will create calculates individual profit the individuals profit high situation.
Aspect 1. obviously this department that needs to improve besides UK, Libya this customer, the gross profits of other cooperation customers are quite low, department's main energy has put on the big order form. If can raise the sales ratio of margin on other export products, this divisional profit will have the large scale promotion space. 2. carries on a spot that receives money to accept must pay attention to correctly, otherwise must carry on to adjust the account, wastes the manpower and resources, moreover causes the order form item of below collection record to be also inaccurate, does not facilitate the later inquiry. 3. when establishes the order form pays attention to calculate the unit choice, the attention differentiates the different pattern order form the establishment way.
Daily summary question authentication receipt time please note: Belongs to the import and domestic trade service transport expense and examination expense increment duty special invoice may authenticate to arrive to buckle tax money.
Physical distribution review (review person: Wang Xiaopeng, Zhang Chunhua)

Mainly must pay attention:

1 after being clear about the factory feedback contract, on direct hangs the system uses the round of physical distribution manager 2 contracts to propose the examination, please not to hang the SC EXCEL edition to subscribe the cabin for the appendix after when to the service or the customer manager needs

After 3 proposed to subscribe in the cabin to distinguish clearly to deliver goods Hong Kong different packing up by oneself self these three concepts 4 subscribed the cabin, selects the proxy sailing time voyage schedule price to be possible in the inquiry to see that did not need to inquire in turn"

Zhang Chunhua just contacted, communicates basically smoothly, the service is partial to Yu Xian to relate the proxy to keep the shipping space, and sometimes thinks that does not need the inquiry to look for the proxy to subscribe the cabin directly on the good overseas ** company * month business analysis report

The operation objectives achieve the situation analysis

(Unit: Ten thousand Yuan)

The business statistics data and financial data difference amounts and reason two, expenses are actually detailed

(If the above out-of-pocket cost analysis form cannot open, available this link form carries on edition) three, key emphasis reports (business agency regards special details hope to content of leadership report) _1458110432.unknown

--- Summary Information ---

1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: user PID_KEYWORDS:
PID_TEMPLATE: Normal.dotm PID_LASTAUTHOR: zm PID_REVNUMBER: 30 PID_APPNAME:
Microsoft Office Word PID_EDITTIME: Mon Jan 01 11:51: 00 CST 1601 PID_LASTPRINTED: Wed May
22 11:12: 00 CST 2013 PID_CREATE_DTM: Wed Oct 08 15:42: 00 CST 2014 PID_LASTSAVE_DTM:
Sat Oct 11 11:56: 00 CST 2014 PID_PAGECOUNT: 25 PID_WORDCOUNT: 1788 PID_CHARCOUNT:
10197 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: user PID_LINECOUNT: 84 PID_PARCOUNT: 23 17: 11962 23:
917504 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 936

## 光伏一部 **7-9** 月经营分析报告

提交时间：（2014 年 10 月 11 日）

# 一、 易单网建设具体情况

1、易单网询盘执行情况

| | 询盘用户国家 | 询盘产品 | 询盘处理人 | 询盘执行情况 |
|---|---|---|---|---|
| 1 | 波多黎各 | Mono Solar Panels | 赵宝奇 | 客户要 25 片 280-300W 组件。发了几封邮件问客户详细需求，客户不回复。 |
| 2 | 美国 | 电池片 | 马海微 | 已给客户发邮件，未回复 |
| 3 | 危地马拉 | 组件逆变器 | 马海微 | 已给客户发邮件，正在等客户确认数量 |
| 4 | 阿联酋 | 太阳能系统 | 马海微 | 正在进行跟踪 |
| 5 | 美国 | 组件和微逆 | 马海微 | 正在进行跟踪 |
| 6 | 加拿大 | 光伏产品 | 马海微 | 打电话给易单网，但是发邮件后没有任何反馈。 |
| 7 | 美国 | 光伏产品 | 马海微 | 没有明显的采购需求 |
| 8 | 美国 | 组件 | 马海微 | 已给客户发邮件，未回复 |
| 9 | 美国 | 组件 | 马海微 | 已给客户发邮件，未回复 |
| 10 | 美国 | 组件 | 马海微 | 已给客户发邮件，未回复 |
| 11 | 美国 | 太阳能系统 | 马海微 | 已给客户发邮件，未回复 |
| 12 | 加拿大 | 组件 | 马海微 | 正在进行跟踪 |
| 13 | 哥伦比亚 | 组件和逆变器 | 马海微 | 客户已经开始反馈具体需求，正在进一步跟踪 |
| 14 | 美国 | 电池片 | 马海微 | 已给客户发邮件，未回复 |
| 15 | 新西兰 | 组件和微逆 | 马海微 | 已报价，在等客户反馈 |
| 16 | 美国 | 电池片 | 杜威 | 9 月份共有易单网询盘 20 封,全部回复,有回复并热联的客户有 8 个.都是美国要电池片的需求,因为存在双反,成交订单可能性比较低. |
| 17 | 加拿大 | 175W-195W 单晶组件 | 孙冰 | 客户无回复。 |
| 18 | 匈牙利 | 询多晶组件 | 孙冰 | 和客户继续热联沟通中 |
| 19 | 美国 | 270W-290W 多晶组件 | 孙冰 | 客户无回复 |
| 20 | 美国 | 235W 单晶组件 | 孙冰 | 重复询盘 |
| 21 | 美国 | 280W-300W 单晶组件 | 孙冰 | 重复询盘 |

| 22 | 加拿大 | 280W-300W 单晶组件 | 孙冰 | 重复询盘 |
| 23 | 马来西亚 | 组件 | 徐妍妍 | 已经下单，700 片多晶 250，销售价格为 101500 美金。 |

2、线下询盘在线报价情况

| | 员工姓名 | 线下询盘数量 | 在线报价数量 | 订单数量 |
|---|---|---|---|---|
| 1 | 肖琪 | 3 | 3 | 0 |
| 2 | 陈晓磊 | 5 | 0 | 0 |
| 3 | 马海微 | 22 | 0 | 0 |
| 4 | 李斌 | 15 | 0 | 2 |
| 5 | 孙冰 | 15 | 15 | 2 |
| 6 | 徐妍妍 | 26 | 1 | 1 |

3、易单网产品开发情况

| | 产品名称 | 开发人员 | 是否有易单网询盘 |
|---|---|---|---|
| 1 | 互联带 | 陈曦 | 否 |
| 2 | 铝边框 | 陈曦 | 否 |
| 3 | 接线盒 | 陈曦 | 否 |
| 4 | 乙烯聚合物制电池胶膜 | 陈曦 | 否 |
| 5 | 背板 | 陈曦 | 否 |
| 6 | 汇流带 | 陈曦 | 否 |
| 7 | 太阳能组件专用钢化玻璃 | 陈曦 | 否 |
| 8 | 逆变器 | 赵宝奇 | 是 |
| 9 | Solar Inverter CNBM-2000TL | 田会杰 | 是 |
| | Solar Inverter CNBM-1500TL | 田会杰 | 是 |
| | Tracer-3215RN | 田会杰 | 否 |
| | Off-grid Inverter 220V | 田会杰 | 是 |
| | 110V off-grid Inverter | 田会杰 | 是 |
| | 48V off-grid Inverter | 田会杰 | 是 |
| | ST-1500/2000 | 田会杰 | 是 |
| | CNBM-3600MTL-10/4200MTL-10/5000MTL-10    Solar Inverter | 田会杰 | 是 |
| | Solar Inverter CNBM-3000TL | 田会杰 | 是 |
| | LED 球泡灯 | 李斌 | 否 |
| | LED 路灯 | 李斌 | 否 |
| | LED 工矿灯 | 李斌 | 否 |
| | 太阳能热水器 | 王硕 | 有 |
| | Solar Flat Plate Collector | 王硕 | 无 |
| | solar portable charger | 王硕 | 无 |
| | PV controller | 王硕 | 无 |

CNBMUSA00024865

| LED 灯管 | | 刘立媛 | 否 |
| LED 工矿灯 | | 刘立媛 | 否 |
| LED 面板灯 | | 刘立媛 | 否 |
| LED 高湾灯 | | 刘立媛 | 否 |

4. 易单网万厂招募情况

a. 是否已从易单网认领本部门现在经营和新开发的产品类目？如果已认领完毕，请填写认领的产品类目

| 一级 | 二级 | 三级 | 四级 |
| --- | --- | --- | --- |
| 能源 | 石化产品 | 沥青 | |
| 能源 | 太阳能和可再生能源 | 太阳能产品 | 太阳能电池 |
| 能源 | 太阳能和可再生能源 | 太阳能产品 | 太阳能系统 |
| 能源 | 太阳能和可再生能源 | 太阳能产品 | 并网太阳能逆变器 |
| 能源 | 太阳能和可再生能源 | 太阳能产品 | 太阳能板 |
| 能源 | 太阳能和可再生能源 | 太阳能产品 | 太阳能产品 |
| 能源 | 太阳能和可再生能源 | 太阳能产品 | 硅片 |
| 机械及设备 | 化工加工提炼机械 | 储运设备 | |
| 机械及设备 | 化工加工提炼机械 | 压力容器 | |
| 电气设备和产品 | 电池 | 蓄电池 | |
| 电气设备和产品 | 电线，电缆，电缆组件 | 电力电缆 | |
| 电气设备和产品 | 电线，电缆，电缆组件 | 电源线，延长线 | |

b. 万厂招募认领任务量（此表从8月要求填写）

| 月份 | 供应商招募任务数量(个) | 已完成招募供应商数量（个） | 进度完成比例% | 供应商上传产品数量(个) | 进度完成比例% |
| --- | --- | --- | --- | --- | --- |
| 9 月 | 66 | 67 | 100% | | |
| 10 月 | 99 | | | | |

# 二、 团队规划和介绍

光伏一部+德国公司目前共有员工 15 人：

部门经理:张明

| 逆变器项目组 | 美国光伏项目组 | 光伏原材料项目组 | 线缆项目组 | 欧洲光伏项目组 |
| --- | --- | --- | --- | --- |
| 项目经理: 陈晓磊 | 项目经理: 吴佳娜 | 项目经理: 杜威 | 项目经理: 徐妍妍 | 项目经理: 孙冰 |
| 销售经理: 赵宝奇 | 销售经理: 高洁 | 销售助理: 肖琪 | 采购经理: 贾艳苏 | |
| 销售经理: 李斌 | 销售经理: 梁若冰 | 销售助理: 马海微 | | |
| 销售经理: 王硕 | | | | |

CNBMUSA00024866

销售经理：田会杰

## 三、经营目标达成情况分析

**（一）工作总结概述：**　（销售额\利润均为财务体检表中**第（二）项"销售额指标"**）

单位：（万元/人民币）

| 经营指标 | 累计达成情况 | | | 年度预算目标 | | | 完成比例% | | |
|---|---|---|---|---|---|---|---|---|---|
| | 本部 | 其它平台 | 合计 | 本部 | 其它平台 | 合计 | 本部 | 其它平台 | 合计 |
| 销售额 | 97,900 | | 97,900 | 71,636 | | 71,636 | 136.7% | | 136.7% |
| 利润 | 1,802 | | 1,802 | 825 | | 825 | 218.4% | | 218.4% |
| 人均利润额 | 120.13 | | 120 | | | - | | | |
| 资金占压利息 | -588 | | -588 | | | - | | | |
| 签订订单数量（个） | 83 | | 83 | | | - | | | |
| 新成交客户（个） | 75 | | 75 | | | - | | | |
| 新开发供应商（个） | 36 | | 36 | | | - | | | |

其它平台说明：

业务统计数据与财务数据差异金额及原因：

浮亏说明（有则必须填写）：

　　a、库存亏损

　　b、应收坏账

I 一、合同情况概述：

1、订单号：SRAF1214002 & SRAF1214003 订单为德国公司转口订单，

放货日期为3月21日，收款日应为5月31日。

2、客户名称：LA PANTHERA, S. R. O.

3、货品名称：多晶太阳能组件。

4、数量：3125 片

5、金额：合同总金额：490000 欧元；

6、付款方式：40%预付，余款提货后75天内付清；

二、事情原委：太阳能电站项目均需要银行融资，且必须是电站建成并正常发电 3 个月后才可以申请银行融资。而由于客户罗马尼亚 1,655MW 电站项目融资不顺利，因此客户暂时无法一次性支付 60% 尾款总计 294000 欧元。

三、初步原因分析欧洲双反因素，欧盟国家对光伏电站项目审批更加严格，尤其是罗马尼亚项目，造成客户申请银行融资不顺利；

四：处理进度：根据客户其他资产和商业情况，每三个星期支付一次计 6 万欧元，自 6 月 30 日起支付第一笔款。按照此进度，原计划 9 月 22 日支付完毕，超期 3 月 22 天（近 4 个月）。客户按期支付两期之后，出现延误，目前还有 16 万多欧元未付，客户表示近期会付 9 万欧元，但我们已经先提可损，如果下周客户的钱没有到账，会尽快让信保追讨。

II  一、合同情况概述：

一般贸易出口合同 SAAF1314001 和 SAAF1314002 是供应给斯洛伐克客户 PV SOLARSYS S.R.O.的太阳能组件原材料。

数量 1MW

合同总金额：14+32 万欧元

付款方式：20%预付，80% 提单后 90 天

应收尾款时间为 2014 年 6 月 1 日

CNBMUSA00024868

二、事情原委：与该客户已经合作过两单，45 万欧元，客户当时付款及时；目前欧洲光伏市场的大环境对于欧洲本土组件制造商压力较大，终端安装需求大幅减少，组件厂成本控制压力加大，同时也希望原材料供应商提供账期，缓解资金压力，所以我们在和客户之前合作稳定情况下申请了 90 天账期的中信保。由于客户销售组件上遇到困难，造成了逾期未付，未付金额为 37 万欧元。

三、初步的原因分析：客户解释为：客户的终端买家客户违约没有提货造成成品组件库存积压，销售货款没有收到，客户目前的现金流不充足。

四、处理方法：已经与客户达成协议，客户质押等值组件在我方控制的仓库，为期 60 天，逾期不付款，货权归我司。客户承担利息占压和仓储费用。目前物权已经属于我们，我们正在销售此批组件，已经销售了大部分，预计损失在 3 万欧元左右。

c、汇率损失

d、诉讼及其他

一.合同明细

合同号：SAAF4214002

客户名称：CONSOLIDATED CONTRACTORS INTERNATIONAL COMPANY S.A.L.

货物明细：19974 米(3329 支管子，每根为 6 米)的球墨铸管。

供应商：新兴铸管股份有限公司；

销售订单金额：为 USD 1606884.68，以全款即期国际信用证支付；

CNBMUSA00024869

采购订单金额为 RMB 8655324.64；

二.过程分析

1.江苏凯通为物流部选中的货运公司，他们当初给物流部的报价单，按照最初的报价为 128RMB/MT，同时港杂费是按照管子净重收取的，不是按照毛重收取的，那么运费是很确定的。

合计：人民币 358076.42 元，海运费：USD 190970.03

2.货代 5 月 26 号给的费用确认为：

合计： 人民币 670945.56 元，海运费： USD 193425.49

过磅费，码头费等原本报价单上按照吨收取的费用全部按照立方来收取，我方表示坚决不按此付款，要求货代重新出费用确认，物流部多次与货代沟通后，货代表示因为在拖车上有一些损失，希望用此种方式蒙混过关，骗取我们付款。 此时货代以提单要挟，必须付款买单。

3.货代 5 月 27 号给的费用确认为：

实际支付：人民币 551859.84 元，海运费：USD 193425.49

5 月 27 日，我司继续与代理沟通后代理给了新的费用确认，并且公路运费的重量和其他码头及过磅费的重量都不同，既不是毛重也不是净重，海运费收取的立方数也非提单上的立方数。并且额外多了一项绑扎木料费此费用在 26 日的费用确认中并没有，后经我分公司总经理与货代经理沟通后，决定将此笔费用在以后的订单中扣除，此次暂时不付，并签订相关协议。

前后差距是：551859.84 -358076.42=193783.42 元

USD193425.49-USD190970.03=USD2455.46

CNBMUSA00024870

三、损失的金额

亏损约 RMB：267153 元（其中 209253 元在本次合同中支付，57900 元暂未支付，在以后订单中扣除。）

四、我部门诉求

希望公司物流部找货运公司进行索赔，金额为人民币 209253 元，同时不承担 57900 元费用。如果没有解决方案，则由物流部承担相应损失。感谢物流部同事的尽心工作，但出现上述损失已成事实，我部门根据公司规定不得不提出内部索赔。

**(二)、业务预算分析**

　　a、季度预算目标完成情况

单位：万元/人民币

| 季度 | 预算与实际比 | | | | | |
|---|---|---|---|---|---|---|
| | 销售目标 | 销售实际 | 完成% | 利润目标 | 利润实际 | 完成% |
| 第一季 | 17,717.20 | 50,904.67 | 287% | 203.44 | 735.36 | 361% |
| 第二季 | 18,676.30 | 28,587.07 | 153% | 206.19 | 539.19 | 262% |
| 第三季 | 16,831.30 | 18,408.44 | 109% | 199.40 | 720.50 | 361% |
| 第四季 | 18,411.20 | | | 216.25 | | |
| 合计 | 71,636.00 | 97,900.18 | 137% | 825.28 | 1,995.05 | 242% |

　　b、预算偏差分析(1-*月累计)：

（1）市场（国别）分析

受市场环境影响，包括欧洲，美国和澳大利亚对中国光伏产品的双反，以及欧美国家对自身光伏补贴政策的调整，我们的基础业务如光伏组件，及新产品逆变器，光伏材料等发展非常缓慢，客户流失非常严重，金牌客户如 ZEO SOLAR 的订单量同比大幅度减少。

针对欧洲的情况，我们正在积极建立欧洲仓库，首批英利 1MW

CNBMUSA00024871

库存已经出运，随后还会与工厂合作建立更多的库存，另外，还有 2.6MW 浚鑫组件库存在上个月已经完成销售。另外我们还开发了一些较有潜力日本客户，第二季度已经开始出货。

（2）客户分析

**CCC 和法国万喜**：这两家客户为全球排名前十位的 EPC 承包商，在全球各地有大型承包项目，上半年我们与 CCC 签订了数个铸管的订单，与法国万喜也在钢管上有成交，我们针对徐妍妍的此类客户已经专门增加了人手，专门服务于此类客户，下半年有较大潜力。

**ZEO SOLAR GMBH & CO. KG** 为一家德国太阳能组件经销商和安装商，自 2011 年以来和我司第一建立合作关系，至今已交易逾 1000 万美金，是我司的金牌客户。该客户无论在经销和安装方面，都有很好的经验，不仅销售组件，同时也自行项目安装，尤其是屋顶项目，并积极开发新产品，如 LED 灯，小风机和红外加热器等产品，也十分有潜力。同时，因为安装关系，对安装所需配件也有需求，如小型逆变器、支架及特定的光伏瓦、挂钩等产品。虽然欧盟双反最低承诺价稍有缓解，但同时在德国新颁布了一项能源法案：2014 年 8 月 1 日起，超过 10KW 的项目会缴纳罚金 3,19 欧分/KW。所以，目前德国市场会越来越困难。因此，客户此次参加广交会也是希望寻找其他产品，发展产品多样性。希望公司在第三季度和第四季度给予客户更多的支持。德国上半年总装机容量 800MW。2014 年上半年，ZEO 仅采购了 32 万欧元，

Confidential

远低于去年同期水平。9 月份采购了 2.6MW 浚鑫组件，但整体看合作紧密程度和成交量都远远低于去年。所以，下半年要和 ZEO 发展更深入的合作，以摆脱现在的局面。

**British Gas Group**: FTSE100 member(英国富时 100 指数成员企业); 市值£42.5billion; 信用等级 A-/A2; 2013 年营业额 191 亿美金; 利润 24 亿美金。全资子公司：British Gas New Heating Ltd, 中建材国际贸易负责打包提供 BG Group 屋顶光伏项目里面的组件，逆变器，直接，线缆，电表等附件。目前正在沟通 1MW 试订单。Larkfleet 集团-私营企业，是英国一家最大的 EPC 之一。在 1998 年拥有经营 10 家项目开发和建筑公司。

**LarkFleet** 已成为在发展光伏农场业务市场的领导者。2014 年 1-6 月，Larkfleet 集团营业额英镑 1.44 亿英镑，1.05 亿英镑是对外营业额。净利润预计为大约 1640 万英镑。与中建材国贸合作方式：LarkFleet 作为 EPC，CNBM 作为光伏电站设备供应商。总电站项目 150MW。目前已经签订第一个订单 3MW，90 天账期，Sinosure。后期的更大的项目计划做 180 天/360 天账期，Armstrong 公司出付款保函。

**SOLVIS D.O.O:** 克罗地亚组件生产商，年产能 60MW，客户一直以来只从欧洲采购组件的辅料，电池片有从台湾直接采购的渠道，组件加工成本 EURO 0.08/WATT，销售的组建价格在 EURO 0.7 左右。已经提供给客户全套的原材料供生产检测，客户检测后反馈太极电池片的功率损耗 CTM 过高。客户表示 2014 年希望能首

CNBMUSA00024873

先与我们合作辅料部分，降低生产成本，但之前需要 2-3 个月的时间提交 TUV 证书更新原材料部分，并进行 TUV 实验室检测，否则客户认为作为工厂轻易改变生产材料，而未经过 TUV 审核，质量得不到保证也无法取信于终端客户。该客户老板 5 月来上海展会，具体洽谈材料合作。

**SOLAR-ENERGY S.A.：** 波兰组件厂，年产能 70MW，之前的采购渠道：电池片台湾采购和欧洲采购；原材料只使用欧洲本地的，意向订单 0.5MW，已经确定测试晶澳电池片，同时为客户准备其他原材料样品，供客户做成组件整体检测，该客户需求潜力很大，有望第三季度成交。

**INFINI JAPAN SOLAR：** 日本知名的组件分销商和 EPC 公司，在日本有数千家分销商，今年已经与我们成交近 200 万美金，目前跟此客户的付款方式为 50%预付，余款电放提单前支付。从长期来看，我们需要在付款方式上给与客户更有力的支持。

（3）产品分析

逆变器业务虽然比去年进步明显，但还是比预期的要低，主要原因是

1）　　计划中的跟数个较大工厂的合作都陷入停滞，比如华为，山亿，需要转变思路，发展新的模式；

2）　　欧洲市场的低迷导致欧洲本土逆变器生产商也大幅度降价，市场价格竞争异常激烈；

光伏材料业务方面，上半年发展较为缓慢，存在的问题是：

CNBMUSA00024874

1）业务模式单一, 2014 年初定下了以光伏材料产品业务为主的模式,定位欧洲为主要目标市场,欧洲光伏市场的终端市场安装需求下降,我们的目标客户:组件生产商在低销售价格的压力下,对材料成本要求非常低,加大我们的销售难度.

2）客户资源开发和储备不足：新开发的客户数量少, 客户类型单一, 这样面对市场的变动时, 抵御风险能力差。

3）材料打包销售的产品开发周期长,经过初期的沟通和开发,如果客户认可我们的产品和服务,需要时间检测原材料,做认证需要 1-2 月时间,这些都是影响实现销售订单的进度.

4）对市场初期认识不足, 开发市场区域单一,欧盟光伏市场已经是需求锐减.客户积累不够,风险大.

LED 方面，我们做了大量的供应商开发工作，试图以通过与工厂代理业务合作作为切入点，但到目前为止进展缓慢，有市场形势的原因，也有我们执行力不足的原因。

（4）销售人员任务完成情况分析

| 销售人员任务完成情况分析 | | | | | |
|---|---|---|---|---|---|
| 员工 | 销售额（万元） | 部门排名 | 员工 | 利润额（万元） | 部门排名 |
| 吴佳娜 | 568415.0 | 1 | 吴佳娜 | 1573.8 | 1 |
| 陈曦 | 2895.5 | 2 | 陈曦 | 51.4 | 2 |
| 孙冰 | 1831.3 | 3 | 徐妍妍 | 31.1 | 3 |
| 洪凯 | 1449.6 | 4 | 田会杰 | 27.3 | 4 |
| 徐妍妍 | 1254.6 | 5 | 洪凯 | 23.5 | 5 |
| 田会杰 | 1047.9 | 6 | 杜威 | 20.1 | 6 |
| 赵宝奇 | 696.6 | 7 | 赵宝奇 | 19.1 | 7 |
| 杜威 | 647.5 | 8 | 陈晓磊 | 17.4 | 8 |
| 陈晓磊 | 497.6 | 9 | 李斌 | 7.4 | 9 |
| 李斌 | 242.6 | 10 | 王硕 | 5.5 | 10 |

CNBMUSA00024875

| 肖琪 | 228.9 | 11 | 马海微 | 5.0 | 11 |
| 马海微 | 226.6 | 12 | 肖琪 | 4.1 | 12 |
| 王硕 | 109.0 | 13 | 孙冰 | (212.2) | 15 |

（5）成本费用分析

| 时间 | 4月 | 5月 | 6月 | 7月 | 8月 | 9月 | 费用合计 | 当月费用比例 |
|---|---|---|---|---|---|---|---|---|
| 职工薪酬 | 94,211.81 | 99,305.89 | 136,744.91 | 134,373.50 | 151,936.31 | 142,989.95 | 1,066,255.09 | 70.65% |
| 业务招待费 | 3,943.50 | 8,976.70 | 945.50 | 1,312.50 | 17.55 | 9,020.70 | 29,132.10 | 0.01% |
| 租赁费 | 105,448.54 | 0.00 | 0.00 | 86,400.00 | 31,539.24 | 1,679.41 | 225,067.19 | 14.66% |
| 差旅费 | 14,124.50 | 34,334.30 | 42,676.12 | 94,162.50 | 10,269.00 | 49,996.00 | 285,107.82 | 4.77% |
| 邮寄费 | 37.00 | 3,999.70 | 1,728.40 | 0.00 | 3,281.50 | 1,117.22 | 13,682.36 | 1.53% |
| 展会费 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| 广告费 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| 办公费 | 3,785.94 | 17,498.34 | 1,541.30 | 232.00 | 496.47 | 30,727.22 | 61,111.29 | 0.23% |
| 水电物业费 | 559.75 | 0.00 | 3,697.98 | 0.00 | 958.82 | 639.21 | 6,720.21 | 0.45% |
| 交通费 | 1,697.50 | 16,811.00 | 4,414.94 | 2,318.50 | 0.00 | 2,339.50 | 27,947.44 | 0.00% |
| 通讯费 | 13,855.44 | 3,482.24 | 2,493.65 | 2,013.85 | 2,380.64 | 2,236.62 | 29,288.72 | 1.11% |
| 会议咨询费 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| 服务费 | 7,779.75 | 22,972.51 | 0.00 | 13,526.02 | 0.00 | 10,588.34 | 61,056.12 | 0.00% |
| 折旧修理费 | 626.38 | 626.38 | 658.64 | 658.64 | 658.64 | 600.72 | 5,671.26 | 0.31% |
| 其他 | 60,027.85 | 221,778.25 | -94,483.30 | 18,098.59 | 13,529.26 | 10,365.12 | 303,431.91 | 6.29% |
| 费用总计 | 306,097.96 | 429,785.31 | 100,418.14 | 353,096.10 | 215,067.43 | 262,300.01 | 2,114,471.51 | 100.00% |

偏差原因：

根据年初预算，业务招待费已经超标，其中有8000多是计划外报销不应计算在预算内，但综合看还是偏高，需要重点控制。

出差费用偏高，主要是验货出差过多，原因在于我部门验货都是销售人员自己验货，不能由公司在各地的检验人员验货。第三季度已经逐渐开始由供应链检验。

通讯费也偏高，主要原因是4月份有14000多的网络费用计入通讯费。

交通费用里大部分也都是不应计入的计划外报销费用。

Confidential

CNBMUSA00024876

（三）、业务过程数据分析（7月1日-10月1日）

| 员工 | 发送邮件数 | | 收邮件数 | | 客户录入数 | | 收到询盘数 | | 询盘回复数 | | 新产品录入数 | | 新成交客户数 | | 新增热联客户数 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 姓名 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 | 业务员 | 审核 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

Confidential

CNBMUSA00024877

（四）、海关出口数据分析（市场份额分析、标杆企业分析）

该项为月度例会中必须向总经理汇报项

统计时间：2014 年 1 月 1 日 —— 2014 年 8 月 30 日

出口商品名称：

单位：万/美元　（该排名请以金额为准）

1）综合排名

| 名次 | 企业名称 | 金额美元 |
|------|---------|---------|
| 1 | 天合 | 947095275 |
| 2 | 阿特斯 | 880865527 |
| 3 | 英利 | 837977702 |
| 4 | 晶澳 | 809331013 |
| 5 | 昱辉 | 533226268 |
| 6 | 晶科 | 532338966 |
| 7 | 韩华 | 488154895 |
| 8 | 京瓷 | 333234669 |
| 9 | 比亚迪 | 226701791 |
| 10 | 正泰 | 217152631 |

2）贸易商排名

| 名次 | 贸易商 | 金额 |
|------|-------|------|
| 1 | 晶科 | 352105225 |
| 2 | 中建材 | 81236828 |
| 3 | 申航 | 66535996 |
| 4 | 江苏汇鸿 | 24422894 |
| 5 | 新宁 | 19829208 |
| 6 | 万向 | 19100115 |
| 7 | 信兴 | 11186790 |

Confidential

| 8 | 日通 | 10416131 |
| 9 | 舜天 | 10045602 |
| 10 | 中外运 | 10036373 |

3) 美国

| 企业 | 金额 |
| --- | --- |
| 天合 | 392124541 |
| 阿特斯 | 322414688 |
| 晶科 | 191661184 |
| 英利 | 161635351 |
| 比亚迪 | 101074487 |
| 晶澳 | 77606672 |
| 中建材 | 71084401 |
| 泰通（泰州） | 60139844 |
| 韩华 | 45578208 |
| 昱辉 | 41294588 |

4) 英国

| 企业 | 金额 |
| --- | --- |
| 英利 | 115327570 |
| 晶澳 | 73366331 |
| 天合 | 47488283 |
| 晶科 | 41591820 |
| 正泰 | 34383880 |
| 尚德 | 33167745 |
| 昱辉 | 31671612 |
| 阿特斯 | 30808209 |
| 浚鑫 | 21360387 |

5) 德国

| 企业 | 金额 |
| --- | --- |

Confidential

| 英利 | 44031482 |
|------|----------|
| 旺能 | 32651136 |
| 晶澳 | 26536343 |
| 光为 | 8591070 |
| 亿晶 | 7931387 |
| 茂迪 | 6893477 |
| 核新 | 6794098 |
| 晶科 | 5454135 |
| 天合 | 4824998 |
| 贝立德 | 2945172 |

6）日本

| 企业 | 金额 |
|------|------|
| 晶澳 | 381440362 |
| 京瓷 | 333234669 |
| 阿特斯 | 290611399 |
| 天合 | 282800559 |
| 韩华 | 265654413 |
| 英利 | 251913213 |
| 锦州锦懋 | 156587140 |
| 昱辉 | 133773836 |
| 正信 | 77634803 |
| 尚德 | 66475545 |

## （五）、其它补充分析

分析 1：坏账与长期遗留问题

CNBMUSA00024880

分析 2：老客户订单金额和新客户订单金额

　　由于市场变化比较大，我们今年大部分的客户都是新开发，老客户订单金额比例在 10%以内。

分析 3：供应商分析

**英利**：英利绿色能源控股有限公司是一家全球领先的太阳能公司，也是全球首家拥有完整产业链的光伏组件制造商之一。 2013 年，英利的实际发货量达 3GW 左右。

合作方向除了贸易方面，由于英利在欧洲，美国，日本等市场有丰富的光伏行业客户资源，订单需求，但需要更多的资金支持，我们会继续利用我们的信贷优势，跟英利以代理出口的模式展开合作；

**晶科**：晶科也是一家在美国上市的全球一线太阳能制造商，晶科今年第二季度率先实现了净利润转正，是目前光伏行业里业务模式较好，财务状况最健康的企业.

分析 4：资金池使用说明（回款情况-超期回款金额、使用额度情况、占压利息情况）

## 四、 风险分析（信保可损和索赔情况）

（注：列出对典型事件的分析、措施和经验教训）

## 五、 员工管理

1、 员工流动情况（入职、离职）

离职人员包括刘阳、方静、倪丹、吴晗、刘立媛和陈曦，入职人员有：肖琪，马海微。

2、 培训开展

| 培训名称 | 培训时间 | 培训讲师 |
|---|---|---|
| 如何给客户报价 | 2014.3.21 | 陈晓磊 |
| 产品知识培训 | 2014.3.21 | 洪凯 |
| 光伏电站项目的财务评价 | 2014.4. 10 | 孙劲鹏 |
| 突破自我，做最好的自己 | 2014.4.11 | 陈晓磊 |
| 订单操作流程 | 2014.5.16&2014.7.3 | 梁若冰 |

Confidential
CNBMUSA00024881

| 出口订单操作出现的问题总结 | 2014/7/3 | 颜姝 |
|---|---|---|
| 出口业务相关操作流程及制单要点 | 2014/7/11 | 吕阳 |
| 风险控制的自我管理 | 2014.8.18 | 吴佳娜 |

## 六、 下季度工作目标及实现措施

单位：万元/人民币

| 经营指标 | 累计目标 | | 年度规划目标（全年） | 完成比例（累计） |
|---|---|---|---|---|
| | 实际完成 | 下季度预估 | | |
| 销售额 | 97,900.18 | 7900.00 | 71,636.00 | 148% |
| 利润 | 1,803.00 | 150.00 | 825.00 | 237% |
| 资金占压额度 | | | | |
| 签订订单数量(个) | | | | |
| 新成交客户(个) | | | | |
| 新开发供应商(个) | | | | |

### 具体措施说明：

### a、 本季度具体人员任务分配情况

| 下季度预算 | | |
|---|---|---|
| 人员 | 销售额 | 利润额 |
| | 万元 | 万元 |
| 吴佳娜 | 5000 | 78 |
| 徐妍妍 | 500 | 18 |
| 孙冰 | 200 | 5 |
| 田会杰 | 100 | 3 |
| 杜威 | 200 | 8 |
| 赵宝奇 | 500 | 10 |
| 陈晓磊 | 300 | 8 |
| 李斌 | 100 | 3 |
| 王硕 | 900 | 15 |
| 马海微 | 50 | 1 |
| 肖琪 | 50 | 1 |
| 合计 | | |

### b、 具体落地措施说明

**组件**方面，针对欧洲的情况，我们正在积极建立欧洲仓库，首

Confidential

CNBMUSA00024882

批英利 1MW+2.6MW 库存已经出运，随后还会与工厂合作建立更多的库存，这对我们的基础业务是非常有力的支持，其中 2.6MW 库存已经全部完成销售，1MW 英利组件卖出去了三分之一。我们力争下半年激活老客户，发展更多新客户。

除了继续维持传统市场外，将更多的精力投入到开发新兴市场，如英国、荷兰等国家。英国今年已经成为欧洲安装量第一的市场，我们要借助逐步扩大的欧洲仓库规模，更多的发展新市场和新客户。在英国市场，我们经过长期考察，与当地的两名英国人签订了独家代理协议，他们对于英国市场的政策和发展趋势非常熟悉，在当地有很广的人际关系网络，前面所述 BG 和 LARK  ENERGY 就是他们所开发。

另外我们还开发了一些较有潜力日本客户，如 WWB 和 INFINI  JAPAN  SOLAR，第二季度已经开始出货。其中 INFINI JAPAN SOLAR 第二季度出货约 3MW，第三季度出货大约 4MW。

**光伏材料**方面：经过前半年的铺垫工作，一些潜在客户如波兰和土耳其客户有较大的成交可能性。下半年计划大力开发东欧和北美光伏市场，另外，创新业务模式,比如和国内知名组件厂:YINGLI 等联合建立与欧洲组件厂的 OEM 形式合作,借助大牌组件的知名度和已有的市场份额,规避反倾销,既能拉动原材料的销售,也能扩大与稳定和组件工厂客户的长期合作.

**逆变器**方面，通过与 BG 和 LARK 的合作模式，用打包供应的

CNBMUSA00024883

形式，来规模的扩大逆变器产品的销售；加强与 GROWATT 的进一步合作，比如像 OMNISUN 这类客户，同时分析了更多的出口数据，第三季度接触更多的中国出口商。

**代理业务：** 今年到目前为止销售额总计 7.3 亿，目前代理业务处于暂停状态，原因是美国针对大陆和台湾光伏产品的第二次双反后原有模式需要改变。正在讨论出口日本的具体细节，预计本月可以开始执行。

七、 对公司管理及各部门管理的建议和要求

八、 **职能点评**（由相关财务人员和物流人员点评业务部门的问题与建议）

 a) **财务点评（点评人：郝佳忻 ）**

 **发现的业务问题**

 1.1-9 月共产生毛利 1759 万元，其中属于部门利润是 1665 万元，而且全部是和英利合作的大订单，部门订单占据部门利润的95%。剩余 18 个订单只产生了 46.5 万元的利润，合同的毛利还不到1%。2.SAAF1114013 是库存合同报关出口，但是收款却没收在该合同项下，而是将收款分别认领到其余的 9 个合同号项下，然后再将这个 9 个合同的收款线上调账调整至该合同号项下。3.截止到 9 月份，该部门有八个合同是属于部门核算的订单,但是业务在建立订单的时候却没有标记这些合同是核算到部门的,导致后期要手工修改帐套里面该合同号项下的全部部门编码，非常浪费时间，而且还会造成核算

CNBMUSA00024884

个人利润时个别人员利润偏高的情况。

需要改进的方面

1.可见该部门除了英利这个客户之外，其他合作客户的毛利还是比较低的，部门的主要精力还是放到了大订单上面。如果能在其他出口产品上提高销售毛利率，该部门利润还会有大幅度提升的空间。

2.正确地进行收款认领是应当注意的一点，否则还要进行调账，浪费人力物力，而且导致订单项下的收款记录也不准确，不方便以后查询。

3.建立订单时注意核算单元的选择，注意区分不同模式订单的建立方式。

日常总结的问题

认证发票的时候请注意：属于进口和内贸业务的运费和检测费增值税专用发票是可以认证抵扣税金的。

b) 物流点评（点评人：王晓鹏、张春花 ）

主要需注意：

1 明确工厂回传合同后是给业务或者客户经理 直接上挂系统 不用发物流主管

2 合同提请审批后 请挂 SC EXCEL 版本为附件 订舱时需要

3 提请订舱中 分清 送货到港 异地装箱 自提自装 这三个概念

4 订舱后选中代理 船期 航期 价格均可在询价中看到 不用依次询问"

张春花   刚刚接触，基本沟通顺畅，业务偏向于先联系代理留

CNBMUSA00024885

**仓位，并且有的时候认为不用询价直接找代理订舱就行**

### 海外\*\*公司\*月经营分析报告

**i.    经营目标达成情况分析**

（单位：万元）

| 经营指标 | 累计达成情况 | 年度预算目标 | 完成比例% |
|---|---|---|---|
| 销售额 | | | |
| 利润 | | | |
| 人均利润额 | | | |
| 资金占压利息 | | | |
| 签订订单数量（个） | | | |
| 新成交客户（个） | | | |
| 新开发供应商（个） | | | |

业务统计数据与财务数据差异金额及原因

**二、实际累计费用明细**

CNBMUSA00024886

| 科目 | 第一季 | 第二季 | 第三季 | 第四季 | 2014年<br>实际费用合计 | 2014年<br>预算费用 | 实际费用占比 |
|---|---|---|---|---|---|---|---|
| 销售间接费用 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | |
| 展览费 | | | | | 0.0 | | |
| 广告及业务宣传费 | | | | | 0.0 | | |
| 职工薪酬 | | | | | 0.0 | | |
| 业务经费 | | | | | 0.0 | | |
| 业务招待费 | | | | | 0.0 | | |
| 国内差旅费 | | | | | 0.0 | | |
| 国外差旅费/涉外费 | | | | | 0.0 | | |
| 办公费 | | | | | 0.0 | | |
| 租赁费+物业费 | | | | | 0.0 | | |
| 通讯费 | | | | | 0.0 | | |
| 邮寄费 | | | | | 0.0 | | |
| 市内交通费 | | | | | 0.0 | | |
| 其它 | | | | | 0.0 | | |
| 管理费用 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | |
| 折旧费 | | | | | 0.0 | | |
| 咨询费 | | | | | 0.0 | | |
| 会议费 | | | | | 0.0 | | |
| 部门费用分摊 | | | | | 0.0 | | |
| 其它 | | | | | 0.0 | | |
| 财务费用小计 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | |
| 资金占压利息 | | | | | 0.0 | | |
| 利息支出 | | | | | 0.0 | | |
| 其它 | | | | | 0.0 | | |

## 费用明细

■展览费

■广告及业务宣传费

■职工薪酬

■业务经费

■业务招待费

■国内差旅费

■国外差旅费/涉外费

■办公费

■租赁费+物业费

■通讯费

■邮寄费

■市内交通费

■其它

Confidential

CNBMUSA00024887



费用明细. xls

（若以上实际费用分析表格打不开，可用此链接表格进行编辑）

**三、重点工作汇报（业务部门视具体情况希望向领导汇报的内容）**

CNBMUSA00024888