



Home 》 News

OKorder Manages Millions of Global Transactions with IBM Commerce

From： Time：2015-05-13

【 Print 】





On May 11, IBM announced its collaboration with CNBM's OKorder. com, China's leading B2B online commerce exchange that serves thousands of suppliers and buyers around the world, to deliver a seamless experience regardless of borders.

CONTEMPT
Exhibit 164

Based in Beijing, Okorder.com is a leading provider of building materials, equipment products and services. It facilitates millions of online transactions worth more than US$1.9 billion in 2014 alone. With IBM Commerce, OKorder is now able to use analytic insights to better detect business risk such as a delayed shipment and determine what actions to take, or a supplier not meeting the terms of the contract and provide what measures to take to address the situation.

Okorder.com will now be able to manage risk by integrating its overseas warehouses and logistics system (Okorder has built overseas warehouses to store building materials in its main global market) to keep track of the status of contracts. This will generate insights to assess and alert CNBM of any business risks, improve supply chain efficiency, provide complete visibility to better manage supplier intelligence, processes, spending while reducing risks to its global operations and maintain -- if not improve -- its margins.

Jinsong Zhang, Deputy General Manager of CBMIE, Board Chairman and General Manager of CNBM International and President of Okorder.com said, "Global Commerce and trade is at an inflection point where boundaries are no longer a factor to truly scale and have a global presence. But with that, comes the responsibility to deliver a seamless experience for clients. With this collaboration with IBM, CNBM International can better position themselves in this evolving market to not only manage risk across the supply chain but deliver the experience customers now expect regardless of borders."

Yue Huang, General Manager of IBM Commerce said, "IBM is all about helping valuable brands capture the opportunity in this new era of global commerce. Okorder.com realized this opportunity using a deeper level of audit compliance process control to respond to changing market demands while effectively reducing business risk to ensure a flawless buyer experience for its customers."

Copyright 2000-2009 CNBM International. All Rights Reserved.
Designed and constructed by Chinabmb.com