<u>Partial Translation of CBMIE00029535-29554</u>

<u>CBMIE00029535</u>

**Investigation Report on the International Corporation**

I. Basic Information of the Enterprise

(I) Basic information

Name of the company: CNBM International Corporation

Date of establishment: August 17th, 2004

Legal representative: Jinsong Zhang

General manager: Jinsong Zhang

Registered capital: RMB 300,956,900 Yuan

Address of the company: 17th floor, Zhuyu Business Center Building No. 4, No. 9 South Shouti Road, Haidian District, Beijing

(II) History and changes

CNBM International Corporation (abbreviated as "CNBM International") was established in 2004, is a controlled subsidiary of CNBM Import & Export Company, and is an important enterprise in the logistic trade sector of CNBM Group. Since establishment, the Company's international trade business has realized leap-forward development for ten consecutive years; as of the year 2014, total assets have reached RMB 630 million, and sales have exceeded RMB 10 billion. CNBM International currently has 757 employees, including 580 employees in the headquarters. The Company has developed strategic cooperative partnership with more than a hundred domestic manufacturers, and has had good business transaction experiences in more than 160 countries and regions globally. The Company has established subsidiaries and offices in eight countries all over the world, established 12 overseas warehouses, gradually promoted the "localization" operational strategy, and made an important step in the globalization process. Its

---

CONTEMPT
Exhibit 165

CNBMUSA: Exhibit 600

Okorder website (www.okorder.com) is a comprehensive service platform for international trade, which is based on CNBM International's brand and resources.

**CBMIE00029536**

the ideas of the modern service industry, and the integration of supply chain.

…

- In 2004

August 2004      Registered and established CNBM International Trade Company

October 2004      Registered and established "CNBM International Dubai Office," an overseas office of CNBM International Trade Company

- In 2005

August 2005      Introduced the Client Relationship Management (CRM) system, and made the first step in the informatization of enterprise management

- In 2006

October 2006      Registered and established an overseas subsidiary, "CNBMUSA Corporation"

- In 2007

January 2007      Registered and established "CNBM International Iran Office," an overseas office

March 2007      Registered and established "CNBM International Russia Company," an overseas subsidiary

June 2007      Registered and established "CNBM International Saudi Arabia Company," an overseas branch company

December 2007    CNBM International achieved an annual trade volume of RMB 760 million

- In 2008

**CBMIE00029537**

April 2008         The Company successfully increased capital. The registered capital reached RMB 50 million

December 2008    CNBM International achieved an annual trade volume of RMB 1.28 billion

- In 2009

March 2009         Registered and established "Wuxi CNBM Steel Company Limited," a domestic subsidiary. CNBM International was chosen as one of the top 500 Chinese companies for informatization in 2008

December 2009    Registered and established CNBM International United Arab Emirates Company

December 2009    CNBM International achieved an annual trade volume of RMB 1.52 billion

- In 2010

May 2010             Registered and established CNBM International India Company, an overseas subsidiary

May 2010             CNBM International obtained the SGS certification and the ISO9001 Quality System Certification

December 2010    CNBM International achieved an annual trade volume of RMB 6.6 billion

- In 2011

February 2011    Officially launched the BETA version of OKORDER.COM

March 2011        Registered and established "CNBM International Vietnam Company" and "CNBM International Indonesia Company," two overseas subsidiaries

**CBMIE00029538**

June 2011        CNBM International was elected as an "A-class enterprise for tax payment credit"

December 2011    CNBM International achieved an annual trade volume of RMB 12.7 billion

- In 2012

March 2012        Registered and established CNBM International Ukraine Company

November 2012    CNBM International signed an agreement on green channel for tax rebate with State Administration of Taxation, Beijing Bureau

December 2012    The OKORDER.COM project was approved as a pilot project for modern service industry in Zhongguancun National Innovation Demonstration Zone

December 2012    CNBM International's rating at the customs increased from B-level enterprise to A-level enterprise

- In 2013

March 2013        Officially launched online order-making service and realized the online operation of orders

July 2013        Dubai Logistics Park was officially put into operation

November 2013    Officially launched the website for OKORDER Steel

- In 2014

July 2014            The Netherlands (Europe) overseas warehouse was put into operation

September 2014    OKORDER.COM introduced the IBM cloud computation service and initiated the "cloud" era for domestic cross-boarder e-commerce

November 2014    Overseas warehouses in Russia, Chile, and Brazil were put into operation

**CBMIE00029539**

December 2014    CNBM International earned the honor certificate at the customs as an AA-level enterprise

(III) Information on its equity

The International Corporation is a third-tier enterprise of the Group and has registered capital of RMB 300,956,900 as of December 31st, 2014, which includes the capital contribution of RMB 240,765,500 from the Import & Export Corporation, taking up 80% of the registered capital, and the capital contribution of RMB 60,191,400 from Beijing Yize Hainei Management Consulting Company (a joint stock limited company whose shares are held by employees), taking up 20% of the registered capital.

(IV) Information on operations

| Year | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|
| Sales revenue (in 10 thousand RMB) | 1,259,971 | 865,661 | 1,063,307 | 1,240,537 |
| Total profits (in 10 thousand RMB) | 9,985 | 1,459 | 6,708 | 6,156 |
| Net profits (in 10 thousand RMB) | 7,453 | 500 | 5,820 | 6,140 |
| Total assets (in 10 thousand RMB) | 181,945 | 176,162 | 306,825 | 390,773 |
| Total liabilities (in 10 thousand RMB) | 157,581 | 154,557 | 281,640 | 327,604 |
| Net assets | 24,364 | 21,605 | 25,186 | 63,170 |

| | | | | |
|---|---|---|---|---|
| (in 10 thousand RMB) | | | | |
| Stockholders' equity<br>(in 10 thousand RMB) | 24,364 | 21,605 | 25,186 | 63,170 |
| Return on net assets (%) | 37.73 | 2.18 | 24.87 | 13.9 |
| Return on total assets (%) | 12.39 | 8.87 | 7.98 | 4.65 |

## II. Information on the Company's Organizational Structure

**CBMIE00029540**

(I) Chart of the Company's organizational structure

…

The Company's total number of employees (including CNBM International and its subsidiary companies): 757, as of January 31st, 2015

**CBMIE00029541**

(II) Institutional set-up and division of responsibility in the Company's headquarters

| Responsible Department | Person in charge of the Department | Number of Employees | Responsibilities |
|---|---|---|---|
| … | … | … | … |
| Legal Department | Shaojun Zhang | 3 | Take charge of the Company's legal consulting management and litigation management |
| … | … | … | … |

**CBMIE00029543**

## III. Information on the Company's Leadership Team

(I) Personnel in the Company's major administrative and decision-making bodies

5 members on the board of directors: Jinsong Zhang, Jiwei Wu, Yanmin Zhao, Chaomei Pu[1], Xinhua Wang.

3 members on the supervisory committee: Lihe Wang, Shanshan Liu, Man Wang

5 members on the executive meeting of the general manager: Jinsong Zhang, Xuchu Cao, Tong Liu, Xinhua Wang, Jifeng Shi

…

---

[1] Or "Chaomei Piao"

Country trade company situation report

Enterprise basic information (1) basic information

Corporate name: Building materials international trade limited company tenable date: On August 17, 2004

Legal representative: General Manager Zhang Jinsong: Zhang Jinsong

Registered capital: 30,095.69 ten thousand Yuan company residence: Beijing Haidian District Shouti South No. 9 subject business center No. 4 building 17

Historical evolution. The exhibition the building materials international trade limited company (i.e. "building materials country trade") was founded in 2004, was the building materials group import-export company's holding subsidiary company, the Chinese building materials group physical distribution trade tectonic plate's key business. Had been established since the company, foreign trade service realizes the leap frog development consecutively for ten years, will cut off in 2014 the property to reach 630 million, sales volume over 10 billion. Building materials country trade currently has the staff 757 people, this personnel 580 people. Already with the domestic more than hundred manufacturer development partnerships of strategic cooperation, has established the good business contact with global more than 160 countries and regions. Has set up the subsidiary company and office in the global eight countries, sets up 12 overseas warehouses, carrying out "localization" operational strategy, took important one step at the journey of globalization gradually. Yi Danwang (www.okorder.com) is the building materials country trade depends on the brand and resources, modern service idea-based and supply chain conformity comprehensive foreign trade service platform.
In 2004 in 2004.08 building materials country trade registration establishment

2004.10 building materials country trade overseas office "Chinese Building materials International Dubai Office" registration was founded in 2005

2005.08 the introduction CRM (CRM) system, steps out the enterprise management informationization first step in 2006

2006.10 overseas subsidiary company "Chinese Building materials International US Corporation" registration establishes in 2007

2007.01 overseas office "Chinese Building materials International Iran Office" registration establishes 2007.03 overseas subsidiary companies "Chinese Building materials International Russia Corporation" registration being established of

2007.06 overseas subsidiary company "Chinese Building materials International Saudi Arabia Corporation" registration establishes in the 2007.12 building materials country trade agreement year volume of trade 760 million Renminbi

In 2008 2008 04 companies successfully complete the increasing funding work, the registered capital amount to 5000 ten thousand Yuan

2008.12 building materials country trade agreement year volume of trade 1.28 billion Renminbi in 2009

2009.03 domestic subsidiary company "in Wuxi building materials steel and iron limited company" registration was established the building materials country trade to be selected 2008 year China enterprise informationization 500 strong 2009.12 China Building materials International Saudi Arabia Corporation to register being established of

2009.12 building materials country trade agreement year volume of trade 1.52 billion Renminbi in 2010

2010.05 overseas subsidiary company China Building materials International India Corporation registers to establish in the 2010.05 building materials country trade to pass the SGS authentication, obtains the ISO9001 quality system authentication

2010.12 building materials country trade agreement year volume of trade 6.6 billion Renminbi in 2011

2011.02 Yi Danwang the BETA version makes something a matter of political line 2011.03 overseas subsidiary companies officially "Chinese Building materials International Vietnam Corporation" and "Chinese Building materials International Indonesia Corporation" registration establishment

2011.06 the building materials country trade was evaluated "tax payment credit A level enterprise" in 2011.12 building materials country trade agreement year volume of trade 12.7 billion Renminbi

In 2012 2012.03 Chinese Building materials International Ukraine Corporation register the establishment

2012.11 the building materials country trade and Beijing national tax sign green tax reimbursement channel protocol 2012.12 Yi Danwang the project to attain the batch of Zhongguan Village country independent innovation model district modern service pilot programs

2012.12 the building materials country trade is climbed to A kinds of enterprises by B kinds of enterprises in the customs rating in 2013

2013.03 the online system makes something a matter of political line only officially, realizes the order form online operation 2013.07 Dubai physical distribution gardens to put into service officially

2013.11 the easy single steel and iron net to make something a matter of political line officially in 2014

2014.07 Holland (Europe) overseas warehouse puts into service 2014.09 Yi Danwang to use the IBM cloud computing service, opening domestic interstate electricity

business "cloud" time

2014.11 Russian, Chilean and Brazilian overseas warehouse puts into service in the 2014.12 building materials country trade to receive the customs AA kind of enterprise certificate

(3) Property rights situation

The country trade company for group third-level enterprise, cut off on December 31, 2014 the registered capital is 30,095.69 ten thousand Yuan. And, import-export company contributes 24,076.55 ten thousand Yuan, accounts for the registered capital 80%; The Beijing easy Ze within the four seas management consultancy joint-stock company (this company for limited liability company that staff owns stocks) to contribute 6,019.14 ten thousand Yuan, accounts for the registered capital 20%.
Operating condition year

In 2011

In 2012

In 2013

In 2014

Sales revenue (ten thousand Yuan)

1,259,971

865,661

1,063,307

1,240,537

Gross profit (ten thousand Yuan)

9,985

1,459

6,708

6,156

Net profit (ten thousand Yuan)

7,453

500

5,820

6,140

Gross asset (ten thousand Yuan)

181,945

176,162

306,825

390,773

Total liabilities (ten thousand Yuan)

157,581

154,557

281,640

327,604

Net assets (ten thousand Yuan)

24,364

21,605

25,186

63,170

Ownership interest (ten thousand Yuan)

24,364

21,605

25,186

63,170

Net rate of return (%)

37.73

2.18

24.87

13.9

Total assets return rate (%)

12.39

8.87

7.98

4.65

Company organizations and agencies situation

(1) The company organizes structure drawing employee total (including country trade and subordinate company) sum total: By January 31, 2015 757 people

(2) Company internal structure responsibility division of labor

Be responsible for department charges responsibility division of labor finance department Xia Qian, Cao Shuang, Zhang Tianyin 27 being responsible for the financial control work of company comprehensively, 13 is responsible for the company human resources management work including the fund management, the calculation management, the tax administration, the asset management and molecular corporate finance management and financial analysis work human resource department Wang Man, Chen Guangzhen comprehensively, contains the human resources system construction, salary and achievements management and employment advertize manages and trains the management, the staff crm management and enterprise culture management enterprise control division gate Qing Ping, Hu Xiaolong 3 be responsible for the flow management comprehensively (combs, the flow data management and monitoring and flow optimization including the flow system build and plan and flowWith informationization), corporation docking and molecular company manages, management promotion project management plan budget department Jinmei 3 to be responsible for company's budget management, planning supervisory work Yi Danwang Luo Zhenli 26 to be responsible for Yi Danwang the advancement and day-to-day administrative work executive Wang Xue, Lin Lin 10 is responsible for the work current management, the logistic management and fixed capital setting up the current management and party discipline syndicate docking business information technology company

Yang Yanming

39

Be responsible for the company informationization strategy formulation and implementation

Physical distribution department

Feng Yang, Yu Ying

31

The logistics management and Shan Zheng manage, goods generation of management and warehousing management

Investment department

Xia Qian (concurrently)

1

Be responsible for the investment management work of company

Marketing department

Zhang Jianan

5

Be responsible for the management of the product management, the client management and overseas branch mechanism

Supply chain control division

Zhou Xiangyang, Zhang Huan

21

The overall plan is responsible for the company supplier management and purchase managing and examining the management

Risk department

Gu Xiaokun

5

Be responsible for the risk project and risk daily overall plan of management and significant business management company

Ministry of law

Zhang Shaojun

3

Be responsible for company's legal consultation management and lawsuit management

Purchase department

The bear is clever

1

Be responsible for the comprehensive procurement of various commodity, equipment and office supplies comprehensively, provides the material logistics for the operation and work of company , to continue to reduce the control procurement cost, Yan Kong purchases the quality.

 Sum total

188

Be responsible for the services department

Charge

Population

Responsibility division of labor

Finishing materials services department

Yan Ping

26

Responsible governs the business development and management within scope

Metallurgical coal subsidiary company

Lang Xinlong

19

Responsible governs the business development and management within scope

Fuel subsidiary company

Zhang Wei

Page 7 CBMIE00029535

19

Responsible governs the business development and management within scope

New business development services department

Zhang Jingjing

43

Responsible governs the business development and management within scope

Plastic services department

Liu 犇

9

Responsible governs the business development and management within scope

Water supplies project services department

Yang Shichang

17

Responsible governs the business development and management within scope

Construction machinery services department

Chen Zhan

40

Responsible governs the business development and management within scope

Building materials enterprise

Wang Jing

47

Responsible governs the business development and management within scope

Building materials enterprise four

Song Jun

20

Responsible governs the business development and management within scope

Building materials enterprise two

Lu Yuan

42

Responsible governs the business development and management within scope

Photovoltaic subsidiary company

Chen Yong wisdom

33

Responsible governs the business development and management within scope

Steel products services department

Wang Lanju

72

Responsible governs the business development and management within scope

Nanning Office

Opens clear and bright

3

Responsible governs the business development and management within scope

Shanghai Office

Wu Ting

1

Responsible governs the business development and management within scope

Xiamen Office

Chen Zhenhua

1

Responsible governs the business development and management within scope

Sum total

392

Company leadership situation

(1) Company key management policy--making organ personnel compose elasis 5: Zhang Jinsong, Wu Jiwei, Zhao Yanmin, Piao Chaomei, Wang Xinhua.

Board of supervisors 3 people: Wang Lihe, Liu Shanshan, General Manager Wang Man workshop member 5 people: Zhang Jinsong, Cao Xuchu, Liu Tong, Wang Xinhua, Shi Jifeng

(2) The commercial management divides the work Chairman Zhang Jinsong concurrently general manager to be responsible for the board of directors comprehensive supervisory work and responsible enterprise managing the comprehensive supervisory work

Deputy general manager Piao Chaomei is responsible for salary, party affairs, trade union and inspection work deputy general manager Cao Xuchu being in charge of a subsidiary company business management work

Deputy general manager Liu Tong is in charge of two subsidiary company business management work Shi Jifeng the operations director to be in charge of the company functional department comprehensively, and is responsible for the operation coordinated work

Wang Xinhua wind controls the inspector general to be responsible for the company risk management work summer attractive chief financial officer being responsible for the corporate finance supervisory work comprehensively comprehensively

Operation flow situation (1) key business pattern

1st, "takes pattern first to lock the customer and sales demand by the caging", then carries on the purchase lock resource, this kind of pattern's advantage is zero stock, was been small by the risk of price fluctuations. At present the majority of services carry on the operation by this kind of business model.

2nd, the stock pattern company only uses extremely few stock patterns at present, must undergo the proof of significant service before the purchase, to keeping in stock quantity and amount carries on the limit, and requests for 3 months to return to the funds fast. Moreover rigorously screens the warehouse, carries on the supervision to stock, the periodic inventory, every month to going over the time limit to keep in stock to carry on the report, and takes the positive measure.

(2) Operation flow EMBED Visio.Drawing.11 EMBED Visio.Drawing.11

Control measure situation overall risk control content and key measure

The company since establishment continuously the risk management as the management most important, according to company's service characteristic and profession characteristic, the company has combed the node administration handbook, the comprehensive risk management handbook, by "operation flow risk", "operational management risk", "financial risk" three dimensions carries on the recognition of risk point, the thorough analysis induces the risk the factor, consummates the effective prevention and control perfectly the systemic measure, and regular appraisal guarantees the management the validity. Seeps the risk assessment node administration to various stratification planes and various links of business management.

Financial control content and key measure debt risk

Company's property ratio of debt to net worth from 2013 91% reduce 83%, current ratio and quick ratio separately from 2013 1.04 and 0.77 rise to 1.15 and 0.98, improves the debt management through the optimized business model the action, the long and short term credit capacity obtains the big promotion. The company uses the commercial credit to replace the dependancy for the bank financing, in 2014 the financial expenses will complete compared to only then 56.28%, the financial expenses will have the number to be lower than the beginning of the year to budget the number actually by far.

The trading company has light property characteristic, the business volume expansion speed is bigger than the speed that the property accumulates. The company started to improve the debt management from the second half of 2013, adopted all measures efficiency to fall the debt. First actively develops the profitability strong service, the cost control expense, creates the sufficient profit, increases the self-accumulation of enterprise earnings, the enterprise earnings first is used in the enterprise development; Next strengthens the management of the account receivable and goods in stock, control advanced payment and other limit of credit the uses, reduces the fund to occupy, thus reduces to the demand of exterior financing; Finally the change company's business model, applied for the account time to the upstream supplier, received money to the downstream customer positively, the ideal approach that after many services realized received first, pays successfully, many service unit whole year occupied without the fund.

The fund chain venture Days Sales Outstanding drops to 2014 from 2012 12.27 days 10.28 days; Rejects the Ukraine factor influence, only cash flow from 2012 - 334 million Yuan will increase to 2014 540 million Yuan.

The company has the sufficient fund reserve, the fund chain risk is controllable. Judging by fund use plan, business agency's budget drafting to the fund use was not very accurate, cut the company whole fund use efficiency. In order to strengthen the scientific nature of capital budgeting, formulates the fund use plan reasonably, the company has combed the capital budgeting flow, and with the aid of budgeting the software and internal capital pond system carries on the control to the budget, examination and use fund. Reversed the service in the former fund after the aspect, both has guaranteed the financial support to business agency, and urges

the fund order highly effective revolution of company, reduced the fund cost, effectively has guarded against the financial risk.

Judging by fund operation, to strengthen and prepay credit to the management of account receivable, the maximum degree reduction fund occupies, the risk that the guard bad account loses, our company is building the effective credit administration frame and credit administration system, through the system, flow and system, solves the customer credit appraisal, credit policy, credit specified amount as well as account receivable and prepay credit management and other aspect in the questions, should receive money the risk of recycling during the deal of sales expansion. In addition, CITIC guarantees the development of service, makes up for partial loss that the loans have not been able to recycle, to enhance the company fund's security as well as the control of fund chain risk has built a firewall.

Credit risks credit risks management main minute two major parts: Customer credit management and supplier credit administration.

1st, customer credit:
(1) the main risk point that involves manifests in: Cheat and bankruptcy.

(2) counter measures:
(1) draws support from CITIC Bulgaria, first gains the customer credit record, to prevent, once has the buyer to protest the company to take the risk of loss voluntarily. The company then introduced the China Export & Credit Insurance Corporation in 2009, thus has brought the advantageous safeguard for the customer credit risk management. The buyer has the bad payment history or rejects the payment history, we through the credit platform that CITIC guarantees, may the earliest possible time obtain the credit disclosure. The company has formulated related flow "Letter Taking care Principle Flow".
(2) company interior credit management: Through the company recent years's trade accumulation, has introduced the company customer credit data statistics mechanism, from customer background and state of operation, whether has to exceed the time limit the record and so on, divided the different credit risks rank, except the exterior safeguard that having CITIC guarantees, the company has also carried on the second customer credit control, the company according to customer's credit situation, the comprehensive all information, gives the overall assessment, determined that may carry out CITIC to guarantee in the company credit specified amount scope the credit specified amount. The company has formulated "Customer Credit Management process".
(3) the controls deliver goods: Ships out the amount control in the credit specified amount, in the process of contract verification, the order form setting up to produce earlier period, will carry on the monitoring to the customer credit remaining sum, if the credit specified amount surpasses, purchase order temporary respite, conventional product control not ultra specified amount before shipping out;
(4) trade suspension: In the implementation, agrees according to signing, from the cargo shipping out date outset computation, to the account receivable date, the ETP system will remind the receiving after dunning account receivable automatically, handles the time except the bank procedure, if the trade receivable has not arrived at the account, banking department/wind will control the department to establish

the bad account early warning to feed back, the following order form will immediately stop producing or shipping out, will carry on effective pressing for payment and following remedial treatment to the account receivable; If the selling on credit, once occurred to exceed the time limit, the customer selling on credit credit also cancels, after collecting in full the account receivable, re-evaluates. The company has formulated related flow "Letter Taking care Principle Flow" "Customer Credit Management process" "Bad account Early warning Processing Flow".

2nd, supplier credit:

(1) the main risk point that involves manifests in: The suppliers break a contract and go bankrupt

(2) counter measures:

(1) supplier admittance: With building materials country trade cooperation supplier, must first after the supply chain control division preliminary verification can input the ETP system to become effective, the supplier who only then begins using can produce the order form, then to have the transaction;

(2) after receiving goods, pays the loans: Through the loans payment time control, may effectively control the goods delivery honoring an agreement, drawing up of increment duty bill;

(3) synthesis evaluation: The product quality, the goods delivery ability, the post-sale service and later period improve ability continually, the supply chain control division will synthesize the evaluation to carry on the allocation and graduation to various suppliers, if the cooperation is ineffective, will assist its improvement, includes the object of observation; Improves ineffectively, the nightfall name list, returns.

Should receive money exceeding the time limit risk in 2014 annual order form more than 6000, the account receivable exceeds the time limit total 150, the aggregate amount is 220 million Yuan, accounts for the annual income 2.38%. But the company takes the positive measure to strengthen account receivable the receiving after dunning track and other process managements, will exceed the time limit the bad account formation rate that should receive money to fall lowly. By 2014 the bad account that because the supplier and customer violation creates, the amount only 2.66 million Yuan of actual confirmation, will account for in 2014 the annual sales revenue 0.03%. And CITIC guarantees the guarantee to pay damages 1.2 million Yuan, the enterprise actual loss is only 1.44 million Yuan.

The company implements the account time management to the account receivable, once goes beyond the company prescribed time limit to start "Account receivable Bad account Early warning Flow", surpasses for 90 days to the account receivable account age, whether regardless of exceeds the time limit, is established "bad account early warning feedback" by the finance department inspector general relevant operation department and sends the creditor's rights confirmation receiving after dunning letter to the customer. To receiving after dunning unsuccessful the customer, enters CITIC to guarantee the claim procedure.

Goods in stock falling in price risk

Through the company internal control, in 2014 has not had the mass inventory

situation, only has the few stocks, the stock periodic control in 60 days.
Counter measures: Building materials country trade's service major part picks by
the caging, therefore does not have the mass goods in stock, after minority picks
first, sells, no matter goods quantity many, the amount size, must walk the strict
examination proof, first goods in stock necessity, with sale sentences and analysis
in advance does in detail, determines the essential goods in stock, will formulate
the sales cycle to limit, once had not finished according to the sales cycle sale
of original plan, carries on the early warning start securing against loss
mechanism based on the going over the time limit stock management flow immediately,
the responsibility carries out the department to carry out the human. The company
formulates "Going over the time limit Stock management Flow".
The legal risk content and key measure currently involve this company's legal risk
mainly to have two; first, risk that the overseas customer does not pay money;
second, risk that the domestic supplier does not supply goods, but these two spots
under this year economy downward situation, appear are especially clear and need
perform to guard.

In view of risk that the overseas customer does not pay money, the measure that my
department takes mainly has:
(1) enhancement advanced payment proportion

At present my department firm decision, if the overseas customer pays money in the
TT form, the proportion that then pays in advance must reach over 30% that always
lends, reduces the risk by this;
(2) advocates the L/C payment

My department actively encourages various company departments, subsidiary companies
and customer consults, lets the customer as far as possible by the form payment of
letter of credit;
(3) actively seeks the guarantee

Many customers have the intercourse close business partner internally, my
department in many projects through letting overseas customer the form of domestic
partner guarantee, reduces own risk;
(4) positive initiative insurance

At present my department over 1 million Yuan project, will throw the insurance that
CITIC guarantees, although this will cause the project the profit to drop, but when
the risk occurred, the insurance helps my department withstand risk, and can apply
to compensate from CITIC guaranteeing place, takes back the majority of loans.
After the domestic supplier receives the loans does not supply goods, the key
measure that my department takes includes:

(1) the optimization and screening supplier, Yan Kong advanced payment proportion
my Si Weici to supplier have established the supply chain department, one of its
core responsibilities lies in optimizes, screens the supplier and carries on the
rating to it; In addition, my department strictly will also control to the advanced
payment proportion of supplier, in view of small, but not the strong private
enterprise, my department basically does not pay any advanced payment; But in view

of ample funds' state-owned business or private enterprise, my department's policy
differs from, the proportion that but as far as possible will pay in advance as a
whole reduces as far as possible;

(2) traces the supplier production schedule strictly, various departments take the
week to trace as the unit

Various my department departments will use telephone to inquire, in field and other
ways monitored the production schedule of supplier, prevents the supplier to
present the production to be inferior that anticipated or delivers the cargo first
to supply the situation occurrences of other customers.
_1234567891.vsd

_1234567892.vsd

_1234567890.vsd

--- Summary Information ---
1: 1200 PID_TITLE: Corporation and each subordinate company organizations and
agencies, personnel distribution, department establishment, leadership division of
labor and operation flow (service earlier period negotiations, sign contract and
execution), business model and control measure (risk and finance).
PID_SUBJECT:
PID_AUTHOR: Wu Tianchu PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal.dotm PID_LASTAUTHOR: cnbm PID_REVNUMBER: 2 PID_CREATE_DTM: Tue
Feb 10 13:34: 00 CST 2015 PID_LASTSAVE_DTM: Wed Feb 11 10:18: 12 CST 2015
PID_PAGECOUNT: 20 PID_WORDCOUNT: 1124 PID_CHARCOUNT: 6412 PID_APPNAME: Microsoft
Office Word PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 1200 PID_COMPANY:
PID_CATEGORY:
PID_MANAGER:
PID_PARCOUNT: 15 PID_LINECOUNT: 53 17: 7521 PID_PRESFORMAT:
PID_BYTECOUNT: 0 PID_SLIDECOUNT: 0 PID_NOTECOUNT: 0 PID_HIDDENCOUNT: 0
PID_MMCLIPCOUNT: 0 PID_SCALE: false PID_LINKSDIRTY: false 1: 1200
KSOProductBuildVer: 2052-9.1.0.4885

# 国贸公司情况调查报告

一、企业基本信息

（一）基本信息

公司名称：中建材国际贸易有限公司

成立日期：2004 年 8 月 17 日

法定代表人：张劲松

总经理：张劲松

注册资金：30,095.69 万元

公司住所：北京市海淀区首体南路 9 号主语商务中心 4 号楼 17 层

（二）历史沿革

中建材国际贸易有限公司（简称"中建材国贸"）成立于 2004 年，是中建材集团进出口公司的控股子公司，中国建材集团物流贸易板块的重要企业。自公司成立以来，外贸业务连续十年实现跨越式发展，截止 2014 年资产达 6.3 亿，销售额逾百亿。中建材国贸目前拥有员工 757 人，其中本部人员 580 人。已与国内百余家生产厂家开展战略合作伙伴关系，与全球 160 多个国家和地区建立了良好的业务往来。已在全球八个国家设立子公司和办事处，设立 12 个海外仓，逐步推行"属地化"经营策略，在全球化的征程上迈出了重要一步。旗下易单网（www.okorder.com）是中建材国贸依托品

CBMIE00029535

牌和资源，基于现代服务业理念和供应链整合的综合外贸服

务平台。

● **2004 年**

2004.08          中建材国贸注册成立

2004.10          中建材国贸海外办事处"中国建

材国际迪拜办事处"注册成立

● **2005 年**

2005.08          引进客户关系管理（CRM）系统，

迈出企业管理信息化的第一步

● **2006 年**

2006.10          海外子公司"中国建材国际美国

公司"注册成立

● **2007 年**

2007.01          海外办事处"中国建材国际伊朗

办事处"注册成立

2007.03          海外子公司"中国建材国际俄罗

斯公司"注册成立

2007.06          海外分公司"中国建材国际沙特

公司"注册成立

2007.12          中建材国贸达成年贸易额 7.6 亿

人民币

● **2008 年**

CBMIE00029536

2008 04 公司顺利完成增资工作，注册资本达到 5000 万元

2008.12 中建材国贸达成年贸易额 12.8 亿人民币

● **2009 年**

2009.03 国内子公司"无锡中建材钢铁有限公司"注册成立中建材国贸入选 2008 年度中国企业信息化 500 强

2009.12 中国建材国际阿联酋公司注册成立

2009.12 中建材国贸达成年贸易额 15.2 亿人民币

● **2010 年**

2010.05 海外子公司中国建材国际印度公司注册成立

2010.05 中建材国贸通过 SGS 认证，取得 ISO9001 质量体系认证

2010.12 中建材国贸达成年贸易额 66 亿人民币

● **2011 年**

2011.02 易单网 BETA 版正式上线

2011.03 海外子公司"中国建材国际越南

CBMIE00029537

公司"、"中国建材国际印尼公司"注册成立

2011.06　　　　　　　　中建材国贸被评为"纳税信用 A

级企业"

2011.12　　　　　　　　中建材国贸达成年贸易额 127 亿

人民币

● 2012 年

2012.03　　中国建材国际乌克兰公司注册成立

2012.11　　中建材国贸和北京国税签署绿色退税通道协

议

2012.12　　易单网项目获批中关村国家自主创新示范区

现代服务业试点项目

2012.12　　中建材国贸在海关评级由B类企业升至A类企

业

● 2013 年

2013.03　　在线制单正式上线，实现订单在线运作

2013.07　　迪拜物流园正式投入运营

2013.11　　易单钢铁网正式上线

● 2014 年

2014.07　　荷兰（欧洲）海外仓投入运营

2014.09　　易单网采用 IBM 云计算服务,开启国内跨境电

商"云"时代

2014.11　　俄罗斯、智利、巴西海外仓投入运营

2014.12    中建材国贸荣获海关 AA 类企业证书

（三）产权情况

国贸公司为集团三级企业，截止 2014 年 12 月 31 日注册资本为 30,095.69 万元。其中，进出口公司出资 24,076.55 万元，占注册资本的 80%；北京易泽海内管理咨询股份公司（该公司为员工持股的股份有限公司）出资 6,019.14 万元，占注册资本的 20%。

（四）经营情况

| 年　度 | 2011 年 | 2012 年 | 2013 年 | 2014 年 |
|---|---|---|---|---|
| 销售收入（万元） | 1,259,971 | 865,661 | 1,063,307 | 1,240,537 |
| 利润总额（万元） | 9,985 | 1,459 | 6,708 | 6,156 |
| 净利润（万元） | 7,453 | 500 | 5,820 | 6,140 |
| 资产总额（万元） | 181,945 | 176,162 | 306,825 | 390,773 |
| 负债总额（万元） | 157,581 | 154,557 | 281,640 | 327,604 |
| 净资产（万元） | 24,364 | 21,605 | 25,186 | 63,170 |
| 所有者权益（万元） | 24,364 | 21,605 | 25,186 | 63,170 |
| 净资产收益率（%） | 37.73 | 2.18 | 24.87 | 13.9 |
| 总资产报酬率（%） | 12.39 | 8.87 | 7.98 | 4.65 |

二、公司组织机构情况

                              CBMIE00029539

（一）公司组织结构图



公司员工总数（含国贸及下属公司）合计：截止 2015 年 1 月 31 日 757 人

Confidential

CBMIE00029540

## （二）公司本部内设机构职责分工

| 负责部门 | 部门负责人 | 人数 | 职责分工 |
|---|---|---|---|
| 财务部 | 夏倩、曹爽、张天银 | 27 | 全面负责公司的财务管理工作，含资金管理、核算管理、税务管理、资产管理、分子公司财务管理、财务分析工作 |
| 人力资源部 | 王漫、陈光珍 | 13 | 全面负责公司人力资源管理工作，包含人力资源体系构建、薪酬与绩效管理、招聘管理、培训管理、员工关系管理、企业文化管理 |
| 企业管理部 | 门庆平、胡晓龙 | 3 | 全面负责流程管理（含流程体系搭建与规划、流程梳理、流程数据管理及监控、流程优化与信息化）、总公司对接与分子公司管理、管理提升项目管理 |
| 规划预算部 | 金玫 | 3 | 负责公司的预算管理、规划管理工作 |
| 易单网 | 罗振立 | 26 | 负责易单网的推进与日常管理工作 |
| 行政部 | 王雪、林琳 | 10 | 负责办公日常管理、后勤管理、固定资立日常管理、党纪律工团对接事务 |
| 信息技术公司 | 杨燕明 | 39 | 负责公司信息化战略制定与实施 |
| 物流部 | 冯洋、于颖 | 31 | 物流管理、单证管理、货代管理、仓储管理 |
| 投资部 | 夏倩（兼） | 1 | 负责公司的投资管理工作 |
| 市场部 | 张嘉楠 | 5 | 负责产品管理、客户管理、海外分支机制的管理 |
| 供应链管理部 | 周向阳、张桓 | 21 | 统筹负责公司供应商管理、采购管理、检验管理 |
| 风险控制部 | 谷晓坤 | 5 | 负责公司的风险体系建设、风险日常统筹管理、重大业务管理 |
| 法务部 | 张绍均 | 3 | 负责公司的法务咨询管理、诉讼管理 |
| 采购部 | 熊颖敏 | 1 | 全面负责各种物资、设备、办公用品的综合性采购，为公司的运营和办公提供物资 |

CBMIE00029541

|  |  |  | 保障，持续降低控制采购成本，严控采购质量。 |
|---|---|---|---|
| 合计 |  | 188 |  |

| 负责事业部 | 部门负责人 | 人数 | 职责分工 |
|---|---|---|---|
| 装饰材料事业部 | 颜萍 | 26 | 负责所辖范围内的业务开发与管理 |
| 冶金煤分公司 | 郎信龙 | 19 | 负责所辖范围内的业务开发与管理 |
| 燃料分公司 | 张伟 | 19 | 负责所辖范围内的业务开发与管理 |
| 新业务开发事业部 | 张晶晶 | 43 | 负责所辖范围内的业务开发与管理 |
| 塑料事业部 | 柳犇 | 9 | 负责所辖范围内的业务开发与管理 |
| 水务工程事业部 | 杨世长 | 17 | 负责所辖范围内的业务开发与管理 |
| 建筑机械事业部 | 陈瞻 | 40 | 负责所辖范围内的业务开发与管理 |
| 建材事业一部 | 王晶 | 47 | 负责所辖范围内的业务开发与管理 |
| 建材事业四部 | 宋军 | 20 | 负责所辖范围内的业务开发与管理 |
| 建材事业二部 | 吕远 | 42 | 负责所辖范围内的业务开发与管理 |
| 光伏分公司 | 陈勇智 | 33 | 负责所辖范围内的业务开发与管理 |
| 钢材事业部 | 王兰菊 | 72 | 负责所辖范围内的业务开发与管理 |
| 南宁办事处 | 张明洁 | 3 | 负责所辖范围内的业务开发与管理 |
| 上海办事处 | 吴婷 | 1 | 负责所辖范围内的业务开发与管理 |
| 厦门办事处 | 陈振华 | 1 | 负责所辖范围内的业务开发与管理 |
| 合计 |  | 392 |  |

CBMIE00029542

三、公司领导层情况

（一）公司主要管理决策机构人员组成

董事会成员 5 名：张劲松、武吉伟、赵延敏、朴超美、王新华。

监事会 3 人：王立鹤、刘珊珊、王漫

总经理办公会成员 5 人：张劲松、曹旭初、刘彤、王新华、师继锋

（二）公司领导分工

张劲松　董事长兼总经理　负责董事会全面管理工作、负责企业经营全面管理工作

朴超美　副总经理　　　负责薪酬、党务、工会、纪检工作

曹旭初　副总经理　　　分管一分公司业务管理工作

刘彤　　副总经理　　　分管二分公司业务管理工作

师继锋　运营总监　　　全面分管公司职能部门，并负责运营协调工作

王新华　风控总监　　　全面负责公司风险管理工作

夏倩　　财务总监　　　全面负责公司财务管理工作

四、业务流程情况

（一）主要业务模式

1、"以销定采"模式

　　即先锁定客户和销售需求，再进行采购锁定资源，这种
模式的好处是零库存，受价格波动的风险小。目前大部分业
务均是以这种业务模式进行操作的。

　　2、库存模式

　　公司目前仅采用极少量库存模式，在采购之前要经过重
大业务的论证，对库存数量和金额进行限制，并要求 3 个月
内快速回款。而且严格筛选仓库，对库存进行监管，定期盘
点，每月对超期库存进行汇报，并采取积极措施。

　　（二）业务流程

# 出口业务流程





CBMIE00029546

# 内贸业务流程



CBMIE00029547

五、管控措施情况

（一）整体风险管控内容及主要措施

公司自建立以来一直将风险管理作为管理的重中之重，依照公司的业务特点和行业特点，公司梳理了节点管理手册，全面风险管理手册，以"业务流程风险"，"运营管理风险"，"财务风险"三个维度进行风险点的识别，深入分析诱发风险的因素，健全完善有效防控的制度措施，并定期评估确保管理的有效性。将风险评估节点管理渗透到企业管理的各层面、各环节。

（二）财务管控内容及主要措施

### 债务风险

公司的资产负债率从 2013 年的 91%降低到 83%，流动比率和速动比率分别从 2013 年的 1.04、0.77 上升到 1.15 和0.98，通过优化业务模式、加强债务管理的举措，长短期偿债能力都得到较大的提升。公司使用商业信用代替对银行融资的依赖，2014 年财务费用完成比只有 56.28%，财务费用实际发生数远远低于年初预算数。

贸易公司具有轻资产的特性，业务规模的扩张速度大于资产积累的速度。公司从 2013 年下半年开始加强了债务管理，采取各项措施增效降债。首先积极开拓盈利能力强的业务，控制成本费用，创造充足的利润，增大企业盈余的自我积累，企业盈余优先用于企业发展；其次加强应收账款、存

CBMIE00029548

货的管理，控制预付款等信用额度的使用，减少资金占压从
而减少对外部融资的需求；最后改变公司的业务模式，向上
游供应商申请账期，向下游客户积极收款，很多业务成功实
现了先收后付的理想模式，很多业务单元全年无资金占压。

### 资金链风险

公司应收账款周转天数从 2012 年的 12.27 天降至 2014
年的 10.28 天；剔除乌克兰因素影响，净现金流从 2012 年
的-3.34 亿元增加至 2014 年的 5.4 亿元。 公司具有充足的
资金储备，资金链风险可控。

从资金使用计划情况来看，业务部门对资金使用的预算
编制不够准确，降低了公司整体的资金使用效率。为了加强
资金预算的科学性，合理编制资金使用计划，公司重新梳理
了资金预算流程，并且借助预算软件和内部资金池系统对资
金的预算、审批、使用进行控制。扭转了业务在前资金在后
的局面，既保证了对业务部门的资金支持，又促使公司的资
金有序高效的运转，降低了资金成本，有效防范了财务风险。

从资金运营情况来看，为了加强对应收账款和预付账款
的管理，最大程度地减少资金占压，防范坏账损失的风险，
我公司正在搭建有效的信用管理框架与信用管理系统，通过
制度、流程与系统，解决客户信用评价、授信政策、授信额
度以及应收账款和预付账款管理等方面的问题，在扩大销售
的同时有效防范应收款回收的风险。此外，中信保业务的开

CBMIE00029549

展，弥补了货款无法回收的部分损失，为提高公司资金的安全性以及控制资金链风险搭建了一道防火墙。

### 信用风险

信用风险管理主要分两大部分： 客户信用管理及供应商信用管理。

1、客户信用：

（1）涉及的主要风险点体现在：欺诈、破产。

（2）应对措施：

①借助中信保，第一时间获取客户信用记录，以防止一旦发生买方拒付公司自行承担损失的风险。公司在 2009 年便引入了中国出口信用保险公司， 从而为客户信用风险管理带来了有利的保障。买方有不良付款记录或者拒绝付款记录的，我们通过中信保的信用平台，可以第一时间获得资信的披露情况。公司制定了相关流程《信保管理流程》。

②公司内部授信管理：通过公司近几年的贸易积累， 已经建立了公司内部的客户资信数据统计机制， 从客户背景、经营状况、是否有逾期记录等， 划分出不同的信用风险级别，除有中信保的外部保障，公司内部还进行了第二次客户信用管控，公司根据客户的资信情况，综合各方信息，给出综合评估，确定一个可执行中信保公司授信额度范围内的授信额度。公司制定了《客户授信管理流程》。

③控制发货：发运金额控制在授信额度内， 在合同审

核的过程中，订单排产前期，会对客户授信余额进行监控，如果授信额度超出，采购订单暂缓执行，常规产品控制在发运前不超额度；

④贸易暂停：在执行过程中的，按照签约约定，从货物发运日起始计算，到应收账款日，ETP 系统会自动提醒催收应收账款，除去银行手续办理时间，如果应收货款还未到账，业务部/风控部会建立坏账预警反馈，后续订单立即停止生产或发运，对应收账款进行有效的催款及后续的补救措施；如果是赊销的，一旦发生逾期，客户赊销授信同时取消，待收齐应收账款后，重新评估。公司制定了相关流程《信保管理流程》《客户授信管理流程》《坏账预警处理流程》。

2、供应商信用：

（1）涉及的主要风险点体现在：供应商违约、破产

（2）应对措施：

①供应商准入：与中建材国贸合作的供应商，必须先通过供应链管理部初步审核之后才能录入 ETP 系统生效，只有启用的供应商才能生成订单、进而发生交易；

②收货后支付货款：通过货款支付时间的控制，可以有效的控制货物交付的履约，增值税票据的开具；

③综合评定：产品质量、货物交付能力、售后服务、后期持续改善能力，供应链管理部会综合评定给各供应商

进行打分、分级， 如果合作不力， 会协助其改善，列入观
察对象； 改善不力的， 入黑名单、清退。

## 应收款逾期风险

2014 年全年订单 6000 余笔，应收账款逾期共计 150 笔，
总金额为 2.2 亿元，占全年收入的 2.38%。但是公司采取积
极措施加强应收账款的催收跟踪等过程管理，将逾期应收款
的坏账发生率降到最低。截止 2014 年由于供应商和客户违
约造成的坏账，实际确认的金额仅 266 万元，占 2014 年全
年销售收入的 0.03%。其中中信保担保赔付 120 多万元，企
业实际损失仅为 144 万元。

公司对应收账款实行账期管理，一旦超过公司规定期限
即启动《应收账款坏账预警流程》，对应收账款账龄超过 90
天，无论是否逾期，由财务部门监督相关业务部门建立"坏
账预警反馈"并向客户发债权确认催收函。对催收未果的客
户，进入中信保索赔程序。

## 存货跌价风险

通过公司内部控制， 2014 年未发生大批量库存情况，
仅有少量库存，库存周期控制在 60 天。

应对措施：中建材国贸的业务绝大部分是以销定采，所
以没有大批量的存货，少数的先采后销的不论货量多少、金
额大小，都是要走严格的审批论证，先把存货的必要性， 和
销售的预判和分析做详细，确定必要存货的，也会制定销售

周期限制，一旦未按原计划的销售周期销售完毕，依据超期库存管理流程立即进行预警启动止损机制，责任落实到部门落实到人。公司制定《超期库存管理流程》。

（三）法律风险内容及主要措施

目前涉及到本公司的法律风险主要有两个，一是国外客户不付款的风险，二是国内供应商不供货的风险，而这两点在今年经济下行的形势下，显得尤为突出并需要加以防范。

**针对国外客户不付款的风险，我司采取的措施主要有：**

（1）提高预付款比例

目前我司硬性规定，如果国外客户是以 TT 形式付款，那么预付款的比例需达总货款的 30%以上，以此来降低风险；

（2）提倡 L/C 付款

我司积极鼓励公司各部门、子公司与客户协商，尽量让客户以信用证的形式付款；

（3）积极寻求担保

很多客户在国内有往来密切的生意伙伴，我司在诸多项目中通过让国外客户的国内伙伴担保的形式，来降低自身的风险；

（4）积极主动投保

目前我司 100 万元人民币以上的项目，均会投中信保的保险，虽然这会使项目的利润有所减少，但是当风险发生之后，投保有利于我司抵御风险，并且能从中信保处申请赔偿，

收回大部分货款。

**针对国内供应商收到货款后不供货，我司采取的主要措施有：**

（1）优化、筛选供应商，严控对供应商的预付款比例

我司为此成立了供应链部，其核心职责之一就在于优化、筛选供应商并对其进行评级；此外，我司也会严格控制对供应商的预付款比例，针对小而不强的民营企业，我司基本上不付任何预付款；而针对资金雄厚的国有企业或民营企业，我司的政策虽有所不同，但总体上还是尽量将预付款的比例尽可能地降低；

（2）严格追踪供应商生产进度，各部门以周为单位追踪

我司各部门会采用电话问询、驻场等方式监控供应商的生产进度，防止供应商出现生产不如预期或产出货物优先供给其他客户的情况发生。

CBMIE00029554