IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT APPLIES TO ALL
CASES

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

**AFFIDAVIT OF DODY LIRA**

STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME came and appeared:

     DODY LIRA

who after being duly sworn did depose and say:

### I.

     My name is Dody Lira.

### II.

     I am the Senior Abuse Manager of SoftLayer Technologies, an IBM Company, where I have been employed in excess of seven (7) years.

### III.

     I have participated in the investigation of IBM's response to the *Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March*

{N3013714.1}

AFFIDAVIT OF DODY LIRA         Page 1 of 4

**CONTEMPT
Exhibit 167**

*17, 2015 Special Hearing and Minute Entry and Order* [Rec. Doc. 18493][Doc. 18632] and *Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493]*[Doc. 18867].

## IV.

I have reviewed the Schedule A attached thereto and reviewed the request of both documents to be produced and deposition topics.

## V.

After a diligent search, I have concluded that SoftLayer has no documents that are responsive or information with respect to the deposition topics for the following reasons with the exception of item number 4 – "All documents and communication related to the account to which IP address 198.11.211.115 is assigned." which documents are being transmitted to plaintiffs' counsel.

## VI.

SoftLayer does not have a contract or direct business arrangement with China National Building Material Co., Ltd. ("CNBM"), China National Building Materials Group Co., Ltd. ("CNBM Group") and/or CNBM International Corporation (collectively, "the CNBM Companies").

## VIII.

SoftLayer has been unable to locate anything to verify the representations made in OKOrder's press release.

{N3013714.1}

AFFIDAVIT OF DODY LIRA        Page 2 of 4

## X.

IP address 198.11.211.115, which is within a range of IP addresses assigned to SoftLayer, is assigned to a SoftLayer customer named Beijing Qian Kun Tong Da Technology Co, Ltd. ("BQKTD"). All SoftLayer customer records regarding BQKTD's account are being produced in response to this subpoena.     A search of publicly available information shows that a website operating under the domain OKOrder.com is associated with that IP address.

## XI.

SoftLayer has no customer records for OKOrder or the CNBM Companies since IBM has no direct business relationship with those entities that it can discern after a diligent search.

## XII.

SoftLayer does not have access to any information regarding BQKTD's relationship to the OKOrder website, or the business dealings of OKOrder.

## XIII.

Because neither OKOrder nor CNBM (or the CNBM entities) are – or have ever been – customers of SoftLayer, SoftLayer has no customer records for any of those entities.

## XIV.

SoftLayer has not conducted business during the relevant time period  with Taishan and/or Taishan Affiliates and Subsidiaries.

## XV.

SoftLayer has no Rule 30(b)(6) witness to testify about relationships that do not exist other than to say that after a diligent search and based on the foregoing declarations, SoftLayer

{N3013714.1}

has nothing responsive to provide either in the form of documents or testimony except as stated in the above Paragraph V.

DODY LIRA

Sworn to and subscribed before me in Dallas, Texas (Dallas County) this ___12th___ day of May, 2015.

NOTARY PUBLIC

My commission expires: February 25, 2018

DAWN MUMM
Notary Public, State of Texas
My Commission Expires
February 25, 2018

{N3013714.1}

AFFIDAVIT OF DODY LIRA          Page 4 of 4

Current :  Ticket Edit - 11059330

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY


Account ID:        350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip       ??, OT 100048 (CN)
Office:        +13699253817
Alternate:
Fax:
Email:      6479288@qq.com
Account Balance:        $1.62  !
User:        English: en-US SL350540


 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:        $
Support Representatives

Department      Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      Employee
Last Modify Date:      06-25-14 22:52 (GMT-0500)
Last Modified By:      Mani Truong
Watch:  Yes
Customer Editable:      No
Customer Viewable:      No

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
   Request Password Access


Hostname      Domain  Public IP     Private IP     Username      Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments


Hostname      Domain  Public IP     Private IP     Username      Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

Related Transactions:
 HWTXN  Group (Path)    Status  Order ID     Last Update     Overdue Deadline
9714090  CENT Provision  COMPLETE     2402592
00:22 (GMT -0500)      00:00:00      02:16 (GMT -0500)


  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Jun-25 22:16 (GMT-0500) - [Update 1]
HWTXN[9714090]
A hardware update is required to complete this order.
Internal Note:
AUTO: Automated - 2014-Jun-25 22:16 (GMT-0500)


A hardware change is required to complete server order #9714090.
A server needs to be manually assigned to this order. If there is an exact match, the matched server may be assigned
without creating a change ticket. If there is not an exact match assign the server and create a change ticket (default
action).

This server needs to be built in a specific datacenter: sjc01

The server assigned MUST meet the following required chassis capacities:
Power: 1
Drives: 4


The HWTXN server assignment page is located HERE.

Close this ticket after the server has been assigned.


Internal Note:
EMPLOYEE: mtruong Operations - DC Operations - SJC01, Sjc01 - 2014-Jun-25 22:52 (GMT-0500)
assigned

Current :  Ticket Edit - 11059396




IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY


Account ID:          350540
Company:             Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:             No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:      +13699253817
Alternate:
Fax:
Email:       6479288@qq.com
Account Balance:        $1.62  !
User:        English: en-US SL350540


 Customer Details    Customer Tickets     Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:


Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      Employee
Last Modify Date:        06-25-14 22:52 (GMT-0500)
Last Modified By:       Mani Truong
Watch:  Yes
Customer Editable:       No
Customer Viewable:       No
Maintenance Window:     Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|----------|--------|-----------|------------|----------|----------|---|---|---|
| Current Hardware Attachments (1) | | | | | | | | |
| plesk2a | sjc01.isc4sb.com | 158.85.177.37 | 10.122.24.38 | root | AQCRjwF2 | View | Edit | Remove |
| Recently Added Hardware Attachments | | | | | | | | |


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|
| Current Virtual Guest Attachments (0) | | | | | |
| Recently Added Virtual Guest Attachments | | | | | |

Related Transactions:

| HWTXN | Group (Path) | Status | Order ID | Last Update | Overdue | Deadline |
|-------|-------------|--------|----------|-------------|---------|----------|
| 9714090 | CENT Provision | COMPLETE | 2402592 | | | |
| 00:22 (GMT -0500) | | 00:00:00 | 02:16 (GMT -0500) | | | |


 - Server no longer belongs to the account id listed in this ticket.
 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
Internal Note:
AUTO: Automated - 2014-Jun-25 22:24 (GMT-0500)
No exact matches were found for this server order (HWTXN_ID#9714090)

The following server has been assigned as the closest match:
Hardware serial: SL0125088
Hardware location: sjc01.sr02.rk338.sl01


| Component | Ordered [HWTXN#9714090] | Server [SL0125088] | Notes |
|-----------|------------------------|--------------------|-------|
| Processor | XEON-E3-1270-QuadCore-SandyBridge 3.4 GHz (x1) | XEON-E3-1270-V3-QuadCore-Haswell 3.5 GHz (x1) | Alternate Component |
| RAM | DDR3-1333 ECC NON Reg 16GB (x1) | DDR3-1600 ECC Non Reg 8GB (x4) | Quantity mismatch (Order: 16 / Server: 32) |
| Drive Controller | SATA 4 Drives (x1) | RAID CARD 4 Drives (x1) | Component mismatch |
| Hard Drive | SATAII 2000 GB (x2) | SATAII 2000 GB (x0) | Quantity mismatch (Order: 2 / Server: 0) |
| Remote Mgmt Card | MGMT-KVM 1 Unit (x1) | MGMT-KVM 1 Unit (x1) | |

Chassis      SuperMicro SMCH04 1u \ 4D 4 (x1)

1) Verify that the assigned server meets the following required chassis capacities:
Power: 1
Drives: 4

2) Configure the server to include the following components:

Processor: XEON-E3-1270-QuadCore-SandyBridge 3.4 GHz x1
RAM: DDR3-1333 ECC NON Reg 16 GB x1
Drive Controller: SATA 4 Drives x1
Hard Drive: SATAII 2000 GB
Hard Drive: SATAII 2000 GB
Remote Mgmt Card: MGMT-KVM 1 Unit x1

** It is important that non-matching drives are in the order specified here. **

3) Update the hardware record:
SL0125088

4) VERIFY THE PORTAL CAN CONNECT TO THE HARDWARE'S IPMI INTERFACE:
Click the IPMI link on the hardware page.

5) Update the HWTXN status:
HERE

6) DO NOT FORWARD THIS TICKET TO ACCOUNTING UNLESS ABSOLUTELY NECESSARY. BILLING
WILL BE UPDATED DURING PUBLISH_SERVER_DATA. THIS TICKET MAY BE CLOSED.
AUTO: Automated - 2014-Jun-25 22:24 (GMT-0500) - [Update 1]
A hardware update is required to complete this order.
Internal Note:
EMPLOYEE: mtruong Operations - DC Operations - SJC01, Sjc01 - 2014-Jun-25 22:51 (GMT-0500)
completed

Current :  Ticket Edit - 11059442

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:        350540
Company:           Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:           No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip     ??, OT 100048 (CN)
Office:        +13699253817
Alternate:
Fax:
Email:     6479288@qq.com
Account Balance:        $1.62  !
User:       English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:         $
Support Representatives

Department     Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:  User  Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     Employee
Last Modify Date:      06-26-14 00:23 (GMT-0500)
Last Modified By:      Christopher Stapleton
Watch:  Yes
Customer Editable:     No
Customer Viewable:     No
Maintenance Window:     Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
   Request Password Access

Hostname      Domain  Public IP      Private IP    Username       Password
Current Hardware Attachments (1)
          NA      NA      NA      NA      View   Edit   Remove
Recently Added Hardware Attachments

Hostname      Domain  Public IP      Private IP    Username       Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

Related Transactions:
 HWTXN  Group (Path)    Status  Order ID      Last Update      Overdue Deadline
9714090  CENT Provision  COMPLETE      2402592
00:22 (GMT -0500)      00:00:00      02:16 (GMT -0500)

 - Server no longer belongs to the account id listed in this ticket.
 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
Internal Note:
AUTO: Automated - 2014-Jun-25 22:30 (GMT-0500)
No exact matches were found for this server order (HWTXN_ID#9714090)

The following server has been assigned as the closest match:
Hardware serial: SL0125079
Hardware location: sjc01.sr02.rk339.sl02

Component      Ordered [HWTXN#9714090] Server [SL0125079]      Notes
Processor      XEON-E3-1270-QuadCore-SandyBridge 3.4 GHz (x1)  XEON-E3-1270-V3-QuadCore-Haswell 3.5 GHz (x1)   Alternate Component
RAM      DDR3-1333 ECC NON Reg 16GB (x1) DDR3-1600 ECC Non Reg 8GB (x4)  Quantity mismatch (Order: 16 / Server: 32)
Drive Controller      SATA 4 Drives (x1)      SATA 4 Drives (x1)
Hard Drive      SATAII 2000 GB (x2)   SATAII 2000 GB (x0)    Quantity mismatch (Order: 2 / Server: 0)
Remote Mgmt Card      MGMT-KVM 1 Unit (x1)   MGMT-KVM 1 Unit (x1)

Chassis        SuperMicro SMCH04 1u \ 4D 4 (x1)

1) Verify that the assigned server meets the following required chassis capacities:
Power: 1
Drives: 4

2) Configure the server to include the following components:


Processor: XEON-E3-1270-QuadCore-SandyBridge 3.4 GHz x1
RAM: DDR3-1333 ECC NON Reg 16 GB x1
Drive Controller: SATA 4 Drives x1
Hard Drive: SATAII 2000 GB
Hard Drive: SATAII 2000 GB
Remote Mgmt Card: MGMT-KVM 1 Unit x1

** It is important that non-matching drives are in the order specified here. **

3) Update the hardware record:
SL0125079

4) VERIFY THE PORTAL CAN CONNECT TO THE HARDWARE'S IPMI INTERFACE:
Click the IPMI link on the hardware page.

5) Update the HWTXN status:
HERE

6) DO NOT FORWARD THIS TICKET TO ACCOUNTING UNLESS ABSOLUTELY NECESSARY. BILLING
WILL BE UPDATED DURING PUBLISH_SERVER_DATA. THIS TICKET MAY BE CLOSED.
AUTO: Automated - 2014-Jun-25 22:30 (GMT-0500) - [Update 1]
A hardware update is required to complete this order.
Internal Note:
EMPLOYEE: mtruong Operations - DC Operations - SJC01, Sjc01 - 2014-Jun-25 22:52 (GMT-0500)
completed
Internal Note:
AUTO: Automated - 2014-Jun-26 00:22 (GMT-0500)
Unable to modify billing item(29009190): Unable to locate an item for Western Digital / WD RE / WD2000FYYZ to
update the itemId of the 'disk0' billing item.
Unable to modify billing item(29009192): Unable to locate an item for Western Digital / WD RE / WD2000FYYZ to
update the itemId of the 'disk1' billing item.
Modifying billing item(29009182): changing itemId from Single Processor Quad Core Xeon 1270 V3 - 3.50GHz
(Haswell) - 1 x 8MB(4578) to Single Processor Quad Core Xeon 1270 V3 - 3.50GHz (Haswell) - 1 x 8MB(4578).
Unable to locate an item for ram


Billing updates were attempted but this ticket needs to be forwarded to accounting for further review.
Internal Note:
EMPLOYEE: cstapleton Corporate - Revenue Services, Dal02 - 2014-Jun-26 00:23 (GMT-0500)
confirmed

Current :  Ticket Edit - 11083706

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY


Account ID:        350540
Company:         Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:         No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:         +13699253817
Alternate:
Fax:
Email:        6479288@qq.com
IP:         219.142.121.250
Account Balance:        $1.62  !
User:        English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:        $
Support Representatives

Department      Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:       07-1-14 15:26 (GMT-0500)
Watch:  Yes
Customer Editable:      No
Customer Viewable:      Yes
Maintenance Window:      Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (1)
      NA    NA    NA    NA    View  Edit  Remove
Recently Added Hardware Attachments


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments


 - Server no longer belongs to the account id listed in this ticket.
 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
    Ticket Activity
    View Ticket Activity
Issue:  Go to the bottom
USER:  English: en-US SL350540 2014-Jun-27 07:28 (GMT-0500) - [Update 1]
change reboot from CD-ROM
Internal Note:
AUTO: Automated - 2014-Jun-27 07:28 (GMT-0500)
Default Group: Support
Route Rule Applied:
Administrative (NO)
=> Managed Account (NO)
=> Non VIP Account
=> Subject (OS Reload Question)
=> unmanaged SoftLayer hardware (1) Function (Web Server)
New Group: Support
EMPLOYEE: pperfas Operations - Technical Support, Hou04 - 2014-Jun-27 07:36 (GMT-0500) - [Update 2]
Hello,

I am looking into this for you. Please standby for any updates.

Thank you for choosing SoftLayer, an IBM Company.

Paul P.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
EMPLOYEE: pperfas Operations - Technical Support, Hou04 - 2014-Jun-27 07:46 (GMT-0500) - [Update 3]
Hello,

In order for us to perform your request, we may need to reboot your server.

Please let us know on how you would like to proceed.

Thank you for choosing SoftLayer, an IBM Company.

Paul P.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Jun-27 07:46 (GMT-0500) - [Update 4]
please come on !
EMPLOYEE: pperfas Operations - Technical Support, Hou04 - 2014-Jun-27 07:49 (GMT-0500) - [Update 5]
Hello,

I will go ahead and proceed to reboot your server. I will update the ticket as soon as the process is complete.

Thank you for choosing SoftLayer, an IBM Company.

Paul P.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
EMPLOYEE: pperfas Operations - Technical Support, Hou04 - 2014-Jun-27 07:59 (GMT-0500) - [Update 6]
Hello,

I have completed the process of changing the boot order to CD-ROM.

Please let us know if you need further assistance.

Thank you for choosing SoftLayer, an IBM Company.

Paul P.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
AUTO: Automated - 2014-Jul-01 15:26 (GMT-0500) - [Update 7]
This ticket was automatically closed by the ticket system for inactivity.

Current :  Ticket Edit - 11084436

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:             Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:             No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:     +13699253817
Alternate:
Fax:
Email:      6479288@qq.com
IP:         219.142.121.250
Account Balance:          $1.62  !
User:      English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:      Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:     07-1-14 15:15 (GMT-0500)
Watch:  Yes
Customer Editable:     No
Customer Viewable:     Yes
Maintenance Window:     Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (1)
            NA     NA     NA     NA     View   Edit   Remove
Recently Added Hardware Attachments


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments


  - Server no longer belongs to the account id listed in this ticket.
  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
USER:  English: en-US SL350540 2014-Jun-27 08:47 (GMT-0500) - [Update 1]
I surly installed JRE ,but I can,t open kvm ,even I rebooted my pc. my system is Win 7,can you give me some help ?
Internal Note:
AUTO: Automated - 2014-Jun-27 08:47 (GMT-0500)
Default Group: Support
Route Rule Applied:
Administrative (NO)
=> Managed Account (NO)
=> Non VIP Account
=> Subject (Reboots and Console Access)
=> No Hardware
New Group: Support
EMPLOYEE: emaddox Operations - Technical Support, Hou04 - 2014-Jun-27 09:04 (GMT-0500) - [Update 2]
Hello,

Thank you for contacting Softlayer Support.

I have been able to access the KVM console and no errors are being reported at this time. Please see the attached screenshot.

Can you confirm that you are properly connected to the VPN by providing me the ping test results of the following IP?

10.0.80.11

In addition, a screenshot of the error you are receiving would also be of great help.

Most of the time, if it is a local issue, lowering your Java Security Settings can resolve the issue, however, since we don't know the exact error message, this may not apply in this situation. I have provided a guide below just in case: http://java.com/en/download/help/jcp_security.xml

We are standing by awaiting the ping test results and a screenshot of the reported error so we can assist you further.

Thank you for choosing SoftLayer, an IBM Company!

Liz M
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Jun-27 09:42 (GMT-0500) - [Update 3]
thank you very much ,your link solve my porblem.
EMPLOYEE: emaddox Operations - Technical Support, Hou04 - 2014-Jun-27 10:27 (GMT-0500) - [Update 4]
Fantastic! I am so glad to hear that it worked!

Please let me know if I can provide any further assistance today.

Should you require any further assistance, please do not hesitate to contact us. I am setting this ticket to close in four days if there are no further issues.

Thank you for choosing SoftLayer, an IBM Company.

Liz M
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Jun-27 10:46 (GMT-0500) - [Update 5]
I reload my system with Centos 6.5 ,now I don,t know how to config my IP address on your way,can you help me ? besides,I lost out private IP add , I want to know whether you have our ip record. Our public ip is 198.23.108.194.
EMPLOYEE: emaddox Operations - Technical Support, Hou04 - 2014-Jun-27 11:04 (GMT-0500) - [Update 6]
Are you attempting to add additional IPs to your server?

http://knowledgelayer.softlayer.com/learning/add-secondary-ips-redhatcentos

198.23.108.194 is not an IP on your account. It is associated with a different account here at Softlayer.

Thank you for choosing SoftLayer, an IBM Company!

Liz M
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: emaddox Operations - Technical Support, Hou04 - 2014-Jun-27 11:04 (GMT-0500)
IP address belongs to https://internal.softlayer.com/Customer/viewCustomer/331354
AUTO: Automated - 2014-Jul-01 15:15 (GMT-0500) - [Update 7]

This ticket was automatically closed by the ticket system for inactivity.

Current :  Ticket Edit - 11085396

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
IP:          219.142.121.250
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets     Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department          Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:        07-5-14 09:53 (GMT-0500)
Watch:   Yes
Customer Editable:     No
Customer Viewable:     Yes
Maintenance Window:     Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (1)

| | NA | NA | NA | NA | View Edit Remove |

Recently Added Hardware Attachments


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments


 - Server no longer belongs to the account id listed in this ticket.
 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
     Ticket Activity
     View Ticket Activity
Issue:  Go to the bottom
USER:  English: en-US SL350540 2014-Jun-27 10:09 (GMT-0500) - [Update 1]
I reload my system with Centos 6.5 ,now I don,t know how to config my IP address on your way,can you help me ?
Internal Note:
AUTO: Automated - 2014-Jun-27 10:09 (GMT-0500)
Default Group: Support
Route Rule Applied:
Administrative (NO)
=> Managed Account (NO)
=> Non VIP Account
=> Subject (OS Reload Question)
=> No Hardware
New Group: Support
USER:  English: en-US SL350540 2014-Jun-27 10:22 (GMT-0500) - [Update 2]
our public IP is 198.11.211.114 ,I forgot our private IP ,do you have our ip record ?

EMPLOYEE: pperfas Operations - Technical Support, Hou04 - 2014-Jun-27 11:16 (GMT-0500) - [Update 3]
Hello,

The Private IP for your server is 10.88.150.225.

You can configure your IP address by SSH in to your server and editing the file located at:

/etc/sysconfig/network-scripts/ifcfg-<interface-name>

<interface-name> is either eth0 or eth1

Please let us know if you need further assistance.

Thank you for choosing SoftLayer, an IBM Company.

Paul P.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Jun-27 11:17 (GMT-0500) - [Update 4]
sorry ,i found our ip information in another page , please do me a favor to config ip address , our root password is 1@qWaszx!QAZ you can config it , if can , could you give me some config document .
USER:  English: en-US SL350540 2014-Jun-27 11:24 (GMT-0500) - [Update 5]
I remembered the old system has bond configration, It's not necessary to config bond in our system. it's true our system will run a webset.


EMPLOYEE: pperfas Operations - Technical Support, Hou04 - 2014-Jun-27 11:53 (GMT-0500) - [Update 6]
Hello,

Please allow me to look into this further for you and I will update the ticket with any new information.

Thank you for choosing SoftLayer, an IBM Company.

Paul P.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
EMPLOYEE: pperfas Operations - Technical Support, Hou04 - 2014-Jun-27 13:42 (GMT-0500) - [Update 7]
Hello,

It seems that the OS reload you perform did not automatically configured your network interface. I suggest that you perform another OS reload to have your network interface configured automatically.

Please let us know if you need further assistance.

Thank you for choosing SoftLayer, an IBM Company.

Paul P.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Jun-28 02:26 (GMT-0500) - [Update 8]
where shall I config my network interface automatically ? what's your DNS ?
EMPLOYEE: jsherlin Operations - Technical Support, Hou04 - 2014-Jun-28 02:31 (GMT-0500) - [Update 9]
An OS reload will automatically configure your networking settings.

Our resolvers are 10.0.80.11 and 10.0.80.12.

Please let us know if you have additional questions.

Thank you for choosing SoftLayer, an IBM Company.

Jefferson S.
Customer Service Technician
http://knowledgelayer.softlayer.com/

Response not rated.
USER:  English: en-US SL350540 2014-Jun-28 02:43 (GMT-0500) - [Update 10]
yes , now I config the public IP by myself in the new system ,but I don't know what DNS is.
EMPLOYEE: jsherlin Operations - Technical Support, Hou04 - 2014-Jun-28 02:45 (GMT-0500) - [Update 11]
Please let us know what DNS information you are looking for, so that we may assist you.

Thank you for choosing SoftLayer, an IBM Company.

Jefferson S.
Customer Service Technician
http://knowledgelayer.softlayer.com/

Response not rated.
USER:  English: en-US SL350540 2014-Jun-28 03:51 (GMT-0500) - [Update 12]
I needed a DNS to resolve some domain names, now I set 8.8.8.8,and it works. I need to reinstall system manually
because more software need to be installed ,in this condition if it can automatically configure my networking settings
or not .
EMPLOYEE: jsherlin Operations - Technical Support, Hou04 - 2014-Jun-28 04:00 (GMT-0500) - [Update 13]
An OS reload is the only way to automatically setup your network configuration. Any other method to do so would be
manual. Please let us know if you need further assistance.

Thank you for choosing SoftLayer, an IBM Company.

Jefferson S.
Customer Service Technician
http://knowledgelayer.softlayer.com/

Response not rated.
USER:  English: en-US SL350540 2014-Jun-28 04:39 (GMT-0500) - [Update 14]
I don't understand the mean of "An OS reload is the only way" you mentioned . I'm not sure the method I installed the
system I mentioned blew is "the only way" or "any other method".
EMPLOYEE: jsherlin Operations - Technical Support, Hou04 - 2014-Jun-28 04:42 (GMT-0500) - [Update 15]
If you manually installed the OS, there is no option to automatically configure your network. You will have to
manually configure the server's network settings.

Thank you for choosing SoftLayer, an IBM Company.

Jefferson S.
Customer Service Technician
http://knowledgelayer.softlayer.com/

Response not rated.
USER:  English: en-US SL350540 2014-Jun-28 04:53 (GMT-0500) - [Update 16]
now I understand , I want o configure my network interface such as the OS reload configure, I remembered it
configure the bonds

EMPLOYEE: jsherlin Operations - Technical Support, Hou04 - 2014-Jun-28 05:00 (GMT-0500) - [Update 17]
The best way to get that configuration would be to boot the server into the rescue kernel
(http://knowledgelayer.softlayer.com/procedure/launch-rescue-kernel), mount the partition with /etc to a temporary
folder, then copy the contents of /etc/sysconfig/network-scripts/ to the /<mountpoint>/etc/sysconfig/network-scripts/
folder. Please let us know if you need further assistance.

Thank you for choosing SoftLayer, an IBM Company.

Jefferson S.
Customer Service Technician
http://knowledgelayer.softlayer.com/

Response not rated.
USER:  English: en-US SL350540 2014-Jun-28 05:16 (GMT-0500) - [Update 18]
I found that our Server has only two network interfaces in the Divices pages. if we want to configure bonds,we must
add interface which is free or not
EMPLOYEE: jsherlin Operations - Technical Support, Hou04 - 2014-Jun-28 05:19 (GMT-0500) - [Update 19]
eth2 and eth3 are disabled, so your OS may not be picking them up. If you want to use 2 interfaces per bond, you will
have to upgrade the port speed for eth3 and eth4. Please let us know if you have additional questions.

Thank you for choosing SoftLayer, an IBM Company.

Jefferson S.
Customer Service Technician
http://knowledgelayer.softlayer.com/

Response not rated.
USER:  English: en-US SL350540 2014-Jun-28 06:51 (GMT-0500) - [Update 20]
where and how to update

I get off work .


My english is poor ,thank you for your patient help!
EMPLOYEE: jsherlin Operations - Technical Support, Hou04 - 2014-Jun-28 06:55 (GMT-0500) - [Update 21]
I am sending this ticket to our Sales team to assist you wth ordering the port spped upgrade.

Thank you for choosing SoftLayer, an IBM Company.

Jefferson S.
Customer Service Technician
http://knowledgelayer.softlayer.com/

Response not rated.
EMPLOYEE: atrabano Sales - Sales Engagement, Ams01 - 2014-Jun-28 07:45 (GMT-0500) - [Update 22]
Hello,

To upgrade the port speeds, please log into your customer portal and go to Devices >> Device List >> Select your
server >> Configuration >> Modify Device Configuration >> Select the upgrade you require.

Please let us know if you need any further assistance.

Thank you,
Anthony T.

SoftLayer Sales

Response not rated.
USER:  English: en-US SL350540 2014-Jun-30 22:44 (GMT-0500) - [Update 23]
accrdiing to your update method , I found that it needed money to buy . I would like to confirm how many network cards our server has .
EMPLOYEE: rxiaorong Sales - Growth Account Sales, Sng01 - 2014-Jul-01 00:06 (GMT-0500) - [Update 24]
Hello,

Your server has 1 NIC with 5 ports.

Please let us know should you any further questions or concerns with regard to this ticket.

Thank you.

Best regards,
Raymond Ling
SoftLayer Sales

Response not rated.
USER:  English: en-US SL350540 2014-Jul-01 01:00 (GMT-0500) - [Update 25]
Only eth0 and eth 1 has the physical connecton, right? If I configure bond with eth1 and eth3 , can the bond take effect when port eth3 has no physical connecton.

EMPLOYEE: rxiaorong Sales - Growth Account Sales, Sng01 - 2014-Jul-01 02:48 (GMT-0500) - [Update 26]
Hello,

I'll transfer you to Support to assist you further. Please standby for further updates.

Best regards,
Raymond Ling
SoftLayer Sales

Response not rated.
Internal Note:
EMPLOYEE: rxiaorong Sales - Growth Account Sales, Sng01 - 2014-Jul-01 02:48 (GMT-0500)
not too sure about that
EMPLOYEE: mwettstein Operations - Technical Support, Hou04 - 2014-Jul-01 03:08 (GMT-0500) - [Update 27]
Greetings,

We are having our Senior Technical staff help review the issue further. Thank you for your patience.

Thank you for choosing SoftLayer, an IBM Company.

Mike W
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: mwettstein Operations - Technical Support, Hou04 - 2014-Jul-01 03:08 (GMT-0500)
Escalating to SysAdmin +15 updates
EMPLOYEE: bcharron Operations - Advanced Cust Support, Dal05 - 2014-Jul-01 03:37 (GMT-0500) - [Update 28]
Hello,

I am currently reviewing this issue and will update again once I have more information.

Thank you for choosing SoftLayer, an IBM Company.
Brian C.
SoftLayer, CSA

Response not rated.
EMPLOYEE: bcharron Operations - Advanced Cust Support, Dal05 - 2014-Jul-01 03:59 (GMT-0500) - [Update 29]
Hello,

For servers capable of bonded network configurations we automatically setup the bonded configuration in the OS in the event that you want to order a bonded configuration in the future (if the server was not ordered with it during provisioning).

You can configure the OS to use eth0 for private and eth1 for public and not create a bonded configuration if you wish, seeing that you currently have eth2 and eth3 disabled.

If you create a bond for eth1 and eth3 it will work even if eth3 is disabled.

Please let us know if you have any further questions.

Thank you for choosing SoftLayer, an IBM Company.
Brian C.
SoftLayer, CSA

Response not rated.
Internal Note:
EMPLOYEE: bcharron Operations - Advanced Cust Support, Dal05 - 2014-Jul-01 03:59 (GMT-0500)
RY: 1 day (followup)

EMPLOYEE: bcharron Operations - Advanced Cust Support, Dal05 - 2014-Jul-02 04:01 (GMT-0500) - [Update 30]
Hello,

I am just checking back to see if you are still having any issues or needing additional assistance. If so please let us know.

Please note that this ticket will close in 3 days if we do not receive any further responses.

Thank you for choosing SoftLayer, an IBM Company.
Brian C.
SoftLayer, CSA

Response not rated.
AUTO: Automated - 2014-Jul-05 09:53 (GMT-0500) - [Update 31]
This ticket was automatically closed by the ticket system for inactivity.

Current :  Ticket Edit - 11202326

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:            350540
Company:              Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:               No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip        ??, OT 100048 (CN)
Office:                +13699253817
Alternate:
Fax:
Email:      6479288@qq.com
IP:          219.142.121.250
Account Balance:            $1.62  !
User:        English: en-US SL350540

 Customer Details    Customer Tickets     Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:            $
Support Representatives

Department       Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:         Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:      07-7-14 23:26 (GMT-0500)
Watch:   Yes
Customer Editable:      No
Customer Viewable:      Yes
Maintenance Window:      Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access


Hostname       Domain  Public IP     Private IP     Username        Password
Current Hardware Attachments (1)
            NA      NA     NA      NA      View    Edit   Remove
Recently Added Hardware Attachments




Hostname       Domain  Public IP     Private IP     Username        Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments




  - Server no longer belongs to the account id listed in this ticket.
  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
USER:  English: en-US SL350540 2014-Jul-03 19:51 (GMT-0500) - [Update 1]
I have installed our system, now we want to change boot sequence from CD-ROM to loacl disk.

It will reboot or not?
Internal Note:
AUTO: Automated - 2014-Jul-03 19:51 (GMT-0500)
Default Group: Support
Route Rule Applied:
Administrative (NO)
=> Managed Account (NO)
=> Non VIP Account
=> Subject (Hardware Issue)
=> No Hardware
New Group: Support
EMPLOYEE: jwatson Operations - Technical Support, Hou04 - 2014-Jul-03 20:00 (GMT-0500) - [Update 2]
Greetings,

I am seeing that the server is showing as booted into the main OS at this time. Please let us know if you have any
further questions or concerns, we will continue to monitor this ticket for an additional four days and are always more
than happy to help out. As always, thank you for choosing SoftLayer, an IBM Company.

Ashley W.
Customer Technical Support

www.SoftLayer.com
http://knowledgelayer.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Jul-03 20:11 (GMT-0500) - [Update 3]
I don't understand what you mean , have you already changed it booting from loacl disk ?
EMPLOYEE: jwatson Operations - Technical Support, Hou04 - 2014-Jul-03 20:17 (GMT-0500) - [Update 4]
I am seeing via the remote KVM console that the server is showing booted and is at the login prompt. You should be
able to access your server at this time. Please let us know if you have any further questions or concerns, we are always
more than happy to help out. As always, thank you for choosing SoftLayer, an IBM Company.

Ashley W.
Customer Technical Support
www.SoftLayer.com
http://knowledgelayer.softlayer.com


File Attachment:
 2014-07-03 20_15_01-mRemoteNG - confCons.xml.png

Response not rated.
USER:  English: en-US SL350540 2014-Jul-03 20:17 (GMT-0500) - [Update 5]
change boot from local disk
EMPLOYEE: jwatson Operations - Technical Support, Hou04 - 2014-Jul-03 20:22 (GMT-0500) - [Update 6]
Just to confirm, are you needing to change the boot order to allow booting from disk, or are you needing to boot from
your current hard drive? Currently, I see that the server is booted from the local disk and is in the main OS.

Thank you for choosing SoftLayer, an IBM Company.

Ashley W.
Customer Technical Support
www.SoftLayer.com
http://knowledgelayer.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Jul-03 20:47 (GMT-0500) - [Update 7]
NOW my server is booting from CD-ROM , Every time I reboot system , I need to choose boot from loacl disk
manually, or else, it will boot from CD-ROM . now I need to boot from hard disk automatically . are you clear
EMPLOYEE: jwatson Operations - Technical Support, Hou04 - 2014-Jul-03 20:52 (GMT-0500) - [Update 8]
Thank you for your confirmation,

In order to change this, I will need to reboot the server to access the bios. May I go ahead and reboot the server at this
time?

Thank you for choosing SoftLayer, an IBM Company.

Ashley W.
Customer Technical Support
www.SoftLayer.com
http://knowledgelayer.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Jul-03 21:00 (GMT-0500) - [Update 9]
if I umount CD-ROM , it can solve the problem or not . please see the Attche file.

File Attachment:
 ppk.png
EMPLOYEE: smandrews Operations - Technical Support, Hou04 - 2014-Jul-03 21:51 (GMT-0500) - [Update 10]
If you unmount the CD-ROM, then yes it will solve the problem as it will skip booting from it and go directly to the local disk instead.

Thank you for choosing SoftLayer, an IBM Company,

Shawn A
Customer Support Technician
http://softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: jwatson Operations - Technical Support, Hou04 - 2014-Jul-03 23:26 (GMT-0500)
setting ac4d
AUTO: Automated - 2014-Jul-07 23:26 (GMT-0500) - [Update 11]
This ticket was automatically closed by the ticket system for inactivity.
Go to the top

Current :  Ticket Edit - 11591702

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip        ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:       6479288@qq.com
Account Balance:          $1.62  !
User:       English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:       Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:      05-8-15 10:09 (GMT-0500)
Watch:   Yes
Customer Editable:     No
Customer Viewable:     Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Hardware Attachments (0)
Recently Added Hardware Attachments


| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments


  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Jul-25 04:03 (GMT-0500) - [Update 1]
SoftLayer Dutch Holdings B.V. has charged the current credit card on file for your next billing period in the amount of: $448.33.

To view invoices for your account, use the SoftLayer Dutch Holdings B.V. customer portal:
https://control.softlayer.com/account/invoices

Invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.

Current :  Ticket Edit - 11703130

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:         350540
Company:         Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:         No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip         ??, OT 100048 (CN)
Office:         +13699253817
Alternate:
Fax:
Email:         6479288@qq.com
Account Balance:         $1.62  !
User:         English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:         $
Support Representatives

Department     Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:         Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:         Employee
Last Modify Date:         07-31-14 12:49 (GMT-0500)
Last Modified By:         Thanh Diep
Watch:  Yes
Customer Editable:         No
Customer Viewable:         No

Internal Tags: None Edit
Customer Tags:
Attached employees: tdiep

You may attach yourself to this ticket
    Request Password Access


Hostname       Domain  Public IP      Private IP      Username       Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments


Hostname       Domain  Public IP      Private IP      Username       Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

Related Transactions:
 HWTXN  Group (Path)    Status  Order ID      Last Update     Overdue Deadline
 10761878         CENT Provision  COMPLETE       2617896
 14:56 (GMT -0500)      00:00:00       16:34 (GMT -0500)


  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
       Ticket Activity
       View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Jul-31 12:34 (GMT-0500) - [Update 1]
HWTXN[10761878]
A hardware update is required to complete this order.
Internal Note:
AUTO: Automated - 2014-Jul-31 12:34 (GMT-0500)


A hardware change is required to complete server order #10761878.
A server needs to be manually assigned to this order. If there is an exact match, the matched server may be assigned
without creating a change ticket. If there is not an exact match assign the server and create a change ticket (default
action).

This server needs to be built in a specific datacenter: sjc01

The server assigned MUST meet the following required chassis capacities:
Power: 2
Drives: 6

*** A dual path network connection will be required to complete this order. ***

The HWTXN server assignment page is located HERE.

Close this ticket after the server has been assigned.


Internal Note:
EMPLOYEE: tdiep Operations - DC Operations - SJC01, Sjc01 - 2014-Jul-31 12:49 (GMT-0500)
assigned

(10:41 AM) Thanh Diep: hi for this build 2u 6 drive proc XEON-E7-4830 can i sub it up to 4u 24 drives E5-4650
https://internal.softlayer.com/Ticket/ticketPreview/11703130
(10:42 AM) jtownsend: sure

Current :  Ticket Edit - 11703132

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:        350540
Company:           Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:           No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip    ??, OT 100048 (CN)
Office:       +13699253817
Alternate:
Fax:
Email:      6479288@qq.com
Account Balance:       $1.62  !
User:       English: en-US SL350540

 Customer Details    Customer Tickets     Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:         Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:       Employee
Last Modify Date:       07-31-14 19:12 (GMT-0500)
Last Modified By:       Ying Newton
Watch:  Yes
Customer Editable:     No
Customer Viewable:     No

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
   Request Password Access

Hostname       Domain  Public IP     Private IP     Username      Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments

Hostname       Domain  Public IP     Private IP     Username      Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

Related Transactions:
 HWTXN  Group (Path)   Status  Order ID     Last Update     Overdue Deadline
10761880        CENT Provision  COMPLETE     2617896
15:42 (GMT -0500)     00:00:00      16:34 (GMT -0500)

  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
       Ticket Activity
       View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Jul-31 12:34 (GMT-0500) - [Update 1]
HWTXN[10761880]
A hardware update is required to complete this order.
Internal Note:
AUTO: Automated - 2014-Jul-31 12:34 (GMT-0500)

A hardware change is required to complete server order #10761880.
A server needs to be manually assigned to this order. If there is an exact match, the matched server may be assigned
without creating a change ticket. If there is not an exact match assign the server and create a change ticket (default
action).

This server needs to be built in a specific datacenter: hkg02

The server assigned MUST meet the following required chassis capacities:
Power: 2
Drives: 6

*** A dual path network connection will be required to complete this order. ***

The HWTXN server assignment page is located HERE.

Close this ticket after the server has been assigned.

Current :  Ticket Edit - 11703136

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY


Account ID:          350540
Company:             Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:             No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:      +13699253817
Alternate:
Fax:
Email:      6479288@qq.com
Account Balance:          $1.62  !
User:       English: en-US SL350540


 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:         $
Support Representatives

Department     Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User  Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      Employee
Last Modify Date:      07-31-14 19:12 (GMT-0500)
Last Modified By:      Ying Newton
Watch:  Yes
Customer Editable:     No
Customer Viewable:     No

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Hardware Attachments (0)
Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

Related Transactions:

| HWTXN | Group (Path) | Status | Order ID | Last Update | Overdue | Deadline |
|---|---|---|---|---|---|---|
| 10761882 | CENT Provision | COMPLETE | 2617896 | 15:41 (GMT -0500) | 00:00:00 | 16:34 (GMT -0500) |

  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
    Ticket Activity
    View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Jul-31 12:34 (GMT-0500) - [Update 1]
HWTXN[10761882]
A hardware update is required to complete this order.
Internal Note:
AUTO: Automated - 2014-Jul-31 12:34 (GMT-0500)

A hardware change is required to complete server order #10761882.
A server needs to be manually assigned to this order. If there is an exact match, the matched server may be assigned without creating a change ticket. If there is not an exact match assign the server and create a change ticket (default action).

This server needs to be built in a specific datacenter: hkg02

The server assigned MUST meet the following required chassis capacities:
Power: 1
Drives: 4

*** A dual path network connection will be required to complete this order. ***

The HWTXN server assignment page is located HERE.

Close this ticket after the server has been assigned.

Current :  Ticket Edit - 11703138

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY


Account ID:          350540
Company:             Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:             No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:              +13699253817
Alternate:
Fax:
Email:     6479288@qq.com
Account Balance:          $1.62  !
User:      English: en-US SL350540


 Customer Details    Customer Tickets     Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department      Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:   User   Employee
Yellow:


Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      Employee
Last Modify Date:      07-31-14 19:12 (GMT-0500)
Last Modified By:      Ying Newton
Watch:  Yes
Customer Editable:      No
Customer Viewable:      No

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access

Hostname       Domain  Public IP       Private IP      Username       Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments

Hostname       Domain  Public IP       Private IP      Username       Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

Related Transactions:
 HWTXN  Group (Path)    Status  Order ID      Last Update     Overdue Deadline
 10761884        CENT Provision  COMPLETE      2617896
 14:52 (GMT -0500)      00:00:00      16:34 (GMT -0500)


 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
     Ticket Activity
     View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Jul-31 12:34 (GMT-0500) - [Update 1]
HWTXN[10761884]
A hardware update is required to complete this order.
Internal Note:
AUTO: Automated - 2014-Jul-31 12:34 (GMT-0500)


A hardware change is required to complete server order #10761884.
A server needs to be manually assigned to this order. If there is an exact match, the matched server may be assigned
without creating a change ticket. If there is not an exact match assign the server and create a change ticket (default
action).

This server needs to be built in a specific datacenter: hkg02

The server assigned MUST meet the following required chassis capacities:
Power: 1
Drives: 4

*** A dual path network connection will be required to complete this order. ***

The HWTXN server assignment page is located HERE.

Close this ticket after the server has been assigned.

Current :  Ticket Edit - 11703242




IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY


Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540


 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department      Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User  Employee
Yellow:


Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      Employee
Last Modify Date:      07-31-14 15:17 (GMT-0500)
Last Modified By:      Sam Snelling
Watch:  Yes
Customer Editable:      No
Customer Viewable:      No
Maintenance Window:      Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
   Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|----------|--------|-----------|------------|----------|----------|---|---|---|
| Current Hardware Attachments (1) | | | | | | | | |
| hostsever3 | okorder.com | 119.81.149.26 | 10.110.158.243 | root | QwL9cNSh | View | Edit | Remove |

Recently Added Hardware Attachments


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|
| Current Virtual Guest Attachments (0) | | | | | |

Recently Added Virtual Guest Attachments

Related Transactions:

| HWTXN | Group (Path) | Status | Order ID | Last Update | Overdue | Deadline |
|-------|-------------|--------|----------|-------------|---------|----------|
| 10761884 | CENT Provision | COMPLETE | 2617896 | | | |
| 14:52 (GMT -0500) | 00:00:00 | 16:34 (GMT -0500) | | | | |


 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
Internal Note:
AUTO: Automated - 2014-Jul-31 12:45 (GMT-0500)
No exact matches were found for this server order (HWTXN_ID#10761884)

The following server has been assigned as the closest match:
Hardware serial: SL016S3P
Hardware location: hkg02.sr01.rk09.sl27


| Component | Ordered [HWTXN#10761884] | Server [SL016S3P] | Notes |
|-----------|--------------------------|-------------------|-------|
| Processor | XEON-E3-1270-V3-QuadCore-Haswell 3.5 GHz (x1) | XEON-E3-1270-V3-QuadCore-Haswell 3.5 GHz (x1) | |
| RAM | DDR3-1333 ECC NON Reg 8GB (x1) | DDR3-1600 ECC Non Reg 4GB (x2) | |
| Drive Controller | RAID CARD 4 Drives (x1) | RAID CARD 16 Drives (x1) | Alternate Component |
| Hard Drive | SA-SCSI SASII 15k 600 GB (x4) | SA-SCSI SASII 15k 600 GB (x0) | Component mismatch (Order: 4 / Server: 0) |
| Remote Mgmt Card | MGMT-KVM 1 Unit (x1) | MGMT-KVM 1 Unit (x1) | |
| Chassis | SuperMicro SMCH04 1u \ 4D 4 (x1) | | |

1) Verify that the assigned server meets the following required chassis capacities:
Power: 1
Drives: 4

2) Configure the server to include the following components:

*** A dual-path network connection will be required to complete this order. ***

Processor: XEON-E3-1270-V3-QuadCore-Haswell 3.5 GHz x1
RAM: DDR3-1333 ECC NON Reg 8 GB x1
Drive Controller: RAID CARD 4 Drives x1
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Remote Mgmt Card: MGMT-KVM 1 Unit x1

Storage Groups
1. RAID 6: 1200 GB ( hdd0 hdd1 hdd2 hdd3 )

** It is important that non-matching drives are in the order specified here. **

3) Update the hardware record:
SL016S3P

4) VERIFY THE PORTAL CAN CONNECT TO THE HARDWARE'S IPMI INTERFACE:
Click the IPMI link on the hardware page.

5) Update the HWTXN status:
HERE

6) DO NOT FORWARD THIS TICKET TO ACCOUNTING UNLESS ABSOLUTELY NECESSARY. BILLING WILL BE UPDATED DURING PUBLISH_SERVER_DATA. THIS TICKET MAY BE CLOSED.
AUTO: Automated - 2014-Jul-31 12:45 (GMT-0500) - [Update 1]
A hardware update is required to complete this order.
Internal Note:
AUTO: Automated - 2014-Jul-31 14:52 (GMT-0500)

Unable to locate an item for ram

Billing updates were attempted but this ticket needs to be forwarded to accounting for further review.

Current :  Ticket Edit - 11703276

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:    Yes
Last Modify Type:      Employee
Last Modify Date:      07-31-14 15:21 (GMT-0500)
Last Modified By:      Sam Snelling
Watch:  Yes
Customer Editable:      No
Customer Viewable:      No

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access

Hostname       Domain  Public IP     Private IP     Username      Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments

Hostname       Domain  Public IP     Private IP     Username      Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

Related Transactions:
 HWTXN  Group (Path)   Status  Order ID     Last Update     Overdue Deadline
10761878       CENT Provision  COMPLETE     2617896
14:56 (GMT -0500)     00:00:00     16:34 (GMT -0500)

 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
Internal Note:
AUTO: Automated - 2014-Jul-31 12:48 (GMT-0500)
No exact matches were found for this server order (HWTXN_ID#10761878)

The following server has been assigned as the closest match:
Hardware serial: SL0110946
Hardware location: sjc01.sr02.rk278.sl31

| Component | Ordered [HWTXN#10761878] | Server [SL0110946] | Notes |
| --- | --- | --- | --- |
| Processor | XEON-E7-4830-OctoCore-Westmere EX 2.13 GHz (x4) | XEON-E5-4650-OctoCore-SandyBridge-E 2.7 GHz (x4) | Alternate Component |
| RAM | DDR3-1333 Reg 32GB (x1) | DDR3-1600 ECC Reg 8GB (x16) | Quantity mismatch (Order: 32 / Server: 128) |
| Drive Controller | RAID CARD 6 Drives (x1) | RAID CARD 24 Drives (x1) | Component mismatch |
| Hard Drive | SA-SCSI SASII 15k 600 GB (x6) | SA-SCSI SASII 15k 600 GB (x6) | |
| Remote Mgmt Card | MGMT-KVM 1 Unit (x1) | MGMT-KVM 1 Unit (x1) | |
| Chassis | SuperMicro SMCH24 4u \ 24D 24 (x1) | | |

1) Verify that the assigned server meets the following required chassis capacities:
Power: 2
Drives: 6


2) Configure the server to include the following components:

*** A dual-path network connection will be required to complete this order. ***

Processor: XEON-E7-4830-OctoCore-Westmere EX 2.13 GHz x4
RAM: DDR3-1333 Reg 32 GB x1
Drive Controller: RAID CARD 6 Drives x1
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Remote Mgmt Card: MGMT-KVM 1 Unit x1


Storage Groups
1. RAID 6: 2000 GB ( hdd0 hdd1 hdd2 hdd3 hdd4 hdd5 )

** It is important that non-matching drives are in the order specified here. **


3) Update the hardware record:
SL0110946


4) VERIFY THE PORTAL CAN CONNECT TO THE HARDWARE'S IPMI INTERFACE:
Click the IPMI link on the hardware page.


5) Update the HWTXN status:
HERE


6) DO NOT FORWARD THIS TICKET TO ACCOUNTING UNLESS ABSOLUTELY NECESSARY. BILLING
WILL BE UPDATED DURING PUBLISH_SERVER_DATA. THIS TICKET MAY BE CLOSED.
AUTO: Automated - 2014-Jul-31 12:48 (GMT-0500) - [Update 1]
A hardware update is required to complete this order.
Internal Note:
EMPLOYEE: tdiep Operations - DC Operations - SJC01, Sjc01 - 2014-Jul-31 13:25 (GMT-0500)
Substitution: DDR3-1333 Reg 32GB (x1) DDR3-1600 to ECC Reg 4GB (x16)
Approval:per sliki
Reason:per ram interleaving

Substitution: RAID CARD 6 Drives (x1) to RAID CARD 24 Drives (x1)
Approval:per sliki
Reason:per drive requirement within 4u 24 drive backplane
Internal Note:
AUTO: Automated - 2014-Jul-31 14:56 (GMT-0500)
Modifying billing item(32004572): changing itemId from Quad Processor Octo Core Xeon 4650 - 2.70GHz (Sandy
Bridge) - 4 x 20MB cache(4253) to Quad Processor Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x 20MB
cache(4253).
Unable to modify billing item(32004574): Unable to locate an item for Xeon-SandyBridge E E5-4650-Octocore to
update the itemId of the 'fourth_processor' billing item.
Modifying billing item(32004576): changing itemId from Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x

20MB cache(4254) to Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x 20MB cache(4254).
Unable to modify billing item(32004578): Unable to locate an item for Xeon-SandyBridge E E5-4650-Octocore to update the itemId of the 'third_processor' billing item.
Modifying billing item(32004582): changing itemId from 32 GB DDR3 Registered 1066(1131) to 64 GB DDR3 Registered 1600(4428).


Billing updates were attempted but this ticket needs to be forwarded to accounting for further review.

Current :  Ticket Edit - 11703294


IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY


Account ID:          350540
Company:           Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:            No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip       ??, OT 100048 (CN)
Office:       +13699253817
Alternate:
Fax:
Email:      6479288@qq.com
Account Balance:        $1.62  !
User:       English: en-US SL350540


 Customer Details    Customer Tickets     Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department      Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:   User   Employee
Yellow:


Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      Employee
Last Modify Date:       07-31-14 15:46 (GMT-0500)
Last Modified By:       Sam Snelling
Watch:   Yes
Customer Editable:      No
Customer Viewable:      No
Maintenance Window:      Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|----------|--------|-----------|------------|----------|----------|---|---|---|
| Current Hardware Attachments (1) | | | | | | | | |
| hostserver4 | okorder.com | 119.81.149.28 | 10.110.158.247 | root | KgB3SzD4 | View | Edit | Remove |
| Recently Added Hardware Attachments | | | | | | | | |

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|
| Current Virtual Guest Attachments (0) | | | | | |
| Recently Added Virtual Guest Attachments | | | | | |

Related Transactions:

| HWTXN | Group (Path) | Status | Order ID | Last Update | Overdue Deadline |
|-------|--------------|--------|----------|-------------|------------------|
| 10761882 | CENT Provision | COMPLETE | 2617896 | | |
| 15:41 (GMT -0500) | | 00:00:00 | 16:34 (GMT -0500) | | |

 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
Internal Note:
AUTO: Automated - 2014-Jul-31 12:50 (GMT-0500)
No exact matches were found for this server order (HWTXN_ID#10761882)

The following server has been assigned as the closest match:
Hardware serial: SL016S5Q
Hardware location: hkg02.sr01.rk11.sl26

| Component | Ordered [HWTXN#10761882] | Server [SL016S5Q] | Notes |
|-----------|--------------------------|-------------------|-------|
| Processor | XEON-E3-1270-V3-QuadCore-Haswell 3.5 GHz (x1) | XEON-E3-1270-V3-QuadCore-Haswell 3.5 GHz (x1) | |
| RAM | DDR3-1333 ECC NON Reg 8GB (x1) | DDR3-1600 ECC Non Reg 4GB (x4) | Quantity mismatch (Order: 8 / Server: 16) |
| Drive Controller | RAID CARD 4 Drives (x1) | SATA 4 Drives (x1) | Component mismatch |
| Hard Drive | SA-SCSI SASII 15k 600 GB (x4) | SA-SCSI SASII 15k 600 GB (x0) | Component mismatch (Order: 4 / Server: 0) |
| Remote Mgmt Card | MGMT-KVM 1 Unit (x1) | MGMT-KVM 1 Unit (x1) | |

Chassis        SuperMicro SMCH04 1u \ 4D 4 (x1)


1) Verify that the assigned server meets the following required chassis capacities:
Power: 1
Drives: 4


2) Configure the server to include the following components:

*** A dual-path network connection will be required to complete this order. ***

Processor: XEON-E3-1270-V3-QuadCore-Haswell 3.5 GHz x1
RAM: DDR3-1333 ECC NON Reg 8 GB x1
Drive Controller: RAID CARD 4 Drives x1
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Remote Mgmt Card: MGMT-KVM 1 Unit x1

Storage Groups
1. RAID 6: 1200 GB ( hdd0 hdd1 hdd2 hdd3 )

** It is important that non-matching drives are in the order specified here. **

3) Update the hardware record:
SL016S5Q

4) VERIFY THE PORTAL CAN CONNECT TO THE HARDWARE'S IPMI INTERFACE:
Click the IPMI link on the hardware page.

5) Update the HWTXN status:
HERE

6) DO NOT FORWARD THIS TICKET TO ACCOUNTING UNLESS ABSOLUTELY NECESSARY. BILLING
WILL BE UPDATED DURING PUBLISH_SERVER_DATA. THIS TICKET MAY BE CLOSED.
AUTO: Automated - 2014-Jul-31 12:50 (GMT-0500) - [Update 1]
A hardware update is required to complete this order.
Internal Note:
AUTO: Automated - 2014-Jul-31 15:41 (GMT-0500)


Unable to locate an item for ram


Billing updates were attempted but this ticket needs to be forwarded to accounting for further review.

Current :  Ticket Edit - 11703402

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     Employee
Last Modify Date:       07-31-14 15:45 (GMT-0500)
Last Modified By:      Sam Snelling
Watch:  Yes
Customer Editable:     No
Customer Viewable:     No
Maintenance Window:     Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|---|---|---|---|---|---|---|---|---|
| Current Hardware Attachments (1) | | | | | | | | |
| hostserver2 | okorder.com | 119.81.149.27 | 10.110.158.245 | root | ScCN2Stl | View | Edit | Remove |

Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|
| Current Virtual Guest Attachments (0) | | | | | |

Recently Added Virtual Guest Attachments

Related Transactions:

| HWTXN | Group (Path) | Status | Order ID | Last Update | Overdue | Deadline |
|---|---|---|---|---|---|---|
| 10761880 | CENT Provision | COMPLETE | 2617896 | 15:42 (GMT -0500) | 00:00:00 | 16:34 (GMT -0500) |

  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue: Go to the bottom
Internal Note:
AUTO: Automated - 2014-Jul-31 12:57 (GMT-0500)
No exact matches were found for this server order (HWTXN_ID#10761880)

The following server has been assigned as the closest match:
Hardware serial: SL016RAF
Hardware location: hkg02.sr01.rk25.sl27

| Component | Ordered [HWTXN#10761880] | Server [SL016RAF] | Notes |
|---|---|---|---|
| Processor | XEON-E7-4830-OctoCore-Westmere EX 2.13 GHz (x4) | XEON-E5-4650-OctoCore-SandyBridge-E 2.7 GHz (x4) | Alternate Component |
| RAM | DDR3-1333 Reg 32GB (x1) | DDR3-1600 ECC Reg 16GB (x16) | Quantity mismatch (Order: 32 / Server: 256) |
| Drive Controller | RAID CARD 6 Drives (x1) | RAID CARD 24 Drives (x1) | Component mismatch |
| Hard Drive | SA-SCSI SASII 15k 600 GB (x6) | SA-SCSI SASII 15k 600 GB (x0) | Component mismatch (Order: 6 / Server: 0) |
| Remote Mgmt Card | MGMT-KVM 1 Unit (x1) | MGMT-KVM 1 Unit (x1) | |

Chassis      SuperMicro SMCH24 4u \ 24D 24 (x1)

1) Verify that the assigned server meets the following required chassis capacities:
Power: 2
Drives: 6

2) Configure the server to include the following components:

*** A dual-path network connection will be required to complete this order. ***

Processor: XEON-E7-4830-OctoCore-Westmere EX 2.13 GHz x4
RAM: DDR3-1333 Reg 32 GB x1
Drive Controller: RAID CARD 6 Drives x1
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Hard Drive: SA-SCSI SASII 15k 600 GB
Remote Mgmt Card: MGMT-KVM 1 Unit x1

Storage Groups
1. RAID 6: 2000 GB ( hdd0 hdd1 hdd2 hdd3 hdd4 hdd5 )

** It is important that non-matching drives are in the order specified here. **

3) Update the hardware record:
SL016RAF

4) VERIFY THE PORTAL CAN CONNECT TO THE HARDWARE'S IPMI INTERFACE:
Click the IPMI link on the hardware page.

5) Update the HWTXN status:
HERE

6) DO NOT FORWARD THIS TICKET TO ACCOUNTING UNLESS ABSOLUTELY NECESSARY. BILLING
WILL BE UPDATED DURING PUBLISH_SERVER_DATA. THIS TICKET MAY BE CLOSED.
AUTO: Automated - 2014-Jul-31 12:57 (GMT-0500) - [Update 1]
A hardware update is required to complete this order.
Internal Note:
AUTO: Automated - 2014-Jul-31 15:42 (GMT-0500)
Modifying billing item(32004626): changing itemId from Quad Processor Octo Core Xeon 4650 - 2.70GHz (Sandy
Bridge) - 4 x 20MB cache(4253) to Quad Processor Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x 20MB
cache(4253).
Unable to modify billing item(32004628): Unable to locate an item for Xeon-SandyBridge E E5-4650-Octocore to
update the itemId of the 'fourth_processor' billing item.
Modifying billing item(32004630): changing itemId from Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x
20MB cache(4254) to Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x 20MB cache(4254).
Unable to modify billing item(32004632): Unable to locate an item for Xeon-SandyBridge E E5-4650-Octocore to
update the itemId of the 'third_processor' billing item.
Modifying billing item(32004638): changing itemId from 32 GB DDR3 Registered 1066(1131) to 64 GB DDR3
Registered 1600(4428).

Billing updates were attempted but this ticket needs to be forwarded to accounting for further review.

Current :  Ticket Edit - 11751992

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
IP:          219.142.121.250
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details   Customer Tickets   Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:          08-8-14 01:39 (GMT-0500)
Watch:  Yes
Customer Editable:     No
Customer Viewable:     Yes

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access


Hostname        Domain  Public IP      Private IP      Username        Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments


Hostname        Domain  Public IP      Private IP      Username        Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments




 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
USER:  English: en-US SL350540 2014-Aug-03 22:28 (GMT-0500) - [Update 1]
change boot from cd-rom; can you tell me the BIOS password of our server?
thank you !
Internal Note:
AUTO: Automated - 2014-Aug-03 22:28 (GMT-0500)
Default Group: Support
Route Rule Applied:
Administrative (NO)
=> Managed Account (NO)
=> Non VIP Account
=> Subject (OS Reload Question)
=> No Hardware
New Group: Support
EMPLOYEE: jwomack Operations - Technical Support, Hou04 - 2014-Aug-03 22:31 (GMT-0500) - [Update 2]
Hello,

I do apologize however we are not able to provide the BIOS password. Please tell us the boot order you wish to have
and we can set that for you.

Daniel W
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Aug-03 22:37 (GMT-0500) - [Update 3]
the first is cd-rom ,the second is local driver

EMPLOYEE: jwomack Operations - Technical Support, Hou04 - 2014-Aug-03 22:47 (GMT-0500) - [Update 4]
Thank you for the update. It appears the server is not attached to the ticket. Can you please specify which server you would like to change the boot order for? Also is it OK to proceed with the reboot at this time?

Daniel W
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Aug-03 22:59 (GMT-0500) - [Update 5]
the servername is hostserver1.okorder.com with public ip 198.11.211.115 . now I want to install system using ourselves iso image. but I can't open the page. please see the accache file. can you tell me why.

File Attachment:
 ipim.png
USER:  English: en-US SL350540 2014-Aug-03 23:03 (GMT-0500) - [Update 6]
sorry I made a mistake, see this accach file.

File Attachment:
 ip.png
EMPLOYEE: jwomack Operations - Technical Support, Hou04 - 2014-Aug-03 23:11 (GMT-0500) - [Update 7]
Thank you for the update. I am continuing to investigate the issue at this time.

Daniel W
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
EMPLOYEE: jwomack Operations - Technical Support, Hou04 - 2014-Aug-03 23:43 (GMT-0500) - [Update 8]

http://10.88.150.228 >> From Configuration >> Remote Session, I have reset to 'Auto Attache'

The error in the image you uploaded should not be present any more so now you can attach the iso image you wish to boot from. Once this is done we can set the virtual CDrom in the bios.

Daniel W
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Aug-04 00:25 (GMT-0500) - [Update 9]
you see the attach file . the image is
hostserver7.okorder.com
Public IP: 198.11.211.114 (San Jose 1)
Private IP: 10.88.150.225

now I want use the iso image in the picture to install the server 198.11.211.115. how I should do.

File Attachment:
 server.png
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2014-Aug-04 00:44 (GMT-0500) - [Update 10]

Hello

The settings you have look correct. You should just be able to click on mount and then notify us to change the boot order in the BIOS. If you have further issues, just let us know.

Thanks for choosing SoftLayer, an IBM company

Todd B
Team Lead, Technical Support
www.softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2014-Aug-04 00:44 (GMT-0500)
RY: 1 Day

USER:  English: en-US SL350540 2014-Aug-04 00:56 (GMT-0500) - [Update 11]
oh my god ! can't you understand what I said . The picture you see is not the server want to Install system. please be carefull . I can't configure the iso path, the page told me I don't have privilege.

attention: my server ip is 198.11.211.115, the fault is in the attache file?


File Attachment:
 ip.png
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2014-Aug-04 01:02 (GMT-0500) - [Update 12]
I apologize for the confusion. I thought that issue was resolved earlier in this ticket by another technician. I have made the proper correction for you and you should now have the proper permissions to mount the iso. If you still have issues, please let us know.

Thanks for choosing SoftLayer, an IBM company

Todd B
Team Lead, Technical Support
www.softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2014-Aug-04 01:02 (GMT-0500)
RY: 1 Day
not sure why it took 10 updates to correct an IPMI permission.
USER:  English: en-US SL350540 2014-Aug-04 01:05 (GMT-0500) - [Update 13]
thank you very much!
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2014-Aug-04 01:11 (GMT-0500) - [Update 14]
You are very welcome. If you need anything further, just let us know.

Thanks for choosing SoftLayer, an IBM company

Todd B
Team Lead, Technical Support
www.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Aug-04 01:22 (GMT-0500) - [Update 15]

I have another server . the information is
hostserver2.okorder.com
Bare Metal Server
Hong Kong 2
119.81.149.27

can you do the same configuration for this server.
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2014-Aug-04 01:38 (GMT-0500) - [Update 16]
Hello

I have made this correction on hostserver2 as well. If you need anything further, just let us know.

Thanks for choosing SoftLayer, an IBM company

Todd B
Team Lead, Technical Support
www.softlayer.com

Response not rated.
AUTO: Automated - 2014-Aug-08 01:39 (GMT-0500) - [Update 17]
This ticket was automatically closed by the ticket system for inactivity.

Current :  Ticket Edit - 11758560

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:             Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:             No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip       ??, OT 100048 (CN)
Office:              +13699253817
Alternate:
Fax:
Email:       6479288@qq.com
IP:          219.142.121.250
Account Balance:          $1.62  !
User:        English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:            $
Support Representatives

Department      Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:       Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:        08-9-14 05:48 (GMT-0500)
Watch:  Yes
Customer Editable:     No
Customer Viewable:     Yes

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
| --- | --- | --- | --- | --- | --- |

Current Hardware Attachments (0)
Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
| --- | --- | --- | --- | --- | --- |

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
Issue:  Go to the bottom
USER:  English: en-US SL350540 2014-Aug-04 04:54 (GMT-0500) - [Update 1]
I install system use the iso image in file storage with 10.1.194.12 . I found the system installs so slowly compared with others. I want to know why. thte iso path configration is in the attach file.

File Attachment:
 install.png
Internal Note:
AUTO: Automated - 2014-Aug-04 04:54 (GMT-0500)
Default Group: Support
Route Rule Applied:
Administrative (NO)
=> Managed Account (NO)
=> Non VIP Account
=> Subject (OS Reload Question)
=> No Hardware
New Group: Support
USER:  English: en-US SL350540 2014-Aug-04 04:57 (GMT-0500) - [Update 2]
the server information

hostserver2.okorder.com
Public IP: 119.81.149.27 (Hong Kong 2)
Private IP: 10.110.158.245
EMPLOYEE: siferguson Operations - Technical Support, Hou04 - 2014-Aug-04 05:44 (GMT-0500) - [Update 3]
Hello,

I see that this image is a DVD image. Is it under 4.7GB?

Thank you for choosing SoftLayer, an IBM Company.
Stephen F
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2014-Aug-05 05:47 (GMT-0500) - [Update 4]
Hello

Just checking in to see if you need any further assistance with this issue. If not this ticket is being set to close in 4 days. If you need anything further, please let us know.

Thanks for choosing SoftLayer, an IBM company

Todd B
Team Lead, Technical Support
www.softlayer.com

Response not rated.
AUTO: Automated - 2014-Aug-09 05:48 (GMT-0500) - [Update 5]
This ticket was automatically closed by the ticket system for inactivity.

Current :  Ticket Edit - 11793020

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:        350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:           +13699253817
Alternate:
Fax:
Email:       6479288@qq.com
IP:           219.142.121.250
Account Balance:        $1.62  !
User:        English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:       08-9-14 23:48 (GMT-0500)
Watch:  Yes
Customer Editable:     No
Customer Viewable:     Yes
Maintenance Window:    Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|----------|--------|-----------|------------|----------|----------|---|---|---|
| Current Hardware Attachments (1) | | | | | | | | |
| hostserver4 | okorder.com | 119.81.149.28 | 10.110.158.247 | root | KgB3SzD4 | View | Edit | Remove |
| Recently Added Hardware Attachments | | | | | | | | |


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|
| Current Virtual Guest Attachments (0) | | | | | |
| Recently Added Virtual Guest Attachments | | | | | |


 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
USER:  Go to the bottom
USER:  English: en-US SL350540 2014-Aug-05 22:34 (GMT-0500) - [Update 1]
the ip configuration of the server with public ip address 119.81.149.28 lost when we reboot the system.
can you give me the ip address list or tell me what I should do to get what I want.
Internal Note:
AUTO: Automated - 2014-Aug-05 22:34 (GMT-0500)
Route Rule Applied:
Administrative (YES)
=> Managed Account (NO)
=> Non VIP Account
=> No Hardware
New Group: Support
EMPLOYEE: tjohnston Operations - Technical Support, Hou04 - 2014-Aug-05 22:44 (GMT-0500) - [Update 2]
Hello,

You can view the details regarding the static public IP subnet at:

https://control.softlayer.com/network/subnets/661244

We attempted to access the server to re-add the IP's, however the root password on file is not up to date.

You can use the following to assist you in adding the IP's back to the server:

http://knowledgelayer.softlayer.com/learning/add-secondary-ips-redhatcentos

If you have any other concerns please do not hesitate to ask.

Thank you for choosing SoftLayer, an IBM Company.
Tim J
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Aug-05 22:44 (GMT-0500) - [Update 3]
We want the initial IP configuration list

USER:  English: en-US SL350540 2014-Aug-05 22:48 (GMT-0500) - [Update 4]
thank you , I get it. And then I want to know why the ip is lost when we reboot system.
EMPLOYEE: tjohnston Operations - Technical Support, Hou04 - 2014-Aug-05 23:00 (GMT-0500) - [Update 5]
We do apologize. When you stated that the IP configuration was lost and the primary IP address was working I
thought you were seeking the details for the additional IP address block that is assigned the server.

The initial IP address is:

Address: 119.81.149.28
Gateway: 119.81.149.25
Netmask: 255.255.255.248

The secondary IP block would be configured using the following:

vi ifcfg-bond1-range1

IPADDR_START='119.81.163.56'
IPADDR_END='119.81.163.59'
CLONENUM_START='1'

If the server already has secondary IP addresses on bond1 change ifcfg-bond1-range1 to be the next numbered range
that does not yet exist on the server and CLONENUM_START='1' to the number following the current interface ID
from:

ifconfig

If you have any other concerns please do not hesitate to ask.

Thank you for choosing SoftLayer, an IBM Company.
Tim J
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
AUTO: Automated - 2014-Aug-09 23:48 (GMT-0500) - [Update 6]
This ticket was automatically closed by the ticket system for inactivity.

Current :  Ticket Edit - 11999462


IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY


Account ID:          350540
Company:             Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:             No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip         ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
IP:             219.142.121.250
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department       Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:        08-22-14 06:19 (GMT-0500)
Watch:   Yes
Customer Editable:      No
Customer Viewable:      Yes
Maintenance Window:     Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Hardware Attachments (1)

| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|---|---|---|---|---|---|---|---|---|
| hostserver4 | okorder.com | 119.81.149.28 | 10.110.158.247 | root | KgB3SzD4 | View | Edit | Remove |

Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
Issue:  Go to the bottom
USER:  English: en-US SL350540 2014-Aug-18 05:47 (GMT-0500) - [Update 1]
hostserver4.okorder.com with public ip 119.81.149.28.

I have open the vpn but I can't connect the manage ip 10.110.158.248 of the server.

please help me to check what happened.

thank you .
Internal Note:
AUTO: Automated - 2014-Aug-18 05:47 (GMT-0500)
Default Group: Support
Route Rule Applied:
Administrative (NO)
=> Managed Account (NO)
=> Non VIP Account
=> Subject (Private Network Question)
=> No Hardware
New Group: Support
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2014-Aug-18 05:50 (GMT-0500) - [Update 2]
Hello

I am going to forward this to our Data Center to get this looked at for you. Please stand by.

Thanks for choosing SoftLayer, an IBM company

Todd B
Team Lead, Technical Support
www.softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2014-Aug-18 05:50 (GMT-0500)
no ping no ssh, IPMI not responding
USER:  English: en-US SL350540 2014-Aug-18 05:54 (GMT-0500) - [Update 3]
my server has been down for two days which I found just now.
EMPLOYEE: hramchandani Operations - DC Operations - HKG02, Hkg02 - 2014-Aug-18 06:02 (GMT-0500) -
[Update 4]
Hello,

We have checked the server for you and can confirm that it is now back online and booted into the OS. The issue was
with the power connection on the server and it has been resolved.

Thank you,
Harsh R.
Datacenter Specialist | HKG02
SoftLayer, an IBM Company

Response not rated.
Internal Note:
EMPLOYEE: hramchandani Operations - DC Operations - HKG02, Hkg02 - 2014-Aug-18 06:02 (GMT-0500)
Power cable was slightly loose on the strip causing the server to power off. This has been corrected and secured.
Internal Note:
EMPLOYEE: hramchandani Operations - DC Operations - HKG02, Hkg02 - 2014-Aug-18 06:06 (GMT-0500)
(19:04) tburns: Ok just update the customer and then send back to cst ry for 1 day
RY1D
USER:  English: en-US SL350540 2014-Aug-18 06:14 (GMT-0500) - [Update 5]
thank you . but I want to know the reason. it is a hardware problem or other problems, I hope that will not be repeated
again.
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2014-Aug-18 06:19 (GMT-0500) - [Update 6]
Hello

The reason the server was down was that the power connection to the server was loose. Unfortunately we do not know
why that happened but this issue was not with the server itself. Your server is ok. I do apologize.

Thanks for choosing SoftLayer, an IBM company

Todd B
Team Lead, Technical Support
www.softlayer.com

Response not rated.
AUTO: Automated - 2014-Aug-22 06:19 (GMT-0500) - [Update 7]
This ticket was automatically closed by the ticket system for inactivity.

Current :  Ticket Edit - 12067292

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:             Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:             No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:              +13699253817
Alternate:
Fax:
Email:        6479288@qq.com
IP:           118.186.201.98
Account Balance:           $1.62  !
User:         English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:           $
Support Representatives

Department       Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User  Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:      08-27-14 04:59 (GMT-0500)
Watch:  Yes
Customer Editable:     No
Customer Viewable:     Yes
Maintenance Window:     Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Hardware Attachments (1)
        NA    NA    NA    NA    View   Edit   Remove
Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

  - Server no longer belongs to the account id listed in this ticket.
  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Aug-22 06:02 (GMT-0500) - [Update 1]
A cancellation request has been submitted for the following:
Server: hostserver7.okorder.com
Public IP: 198.11.211.114
Private IP: 10.88.150.225
Servers and services must be cancelled prior to Aug 23, 2014 23:59:59 CDT (GMT-05:00).
==================
Customer Note:
Server Cancellation
Internal Note:
AUTO: Automated - 2014-Aug-22 06:02 (GMT-0500)
Update Cancellation Reason | Re-Approve Cancellation | Void Cancellation | Extend Reclaim Date (up to 48 hours) |
Save Tool
View Competitors

Cancellation Reason(s):
Resource Requirements Changed
Server: hostserver7.okorder.com, Hardware ID: 250028
Network: Public VLAN: 497010, Private VLAN: 497012
Location: sjc01.sr02.rk339.sl02
Age at Cancel: 5 months, 4 days
Discount History: Temporary: $0.00, Permanent: $0.00

Request Origin: Portal
Internal Note:
AUTO: Automated - 2014-Aug-22 06:03 (GMT-0500)
This cancellation has been automatically approved:

Ticket:12067292 - Server Cancellation - 08/25/14
Account:350540 - CNBM International Corporation
Server:hostserver7.okorder.com (250028)
Cancellation Reason:Resource Requirements Changed
Schedule: Regular: Cancellation Date on 08-24-2014
and Server Reclaim on 08-25-2014
AUTO: Automated - 2014-Aug-22 06:03 (GMT-0500) - [Update 2]
The billing for server 'hostserver7.okorder.com' has been canceled and is scheduled to be reclaimed on 08-25-2014

Thank you for your business!
USER:  English: en-US SL350540 2014-Aug-22 06:03 (GMT-0500) - [Update 3]
move the data to other device
EMPLOYEE: dkujawski Sales - Global Sales, Dal05 - 2014-Aug-22 09:46 (GMT-0500) - [Update 4]
Hello Yum,

Thank you for bringing this to us. SoftLayer appreciates the opportunity to continue to be a part of your success. I see this server is no longer needed as you have migrated to another device on the account. Is this the only reason why you are cancelling this server? Do you have any other needs or concerns that we can address at this time? I want to make sure that you are receiving the best possible service from us and any feedback will help us in this situation.

Regards,

Douglas Kujawski
Sales-Customer Relations Manager

SoftLayer, an IBM Company
4849 Alpha Rd, Dallas, TX 75244
214.445.6441 direct | 1.800.997.1657 Office |Ext 16418| dkujawski@softlayer.com


Response not rated.
EMPLOYEE: jsampson Sales - Sales Engagement, Dal05 - 2014-Aug-23 09:53 (GMT-0500) - [Update 5]
Hello again,

Did you receive our previous ticket update? SoftLayer wants to make sure you have all the necessary information to make an informed decision so please let us know how we can further assist you.

Kindest regards,
Jonathan Sampson
Customer Relations Team
SoftLayer, an IBM Company
214.445.6437 direct |1.800.997.1657
jsampson@softlayer.com | customerrelations@softlayer.com


Response not rated.
Internal Note:
EMPLOYEE: ctobaben Sales - Global Sales, Dal05 - 2014-Aug-24 11:59 (GMT-0500)
You have updated the cancel reason:

Cancellation Reason:Resource Requirements Changed
AUTO: Automated - 2014-Aug-25 08:03 (GMT-0500) - [Update 6]
Your server has been reclaimed. This ticket will be closed once all of our reclaim processes are complete.


Thank you!
Internal Note:
AUTO: Automated - 2014-Aug-25 08:03 (GMT-0500)
HWTXN #11518930 has been inserted for server SL0125079.

Current :  Ticket Edit - 12098954

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:     6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department          Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:     05-8-15 10:10 (GMT-0500)
Watch:   Yes
Customer Editable:     No
Customer Viewable:     Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (0)
Recently Added Hardware Attachments


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments



  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Aug-25 01:23 (GMT-0500) - [Update 1]
IMMEDIATE ATTENTION: SL350540 POTENTIAL SERVICE INTERRUPTION CAN OCCUR!

The current credit card on SL350540 has been declined in the amount of: $5,008.00.

All payments must be made within 5 days of your anniversary date to prevent service interruption. Please log into the customer portal and click on the Account > Payment Method menu for more information.
https://control.softlayer.com

SoftLayer Dutch Holdings B.V. recommends that you perform the following steps:
1) Check the expiration date on your current credit card on file.
2) Check your credit card balance to ensure sufficient funds are available.
3) Use an alternate credit card in the Make a Payment form to pay for services and prevent disconnection.

All current invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.
Internal Note:
AUTO: Automated - 2014-Aug-25 01:23 (GMT-0500)
Error message reported from Cybersource: General decline of the card. No other information provided by the issuing bank.

Current :  Ticket Edit - 12120082

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department      Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:      05-8-15 10:10 (GMT-0500)
Watch:   Yes
Customer Editable:      No
Customer Viewable:      Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access

Hostname        Domain  Public IP      Private IP      Username      Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments

Hostname        Domain  Public IP      Private IP      Username      Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Aug-26 05:37 (GMT-0500) - [Update 1]
IMMEDIATE ATTENTION: SL350540 POTENTIAL SERVICE INTERRUPTION CAN OCCUR!

The current credit card on SL350540 has been declined in the amount of: $5,008.00.

All payments must be made within 5 days of your anniversary date to prevent service interruption. Please log into the customer portal and click on the Account > Payment Method menu for more information.
https://control.softlayer.com

SoftLayer Dutch Holdings B.V. recommends that you perform the following steps:
1) Check the expiration date on your current credit card on file.
2) Check your credit card balance to ensure sufficient funds are available.
3) Use an alternate credit card in the Make a Payment form to pay for services and prevent disconnection.

All current invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.
Internal Note:
AUTO: Automated - 2014-Aug-26 05:37 (GMT-0500)
Error message reported from Cybersource: General decline of the card. No other information provided by the issuing bank.

Current :  Ticket Edit - 12127908

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:        350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip        ??, OT 100048 (CN)
Office:        +13699253817
Alternate:
Fax:
Email:        6479288@qq.com
Account Balance:        $1.62  !
User:        English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:        $
Support Representatives

Department        Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:        Employee
Last Modify Date:        08-31-14 10:39 (GMT-0500)
Last Modified By:        Jennifer Trayal
Watch:   Yes
Customer Editable:        No
Customer Viewable:        Yes

Internal Tags: None Edit
Customer Tags:
Attached employees: jtrayal

You may attach yourself to this ticket
    Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (0)
Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

    - Server has been purchased by this account within the last 120 days.
    - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Aug-26 14:24 (GMT-0500) - [Update 1]
A late fee of $20 has been incurred for failure to remit payment for services on or before the monthly anniversary date,
per the SoftLayer Terms of Service.

http://cdn.softlayer.com/SoftLayer_MSA.pdf
All payments are due in full on the Anniversary Billing Date. A late fee of twenty dollars ("$20") will be incurred for
failure to remit payment for services on or before the monthly Anniversary Billing Date. Failure to remit payment for
five ("5") consecutive days, including the Anniversary Billing Date, shall result in a termination of public access to
Customer services. A fifty dollar ("$50") reconnect fee will be incurred for failure to remit payment for services after
public access has been disconnected. Failure to remit payment for services within seven ("7") consecutive days,
including the Anniversary Billing Date, shall result in termination of access to the service network and all services
shall be reclaimed. All Customer data remaining after seven ("7") days of nonpayment will be destroyed for security
and privacy reasons, unless otherwise required by law.

For more information please refer to SoftLayer's Terms of Service found in sections 5 & 15 of our Master Service
Agreement.
EMPLOYEE: dpatterson Corporate - Revenue Services, Dal02 - 2014-Aug-29 13:08 (GMT-0500) - [Update 2]
From: Drew Patterson
Sent: Friday, August 29, 2014 1:08 PM
To: '6479288@qq.com'
Cc: Daily Billing
Subject: SL350540 - CNBM International Corporation Past Due @ SoftLayer, an IBM Company
Importance: High

Account Summary for: CNBM International Corporation
Account Balance: $5,028.00

Please be aware that your account is now in arrears. Please remit your payment ASAP to bring this account back up to good standings.

Your prompt attention to this matter is appreciated.

Thank you,

Drew Patterson
AR Representative

SoftLayer, an IBM Company
4849 Alpha Rd, Dallas, TX 75244
866.325.0045 main | dpatterson@softlayer.com


Response not rated.
Internal Note:
EMPLOYEE: jtrayal Corporate - Revenue Services, Dal02 - 2014-Aug-31 09:52 (GMT-0500)
customer came into chat wanting to know what the problem was. Un yellowing the ticket
Internal Note:
AUTO: Automated - 2014-Aug-31 10:27 (GMT-0500)
This customer has submitted a manual payment in the amount of $3000 and it has been approved. The customer's new balance at this time is $2028.

Internal Note:
AUTO: Automated - 2014-Aug-31 10:36 (GMT-0500)
This customer has submitted a manual payment in the amount of $2028 and it has been approved. The customer's new balance at this time is $0.

EMPLOYEE: jtrayal Corporate - Revenue Services, Dal02 - 2014-Aug-31 10:39 (GMT-0500) - [Update 3]
Hello,

Thank you for your payment. We will be closing this ticket at this time. Please open a new ticket should you need further assistance. Thank you for choosing SoftLayer. Have a wonderful day!

Thank you,
Jennifer T.
SoftLayer Accounting

Current :  Ticket Edit - 12138326

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:        350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:           No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip       ??, OT 100048 (CN)
Office:        +13699253817
Alternate:
Fax:
Email:      6479288@qq.com
Account Balance:       $1.62  !
User:       English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:        $
Support Representatives

Department     Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:  User  Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:       05-8-15 10:10 (GMT-0500)
Watch:   Yes
Customer Editable:     No
Customer Viewable:     Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access


Hostname        Domain  Public IP       Private IP      Username        Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments


Hostname        Domain  Public IP       Private IP      Username        Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments


  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Aug-27 05:42 (GMT-0500) - [Update 1]
IMMEDIATE ATTENTION: SL350540 POTENTIAL SERVICE INTERRUPTION CAN OCCUR!

The current credit card on SL350540 has been declined in the amount of: $5,028.00.

All payments must be made within 5 days of your anniversary date to prevent service interruption. Please log into the
customer portal and click on the Account > Payment Method menu for more information.
https://control.softlayer.com

SoftLayer Dutch Holdings B.V. recommends that you perform the following steps:
1) Check the expiration date on your current credit card on file.
2) Check your credit card balance to ensure sufficient funds are available.
3) Use an alternate credit card in the Make a Payment form to pay for services and prevent disconnection.

All current invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a
ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-
866-398-7638 or accounting@softlayer.com

Thank you,


SoftLayer Dutch Holdings B.V.
Internal Note:
AUTO: Automated - 2014-Aug-27 05:42 (GMT-0500)
Error message reported from Cybersource: General decline of the card. No other information provided by the issuing
bank.

Current :  Ticket Edit - 12155366

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department          Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:          AUTO
Last Modify Date:          05-8-15 10:10 (GMT-0500)
Watch:   Yes
Customer Editable:          No
Customer Viewable:          Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
   Request Password Access


Hostname       Domain  Public IP       Private IP      Username      Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments


Hostname       Domain  Public IP       Private IP      Username      Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments



 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Aug-28 04:04 (GMT-0500) - [Update 1]
IMMEDIATE ATTENTION: SL350540 POTENTIAL SERVICE INTERRUPTION CAN OCCUR!

The current credit card on SL350540 has been declined in the amount of: $5,028.00.

All payments must be made within 5 days of your anniversary date to prevent service interruption. Please log into the customer portal and click on the Account > Payment Method menu for more information.
https://control.softlayer.com

SoftLayer Dutch Holdings B.V. recommends that you perform the following steps:
1) Check the expiration date on your current credit card on file.
2) Check your credit card balance to ensure sufficient funds are available.
3) Use an alternate credit card in the Make a Payment form to pay for services and prevent disconnection.

All current invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.
Internal Note:
AUTO: Automated - 2014-Aug-28 04:04 (GMT-0500)
Error message reported from Cybersource: General decline of the card. No other information provided by the issuing bank.

Current :  Ticket Edit - 12171538

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:        350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip        ??, OT 100048 (CN)
Office:        +13699253817
Alternate:
Fax:
Email:        6479288@qq.com
Account Balance:        $1.62  !
User:        English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:            $
Support Representatives

Department        Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:      05-8-15 10:10 (GMT-0500)
Watch:   Yes
Customer Editable:      No
Customer Viewable:      Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Hardware Attachments (0)
Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
    Ticket Activity
    View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Aug-29 01:10 (GMT-0500) - [Update 1]
IMMEDIATE ATTENTION: SL350540 POTENTIAL SERVICE INTERRUPTION CAN OCCUR!

The current credit card on SL350540 has been declined in the amount of: $5,028.00.

All payments must be made within 5 days of your anniversary date to prevent service interruption. Please log into the customer portal and click on the Account > Payment Method menu for more information.
https://control.softlayer.com

SoftLayer Dutch Holdings B.V. recommends that you perform the following steps:
1) Check the expiration date on your current credit card on file.
2) Check your credit card balance to ensure sufficient funds are available.
3) Use an alternate credit card in the Make a Payment form to pay for services and prevent disconnection.

All current invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.
Internal Note:
AUTO: Automated - 2014-Aug-29 01:10 (GMT-0500)
Error message reported from Cybersource: General decline of the card. No other information provided by the issuing bank.

Current :  Ticket Edit - 12186978

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY


Account ID:          350540
Company:            Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:            No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:            +13699253817
Alternate:
Fax:
Email:     6479288@qq.com
Account Balance:         $1.62  !
User:       English: en-US SL350540


 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department      Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:         Assign to Me
Email:   User   Employee
Yellow:


Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:       05-8-15 10:10 (GMT-0500)
Watch:   Yes
Customer Editable:      No
Customer Viewable:      Yes


Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Hardware Attachments (0)
Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Aug-30 01:42 (GMT-0500) - [Update 1]
IMMEDIATE ATTENTION: SL350540 POTENTIAL SERVICE INTERRUPTION CAN OCCUR!

The current credit card on SL350540 has been declined in the amount of: $5,028.00.

All payments must be made within 5 days of your anniversary date to prevent service interruption. Please log into the customer portal and click on the Account > Payment Method menu for more information.
https://control.softlayer.com

SoftLayer Dutch Holdings B.V. recommends that you perform the following steps:
1) Check the expiration date on your current credit card on file.
2) Check your credit card balance to ensure sufficient funds are available.
3) Use an alternate credit card in the Make a Payment form to pay for services and prevent disconnection.

All current invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.
Internal Note:
AUTO: Automated - 2014-Aug-30 01:42 (GMT-0500)
Error message reported from Cybersource: General decline of the card. No other information provided by the issuing bank.

Current :  Ticket Edit - 12195516

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department      Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User  Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:      05-8-15 10:11 (GMT-0500)
Watch:   Yes
Customer Editable:      No
Customer Viewable:      Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
   Request Password Access


Hostname        Domain  Public IP       Private IP      Username        Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments


Hostname        Domain  Public IP       Private IP      Username        Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments


   - Server has been purchased by this account within the last 120 days.
   - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Aug-31 00:54 (GMT-0500) - [Update 1]
IMMEDIATE ATTENTION: SL350540 POTENTIAL SERVICE INTERRUPTION CAN OCCUR!

The current credit card on SL350540 has been declined in the amount of: $5,028.00.

All payments must be made within 5 days of your anniversary date to prevent service interruption. Please log into the customer portal and click on the Account > Payment Method menu for more information.
https://control.softlayer.com

SoftLayer Dutch Holdings B.V. recommends that you perform the following steps:
1) Check the expiration date on your current credit card on file.
2) Check your credit card balance to ensure sufficient funds are available.
3) Use an alternate credit card in the Make a Payment form to pay for services and prevent disconnection.

All current invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-866-398-7638 or accounting@softlayer.com

Thank you,


SoftLayer Dutch Holdings B.V.
Internal Note:
AUTO: Automated - 2014-Aug-31 00:54 (GMT-0500)
Error message reported from Cybersource: General decline of the card. No other information provided by the issuing bank.

Current :  Ticket Edit - 12353216

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:           Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:            No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip       ??, OT 100048 (CN)
Office:            +13699253817
Alternate:
Fax:
Email:            6479288@qq.com
IP:              123.124.252.126
Account Balance:         $1.62  !
User:          English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:            $
Support Representatives

Department      Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:        09-15-14 06:10 (GMT-0500)
Watch:  Yes
Customer Editable:     No
Customer Viewable:     Yes

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access


Hostname       Domain  Public IP       Private IP     Username      Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments


Hostname       Domain  Public IP       Private IP     Username      Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments



 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
     Ticket Activity
     View Ticket Activity
Issue:  Go to the bottom
USER:  English: en-US SL350540 2014-Sep-10 03:38 (GMT-0500) - [Update 1]
if I don't use File storage any more,what should I do to cancel this service.
I want to know whether the service is for charge or not

The domain name of the file storage is nas501.service.softlayer.com.
Internal Note:
AUTO: Automated - 2014-Sep-10 03:38 (GMT-0500)
Default Group: Support
Route Rule Applied:
Administrative (NO)
=> Managed Account (NO)
=> Non VIP Account
=> Subject (Storage Question)
=> No Hardware
New Group: Support
EMPLOYEE: jmclemore Operations - Technical Support, Hou04 - 2014-Sep-10 03:55 (GMT-0500) - [Update 2]
Hello,

I am more than happy to assist you with this as best I can. You can cancel this from the portal by going to Storage
>>>> File Storage >>>> click the cancel icon to the right of the NAS.

Thank you for choosing SoftLayer, an IBM Company.

Joe M.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: jmclemore Operations - Technical Support, Hou04 - 2014-Sep-10 03:55 (GMT-0500)
ry1d
EMPLOYEE: mwettstein Operations - Technical Support, Hou04 - 2014-Sep-11 03:57 (GMT-0500) - [Update 3]
We are following up to see if you require any further assistance. Please let us know if there is anything else you need assistance with, or if you have any more questions. Your ticket will be automatically closed after 4 days if no updates are given.

Thank you for choosing SoftLayer, an IBM Company.

Mike W
Customer Support Technician
http://knowledgelayer.softlayer.com


Response not rated.
AUTO: Automated - 2014-Sep-15 06:10 (GMT-0500) - [Update 4]
This ticket was automatically closed by the ticket system for inactivity.

Current :  Ticket Edit - 12353574

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
IP:          123.124.252.126
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets     Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:       09-10-14 04:15 (GMT-0500)
Watch:  Yes
Customer Editable:      No
Customer Viewable:      Yes

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
   Request Password Access


Hostname       Domain  Public IP       Private IP       Username       Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments


Hostname       Domain  Public IP       Private IP       Username       Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments



 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
     Ticket Activity
     View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Sep-10 04:15 (GMT-0500) - [Update 1]
Dear Customer,

One or more items associated with your account has a pending cancellation request:

Account: CNBM International Corporation (350540)

Cancellation Items:
- 20 GB NAS $10/Mon. cancellation option: Immediately


View your service cancellation requests inside the Customer Portal:

https://control.softlayer.com/account/cancellations
Internal Note:
AUTO: Automated - 2014-Sep-10 04:15 (GMT-0500)
To manage this service cancellation requests, go to the Cancellation Request Detail page.
AUTO: Automated - 2014-Sep-10 04:15 (GMT-0500) - [Update 2]
Dear Customer,

Your service cancellation request has been reviewed and approved by SoftLayer Sales.

All associated billing item(s) in this request will be canceled by an automated process.

SoftLayer Sales team will no longer monitor this ticket. You may check the reclaim status of associated services inside
the Customer Portal:

https://control.softlayer.com/account/cancellations

Current :  Ticket Edit - 12515216

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:           350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip        ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
IP:          219.142.121.250
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department       Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:      09-25-14 23:09 (GMT-0500)
Watch:   Yes
Customer Editable:      No
Customer Viewable:      Yes
Maintenance Window:      Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|----------|--------|-----------|-----------|----------|----------|---|---|---|
| Current Hardware Attachments (1) | | | | | | | | |
| hostserver4 | okorder.com | 119.81.149.28 | 10.110.158.247 | root | KgB3SzD4 | View | Edit | Remove |
| Recently Added Hardware Attachments | | | | | | | | |

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|-----------|----------|----------|
| Current Virtual Guest Attachments (0) | | | | | |
| Recently Added Virtual Guest Attachments | | | | | |

  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
USER:  English: en-US SL350540 2014-Sep-19 01:40 (GMT-0500) - [Update 1]
my server ip is 119.81.149.28 which is often down. our solution is reboot the server when the server was down,and
then it returns to normal, but after few days,it would be down.

now it is down , please help me to check the server whether the hardware of the server is OK or not? thank you?
Internal Note:
AUTO: Automated - 2014-Sep-19 01:40 (GMT-0500)
Default Group: Support
Route Rule Applied:
Administrative (NO)
=> Managed Account (NO)
=> Non VIP Account
=> Subject (Public Network Question)
=> No Hardware
New Group: Support
USER:  English: en-US SL350540 2014-Sep-19 01:49 (GMT-0500) - [Update 2]
and I can't access the server by KVM

File Attachment:
  cc.png
USER:  English: en-US SL350540 2014-Sep-19 01:54 (GMT-0500) - [Update 3]
if the hardware is ok , can you give me some suggestion to solve the problem .
EMPLOYEE: jsherlin Operations - Technical Support, Hou04 - 2014-Sep-19 02:21 (GMT-0500) - [Update 4]

Hello,

There is no server attached to this ticket. Which server are you encountering the problem on?

Thank you for choosing SoftLayer, an IBM Company.

Jefferson S.
Customer Service Technician
http://knowledgelayer.softlayer.com/

Response not rated.
USER:  English: en-US SL350540 2014-Sep-19 02:52 (GMT-0500) - [Update 5]
hostserver4.okorder.com
EMPLOYEE: jsherlin Operations - Technical Support, Hou04 - 2014-Sep-19 03:41 (GMT-0500) - [Update 6]
The server has been recently rebooted, so we do not currently see the issue. The IPMi logs do not show any hardware issues. Please come into chat if you see this issue again, so that we may look into this while the issue is occurring.

Thank you for choosing SoftLayer, an IBM Company.

Jefferson S.
Customer Service Technician
http://knowledgelayer.softlayer.com/

Response not rated.
EMPLOYEE: jaballard Operations - Cust Care & Managed Svcs, Hou04 - 2014-Sep-20 03:45 (GMT-0500) - [Update 7]
Hello,

We have not heard back from you since our last update. We just wanted to check back with you to see if you had any other questions or concerns regarding this issue. If you do, please let us know. Just to be on the safe side, we will be leaving this ticket open for four days to ensure there are no other issues regarding this. If there are no new updates in that time, this ticket will close automatically. Also, as always, if you have any other questions or concerns unrelated to this issue please do not hesitate to open a new ticket and our team will be glad to further assist you.


Thank you for choosing SoftLayer, an IBM Company.
Joseph B.
Team Lead, Customer Technical Support
http://knowledgelayer.softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: jaballard Operations - Cust Care & Managed Svcs, Hou04 - 2014-Sep-20 03:45 (GMT-0500)
Ac4d pending further interaction.
USER:  English: en-US SL350540 2014-Sep-21 21:27 (GMT-0500) - [Update 8]
the server is failed by ping again please help me to check the server
EMPLOYEE: gfields Operations - Technical Support, Hou04 - 2014-Sep-21 21:42 (GMT-0500) - [Update 9]
Hello,

I'm sorry to hear of the problem and will investigate. I'll update when I have more information.

Softlayer Knowledgebase: http://knowledgelayer.softlayer.com/

Thank you for choosing SoftLayer, an IBM Company

GwenF
Customer Technical Support
softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Sep-21 21:49 (GMT-0500) - [Update 10]
I can't manage the server by remote console ? why? the attch file is the picture of my access remote console


File Attachment:
 gg.png
EMPLOYEE: gfields Operations - Technical Support, Hou04 - 2014-Sep-21 21:53 (GMT-0500) - [Update 11]
Thank you for the update, I saw there was nothing on console and reset the ipmi card but there's no difference. May I reboot so I can investigate further?

Softlayer Knowledgebase: http://knowledgelayer.softlayer.com/

Thank you for choosing SoftLayer, an IBM Company
GwenF
Customer Technical Support
softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: gfields Operations - Technical Support, Hou04 - 2014-Sep-21 21:53 (GMT-0500)
Nothing in ipmi event log recently.
USER:  English: en-US SL350540 2014-Sep-21 21:56 (GMT-0500) - [Update 12]
you can reboot it ?
EMPLOYEE: gfields Operations - Technical Support, Hou04 - 2014-Sep-21 21:58 (GMT-0500) - [Update 13]
Thank you for the permission. I'll reboot and will update when I have more information.

Softlayer Knowledgebase: http://knowledgelayer.softlayer.com/

Thank you for choosing SoftLayer, an IBM Company
GwenF
Customer Technical Support
softlayer.com

Response not rated.
USER:  English: en-US SL350540 2014-Sep-21 22:01 (GMT-0500) - [Update 14]
I want to make sure that the hardware is ok . rebooting the server can solve the problem temporarily
EMPLOYEE: gfields Operations - Technical Support, Hou04 - 2014-Sep-21 22:03 (GMT-0500) - [Update 15]
Thank you for the update. There's no mention of a hardware problem in the ipmi log. However, I wasn't able to ssh in as root with the password on file, could you please advise?

Softlayer Knowledgebase: http://knowledgelayer.softlayer.com/

Thank you for choosing SoftLayer, an IBM Company
GwenF
Customer Technical Support
softlayer.com

Response not rated.
Internal Note:

EMPLOYEE: gfields Operations - Technical Support, Hou04 - 2014-Sep-21 22:09 (GMT-0500)
Not getting in @ console either.
USER:  English: en-US SL350540 2014-Sep-21 22:33 (GMT-0500) - [Update 16]
if the hardware is ok , maybe the reason is the software configration. now we are checking the cofiguration . thank you for your help . now I have not the permition to give you the password ,sorry.
EMPLOYEE: gfields Operations - Technical Support, Hou04 - 2014-Sep-21 22:40 (GMT-0500) - [Update 17]
Thank you for the update. I'm keeping your ticket open for four days in case there are further problems. If there is no new update in the ticket after the fourth day, it will automatically close.


Softlayer Knowledgebase: http://knowledgelayer.softlayer.com/


Thank you for choosing SoftLayer, an IBM Company
GwenF
Customer Technical Support
softlayer.com


Response not rated.
AUTO: Automated - 2014-Sep-25 23:09 (GMT-0500) - [Update 18]
This ticket was automatically closed by the ticket system for inactivity.

Current :  Ticket Edit - 12655976

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY


Account ID:         350540
Company:           Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:           No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip         ??, OT 100048 (CN)
Office:         +13699253817
Alternate:
Fax:
Email:         6479288@qq.com
Account Balance:         $1.62  !
User:         English: en-US SL350540


 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:         $
Support Representatives

Department     Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:         Assign to Me
Email:  User  Employee
Yellow:


Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:     01-6-15 18:24 (GMT-0600)
Watch:   Yes
Customer Editable:     No
Customer Viewable:     Yes


Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Hardware Attachments (0)
Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Sep-24 00:11 (GMT-0500) - [Update 1]
Important Changes Regarding your Invoice [10/01/2014]
Date: Wednesday, October 1, 2014 (10/01/2014)
Start Time: 03:00 PM CDT
End Time: 04:00 PM CDT
Services affected: Invoice
Location: All
Duration: 1 hour

Dear Customer,

In order to enhance security standards associated with your account, the following changes will be implemented
effective 10/1/2014.

Invoices will now be segmented into separate documents - the Invoice and a Detailed Billing File document. Invoices
will contain a one page summary of charges and, if applicable, a supporting Tax Summary page. The Detailed Billing
File document will contain an itemized schedule and description of charges.

The Detailed Billing File PDF document will be available upon user request. Requesting this document will require
you to click the request icon next to the respective invoice in the Invoice section of the customer portal. Once the
document has been generated and is available for download, you will receive an email containing a direct link to
download the Detailed Billing File document. Once the document is available, a download link will appear next to the
invoice number in the customer portal.

If you are currently subscribed to receive invoices emailed upon creation, you will now receive a direct link to
download your Invoice. Downloading these documents will first require proper user authentication. Invoice documents
will be available for you to download at any time through the customer portal.

If you have any questions regarding this change, please feel free to contact us via live chat, by phone at 866-398-7638, or by opening another ticket.

Thank you for your business!
Revenue Services
866.398.7638
214.442.1850 fax

Internal Note:
AUTO: Automated - 2014-Sep-24 00:11 (GMT-0500)
Ticket has been moved from server administration ticket to basic support.

Current : Ticket Edit - 12685452

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details   Customer Tickets   Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:          AUTO
Last Modify Date:          05-8-15 10:11 (GMT-0500)
Watch:   Yes
Customer Editable:          No
Customer Viewable:          Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
   Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Hardware Attachments (0)
Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

   - Server has been purchased by this account within the last 120 days.
   - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Sep-25 02:12 (GMT-0500) - [Update 1]
SoftLayer Dutch Holdings B.V. has charged the current credit card on file for your next billing period in the amount of: $4,998.00.

To view invoices for your account, use the SoftLayer Dutch Holdings B.V. customer portal:
https://control.softlayer.com/account/invoices

Invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.

Current :  Ticket Edit - 13153896

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:        350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip        ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:        6479288@qq.com
IP:        219.142.121.250
Account Balance:            $1.62  !
User:        English: en-US SL350540

 Customer Details    Customer Tickets      Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:            $
Support Representatives

Department      Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:        10-16-14 06:30 (GMT-0500)
Watch:  Yes
Customer Editable:      No
Customer Viewable:      Yes
Maintenance Window:     Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (1)

| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|----------|--------|-----------|------------|----------|----------|---|---|---|
| hostserver4 | okorder.com | 119.81.149.28 | 10.110.158.247 | root | KgB3SzD4 | View | Edit | Remove |

Recently Added Hardware Attachments


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments


    - Server has been purchased by this account within the last 120 days.
    - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
USER:  Go to the bottom
USER:  English: en-US SL350540 2014-Oct-09 05:47 (GMT-0500) - [Update 1]
the server is not connection by ping ?I can't reboot the server by https://control.softlayer.com page and even can't
access kvm. please help to check it and reboot the server .


File Attachment:
 sssa.jpg
Internal Note:
AUTO: Automated - 2014-Oct-09 05:47 (GMT-0500)
Default Group: Support
Route Rule Applied:
Administrative (NO)
=> Managed Account (NO)
=> Non VIP Account
=> Subject (Hardware Issue)
=> unmanaged SoftLayer hardware (1) Function (Web Server)
New Group: Support
EMPLOYEE: jfitzgerald Operations - Technical Support, Hou04 - 2014-Oct-09 06:30 (GMT-0500) - [Update 2]
Greetings,

Starting at 09-Oct-2014 10:19 UTC, power was disrupted for some customer servers and network infrastructure in the
HKG02 datacenter. The datacenter staff are investigating the root cause and are working to restore power to affected

customer hosts.

Thank you for choosing SoftLayer, an IBM Company.

Jason F.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
AUTO: Automated - 2014-Oct-16 06:30 (GMT-0500) - [Update 3]
This ticket was automatically closed by the ticket system for inactivity.

Current :  Ticket Edit - 13318288

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY


Account ID:        350540
Company:        Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:        No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip        ??, OT 100048 (CN)
Office:        +13699253817
Alternate:
Fax:
Email:        6479288@qq.com
Account Balance:        $1.62  !
User:        English: en-US SL350540


 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:        $
Support Representatives

Department      Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:  User  Employee
Yellow:


Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:      11-17-14 16:24 (GMT-0600)
Watch:   Yes
Customer Editable:      No
Customer Viewable:      Yes


Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
   Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (0)
Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

   - Server has been purchased by this account within the last 120 days.
   - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Oct-15 23:06 (GMT-0500) - [Update 1]
SSLv3 Disabled on Public-Facing Services due to "POODLE" Vulnerability [10/15/2014]
Date: Wednesday, October 15, 2014 (10/15/2014)
Start Time: 06:00 PM CDT
End Time: 06:01 PM CDT
Services affected: Customer API, Message Queue API, and Object Storage API
Location: Global
Duration: 1 minute

====================================================
To address the newly-discovered SSLv3 security vulnerability disclosed in CVE 2014-3566 (the "POODLE" vulnerability), we have disabled SSLv3 on our APIs, including the Customer API, Message Queue API, and Object Storage API. Negotiations utilizing TLS for HTTPS-based services remain supported.

If you experience problems connecting to these services over HTTPS, please do not hesitate to open a ticket or chat with our support team via the customer portal.

Internal Note:
AUTO: Automated - 2014-Oct-15 23:06 (GMT-0500)
Ticket has been moved from server administration ticket to basic support.
AUTO: Automated - 2014-Nov-17 16:24 (GMT-0600) - [Update 2]
Greetings,

We are closing out the notification ticket at this time. If you have any additional questions, please contact support.

Thank you
Systems Engineering

Current : Ticket Edit - 13515380

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:             Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:             No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:       +13699253817
Alternate:
Fax:
Email:       6479288@qq.com
Account Balance:         $1.62  !
User:        English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:         $
Support Representatives

Department     Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:       Assign to Me
Email:  User  Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:       05-8-15 10:11 (GMT-0500)
Watch:   Yes
Customer Editable:     No
Customer Viewable:     Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (0)
Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

    - Server has been purchased by this account within the last 120 days.
    - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Oct-25 00:59 (GMT-0500) - [Update 1]
SoftLayer Dutch Holdings B.V. has charged the current credit card on file for your next billing period in the amount
of: $4,998.00.

To view invoices for your account, use the SoftLayer Dutch Holdings B.V. customer portal:
https://control.softlayer.com/account/invoices

Invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a
ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-
866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.

Current : Ticket Edit - 13812768

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:       11-15-14 01:35 (GMT-0600)
Watch:   Yes
Customer Editable:     No
Customer Viewable:     Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access


Hostname        Domain  Public IP        Private IP        Username        Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments


Hostname        Domain  Public IP        Private IP        Username        Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments


    - Server has been purchased by this account within the last 120 days.
    - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Nov-08 04:10 (GMT-0600) - [Update 1]
SCHEDULED Maintenance - Maintenance ID 13276408 - Customer Portal and API Improvement [11/22/2014]
Date: Saturday, November 22, 2014 (11/22/2014)
Start Time: 01:00 AM UTC
End Time: 06:00 AM UTC
Services affected: Customer Portals and API
Location: ALL
Duration: 53 hours

Software Engineers are conducting a scheduled maintenance to complete operational improvements on some of the
systems that constitute the Customer Portals and API. This work will begin at 22-11-2014 1:00 UTC and continue
through 24-11-2014 6:00 UTC. As planned, this work should not disrupt any customer's ability to use the Portals or
API. However, Portal and API users may experience a slight increase in network latency, to the Portals and API, as
Software Engineers redirect customer requests to redundant systems during the maintenance.

AUTO: Automated - 2014-Nov-15 01:35 (GMT-0600) - [Update 2]
Greetings,

We are closing out the notification ticket at this time. If you have any additional questions, please contact support.

Thank you
Systems Engineering

Current :  Ticket Edit - 14241428

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:      05-8-15 10:11 (GMT-0500)
Watch:   Yes
Customer Editable:     No
Customer Viewable:     Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
   Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (0)
Recently Added Hardware Attachments


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments



   - Server has been purchased by this account within the last 120 days.
   - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Nov-25 00:58 (GMT-0600) - [Update 1]
SoftLayer Dutch Holdings B.V. has charged the current credit card on file for your next billing period in the amount of: $4,998.00.

To view invoices for your account, use the SoftLayer Dutch Holdings B.V. customer portal:
https://control.softlayer.com/account/invoices

Invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.

Current : Ticket Edit - 15573544

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User  Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:     12-15-14 23:30 (GMT-0600)
Watch:   Yes
Customer Editable:     No
Customer Viewable:     Yes
Maintenance Window:     Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|----------|--------|-----------|-----------|----------|----------|---|---|---|
| Current Hardware Attachments (1) | | | | | | | | |
| hostsever3 | okorder.com | 119.81.149.26 | 10.110.158.243 | root | QwL9cNSh | View | Edit | Remove |
| Recently Added Hardware Attachments | | | | | | | | |

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|-----------|----------|----------|
| Current Virtual Guest Attachments (0) | | | | | |
| Recently Added Virtual Guest Attachments | | | | | |

    - Server has been purchased by this account within the last 120 days.
    - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Dec-15 01:06 (GMT-0600) - [Update 1]
Important Changes Regarding your Servers [14/01/15]
Date: Wednesday, January 14, 2015
Start Time: 01:00 AM HKT
End Time: 05:00 AM HKT
Services affected: Servers
Duration: 4 hour

Hello,

The following ticket is being sent as advance notification of the need to perform infrastructural maintenance which will affect active servers that belong to your account. This proactive maintenance is being done in our constant efforts to improve and reinforce our infrastructure to deliver optimal stability.
Please note that these servers, which have been attached to this ticket, will need to be taken offline and moved to a new physical location within the datacenter in order to complete this maintenance.
The maintenance will begin at 01:00 AM HKT on 14/01/2015 and is expected to be complete within 4 hours. However, if you would like to schedule a specific time based on our standard maintenance windows between now and 15/01/2015, please let us know in advance.
To expedite this maintenance and minimize the downtime of your server(s), please confirm that the root/administrator password which is stored in the portal for each server has been brought up-to-date.
If you would like to manually perform a shutdown of your server prior to the maintenance, please make sure this is done before the start time of your scheduled maintenance. Any server which is still running will be taken offline by a technician and we cannot guarantee a "clean" shutdown of the server at that point if it has not already been taken offline or if we have not been provided up-to-date login credentials.
Please be aware that this physical move of your device will not in any way change its performance, system

configuration or network configuration.

Please get back to us as soon as possible with any questions or concerns to give us ample time to address them.

Thank you for accommodating us during this maintenance period.

Current :  Ticket Edit - 15573594

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:        350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip        ??, OT 100048 (CN)
Office:        +13699253817
Alternate:
Fax:
Email:        6479288@qq.com
Account Balance:        $1.62  !
User:        English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:        $
Support Representatives

Department      Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:      12-15-14 23:30 (GMT-0600)
Watch:   Yes
Customer Editable:      No
Customer Viewable:      Yes
Maintenance Window:      Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|---|---|---|---|---|---|---|---|---|
Current Hardware Attachments (1)

| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|---|---|---|---|---|---|---|---|---|
| hostserver4 | okorder.com | 119.81.149.28 | 10.110.158.247 | root | KgB3SzD4 | View | Edit | Remove |

Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Dec-15 01:06 (GMT-0600) - [Update 1]
Important Changes Regarding your Servers [14/01/15]
Date: Wednesday, January 14, 2015
Start Time: 05:00 AM HKT
End Time: 09:00 AM HKT
Services affected: Servers
Duration: 4 hour

Hello,

The following ticket is being sent as advance notification of the need to perform infrastructural maintenance which will affect active servers that belong to your account. This proactive maintenance is being done in our constant efforts to improve and reinforce our infrastructure to deliver optimal stability.
Please note that these servers, which have been attached to this ticket, will need to be taken offline and moved to a new physical location within the datacenter in order to complete this maintenance.
The maintenance will begin at 05:00 AM HKT on 14/01/2015 and is expected to be complete within 4 hours. However, if you would like to schedule a specific time based on our standard maintenance windows between now and 15/01/2015, please let us know in advance.
To expedite this maintenance and minimize the downtime of your server(s), please confirm that the root/administrator password which is stored in the portal for each server has been brought up-to-date.
If you would like to manually perform a shutdown of your server prior to the maintenance, please make sure this is done before the start time of your scheduled maintenance. Any server which is still running will be taken offline by a technician and we cannot guarantee a "clean" shutdown of the server at that point if it has not already been taken offline or if we have not been provided up-to-date login credentials.
Please be aware that this physical move of your device will not in any way change its performance, system

configuration or network configuration.

Please get back to us as soon as possible with any questions or concerns to give us ample time to address them.

Thank you for accommodating us during this maintenance period.

Current :  Ticket Edit - 15574400

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:        350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:        +13699253817
Alternate:
Fax:
Email:        6479288@qq.com
Account Balance:        $1.62  !
User:        English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:        $
Support Representatives

Department     Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:  User  Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:      01-16-15 13:47 (GMT-0600)
Watch:   Yes
Customer Editable:     No
Customer Viewable:     Yes
Maintenance Window:     Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:


You may attach yourself to this ticket
   Request Password Access



| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|----------|--------|-----------|------------|----------|----------|--|--|--|

Current Hardware Attachments (1)

| hostsever3 | okorder.com | 119.81.149.26 | 10.110.158.243 | root | QwL9cNSh | View | Edit | Remove |

Recently Added Hardware Attachments




| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments




   - Server has been purchased by this account within the last 120 days.
   - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Dec-15 01:10 (GMT-0600) - [Update 1]
Important Changes Regarding your Servers [14/01/15]
Date: Wednesday, January 14, 2015
Start Time: 01:00 AM HKT
End Time: 05:00 AM HKT
Services affected: Servers
Duration: 4 hour


Hello,


The following ticket is being sent as advance notification of the need to perform infrastructural maintenance which will affect active servers that belong to your account. This proactive maintenance is being done in our constant efforts to improve and reinforce our infrastructure to deliver optimal stability.
Please note that these servers, which have been attached to this ticket, will need to be taken offline and moved to a new physical location within the datacenter in order to complete this maintenance.
The maintenance will begin at 01:00 AM HKT on 14/01/2015 and is expected to be complete within 4 hours. However, if you would like to schedule a specific time based on our standard maintenance windows between now and 15/01/2015, please let us know in advance.
To expedite this maintenance and minimize the downtime of your server(s), please confirm that the root/administrator password which is stored in the portal for each server has been brought up-to-date.
If you would like to manually perform a shutdown of your server prior to the maintenance, please make sure this is done before the start time of your scheduled maintenance. Any server which is still running will be taken offline by a technician and we cannot guarantee a "clean" shutdown of the server at that point if it has not already been taken offline or if we have not been provided up-to-date login credentials.
Please be aware that this physical move of your device will not in any way change its performance, system

configuration or network configuration.

Please get back to us as soon as possible with any questions or concerns to give us ample time to address them.

Thank you for accommodating us during this maintenance period.
EMPLOYEE: elchan Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-12 08:42 (GMT-0600) - [Update 2]
Hello,

With the upcoming maintenance which will affect your server, this device will need to be shut down by the beginning of the maintenance window which is (14/01/2015 1am-5am HKT). We've discovered that your server currently is running a command. Please be aware the server will be taken offline during the maintenance window.
Thank you for your attention to this and please get back to us as soon as possible with any questions or concerns.


Regards

Ellie Chan
Datacenter Specialist
Softlayer, and IBM Company


Response not rated.
Internal Note:
EMPLOYEE: elchan Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-12 08:42 (GMT-0600)
If no response from customer, please make a call on 13/1, RY6HR
Internal Note:
EMPLOYEE: hramchandani Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 05:26 (GMT-0600)
Called and spoke to the customer, they are aware of the maintenance time and have confirmed that we may shut down this server for the duration of the maintenance.
Internal Note:
EMPLOYEE: kenlee Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 08:40 (GMT-0600)
[kenlee@admindal0501 ~]$ ping 119.81.149.26
PING 119.81.149.26 (119.81.149.26) 56(84) bytes of data.
64 bytes from 119.81.149.26: icmp_seq=1 ttl=52 time=256 ms
64 bytes from 119.81.149.26: icmp_seq=2 ttl=52 time=179 ms

--- 119.81.149.26 ping statistics ---
2 packets transmitted, 2 received, 0% packet loss, time 999ms
rtt min/avg/max/mdev = 179.528/217.781/256.035/38.256 ms
[kenlee@admindal0501 ~]$ ping 10.110.158.243
PING 10.110.158.243 (10.110.158.243) 56(84) bytes of data.
64 bytes from 10.110.158.243: icmp_seq=1 ttl=52 time=322 ms
64 bytes from 10.110.158.243: icmp_seq=2 ttl=52 time=459 ms

EMPLOYEE: kenlee Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 09:32 (GMT-0600) - [Update 3]
Hello,

We will be starting your scheduled maintenance at 01:00 HKT. Please be aware that the server may become inaccessible once the maintenance begins. If you have any questions or concerns, please do not hesitate to update this ticket. This ticket will be updated again when the maintenance has been completed and the server is back online.


Thank you,
Kenneth Lee
SoftLayer SBT

Response not rated.
EMPLOYEE: awong Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 13:46 (GMT-0600) - [Update 4]
Hello,

The migration was complete.

Azrael W.
Datacenter Specialist
Softlayer, an IBM Company

Response not rated.
Internal Note:
EMPLOYEE: awong Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 13:46 (GMT-0600)
[awong@admindal0501 ~]$ ping 119.81.149.26
PING 119.81.149.26 (119.81.149.26) 56(84) bytes of data.
64 bytes from 119.81.149.26: icmp_seq=1 ttl=52 time=182 ms
64 bytes from 119.81.149.26: icmp_seq=2 ttl=52 time=188 ms

--- 119.81.149.26 ping statistics ---
2 packets transmitted, 2 received, 0% packet loss, time 1001ms
rtt min/avg/max/mdev = 182.958/185.604/188.251/2.681 ms
[awong@admindal0501 ~]$ ping 10.110.158.243
PING 10.110.158.243 (10.110.158.243) 56(84) bytes of data.
64 bytes from 10.110.158.243: icmp_seq=1 ttl=52 time=264 ms
64 bytes from 10.110.158.243: icmp_seq=2 ttl=52 time=229 ms

--- 10.110.158.243 ping statistics ---
2 packets transmitted, 2 received, 0% packet loss, time 999ms
rtt min/avg/max/mdev = 229.041/246.934/264.828/17.900 ms

AUTO: Automated - 2015-Jan-16 13:47 (GMT-0600) - [Update 5]
This ticket was automatically closed by the ticket system for inactivity.

Current :  Ticket Edit - 15574450

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:        350540
Company:        Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:        No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip        ??, OT 100048 (CN)
Office:        +13699253817
Alternate:
Fax:
Email:        6479288@qq.com
Account Balance:        $1.62  !
User:        English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:        $
Support Representatives

Department        Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:        AUTO
Last Modify Date:        01-16-15 16:58 (GMT-0600)
Watch:   Yes
Customer Editable:      No
Customer Viewable:      Yes
Maintenance Window:      Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|----------|--------|-----------|------------|----------|----------|---|---|---|

Current Hardware Attachments (1)

| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|----------|--------|-----------|------------|----------|----------|---|---|---|
| hostserver4 | okorder.com | 119.81.149.28 | 10.110.158.247 | root | KgB3SzD4 | View | Edit | Remove |

Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue: Go to the bottom
AUTO: Automated - 2014-Dec-15 01:10 (GMT-0600) - [Update 1]
Important Changes Regarding your Servers [14/01/15]
Date: Wednesday, January 14, 2015
Start Time: 05:00 AM HKT
End Time: 09:00 AM HKT
Services affected: Servers
Duration: 4 hour

Hello,

The following ticket is being sent as advance notification of the need to perform infrastructural maintenance which will affect active servers that belong to your account. This proactive maintenance is being done in our constant efforts to improve and reinforce our infrastructure to deliver optimal stability.
Please note that these servers, which have been attached to this ticket, will need to be taken offline and moved to a new physical location within the datacenter in order to complete this maintenance.
The maintenance will begin at 05:00 AM HKT on 14/01/2015 and is expected to be complete within 4 hours. However, if you would like to schedule a specific time based on our standard maintenance windows between now and 15/01/2015, please let us know in advance.
To expedite this maintenance and minimize the downtime of your server(s), please confirm that the root/administrator password which is stored in the portal for each server has been brought up-to-date.
If you would like to manually perform a shutdown of your server prior to the maintenance, please make sure this is done before the start time of your scheduled maintenance. Any server which is still running will be taken offline by a technician and we cannot guarantee a "clean" shutdown of the server at that point if it has not already been taken offline or if we have not been provided up-to-date login credentials.
Please be aware that this physical move of your device will not in any way change its performance, system

configuration or network configuration.

Please get back to us as soon as possible with any questions or concerns to give us ample time to address them.

Thank you for accommodating us during this maintenance period.
EMPLOYEE: wchan Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-12 21:58 (GMT-0600) - [Update 2]
Hello,

With the upcoming maintenance which will affect your server, this device will need to be shut down by the beginning of the maintenance window which is 05:00 AM HKT on 14/01/2015. We've discovered that the login credentials currently listed in the portal are not accurate to login to your server. Please update these credentials, or make sure to shut down your server manually before that window. Otherwise we will not be able to perform a graceful shutdown and will need to perform a hard shutdown of the server.

Thank you for your attention to this and please get back to us as soon as possible with any questions or concerns.


Wilson Chan
Datacenter Specialist | HKG02
SoftLayer, an IBM Company


Response not rated.
Internal Note:
EMPLOYEE: hramchandani Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 05:26 (GMT-0600)
Called and spoke to the customer, they are aware of the maintenance time and have confirmed that we may shut down this server for the duration of the maintenance.
Internal Note:
EMPLOYEE: tfu Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 10:37 (GMT-0600)
PING 10.110.158.247 (10.110.158.247) 56(84) bytes of data.
64 bytes from 10.110.158.247: icmp_seq=1 ttl=52 time=185 ms
64 bytes from 10.110.158.247: icmp_seq=2 ttl=52 time=184 ms
64 bytes from 10.110.158.247: icmp_seq=3 ttl=52 time=186 ms
64 bytes from 10.110.158.247: icmp_seq=4 ttl=52 time=184 ms

--- 10.110.158.247 ping statistics ---
4 packets transmitted, 4 received, 0% packet loss, time 2997ms
rtt min/avg/max/mdev = 184.946/185.273/186.043/0.544 ms

PING 119.81.149.28 (119.81.149.28) 56(84) bytes of data.
64 bytes from 119.81.149.28: icmp_seq=1 ttl=52 time=187 ms
64 bytes from 119.81.149.28: icmp_seq=2 ttl=52 time=187 ms
64 bytes from 119.81.149.28: icmp_seq=3 ttl=52 time=187 ms

--- 119.81.149.28 ping statistics ---
4 packets transmitted, 3 received, 25% packet loss, time 3000ms
rtt min/avg/max/mdev = 187.261/187.336/187.445/0.078 ms

EMPLOYEE: ynewton Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 14:08 (GMT-0600) - [Update 3]
Hello,

We will be starting your scheduled maintenance at 05:00 HKT. Please be aware that the server may become inaccessible once the maintenance begins. If you have any questions or concerns, please do not hesitate to update this ticket. This ticket will be updated again when the maintenance has been completed and the server is back online.

Thank you,
Ying N.
Data Center Specialist
SoftLayer, an IBM Company

Response not rated.
Internal Note:
EMPLOYEE: ynewton Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 14:23 (GMT-0600)
[ynewton@admindal0501 ~]$ ping 10.110.158.247
PING 10.110.158.247 (10.110.158.247) 56(84) bytes of data.
64 bytes from 10.110.158.247: icmp_seq=1 ttl=52 time=185 ms
64 bytes from 10.110.158.247: icmp_seq=2 ttl=52 time=184 ms
64 bytes from 10.110.158.247: icmp_seq=3 ttl=52 time=184 ms
64 bytes from 10.110.158.247: icmp_seq=4 ttl=52 time=184 ms

--- 10.110.158.247 ping statistics ---
4 packets transmitted, 4 received, 0% packet loss, time 2998ms
rtt min/avg/max/mdev = 184.930/184.978/185.055/0.046 ms
[ynewton@admindal0501 ~]$ ping 119.81.149.28
PING 119.81.149.28 (119.81.149.28) 56(84) bytes of data.
64 bytes from 119.81.149.28: icmp_seq=1 ttl=52 time=187 ms
64 bytes from 119.81.149.28: icmp_seq=2 ttl=52 time=187 ms
64 bytes from 119.81.149.28: icmp_seq=3 ttl=52 time=187 ms
64 bytes from 119.81.149.28: icmp_seq=4 ttl=52 time=188 ms

IPMI working

EMPLOYEE: ynewton Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 15:05 (GMT-0600) - [Update 4]
Hello,

We will be starting your scheduled maintenance now. Please be aware that the server may become inaccessible once the maintenance begins. If you have any questions or concerns, please do not hesitate to update this ticket. This ticket will be updated again when the maintenance has been completed and the server is back online.

Thank you,

Ying N.
Data Center Specialist
SoftLayer, an IBM Company

Response not rated.
Internal Note:
EMPLOYEE: tfu Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 16:51 (GMT-0600)
PING 10.110.158.247 (10.110.158.247) 56(84) bytes of data.
64 bytes from 10.110.158.247: icmp_seq=1 ttl=52 time=185 ms
64 bytes from 10.110.158.247: icmp_seq=2 ttl=52 time=185 ms
64 bytes from 10.110.158.247: icmp_seq=3 ttl=52 time=184 ms
64 bytes from 10.110.158.247: icmp_seq=4 ttl=52 time=184 ms

--- 10.110.158.247 ping statistics ---
4 packets transmitted, 4 received, 0% packet loss, time 2997ms
rtt min/avg/max/mdev = 184.931/185.034/185.142/0.536 ms

PING 119.81.149.28 (119.81.149.28) 56(84) bytes of data.
64 bytes from 119.81.149.28: icmp_seq=1 ttl=52 time=187 ms
64 bytes from 119.81.149.28: icmp_seq=2 ttl=52 time=187 ms
64 bytes from 119.81.149.28: icmp_seq=3 ttl=52 time=187 ms
64 bytes from 119.81.149.28: icmp_seq=4 ttl=52 time=187 ms

--- 119.81.149.28 ping statistics ---
4 packets transmitted, 4 received, 0% packet loss, time 2999ms
rtt min/avg/max/mdev = 187.231/187.304/187.484/0.540 ms

EMPLOYEE: tfu Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 16:51 (GMT-0600) - [Update 5]
Hello,

We were able to resolve the server migration, and the server is now back online and responding to network requests
on both interfaces. Please let us know if you should need any further assistance regarding this.

Thank you,
Tony F.
SoftLayer SBT
SoftLayer, an IBM Company

Response not rated.
Internal Note:
EMPLOYEE: ynewton Operations - DC Operations - HKG02, Hkg02 - 2015-Jan-13 16:53 (GMT-0600)
AC 3 days
AUTO: Automated - 2015-Jan-16 16:58 (GMT-0600) - [Update 6]
This ticket was automatically closed by the ticket system for inactivity.

Current :  Ticket Edit - 15767138

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets     Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department          Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:          AUTO
Last Modify Date:          05-8-15 10:13 (GMT-0500)
Watch:   Yes
Customer Editable:          No
Customer Viewable:          Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (0)
Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

    - Server has been purchased by this account within the last 120 days.
    - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2014-Dec-25 01:16 (GMT-0600) - [Update 1]
SoftLayer Dutch Holdings B.V. has charged the current credit card on file for your next billing period in the amount of: $4,998.00.

To view invoices for your account, use the SoftLayer Dutch Holdings B.V. customer portal:
https://control.softlayer.com/account/invoices

Invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.

Current : Ticket Edit - 16289570

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:        350540
Company:         Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:         No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip        ??, OT 100048 (CN)
Office:         +13699253817
Alternate:
Fax:
Email:        6479288@qq.com
Account Balance:        $1.62  !
User:        English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:        $
Support Representatives

Department        Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:  User  Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:        AUTO
Last Modify Date:        05-8-15 10:13 (GMT-0500)
Watch:   Yes
Customer Editable:        No
Customer Viewable:        Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access

Hostname         Domain  Public IP         Private IP         Username         Password
Current Hardware Attachments (0)
Recently Added Hardware Attachments

Hostname         Domain  Public IP         Private IP         Username         Password
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

    - Server has been purchased by this account within the last 120 days.
    - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2015-Jan-25 02:37 (GMT-0600) - [Update 1]
SoftLayer Dutch Holdings B.V. has charged the current credit card on file for your next billing period in the amount of: $4,998.00.

To view invoices for your account, use the SoftLayer Dutch Holdings B.V. customer portal:
https://control.softlayer.com/account/invoices

Invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.

Current :  Ticket Edit - 16827895

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department       Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:       05-8-15 10:13 (GMT-0500)
Watch:   Yes
Customer Editable:       No
Customer Viewable:       Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
    Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Hardware Attachments (0)
Recently Added Hardware Attachments


| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments



    - Server has been purchased by this account within the last 120 days.
    - Server or Cloud Computing instance will be attached to the ticket.
        Ticket Activity
        View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2015-Feb-25 00:07 (GMT-0600) - [Update 1]
SoftLayer Dutch Holdings B.V. has charged the current credit card on file for your next billing period in the amount
of: $4,998.00.

To view invoices for your account, use the SoftLayer Dutch Holdings B.V. customer portal:
https://control.softlayer.com/account/invoices

Invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a
ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-
866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.

Current : Ticket Edit - 16940829

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
IP:          107.178.200.202
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details   Customer Tickets   Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department          Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:          Employee
Last Modify Date:          03-3-15 03:52 (GMT-0600)
Last Modified By:          Andy Snow
Watch:   Yes
Customer Editable:          No
Customer Viewable:          Yes

Internal Tags: None Edit
Customer Tags:
Attached employees: asnow

You may attach yourself to this ticket
   Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (0)
Recently Added Hardware Attachments


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments



 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
USER:  English: en-US SL350540 2015-Mar-03 03:39 (GMT-0600) - [Update 1]
Automatically Generated Request

Account ID: 350540
Company Name: Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
First Name: Yum
Last Name: Yang
Email: 6479288@qq.com
Abuse Email: 6479288@qq.com
Primary Phone: +13699253817
Secondary Phone:
Street Address 1: No 9 Zhuyu International Commercial Ctr no 4, 17th F
Street Address 2: no 4, 17th F
City: ??
Country: CN
State: OT
Postal Code: 100048

Internal Note:
AUTO: Automated - 2015-Mar-03 03:39 (GMT-0600)
Route Rule Applied:
=> Administrative (YES)
=> User Language (en-US)
=> Managed Account (NO)
=> Non VIP Account

=> No Hardware
New Group: Support
EMPLOYEE: asnow Corporate - Revenue Services, Hou04 - 2015-Mar-03 03:52 (GMT-0600) - [Update 2]
Hello,

Your account profile has been updated.

Response not rated.
Internal Note:
EMPLOYEE: asnow Corporate - Revenue Services, Hou04 - 2015-Mar-03 03:52 (GMT-0600)
Account ID: 350540
Company Name: CNBM International Corporation
Account Owner: Yum Yang
Address 1: No 9 Zhuyu International Commercial Ctr no 4, 17th F
Address 2: no 4, 17th F
City, State Zip: ??, OT 100048 (CN)
Office Phone: +13699253817
Alternate Phone:
Fax:
Email: 6479288@qq.com
Account Status: Active

Current :  Ticket Edit - 17481893

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:          No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip          ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details    Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department      Representative
Sales - Global Sales    Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:      05-8-15 10:13 (GMT-0500)
Watch:   Yes
Customer Editable:      No
Customer Viewable:      Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
   Request Password Access


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (0)
Recently Added Hardware Attachments


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments



   - Server has been purchased by this account within the last 120 days.
   - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2015-Mar-25 00:08 (GMT-0500) - [Update 1]
SoftLayer Dutch Holdings B.V. has charged the current credit card on file for your next billing period in the amount of: $4,998.00.

To view invoices for your account, use the SoftLayer Dutch Holdings B.V. customer portal:
https://control.softlayer.com/account/invoices

Invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.

Current :  Ticket Edit - 17985561

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:             Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:             No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:          +13699253817
Alternate:
Fax:
Email:          6479288@qq.com
IP:          219.142.121.250
Account Balance:          $1.62  !
User:          English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department       Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:          Assign to Me
Email:   User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      AUTO
Last Modify Date:      04-28-15 07:16 (GMT-0500)
Watch:  Yes
Customer Editable:      No
Customer Viewable:      Yes
Maintenance Window:      Add/Edit Maintenance Window

Internal Tags: None Edit
Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|---|---|---|---|---|---|---|---|---|
Current Hardware Attachments (1)

| Hostname | Domain | Public IP | Private IP | Username | Password | | | |
|---|---|---|---|---|---|---|---|---|
| hostserver1 | okorder.com | 198.11.211.115 | 10.88.150.227 | root | W4Bgkmmr | View | Edit | Remove |

Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|---|---|---|---|---|---|
Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
USER:  English: en-US SL350540 2015-Apr-22 01:39 (GMT-0500) - [Update 1]
the server is out of our control. please deal with the problem as soon sa possible.
Internal Note:
AUTO: Automated - 2015-Apr-22 01:39 (GMT-0500)
Route Rule Applied:
=> Default Group: Support
=> Administrative (NO)
=> Subject (Hardware Issue)
=> User Language (en-US)
=> Managed Account (NO)
=> Non VIP Account
=> unmanaged SoftLayer hardware (1) Function (Web Server)
New Group: Support
USER:  English: en-US SL350540 2015-Apr-22 01:52 (GMT-0500) - [Update 2]
what's wrong with our server ,Please reply me as soon as you can
EMPLOYEE: mwettstein Operations - Technical Support, Hou04 - 2015-Apr-22 01:56 (GMT-0500) - [Update 3]
Greetings,

I'm checking into the issue now. Please stand by for further updates.

Thank you for choosing SoftLayer, an IBM Company.

Mike W
Customer Support Technician

http://knowledgelayer.softlayer.com

Response not rated.
EMPLOYEE: mwettstein Operations - Technical Support, Hou04 - 2015-Apr-22 02:03 (GMT-0500) - [Update 4]
I've attempted a couple reboots of the system, but it continues to get stuck on 'System Initializing...'. I'm going to have our Data Center Team help investigate further. Please stand by.

Thank you for choosing SoftLayer, an IBM Company.

Mike W
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: mwettstein Operations - Technical Support, Hou04 - 2015-Apr-22 02:03 (GMT-0500)
Escalating to SJC01
USER:  English: en-US SL350540 2015-Apr-22 02:03 (GMT-0500) - [Update 5]
remote control image


File Attachment:
 11.jpg
EMPLOYEE: lgaal Operations - DC Operations - SJC01, Sjc01 - 2015-Apr-22 02:07 (GMT-0500) - [Update 6]
Hello,

We are investigating this now. Please stand by.

Thank you,
Lars G.
Server Build Technician
SoftLayer, an IBM Company

Response not rated.
EMPLOYEE: lgaal Operations - DC Operations - SJC01, Sjc01 - 2015-Apr-22 02:13 (GMT-0500) - [Update 7]
Hello,

Looking at your servers event log it has a multitude of memory errors listed in it. We are going to go ahead and replace the RAM generating these errors and will update you when the server is back online. Please let us know if you have any questions.

Thank you,
Lars G.
Server Build Technician
SoftLayer, an IBM Company

Response not rated.
Internal Note:
EMPLOYEE: lgaal Operations - DC Operations - SJC01, Sjc01 - 2015-Apr-22 02:13 (GMT-0500)
300+ entries in event log of:

| 382 | 2015/03/16 04:15:41 | OEM | Memory | Correctable Memory ECC @ DIMMO1(CPU4) |
| 381 | 2015/03/15 21:06:07 | OEM | Memory | Correctable Memory ECC @ DIMMO1(CPU4) |

380    2015/03/15 15:22:29    OEM    Memory  Correctable Memory ECC @ DIMMO1(CPU4)
USER:  English: en-US SL350540 2015-Apr-22 02:24 (GMT-0500) - [Update 8]
I want to know how long it takes
EMPLOYEE: lgaal Operations - DC Operations - SJC01, Sjc01 - 2015-Apr-22 02:33 (GMT-0500) - [Update 9]
Hello,


The server should be ready shortly, we finished replacing the ram and are re-racking the server currently.


Thank you,
Lars G.
Server Build Technician
SoftLayer, an IBM Company


Response not rated.
EMPLOYEE: lgaal Operations - DC Operations - SJC01, Sjc01 - 2015-Apr-22 02:38 (GMT-0500) - [Update 10]
Hello,


The server has finished booting and is back online.


Thank you,
Lars G.
Server Build Technician
SoftLayer, an IBM Company



Response not rated.
Internal Note:
EMPLOYEE: lgaal Operations - DC Operations - SJC01, Sjc01 - 2015-Apr-22 02:38 (GMT-0500)
public is responding, private is blocked? links show connected

[lgaal@shelladmindal0101 ~]$ ping 198.11.211.115
PING 198.11.211.115 (198.11.211.115) 56(84) bytes of data.
64 bytes from 198.11.211.115: icmp_seq=1 ttl=55 time=80.6 ms
64 bytes from 198.11.211.115: icmp_seq=2 ttl=55 time=43.5 ms
64 bytes from 198.11.211.115: icmp_seq=3 ttl=55 time=44.1 ms
^C
--- 198.11.211.115 ping statistics ---
3 packets transmitted, 3 received, 0% packet loss, time 2337ms
rtt min/avg/max/mdev = 43.544/56.125/80.660/17.352 ms
[lgaal@shelladmindal0101 ~]$ ping 10.88.150.227
PING 10.88.150.227 (10.88.150.227) 56(84) bytes of data.
^C
--- 10.88.150.227 ping statistics ---
4 packets transmitted, 0 received, 100% packet loss, time 3668ms


========================================================
Target device: 10.0.180.3 (bcs278a.sr02.sjc01)
========================================================
#sh interfaces GigabitEthernet1/0/31 status
Port Name Status Vlan Duplex Speed Type
Gi1/0/31 00350540-1740 connected 1740 a-full a-1000 10/100/1000BaseTX

========================================================

Target device: 10.0.180.3 (bcs278b.sr02.sjc01)
==========================================================
#sh interfaces GigabitEthernet2/0/31 status
Port Name Status Vlan Duplex Speed Type
Gi2/0/31 00350540-1740 connected 1740 a-full a-1000 10/100/1000BaseTX
USER:  English: en-US SL350540 2015-Apr-22 02:42 (GMT-0500) - [Update 11]
you can do it ,please be quickly
EMPLOYEE: lgaal Operations - DC Operations - SJC01, Sjc01 - 2015-Apr-22 02:45 (GMT-0500) - [Update 12]
Hello,

The server has finished booting and is back online. Please let us know if you need any further assistance.

Thank you,
Lars G.
Server Build Technician
SoftLayer, an IBM Company


Response not rated.
Internal Note:
EMPLOYEE: lgaal Operations - DC Operations - SJC01, Sjc01 - 2015-Apr-22 02:45 (GMT-0500)
missed my update?
USER:  English: en-US SL350540 2015-Apr-22 02:48 (GMT-0500) - [Update 13]
but we can not access the ip 198.11.211.115
EMPLOYEE: lgaal Operations - DC Operations - SJC01, Sjc01 - 2015-Apr-22 02:51 (GMT-0500) - [Update 14]
Hello,

198.11.211.115 appears to be responding on our end.

[lgaal@shelladmindal0101 ~]$ ping 198.11.211.115
PING 198.11.211.115 (198.11.211.115) 56(84) bytes of data.
64 bytes from 198.11.211.115: icmp_seq=1 ttl=55 time=58.2 ms
64 bytes from 198.11.211.115: icmp_seq=2 ttl=55 time=49.2 ms
64 bytes from 198.11.211.115: icmp_seq=3 ttl=55 time=72.6 ms
^C
--- 198.11.211.115 ping statistics ---
3 packets transmitted, 3 received, 0% packet loss, time 2333ms
rtt min/avg/max/mdev = 49.283/60.044/72.631/9.622 ms

Thank you,
Lars G.
Server Build Technician
SoftLayer, an IBM Company

Response not rated.
Internal Note:
EMPLOYEE: lgaal Operations - DC Operations - SJC01, Sjc01 - 2015-Apr-22 02:52 (GMT-0500)
ssh appears to work too, just the pw (W4Bgkmmr) does appear correct

[lgaal@shelladmindal0101 ~]$ ssh root@198.11.211.115
The authenticity of host '198.11.211.115 (198.11.211.115)' can't be established.
RSA key fingerprint is 74:76:cf:4b:df:a7:a3:1c:98:f8:55:fc:72:b4:3d:db.
Are you sure you want to continue connecting (yes/no)? yes
Warning: Permanently added '198.11.211.115' (RSA) to the list of known hosts.

root@198.11.211.115's password:
Permission denied, please try again.
root@198.11.211.115's password:
Permission denied, please try again.

USER:  English: en-US SL350540 2015-Apr-22 03:00 (GMT-0500) - [Update 15]
i am in beijing , we can not access the server with ip 198.11.211.115 is there some limits to forbidden my access . our ip is 219.142.121.250 . we could access normally before the server was down.
EMPLOYEE: lgaal Operations - DC Operations - SJC01, Sjc01 - 2015-Apr-22 03:06 (GMT-0500) - [Update 16]
Hello,

I am going to forward this ticket back to our support staff to better assist you with your connectivity issue.

Thank you,
Lars G.
Server Build Technician
SoftLayer, an IBM Company

Response not rated.
Internal Note:
EMPLOYEE: lgaal Operations - DC Operations - SJC01, Sjc01 - 2015-Apr-22 03:06 (GMT-0500)
ipmi works, public pings, everything is showing connected. sending back to support
USER:  English: en-US SL350540 2015-Apr-22 03:20 (GMT-0500) - [Update 17]
who will deal with the problem
USER:  English: en-US SL350540 2015-Apr-22 03:40 (GMT-0500) - [Update 18]
I have tried to ping the ip 198.11.211.115 in four diffrient places, and all I get is request timeout
EMPLOYEE: jfitzgerald Operations - Technical Support, Hou04 - 2015-Apr-22 03:40 (GMT-0500) - [Update 19]
Greetings,

In order to help investigate this issue further, we need to gather more information. Below are all the details that will help escalate this issue:

- Non-graphical MTR & traceroute from your server to your location(or your clients).
- Non-graphical MTR & traceroute from your location(or your clients) to your server.
- 100 ping count from your server to your location(or your clients).
- 100 ping count from your location(or your clients) to your server.

Below are details on how to conduct these tests:

- (Windows)WinMTR or (Linux)mtr

If your operating system is Windows, then you may use WinMTR. You may get WinMTR from the URL below:

http://winmtr.net/

From a Linux operating system, you may run the following command:

mtr -r -c 100 -n <IP or Domain Name>

- (Windows)tracert or (Linux)traceroute

If your operating system is Windows, then you may run the tracert command from the windows command prompt, example:

Start > Run > cmd(click ok) - Type tracert <IP or Domain Name>

From a Linux operating system, you may run the following command:

traceroute <IP or Domain Name>

These tests should be conducted from your location or your clients that are having trouble accessing our network. Once the tests have completed, please paste those details directly into the trouble ticket, or you may attach them as a file or image.

We also will require the IP Address you are connecting from to reach your server. This IP would be used to conduct tests from our location back to you. You may find this IP by going to www.whatismyip.com.

In order to get the best accurate results, we recommend ether taking the firewall down, or allow echo and ICMP requests, so the server doesn't drop traffic. If you could, please attach these details to the ticket ether in a text file, or copy/paste them.

We look forward to your reply.

Thank you for choosing SoftLayer, an IBM Company.

Jason F.
Customer Support Technician
http://knowledgelayer.softlayer.com


Response not rated.
USER:  English: en-US SL350540 2015-Apr-22 03:53 (GMT-0500) - [Update 20]
- Non-graphical MTR & traceroute from your location(or your clients) to your server.
[root@etp-test ~]# traceroute 198.11.211.115
traceroute to 198.11.211.115 (198.11.211.115), 30 hops max, 60 byte packets
1 10.10.1.1 (10.10.1.1) 1.980 ms 2.192 ms 2.384 ms
2 1.1.1.1 (1.1.1.1) 0.333 ms 0.349 ms 0.328 ms
3 219.142.121.249 (219.142.121.249) 5.693 ms 6.146 ms 6.685 ms
4 106.120.235.229 (106.120.235.229) 961.150 ms 961.136 ms 961.100 ms
5 219.141.131.53 (219.141.131.53) 7.538 ms 118.84.3.25 (118.84.3.25) 2.008 ms 219.141.162.181 (219.141.162.181) 2.364 ms
6 202.97.53.94 (202.97.53.94) 7.103 ms 202.97.53.86 (202.97.53.86) 8.710 ms 202.97.53.110 (202.97.53.110) 7.177 ms
7 202.97.53.222 (202.97.53.222) 7.314 ms 19.137 ms 202.97.58.90 (202.97.58.90) 11.339 ms
8 202.97.52.254 (202.97.52.254) 160.662 ms 160.642 ms 160.661 ms
9 202.97.90.138 (202.97.90.138) 154.761 ms 154.749 ms 154.721 ms
10 64.125.14.73 (64.125.14.73) 157.559 ms 157.528 ms 157.539 ms
11 * 64.125.26.6 (64.125.26.6) 153.194 ms 160.968 ms
12 64.125.31.2 (64.125.31.2) 176.333 ms 176.320 ms *
13 64.125.31.202 (64.125.31.202) 162.674 ms 158.593 ms 159.158 ms
14 209.133.4.42 (209.133.4.42) 172.520 ms * 173.782 ms
15 173.192.18.249 (173.192.18.249) 160.766 ms 50.97.19.165 (50.97.19.165) 178.462 ms 187.848 ms
16 50.23.118.161 (50.23.118.161) 172.844 ms 172.888 ms 50.23.118.149 (50.23.118.149) 159.999 ms
17 * * *
18 * * *
19 * * *
20 * * *
21 * * *

22 * * *
23 * * *
24 * * *
25 * * *
26 * * *
27 * * *
28 * * *
29 * * *
30 * * *


USER:  English: en-US SL350540 2015-Apr-22 03:56 (GMT-0500) - [Update 21]
i can't get information that you need from server 198.11.211.115 except graphical the ping date is all request time-out
USER:  English: en-US SL350540 2015-Apr-22 04:18 (GMT-0500) - [Update 22]
traceroute from your server to your location(or your clients). please see the attache file


File Attachment:
 123.png
EMPLOYEE: jfitzgerald Operations - Technical Support, Hou04 - 2015-Apr-22 04:20 (GMT-0500) - [Update 23]
Hello,

I have contacted out NOC team regarding this. The IP where youre tracreroute stops is the router your VLAN is
associated with. You will need to log in to the VPN, and access the server over the private network, and run a return
tracreroute to you location. I did attempt to log in to the server, but the password on file is currently out of date. Please
let us know if there is anything else you need assistance with, or if you have any more questions. We will leave the
ticket open an additional 7 days in case anything comes up.


Thank you for choosing SoftLayer, an IBM Company.

Jason F.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: jfitzgerald Operations - Technical Support, Hou04 - 2015-Apr-22 04:20 (GMT-0500)
(4:09:10 AM) jfitzgerald: Hi NOC, customer is getting blocked by IP 50.23.118.161
https://internal.softlayer.com/NetworkSubnet/viewSubnet/265401,
https://internal.softlayer.com/Ticket/ticketPreview/17985561 and unable to reach his server. Wondering if you knew
where this IP is associated with in our network?
(4:12:35 AM) Tina Koteel: jfitsgerlad fcr02.sjc01
(4:12:44 AM) Tina Koteel: jfitzgerald**
(4:13:09 AM) mwettstein: Thanks
(4:13:25 AM) Robin van Zanten left the room.
(4:13:38 AM) jbui: you can send that over subra
(4:13:39 AM) Tina Koteel: Jason have him provide the reverse and show the ping info as well even if its request timed
out have him attack
(4:13:42 AM) Tina Koteel: attach*
(4:14:07 AM) jfitzgerald: Ah ok lol. Will do Tina, thanks for checking :-)
(4:14:22 AM) Tina Koteel: Sure no anytime :)
USER:  English: en-US SL350540 2015-Apr-22 04:38 (GMT-0500) - [Update 24]
according to you method to login my server ,I can not copy the date you need i can take an Screenshot only you
should know that. please see the attach file!!!

File Attachment:
 123.png
USER:  English: en-US SL350540 2015-Apr-22 04:59 (GMT-0500) - [Update 25]
Our service has been down for 4 hours. Please processing efficiency

EMPLOYEE: jfitzgerald Operations - Technical Support, Hou04 - 2015-Apr-22 05:07 (GMT-0500) - [Update 26]
Hello,

Sorry for the issue you are facing. Can you run the following command from your location as this may assist us in
investigating this issue.

traceroute -I 50.23.118.161

Thank you for choosing SoftLayer, an IBM Company.

Jason F.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: jfitzgerald Operations - Technical Support, Hou04 - 2015-Apr-22 05:07 (GMT-0500)
RY: 1 Day
(4:56:55 AM) jfitzgerald: Hi NOC, customer updated. https://internal.softlayer.com/Ticket/ticketPreview/17985561
looks like hes being blocked by chinanet when running traceroute from server to his location.
(4:57:24 AM) Ismael: Looking
(4:59:06 AM) jfitzgerald: Thanks Ismael, was just wondering if this would cause the traceroute to stop in update 20 if
this was the case
(5:01:05 AM) Ismael: Update 20 <--- Appears to be due to some packet filtering on the server ( 50.23.118.161) as
UDP fails but not with ICMP.
(5:01:13 AM) Ismael: try traceroute -I 50.23.118.161

(5:01:24 AM) ndiraddo left the room.
(5:01:24 AM) nmeihuizen left the room.
(5:01:45 AM) ndiraddo [ndiraddo@jabber.softlayer.local/jabber.softlayer.local] entered the room.
(5:04:42 AM) jfitzgerald: Will do Ismael :-) thanks
USER:  English: en-US SL350540 2015-Apr-22 05:19 (GMT-0500) - [Update 27]
[root@etp-test ~]# traceroute -I 50.23.118.161
traceroute to 50.23.118.161 (50.23.118.161), 30 hops max, 60 byte packets
1 10.10.1.1 (10.10.1.1) 2.325 ms 2.500 ms *
2 1.1.1.1 (1.1.1.1) 0.370 ms 0.388 ms 0.389 ms
3 * * *
4 * * *
5 * * *
6 * * *
7 * * 202.97.53.226 (202.97.53.226) 5.020 ms
8 * * *
9 * * *
10 * * *
11 64.125.26.6 (64.125.26.6) 155.830 ms * *
12 * * *

13 * 64.125.31.202 (64.125.31.202) 157.649 ms 157.643 ms
14 * * *
15 * * *
16 * * *
17 * * *
18 * * *
19 * * *
20 * * *
21 * * *
22 * * *
23 * * *
24 * * *
25 * * *
26 * * *
27 * * *
28 * * *
29 * * *
30 * * *
EMPLOYEE: jfitzgerald Operations - Technical Support, Hou04 - 2015-Apr-22 05:35 (GMT-0500) - [Update 28]
Hello,

Inbound traffic from the server to your location is showing the servers IP is being blocked by Chinanet. When running
the traceroute from your location to the 50.23.118.161 IP, it is being blocked by a network outside of softlayers. Have
you attempted to log in to the softlayer VPN to see if you are bale to access the device?

Thank you for choosing SoftLayer, an IBM Company.

Jason F.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: jfitzgerald Operations - Technical Support, Hou04 - 2015-Apr-22 05:35 (GMT-0500)
RY: 1 Day

USER:  English: en-US SL350540 2015-Apr-22 05:39 (GMT-0500) - [Update 29]
I found something: the server in HK with ip 119.81.149.27 can access 198.11.211.115 . We use the test tool to test
198.11.211.115 , found that the ip in Chinese continent can not access 198.11.211.115,but Hongkong and taiwan and
the other countries can access 198.11.211.115

USER:  English: en-US SL350540 2015-Apr-22 05:48 (GMT-0500) - [Update 30]
i can access the server using its management ip 10.88.150.228 by vpn i can not access the server user its Private IP
10.88.150.227
EMPLOYEE: jfitzgerald Operations - Technical Support, Hou04 - 2015-Apr-22 05:53 (GMT-0500) - [Update 31]
Hello,

What VPN are you connected to when trying to access the server over the private network 10.88.150.227. This is a
routing issue mentioned previously with Chinanet. Please let us know if there is anything else you need assistance with,
or if you have any more questions.

Thank you for choosing SoftLayer, an IBM Company.

Jason F.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
Internal Note:
EMPLOYEE: jfitzgerald Operations - Technical Support, Hou04 - 2015-Apr-22 05:53 (GMT-0500)
RY: 1 Day

USER:  English: en-US SL350540 2015-Apr-22 06:03 (GMT-0500) - [Update 32]
what should I do to solve the problem

EMPLOYEE: mwettstein Operations - Technical Support, Hou04 - 2015-Apr-22 06:34 (GMT-0500) - [Update 33]
Greetings,

I'm going to have our Advanced Customer Support staff help assist you with your request. Thank you for your
patience while we review the matter further.

Thank you for choosing SoftLayer, an IBM Company.

Mike W
Customer Support Technician
http://knowledgelayer.softlayer.com


Response not rated.
Internal Note:
EMPLOYEE: mwettstein Operations - Technical Support, Hou04 - 2015-Apr-22 06:34 (GMT-0500)
Escalating to SysAdmin +15 updates
USER:  English: en-US SL350540 2015-Apr-22 06:46 (GMT-0500) - [Update 34]
I spent the whole afternoon to deal with the problem,and now we still can not use the service ? and then I am getting
off work,i hope i will get good news tommorow, Thank you for your assistance?


Internal Note:
EMPLOYEE: tforster Operations - Advanced Cust Support, Hou04 - 2015-Apr-22 08:13 (GMT-0500)
Not able to ping gateway on the box itself for that network.


No route for 10.0.0.0/8 traffic in routes. Added via following command:

ip route add 10.0.0.0/8 via 10.88.150.193 dev bond0

We're able to ping that address again from the outside now. Noticed there is no equivalent.

Will need to add the /etc/sysconfig/network-scripts/route-bond0 file with the contents:

10.0.0.0/8 via 10.88.150.193 bond0

And remove the unneeded GATEWAY statement from /etc/sysconfig/network-scripts/ifcfg-bond0. This will require a
service network restart however to test.


EMPLOYEE: tforster Operations - Advanced Cust Support, Hou04 - 2015-Apr-22 08:27 (GMT-0500) - [Update 35]

Hello,

It appears as though the routes were not setup properly for the bond0 interface on your server.

I have added the route for the 10.0.0.0/8 network manually and the server is responding on the privste IP.

To make this permanent, I've added the file /etc/sysconfig/network-scripts/route-bond0 and commented out the erroneous GATEWAY line in /etc/sysconfig/network-scripts/ifcfg-bond0.

Please let us know if you require any additional assistance with this matter.

Best Regards,
Tim F.
SoftLayer ACS

Response not rated.
Internal Note:
EMPLOYEE: tforster Operations - Advanced Cust Support, Hou04 - 2015-Apr-22 08:27 (GMT-0500)
RY: 1D for followup. We will probably need to still assist in what we can with the ChinaNet issues in this ticket.
USER:  English: en-US SL350540 2015-Apr-23 01:46 (GMT-0500) - [Update 36]
the ip 198.11.211.115 can not be accessed in China Mainland , the other areas can access . did you help to resolve the problem?
EMPLOYEE: bcharron Operations - Advanced Cust Support, Dal05 - 2015-Apr-23 02:06 (GMT-0500) - [Update 37]
Hello,

After reviewing the issue and ticket, there is not anything we can do to correct this issue as it appears only ChinaNet is blocking the IP address. You would need to contact ChinaNet about this issue to see why they are blocking it.

Please let us know if you have any further questions.

Thank you for choosing SoftLayer, an IBM Company.
Brian C.
SoftLayer
Advanced Customer Support

Response not rated.
USER:  English: en-US SL350540 2015-Apr-23 02:22 (GMT-0500) - [Update 38]
is there someone who knows Chinese . now I want to know only one ip or some were blocked , do you know.
our ip setup is blew
IPADDR=198.11.211.115
NETMASK=255.255.255.248
GATEWAY=198.11.211.113
USER:  English: en-US SL350540 2015-Apr-23 02:26 (GMT-0500) - [Update 39]
we make ping test the ip 198.11.211.113, and also get "request time-out" error
USER:  English: en-US SL350540 2015-Apr-23 02:45 (GMT-0500) - [Update 40]
if the ip 198.11.211.115 is blocked , Could you give me another IP to replace the ip 198.11.211.115 ,in order to let our service normally access first . now we don't know Who to turn to solve the problem.


EMPLOYEE: tsantiago Operations - Advanced Cust Support, Dal05 - 2015-Apr-23 03:23 (GMT-0500) - [Update 41]
Hello,

As mentioned in update 37, this issue is due to ChinaNet blocking the IP, and unfortunately we cannot replace the IP address. You will need to contact ChinaNet to unblock the IP.

Thanks,

Trae S.
Advanced Customer Support

Response not rated.
Internal Note:
EMPLOYEE: tsantiago Operations - Advanced Cust Support, Dal05 - 2015-Apr-23 03:23 (GMT-0500)
RY: 1 Day

USER:  English: en-US SL350540 2015-Apr-23 04:17 (GMT-0500) - [Update 42]
if I buy an another ip address , worn't I repleace the ip really?
USER:  English: en-US SL350540 2015-Apr-23 04:27 (GMT-0500) - [Update 43]
I do not contact the ChinaNet now, and we have contacted someone to do the thing, until now, there's no any progress
. don't you have any ways to help us to solve the problems except telliing me to contact ChinaNet.
EMPLOYEE: tsantiago Operations - Advanced Cust Support, Dal05 - 2015-Apr-23 05:54 (GMT-0500) - [Update 44]
Hello,

As this issue is caused by a firewall outside of our network, there is nothing we can do to remedy it. You will need to
contact ChinaNet for further assistance.

Thanks,

Trae S.
Advanced Customer Support

Response not rated.
Internal Note:
EMPLOYEE: tsantiago Operations - Advanced Cust Support, Dal05 - 2015-Apr-23 05:54 (GMT-0500)
RY: 1 Day

EMPLOYEE: lniquette Operations - Advanced Cust Support, Hou04 - 2015-Apr-24 07:15 (GMT-0500) - [Update 45]
Hello,

Just checking back to see if you have any further questions or concerns. Please let us know. If no further updates, this
ticket will automatically close in four days.

Regards,

Lisa N
Softlayer ACS

Response not rated.
AUTO: Automated - 2015-Apr-28 07:16 (GMT-0500) - [Update 46]
This ticket was automatically closed by the ticket system for inactivity.

Current : Ticket Edit - 18050421

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY

Account ID:          350540
Company:             Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:             No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:              +13699253817
Alternate:
Fax:
Email:       6479288@qq.com
Account Balance:        $1.62  !
User:        English: en-US SL350540

 Customer Details   Customer Tickets    Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:          $
Support Representatives

Department     Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:  User  Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:     AUTO
Last Modify Date:     05-8-15 10:13 (GMT-0500)
Watch:   Yes
Customer Editable:     No
Customer Viewable:     Yes

Internal Tags: None Edit

Customer Tags:
Attached employees:

You may attach yourself to this ticket
  Request Password Access

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (0)
Recently Added Hardware Attachments

| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

  - Server has been purchased by this account within the last 120 days.
  - Server or Cloud Computing instance will be attached to the ticket.
      Ticket Activity
      View Ticket Activity
Issue:  Go to the bottom
AUTO: Automated - 2015-Apr-25 00:08 (GMT-0500) - [Update 1]
SoftLayer Dutch Holdings B.V. has charged the current credit card on file for your next billing period in the amount
of: $4,998.00.

To view invoices for your account, use the SoftLayer Dutch Holdings B.V. customer portal:
https://control.softlayer.com/account/invoices

Invoices can be viewed online or downloaded in .PDF format for your accounting records.

SoftLayer Dutch Holdings B.V. thanks you for your continued business. If you need further assistance, please open a
ticket via the SoftLayer Dutch Holdings B.V. customer portal or contact our accounting representatives directly at 1-
866-398-7638 or accounting@softlayer.com

Thank you,

SoftLayer Dutch Holdings B.V.

Current :  Ticket Edit - 18669885

IBM Direct EU
IBM Direct EU
©2015 SoftLayer Technologies, Inc. Legal
CONFIDENTIAL AND PROPRIETARY
This ticket has been assigned to you!


Account ID:        350540
Company:          Beijing Qian Kun Tong Da Technology Co.,LTD-CNBM International Corporation
Address:           No 9 Zhuyu International Commercial Ctr N no 4, 17th F, no 4, 17th F
City, State Zip      ??, OT 100048 (CN)
Office:       +13699253817
Alternate:
Fax:
Email:        6479288@qq.com
IP:         45.33.38.241
Account Balance:        $1.62  !
User:        English: en-US SL350540

 Customer Details   Customer Tickets   Billing Summary
Ticket Billing Type

Basic Support:
Server Administration:
Server Admin Fee:         $
Support Representatives

Department     Representative
Sales - Global Sales   Cynthia Heng
Subject Line:
Group:
Datacenter:
Assign To User:
Employee:        Assign to Me
Email:  User   Employee
Yellow:

Closed:
Autoclose:
Accounting Close Only:   Yes
Last Modify Type:      Employee
Last Modify Date:       05-8-15 10:14 (GMT-0500)
Last Modified By:       Dody Lira
Watch:   Yes
Customer Editable:     Yes
Customer Viewable:     Yes
Maintenance Window:     Add/Edit Maintenance Window

Escalation:   Create New Escalation


Internal Tags: None Edit
Customer Tags:
Attached employees: dlira

You are currently attached to this ticket.


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Hardware Attachments (1)

| hostserver1 | okorder.com | 198.11.211.115 | 10.88.150.227 | root | W4Bgkmmr | View | Edit | Remove |

Recently Added Hardware Attachments


| Hostname | Domain | Public IP | Private IP | Username | Password |
|----------|--------|-----------|------------|----------|----------|

Current Virtual Guest Attachments (0)
Recently Added Virtual Guest Attachments

     Customer Provided Access Details
     hostserver1


 - Server has been purchased by this account within the last 120 days.
 - Server or Cloud Computing instance will be attached to the ticket.
     Ticket Activity
     View Ticket Activity
Issue:  Go to the bottom
USER:  English: en-US SL350540 2015-May-05 03:23 (GMT-0500) - [Update 1]
I ordered a new static IP, how can i bind it to my Device (hostserver1.okorder.com); my static IP is 119.81.163.59.
Internal Note:
AUTO: Automated - 2015-May-05 03:23 (GMT-0500)
Route Rule Applied:
=> Default Group: Support
=> Administrative (NO)
=> Subject (Public Network Question)
=> User Language (en-US)
=> Managed Account (NO)
=> Non VIP Account
=> unmanaged SoftLayer hardware (1) Function (Web Server)
New Group: Support
EMPLOYEE: jedaniels Operations - Technical Support, Hou04 - 2015-May-05 03:47 (GMT-0500) - [Update 2]
Hello,

Please refer to following link for a guide on "how to assign a static IP address,

http://www.pcadvisor.co.uk/how-to/network-wifi/3442670/how-assign-static-ip-address/

Please let us know if you have any further questions or concerns

Thank you for choosing SoftLayer, an IBM Company.

Jerold D.
Customer Support Technician
http://knowledgelayer.softlayer.com

Response not rated.
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2015-May-06 03:52 (GMT-0500) - [Update 3]
Hello

Just checking in to see if you need any further assistance with this issue. If not this ticket is being set to close in 4 days. If you need anything further, please let us know.

Thanks for choosing SoftLayer, an IBM company

Todd B
Manager, Technical Support
www.softlayer.com

Response not rated.
USER:  English: en-US SL350540 2015-May-07 01:38 (GMT-0500) - [Update 4]
i want static IP 119.81.163.59 target to 198.11.211.112/29 , can you help me do it ?
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2015-May-07 02:33 (GMT-0500) - [Update 5]
Hello,

Please stand by as this is investigated.

Thanks for choosing SoftLayer, an IBM company

Todd B
Manager, Technical Support
www.softlayer.com

Response not rated.
EMPLOYEE: tburns Operations - Technical Support, Hou04 - 2015-May-07 02:38 (GMT-0500) - [Update 6]
That IP has already been routed to that server. You or your server administrator would just need to add the IP to the network file of the OS. If you have further questions, please let us know.

http://knowledgelayer.softlayer.com/learning/add-secondary-ips-redhatcentos

Thanks for choosing SoftLayer, an IBM company

Todd B
Manager, Technical Support
www.softlayer.com



**Date**

25 June 2014

**Prepared for:**

Yum Yang

6479288@qq.com

CNBM International Corporation

Zhuyu International Commercial Center,

No.9, Shouti South

Floor 17th, No.4 Building

Beijing 100048

China

**Customer No: 350540**

**Invoice No: 0003457322**

**Messages:**

For services rendered in the current billing period and charges incurred in the previous billing period.

*All monetary amounts are displayed in US Dollars (USD) unless otherwise specified.*

**Contact Us**

SoftLayer Dutch Holdings B.V.

Paul van Vlissingenstraat 16

Amsterdam 1096 BK

Netherlands

www.softlayer.com

NL 850455820B01

**Sales**

sales@softlayer.com

1-866-398-7638

1-214-442-0602

# Summary

| Group Description | Recurring Fee: | |
|---|---|---|
| **Bare Metal Servers and Attached Services** | **$** | **429.00** |
| Bare Metal Servers | $ | 170.00 |
| Network | $ | 24.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 15.00 |
| Other Services | $ | 220.00 |
| **Virtual Servers and Attached Services** | **$** | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | **$** | **0.00** |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |

|  |  |
|---|---|
| One Time Charge : | $0.00 |
| Sub-Total : | $429.00 |
| Taxes : | $0.00 |
| Total : | $429.00 |
| Starting Balance : | $0.00 |
| Payment Credit - Credit Card ending in 0 : | -$429.00 |
| Ending Balance : | $0.00 |



**Date**
25 June 2014

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 429.00 | $ | 0.00 |

|  |  |  |
|---|---|---|
| **Total Taxes Due:** | **$** | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.7583** |
| **Total Taxes Due (EUR):** | | **0.00** |

*\* EC Supply of services - Reverse Charge*



**Date**
25 June 2014

## Bare Metal Servers and Attached Services

| Description | | Recurring Fee: |
|---|---|---|
| hostserver7.okorder.com | $ | 429.00 |
| | Sub-Total : | **$429.00** |
| | Taxes : | **$0.00** |
| | Total : | **$429.00** |



**Date**
25 June 2014

# Detailed Billing

| hostserver7.okorder.com | Location: | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|
| Server: Single Processor Quad Core Xeon 1270 - 3.40GHz  (Sandy Bridge) - 1 x 8MB cache w/HT | San Jose 1, CA | $ 170.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Operating System: CentOS 6.x (64 bit) | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| RAM: 16 GB DDR3 1333 | San Jose 1, CA | $ 110.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disk Controller: SATA Disk Controller | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| First Hard Drive: 2.00TB SATA II | San Jose 1, CA | $ 55.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Second Hard Drive: 2.00TB SATA II | San Jose 1, CA | $ 55.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Bandwidth: 20000 GB Bandwidth | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Uplink Port Speeds: 1 Gbps Public & Private Network Uplinks | San Jose 1, CA | $ 20.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Network Port: 1 Gbps Public Uplink* | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Private Network Port: 1 Gbps Private Uplink* | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Remote Management: Reboot / KVM over IP | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Primary IP Addresses: 1 IP Address | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Secondary IP Addresses: 4 Public IP Addresses | San Jose 1, CA | $ 4.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | San Jose 1, CA | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Notification: Email and Ticket | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Advanced Monitoring: Monitoring Package - Premium Application | San Jose 1, CA | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Response: Automated Reboot from Monitoring | San Jose 1, CA | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| VPN Management - Private Network: Unlimited SSL VPN Users & 1 PPTP VPN User per account | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Vulnerability Assessments & Management: Nessus Vulnerability Assessment & Reporting | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Sub-Total: | $ 429.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total: | $ 429.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**Initial Bill :**　　　　$429.00

**Payment Credit - Credit Card ending in 0 :**　　　　-$429.00

SoftLayer Dutch Holdings B.V. • Paul van Vlissingenstraat 16 • Amsterdam 1096 BK • Netherlands



**Date**
27 June 2014

**Prepared for:**

Yum Yang
6479288@qq.com
CNBM International Corporation
Zhuyu International Commercial Center,
No.9, Shouti South
Floor 17th, No.4 Building
Beijing 100048
China
**Customer No: 350540**
**Invoice No: 0003465970**

**Messages:**

For services rendered in the current billing period and charges
incurred in the previous billing period.

**Contact Us**

SoftLayer Dutch Holdings B.V.
Paul van Vlissingenstraat 16
Amsterdam 1096 BK
Netherlands
www.softlayer.com
NL 850455820B01

**Sales**

sales@softlayer.com
1-866-398-7638
1-214-442-0602

*All monetary amounts are displayed in US Dollars (USD) unless
otherwise specified.*

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 9.33 | $ | 0.00 |

| | | |
|---|---|---|
| **Total Taxes Due:** | $ | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.7573** |
| **Total Taxes Due (EUR):** | | **0.00** |

*\* EC Supply of services - Reverse Charge*



**Date**
27 June 2014

## Detailed Billing

| Description | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Network Attached Storage: 20 GB NAS | San Jose 1, CA | $ | 9.33 $ | 0.00 $ | 0.00 $ | 0.00 |
| | Sub-Total: $ | | 9.33 $ | 0.00 $ | 0.00 $ | 0.00 |
| | Total: $ | | 9.33 $ | 0.00 $ | 0.00 $ | 0.00 |

**Initial Bill :**          **$9.33**



**Date**

25 July 2014

**Prepared for:**

Yum Yang

6479288@qq.com

CNBM International Corporation

Zhuyu International Commercial Center,

No.9, Shouti South

Floor 17th, No.4 Building

Beijing 100048

China

**Customer No: 350540**

**Invoice No: 0003651322**

**Messages:**

For services rendered in the current billing period and charges
incurred in the previous billing period.

*All monetary amounts are displayed in US Dollars (USD) unless
otherwise specified.*

**Contact Us**

SoftLayer Dutch Holdings B.V.

Paul van Vlissingenstraat 16

Amsterdam 1096 BK

Netherlands

www.softlayer.com

NL 850455820B01

**Sales**

sales@softlayer.com

1-866-398-7638

1-214-442-0602

# Summary

| Group Description | | Recurring Fee: |
|---|---|---|
| **Bare Metal Servers and Attached Services** | **$** | **429.00** |
| Bare Metal Servers | $ | 170.00 |
| Network | $ | 24.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 15.00 |
| Other Services | $ | 220.00 |
| **Virtual Servers and Attached Services** | **$** | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | **$** | **10.00** |
| Network | $ | 0.00 |
| StorageLayer | $ | 10.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |

| | |
|---|---|
| **One Time Charge :** | **$0.00** |
| **Sub-Total :** | **$439.00** |
| **Taxes :** | **$0.00** |
| **Total :** | **$439.00** |
| **Starting Balance :** | **$9.33** |
| **Recurring Payment Credit - Credit Card ending in 915 :** | **-$448.33** |
| **Ending Balance :** | **$0.00** |



**Date**
25 July 2014

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 439.00 | $ | 0.00 |

|  | | |
|---|---|---|
| **Total Taxes Due:** | **$** | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.7664** |
| **Total Taxes Due (EUR):** | | **0.00** |

*\* EC Supply of services - Reverse Charge*



**Date**
25 July 2014

# Bare Metal Servers and Attached Services

| Description | Recurring Fee: |
|---|---|
| hostserver7.okorder.com | $ 429.00 |

| | |
|---|---|
| Sub-Total : | **$429.00** |
| Taxes : | **$0.00** |
| Total : | **$429.00** |



**Date**
25 July 2014

# Detailed Billing

| hostserver7.okorder.com | Location: | | Recurring Fee: | | Recurring Tax: | | One-Time Fee: | | One-Time Tax: |
|---|---|---|---|---|---|---|---|---|---|
| Server: Single Processor Quad Core Xeon 1270 V3 - 3.50GHz (Haswell) - 1 x 8MB | San Jose 1, CA | $ | 170.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Primary IP Addresses: 1 IP Address | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| RAM: 16 GB DDR3 1333 | San Jose 1, CA | $ | 110.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Network Port: 1 Gbps Public Uplink* | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Disk Controller: SATA Disk Controller | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Advanced Monitoring: Monitoring Package - Premium Application | San Jose 1, CA | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| First Hard Drive: 2.00TB SATA II | San Jose 1, CA | $ | 55.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Public & Private Network Uplinks | San Jose 1, CA | $ | 20.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Operating System: CentOS 6.x (64 bit) | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Bandwidth: 20000 GB Bandwidth | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Secondary IP Addresses: 4 Public IP Addresses | San Jose 1, CA | $ | 4.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | San Jose 1, CA | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Response: Automated Reboot from Monitoring | San Jose 1, CA | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Second Hard Drive: 2.00TB SATA II | San Jose 1, CA | $ | 55.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| | Sub-Total: | $ | 429.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Network Attached Storage: 20 GB NAS | San Jose 1, CA | $ | 10.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| | Sub-Total: | $ | 10.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| | Total: | $ | 439.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |

**Amount Due :**                    $439.00
**Recurring Payment Credit - Credit Card ending in 915 :**          -$448.33

SoftLayer Dutch Holdings B.V. • Paul van Vlissingenstraat 16 • Amsterdam 1096 BK • Netherlands



**Date**
31 July 2014

**Prepared for:**

Yum Yang

6479288@qq.com

CNBM International Corporation

Zhuyu International Commercial Center,

No.9, Shouti South

Floor 17th, No.4 Building

Beijing 100048

China

**Customer No: 350540**

**Invoice No: 0003696306**

**Messages:**

For services rendered in the current billing period and charges incurred in the previous billing period.

*All monetary amounts are displayed in US Dollars (USD) unless otherwise specified.*

**Contact Us**

SoftLayer Dutch Holdings B.V.

Paul van Vlissingenstraat 16

Amsterdam 1096 BK

Netherlands

www.softlayer.com

NL 850455820B01

**Sales**

sales@softlayer.com

1-866-398-7638

1-214-442-0602

# Summary

| Group Description | | Recurring Fee: |
|---|---|---|
| **Bare Metal Servers and Attached Services** | **$** | **4,030.72** |
| Bare Metal Servers | $ | 1,980.64 |
| Network | $ | 132.27 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 48.36 |
| Other Services | $ | 1,869.45 |
| **Virtual Servers and Attached Services** | **$** | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | **$** | **0.00** |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |

| | |
|---|---|
| **One Time Charge :** | **$0.00** |
| **Sub-Total :** | **$4,030.72** |
| **Taxes :** | **$0.00** |
| **Total :** | **$4,030.72** |
| **Starting Balance :** | **$0.00** |
| **Payment Credit :** | **-$4,030.72** |
| **Ending Balance :** | **$0.00** |



**Date**
31 July 2014

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 4,030.72 | $ | 0.00 |

|  | | |
|---|---|---|
| **Total Taxes Due:** | **$** | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.7705** |
| **Total Taxes Due (EUR):** | | **0.00** |

*\* EC Supply of services - Reverse Charge*



**Date**
31 July 2014

# Bare Metal Servers and Attached Services

| Description | | Recurring Fee: |
|---|---|---|
| hostserver1.okorder.com | $ | 1,362.12 |
| hostserver2.okorder.com | $ | 1,458.90 |
| hostserver4.okorder.com | $ | 603.24 |
| hostsever3.okorder.com | $ | 606.46 |
| **Sub-Total :** | | **$4,030.72** |
| **Taxes :** | | **$0.00** |
| **Total :** | | **$4,030.72** |



**Date**
31 July 2014

# Detailed Billing

| hostserver1.okorder.com | Location: | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|
| Server: Quad Processor Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache | San Jose 1, CA | $ 845.97 | $ 0.00 | $ 0.00 | $ 0.00 |
| Fourth Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Second Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Third Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Operating System: CentOS 6.x (64 bit) | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| RAM: 32 GB DDR3 Registered 1066 | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disk Controller: RAID | San Jose 1, CA | $ 68.55 | $ 0.00 | $ 0.00 | $ 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ 80.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Third Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ 80.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| Fourth Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ 80.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| Fifth Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ 80.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| Sixth Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ 80.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Bandwidth: 20000 GB Bandwidth | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Uplink Port Speeds: 1 Gbps Redundant Public & Private Network Uplinks | San Jose 1, CA | $ 32.26 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Network Port: 1 Gbps Redundant Public Uplinks* | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Private Network Port: 1 Gbps Redundant Private Uplinks* | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Remote Management: Reboot / KVM over IP | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Primary IP Addresses: 1 IP Address | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Power Supply: Redundant Power Supply | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | San Jose 1, CA | $ 4.03 | $ 0.00 | $ 0.00 | $ 0.00 |
| Notification: Email and Ticket | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Advanced Monitoring: Monitoring Package - Advanced | San Jose 1, CA | $ 4.03 | $ 0.00 | $ 0.00 | $ 0.00 |
| Response: Automated Reboot from Monitoring | San Jose 1, CA | $ 4.03 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| VPN Management - Private Network: Unlimited SSL VPN Users & 1 PPTP VPN User per account | San Jose 1, CA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |



**Date**
31 July 2014

# Detailed Billing

| Description | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Vulnerability Assessments & Management: Nessus Vulnerability Assessment & Reporting | San Jose 1, CA | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| | Sub-Total: $ | | 1,362.12 $ | 0.00 $ | 0.00 $ | 0.00 |

| **hostserver2.okorder.com** | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Server: Quad Processor Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache | Hong Kong 2 | $ | 845.97 $ | 0.00 $ | 0.00 $ | 0.00 |
| Operating System: CentOS 6.x (64 bit) | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Fourth Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Second Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Third Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Surcharges: International Services | Hong Kong 2 | $ | 16.13 $ | 0.00 $ | 0.00 $ | 0.00 |
| RAM: 32 GB DDR3 Registered 1066 | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Disk Controller: RAID | Hong Kong 2 | $ | 68.55 $ | 0.00 $ | 0.00 $ | 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 $ | 0.00 $ | 0.00 $ | 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 $ | 0.00 $ | 0.00 $ | 0.00 |
| Third Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 $ | 0.00 $ | 0.00 $ | 0.00 |
| Fourth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 $ | 0.00 $ | 0.00 $ | 0.00 |
| Fifth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 $ | 0.00 $ | 0.00 $ | 0.00 |
| Sixth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Bandwidth: 20000 GB Bandwidth | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Redundant Public & Private Network Uplinks | Hong Kong 2 | $ | 32.26 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Network Port: 1 Gbps Redundant Public Uplinks* | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Private Network Port: 1 Gbps Redundant Private Uplinks* | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Remote Management: Reboot / KVM over IP | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Primary IP Addresses: 1 IP Address | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Power Supply: Redundant Power Supply | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | Hong Kong 2 | $ | 4.03 $ | 0.00 $ | 0.00 $ | 0.00 |
| Notification: Email and Ticket | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Advanced Monitoring: Monitoring Package - Advanced | Hong Kong 2 | $ | 4.03 $ | 0.00 $ | 0.00 $ | 0.00 |



**Date**
31 July 2014

# Detailed Billing

| Description | Location: | | Recurring Fee: | | Recurring Tax: | | One-Time Fee: | | One-Time Tax: |
|---|---|---|---|---|---|---|---|---|---|
| Response: Automated Reboot from Monitoring | Hong Kong 2 | $ | 4.03 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| VPN Management - Private Network: Unlimited SSL VPN Users & 1 PPTP VPN User per account | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Vulnerability Assessments & Management: Nessus Vulnerability Assessment & Reporting | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| | Sub-Total: | $ | 1,458.90 | $ | 0.00 | $ | 0.00 | $ | 0.00 |

| | Location: | | Recurring Fee: | | Recurring Tax: | | One-Time Fee: | | One-Time Tax: |
|---|---|---|---|---|---|---|---|---|---|
| **hostserver4.okorder.com** | | | | | | | | | |
| Server: Single Processor Quad Core Xeon 1270 V3 - 3.50GHz  (Haswell) - 1 x 8MB | Hong Kong 2 | $ | 144.35 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Surcharges: International Services | Hong Kong 2 | $ | 16.13 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Operating System: CentOS 6.x (64 bit) | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| RAM: 8 GB DDR3 1333 | Hong Kong 2 | $ | 32.26 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Disk Controller: RAID | Hong Kong 2 | $ | 40.32 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Third Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Fourth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Bandwidth: 20000 GB Bandwidth | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Redundant Public & Private Network Uplinks | Hong Kong 2 | $ | 32.26 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Network Port: 1 Gbps Redundant Public Uplinks* | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Private Network Port: 1 Gbps Redundant Private Uplinks* | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Remote Management: Reboot / KVM over IP | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Primary IP Addresses: 1 IP Address | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Secondary IP Addresses: 4 Public IP Addresses | Hong Kong 2 | $ | 3.23 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | Hong Kong 2 | $ | 4.03 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Notification: Email and Ticket | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Advanced Monitoring: Monitoring Package - Advanced | Hong Kong 2 | $ | 4.03 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Response: Automated Reboot from Monitoring | Hong Kong 2 | $ | 4.03 | $ | 0.00 | $ | 0.00 | $ | 0.00 |


an IBM Company

Date
31 July 2014

# Detailed Billing

| Description | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Hardware & Software Firewalls: APF Software Firewall for Linux | Hong Kong 2 | $ | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| VPN Management - Private Network: Unlimited SSL VPN Users & 1 PPTP VPN User per account | Hong Kong 2 | $ | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Vulnerability Assessments & Management: Nessus Vulnerability Assessment & Reporting | Hong Kong 2 | $ | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Sub-Total: | $ | 603.24 | $ 0.00 | $ 0.00 | $ 0.00 |

| hostsever3.okorder.com | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Server: Single Processor Quad Core Xeon 1270 V3 - 3.50GHz  (Haswell) - 1 x 8MB | Hong Kong 2 | $ | 144.35 | $ 0.00 | $ 0.00 | $ 0.00 |
| Surcharges: International Services | Hong Kong 2 | $ | 16.13 | $ 0.00 | $ 0.00 | $ 0.00 |
| Operating System: CentOS 6.x (64 bit) | Hong Kong 2 | $ | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| RAM: 8 GB DDR3 1333 | Hong Kong 2 | $ | 38.71 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disk Controller: RAID | Hong Kong 2 | $ | 40.32 | $ 0.00 | $ 0.00 | $ 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| Third Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| Fourth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 80.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Bandwidth: 20000 GB Bandwidth | Hong Kong 2 | $ | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Uplink Port Speeds: 1 Gbps Redundant Public & Private Network Uplinks | Hong Kong 2 | $ | 32.26 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Network Port: 1 Gbps Redundant Public Uplinks* | Hong Kong 2 | $ | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Private Network Port: 1 Gbps Redundant Private Uplinks* | Hong Kong 2 | $ | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Remote Management: Reboot / KVM over IP | Hong Kong 2 | $ | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Primary IP Addresses: 1 IP Address | Hong Kong 2 | $ | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | Hong Kong 2 | $ | 4.03 | $ 0.00 | $ 0.00 | $ 0.00 |
| Notification: Email and Ticket | Hong Kong 2 | $ | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Advanced Monitoring: Monitoring Package - Advanced | Hong Kong 2 | $ | 4.03 | $ 0.00 | $ 0.00 | $ 0.00 |
| Response: Automated Reboot from Monitoring | Hong Kong 2 | $ | 4.03 | $ 0.00 | $ 0.00 | $ 0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | Hong Kong 2 | $ | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

SoftLayer Dutch Holdings B.V. • Paul van Vlissingenstraat 16 • Amsterdam 1096 BK • Netherlands



**Date**
31 July 2014

## Detailed Billing

| Description | Location: | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|
| VPN Management - Private Network: Unlimited SSL VPN Users & 1 PPTP VPN User per account | Hong Kong 2 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Vulnerability Assessments & Management: Nessus Vulnerability Assessment & Reporting | Hong Kong 2 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Sub-Total: | $ **606.46** | $ **0.00** | $ **0.00** | $ **0.00** |
| | Total: | $ **4,030.72** | $ **0.00** | $ **0.00** | $ **0.00** |

**Initial Bill :**      $4,030.72
**Payment Credit :**      -$4,030.72



**Date**

26 August 2014

**Prepared for:**

Yum Yang

6479288@qq.com

CNBM International Corporation

Zhuyu International Commercial Center,

No.9, Shouti South

Floor 17th, No.4 Building

Beijing 100048

China

**Customer No: 350540**

**Invoice No: 0003873574**

**Messages:**

For services rendered in the current billing period and charges
incurred in the previous billing period.

*All monetary amounts are displayed in US Dollars (USD) unless
otherwise specified.*

**Contact Us**

SoftLayer Dutch Holdings B.V.

Paul van Vlissingenstraat 16

Amsterdam 1096 BK

Netherlands

www.softlayer.com

NL 850455820B01

**Sales**

sales@softlayer.com

1-866-398-7638

1-214-442-0602

# VAT Summary

| Tax Rate | Taxable Amount | | Taxes Due |
|---|---|---|---|
| 0.000* | $ | 20.00 | $ | 0.00 |

| | | |
|---|---|---|
| **Total Taxes Due:** | $ | 0.00 |
| **USD to EUR Exchange Rate:** | | 0.7815 |
| **Total Taxes Due (EUR):** | | 0.00 |

*\* EC Supply of services - Reverse Charge*



**Date**
26 August 2014

## Detailed Billing

| Description | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| One Time Charge: Recurring Billing Late Fee (Ticket #12127908) | No Location | $ | 0.00 $ | 0.00 $ | 20.00 $ | 0.00 |
| | Sub-Total: | $ | 0.00 $ | 0.00 $ | 20.00 $ | 0.00 |
| | Total: | $ | 0.00 $ | 0.00 $ | 20.00 $ | 0.00 |

**Amount Due :**              **$20.00**



**Date**

31 August 2014

**Prepared for:**

Yum Yang

6479288@qq.com

CNBM International Corporation

Zhuyu International Commercial Center,

No.9, Shouti South

Floor 17th, No.4 Building

Beijing 100048

China

**Customer No: 350540**

**Invoice No: 0003896826**

**Messages:**

For services rendered in the current billing period and charges
incurred in the previous billing period.

*All monetary amounts are displayed in US Dollars (USD) unless
otherwise specified.*

**Contact Us**

SoftLayer Dutch Holdings B.V.

Paul van Vlissingenstraat 16

Amsterdam 1096 BK

Netherlands

www.softlayer.com

NL 850455820B01

**Sales**

sales@softlayer.com

1-866-398-7638

1-214-442-0602

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | -3,000.00 | $ | 0.00 |

| | | |
|---|---|---|
| **Total Taxes Due:** | $ | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.7827** |
| **Total Taxes Due (EUR):** | | **0.00** |

*\* EC Supply of services - Reverse Charge*



**Date**
31 August 2014

# Detailed Billing

| Description | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Credit: Manual Payment | No Location | $ | 0.00 $ | 0.00 $ | -3,000.00 $ | 0.00 |
| | | **Sub-Total: $** | **0.00 $** | **0.00 $** | **-3,000.00 $** | **0.00** |
| | | **Total: $** | **0.00 $** | **0.00 $** | **-3,000.00 $** | **0.00** |

**Manual Payment Credit - Credit Card ending in 915 :**      **-$3,000.00**



**Date**

31 August 2014

**Prepared for:**

Yum Yang

6479288@qq.com

CNBM International Corporation

Zhuyu International Commercial Center,

No.9, Shouti South

Floor 17th, No.4 Building

Beijing 100048

China

**Customer No: 350540**

**Invoice No: 0003896834**

**Messages:**

For services rendered in the current billing period and charges
incurred in the previous billing period.

*All monetary amounts are displayed in US Dollars (USD) unless
otherwise specified.*

**Contact Us**

SoftLayer Dutch Holdings B.V.

Paul van Vlissingenstraat 16

Amsterdam 1096 BK

Netherlands

www.softlayer.com

NL 850455820B01

**Sales**

sales@softlayer.com

1-866-398-7638

1-214-442-0602

## VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | -2,028.00 | $ | 0.00 |

| | | |
|---|---|---|
| **Total Taxes Due:** | $ | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.7827** |
| **Total Taxes Due (EUR):** | | **0.00** |

*\* EC Supply of services - Reverse Charge*



**Date**
31 August 2014

## Detailed Billing

| Description | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Credit: Manual Payment | No Location | $ | 0.00 $ | 0.00 $ | -2,028.00 $ | 0.00 |
| | | **Sub-Total: $** | **0.00 $** | **0.00 $** | **-2,028.00 $** | **0.00** |
| | | **Total: $** | **0.00 $** | **0.00 $** | **-2,028.00 $** | **0.00** |

**Manual Payment Credit - Credit Card ending in 915 :**          **-$2,028.00**



**Date**
25 August 2014

**Prepared for:**

Yum Yang

6479288@qq.com

CNBM International Corporation

Zhuyu International Commercial Center,

No.9, Shouti South

Floor 17th, No.4 Building

Beijing 100048

China

**Customer No:** 350540

**Invoice No: 0003865106**

**Messages:**

For services rendered in the current billing period and charges
incurred in the previous billing period.

*All monetary amounts are displayed in US Dollars (USD) unless
otherwise specified.*

**Contact Us**

SoftLayer Dutch Holdings B.V.

Paul van Vlissingenstraat 16

Amsterdam 1096 BK

Netherlands

www.softlayer.com

NL 850455820B01

**Sales**

sales@softlayer.com

1-866-398-7638

1-214-442-0602

# Summary

| Group Description | | Recurring Fee: |
|---|---|---|
| **Bare Metal Servers and Attached Services** | **$** | **4,998.00** |
| Bare Metal Servers | $ | 2,456.00 |
| Network | $ | 164.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 60.00 |
| Other Services | $ | 2,318.00 |
| **Virtual Servers and Attached Services** | **$** | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | **$** | **10.00** |
| Network | $ | 0.00 |
| StorageLayer | $ | 10.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |

| | |
|---|---|
| **One Time Charge :** | **$0.00** |
| **Sub-Total :** | **$5,008.00** |
| **Taxes :** | **$0.00** |
| **Total :** | **$5,008.00** |
| **Starting Balance :** | **$0.00** |
| **Ending Balance :** | **$0.00** |



**Date**
25 August 2014

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 5,008.00 | $ | 0.00 |

|  |  |  |
|---|---|---|
| **Total Taxes Due:** | **$** | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.7778** |
| **Total Taxes Due (EUR):** | | **0.00** |

*\* EC Supply of services - Reverse Charge*



**Date**
25 August 2014

# Bare Metal Servers and Attached Services

| Description | | Recurring Fee: |
|---|---|---|
| hostserver1.okorder.com | $ | 1,689.00 |
| hostserver2.okorder.com | $ | 1,809.00 |
| hostserver4.okorder.com | $ | 748.00 |
| hostsever3.okorder.com | $ | 752.00 |
| | **Sub-Total :** | **$4,998.00** |
| | **Taxes :** | **$0.00** |
| | **Total :** | **$4,998.00** |



**Date**
25 August 2014

# Detailed Billing

| hostserver1.okorder.com | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Server: Quad Processor Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x 20MB cache | San Jose 1, CA | $ | 1,049.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| RAM: 64 GB DDR3 Registered 1600 | San Jose 1, CA | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Fourth Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Bandwidth: 20000 GB Bandwidth | San Jose 1, CA | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Advanced Monitoring: Monitoring Package - Advanced | San Jose 1, CA | $ | 5.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Operating System: CentOS 6.x (64 bit) | San Jose 1, CA | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Primary IP Addresses: 1 IP Address | San Jose 1, CA | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Disk Controller: RAID | San Jose 1, CA | $ | 85.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Third Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Second Processor: Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x 20MB cache* | San Jose 1, CA | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Redundant Public & Private Network Uplinks | San Jose 1, CA | $ | 40.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Response: Automated Reboot from Monitoring | San Jose 1, CA | $ | 5.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Fourth Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | San Jose 1, CA | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Third Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | San Jose 1, CA | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | San Jose 1, CA | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Fifth Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Network Port: 1 Gbps Redundant Public Uplinks* | San Jose 1, CA | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Sixth Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | San Jose 1, CA | $ | 5.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| | Sub-Total: $ | | 1,689.00 $ | 0.00 $ | 0.00 $ | 0.00 |

| hostserver2.okorder.com | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Server: Quad Processor Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x 20MB cache | Hong Kong 2 | $ | 1,049.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| RAM: 64 GB DDR3 Registered 1600 | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Fifth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Bandwidth: 20000 GB Bandwidth | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |



**Date**
25 August 2014

# Detailed Billing

| Description | Location: | | Recurring Fee: | | Recurring Tax: | | One-Time Fee: | | One-Time Tax: |
|---|---|---|---|---|---|---|---|---|---|
| Response: Automated Reboot from Monitoring | Hong Kong 2 | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Fourth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Network Port: 1 Gbps Redundant Public Uplinks* | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Third Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Disk Controller: RAID | Hong Kong 2 | $ | 85.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Third Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Advanced Monitoring: Monitoring Package - Advanced | Hong Kong 2 | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Second Processor: Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x 20MB cache* | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Surcharges: International Services | Hong Kong 2 | $ | 20.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Sixth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Redundant Public & Private Network Uplinks | Hong Kong 2 | $ | 40.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Primary IP Addresses: 1 IP Address | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | Hong Kong 2 | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Fourth Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Operating System: CentOS 6.x (64 bit) | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| | Sub-Total: | $ | **1,809.00** | $ | **0.00** | $ | **0.00** | $ | **0.00** |

| **hostserver4.okorder.com** | Location: | | Recurring Fee: | | Recurring Tax: | | One-Time Fee: | | One-Time Tax: |
|---|---|---|---|---|---|---|---|---|---|
| Server: Single Processor Quad Core Xeon 1270 V3 - 3.50GHz  (Haswell) - 1 x 8MB | Hong Kong 2 | $ | 179.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Disk Controller: RAID | Hong Kong 2 | $ | 50.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Secondary IP Addresses: 4 Public IP Addresses | Hong Kong 2 | $ | 4.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | Hong Kong 2 | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Surcharges: International Services | Hong Kong 2 | $ | 20.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Network Port: 1 Gbps Redundant Public Uplinks* | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |



**Date**
25 August 2014

# Detailed Billing

| Description | Location: | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|
| Primary IP Addresses: 1 IP Address | Hong Kong 2 | $    0.00 | $    0.00 | $    0.00 | $    0.00 |
| RAM: 8 GB DDR3 1333 | Hong Kong 2 | $   40.00 | $    0.00 | $    0.00 | $    0.00 |
| Fourth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $  100.00 | $    0.00 | $    0.00 | $    0.00 |
| Public Bandwidth: 20000 GB Bandwidth | Hong Kong 2 | $    0.00 | $    0.00 | $    0.00 | $    0.00 |
| Response: Automated Reboot from Monitoring | Hong Kong 2 | $    5.00 | $    0.00 | $    0.00 | $    0.00 |
| Operating System: CentOS 6.x (64 bit) | Hong Kong 2 | $    0.00 | $    0.00 | $    0.00 | $    0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | Hong Kong 2 | $    0.00 | $    0.00 | $    0.00 | $    0.00 |
| Third Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $  100.00 | $    0.00 | $    0.00 | $    0.00 |
| Uplink Port Speeds: 1 Gbps Redundant Public & Private Network Uplinks | Hong Kong 2 | $   40.00 | $    0.00 | $    0.00 | $    0.00 |
| Advanced Monitoring: Monitoring Package - Advanced | Hong Kong 2 | $    5.00 | $    0.00 | $    0.00 | $    0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $  100.00 | $    0.00 | $    0.00 | $    0.00 |
| | Sub-Total: | $  748.00 | $    0.00 | $    0.00 | $    0.00 |

| hostsever3.okorder.com | Location: | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|
| Server: Single Processor Quad Core Xeon 1270 V3 - 3.50GHz  (Haswell) - 1 x 8MB | Hong Kong 2 | $  179.00 | $    0.00 | $    0.00 | $    0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $  100.00 | $    0.00 | $    0.00 | $    0.00 |
| Uplink Port Speeds: 1 Gbps Redundant Public & Private Network Uplinks | Hong Kong 2 | $   40.00 | $    0.00 | $    0.00 | $    0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | Hong Kong 2 | $    0.00 | $    0.00 | $    0.00 | $    0.00 |
| Operating System: CentOS 6.x (64 bit) | Hong Kong 2 | $    0.00 | $    0.00 | $    0.00 | $    0.00 |
| Public Bandwidth: 20000 GB Bandwidth | Hong Kong 2 | $    0.00 | $    0.00 | $    0.00 | $    0.00 |
| Advanced Monitoring: Monitoring Package - Advanced | Hong Kong 2 | $    5.00 | $    0.00 | $    0.00 | $    0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $  100.00 | $    0.00 | $    0.00 | $    0.00 |
| Fourth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $  100.00 | $    0.00 | $    0.00 | $    0.00 |
| Disk Controller: RAID | Hong Kong 2 | $   50.00 | $    0.00 | $    0.00 | $    0.00 |
| Third Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $  100.00 | $    0.00 | $    0.00 | $    0.00 |
| Response: Automated Reboot from Monitoring | Hong Kong 2 | $    5.00 | $    0.00 | $    0.00 | $    0.00 |
| RAM: 8 GB DDR3 1333 | Hong Kong 2 | $   48.00 | $    0.00 | $    0.00 | $    0.00 |
| Primary IP Addresses: 1 IP Address | Hong Kong 2 | $    0.00 | $    0.00 | $    0.00 | $    0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | Hong Kong 2 | $    5.00 | $    0.00 | $    0.00 | $    0.00 |

SoftLayer Dutch Holdings B.V. • Paul van Vlissingenstraat 16 • Amsterdam 1096 BK • Netherlands



**Date**
25 August 2014

## Detailed Billing

| Description | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Surcharges: International Services | Hong Kong 2 | $ | 20.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Network Port: 1 Gbps Redundant Public Uplinks* | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| | **Sub-Total: $** | | **752.00 $** | **0.00 $** | **0.00 $** | **0.00** |
| Network Attached Storage: 20 GB NAS | San Jose 1, CA | $ | 10.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| | **Sub-Total: $** | | **10.00 $** | **0.00 $** | **0.00 $** | **0.00** |
| | **Total: $** | | **5,008.00 $** | **0.00 $** | **0.00 $** | **0.00** |

**Amount Due :**                    $5,008.00



**Date**
25 September 2014

**Prepared for:**
Yum Yang
6479288@qq.com
CNBM International Corporation
Zhuyu International Commercial Center,
No.9, Shouti South
Floor 17th, No.4 Building
Beijing 100048
China
**Customer No: 350540**
**Invoice No: 0004070712**

**Messages:**
For services rendered in the current billing period and charges
incurred in the previous billing period.

*All monetary amounts are displayed in US Dollars (USD) unless
otherwise specified.*

**Contact Us**
SoftLayer Dutch Holdings B.V.
Paul van Vlissingenstraat 16
Amsterdam 1096 BK
Netherlands
www.softlayer.com
NL 850455820B01

**Sales**
sales@softlayer.com
1-866-398-7638
1-214-442-0602

# Summary

| Group Description | | Recurring Fee: |
|---|---|---:|
| **Bare Metal Servers and Attached Services** | **$** | **4,998.00** |
| Bare Metal Servers | $ | 2,456.00 |
| Network | $ | 164.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 60.00 |
| Other Services | $ | 2,318.00 |
| **Virtual Servers and Attached Services** | **$** | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | **$** | **0.00** |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |

| | |
|---:|---:|
| One Time Charge : | **$0.00** |
| Sub-Total : | **$4,998.00** |
| Taxes : | **$0.00** |
| Total : | **$4,998.00** |
| | |
| Starting Balance : | **$0.00** |
| Recurring Payment Credit - Credit Card ending in 915 : | **-$4,998.00** |
| Ending Balance : | **$0.00** |



**Date**
25 September 2014

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 4,998.00 | $ | 0.00 |

| | | |
|---|---|---|
| **Total Taxes Due:** | **$** | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.8032** |
| **Total Taxes Due (EUR):** | | **0.00** |

*\* EC Supply of services - Reverse Charge*



**Date**
25 September 2014

# Bare Metal Servers and Attached Services

| Description | | Recurring Fee: |
|---|---|---|
| hostserver1.okorder.com | $ | 1,689.00 |
| hostserver2.okorder.com | $ | 1,809.00 |
| hostserver4.okorder.com | $ | 748.00 |
| hostsever3.okorder.com | $ | 752.00 |
| **Sub-Total :** | | **$4,998.00** |
| **Taxes :** | | **$0.00** |
| **Total :** | | **$4,998.00** |



**Date**
25 September 2014

# Detailed Billing

| hostserver1.okorder.com | Location: | | Recurring Fee: | | Recurring Tax: | | One-Time Fee: | | One-Time Tax: |
|---|---|---|---|---|---|---|---|---|---|
| Server: Quad Processor Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x 20MB cache | San Jose 1, CA | $ | 1,049.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Operating System: CentOS 6.x (64 bit) | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| RAM: 64 GB DDR3 Registered 1600 | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Response: Automated Reboot from Monitoring | San Jose 1, CA | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | San Jose 1, CA | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Third Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Fourth Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Bandwidth: 20000 GB Bandwidth | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Third Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Advanced Monitoring: Monitoring Package - Advanced | San Jose 1, CA | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Second Processor: Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x 20MB cache* | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Primary IP Addresses: 1 IP Address | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Fourth Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Disk Controller: RAID | San Jose 1, CA | $ | 85.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Fifth Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Redundant Public & Private Network Uplinks | San Jose 1, CA | $ | 40.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Network Port: 1 Gbps Redundant Public Uplinks* | San Jose 1, CA | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Sixth Hard Drive: 600GB SA-SCSI 15K RPM | San Jose 1, CA | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| | Sub-Total: | $ | **1,689.00** | $ | **0.00** | $ | **0.00** | $ | **0.00** |

| hostserver2.okorder.com | Location: | | Recurring Fee: | | Recurring Tax: | | One-Time Fee: | | One-Time Tax: |
|---|---|---|---|---|---|---|---|---|---|
| Server: Quad Processor Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x 20MB cache | Hong Kong 2 | $ | 1,049.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |



**Date**
25 September 2014

# Detailed Billing

| Description | Location: | | Recurring Fee: | | Recurring Tax: | | One-Time Fee: | | One-Time Tax: |
|---|---|---|---|---|---|---|---|---|---|
| Fourth Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Fourth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Advanced Monitoring: Monitoring Package - Advanced | Hong Kong 2 | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Sixth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Bandwidth: 20000 GB Bandwidth | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public Network Port: 1 Gbps Redundant Public Uplinks* | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Response: Automated Reboot from Monitoring | Hong Kong 2 | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| RAM: 64 GB DDR3 Registered 1600 | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Third Processor: Octo Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Surcharges: International Services | Hong Kong 2 | $ | 20.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Third Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Redundant Public & Private Network Uplinks | Hong Kong 2 | $ | 40.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Primary IP Addresses: 1 IP Address | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Disk Controller: RAID | Hong Kong 2 | $ | 85.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Second Processor: Octo Core Xeon 4650 - 2.70GHz (Sandy Bridge) - 4 x 20MB cache* | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Operating System: CentOS 6.x (64 bit) | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | Hong Kong 2 | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Fifth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| | Sub-Total: | $ | 1,809.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |

| **hostserver4.okorder.com** | Location: | | Recurring Fee: | | Recurring Tax: | | One-Time Fee: | | One-Time Tax: |
|---|---|---|---|---|---|---|---|---|---|
| Server: Single Processor Quad Core Xeon 1270 V3 - 3.50GHz (Haswell) - 1 x 8MB | Hong Kong 2 | $ | 179.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Surcharges: International Services | Hong Kong 2 | $ | 20.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Operating System: CentOS 6.x (64 bit) | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Primary IP Addresses: 1 IP Address | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Disk Controller: RAID | Hong Kong 2 | $ | 50.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |



**Date**
25 September 2014

# Detailed Billing

| Description | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Fourth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Advanced Monitoring: Monitoring Package - Advanced | Hong Kong 2 | $ | 5.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Third Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Network Port: 1 Gbps Redundant Public Uplinks* | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Response: Automated Reboot from Monitoring | Hong Kong 2 | $ | 5.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Secondary IP Addresses: 4 Public IP Addresses | Hong Kong 2 | $ | 4.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Bandwidth: 20000 GB Bandwidth | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | Hong Kong 2 | $ | 5.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| RAM: 8 GB DDR3 1333 | Hong Kong 2 | $ | 40.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Redundant Public & Private Network Uplinks | Hong Kong 2 | $ | 40.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| | Sub-Total: $ | | **748.00 $** | **0.00 $** | **0.00 $** | **0.00** |

| hostsever3.okorder.com | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Server: Single Processor Quad Core Xeon 1270 V3 - 3.50GHz  (Haswell) - 1 x 8MB | Hong Kong 2 | $ | 179.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Surcharges: International Services | Hong Kong 2 | $ | 20.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Fourth Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Bandwidth: 20000 GB Bandwidth | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Network Port: 1 Gbps Redundant Public Uplinks* | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Primary IP Addresses: 1 IP Address | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Monitoring: Host Ping and TCP Service Monitoring | Hong Kong 2 | $ | 5.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Advanced Monitoring: Monitoring Package - Advanced | Hong Kong 2 | $ | 5.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Operating System: CentOS 6.x (64 bit) | Hong Kong 2 | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Disk Controller: RAID | Hong Kong 2 | $ | 50.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Third Hard Drive: 600GB SA-SCSI 15K RPM | Hong Kong 2 | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |

SoftLayer Dutch Holdings B.V.  Paul van Vlissingenstraat 16  Amsterdam 1096 BK  Netherlands



**Date**
25 September 2014

# Detailed Billing

| Description | Location: | | Recurring Fee: | | Recurring Tax: | | One-Time Fee: | | One-Time Tax: |
|---|---|---|---|---|---|---|---|---|---|
| Response: Automated Reboot from Monitoring | Hong Kong 2 | $ | 5.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Hardware & Software Firewalls: APF Software Firewall for Linux | Hong Kong 2 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| RAM: 8 GB DDR3 1333 | Hong Kong 2 | $ | 48.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Redundant Public & Private Network Uplinks | Hong Kong 2 | $ | 40.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| | Sub-Total: | $ | **752.00** | $ | **0.00** | $ | **0.00** | $ | **0.00** |
| | Total: | $ | **4,998.00** | $ | **0.00** | $ | **0.00** | $ | **0.00** |

**Amount Due :**     **$4,998.00**

**Recurring Payment Credit - Credit Card ending in 915 :**     **-$4,998.00**



**Date**

25 October 2014

**Prepared for:**

Yum Yang
6479288@qq.com
CNBM International Corporation
Zhuyu International Commercial Center,
No.9, Shouti South
Floor 17th, No.4 Building
Beijing 100048
China
**Customer No: 350540**
**Invoice No: 0004257994**

**Messages:**

For services rendered in the current billing period and charges
incurred in the previous billing period.
*All monetary amounts are displayed in US Dollars (USD) unless
otherwise specified.*

**Contact Us**

SoftLayer Dutch Holdings B.V.
Paul van Vlissingenstraat 16
Amsterdam 1096 BK
Netherlands
www.softlayer.com
NL 850455820B01

**Sales**

sales@softlayer.com
1-866-398-7638
1-214-442-0602

# Summary

| Group Description | | Recurring Fee: |
|---|---|---|
| **Bare Metal Servers and Attached Services** | **$** | **4,998.00** |
| Bare Metal Servers | $ | 2,456.00 |
| Network | $ | 164.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 60.00 |
| Other Services | $ | 2,318.00 |
| **Virtual Servers and Attached Services** | **$** | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | **$** | **0.00** |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |

|  |  |
|---|---|
| One Time Charge : | **$0.00** |
| Sub-Total : | **$4,998.00** |
| Taxes : | **$0.00** |
| Total : | **$4,998.00** |
|  |  |
| Starting Balance : | **$0.00** |
| Recurring Payment Credit - Credit Card ending in 915 : | **-$4,998.00** |
| Ending Balance : | **$0.00** |



**Date**
25 October 2014

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 4,998.00 | $ | 0.00 |

| | | |
|---|---|---|
| **Total Taxes Due:** | **$** | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.8165** |
| **Total Taxes Due (EUR):** | | **0.00** |

*\* EC Supply of services - Reverse Charge*


an IBM Company

**Date**
25 November 2014

**Prepared for:**
Yum Yang
6479288@qq.com
CNBM International Corporation
No 9 Zhuyu International Commercial Ctr
no 4, 17th F
no 4, 17th F
?? 100048
China
**Customer No: 350540**
**Invoice No: 0004472950**

**Messages:**
For services rendered in the current billing period and charges
incurred in the previous billing period.
*All monetary amounts are displayed in US Dollars (USD) unless
otherwise specified.*

**Contact Us**
SoftLayer Dutch Holdings B.V.
Paul van Vlissingenstraat 16
Amsterdam 1096 BK
Netherlands
www.softlayer.com
NL 850455820B01

**Sales**
sales@softlayer.com
1-866-398-7638
1-214-442-0602

# Summary

| Group Description | | Recurring Fee: |
|---|---|---|
| **Bare Metal Servers and Attached Services** | **$** | **4,998.00** |
| Bare Metal Servers | $ | 2,456.00 |
| Network | $ | 164.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 60.00 |
| Other Services | $ | 2,318.00 |
| **Virtual Servers and Attached Services** | **$** | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | **$** | **0.00** |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |

| | |
|---|---|
| One Time Charge : | **$0.00** |
| Sub-Total : | **$4,998.00** |
| Taxes : | **$0.00** |
| Total : | **$4,998.00** |
| | |
| Starting Balance : | **$0.00** |
| Recurring Payment Credit - Credit Card ending in 915 : | **-$4,998.00** |
| Ending Balance : | **$0.00** |

SoftLayer Dutch Holdings B.V.  Paul van Vlissingenstraat 16  Amsterdam 1096 BK  Netherlands



**Date**
25 November 2014

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 4,998.00 | $ | 0.00 |

| | | |
|---|---|---|
| Total Taxes Due: | $ | **0.00** |
| USD to EUR Exchange Rate: | | **0.8334** |
| Total Taxes Due (EUR): | | **0.00** |

*\* EC Supply of services - Reverse Charge*



**Date**
25 December 2014

**Prepared for:**
Yum Yang
6479288@qq.com
CNBM International Corporation
No 9 Zhuyu International Commercial Ctr
no 4, 17th F
no 4, 17th F
?? 100048
China
**Customer No: 350540**
**Invoice No: 0004653374**

**Messages:**
For services rendered in the current billing period and charges
incurred in the previous billing period.
*All monetary amounts are displayed in US Dollars (USD) unless*
*otherwise specified.*
Additional tax info: Not Liable

**Contact Us**
SoftLayer Dutch Holdings B.V.
Paul van Vlissingenstraat 16
Amsterdam 1096 BK
Netherlands
www.softlayer.com
NL850455820B01

**Sales**
sales@softlayer.com
1-866-398-7638
1-214-442-0602

# Summary

| Group Description | | Recurring Fee: |
|---|---|---|
| **Bare Metal Servers and Attached Services** | **$** | **4,998.00** |
| Bare Metal Servers | $ | 2,456.00 |
| Network | $ | 164.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 60.00 |
| Other Services | $ | 2,318.00 |
| **Virtual Servers and Attached Services** | **$** | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | **$** | **0.00** |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |

| | |
|---|---|
| One Time Charge : | **$0.00** |
| Sub-Total : | **4,998.00** |
| Taxes : | **$0.00** |
| Total : | **4,998.00** |

| | |
|---|---|
| Starting Balance : | **$0.00** |
| Recurring Payment Credit - Credit Card ending in 915 : | **-4,998.00** |
| Ending Balance : | **$0.00** |



**Date**
25 December 2014

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 4,998.00 | $ | 0.00 |

| | | |
|---|---|---|
| **Total Taxes Due:** | **$** | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.8203782** |
| **Total Taxes Due (EUR):** | | **0.00** |


an IBM Company

**Date**

25 January 2015

**Prepared for:**
Yum Yang
6479288@qq.com
CNBM International Corporation
No 9 Zhuyu International Commercial Ctr
no 4, 17th F
no 4, 17th F
?? 100048
China
**Customer No: 350540**
**Invoice No: 0004797486**

**Messages:**
For services rendered in the current billing period and charges
incurred in the previous billing period.
*All monetary amounts are displayed in US Dollars (USD) unless
otherwise specified.*
Additional tax info: Not Liable

**Contact Us**

SoftLayer Dutch Holdings B.V.
Paul van Vlissingenstraat 16
Amsterdam 1096 BK
Netherlands
www.softlayer.com
NL850455820B01

**Sales**

sales@softlayer.com
1-866-398-7638
1-214-442-0602

# Summary

| Group Description | | Recurring Fee: |
|---|---|---|
| **Bare Metal Servers and Attached Services** | **$** | **4,998.00** |
| Bare Metal Servers | $ | 2,456.00 |
| Network | $ | 164.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 60.00 |
| Other Services | $ | 2,318.00 |
| **Virtual Servers and Attached Services** | **$** | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | **$** | **0.00** |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |

| | |
|---|---|
| One Time Charge : | **$0.00** |
| Sub-Total : | **4,998.00** |
| Taxes : | **$0.00** |
| Total : | **4,998.00** |
| | |
| Starting Balance : | **$0.00** |
| Recurring Payment Credit - Credit Card ending in 915 : | **-4,998.00** |
| Ending Balance : | **$0.00** |



**Date**
25 January 2015

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 4,998.00 | $ | 0.00 |

| | | |
|---|---|---|
| **Total Taxes Due:** | **$** | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.8882967** |
| **Total Taxes Due (EUR):** | | **0.00** |



**Date**
25 February 2015

**Prepared for:**
Yum Yang
6479288@qq.com
CNBM International Corporation
No 9 Zhuyu International Commercial Ctr
no 4, 17th F
no 4, 17th F
?? 100048
China
**Customer No: 350540**
**Invoice No: 0004974115**

**Messages:**
For services rendered in the current billing period and charges
incurred in the previous billing period.
*All monetary amounts are displayed in US Dollars (USD) unless*
*otherwise specified.*
Additional tax info: Not Liable

**Contact Us**
SoftLayer Dutch Holdings B.V.
Paul van Vlissingenstraat 16
Amsterdam 1096 BK
Netherlands
www.softlayer.com
NL850455820B01

**Sales**
sales@softlayer.com
1-866-398-7638
1-214-442-0602

# Summary

| Group Description | | Recurring Fee: |
|---|---|---|
| **Bare Metal Servers and Attached Services** | **$** | **4,998.00** |
| Bare Metal Servers | $ | 2,456.00 |
| Network | $ | 164.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 60.00 |
| Other Services | $ | 2,318.00 |
| **Virtual Servers and Attached Services** | **$** | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | **$** | **0.00** |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |

| | |
|---|---|
| One Time Charge : | **$0.00** |
| Sub-Total : | **4,998.00** |
| Taxes : | **$0.00** |
| Total : | **4,998.00** |
| | |
| Starting Balance : | **$0.00** |
| Recurring Payment Credit - Credit Card ending in 915 : | **-4,998.00** |
| Ending Balance : | **$0.00** |



**Date**
25 February 2015

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 4,998.00 | $ | 0.00 |

|  |  |  |
|---|---|---|
| **Total Taxes Due:** | **$** | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.8808632** |
| **Total Taxes Due (EUR):** | | **0.00** |


an IBM Company

**Date**
25 March 2015

**Prepared for:**
Yum Yang
6479288@qq.com
Beijing Qian Kun Tong Da Technology
Co.,LTD-CNBM International Corporation
No 9 Zhuyu International Commercial Ctr
N no 4, 17th F
no 4, 17th F
?? 100048
China
**Customer No: 350540**
**Invoice No: 0005156139**

**Messages:**
For services rendered in the current billing period and charges
incurred in the previous billing period.
*All monetary amounts are displayed in US Dollars (USD) unless*
*otherwise specified.*
Additional tax info: Not Liable

**Contact Us**
SoftLayer Dutch Holdings B.V.
Paul van Vlissingenstraat 16
Amsterdam 1096 BK
Netherlands
www.softlayer.com
NL850455820B01

**Sales**
sales@softlayer.com
1-866-398-7638
1-214-442-0602

# Summary

| Group Description | | Recurring Fee: |
|---|---|---:|
| **Bare Metal Servers and Attached Services** | $ | **4,998.00** |
| Bare Metal Servers | $ | 2,456.00 |
| Network | $ | 164.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 60.00 |
| Other Services | $ | 2,318.00 |
| **Virtual Servers and Attached Services** | $ | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | $ | **0.00** |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |

| | |
|---:|---:|
| One Time Charge : | **$0.00** |
| Sub-Total : | **4,998.00** |
| Taxes : | **$0.00** |
| Total : | **4,998.00** |
| | |
| Starting Balance : | **$0.00** |
| Recurring Payment Credit - Credit Card ending in 915 : | **-4,998.00** |
| Ending Balance : | **$0.00** |



**Date**
25 March 2015

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 4,998.00 | $ | 0.00 |

|  |  |  |
|---|---|---|
| **Total Taxes Due:** | **$** | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.9162124** |
| **Total Taxes Due (EUR):** | | **0.00** |

SoftLayer Dutch Holdings B.V.  Paul van Vlissingenstraat 16  Amsterdam 1096 BK  Netherlands



**Date**
25 April 2015

**Prepared for:**
Yum Yang
6479288@qq.com
Beijing Qian Kun Tong Da Technology
Co.,LTD-CNBM International Corporation
No 9 Zhuyu International Commercial Ctr
N no 4, 17th F
no 4, 17th F
?? 100048
China
**Customer No: 350540**
**Invoice No: 5349845**

**Messages:**
For services rendered in the current billing period and charges
incurred in the previous billing period.
*All monetary amounts are displayed in US Dollars (USD) unless*
*otherwise specified.*
Additional tax info: Not Liable

**Contact Us**
SoftLayer Dutch Holdings B.V.
Paul van Vlissingenstraat 16
Amsterdam 1096 BK
Netherlands
www.softlayer.com
NL850455820B01

**Sales**
sales@softlayer.com
1-866-398-7638
1-214-442-0602

# Summary

| Group Description | | Recurring Fee: |
|---|---|---:|
| **Bare Metal Servers and Attached Services** | **$** | **4,998.00** |
| Bare Metal Servers | $ | 2,456.00 |
| Network | $ | 164.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 60.00 |
| Other Services | $ | 2,318.00 |
| **Virtual Servers and Attached Services** | **$** | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | **$** | **0.00** |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |

|  |  |
|---:|---:|
| One Time Charge : | **$0.00** |
| Sub-Total : | **4,998.00** |
| Taxes : | **$0.00** |
| Total : | **4,998.00** |
|  |  |
| Starting Balance : | **$0.00** |
| Recurring Payment Credit - Credit Card ending in 915 : | **-4,998.00** |
| Ending Balance : | **$0.00** |



**Date**
25 April 2015

## VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 4,998.00 | $ | 0.00 |

| | | |
|---|---|---|
| **Total Taxes Due:** | **$** | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.9199209** |
| **Total Taxes Due (EUR):** | | **0.00** |

SoftLayer Dutch Holdings B.V.  Paul van Vlissingenstraat 16  Amsterdam 1096 BK  Netherlands



**Date**
05 May 2015

**Contact Us**

SoftLayer Dutch Holdings B.V.
Paul van Vlissingenstraat 16
Amsterdam 1096 BK
Netherlands
www.softlayer.com
NL850455820B01

**Sales**
sales@softlayer.com
1-866-398-7638
1-214-442-0602

**Prepared for:**

Yum Yang
6479288@qq.com
Beijing Qian Kun Tong Da Technology
Co.,LTD-CNBM International Corporation
No 9 Zhuyu International Commercial Ctr
N no 4, 17th F
no 4, 17th F
?? 100048
China
**Customer No: 350540**
**Invoice No: 5417729**

*All monetary amounts are displayed in US Dollars (USD) unless otherwise specified.*
Additional tax info: Not Liable

# Summary

| Group Description | | Recurring Fee: |
|---|---|---:|
| **Bare Metal Servers and Attached Services** | **$** | **0.00** |
| Bare Metal Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Virtual Servers and Attached Services** | **$** | **0.00** |
| Virtual Servers | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | **$** | **1.62** |
| Network | $ | 0.65 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.97 |

| | |
|---:|---:|
| **One Time Charge :** | **$0.00** |
| **Sub-Total :** | **$1.62** |
| **Taxes :** | **$0.00** |
| **Total :** | **$1.62** |
| **Starting Balance :** | **$0.00** |
| **Ending Balance :** | **$1.62** |



**Date**
05 May 2015

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 1.62 | $ | 0.00 |

| | | |
|---|---|---|
| **Total Taxes Due:** | **$** | **0.00** |
| **USD to EUR Exchange Rate:** | | **0.8961778** |
| **Total Taxes Due (EUR):** | | **0.00** |