Partial Translation of CNBMUSA00009676-9706
CNBMUSA00009676

 **CNBM International Corporation**

# "Three-Year Rolling" Development Planning of CNBM International Corporation in 2015-2017

### I. Corporate Status Quo and Development Environment

### 1. Overview

CNBM International Corporation, established in 2004, is a subsidiary controlled by CNBM Import and Export Company, with a registered capital of RMB 150 million. Relying on CNBM's advantages in cement manufacturing, compound materials, new building materials and engineering equipment, CNBM International Corporation will be dedicated to expanding export of China's traditional building materials, construction machinery, metal building materials and new products and new materials, and to building overseas logistics bases and foreign network distribution channels. It will focus on the import of coking coals and thermal coals, get involved in the domestic steel marketing network development, and focus on the franchising of special varieties of steels in China. CNBM International Corporation now has significant market shares in the export of such products as building material products, building machinery, steels, and new materials and in the coal import. By the end of the "12th Five-Year Plan", it will become the largest building material product exporter, as well as the most influential exporter of steels and related products, solar module exporter, overseas building material logistics operator and coal importer in China.

### 2. Organizational structure

The Company has established the first branches (First Building Materials Division, Steel Division, Decorative Materials Division and Plastics Division), the second branches (Second Building Materials Division and Water Engineering Dept.), Construction Machinery Division, New Business Development Division, Fourth Building Materials Division, Fuel Branch, Metallurgy and Coal Branch, Photovoltaic Products Division, Wuxi CNBM Steels Co., Ltd.; and overseas institutions including UAE, Russia, USA , Germany, Indonesia, India, Vietnam, Ukrainian, Brazil, Chile, and Myanmar Corporations, as well as Saudi and Iran Offices.

CONTEMPT
Exhibit 168

CNBMUSA:  Exhibit 581



17/F, Building 4          1/31          Fax: 010 6879 6668
Zip Code: 100048                        Website: www.icnbm.com

**CNBMUSA00009677**

......

## 4. Basic situations of subordinate enterprises (companies).

Table 1-1 Basic Situations of Second Tier Subordinate Enterprises (Companies) in 2014

| Enterprise (Company) Name | Property Status | | Listed or Not | Total Assets (RMB 0000) | Net Assets (RMB 0000) | Interests of State-owned Assets (RMB 0000) | Number of Existing Employees (person) | Country or Region (Province, City) |
|---|---|---|---|---|---|---|---|---|
| | Attribute | Proportion (%) | | | | | | |
| ...... | | | | | | | | |
| USA Corporation | Wholly owned | 100 | No | | | | 3 | |

......

**CNBMUSA00009686**

......

(3) Analysis of Photovoltaic products export situations

The data in the Report of Market Prospective and Investment Strategy Planning on China PV Industry (2014-2018) issued by Prospect Industrial Research Institute show that in 2014, with the further startup of China's PV market and the stabilization of export markets, China's PV industry as a whole will continue to improve.

In 2014, China's PV industry export market is expected to continue . Meanwhile, the current production expansion of photovoltaic enterprises mainly takes outside assistance, lease of plant buildings, and mergers and acquisitions, without large increase in the overall production capacity. Since the third quarter of 2013, a large number of PV module manufacturers have begun to return to profits. With the supply and demand further moving towards balance, China's PV industry is expected to maintain a good operation situation in 2014. However, as the industry has not yet got out of dilemma, plus the fading enthusiasm of the financial institutions for the investment in the PV industry, the PV industry is prevented from fast growing better.

According to the latest monitoring data, the top ten countries   (including regions) where the Chinese components export include Japan, the United States, the Netherlands, the United Kingdom, Australia, India, South Africa, Taiwan, Chile, and Belgium. The shipments of modules sold to Japan in the first half of this year were over 3.6gw, and shipments of modules sold to the United States were over 2gw. The United Kingdom was in the fourth place with exports nearly 500mw.

According to the data provided by the Analysis Dept., in the first half of 2014,    shipments of Chinese PV modules exported to the US increased month by month, and reached a peak in May - more than 550mw. However, on June 3, the United States Department of Commerce made an announcement on the preliminary determination of countervailing towards Chinese PV products exported to the United States. In the same month, the shipments of modules exported from China to the United States dropped sharply, to only about 200mw, down by 60%.

......

<u>**CNBMUSA00009702**</u>

......

The company's international business objectives over the next three years are detailed in the following table

| Overseas Point | 2015 | 2016 | 2017 |
|---|---|---|---|
| ...... | | | |
| USA | Inventory, imports + cross-border trade | Financing, mature inventory, cross-border trade | Financing, mature inventory, cross-border trade |

......

<u>**CNBMUSA00009704**</u>

......

2.Further clarify the direction of specialized division of labor in each business unit:

| Business Unit | Specialized Direction |
|---|---|
| ...... | |
| CNBM USA Corporation | Scrap sales and re-export |

......

Building materials country trade 2015-2017 years "three years roll" development project

First, enterprise present situation and development environment

1. survey

Building materials country trade was established in 2004, is subsidiary company that the building materials group import-export company controlled stock, registered capital 150 million Yuan. Depends on the Chinese building materials group in cement manufacture, compound materials, new building materials and superiority in engineer equipment, the building materials country trade will devote to expanding the export of our country traditional building materials, the construction machinery, the metal building materials and new product and new material; Overseas logistics base construction and overseas network retailing construction; Concentrates on the import of coking coal and power coal; Participates in steel and iron tectonic plate domestic marketing network construction; Dedicated Jyriki has domestic monopolizing of steel products variety.

Building materials country trade at present export and coal import held the important market share in building materials product, construction machinery, steel products, new material and other product.

"35" end, will become Chinese maximum building materials product exporter, most influential steel products and product exporter, solar energy module exporter and overseas building materials physical distribution operator and coal importer.

2. under organizations and agencies company sets up the first subsidiary company (building materials enterprise and steel products services department, finishing materials services department and plastic services department), the second subsidiary company (building materials enterprise two and water supplies engineering depts), the construction machinery services department and new business development services department and building materials enterprise four and in the fuel subsidiary company, the metallurgical coal subsidiary company, the photovoltaic subsidiary company and Wuxi the building materials steel and iron limited company; The overseas organization has Saudi Arabian Corporation and Russian Corporation and American Corporation and German Corporation and Indonesian Corporation and Indian Corporation and Vietnamese Corporation and Ukraine Corporation and Brazilian Corporation and Chilean Corporation and Burmese Corporation and Saudi Arabian Office and Iranian Office.

3. legal entity management structure our company is defers to the law of corporation registration be established limited liability company, the registered capital 150 million Yuan, the director concurrently legal representative is Zhang Jinsong. Our company has established the perfect legal entity management structure according to the request of law of corporation.

Company board of directors existing member 5 (chairman 1 and trustee 4), supervisor. The board of directors is responsible for the company major decision and manager level appointing and dismissing and inspection.

The company sets up supervisor one, is mainly responsible for the significant service resolution and financial inventory accounting's inspector general inspection general manager workshop as the company management team, is company's general item decision-making strata and board of directors resolution execution level.

The general manager workshop is responsible to the board of directors.

4. subsidiary enterprise (company) basic situation.

Table 1-1 in 2014 second-level enterprise (company) basic situation

Enterprise (company)

Name

Property rights condition

Whether listed company

Gross asset (ten thousand Yuan)

Net assets (ten thousand Yuan)

State asset rights (ten thousand Yuan)

Active staff

Country or area (province and city)

Attribute

Proportion (%)

In Wuxi building materials steel and iron limited company

Capitalization

100

Otherwise

45,778

-2,1084

0

90

Jiangsu Wuxi

Chinese Building materials International Saudi Arabia Corporation

Capitalization

100

Otherwise

58,878

9,973

9,973

42

Dubai

Russian Corporation

Capitalization

100

Otherwise

3

American Corporation

Capitalization

100

Otherwise

3

German Corporation

Capitalization

100

Otherwise

3

Indonesian Corporation

Capitalization

100

Otherwise

3

Indian Corporation

Capitalization

100

Otherwise

3

Vietnamese Corporation

Capitalization

100

Otherwise

3

Ukraine Corporation

Capitalization

100

Otherwise

3

Brazilian Corporation

Capitalization

100

Otherwise

3

Chilean Corporation

Capitalization

100

Otherwise

3

Burmese Corporation

Capitalization

100

Otherwise

3

5. major economic indicator.

Before Table 1-2 (originally plan time, three years) main financial data year

In 2012

In 2013

In 2014

Main business income (ten thousand Yuan)

864,411

1,007,326.43

1,240,536.80

Gross profit (ten thousand Yuan)

1,459

6,058.72

6,188.84

Net profit (ten thousand Yuan)

500

5,646.62

6,139.95

Gross asset (ten thousand Yuan)

176,162

283,523.87

390,773.48

State asset total quantity (ten thousand Yuan)

143,748

25,016.42

24,076.55

Total liabilities (ten thousand Yuan)

154,557

258,507.45

327,603.62

Net assets (ten thousand Yuan)

21,605

25,016.42

63,169.86

Ownership interest (ten thousand Yuan)

21,605

25,016.42

63,169.86

Cost total amount (ten thousand Yuan)

864,022

1,001,547.39

1,235,920.89

Labor cost (ten thousand Yuan)

6,308

8,804

8,627.92

In hillock staff

482

828

748

Net rate of return (%)

2.18

22.57

9.72

Total assets return rate (%)

0.28

0.66

4.65

State asset store of value value-added rate (%)

89

116

127

Year science and technology gross expenditure (ten thousand Yuan)

241

286

The technology invests the ratio (%)

0.03

0.02

......

6. enterprise key business constitution.
Table 1-3 in 2014 business events constitution table

Service category name

Property

Main business income

Gross profit

Active staff

Counting quantity (ten thousand Yuan) proportion (%) number quantity

(Ten thousand Yuan)

Proportion (%)

Counting quantity (ten thousand Yuan) proportion (%) principal work:
Physical distribution trade 390,773.48 100 1,240,536.80 100 6,188.84 100 748 two, enterprise development environmental analysis 1. macro environment analyses.
According to department of commercial affairs's "China Foreign trade situation It is reported that (2014 Fall Versions)" predict that the international environment that in 2015, the Chinese foreign trade development faces possibly slightly has the improvement, but the rise scope is limited, the risk and uncertainties are more prominent; The domestic environment overall is stable, but the economical downward pressure still exists. The challenge that in 2015 the Chinese foreign trade development faces manifests prominently in: The external demand is difficult the obvious rise; Chinese foreign trade competitive advantage transforms "temporary shortage"; Trade friction situation still stern complex and so on.
The report analysis, internationally, the world economy temperate recovery situation is established basically, the economic growth rate rises again slowly. The American labor market and money market continue toward, the economy enters the growth with stability orbit. Eurozone economic eruption systematic risk's possibility drops, enlarges along with the monetary policy loose dynamics, the economy will realize slow growth. The influence that Japanese expense tax rate raises gradually is weaken, but the structural reform effect is less optimistic, the economy will realize the slight increase. The emerging economy economic growth overall still quickly in the developed country, dealt with the economic impulse the ability to have the enhancement. IMF estimated that in 2015 world economy will grow 3.8%, the speed-up raises 0.5 percentage point compared to 2014. WTO estimated that in 2015 global volume of trade will grow 4%, the speed-up raises 0.9 percentage point compared to 2014. The UNCTAD estimated that in 2015 the transnational investment scale will expand from 2014 1.6 trillion US dollars to 1.7 trillion US dollars. But the financial crisis following influence still exists, the deep level structural contradiction highlights, the developed country macroeconomic policy differentiation, the trade protectionism tendency rises, the hot spot area geopolitics conflict intensifies, will become the material risk origin of economic

fluctuation.

The report pointed out that China grows the multi-action developing simultaneously stable import and export, speeds up impelling the foreign trade reforming promotion. Cultivates the foreign trade to compete the new superiority vigorously, supports the interstate electronic commerce and so on new type of trading and foreign trade comprehension service enterprise development, in the enhancement the small private enterprise development international market's ability; Encourages the enterprise to increase the technological innovation to invest, enhances the product quality scale, builds the world famous brand, the construction international marketing network; Further expands the import to promote the foreign trade balanced development.

Facing the intriguing international situations, the Chinese government maintains the strength in meditation, grasps the situation accurately, insisted the work total main key that strives for improvement, passes through the reform innovation works various links, science plans the steady growth, to promote the reform, the accent structure and Huimin to live, against risk, pays great attention to the directional regulation of the crucial field and weak link, supports the small micro enterprise, "three agriculture" and service industry development. In the first three quarters, the national economic performance maintained at the reasonable zone, structure optimization, employment, price, energy conservation consumption and other targets was continually good in anticipated, presented the smooth development, steady to have, to raise the archery target good trend steadily.

Chinese economy steady movement under new habit, although the speed-up has to recede, but still led in the important economic body. In the first three quarters GDP (GDP) 41.9908 trillion Yuan, calculated according to the comparable price, grew 7.4%. The minute quarter looked that in the first quarter grows 7.4%, in the second quarter grows 7.5%, in the third quarter grows 7.3%. Looking from the link relative ratio, in the third quarter GDP grows 1.9%, obviously quickly in the first quarter 1.5%. The industry restructure steadily advances, the reforming promotion tendency is good, service industry leading economy is speeding up forming. Primary industry increase in value 3.7996 trillion Yuan, grow 4.2%; The second industrial added value 18.5787 trillion Yuan, grow 7.4%; Under the emerging modern service continues rapid growth to lead, the tertiary industry increase in value 19.6125 trillion Yuan, grow 7.9%, the speed-up second industry quick 0.5 percentage point, accounts for the GDP proportion to reach 46.7%, accounts for the GDP proportion high 2.5 percentage points compared to the second industry, compared to the same period last year raises 1.2 percentage points

The external demand has to change for the better, the national steady growth policy effort increases, the foreign trade stands firmly the rise. Imports and exports total 3.1626 trillion US dollars, grow 3.3%, the speed-up 2.1 percentage points compared to the first half of the year. And, exports 1.6971 trillion US dollars, grows 5.1%; Imports 1.4655 trillion US dollars, grows 1.3%; Trade surplus 231.6 billion US dollars, grow 37.8%. Generally trade import 1.7212 trillion US dollars, grow 6.5%; Processing trade import and export 1.0104 trillion US dollars, grow 2.1%. The foreign investment sets up enterprise 17247 newly, grows 5.5%; Amount of foreign investment actually utilized 87.36 billion US dollars, drop 1.4%. Optimizes using the foreign capital structure continually, manufacturing industry actual drops 16.5% using the foreign capital, textile clothing, furniture and other labor-intensive form manufacturing industries and special purpose equipment and so on machine-building industry use foreign capital range of fall is big; Service industry actual grows 8.7% using the foreign capital, in using the proportion in total amount of the foreign investment reaches 55.7%, the financial service grows 32% using the foreign capital. The middle area grows 9.5% using the foreign capital, the east and western area drops 1.4% and 14.6% respectively, the mid-west area sum total accounts for the use total amount of the foreign investment proportion is 16.2%. In the first three quarters, in China the investor realized non-financial class direct overseas investment 74.96 billion US dollars, grew 21.6%. And, local enterprises direct overseas investment grow 43.2%, accounts for the foreign investment total amount proportion is 40.2%, private capital "walks" tendency to be strong. .

The financial work moves steadily. In the first three quarters, national financial revenue 10.6362 trillion Yuan, increased 797.3 billion Yuan compared to the same period last year, grew 8.1%, compared to the same period last year fell 0.5 percentage point. The national public fiscal expenditure 10.364 trillion Yuan, increase 1.2108 trillion Yuan compared to the same period last year, grows 13.2%. At the end of

September, the broad money (M2) remaining sum 120.21 trillion Yuan, grow 12.9%, the narrow currency (M1) remaining sum 32.72 trillion Yuan, grow 4.8%, in the circulation the currency (M0) remaining sum 5.88 trillion Yuan, grow 4.2%. In the first three quarters, increased renminbi loan 7.68 trillion Yuan, increased 404.5 billion Yuan compared to the same period, increased the RMB deposit 8.27 trillion Yuan, little increased 2.99 trillion Yuan compared to the same period. At the end of September, state foreign exchange reserves remaining sum 3.89 trillion US dollars; The renminbi exchange rate is 1 US dollar exchanges 6.1525 Yuan.

Generally speaking, in 2014 the Chinese economic growth rate was still in the reasonable zone in the first three quarters, but faces the tremendous downward pressure. The next stage, the Chinese government will continue to insist the work total main key that strives for improvement, tries to solve problem and question in the economy, strengthens the micro adjustment, maintains the macroeconomic policy the continuous stability. Various steady growth measures that continues to speed up implementing release, strengthens the sychromesh and enhancement working efficiency; In view of the new situation new question, grasps to study and release target-oriented the special operational policy measures promptly , to promote the national economy steady healthy development.

 Internationally, world economy continues to recover temperately, but various economy recovery progress split up obviously. In the developed economy, the American economy stepwise regression stable growth track, the British economic growth rate speeds up, the eurozone economic continues, the deflationary pressure to highlight murkily, Japanese economy large fluctuation and independent growth power is insufficient. Since the emerging economy by the external environment disadvantageous, the dual influences of own readjustment of the economic structure, the economy was continued in the second half of 2013 slow growth situation. The geopolitics crisis and thunderbolt create the significant disturbance to the national economic growth, not only especially the Ukraine crisis and situation in the Middle East turbulence in the influence region the national economy develops stably, but also once formed the impact on the global financial market and commodity price, Ebola epidemic situation hindered some West African national economy recoveries. International Monetary Fund (IMF) estimated that in 2014 the world economy will grow 3.3%, the speed-up and in 2013 is impartial. And, the developed economy grows 1.8%, speed-up in 2013 high 0.4 percentage point; The emerging market and developing country grow 4.4%, compared with 2013 low 0.3 percentage point.

Forecasts in 2015, world economy speed-up slightly has the rise, but was still in the historical low level, the speed-up differentiation situation is possibly more obvious. In the developed economy, American and British economic vitality continually promotes, the growth prospect favors, the macroeconomic policy starts to the habit return before crisis; The Eurozone domestic demand insufficient obvious contradiction, the financial entire solid duty is still arduous; Japanese aging of populations, manufacturing industry hollow, national debt slight increase and other questions form the big restriction to the economic growth, the structural reform prospect is not clear. Emerging economy economic growth still quickly in developed economy, but was lower than own several years ago level obviously, the Sub-Saharan Africa low income developing country's economic prospect had the improvement, it is estimated that the economic growth rate over in 2014, some emerging major economy reforming pressure build-up and financial crisis will generally rise, is hard to return to several years ago fast growth track. From the global scale, world economy lacks the powerful new point of growth, the momentum of recovery overall is still weak. The US will soon start the interest on futures advancement, the global hotspots geopolitics situation uncertainty is big, possibly initiates the staple product market and money market has the new turbulence. IMF estimated that in 2015 world economy will grow 3.8%. The developed economy economic growth momentum speeds up, it is estimated that to grow 2.3%, the speed-up will raise 0.5 percentage point compared to 2014. And, the American economic growth 3.1%, speed up 0.9 percentage point; Britain grows 2.7%, will slightly have the call-back compared to 2014; The eurozone economic speed-up from 2014 0.8% enhancement to 1.3%, were still in the low level; Japanese economic growth 0.8%, compared to 2014 0.9% further slide. The emerging economy and developing country estimate to grow 5%, the speed-up will be higher than 2014 4.4%, India will grow 6.4%, but Russia, Brazil and South Africa will only grow 0.5%, 1.4% and 2.3%.

Since the emerging market and developing country 2014 the emerging market and developing country economic growth rate has generally slowed down, is not only lower than the prosperous time level before crisis, after being lower than the crisis, recovery initial period level. Looking from the outside, international

market bulk commodity price fall and main developed economy import reduction and American monetary policy adjustment bringing about capital market is turbulent, has the adverse impact on the emerging market and developing country economic growth. Looking from the interior, the emerging market and developing country structural contradiction highlights, the labor productivity is somewhat low, the domestic economy structural adjustment progressed is slow, has suppressed the economic growth potential.

In the gold brick country, the Indian new government actively promotes the reform, inspired the market confidence, the economic resurgence has improved slightly. Russia encounters the US and European Union to punish, the money market is turbulent, ruble large depreciation, faces the international market petroleum price to fall seriously affects the export receipts, the economy falls into the low-growth and high inflation difficult position. Brazilian and South African economy continually is also murky.

Looking from the global primary area, the Southeast Asia principal member country export and industrial production maintains good rising momentum, stable economic growth; South Asia's Bangladesh and Pakistan benefit from the export and overseas laborer remittance volume increase, the economic growth surpasses anticipated; West Asia North Africa economy stands firmly in the low position, hopeful stepwise regression normal growth track; African national economy overall still maintained quick rising momentum, but if the West African area Ebola epidemic situation further proliferated, the economic growth step possibly had to slow down; Latin America relies on the bulk commodity export, the improvement sluggish economy condition faced with the major difficulty.

Forecasts in 2015, the external environment that the emerging market and developing country face improves hopefully, some positive advance structural reform and excavation economy new point of growth obtains the initial result hopefully, the promotion economic growth small scale rises again. International Monetary Fund estimated that 2014-2015 years emerging market and developing country economic growth rate respectively is 4.4% and 5%.

The report pointed out that facing foreign trade development's complex situation, the Chinese government will carry out the stable foreign trade to grow and strengthen the import thoroughly the special operational policy measures, cultivates the foreign trade to compete the new superiority vigorously, further raises the trade facilitation level, improves the finance and financial service, handles the trade friction effectively, strengthens the foreign trade development potential. Many import and export enterprises quicken reforming promotion step, optimizes the goods structure and market mechanism positively, the exploration new type of trading, develops the foreign investment development international marketing network , to promote in global value chain the status, one batch have the capability for making independent innovation leading enterprise and new superior product are emerging, will impel the Chinese foreign trade maintains the stable growth situation.

2. enterprise in domain domestic and foreign present situation and trend of development analysis.

As an export model's foreign trade enterprise, as a result of the rapid development of rapid growth and information media of economy, the promotion of various domestic and foreign exhibition and product meeting and so on, the foreign trade enterprise original superiority gradually is weakening, between the suppliers and overseas customers can very easy direct establishment cooperation, and management level that supplier's price advantage and constantly raises, increased the attraction to the overseas customer.

Domestic production enterprise and foreign trader gather the customer using the network resource in abundance, simultaneously steps out the entrance to a country, in the overseas registration company, or the investment factory, goes down to the enterprise into the market front, not can only the earliest possible time understand that the overseas demand, adjusts the strategy, simultaneously may the fast highly effective service in the customer. True "internationalization" becomes the road which must be taken that the plant expansion export grows.

3. enterprise principal work and leading product domestic and foreign market analysis.

(1) steel products:

Was affected by the international financial crisis, the iron and steel enterprise is generally facing both

must attack difficult to be difficult to seek the survival, and must adjust the structure and reforming promotion to seek the development the dual pressures. The steel and iron produces to be surplus, market demand is insufficient, the homogenization competition is serious, the upstream oil price restriction, the enterprise internal cost continuously elevates, the profession is in the meager profit time ......The superimposition of many factors, cause the steel industry management movement difficulty. Must go out of the present difficult situation, must on the whole after 3 years ~5 years. These days is not only steel industry rough period, is the steel industry upstream and downstream industry supply-demand relation again balanced time. Mainly manifests in the following 3 aspects:

First, the steel industry after more than 10 years rapid growths, produces to be able the total quantity to be oversized at present, digests these too much to produce to be able at least to need for 3 years ~5 years; These days, is the process that domestic downstream industry recovery and market demand gradually increase, is the supply and demand balanced process. Second, the upstream iron mining businessman controlled price's aspect slows down along with the iron ore demand with the iron ore supply in excess of demand tendency formation, ~5 years within will change in 3 years. According to the predict that global iron ore new production increase can the production peak ~2017 years forms in 2014. Mainly based on is will amount to 2.834 billion tons the global iron ore output to 2015. This means that in 2015 ~2017 years, will form the iron ore output release peak, at the appointed time the oil price will return to the reasonable level, the ore price possibly falls to 80 US dollars ~90 dollar/ton. Third, the next 3 years ~5 years are the world economy recover the time gradually, also are the domestic product export year by year the booming time.

In the next these days, the steel industry will be started to transform by the expansion development of past dependence essential factor actuation for dependence enterprise own efficiency actuation and innovation driven, but "work" storage quantity. Meanwhile, steel industry forms a fluid system with the upstream coal, the iron ore industry and downstream industry. This fluidity is, when the downstream demand changes for the better slightly, the steel price has the rise slightly, on the one hand will quickly induce steel industry own storage quantity release, on the other hand will immediately cause the upstream to burn the material especially oil price fast pull-up, not only will cause the steel production cost to elevate, will also cause the steel price to be hard to the downstream industry conduction. This kind of vicious circle is not only threatening the steel industry normal development, directly is threatening the management of steel and iron economics and trade business normal order

<> international financial crisis's heavy losses to our country steel industry, since the steel industry falls into the crisis difficult position, urged and promoted the steel industry structural adjustment and reforming promotion. Whether the steel industry can realize the structural adjustment and reforming promotes, is the iron and steel enterprise can pass through at present a difficult position checkpoint.

According to Chinese report hall understood: Since this year, our country the export steel, because holds quite big price advantage, and profits recovers from the overseas economy, in the situation of demand improvement, the total exports maintain the high level, in September is to set the record of 8.52 million tons record, grows 73%. Significant growth of export, can play very good shunting action to the surplus steel products, then reduces market's supply pressure , helping to promote the home to be in the weak situation the steel price to rise again. Therefore, later period exports whether can maintain the top digit also to become the market attention focal point.

October's outlet data that recently the Main Customs Administration published newly, steel products export as before not disappointing, even the small scale has surmounted in September. The data showed that the export steel 73.893 million tons January to October China, grows 42.2%; January to the October China import iron ore 780 million tons, grows 16.5%, imports the even price is each ton 646.9 Yuan, falls 19.8%; Import steel 12.094 million tons, increase 4.1%, imports the even price is each ton 7657 Yuan, rises 1.5%. The preliminary calculation, the export steel 8.55 million tons in October, sets the record of the new historical high. Along with it eruption was the trade friction. In October has about 12 in view of the antidumping investigation of Chinese steel products, and trade friction shifts by the European US developed country to the Asia, Africa, Latin America and other developing country's the tendencies is obvious. For example on October 5, Vietnamese Industry and commerce dept decided to from the cold

rolling stainless steel product of mainland China import (volume material or plate))Takes the anti-dumping measures officially, since this has been Vietnamese opening market and integrates the world economy to adopt to levy the antidumping tax for the first time; , Malaysia to being native to China's the hot volume and flowered plate volume and acid pickling oiling volume made the antidumping investigation on the 16th; Brazil announced that on the 30th levies the antidumping tax to the Chinese seamless steel pipe officially, the taxation standard 908.59 dollar/ton, the deadline 5 years and so on. . . Produces to be surplus facing the global steel, suppresses China too much to produce to flood into this locality massively, various countries' demeanor import way are getting more and more, besides enhancing the import duty, levies the antidumping and antisubsidy tax, strengthens the import license to manage and strengthen the means that the customs examination as well as the strengthened national standards are also its adopt.

In the short-term initiated many countries to launch the antidumping investigation also to arouse industry in the widespread interest, China spread to be going to cancel the tax reimbursement and other export incentives policy reductions to export slowThe pressure of international trade friction, cancels the tax reimbursement for export to be possible not to be a minor matter, will bring very big impact on the steel industry. However because the domestic economy downward pressure is too big, is the stable economy, maintains the export is stable, latter spreads does not nullify the export rebate policy temporarily. But from this we can also estimate that trade friction occurrence of repeatedly, has certain suppression regarding the steel products export.

(2) coal:

Annual coal market situation may summarize for the social reserve is big, supply and demand is loose, price falls three essential features.

Reason that creates this situation, should attribute to the coal market mechanism construction to lack effective impetus and standard, produces to be able the surplus question to highlight under the impact of massive import coal, but output actually in the coal business does not make profit to occupy under market's guiding principle only to increase does not reduce, causes the enterprise loss to expand unceasingly, the supply and demand intensifies contradictory unceasingly. At present, Chinese coal market competition mechanism is at the serious out of control condition, the production and marketing is separated from, the price mechanism is also at the non-benign running status.

Business intelligence network issued that "2014-2018 Years China Coal industry Market survey And Investment consultancy Report" pointed out: The coal will not change to the middle of the century its dominant position as the primary energy. At the beginning of the century the Chinese economy of rapid growth enabled the Chinese coal industry to obtain the considerable development, the coal output and coal business benefit had the large promotion, has formed "ten years gold" period of expansion. Since 2012 Chinese GDP speed-up has slowed down, drops to 7% to 8%, produces to be able the surplus question to highlight under the impact of massive import coal.

At present the actual annual production of Chinese coal industry can approximately 4.2 billion tons, import the coal 330 million tons last year. The data showed that according to a last year coal output 3.68 billion tons computation, the social reserve amounted to 400 million tons, the supply-demand relationship does not balance or the supply in excess of demand condition to form. The present coal industry condition is, no matter the market conditions how, the output only increases under the coal business meager profit but high turnover's guiding principle does not reduce, in 2014 the first 3 month situation appraisal, the stock Gao Ju, profit did not slide to continue, the enterprise loss was still expanding.

(3) "2014-2018 Years China Photovoltaic generation Industry market Perspective And the Investment strategy that Plan Analysis report" data the photovoltaic products outlet situation analysis perspective industry research institute issued indicates in 2014, as well as standing firmly of export market along with the further start of domestic photovoltaic market, our country photovoltaic industry whole will continue to change for the better.
In 2014 our country photovoltaic industry export market also hopefully to continue the rise tendency. At the same time, at present the photovoltaic enterprise expansion mainly takes the external cooperation, to

rent the workshop and annexation purchase way primarily, the whole massive new production increases energy, since 2013, the massive photovoltaic module manufacturer have not started to return to profit condition in the third quarter, further tends to be balanced along with the supply and demand, in 2014 our country photovoltaic industry will maintain good operational state hopefully. But, because the profession has not come completely out of the difficult position, in addition the financial institution to the photovoltaic industrial investment warm retrogression, limited the photovoltaic industry to change for the better quickly. According to data that monitors newly, the Chinese module exports the first ten countries (including area) including Japan, the US, Holland, Britain, Australia, India, South Africa, Taiwan, Chile and Belgium. In the first half of the year sells to the module quantity of delivery in Japan to surpass 3.6gw, sells to the module quantity of delivery in US to surpass 2gw. Britain places fourth by close 500mw module volume of exports.

According to the data of analysis department provision, 2014 in the first half of the year, China exports the photovoltaic module quantity of delivery in US to increase progressively month by month, achieves crest in May - surpasses 550mw. However, on June 3, the US commerce department announced that loses the beautiful photovoltaic product to make the counter-subsidy initially to China to cut. In the same month, sold to the Chinese module quantity of delivery sharp decline in US, be only about 200mw, dropped 60%. Starting from the end of last year, Britain raised as the European photovoltaic market nova slowly. The data that according to the British energy and climatic change department (decc) announced newly demonstrated that 2014 in the first half of the year, British addition photovoltaic installed capacity was 1.1gw, surpassed in those days the elder brother Germany market (1gw). The vigorous development of British photovoltaic market cannot leave the Chinese photovoltaic module's form, in the first half of the year, China sells to Britain's photovoltaic module close 500mw. This also means that the Chinese manufacturers have provided close half photovoltaic module equipment for it.

Looking from the module transfer efficiency, the technology advancement is more obvious. Polytropism module average transfer efficiency is 15.67%, the unit crystal module average transfer efficiency approximately is 16.2%, but may also see from another side that the unit crystal module is only higher than 0.53 percentage point compared to the transfer efficiency of polytropism module, but the unit crystal battery is higher than 1.5 percentage points compared to polytropism battery transfer efficiency. After sealing the unit crystal module, the efficiency loses is more obvious, this also indirectly causes the unit crystal module performance-to-price ratio to be inferior to polytropism, the market share slides is more obvious.

From exporting the region looked that export market to exhibit the multiplex trend of development. Japan becomes our country first big export State, the US for the second big export State, European export arranges third, what is worth paying attention, exports Hong Kong, Singapore, Philippine and Taiwan area's quantity starts to increase, the grand total achieves 1328MW, these volumes of exports are the transit trade, to dodge global photovoltaic " double zed " trade risks, many enterprises shift the module first to these areas, then the import to the US, Europe and other places, plays the edge ball. From the export value may also look that exports is low to these places' module prices, the average prices in 3.6-3.8 Yuan/tiles, are lower than the direct export obviously to Europe, Japan and US and other places (price in 4 Yuan/about tile), in fact this has not been the long-term plan, European Union started the related investigation at present, starts to attack the transit trade, in the future the situation will be less optimistic. Polytropism battery was still the market mainstream. Demonstrated according to the investigation that the unit crystal and polytropism module proportion approximately are 1:12, because mainly polytropism module performance-to-price ratio is more superior, although the unit crystal battery average transfer efficiency approximately is 19%, compared to polytropism battery 17.6% are higher than 1.4 percentage points, but because the unit crystal battery has the bevel edge, when enables manufactures the module to give full play to module's area, the efficiency loses the module is bigger. Polytropism module average transfer efficiency of manufacture is 15.5%, but the unit crystal module average transfer efficiency approximately is 16.2%, is only higher than 0.7 percentage point compared to polytropism module, reduces the unit crystal battery piece highly efficiency largely the superiority. Looking from the battery piece, the unit crystal and polytropism proportion approximately is 1:10, exports the unit crystal battery piece proportion is high to the overseas battery piece.

The export still maintained at the top digit. Looking from 51 business data of statistics, the module volume of exports approximately is 7.6GW, accounts for the ultimate output 59.8%, produces to be bigger than the 500MW enterprise volume of exports to achieve 6.5GW, the export ratio achieves 67.8%, approximately composes the general exports food 85.5%, export the region mainly to concentrate Yu

Riben, the US and Europe, exports the European price to be relatively high, the average in 0.75 US dollar/about tile, exports the American price approximately is 0.65 US dollar/tile, exports the Japanese even price to be relatively low, approximately is 0.62 US dollar/tile, is mainly because export products to give Japanese Enterprise generation of labor, the export value is relatively low, rejects this partial product, our country to JapanExport even price also in 0.65 US dollar/about tile. The battery piece volume of exports approximately is 1.270W, accounts for the ultimate output 11.3%, export the region main centralized in Canadian, South Korean and other areas.

The market still has the instability. First, market uncertainty, photovoltaic market was still under the planned economy instruction the market economy, the policy change adjustment easy to create the big fluctuation to the industry; Second, photovoltaic policy lacks cooperativity, the department of photovoltaic industry involving are many, but among the departments often stems from the respective benefit consideration, cannot be very good to coordinate, enables the policy to exist to carry out and other questions not proper; Third, the place subsidy policy exclusiveness, local authority's economic interest and administrative benefit are highly consistent, cause its subsidy policy often to have the obvious local protectionism color, does not favor the profession fair competition and annexation conformity; Fourth, market development should plan reasonably, avoids " spending ahead of time " brings the puzzle to the industrial following development, the land, roof that the photovoltaic application needs and so on was the scarce resource, the increase is limited, but photovoltaic power plant life over 20 years, the fluidity is bad, should avoid, because the market fast expansion causes the market stamina to be insufficient, affects the industrial sustainable development. Fifth, the export market is big faced with uncertainty, the European market withered, and has to limit the price the restriction, the Japanese market stamina is insufficient, momentarily possibly gets on the brakes, the American market " double zed " limit is obvious, but the emerging market cannot rapidly rise.

The supplies produced to be able the surplus question to be still noticeable. First, the home produces to be able surplus question still to exist, on the one hand the enterprise puts up a factory the expansion to produce through the technological transformation or the investment energy, on the other hand by the market fast expansion influence, some idles was produced to be able also to start to start, the module produces to be able still to inch higher, some backwardness produce to be able under the local authority policy asylum unable to withdraw promptly, in export market hindrance layered situation, will produce to be able surplus still to plague the industrial development.

Second, industrial mergers and reorganization slow progress, and financing cost was been high by the manufacturing industry profit meager profits and product homogeneity higher factor influence, the enterprise horizontal merger wish is not strong, even if oneself produces to be insufficient, often also processes the solution through the committee outside. And because the close union of the local authority economic interest and administrative benefit, probably adopts various ways and methods obstructs other areas' enterprise use local resources, this will also create the annexation the low efficiency; Third, the price war was still stubborn illness, because the product homogeneity was high, various enterprise products and post-sale and other aspects were almost the same in the performance, in the supply and demand intense situation, the price war will become the enterprise gain market's important means that the low price competition fears to urge product quality three, competitive powers to analyze 1. Enterprise development condition contrastive analysis.

The company after several years struggle accumulation, has realized the leap frog development. The product expands from the traditional common building materials product area to the coal and other bulk resource and photovoltaic new energy, steel products and construction equipment and many other domains, has completed "big building materials" strategic layout.

Market preliminary construction "globalization" market pattern. The company expands the construction and domestic base of overseas market constructs, had built the overseas warehouse in Saudi Arabia, Germany, US, Russia, Indonesia and other countries separately, closer market front, understood that the market movement and assurance market pulse, the operational strategy of localization also enables us to be quicker and grasp the customer demand effectively, solves the customer problem, strengthened to market's control ability, the market radiation of my department to surrounding countries.

The company promotes the institution and flow process, works according to the progress of flow order, the post responsibility arrives at the human, the division of labor is clear, the maximum degree's

promotion enterprise cooperativity, raises the working efficiency. At the same time, the foreign trade flow restoration, is conducted the flow through the information system the decomposition and reset, solidifies in the system, enables the extensive management the foreign trade service to have the fine operation possibility.

Company's information management, enterprise client management, financial control, stock management, business management and risk management organic fusion, thus enhanced the management and risk of level corporate business enormously, is helpful to the company large-scale development.

The company promotes "small business spirit", each service unit carries on to manage, inspect as one calculation unit and assumes responsibility for own profits and losses. The company has provided the good development platform for the staff, in the establishment of organizational structure the full elasticity, the height dependence staff's achievements, with drawing close to service and market shift. In order to retain the talented person, displayed talented person's potential to provide the condition.

The start of overseas warehouse project is implements company "to walk" strategic one important step, caused our overseas localizations to manage a practice base, establishment of series overseas physical distribution garden, enormous agglomeration company in foreign trade domain unique strength.

Yi Danwang is reforming of entire company, Yi Danhua who at present the company is carrying on the export business reforms, once reformed to finish, Yi Danwang will present a specifically complete model to the outside world, became the E-Business Platform in company. Yi Danwang will become the company to build the foreign trade service platform's important component in light of overseas physical distribution garden, this platform enormous expansion company's existing space in global supply chain.

2. core competitiveness analysis.

The company had the ability of complex trade model synthesis utilization initially. Acquisition of this kind of ability both needs simultaneously to have various professional and managerial experience, the financial resource, the information resource and domestic and foreign markets, and must be capable to utilize these resources syntheses, effective can achieve coordinated.

The remote management ability initially forms, continually consummates along with the management system and information system, the service examination and fund mix and receive payment management, mobile communication, checking attendance management and other work gradually to realize online operate, effectively has solved the enterprise management issue, causes the geographical space distance no longer to become the question, to globally seek bigger growth space has laid the foundation. The global supply chain conformity ability initially forms, adopts "interstate electricity business + overseas warehouse" the pattern, and customer's the ability of control to the market will surpass the competitor obviously. We may organization time complex the global resource gradually in some or several industrial domains, serve the global customers.

3. subject matter that has.

Company many kinds of service Qi Tou develops, the development is rapid, but some services are still weak, waits for promoting regarding the control of risk.

Company's information system also needs to solve and docking of financial system, provides the effective data support for the operative decision, inspection and drive.

The operation flow is scattered, systematic insufficient, causes the management to have the difficulty, carries out the strength to wait for enhancing.

The overseas warehouse constructed Shang Chu to invest and initial development stage, needs to consummate the related flow and system as soon as possible, the development peripheral service.

Fourth, developmental strategy and guiding principle (1) enterprise strategy localization and strategic description.

1st, three grand strategy localizations:

"Interstate electricity business + overseas warehouse" business model:

The building materials international trade company is day by day thorough in globalization, the international resource competition is in the intense environment day by day, the positive conformity global resource and depth participation international competition, transforms the business model, the strengthened modern service idea, in light of the Internet technology, through the development of enterprise informationization construction work, establishes "interstate electricity business + overseas warehouse" the business model. And Yi Danwang as the specialized foreign trade comprehension service platform, core service provider on the supply chain will integrate through the informationization, builds a complete foreign trade ecosystem. In this system, Yi Danwang as platform's main body, mixes each service provider to realize the highly efficiency, the low cost and coordination work, may provide the one-stop work style foreign trade service for the domestic production enterprise, may according to enterprise's demand, provide the foreign trade integration service that has custom-made, escorts for the production enterprise export.

At present Yi Danwang the overseas warehouse strategic layout has covered the global focus market, next step will delay one after another to world main countries and regions. This business model promoted the export of domestic material and equipment relevant product effectively, has made a connection with road of the internationalization for the domestic high-quality production enterprise, and causes in the industry chain various link highly effective conformity; Realizes the localization warehousing, physical distribution and post-sale service, increased the product international competitiveness, impels the domestic manufacturing industry to change professions to the manufacture service industry.

Profession localization: Concentrates on the trade current distribution realm

The Chinese building materials group has the manufactures, science and technology, the outfits and physical distribution trade four big tectonic plates, the building materials group import-export company is the physical distribution trade core platform enterprise, from this had decided the building materials international can only locate in the physical distribution trade area. We do not have the manufacturing capacity and industrial building, makes the industry is not our superiority; Does not have the technical monopoly and product design, does not have the expert academician and professor, science and technology are not we excel; Without the project intelligence, has not incurred the bid experience and ability, the outfit project is not our strong points.

Our some are the specialized trade export team and rich export experience. For five years, we concentrate on the export trade, regardless of being the talented person, experience, the information system and flow system, is the customer, channel, the market resource and intelligence brand, is centralized in the physical distribution trade area; Takes a broad view at the future, we must comply with the market discipline, adroitly guides action according to circumstances, the existing superiority maximization , to continue to concentrate on the trade current distribution realm, and develops the pure export trade the covering export, import, domestic trade and transnational trade omni-directional trade current distribution realm.

Product localization: Concentrates on the building materials and building materials relevant product and service

As Chinese building materials group's member enterprise, our principal work can only be the building materials and building materials are related. Staple product that we must cut into, if the steel products, are mainly the structural purpose steel products, the coal is the cement uses the coal, the aluminum product, is mainly the structural purpose aluminum molding, firmly covered building materials principal work. As for the heat preservation waterproofing suspended ceiling material of traditional management, is the building materials in completely normal meaning. As building materials group import-export company's building materials trade platform, we must lift up building materials product principal work firmly the flag.

2nd, six grand strategy descriptions

Person center strategy

The establishment of person center strategy achieves the company development objective, constructs "innovation achievements enterprise" the basic guarantee and requests inevitably, the company manages only then insisted "humanist" the management concept, respecting the human, cared the human, displays person's potential as the most important task, can establish the regular internal order, the accord development that the promotion company constructs, can continue for the company provides the safeguard.

General goals: Establishes the humanist enterprise culture idea, cultivates and introduces the high-quality the human resources, strengthens the adjustment and construction of company organizational structure, scientific achievements: Perfect enterprise performance review mechanism.

Informationization strategy

The informationization is the company carries out the group to request, to carry on "five +KPI (key performance indicators)" the support of management, "five" are the integration, patternizing, institution, flow process and digitization. The development of informationization is affecting enterprise's competitive ability to a great extent, is further affecting the survival and development of enterprise. The informationization work should devote to construction "information platform", to speed up the enterprise globalization process, further realizes the business management standardization for the enterprise many kinds of business operations, provides the powerful method, tool and tactical support.

General goals: Establishes the highly effective business management and operations platform, optimizes the existing information system, breaks the system space limit, strengthens the integration of system and information sharing. Using the information technology and platform expedite "coordination and innovation" enterprise culture, creates the huge value using the information flow, forms the smooth cooperation effect among the enterprise policy-maker, superintendent and staff. Builds supply chain conformity-based the E-Business Platform, further expands consummates the existing electronic commerce to trade various functions of platform, the union entire supply chain characteristic, realizes to extend the service to the enterprise upstream and downstream partner, gradually realizes globally carries on the operation of value activity. Strengthens the enterprise website construction and promotion, sets up the high quality, the high prestige and high standard business service image.

Six sigma strategy

Six sigma is one set systematic, the integrated service corrective method system, is for the purpose of improving the business events flow, to realize the management of customer satisfaction continually. Six sigma quality levels mean in 1 million mistake opportunities not over 3.4 flaws. In order to deal with the dynamic environment of competition and comprehensive promotion enterprise synthesis competitive power and management and operation maturity, realizes the process design of non-flaw, obtains the long-term success, the company introduces the six sigma management to carry on the promotion, and takes it as one of company's strategic choices.

General goals: Raises the operational efficiency, to tighten risk, reduces the operation cost; Establishes improves and enterprise culture of innovation continually, eliminates the communication barrier; Enhances the customer satisfaction, won customer trust. Comprehensively promotes company's core competitiveness and management and operation maturity; The raise company intermediate and senior administrative personnel, promote the staff career development.

Six sigma carries out the node resolution best tool that the corporation leaders proposed, is promotes the enterprise core competitiveness the sharp weapon , to promote a management tool to the strategic degree, international has the remarkable significance to currently the building materials because of this tool, in lacks one core competitiveness, manages the extensive enterprise to mold one to have the core competencies, manages in process that the fine organization this is reborn, the six sigma strategies will certainly play the influential role.

Globalization strategy

Building materials international by a traditional foreign trade company, transforms to face the comprehensive trade service provider in international and domestic two market, means that we want the domestic trade and foreign trade two legs walk, means that our antennas spread the world, we will transfer the pattern that from the simple import and export the domestic trade, foreign trade, the transnational trade and transit trade unify.

General goals: Step that continues the internationalization and walks, realizes foreign localization; The home and internationalization are conducted synchronously, firmly holds China this global maximum market.

Brand strategy

Is highly developed in the science and technology, today of information fast dissemination, the product, technology and management knack and so on is imitated by the match easily, is hard into the core specialty, however brand, once sets up, not only its name effect cannot be imitated, simultaneously the brand the value that adds for the enterprise, cannot appraises the measurement with the simple writing and numeral. The successful brand has concentrated enterprise's values, culture, the corporate image, the product quality, the service function, the technological strength and so on complete connotation, what the successful brand operation gives the customer is the guarantee and cooperation of quality confidence, but brings to us is high customer loyalty.

General goals: Promotes the CNBM enterprise brand; Establishes the CMAX service brand and main product brand; Development individuality beggar brand; Completes the ISO quality management system and related authentication. Takes the road of brand, is road which must be taken that company is bigger and stronger.

Green development

The green development grows and request of development method to the future company, namely the pursue company's growth pattern transforms to the intensive type by the present extension, the company development speed will pay great attention to steady and sustainability parallel, while achieving 5 years goal, will build the foundation for the plan and execution of enterprise long-term objective. The green development not only emphasized the growth of company turnover and mass of profit, but also stressed that the turnover and mass of profit quality, stressed the optimization of corporate business structure and product mix, stressed that the synchronization of the corporate social responsibility and business goal realized, stressed that took customer's grade of service promotion as the center.

General goals - financial norm: Expands the corporate business scale, improves the service quality, strengthens with the supplier and upstream service provider's bargaining power. Product target: Fully using the opportunity that of industrial adjustment financial crisis brings, the adjustment product structure, the stress green product, like photovoltaic product and wind energy product; Stressed on imports the resources from beyond the border, like the coal and minerals, the service national construction, made the resource conservation enterprise. Community responsibility: HittingThe environment friendly enterprise, shoulders the environmental protection responsibility, achieves the unification of company development objective and community responsibility.

(2) Enterprise development guiding principle.

The company by in Huang An the general manager proposed "policy-making scientific style, management fine and work flow process" as the guiding principle of enterprise development, establishes and improves company's decision-making strata institutional framework and management institutional framework and work level institutional framework.

Insisting that takes the export business not to vacillate as the first principal work, impels the photovoltaic and steel products two bulk export products reaches a new level again, actively supports the traditional building materials and construction machinery and so on high profit product portfolio.

Manages the import business safely, takes the control risk as first, takes speeding up the fund recycling as the book, safe management. In the existing coal and in plastic foundation, carries out the import exploration of new product, at present we obtained the bunker oil import intelligence, American Corporation obtained the scrap steel AQSIQ certificate, as well as domestic consignee intelligence.

Domestic trade service under maintaining moderate scale premise, takes gaining as the first important matter.

In corporation "remoulds the business model, to make has an enterprise" under the guiding principle, by "taking root", traditional export trade "check stub", bulk commodity "builds root", steel products domestic trade "inquiring into", Yi Danwang "gathering root", "packing" and other strategic measures to advance our company to "to have root" by the traditional trade company in base market in electronic commerce domain with upstream supply chain enterprise in-depth cooperation the business transformation.

Fifth, enterprise development plan goal

(1) Long-term planning goal.
The company future long-term planning goal is to become the building materials and relevant product sale on commission and current distribution realm global leader.

(2) Five years development objective.

The company programming realizes the sales revenue 40 billion Yuan in 2017, and is exporting, import, domestic trade and overseas localization to sell many business areas to realize the leap to grow. Initially realizes the building materials and relevant product current distribution realm, has the global resource conformity ability internationalization renown company.

(3) Three years trundle development project goal and annual objectives decomposition.

1. general goals.

The plan time is the company realized officially to 10 billion sales volume enterprises' a time of spanning, the company programming the plan end of the period also will be in 2017 realized the sales revenue 40 billion Yuan, will realize to profit 300 million Yuan.

2. principal work structural adjustment goal.

Writing narration and form, the principal work constitution fills out the report form 3-1.

Table 3-1 in 2016 (three years trundle plan end of the period) principal work constitution table service category name property main business income gross profit active staff number quantity (ten thousand Yuan)

Proportion (%)

Counting quantity (ten thousand Yuan) proportion (%) number quantity (ten thousand Yuan)

Proportion (%)

Principal work:

Tectonic plate 1 (international trade)

313000

100%

4000000

100%

30000

100%

950

3. major economic indicator.

Table 3-2 (three years trundle plan time) main product (service) quantity serial number product (service) name unit number quantity

In 2015

In 2016

In 2017

Export

Import

Domestic trade

Export

Import

Domestic trade

Export

Import

Domestic trade

1

Building materials

Ten thousand tons

250

300

700

2

Steel products

Ten thousand tons

26

47

60

100

100

140

3

Coal

Ten thousand tons

332

600

1200

4

Photovoltaic product

Megawatt

400

600

800

Table 3-3 (three years trundle plan time) major economic indicator year

In 2015

In 2016

In 2017

Main business income (ten thousand Yuan)

1800000

2700000

4000000

Gross profit (ten thousand Yuan)

14500

25000

35000

Net profit (ten thousand Yuan)

10875

18750

26250

Gross asset (ten thousand Yuan)

200000

250000

313000

State asset total quantity (ten thousand Yuan)

163200

190000

221000

Net assets (ten thousand Yuan)

44000

60000

82000

Ownership interest (ten thousand Yuan)

44000

60000

82000

Cost total amount (ten thousand Yuan)

2185000

2975000

4051000

Labor cost (ten thousand Yuan)

9000

9500

10100

In hillock staff

850

900

950

Total assets return rate (%)

5.63

6

6.47

Net rate of return (%)

25.57

25

24.7

Property ratio of debt to net worth (%)

78

76

73.8

State asset store of value value-added rate (%)

115

120

120

Gross fixed asset formation (ten thousand Yuan)

368

500

700

Year science and technology gross expenditure (ten thousand Yuan)

5000

8000

12800

The technology invests the ratio (%)

0.23

0.27

0.32

4. property rights structural adjustment goal.

Maintains the present property rights structure, does not have the readjustment plan temporarily.

5. product restructure goal.
Table 3-4 (three years trundle plan time) main product (service) market objectives

Main product

(Service) name

Domestic market

Export (overseas service)

In 2015 (the plan time first year)

In 2017 (the plan time third year)

In 2015 (the plan time first year)

In 2017 (the plan time third year)

Quantity

Market share

Place

Quantity

Market share

Place

Quantity

Proportion (%)

Quantity

Proportion (%)

Steel products

470,000 tons

1.4 million tons

20,000 tons

1 million tons

Coal

3.32 million tons

12 million tons

Photovoltaic product

400 megawatts

800 megawatts

Mechanical device

20,000 sets

60,000 sets

Traditional building materials

800,000 tons

2 million tons

Note: The proportion is export products (service) occupies enterprise product (service) the total quantity proportion. (Unit: Renminbi)

6. organizational restructuring goal.

The goal of organizational restructuring is simple highly effective. In line with has ups and downs the principle to adjust each service tectonic plate according to the achievement, the function tectonic plate turns in the company performance three times of situations, the increase personnel, do not optimize the flow enhancement working efficiency as far as possible. In the functional department the information technologies and finance department personnel proportion is maximum, prepares to establish the independent subsidiary company to the information technology, carries on the independent accounting. The preparation increases 5-10 overseas organizations.

7. enterprise technological progress target.

The informationization investment proportion enlarges informationization investment total amount the calculation standard to contain the software, hardware, network and informationization to train and hires

the direct cost, the communication equipment and maintenance cost that the specialized IT technical personnel have invest, the investment of website operational cost.

The informationization investment occupies the company trade profit over 5%.

The policy-making standard of informatization we will improve gradually regarding the informationization support decision-making's ability, the following has three targets in three years gradually to realize in next:

1) through the development of information resource, can provide the preliminary support for the enterprise decision-making.

2) can develop data analysis processing, carries on to various decision schemes optimal, provides the powerful assistance support for the enterprise decision-making.

3) uses artificial intelligence expert system, enters the management decision intellectualization.

The core business flow standard of informatization core business office automation basically realizes online operates, target that next three years will achieve

1) informationization cover part key business flow, operation flow oneself and information flow between the operation flows is impeded, has quite serious information isolated island phenomenon in key business flow.

2) informationization covers over 80% the key business flows, and can realize prompt full data sharing.

3) key business flow realizes the optimum control.

We repeatedly optimize, then solidifies, forms the core competitiveness.

Internet marketing utility ratio

In next in three years, will enlarge gradually after the sales volume that the electronic commerce has, from the tendency that the electronic commerce has the sales volume or the purchase that occupy to year business volume 10%,20%,40% annually increases.

8. human resources goal.

In 2014 the human resource department must continue to control the staff quantity according to the establishment strictly; Through the consummation results evaluation system, achieves the achievements management to have the effect, realizes the primary purpose of achievements management. Human resource department takes company achievements management as company in the future three years important work content, the salary supervisory work of synchronized advancement consummation company.

9. investment risk control objective.

(1) property ratio of debt to net worth control objective.

My department in 2014 company's property ratio of debt to net worth was quite high, has achieved about 91%. This is mainly because in 2014 my department scale will rapidly expand, in this period the business volume increased suddenly, thus caused the intercourse that had because of the service grew rapidly, caused the ownership interest increased range to be big. We in planning the time will control the creditor's rights investment scale emphatically, and increases the rights investment proportion, and increases the company to gain the scale, thus when originally plan time conclusion property ratio of debt to net worth control about 80%.

(2) non-principal work investment control goal.

According to current industry growth, tendency and enterprise own state of play and stage, in this business planning time, the non-principal work property occupies the enterprise total assets the proportion not over 10%, occupies the enterprise total investment for the non-principal work investment the proportion not over 5%.

Sixth, in plan time adjusts key and action program

(1) Development adjustment key point.

Our company's principal work is the trade circulation of building materials and relevant product, the company principal work will take the building materials and decoration finishing material, coal, the solar energy product and architectural engineering machinery, the building materials machinery, steel products and aluminum product as the key business.

Next three years our company's development priorities are develop the building materials commodity the electronic commerce, takes Yi Danwang as the backing, takes the building materials foreign trade as the service main body, develops the foreign trade electronic commerce, through the development innate ETP information system, builds to have the proprietary intellectual property rights electronic commerce to trade the platform. The transformation traditional trade situation, takes the electronic commerce and building materials physical distribution and supply chain conformity as the core competitiveness construction of primary coverage. Transforms from the traditional trading company the company nature into the electronic business company.

(2) Action program.

1. system and mechanism innovative program

In 2015 will realize Yi Danwang to operate independently, and has the plan, has the choice promotes various profits and fees models. Plans in 2015 to enhance 40% through the customer proportion that the electronic business web site finalized. In 2016 achieves 60%.
In 2015 Saudi Arabia, Germany, US and other overseas warehouses formally start to operate. Company's service will transform from the export model foreign trade company with emphasis gradually into the supply chain conformity enterprise, through the conformity industry chain upstream and downstream resources, leads the supplier gradually to move toward the internationalization.
The company will develop to suit own condition the information system, the networking and so on closely unified the electronic commerce, the traditional trade management, the stock management and E physical distribution, causes present's trading company to transform into the high-tech electronic business company.
2. organizational restructuring and resource optimization plan.
In 2013 the business agency personnel and functional department personnel ratio is 5:1,2014 year in situation that in various services increase, optimizes the operation flow, raises the working efficiency, expands 6:1 the business agency personnel and functional department personnel ratio. Through the rational distribution of achievements management optimization business agency.

3. industrial and product restructure plan.

The company over the next three years, will continue to support the exports of various class small building materials products, the enhancement company building materials attribute, guarantees the traditional building materials principal work status; Disposes the resources reasonably, gives priority to development the new energy product that takes the photovoltaic product primarily, actively supports the operations expansion of energy conservation heat preservation product, implements the group three new strategies; The key development coal, steel products and so on big building materials product, carries out the group and corporation "big market, big commodity, big customer and big brand" business strategy; Development overseas market, actively constructs the overseas business platform vigorously, enlarges the home and overseas logistics base to construct, explores the E logistics management pattern.
4. throws the finance program.
Table 4-1 (in three years trundle plan time) year capital spending plan table

Amount unit: Ten thousand Yuan annual plan total investment is divided the note principal work non-principal work new operation subsequenting construction innate fund to loan other in 2015 according to the project phase minute according to the source of funds according to the investment trends minute

1561 1561

1561

In 2016 10150 10150

10150

3650 6500

In 2017 5150 5150

5150

2150 3000

Equals 16861 16861 0 15300 7361 9500 0

Table 4-2 (in three years trundle plan time) year principal work significant investment project planning chart year: (In 2015) amount unit: Ten thousand Yuan

Serial number

Project name

Project primary coverage

Total investment (ten thousand Yuan)

And: Innate fund (ten thousand Yuan)

Starting time

Completes the time

Investment returns ratio (%)

1

Yi Danwang - contract management system

Yi Danwang - contract management system

300

300

2015.1

2015.10

2

Brazilian Corporation

Brazilian overseas warehouse

150

150

2015.1

2015.12

12%

3

Chilean Corporation

Chilean overseas warehouse

60

60

2015.1

2015.12

12%

4

Burmese Corporation

Burmese overseas warehouse

30

30

2015.1

2015.12

12%

5

Bahraini Corporation

Bahraini overseas warehouse

60

60

2015.1

2015.12

12%

6

Kuwaiti Corporation

Kuwaiti overseas warehouse

60

60

2015.1

2015.12

12%

7

Aman Corporation

Aman overseas warehouse

60

60

2015.1

2015.12

12%

8

Qatar Corporation

Qatar overseas warehouse

60

60

2015.1

2015.12

12%

9

Saudi Arabian Corporation

Saudi Arabian overseas warehouse

60

60

2015.1

2015.12

12%

Sum total

840

840

Year: (In 2016) amount unit: Ten thousand Yuan serial number project name project primary coverage total investment (ten thousand Yuan) in which: The innate fund (ten thousand Yuan) starting time complete the time investment returns ratio (%) 1 overseas company overseas warehouse 600 600 2016.1 2016.12 12% to equal for 600 600 years: (In 2017) amount unit: Ten thousand Yuan

Serial number

Project name

Project primary coverage

Total investment (ten thousand Yuan)

And: Innate fund (ten thousand Yuan)

Starting time

Completes the time

Investment returns ratio (%)

1

Overseas company

Overseas warehouse

600

600

2017.1

2017.12

12%

Sum total

600

600

Table 4-2 (in three years trundle plan time) year extraterritorial investment project planning chart serial number project name project primary coverage total investment (ten thousand Yuan) in which: The innate fund (ten thousand Yuan) starting time complete the time investment returns ratio (%) 1 overseas warehouse overseas warehouse 2040 2040 2015.1 2017.12 12 to equal 2040 2040 5. independent innovation and scientific research development plans.

Strengthens the technical independent innovation in the status of Group, emphasizes practical, enhances the informationization research and development the commercial effectiveness, creates the high value for the enterprise at the same time, the income of technical creation truly becomes the main body that the science and technology input the main body and technology development and transformation's main body and risk exposure and innovation profit. Takes innovating as the actuation, guidance company accelerates construction of the modern enterprise system, perfect property rights structure, regarding core technologies application patent and intellectual property rights.

By the virtualization and Yun Jisuan, networking, online banking and motion payment and other revolutionary new technologies, are guiding the IT commercial value continually to promote. Therefore these technical directions are the key points of our not three years development, the breakthrough technology the reasonable research and development under the limited resources, the key must enhance the end information technology the application conformity ability, enhances the value curve of group, with electronic commerce Yi Danwang, opens market "blue sea" to let the enterprise work loose the Red Sea market competition. Enhances the control and managed capacity of physical distribution supply chain, and develops through the technological innovation solution company faced with the new question, the new risk, the development bottleneck and so on.

6. internationalization operation plan.

Gives full play to good international and domestic two markets, the use domestic and international two resources, actively participates and the advance enterprise internationalization, is not only the important means of enterprise participation international competition, strengthens the competitive power, participates in the inevitable choice of economic globalization activity.

Since building materials international these years in diligently has been setting up points in the overseas according to the strategic plan of corporation. The overseas spot that at present set up includes: Saudi Arabian Corporation, American Corporation, Russian Corporation, Indian Corporation, Indonesian Corporation and Iranian Office, Saudi Arabian Office.

The company 3 years internationalization operation objectives, will for details see from overseas in the future in 2015 in 2016 in 2017 Saudi Arabian financing and stock mature and transnational trade financing and stock mature and transnational trade financing and stock mature and transnational trade Germany stock and import + transnational trade financing and stock mature and transnational trade financing and stock mature and transnational trade US stock and import + transnational trade financing and stock mature and transnational trade financing and stock mature and transnational trade Russia stock and import + transnational trade financing and stock mature and transnational trade financing and stock mature and transnational trade Chile stock and import + transnational trade financing and stock mature and transnational trade financing,Keeps in stock the mature and transnational trade India stock and

import + the transnational trade

Financing and stock mature and transnational trade

Financing and stock mature and transnational trade

Indonesia

Stock and import + transnational trade financing and stock mature and transnational trade financing and stock mature and transnational trade Burma stock and import + transnational trade financing and stock mature and transnational trade financing and stock mature and transnational trade Ukraine stock and import + transnational trade financing and stock mature and transnational trade financing and stock mature and transnational trade Vietnam stock and import + transnational trade financing and stock mature and transnational trade financing and stock mature and transnational trade Brazil stock and import + transnational trade financing and stock mature and transnational trade financing and stock mature and transnational trade Saudi Arabia stock and import + transnational trade financing and stock mature and transnational trade financing,Keeps in stock the mature and transnational trade Bahrain stock and import + transnational trade financing and stock mature and transnational trade financing and stock mature and transnational trade Aman stock and import + transnational trade financing and stock mature and transnational trade financing and stock mature and transnational trade Kuwait stock and import + transnational trade financing and stock mature and transnational trade financing and stock mature and transnational trade Qatar stock and import + transnational trade financing and stock mature and transnational trade financing and other stock mature and transnational trade 7. buildings of enterprise culture and plans.

The building materials international initiate "innovation, good faith and sharing" the enterprise values, advocated that courteous, awes and feels grateful, the appropriate behavior pattern; Advocates the good faith, the practical and low-key working style; Advocates the optimum combination of enterprise interests and social interest; Idea of advocate cooperation sharing, respect customer and respect partner, while realizing enterprise maximum benefit, considers the maximization of customer benefit. In staff training and routine work, we transmit our values to the staff through various ways, transmits enterprise culture that we esteem.

Seventh, safeguard mechanism of plan implementation and suggested:

(1), Makes "has root" enterprise "along with the formation of economic globalization, weighed enterprises' competitiveness the standard also to transform from past size to appraise it globally mixes the resource the size. As Chinese maximum fundamental raw material leadership enterprise, the Chinese building materials future development direction realizes the globalization management inevitably."

Tries to cultivate us to have superiority market:

The core business market cultural operations export market Saudi Arabia, the Mideast, East Asian and European and American area and other photovoltaic module Russia, the Japanese power coal prominent Yangtze Delta market coking coal main attack Tangshan market, constructs the coal blending center to be further clear about various service units the special coverage direction:

In service unit specialization direction the building materials international trade exports platform Yi Danwang in the electronic commerce the building materials international Saudi Arabia Corporation overseas warehouse (supply chain conformity) building materials international Vietnam Corporation to construct specialized, the engineering machinery sells the Brazilian Corporation overseas warehouse (supply chain conformity) <> Chile Corporation

Overseas warehouse (supply chain conformity)

Russian Corporation

Overseas warehouse (supply chain conformity)

German Corporation

Overseas warehouse (supply chain conformity)

Burmese Corporation

Overseas warehouse (supply chain conformity)

Indonesian Corporation

Overseas warehouse (supply chain conformity)

Vietnamese Corporation

Overseas warehouse (supply chain conformity)

Bahraini Corporation

Overseas warehouse (supply chain conformity)

Kuwaiti Corporation

Overseas warehouse (supply chain conformity)

Aman Corporation

Overseas warehouse (supply chain conformity)

Qatar Corporation

Overseas warehouse (supply chain conformity)

Saudi Arabian Corporation

Overseas warehouse (supply chain conformity)

Building materials international US Corporation

Scrap steel sale and import

Building materials international Indonesia Corporation

Coal resource base construction

3. improves the fine management of staple product: To the operations expansion and rapid sale and processing increment and steel products internal operation's coking coal of product photovoltaic product purchase control and other work advancement management fine, enhances the service the profitability and anti-risk ability.

4. vigorously advances the development of electronic commerce: Advances Yi Danwang the independent management and exploration innovation profitability model, and this core business coordination and supplementary, acceleration traditional trade pattern reforming promotion.

5. improvement capital structure, with having "root" enterprise in-depth cooperation: With having technological competitiveness's manufacture, retreatment, project and other enterprises carried on the capital and technical collaboration, develops our industry chain integration competitive power, the gather capital operation ability and makes great strides forward to the capital market gradually.

6. controls the risk strictly, in enterprise's management, must strictly according to Huang Zong proposed

"low-risk, steady income" the management mentality, places the risk first.

7. the fine management, completes budgetary control. The economic environment worsens, when the fund and service wither, each order form and each fund, must calculate fine, strict controls. Is the situation is more stern, more must improve the budget management.

(2), The organizational structure innovation based on the small business spirit, the headquarters that we build is the small headquarters, or is the light headquarters. Headquarters main function includes: System flow management, finance, information system and comprehension service. Headquarters itself also as one calculation unit, each service unit as one each one "small business" support and inspection growth under headquarters and development.

A sales manager, along with the growth of his achievement, the company has the project group, department, services department and subsidiary company to the stage that he provides, until independent enterprise platform. The organizational structure growth into talented person supposes, but cannot become the limit even to strangle talented person's tool. We full elasticity in the establishment of organizational structure, the performance review of height dependence staff, draws close to the service and market shift highly. The company thorougher informationization operation, the elastic establishment as this kind of organizational structure has created the condition.

(3), The trade development way innovation in the trade development way we is mainly two mentalities; first, concentric circle pattern:

The customer demand is the center of circle (or core), through provides wholesale the product and value-added service to the customer, creates the value effectively, and develops the new business area. Other development method takes the product relevance as the core, along with the external market change and own resources deployment condition, constantly adjusts and changes own service boundary, while stable old service, continually opens the new service border area.

(4), Pattern innovation, builds 10 billion base industry us to anticipate that through the management restoration, can mold building materials international own core competitiveness. Has the core competitiveness company, its business model will have the lasting profitability. A core competencies stronger enterprise, the leeway and space of its pattern innovation are bigger. We must realize on-hand merchandize and stock two service ways mutually are the backing, the brand-new business model that the entity logistics bases and virtual network on-hand merchandize two platforms is a happy couple.

Building materials international trade limited company

On December 30, 2014

Address: Beijing Haidian District Shouti South No. 9 subject business center telephone: 010 6879 6888 No. 4 building17 29/31 facsimiles: 010 6879 6668

Zip code: 100048 websites: www.icnbm.com

 --- Common properties ---
Created: Wed Feb 04 19:22: 00 CST 2015 Creator: Business management department LastPrinted: Mon Jan 06 19:39: 00 CST 2014 Modified: Wed Feb 04 19:28: 00 CST 2015 Revision: 4 Title: Three years plan

 --- Extended properties ---
Application: Microsoft Office Word AppVersion: 14.0000 Characters: 19693 CharactersWithSpaces: 23101 Company: Address:17th Floor, No.4 Building, Zhuyu Business Center, Shouti South Road, Haidian District, Beijing 100048, China.
DocSecurity: 0 Lines: 164 Pages: 31 Paragraphs: 46 Templatev: Normal TotalTime: 7 Words: 3454

 --- Custom properties ---
_DocHome: 393569147


中建材国际贸易有限公司
**CNBM International Corporation**

# 中建材国贸 2015-2017 年"三年滚动"发展规划

## 一、企业现状与发展环境

### 1. 概况

中建材国贸成立于 2004 年，是中建材集团进出口公司控股的子公司，注册资本 1.5 亿元人民币。依托中国建材集团在水泥制造、复合材料、新型建材和工程装备方面的优势，中建材国贸将致力于扩大我国传统建材、建筑机械、金属建材和新产品、新材料的出口；海外物流基地建设和国外网络分销建设；专注于焦炭、动力煤的进口；参与钢铁板块国内营销网络建设；专注于特有钢材品种的国内专营。 中建材国贸目前在建材产品、建筑机械、钢材、新材料等产品的出口方面及煤炭进口方面已占有重要的市场份额。 到"十二五"末，将成为中国最大的建材产品出口商，最具影响力的钢材及制品出口商、太阳能组件出口商、海外建材物流运营商、煤炭进口商。

### 2. 组织机构

公司下设第一分公司（建材事业一部、钢材事业部、装饰材料事业部和塑料事业部）、第二分公司（建材事业二部、水务工程部）、建筑机械事业部、新业务开发事业部、建材事业四部、燃料分公司、冶金煤分公司、光伏分公司、无锡中建材钢铁有限公司；海外机构有阿联酋公司、俄罗斯公司、美国公司、德国公司、印尼公司、印度公司、越南公司、乌克兰公司、巴西公司、智利公司、缅甸公司、沙特办事处、伊朗办事处。



4 号楼 17 层
邮编：100048

1 / 31

传真：010 6879 6668
网址：www.icnbm.com

CNBMUSA00009676


中建材国际贸易有限公司
CNBM International Corporation

### 3. 法人治理结构

　　我公司是按照公司法注册成立的有限责任公司，注册资本 1.5 亿元人民币，公司董事长兼法人代表是张劲松。我公司按照公司法的要求建立了完善的法人治理结构。

　　公司董事会现有成员 5 名（董事长 1 名、董事 4 名），监事一名。董事会负责公司重大决策及经理层任免及考核。

　　公司设立监事一名，主要负责重大业务决议、财务会计的监督检查工作

　　公司总经理办公会作为公司管理班子，是公司的一般事项决策层和董事会决议的执行层。

　　总经理办公会向董事会负责。

### 4. 所属企业（公司）基本情况。

表 1-1　　2014 年二级企业（公司）基本情况

| 企业（公司）名称 | 产权状况 | | 是否上市公司 | 资产总额（万元） | 净资产（万元） | 国有资产权益（万元） | 在职职工人数（人） | 所在国家或地区（省、市） |
|---|---|---|---|---|---|---|---|---|
| | 属性 | 比重（%） | | | | | | |
| 无锡中建材钢铁有限公司 | 全资 | 100 | 否 | 45,778 | -2,1084 | 0 | 90 | 江苏无锡 |
| 中国建材国际阿联酋公司 | 全资 | 100 | 否 | 58,878 | 9,973 | 9,973 | 42 | 阿联酋迪拜 |
| 俄罗斯公司 | 全资 | 100 | 否 | | | | 3 | |
| 美国公司 | 全资 | 100 | 否 | | | | 3 | |
| 德国公司 | 全资 | 100 | 否 | | | | 3 | |
| 印尼公司 | 全资 | 100 | 否 | | | | 3 | |
| 印度公司 | 全资 | 100 | 否 | | | | 3 | |
| 越南公司 | 全资 | 100 | 否 | | | | 3 | |

地址：北京市海淀区首体南路9号主语商务中心
　　4号楼17层
邮编：100048

2 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009677

 中建材国际贸易有限公司
CNBM International Corporation

| 乌克兰公司 | 全资 | 100 | 否 | | | | 3 | |
|---|---|---|---|---|---|---|---|---|
| 巴西公司 | 全资 | 100 | 否 | | | | 3 | |
| 智利公司 | 全资 | 100 | 否 | | | | 3 | |
| 缅甸公司 | 全资 | 100 | 否 | | | | 3 | |

**5. 主要经济指标。**

表 1-2　（本规划期之前三年）主要财务数据

| 年　度 | 2012 年 | 2013 年 | 2014 年 |
|---|---|---|---|
| 主营业务收入（万元） | 864,411 | 1,007,326.43 | 1,240,536.80 |
| 利润总额（万元） | 1,459 | 6,058.72 | 6,188.84 |
| 净利润（万元） | 500 | 5,646.62 | 6,139.95 |
| 资产总额（万元） | 176,162 | 283,523.87 | 390,773.48 |
| 国有资产总量（万元） | 143,748 | 25,016.42 | 24,076.55 |
| 负债总额（万元） | 154,557 | 258,507.45 | 327,603.62 |
| 净资产（万元） | 21,605 | 25,016.42 | 63,169.86 |
| 所有者权益（万元） | 21,605 | 25,016.42 | 63,169.86 |
| 成本费用总额（万元） | 864,022 | 1,001,547.39 | 1,235,920.89 |
| 人工成本（万元） | 6,308 | 8,804 | 8,627.92 |
| 在岗职工（人） | 482 | 828 | 748 |
| 净资产收益率（%） | 2.18 | 22.57 | 9.72 |
| 总资产报酬率（%） | 0.28 | 0.66 | 4.65 |
| 国有资产保值增值率（%） | 89 | 116 | 127 |
| 年度科技支出总额（万元） | 241 | 286 | |
| 技术投入比率（%） | 0.03 | 0.02 | |
| …… | | | |

地址：北京市海淀区首体南路9号主语商务中心
4 号楼 17 层
邮编：100048

3 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009678



**6.企业主要业务构成情况。**

表 1-3   2014 年企业业务构成表

| 业务分类名称 | 资产 | | 主营业务收入 | | 利润总额 | | 在职职工（人） |
|---|---|---|---|---|---|---|---|
| | 数 量(万元) | 比重（%） | 数 量（万元） | 比重（%） | 数 量(万元) | 比重（%） | |
| 主业： | | | | | | | |
| 物流贸易 | 390,773.48 | 100 | 1,240,536.80 | 100 | 6,188.84 | 100 | 748 |
| | | | | | | | |

## 二、企业发展环境分析

### 1.宏观环境分析。

　　根据商务部的《中国对外贸易形势报告（2014 秋季版）》预测，2015 年，中国外贸发展面临的国际环境可能略有改善，但回升幅度有限，风险和不确定因素较为突出；国内环境总体稳定，但经济下行压力依然存在。2015 年中国外贸发展面临的挑战突出体现在：外部需求难有明显回升；中国外贸竞争优势转换"青黄不接"；贸易摩擦形势依然严峻复杂等。

　　报告分析，从国际看，世界经济温和复苏态势基本确立，经济增速缓慢回升。美国劳动力市场、金融市场持续向好，经济进入稳步增长轨道。欧元区经济爆发系统性风险的可能性下降，随着货币政策宽松力度加大，经济将实现低速增长。日本消费税率上调的影响逐渐减弱，但结构改革效果不容乐观，经济将实现微弱增长。新兴经济体经济增长总体仍快于发达国家，应对经济冲击的能力有所增强。IMF 预计，2015 年世界经济将增长 3.8%，增速比 2014 年提高 0.5 个百分点。WTO 预计，2015 年全球贸易量将增长 4%，增速比 2014 年提高 0.9 个百分点。联合

地址：北京市海淀区首体南路9号主语商务中心
4 号楼 17 层
邮编：100048

4 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009679



中建材国际贸易有限公司
CNBM International Corporation

国贸发会议预计，2015年全球跨国投资规模将从2014年的1.6万亿美元扩大到1.7万亿美元。但金融危机后续影响依然存在，深层次结构性矛盾凸显，发达国家宏观政策分化，贸易保护主义势头上升，热点地区地缘政治冲突加剧，将成为经济波动的重大风险来源。

报告指出，中国将多举措并举稳定进出口增长，加快推动外贸转型升级。大力培育外贸竞争新优势，支持跨境电子商务等新型贸易方式和外贸综合服务企业发展，增强中小民营企业拓展国际市场的能力；鼓励企业加大技术创新投入，提高产品质量档次，打造国际知名品牌，建设国际营销网络；进一步扩大进口推动对外贸易平衡发展。

面对错综复杂的国内外形势，中国政府保持定力，准确把握大势，坚持稳中求进的工作总基调，把改革创新贯穿工作各环节，科学统筹稳增长、促改革、调结构、惠民生、防风险，注重关键领域和薄弱环节的定向调控，支持小微企业、"三农"和服务业发展。前三季度，国民经济运行保持在合理区间，结构持续优化升级，就业、物价、节能降耗等指标好于预期，呈现平稳发展、稳中有进、稳中提质的良好态势。

中国经济在新常态下平稳运行，尽管增速有所回落，但在主要经济体中仍然领跑。前三季度国内生产总值（GDP）419908亿元，按可比价格计算，同比增长7.4%。分季度看，一季度增长7.4%，二季度增长7.5%，三季度增长7.3%。从环比看，三季度GDP增长1.9%，明显快于一季度的 1.5%。产业结构调整稳步推进，转型升级势头良好，服务业主导型经济正加快形成。第一产业增加值37996亿元，同比增长4.2%；第二产业增加值185787亿元，增长7.4%；在新兴现代服务业持续快速发展带动下，第三产业增加值196125亿元，增长7.9%，增速较第二产业快0.5个百分点，占GDP比重达46.7%，比第二产业占GDP比重高2.5个百分点，较上年同期提高1.2个百分点

外部需求有所好转，国家稳增长政策力度加大，对外贸易企稳回升。进出口总额31626亿美元，同比增长3.3%，增速比上半年加快2.1个百分点。其中，出口16971亿美元，增长5.1%；进口14655亿美元，增长1.3%；贸易顺差2316亿美元，增长37.8%。一般贸易进出口17212亿美元，增长6.5%；加工贸易进出口10104亿美元，增长2.1%。外商投资新设立企业17247家，同比增长5.5%；实际利用外资金额873.6亿美元，同比下降1.4%。利用外资结构持续优化，制造业实际利用外资下降16.5%，纺织服装、家具等劳动密集型制造业和专用设备等机械

地址：北京市海淀区首体南路9号主语商务中心　　　　　　　　　　　　　　　　　　　电话：010 6879 6888
　　　　4号楼17层　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　传真：010 6879 6668
邮编：100048　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　网址：www.icnbm.com

Confidential

CNBMUSA00009680



制造业利用外资降幅较大；服务业实际利用外资增长 8.7%，在利用外资总额中的比重达 55.7%，其中金融服务利用外资增长 32%。中部地区利用外资增长 9.5%，东部和西部地区分别下降 1.4% 和 14.6%，中西部地区合计占利用外资总额比重为 16.2%。前三季度，中国境内投资者累计实现非金融类对外直接投资 749.6 亿美元，同比增长 21.6%。其中，地方企业对外直接投资增长 43.2%，占对外投资总额比重为 40.2%，民间资本"走出去"势头强劲。。

财政金融平稳运行。前三季度，全国财政收入 106362 亿元，比上年同期增加 7973 亿元，增长 8.1%，比上年同期回落 0.5 个百分点。全国公共财政支出 103640 亿元，比上年同期增加 12108 亿元，增长 13.2%。9 月末，广义货币（M2）余额 120.21 万亿元，同比增长 12.9%，狭义货币（M1）余额 32.72 万亿元，增长 4.8%，流通中货币（M0）余额 5.88 万亿元，增长 4.2%。前三季度，新增人民币贷款 7.68 万亿元，同比多增 4045 亿元，新增人民币存款 8.27 万亿元，同比少增 2.99 万亿元。9 月末，国家外汇储备余额 3.89 万亿美元；人民币汇率为 1 美元兑 6.1525 元人民币。

总的来看，2014 年前三季度中国经济增速仍处于合理区间，但面临较大的下行压力。下一阶段，中国政府将继续坚持稳中求进的工作总基调，着力解决经济运行中的突出矛盾和问题，加强预调微调，保持宏观政策的连续性稳定性。继续加快落实已出台的各项稳增长措施，加强协调配合、提高工作效率；针对新情况新问题，抓紧研究并及时出台有针对性地政策措施，促进国民经济平稳健康发展。

从国际看，世界经济继续趋温和复苏，但各经济体复苏进度明显分化。发达经济体中，美国经济逐步回归稳定增长轨道，英国经济增速加快，欧元区经济持续低迷、通缩压力凸显，日本经济大幅波动、自主增长动力不足。新兴经济体受外部环境不利、自身经济结构调整的双重影响，经济延续 2013 年下半年以来的中低速增长态势。地缘政治危机和突发事件对一些国家经济增长造成严重干扰，特别是乌克兰危机和中东局势动荡不仅影响区域内国家经济稳定发展，还一度对全球金融市场和商品价格形成冲击，埃博拉疫情阻碍部分西非国家经济复苏。国际货币基金组织（IMF）预计，2014 年世界经济将增长 3.3%，增速与 2013 年持平。其中，发达经济体增长 1.8%，增速较 2013 年高 0.4 个百分点；新兴市场和发展中国家增长 4.4%，较 2013 年低 0.3 个百分点。

地址：北京市海淀区首体南路9号主语商务中心
　　　4 号楼 17 层
邮编：100048

6 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009681



中建材国际贸易有限公司
CNBM International Corporation

　　展望 2015 年，世界经济增速略有回升，但仍处于历史较低水平，增速分化态势可能更加明显。发达经济体中，美国、英国经济活力不断提升，增长前景看好，宏观经济政策开始向危机前的常态回归；欧元区内需不足的矛盾突出，财政整固任务依然艰巨；日本人口老龄化、制造业空心化、国债高企等问题对经济增长形成较大制约，结构性改革前景不明朗。新兴经济体经济增长仍快于发达经济体，但明显低于自身前几年水平，撒哈拉以南非洲在内的低收入发展中国家的经济前景有所改善，预计经济增速普遍将超过 2014 年，一些新兴大国经济转型压力增大、金融风险上升，难以回到前几年的高速增长轨道。从全球范围来看，世界经济缺乏强有力的新增长点，复苏势头总体依然疲弱。美国即将启动加息进程，全球热点地区地缘政治局势不确定性较大，可能引发大宗产品市场和金融市场出现新的动荡。IMF 预计，2015 年世界经济将增长 3.8%。发达经济体经济增长势头加快，预计增长 2.3%，增速比 2014 年提高 0.5 个百分点。其中，美国经济增长 3.1%，加快 0.9 个百分点；英国增长 2.7%，比 2014 年略有回调；欧元区经济增速从 2014 年的 0.8% 提高至 1.3%，仍处于较低水平；日本经济增长 0.8%，比 2014 年的 0.9% 进一步下滑。新兴经济体和发展中国家预计增长 5%，增速高于 2014 年的 4.4%，其中印度增长 6.4%，但俄罗斯、巴西、南非仅增长 0.5%、1.4% 和 2.3%。

　　新兴市场和发展中国家　2014 年以来新兴市场和发展中国家经济增速普遍放慢，不仅低于危机前的繁荣期水平，也低于危机后复苏初期的水平。从外部看，国际市场大宗商品价格下降、主要发达经济体进口减少、美国货币政策调整引致资本市场动荡，均对新兴市场和发展中国家经济增长造成不利影响。从内部看，新兴市场和发展中国家结构矛盾凸显，劳动生产率偏低，国内经济结构调整进展较慢，抑制了经济增长潜力。

　　金砖国家中，印度新政府积极推行改革，提振了市场信心，经济复苏略有起色。俄罗斯遭到美国、欧盟制裁，金融市场动荡，卢布大幅贬值，又面临国际市场石油价格下跌严重影响出口收入，经济陷入低增长、高通胀困境。巴西和南非经济也持续低迷。

　　从全球主要区域看，东南亚主要成员国出口和工业生产保持较好增长势头，经济平稳增长；南亚的孟加拉和巴基斯坦得益于出口和海外劳工汇款额增加，经济增长超出预期；西亚北非经济在低位企稳，有望逐步回归正常增长轨道；非洲国家经济总体仍保持较快增长势头，但若西非地区埃博拉疫情进一步扩散，经济增长步伐可能有所放缓；拉美过于依赖大宗商品出口，改

Confidential

CNBMUSA00009682



善经济低迷状况面临较大困难。

展望 2015 年，新兴市场和发展中国家面临的外部环境有望改善，一些国家积极推进结构性改革、挖掘经济新增长点有望取得初步成效，促进经济增长小幅回升。国际货币基金组织预计，2014-2015 年新兴市场和发展中国家经济增长率分别为 4.4%和 5%。

报告指出，面对外贸发展的复杂形势，中国政府将深入落实稳定外贸增长和加强进口的政策措施，大力培育外贸竞争新优势，进一步提高贸易便利化水平，改善财政和金融服务，有效应对贸易摩擦，增强外贸发展潜力。不少进出口企业加快转型升级步伐，积极优化商品结构、市场结构，探索新型贸易方式，开展对外投资拓展国际营销网络，提升在全球价值链中的地位，一批具有自主创新能力的龙头企业和新的优势产品正在涌现，将推动中国对外贸易保持平稳增长态势。

**2. 企业所在领域的国内外现状和发展趋势分析。**

作为一个出口型的外贸企业，由于经济的高速发展、信息传媒的迅速发展，各种国内外展会、产品交流会的推广等，外贸企业原有的优势在逐渐减弱，供应商与国外客户间能够很容易直接的建立合作关系，且供应商的价格优势和不断提高的管理水平，增加了对国外客户的吸引力。

国内的生产企业、贸易商纷纷利用网络资源招揽客户，同时迈出国门，在海外注册公司，或投资工厂，将企业深入到市场前沿，不仅能够第一时间了解国外的需求，调整战略，同时可以快速高效的服务于客户。真正的"国际化"成为企业扩大出口增长的必经之路。

**3. 企业主业和主导产品国内外市场分析。**

（1）钢材：

受国际金融危机影响，钢铁企业普遍面临着既要攻艰克难求生存，又要调结构、转型升级谋发展的双重压力。钢铁产能过剩，市场需求不足，同质化竞争严重，上游铁矿石价格制约，企业内部成本不断升高，行业处于微利时代……诸多因素的叠加，导致钢铁行业经营运行困难。要走出目前的困难局面，大体上还要经过 3 年~5 年时间。这段时间既是钢铁行业的困难时期，也是钢铁行业上下游产业供求关系的再平衡期。主要体现在以下 3 个方面：

地址：北京市海淀区首体南路9号主语商务中心
4 号楼 17 层
邮编：100048

8 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009683



CNBM International Corporation

一是，目前钢铁行业经过 10 多年的快速发展，产能总量过大，消化这些过剩产能至少需要 3 年~5 年时间；这段时间，是国内下游产业复苏、市场需求逐步增加的过程，也是供需再平衡的过程。二是，上游铁矿商控制价格的局面随着铁矿石需求放缓和铁矿石供大于求趋势形成，将在 3 年~5 年时间之内改变。据预测，全球铁矿石新增产能的投产高峰期在 2014 年~2017 年形成。主要依据是全球铁矿石产量到 2015 年将达到 28.34 亿吨。这就意味着，2015 年~2017 年，将形成铁矿石产量释放高峰期，届时铁矿石价格将回归到合理水平，矿价可能下跌至 80 美元~90 美元/吨。三是，今后 3 年~5 年时间是世界经济逐步复苏期，同时也是国内产品出口逐年转旺时期。

在今后这段时间内，钢铁行业将由过去依靠要素驱动的扩张型发展开始转变为依靠企业自身效率驱动、创新驱动而"耕耘"存量。与此同时，钢铁行业将与上游煤炭、铁矿石产业和下游产业形成 一个流动性体系。这个流动性在于，当下游需求略微好转、钢材价格稍有上升时，一方面会很快诱发钢铁行业自身存量释放，另一方又会立即引起上游原燃料特别是铁矿石价格快速拉升，不但会造成钢铁生产成本升高，还会造成钢材价格难以向下游产业传导。这种恶性循环不仅威胁着钢铁产业正常发展，也直接威胁着钢铁经贸商正常有序的经营

国际金融危机对我国钢铁产业的重创，即使钢铁产业陷入危机困境之中，又促使和推动了钢铁产业结构调整和转型升级。钢铁产业能否实现结构调整和转型升级，是钢铁企业能不能走过目前困境的一道关卡。

据中国报告大厅了解：今年以来，我国出口钢材由于占有比较大的价格优势，且受益于国外经济复苏，需求改善的情况下，出口总量一直保持较高水平，9 月份更是创下 852 万吨的纪录，同比增长 73%。出口的大幅增长，能对过剩钢材起到很好的分流作用，进而降低市场的供应压力，有利于促进国内处于偏弱态势的钢价回升。因此，后期出口是否能维持高位也成为了市场关注的焦点。

近日海关总署最新公布的 10 月份的出口数据，钢材出口方面依旧没让人失望，甚至微幅超越了 9 月份。数据显示，1-10 月中国出口钢材 7389.3 万吨，同比增长 42.2%；1-10 月中国进口铁矿石 7.8 亿吨，同比增长 16.5%，进口均价为每吨 646.9 元，下跌 19.8%；进口钢材 1209.4 万吨，增加 4.1%，进口均价为每吨 7657 元，上涨 1.5%。初步核算，10 月份出口钢材 855 万

地址：北京市海淀区首体南路9号主语商务中心
　　　4 号楼 17 层
邮编：100048

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009684

 中建材国际贸易有限公司
CNBM International Corporation

吨，创下历史新高。随之爆发的就是贸易摩擦了。10月份就有12起左右的针对中国钢材的反倾销调查，且贸易摩擦由欧美发达国家转移至亚洲、非洲、拉美等发展中国家的趋势明显。比如10月5日，越南工商部决定对从中国大陆进口的冷轧不锈钢产品（卷材或板材））正式采取反倾销措施，这是越南开放市场并融入世界经济以来首次采取征收反倾销税；16日，马来西亚对原产于中国的热卷、花纹板卷和酸洗涂油卷作出反倾销调查；30日巴西宣布正式对中国无缝钢管征收反倾销税，征税标准908.59美元/吨，期限5年等等。。面对全球钢产能过剩，遏止中国过剩产能大量涌入本地，世界各国的风度进口方式越来越多，除了提高进口税、征收反倾销和反补贴税外，加强进口许可证管理、加强海关检验以及强化国家标准也是其所采取的办法。

短期内引发多个国家发起反倾销调查也引起了业内广泛关注，以至于中国传出将要取消退税等出口刺激政策减少出口来缓解国际间贸易摩擦的压力，取消出口退税可不是一件小事，对钢铁行业会带来很大冲击。不过由于国内经济下行压力太大，为稳定经济，保持出口稳定，后又传出暂不取消出口退税政策。但由此我们也能估计，贸易摩擦的频频发生，对于钢材出口还是有一定的抑制的。

（2）煤炭：

全年煤炭市场形势可概括为社会库存量大、供需宽松、价格下跌三个基本特征。

之所以造成这一形势，应归因于煤炭市场机制建设缺乏有效的推动和规范，产能过剩的问题在大量进口煤的冲击下凸显出来，而产量却在煤企不挣利润占市场的指导思想下只增不减，造成企业亏损面不断扩大，供需矛盾不断激化。目前，中国煤炭市场竞争机制处于严重失控状态，产销脱离，价格机制也处于非良性运行状态。

中商情报网发布《2014-2018年中国煤炭行业市场调查及投资咨询报告》指出：煤炭作为主要能源到本世纪中叶其主导地位不会改变。本世纪初快速发展的中国经济使中国煤炭工业得到长足发展，煤炭产量和煤企效益都有大幅提升，形成了"十年黄金"发展期。2012年以来中国GDP增速放缓，下降至7%至8%，产能过剩问题在大量进口煤的冲击下凸显出来。

目前中国煤炭工业的实际年产能约42亿吨，去年进口煤炭3.3亿吨。数据表明，按去年煤炭产量36.8亿吨计算，社会库存量已达4亿吨之多，供需关系不平衡或者说供大于求的状况已

Confidential

CNBMUSA00009685



中建材国际贸易有限公司
CNBM International Corporation

经形成。目前的煤炭工业状况是，不管市场情况如何，产量在煤企薄利多销的指导思想下只增不减，2014 年前 3 个月的形势评估，库存仍高居不下，利润仍下滑不止，企业亏损面仍在扩大。

　　（3）光伏产品出口形势分析

　　前瞻产业研究院发布的《2014-2018 年 中国光伏发电产业市场前瞻与投资战略规划分析报告》数据表明 2014 年，随着国内光伏市场的进一步启动以及出口市场的企稳，我国光伏产业整体将继续好转。

　　2014 年我国光伏产业出口市场也有望延续回升趋势。同时，目前光伏企业扩产主要以外协、租赁厂房和兼并收购方式为主，整体并没有大量新增产能，自 2013 年三季度以来，大量光伏组件厂商也开始重返盈利状态，随着供需进一步趋于平衡，2014 年我国光伏产业有望维持较好的运行态势。但是，由于行业尚未完全走出困境，再加上金融机构对光伏产业投资热情的消退，限制了光伏产业更快好转。

　　根据最新监测到的数据，中国组件出口前十国家（含地区）包括日本、美国、荷兰、英国、澳大利亚、印度、南非、台湾、智利、比利时。上半年销往日本的组件出货量超过 3.6gw，销往美国的组件出货量超过 2gw。英国以接近 500mw 的组件出口量排名第四。

　　根据分析部提供的数据，2014 上半年，中国出口美国的光伏组件出货量逐月递增，于 5 月份达到顶峰——超过 550mw。然而，6 月 3 日，美国商务部公告对中国输美光伏产品作出反补贴初裁。当月，销往美国的中国组件出货量锐减，只有 200mw 左右，环比下降 60%。

　　从去年年底开始，英国作为欧洲光伏市场新星冉冉升起。据英国能源与气候变化部（decc）最新公布的数据显示，2014 上半年，英国新增光伏装机量为 1.1gw，超过昔日老大哥德国市场（1gw）。英国光伏市场的蓬勃发展离不开中国光伏组件的身影，上半年，中国销往英国的光伏组件接近 500mw。这也意味着，中国厂商为其提供了接近一半的光伏组件设备。

　　从组件转换效率看，技术进步较为明显。多晶组件平均转换效率为 15.67%，单晶组件平均转换效率约为 16.2%，但从另一个侧面也可以看出，单晶组件比多晶组件的转换效率仅高出 0.53 个百分点，而单晶电池比多晶电池转换效率高出 1.5 个百分点。封装成单晶组件后效率损失较为明显，这也间接导致单晶组件性价比不如多晶，市场份额下滑较为明显。

　　从出口区域看，出口市场呈现多元化发展趋势。日本成为我国第一大出口国，美国为第二大出口国，欧洲出口排第三，值得关注的是，出口香港、新加坡、菲律宾和台湾地区的量开始增多，总计达到 1328MW，这些出口量多为转口贸易，为规避全球光伏"双反"贸易风险，很多企

地址：北京市海淀区首体南路9号主语商务中心
4 号楼 17 层
邮编：100048

11 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009686



业将组件先转移到这些地区,再转口至美国、欧洲等地,打擦边球。从出口价格也可以看出来,出口至这几个地方的组件价格较低,平均价格在 3.6-3.8 元/瓦之间,明显低于直接出口至欧洲、日本和美国等地(价格在 4 元/瓦左右),事实上这并未是长久之计,欧盟目前已经启动相关调查,开始打击转口贸易,未来形势不容乐观。

多晶电池仍为市场主流。根据调查显示,单晶与多晶组件比例约为 1:12,主要由于多晶组件性价比更优,虽然单晶电池平均转换效率约为 19%,比多晶电池的 17.6%高出 1.4 个百分点,但是由于单晶电池存在倒角,使得制作组件时未能充分利用组件的面积,效率损失比组件大一些。制作的多晶组件平均转换效率为 15.5%,而单晶组件平均转换效率约为 16.2%,仅比多晶组件高出 0.7 个百分点,大幅消减单晶电池片高效率的优势。从电池片看,单晶和多晶比例约为 1:10,出口至国外的电池片中单晶电池片比例较高。

出口仍保持在高位。从统计的 51 家企业数据看,组件出口量约为 7.6GW,占总产量的 59.8%,其中产能大于 500MW 的企业出口量达到 6.5GW,出口比率达到 67.8%,约占总出口食的 85.5%,出口区域主要集中于日本、美国和欧洲,其中出口欧洲价格相对较高,平均在 0.75 美元/瓦左右,出口美国价格约为 0.65 美元/瓦,出口日本均价相对较低,约为 0.62 美元/瓦,主要是由于出口产品为给日本企业代工,出口价格相对较低,剔除这部分产品,我国对日出口均价也在 0.65 美元/瓦左右。电池片出口量约为 1.270W,占总产量的 11.3%,出口区域主要集中于加拿大、韩国和中国台湾等地区。

市场依然存在不稳定性。一是市场不确定性,光伏市场仍处于计划经济指导下的市场经济,政策变化调整容易给产业造成较大波动;二是光伏政策缺乏协同性,光伏产业牵涉的部门较多,但部门之间往往出于各自利益考量,没能很好协同,使得政策存在落实不到位等问题;三是地方补贴政策排他性,地方政府的经济利益和行政利益高度一致,导致其补贴政策往往具有明显地方保护色彩,不利于行业公平竞争和兼并整合;四是市场发展应合理规划,避免"提前消费"给产业后续发展带来困扰,光伏应用所需的土地、屋顶等均属于稀缺资源,增量有限,而光伏电站寿命 20 年以上,流动性较差,应避免由于市场快速扩大造成市场后劲不足,影响产业可持续发展。五是出口市场面临不确定性较大,欧洲市场已萎缩且有限价约制,日本市场后劲不足,随时可能刹车,美国市场"双反"限制明显,而新兴市场又未能快速崛起。

供给产能过剩问题仍不可视觑。一是国内产能过剩问题依然存在,一方面企业在通过技改或投资建厂扩大产能,另一方面受市场快速扩大影响,部分闲置产能也开始启动,组件产能依然高企,部分落后产能在地方政府政策庇护下也未能及时退出,在出口市场阻碍重重的情况下,

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CNBMUSA00009687


CNBM International Corporation

产能过剩仍将会困扰产业发展。

二是产业兼并重组进展缓慢，受制造业利润薄利化、融资成本高和产品同质性高等因素影响，企业横向兼并意愿不强，即使自身产能不足，往往也通过委外加工解决。且由于地方政府经济利益和行政利益的紧密结合，可能采取各种方式与手段阻挠其他地区的企业利用本地资源，这也会造成兼并的低效率;三是价格战仍将是顽疾，由于产品同质性较高，各家企业产品在性能和售后方面相差无几，在供需紧张情况下，价格战将成为企业获取市场的重要手段，低价竞争恐催产品质量问题

## 三、竞争力分析

### 1. 企业发展条件对比分析。

1) 公司经过几年的奋斗积累，实现了跨越式发展。产品从传统的一般建材产品领域扩张到煤炭等大宗资源、光伏新能源、钢材及建筑设备等多个领域，完成了"大建材"战略布局。

2) 市场方面初步架构了"全球化"市场格局。公司加大海外市场的建设和国内根据地建设，分别在阿联酋、德国、美国、俄罗斯、印尼等国建立了海外仓，更接近市场前沿，了解市场动态、把握市场脉搏，本地化的经营策略也使我们能更快和更有效的掌握客户需求，解决客户问题，加强了对市场的掌控能力，也将我司的市场辐射到周边国家。

3) 公司推行制度化、流程化，工作依流程有序的进展，岗位责任到人，分工明确，最大程度的促进企业内部的协同性，提高工作效率。同时，外贸流程再造，通过信息系统将流程进行分解、重置，固化在系统中，使粗放经营的外贸业务能够有精细化运作的可能。

4) 公司的信息化管理，将企业的客户管理、财务管理、库存管理、业务管理和风险管理有机的融合，从而极大的提高了公司业务的管理和风险控制水平，也有助于公司更大规模的发展。

5) 公司推出"小企业精神"，各个业务单元作为一个核算单元进行管理、考核、自负盈亏。公司为员工提供了良好的发展平台，组织结构的设置上充分弹性，高度关联员工的绩效，和贴近业务和市场变化。为留住人才，发挥人才的潜能提供了条件。

6) 海外仓项目的启动是实施公司"走出去"战略的一个重要步骤，使我们的海外本土化经营有了一个实践的基地，系列海外物流园的设立，将极大的积聚公司在外贸领域的独特优势。

7) 易单网是整个公司的转型，目前公司正在进行出口业务的易单化转型，一旦转型完毕，易

地址：北京市海淀区首体南路9号主语商务中心
4 号楼17层
邮编：100048
13 / 31
电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009688



单网就会将一个具体完整的模型呈现给外部世界，成为公司的电子商务平台。易单网结合海外物流园将成为公司打造外贸服务平台的重要组成部分，这个平台极大的拓宽公司在全球供应链中的生存空间。

## 2. 核心竞争力分析。

1) 公司初步具有了复杂贸易模式综合运用的能力。这种能力的取得既需要同时具备各种专业人才、管理经验、财务资源、信息资源、国内外市场、又要有能力将这些资源综合运用，有效协调才能达到的。

2) 远程管理能力初步形成，随着管理体系和信息系统不断完善， 业务审批、资金调配、收付款管理、移动通信、考勤管理等工作 逐步实现线上操作，有效的解决了企业内部的管理问题，使地理空间距离不再成为问题，为在全球范围内寻求更大发展空间奠定了基础。

3) 全球供应链整合能力初步形成，通过"跨境电商+海外仓"的模式，对市场和客户的掌控的能力将明显超越竞争对手。我们逐渐可以在某个或者几个产业领域内组织期复杂的全球资源，服务于全球客户。

## 3. 存在的主要问题。

1) 公司多种业务齐头发展，发展迅速，但是有些业务依然薄弱，对于风险的控制还有待提升。

2) 公司的信息系统还需要解决与财务系统的对接，为业务决策、考核、激励提供有效的数据支持。

3) 业务流程分散，系统性不够强，导致管理有难度，执行力有待提高。

4) 海外仓建设尚处投入和初步发展阶段，需要尽快完善相关流程和制度，拓展周边业务。

## 四、发展战略与指导思想

## （一）企业战略定位与战略描述。

## 1、三大战略定位：

1) "跨境电商+海外仓"的商业模式：
中建材国际贸易公司在全球化日益深入，国际资源竞争更是日益激烈的环境中，积极整合

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CNBMUSA00009689

 中建材国际贸易有限公司
CNBM International Corporation

全球资源、深度参与国际竞争，变革业务模式，强化现代服务理念，结合互联网技术，通过企业信息化建设工作的开展，建立起"跨境电商+海外仓"的商业模式。其中易单网作为专业的外贸综合服务平台，将供应链上的核心服务提供商通过信息化进行整合，搭建起一个完整的外贸生态系统。在这个系统中，易单网作为平台的主体，调配各个服务提供商实现高效率、低成本、协同作业，可以为国内的生产企业提供一站式外贸服务，也可以按企业的需求，提供定制的外贸整合服务，为生产企业的出口保驾护航。

目前易单网海外仓战略布局已经覆盖全球重点市场，下一步将陆续延展至世界主要国家和地区。该商业模式有效促进了国内材料及设备相关产品的出口，为国内优质生产企业打通了一条国际化之路，并使得产业链上各环节高效整合；实现属地化的仓储、物流、售后服务，增加了产品的国际竞争力，推动国内制造业向制造服务业转行。

2)   行业定位：专注于贸易流通领域

中国建材集团拥有制造、科技、成套装备、物流贸易四大板块，中建材集团进出口公司是物流贸易的核心平台企业，由此决定了中建材国际只能定位于物流贸易领域。我们没有制造能力、工厂厂房，制造产业不是我们的优势；没有技术专利、产品设计，也没有专家院士、大学教授，科学和技术不是我们所擅长；没有工程资质，没有招投标经验和能力，成套装备项目不是我们的强项。

我们有的是专业的外贸出口团队和丰富的出口经验。五年来，我们专注于出口贸易，无论是人才、经验、信息系统、流程制度，还是客户、渠道、市场资源、资质品牌，都是集中于物流贸易领域；放眼未来，我们必须顺应市场规律，因势利导，把现有优势最大化，继续专注于贸易流通领域，并把单纯的出口贸易拓展到涵盖出口、进口、内贸、跨国贸易的全方位贸易流通领域。

3)   产品定位：专注于建材及建材相关产品和服务

作为中国建材集团的成员企业，我们的主业只能是建材和建材相关。我们要切入的大宗产品，如钢材，主要是建筑用钢材，煤炭是水泥用煤，铝产品，主要是建筑用铝型材，都牢牢的扣住了建材这一主业。至于传统经营的保温防水吊顶材料，更是完全标准意义上的建材。作为中建材集团进出口公司的建材贸易平台，我们要坚决地扛起建材产品这一主业的大旗。

地址：北京市海淀区首体南路9号主语商务中心
  4号楼17层
邮编：100048
15 / 31
电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009690



**2、六大战略描述**

1) 人本中心战略

人本中心战略的确立是实现公司发展目标，建设"创新绩效型企业"的基本保证和必然要求。公司管理只有坚持"以人为本"的管理理念，把尊重人、关心人、发挥人的潜能作为首要任务，才能够建立正规的内部秩序，促进公司建设的和谐发展，才能为公司持续发展提供保障。

总体目标：树立以人为本的企业文化理念，培养和引进高素质的人力资源，加强公司组织结构的调整和建设，科学绩效：完善企业绩效考核机制。

2) 信息化战略

信息化是公司落实集团要求，进行"五化+KPI(关键绩效指标)"管理的支撑，"五化"就是一体化、模式化、制度化、流程化、数字化。信息化的发展在很大程度上影响着企业的竞争能力，进一步影响着企业的生存和发展。信息化工作应该致力于建造"信息平台"，为加快企业全球化进程，为企业多种业务运营、进一步实现企业管理标准化，提供强有力的手段、工具及战术支撑。

总体目标：建立高效的企业管理和运营平台，优化现有的信息系统，打破系统空间限制，增强系统的集成性和信息共享性。利用信息技术和平台催生"协同与创新"的企业文化，利用信息流动创造出巨大的价值，在企业决策者、管理者、员工之间形成顺畅的协作效果。打造基于供应链整合的电子商务平台，进一步扩充完善现有电子商务交易平台的各项功能，结合整个供应链特性，对企业上下游伙伴实现延伸服务，逐步实现在全球范围内进行价值活动的运作。加强企业网站建设及推广，树立高品质、高信誉、高标准的企业服务形象。

3) 六西格玛战略

六西格玛是一套系统的、集成的业务改进方法体系，是旨在持续改进企业业务流程、实现客户满意的管理方法。六西格玛质量水平意味着百万出错机会中不超过 3.4 个缺陷。为应对动态的竞争环境、全面提升企业综合竞争力和经营管理成熟度、实现无缺陷的过程设计，取得长期成功，公司引入六西格玛管理进行推广和应用，并将其作为公司的战略选择之一。

总体目标：提高运营效率、加强风险控制，降低运营成本；建立持续改进和创新的企业文化，消除沟通壁垒；提高顾客满意度，赢得客户信赖。全面提升公司的核心竞争力和经营管理成熟度；培养公司中高级管理人员，促进员工职业发展。

六西格玛是执行总公司领导提出的节点分解法的最佳工具，也是提升企业核心竞争力的利

Confidential

CNBMUSA00009691

 中建材国际贸易有限公司
CNBM International Corporation

器，把一个管理工具提升到战略的程度，是因这一工具对目前中建材国际有显著意义，在把一个缺乏核心竞争力，管理粗放的企业塑造成一个具备核心能力，管理精细的组织这一脱胎换骨的过程中，六西格玛战略一定会发挥重要作用。

4) 全球化战略

中建材国际由一个传统的外贸公司，转变为面向国际、国内两个市场的全面贸易服务商，意味着我们要从内贸和外贸两条腿走路，意味着我们的触角遍及全球，我们将从简单的进出口转为内贸、外贸、跨国贸易、转口贸易相结合的模式。

总体目标：继续国际化和走出去的步伐，实现境外本土化；国内化与国际化同步进行，紧紧抓住中国这个全球最大的市场。

5) 品牌战略

在科技高度发达、信息快速传播的今天，产品、技术及管理诀窍等容易被对手模仿，难以成为核心专长，然而品牌一旦树立，其品牌效应不但不能被模仿，同时品牌为企业带来的价值，也是不能用简单的文字及数字加以评估计量的。成功的品牌浓缩了企业的价值观、文化、公司形象、产品品质、服务功能、技术实力等全部内涵，成功的品牌运作给予客户的是品质的保证、合作的信心，而给我们带来的则是较高的客户忠诚度。

总体目标：提升 CNBM 企业品牌；确立 CMAX 服务品牌和主要产品品牌；发展个性化子品牌；完成 ISO 质量管理体系及相关认证。走品牌之路，是公司做大做强的必经之路。

6) 绿色发展

绿色发展是对未来公司增长和发展方式的要求，即追求公司的增长模式由目前的粗放型向集约型转变，公司发展速度注重稳健和可持续性并行，在实现 5 年目标的同时，为企业远期目标的规划和执行打牢基础。绿色发展不仅强调公司营业额和利润额的增长，还强调营业额和利润额的质量，强调公司业务结构和产品结构的优化，强调企业社会责任和企业目标的同步实现，强调以客户为中心的服务质量的提升。

总体目标——财务指标：扩大公司业务规模，提高业务质量，增强与供应商、上游服务商的议价能力。产品指标：充分利用金融危机带来的产业调整的机会，调整公司产品结构，侧重绿色产品，如光伏产品、风能产品；侧重于从境外进口资源，如煤炭、矿产，服务国家建设，做资源节约型企业。社会责任：打造环境友好型企业，承担环保责任，实现公司发展目标与社会责任的统一。

地址：北京市海淀区首体南路9号主语商务中心
　　　4 号楼17 层
邮编：100048

17 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009692


中建材国际贸易有限公司
CNBM International Corporation

**（二）企业发展指导思想。**

公司以黄安中总经理提出的"决策科学化、管理精细化、作业流程化"作为企业发展的指导思想，建立健全公司的决策层制度体系、管理层制度体系、作业层制度体系。

1. 坚持以出口业务为第一主业不动摇，推动光伏与钢材两个大宗出口产品再上新台阶，积极扶持传统建材和建筑机械等高利润产品业务。

2. 稳妥经营进口业务，以控制风险为先，以加快资金回收为本，稳妥经营。在现有煤炭、塑料的基础上，开展新产品的进口探索，目前我们已获得燃料油进口资质，美国公司已获得废钢 AQSIQ 证书，以及国内收货人资质。

3. 内贸业务在保持适度规模的前提下，以盈利为第一要务。

4. 在总公司"重塑商业模式、做一个有根的企业"的指导思想下，以在根据地市场"生根"、传统出口贸易"留根"、大宗商品"筑根"、钢材内贸"寻根"、易单网在电子商务领域"聚根"、与上游供应链企业深度合作"盘根"等战略举措推进我公司由传统贸易公司向"有根"型企业转型。

**五、企业发展规划目标**

**（一）远景规划目标。**

公司未来的远景规划目标是成为建材及相关产品经销、流通领域的全球领先企业。

**（二）五年发展目标。**

公司规划在 2017 年实现销售收入 400 亿元，并且在出口、进口、内贸、海外本地化销售多个业务领域实现跨越式增长。初步实现建材及相关产品流通领域，具有全球资源整合能力的国际化知名公司。

地址：北京市海淀区首体南路9号主语商务中心
4 号楼 17 层
邮编：100048

18 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009693


中建材国际贸易有限公司
CNBM International Corporation

**（三）三年滚动发展规划目标及年度目标分解。**

**1. 总体目标。**

　　本规划期是公司正式实现向百亿销售额企业的跨越的一个时期，公司规划到本规划期末也就是 2017 年实现销售收入 400 亿元人民币，实现盈利 3 亿元人民币。

**2. 主业结构调整目标。**

　　文字叙述和表格，其中主业构成填报表 3-1。

表 3-1 2016 年（三年滚动规划期末）主业构成表

| 业务分类名称 | 资产 | | 主营业务收入 | | 利润总额 | | 在职职工（人） |
|---|---|---|---|---|---|---|---|
| | 数量（万元） | 比重（%） | 数量（万元） | 比重（%） | 数量（万元） | 比重（%） | |
| 主业： | | | | | | | |
| 板块 1（国际贸易） | 313000 | 100% | 4000000 | 100% | 30000 | 100% | 950 |

**3. 主要经济指标。**

表 3-2　（三年滚动规划期）主要产品（业务）量

| 序号 | 产品（业务）名称 | 单位 | 数量 | | | | | | | | |
| | | | 2015 年 | | | 2016 年 | | | 2017 年 | | |
| | | | 出口 | 进口 | 内贸 | 出口 | 进口 | 内贸 | 出口 | 进口 | 内贸 |
| 1 | 建材 | 万吨 | 250 | | | 300 | | | 700 | | |
| 2 | 钢材 | 万吨 | 26 | | 47 | 60 | | 100 | 100 | | 140 |
| 3 | 煤炭 | 万吨 | | 332 | | | 600 | | | 1200 | |
| 4 | 光伏产品 | 兆瓦 | 400 | | | 600 | | | 800 | | |

表 3-3　（三年滚动规划期）主要经济指标

地址：北京市海淀区首体南路9号主语商务中心
　　　4 号楼 17 层
邮编：100048

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009694

 中建材国际贸易有限公司
CNBM International Corporation

| 年　　　度 | 2015 年 | 2016 年 | 2017 年 |
|---|---|---|---|
| 主营业务收入（万元） | 1800000 | 2700000 | 4000000 |
| 利润总额（万元） | 14500 | 25000 | 35000 |
| 净利润（万元） | 10875 | 18750 | 26250 |
| 资产总额（万元） | 200000 | 250000 | 313000 |
| 国有资产总量（万元） | 163200 | 190000 | 221000 |
| 净资产（万元） | 44000 | 60000 | 82000 |
| 所有者权益（万元） | 44000 | 60000 | 82000 |
| 成本费用总额（万元） | 2185000 | 2975000 | 4051000 |
| 人工成本（万元） | 9000 | 9500 | 10100 |
| 在岗职工（人） | 850 | 900 | 950 |
| 总资产报酬率（％） | 5.63 | 6 | 6.47 |
| 净资产收益率（％） | 25.57 | 25 | 24.7 |
| 资产负债率（％） | 78 | 76 | 73.8 |
| 国有资产保值增值率（％） | 115 | 120 | 120 |
| 固定资产投资总额（万元） | 368 | 500 | 700 |
| 年度科技支出总额（万元） | 5000 | 8000 | 12800 |
| 技术投入比率（％） | 0.23 | 0.27 | 0.32 |

**4. 产权结构调整目标。**

维持目前的产权结构，暂无调整计划。

---

地址：北京市海淀区首体南路9号主语商务中心
　　　4 号楼 17 层
邮编：100048

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009695



**5. 产品结构调整目标。**

表 3-4    （三年滚动规划期）主要产品（业务）的市场目标

| 主要产品 | 国内市场 | | | | | | 出口（海外业务） | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| （业务）名称 | 2015 年（规划期第一年） | | | 2017 年（规划期第三年） | | | 2015 年（规划期第一年） | | 2017 年（规划期第三年） | |
| | 数量 | 市场占有率 | 排名 | 数量 | 市场占有率 | 排名 | 数量 | 比重（%） | 数量 | 比重（%） |
| 钢材 | 47 万吨 | | | 140 万吨 | | | 2 万吨 | | 100 万吨 | |
| 煤炭 | 332 万吨 | | | 1200 万吨 | | | | | | |
| 光伏产品 | | | | | | | 400 兆瓦 | | 800 兆瓦 | |
| 机械设备 | | | | | | | 2 万台套 | | 6 万台套 | |
| 传统建材 | | | | | | | 80 万吨 | | 200 万吨 | |
| | | | | | | | | | | |

注：比重为出口产品（业务）占企业该项产品（业务）总量的比重。（单位：人民币）

**6. 企业组织结构调整目标。**

组织结构调整的目标是简单高效。本着根据业绩有升有降得原则对各个业务板块进行调整，职能板块在公司业绩翻三倍的情况下，尽量不增加人员，优化流程提高工作效率。职能部门中信息技术部和财务部人员比重最大，对信息技术部准备成立独立的子公司，进行独立核算。准备新增 5-10 个海外机构。

**7. 企业技术进步指标。**

1.　信息化投入比重加大

信息化投入总额的计算口径包含软件、硬件、网络、信息化培训、聘用专业 IT 技术人员发生的直接费用、通讯设备、维护费用投入，网站运营费用的投入。

信息化投入占公司贸利润的 5%以上。

地址：北京市海淀区首体南路9号主语商务中心
4 号楼 17 层
邮编：100048

21 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009696

 中建材国际贸易有限公司
CNBM International Corporation

2.    决策信息化水平

对于信息化支持决策的能力我们将逐步提高，以下有三个指标在未来三年中将逐步实现：

1）通过信息资源的开发利用，能为企业决策提供初步支持。

2）能开展数据分析处理，对各种决策方案进行优选，为企业决策提供有力的辅助支持。

3）采用人工智能专家系统，进入管理决策智能化。

3.    核心业务流程信息化水平

核心业务办公自动化基本实现线上操作，未来三年将达到的指标

1）信息化覆盖部分主要业务流程，业务流程自身及业务流程之间的信息流通不畅，在主要业务流程方面存在比较严重的信息孤岛现象。

2）信息化覆盖 80%以上的主要业务流程，并能实现及时充分的数据共享。

3）主要业务流程全部实现最优控制。

我们不断优化，然后固化，形成核心竞争力。

4.    网络营销应用率

在未来三年内，经电子商务产生的销售额会逐步加大，从电子商务产生的销售额或采购占到年业务量的 10%，20%，40%逐年增加的趋势。


## 8. 人力资源目标。

2014 年人力资源部要继续严格按编制控制员工数量；通过完善绩效评价体系，达到绩效管理应有效果，实现绩效管理的根本目的。人力资源部把公司绩效管理作为公司未来三年的重要工作内容，同步推进完善公司的薪酬管理工作。


## 9. 投资风险控制目标。

（1）    资产负债率控制目标。

我司 2014 年公司的资产负债率比较高，达到了 91%左右。这主要是因为 2014 年我司规模迅速扩大，期间业务量猛增，从而导致因业务产生的往来同比增长迅速，使得所有者权益增幅较大。我们在规划期内会着重控制债权性投资规模，并加大权益性的投资比重，并增加公司盈

地址：北京市海淀区首体南路9号主语商务中心
4 号楼 17 层
邮编：100048

22 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009697



利规模，从而在本规划期结束时将资产负债率控制在 80%左右。

（2）非主业投资控制目标。

根据当前行业发展情况、趋势和企业自身发展情况与阶段，本企业规划期内，非主业资产占企业总资产的比重不超过 10%，用于非主业投资占企业总投资的比重不超过 5%。

## 六、规划期内调整重点与实施计划

### （一）发展调整重点。

我公司的主业是建材及相关产品的贸易流通，公司主业将以建材、装饰装修材料、煤炭、太阳能产品、建筑工程机械、建材机械、钢材、铝产品为重点业务。

未来三年我公司的发展重点是开展建材商品的电子商务，以易单网为依托，以建材外贸进出口为业务主体，开展外贸电子商务，通过开发自有的 ETP 信息系统，打造具有自主知识产权的电子商务交易平台。转变传统的贸易形势，以电子商务、建材物流、供应链整合为主要内容的核心竞争力建设。将公司性质从传统的贸易公司转变为电子商务公司。

地址：北京市海淀区首体南路9号主语商务中心
　　　4 号楼 17 层
邮编：100048

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009698

 中建材国际贸易有限公司
CNBM International Corporation

**（二）实施计划。**

**1. 体制、机制创新计划**

1) 2015 年将实现易单网独立运营，并有计划、有选择的推出各项盈利及收费模式。规划到 2015 年将通过电子商务网站成交的客户比例提高到 40%。2016 年达到 60%。

2) 2015 年阿联酋、德国、美国等海外仓正式开始运营。公司的业务重点将逐渐从出口型外贸公司转变为供应链整合企业，通过整合产业链上下游资源，带领供应商逐渐走向国际化。

3) 公司将开发适合自身状况的信息系统，将电子商务、传统贸易管理、库存管理、E 物流、物联网等有机结合起来，使现在的贸易公司转变为高科技的电子商务公司。

**2. 组织结构调整和资源优化计划。**

2013 年业务部门人员和职能部门人员比为 5:1，2014 年在各项业务增加的情况下，优化业务流程，提高工作效率，将业务部门人员和职能部门人员比扩大到 6:1。通过绩效管理优化业务部门的合理配置。

**3. 产业和产品结构调整计划。**

公司在未来 3 年内，将继续扶持各类中小建材产品的出口，增强公司建材属性，确保传统建材主业地位；合理配置资源，优先发展以光伏产品为主的新能源产品，积极扶持节能保温产品的业务拓展，贯彻集团三新战略；重点发展煤炭、钢材等大建材产品，落实集团和总公司"大市场、大商品、大客户、大品牌"经营战略；大力开拓海外市场，积极建设海外业务平台，加大国内、海外物流基地建设，探索 E 物流管理模式。

地址：北京市海淀区首体南路9号主语商务中心
4 号楼 17 层
邮编：100048

24 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009699

 中建材国际贸易有限公司
CNBM International Corporation

**4. 投融资计划。**

### 表 4-1 （三年滚动规划期内）年度投资计划情况表

金额单位：万元

| 年度 | 计划总投资 | 按投资方向分 | | 按项目阶段分 | | 按资金来源分 | | | 备注 |
|------|-----------|------|--------|--------|------|----------------|------|------|------|
| | | 主业 | 非主业 | 新开工 | 续建 | 自有资金 | 贷款 | 其他 | |
| 2015年 | 1561 | 1561 | | | | 1561 | | | |
| 2016年 | 10150 | 10150 | | 10150 | | 3650 | 6500 | | |
| 2017年 | 5150 | 5150 | | 5150 | | 2150 | 3000 | | |
| 合计 | 16861 | 16861 | 0 | 15300 | | 7361 | 9500 | 0 | |

### 表 4-2 （三年滚动规划期内）年度主业重大投资项目计划表

年度：（2015 年）　　　　　　　　　　　　　　　金额单位：万元

| 编号 | 项目名称 | 项目主要内容 | 总投资（万元） | 其中:自有资金（万元） | 起始时间 | 完成时间 | 投资收益率（%） |
|------|---------|-------------|--------------|---------------------|---------|---------|----------------|
| 1 | 易单网-合同管理系统 | 易单网-合同管理系统 | 300 | 300 | 2015.1 | 2015.10 | |
| 2 | 巴西公司 | 巴西海外仓 | 150 | 150 | 2015.1 | 2015.12 | 12% |
| 3 | 智利公司 | 智利海外仓 | 60 | 60 | 2015.1 | 2015.12 | 12% |
| 4 | 缅甸公司 | 缅甸海外仓 | 30 | 30 | 2015.1 | 2015.12 | 12% |
| 5 | 巴林公司 | 巴林海外仓 | 60 | 60 | 2015.1 | 2015.12 | 12% |
| 6 | 科威特公司 | 科威特海外仓 | 60 | 60 | 2015.1 | 2015.12 | 12% |
| 7 | 阿曼公司 | 阿曼海外仓 | 60 | 60 | 2015.1 | 2015.12 | 12% |
| 8 | 卡塔尔公司 | 卡塔尔海外仓 | 60 | 60 | 2015.1 | 2015.12 | 12% |
| 9 | 沙特公司 | 沙特海外仓 | 60 | 60 | 2015.1 | 2015.12 | 12% |
| 合计 | | | 840 | 840 | | | |

年度：（2016 年）　　　　　　　　　　　　　　　金额单位：万元

| 编号 | 项目名称 | 项目主要内容 | 总投资（万元） | 其中:自有资金(万元) | 起始时间 | 完成时间 | 投资收益率（%） |
|------|---------|-------------|--------------|--------------------|---------|---------|----------------|

地址：北京市海淀区首体南路9号主语商务中心
　　　4 号楼 17 层
邮编：100048

25 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009700

 **CNBM** 中建材国际贸易有限公司
CNBM International Corporation

| 1 | 海外公司 | 海外仓 | 600 | 600 | 2016.1 | 2016.12 | 12% |
| 合计 | | | 600 | 600 | | | |

年度：（2017 年）　　　　　　　　　　　　　　　　金额单位：万元

| 编号 | 项目名称 | 项目主要内容 | 总投资（万元） | 其中：自有资金(万元) | 起始时间 | 完成时间 | 投资收益率（%） |
|---|---|---|---|---|---|---|---|
| 1 | 海外公司 | 海外仓 | 600 | 600 | 2017.1 | 2017.12 | 12% |
| 合计 | | | 600 | 600 | | | |

**表 4-2　（三年滚动规划期内）年度境外投资项目计划表**

| 编号 | 项目名称 | 项目主要内容 | 总投资（万元） | 其中：自有资金(万元) | 起始时间 | 完成时间 | 投资收益率（%） |
|---|---|---|---|---|---|---|---|
| 1 | 海外仓 | 海外仓 | 2040 | 2040 | 2015.1 | 2017.12 | 12 |
| 合计 | | | 2040 | 2040 | | | |

**5. 自主创新与科研开发计划。**

　　加强科技自主创新在集团公司的地位，讲求实用，提高信息化研发的商业效用，为企业创造高价值的同时，科技创造的收益真正成为科技投入的主体、技术开发和成果转化的主体、风险承担和创新受益的主体。以创新为驱动，引导公司加快建立现代企业制度，完善产权结构，对于核心技术申请专利、知识产权。

　　以虚拟化、云计算、物联网、网络银行、移动支付等革命性新技术，正在引导着 IT 商业价值不断提升。所以这些技术方向是我们未三年发展的重点，突破性技术在有限的资源下合理研究与开发，关键是要提高端信息技术的应用整合能力，提高集团的价值曲线，用电子商务易单网，开辟市场"蓝海"让企业挣脱红海市场竞争。提高物流供应链的掌控和管理能力，并且通过技术创新解决公司发展面临新问题、新风险、发展瓶颈等。

地址：北京市海淀区首体南路9号主语商务中心
　　　4 号楼17层
邮编：100048

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　CNBMUSA00009701



中建材国际贸易有限公司
CNBM International Corporation

## 6. 国际化经营计划。

　　充分利用好国内国际两个市场，利用国内和国际两种资源，积极参与并推进企业国际化，不仅是企业参与国际竞争的重要手段，更是增强竞争力，参与经济全球化活动的必然选择。

　　中建材国际这几年以来一直在孜孜不倦的在根据总公司的战略部署在海外设点。目前已经设立的海外点有：阿联酋公司，美国公司，俄罗斯公司，印度公司，印尼公司、伊朗办事处，沙特办事处。

公司未来 3 年的国际化经营目标，详见表格

| 海外点 | 2015 年 | 2016 年 | 2017 年 |
|---|---|---|---|
| 阿联酋 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 德国 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 美国 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 俄罗斯 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 智利 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 印度 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 印尼 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 缅甸 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 乌克兰 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 越南 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 巴西 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 沙特 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 巴林 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |

地址：北京市海淀区首体南路9号主语商务中心
4 号楼 17 层
邮编：100048

27 / 31

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential                                                                 CNBMUSA00009702

中建材国际贸易有限公司
CNBM International Corporation

| | | | |
|---|---|---|---|
| 阿曼 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 科威特 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |
| 卡塔尔 | 库存、进口+跨国贸易 | 融资、库存成熟、跨国贸易 | 融资、库存成熟、跨国贸易 |

**7.企业文化建设及其他计划。**

中建材国际倡导"创新、诚信、共享"的企业价值观，提倡谦恭、敬畏、感恩、得体的行为方式；提倡诚信、务实、低调的做事风格；提倡企业利益和社会利益的最佳结合；提倡合作共享的理念，尊重客户、尊重合作伙伴，在实现企业利益最大化的同时，充分考虑客户利益的最大化。在员工培训和日常工作中，我们都通过各种方式向员工传递我们的价值观，传递我们所推崇的企业文化。

**七、规划实施的保障措施及建议：**

**（一）、做一个"有根"的企业**

"随着经济全球化的形成，衡量一个企业竞争力的标准也从过去的规模大小转变为评价其在全球范围内调配资源能力的大小。作为中国最大的基础原材料主导企业，中国建材未来的发展方向必然是实现全球化经营。"

1．着力培育我们有优势的市场：

| 核心业务 | 市场培育措施 |
|---|---|
| 出口市场 | 阿联酋，中东地区、东亚、欧美地区等 |
| 光伏组件 | 俄罗斯，日本 |
| 动力煤 | 突出长三角市场 |
| 焦煤 | 主攻唐山市场，建设配煤中心 |

地址：北京市海淀区首体南路9号主语商务中心
4 号楼 17 层
邮编：100048

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009703



中建材国际贸易有限公司
CNBM International Corporation

2. 进一步明确各业务单元的专业化分工方向：

| 业务单元 | 专业化方向 |
|---|---|
| 中建材国际贸易 | 专业出口平台 |
| 易单网 | 电子商务 |
| 中建材国际阿联酋公司 | 海外仓（供应链整合） |
| 中建材国际越南公司 | 建筑，工程机械销售 |
| 巴西公司 | 海外仓（供应链整合） |
| 智利公司 | 海外仓（供应链整合） |
| 俄罗斯公司 | 海外仓（供应链整合） |
| 德国公司 | 海外仓（供应链整合） |
| 缅甸公司 | 海外仓（供应链整合） |
| 印尼公司 | 海外仓（供应链整合） |
| 越南公司 | 海外仓（供应链整合） |
| 巴林公司 | 海外仓（供应链整合） |
| 科威特公司 | 海外仓（供应链整合） |
| 阿曼公司 | 海外仓（供应链整合） |
| 卡塔尔公司 | 海外仓（供应链整合） |
| 沙特公司 | 海外仓（供应链整合） |
| 中建材国际美国公司 | 废钢销售和转口 |
| 中建材国际印尼公司 | 煤炭资源基地建设 |

地址：北京市海淀区首体南路9号主语商务中心
　　　4号楼17层
邮编：100048

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

29 / 31

Confidential

CNBMUSA00009704


中建材国际贸易有限公司
CNBM International Corporation

3．加强大宗产品的精细化管理：对光伏产品的业务拓展、焦煤产品的快速销售及加工增值、钢材内部业务的采购控制等工作推进管理精细化，提高业务的盈利能力与抗风险能力。

4．大力推进电子商务的发展：推进易单网的独立经营、探索创新盈利模式、与本部核心业务协同与互补，加速传统贸易模式转型升级。

5．改善资本结构，与有"根"的企业深度合作：与有技术竞争力的制造、再加工、工程等企业进行资本与技术合作，拓展我们的产业链一体化竞争力，逐步积累资本运营能力、向资本市场迈进。

6．严控风险，在企业的经营中，要严格按照黄总提出的"低风险，稳收益"的管理思路，把风险控制放在第一位。

7．精细管理，做好预算控制。经济环境恶化，资金及业务都萎缩时，每笔订单、每笔资金，都要精细核算，严加管控。　越是形势严峻，越是要加强预算管理。

## （二）、组织结构创新

基于小企业精神，我们打造的总部是小总部，或者说是轻总部。总部主要的功能有：制度流程管理、财务、信息系统、综合服务。总部本身也作为一个核算单元，各个业务单元作为一个个"小企业"在总部的支持和考核下成长、发展。

一个销售经理，随着他业绩的成长，公司给他配备的舞台有项目组、部门、事业部、分公司，直至单独一个企业平台。组织结构是为人才的成长而设，而绝不能成为限制甚至扼杀人才的工具。我们在组织结构的设置上充分弹性，高度关联员工的绩效考核，也高度贴近业务和市场变化。公司较为彻底的信息化运作，为这种组织结构的弹性设置创造了条件。

## （三）、业务发展方式创新

在业务发展方式上我们主要是两个思路，一是同心圆模式：　客户需求为圆心（或者说核心），通过给客户提供一揽子产品和增值服务，有效地创造价值，并开发新的业务领域。另外一个发展方式是以产品相关性为核心，随着外部市场变化及自身资源配置条件，不断调整、改变自己的业务边界，在稳定老业务的同时，不断开辟新的业务边疆。

---

地址：北京市海淀区首体南路9号主语商务中心
　　　4号楼17层
邮编：100048

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009705


CNBM International Corporation

**（四）、模式创新，打造百亿基业**

我们期待通过管理再造，能塑造出中建材国际自身的核心竞争力。具有核心竞争力的公司，其商业模式才会有持久的盈利能力。核心能力越强的企业，其模式创新的余地和空间就越大。我们要实现现货和期货两种业务方式互为依托，实体物流基地和虚拟网络现货两个平台比翼齐飞的全新业务模式。

**中建材国际贸易有限公司**
**2014 年 12 月 30 日**

地址：北京市海淀区首体南路9号主语商务中心
　　　4 号楼 17 层
邮编：100048

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

Confidential

CNBMUSA00009706