**Summary of CNBM International Contempt Period**
**Invoices, Contracts and Shipping Documents**

| Date of Contract | Buyer | Value of contract | Supporting Documents |
|---|---|---|---|
| 2014-7-14 | MB Industries | | CNBMUSA00022797-22799 |
| 2014-8-6 | RAYTEQ, LLC | $7,525.00 | CNBMUSA00012296; 19292 |
| 2014-8-6 | RAYTEQ, LLC | $4,511.57 | CNBMUSA00019293 |
| 2014-8-12 | Refractories, Inc. | $13,881.30 | CNBMUSA00011818-11819 |
| 2014-8-12 | Refractories, Inc. | $9,063.00 | CNBMUSA00011904-11905 |
| 2014-8-12 | Refractories, Inc. | $20,809.00 | CNBMUSA00011910-11911 |
| 2014-8-13 | Indetail, Inc. | $36,285.00 | CNBMUSA00011822-11825 |
| 2014-8-29 | Allied Mineral Products, Inc. | $16,891.10 | CNBMUSA00011840-11841 |
| 2014-9-5 | Refractories, Inc. | $1,797.00 | CNBMUSA00011884-11885 |
| 2014-9-12 | Sun Electronics Int'l, Inc. | $40,925.25 | CNBMUSA00011937-11938 |
| 2014-9-15 | Refractories, Inc. | $15,659.16 | CNBMUSA00011836-11837 |
| 2014-9-23 | Refractories, Inc. | $20,709.78 | CNBMUSA00011892-11893 |
| 2014-10-14 | Refractories, Inc. | $24,537.40 | CNBMUSA00011908-11909 |
| 2014-10-14 | Architechtural Iron Products | $2,060.00 | CNBMUSA00028724-28725 |
| 2014-10-31 | Refractories, Inc. | $24,985.80 | CNBMUSA00011882-11883 |
| 2014-11-4 | Refractories, Inc. | $26,091.75 | CNBMUSA00011916-11917 |
| 2014-11-5 | Refractories, Inc. | $14,468.20 | CNBMUSA00011842-11843 |
| 2014-11-6 | Refractories, Inc. | $26,138.70 | CNBMUSA00011912-11913 |
| 2014-12-10 | Refractories, Inc. | $18,616.32 | CNBMUSA00011870-11871 |
| 2014-12-25 | Refractories, Inc. | $20,958.84 | CNBMUSA00011830-11831 |
| 2015-1-13 | Allied Mineral Products, Inc. | $100.00 | CNBMUSA00011864-11865 |
| 2015-1-13 | Allied Mineral Products, Inc. | $6,377.86 | CNBMUSA00011866-11867 |
| **TOTAL CNBM INTERNATIONAL SALES** | | **$340,355.46** | |

```
CONTEMPT
Exhibit 169
```



# SALES CONFIRMATION

| | |
|---|---|
| **SELLER:** CNBM INTERNATIONAL CORPORATION | **S/C NO.: SAAE1114051** |
| **ADD:** FLOOR 17TH,NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA. | |
| **TEL:**0086-10-57512395   FAX:0086-10-57512572 | **DATE: JUN.16TH, 2014** |
| **BUYER: RAYTEQ LLC** | **PO NO.:** |
| ADD: 4237 MILL CREEK ROAD HEALDSBURG, CALIFORNIA, 95448 USA | |
| **TEL: 707-433-4970  FAX:707-433-4980** | **DATE: JUN.16TH, 2014** |

**1.** COMMODITY, QUANTITY AND VALUE.

| DESCRIPTION OF COMMODITY | QUANTITY | UNIT PRICE FOB QINGDAO | AMOUNT FOB QINGDAO |
|---|---|---|---|
| | ROLLS | USD/ROLL | USD |
| 1. SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 25x610x7600mm WEIGHT: 128kg/m3±10% | 110 | US$13.18 | US$1,449.80 |
| | PCS | USD/PC | USD |
| 2. CERAMIC FIBER BOARD CLASSIFICATION TEMP: 1260℃ STD SIZE:25x1000x1200mm WEIGHT: 300kg/m3±10% 4 PIECES IN ONE BOX | 120 | US$17.58 | US$2,109.60 |
| 3. INSULATING FIRE BRICK CODE:GJM 23  SHAPE:STRAIGHT WEIGHT:0.55G/CM3±10% SIZE:230x114x65MM 480PCS/PALLET | 1920 | US$1.18 | US$2,265.60 |
| **TOTAL FOB PRICE** | | | **US$5,825.00** |

SAY TOTAL USD FIVE THOUSAND EIGHT HUNDRED AND TWENTY FIVE ONLY.

**2.** PACKAGE：1*20FCL
THE BLANKET AND BOARD WILL BE PUT INTO PLASTIC BAGS, THEN INTO CARTONS. THE IFB WILL BE PUT INTO CARTON BOX AND THEN PACKED BY PALLETS ENLACED WITH PP FILMS.

**3**. PRODUCTION STANDARD:
ALL PRODUCTION UNDER THIS SALES CONFIRMATON SHOULD CONFORM TO THE CHINA NATIONAL STANDARD.
IF THE BUYER AND SELLER ACCEPT THE TECHNICALDATA IN ADDENDA,THE PRODUCTION SHOULD BE  ACCORDING TO IT.

**4.** DOCUMENTS REQUIRED: B/L, INVOICE, PACKING LIST

**5.** LABEL INFORMATION: THE GOODS WILL BE LABELED ON THE "CMAX" TRADEMARK WHICH IS EXCLUSIVELY OWNED BY THE CNBM INTERNATIONAL CORPORATION.

**6.**PRODUCTION PERIOD: NORMALLY WITHIN 15 DAYS FOR BLANKET AND 30 DAYS FOR BOARD AND FIB.(IT DEPENDS ON ACTUAL PRODUCTION SCHEDULE.)

**7.** PORT OF LOADING: QINGDAO, CHINA.

**8.** PORT OF DESTINATION: CALIFORNIA, USA

**9.**TERMS OF PAYMENT: 50% DOWN PAYMENT BEFORE PRODUCTION, 50% BALANCE PAYMENT AGAINST THE BL COPY AT SIGHT.

10. FOB PRICE VALIDITY OF SALES CONFIRMATION: UNTIL JULY 16TH, 2014
11.VALID DATE OF CONFIRMATION：ONE WEEK
12. BANK DETAILS:
CHINA CITIC BANK H.O.GENERAL BANKING,BEIJING,CHINA
SWIFT CODE ▓▓▓▓▓▓
A/C No.:▓▓▓▓▓▓▓▓▓▓
ADDRESS: GUOXING MANSION, NO.22, SHOUTINANLU HAIDIAN DISTRICT, BEIJING, CHINA
FAX：010-88354590
TEL：010-88354589

**CNBMUSA:  Exhibit 604**

CNBMUSA00018981



**GENERAL CONDITIONS:**

(1) TRANSFER OF TITLE AND RISK: THE TITLE OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER AFTER THE SELLER RECIEVES THE FULL PAYMENT OF THE CONTRACT VALUE FROM THE BUYER.  THE RISK OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER FROM THE MOMENT OF THE COMMODITY BE LOADED ON BOARD.

(2) FORCE MAJEURE: IN CASE OF ANY EVENT, SUCH AS WAR AND NATURAL DISASTER AND ANY OTHER SUDDEN EVENTS, WHICH IS BEYOND CONTROL OF THE SELLER OR BUYER IS PREVENTING THE SELLER FROM DELIVERING OR MAKING AVAILABLE THE COMMODITY, THE PARTIES TO THIS CONTRACT SHALL BE RELIEVED FROM THE OBLIGATIONS HEREUNDER FOR SUCH PERIOD.  SHOULD SUCH PERIOD CONTINUE FOR MORE THAN THREE (3) MONTHS, THE BUYER OR SELLER SHALL HAVE THE OPTION OF CANCELLING THE CONTRACT PROVIDED THAT ANY SUCH NOTICE OF CANCELLATION IS IN WRITTING.

(3) INSPECTION & CLAIM: QUALITY SHOULD BE IN CONFORMITY WITH THE SPECIFICATION OF THE MANUFACTURER.  QUANTITY AND PACKING CONDITIONS SHOULD BE IN CONFORMITY WITH THE TERM IN THIS CONTRACT.  SHOULD THE QUALITY FOUND NOT IN CONFORMITY TO THE SPECIFICATION OF MANUFACTURER, OR SHOULD THE INSPECTED QUANTITY FOUND IN SHORTAGE, OR SHOULD THE PACKING FOUND DAMAGED, THE BUYER HAS THE RIGHT TO CLAIM TO THE SELLER. THE CLAIM, IF ANY, SHOULD BE PRESENTED TO SELLER WITHIN 30 DAYS AFTER CARGO'S ARRIVAL DATE TO THE PORT, TOGETHER WITH RELATED INSPECTION REPORT AND PHOTOS ISSUED AND PROVIDED BY A REPUTABLE INDEPENDENT SURVEYOR SUCH AS SGS.

(4) GOVERNING LAW AND DISPUTES RESOLUTION: THIS CONTRACT IS GOVERNED BY THE LAW OF THE PEOPLE'S REPUBLIC OF CHINA.  ANY DISPUTE ARISING OUT OF CONNECTION OR IN CONNECTION WITH THE SALES CONTRACT, INCLUDING DISPUTES ON ITS CONCLUSION, BINDING EFFECT, AMENDMENT AND TERMINATION, SHALL BE SETTLED THROUGH FRIENDLY NEGOTIATION.  IN CASE NO SETTLEMENT CAN BE REACHED, THE DISPUTE SHALL BE RESOLVED BY CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION (CIETAC). TO THE EXCLUSION OF THE ORDINARY COURTS BY AN ARBITRAL TRIBUNAL IN ACCORDANCE WITH THE ARBITRATION RULES OF CIETAC WITHOUT RECOURSE TO THE ORDINARY COURTS OF LAW.  SUCH ARBITRATION SHALL BE FINAL AND BINDING UPON BOTH PARTIES.  THE ARBITRATION FEES,UNLESS OTHERWISE AWARDED SHALL BE BORNED BY THE LOSING PARTY.

(5)  ANY AMENDMENTS AND SUPPLEMENTS TO THIS SALES CONFIRMATION SHALL BECOME EFFECTIVE ONLY IF THEY ARE MADE IN WRITING FORMALITY DOCUMENTS AND DULY SIGNED AND SEALED BY BOTH PARTIES.  ANY HAND WRITING AMENDMENTS ARE NOT ACCEPTED.

| Confirmed            (BUYER) | Confirmed                          (SELLER) |
|---|---|
| By: | By:CNBM INTERNATIONAL CORPORATION. |
| Name: | Name: Zhangjinsong |
| Title | Title: General Manager |

*Celine Zhang*

Authorized Signature

 CNBM   CNBM International Corporation

**ATTACHED DOCUMENT FOR SC Ref.SAAE1114051:**

**I.PRINTING MARKS:**





I.   INSULATING FIRE BRICK GJM23

II.  SIZE: 230x114x65MM

III. PCS/PALLET: 480

IV.  WEIGHT: 0.55G/CM$^3$

| GRADE | 1260℃ STD |
|---|---|
| SIZE | 25x1000x1200MM |
| QTY | 4 PCS |

CERAMIC FIBER BOARD

| | |
|---|---|
| Confirmed (BUYER) | Confirmed (SELLER) |
| By: | By:CNBM INTERNATIONAL CORPORATION |
| Name: | Name: Zhangjinsong |
| Title | Title: General Manager |

ADD: FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL
COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD,
HAIDIAN DISTRICT, BEIJING CHINA.
POSTCODE: 100044

TEL: +86-10-6879 6639
FAX: +86-10-6879 6500
WEBSITE: www.thermalcmax.com

CNBMUSA00018983



# SALES CONFIRMATION

| | |
|---|---|
| **SELLER:** CNBM INTERNATIONAL CORPORATION | **S/C NO.: SAAE1114051** |
| **ADD:** FLOOR 17TH,NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA. | |
| **TEL:**0086-10-57512395   FAX:0086-10-57512572 | **DATE: JUN.16TH, 2014** |
| **BUYER: RAYTEQ LLC** | **PO NO.:** |
| ADD: 4237 MILL CREEK ROAD HEALDSBURG, CALIFORNIA, 95448 USA | |
| **TEL: 707-433-4970  FAX:707-433-4980** | **DATE: JUN.16TH, 2014** |

**1.** COMMODITY, QUANTITY AND VALUE.

| DESCRIPTION OF COMMODITY | QUANTITY | UNIT PRICE FOB QINGDAO | AMOUNT FOB QINGDAO |
|---|---|---|---|
| | **ROLLS** | **USD/ROLL** | **USD** |
| **1. SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED** CLASSIFICATION TEMP: 1260℃ STD SIZE: 25x610x7600mm WEIGHT: 128kg/m3±10% | **110** | **US$13.18** | **US$1,449.80** |
| | **PCS** | **USD/PC** | **USD** |
| **2. CERAMIC FIBER BOARD** CLASSIFICATION TEMP: 1260℃ STD SIZE:25x1000x1200mm WEIGHT: 300kg/m3±10% 4 PIECES IN ONE BOX | **120** | **US$17.58** | **US$2,109.60** |
| **3. INSULATING FIRE BRICK** CODE:GJM 23  SHAPE:STRAIGHT WEIGHT:0.55G/CM3±10% SIZE:230x114x65MM 480PCS/PALLET | **1920** | **US$1.18** | **US$2,265.60** |
| | **QUANTITY** | **USD/20FCL** | **USD** |
| SEA FREIGHT: FROM QINGDAO, CHINA TO OAKLAND, CA, USA 1*20FCL | **1** | **US$1,700.00** | **US$1,700.00** |
| **TOTAL CFR PRICE** | | | **US$7,525.00** |

**SAY TOTAL USD SEVEN THOUSAND FIVE HUNDRED AND TWENTY FIVE ONLY.**

**2.** PACKAGE：1*20FCL
THE BLANKET AND BOARD WILL BE PUT INTO PLASTIC BAGS, THEN INTO CARTONS. THE IFB WILL BE PUT INTO CARTON BOX AND THEN PACKED BY PALLETS ENLACED WITH PP FILMS.

**3.** PRODUCTION STANDARD:
ALL PRODUCTION UNDER THIS SALES CONFIRMATON SHOULD CONFORM TO THE CHINA NATIONAL STANDARD.
IF THE BUYER AND SELLER ACCEPT THE TECHNICALDATA IN ADDENDA,THE PRODUCTION SHOULD BE  ACCORDING TO IT.

**4.** DOUCUMENTS REQUIRED: B/L, INVOICE, PACKING LIST

**5.** LABEL INFORMATION: THE GOODS WILL BE LABELED ON THE "CMAX" TRADEMARK WHICH IS EXCLUSIVELY OWNED BY THE CNBM INTERNATIONAL CORPORATION.

10. FOB PRICE VALIDITY OF SALES CONFIRMATION: UNTIL JULY 16TH, 2014
11.VALID DATE OF CONFIRMATION：ONE WEEK
12. BANK DETAILS:
CHINA CITIC BANK H.O.GENERAL BANKING,BEIJING,CHINA
SWIFT CODE:▮▮▮▮▮▮
A/C No.:▮▮▮▮▮▮▮▮
ADDRESS：GUOXING MANSION, NO.22, SHOUTINANLU HAIDIAN DISTRICT, BEIJING, CHINA
FAX：010-88354590
TEL：010-88354589

CNBMUSA00019908



**6.** PRODUCTION PERIOD: NORMALLY WITHIN 15 DAYS FOR BLANKET AND 30 DAYS FOR BOARD AND FIB.(IT DEPENDS ON ACTUAL PRODUCTION SCHEDULE.)

**7.** PORT OF LOADING: QINGDAO, CHINA.

**8.** PORT OF DESTINATION: OAKLAND,CALIFORNIA, USA

**9.** TERMS OF PAYMENT: 50% DOWN PAYMENT BEFORE PRODUCTION, 50% BALANCE PAYMENT AGAINST THE BL COPY AT SIGHT.

**GENERAL CONDITIONS:**

(1) TRANSFER OF TITLE AND RISK: THE TITLE OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER AFTER THE SELLER RECIEVES THE FULL PAYMENT OF THE CONTRACT VALUE FROM THE BUYER.  THE RISK OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER FROM THE MOMENT OF THE COMMODITY BE LOADED ON BOARD.

(2) FORCE MAJEURE: IN CASE OF ANY EVENT, SUCH AS WAR AND NATURAL DISASTER AND ANY OTHER SUDDEN EVENTS, WHICH IS BEYOND CONTROL OF THE SELLER OR BUYER IS PREVENTING THE SELLER FROM DELIVERING OR MAKING AVAILABLE THE COMMODITY, THE PARTIES TO THIS CONTRACT SHALL BE RELIEVED FROM THE OBLIGATIONS HEREUNDER FOR SUCH PERIOD.  SHOULD SUCH PERIOD CONTINUE FOR MORE THAN THREE (3) MONTHS, THE BUYER OR SELLER SHALL HAVE THE OPTION OF CANCELLING THE CONTRACT PROVIDED THAT ANY SUCH NOTICE OF CANCELLATION IS IN WRITTING.

(3) INSPECTION & CLAIM: QUALITY SHOULD BE IN CONFORMITY WITH THE SPECIFICATION OF THE MANUFACTURER. QUANTITY AND PACKING CONDITIONS SHOULD BE IN CONFORMITY WITH THE TERM IN THIS CONTRACT.  SHOULD THE QUALITY FOUND NOT IN CONFORMITY TO THE SPECIFICATION OF MANUFACTURER, OR SHOULD THE INSPECTED QUANTITY FOUND IN SHORTAGE, OR SHOULD THE PACKING FOUND DAMAGED, THE BUYER HAS THE RIGHT TO CLAIM TO THE SELLER. THE CLAIM, IF ANY, SHOULD BE PRESENTED TO SELLER WITHIN 30 DAYS AFTER CARGO'S ARRIVAL DATE TO THE PORT, TOGETHER WITH RELATED INSPECTION REPORT AND PHOTOS ISSUED AND PROVIDED BY A REPUTABLE INDEPENDENT SURVEYOR SUCH AS SGS.

(4) GOVERNING LAW AND DISPUTES RESOLUTION: THIS CONTRACT IS GOVERNED BY THE LAW OF THE PEOPLE'S REPUBLIC OF CHINA.  ANY DISPUTE ARISING OUT OF CONNECTION OR IN CONNECTION WITH THE SALES CONTRACT, INCLUDING DISPUTES ON ITS CONCLUSION, BINDING EFFECT, AMENDMENT AND TERMINATION, SHALL BE SETTLED THROUGH FRIENDLY NEGOTIATION.  IN CASE NO SETTLEMENT CAN BE REACHED, THE DISPUTE SHALL BE RESOLVED BY CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION (CIETAC), TO THE EXCLUSION OF THE ORDINARY COURTS BY AN ARBITRAL TRIBUNAL IN ACCORDANCE WITH THE ARBITRATION RULES OF CIETAC WITHOUT RECOURSE TO THE ORDINARY COURTS OF LAW.  SUCH ARBITRATION SHALL BE FINAL AND BINDING UPON BOTH PARTIES. THE ARBITRATION FEES,UNLESS OTHERWISE AWARDED SHALL BE BORNED BY THE LOSING PARTY.

(5)  ANY AMENDMENTS AND SUPPLEMENTS TO THIS SALES CONFIRMATION SHALL BECOME EFFECTIVE ONLY IF THEY ARE MADE IN WRITING FORMALITY DOCUMENTS AND DULY SIGNED AND SEALED BY BOTH PARTIES.  ANY HAND WRITING AMENDMENTS ARE NOT ACCEPTED.

| Confirmed          (BUYER) | Confirmed               (SELLER) |
|---|---|
| By: | By: CNBM INTERNATIONAL CORPORATION. |
| Name: | Name: Zhangjinsong |
| Title | Title: General Manager |

*Celine Zhang*
Authorized Signature

 CNBM   CNBM International Corporation

PAGE 1

**ATTACHED DOCUMENT FOR SC Ref.SAAE1114051:**

**I.PRINTING MARKS:**





I.     INSULATING FIRE BRICK GJM23

II.    SIZE: 230x114x65MM

III.   PCS/PALLET: 480

IV.    WEIGHT: 0.55G/CM$^3$

| | |
|---|---|
| GRADE | 1260℃  STD |
| SIZE | 25x1000x1200MM |
| QTY | 4 PCS |

| Confirmed | (BUYER) | Confirmed | (SELLER) |
|---|---|---|---|
| By: | | By:CNBM INTERNATIONAL CORPORATION | |
| Name: | | Name: Zhangjinsong | |
| Title | | Title: General Manager | |

Authorized Signature

ADD: FLOOR 17TH, NO. 4 BUILDING,  ZHUYU INTERNATIONAL
COMMERCIAL CENTER NO. 9 SHOUTI SOUTH ROAD,
 HAIDIAN DISTRICT,  BEIJING CHINA.
POSTCODE:  100044

TEL: +86-10-6879 6639
FAX: +86-10-6879 6500
WEBSITE: www. thermalcmax.com

CNBMUSA00019910



# SALES CONFIRMATION

| | | |
|---|---|---|
| **SELLER:** CNBM INTERNATIONAL CORPORATION | **S/C NO.: SAAE1114051** | |
| **ADD:** FLOOR 17TH,NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA. | | |
| **TEL:**0086-10-57512395   FAX:0086-10-57512572 | **DATE:** JUN.23RD, 2014 | |
| **BUYER:** RAYTEQ LLC | **PO NO.:  10849** | |
| ADD: 4237 MILL CREEK ROAD HEALDSBURG, CALIFORNIA, 95448 USA | | |
| **TEL: 707-433-4970  FAX:707-433-4980** | **DATE:** JUN.23RD, 2014 | |

**1.** COMMODITY, QUANTITY AND VALUE.

| DESCRIPTION OF COMMODITY | QUANTITY | UNIT PRICE FOB QINGDAO | AMOUNT FOB QINGDAO |
|---|---|---|---|
| | ROLLS | USD/ROLL | USD |
| 1. SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 25x610x7600mm WEIGHT: 128kg/m3±10% | 110 | US$13.18 | US$1,449.80 |
| | PCS | USD/PC | USD |
| 2. CERAMIC FIBER BOARD CLASSIFICATION TEMP: 1260℃ STD SIZE:25x1000x1200mm WEIGHT: 300kg/m3±10% 4 PIECES IN ONE BOX | 120 | US$17.58 | US$2,109.60 |
| 3. INSULATING FIRE BRICK CODE:GJM 23  SHAPE:STRAIGHT WEIGHT:0.55G/CM3±10% SIZE:230x114x65MM 480PCS/PALLET | 1920 | US$1.18 | US$2,265.60 |
| | QUANTITY | USD/20FCL | USD |
| SEA FREIGHT: FROM QINGDAO, CHINA TO OAKLAND, CA, USA 1*20FCL | 1 | US$1,700.00 | US$1,700.00 |
| **TOTAL CFR PRICE** | | | **US$7,525.00** |

**SAY TOTAL USD SEVEN THOUSAND FIVE HUNDRED AND TWENTY FIVE ONLY.**

**2.** PACKAGE：1*20FCL
THE BLANKET AND BOARD WILL BE PUT INTO PLASTIC BAGS, THEN INTO CARTONS. THE IFB WILL BE PUT INTO CARTON BOX AND THEN PACKED BY PALLETS ENLACED WITH PP FILMS.

**3**. PRODUCTION STANDARD:
ALL PRODUCTION UNDER THIS SALES CONFIRMATON SHOULD CONFORM TO THE CHINA NATIONAL STANDARD.
IF THE BUYER AND SELLER ACCEPT THE TECHNICALDATA IN ADDENDA,THE PRODUCTION SHOULD BE  ACCORDING TO IT.

**4.** DOUCUMENTS REQUIRED: B/L, INVOICE, PACKING LIST

**5.** LABEL INFORMATION: THE GOODS WILL BE LABELED ON THE "CMAX" TRADEMARK WHICH IS EXCLUSIVELY OWNED BY THE CNBM INTERNATIONAL CORPORATION.

10. FOB PRICE VALIDITY OF SALES CONFIRMATION: UNTIL JULY 23RD, 2014
11.VALID DATE OF CONFIRMATION：ONE WEEK
12.  BANK DETAILS:
CHINA CITIC BANK H.O.GENERAL BANKING,BEIJING,CHINA
SWIFT CODE：
A/C No.:
ADDRESS：GUOXING MANSION, NO.22, SHOUTINANLU HAIDIAN DISTRICT, BEIJING, CHINA
FAX：010-88354590
TEL：010-88354589

CNBMUSA00019395



**6.** PRODUCTION PERIOD: NORMALLY WITHIN 15 DAYS FOR BLANKET AND 30 DAYS FOR BOARD AND FIB.(IT DEPENDS ON ACTUAL PRODUCTION SCHEDULE.)

**7.** PORT OF LOADING: QINGDAO, CHINA.

**8.** PORT OF DESTINATION: OAKLAND,CALIFORNIA, USA**(THIS OCEAN FREIGHT SHIPMENT WILL DEPART FROM QINGDAO, CHINA AND TERMINATE DIRECTLY AT PORT OF OAKLAND, CALIFORNIA WITH NO OFFLOADING ELSEWHERE)**

**9.** TERMS OF PAYMENT:50% DOWN PAYMENT BY IMMEDIATE WIRE TRANSFER; 50% BALANCE TO BE PAID WITHIN 10 DAYS OF RECEIPT OF A COPY OF THE OCEAN BILL OF LADING

**GENERAL CONDITIONS:**

(1) TRANSFER OF TITLE AND RISK: THE TITLE OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER AFTER THE SELLER RECIEVES THE FULL PAYMENT OF THE CONTRACT VALUE FROM THE BUYER.  THE RISK OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER FROM THE MOMENT OF THE COMMODITY BE LOADED ON BOARD.

(2) FORCE MAJEURE: IN CASE OF ANY EVENT, SUCH AS WAR AND NATURAL DISASTER AND ANY OTHER SUDDEN EVENTS, WHICH IS BEYOND CONTROL OF THE SELLER OR BUYER IS PREVENTING THE SELLER FROM DELIVERING OR MAKING AVAILABLE THE COMMODITY, THE PARTIES TO THIS CONTRACT SHALL BE RELIEVED FROM THE OBLIGATIONS HEREUNDER FOR SUCH PERIOD.  SHOULD SUCH PERIOD CONTINUE FOR MORE THAN THREE (3) MONTHS, THE BUYER OR SELLER SHALL HAVE THE OPTION OF CANCELLING THE CONTRACT PROVIDED THAT ANY SUCH NOTICE OF CANCELLATION IS IN WRITTING.

(3) INSPECTION & CLAIM: QUALITY SHOULD BE IN CONFORMITY WITH THE SPECIFICATION OF THE MANUFACTURER. QUANTITY AND PACKING CONDITIONS SHOULD BE IN CONFORMITY WITH THE TERM IN THIS CONTRACT.  SHOULD THE QUALITY FOUND NOT IN CONFORMITY TO THE SPECIFICATION OF MANUFACTURER, OR SHOULD THE INSPECTED QUANTITY FOUND IN SHORTAGE, OR SHOULD THE PACKING FOUND DAMAGED, THE BUYER HAS THE RIGHT TO CLAIM TO THE SELLER. THE CLAIM, IF ANY, SHOULD BE PRESENTED TO SELLER WITHIN 30 DAYS AFTER CARGO'S ARRIVAL DATE TO THE PORT, TOGETHER WITH RELATED INSPECTION REPORT AND PHOTOS ISSUED AND PROVIDED BY A REPUTABLE INDEPENDENT SURVEYOR SUCH AS SGS.

(4) GOVERNING LAW AND DISPUTES RESOLUTION: THIS CONTRACT IS GOVERNED BY THE LAW OF THE PEOPLE'S REPUBLIC OF CHINA.  ANY DISPUTE ARISING OUT OF CONNECTION OR IN CONNECTION WITH THE SALES CONTRACT, INCLUDING DISPUTES ON ITS CONCLUSION, BINDING EFFECT, AMENDMENT AND TERMINATION, SHALL BE SETTLED THROUGH FRIENDLY NEGOTIATION.  IN CASE NO SETTLEMENT CAN BE REACHED, THE DISPUTE SHALL BE RESOLVED BY CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION (CIETAC), TO THE EXCLUSION OF THE ORDINARY COURTS BY AN ARBITRAL TRIBUNAL IN ACCORDANCE WITH THE ARBITRATION RULES OF CIETAC WITHOUT RECOURSE TO THE ORDINARY COURTS OF LAW.  SUCH ARBITRATION SHALL BE FINAL AND BINDING UPON BOTH PARTIES. THE ARBITRATION FEES,UNLESS OTHERWISE AWARDED SHALL BE BORNED BY THE LOSING PARTY.

(5)  ANY AMENDMENTS AND SUPPLEMENTS TO THIS SALES CONFIRMATION SHALL BECOME EFFECTIVE ONLY IF THEY ARE MADE IN WRITING FORMALITY DOCUMENTS AND DULY SIGNED AND SEALED BY BOTH PARTIES.  ANY HAND WRITING AMENDMENTS ARE NOT ACCEPTED.

| Confirmed          (BUYER) | Confirmed          (SELLER) |
|---|---|
| By: | By:CNBM INTERNATIONAL CORPORATION |
| Name: | Name: Zhangjinsong |
| Title | Title: General Manager |
| | Celine  Zhang |
| | Authorized Signature |
| | Date |

 CNBM   CNBM International Corporation

PAGE 1

**ATTACHED DOCUMENT FOR SC Ref.SAAE1114051:**

**I.PRINTING MARKS:**





I.      INSULATING FIRE BRICK GJM23

II.     SIZE: 230x114x65MM

III.    PCS/PALLET: 480

IV.     WEIGHT: 0.55G/CM$^3$

| | | |
|---|---|---|
| **GRADE** | 1260℃  STD | |
| **SIZE** | 25x1000x1200MM | |
| **QTY** | 4 PCS | |

CERAMIC FIBER BOARD

| Confirmed        (BUYER) | Confirmed        (SELLER) |
|---|---|
| By: | By:CNBM INTERNATIONAL CORPORATION |
| Name: | Name: Zhangjinsong |
| Title | Title: General Manager |

Authorized Signature

ADD: FLOOR 17TH, NO. 4 BUILDING,  ZHUYU INTERNATIONAL
COMMERCIAL CENTER NO. 9 SHOUTI SOUTH ROAD,
HAIDIAN DISTRICT, BEIJING CHINA.
POSTCODE: 100044

TEL: +86-10-6879 6639
FAX: +86-10-6879 6500
WEBSITE: www. thermalcmax.com

CNBMUSA00019397



中建材国际
CNBM International

# SALES CONFIRMATION

| | |
|---|---|
| **SELLER:** CNBM INTERNATIONAL CORPORATION | **S/C NO.: SAAE1114051** |
| **ADD:** FLOOR 17TH,NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA. | |
| **TEL:**0086-10-57512395   **FAX:**0086-10-57512572 | **DATE:** JUN.23RD, 2014 |
| **BUYER:** RAYTEQ LLC | **PO NO.:  10849** |
| ADD: 4237 MILL CREEK ROAD HEALDSBURG, CALIFORNIA, 95448 USA | |
| **TEL: 707-433-4970  FAX:707-433-4980** | **DATE: JUN.23RD, 2014** |

**1.** COMMODITY, QUANTITY AND VALUE.

| DESCRIPTION OF COMMODITY | QUANTITY | UNIT PRICE FOB QINGDAO | AMOUNT FOB QINGDAO |
|---|---|---|---|
| | ROLLS | USD/ROLL | USD |
| 1. SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 25x610x7600mm WEIGHT: 128kg/m3±10% | 110 | US$13.18 | US$1,449.80 |
| | PCS | USD/PC | USD |
| 2. CERAMIC FIBER BOARD CLASSIFICATION TEMP: 1260℃ STD SIZE:25x1000x1200mm WEIGHT: 300kg/m3±10% 4 PIECES IN ONE BOX | 120 | US$17.58 | US$2,109.60 |
| 3. INSULATING FIRE BRICK CODE:GJM 23  SHAPE:STRAIGHT WEIGHT:0.55G/CM3±10% SIZE:230x114x65MM 480PCS/PALLET | 1920 | US$1.18 | US$2,265.60 |
| | QUANTITY | USD/20FCL | USD |
| SEA FREIGHT: FROM QINGDAO, CHINA TO OAKLAND, CA, USA 1*20FCL | 1 | US$1,700.00 | US$1,700.00 |

| | |
|---|---|
| **TOTAL CFR PRICE** | **US$7,525.00** |

SAY TOTAL USD SEVEN THOUSAND FIVE HUNDRED AND TWENTY FIVE ONLY.

**2.** PACKAGE：1*20FCL
- THE BLANKET AND BOARD WILL BE PUT INTO PLASTIC BAGS, THEN INTO CARTONS. THE IFB WILL BE PUT INTO CARTON BOX AND THEN PACKED BY PALLETS ENLACED WITH PP FILMS.
- THE BRICK PALLETS AND THE CERAMIC FIBER BOARD SHOULD BE PLACED CLOSE TO THE CONTAINER DOOR.

**3.** PRODUCTION STANDARD:
ALL PRODUCTION UNDER THIS SALES CONFIRMATON SHOULD CONFORM TO THE CHINA NATIONAL STANDARD.
IF THE BUYER AND SELLER ACCEPT THE TECHNICALDATA IN ADDENDA,THE PRODUCTION SHOULD BE  ACCORDING TO IT.

**4.** DOUCUMENTS REQUIRED: B/L, INVOICE, PACKING LIST

**5.** LABEL INFORMATION: THE GOODS WILL BE LABELED ON THE "CMAX" TRADEMARK WHICH IS EXCLUSIVELY OWNED BY THE CNBM INTERNATIONAL CORPORATION.

10. FOB PRICE VALIDITY OF SALES CONFIRMATION: UNTIL JULY 23RD, 2014
11.VALID DATE OF CONFIRMATION：ONE WEEK
12. BANK DETAILS:
CHINA CITIC BANK H.O.GENERAL BANKING,BEIJING,CHINA
SWIFT CODE ███████
A/C No.:███████
ADDRESS：GUOXING MANSION, NO.22, SHOUTINANLU HAIDIAN DISTRICT, BEIJING, CHINA
FAX：010-88354590
TEL：010-88354589



**6.**PRODUCTION PERIOD: NORMALLY WITHIN 15 DAYS FOR BLANKET AND 30 DAYS FOR BOARD AND FIB.(IT DEPENDS ON ACTUAL PRODUCTION SCHEDULE.)

**7.** PORT OF LOADING: QINGDAO, CHINA.

**8.** PORT OF DESTINATION: OAKLAND,CALIFORNIA, USA**(THIS OCEAN FREIGHT SHIPMENT WILL DEPART FROM QINGDAO, CHINA AND TERMINATE DIRECTLY AT PORT OF OAKLAND, CALIFORNIA WITH NO OFFLOADING ELSEWHERE)**

**9.**TERMS OF PAYMENT:50% DOWN PAYMENT BY IMMEDIATE WIRE TRANSFER; 50% BALANCE TO BE PAID WITHIN 10 DAYS OF RECEIPT OF A COPY OF THE OCEAN BILL OF LADING

**GENERAL CONDITIONS:**

(1) TRANSFER OF TITLE AND RISK: THE TITLE OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER AFTER THE SELLER RECIEVES THE FULL PAYMENT OF THE CONTRACT VALUE FROM THE BUYER.  THE RISK OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER FROM THE MOMENT OF THE COMMODITY BE LOADED ON BOARD.

(2) FORCE MAJEURE: IN CASE OF ANY EVENT, SUCH AS WAR AND NATURAL DISASTER AND ANY OTHER SUDDEN EVENTS, WHICH IS BEYOND CONTROL OF THE SELLER OR BUYER IS PREVENTING THE SELLER FROM DELIVERING OR MAKING AVAILABLE THE COMMODITY, THE PARTIES TO THIS CONTRACT SHALL BE RELIEVED FROM THE OBLIGATIONS HEREUNDER FOR SUCH PERIOD.  SHOULD SUCH PERIOD CONTINUE FOR MORE THAN THREE (3) MONTHS, THE BUYER OR SELLER SHALL HAVE THE OPTION OF CANCELLING THE CONTRACT PROVIDED THAT ANY SUCH NOTICE OF CANCELLATION IS IN WRITTING.

(3) INSPECTION & CLAIM: QUALITY SHOULD BE IN CONFORMITY WITH THE SPECIFICATION OF THE MANUFACTURER. QUANTITY AND PACKING CONDITIONS SHOULD BE IN CONFORMITY WITH THE TERM IN THIS CONTRACT.  SHOULD THE QUALITY FOUND NOT IN CONFORMITY TO THE SPECIFICATION OF MANUFACTURER, OR SHOULD THE INSPECTED QUANTITY FOUND IN SHORTAGE, OR SHOULD THE PACKING FOUND DAMAGED, THE BUYER HAS THE RIGHT TO CLAIM TO THE SELLER. THE CLAIM, IF ANY, SHOULD BE PRESENTED TO SELLER WITHIN 30 DAYS AFTER CARGO'S ARRIVAL DATE TO THE PORT, TOGETHER WITH RELATED INSPECTION REPORT AND PHOTOS ISSUED AND PROVIDED BY A REPUTABLE INDEPENDENT SURVEYOR SUCH AS SGS.

(4) GOVERNING LAW AND DISPUTES RESOLUTION: THIS CONTRACT IS GOVERNED BY THE LAW OF THE PEOPLE'S REPUBLIC OF CHINA.  ANY DISPUTE ARISING OUT OF CONNECTION OR IN CONNECTION WITH THE SALES CONTRACT, INCLUDING DISPUTES ON ITS CONCLUSION, BINDING EFFECT, AMENDMENT AND TERMINATION, SHALL BE SETTLED THROUGH FRIENDLY NEGOTIATION.  IN CASE NO SETTLEMENT CAN BE REACHED, THE DISPUTE SHALL BE RESOLVED BY CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION (CIETAC), TO THE EXCLUSION OF THE ORDINARY COURTS BY AN ARBITRAL TRIBUNAL IN ACCORDANCE WITH THE ARBITRATION RULES OF CIETAC WITHOUT RECOURSE TO THE ORDINARY COURTS OF LAW.  SUCH ARBITRATION SHALL BE FINAL AND BINDING UPON BOTH PARTIES. THE ARBITRATION FEES,UNLESS OTHERWISE AWARDED SHALL BE BORNED BY THE LOSING PARTY.

(5)  ANY AMENDMENTS AND SUPPLEMENTS TO THIS SALES CONFIRMATION SHALL BECOME EFFECTIVE ONLY IF THEY ARE MADE IN WRITING FORMALITY DOCUMENTS AND DULY SIGNED AND SEALED BY BOTH PARTIES.  ANY HAND WRITING AMENDMENTS ARE NOT ACCEPTED.

| Confirmed          {BUYER} | Confirmed          (SELLER) |
|---|---|
| By: | By:CNBM INTERNATIONAL CORPORATION |
| Name: | Name: Zhangjinsong |
| Title | Title: General Manager |

CNBM INTERNATIONAL CORPORATION

Celine Zhang

Authorized Signature

CNBMUSA00028743

 CNBM   CNBM International Corporation

PAGE 1

**ATTACHED DOCUMENT FOR SC Ref.SAAE1114051:**

**I.PRINTING MARKS:**





I.      INSULATING FIRE BRICK GJM23

II.     SIZE: 230x114x65MM

III.    PCS/PALLET: 480

IV.     WEIGHT: 0.55G/CM$^3$

| | |
|---|---|
| GRADE | 1260℃ STD |
| SIZE | 25x1000x1200MM |
| QTY | 4 PCS |

CERAMIC FIBER BOARD

| | BUYER | | SELLER |
|---|---|---|---|
| Confirmed | (BUYER) | Confirmed | (SELLER) |
| By: | | By:CNBM INTERNATIONAL CORPORATION |
| Name: | | Name: Zhangjinsong |
| Title | | Title: General Manager |

Authorized Signature

ADD: FLOOR 17TH, NO. 4 BUILDING, ZHUYU INTERNATIONAL
COMMERCIAL CENTER NO. 9 SHOUTI SOUTH ROAD,
HAIDIAN DISTRICT, BEIJING CHINA.
POSTCODE: 100044

TEL: +86-10-6879 6639
FAX: +86-10-6879 6500
WEBSITE: www.thermalcmax.com

CNBMUSA00028744

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO:   RAYTEQ LLC
       4237 MILL CREEK ROAD HEALDSBURG,
       CALIFORNIA, 95448 USA
       TEL: 707-433-4970  FAX:707-433-4980

INVOICE NO.:   SAAE1114051
FROM:          QINGDAO, CHINA.
TO:            OAKLAND,CA
DATE:          2014-8-6

| Descriptions of Goods (Specifications) | Quantity | Unit Price CFR OAKLAND,CALIFORNIA, USA | Amount USD |
|---|---|---|---|
| 1. SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE: 25x610x7600mm<br>WEIGHT: 128kg/m3±10 % | 110 ROLLS | USD   13.1800   /ROLL | 1449.80 |
| 2. CERAMIC FIBER BOARD<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE:25x1000x1200mm<br>WEIGHT: 300kg/m3±10 %<br>4 PIECES IN ONE BOX | 120 PCS | USD   17.5800   /PCS | 2109.60 |
| 3. INSULATING FIRE BRICK<br>CODE:GJM 23  SHAPE:STRAIGHT<br>WEIGHT:0.55G/CM3±10%<br>SIZE:230x114x65MM<br>480PCS/PALLET | 1920 PCS | USD    1.1800   /PCS | 2265.60 |
| SEA FREIGHT: FROM QINGDAO, CHINA TO OAKLAND, CA, USA<br>1*20FCL | 1 | 1700.0000 | 1700.00 |
| TOTAL: | | - | 7525.00 |
| SHIPPING MARKS: | N/M | | |

**THE 50% BALANCE PAYMENT IS $3762.5**
BANK DETAILS: CHINA CITIC BANK H.O.GENERAL BANKING,BEIJING,CHINA
SWIFT CODE: ███████
A/C No.: ████████████
ADDRESS:  GUOXING MANSION, NO.22, SHOUTINANLU HAIDIAN DISTRICT, BEIJING, CHINA
FAX：010-88354590
TEL：010-88354589

CNBMUSA00012296

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO:   RAYTEQ LLC
      4237 MILL CREEK ROAD HEALDSBURG,
      CALIFORNIA, 95448 USA
      TEL: 707-433-4970  FAX:707-433-4980

INVOICE NO.:   SAAE1114051

FROM:          QINGDAO, CHINA.

TO:            OAKLAND,CA

DATE:          2014-8-6

| Descriptions of Goods (Specifications) | Quantity | Unit Price CFR OAKLAND,CALIFORNIA, USA | Amount USD |
|---|---|---|---|
| 1. SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE: 25x610x7600mm<br>WEIGHT: 128kg/m3±10 % | 110 ROLLS | USD   13.1800    /ROLL | 1449.80 |
| 2. CERAMIC FIBER BOARD<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE:25x1000x1200mm<br>WEIGHT: 300kg/m3±10 %<br>4 PIECES IN ONE BOX | 120 PCS | USD   17.5800    /PCS | 2109.60 |
| 3. INSULATING FIRE BRICK<br>CODE:GJM 23  SHAPE:STRAIGHT<br>WEIGHT:0.55G/CM3±10%<br>SIZE:230x114x65MM<br>480PCS/PALLET | 1920 PCS | USD    1.1800    /PCS | 2265.60 |
| SEA FREIGHT: FROM QINGDAO, CHINA TO OAKLAND, CA, USA<br>1*20FCL | 1 | 1700.0000 | 1700.00 |
| TOTAL: | | - | 7525.00 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00019292

**CNBM INTERNATIONAL CORPORATION**

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# PACKING LIST

TO:   RAYTEQ LLC
      4237 MILL CREEK ROAD HEALDSBURG,
      CALIFORNIA, 95448 USA
      TEL: 707-433-4970  FAX:707-433-4980

NO.:      SAAE1114051
FROM:     QINGDAO, CHINA.
TO:       OAKLAND,CA
DATE:     2014-8-6

| Descriptions of Goods (Specifications) | Packages PACKAGES | Gross Weight | Net Weight |
|---|---|---|---|
|  |  | KGS | |
| 1. SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE: 25x610x7600mm<br>WEIGHT: 128kg/m3±10 % | 110 | 1796.87 | 1631.87 |
| 2. CERAMIC FIBER BOARD<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE:25x1000x1200mm<br>WEIGHT: 300kg/m3±10 %<br>4 PIECES IN ONE BOX | 30 | 1125.00 | 1080.00 |
| 3. INSULATING FIRE BRICK<br>CODE:GJM 23  SHAPE:STRAIGHT<br>WEIGHT:0.55G/CM3±10%<br>SIZE:230x114x65MM<br>480PCS/PALLET | 4 | 1959.70 | 1799.70 |
| TOTAL: | 144 | 4881.57 | 4511.57 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00019293

# MB Industries, Inc.

**211 South Street, Philadelphia, Pennsylvania 19106, USA**
**Email: CM@MBIndustires.biz**
**Tel: 1 (513) 254-0135, Fax: 1 (866) 867-3904**

# Contract No. 071414-101C

**Buyer:**                                                                 **Date:** July 14, 2014
MB Industries, Inc.
211 South Street-#336
Philadelphia, Pennsylvania 19106
USA

**The Seller:**
CNBM INTERNATIONAL CORPORATION
Floor 17th, No.4 Building, Zhuyu International Commercial Center, No.9, Shouti South Road,Haidian
District, Beijing 100048, China.
Tel: 86-10-68796888
Fax: 86-10-68796668
Email: marketing@icnbm.com

---

The contract is entered into between the Sellers who agree to sell and the Buyers who agree to buy on
the following goods on the terms and conditions as set forth below:

## 1.  Goods Description / Quantity / Price / Delivery Time:

**Goods Description**:      PRIME NEWLY PRODUCED STEEL (Per MBI's Specifications)

**Specification**:          To be attached as an addendum for each order-Dated and signed by each party

**Market:**                  North America (Including USA, Canada and Mexico)

**Quantity**:               Up to 10000 MT per Month(2014). Extension possible per mutual agreement.

**Unit Price**:             USD to be determined and stated per addendum for each contract

**Billing:**                10% Cash Deposit with each order (Addendum).
                            Balance (90%) due within 45 days for receipt of cargo at destination port.

**Approximate total value of contract**:
                            USD (To be determined by product for each order/addendum)

**Shipment Time**:          Latest load ready date-Depends on product-To be stated in addendum


**Vessel Terms**: All cargoes sold on a CIFLO basis.  Marine/Cargo Insurance to be paid by seller.

## 2.  Quality Standard: Per addendum for each order

## 3.  Packaging: To be specified for each order-per addendum

Page **1** of **3**

CNBMUSA00022797

4.  **Producing Mill:** Election of mill to be at sellers option (MBI has right to recommend/assist

**Production Inspection:** Buyer has the right to have an "Independent" Inspection Company and/or metallurgist, and/or company representative available for inspection during the rolling and packaging.

5.  **Loading Port:** Per addendum

6.  **Port of Discharge:** MBI to advise per addendum

**Destination Warehouse:** All destination warehouses must be well established and insured facilities and where cargoes are well protected when indoor storage is required. Warehouses to be advised on arrival of each shipment where the cargo is to be held in the sellers account until released by delivery order. Warehouse name, address, contact names and contact numbers to be provided for each shipment. Seller reserves the right to inspect the warehouses prior to cargoes arrival and while cargo is in storage. Warehouses will vary from port to port and based on type of product (i.e. Different facilities might be used for different types of cargo-(Profiles, Coils, etc.)

7.  **Price Term:**    Exact contract (USD) total will be determined once we have the exact weight of each size when cargo is shipped from the mill to the load port.

8.  **Partial Shipment:** NOT ALLOWED (Sellers freight rates are based on full tonnage +/-5%)

9.  **Transshipment**: NOT ALLOWED

10. **Insurance:**    Seller to provide marine/cargo insurance until material is in the customers (Title) warehouse/final destination.

11. **Terms of payment:** 10% wired within 10 business days of receipt of an approved and signed contract (Addendum) for each order. Addendum to be numbered and dated for EACH separate order.

    Balance (90%) of CIFLO USD value due no later than 45 days after arrival of the vessel at the destination port.

---

## 12. General Terms and Conditions:

A)  **Quality/Quantity Claims:**

In case of quality discrepancy, claims should be filed by the Buyers within 21 days after arrival of the goods at the port of destination, while for quantity discrepancy, claims should be filed by the Buyers within 14 days after arrival of the goods at the port of destination. In any case, claims shall be accompanied with Survey Report issued by SGS. The inspection shall be carried out by SGS at discharging port. The SGS inspection report at destination is final for both parties on quantity, weight and quality. Franchise of 0.30% against B/L weight apply on discharging weight and no claim will be made to either the Buyer or the Seller for any deviation in weight within this franchise. Should the responsibility of the case under the claim be found to rest on the part of the Sellers, the Sellers shall, within 30 days after receipt of the claim, send to the Buyers their money via wire for the claim amount to Buyers account as provided in claim draft. It is understood that the Sellers shall not be liable for the discrepancy of the goods shipped due to causes for which the Insurance Company, Shipping Company, Transportation organization and/or Post Office are to be held responsible.

B) **Force Majeure**

CNBMUSA00022798

The sellers shall not be held responsible for failure of delay in delivery of the entire lot or a portion of the goods under this Contract in consequence of any accident of Force of Nature/Majeure.

**C)**   <u>**Governing Law:**</u>

The Contract shall be governed by, and construed in accordance with, the laws of Hong Kong SAR. The rules of the United Nations Convention on Contracts for the International Sale of Goods (Vienna, April 11, 1980) shall not be applicable.

**D)**   <u>**Arbitration:**</u>

Any dispute, controversy or claim arising out of or relating to this Contract, or the breach, termination or invalidity thereof shall be settled by arbitration in accordance with the UNCITRAL Arbitration Rules as at present in force.  The number of arbitrators shall be one.  The appointing authority shall be the Hong Kong International Arbitration Centre.  The place of arbitration shall be Hong Kong and the language of the arbitration shall be English.  The costs of legal representation and assistance of the successful party shall be borne by the unsuccessful party.

**F)**   The Buyers are requested to sign and return one copy of the Sales Contract and each(Addendum) immediately after receipt of the same (no later than 5 business days from receipt). Objection, if any, should be raised by the Buyers within 5 days after receipt of this Sales Contract. In the absence of which it is understood that the Buyer have accepted the terms and conditions of the Sales Contract.

**H)**   <u>**Other Terms and Conditions:**</u>

   **i)**   Buyer or buyers representative maintain the right to inspect the cargo while in production and at the load port.

   **iii)**   Any changes in the export rebate taxes will be the responsibility of the Seller.

**Buyer**: _____
          MB Industries, Inc.

**Sellers**:_____
          CNBM INTERNATIONAL CORPORATION

**Authorized Person:**

**Title:**

**Seal:**

**Date**:_____

**Authorized Person:**

**Title:**

**Seal:**

**Date**:_____

CNBMUSA00022799

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO: REFRACTORIES INC
12900 NYACK DR. HOUSTON, TEXAS 77089
TEL: 1-713-947-8010

INVOICE NO.: SAAE1514031

FROM: QINGDAO PORT, CHINA

TO: HOUSTON PORT,THE UNITED STATES

DATE: 2014-8-12

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF HOUSTON | Amount USD |
|---|---|---|---|
| 1.INSULATING FIRE BRICK CODE: GJM23 SHAPE: CORNER PIECE (SEE ATTACHED DRAWING 1) | 1000 PCS | USD 2.3200 /PC | 2320.00 |
| 2.INSULATING FIRE BRICK CODE: GJM23 SHAPE: CENTER PIECE (SEE ATTACHED DRAWING 2) | 250 PCS | USD 4.6500 /PC | 1162.50 |
| 3.HIGH ALUMINA BRICK CODE:AL70 SEE DRAWING NO.: KAW T-13017-6 | 400 PCS | USD 3.8000 /PC | 1520.00 |
| 4.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 50x610x3600mm WEIGHT: 128kg/m3 | 420 ROLLS | USD 21.1400 /ROLL | 8878.80 |
| TOTAL: | | - | 13881.30 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011818

**中建材国际贸易有限公司**
**商品出口通知单**

| 发票号 | SAAE1514031 | | 国外客户 | K DR. HOUSTON, TEXAS 7 | | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 出口国别 | TON PORT, THE UNITED ST | | 货源单位 | 东耐材集团国际贸易有限2 | | 出口时间 | | 2014-10-15 | | |
| 起运港 | QINGDAO PORT, CHINA | | 目的港 | TON PORT, THE UNITED ST | | 起航日期 | | 2014-10-17 | | |
| 批次 | 0 | | 运输方式 | | 海运 | 航程期限（天） | | 26 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | | 金额 | 运货费 | FOB |
| | 0 | 69022000 | 保温砖 | 1250 | 块 | USD | | 3,482.50 | | 3,482.50 |
| | 0 | 69022000 | 高铝砖 | 400 | 块 | 2320 | | 1,520.00 | | 1,520.00 |
| | 5 | 68061010 | 耐火陶瓷纤维毡 | 5901 | 千克 | 1162.5 | | 8,878.80 | 3164 | 5,714.80 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | 13,881.30 | 3164 | 10,717.30 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011819

**CNBM INTERNATIONAL CORPORATION**

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO:  REFRACTORIES INC
12900 NYACK DR. HOUSTON, TEXAS 77089
TEL: 1-713-947-8010

INVOICE NO.:     SAAE1514028

FROM:            XINGANG,CHINA

TO:              RENTON,THE UNITED STATES

DATE:            2014-8-12

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF RENTON | Amount USD |
|---|---|---|---|
| 1.FIRECLAY BRICK<br>CODE:RN40<br>SIZE:13.25"x4.438"x1.25"<br>(337x113x32mm) | 6490 PCS | USD   1.2800   /PC | 8307.20 |
| 2.FIRECLAY BRICK<br>CODE:RN40<br>SIZE:9"x4.438"x1.25"<br>(229x113x32mm) | 840 PCS | USD   0.9000   /PC | 756.00 |
| TOTAL: | | - | 9063.20 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011904

中建材国际贸易有限公司
商品出口通知单

| 发票号 | SAAE1514028 | 国外客户 | . DR. HOUSTON, TEXAS 7 | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|
| 出口国别 | ENTON, THE UNITED STATE | 货源单位 | 泉市林里耐火材料有限公 | 进口时间 | | 2014-8-31 | | |
| 起运港 | XINGANG, CHINA | 目的港 | ENTON, THE UNITED STATE | 起航日期 | | 2014-9-2 | | |
| 批次 | 0 | 运输方式 | 海运 | 航程期限（天） | | 18 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运货费 | FOB |
| | 0 | 69022000 | 粘土砖 | 7330 | 块 | USD | 9,063.20 | 2259 | 6,804.20 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | 9,063.20 | 2259 | 6,804.20 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011905

**CNBM INTERNATIONAL CORPORATION**

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO:  REFRACTORIES INC
12900 NYACK DR. HOUSTON, TEXAS
77089
TEL: 1-713-947-8010

INVOICE NO.:   SAAE1514021

FROM:   QINGDAO PORT, CHINA

TO:   HOUSTON PORT,THE UNITED STATES

DATE:   2014-8-12

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF HOUSTON | Amount USD |
|---|---|---|---|
| 1.ANCHOR BRICK ALP85<br>MARK NO.:K/R 1178M<br>SIZE AS DRAWING  IN ANNEX | 708 PCS | USD   10.7500   /PC | 7611.00 |
| 2.ANCHOR BRICK ALP85<br>MARK NO.:K/R 1678M<br>SIZE AS DRAWING  IN ANNEX | 256 PCS | USD   15.2700   /PC | 3909.12 |
| 3.ANCHOR BRICK ALP85<br>MARK NO.:K/R 1878M<br>SIZE AS DRAWING  IN ANNEX | 432 PCS | USD   17.1000   /PC | 7387.20 |
| 4.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE: 25x610x7200mm<br>WEIGHT: 128kg/m3 | 90 ROLLS | USD   21.1400   /ROLL | 1902.60 |
| TOTAL: | | - | 20809.92 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011910

中建材国际贸易有限公司
商品出口通知单

| 发票号 | SAAE1514021 | | 国外客户 | K DR. HOUSTON, TEXAS 7 | 贸易方式 | | | 自营 | |
|---|---|---|---|---|---|---|---|---|---|
| 出口国别 | TON PORT, THE UNITED ST | | 货源单位 | 东耐材集团国际贸易有限公司 | 出口时间 | | | 2014-9-5 | |
| 起运港 | QINGDAO PORT, CHINA | | 目的港 | TON PORT, THE UNITED ST | 起航日期 | | | 2014-9-5 | |
| 批次 | 0 | | 运输方式 | 海运 | 航程期限（天） | | | 24 | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运保费 | FOB |
| | 0 | 69022000 | 锚固砖 | 1396 | 块 | USD | 18,907.32 | 3121 | 15,786.32 |
| | 5 | 68061010 | 耐火陶瓷纤维毡 | 1264.5 | 千克 | USD | 1,902.60 | | 1,902.60 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | 20,809.92 | 3121 | 17,688.92 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011911

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO:
INDETAIL INC.
4305 215TH PL BAYSIDE, NEW YORK
11361-2936 UNITED STATES
TEL: 718 386 2233

INVOICE NO.:   SAAB3414005
&SAAB3414003-2

FROM:   SHENZHEN PORT,CHINA

TO:   NEW YORK,NY PORT,UNITED STATES

DATE:   2014-8-13

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF NEW YORK,NY PORT,UNITED STATES | Amount USD |
|---|---|---|---|
| Crimping Tool Specification:HT-51 | 1 PCS | USD   415.0000   /PC | 415.00 |
| DIN934 Hex Nut Specification:M8/ SS316 | 24000 PCS | USD   0.0600   /PC | 1440.00 |
| DIN1587 Cap Nut Specification:M8/ SS316 | 13200 PCS | USD   0.1500   /PC | 1980.00 |
| Micro Cable Specification:SS316/  D=5mm /  7*7 | 7000 M | USD   1.7814   /M | 12470.00 |
| Anchor Specification:A-W-5 | 12000 PCS | USD   1.6650   /PC | 19980.00 |
| TOTAL: | | - | 36285.00 |
| SHIPPING MARKS: | CNBM | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011822

中建材国际贸易有限公司
商品出口通知单

| 发票号 | AB3414005 &SAAB3414003 | 国外客户 | E, NEW YORK 11361-293 | | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|---|
| 出口国别 | YORK, NY PORT, UNITED ST | 货源单位 | 广州永轩紧固件有限公司 | | 出口时间 | | 2014-8-23 | | |
| 起运港 | SHENZHEN PORT, CHINA | 目的港 | YORK, NY PORT, UNITED ST | | 起航日期 | | 2014-8-25 | | |
| 批次 | 0 | 运输方式 | 海运 | | 航程期限（天） | | 23 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运保费 | 自由 |
| | 9 | 8203200000 | 液压钳 | 1 | 把 | USD | 415.00 | | 415.00 |
| | 5 | 7318160000 | 六角螺母 | 24000 | 支 | USD | 1,440.00 | | 1,440.00 |
| | 5 | 7318160000 | 盖形螺母 | 13200 | 支 | USD | 1,980.00 | | 1,980.00 |
| | 5 | 7312900000 | 细索 | 7000 | 米 | USD | 12,470.00 | | 12,470.00 |
| | 5 | 7312900000 | 索锚具 | 12000 | 支 | USD | 19,980.00 | 161 | 19,819.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | 36,285.00 | 161 | 36,124.00 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date

CNBMUSA00011823

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO:
INDETAIL INC.
4305 215TH PL BAYSIDE, NEW YORK
11361-2936 UNITED STATES
TEL: 718 386 2233

INVOICE NO.: SAAB3414005
&SAAB3414003-2

FROM: SHENZHEN PORT,CHINA

TO: NEW YORK,NY PORT,UNITED STATES

DATE: 2014-8-13

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF NEW YORK,NY PORT,UNITED STATES | Amount USD |
|---|---|---|---|
| Crimping Tool Specification:HT-51 | 1 PCS | USD 415.0000 /PC | 415.00 |
| DIN934 Hex Nut Specification:M8/ SS316 | 24000 PCS | USD 0.0600 /PC | 1440.00 |
| DIN1587 Cap Nut Specification:M8/ SS316 | 13200 PCS | USD 0.1500 /PC | 1980.00 |
| Micro Cable Specification:SS316/ D=5mm / 7*7 | 7000 M | USD 1.7814 /M | 12470.00 |
| Anchor Specification:A-W-5 | 12000 PCS | USD 1.6650 /PC | 19980.00 |
| TOTAL: | | - | 36285.00 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011824

### 中建材国际贸易有限公司
### 商品出口通知单

| 发票号 | AB3414005 &SAAB3414003 | 国外客户 | E, NEW YORK 11361-293 | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|
| 出口国别 | YORK, NY PORT, UNITED ST | 货源单位 | 广州永轩紧固件有限公司 | 出口时间 | | 2014-8-23 | | |
| 起运港 | SHENZHEN PORT,CHINA | 目的港 | YORK,NY PORT,UNITED ST | 起航日期 | | 2014-8-25 | | |
| 批次 | 0 | 运输方式 | 海运 | 航程期限（天） | | 23 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运保费 | 自由 |
| | 5 | 8203200000 | 液压钳 | 1 | 把 | USD | 415.00 | | 415.00 |
| | 5 | 7318160000 | 六角螺母 | 24000 | 支 | USD | 1,440.00 | | 1,440.00 |
| | 5 | 7318160000 | 盖形螺母 | 13200 | 支 | USD | 1,980.00 | | 1,980.00 |
| | 5 | 7312900000 | 细索 | 7000 | 米 | USD | 12,470.00 | | 12,470.00 |
| | 5 | 7312900000 | 索锚具 | 12000 | 支 | USD | 19,980.00 | 161 | 19,819.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | 36,285.00 | 161 | 36,124.00 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date

CNBMUSA00011825

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO: ALLIED MINERAL PRODUCTS, INC.
2700 SCIOTO PARKWAY, COLUMBUS, OHIO 43221 USA
TEL: 001 614 8760244  FAX: 001 614 9214294

INVOICE NO.:  SAAE1114061

FROM:  QINGDAO PORT, CHINA.

TO:  PORTLAND,OR PORT,UNITED STATES

DATE:  2014-8-29

| Descriptions of Goods (Specifications) | Quantity | Unit Price FOB QINGDAO | Amount USD |
|---|---|---|---|
| 1.CERAMIC FIBER BOARD CLASSICIFICATION TEMP:1260℃ STD SIZE:52X1200X1200MM WEIGHT:280KG/M3 2PCS/CTN | 130 PCS | USD   34.4600   /PC | 4479.80 |
| 2.ANCHOR BRICK ALP85 MARK NO.:K/R 878M WEIGHT:6.65KG/PC SIZE AS DRAWING  IN ANNEX | 648 PCS | USD   6.7900   /PC | 4399.92 |
| 3.ANCHOR BRICK ALP85 MARK NO.:K/R 1038M WEIGHT:7.87KG/PC SIZE AS DRAWING  IN ANNEX | 372 PCS | USD   8.0300   /PC | 2987.16 |
| 4.ANCHOR BRICK ALP85 MARK NO.:K/R 1178M WEIGHT:8.93KG/PC SIZE AS DRAWING  IN ANNEX | 354 PCS | USD   9.1100   /PC | 3224.94 |
| 5.ZGN42 9X4.5X2.5" STRAIGHT 42% WEIGHT:3.82KG/PC 384 PCS/PALLET | 1152 PCS | USD   1.6400   /PC | 1889.28 |
| TOTAL: | | - | 16981.10 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011840

## 中建材国际贸易有限公司
## 商品出口通知单

| 发票号 | SAAE1114061 | 国外客户 | COLUMBUS, OHIO 43221 | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|
| 出口国别 | LAND, OR PORT, UNITED ST | 货源单位 | 封德盛耐火材料有限公司 | 出口时间 | | 2014-9-23 | | |
| 起运港 | QINGDAO PORT, CHINA. | 目的港 | LAND, OR PORT, UNITED ST | 起航日期 | | 2014-9-25 | | |
| 批次 | 0 | 运输方式 | | 海运 | 航程期限（天） | | 30 | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运货费 | FOB |
| | 5 | 68061010 | 耐火陶瓷纤维板 | 2725.63 | 千克 | USD | 4,479.80 | 0 | 4,479.80 |
| | | 69022000 | 锆固砖 | 1374 | 块 | USD | 10,612.02 | | 10,612.02 |
| | | 69022000 | 粘土砖 | 1152 | 块 | USD | 1,889.28 | | 1,889.28 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | 16,981.10 | 0 | 16,981.10 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011841

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO:  REFRACTORIES INC
12900 NYACK DR. HOUSTON, TEXAS
77089
TEL: 1-713-947-8010

INVOICE NO.:    SAAE1114032

FROM:        SHANGHAI, CHINA

TO:            WEST MONROE,LA,USA

DATE:          2014-9-5

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF WEST MONROE | Amount USD |
|---|---|---|---|
| 1.INSULATING FIREBRICK GJM26 HS CLASSIFICATION TEMPERATURE≤2550℉ SIZE:9"X4.5"X1.5" (229X114X38mm) BULK DENSITY:1.3g/cm3 PACKAGE:768 PCS PER PALLET  NO BOXES | 13824 PCS | USD    0.1300    /PC | 1797.12 |
| TOTAL: | | - | 1797.12 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

*Authorized Signature*

Date:

CNBMUSA00011884

**中建材国际贸易有限公司**
**商品出口通知单**

| 发票号 | SAAE1114032 | | 国外客户 | K DR. HOUSTON, TEXAS | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|---|
| 出口国别 | WEST MONROE, LA, USA | | 货源单位 | 华东瑞泰科技有限公司 | 出口时间 | | 2014-9-17 | | |
| 起运港 | SHANGHAI, CHINA | | 目的港 | WEST MONROE, LA, USA | 起航日期 | | 2014-9-19 | | |
| 批次 | 0 | | 运输方式 | 海陆联运 | 航程期限（天） | | 28 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运保费 | 户电 |
| | 0 | 69022000 | 保温砖 | 13824 | 块 | USD | 1,797.12 | 202 | 1,595.12 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | 1,797.12 | 202 | 1,595.12 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

.............................................
Authorized Signature

Date:

CNBMUSA00011885

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH,NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER,NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING,100048, CHINA   TEL:0086-10-68796516          FAX:0086-10-68796655

# COMMERCIAL INVOICE

TO: Sun Electronics Int. Inc.
Add:16725 N.W. 20th Ave. Miami, Florida 33056 Atten: Rosa and John-SPI Show Samples Tel. 305 -536-9917 Cell 305-710-9645

INVOICE NO.:       SAAF023114055

FROM:              SHANGHAI PORT,CHINA

TO:                MIAMI PORT,UNITED STATES

DATE:              12-Sep-14

| Descriptions of Goods (Specifications) | Quantity | | Unit Price CIF MIAMI | | | Amount USD |
|---|---|---|---|---|---|---|
| SOLAR PANEL OUTPUT: 20W-145W BRAND: N/M QUANTITY:1230PCS | 1230 | PCS | USD | 33.2726 | /PC | 40925.25 |
| TOTAL: | 1230 PCS | | - | | | 40925.25 |
| SHIPPING MARKS: | N/M | | | | | |



中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION
张 春 花
Date:                    Authorized Signature

CNBMUSA00011937

中建材国际贸易有限公司
商品出口通知单

| 发票号 | SAAF023114055 | 国外客户 | 20th Ave, Miami, Florida 33056 Atten: | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|
| 出口国别 | MIAMI PORT, UNITED STATES | 货源单位 | 江苏国阳光电科技有限公司 | 出口时间 | | 2014-9-19 | | |
| 起运港 | SHANGHAI PORT, CHINA | 目的港 | MIAMI PORT, UNITED STATES | 起航日期 | | 2014-9-19 | | |
| 批次 | 0 | 运输方式 | 海运 | 航程期限（天） | | 34 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 挡发票 | 总价 |
| | 17 | 8541402000 | 太阳能组件 | 1230 | 个 | USD | 40,925.25 | 3670 | 37,255.25 |



CNBMUSA00011938

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO: REFRACTORIES INC
12900 NYACK DR. HOUSTON, TEXAS 77089
TEL: 1-713-947-8010

INVOICE NO.:   SAAE1514036
FROM:   QINGDAO PORT, CHINA
TO:   HOUSTON PORT,THE UNITED STATES
DATE:   2014-9-15

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF HOUSTON | Amount USD |
|---|---|---|---|
| 1. FIRE CLAY BRICK<br>CODE: RN40<br>SIZE: 9" x4.5" x 3" STRT.<br>（229x114x76mm） | 1344 PCS | USD   1.6000   /PC | 2150.40 |
| 2. FIRE CLAY BRICK<br>CODE: RN40<br>SIZE: 9" x 4.5" x 2.5" STRT.<br>（229x114x64mm） | 1536 PCS | USD   1.3000   /PC | 1996.80 |
| 3.CERAMIC FIBER CLOTH REINFORCED WITH STAINLESS STEEL FIBER<br>CODE: CLS3-1-30<br>SIZE: 1/8" x 39" x 99"(3mm*1m*30m) | 12 ROLLS | USD   230.0000   /ROLL | 2760.00 |
| 4.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE: 13x610x14400mm<br>WEIGHT: 128kg/m3 | 80 ROLLS | USD   21.1400   /ROLL | 1691.20 |
| 5.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE: 50x1220x3600mm<br>WEIGHT: 128kg/m3 | 167 ROLLS | USD   42.2800   /ROLL | 7060.76 |
| TOTAL: | | - | 15659.16 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011836

中建材国际贸易有限公司
商品出口通知单

| 发票号 | SAAE1514036 | 国外客户 | K DR. HOUSTON, TEXAS | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|
| 出口国别 | TON PORT, THE UNITED ST | 货源单位 | 淄博欣迪耐火材料有限公司 | 出口时间 | | 2014-9-30 | | |
| 起运港 | QINGDAO PORT, CHINA | 目的港 | TON PORT, THE UNITED ST | 起航日期 | | 2014-10-3 | | |
| 批次 | 0 | 运输方式 | 海运 | 航程期限（天） | | 22 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运保费 | FOB |
| | 0 | 69022000 | 粘土砖 | 2880 | 块 | USD | 4,147.20 | | 4,147.20 |
| | 5 | 68061010 | 耐火陶瓷纤维布 | 540 | 千克 | USD | 2,760.00 | | 2,760.00 |
| | 5 | 68061010 | 耐火陶瓷纤维毯 | 5863.5 | 千克 | USD | 8,751.96 | 3531 | 5,220.96 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | 15,659.16 | 3531 | 12,128.16 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011837

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO: REFRACTORIES INC
12900 NYACK DR. HOUSTON, TEXAS
77089
TEL: 1-713-947-8010

INVOICE NO.: SAAE1514033

FROM: QINGDAO PORT, CHINA

TO: HOUSTON PORT,THE UNITED STATES

DATE: 2014-9-23

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF HOUSTON | | Amount USD |
|---|---|---|---|---|
| 1. CERAMIC FIBER BOARD CLASSIFICATION TEMP: 1260℃ STD SIZE: 2"x24"x36"(50x610x914mm) WEIGHT: 350kg/m3 | 400 SHEETS | USD 22.5000 | /SHEET | 9000.00 |
| 2. CERAMIC FIBER BOARD CLASSIFICATION TEMP: 1260℃ STD SIZE: 1"x24"x36"(25x610x914mm) WEIGHT: 350kg/m3 | 400 SHEETS | USD 11.2500 | /SHEET | 4500.00 |
| 3.CERAMIC FIBER PAPER CLASSIFICATION TEMP: 1260℃ STD SIZE:  1/16" x 24"(500SF/BOX) (1.5mm*610mm*76000mm) WEIGHT: 180kg/m3 | 3 ROLLS | USD 99.0000 | /ROLL | 297.00 |
| 4.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 25x610x7200mm WEIGHT: 128kg/m3 | 327 ROLLS | USD 21.1400 | /ROLL | 6912.78 |
| TOTAL: | | - | | 20709.78 |
| SHIPPING MARKS: | N/M | | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011892

中建材国际贸易有限公司
商品出口通知单

| 发票号 | SAAE1514033 | | 国外客户 | | DR. HOUSTON, TEXAS 7 | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 出口国别 | TON PORT, THE UNITED ST | | 货源单位 | | 烨耐火纤维有限公司微山 | 出口时间 | | 2014-9-30 | | |
| 起运港 | QINGDAO PORT, CHINA | | 目的港 | | TON PORT, THE UNITED ST | 起航日期 | | 2014-10-2 | | |
| 批次 | 0 | | 运输方式 | | 海运 | 航程期限（天） | | 22 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运费费 | FOB值 | |
| | 5 | 68061010 | 耐火陶瓷纤维板 | 5854.17 | 千克 | USD | 13,500.00 | 3231 | 10,269.00 | |
| | 5 | 68061010 | 耐火陶瓷纤维纸 | 37.5 | 千克 | USD | 297.00 | | 297.00 | |
| | 5 | 68061010 | 耐火陶瓷纤维毯 | 4594.35 | 千克 | USD | 6,912.78 | | 6,912.78 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | 20,709.78 | 3231 | 17,478.78 | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011893



# SALES CONFIRMATION

| | |
|---|---|
| **SELLER:** CNBM INTERNATIONAL CORPORATION | **S/C NO.:SAAE1514043** |
| **ADD:** FLOOR 17TH,NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA. | |
| **TEL:**0086-10-57512507  **FAX:**0086-10-57512572 | **DATE: OCT.14TH, 2014** |
| **BUYER:**REFRACTORIES INC | **P/O NO.: N/A** |
| **ADD:**12900 NYACK DR. HOUSTON, TEXAS 77089 | |
| **TEL:** 1-713-947-8010 | **DATE: OCT.14TH, 2014** |

1. COMMODITY, QUANTITY AND VALUE.

| DESCRIPTION OF COMMODITY | QUANTITY | UNIT PRICE CIF HOUSTON | AMOUNT CIF HOUSTON |
|---|---|---|---|
| | PCS | USD/PC | USD |
| 1.ANCHOR BRICK ALP85 MARK NO.:K/R 2178M SIZE AS DRAWING  IN ANNEX | 352 | US$19.80 | US$6,969.60 |
| 2.ANCHOR BRICK ALP85 MARK NO.:K/R 1678M SIZE AS DRAWING  IN ANNEX | 512 | US$15.27 | US$7,818.24 |
| 3.ANCHOR BRICK ALP85 MARK NO.:K/R 1338M SIZE AS DRAWING  IN ANNEX | 510 | US$12.10 | US$6,171.00 |
| TOTAL | | | US$20,958.84 |

SAY TOTAL USD TWENTY THOUSAND NINE HUNDRED AND FIFTY EIGHT CENTS EIGHTY FOUR ONLY

**2.** PACKAGE：1 X 20 FCL
THE ANCHOR BRICK WILL BE PUT ONTO HEAT TREATED PALLETS AND THEN INTO THE CONTAINER.

**3.** PRODUCTION STANDARD:
ALL PRODUCTION UNDER THIS SALES CONFIRMATON SHOULD CONFORM TO THE CHINA NATIONAL STANDARD.
IF THE BUYER AND SELLER ACCEPT THE TECHNICALDATA IN ADDENDA,THE PRODUCTION SHOULD BE  ACCORDING TO IT.
FOR REFRACTORY  BRICK, WHEN EDGE ≥230 mm,THE TOLERANCE IS ± 2mm;WHEN THE EDGE ＜ 230 mm,THE TOLERANCE IS ±1.5mm.AND THE TOLERANCE OF BULK DESITY IS -0.05g/cm3 ～+ 0.1g/cm3.

**4.** DOUCUMENTS REQUIRED: B/L. INVOICE. INSURANCE PAPER. PL.

**5.** LABEL INFORMATION: THE GOODS WILL BE LABELED ON THE "CMAX" TRADEMARK WHICH IS EXCLUSIVELY OWNED BY THE CNBM INTERNATIONAL CORPORATION.

**6.**PRODUCTION PERIOD:NORMALLY THE PRODUCTION WILL BE COMPLETED WITHIN 60 DAYS AFTER RECEIPT OF 40% PAYMENT.

**7.** PORT OF LOADING: QINGDAO PORT,CHINA

**8.** PORT OF DESTINATION: HOUSTON PORT,THE UNITED STATES

**9.**TERMS OF PAYMENT:  40% PAYMENT BEFORE PRODUCTION AND THE BALANCE TO BE PAID WITHIN 45 DAYS AFTER B/L DATE.

10. CIF PRICE VALIDITY OF SALES CONFIRMATION: UNTIL NOV.14TH,2014
11.VALID DATE OF CONFIRMATION:  ONE WEEK
 12.  BANK DETAILS:
CHINA CITIC BANK H.O.GENERAL BANKING,BEIJING,CHINA
SWIFT CODE:
A/C No.:
ADDRESS:  GUOXING MANSION, NO.22, SHOUTINANLU HAIDIAN DISTRICT, BEIJING, CHINA
FAX:  010-88354590
TEL:  010-88354589

GENERAL CONDITIONS:

CNBMUSA00018404



(1) TRANSFER OF TITLE AND RISK: THE TITLE OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER AFTER THE SELLER RECIEVES THE FULL PAYMENT OF THE CONTRACT VALUE FROM THE BUYER.  THE RISK OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER FROM THE MOMENT OF THE COMMODITY BE LOADED ON BOARD.

(2) FORCE MAJEURE: IN CASE OF ANY EVENT, SUCH AS WAR AND NATURAL DISASTER AND ANY OTHER SUDDEN EVENTS, WHICH IS BEYOND CONTROL OF THE SELLER OR BUYER IS PREVENTING THE SELLER FROM DELIVERING OR MAKING AVAILABLE THE COMMODITY, THE PARTIES TO THIS CONTRACT SHALL BE RELIEVED FROM THE OBLIGATIONS HEREUNDER FOR SUCH PERIOD. SHOULD SUCH PERIOD CONTINUE FOR MORE THAN THREE (3) MONTHS, THE BUYER OR SELLER SHALL HAVE THE OPTION OF CANCELLING THE CONTRACT PROVIDED THAT ANY SUCH NOTICE OF CANCELLATION IS IN WRITTING.

(3) INSPECTION & CLAIM: QUALITY SHOULD BE IN CONFORMITY WITH THE SPECIFICATION OF THE MANUFACTURER.  QUANTITY AND PACKING CONDITIONS SHOULD BE IN CONFORMITY WITH THE TERM IN THIS CONTRACT.  SHOULD THE QUALITY FOUND NOT IN CONFORMITY TO THE SPECIFICATION OF MANUFACTURER, OR SHOULD THE INSPECTED QUANTITY FOUND IN SHORTAGE, OR SHOULD THE PACKING FOUND DAMAGED, THE BUYER HAS THE RIGHT TO CLAIM TO THE SELLER. THE CLAIM, IF ANY, SHOULD BE PRESENTED TO SELLER WITHIN 30 DAYS AFTER CARGO'S ARRIVAL DATE TO THE PORT, TOGETHER WITH RELATED INSPECTION REPORT AND PHOTOS ISSUED AND PROVIDED BY A REPUTABLE INDEPENDENT SURVEYOR SUCH AS SGS.

(4) GOVERNING LAW AND DISPUTES RESOLUTION: THIS CONTRACT IS GOVERNED BY THE LAW OF THE PEOPLE'S REPUBLIC OF CHINA.  ANY DISPUTE ARISING OUT OF CONNECTION OR IN CONNECTION WITH THE SALES CONTRACT, INCLUDING DISPUTES ON ITS CONCLUSION, BINDING EFFECT, AMENDMENT AND TERMINATION, SHALL BE SETTLED THROUGH FRIENDLY NEGOTIATION.  IN CASE NO SETTLEMENT CAN BE REACHED, THE DISPUTE SHALL BE RESOLVED BY CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION (CIETAC), TO THE EXCLUSION OF THE ORDINARY COURTS BY AN ARBITRAL TRIBUNAL IN ACCORDANCE WITH THE ARBITRATION RULES OF CIETAC WITHOUT RECOURSE TO THE ORDINARY COURTS OF LAW.  SUCH ARBITRATION SHALL BE FINAL AND BINDING UPON BOTH PARTIES.  THE ARBITRATION FEES,UNLESS OTHERWISE AWARDED SHALL BE BORNED BY THE LOSING PARTY.

(5)  ANY AMENDMENTS AND SUPPLEMENTS TO THIS SALES CONFIRMATION SHALL BECOME EFFECTIVE ONLY IF THEY ARE MADE IN WRITING FORMALITY DOCUMENTS AND DULY SIGNED AND SEALED BY BOTH PARTIES.  ANY HAND WRITING AMENDMENTS ARE NOT ACCEPTED.

| Confirmed            (BUYER) | Confirmed                    (SELLER) |
| --- | --- |
| By: | By:CNBM INTERNATIONAL CORPORATION |
| Name: | Name: Zhangjinsong |
| Title | Title: General Manager |



Floor 17th, No.4 Building, Zhongu International Commercial Center,
No.9  Shouti South Road, Haidian District, Beijing 100048, China
Tel 0086-10-57512597  Fax 0086-10-57512573
www.thermaxcmax.com, www.okorder.com, www.icpcms.com

PAGE 1

## ATTACHED DOCUMENT FOR SC Ref.SAAE1514043:

## I. TECHNICAL DATA:

HIGH ALUMINA ANCHOR BRICK-ALP85

| Physical Properties: | Specifications | Typical |
|---|---|---|
| Bulk Density (g/cm$^3$) | $\geq$2.85 (179pcf) | 2.89 (180pcf) |
| Apparent Porosity (%) | $\leq$18 | 14.2 |
| Cold Crushing Strength (Mpa) | $\geq$80 (14513psi) | 139 (20174psi) |
| MOR (Mpa) | $\geq$20 (2903psi) | 28 (4064psi) |
| PLC (1550$^o$C (2642$^o$F)X3Hr) | -0.5 - +0.5 | 0.4 |
| Refractory Under Load ($^o$C) $T_{0.6}$ | 1450 (2640$^o$F) | 1550 (2822$^o$F) |
| **Chemical analysis:** | | |
| $Al_2O_3$ ,% | $\geqslant$82.00 | 82.00 |
| $Fe_2O_3$ ,% | $\leqslant$1.50 | 0.96 |
| P2O5,% | $\leqslant$3.00 | |

## II DRAWINGS



K/R 2178M



CNBM
CNBM International Corporation

CNBMUSA00018406



PAGE 2

## K/R 1678M



## K/R 1338M



| Confirmed | (BUYER) | Confirmed | (SELLER) |
|---|---|---|---|
| By: | | By:CNBM INTERNATIONAL CORPORATION | |
| Name: | | Name: Zhangjinsong | |
| Title | | Title: General Manager | |



## Ⅲ PACKING PRINTING MARK



| | |
|---|---|
| I. | ANCHOR BRICK ALP85 |
| II. | SIZE: K/R 2178M |
| III. | PCS/PALLET: 88 |
| IV. | PALLET NO.:1/11-4/11 |

**CMAX**

| | |
|---|---|
| I. | ANCHOR BRICK ALP85 |
| II. | SIZE: K/R 1678M |
| III. | PCS/PALLET: 128 |
| IV. | PALLET NO.: 5/11-8/11 |

**CMAX**

| | |
|---|---|
| I. | ANCHOR BRICK ALP85 |
| II. | SIZE: K/R 1338M |
| III. | PCS/PALLET: 170 |
| IV. | PALLET NO. 9/11-11/11 |

| Confirmed          (BUYER) | Confirmed          (SELLER) |
|---|---|
| By: | By:CNBM INTERNATIONAL CORPORATION |
| Name: | Name: Zhangjinsong |
| Title | Title: General Manager  |
| | Celine Zhang |
| | Authorized Signature |
| | Date |



CNBMUSA00018408

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO: REFRACTORIES INC
12900 NYACK DR. HOUSTON, TEXAS 77089
TEL: 1-713-947-8010

INVOICE NO.: SAAE1514043

FROM: QINGDAO PORT, CHINA

TO: HOUSTON PORT,THE UNITED STATES

DATE: 2014-12-25

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF HOUSTON | Amount USD |
|---|---|---|---|
| 1.ANCHOR BRICK ALP85 MARK NO.:K/R 2178M SIZE AS DRAWING IN ANNEX | 352 PCS | USD   19.8000   /PC | 6969.60 |
| 2.ANCHOR BRICK ALP85 MARK NO.:K/R 1678M SIZE AS DRAWING IN ANNEX | 512 PCS | USD   15.2700   /PC | 7818.24 |
| 3.ANCHOR BRICK ALP85 MARK NO.:K/R 1338M SIZE AS DRAWING IN ANNEX | 510 PCS | USD   12.1000   /PC | 6171.00 |
| TOTAL: | | - | 20958.84 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011830

**中建材国际贸易有限公司**
**商品出口通知单**

| 发票号 | SAAE1514043 | 国外客户 | K DR. HOUSTON, TEXAS 7 | 贸易方式 | | 自营 | |
|---|---|---|---|---|---|---|---|
| 出口国别 | TON PORT, THE UNITED ST | 货源单位 | 封德盛耐火材料有限公司 | 出口时间 | | 2014-12-31 | |
| 起运港 | QINGDAO PORT, CHINA | 目的港 | TON PORT, THE UNITED ST | 起航日期 | | 2015-1-1 | |
| 批次 | 0 | 运输方式 | | 海运 | 航程期限（天） | | 26 |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运货费 | FOB |
| | 0 | 69022000 | 锚固砖 | 1374 | 块 | USD | 20,958.84 | 3121 | 17,837.84 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | 20,958.84 | 3121 | 17,837.84 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011831

**CNBM INTERNATIONAL CORPORATION**

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO: REFRACTORIES INC
12900 NYACK DR. HOUSTON, TEXAS 77089
TEL: 1-713-947-8010

INVOICE NO.: SAAE1514042

FROM: QINGDAO PORT, CHINA

TO: HOUSTON PORT, THE UNITED STATES

DATE: 2014-10-14

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF HOUSTON | Amount USD |
|---|---|---|---|
| 1.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 25x102x7200mm WEIGHT: 128kg/m3 | 480 ROLLS | USD 3.5300 /ROLL | 1694.40 |
| 2.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 25x610x7200mm WEIGHT: 128kg/m3 | 445 ROLLS | USD 21.1400 /ROLL | 9407.30 |
| 4.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 50x610x3600mm WEIGHT: 128kg/m3 | 505 ROLLS | USD 21.1400 /ROLL | 10675.70 |
| 3.CERAMIC FIBER CLOTH REINFORCED WITH STAINLESS STEEL FIBER CODE: CLS3-1-30 SIZE: 1/8" x 39" x 99"(3mm*1m*30m) | 12 ROLLS | USD 230.0000 /ROLL | 2760.00 |
| TOTAL: | | - | 24537.40 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011908

中建材国际贸易有限公司
商品出口通知单

| 发票号 | SAAE1514042 | | 国外客户 | K DR. HOUSTON, TEXAS 7 | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|---|
| 出口国别 | TON PORT, THE UNITED ST | | 货源单位 | 东耐材集团国际贸易有限公 | 出口时间 | | 2014-10-21 | | |
| 起运港 | QINGDAO PORT, CHINA | | 目的港 | TON PORT, THE UNITED ST | 起航日期 | | 2014-10-23 | | |
| 批次 | 0 | | 运输方式 | 海运 | 航程期限（天） | | 26 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运货费 | FOB |
| | 5 | 68061010 | 耐火陶瓷纤维毯 | 14475.5 | 千克 | USD | 21,777.40 | 6325 | 15,452.40 |
| | 5 | 68061010 | 耐火陶瓷纤维布 | 540 | 千克 | USD | 2,760.00 | | 2,760.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | 24,537.40 | 6325 | 18,212.40 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011909

S/C NO:SAAB3414014

中建材国际贸易有限公司
CNBM International Corporation

# SALES CONFIRMATION
## (PROFORMA INVOICE)

| SELLER:CNBM INTERNATIONAL CORPORATION | S/C NO.:SAAB3414014 |
|---|---|
| ADD:FLOOR 17TH,NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTERNO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, | |
| TEL:0755-8860 8566     FAX:0755-8860 8565 | DATE: OCT.14TH,2014 |
| BUYER:ARCHITECTUREAL IRON PRODUCTS | |
| ADD: 10701 SE FOSTER RD, PORTLAND, OR ,USA 97266 | |
| TEL: 503 761 9840          FAX:503 777 7141 | |

**1. COMMODITY, QUANTITY AND VALUE.**

| NO. | DESCRIPTION OF COMMODITY | QUANTITY | UNIT PRICE FOB SHENZHEN | AMOUNT FOB SHENZHEN |
|---|---|---|---|---|
| 1 | Stainless steel cable Specification: 3mm/ 7*7/ SS316 | 3000 (m) | 0.52 | 1560.00 |
| 2 | Freight by SEA (FROM SHENZHEN, CHINA TO PORTLAND, USA) | | | USD 500.00 |
| TOTAL: | | | | USD 2060.00 |

**SAY TOTAL TWO THOUSAND AND SIXTY US DOLLARS  ONLY.**

| | |
|---|---|
| 2.PACKAGE: CARTON PACKING | 10.VALID DATE OF CONFIRMATION:2014-10-13 ~ 2014-10-20 |
| 3. SHIPPING MARKS: CNBM + AIP | 11.  BANK DETAILS:CHINA CITIC BANK H.O.GENERAL BANKING,BEIJING,CHINA ACCOUNT:███████ |
| 4. DOCUMENTS REQUIRED: 1,FULL SET(3/3) OF ORIGINAL CLEAN ON BOARD BILL OF LADING;2,ORIGINAL SIGNED COMMERCIAL INVOICE, IN 3 ORIGINALS AND 3 COPIES;3,ORIGINAL PACKING LIST IN 3 ORIGINALS AND 3 COPIES; | ADDRESS:GUOXING MANSION, NO.22, SHOUTINANLU HAIDIAN DISTRICT, BEIJING, CHINA SWIFT CODE:███████ |
| 5. LABEL INFORMATION:CNBM | FAX:010-88354590 TEL:010-88354589 |
| 6. SHIPMENT: Manufacture 20 DAYS AFTER DEPOSIT, shipping 27 days | |
| 7. PORT OF LOADING:SHENZHEN PORT,CHINA | |
| 8. PORT OF DESTINATION:PORTLAND PORT,UNITED STATES | |
| 9. TERMS OF PAYMENT:100%  ADVANCED PAYMENT BEFORE PRODUCTION | |
| 12.TRANSHIPMENT:  ALLOWED          13.PARTIAL SHIPMENT:  ALLOWED | |

GENERAL CONDITIONS:

(1) TRANSFER OF TITLE AND RISK:THE TITLE OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER AFTER THE SELLER RECIEVES THE FULL PAYMENT OF THE CONTRACT VALUE FROM THE BUYER. THE RISK OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER FROM THE MOMENT OF THE COMMODITY BE LOADED ON BOARD.

(2) FORCE MAJEURE:IN CASE OF ANY EVENT, SUCH AS WAR AND NATURAL DISASTER AND ANY OTHER SUDDEN EVENTS, WHICH IS BEYOND CONTROL OF THE SELLER OR BUYER IS PREVENTING THE SELLER FROM DELIVERING OR MAKING AVAILABLE THE COMMODITY, THE PARTIES TO THIS CONTRACT SHALL BE RELIEVED FROM THE OBLIGATIONS HEREUNDER FOR SUCH PERIOD.  SHOULD SUCH PERIOD CONTINUE FOR MORE THAN THREE (3) MONTHS, THE BUYER OR SELLER SHALL HAVE THE OPTION OF CANCELLING THE CONTRACT PROVIDED THAT ANY SUCH NOTICE OF CANCELLATION IS IN WRITTING.

CNBMUSA00028724

(3) INSPECTION & CLAIM:QUALITY SHOULD BE IN CONFORMITY WITH THE SPECIFICATION OF THE MANUFACTURER.QUANTITY AND PACKING CONDITIONS SHOULD BE IN CONFORMITY WITH THE TERM IN THIS CONTRACT.SHOULD THE QUALITY FOUND NOT IN CONFORMITY TO THE SPECIFICATION OF MANUFACTURER,OR SHOULD THE INSPECTED QUANTITY FOUNT IN SHORTAGE, OR SHOULD THE PACKING FOUND DAMAGED, THE BUYER HAS THE RIGHT TO CLAIM TO THE SELLER. THE CLAIM, IF ANY, SHOULD BE PRESENTED TO SELLER WITHIN 30 DAYS AFTER CARGO'S ARRIVAL DATE TO THE PORT, TOGETHER WITH RELATED INSPECTION REPORT AND PHOTOS ISSUED AND PROVIDED BY A REPUTABLE INDEPENDENT SURVEYOR SUCH AS SGS.

(4) GOVERNING LAW AND DISPUTES RESOLUTION:THIS CONTRACT IS GOVERNED BY THE LAW OF THE PEOPLE'S REPUBLIC OF CHINA. ANY DISPUTE ARISING OUT OF CONNECTION OR IN CONNECTION WITH THE SALES CONTRACT, INCLUDING DISPUTES ON ITS CONCLUSION, BINDING EFFECT, AMENDMENT AND TERMINATION, SHALL BE SETTLED THROUGH FRIENDLY NEGOTIATION. IN CASE NO SETTLEMENT CAN BE REACHED, THE DISPUTE SHALL BE RESOLVED BY CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION (CIETAC), TO THE EXCLUSION OF THE ORDINARY COURTS BY AN ARBITRAL TRIBUNAL IN ACCORDANCE WITH THE ARBITRATION RULES OF CIETAC WITHOUT RECOURSE TO THE ORDINARY COURTS OF LAW. SUCH ARBITRATION SHALL BE FINAL AND BINDING UPON BOTH PARTIES. THE ARBITRATION FEES,UNLESS OTHERWISE AWARDED SHALL BE BORNED BY THE LOSING PARTY.

(5)ANY AMENDMENTS AND SUPPLEMENTS TO THIS SALES CONFIRMATION SHALL BECOME EFFECTIVE ONLY IF THEY ARE MADE IN WRITING FORMALITY DOCUMENTS AND DULY SIGNED AND SEALED BY BOTH PARTIES. ANY HAND WRITING AMENDMENTS ARE NOT ACCEPTED.

| CONFIRMED                    (BUYER) | CONFIRMED                    (SELLER) |
|--------------------------------------|---------------------------------------|
| BY: ARCHITECTUREAL IRON PRODUCTS     | BY: CNBM INTERNATIONAL CORPORATION    |
| NAME:                                | NAME: ZHANGJINSONG                    |
| TITLE:                               | TITLE:  GENERAL MANAGER               |

CNBMUSA00028725

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO:　REFRACTORIES INC
　　　12900 NYACK DR.HOUSTON, TEXAS
　　　77089
　　　TEL: 1-713-947-8010

INVOICE NO.:　SAAE1514047

FROM:　　　　QINGDAO PORT , CHINA

TO:　　　　　HOUSTON PORT,THE UNITED STATES

DATE:　　　　2014-10-31

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF HOUSTON | Amount USD |
|---|---|---|---|
| 1.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1430℃ HZ SIZE: 25x610x7200mm WEIGHT: 128kg/m3 | 160 ROLLS | USD   38.5700   /ROLL | 6171.20 |
| 2.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 25x610x7200mm WEIGHT: 128kg/m3 | 890 ROLLS | USD   21.1400   /ROLL | 18814.60 |
| TOTAL: | | - | 24985.80 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011882

## 中建材国际贸易有限公司
## 商品出口通知单

| 发票号 | SAAE1514047 | | 国外客户 | DR.HOUSTON, TEXAS 770 | 贸易方式 | | 自营 | |
|---|---|---|---|---|---|---|---|---|
| 出口国别 | TON PORT,THE UNITED ST | | 货源单位 | 烨嘉火纤维有限公司微山 | 出口时间 | | 2014-11-5 | |
| 起运港 | QINGDAO PORT , CHINA | | 目的港 | TON PORT,THE UNITED ST | 起航日期 | | 2014-11-7 | |
| 批次 | 0 | | 运输方式 | 海运 | 航程期限（天） | | 23 | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运保费 | FOB |
| | 5 | 68061010 | 耐火陶瓷纤维毯 | 14757.1 | 千克 | USD | 24,985.80 | 6,645.00 | 18,340.80 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | 24,985.80 | 6645 | 18,340.80 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011883

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO:  REFRACTORIES INC
     12900 NYACK DR. HOUSTON, TEXAS
     77089
     TEL: 1-713-947-8010

INVOICE NO.: SAAE1514044

FROM: QINGDAO PORT,CHINA

TO: HOUSTON PORT,THE UNITED STATES

DATE: 2014-11-4

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF HOUSTON | | Amount USD |
|---|---|---|---|---|
| 1.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 50x1220x3600mm WEIGHT: 128kg/m3 | 52 ROLLS | USD 42.2800 | /ROLL | 2198.56 |
| 2.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 25x1220x7200mm WEIGHT: 128kg/m3 | 70 ROLLS | USD 43.4880 | /ROLL | 3044.16 |
| 4.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1430℃ HZ SIZE: 25x610x7200mm WEIGHT: 128kg/m3 | 128 ROLLS | USD 38.5700 | /ROLL | 4936.96 |
| 5.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1430℃ HZ SIZE: 50x610x3600mm WEIGHT: 128kg/m3 | 96 ROLLS | USD 38.5700 | /ROLL | 3702.72 |
| 3.CERAMIC FIBER CLOTH REINFORCED WITH STAINLESS STEEL FIBER CODE: CLS3-1-30 SIZE: 1/8" x 39" x 99"(3mm*1m*30m) | 12 ROLLS | USD 230.0000 | /ROLL | 2760.00 |
| 6.MELT EXTRACT STAINLESS STEEL FIBER 304SS 3/4"LONG NEEDLES, DIAMETER 0.5mm | 3168 LBS | USD 2.0660 | /LB | 6545.09 |
| 7.MELT EXTRACT STAINLESS STEEL FIBER 310SS 3/4"LONG NEEDLES, DIAMETER 0.5mm | 792 LBS | USD 3.6670 | /LB | 2904.26 |
| TOTAL: | | - | | 26091.75 |
| SHIPPING MARKS: | N/M | | | |



中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011916

## 中建材国际贸易有限公司
## 商品出口通知单

| 发票号 | SAAE1514044 | 国外客户 | , DR. HOUSTON, TEXAS 7 | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|
| 出口国别 | TON PORT, THE UNITED ST | 资源单位 | 峰平奥特斯丁工业有限公司 | 出口时间 | | 2014-11-20 | | |
| 起运港 | QINGDAO PORT, CHINA | 目的港 | TON PORT, THE UNITED ST | 起航日期 | | 2014-11-22 | | |
| 批次 | 0 | 运输方式 | 海运 | 航程期限（天） | | 26 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运保费 | FOB |
| | 5 | 68061010 | 耐火陶瓷纤维毯 | 6577.47 | 千克 | USD | 13,882.40 | 3336 | 10,546.40 |
| | 5 | 68061010 | 耐火陶瓷纤维布 | 540 | 千克 | USD | 2,760.00 | | 2,760.00 |
| | 5 | 73269011 | 钢纤维 | 1800 | 千克 | USD | 9,449.35 | | 9,449.35 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | 26,091.75 | 3336 | 22,755.75 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011917

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO:   REFRACTORIES INC
      12900 NYACK DR. HOUSTON, TEXAS
      77089
      TEL: 1-713-947-8010

INVOICE NO.:     SAAE1514046

FROM:            XINGANG PORT, CHINA

TO:              HOUSTON PORT,THE UNITED STATES

DATE:            2014-11-5

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF HOUSTON | | Amount USD |
|---|---|---|---|---|
| 1.FIRECLAY BRICK CODE:RN40  SIZE:9" x 4.5" x 1.25"  SPLIT (229x114x32mm) | 768 PCS | USD   0.8000 | /PC | 614.40 |
| 3.FIRE CLAY BRICK CODE: AL42R SIZE:  9" x 4.5" x 3"  STRT. (229x114x76mm) | 2016 PCS | USD   1.8000 | /PC | 3628.80 |
| 2. SILICA BRICK CODE: HDSL96 SIZE:9"x4.5"x2.5"STRT. (229x114x64mm) | 660 PCS | USD   2.3600 | /PC | 1557.60 |
| 4.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 25x610x7200mm WEIGHT: 128kg/m3 | 410 ROLLS | USD  21.1400 | /ROLL | 8667.40 |
| TOTAL: | | - | | 14468.20 |
| SHIPPING MARKS: | N/M | | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011842

中建材国际贸易有限公司
商品出口通知单

| 发票号 | SAAE1514046 | | 国外客户 | | , DR. HOUSTON, TEXAS 7 | 贸易方式 | | | 自营 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 出口国别 | TON PORT, THE UNITED ST | | 资源单位 | | 东耐材集团国际贸易有限2 | 出口时间 | | | 2014-7-2 | |
| 起运港 | XINGANG PORT, CHINA | | 目的港 | | TON PORT, THE UNITED ST | 起航日期 | | | 2014-7-4 | |
| 批次 | 0 | | 运输方式 | | 海运 | 航程期限（天） | | | 22 | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运保费 | | FOB |
| | 0 | 69022000 | 粘土砖 | 2784 | 块 | USD | 4,243.20 | 814 | | 3,429.20 |
| | 0 | 69022000 | 硅砖 | 660 | 块 | USD | 1,557.60 | | | 1,557.60 |
| | 5 | 68061010 | 耐火陶瓷纤维毯 | 5762.3 | 千克 | USD | 8,667.40 | 3000 | | 5,667.40 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | 14,468.20 | 3814 | | 10,654.20 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011843

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO:  REFRACTORIES INC
12900 NYACK DR.HOUSTON, TEXAS
77089
TEL: 1-713-947-8010

INVOICE NO.:   SAAE1514049

FROM:         QINGDAO PORT , CHINA

TO:           HOUSTON PORT,THE UNITED STATES

DATE:         2014-11-6

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF HOUSTON | | Amount USD |
|---|---|---|---|---|
| 1.CERAMIC FIBER FOLDED MODULE CLASSIFICATION TEMP.: 1260℃ STD DENSITY:160kg/m3 SIZE:12" x 12" x 6"(305x 305 x 152mm) ANCHOR:TYPEII+304SS(NO PIN OR NUT) 8 PCS/BOX | 1440 PCS | USD   5.6000 | /PC | 8064.00 |
| 2.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 25x610x7200mm WEIGHT: 128kg/m3 | 330 ROLLS | USD   21.1400 | /ROLL | 6976.20 |
| 3.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED CLASSIFICATION TEMP: 1260℃ STD SIZE: 25x610x7200mm WEIGHT: 128kg/m3 | 525 ROLLS | USD   21.1400 | /ROLL | 11098.50 |
| TOTAL: | | - | | 26138.70 |
| SHIPPING MARKS: | N/M | | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011912

**中建材国际贸易有限公司**
**商品出口通知单**

| 发票号 | SAAE1514049 | | 国外客户 | DR.HOUSTON, TEXAS 770 | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|---|
| 出口国别 | TON PORT, THE UNITED ST | | 资源单位 | 烨耐火纤维有限公司微山 | 出口时间 | | 2014-11-20 | | |
| 起运港 | QINGDAO PORT , CHINA | | 目的港 | TON PORT,THE UNITED ST | 起航日期 | | 2014-11-22 | | |
| 批次 | 0 | | 运输方式 | 海运 | 航程期限（天） | | 26 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运货费 | FOB |
| | 5 | 68061010 | 耐火陶瓷纤维模块 | 3977.8 | 千克 | USD | 8,064.00 | 0.00 | 8,064.00 |
| | 5 | 68061010 | 耐火陶瓷纤维瓷 | 12015.06 | 千克 | USD | 18,074.70 | 6,646.00 | 3,003.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | 26,138.70 | 6646 | 11,067.00 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011913

**CNBM INTERNATIONAL CORPORATION**

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO: REFRACTORIES INC
12900 NYACK DR. HOUSTON, TEXAS
77089
TEL: 1-713-947-8010

INVOICE NO.:  SAAE1514054

FROM:  SHANGHAI PORT, CHINA

TO:  HOUSTON PORT,THE UNITED STATES

DATE:  2014-12-10

| Descriptions of Goods (Specifications) | Quantity | Unit Price CIF HOUSTON | | Amount USD |
|---|---|---|---|---|
| 1.INSULATING FIRE BRICK CODE: GJM23 SIZE:9"x4.5"x3" STRT. (229x114x76mm) 12 PALLETS | 4608 PCS | USD   1.4000   /PC | | 6451.20 |
| 2.INSULATING FIRE BRICK CODE: GJM28 SIZE:9"x4.5"x3" STRT. (229x114x76mm) 12 PALLETS | 4608 PCS | USD   2.6400   /PC | | 12165.12 |
| TOTAL: | | - | | 18616.32 |
| SHIPPING MARKS: | N/M | | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011870

## 中建材国际贸易有限公司
## 商品出口通知单

| 发票号 | SAAE1514054 | 国外客户 | USTON, TEXAS 77089TEL | 贸易方式 | | 自营 | | |
|---|---|---|---|---|---|---|---|---|
| 出口国别 | STON PORT, THE UNITED STA | 货源单位 | 台市港泰耐火材料有限公司 | 出口时间 | | 2014-12-16 | | |
| 起运港 | SHANGHAI PORT, CHINA | 目的港 | TON PORT, THE UNITED STA | 起航日期 | | 2014-12-18 | | |
| 批次 | 0 | 运输方式 | 海运 | 航程期限（天） | | 24 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运保费 | 汇率 |
| | 0 | 6902200000 | 保温砖 | 9216 | 块 | USD | 18,616.32 | 3094 | 15,522.32 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | 18,616.32 | 3094 | 15,522.32 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011871

合 同

# CONTRACT

编号（NO.）：PAAH40150XX

日期(Date)：Jan 05, 2015

买方(Buyer)：中建材国际贸易有限公司　　CNBM INTERNATIONAL CORPORATION
地址(Add.)：　北京海淀区首体南路 9 号　　　Floor 17th, No.4 Building, Zhuyu International
　　　　　　　　主语国际商务中心 4 号楼17层　　Commercial Center, No.9, Shouti South
　　　　　　　　　　　　　　　　　　　　　　　Road,Haidian District, Beijing 100048, China
电话(Tel)：+ 86 10 57971152　　　　　　传真(Fax):+ 86 10 57971188

卖方(The Seller)：美商艾狄孚国际矿业有限公司　　Active Minerals Int'l LLC
地址(Add.)：　　　　　　　　　　　　　　　　34 Loveton Circle #100, Sparks, MD21152
电话(Tel)：+410-512-4118　　　　　　　传真(Fax)：+478-628-1368

最终用户(End user)：林州光远新材料科技有限公司 Linzhou Guangyuan New Material Technology Co.,Ltd
地址(Add.)：中国河南省林州市红旗渠经济　　West of Jin Xin Avenue,Canal Economic Development
　　　　　　　　开发区金鑫大道西段　　　　　Zone,Linzhou City,Henan Province,P.R.China
电话(Tel)：+86 372 6283682　　　　　　传真(Fax):+86 372 6506338

本合同由买卖双方订立、根据本合同规定的条款、买卖双同意购买，卖方同意出售以下商品。买方（中建材
国际贸易有限公司）作为最终用户（林州光远新材料科技有限公司）的贸易代理向卖方（美商艾狄孚国际
矿业有限公司）银行开立信用证：
This contract is made by and between the Buyer and the Seller, whereby the Buyer agree to buy
and the Seller agree to sell the undermentioned commodity according to the terms and conditions
stipulated below. The Buyer (CNBM INTERNATIONAL CORPORATION) acting as the End user's (Linzhou
Guangyuan New Material Technology Co.,Ltd) trade agent will issue the L/C to Seller's (Active
Minerals Int'l LLC) bank to buy the Goods. (the "Commodities")

| 货名及规格<br>Commodity and Specifications | 数量<br>Quantity | 单价<br>Unit Price | 有效期<br>Expiration Date |
|---|---|---|---|
| 高岭土（玻纤级）FG-5 Clay<br>详细技术规格参见附件<br>Please refer to the attachment of the contract on specification | 425 吨/月实际每月订购量将根据客户要求以提前邮件或传真确认为准。<br>425MT Per Month. Actual quantity shall stand on monthly order that is confirmed by buyers via email or fax. | $145/吨，中国青岛港口 CIF 报价<br>$145/MT, CIF Qingdao Port, China. | 自本合同签订日至 2015 年 12 月 31 日。发货计划（包括最晚装运期）将在每月订单确认后由专员客服以邮件形式通知。<br>For all shipments out of Savannah port on or before December 31st, 2013. Detailed shipping schedule (including the latest shipping date) will be notified by Party Seller via email. |

(5)生产国别和制造厂商/Country of origin and Manufacturer:
　　美国，美商艾狄孚国际矿业有限公司/United States of America,Active Minerals Int'l LLC

CNBMUSA00015024

(6)包装/Packing

必须用适合长途海运，防湿，防潮，防震，耐粗糙搬运的标准海运包装。由于卖方包装不良所发生的损失，由此产生的一切费用和损失应由卖方承担。1.1364 吨/袋，每 40 尺柜装 22 袋，出口标准塑料编织袋。每次采购总重允许有 2%的短溢。

To be packed in standard export bags suitable for long distance's sea and inland transportation and well protected against dampness, moisture, shocks and rough handling. The sellers shall be liable for any damage to the commodity on account of improper packing. 1.1364MT/bag, 22 bags loaded per 40FT Container, standard export plastic packing. 2% short weight or overflow of the total weight will be allowed.

(7)唛头/Shipping mark

卖方应在每件包装上，用不褪色墨迹清楚示刷件号、毛重、净重、尺码和"切勿受潮""小心轻放""此端向上"等字样，并刷有下列唛头：

The Seller shall mark on each package with fadeless paint the package number, gross weight net weight measurement and wordings; "KEEP AWAY FROM MOISTURE" "HANDLE WITH CARE "THIS SIDE UP" etc. and the shipping mark:

PAAH40150XX

---

QINGDAO, CHINA

(8)装运期限/Time of Shipment

允许分批装货，每批货物允许转船。自签约日至有效期内安排发货（参考上述表格内有效期）。

Partial shipment allowed, transshipment allowed for each batch. To be delivered from Signing Date to Expiry Date mentioned above according to above form

(9)装运口岸/Port of Shipment

美国萨瓦纳港口

SAVANNAH, GA.

（10）到货口岸/Port of destination

中国青岛港

QINGDAO Port,China

(11)海上保险/Marine Insurance

由卖方按照发票总值的 110%投保一切险

To be covered by the Seller for 110% Invoice value covering marine institute cargo clause All Risk.

(12)付款条件/Terms of Payment

凭不可撤消提单日后 90 天信用证

By Irrevocable Letter of Credit90 days after B/L date

交单期限：交单日期应规定为提单显示装运期后 21 天内提交

Presentation of Documents should be presented within 21 days after B/L date

收款银行 Receiving Bank:

富国银行 Wells Fargo Bank

420 Montgomery Street, San Francisco, CA94104

银行账号：Account Number: 4122091929

美国银行协会代码 ABA No:121000248

国际银行代码 Swift Code: WFBIUS6S

(13)单据/Documents

CNBMUSA00015025

甲. 卖方应将下列单据交付银行议付货款/托收货款。

1）全套可议付的清洁已装运海运提单三正三副、空白抬头、需背书，注明"运费已付"，并通知买方。

2）3 份正本手签发票、注明合同号、唛头。

3）3 份装箱单、注明毛、净重、尺码和所装货物每项的品名数量。

4）供应商应提供全成分分析质量证书

5）按照本合同第 15 条规定的货物装船后立即发给买方发运通知传真/电传真实副本一份。

6）如系 CIF 条款须有保险单/保险凭证，一正两付按发票金额的 110%投保的保险单据（CIF 价青岛），注明投保一切险（包括偷窃提货不着险，破碎和渗漏险）战争险、不计免赔率，并注明货物到达后倘发现残损情况，须向到货口岸的中国商品检验局申请检验。保险单上应注明理赔地点在中国。

7）原产地证书二份。

8）早于信用证开证日期的单据不能接受

A. The Sellers shall present the following documents to the paying bank for negotiation/collection

1) Full sets of Negotiable Clean on Board Ocean Bills of Lading marked "FREIGHT PREPAID" and made out to order, should be endorsed, three original and three copies. and notifying THE BUYER

2) Three sets of original manually signed invoice, indicating contract number and shipping mark.

3) Three sets of packing List, with indication of both gross and net weights, measurements and quantity of each item packed.

4) Certificate of Quality on component analysis issued by the beneficiary.

5) A true copy of FAX to advice the Buyer of shipment immediately after the Commodities are loaded on ship as specified in Clause 15 hereof.

6) One original and two copies of Insurance Policies for 110% of the invoice value if prices are based on CIF terms, covering War risk and ALL Risks including TPND, Breakage and Leaking irrespective of percentage and indicating "In the event of loss or damage, request for survey upon arrival of the cargo at the port of destination be made to CHINA ENTRY-EXIT INSPECTION AND QUARANTINE BUREAU(CIQ)of that port" The position for settlement of claims is in China.

7) Certificate of Origin in duplicate.

8) Documents issued earlier than L/C issuing date are not acceptable.

(14)装运条款/Terms of shipment

本合同所采用的贸易术语根据 2000 年国际贸易术语解释通则。

Trade terms appeared in the contract are subject to INCOTERMS 2000.

(15)装运通知/Shipping Advice

货物全部装船后，卖方应于三个工作日内将合同编号、货名、数量、毛重、发票金额、船名和开航日期电告买方。

Immediately the Commodities are completely loaded, the Seller shall fax to notify the Buyer the contract number, the name of commodity, quantity, gross weight, invoice value, the name of the carrying vessel and the date of sailing within three working days.

(16)质量保证/Guarantee of Quality

卖方应该保证所供货物符合合同规定的质量和规格要求.

CNBMUSA00015026

The Seller guarantees that the commodity hereof is complied in all respects with the quality and specifications stipulated in the Contract.

(17)检验和索赔/Inspection and Claims

甲.当开箱检验和卸货时,卖方应就货物的质量、规格、数量和重量做全面的检查。如果凭外观条件判定的货物状况不正常, 买方应当立刻通知卖方和保险公司, 而且应该同时提供箱号, 产品定单号, 提单号和批号以及现场照片. 如果发现质量数量与合同规定不符, 买方有权要求卖方无偿更换或补充货物并DDP运到中国林州。

A.  Any claims resulting from visual inspection of cargo in which it is determined the cargo has arrived in irregular cargo conditions or upon opening and/or discharging the container the internal container and cargo conditional are irregular, the buyer must notify the seller before the cargo is discharged from the container. Also, the insurance company should be notified by the buyer, pictures should be taken depicting the irregularity and the container number, product order number, bill of lading number, and product lot number should all be recorded. When buyer find the fact in quality and quantity not in conform with contract terms,  the buyer has the right to ask for replacement of goods and DDP to Linzhou plant free of charge.

乙. 在货物到达目的港的 30 天内, 如果发现货物的品质或规格与合同的规定不符, 且不属于运输公司或保险公司的责任, 买方应该凭中国商检局的检验证书要求换货或赔偿, 所有的费用( 包括保险费、储运和装卸费等)由卖方负担. 商检证书将作为索赔的依据. 卖方必须立刻处理有关事宜, 如果在一个月内没有得到卖方的答复, 该索赔将被视为已经被卖方接受.

B. Within 30 days after the arrival of the goods at destination, should the specification or quality be found not in conformity with the stipulations of the Contract except those claims for which the insurance company or the Carriers are liable, the Buyers shall, on the strength of the Inspection Certificate issued by China Commodity Inspection Bureau, have the right to claim for replacement with goods or for compensation. And all the expenses (such as insurance premium, storage and loading and unloading charges etc.) shall be borne by the Sellers.The certificate so issued shall be accepted as the base of a claim. The Sellers, in accordance with the Buyer's claim shall be responsible for the immediate elimination of the defect(s), if the Sellers fail to answer the Buyers within one month after receipt of the aforesaid claim, the claim shall be reckoned as having accepted by the Sellers.

(18)索赔解决办法/Settlement of Claims

如货物不符合本合同规定应由卖方负责。同时买方按本合同第 16 条和第 17 条的规定在索赔期限或质量保证期限内提出索赔,卖方在取得买方同意后, 应按下列方式理赔:

In case the Seller is liable for the discrepancies and a claim is made by the Buyer within the period of claim or quality guarantee period as stipulated in Clause 16 and 17 of this Contract, the Seller shall settle the claim upon the agreement of the Buyer in the following way.

调换有瑕疵的货物程度、换货必须全新并符合本合同规定的规格、质量和性能。卖方仍应按本合同第 16 条的规定,保证质量。

Replace the defective Commodities with new ones which conform to the specifications, quality and performance as stipulated in this Contract. The Seller shall, at the same time, guarantee

CNBMUSA00015027

the quality of the replacement Commodities as specified in Clause 16 of this contract.

(19) 人力不可抗拒事故/Force Majeure

在生产和装运过程中由于战争、洪水、台风、地震等不可抗力因素导致的延迟交货或交货不准，卖方将不承担违约责任，卖方应在 72 小时内用传真通知买方，同时提供由相应的政府机构出具的关于意外事件的证明，并用快件寄给买方。在这种情况下，卖方仍然有义务采取一切措施加快交货速度。

The Sellers shall not be held responsible for the delay in shipment or non-delivery of the goods due to Force Majeure, such as war, flood, typhoon and earthquake, or other events agreed upon between both parties, which might occur during the process of manufacturing or in the course of loading or transit. The Sellers shall notify the buyers by fax in 72 hours, and then send by airmail to the Buyers for their acceptance s certificate of the accident issued by the Competent Government Authorities where the accident occurs as evidence thereof. Under such circumstances the Sellers, however, are still under the obligation to take all necessary measures to hasten the delivery of the goods.

(20) 迟交和罚款/Late Delivery and Penalty

如延延交货，除人力不可抗拒事故者外，卖方应付给买方迟交货罚金，罚金每星期按迟交货物总值的 0.5%计算并不超过迟交货物总值 5%，罚款率按照每星期 0.5%计算，不满 7 天者仍以 7 天计算。罚金在议付货款时由银行代为扣除。

如迟交时间超过十个星期，买方有权终止合同，但卖方不能免除罚金的责任。

In case of delayed delivery, except force majeure cases, the Seller shall pay to the Buyer for every week of delay a penalty amounting at 0.5% of the total value of the goods whose delivery has been delayed. Any fractional part of a week is to be considered a full week. The total amount of the penalty shall not, however, exceed 5% of the total value of the goods involved in late delivery and is to be deducted from the amount due to the Seller by advising bank at the time of negotiation.

In case the period of delay exceeds 10 weeks after the stipulated delivery date, the Buyer have the right to terminate this contract but the Seller shall not thereby be exempted from the payment of penalty.

(21) 如果货物发生任何质量、数量、包装的问题，将由最终用户根据本合同的相关条款和卖家直接自行解决，卖家须承担相应的责任，最终用户在此承诺，买家在本合同项下仅为其代理且无需承担因本合同项下货物数量、质量不符而产生的任何责任。

If there's any discrepancies in quality, quantity or package of the Goods, the End User shall settle the disputes with the Seller directly and the Seller shall assume the liabilities according to the contract. The end user agrees that the Buyer only acts as the agent for him, and shall not take any liabilities due to discrepancies in quality, quantity or package of the Goods.

(22) 仲裁/Arbitration

因执行本合同所发生的一切争执，由签定合同双方协商解决。如果双方协商后尚不能解决时，则应申请中国国际贸易促进委员会对外贸易仲裁委员会(北京)根据该委员会的仲裁程序规定进行仲裁，仲裁决定是最终决定，签定合同双方都应服从。仲裁费用除仲裁委员会另有决定外，由败诉一方负担。仲裁使用的语言应为英语。

All disputes arising from the performance of the contract, should be settled through friendly negotiation. Should no settlement be reached through negotiation, the case shall then be

CNBMUSA00015028

submitted for arbitration to China International Economic and Trade Arbitration Commission (Beijing) and the arbitration shall be final and binding upon parties. The arbitration fee shall be borne by losing party unless otherwise awarded by the arbitration organization. The language of the arbitration shall be English.

(23)附注/Remarks
(1)银行费用 BANKING CHARGES:
所有发生在中国境内的费用应有买方负担，所有发生在境外的费用应有卖方负担。

All the banking charges occurred in China mainland should be born by the buyers, while all the banking charges occurred outside China mainland should be borne by the Sellers.
(2)本合同用中文和英文两种文字签订 4 份。双方各执 2 份，中英文合同具有同等法律效力。发生歧义时，以中文解释为主。

This contract is described in both Chinese and English, four originals in total. Each party shall keep two originals. In the event of any discrepancy between Chinese and English descriptions, the Chinese shall prevail.
(3)本合同签字有效。
Signing of the contract is effective.

买方/The Buyer:                    卖方/The Seller:                    最终用户/The End user:

CNBM INTERNATIONAL CORPORATION      ActiveMinerals Int'l LLC Ltd.       Linzhou Guangyuan New Material
                                    美商艾狄孚国际矿业有限公司              Technology Co.,Ltd
中建材国际贸易有限公司                                                    林州光远新材料科技有限公司

CNBMUSA00015029

合同号 LZGY141205F 附件 1
Attachment No. 1 to the Contract No. LZGY141205F
# Acti-Min ® FG-5
# 规格 Specifications

| 参数 Parameter | 最小值 Minimum | 最大值 Maximum |
|---|---|---|
| 80 目筛余<br>%+80 Mesh Residue | | 0.02 |
| 325 目筛余<br>%+325 Mesh Residue | | 2.0 |
| 水分<br>%Free Moisture （ As Produced) | | 1.0 |
| 二氧化硅<br>% SiO2 | 44.6 | 46.0 |
| 三氧化二铝<br>%Al2O3 | 37.65 | 39.15 |
| 氧化铁<br>%Fe2O3 | 0.55 | 0.65 |
| 氧化钛<br>%TiO2 | | 1.70 |
| 三氧化硫<br>%S03 | | 0.10 |
| 碳<br>%Carbon | | 0.05 |

买方/The Buyer:                    卖方/The Seller:                    最终用户/The End user:

CNBM INTERNATIONAL CORPORATION          ActiveMinerals Int`l LLC Ltd.          Linzhou Guangyuan New Material
                                        美商艾狄孚国际矿业有限公司              Technology Co.,Ltd
中建材国际贸易有限公司                                                          林州光远新材料科技有限公司

CNBMUSA00015030

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO: ALLIED MINERAL PRODUCTS, INC.
2700 SCIOTO PARKWAY, COLUMBUS, OHIO 43221 USA
TEL: 001 614 8760244  FAX: 001 614 9214294

INVOICE NO.: SAAE1114095        -2

FROM: QINGDAO PORT, CHINA.

TO: PORTLAND,OR PORT,UNITED STATES

DATE: 2015-1-13

| Descriptions of Goods (Specifications) | Quantity | Unit Price FOB QINGDAO | Amount USD |
|---|---|---|---|
| 1.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED | 4 ROLLS | USD    10.0000    /ROLL | 40.00 |
| 2.CERAMIC FIBER BULK PACKAGE: CARTON BOX | 4 ROLLS | USD    10.0000    /ROLL | 40.00 |
| 3.SOLUABLE FIBER PAPER | 2 ROLLS | USD    10.0000    /ROLL | 20.00 |
| TOTAL: | | - | 100.00 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

Page 1 of 2

CNBMUSA00011864

### 中建材国际贸易有限公司
### 商品出口通知单

| 发票号 | SAAE1114095 | 国外客户 | COLUMBUS, OHIO 43221 | 贸易方式 | | | 自营 | | |
|---|---|---|---|---|---|---|---|---|---|
| 出口国别 | LAND, OR PORT, UNITED ST | 资源单位 | 封德盛耐火材料有限公司 | 出口时间 | | | 2015-2-10 | | |
| 起运港 | QINGDAO PORT, CHINA. | 目的港 | LAND, OR PORT, UNITED ST | 起航日期 | | | 2015-2-12 | | |
| 批次 | -2 | 运输方式 | 海运 | | 航程期限（天） | | 20 | | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运保费 | FOB |
| | 0 | 68061010 | 耐火陶瓷纤维毯 | 28 | 千克 | USD | 40.00 | 0 | 40.00 |
| | 0 | 68061010 | 耐火陶瓷纤维棉 | 80 | 千克 | 40 | 40.00 | 0 | 40.00 |
| | 0 | 68061010 | 耐火陶瓷纤维纸 | 30 | 千克 | 40 | 20.00 | 0 | 20.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | 100.00 | 0 | 100.00 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011865

## CNBM INTERNATIONAL CORPORATION

FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN
DISTRICT, BEIJING 100048, CHINA.

# COMMERCIAL INVOICE

TO: ALLIED MINERAL PRODUCTS, INC.
2700 SCIOTO PARKWAY, COLUMBUS,
OHIO 43221 USA
TEL: 001 614 8760244  FAX: 001 614
9214294

INVOICE NO.:　　SAAE1114095　　　　-1

FROM:　　　　　　QINGDAO PORT, CHINA.

TO:　　　　　　　PORTLAND,OR PORT,UNITED STATES

DATE:　　　　　　2015-1-13

| Descriptions of Goods (Specifications) | Quantity | Unit Price FOB QINGDAO | Amount USD |
|---|---|---|---|
| 1.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE: 50x610x7620MM<br>WEIGHT: 96kg/m3±10 %<br>PACKAGE: WOVEN BAG | 100 ROLLS | USD   19.4900   /ROLL | 1949.00 |
| 2.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE: 25x610x7620MM<br>WEIGHT: 96kg/m3±10 %<br>PACKAGE: CARTON BOX | 50 ROLLS | USD   11.4000   /ROLL | 570.00 |
| 3.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE: 25x610x7620MM<br>WEIGHT: 128kg/m3±10 %<br>PACKAGE: CARTON BOX | 100 ROLLS | USD   13.7000   /ROLL | 1370.00 |
| 4.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE: 25x610x7620MM<br>WEIGHT: 128kg/m3±10 %<br>PACKAGE: CARTON BOX | 125 ROLLS | USD   13.7000   /ROLL | 1712.50 |
| 5.SPUN CERAMIC FIBER BLANKET WITH TWO SIDES NEEDLED<br>CLASSIFICATION TEMP: 1260℃ STD<br>SIZE: 6x610x28000MM<br>WEIGHT: 128kg/m3±10 %<br>PACKAGE: CARTON BOX | 28 ROLLS | USD   27.7271   /ROLL | 776.36 |
| TOTAL: | | - | 6377.86 |
| SHIPPING MARKS: | N/M | | |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

Page 1 of 2

CNBMUSA00011866

## 中建材国际贸易有限公司
## 商品出口通知单

| 发票号 | SAAE1114095 | 国外客户 | COLUMBUS, OHIO 43221 | 贸易方式 | | 自营 | |
|---|---|---|---|---|---|---|---|
| 出口国别 | LAND, OR PORT, UNITED ST | 货源单位 | 封德盛耐火材料有限公司 | 出口时间 | | 2015-2-10 | |
| 起运港 | QINGDAO PORT, CHINA. | 目的港 | LAND, OR PORT, UNITED ST | 起航日期 | | 2015-2-12 | |
| 批次 | -1 | 运输方式 | | 海运 | 航程期限（天） | 20 | |
| 税率（关税） | 退税率% | 海关编码 | 商品名称 | 数量 | 数量单位 | 币种 | 金额 | 运杂费 | FOB |
| | 5 | 68061010 | 耐火陶瓷纤维毯 | 6502.76 | 千克 | USD | 6,377.86 | 0 | 6,377.86 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | 6,377.86 | 0 | 6,377.86 |

中建材国际贸易有限公司
CNBM INTERNATIONAL CORPORATION

Authorized Signature

Date:

CNBMUSA00011867