Partial Translation of CNBMUSA00009971-9990

CNBMUSA00009971



**CNBM** | *CNBM International Corporation*

# 2014 Summary Work Report of <u>Metal Engineering Department</u>

Department Manager:  _Zhifan Hu_

**Instructions for Writing:**

1. The work report period covers between **January 1, 2014 and December 30, 2014**, and the data indicators herein use **the examination table and liquidation data** as their statistics bases.

2. The items listed in the following format are required, and shall not be deleted without authorization.

3. Describe any work in the column of "Other work contents" if such work is not listed in the items below.

4. If an item of work is not performed, fill in "None" or fill in expected completion time and effects in the column.

5. The contents listed in the table is for providing writing ideas, and supplements can be made as you wish if necessary.

6. In order to facilitate statistics, EXCEL charts are inserted into **some** charts. You may edit them after double click.

7. **Please fill in this report carefully** because the data in this summary work report are directly linked with year-end assessment and selection of Golden Seeds.

8. Department managers shall note that, the sum of data of the department employees shall be consistent with the department data.

**CONTEMPT**
**Exhibit 171**

**CNBMUSA:  Exhibit 583**

**CNBMUSA00009973**

……

| Where: Net profit amount of the current year (examination table) (RMB 0000) |
|---|
| Net profit per capita (examination table) (RMB 0000)<br>Note: Amount per capita is calculated for full-time employees. |

……

**CNBMUSA00009978**

……

**Client Name: COMET**

Country: USA

Client    Nature: end user

Requirements: foils

Sales volume: USD 360,000, profit margin: RMB 110,000

The client is an end user who has relatively fixed monthly purchases, generally one cabinet, i.e. 15.8 tons of foils. The profit margin is maintained at more than 4% in general. Its orders in 2014 are under normal implementation at present.

……

**CNBMUSA00009981**

……

**2) Key market analysis**

The current markets of aluminum products are mainly in South America, Southeast Asia, the Middle East, the United States and the Netherlands. The orders are from repeat clients and are relatively stable;……

In 2014 metal engineering dept work summary report

Divisional manager: Hu Zhifan composes the attention:

1 work summary time was on January 1, 2014 --2014 the year on December 31, its data target took the physical chart data and settlement data as the statistical basis.
In 2 as follows templates the listed project for must fill in the content, do not delete willfully.

3 like do the work not to be possible in the following project, in other work contents supplemented that composes.
4 like this content has not done in the time that the back fills up "does not have" or writes to be going to complete anticipated effect that achieves.

In 5 forms the listed content to provide the composition mentality uses, to probably supplement that may make the supplement according to my wish again.
6 for ease of counting some graphs are the EXCEL graphs of insertion, please after the double click, edits.

7 this work summary data and end of the year inspect and gold seed evaluation direct contact, please carefully fill.
8 divisional managers pay attention: This department staff the sums of various data must with the department data correspondence.

Table of contents

12014 years metal engineering dept work summary report <> _Toc406084335 3 one, work contents report <> _Toc406084336

31st, year's end performance measure master list <> _Toc406084337 52, key indicator data description <> _Toc406084338

52.1 customer target <> _Toc406084339 62.2 product mix distribution map <> _Toc406084340

72.3 the market analysis <> _Toc406084341 72.4 bad account analyses (including the same year confirmed that bad account and dives to owe) <> _Toc406084342

82.5 the customers sue for damages <> _Toc406084343 82.6 letter Bulgaria to be possible to damage and claim situation analysis <> _Toc406084344

82.7 the stock loss situation analysis (lost money including the same year and dives to owe) <> _Toc406084345 92.8 costs to control <> _Toc406084346

102.9 the fund pond operating instructions <> _Toc406084347 102.10 suppliers analyze <> _Toc406084348

102.11 the departments lose money the reason synthesis to analyze the <> _Toc406084349 113, sales infrastructure performance measures to describe <> _Toc406084350

113.1 the exhibitions and customer visiting participate with harvesting the <> _Toc406084351 113.2 departments organize internal training implementation <> _Toc406084352

113.3 the department staff change <> _Toc406084353 113.4 department talented person echelons construct <> _Toc406084354

114th, Yi Danwang construction situation analyzes <> _Toc406084355 114.1 Yi Danwang to inquire plate transformation situation analysis <> _Toc406084356

124.2 Yi Danwang website construction situation analyzes <> _Toc406084357 124.3 Yi Danwang the online financing service condition to analyze <> _Toc406084358

125th, other work contents supplemented problem and insufficient <> that _Toc406084360 the <> _Toc406084359 126, companies or the departments have

122th, attainment experience and self-checking result of <> _Toc406084361 work content report one year work

Year's end performance measure master list

Serial number

Key job target

Target segmentation

Goal/budget

Achieves the data

In 2013 data

1

Financial class target

Sales volume (physical chart) (ten thousand Yuan)

4000

4313.73

6465.81

Wool mass of profit (ten thousand Yuan)

--

291.78

366.02

Ratio of margin (%)

--

6.76

5.66

Net profit volume (physical chart) (ten thousand Yuan)

--

123.64

238.36

And: In the past net profit volume (physical chart) (ten thousand Yuan)

100

48.14

202.14

Average per person net profit volume (physical chart) (ten thousand Yuan)

Note: Calculates the average per person volume according to the establishment

---

13.74

15.89

Net profit volume (settlement table) (ten thousand Yuan)

/

134

255

Assembles the equality in number share

/

103

131

Bad account contract number share

/

0

0

Bad account aggregate amount (ten thousand Yuan)

/

0

0

Has not collected in full the loans order form number share

/

12

---

Has not collected in full the loans order form total amount (ten thousand Yuan)

/

652.51

---

Has not collected in full the loans order form scheduled profit (ten thousand Yuan)

/

24.73

---

Exhibition expense (ten thousand Yuan)

15

7.35

0

Entertainment expense (ten thousand Yuan)

1.3

0.84

1.15

Overseas business trip all-in cost (ten thousand Yuan)

13

0

0

Domestic business trip all-in cost (ten thousand Yuan)

3.25

4.97

4.68

Department all-in cost (ten thousand Yuan)

238.24

168.14

178.8

2

Customer class target

In the past deal customer total

/

45

49

Department average per person same year deal customer number

Note: Calculates the average per person volume according to the sales personnel

7.5

3.75

New development already deal customer number

15

20

Developed the customer deal sales volume newly (ten thousand Yuan)

275.52

--

Old customer number that in the past finalized

30

29

Old customer deal sales volume (ten thousand Yuan)

4546

--

The customers return to the list rate (one year)

Note: The marketing department provides

45%

Customer claim number of times

/

1

0

Customer claim aggregate amount (ten thousand Yuan)

/

0

0

3

Product class target

New product sales volume (ten thousand Yuan)

275.52

508.38

New product mass of profit (ten thousand Yuan)

36.63

77.23

4

Process control target

The month sends the mail number in average

160

-

The month receives the mail number in average

178

-

The month receives to inquire Pan Shu in average

16

-

The month inquired the plate reply number in average

30.8

-

Month average per person customer input number

33.8

--

5

Yi Danhua target

1. the factories recruit the supplier quantity

87

88

--

2. the factories recruit the supplier to upload run quantity

1740

1758

3. Yi Danwang inquired a total quantity (on January 1, 2014 computation)

380

4. Yi Danwang inquired the plate to transform the order form quantity

0

6. Yi Danwang inquired the plate to transform the order form amount (ten thousand Yuan)

0

[Macro analysis explanation](And budget, historical data and so on carried on contrast)

Completes the situation from the sales target, in 2014 will realize the sales revenue 43,137,300 Yuan, will realize the physical chart net profit 481,400 Yuan, will complete the proportion respectively is 108% and 48.14%, the mass of profit will be somewhat low; Compares in 2013 the historical data, the two have certain scope to drop, the new business development bitter experience bottleneck, has not achieved the anticipated target. The department not new bad account production, the expense control is good, in budgeting scope.

Judging by client development, in 2013 and in 2014 the customer quantity is basic, sells the number to reduce newly-opened, the old customer quantity is basic. As stated above the sales volume and mass of profit contribution, compared had the certain proportion to reduce last year.

From the product front, the sales result range of fall is about 40%, the new product development difficulty is big, some old customer original projects cancel, make the unfavorable situation.

The department receives and dispatches the mail overall speaking, the monthly mean sends the mail is

160, receives the mail is 178, the old customer online communication has not calculated, the whole is good. The month receives to inquire plate several 16 in average, the reply inquires plate several 30.8, the customer input number in 33.8, the difference reason has two: First, old customer inquired the plate question newly; Second, the staff searches customer dynamics to strengthen on own initiative, generally speaking, everybody very diligently.

Yi Danhua the aspect, the department successfully completes in 2014 "Wan Chang to recruit" duty, recruits supplier 88, upload run quantity 1758; In 2014 receives Yi Dan to inquire the plate quantity approximately is 380, contains repeatedly inquires the plate statistics. Through inquiring plate that Yi Danwang brings, at present only had the sample to finalize a deal only, has not had the official order form, this was quite regrettable.

Key indicator data description

Customer target serial number customer famous client value (gold/silver/copper) order form quantity product range sales volume (US dollar) mass of profit (Yuan) maintains the old customer:
1 SLI copper 1 prefabrication house 100549.98 151845.6 2 AMANDLA METAL

Silver 12 aluminum sheet volumes, disk 732,246.75 226476.46

3

COPALCOR

Copper 6 aluminum sheet volumes, disk 344,580.93 105418.03

4

ACERIMALLLAS

Copper

1

Aluminum sheet volume

93,771.02

23996.04 5 INSU-W-RAPID gold

4

Aluminum volume

1,531,818.72

421585.91 6 TWO M

Copper

3

Aluminum foil

123,565.14

38465.15 7 ARABIAN coppers

1

Aluminum foil

60,909.11

30480.52 8 COMET METALS

Copper

3

Aluminum foil

142,495.83

77330.81 9 IOOO VICTORIA

Copper 2 aluminum foils 205,091.51 106678.17

10

HICHEMICALS

Copper

1

Aluminum foil

43,476.98

30135.51 11 COMET ETALS,

Copper 7 aluminum foil 364788 109734 12 NON-FERROUS silver

8

Aluminum disk + aluminum sheet +

622898

124024

13

HICHEMICALS

Copper 2 aluminum foil 101833.59 46108.03 14 KEILI coppers

2

Aluminum foil

66945

12649

15

SYSTEM

Copper

1

Aluminum disk

133121

22583

16

ALFA INDUSTRIAL copper

1

Steel volume

71,670.78

15595.75 develops the new customer:
1 VITECH copper

1

Prefabricated house

23155

14000

2

EZY BUILDING copper

2

Prefabricated house

64593.3 18234.8 3 SPANLIFT coppers

1

Prefabricated house

107,712.46

60000 4 CENTRO CONS

Copper 1 prefabrication house 21,132.75 25612.4 5 STAR LOGISTICS

Copper 1 prefabrication house 25,200.00 30864.67 6 ?? ??????

Copper 1 nap brick 88000 35000 7 RONALD MENGER

Copper

1

Prefabricated house

10756.8

17600

8

BRIDGE

Copper 1 frequency changer 119.09 161.26

9

CV. PRIMA INTI copper 1 frequency changer 218.59 184.84

10

Corrin Huatai branch

Copper

1

Frequency changer

63,627.73

9401.71 cooperation customer:
1 MASCARELLO copper

6

Aluminum sheet volume

 /131327.05 2 T&T METALLI E

Copper

1

Aluminum sheet volume

 /12073.46 3 B.A.A.
Copper 1 ceramic tile/12000 4 WILENSY S.A.

Copper

1

Prefabricated house

/

13500

5

LOTUS INVEST copper

1

Prefabricated house

/

13500

New and old customer mix analysis

The sales volume (ten thousand US dollars) Mao Lirun (ten thousand Yuan) new customer 46.32 41.99 old customers 675.92 161.28 gather the idea

722.24

203.27

Synthesizes the new and old customer in 2014 overall situation, the sales volume proportion old customer is 93.5%, the new customer is 6.5%; From profit contribution contrast, the old customer proportion 79%, the new customer proportion is 21%; The situation is impartial with 2013. From the other hand responded that new customer contribution is obviously insufficient, but profit margin is high, the development potential is big.

Key customer analysis

Customer name: INSU-W-RAPID

Customer nature: Foreign traders

Needs the product: Aluminum volume sales volume: USD1531818.72, mass of profit: RMB421585.91

The customer is the Dutch foreign trader, after follows up to activate the customer purchase unceasingly, this customer demand is stable, one year about 1200 tons purchase demands, are my department sales volume and profit main contribution customer, in 2015 key cooperation object.
Customer name: COPALCOR

Customer nature: Foreign traders

Needs the product: Aluminum sheet volume, aluminum disk sales volume: USD344580.93, mass of profit: The RMB105418.03 customer is the South African foreign trader, the demand 1050 alloy aluminum sheet

volumes, colored plate, aluminum disk. The customers in 2014 the quantity purchased last year enhance 4 times, profit approximately 3 spots, is in 2015 the key cooperation object.

Customer name: AMANDLA

Customer nature: The foreign traders need the product: Aluminum sheet volume, aluminum disk

Sales volume: USD732246.75, mass of profit: RMB226476.46

The customer is the South African foreign trader, the demand 1050 alloy aluminum sheet volumes, colored plate, aluminum disk. The customers the demand is stable every month, profit spot is low, approximately 2.5 spots. In 2015 the key task found aluminum disk to have the casting hired laborer factory promotion of price advantage to give the customer.
Customer name: NON-FERROUS country: South Africa

Demand: 1050 aluminum sheets + flowered plate, 1050 aluminum volumes, aluminum disk sales volume: USD622900, profit: The RMB124000 customer is the South African customer, every month the quantity purchased is stable, the average 1 cabinet, the periodicity returns to the list every month, the customer demand in 2014 will improve, profit at 2.5% spots, the customer will inquire the plate efficiency to be high generally, the regular price can determine the order form appropriately, the customer besides China, but also purchased from India and other countries.

Customer name: COMET

Country: American customer nature: End-user

Demand: Aluminum foil sales volume: USD 360,000, profit margin: RMB 110,000

The customer end-user, the quantity purchased is quite fixed every month, generally is a cabinet, 15.8 tons aluminum foil, profit spot maintains generally at 4% spots above, in 2014 at present in order form normal execution.
Customer name SPANLIFT

Needs the product: PU wall plate sales volume: USD 107,712.46, mass of profit: RMB 60000

Customer backgrounder:
The customer is the Australian engineering firm, is mainly makes some hen houses as well as large-scale modern warehouse project contractors and so on. To the house, this product is unitary and simple, only then the limit of specification, simplicity of operator, production and shipping out cycle about 10 days. The customers return to the monocycle to be short, negotiations to be simple, may be the major product to advance.
Customer name SLI customer nature: Property developer

Needs the product: Prefabricated villa and apartment

Sales volume: USD 100549.98, mass of profit: RMB 151845.6, profit margin: 25% customer backgrounders:
The Panamanian locality has influence Group, involves the real estate, hotel, gambling establishment, horse racing and physical distribution terminal and so on. In 2014 discusses the apartment project, cannot carry out because of the group service reforming new order form, the harbor and office project also therefore put aside, at present revived relations with this customer, at the beginning of 2015, ABE will visit our company, in the past in the cooperation base, will further cooperate in the new project.

Old customer and key customer outflow and cause analysis

SATRON, the Brazilian customer, in 2013 finalized a deal 1.05 million USD, profit about 400,000, this

customer purchases one every year time, the quoted price is very essential, in 2014 the middle man has not made the main energy the aluminum product, causes the order volume few reasons. The Brazilian exchange rate change is big, local aluminum manufacturer to reduce import volume, price pressure is very low, in 2015 the keeping up customer, will ascend the cooperation again.

ALCOPANEL, South Korean customer, year quantity purchased 2 million USD above, profit about 500,000; In April, 2014, transmits the original customer manager king happy to follow up, the customer proposes the complaint, quotes price compared to was bent on having the high, last wholesale goods the quantity causes the customer to be discontented, the following process communication smooth solution, because of each ton price high 5 dollars, the customer suspension order form, changes other suppliers finally; At present finds that has the complaint claim because of the quality question with other suppliers, is good opportunity that we cooperate, will strive in 2015 the order form.

ETS AFRICA, the Cameroon customer, the year purchase aluminum disk 10 cabinets, the sales volume 600,000 USD,2014 year whole year has not signed the order form, the primary cause is as follows:
In April customer inquiry, because my department price compared to other supplier high 50usd/mt, has not signed the order form; The order form that in 2014 Cameroon harbor serious crowd customer ships out in May, the clear pass receives goods until December, the whole year only purchases one time, at present should be out of stock, 2015 is a good opportunity.

Product mix distribution map product sales volume distribution map [Figure 1]

[Analysis explanation]
May see by the figure above that the aluminum product proportion approximately is 93%, the prefabricated house proportion is 5%, other product proportions approximately are 2%, the prefabricated house as main business product, does not display good.

Product profit distribution map [Figure 2]

[Analysis explanation]
From the mass of profit contribution, aluminum product approximately is 79%, the prefabricated house is 17%, other product proportions approximately are 4%, the prefabricated house's profit margin is comparatively high, must intensify the development strength.

New product analysis

Other frequency changer prefabrication house ceramic tile sales volume (USD) 24686 330801.38 80676 27021 profits (Yuan) 13562 13562 35000 27258 market analysis new and old market analysis Vietnam markets are mainly the export new product high pressure frequency changers, through the B2B website, contacts the end-user and business agent, because the customer assigns the product, was unable to sell my department product temporarily, this market as 2015 key development market, believes that can have the result.

Presently department key task is to develop the new service, the old market is only restricted in the aluminum product customer, in this not key description.

Key market analysis

At present the aluminum product's key market is South Africa, Southeast Asia, Middle East, the US and Holland, is the old customer order form, is quite relatively stable; Brazilian and South Korean market, in 2014 the customer suspends cooperating for some reason, in 2015 must follow up with emphasis.
The prefabricated house service, at present the customer strongly in Mongolia, Australia, Chile, Nigeria, other Middle East and island countries and regions, the Australian market displays this year well, like the factory can coordinate to solve the authentication problem, the potential is huge; South American Latin American region customer, the bottleneck lies in the income not being high, the price approval to villa is low, the local import duty is high, causes the customer to give up choosing the new house, is primarily for promoting the box-type room and containing filling building; Middle East and Nigeria, discuss project at present for the large-scale steel structure workshop, if finalized a deal, will open up the new service territory. Russia for potential big market, because of the ruble devaluation, the clinic customer suspension

purchased, hopes that in 2015 has the opportunity to carry out.

Bad account analysis (including the same year confirmed that bad account and dives to owe)

Serial number

Customer name

Contract number

Product range

Account receivable

(Ten thousand Yuan)

Account age

Bad account amount

(Ten thousand Yuan)

1

Does not have

2

3

4

5

6

7

[Presents the cause analysis of bad account]: Does not have

Customer claim

Serial number

Customer name

Contract number

Product range

Claim amount

(Ten thousand Yuan)

Loses the amount

(Ten thousand Yuan)

Claim reason

1

INSU-W-RAPID

SAAN1114038

Aluminum volume

USD4400

0

Has solved

2

3

4

5

6

7

[Customer claim treating processes explanation]:

Contract situation outline: Contract number: SAAN1114038 customer name: INSU-W-RAPID BV; Goods name: Aluminum volume quantity: 300 tons, in turn shipping out, each batch of 100 tons; Amount: USD 738000; Payment method: 10% first TT,90% see a bill of lading copy payment; Contract profit: Approximately 100,000; Loss of profit: Does not have; Responsible people: Yongjie new material limited liability company process analysis: The customers send in the product picture, the volume aluminum volume surface was oxidized, has the decadent rust production. Preliminary cause analysis: 1. The factory in the packing process, the aluminum volume is affected with damp to oxidize 2.
In the marine transportation on the way, the container cannot maintain dry, creates to oxidize 3. The customer storage environment is not suitable, is affected with damp the oxidation (in customer email confirmation warehouse's temperature to control, does not cause reason that aluminum volume is affected with damp) finally the solution: Compensation customer USD4400, the factory undertakes 22000 Yuan, the remainder amounts deduct from new order form SAAN1114063; At present has completely solved, under the customer continues the list.
Letter Bulgaria may damage and claim situation analysis does not have

Stock loss situation analysis (lost money including the same year and dives to owe)

Serial number

Product range

Contract number

Stock amount

(Ten thousand Yuan)

Stock quantity

Account age

Stores up the expense and so on

(Ten thousand Yuan)

1

Does not have

2

3

4

5

6

7

[Stock loss cause analysis]:

Does not have

Cost control

Expense whole control (and budget and historical comparative analysis) serial number

Budget item

Budget amount

(Ten thousand Yuan) actual amount (ten thousand Yuan)

Difference amount

(Ten thousand Yuan) difference reason 1 staff salary 141.04 107.20 33.84

Has not achieved the budget population

2

Business entertainment

1.3

0.84

0.46 the control is good 3 to rent rental 26.56 24.71

---

According to company standard execution

4

Travel expense

16.25

5.42

10.83 has not had the overseas to travel on official business 5 postage fees 2.66 1.53 1.13

The control is good

6

Unfolds the membership dues

15

7.35

7.65 the overseas exhibition has not participated in 7 administrative expenses 0.15 1.42 -1.27

The gold seed expense reimburses

8

Traffic allowance

1.8

2.55

-0.75 gold seed expense, the car rental is expensive 9 communication expenses 1.75 1.33 0.44

The control is good

[Analysis explanation]:

From above, besides the administrative expenses and traffic allowance two items, the reclamation projects in the budget scope, the overall expense control is good; administrative expenses exceeding the allowed figure, mainly contains because of the gold seed expense; Traffic allowance exceeding the allowed figure, on the one hand is local renting a car expense is high, on the other hand is the gold seed expense contains; Suggested to raise the traffic allowance, met the real business needs.

Departmental charge distribution map

[Analysis explanation]:

The expense proportion is highest is staff salary and rents the rental, respectively is 65% and 15%, equals over 80%, with the business development actual comparison conjunction, the present stage is mainly the manpower investment and location expense and so on, hopes that can give the related support. Other expense controls are good, in budgeting scope, in 2015 will continue maintains.

Department exhibition membership dues, travel expense and entertainment expense special analysis

In 2014 exhibition membership dues, financial statistics are 73,500 Yuan, the out-of-pocket cost is 53,500 Yuan, moreover for the services department applied expenses, has not exceeded the allowed figure as a whole.
In 2014 the travel expense, the financial statistics are 54,200 Yuan, has not had the international business trip; Only appraises on the domestic travel expense, surpasses the budget, the reason lies in the gold seed reimbursing the expense, contains in the travel expense, has not exceeded the allowed figure actually;
2014 business entertainments, 0.84 Yuan, the expense control is good, has not exceeded the allowed figure.

Service unusual expense disbursement analysis (for example demurrage, stores up expense and so on)

Guarantees the expense without CITIC in 2014, pays the letter to guarantee the expense 78,500 Yuan, the credit information spends 7200 Yuan, the contract insurance premium 71,300 Yuan, old customer expense disbursement is big, reduces the profit about 70,000 Yuan directly, regarding the prestige good customer, hopes that can use judgment to reduce, does not force the insurance export credit danger.

Fund pond operating instructions

[Returns to funds situation - goes over the time limit funds amount and use specified amount situation, to occupy interest situation]

Begins using date payment amount collection amount interest rate % the deducted interest rate % the exceeding the quota interest rate % the interest cash specified amount 2014-01-01 43,919,037.95 50,347,814.02 7.2 3 9.5 296,484.04 3,000,000.00 -2,458,076.07 to have the problem with the cash specified amount is: At the beginning of the year budget funds specified amount is big, occupies the interest to increase 100,000 Yuan; Post-applies to adjust in April, 2014 is 3 million Yuan, basically meets the service needs; Moreover, other payment methods, such as the silver receives, domestic letter of credit and so on, because the business development and procurement contract payment terms receive to limit, has not for the present the use.
The suppliers analyze to increase the supplier to analyze

Multi-dimensional steel construction: In 2014 deal product was the plate, the order form amount is 1 million, product quality excellent, the customer feedback was good; This company also produces the steel structure, and other surrounding protection products, have certain designed capacity; In the large-scale workshop, warehouse and other project degrees of adaptability are high, the price has the superiority, the technical support is quite prompt; Payment: Needs to pay in advance, may meet the silver to receive, the large-scale project may be discussed or negotiated separately, at the end of 2014 has led to inspect, in 2015 key cooperation.

Vast stone house: Accommodates alongside in north soaks under the group, the main supply containerizes the side building, the quality is still permissible, but the price is high, is very difficult to adapt to the customer demand to adjust, the superiority lies in the boss understanding the foreign trade, regarding packing transportation, may give certain instruction; Must pay attention to the customer information security, and other communication skills.

Ten thousand miles Lida: In 2014 cooperates the school project, the technology has not checked strictly, causes the customer to propose the claim, is good because of has completely solved; The superiority lies in the containing filling building, the price is low, the factory position in Beijing, has the customer visit quite convenience, in December when inspects, the factory suspended production, waits for the beginning of the spring to reproduce next year, obviously the service is ordinary, prudent cooperation.

Jiangsu UW: When Shanghai exhibition knew that latter discovered the Uruguayan customer order form

produces for this factory, for the modern production enterprise, integrates the cooperation with the north newly, in the order form production comes across many questions, tries hard to solve after both sides; The merit is: The new factory, the quoted price is fast, degree of adaptability is good; The price has the superiority, is sending engineer to install the aspect, supports in a big way; In view of Africa, the Middle East and other area's low-and-middle customers, but key cooperation.

The key supplier analyzes

Yongjie aluminum business, the prosperous aluminum business, the Jiangsu wealth sends and so on, is to cooperate over three years factory, the product quality is stabler, the customer also quite approves, occasionally has the quality problem, is willing to coordinate to solve, avoids the company being lost with all one's strength, jointly maintains the customer with building materials, in 2015 may intensify the cooperation dynamics.

Supplier product quality analysis

From the prefabricated house and aluminum product two great series, does not have the customer claim temporarily, the quality is quite stable, some temporary questions, through the communication, can obtain the satisfactory solution.

Handan peak China: Main cooperation aluminum disk, in August, 2014, the South African two customer feedbacks present the quality problem, does not coordinate to solve with its communication repeatedly, the primary cause lies, this company before is the collective enterprise, afterward by the personal contract, the synthesis was considered that at present suspended cooperating.

The department loses money the reason synthesis to analyze

[The exchange rate reason, the market demand change and global economic postpone, the product price to decline to cause profit space to drop and increase the marketing measure but not to obtain the good results, are not prompt to the bad account or stock processing, Good provider partner and department internal division of administrative duties not clear and staple market bitter experience antidumping risk and has not carried on the reasonable plan and controlling, the administrative personnel decision error, the management issue to the disbursement and so on]

Does not have temporarily

Sales infrastructure performance measure description

The exhibition and customer visiting participated with the harvest department attend spring Guangzhou Export Commodities Fair in April, 2014, deal customer 3, with brothers conduct joint order form 1; In October, 2014 view exhibition in the fall Guangzhou Export Commodities Fair, deal cooperation order form 1; Through participation, not only accumulates some hot association customers, the new staff also obtains the exercise, the working ability has certain promotion, in 2015 will continue the participation spring Guangzhou Export Commodities Fair.
Because prefabricated house service is in the development initial period, the budgetary resourses are limited, has not carried on the overseas business trip and customer visiting, in 2015 will have the improvement.
The department organizes internal training implementation

In February, 2014, about the training of difficulty and solution that in the customer communication process encounters

In March, 2014, contract document manufacture and order execution matters needing attention 2014-years in May, the prefabricated house business development seminar in July, 2014, the customer follows up to communicate the experience to summarize on has hung

2014 whole year, various training of company organization

2014 whole year, prefabricated house business development symposium, including customer simulation, every Thursday in the afternoon, total more than 40 times, each time over three hours.

Department staff change
[Enters duty population, leaving job population and interior to transfer population , to promote and degradation population]
2014 annual income duty 5 people, leave job 3 people, primary cause: The business development pressure is big, leaves job automatically;
Internal transfers 1 person, because of cancelling the customer manager, the king happy calls in the physical distribution department, is the physical distribution manager;
Other situations: Does not have

The department talented person echelon constructs the department existing staff 7 people, divisional manager, project manager 2 people, sales manager 3 people, sales assistant; Prefabricated house project group has two schoolmates, the routine work performance is good, when the opportunity is appropriate, may recommend the promotion.
Yi Danwang the construction situation analyzes Yi Danwang to inquire the plate transformation situation analysis

According to statistics, in 2014 the department receives Yi Dan to inquire plate 380, being interested customer are many, besides the sample list, not official order form finalized a deal temporarily, the primary cause lies, the house project negotiations cycle is long, the influencing factor not to decide, such as the local tax revenue, the local authentication and so on, created certain hindrance to the business development and deal.

Yi Danwang website construction situation analysis

Main business product page optimization situation analysis prefabrication house page optimizes the work, places first three, receives to inquire the plate to be also many, always optimizes page about 300; In addition, coordinates the EDM promotion, the manufacture main business product promotion page, the home page BANNAER promotion, other link promotions and so on total more than 20 times, with Yi Danwang the team efficient cooperation, expressed gratitude here.
Yi Danwang the new product development situation analysis in 2014 develops, the cement clamps the circuit board, marine transportation container transformation house, even upload product over 500, the accumulation certainly hot association customer, mainly resides in Southeast Asia, Latin America, South America, Australia and other areas, hopes that in 2015 becomes the list rate to be higher.

Yi Danwang online financing service condition analyzes

Does not have other work content supplement prefabrication house sample book temporarily, altogether 28 pages, the recommendation participates in the outstanding sample book to evaluate Yi Danwang to work related, Wan Chang recruits, the EDM promotion, the new product upload and confirmation communication recommendation outstanding staff gives the brothers the department, the utility maximization

Problem and insufficiency that the company or the department have

The department maximum question is, the prefabricated house or called the new house, in China was an emergent industry, the related jobholders were not many, have the public figure of similar experience, realized that the difficulty was too big, refuses to continue to develop this kind of service, advertized to the normal staff adds very major difficulty, how to advertize to the suitable staff, becomes question that most had a headache about; The new staff enters the duty in the second half of the year, one year is very even difficult the order form contribution, the company existing order form system of examining and assessment, the cost pressure is in addition big, the team drives proper, the choice does not leave job in

abundance, individual has tried many kinds of means that at present is unable to solve, the adjuration company supports.

Attainment experience and self-checking result of one year work

[How to adjust departments run strategy to turn losses into profit, lists self-checking result, corrective measure, help or training that needs and so on]

The time passes really quickly, will enter in an instant in 2015, this also will be I comes the 7th year of building materials, in some sense, in the six years oneself and anticipation to foreign trade the zeal, will offer to the company leadership, the colleague and customer.

What most wants to say is thanks, thanked the department existing each staff, when the department was in the reforming difficult position, did not have the choice to flinch, but contacted with each customer earnestly, replied each to inquire the plate, received each visit of customer, devotedly communication each complaint, and ultimately won the order form. Although has many schoolmates, but leaves, gives the full understanding.

Thanked Schoolmate Zhang Shufei, not only completed the duty-bound work of sales manager diligently, the sales volume and profit arranges first, undertook to train the new staff and part divisional management duty actively. Simultaneously thanked Schoolmate Wang Weiwei, in the product promotion and Yi Danwang in the work communication, the performance was outstanding, although Russian market is not booming at present, believes that in the future the potential is huge. Thanked Schoolmate Zhang Yueheng, as graduating lived the alliance team, the supervision completes "Wan Chang to recruit" related work, and rapid adaptation sale role, the hot association customer continually increased, the customer simulation had very big promotion. Thanked Schoolmate Qiao Yafeng, twice rushed toward Guangzhou Export Commodities Fair, served the customers and brothers department devotedly, facilitated the order form cooperation, he was good at sharing, is glad to the instruction knowledge, entered the duty to guide to work responsibly, was most earnest, hopes to withstand the pressure, facilitated the big customer to finalize a deal as soon as possible. Thanked Schoolmate He Ying, to other new people and team members, taught tirelessly that the instruction sale skill, believes can have the different harvest.

About the performance, in 2014 department the effective order form, sales volume 7.83 million USD, approximately 48.2 million Renminbi, have realized budget the goal at the beginning of the year; The year's end settlement profit over 1.2 million Yuan, achieves at the beginning of the year the net profit 1 million goals. Makes concrete to the product, the aluminum product old customer's order form is basically stable, occupies the order form amount over 90%, but profit margin is somewhat low, is only about 3%; The South Korean customers change other suppliers, causes the sales volume to reduce 2 million USD, the mass of profit about 300,000, adds very major difficulty to the service. The prefabricated house service realizes sales volume 330,000 dollars, the wool profit about 420,000, profit margin over 15%, the customer is distributed in Latin America, Southeast Asia, Russia, Mongolia and other countries and regions, the development potential is huge.

In 2014, while making certain progress, department's inferiority also displays quite prominently, for example the staff withdrawal rate is high, especially consists mainly of the sales assistant, the primary cause lies, the department does not have the old product to be possible for everybody to practice acquiring a skill, the new person develops the new service difficulty to be big, then proposed after some time leaves job, but at present the present situation is so, individual was also helpless. To a certain extent, the staff will think that pays and repays to differ so much as to be beyond comparison, has the frustration, cancels the business development enthusiasm. Prefabricated house development difficulty is big, lacks the alliance of professional, even if new staff before has the work experience, insisted that does not have the order form, hesitant or suspected that is the quite big difficult position at present.

To be honest, 2014 is most unendurable one year, almost every Thursday afternoon and house project group schoolmate, discussed that the hot joint customer progresses, the common settlement means that strive for some order forms, but quantity is by far insufficient; In the talented person facing the profession lacks, the employment advertize difficulty big situation, the optimized relevant information, hopes that can have the appropriate candidate; In view of into the duty soon, proposed the schoolmate who leaves job automatically, coordinates the human resources colleague to discuss together, how to keep the human to choose a person; The department of product development and business model Canada are not very

mature, has very tremendous influence to the business development, causes the order form quantity to reduce compared to the estimate, cannot realize at the beginning of the year the hypothesis sales volume goal main reason.

Fortunately, in 2014 will have ended, in 2015 approached, rejoiced that we passed most difficult one year, and has the harvest, in 2015, metal engineering dept all colleagues will try hard together, in the future will be certainly better.

Finally thanked the commercial management, Zhang Zong, Liu Zong and others to the help and support that this department trade development provided, thanked again. Also will wish in advance Yi Danwang in 2015 more magnificent.

After the double click, inputs the product range and sales volume in the form

After the double click, inputs the product range and mass of profit PAGE 5 pages of altogether NUMPAGES 20 pages in the form

_1482586783.xls _1482748759.xls _1482672666.xls _1482585575.xls

--- Summary Information ---
1: 936 PID_TITLE: Firewood reward system PID_SUBJECT:
PID_AUTHOR: Microsoft China PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal.dotm PID_LASTAUTHOR: Microsoft user PID_REVNUMBER: 418
PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 20:20: 00 CST 1601
PID_LASTPRINTED: Mon Jul 12 15:41: 00 CST 2010 PID_CREATE_DTM: Tue Dec 02 15:49: 00 CST
2014 PID_LASTSAVE_DTM: Wed Jan 14 15:48: 00 CST 2015 PID_PAGECOUNT: 20
PID_WORDCOUNT: 2016 PID_CHARCOUNT: 11492 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: Address:17th Floor, No.4 Building, Zhuyu Business Center,
Shouti South Road, Haidian District, Beijing 100048, China.
PID_LINECOUNT: 95 PID_PARCOUNT: 26 17: 13482 23: 917504 PID_SCALE: false PID_LINKSDIRTY:
false 19: false 22: false 1: 936

中建材国际贸易有限公司
**CNBM International Corporation**

# 2014 年金属工程部工作总结报告

部门经理：　　胡志帆

**撰写注意：**

1 工作总结时间段为 **2014 年 1 月 1 日——2014 年 12 月 31 日**，其数据指标以**体检表数据及清算数据**为统计依据。

2 下文模板中所列项目为必填内容，不得任意删改。

3 如所做工作不在下列项目中可在其他工作内容补充中撰写。

4 如该项内容没有做在后边填"无"或者写出将要完成的时间预期达到的效果。

5 表格中所列内容为提供撰写思路用，有需补充可按本人意愿再做补充。

6 为了便于统计**有些**图表都是插入的 EXCEL 图表，请双击后编辑。

**7 该工作总结数据和年底考核及金种子评选直接挂钩，请认真填写。**

8 部门经理注意：本部门员工的各项数据之和要和部门数据对应。

Confidential

CNBMUSA00009971



中建材国际贸易有限公司
CNBM International Corporation

# 目录

2014 年金属工程部工作总结报告 ......................................................................................... 1

一、　工作内容汇报 ......................................................................................................... 3

　1、　年终工作指标总表 ............................................................................................. 3

　2、　关键指标数据描述 ............................................................................................. 5

　　2.1　客户指标 ............................................................................................................. 5

　　2.2　产品结构分布图 ................................................................................................. 6

　　2.3　市场分析 ............................................................................................................. 7

　　2.4　坏账分析（含当年确认坏账和潜亏） ............................................................. 7

　　2.5　客户索赔 ............................................................................................................. 8

　　2.6　信保可损和索赔情况分析 ................................................................................. 8

　　2.7　库存亏损情况分析（含当年亏损和潜亏） ..................................................... 8

　　2.8　成本费用控制 ..................................................................................................... 9

　　2.9　资金池使用说明 ............................................................................................... 10

　　2.10　供应商分析 ..................................................................................................... 10

　　2.11　部门亏损原因综合分析 ................................................................................. 10

　3、　销售基础工作指标描述 ................................................................................... 11

　　3.1　展会和客户拜访参加与收获 ........................................................................... 11

　　3.2　部门组织内部培训实施情况 ........................................................................... 11

　　3.3　部门员工异动情况 ........................................................................................... 11

　　3.4　部门人才梯队建设 ........................................................................................... 11

　4、　易单网建设情况分析 ....................................................................................... 11

　　4.1　易单网询盘转化情况分析 ............................................................................... 11

　　4.2　易单网网站建设情况分析 ............................................................................... 12

　　4.3　易单网在线融资使用情况分析 ....................................................................... 12

　5、　其他工作内容补充 ........................................................................................... 12

　6、　公司或部门存在的问题与不足 ....................................................................... 12

二、　一年工作的心得体会和自检结果 ....................................................................... 12

Confidential

CNBMUSA00009972



中建材国际贸易有限公司
CNBM International Corporation

一、    工作内容汇报

1、年终工作指标总表

| 序号 | 关键工作指标 | 指标细分 | 目标/预算 | 达成数据 | 2013 年数据 |
|---|---|---|---|---|---|
| 1 | 财务类指标 | 销售额（体检表）（万元） | 4000 | 4313.73 | 6465.81 |
| | | 毛利润额（万元） | -- | 291.78 | 366.02 |
| | | 毛利率（%） | -- | 6.76 | 5.66 |
| | | 净利润额（体检表）（万元） | -- | 123.64 | 238.36 |
| | | 其中：当年净利润额(体检表)(万元) | 100 | 48.14 | 202.14 |
| | | 人均净利润额（体检表）（万元）注：按编制算人均额 | --- | 13.74 | 15.89 |
| | | 净利润额（清算表）（万元） | / | 134 | 255 |
| | | 总合同数（份） | / | 103 | 131 |
| | | 坏账合同数（份） | / | 0 | 0 |
| | | 坏账总金额（万元） | / | 0 | 0 |
| | | 未收齐货款订单数（份） | / | 12 | --- |
| | | 未收齐货款订单总额（万元） | / | 652.51 | --- |
| | | 未收齐货款订单预计利润（万元） | / | 24.73 | --- |
| | | 展会费用（万元） | 15 | 7.35 | 0 |
| | | 招待费用（万元） | 1.3 | 0.84 | 1.15 |
| | | 国外出差总费用（万元） | 13 | 0 | 0 |
| | | 国内出差总费用（万元） | 3.25 | 4.97 | 4.68 |
| | | 部门总费用（万元） | 238.24 | 168.14 | 178.8 |
| 2 | 客户类指标 | 当年成交客户总数 | / | 45 | 49 |
| | | 部门人均当年成交客户数注：按销售人员算人均额 | | 7.5 | 3.75 |
| | | 新开发已成交客户数 | | 15 | 20 |
| | | 新开发客户成交销售额（万元） | | 275.52 | -- |
| | | 当年成交的老客户数 | | 30 | 29 |
| | | 老客户成交销售额（万元） | | 4546 | -- |

Confidential

CNBMUSA00009973

中建材国际贸易有限公司
CNBM International Corporation

| | | | | | |
|---|---|---|---|---|---|
| | | 客户返单率（一年）<br>注：市场部提供 | | 45% | |
| | | 客户索赔次数 | / | 1 | 0 |
| | | 客户索赔总金额（万元） | / | 0 | 0 |
| 3 | 产品类指标 | 新产品销售额（万元） | | 275.52 | 508.38 |
| | | 新产品利润额（万元） | | 36.63 | 77.23 |
| 4 | 过程管控指标 | 月人均发邮件数 | | 160 | - |
| | | 月人均收邮件数 | | 178 | - |
| | | 月人均收到询盘数 | | 16 | - |
| | | 月人均询盘回复数 | | 30.8 | - |
| | | 月人均客户录入数 | | 33.8 | - |
| 5 | 易单化指标 | 1.万厂招募供应商数量 | 87 | 88 | -- |
| | | 2.万厂招募供应商上传产品数量 | 1740 | 1758 | |
| | | 3.易单网询盘总数量（2014 年 1 月<br>1 日起计算） | | 380 | |
| | | 4.易单网询盘转化订单数量 | | 0 | |
| | | 6.易单网询盘转化订单金额（万元） | | 0 | |

**【总体分析说明】**（和预算、历史数据等进行对比）

　　从销售目标完成情况来看，2014 年实现销售收入 4313.73 万元，实现体检表净利润 48.14 万元，完成比例分别为 108%和 48.14%，利润额偏低；相比 2013 年历史数据，二者均有一定幅度下降，新业务开发遭遇瓶颈，未达到预期目标。部门无新坏账产生，费用控制较好，均在预算范围内。

　　从客户开发情况来看，2013 年和 2014 年客户数量基本持平，新开发客户数同比减少，老客户数量基本持平。如上所述销售额和利润额贡献，较去年有一定比例降低。

　　从产品方面来看，销售业绩降幅为 40%左右，新产品开发难度较大，部分老客户原定项目取消，造成不利局面。

　　部门收发邮件整体来看，月平均发邮件为 160 封，收邮件为 178 封，老客户在线沟通未计算在内，整体不错。月人均收到询盘数 16 封，回复询盘数 30.8 封，客户

Confidential

CNBMUSA00009974

中建材国际贸易有限公司
CNBM International Corporation

录入数在 33.8 个，差异原因有两个：一是老客户的新询盘问题；二是员工主动搜索客户力度加强，总体来说，大家都很努力。

易单化方面，部门圆满完成 2014 年"万厂招募"任务，招募供应商 88 个，上传产品数量 1758 个；2014 年共收到易单询盘数量约为 380 个，包含重复询盘统计。通过易单网带来的询盘，目前仅有样品单成交，未有正式订单，这个比较遗憾。

Confidential                                                                    CNBMUSA00009975



## 2、关键指标数据描述
### 2.1 客户指标

| 序号 | 客户名 | 客户价值（金/银/铜） | 订单数量 | 产品名称 | 销售额（美元） | 利润额(元) |
|---|---|---|---|---|---|---|
| **维护老客户：** | | | | | | |
| 1 | SLI | 铜 | 1 | 预制房屋 | 100549.98 | 151845.6 |
| 2 | AMANDLA METAL | 银 | 12 | 铝板卷，圆片 | 732,246.75 | 226476.46 |
| 3 | COPALCOR | 铜 | 6 | 铝板卷，圆片 | 344,580.93 | 105418.03 |
| 4 | ACERIMALLLAS | 铜 | 1 | 铝板卷 | 93,771.02 | 23996.04 |
| 5 | INSU-W-RAPID | 金 | 4 | 铝卷 | 1,531,818.72 | 421585.91 |
| 6 | TWO M | 铜 | 3 | 铝箔 | 123,565.14 | 38465.15 |
| 7 | ARABIAN | 铜 | 1 | 铝箔 | 60,909.11 | 30480.52 |
| 8 | COMET METALS | 铜 | 3 | 铝箔 | 142,495.83 | 77330.81 |
| 9 | IOOO VICTORIA | 铜 | 2 | 铝箔 | 205,091.51 | 106678.17 |
| 10 | HICHEMICALS | 铜 | 1 | 铝箔 | 43,476.98 | 30135.51 |
| 11 | COMET ETALS, | 铜 | 7 | 铝箔 | 364788 | 109734 |
| 12 | NON-FERROUS | 银 | 8 | 铝圆片+铝板+ | 622898 | 124024 |
| 13 | HICHEMICALS | 铜 | 2 | 铝箔 | 101833.59 | 46108.03 |
| 14 | KEILI | 铜 | 2 | 铝箔 | 66945 | 12649 |
| 15 | SYSTEM | 铜 | 1 | 铝圆片 | 133121 | 22583 |
| 16 | ALFA INDUSTRIAL | 铜 | 1 | 钢卷 | 71,670.78 | 15595.75 |
| **开发新客户：** | | | | | | |
| 1 | VITECH | 铜 | 1 | 预制房屋 | 23155 | 14000 |
| 2 | EZY BUILDING | 铜 | 2 | 预制房屋 | 64593.3 | 18234.8 |
| 3 | SPANLIFT | 铜 | 1 | 预制房屋 | 107,712.46 | 60000 |
| 4 | CENTRO CONS | 铜 | 1 | 预制房屋 | 21,132.75 | 25612.4 |
| 5 | STAR LOGISTICS | 铜 | 1 | 预制房屋 | 25,200.00 | 30864.67 |
| 6 | ИП Адамов | 铜 | 1 | 拉毛砖 | 88000 | 35000 |
| 7 | RONALD MENGER | 铜 | 1 | 预制房屋 | 10756.8 | 17600 |

Confidential

CNBMUSA00009976

中建材国际贸易有限公司
CNBM International Corporation

| 8 | BRIDGE | 铜 | 1 | 变频器 | 119.09 | 161.26 |
| 9 | CV. PRIMA INTI | 铜 | 1 | 变频器 | 218.59 | 184.84 |
| 10 | 科林华泰科 | 铜 | 1 | 变频器 | 63,627.73 | 9401.71 |
| 合作客户 | | | | | | |
| 1 | MASCARELLO | 铜 | 6 | 铝板卷 | / | 131327.05 |
| 2 | T&T METALLI E | 铜 | 1 | 铝板卷 | / | 12073.46 |
| 3 | B.A.A. | 铜 | 1 | 瓷砖 | / | 12000 |
| 4 | WILENSY S.A. | 铜 | 1 | 预制房屋 | / | 13500 |
| 5 | LOTUS INVEST | 铜 | 1 | 预制房屋 | / | 13500 |

### 1) 新老客户构成分析

| | 销售额（万美元） | 毛利润（万元） |
| --- | --- | --- |
| 新客户 | 46.32 | 41.99 |
| 老客户 | 675.92 | 161.28 |
| 合　计 | 722.24 | 203.27 |

　　综合新老客户 2014 年整体情况，销售额占比老客户为 93.5%，新客户为 6.5%；从利润贡献对比来看，老客户占比 79%，新客户占比为 21%；与 2013 年情况持平。从另一方面反应，新客户贡献明显不足，但利润率较高，开发潜力较大。

### 2) 重点客户分析
**客户名称：INSU-W-RAPID**

客户性质：贸易商

所需产品：铝卷

销售额：USD1531818.72，利润额：RMB421585.91

　　客户为荷兰贸易商，经过不断跟进重新激活客户采购，该客户需求量稳定，一年约有 1200 吨采购需求，是我司销售额和利润主要贡献客户,2015 年重点合作对象。

**客户名称：COPALCOR**

客户性质：贸易商

所需产品：铝板卷，铝圆片

Confidential

CNBMUSA00009977



销售额：USD344580.93，利润额：RMB105418.03

客户为南非贸易商，需求 1050 合金铝板卷，花纹板，铝圆片。客户 2014 年采购量较上一年提高 4 倍，利润约 3 个点，是 2015 年重点合作对象。

### 客户名称：AMANDLA

客户性质：贸易商

所需产品：铝板卷，铝圆片

销售额：USD732246.75，利润额：RMB226476.46

客户为南非贸易商，需求 1050 合金铝板卷，花纹板，铝圆片。客户每月需求量稳定，利润点低，约 2.5 个点。2015 年重点任务找到铝圆片有价格优势的铸扎工厂推广给客户。

### 客户名称：NON-FERROUS

国家: 南非

需求: 1050 铝板+花纹板,1050 铝卷，铝圆片

销售额：USD622900，利润：RMB124000

客户为南非客户，每个月采购量稳定，平均每月 1 个柜子，周期性返单，客户需求 2014 年有所提高，利润一般在 2.5%个点，客户询盘效率高，一般价格合适就能确定订单，客户除了中国外，还从印度等国家采购。

### 客户名称：COMET

国家：美国

客户性质：最终用户

需求：铝箔

销售额：USD36 万，利润率：RMB11 万

客户最终用户，每个月采购量比较固定，一般都是一个柜子，15.8 吨铝箔，利润点一般维持在 4%个点以上，2014 年目前订单正常执行中。

### 客户名称 SPANLIFT

所需产品：PU 墙板

Confidential

CNBMUSA00009978



销售额：USD 107,712.46，利润额：RMB 60000

客户背景介绍：

　　客户是澳大利亚工程公司，主要是做鸡舍以及一些大型现代仓库工程承包等。相对于房屋，此产品单一、简单，只有规格的限制，操作简单，生产和发运周期在 10 天左右。客户返单周期非常短、谈判简单，可以作为重点产品推进。

**客户名称 SLI**

客户性质：*房地产开发商*

所需产品：*预制别墅、公寓*

销售额：USD 100549.98，利润额：RMB 151845.6，利润率：25%

客户背景介绍：

　　巴拿马当地非常有影响力的集团公司，旗下涉及房地产、酒店、赌场、赛马、物流终端等。2014年洽谈公寓项目，因集团业务转型新订单未能执行，港口及办公室项目也因此搁置，目前已跟该客户恢复关系，2015年初，ABE将走访我公司在，以往合作基础上，将在新项目上进一步合作。

### 3) 老客户及重点客户流失情况及原因分析

　　SATRON，巴西客户，2013 年成交 105 万 USD，利润在 40 万左右，该客户每年采购一次，报价很关键，2014 年中间商没有把主要精力做铝产品，也是导致订单量少的原因.巴西汇率变动大，当地铝厂为了减少进口量,价格压的很低,2015 年重新跟进客户，重拾合作。

　　ALCOPANEL，韩国客户，年采购量 200 万 USD 以上，利润 50 万左右； 2014 年 4 月份，转交原客户经理王欢跟进，客户提出抱怨， 报价比原来偏要高，最后一批发货的数量引起客户不满，后续经过沟通顺利解决，最终因每吨价格高 5 美金，客户暂停订单，转向其他供应商；目前了解到，与其他供应商因品质问题产生抱怨索赔，是我们重新合作的好机会，争取 2015 年订单。

　　ETS AFRICA，喀麦隆客户，年采购铝圆片 10 个柜子，销售额 60 万 USD,2014 年全年没有签订订单，主要原因如下：4 月份客户询价，由于我司价格比其他供应商高 50usd/mt,没有签下订单；2014 年喀麦隆港口严重拥堵客户 5 月份发送的订单，直到 12 月份才清关收货，全年只采购一次，目前应该缺货，2015 年是个好机会。

Confidential

CNBMUSA00009979



## 2.2 产品结构分布图

### 1) 产品销售额分布图[图 1]



双击后，在表格中输入产品名称和销售额

**【分析说明】**

由上图可以看出，铝产品占比约为 93%，预制房屋占比为 5%，其他产品占比约为 2%，预制房屋作为主营产品，表现不佳。

### 2) 产品利润分布图[图 2]



双击后，在表格中输入产品名称和利润额

**【分析说明】**

从利润额贡献来看，铝产品约为 79%，预制房屋为 17%，其他产品占比约为 4%，相比之下，预制房屋的利润率较高，需加大开发力度。

Confidential                                                    CNBMUSA00009980

中建材国际贸易有限公司
CNBM International Corporation

### 3) 新产品分析



|  | 变频器 | 预制房屋 | 瓷砖 | 其他 |
|---|---|---|---|---|
| 销售额（USD） | 24686 | 330801.38 | 80676 | 27021 |
| 利润（元） | 13562 | 13562 | 35000 | 27258 |

## 2.3 市场分析

### 1) 新老市场分析

越南市场主要是出口新产品高压变频器，通过 B2B 网站，接触到很多最终用户及代理商，由于客户指定产品，暂时还未能推销出我司产品，该市场作为 2015 年重点开发市场，相信会有成绩。

当前部门重点任务是开发新业务，老市场仅限于铝产品客户，在此不重点描述。

### 2) 重点市场分析

目前铝产品的重点市场为南非，东南亚，中东，美国及荷兰，均为老客户订单，相对比较稳定；巴西和韩国市场，2014 年客户因故暂停合作，2015 年需重点跟进。

预制房屋业务，目前客户集中在蒙古，澳大利亚，智利，尼日利亚，中东及

Confidential

CNBMUSA00009981

中建材国际贸易有限公司
CNBM International Corporation

其他小岛国家和地区，澳大利亚市场今年表现较好，如工厂能配合解决认证问题，潜力巨大；南美拉美地区客户，瓶颈在于收入不高，对别墅的价格认可度较低，当地进口税偏高，致使客户放弃选择新型房屋，以推广箱式房和夹心板房为主；中东及尼日利亚，目前洽谈项目为大型钢结构厂房，如果成交，将开垦新的业务领域。俄罗斯原本为潜力较大市场，因卢布大幅度贬值，诊所客户暂停采购，希望 2015 年有机会落实。

## 2.4 坏账分析（含当年确认坏账和潜亏）

| 序号 | 客户名 | 合同号 | 产品名称 | 应收账款（万元） | 账龄 | 坏账金额（万元） |
|---|---|---|---|---|---|---|
| 1 | 无 | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |

【出现坏账的原因分析】：无

## 2.5 客户索赔

| 序号 | 客户名 | 合同号 | 产品名称 | 索赔金额（万元） | 损失金额（万元） | 索赔原因 |
|---|---|---|---|---|---|---|
| 1 | INSU-W-RAPID | SAAN1114038 | 铝卷 | USD4400 | 0 | 已解决 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |

【客户索赔处理过程说明】：

合同情况概述：合同号：SAAN1114038

Confidential
CNBMUSA00009982

中建材国际贸易有限公司
CNBM International Corporation

客户名称:INSU-W-RAPID BV ；货品名称:铝卷数量:300 吨,分批发运,每批100 吨；金额:USD 738000 ；付款方式:10%前 TT,90%见提单 copy 件付款；合同利润：约 10 万；利润损失:无 ；责任人:永杰新材料股份有限公司

过程分析:客户发来产品图片,有一卷铝卷表面被氧化,有黄色锈产生. 初步的原因分析:1. 工厂在装箱过程中,铝卷受潮氧化 2. 在海运途中,集装箱未能保持干燥,造成氧化 3. 客户存储环境不适宜,受潮氧化(客户邮件中确认仓库的温度在控制中,不是导致铝卷受潮的原因)

最终解决办法：赔偿客户 USD4400,工厂承担 22000 元,剩余部分金额从新订单 SAAN1114063 中扣除；目前已圆满解决,客户持续下单。

## 2.6 信保可损和索赔情况分析

无

## 2.7 库存亏损情况分析（含当年亏损和潜亏）

| 序号 | 产品名称 | 合同号 | 库存金额（万元） | 库存数量 | 账龄 | 堆存费等（万元） |
|---|---|---|---|---|---|---|
| 1 | 无 | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |

【库存亏损原因分析】：

无

## 2.8 成本费用控制

### 1) 费用整体控制情况（和预算、历史比较分析）

| 序号 | 预算科目 | 预算金额（万元） | 实际金额（万元） | 差异金额（万元） | 差异原因 |
|---|---|---|---|---|---|
| 1 | 职工薪酬 | 141.04 | 107.20 | 33.84 | 未达到预算人数 |
| 2 | 业务招待费 | 1.3 | 0.84 | 0.46 | 控制较好 |

Confidential

CNBMUSA00009983

中建材国际贸易有限公司
CNBM International Corporation

| 3 | 租赁费 | 26.56 | 24.71 | --- | 按公司标准执行 |
| 4 | 差旅费 | 16.25 | 5.42 | 10.83 | 未发生国外出差 |
| 5 | 邮寄费 | 2.66 | 1.53 | 1.13 | 控制较好 |
| 6 | 展会费 | 15 | 7.35 | 7.65 | 国外展会未参加 |
| 7 | 办公费 | 0.15 | 1.42 | -1.27 | 金种子费用报销 |
| 8 | 交通费 | 1.8 | 2.55 | -0.75 | 金种子费用，租车费偏贵 |
| 9 | 通讯费 | 1.75 | 1.33 | 0.44 | 控制较好 |

【分析说明】：

从上述来看，除办公费和交通费两项外，其余项目均在预算范围，整体费用控制较好；办公费超标，主要因金种子费用包含在内；交通费超标，一方面是市内租车费用高，另一方面是金种子费用包含在内；建议调高交通费，满足实际业务需要。

**2) 部门费用分布图**



【分析说明】：

费用占比最高为职工薪酬和租赁费，分别为 65%和 15%，合计 80%以上，跟业务开发实际比较契合，现阶段主要是人力投入和工位费等，希望能给予相关支持。其余费用控制较好，在预算范围内，2015 年继续保持。

**3) 部门展会费、差旅费、招待费专项分析**

2014 年展会费，财务统计为 7.35 万元，实际费用为 5.35 万元，另外为事业部

第 14 页 共 20 页

Confidential

CNBMUSA00009984

CNBM International Corporation 中建材国际贸易有限公司

分配费用，总体上未超标。

2014年差旅费，财务统计为5.42万元，未发生国际出差；仅就国内差旅费来评价，超过预算，原因在于金种子报销费用，包含在差旅费中，实际未超标；

2014业务招待费，0.84万元，费用控制较好，未超标。

**4) 业务非正常费用支出分析（如滞期费、堆存费等）**
无

**5) 中信保费用**

2014年，共支付信保费用7.85万元，其中资信调查费7200元，合同保费7.13万元，老客户该项费用支出较大，直接减少利润近7万元，对于信誉较好的客户，希望能酌情减少，不强制投保出口信用险。

**2.9 资金池使用说明**

【回款情况-超期回款金额、使用额度情况、占压利息情况】

| 启用日期 | 付款金额 | 收款金额 | 利率% | 贴息率% | 超额利率% | 利息 | 现金额度 | 已用现金额度 |
|---|---|---|---|---|---|---|---|---|
| 2014-01-01 | 43,919,037.95 | 50,347,814.02 | 7.2 | 3 | 9.5 | 296,484.04 | 3,000,000.00 | -2,458,076.07 |

存在问题是：年初预算资金额度偏大，占压利息增多10万元；后于2014年4月申请调整为300万元，基本满足业务需要；另外，其他付款方式，诸如银承，国内信用证等，因为业务开发和采购合同付款条件受限，暂未使用。

**2.10　供应商分析**

**1) 新增供应商分析**

多维钢构：2014年成交产品为板材，订单金额为100万，产品品质精良，客户反馈不错；该公司也生产钢结构，及其他围护产品，具备一定设计能力；在大型厂房，仓库等项目配合度较高，价格有优势，技术支持比较及时；付款方面：需要预付款，可接银承，大型项目可另议，2014年底已带队考察过，2015年重点合作。

浩石房屋：挂靠在北泡集团下，主要供应集装厢房，品质尚可，但价格较高，很难适应客户需求进行调整，优势在于老板懂外贸，对于包装运输方面，可给予一定指导；要注意客户信息保密，及其他沟通技巧。

Confidential

CNBMUSA00009985

中建材国际贸易有限公司
CNBM International Corporation

万里利达：2014 年合作过学校项目，技术把关不严，导致客户提出索赔，好在已圆满解决；优势在于夹心板房，价格较低，工厂位置在北京，带客户参观比较方便，12 月去考察时，工厂已停产，等来年开春再生产，可见业务一般，慎重合作。

江苏华大：上海展会时认识，后发现乌拉圭客户订单为该厂生产，为新型生产企业，与北新集成合作，订单生产中遇到诸多问题，经双方努力予以解决；优点是：新工厂，报价快速，配合度较好；价格有优势，在派工程师安装方面，支持较大；针对非洲，中东等地区的中低端客户，可重点合作。

### 2) 重点供应商分析

永杰铝业，鼎盛铝业，江苏财发等，均为合作三年以上工厂，产品品质较为稳定，客户也比较认可，偶有质量问题，也愿意配合解决，全力避免公司受到损失，与中建材共同维护客户，2015 年可加大合作力度。

### 3) 供应商产品质量分析

从预制房屋和铝产品两大系列来看，暂无客户索赔，质量比较稳定，一些临时性问题，通过沟通，均能得到圆满解决。

邯郸峰华：主要合作铝圆片，2014 年 8 月，南非两个客户反馈出现质量问题，多次与其沟通不配合解决，主要原因在于，该公司以前是集体企业，后来被私人承包，综合考虑，目前已暂停合作。

### 2.11  部门亏损原因综合分析

【汇率原因、市场需求改变、全球经济放缓、产品价格走低导致利润空间下降、增加营销措施但未取得良好效果、对坏账或库存处理不及时、没有好的的供应商伙伴、部门内部分工不清晰、主要市场遭遇反倾销风险、对支出未进行合理规划和把控、管理人员决策失误、管理问题等】
暂无

### 3、销售基础工作指标描述

### 3.1  展会和客户拜访参加与收获

部门于 2014 年 4 月参加春季广交会，成交客户 3 个，与兄弟部门合作订单 1 个；2014 年 10 月观展秋季广交会，成交合作订单 1 个；通过参展，不仅积累一些热联客

Confidential

CNBMUSA00009986

中建材国际贸易有限公司
CNBM International Corporation

户，新员工也得到锻炼，工作能力有一定提升，2015 年继续参展春季广交会。

因预制房屋业务处于开发初期，预算经费有限，未进行国外出差及客户拜访，2015 年有所改进。

### 3.2 部门组织内部培训实施情况

2014 年 2 月，关于客户沟通过程中遇到的困难及解决办法的培训

2014 年 3 月，合同文件制作及订单执行注意事项

2014-年 5 月，预制房屋业务开发研讨会

2014 年 7 月，客户跟进沟通经验总结已上挂

2014 全年，公司组织的各项培训

2014 全年，预制房屋业务开发讨论会，含客户模拟，每周四下午，共计 40 多次，每次三小时以上。

### 3.3 部门员工异动情况

【入职人数、离职人数、内部调动人数、晋升与降级人数】

2014 年入职 5 人，离职 3 人，主要原因：业务开发压力大，自动离职；

内部调动 1 人，因取消客户经理，王欢调入物流部，担任物流主管；

其他情况：无

### 3.4 部门人才梯队建设

部门现有员工 7 人，其中部门经理 1 人，项目经理 2 人，销售经理 3 人，销售助理 1 人；预制房屋项目组有两位同学，日常工作表现不错，待时机合适，可推荐晋升。

### 4、易单网建设情况分析

### 4.1 易单网询盘转化情况分析

据统计，2014 年部门共收到易单询盘 380 个，感兴趣客户多，除样品单外，暂无正式订单成交，主要原因在于，房屋项目谈判周期长，影响因素不定，诸如当地税收，当地认证等，对业务开发和成交造成一定阻碍。

### 4.2 易单网网站建设情况分析

### 1) 主营产品页面优化情况分析

Confidential

CNBMUSA00009987

中建材国际贸易有限公司
CNBM International Corporation

预制房屋页面优化工作，排名前三，收到询盘也较多，总优化页面 300 个左右；除此之外，配合 EDM 推广，制作主营产品推广页面，首页 BANNAER 推广，其他链接推广等共计 20 余次，与易单网团队高效配合，在此表示感谢。

**2) 易单网新产品开发情况分析**

2014 年开发，水泥夹芯板，海运集装箱改造房屋，均上传产品 500 个以上，也积累一定热联客户，主要分布在东南亚，拉美，南美，澳大利亚等地区，希望 2015 年成单率更高。

**4.3 易单网在线融资使用情况分析**

暂无

**5、其他工作内容补充**

预制房屋样本册，共 28 页，推荐参加优秀样本册评选

易单网相关工作，万厂招募，EDM 推广，新产品上传及确认沟通

推荐优秀员工给兄弟部门，效用最大化

**6、公司或部门存在的问题与不足**

部门最大问题是，预制房屋或者叫新型房屋，在中国是个新兴产业，相关从业人员不多，有过类似经验的人士，体会难度太大，拒绝继续开发此类业务，给正常的员工招聘带来很大困难，如何招聘到适合的员工，成为最头疼的问题；新员工入职后半年，有的甚至一年很难有订单贡献，加之公司现有订单考核制度，成本压力较大，团队激励不到位，纷纷选择离职，个人已尝试多种办法，目前无法解决，恳请公司予以支持。

**二、 一年工作的心得体会和自检结果**

【如何调整部门经营策略扭亏为盈，列明自检结果，改进措施，需要的帮助或培训等】

时间过得真快，转眼进入 2015 年，这也是我来中建材的第 7 个年头，从某种意义上来说，这六年是把自己对外贸的热忱和期待，奉献给公司的领导，同事及客户。

最想说的是感谢，感谢部门现有的每一位员工，在部门处于转型困境时，没有选择退缩，而是认真地联系每一个客户，回复每一封询盘，接待客户的每一次来访，悉心沟通通每一次抱怨，并最终赢得订单。尽管有不少同学无奈离开，也给予充分理

Confidential



解。

感谢张树飞同学，不仅努力完成销售经理的份内工作，销售额和利润排第一，更主动承担培训新员工和部分部门管理任务。同时感谢王微微同学，在产品推广和易单网工作沟通中，表现优秀，尽管俄语市场目前不景气，相信未来潜力巨大。感谢张月恒同学，作为应届生加盟团队，督促完成"万厂招募"相关工作，并迅速适应销售角色，热联客户不断增多，客户模拟有很大提升。感谢乔亚峰同学，两次奔赴广交会，悉心服务客户和兄弟部门，促成订单合作，他善于分享，乐于传授知识，入职引导工作最负责，最认真，希望顶住压力，尽早促成大客户成交。感谢何莹同学，对新人及团队其他成员，不厌其烦地教导，传授销售技巧，相信会有不一样的收获。

关于业绩表现，2014 年部门已生效订单，销售额 783 万 USD，约 4820 万人民币，实现年初预算目标；年终清算利润在 120 万元以上，完成年初净利润 100 万的目标。具体到产品来说，铝产品老客户的订单基本稳定，占据订单金额的 90%以上，但利润率偏低，仅为 3%左右；韩国客户转向其他供应商，致使销售额减少 200 万 USD, 利润额近 30 万，给业务带来很大困难。预制房屋业务实现销售额 33 多万美金，毛利润近 42 万，利润率在 15%以上，客户分布在拉美，东南亚，俄罗斯，蒙古等国家和地区，发展潜力巨大。

2014 年，在取得一定成绩的同时，部门的劣势也表现比较突出，比如员工离职率偏高，尤其以销售助理为主，主要原因在于，部门没有老产品可供大家练手，新人开发新业务难度大，经过一段时间便主动提出离职，但目前现状就是如此，个人也无能为力。在一定程度上，员工会觉得付出和回报不成比例，产生挫败感，打消业务开发的积极性。预制房屋开发难度大，缺乏专业人才的加盟，新员工即便以前有工作经验，坚持一段没有订单，也会犹豫或者怀疑，是目前比较大的困境。

说实话，2014 年是最难熬的一年，几乎每周四下午与房屋项目组同学，讨论热联客户进展，共同协商解决办法，争取到一些订单，但数量远远不够；面对行业内人才缺乏，招聘难度大的情况，优化相关信息，希望能有合适人选；针对入职不久，提出自动离职的同学，协同人力资源同事共同商讨，如何留人用人；加之部门产品开发和业务模式不够成熟，对业务开发造成很大影响，致使订单数量比预计减少，也是未能实现年初设定销售额目标的最主要的原因。

Confidential

CNBMUSA00009989



　　还好，2014 年已将结束，2015 年已经来临，庆幸我们已度过最难的一年，并有所收获，2015 年，金属工程部全体同事共同努力，未来一定会更好。

　　最后感谢公司领导，张总，刘总等对本部门业务发展所提供的帮助和支持，再次感谢。也预祝易单网 2015 年更加辉煌。

Confidential

CNBMUSA00009990