# QUOTATION

| SELLER: CNBM INTERNATIONAL CORPORATION | |
|---|---|
| ADD: FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA. | |
| TEL:0086-10-57971017    FAX:0086-10-57971188 | DATE: 6TH, AUG, 2014 |
| BUYER: GLOBAL TDR, LLC | |
| ADD: 4581 Weston Rd PMB#291 Weston FL, 33331 USA | |
| TEL:001 954 328 4436   FAX: | |

1. COMMODITY, QUANTITY AND VALUE.

| NO. | DESCRIPTION OF COMMODITY | QUANTITY | UNIT PRICE CIF VERACRUZ, MEXICO | AMOUNT CIF VERACRUZ, MEXICO |
|---|---|---|---|---|
| 1 | MILL FINISH ALUMINUM COIL<br>THICKNESS: 0.5MM<br>WIDTH: 1828MM<br>ALLOY: AA3003 H14<br>COIL WEIGHT: 2000-2495KGS | 17(m.t.) | USD 3170 | USD 53890 |

OTHERS: TOTAL QUANTITY TOLERANCE: +/-10%

| 2. PACKAGE: SEAWORTHY PACKAGE, PAPTER CORE INSIDE, CARTON WRAPPED OUTSIDE, ON WOODEN PALLET | 10. VALID DATE OF CONFIRMATION: 2014-08-11 |
|---|---|
| 3. SHIPPING MARKS: N/M | 11. BANK DETAILS: CHINA CITIC BANK H.O. GENERAL BANKING, BEIJING, CHINA |
| 4. DOCUMENTS REQUIRED: 1, FULL SET(3/3) OF ORIGINAL CLEAN ON BOARD BILL OF LADING; 2, ORIGINAL SIGNED COMMERCIAL INVOICE, IN 3 ORIGINALS AND 3 COPIES; 3, ORIGINAL PACKING LIST IN 3 ORIGINALS AND 3 COPIES; 4, MTC 5. CERTIFICATE OF ORIGEN | ACCOUNT: ███████<br>ADDRESS: GUOXING MANSION, NO.22, SHOUTINANLU HAIDIAN DISTRICT, BEIJING, CHINA |
| 5. LABEL INFORMATION: CNBM LABEL | |
| 6. SHIPMENT: THE GOODS WILL BE DELIVERED TO THE LOADING PORT IN 40 DAYS AFTER RECEIVING YOUR ADVANCE PAYMENT | SWIFT CODE: ███████<br>FAX: 010-88354590    TEL: 010-88354589 |
| 7. PORT OF LOADING: SHANGHAI PORT, CHINA | |
| 8. PORT OF DESTINATION: VERACRUZ PORT, MEXICO | |
| 9. TERMS OF PAYMENT: 30% ADVANCED PAYMENT BEFORE PRODUCTION, SELLER RELEASE THE SHIPPING DOCUMENTS AFTER RECEIPT BUYER'S 70% PAYMENT | |
| 12. TRANSHIPMENT: ALLOWED       13. PARTIAL SHIPMENT: NOT ALLOWED | |

CONTEMPT
Exhibit 172

CNBMUSA: Exhibit 566

Page 1 of 2

CNBMUSA00020078

| GENERAL CONDITIONS: |
| --- |
| (1) TRANSFER OF TITLE AND RISK:THE TITLE OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER AFTER THE SELLER RECIEVES THE FULL PAYMENT OF THE CONTRACT VALUE FROM THE BUYER.  THE RISK OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER FROM THE MOMENT OF THE COMMODITY BE LOADED ON BOARD. |
| (2) FORCE MAJEURE:IN CASE OF ANY EVENT, SUCH AS WAR AND NATURAL DISASTER AND ANY OTHER SUDDEN EVENTS, WHICH IS BEYOND CONTROL OF THE SELLER OR BUYER IS PREVENTING THE SELLER FROM DELIVERING OR MAKING AVAILABLE THE COMMODITY, THE PARTIES TO THIS CONTRACT SHALL BE RELIEVED FROM THE OBLIGATIONS HEREUNDER FOR SUCH PERIOD.  SHOULD SUCH PERIOD CONTINUE FOR MORE THAN THREE (3) MONTHS, THE BUYER OR SELLER SHALL HAVE THE OPTION OF CANCELLING THE CONTRACT PROVIDED THAT ANY SUCH NOTICE OF CANCELLATION IS IN WRITTING. |
| (3) INSPECTION & CLAIM:QUALITY SHOULD BE IN CONFORMITY WITH THE SPECIFICATION OF THE MANUFACTURER.QUANTITY AND PACKING CONDITIONS SHOULD BE IN CONFORMITY WITH THE TERM IN THIS CONTRACT.SHOULD THE QUALITY FOUND NOT IN CONFORMITY TO THE SPECIFICATION OF MANUFACTURER,OR SHOULD THE INSPECTED QUANTITY FOUNT IN SHORTAGE, OR SHOULD THE PACKING FOUND DAMAGED, THE BUYER HAS THE RIGHT TO CLAIM TO THE SELLER. THE CLAIM, IF ANY, SHOULD BE PRESENTED TO SELLER WITHIN 30 DAYS AFTER CARGO'S ARRIVAL DATE TO THE PORT, TOGETHER WITH RELATED INSPECTION REPORT AND PHOTOS  ISSUED AND PROVIDED BY A REPUTABLE INDEPENDENT SURVEYOR SUCH AS SGS. |
| (4) GOVERNING LAW AND DISPUTES RESOLUTION:THIS CONTRACT IS GOVERNED BY THE LAW OF THE PEOPLE'S REPUBLIC OF CHINA.  ANY DISPUTE ARISING OUT OF CONNECTION OR IN CONNECTION WITH THE SALES CONTRACT, INCLUDING DISPUTES ON ITS CONCLUSION, BINDING EFFECT, AMENDMENT AND TERMINATION, SHALL BE SETTLED THROUGH FRIENDLY NEGOTIATION.  IN CASE NO SETTLEMENT CAN BE REACHED, THE DISPUTE SHALL BE RESOLVED BY CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION (CIETAC), TO THE EXCLUSION OF THE ORDINARY COURTS BY AN ARBITRAL TRIBUNAL IN ACCORDANCE WITH THE ARBITRATION RULES OF CIETAC WITHOUT RECOURSE TO THE ORDINARY COURTS OF LAW.  SUCH ARBITRATION SHALL BE FINAL AND BINDING UPON BOTH PARTIES.  THE ARBITRATION FEES,UNLESS OTHERWISE AWARDED SHALL BE BORNED BY THE LOSING PARTY. |
| (5)(5)ANY AMENDMENTS AND SUPPLEMENTS TO THIS SALES CONFIRMATION SHALL BECOME EFFECTIVE ONLY IF THEY ARE MADE IN WRITING FORMALITY DOCUMENTS AND DULY SIGNED AND SEALED BY BOTH PARTIES. ANY HAND WRITING AMENDMENTS ARE NOT ACCEPTED. |

| CONFIRMED         (BUYER) | CONFIRMED          (SELLER) |
| --- | --- |
| BY: | BY: CNBM INTERNATIONAL CORPORATION |
| NAME: | NAME: ZHANGJINSONG |
| TITLE: | TITLE:  GENERAL MANAGER |

CNBMUSA00020079