

# SALES CONFIRMATION

| | |
|---|---|
| **SELLER:** CNBM INTERNATIONAL CORPORATION<br>**ADD:** FLOOR 17TH, NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTER NO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, CHINA.<br>**TEL:** 0086-10-57512507  **FAX:** 0086-10-57512572 | **S/C NO.:** SAAE1514043<br><br><br>**DATE: OCT.14TH, 2014** |
| **BUYER:** REFRACTORIES INC<br>**ADD:** 12900 NYACK DR. HOUSTON, TEXAS 77089<br>**TEL:** 1-713-947-8010 | **P/O NO.:** N/A<br><br>**DATE: OCT.14TH, 2014** |

1. COMMODITY, QUANTITY AND VALUE.

| DESCRIPTION OF COMMODITY | QUANTITY | UNIT PRICE CIF HOUSTON | AMOUNT CIF HOUSTON |
|---|---|---|---|
| | PCS | USD/PC | USD |
| 1. ANCHOR BRICK ALP85<br>MARK NO.: K/R 2178M<br>SIZE AS DRAWING IN ANNEX | 352 | US$19.80 | US$6,969.60 |
| 2. ANCHOR BRICK ALP85<br>MARK NO.: K/R 1678M<br>SIZE AS DRAWING IN ANNEX | 512 | US$15.27 | US$7,818.24 |
| 3. ANCHOR BRICK ALP85<br>MARK NO.: K/R 1338M<br>SIZE AS DRAWING IN ANNEX | 510 | US$12.10 | US$6,171.00 |
| TOTAL | | | US$20,958.84 |

SAY TOTAL USD TWENTY THOUSAND NINE HUNDRED AND FIFTY EIGHT CENTS EIGHTY FOUR ONLY

| | |
|---|---|
| 2. PACKAGE: 1 X 20 FCL<br>THE ANCHOR BRICK WILL BE PUT ONTO HEAT TREATED PALLETS AND THEN INTO THE CONTAINER.<br><br>3. PRODUCTION STANDARD:<br>ALL PRODUCTION UNDER THIS SALES CONFIRMATON SHOULD CONFORM TO THE CHINA NATIONAL STANDARD.<br>IF THE BUYER AND SELLER ACCEPT THE TECHNICALDATA IN ADDENDA, THE PRODUCTION SHOULD BE ACCORDING TO IT.<br>FOR REFRACTORY BRICK, WHEN EDGE ≥230 mm, THE TOLERANCE IS ± 2mm; WHEN THE EDGE ＜ 230 mm, THE TOLERANCE IS ±1.5mm. AND THE TOLERANCE OF BULK DESITY IS -0.05g/cm3 ～+ 0.1g/cm3.<br><br>4. DOUCUMENTS REQUIRED: B/L. INVOICE. INSURANCE PAPER. PL.<br><br>5. LABEL INFORMATION: THE GOODS WILL BE LABELED ON THE "CMAX" TRADEMARK WHICH IS EXCLUSIVELY OWNED BY THE CNBM INTERNATIONAL CORPORATION.<br><br>6. PRODUCTION PERIOD: NORMALLY THE PRODUCTION WILL BE COMPLETED WITHIN 60 DAYS AFTER RECEIPT OF 40% PAYMENT.<br><br>7. PORT OF LOADING: QINGDAO PORT, CHINA<br>8. PORT OF DESTINATION: HOUSTON PORT, THE UNITED STATES<br>9. TERMS OF PAYMENT: 40% PAYMENT BEFORE PRODUCTION AND THE BALANCE TO BE PAID WITHIN 45 DAYS AFTER B/L DATE. | 10. CIF PRICE VALIDITY OF SALES CONFIRMATION: UNTIL NOV.14TH, 2014<br>11. VALID DATE OF CONFIRMATION: ONE WEEK<br><br>12. BANK DETAILS:<br>CHINA CITIC BANK H.O. GENERAL BANKING, BEIJING, CHINA<br>SWIFT CODE:<br>A/C No.:<br>ADDRESS: GUOXING MANSION, NO.22, SHOUTINANLU HAIDIAN DISTRICT, BEIJING, CHINA<br>FAX: 010-88354590<br>TEL: 010-88354589 |

GENERAL CONDITIONS:

**CONTEMPT Exhibit 173**

**CNBMUSA: Exhibit 557**

CNBMUSA00018404



(1) TRANSFER OF TITLE AND RISK: THE TITLE OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER AFTER THE SELLER RECIEVES THE FULL PAYMENT OF THE CONTRACT VALUE FROM THE BUYER.  THE RISK OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER FROM THE MOMENT OF THE COMMODITY BE LOADED ON BOARD.

(2) FORCE MAJEURE: IN CASE OF ANY EVENT, SUCH AS WAR AND NATURAL DISASTER AND ANY OTHER SUDDEN EVENTS, WHICH IS BEYOND CONTROL OF THE SELLER OR BUYER IS PREVENTING THE SELLER FROM DELIVERING OR MAKING AVAILABLE THE COMMODITY, THE PARTIES TO THIS CONTRACT SHALL BE RELIEVED FROM THE OBLIGATIONS HEREUNDER FOR SUCH PERIOD.  SHOULD SUCH PERIOD CONTINUE FOR MORE THAN THREE (3) MONTHS, THE BUYER OR SELLER SHALL HAVE THE OPTION OF CANCELLING THE CONTRACT PROVIDED THAT ANY SUCH NOTICE OF CANCELLATION IS IN WRITTING.

(3) INSPECTION & CLAIM: QUALITY SHOULD BE IN CONFORMITY WITH THE SPECIFICATION OF THE MANUFACTURER.  QUANTITY AND PACKING CONDITIONS SHOULD BE IN CONFORMITY WITH THE TERM IN THIS CONTRACT.  SHOULD THE QUALITY FOUND NOT IN CONFORMITY TO THE SPECIFICATION OF MANUFACTURER, OR SHOULD THE INSPECTED QUANTITY FOUND IN SHORTAGE, OR SHOULD THE PACKING FOUND DAMAGED, THE BUYER HAS THE RIGHT TO CLAIM TO THE SELLER. THE CLAIM, IF ANY, SHOULD BE PRESENTED TO SELLER WITHIN 30 DAYS AFTER CARGO'S ARRIVAL DATE TO THE PORT, TOGETHER WITH RELATED INSPECTION REPORT AND PHOTOS ISSUED AND PROVIDED BY A REPUTABLE INDEPENDENT SURVEYOR SUCH AS SGS.

(4) GOVERNING LAW AND DISPUTES RESOLUTION: THIS CONTRACT IS GOVERNED BY THE LAW OF THE PEOPLE'S REPUBLIC OF CHINA.  ANY DISPUTE ARISING OUT OF CONNECTION OR IN CONNECTION WITH THE SALES CONTRACT, INCLUDING DISPUTES ON ITS CONCLUSION, BINDING EFFECT, AMENDMENT AND TERMINATION, SHALL BE SETTLED THROUGH FRIENDLY NEGOTIATION.  IN CASE NO SETTLEMENT CAN BE REACHED, THE DISPUTE SHALL BE RESOLVED BY CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION (CIETAC), TO THE EXCLUSION OF THE ORDINARY COURTS BY AN ARBITRAL TRIBUNAL IN ACCORDANCE WITH THE ARBITRATION RULES OF CIETAC WITHOUT RECOURSE TO THE ORDINARY COURTS OF LAW.  SUCH ARBITRATION SHALL BE FINAL AND BINDING UPON BOTH PARTIES.  THE ARBITRATION FEES,UNLESS OTHERWISE AWARDED SHALL BE BORNED BY THE LOSING PARTY.

(5)  ANY AMENDMENTS AND SUPPLEMENTS TO THIS SALES CONFIRMATION SHALL BECOME EFFECTIVE ONLY IF THEY ARE MADE IN WRITING FORMALITY DOCUMENTS AND DULY SIGNED AND SEALED BY BOTH PARTIES.  ANY HAND WRITING AMENDMENTS ARE NOT ACCEPTED.

| Confirmed (BUYER) | Confirmed (SELLER) |
|---|---|
| By: | By:CNBM INTERNATIONAL CORPORATION |
| Name: | Name: Zhangjinsong |
| Title | Title: General Manager |
| | *Celine Zhang* / Authorized Signature |



PAGE 1

**ATTACHED DOCUMENT FOR SC Ref.SAAE1514043:**

**I. TECHNICAL DATA:**

HIGH ALUMINA ANCHOR BRICK-ALP85

| Physical Properties: | Specifications | Typical |
|---|---|---|
| Bulk Density (g/cm$^3$) | | |
| Apparent Porosity (%) | | |
| Cold Crushing Strength (Mpa) | | |
| MOR (Mpa) | | |
| PLC (1550°C (2642°F)X3Hr) | | |
| Refractory Under Load (°C) T$_{0.6}$ | | |
| **Chemical analysis:** | | |
| Al$_2$O$_3$, % | | |
| Fe$_2$O$_3$, % | | |
| P2O5, % | | |

**II DRAWINGS**



K/R 2178M



CNBM International Corporation



PAGE 2

## K/R 1678M



## K/R 1338M



| Confirmed (BUYER) | Confirmed (SELLER) |
|---|---|
| By: | By: CNBM INTERNATIONAL CORPORATION |
| Name: | Name: Zhangjinsong |
| Title: | Title: General Manager |

*Celine Zhang*
Authorized Signature

CNBM okorder.com
CNBM International Corporation



## ⅢPACKING PRINTING MARK



I.  ANCHOR BRICK ALP85

II.  SIZE: K/R 2178M

III.  PCS/PALLET: 88

IV.  PALLET NO.:1/11-4/11

I.  ANCHOR BRICK ALP85

II.  SIZE: K/R 1678M

III.  PCS/PALLET: 128

IV.  PALLET NO.: 5/11-8/11

I.  ANCHOR BRICK ALP85

II.  SIZE: K/R 1338M

III.  PCS/PALLET: 170

IV.  PALLET NO. 9/11-11/11

| Confirmed (BUYER) | Confirmed (SELLER) |
|---|---|
| By: | By:CNBM INTERNATIONAL CORPORATION |
| Name: | Name: Zhangjinsong |
| Title | Title: General Manager |




CNBM International Corporation