S/C NO:SAAB3414014

# SALES CONFIRMATION
## (PROFORMA INVOICE)

| SELLER:CNBM INTERNATIONAL CORPORATION | S/C NO.:SAAB3414014 | |
|---|---|---|
| ADD:FLOOR 17TH,NO.4 BUILDING, ZHUYU INTERNATIONAL COMMERCIAL CENTERNO.9 SHOUTI SOUTH ROAD, HAIDIAN DISTRICT, BEIJING 100048, | | |
| TEL:0755-8860 8566    FAX:0755-8860 8565 | DATE: OCT.14TH,2014 | |
| BUYER:ARCHITECTUREAL IRON PRODUCTS | | |
| ADD: 10701 SE FOSTER RD, PORTLAND, OR ,USA 97266 | | |
| TEL: 503 761 9840         FAX:503 777 7141 | | |
| 1. COMMODITY, QUANTITY AND VALUE. | | |

| NO. | DESCRIPTION OF COMMODITY | QUANTITY | UNIT PRICE FOB SHENZHEN | AMOUNT FOB SHENZHEN |
|---|---|---|---|---|
| 1 | Stainless steel cable Specification: 3mm/ 7*7/ SS316 | 3000 (m) | 0.52 | 1560.00 |
| 2 | Freight by SEA (FROM SHENZHEN, CHINA TO PORTLAND, USA) | | | USD 500.00 |
| TOTAL: | | | | USD 2060.00 |
| SAY TOTAL TWO THOUSAND AND SIXTY US DOLLARS  ONLY. | | | | |

| | |
|---|---|
| 2.PACKAGE: CARTON PACKING | 10.VALID DATE OF CONFIRMATION:2014-10-13 ~ 2014-10-20 |
| 3. SHIPPING MARKS: CNBM + AIP | 11.  BANK DETAILS:CHINA CITIC BANK H.O.GENERAL BANKING,BEIJING,CHINA ACCOUNT:▮▮▮▮▮▮▮▮ ADDRESS:GUOXING MANSION, NO.22, SHOUTINANLU HAIDIAN DISTRICT, BEIJING, CHINA SWIFT CODE:▮▮▮▮▮ FAX:010-88354590 TEL:010-88354589 |
| 4. DOCUMENTS REQUIRED: 1,FULL SET(3/3) OF ORIGINAL CLEAN ON BOARD BILL OF LADING;2,ORIGINAL SIGNED COMMERCIAL INVOICE, IN 3 ORIGINALS AND 3 COPIES;3,ORIGINAL PACKING LIST IN 3 ORIGINALS AND 3 COPIES; | |
| 5. LABEL INFORMATION:CNBM | |
| 6. SHIPMENT: Manufacture 20 DAYS AFTER DEPOSIT, shipping 27 days | |
| 7. PORT OF LOADING:SHENZHEN PORT,CHINA | |
| 8. PORT OF DESTINATION:PORTLAND PORT,UNITED STATES | |
| 9. TERMS OF PAYMENT:100%  ADVANCED PAYMENT BEFORE PRODUCTION | |
| 12.TRANSHIPMENT:  ALLOWED          13.PARTIAL SHIPMENT:  ALLOWED | |

GENERAL CONDITIONS:
(1) TRANSFER OF TITLE AND RISK:THE TITLE OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER AFTER THE SELLER RECIEVES THE FULL PAYMENT OF THE CONTRACT VALUE FROM THE BUYER.  THE RISK OF THE COMMODITY SHALL BE TRANSFERRED TO THE BUYER FROM THE MOMENT OF THE COMMODITY BE LOADED ON BOARD.
(2) FORCE MAJEURE:IN CASE OF ANY EVENT, SUCH AS WAR AND NATURAL DISASTER AND ANY OTHER SUDDEN EVENTS, WHICH IS BEYOND CONTROL OF THE SELLER OR BUYER IS PREVENTING THE SELLER FROM DELIVERING OR MAKING AVAILABLE THE COMMODITY, THE PARTIES TO THIS CONTRACT SHALL BE RELIEVED FROM THE OBLIGATIONS HEREUNDER FOR SUCH PERIOD.  SHOULD SUCH PERIOD CONTINUE FOR MORE THAN THREE (3) MONTHS, THE BUYER OR SELLER SHALL HAVE THE OPTION OF CANCELLING THE CONTRACT PROVIDED THAT ANY SUCH NOTICE OF CANCELLATION IS IN WRITTING.

**CONTEMPT Exhibit 174**

**CNBMUSA: Exhibit 570**

S/C NO:SAAB3414014

| |
|---|
| (3) INSPECTION & CLAIM:QUALITY SHOULD BE IN CONFORMITY WITH THE SPECIFICATION OF THE MANUFACTURER.QUANTITY AND PACKING CONDITIONS SHOULD BE IN CONFORMITY WITH THE TERM IN THIS CONTRACT.SHOULD THE QUALITY FOUND NOT IN CONFORMITY TO THE SPECIFICATION OF MANUFACTURER,OR SHOULD THE INSPECTED QUANTITY FOUNT IN SHORTAGE, OR SHOULD THE PACKING FOUND DAMAGED, THE BUYER HAS THE RIGHT TO CLAIM TO THE SELLER. THE CLAIM, IF ANY, SHOULD BE PRESENTED TO SELLER WITHIN 30 DAYS AFTER CARGO'S ARRIVAL DATE TO THE PORT, TOGETHER WITH RELATED INSPECTION REPORT AND PHOTOS ISSUED AND PROVIDED BY A REPUTABLE INDEPENDENT SURVEYOR SUCH AS SGS. |
| (4) GOVERNING LAW AND DISPUTES RESOLUTION:THIS CONTRACT IS GOVERNED BY THE LAW OF THE PEOPLE'S REPUBLIC OF CHINA.  ANY DISPUTE ARISING OUT OF CONNECTION OR IN CONNECTION WITH THE SALES CONTRACT, INCLUDING DISPUTES ON ITS CONCLUSION, BINDING EFFECT, AMENDMENT AND TERMINATION, SHALL BE SETTLED THROUGH FRIENDLY NEGOTIATION.  IN CASE NO SETTLEMENT CAN BE REACHED, THE DISPUTE SHALL BE RESOLVED BY CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION (CIETAC), TO THE EXCLUSION OF THE ORDINARY COURTS BY AN ARBITRAL TRIBUNAL IN ACCORDANCE WITH THE ARBITRATION RULES OF CIETAC WITHOUT RECOURSE TO THE ORDINARY COURTS OF LAW.  SUCH ARBITRATION SHALL BE FINAL AND BINDING UPON BOTH PARTIES.  THE ARBITRATION FEES,UNLESS OTHERWISE AWARDED SHALL BE BORNED BY THE LOSING PARTY. |
| (5)ANY AMENDMENTS AND SUPPLEMENTS TO THIS SALES CONFIRMATION SHALL BECOME EFFECTIVE ONLY IF THEY ARE MADE IN WRITING FORMALITY DOCUMENTS AND DULY SIGNED AND SEALED BY BOTH PARTIES. ANY HAND WRITING AMENDMENTS ARE NOT ACCEPTED. |

| CONFIRMED                (BUYER) | CONFIRMED                   (SELLER) |
|---|---|
| BY: ARCHITECTUREAL IRON PRODUCTS | BY: CNBM INTERNATIONAL CORPORATION |
| NAME: | NAME: ZHANGJINSONG |
| TITLE: | TITLE:  GENERAL MANAGER |

CNBMUSA00028725