**Partial Translation of CNBMUSA00001509-1518**

**CNBMUSA00001509**



*CNBM International Corporation* _____

# 2014 Summary Work Report of Sales Manager

……

1. The work report period covers between **January 1, 2014 and December 30, 2014**,

and the data indicators herein use **liquidation data** as their statistics bases.

……

**CNBMUSA00001511**

……

American customer:   ENGINEERED PRODUCTS

It is a  shelf system profiles manufacturer, mainly manufacturing shelf columns, crossbeams, braces, partitions and other profiles. It has two factories in the United States. During their visit to us in December 2014, the customer has discussed with us in detail about the technical details and finalized the technical solutions. The sales volume is projected at US$ 420,000, and profit at RMB 300,000. Our competitors mainly come from Canada. At present, our advantage is our price. The customer has expressed their concerns about our after-sales service, but showed their satisfactions after we gave detailed explanations to them. As the Christmas is coming, the customer will hold a meeting after the Christmas to discuss and finalize the plan.

**CNBMUSA00001513**

……

## 2) Key market analysis

The equipment development will continue to be conducted by the developers in the key markets in Southeast Asia, Middle East, South America, Africa and North America; the industry is centralized in the field of warehouse shelves, cable bridges and cold-formed sections manufacturing. We provide travel services only including reception of customers visiting our factories in China, equipment installation and commissioning in overseas customers' factories. Increased the online e-commerce channels on the www.okorder.com platform. Besides the existing key markets in the developing countries,

**CNBMUSA00001514**

CONTEMPT
Exhibit 175

we also develop prospective customers in other developed countries and regions.

……

2014 year's end sales manager work summary report

Department: Breeder material department project group: Breeder material name: Li Cunliang enters the duty time: In July, 2011 matters needing attention:

Work summary time was on January 1, 2014 --2014 the year on December 30, its data target took criticizing the data as the statistical basis.
In as follows template the listed project for must fill in the content, do not delete willfully.

If does the work not to be possible in the following project, in other work contents supplemented that composes.
If this content has not done, fills up the time that â€œedoes not haveâ€  or writes to be going to complete to anticipate in the back effect that achieves.

In the form the listed content to provide the composition mentality uses, to probably supplement that may make the supplement according to my wish again.
For ease of counting some graphs is the EXCEL graph of insertion, please after the double click, edits.

This work summary data and end of the year inspects and gold seed evaluation direct contact, please carefully fill. .
Work content report

1st, year's end performance measure master list serial number key job target target segmentation goal/budget achieved the data in 2013 the data 1 finance class target sales volume (physical chart) (ten thousand Yuan) 920443 jiao mass of profit (ten thousand Yuan) 151493 ratios of margin (%) 16% net profit volumes (physical chart) (ten thousand Yuan) to assemble the equality in number share/bad account contract number share/bad account aggregate amount (ten thousand Yuan)/not to collect in full the loans order form number share/not to collect in full the loans order form total amount (ten thousand Yuan)/not to collect in full the loans order form scheduled profit (ten thousand Yuan)/2 customer class targets in the past deal customer total/new development already the deal customer several 2 Developed the old customer number old customer deal sales volume that the customer deal sales volume (ten thousand Yuan) 920443 new development customer deal Mao Lirun (ten thousand Yuan) 151493 same year finalized (ten thousand Yuan) old customer deal Mao Lirun (ten thousand Yuan) customer claim number of times/customer claim aggregate amount (ten thousand Yuan)/3 product class target new product sales volumes (ten thousand Yuan)/new product mass of profit (ten thousand Yuan)/4 process control target months to send mail number/month to receive mail number newly/month to receive to inquire Pan Shu/month to inquire plate reply number/month even customer input number/5 Yi Danhua the target 1. factories to recruitSupplier quantity 2. factories recruited the supplier to upload run quantity 3. Yi Danwang to inquire a total quantity (on January 1, 2014 computation) 4. Yi Danwang to inquire the plate to transform order form quantity 6. Yi Danwang to inquire the plate to transform the order form amount (ten thousand Yuan) 2, key indicator data description 2.1 customer targets

The serial number customer famous client value (gold/silver/copper) order form quantity product range sales volume mass of profit maintain the old customer:
1 2 3 develop the new customer:
1 SCHAEFER SYSTEMS INTERNATIONAL SDN.BHD.
< http://etp.okorder.com/friend/friendview.php?friendType=1&friendID=11035597 >
http://etp.okorder.com/friend/friendview.php?friendType=1&friendID=11035597 copper 1 slanting production line 876228.4 141747.72 2 STELCON COMPANY <
http://etp.okorder.com/friend/friendview.php?friendType=1&friendID=3917689 >
http://etp.okorder.com/friend/friendview.php?friendType=1&friendID=3917689 copper 1 cutter 44215.25 9027.22 3 cooperation customers:
The customer who 1 2 3 new and old customer mix analyses finalized this year completely is the new customer, the distinction is as follows:
Malaysian customer SCHAEFER SYSTEMS INTERNATIONAL SDN.BHD.

Shelf system molding producer, main production, shelf column, crossbeam, slanting, partition board and other moldings. In 2014 has made a new order form: Slanting cold bending formation equipment, amount approximately 140,000 dollars, profit about 140,000. The equipment has installed in the customer factory in 19 November, 14. Mt. Kun factory Chinese new year will plan on again a production line from now on, it is estimated that the sales volume 4.64 million, profit 410,000.
Russian customer STELCON COMPANY <
http://etp.okorder.com/friend/friendview.php?friendType=1&friendID=1917639 >
http://etp.okorder.com/friend/friendview.php?friendType=1&friendID=1917639 shelf system molding producer, main production, shelf column, crossbeam, slanting, partition board and other moldings. In 2014 has made a new order form: Cutter, amount: 44,000 Renminbi, profit: 9000 Yuan. Other footboard production line under original customer estimate (amount 295,000 dollars, profit: 220,000 Renminbi), postpone because of the ruble depreciation.
The key customer analyzes Malaysian customer SCHAEFER SYSTEMS INTERNATIONAL SDN.BHD.

The customer is German Capital Enterprise, is the world maximum shelf system producer. A production line that 14 years deciding has installed in Malaysian Factory in November. Customers continues the single ability to be very strong, is maintaining with the customer the good communication. China, the factory Chinese new year of Mt. Kun will plan on again a production line from now on, it is estimated that the sales volume 4.64 million, profit 410,000.

The American customer ENGINEERED PRODUCTS shelf system molding producer, the main production, the shelf column, the crossbeam, slanting, partition board and other moldings, have two factories in the US. The customers came visiting in December, 2014, has discussed the technical detail in detail, and has decided on the final technical program. It is estimated that sales volume: 420,000 dollars, mass of profit: 300,000 Renminbi. Our major competitor came from Canada, at present, our superiority were the price, the customer expressed to the worry of post-sale service, has made explaining in detail to the customer, the customer has expressed satisfaction. As a result of the present just when the Christmas, after the customer crosses preserves chastity to the end, will hold a meeting, discussed that determines the final plan.
South African customer KROST SHELVING

Shelf system molding producer, main production, shelf column, crossbeam, slanting, partition board and other moldings. 14 the beginning of the year has visited this customer. In September starts, the customer starts inquiry equipment: Crossbeam cold bending formation equipment, sales volume: 226,000 dollars, profit: 180,000 Renminbi; As well as column cold bending formation equipment, sales volume: 241,000 US dollars, profit: 175,000. The customers also said that has prepared to purchase the plan of equipment. And plans to lead the engineer to come together. Because the present is the customer vacation, it is estimated that in January will have a vacation to set the concrete visit date.
The old customer and key customer outflow and cause analysis old customer under single reason, has not been the purchase cycle of equipment is mainly long, has not had outflow, maintained in past old customer the positive communication.

2.2 product mix distribution map 1) product sales volume distribution map [Figure 1]

[Analysis explanation]
Mainly sells the cold bending equipment, other products have not for the present make the main promotion.

2) product profit distribution map [Figure 2]

[Analysis explanation]
Mainly sells the cold bending equipment, other products have not for the present make the main promotion.
3) new product analysis has not made the new product promotion temporarily

2.3 market analysis new and old market analysis

Proceeds from the angle in turnover as well as customer liveness, mainly develops Southeast Asia, Middle East, South America, African as well as the North American market. The European market, was been big by the economical influence, the universal response is not very active. But as before maintains certain attention. Each market takes the different molding equipment primarily, for example: Shelf system, electric cable bridge system, safe cabinet molding as well as automobile industry molding and so on. The equipment profit margin is relatively high, but the customer purchase cycle is very long, in the considerable degree relies on the persistent development and customer's the long-term maintenance to market. In the market does not have other antidumping risks and limits, risks and so on.

Key market analysis equipment continues the present development personnel's key market to develop, Southeast Asia, Middle East, South America, African as well as North American market; Profession strongly in warehousing shelf manufacture, electric cable bridge manufacture, cold bending molding manufacture domain. Business trip scope limited to working as reception customer visit domestic factory, overseas customer factory equipment setup to debug. Increased Yi Danwang the Platform online electricity business channel. Besides the present key developing country market, simultaneously gives dual attention to the potential customer development of other developed country market and area.

The warehousing shelf and molding market distribution is widespread, main centralized in warehousing, physical distribution, photovoltaic and building application profession. Under the line market development and online synchronizes, the relevant product has uploaded Yi Danwang Platform, through electricity business form to overseas customer promotion sale. Because the warehousing shelf is investment in the fixed assets, the purchase cycle is long, must the design proposal and has custom-made the production. Market, some customer tendency purchase local storage facilities and moldings. Business trip is coordinated limited to reception customer visit factory and foreign installment.

2.4 bad account analysis

Serial number

Customer name

Contract number

Product range

Account receivable

(Ten thousand Yuan) account age bad account amount (ten thousand Yuan)

1

2

3

4

5

6

7

[Presents the cause analysis of bad account]:

2.5 customer claim serial number customer famous contract number product range claim amount (ten thousand Yuan)

Loses the amount

(Ten thousand Yuan) claim reason 1 2 3 4 5 6 7
[Customer claim treating processes explanation]:
2.6 customer suit and processing

Serial number customer name contract number product range processing 1 2 3 concrete treating processes:
2.7 customer visiting

The serial number business trip time business trip place customer (may code substitution) main visiting achievement 1 on February 18th, 2014 - on March 1 South African PALIAN smooth assistance, even if the personnel install the equipment, and visits the potential customer, a customer must come visiting immediately 2 on November 10th -20, 2014 Malaysian SCHAEFER smooth assistance, even if the personnel install the equipment, and strives for the new project, the new project in discussing increases the customer synopsis:
2.8 supplier management

(1) years increase the supplier serial number

Supplier name

Product range

Supplier rank

Additional time

1

2

3

Increases the supplier to introduce:

(2) the key supplier summarizes the key supplier to introduce:

The equipment supplier takes Henan day abundant machinery primarily, all customer demands with the day abundant machinery communication cooperation, the design proposal, the quoted price and so on, the centralized degree are high, the level of dependancy is high, the stability is high. The equipment procurement cost is relatively stable, has the growth latent possibility, the payment method is stable. The suppliers currently the service has crosswise expands to container house and other domains. The supplier integral development is good, has potential.

2.9 other have not received all complete contract (in execution) operational practice to describe:

3 sales infrastructure work:
3.1 sales infrastructure performance measure form:

Key job target target segmental data (my filling in) sales handbook sale handbook name product knowledge FAQ profession survey form

Key survey form

Domestic and foreign standards

Technical specification

Foreign company sample and material

Domestic and foreign product analysis comparison

(Clause) typical contract form lives the vocabulary (new word integer) goods to trace the essential factor sale handbook work content the writing to describe:
3.2 exhibition target form (not necessarily attended exhibition, so long as has done preparatory work):

The key job target target segmental data (my filling in) various exhibitions and kind of conference materials prepare the participating name participation way time (month) exhibitor name list (published conference proceeding) yellow page (to refer to overseas exhibition) map exhibition reporting the participation various work content exhibitions and kind of conference material preparations:
4th, other work contents supplemented

5th, rationalization proposal quantity that provides (was accepted by company, namely was commended)

6th, attainment experience and self-checking result of problem and insufficient work that discovery company or the department have (lists self-checking result, corrective measure, help or training that needs)

Working ability:
1st, the enhancement of product knowledge: The specialization waits for strengthening, needs to be responsible for the equipment carrying on a more thorough study, familiar.

2nd, the thin development of market: The market develops scattered, big customer grasps are quite many, but the big customer purchase cycle is quite long, needs to put some energy to the medium customer on.
Sales result:

1st, achievement improves, the initial business model adjustment won initial success, for example changed to the promoted letter the HTML form, made the customer more direct-viewing seeing product; Carries on the telephone development to the big customer, many kinds of search modes unify and so on. Next step needs to refine the customer in each region.
2nd, mainly aims at Australia, Britain, Turkey, the South African four countries carries on the development, the related big customer in this four country, basically has the telephone or the mail communication, then, more careful will carry on the development to these markets.
Attainment experience

1st, makes information transmission as soon as possible demand person there, can let the reason that the customer has discussed that the skill is no doubt important, the key is the customer must have the solid demand.
2nd, and customer maintains communication outside business, the price is not the competitive advantage, equipment such technique content high product, the customer is always willing to look for the strength the company, the person who can trust helps him to purchase.

3rd, and customer maintains the long-term communication, lets the customer remember our product improvement measure

1st, market requirement carries on a more careful development, in market's foundation that 14 years plan again developed, carries on a more careful development, achieves to develops the market whole the assurance.
2nd, more customer communications, maintain better communications with the customer, did not discuss

for business.

3rd, and has the communication, has sent the quoted price customer, communicates again, has a look at the customer 14 years to have the buying plan.
4th, takes training of company organization, many understanding foreign trade related knowledge, skill.

The help or training hope that needs to obtain may obtain some view exhibition and visiting customer's opportunity, such gain direct demand customer's possibility is bigger

Next year preliminary work plan

1st, in 2014 that establish sales volume and profit goal sales volume: 4.63 million; Profit: 700,000

2nd, development product direction shelf cold bending formation equipment; Roofing board cold bending formation equipment; Electric cable bridge cold bending formation equipment and so on

3rd, key local Malaysia, South Africa, Russia, Britain, Australia, Sweden, Turkey and other countries

4th, think the work job requirement that needs to strengthen is more effective, considered that the matter need is more comprehensive, is more careful.

5th, other is suitable, goes to the overseas visiting customer or attended the exhibition to gain the opportunity of direct and potential customer communication.

After the double click, inputs the product range and sales volume in the form

After the double click, inputs the product range and mass of profit PAGE 10 pages of altogether NUMPAGES 10 pages in the form

_1480774801.xls _1480775428.xls _1480774272.xls _1479903033.xls

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: IBM PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: Eric Lee PID_REVNUMBER: 24 PID_APPNAME:
Microsoft Office Word PID_EDITTIME: Mon Jan 01 10:46: 00 CST 1601 PID_LASTPRINTED: Tue Nov 27 15:29: 00 CST 2012 PID_CREATE_DTM: Tue Nov 27 16:13: 00 CST 2012 PID_LASTSAVE_DTM: Mon Dec 22 17:46: 00 CST 2014 PID_PAGECOUNT: 1 PID_WORDCOUNT: 807 PID_CHARCOUNT: 4600 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 38 PID_PARCOUNT: 10 17: 5397 23: 726502 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 936

 中建材国际贸易有限公司
CNBM International Corporation

# 2014 年终销售经理工作总结报告

## 部门：再生材料部 项目组：再生材料 姓名：李存粮 入职时间：2011 年 7 月

**注意事项：**

1、工作总结时间段为 **2014 年 1 月 1 日——2014 年 12 月 30 日**，其数据指标以**清算数据为统计依据。**

2、下文模板中所列项目为必填内容，不得任意删改。

3、如所做工作不在下列项目中可在其他工作内容补充中撰写。

4、如该项内容没有做，在后边填"无"或者写出将要完成的时间预期达到的效果。

5、表格中所列内容为提供撰写思路用，有需补充可按本人意愿再做补充。

6、为了便于统计**有些**图表都是插入的 EXCEL 图表，请双击后编辑。

7、**该工作总结数据和年底考核及金种子评选直接挂钩，请认真填写**。

## 一、 工作内容汇报

### 1、年终工作指标总表

| 序号 | 关键工作指标 | 指标细分 | 目标/预算 | 达成数据 | 2013 年数据 |
|------|------------|---------|---------|---------|-----------|
| 1 | 财务类指标 | 销售额（体检表）（万元） | | 920443 | |
| | | 毛利润额（万元） | | 151493 | |
| | | 毛利率（%） | | 16% | |
| | | 净利润额（体检表）（万元） | | | |
| | | 总合同数（份） | / | | |
| | | 坏账合同数（份） | / | | |
| | | 坏账总金额（万元） | / | | |
| | | 未收齐货款订单数（份） | / | | |
| | | 未收齐货款订单总额（万元） | / | | |
| | | 未收齐货款订单预计利润（万元） | / | | |
| 2 | 客户类指标 | 当年成交客户总数 | / | | |
| | | 新开发已成交客户数 | | 2 | |
| | | 新开发客户成交销售额（万元） | | 920443 | |

 CNBM   CNBM International Corporation

第 1 页 共 10 页

Confidential

CNBMUSA00001509

中建材国际贸易有限公司
CNBM International Corporation

| | | 新开发客户成交毛利润（万元） | | 151493 | |
|---|---|---|---|---|---|
| | | 当年成交的老客户数 | | | |
| | | 老客户成交销售额（万元） | | | |
| | | 老客户成交毛利润（万元） | | | |
| | | 客户索赔次数 | / | | |
| | | 客户索赔总金额（万元） | / | | |
| 3 | 产品类指标 | 新产品销售额（万元） | / | | |
| | | 新产品利润额（万元） | / | | |
| 4 | 过程管控指标 | 月均发邮件数 | / | | |
| | | 月均收邮件数 | / | | |
| | | 月均收到询盘数 | / | | |
| | | 月均询盘回复数 | / | | |
| | | 月均客户录入数 | / | | |
| 5 | 易单化指标 | 1.万厂招募供应商数量 | | | |
| | | 2.万厂招募供应商上传产品数量 | | | |
| | | 3.易单网询盘总数量（2014 年 1 月 1 日起计算） | | | |
| | | 4.易单网询盘转化订单数量 | | | |
| | | 6.易单网询盘转化订单金额（万元） | | | |

**2、关键指标数据描述**

**2.1 客户指标**

| 序号 | 客户名 | 客户价值（金/银/铜） | 订单数量 | 产品名称 | 销售额 | 利润额 |
|---|---|---|---|---|---|---|
| 维护老客户： | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 开发新客户： | | | | | | |
| 1 | SCHAEFER | 铜 | 1 | 斜拉生产线 | 876228.4 | 141747.72 |

CNBM   CNBM International Corporation

第 2 页 共 10 页

Confidential
CNBMUSA00001510

中建材国际贸易有限公司
CNBM International Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| | SYSTEMS INTERNATIONAL SDN.BHD. | | | | | |
| 2 | STELCON COMPANY | 铜 | 1 | 切刀 | 44215.25 | 9027.22 |
| 3 | | | | | | |
| 合作客户： | | | | | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |

### 1) 新老客户构成分析

今年成交的客户全部为新客户，分别如下：

马来西亚客户 SCHAEFER SYSTEMS INTERNATIONAL SDN.BHD.

货架系统型材生产商，主要生产，货架立柱，横梁，斜拉，隔板等型材。2014 年下了一个新订单：斜拉冷弯成型设备，金额约 14 万美金，利润 14 万左右。设备已经于 14 年 11 月在客户工厂安装。昆山工厂农历新年过后会计划再上一条生产线，预计销售额 464 万，利润 41 万。

俄罗斯客户 STELCON COMPANY

货架系统型材生产商，主要生产，货架立柱，横梁，斜拉，隔板等型材。2014 年下了一个新订单：切刀，金额：4.4 万人民币，利润：9 千元。本来客户预计下的另外一个踏板生产线（金额 29.5 万美金，利润：22 万人民币），因为卢布贬值而暂缓。

### 2) 重点客户分析

马来西亚客户 SCHAEFER SYSTEMS INTERNATIONAL SDN.BHD.

客户为德资企业，为全世界最大的货架系统生产商。14 年定的一条生产线已于 11 月在马来西亚工厂安装。客户的续单能力很强，也一直和客户保持着良好的沟通。中国，昆山的工厂农历新年过后会计划再上一条生产线，预计销售额 464 万，利润 41 万。

美国客户 ENGINEERED PRODUCTS

货架系统型材生产商，主要生产，货架立柱，横梁，斜拉，隔板等型材，在美国有两个工厂。客户已经于 2014 年 12 月份来访，详细探讨了技术细节，并确定了最终的技术方案。预计销售额：42 万美金，利润额：30 万人民币。咱们的主要竞争对手来自加拿大，目前，咱们的优势是价格，客户表达了对售后服务的担心，也已经对客户做过详解，客户表示满意。由于现在正值圣诞，客户过完节后会开会，讨论确定最终的计划。



Confidential                                                              CNBMUSA00001511



南非客户 KROST SHELVING

货架系统型材生产商，主要生产，货架立柱，横梁，斜拉，隔板等型材。14 年初拜访过此客户。9 月份开始，客户开始询价设备：横梁冷弯成型设备，销售额：22.6 万美金，利润：18 万人民币；以及立柱冷弯成型设备，销售额：24.1 万美元，利润：17.5 万。客户同时表示，已经做好准备采购设备的计划。并计划带工程师一起过来。由于现在是客户假期，预计一月份放假回来会确定具体的来访日期。

### 3)  老客户及重点客户流失情况及原因分析

老客户未下单的原因，主要是设备的采购周期较长，未出现流失情况，和以往的老客户一直保持积极的沟通中。

## 2.2 产品结构分布图

### 1)  产品销售额分布图[图 1]



双击后，在表格中输入产品名称和销售额

冷弯设备
920443
100%

### 【分析说明】

主要销售冷弯设备，其它产品暂未做主要推广。



Confidential                                                                    CNBMUSA00001512

中建材国际贸易有限公司
CNBM International Corporation

**2）产品利润分布图[图 2]**



双击后，在表格中输入产品名称和利润额

冷弯设备
151493
100%

**【分析说明】**
主要销售冷弯设备，其它产品暂未做主要推广。

**3）新产品分析**
暂时未做新产品推广

**2.3 市场分析**

**1）新老市场分析**
从成交量以及客户活跃度方面的角度出发，主要开发东南亚，中东，南美洲，非洲以及北美洲市场。欧洲市场，受经济影响较大，普遍反应不是很活跃。但是依旧会保持一定的关注度。各个市场以异型材设备为主，比如：货架系统，电缆桥架系统，保险柜型材以及汽车工业型材等。设备利润率相对较高，但客户采购周期很长，相当程度上依赖对市场的持续开发和客户的长期维护。市场上无反倾销风险和其他限制、风险等。

**2）重点市场分析**

设备延续现行开发人员的重点市场开发，东南亚，中东，南美洲，非洲以及北美洲市场；行业集中在仓储货架制造，电缆桥架制造，冷弯型材制造领域。出差范围限于当接待客户访问国内工厂，海外客户工厂的设备安装调试。增加了易单网平台线上电商渠道。除现行重点发展中国家市场之

Confidential                                                                                    CNBMUSA00001513

中建材国际贸易有限公司
CNBM International Corporation

外，同时兼顾其他发达国家市场和地区的潜在客户开发。

　　仓储货架和型材市场分布广泛，主要集中在仓储，物流，光伏、建筑应用行业。线下市场开发和线上同步，相关产品已上传易单网平台，通过电商形式向海外客户推广销售。由于仓储货架系固定资产投资，采购周期较长，需设计方案和定制生产。市场方面，部分客户倾向采购当地仓储设备和型材。出差方面限于接待客户参观工厂和境外安装协调。

### 2.4 坏账分析

| 序号 | 客户名 | 合同号 | 产品名称 | 应收账款（万元） | 账龄 | 坏账金额（万元） |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |

【出现坏账的原因分析】：

### 2.5 客户索赔

| 序号 | 客户名 | 合同号 | 产品名称 | 索赔金额（万元） | 损失金额（万元） | 索赔原因 |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |

【客户索赔处理过程说明】：

CNBM International Corporation

Confidential

CNBMUSA00001514

中建材国际贸易有限公司
CNBM International Corporation

## 2.6 客户投诉及处理情况

| 序号 | 客户名称 | 合同号 | 产品名称 | 处理情况 |
|------|----------|--------|----------|----------|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

具体的处理过程：

## 2.7 客户拜访情况

| 序号 | 出差时间 | 出差地点 | 客户（可以代码替代） | 主要拜访成果 |
|------|----------|----------|----------------------|--------------|
| 1 | 2014年2月18日-3月1日 | 南非 | **PALIAN** | 顺利协助即使人员安装设备，并拜访潜在客户，其中一个客户马上要来访 |
| 2 | 2014年11月10日-20日 | 马来西亚 | **SCHAEFER** | 顺利协助即使人员安装设备，并争取新项目，新项目在谈中 |

新增客户简介：

## 2.8 供应商管理
### ① 年度新增供应商

| 序号 | 供应商名称 | 产品名称 | 供应商等级 | 新增时间 |
|------|------------|----------|------------|----------|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

新增供应商简介：

### ② 重点供应商总结

| 序号 | 供应商名称 | 产品名称 | 供应商等级 | 备注 |
|------|------------|----------|------------|------|
| 1 | 天丰机械设备制造有限 | 冷弯成型设备 | | |
| | | | | |
| | | | | |
| | | | | |

CNBM   CNBM International Corporation

第 7 页 共 10 页

中建材国际贸易有限公司
CNBM International Corporation

**重点供应商简介：**

设备供应商以河南天丰机械为主，所有客户需求均和天丰机械沟通协作，设计方案，报价等，集中程度高，依赖程度高，稳定性高。设备采购成本相对稳定，有增长潜在可能性，付款方式稳定。供应商目前业务有横向扩展到集装箱房屋等领域。供应商整体发展良好，有潜力。

**2.9 其他未全收全付合同（执行中）执行情况**

| 序号 | 客户名 | 合同号 | 产品名称 | 预计回款日期 | 预计利润 |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |

**情况描述：**

**3 销售基础工作：**

**3.1 销售基础工作指标表格：**

| 关键工作指标 | 指标细分 | 数据（本人填写） | |
|---|---|---|---|
| 销售手册 | **销售手册名称** | | |
| | 产品知识 FAQ | | |
| | 行业调查表 | | |
| | 重点调查表 | | |
| | 国内外标准 | | |
| | 技术指标 | | |
| | 国外公司样本及资料 | | |
| | 国内外产品分析比较（条目） | | |
| | 典型合同样式 | | |
| | 生词表（生词个数） | | |
| | 货描要素 | | |

**销售手册工作内容的文字描述：**

**3.2 展会指标表格（不一定去参加了展会，只要做过准备工作）：**


CNBM   CNBM International Corporation

Confidential
CNBMUSA00001516

中建材国际贸易有限公司
CNBM International Corporation

| 关键工作指标 | 指标细分 | 数据（本人填写） | | |
|---|---|---|---|---|
| 展会及各种会议资料准备 | 参展名称 | | | |
| | 参与方式 | | | |
| | 时间（月份） | | | |
| | 参展商名录（会刊） | | | |
| | 黄页（指国外展会） | | | |
| | 地图 | | | |
| | 展会报告 | | | |
| | 参与的工作内容 | | | |

展会及各种会议资料准备：


**4、其他工作内容补充**

1）

**5、提供的合理化建议数量（已被公司采纳的，即被表彰的）**


**6、发现公司或部门存在的问题与不足**


**二、  工作的心得体会和自检结果**
**（列明自检结果，改进措施，需要的帮助或培训）**
工作能力方面：

1、产品知识的提高：专业性有待加强，需要对所负责设备进行更深入的学习，熟悉。
2、市场的细开发：市场开发过于分散，大客户抓的比较多，但是大客户采购周期比较长，需要放些精力到中等客户上面。

销售业绩方面：
1、业绩有所提高，当初的业务模式调整初见成效，比如把推广信改为 HTML 格式，让客户更直观的看到产品；对大客户进行电话开发，多种搜索方式相结合等。下一步需要把各个区域内的客户更加细化。
2、主要针对澳大利亚，英国，土耳其，南非四个国家进行开发，此四个国家的相关大客户，基本上都有电话或者邮件沟通，接下来，会更加细致的对这些市场进行开发。

心得体会
1、让信息尽快的传递到需求人那里，能够让客户一直谈下去的原因，技巧固然重要，

CNBM   CNBM International Corporation

Confidential

CNBMUSA00001517

关键是客户要有实实在在的需求。
2、和客户保持生意之外的沟通，价格从来都不是竞争优势，设备这样的技术含量高的产品，客户更愿意找有实力的公司，能够信任的人去帮他采购。
3、和客户保持长期的沟通，让客户一直记得我们的产品

改进措施
1、市场需要进行更细致的开发，14 年打算再已经开发的市场的基础上，进行更细致的开发，做到对所开发市场整体的把握。
2、更多的客户沟通，和客户保持更好的沟通，不为商而商。
3、和有过沟通的，发过报价的客户，再沟通，看看客户 14 年有没有采购计划。
4、参加公司组织的培训，更多的了解外贸相关知识，技巧。


需要得到的帮助或培训
希望可以得到一些观展和拜访客户的机会，这样获取直接需求客户的可能性更大些


**三、    下年的初步工作计划**
1、自己设定的 2014 年销售额和利润的目标
销售额：463 万；利润：70 万

2、开发产品方向
货架冷弯成型设备；屋面板冷弯成型设备；电缆桥架冷弯成型设备等

3、重点地区
马来西亚，南非，俄罗斯，英国，澳大利亚，瑞典，土耳其等

4、自己认为需要加强的工作
工作需要更有效率些，考虑事情需要更加全面，细心些。

5、其他
适当的时候，去国外拜访客户或者参加展会以获取直接和潜在客户沟通的机会。



Confidential                                                                                      CNBMUSA00001518