# 合 同
## CONTRACT

编号（NO.）：PAAH40150XX

日期(Date)： Jan 05, 2015

买方(Buyer)： 中建材国际贸易有限公司　　CNBM INTERNATIONAL CORPORATION
地址(Add.)：　北京海淀区首体南路9号　　Floor 17th, No.4 Building, Zhuyu International
　　　　　　　主语国际商务中心4号楼17层　Commercial Center, No.9, Shouti South
　　　　　　　　　　　　　　　　　　　　　Road, Haidian District, Beijing 100048, China
电话(Tel)： + 86 10 57971152　　　　　　传真(Fax):+ 86 10 57971188

卖方(The Seller)：美商艾狄孚国际矿业有限公司　Active Minerals Int'l LLC
地址(Add.)：　　　　　　　　　　　　　　　　34 Loveton Circle #100, Sparks, MD21152
电话(Tel)： +410-512-4118　　　　　　　　　传真(Fax)： +478-628-1368

最终用户(End user)：林州光远新材料科技有限公司  Linzhou Guangyuan New Material Technology Co., Ltd
地址(Add.)： 中国河南省林州市红旗渠经济　　　West of Jin Xin Avenue, Canal Economic Development
　　　　　　　开发区金鑫大道西段　　　　　　Zone, Linzhou City, Henan Province, P.R.China
电话(Tel)： +86 372 6283682　　　　　　　　传真(Fax):+86 372 6506338

本合同由买卖双方订立、根据本合同规定的条款、买方同意购买，卖方同意出售以下商品。买方（中建材国际贸易有限公司）作为最终用户（林州光远新材料科技有限公司）的贸易代理向卖方（美商艾狄孚国际矿业有限公司）银行开立信用证：
This contract is made by and between the Buyer and the Seller, whereby the Buyer agree to buy and the Seller agree to sell the undermentioned commodity according to the terms and conditions stipulated below. The Buyer (CNBM INTERNATIONAL CORPORATION) acting as the End user's (Linzhou Guangyuan New Material Technology Co.,Ltd) trade agent will issue the L/C to Seller's (Active Minerals Int'l LLC) bank to buy the Goods. (the "Commodities")

| 货名及规格<br>Commodity and Specifications | 数量<br>Quantity | 单价<br>Unit Price | 有效期<br>Expiration Date |
|---|---|---|---|
| 高岭土（玻纤级）FG-5 Clay<br>详细技术规格参见附件<br>Please refer to the attachment of the contract on specification | 425 吨/月实际每月订购量将根据客户要求以提前邮件或传真确认为准。<br>425MT Per Month. Actual quantity shall stand on monthly order that is confirmed by buyers via email or fax. | $145/吨, 中国青岛港口 CIF 报价<br>$145/MT, CIF Qingdao Port, China. | 自本合同签订日至 2015 年 12 月 31 日。发货计划（包括最晚装运期）将在每月订单确认后由专员客服以邮件形式通知。<br>For all shipments out of Savannah port on or before December 31st, 2013. Detailed shipping schedule (including the latest shipping date) will be notified by Party Seller via email. |

(5)生产国别和制造厂商/Country of origin and Manufacturer:
　　美国，美商艾狄孚国际矿业有限公司/United States of America, Active Minerals Int'l LLC

CONTEMPT
Exhibit 176

CNBMUSA: Exhibit 556

CNBMUSA00015024

(6) 包装/Packing

必须用适合长途海运，防湿，防潮，防震，耐粗糙搬运的标准海运包装。由于卖方包装不良所发生的损失，由此产生的一切费用和损失应由卖方承担。1.1364 吨/袋，每 40 尺柜装 22 袋，出口标准塑料编织袋。每次采购总重允许有 2%的短溢。

To be packed in standard export bags suitable for long distance's sea and inland transportation and well protected against dampness, moisture, shocks and rough handling. The sellers shall be liable for any damage to the commodity on account of improper packing. 1.1364MT/bag, 22 bags loaded per 40FT Container, standard export plastic packing. 2% short weight or overflow of the total weight will be allowed.

(7) 唛头/Shipping mark

卖方应在每件包装上,用不褪色墨迹清楚示刷件号、毛重、净重、尺码和"切勿受潮""小心轻放""此端向上"等字样、并刷有下列唛头：

The Seller shall mark on each package with fadeless paint the package number, gross weight net weight measurement and wordings; "KEEP AWAY FROM MOISTURE" "HANDLE WITH CARE" "THIS SIDE UP" etc. and the shipping mark:

```
     PAAH40150XX
   _____
     QINGDAO, CHINA
```

(8) 装运期限/Time of Shipment

允许分批装货，每批货物允许转船。自签约日至有效期内安排发货（参考上述表格内有效期）。
Partial shipment allowed, transshipment allowed for each batch. To be delivered from Signing Date to Expiry Date mentioned above according to above form

(9) 装运口岸/Port of Shipment
   美国萨瓦纳港口
   SAVANNAH, GA.

(10) 到货口岸/Port of destination
   中国青岛港
   QINGDAO Port, China

(11) 海上保险/Marine Insurance
   由卖方按照发票总值的 110%投保一切险
   To be covered by the Seller for 110% Invoice value covering marine institute cargo clause All Risk.

(12) 付款条件/Terms of Payment
   凭不可撤消提单日后 90 天信用证
   By Irrevocable Letter of Credit 90 days after B/L date
   交单期限：交单日期应规定为提单显示装运期后 21 天内提交
   Presentation of Documents should be presented within 21 days after B/L date
   收款银行 Receiving Bank:
   富国银行 Wells Fargo Bank
   420 Montgomery Street, San Francisco, CA94104
   银行账号：Account Number: ▇▇▇▇▇▇▇
   美国银行协会代码 ABA No: ▇▇▇▇▇▇▇▇▇
   国际银行代码 Swift Code: ▇▇▇▇▇▇

(13) 单据/Documents

甲. 卖方应将下列单据交付银行议付货款/托收货款。
1) 全套可议付的清洁已装运海运提单三正三副、空白抬头、需背书，注明"运费已付"，并通知买方。
2) 3份正本手签发票、注明合同号、唛头。
3) 3份装箱单、注明毛、净重、尺码和所装货物每项的品名数量。
4) 供应商应提供全成分分析质量证书
5) 按照本合同第15条规定的货物装船后立即发给买方装运通知传真/电传真实副本一份。
6) 如系CIF条款须有保险单/保险凭证，一正两付按发票金额的110%投保的保险单据（CIF价青岛），注明投保一切险（包括偷窃提货不着险，破碎和渗漏险）战争险、不计免赔率，并注明货物到达后倘发现残损情况，须向到货口岸的中国商品检验局申请检验。保险单上应注明理赔地点在中国。
7) 原产地证书二份。
8) 早于信用证开证日期的单据不能接受

A. The Sellers shall present the following documents to the paying bank for negotiation/collection
1) Full sets of Negotiable Clean on Board Ocean Bills of Lading marked "FREIGHT PREPAID" and made out to order, should be endorsed, three original and three copies. and notifying THE BUYER
2) Three sets of original manually signed invoice, indicating contract number and shipping mark.
3) Three sets of packing List, with indication of both gross and net weights, measurements and quantity of each item packed.
4) Certificate of Quality on component analysis issued by the beneficiary.
5) A true copy of FAX to advice the Buyer of shipment immediately after the Commodities are loaded on ship as specified in Clause 15 hereof.
6) One original and two copies of Insurance Policies for 110% of the invoice value if prices are based on CIF terms, covering War risk and ALL Risks including TPND, Breakage and Leaking irrespective of percentage and indicating "In the event of loss or damage, request for survey upon arrival of the cargo at the port of destination be made to CHINA ENTRY-EXIT INSPECTION AND QUARANTINE BUREAU(CIQ)of that port" The position for settlement of claims is in China.
7) Certificate of Origin in duplicate.
8) Documents issued earlier than L/C issuing date are not acceptable.

(14)装运条款/Terms of shipment
本合同所采用的贸易术语根据2000年国际贸易术语解释通则。
Trade terms appeared in the contract are subject to INCOTERMS 2000.

(15)装运通知/Shipping Advice
货物全部装船后,卖方应于三个工作日内将合同编号、货名、数量、毛重、发票金额、船名和开航日期电告买方。
Immediately the Commodities are completely loaded, the Seller shall fax to notify the Buyer the contract number, the name of commodity, quantity, gross weight, invoice value, the name of the carrying vessel and the date of sailing within three working days.

(16)质量保证/Guarantee of Quality
卖方应该保证所供货物符合合同规定的质量和规格要求.

The Seller guarantees that the commodity hereof is complied in all respects with the quality and specifications stipulated in the Contract.

(17) 检验和索赔/Inspection and Claims

甲. 当开箱检验和卸货时,卖方应就货物的质量、规格、数量和重量做全面的检查。如果凭外观条件判定的货物状况不正常， 买方应当立刻通知卖方和保险公司，而且应该同时提供箱号、产品定单号、提单号和批号以及现场照片. 如果发现质量数量与合同规定不符，买方有权要求卖方无偿更换或补充货物并 DDP 运到中国林州。

A. Any claims resulting from visual inspection of cargo in which it is determined the cargo has arrived in irregular cargo conditions or upon opening and/or discharging the container the internal container and cargo conditional are irregular, the buyer must notify the seller before the cargo is discharged from the container. Also, the insurance company should be notified by the buyer, pictures should be taken depicting the irregularity and the container number, product order number, bill of lading number, and product lot number should all be recorded. When buyer find the fact in quality and quantity not in conform with contract terms, the buyer has the right to ask for replacement of goods and DDP to Linzhou plant free of charge.

乙. 在货物到达目的港的 30 天内, 如果发现货物的品质或规格与合同的规定不符, 且不属于运输公司或保险公司的责任, 买方应该凭中国商检局的检验证书要求换货或赔偿, 所有的费用( 包括保险费、储运和装卸费等)由卖方负担. 商检证书将作为索赔的依据. 卖方必须立刻处理有关事宜, 如果在一个月内没有得到卖方的答复, 该索赔将被视为已经被卖方接受.

B. Within 30 days after the arrival of the goods at destination, should the specification or quality be found not in conformity with the stipulations of the Contract except those claims for which the insurance company or the Carriers are liable, the Buyers shall, on the strength of the Inspection Certificate issued by China Commodity Inspection Bureau, have the right to claim for replacement with goods or for compensation. And all the expenses (such as insurance premium, storage and loading and unloading charges etc.) shall be borne by the Sellers. The certificate so issued shall be accepted as the base of a claim. The Sellers, in accordance with the Buyer's claim shall be responsible for the immediate elimination of the defect(s), if the Sellers fail to answer the Buyers within one month after receipt of the aforesaid claim, the claim shall be reckoned as having accepted by the Sellers.

(18) 索赔解决办法/Settlement of Claims

如货物不符合本合同规定应由卖方负责。同时买方按本合同第 16 条和第 17 条的规定在索赔期限或质量保证期限内提出索赔，卖方在取得买方同意后，应按下列方式理赔：

In case the Seller is liable for the discrepancies and a claim is made by the Buyer within the period of claim or quality guarantee period as stipulated in Clause 16 and 17 of this Contract，the Seller shall settle the claim upon the agreement of the Buyer in the following way.

调换有瑕疵的货物程度、换货必须全新并符合本合同规定的规格、质量和性能。卖方仍应按本合同第 16 条的规定，保证质量。

Replace the defective Commodities with new ones which conform to the specifications, quality and performance as stipulated in this Contract. The Seller shall, at the same time, guarantee

CNBMUSA00015027

the quality of the replacement Commodities as specified in Clause 16 of this contract.

(19) 人力不可抗拒事故/Force Majeure
在生产和装运过程中由于战争、洪水、台风、地震等不可抗力因素导致的延迟交货或交货不准，卖方将不承担违约责任，卖方应在 72 小时内用传真通知买方，同时提供由相应的政府机构出具的关于意外事件的证明，并用快件寄给买方。在这种情况下，卖方仍然有义务采取一切措施加快交货速度。
The Sellers shall not be held responsible for the delay in shipment or non-delivery of the goods due to Force Majeure, such as war, flood, typhoon and earthquake, or other events agreed upon between both parties, which might occur during the process of manufacturing or in the course of loading or transit. The Sellers shall notify the buyers by fax in 72 hours, and then send by airmail to the Buyers for their acceptance s certificate of the accident issued by the Competent Government Authorities where the accident occurs as evidence thereof. Under such circumstances the Sellers, however, are still under the obligation to take all necessary measures to hasten the delivery of the goods.

(20) 迟交和罚款/Late Delivery and Penalty
如迟延交货,除人力不可抗拒事故者外,卖方应付给买方迟交货罚金,罚金每星期按迟交货物总值的 0.5%计算并不超过迟交货物总值 5%,罚款率按照每星期 0.5%计算,不满 7 天者仍以 7 天计算。罚金在议付货款时由银行代为扣除。
如迟交时间超过十个星期,买方有权终止合同,但卖方不能免除罚金的责任。
In case of delayed delivery, except force majeure cases, the Seller shall pay to the Buyer for every week of delay a penalty amounting at 0.5% of the total value of the goods whose delivery has been delayed. Any fractional part of a week is to be considered a full week. The total amount of the penalty shall not, however, exceed 5% of the total value of the goods involved in late delivery and is to be deducted from the amount due to the Seller by advising bank at the time of negotiation.
In case the period of delay exceeds 10 weeks after the stipulated delivery date, the Buyer have the right to terminate this contract but the Seller shall not thereby be exempted from the payment of penalty.

（21）如果货物发生任何质量、数量、包装的问题，将由最终用户根据本合同的相关条款和卖家直接自行解决，卖家须承担相应的责任，最终用户在此承诺，买家在本合同项下仅为其代理且无需承担因本合同项下货物数量、质量不符而产生的任何责任。
If there's any discrepancies in quality, quantity or package of the Goods, the End User shall settle the disputes with the Seller directly and the Seller shall assume the liabilities according to the contract. The end user agrees that the Buyer only acts as the agent for him, and shall not take any liabilities due to discrepancies in quality, quantity or package of the Goods.

(22) 仲裁/Arbitration
因执行本合同所发生的一切争执，由签定合同双方协商解决。如果双方协商后尚不能解决时，则应申请中国国际贸易促进委员会对外贸易仲裁委员会(北京)根据该委员会的仲裁程序规定进行仲裁，仲裁决定是最终决定，签定合同双方都应服从。仲裁费用除仲裁委员会另有决定外，由败诉一方负担。仲裁使用的语言应为英语。
All disputes arising from the performance of the contract, should be settled through friendly negotiation. Should no settlement be reached through negotiation, the case shall then be

submitted for arbitration to China International Economic and Trade Arbitration Commission (Beijing) and the arbitration shall be final and binding upon parties. The arbitration fee shall be borne by losing party unless otherwise awarded by the arbitration organization. The language of the arbitration shall be <u>English.</u>

(23) 附注/Remarks

(1) 银行费用 BANKING CHARGES:
所有发生在中国境内的费用应有买方负担，所有发生在境外的费用应有卖方负担。
All the banking charges occurred in China mainland should be born by the buyers, while all the banking charges occurred outside China mainland should be borne by the Sellers.

(2) 本合同用中文和英文两种文字签订 4 份。双方各执 2 份，中英文合同具有同等法律效力。发生歧义时，以中文解释为主。
This contract is described in both Chinese and English, four originals in total. Each party shall keep two originals. In the event of any discrepancy between Chinese and English descriptions, the Chinese shall prevail.

(3) 本合同签字有效。
Signing of the contract is effective.

| 买方/The Buyer: | 卖方/The Seller: | 最终用户/The End user： |
|---|---|---|
| CNBM INTERNATIONAL CORPORATION | ActiveMinerals Int'l LLC Ltd. | Linzhou Guangyuan New Material Technology Co.,Ltd |
| 中建材国际贸易有限公司 | 美商艾狄孚国际矿业有限公司 | 林州光远新材料科技有限公司 |

CNBMUSA00015029

合同号 LZGY141205F 附件 1
Attachment No. 1 to the Contract No. LZGY141205F

## Acti-Min ® FG-5
## 规格 Specifications

| 参数 Parameter | 最小值 Minimum | 最大值 Maximum |
|---|---|---|
| 80 目筛余 %+80 Mesh Residue | ███ | ███ |
| 325 目筛余 %+325 Mesh Residue | ███ | ███ |
| 水分 %Free Moisture ( As Produced) | ███ | ███ |
| 二氧化硅 % SiO2 | ███ | ███ |
| 三氧化二铝 %Al2O3 | ███ | ███ |
| 氧化铁 %Fe2O3 | ███ | ███ |
| 氧化钛 %TiO2 | ███ | ███ |
| 三氧化硫 %S03 | ███ | ███ |
| 碳 %Carbon | ███ | ███ |

买方/The Buyer:          卖方/The Seller:          最终用户/The End user：

CNBM INTERNATIONAL CORPORATION          ActiveMinerals Int'l LLC Ltd.          Linzhou Guangyuan New Material Technology Co.,Ltd

中建材国际贸易有限公司          美商艾狄孚国际矿业有限公司          林州光远新材料科技有限公司