Confidential - Subject to Further Confidentiality Review

1          IN THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF LOUISIANA

2

    IN RE:                  §  MDL NO. 2047

3   CHINESE-MANUFACTURED       §

    DRYWALL PRODUCTS        §  SECTION:  L

4   LIABILITY LITIGATION    §

                            §  JUDGE FALLON

5   THIS DOCUMENT APPLIES   §

    TO ALL CASES            §  MAG. JUDGE WILKINSON

6

7          CONFIDENTIAL - SUBJECT TO FURTHER

              CONFIDENTIALITY REVIEW

8

9    ORAL AND VIDEOTAPED DEPOSITION OF JEFFREY J. CHANG

                  MAY 20, 2015

10

11

12

13       ORAL AND VIDEOTAPED DEPOSITION OF JEFFREY J. CHANG,

14   produced as a witness at the instance of the Plaintiffs

15   and duly sworn, was taken in the above styled and numbered

16   cause on Wednesday, May 20, 2015, from 9:59 a.m. to

17   2:06 p.m., before Tamara Chapman, CSR, RPR, CCR (LA) in

18   and for the State of Texas, reported by computerized

19   stenotype machine, at the offices of Ruggero Law Firm, PC,

20   1411 West Ave, Austin, Texas, pursuant to the Federal

21   Rules of Civil Procedure and any provisions stated on the

22   record herein.

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

**CONTEMPT
Exhibit 177**

Confidential - Subject to Further Confidentiality Review

```
 1                 A P P E A R A N C E S
 2

    REPRESENTING THE PLAINTIFFS' STEERING COMMITTEE
 3       Bruce W. Steckler, Esquire
         STECKLER L.L.P.
 4       12720 Hillcrest Road, Suite 1045
         Dallas, Texas  75230
 5       bruce@stecklerlaw.com
 6
 7       Matthew C. Gaughan, Esquire
         LEVIN, FISHBEIN, SEDRAN & BERMAN
 8       510 Walnut Street, Suite 500
         Philadelphia, Pennsylvania 19106
 9       mgaughan@lfsblaw.com
10
11   REPRESENTING THE BNBM ENTITIES (via telephone):
         Meagan E. Dyer, Esquire
12       DENTONS US LLP
         2000 McKinney Avenue, Suite 1900
13       Dallas, Texas 75201-1858
         meagan.dyer@dentons.com
14
15
    REPRESENTING TAISHAN GYPSUM CO. (via telephone):
16       Mackenzie (Mack) Kahnke, Esquire
         ALSTON & BIRD, L.L.P.
17       1201 West Peachtree Street
         Atlanta, Georgia  30309
18       mackenzie@kahnke@alston.com
19
20   REPRESENTING CNBM COMPANY:
         Jason M. Wu, Esquire
21       ORRICK, HERRINGTON & SUTCLIFFE, LLP
         405 Howard Street
22       San Francisco, California  94105
         jmwu@orrick.com
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   REPRESENTING THE WITNESS:

          Peter C. Ruggero, Esquire

 2        RUGGERO LAW FIRM, PC

          1411 West Avenue, Suite 200

 3        Austin, Texas  78701

          peter@ruggerolaw.com

 4

 5   ALSO PRESENT:

          Mr. Richard Reinstra - The Videographer

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                        *   *   *
                    EXAMINATION INDEX
 2

 3
 4                                              Page
     EXAMINATION BY MR. STECKLER................   6
 5
     EXAMINATION BY MS. DYER...................  139
 6
     FURTHER EXAMINATION BY MR. STECKLER........  142
 7

 8

 9
                         *   *   *
10
                    INDEX OF EXHIBITS
11
12                                              Page
     Exhibit 1.................................   16
13       Amended Notice of Expedited Oral and
     Videotaped Deposition Pursuant to the
14   Court's Directive During the March 17,
     2015 Special Hearing and Minute Entry and
15   Order [Rec.Doc. 18493)
     (no Bates - 19 pages)
16
     Exhibit 2.................................   18
17       Agency Agreement dated 5/8/2004
     (no Bates - 8 pages)
18
     Exhibit 3.................................   29
19       Addendum to the Agency Agreement
     (no Bates - 2 pages)
20
     Exhibit 4.................................   34
21       Summons and Complaint
     (no Bates - 17 pages)
22
     Exhibit 5.................................   68
23       Jeffrey J. Chang's First Amended
     Answer, Affirmative Defenses and
24   Counterclaims
     (no Bates - 61 pages)
25
```

1    Exhibit 6................................  85
         Chart entitled BND//cNBMI Invoice
2    Summary
     (no Bates - 112 pages)
3
     Exhibit 7................................  92
4        Ruisenda Ltd Co. Invoice Summary
     (with invoices)
5    (no Bates - 71 pages)
6    Exhibit 8................................ 103
         Defendant/Counter Plaintiff BNK
7    International, LLC's Rule 26 Disclosures
     (no Bates - 7 pages)
8
     Exhibit 9................................ 118
9        China National Building Material
     Company Limited - Shareholding Structure
10   (no Bates -1 page)
11   Exhibit 10............................... 144
         Notice of Name Change of BND Co to
12   CNBMI
     (no Bates - 1 page)
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential - Subject to Further Confidentiality Review

 1                THE VIDEOGRAPHER:  We are now on the record.

 2    My name is Richard Reinstra.  I'm a videographer for

 3    Golkow Technologies.  Today's date is May 20th, 2015, and

 4    the time is 9:59 a.m.

 5                This video deposition is being held in

 6    Austin, Texas in the matter of In Re: Chinese Manufactured

 7    Drywall Products liability Litigation, MDL No. 2047,

 8    Section L.  The deponent today is Mr. Jeffrey Chang.

 9                If counsel will please identify yourselves

10    for the record and state for whom you represent.

11                MR. STECKLER:  Bruce Steckler with the

12    Plaintiffs' Steering Committee on behalf of the

13    plaintiffs.

14                MR. GAUGHAN:  Matthew Gaughan from Levin,

15    Fishbein, also on behalf of the Plaintiffs' Steering

16    Committee.

17                MR. WU:  Jason Wu from Orrick, Herrington &

18    Sutcliffe on behalf of CNBM Company.

19                MR. RUGGERO:  Peter Ruggero on behalf of the

20    fact witness here today, Jeffrey J. Chang.

21                THE VIDEOGRAPHER:  Will the court reporter

22    please swear in the witness.

23                      JEFFREY J. CHANG,

24    having been first duly sworn, testified as follows:

25                      EXAMINATION

1    BY MR. STECKLER:

2        Q.  Sir, can you please state your full name for the

3    record.

4        A.  Jeffrey J. Chang.

5        Q.  And, Mr. Chang, where do you currently reside?

6        A.  Austin, Texas.

7        Q.  And how long have you lived in Austin, Texas?

8        A.  Oh, since 1989.

9        Q.  And are you a citizen of the United States?

10       A.  Yes.

11       Q.  Do you hold any other citizenships?

12       A.  No.

13       Q.  And where were you born, sir?

14       A.  Taiwan.

15       Q.  And when did you first come to the United States

16   from Taiwan?

17       A.  1984.

18       Q.  And what did you do when you got here in 1984?

19       A.  I was a student going to my grad school.

20       Q.  And where did you go to school, sir?

21       A.  Cal State University, Chico.

22       Q.  And what did you study there?

23       A.  Computer science.

24       Q.  Okay.  And did you get a degree from Cal State,

25   sir?

Confidential - Subject to Further Confidentiality Review

```
 1        A.  I did.  I got a master in science.

 2        Q.  A master's in science in --

 3        A.  Computer science.

 4        Q.  Computer science in particular?

 5        A.  Yeah.

 6        Q.  And after finishing your studies at Cal State,

 7   what did you do next?

 8        A.  In the -- I worked for Unisys Corporation in

 9   Pasadena, California.

10        Q.  And what did you for Unisys Corporation?

11        A.  I was a software developer.

12        Q.  And how long were you with Unisys?

13        A.  Three years, from '86 to '89.  And then I moved

14   to the Austin area.

15        Q.  I see.  And what brought you to Austin, Texas?

16        A.  IBM.

17        Q.  And how long did you work for IBM in Austin?

18        A.  In -- on and off I worked -- I worked with IBM

19   for the first three years, then -- then I joined

20   Schlumberger, also in Austin.  Then I went back to IBM for

21   another three, four years.  On and off we are looking at

22   probably ten years' time span.

23        Q.  And during the ten years you were with IBM, what

24   were your duties and responsibilities?

25        A.  For the first three years I was a consultant,
```

```
 1    okay, contractor, developers, and the -- in '96 I joined

 2    IBM.  I was hired as the Internet architect for the IBM

 3    site, and later on I got promoted to be a team manager,

 4    managing the -- the Austin site IT infrastructure.

 5         Q.  And after leaving I- -- IBM, then what did you

 6    do?

 7         A.  I left IBM in May 1999 to start up my own

 8    company.

 9         Q.  And what was the name of that company, sir?

10         A.  It's called cnYES.

11         Q.  I'm sorry?

12         A.  cnYES.com.  c-n-Y-E-S dot com in Taiwan.

13         Q.  And what did that business do?

14         A.  It's a financial website.

15         Q.  And how did the website work?

16         A.  I was -- I was one of the founder of the

17    company -- company in 1999, and the -- the company is --

18    now is probably considered the largest financial website

19    in Taiwan, yes.

20         Q.  Do you still own an interest in that company, or

21    did you sell it?

22         A.  I sold it.

23         Q.  Okay.  And what year did you sell that website?

24         A.  2010.

25         Q.  2010.  Okay.
```

1        And during the time that you were operating and

2    owning the financial website, did you engage in any other

3    businesses?

4        A.  No.

5        Q.  Okay.  After selling your company in 2010, what

6    did you do?

7        A.  I left the company in 2002.

8        Q.  I see.

9        A.  Yeah.  But I still owned the stocks.  I didn't

10   sell until 2010.  That actually is part of my effort to

11   raise fund to repay CNBMI.

12       Q.  Okay.  And we'll talk about that in a little bit.

13       So you maintained a financial interest in the

14   financial -- in the website; but as far as working, you

15   worked for a separate entity that you had created.  Is

16   that right?

17       A.  I worked for the financial website for the first

18   two years after --

19       Q.  Okay.

20       A.  -- I helped found it in Taiwan.  Okay.  And --

21   but I left two -- two years later, you know, because dot

22   com bust and all that, so...

23       Q.  And then what did you do when you

24    left doing the day-to-day operations with the

25   financial website?

Confidential - Subject to Further Confidentiality Review

1        A.  I worked for a small Silicon Valley startup,

2   okay, and for probably less than a year -- less than a

3   year.  And in 2004, then I engaged with the BND, or CNBMI,

4   in the -- in the hardwood flooring business.

5        Q.  And you're saying "home flooring business"?

6        A.  Hardwood floor.  Hardwood floor.

7        Q.  Hardwood floor?

8        A.  Yeah.

9        Q.  Okay.  Are you fluent in Chinese?

10       A.  Yes.  That's my native language.

11       Q.  Okay.  Do you speak any other languages or

12   dialects of Chinese?

13       A.  Maybe some Taiwanese, you know.  That's pretty

14   much it, yeah.

15       Q.  Okay.  And obviously you're fluent in English?

16       A.  Well, thanks.

17       Q.  Okay.  What are you currently doing for a living?

18       A.  I'm pretty much out of employment for at least

19   two years.

20       Q.  Okay.

21       A.  Okay.

22       Q.  And in 2004, what was the name of the business

23   that you started?

24       A.  It's called -- you mean the hardwood floor

25   business?

Confidential - Subject to Further Confidentiality Review

```
 1       Q.  Yes, sir.

 2       A.  BNK International, LLC.  It's Austin -- it's a

 3  Texas LLC.

 4       Q.  And so BNK International, LLC was formed under

 5  the limited liability corporate laws of the State of

 6  Texas.  Is that your understanding?

 7       A.  Correct.

 8       Q.  Yes.  And did -- where did BNK International, LLC

 9  maintain its principal place of business?

10       A.  It's -- it's -- it's in my home address.

11       Q.  Okay.  And your home address is what, sir?

12       A.  It's 9102 Country Canyon Cove, Austin, Texas.

13       Q.  And 9102 Country Canyon Cove also served as the

14  principal place of business for BNK International, LLC --

15       A.  Correct.

16       Q.  -- a Texas Limited liability Company --

17       A.  Correct.

18       Q.  -- right?

19       A.  Correct.

20       Q.  And what were the business activities of BNK

21  International, sir?

22       A.  Basically just a -- negotiate with the buyers,

23  you know, which primarily was Lumber Liquidators at that

24  time.  And the -- facilitate the orders and production in

25  China, which is done by BND, and the -- providing the
```

 1    specifications, requirements of the customers because it's

 2    OEM product.  So all the spec need to be, you know, in

 3    agreement with the Lumber Liquidators' requirements.

 4            So -- so I travel a lot back and forth between

 5    the States and China.

 6        Q.  What was your title with BNK International?

 7        A.  President.

 8        Q.  And when you were dealing with Chinese entities

 9    such as BND, a subsidiary of BNBM and CNBMI, were you

10    acting in your capacity as a president of BNK

11    International?

12        A.  Yes.

13        Q.  Okay.  And your relationship with BND, a

14    subsidiary of BNBM began in around 2004.  Is that right?

15        A.  Correct.

16        Q.  Okay.  And currently BND, a subsidiary of BNBM,

17    is now known as CNBMI.  Is that right?

18        A.  Correct.

19            MR. WU:  Can we just be clear about what you

20    mean by "CNBMI"?

21            MR. STECKLER:  Yes.

22        Q.  (BY MR. STECKLER)  Is CNBMI currently bringing a

23    lawsuit against you in the United States District Court in

24    the State of Texas, Austin Division?

25        A.  Correct.

Confidential - Subject to Further Confidentiality Review

1     Q.  And are they bringing claims against you on

2   behalf of BND, a subsidiary of BNBM, who you dealt with in

3   your business?

4     A.  Correct.

5     Q.  And why is CNBMI -- what is your understanding of

6   why CNBMI is suing you for the relationship and business

7   dealings that you had with BND, a subsidiary of BNBM?

8     A.  Because they -- they changed their name from BND

9   to CNBM Investment.

10          MR. WU:  Can we just clarify the full name?

11  Our understanding it's China National Building Materials

12  Investment Company.  That's what you're talking about?

13          MR. STECKLER:  Yes.  We're -- we haven't

14  gotten there.  Yes.

15          (Discussion off the written record.)

16          MR. STECKLER:  We will -- we'll lay the

17  foundation for all of it.  I'm just trying to get the

18  preliminary.

19    Q.  (BY MR. STECKLER)  We understand that when we're

20  talking about CNBMI, we're talking about China National

21  Business Materials Investment.  Is that your

22  understanding?

23          MR. RUGGERO:  Building Material.

24    A.  Building Material.

25    Q.  (BY MR. RUGGERO)  Building Material.  Right.

```
 1    Yeah.  Okay.

 2        A.  One thing I want to clarify.  You say BND is a

 3    subsidiary of BNBM, okay.  And at that time, actually, I

 4    have no knowledge whether they are a subsidiary of BNBM or

 5    not.

 6        Q.  (BY MR. STECKLER)  Do you now have knowledge of

 7    them having been a subsidiary of BNBM?

 8        A.  I always thought they have always been a

 9    subsidiary of CNBM.

10        Q.  Okay.

11        A.  That's my knowledge.  I may be wrong.

12        Q.  And we will go through some of the details in a

13    few minutes.  And I understand that it's a little

14    complicated and we're talking about a lot of letters and

15    initials here.  And we'll try to define that as we go

16    through your relationship at BNK International with these

17    entities.  Okay?

18        A.  Sure.

19        Q.  And if you don't understand my questions today,

20    will you please let me know?

21        A.  I will.

22        Q.  Okay.  And other thing I wanted to say is we

23    should try not to talk over each other.  And I'll let you

24    finish if you give me the same courtesy.

25        A.  Sure.
```

Confidential - Subject to Further Confidentiality Review

1        Q.  Did you receive a notice for your deposition to

2    appear today?

3        A.  Yes, I did.

4        Q.  Okay.

5              MR. STECKLER:  And with your permission,

6    Counsel --

7        Q.  (BY MR. STECKLER)  -- I'm going to go ahead and

8    mark this as Exhibit No. 1 to your deposition, which is an

9    amended notice for you to appear today in the Re: Chinese

10   Manufactured Drywall Products Liability Litigation.

11   You're familiar with that, aren't you?

12       A.  Yes.

13       Q.  Okay.

14              (Exhibit 1 was marked.)

15       Q.  (BY MR. STECKLER)  Did you and your counsel have

16   an opportunity to review our deposition notice in

17   preparation for today?

18       A.  Yes, we did.

19       Q.  Okay.  And did you comply with the request to

20   provide responsive documents to us that are listed in the

21   back?

22       A.  Yes, we did.

23       Q.  Okay.  Are you aware of any other documents that

24   you may have that are not privileged that you have not yet

25   produced?

Confidential - Subject to Further Confidentiality Review

1        A.  No.

2        Q.  Okay.

3               MR. STECKLER:  And, Counsel, I believe that

4    we provided to you or -- exactly what we received from

5    Mr. Chang and his counsel.

6               MR. WU:  Yes.

7               MR. GAUGHAN:  Yes.  It was on the Dropbox

8    site that we've been circulating.

9               MR. STECKLER:  Okay.  In addition, we also

10   provided that to the other counsel in this case.

11              MR. WU:  Sure.  And are you referring right

12   now to Document 18813?  Do you have a document number on

13   it?

14              MR. STECKLER:  No, I don't.  But here is a

15   courtesy copy --

16              MR. WU:  Okay.  Thank you.

17              MR. STECKLER:  -- for your convenience.

18              MR. WU:  Okay.  Thank you.

19              (Discussion off the written record.)

20       Q.  (BY MR. STECKLER)  Sir, do you recall when in

21   May of 2000 and -- well, strike that.

22          Do you recall when you formed BNK International

23   in 2004?

24       A.  April 15th, 2004.

25       Q.  And in May of 2004, did BNK International enter

```
 1    into an agency agreement with BND Company, Limited, a

 2    subsidiary of BNBM Group Limited?

 3        A.  Correct.

 4        Q.  Okay.  And with your permission I'm going to go

 5    ahead and show you a copy of the agency agreement which

 6    we've marked as Exhibit No. 2 to your deposition.

 7                (Exhibit 2 was marked.)

 8        Q.  (BY MR. STECKLER)  Is this a true and correct

 9    copy of the agreement that you executed on May 6, 2004 --

10        A.  Correct.

11        Q.  -- between BND Company, Limited, a subsidiary of

12    BNBM Group Limited?

13        A.  Correct.

14        Q.  And you will notice that BND Company, Limited is

15    provided in this agency agreement as a subsidiary of BNBM

16    Group Limited.  Do you see that, sir?

17        A.  I do now.

18        Q.  Okay.  And BNBM Group Limited I believe stands

19    for Beijing New Building Materials Group?

20        A.  Yeah.  To my understanding, yes.

21        Q.  Okay.  And their principal place of business in

22    this agency agreement is 12F International Trade Building,

23    Shenzhen, 518014, China.  Do you see that, sir?

24        A.  Yes.

25        Q.  Okay.  And this is agreement -- this agreement is
```

Confidential - Subject to Further Confidentiality Review

```
 1    between BND Company and BNK International, a Texas USA

 2    company.  Is that your understanding?

 3         A.  Correct.

 4         Q.  And it lists the principal place of business as

 5    your home address in Austin, Texas.  Correct?

 6         A.  Correct.

 7         Q.  Is that correct, sir?

 8         A.  Yes, that's all correct.

 9         Q.  Okay.  And this agreement was executed by a

10    Mr. Bai, Ian Bai.  Is that your understanding?

11         A.  Correct.

12         Q.  Okay.  And what was his title at the time that

13    this agreement was executed?

14         A.  Executive vice president of BND.

15         Q.  Okay.  And your company was retained by BND, a

16    subsidiary of BNBM, to be their agent in the United States

17    so that they could secure customers to purchase hardwood

18    flooring from BNBM Group.  Is that right?

19         A.  Correct.

20         Q.  Okay.  And the reason they were utilizing you was

21    to secure relationships in the United States to sell

22    Chinese hardwood flooring.  Is that right?

23         A.  That's correct.

24         Q.  Who contacted BND -- who with BND contacted

25     you for this agreement?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.  What do you mean, contacted?

 2        Q.  How did this relationship come about?

 3        A.  Oh, okay.  This is going to be a longer story

 4   here.

 5            I went on a -- kind of like a personal trip over

 6   there in China, Shenzhen, okay, and the -- my sister who

 7   live in Hawaii and who is an architect, and she happened

 8   to be buying beauty material from Shenzhen, China in B&Q,

 9   okay, which is owned by BND, I believe.  Okay.

10            So -- and I went over there.  And my sister said,

11   "Well, you know, I got friends over there, you know, maybe

12   just pay them a visit or, you know, see what you" -- you

13   know.  So I did.  And I met with the -- a guy by the name

14   of Gary Gong, okay, and -- who is the -- at that time I

15   think that he is vice president of a company called BNS.

16   Okay.  And the -- Mr. Gong then, you know, showed me

17   a tour at the B&Q, which is similar to like a Home Depot

18   here, okay, and asked me, he say, "Mr. Chang, you know,

19   any product you see here, okay, and you be interested in

20   exporting and selling in the U.S., okay, let me know and

21   we'll be happy to work with you, you know, to do the

22   business here."  Okay.

23            At that time I was in the high-tech business.

24   And as -- as a matter of fact at that time I was out of

25   employment but I was working on the startup company with
```

Confidential - Subject to Further Confidentiality Review

1    the Silicon Valley, you know, IC team.  We were trying to

2    create a IC.  I have a team and I was in Taiwan raising

3    funds and trying to start up a company.  So -- and this is

4    so many layer removed from my expertise and all that.  So

5    as a courtesy, you know, so -- I still spent a couple of

6    days there and seeing products and all that.  Okay.

7            And the -- towards the end of the visit

8    and the -- but I saw hardwood floor, you know, because my

9    impression hardwood floor is kind of expensive in the

10   U.S., but the pricing there is very, very, you know,

11   decent.  So -- "Well, maybe hardwood flooring."  Okay.

12           So Mr. Gong then and get a product manager, okay,

13   from BND, because BND, they have hardwood floor

14   manufacturing capacity.  They are in this business with

15   BNS.

16           So Mr. Gong introduced me to BND to get started

17   with hardwood flooring business.  Okay.

18           So I went back with some hardwood floor samples

19   in my luggage and I totally forget about this.  Okay.  So

20   about a couple of months later, you know, my venture in

21   the chip development is -- doesn't go anywhere.  Okay.  So

22   one day -- one day that -- the sample just reminded me

23   then.  And I Google.  I Google a little bit on the website

24   and see who needs hardwood flooring and found Lumber

25   Liquidators show the first one, and I shoot an e-mailed to

1    them and get it going.

2        Q.  And then you went back to BND and entered into

3    the agency agreement that's in front of you as Exhibit

4    No. 2 to your deposition.  Is that correct?

5        A.  Yes.

6        Q.  And if we look at the agency agreement, the

7    company is referred to as BND Company, Ltd., which is a

8    subsidiary of BNBM.  Is that right?

9        A.  Correct.

10       Q.  And under the Recitals, it indicates that this

11   "Company desires to authorize Agent" --

12           Which is you -- or your company, I should say,

13   BNK.

14           -- "to identify, negotiate and secure customers

15   in the United States of America to purchase from Company

16   hardwood floor products that are manufactured by Company

17   or third-party manufacturers contracted By company."

18           Do you see that?

19       A.  Yes.

20       Q.  Was that your understanding of what your role was

21   to be as an agency -- in your agency agreement with BND?

22       A.  And this -- this agency agreement was written,

23   you know, after I already pretty much secured the

24   customers.  So as a formality we wrote this.  But as -- in

25   reality, our relationship is BNK will receive order from

Confidential - Subject to Further Confidentiality Review

1    Lumber Liquidator, from customers, and place BNK's order

2    with BND.  Okay?  Which is a relationship of purchasing

3    from BND.  It's not so much an agency.  Okay.

4         So BNK is actually BND's customer, placing BNK's

5    own order with BND.  Okay.  Then BND would ship its

6    product to BNK, okay, on the title.  Then we'll -- then

7    it's consigned to Lumber Liquidators.

8         Q.  Okay.

9         A.  Yeah.

10        Q.  I think I understand.  Let me break this down a

11   little bit.

12        BND Company was aware that you had a relationship

13   with Lumber Liquidators.  Correct?

14        A.  Correct.

15        Q.  Okay.  They were -- BND was aware that Lumber

16   Liquidators was a distributor or wholesaler of hardwood

17   flooring in the United States.  Right?

18        A.  Yes.

19        Q.  You were to secure customers like Lumber

20   Liquidators in the United States so that they could

21   purchase product from BND.  Correct?

22        A.  Lumber Liquidators would purchase from BNK.

23        Q.  No.  I understand.  But it -- you were in -- in

24   essence, a passthrough to BND.  Is that right?

25        A.  Correct.

Confidential - Subject to Further Confidentiality Review

1        Q.  In other words, BND was aware in working with you

2    that the purchases were for hardwood flooring in the

3    United States.  Correct?

4        A.  Correct.

5        Q.  BND was aware that the flooring that was being

6    purchased by BK -- BNK was going to Lumber Liquidators.

7    Right?

8        A.  Correct.

9        Q.  BND was aware that the hardwood flooring was

10   going for distribution throughout the United States

11   through Lumber Liquidators.  Correct?

12       A.  Correct.

13       Q.  And you were a facilitator of these purchases of

14   hardwood floorings in the United States.  Correct?

15       A.  Facilitators, yeah.  I'm a trading company, yeah.

16       Q.  Right.  You're sort of the --

17       A.  Yeah.

18       Q.  -- the trading company that was an

19   intermediary --

20       A.  Correct.

21       Q.  -- between Lumber Liquidators, a U.S. company,

22   and BND, a subsidiary of BNBM Group.  Correct?

23       A.  Correct.  But it's not an exclusive relationship,

24   though.

25       Q.  I understand that.

Confidential - Subject to Further Confidentiality Review

1      A.  Yeah.

2      Q.  And, in addition, BND Company, a subsidiary of

3  BNBM Group, entered into this agreement with you not just

4  to work with Lumber Liquidators but for you to secure

5  other customers for their product in the United States.

6  Correct?

7      A.  Correct.

8      Q.  In fact, under the agency agreement that BND

9  Company executed with BNK International, they wanted BNK

10  National to -- International to find manufacturers in the

11  U.S. to use the company and its products, distributors and

12  wholesalers in the U.S. to use -- that use its products

13  and retailers in the U.S. that use its products so that

14  they would purchase those products from China and sell

15  them in the United States.  Correct?

16      A.  Yes.

17      Q.  Yeah.  And BND actively entered into an agreement

18  with BNK International, a Texas company, so that they

19  could distribute hardwood flooring throughout the United

20  States.  Right?

21      A.  Correct.

22      Q.  And that was the purpose of the agency agreement

23  that we have here.  Correct?

24      A.  Basically it is, yes.

25      Q.  And they were aware, I take -- was it your

Confidential - Subject to Further Confidentiality Review

1  understanding that they were aware that you were trying to

2  do this in the United States as opposed to elsewhere?

3      A.  United States only.

4      Q.  Right.  In fact, this agreement is specific to

5  the United States, isn't it?

6      A.  Correct.

7      Q.  It doesn't talk about other countries.  Right?

8      A.  Correct.

9      Q.  Okay.  And the gentleman that executed this

10  agreement, is it Mr. Ian Bai?

11      A.  Correct.

12      Q.  Yeah.  Do you know what his role was with BND

13  Company?

14      A.  His title is executive vice president.  At that

15  time he is also in charge of their hardwood flooring

16  domestic business.

17      Q.  Okay.  And did you deal with any other folks in

18  May of 2004 with BND Company or BNBM Group Limited?

19      A.  You mean within BND?

20      Q.  Yes, sir.

21      A.  Some of their product managers and -- you know, I

22  was brought to the factory to tour the factory.  So there

23  are various people, you know.

24      Q.  Now, want to just focus on the 2004 time period.

25  Do you recall the names of any of those individuals that

1   you dealt with?

2        A.  Samson Guo.  G-U-O is his last name.

3        Q.  And how would you spell the first name?

4        A.  Samson, S-A-M-S-O-N.  That's his English name.

5        Q.  Do you know what his Chinese name would be?

6        A.  Guo Wen-Jun, and Wen-Jun is his last name --

7   first name.

8        Q.  I'm going to ask you to spell that for the court

9   reporter.

10       A.  W-E-N dash J-U-N.  Yeah.

11       Q.  Okay.

12       A.  And he was the product manager for hardwood

13  flooring.

14       Q.  Okay.

15       A.  And he reports to Bai Yan.

16       Q.  During 2004 when you entered into the agency

17  agreement, did any individuals with BND Company or BNBM

18  Group come to the United States to meet with you?

19       A.  In 2004, no.

20       Q.  Subsequently, did individuals that worked with

21  BND Company, Ltd. and BNBM Group visit you in the United

22  States?

23       A.  2006, Mr. Cai GuoBin and -- who is the president

24  of BND.  And he visit me -- he visited the U.S.  We met in

25  Boston, and we attend a charity event hosted by the China

Confidential - Subject to Further Confidentiality Review

1    Braille Press and the -- we were courted by the Lumber

2    Liquidators because they are the primary sponsor.

3         Q.  Of the -- of the event?

4         A.  Of the event, yeah.

5         Q.  Can you spell his name for the record, please.

6         A.  It's Cai GuoBin.  Cai is the last name, C-A-I.

7    GuoBin is spelled like G-U-O-B-I-N.

8         Q.  And this was a business trip for --

9             May I call him Mr. Cai?

10        A.  Yeah.  Cai.

11        Q.  -- for Mr. Cai with BND to the United States for

12   purposes of meeting with the Lumber Liquidators folks and

13   yourself regarding hardwood flooring?

14        A.  Yes.

15             MR. GAUGHAN:  It sounds like someone just

16   joined the line.  I don't know if anyone else heard that.

17             Is counsel on the phone?

18             MS. DYER:  Yes, this is Meagan Dyer for

19   BNBM.

20             MR. GAUGHAN:  Okay.

21        Q.  (BY MR. STECKLER)  And in accordance with the

22   agency agreement that you executed on May 6, 2004, did BNK

23   International identify, negotiate and secure customers in

24   the United States of America to purchase from BND hardwood

25   floor products that are manufactured by BND during the

```
 1    course of this agreement?

 2         A.  Say again.  What's the question?

 3         Q.  Did you follow through with what was agreed to in

 4    the agency agreement?

 5         A.  Oh, yes.

 6         Q.  In other words, you identified and negotiated and

 7    secured customers in the United States to purchase

 8    hardwood flooring manufactured by either BND Company,

 9    Ltd., a subsidiary of BNBM Group Limited, or other

10    affiliates of theirs?

11         A.  Correct.

12         Q.  Okay.  This agreement subsequently became broader

13    with an addendum.  Is that right?

14         A.  Correct.  A year later.

15         Q.  Okay.  And with your permission I'd like to mark

16    as Exhibit No. 3 the addendum to the agency agreement that

17    you provided to me.

18              (Exhibit 3 was marked.)

19         A.  Okay.

20         Q.  (BY MR. STECKLER)  Now, this addendum to the

21    agency agreement expands your relationship, or the

22    relationship of BNK International with BND Company in the

23    United States.  Is that right?

24         A.  Correct.

25         Q.  Okay.  And how did this addendum expand your
```

Confidential - Subject to Further Confidentiality Review

1  relationship with BND Company?

2      A.  Okay.  The reason we have this addendum to our

3  agency agreement is to expand our operation basically into

4  the cabinet business.  Okay.  And even though the language

5  is "all building materials," you know -- because for the

6  first -- first years of our working together cooperation

7  in the hardwood floor business, and we have a very good

8  relationship, and BND, they produce a -- a decent quality

9  products and customers that are satisfied.  Okay.  Of

10  course there are some, you know, defect product, but it's

11  all within reason.  Okay.  And the -- and the volume is

12  increasing.  Okay.

13          And at that time Lumber Liquidators -- the Lumber

14  Liquidators asked if we were interested in providing some

15  cabinetry to them because they are thinking about getting

16  into the cabinetry business.  So we started providing some

17  samples to Lumber Liquidators.  And the -- and we see a

18  good relationship in the beginnings, and the -- we also --

19  also saw this as an opportunity for expanding into

20  cabinetry business.  And then we signed this agreement.

21      Q.  Whose idea was it to expand BNK International's

22  relationship with BND to cabinets?

23      A.  It's -- it's a mutually things.  It happened over

24  times because we already started provide some sample to

25  cabinetry and we saw this as a good opportunity so it's

Confidential - Subject to Further Confidentiality Review

1    mutually agreement.

2        Q.  And when you say "we saw this as a good

3    opportunity," that would mean that BND Company, Ltd., also

4    considered it a worthwhile opportunity and for that reason

5    it appears they entered into this agreement with you?

6        A.  Correct.

7        Q.  Okay.  And with respect to the cabinetry, who at

8    BND Company, Ltd., were you dealing with?

9        A.  Say again?

10       Q.  Who were you dealing with with respect to

11   expanding your --

12       A.  Oh.  Same group.

13       Q.  -- agency agreement?

14       A.  Same group of people operating the hardwood

15   flooring.

16       Q.  Now, during the time that you were dealing with

17   BND Company, Ltd., a subsidiary of BNBM Group Limited, did

18   they remain at the same address, the 12F International

19   Trade Building?

20       A.  Correct.

21       Q.  Was that also the same address or do you know if

22   that was the same address as BNBM Group Limited?

23       A.  That, I have no knowledge.

24       Q.  Now, in accordance with the agency agreement and

25    addendum, how long did you  and when I say

Confidential - Subject to Further Confidentiality Review

1  you, I'm talking you in your capacity with BNK

2  International, LLC.  How long did you work with BND

3  Company, a subsidiary of BNBM, in negotiating for them

4  sales of hardwood flooring in the United States?

5      A.  From 2000 -- April 2004 through July 2007.

6      Q.  And during that period of time from 2004 to 2007,

7  was BND Company, Ltd., a subsidiary of BNBM, continuously

8  shipping hardwood flooring to the United States based upon

9  contracts that you had secured?

10     A.  Correct.

11     Q.  Yeah.  And was this on a regular basis during

12  that period of time?

13     A.  Correct.

14     Q.  Okay.  And it wasn't just going to one particular

15  port, but it would go to different ports throughout the

16  United States?

17     A.  It may have go to more than one ports.

18     Q.  Okay.  It's my understanding that a lot of the

19  product went through Norfolk, Virginia?

20     A.  Correct.

21     Q.  In addition, though, there was product from BND

22  Company, Ltd., that was shipped to other locations in

23  either Delaware or Chicago or -- or even Detroit.  Is that

24  your understanding?

25     A.  That's correct.

```
 1       Q.  Okay.

 2       A.  It's a very small portion of it.

 3       Q.  Right.  And, in addition, BND was aware that,

 4   obviously, the hardwood flooring was not just being used

 5   in Norfolk, Virginia but being shipped throughout the

 6   United States.  Was that your understanding?

 7       A.  Yes.  But that was by Lumber Liquidators'

 8   instruction.

 9       Q.  I understand that.  And my point, though, is that

10   BND Company, a subsidiary of BNBM, was aware that Lumber

11   Liquidators was a national retailer and distributor of

12   hardwood flooring?

13       A.  Yes.

14       Q.  In other words, they're not just confined to the

15   Virginia area; they're a national presence.  Right?

16       A.  Yes.

17       Q.  Okay.  And BND Company was aware of that.  Right?

18       A.  Oh, yes.

19       Q.  Okay.  Now, in July of 2014 you individually and

20   BNK International, LLC were sued by China National

21   Building Materials Investment Company Limited or CNBMI.

22   Is that right?

23       A.  It's not in 2007.  It's in 2008.  January.

24       Q.  Well, I'm talking about the lawsuit in July

25   of 2014.
```

Confidential - Subject to Further Confidentiality Review

```
1          A.  Oh, okay.  Oh, yes.  Yes.

2          Q.  And let me rephrase the question --

3          A.  Okay.

4          Q.  -- just so we're clear.

5          A.  Okay.

6          Q.  And, for the record, BNK International began

7    having trouble with their relationship with BND Company,

8    Limited, a subsidiary of BNBM in 2007.  Correct?

9          A.  Correct.

10         Q.  Okay.  But in July of 2014 you were individually

11   sued and BNK International, a Texas Limited liability

12   Corporation, were both sued by China National Building

13   Materials Investment Company Limited, or CNBMI, in federal

14   court in Austin, Texas.  Correct?

15         A.  Correct.

16         Q.  Okay.

17              (Exhibit 4 was marked.)

18         Q.  (BY MR. STECKLER)  And I'm going to hand you what

19   we've marked as Exhibit No. 4 to your deposition.  Is this

20   a true and correct copy of the Summons and Complaint that

21   you received -- in or around July of 2014?

22         A.  Correct.

23         Q.  And in looking at this Complaint that you

24   received in July of 2014, China National Building Material

25   Investment Company LTD, is listed at the very top, f/k/a
```

1    which is formerly known as BND Company LTD.  Do you see

2    that?

3         A.  Yes, I do.

4         Q.  Okay.  When did you become aware that BND

5    Company, Limited, who you had been dealing with, with BNK

6    International, had become China National Building Material

7    Investment Company Limited?

8         A.  In 2007.

9         Q.  Okay.  So at that time in 2007 was there a name

10   change or did they notify you of their corporate change?

11   How did that come about?

12        A.  First I was notified by Mr. Cai GuoBin, okay, in

13   our personal meeting in, I believe that was December of

14   2007.  And shortly after that and then we receive a notice

15   from them.

16        Q.  Okay.  And who did the notice say, in essence?

17        A.  Oh, basically say we change our name, BND to

18   CNBMI.

19        Q.  Okay.  Did any of the contracts that you had at

20   that time for BK International need to be changed or

21   revised to reflect the new company of CNBMI, which will be

22   short for China National Building Material Investment

23   Company?

24        A.  Nothing was changed at the time.

25        Q.  Did you continue to operate under that agency

1    agreement even though BND Company had changed its name?

2         A.  At that time our hardwood floor business activity

3    has already stopped.

4         Q.  Okay.  When did it stop in relationship to the

5    name change?

6         A.  Probably four or five month apart.  It was

7    stopped in July 2007, and I first learn of this in

8    December 2007.

9         Q.  I see.  And how did you learn that BND Company

10   LTD had changed its name?

11        A.  When?

12        Q.  Yeah, how did it come about if you were no

13   longer --

14        A.  Oh.

15        Q.  -- acting on their behalf in accordance with the

16   agency agreement?

17        A.  Okay.  The hardwood floor business stopped in

18   July 2007 but you still have a lot of follow-ons like

19   payments or, you know, our agreements and how -- how we're

20   going to resolve this and all that.  So we are still in

21   business contact at the -- at the time.  I also continued

22   developing the cabinetry business.  So I frequently, you

23   know, still go to China at that time.  And when I --

24   whenever I went to China and the -- I -- where there was

25   opportunity within the same city, we just -- Mr. Cai and I

Confidential - Subject to Further Confidentiality Review

1    will meet.

2        Q.  I see.  Well -- so there was no cancellation of

3    the agency agreement and addendum which provided all

4    building materials, was there, in 2000- --

5        A.  There is no cancellation.

6        Q.  Okay.  So my point was, is that you may not have

7    been doing hardwood flooring business with them in 2007,

8    but you were negotiating with them on other building

9    materials in accordance with the agreement in December of

10   2007.  Correct?

11       A.  Yes, correct.

12       Q.  Okay.  And so in accordance with the -- and you

13   were doing -- you were acting in the cabinetry business in

14   accordance with the addendum that was executed between BNK

15   International and BND Company.  Is that right?

16       A.  Correct, yeah.

17       Q.  And my point was, is during that time period,

18   the co- -- the agreement that you had was never revised to

19   reflect that BND Company had changed its name to China

20   National Building Materials Investment Company, was it?

21       A.  That's okay -- that was correct, right.

22       Q.  Nonetheless, you continued to do business or --

23   or at least act in business capacity with the same

24   principals at BND Company, although the name had changed.

25   Right?

Confidential - Subject to Further Confidentiality Review

```
1          A.  Correct.

2          Q.  Okay.  Now, when we talk about China National

3   Building Materials Investment Company, we're going to call

4   it CNBMI.

5          A.  (Nods.)

6          Q.  That's what they call themselves.  Right?

7          A.  Correct.

8          Q.  Okay.  And were there any efforts to revise the

9   addendum agreement that you're acting under to reflect

10  that BND Company had changed its name to CNBMI?

11         A.  No.

12         Q.  Okay.  And you were stilling acting on behalf

13  BNK International in negotiating with cabinetry as part of

14  your agreement.  Correct?

15         A.  Correct.

16         Q.  Okay.  Now, if we look at the complaint that you

17  have in front of you, you'll note on the very first page

18  where it says "the parties," CNBMI has a principal place

19  of business at 12F International Trade Center, Shin Zen

20  518014, PR, People's Republic of China.  Do you see that?

21         A.  What pages?

22         Q.  That's the very first page of the complaint, sir.

23  Where it says "Parties."  There you go at the bottom.

24         A.  Yeah.

25         Q.  So the address at CNBMI is the exact same address
```

1    as BND Company, Limited, a subsidiary of BNBM Group

2    Limited?

3         A.  That's correct.

4         Q.  Okay.  Are you aware or were you aware at any

5    time of CNBMI having any relationship with BNBM Group

6    Limited?

7         A.  Other than the agency agreement that's signed, it

8    stated that the -- BND is a subsidiary of BNBM Group,

9    yeah.

10        Q.  Okay.

11        A.  On that part, yes.

12        Q.  Right.  But my question is, are you aware of the

13   relationship between BNBM Group Limited and CNBMI, other

14   than the fact that BND is now considered CNBMI?

15        A.  I -- at that time it was known as CNBMI, has

16   become a subsidiary of CNBM.

17        Q.  Okay.  But do you have any personal knowledge of

18   that?

19        A.  That's my understanding.

20        Q.  Did you continue when CNBMI began acting in

21   accordance with your agency agreement, was there a change

22   in the individuals that you were dealing with?

23        A.  You mean during the operations wise?

24        Q.  Well, let me strike that.

25        A.  Okay.

Confidential - Subject to Further Confidentiality Review

 1      Q.  I'm sure you dealt with a variety of individuals

 2  over the course of three years when it was BND Company?

 3      A.  Correct.

 4      Q.  Okay.  When BND Company, Limited suddenly became

 5  CNBMI --

 6      A.  Uh-huh.

 7      Q.  -- did you start dealing with completely

 8  different people or the same folks?

 9      A.  Same.

10      Q.  Okay.  There was no change in the personnel that

11  were involved in your dealings?

12      A.  No.

13      Q.  Okay.  And CNBMI, in your continued business

14  negotiations, was attempting to work with you to sell and

15  distribute cabinetry throughout the United States.  Is

16  that right?

17      A.  That was the intent.  But the project didn't go

18  very far.

19      Q.  You -- on behalf of BNK International, you did

20  send individuals to China to work with them to develop

21  cabinetry to be sold in the United States.  Is that right?

22      A.  Correct.  Correct.

23      Q.  Okay.  And were these individuals that worked for

24  you?

25      A.  Yes.

Confidential - Subject to Further Confidentiality Review

1        Q.  Okay.  And how long did they spend in China

2   assisting CNBMI, I assume, in developing cabinets?

3        A.  At that time it's still BND, it's not CNBMI.

4        Q.  Okay.

5        A.  Okay.  And this -- it -- my people going to

6   China, you know, kind of in the form of multiple trips.

7   Each trip is probably anywhere from one week to two weeks,

8   okay, visiting the factories and -- and bringing the U.S.

9   cabinetry know-hows and factory standards and the market

10  requirements and all that kind of a thing to train their

11  factory.  So they become capable of making qual- --

12  quality or qualified American standards cabinetries.

13       Q.  And are you talking about ASTM standard cabinets?

14       A.  Yes.  Yes.

15       Q.  Okay.  And in your discussions with BND or CNBMI,

16  did any of their folks ever come to the United States to

17  talk to you with respect to the cabinetry business or the

18  hardwood flooring business?

19       A.  No.

20       Q.  Okay.  We did talk about one meeting in Boston

21  that you had in 2004.  Correct?

22       A.  2006.

23       Q.  2006.  I apologize.

24       A.  Yes.

25       Q.  Between 2- -- were there any other meetings in

Confidential - Subject to Further Confidentiality Review

1    the United States with Chinese individuals with BND or

2    CNBMI?

3         A.  Mr. Cai, Cai GuoBin, the president over CN- -- of

4    BND at the time and we met in Boston and later we spent a

5    day in Virginia and the Lumber Liquidators have order to

6    visit our customers over there.  Then we flew to Austin

7    and he spend -- I think he spend a night or two in my

8    house.  Okay.

9         Q.  Okay.

10        A.  Then he went on to California and on his way back

11   to China.

12        Q.  In the time that you spent with -- please say his

13   name for me.

14        A.  Cai.

15        Q.  Mr. Cai, this was all in connection with the

16   agency agreement and addendum that you had with respect to

17   hardwood flooring and other business materials to be

18   distributed throughout the United States?

19        A.  That's correct.  Other than he also come for the

20   charity event.

21        Q.  Right.

22        A.  Yeah.

23        Q.  Okay.  And were you aware of him having any

24   difficulty in getting a visa to come to the United States?

25        A.  Not -- not that I know of.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.  Okay.  Now, the cabinetry business, despite the

 2   amount of time, effort and money that BNK International

 3   expended in sending professionals to China, did not go as

 4   you anticipated, did it?

 5        A.  Correct.

 6        Q.  Yeah.  In fact, you discovered, at least based

 7   upon your pleadings, that CNBMI was shipping -- was taking

 8   the know-how that you had imparted upon them and shipping

 9   it to another company in the United States.  Correct?

10        A.  That's correct.

11        Q.  Okay.  What company was CNBMI using in the United

12   States to sell cabinetry?

13        A.  It's -- we refer to Suntec in southern

14   California.  If I remember right, at that time they are --

15   they are located in Baldwin or Irwindale, California, but

16   I'm not exactly sure.

17        Q.  Okay.  Do you know whether Suntec had a -- was a

18   subsidiary of CNBMI or a Chinese corporation other than

19   CNBMI?

20        A.  I was told that Suntec is their subsidiary -- is

21   a BND subsidiary, U.S. subsidiary.

22        Q.  So -- and  who told you that Suntec was a

23   BND Company, Limited subsidiary in the United States?

24        A.  I cannot remember.

25        Q.  Okay.
```

Confidential - Subject to Further Confidentiality Review

1        A.  Yeah.  Because I have no direct dealing with

2    Suntec.

3        Q.  But Suntec, in essence, was selling -- was a --

4    strike that.

5            It was your understanding that Suntec was a

6    subsidiary of BND Company.  Correct?

7        A.  That's my understanding.  Right.

8        Q.  And Suntec was selling cabinetries -- cabinetry

9    in the United States.  Correct?

10       A.  I was told -- I never personally --

11       Q.  Okay.

12       A.  -- saw it, okay, because -- I was told by one of

13   my employee, okay, and he met Suntec's employee at the

14   same cabinetry factory that I trained, that I spend more

15   than a year's investment into know-how in the factory, and

16   that -- that Suntec's employee was hired for this very

17   purpose of selling cabinetry in the U.S.  that's how I

18   found out, my employee told me, because they met in China

19   at the cabinetry factory.

20       Q.  I see.

21       A.  Yeah.

22               MR. RUGGERO:  Can we take a break at some

23   point?

24               MR. STECKLER:  Yes.  Let's take a break

25   right now.

Confidential - Subject to Further Confidentiality Review

```
 1              MR. RUGGERO:  Okay.

 2              THE VIDEOGRAPHER:  We're off the record at

 3  10:59 a.m.

 4                      (Break.)

 5              THE VIDEOGRAPHER:  We're back on the record

 6  at 11:05 a.m.

 7       Q.  (BY MR. STECKLER)  Mr. Chang, you talked about

 8  one of your employees speaking with a Suntec employee.

 9  Correct?

10       A.  Yes.

11       Q.  Who was the employee that you're talking about?

12       A.  Whose employee, Suntec or mine?

13       Q.  Yours.

14       A.  Jeff Hsieh.

15       Q.  And how do you spell his last name?

16       A.  H-S-I-E-H.

17       Q.  And do you recall the Suntec employee he was

18  speaking with?

19       A.  No, I don't recall.

20       Q.  Okay.  And someone had yolf --

21       A.  Steve.  I think -- I remember his first name was

22  Steve.

23       Q.  And so someone had told Mr. Hsieh that Suntec was

24  a Chinese company operating in the United States selling

25  cabinets?
```

1        A.  At that time we -- we already knew Suntec is a

2    subsidiary of BND.

3        Q.  Okay.

4        A.  We had that knowledge already.

5        Q.  I see.  So you were aware that Suntec was a

6    subsidiary of BND in the United States.  Correct?

7        A.  Correct.

8        Q.  You were just not aware that they were also

9    selling cabinets?

10       A.  Correct.

11       Q.  Because it was your understanding, under your

12   agency agreement, that you were going to be selling

13   cabinets?

14       A.  Correct.

15       Q.  And naturally you were upset that you were

16   sending technology and individuals to China to help them

17   develop cabinets?

18       A.  Yeah.

19       Q.  And they were not just selling them -- going to

20   sell them to you for distribution or sell them in the

21   United States for distribution, but do so through their

22   subsidiary, Suntec?

23       A.  Yes.

24            MS. DYER:  Objection.  Counsel, can you

25   please not ask the witness leading questions like that?

Confidential - Subject to Further Confidentiality Review

1    Can you rephrase your question.

2              MR. STECKLER:  Sure, sure.

3        Q.  (BY MR. STECKLER)   Okay.  It's your

4    understanding Suntec is a subsidiary of a Chinese company.

5    Correct?

6        A.  Correct.

7        Q.  It's your understanding that Suntec -- is it your

8    understanding that Suntec is a subsidiary of BND?

9        A.  Yes.

10       Q.  Is it your understanding that Suntec sells and

11   distributes cabinetry throughout the United States?

12       A.  I don't know exactly what they did, but I just

13   know of -- they are taking like a couple or several

14   container of cabinetry from that factory.  They are

15   importing cabinetry from the factory I trained.

16       Q.  Okay.  Do you know what Suntec -- what other

17   businesses Suntec is doing in the United States?

18       A.  My knowledge was Suntec was in the business of

19   selling and distributing hardware tools, like hammers and

20   pliers.  They have their own brandings.

21       Q.  Do you know whether Suntec is still in business

22   operating in the United States?

23       A.  I have no knowledge --

24       Q.  Okay.

25       A.  -- about that.

Confidential - Subject to Further Confidentiality Review

1      Q.  And do you own whether -- well, strike that.

2          And is it your understanding that BND Company,

3   Limited is now known as CNBMI?

4      A.  Yes.

5      Q.  And BND Company was the parent of Suntec.

6   Correct?

7      A.  Yes.

8      Q.  Let's take a look at the complaint that you have

9   in front of you and let's go through a few other things

10  that are noted in here.  First of all, counsel -- was

11  counsel for CNBMI located in the United States?

12     A.  I think they're located in Houston.

13     Q.  Right.  Is it your understanding that CNBMI has

14  retained lawyers in Houston, Texas to represent them in

15  the case against you --

16     A.  Yeah.

17     Q.  -- filed in 2014?

18     A.  Yeah, I know.

19     Q.  Do you know whether CNBMI has retained any other

20  lawyers to represent them in the United States against

21  you?

22     A.  I think they retained Ray Hughes in Illinois.

23     Q.  Okay.  And in the factual background of the

24  complaint, it indicates that you were to work with them in

25  accordance with the agency agreement.  Do you see that?

Confidential - Subject to Further Confidentiality Review

1        A.  What page are we looking at?

2        Q.  That would be Page 2 of 15, Paragraph 7.

3        A.  Yeah, that's basically the language that --

4              MS. DYER:  What number?

5              MR. STECKLER:  Page 2, Paragraph 7.

6        Q.  (BY MR. STECKLER)  And that was -- that's the

7    agreement that we've been looking at along with the

8    addendum.  Is that right?

9        A.  Correct.

10       Q.  Okay.  And is it your understanding that CNBMI is

11   suing you in the United States alleging alter ego?

12       A.  Yes.

13       Q.  In fact, that's indicated on Page 9 under Causes

14   of Action, isn't it?

15       A.  Page 9.

16       Q.  Do you see that, sir?

17       A.  Page 9, which --

18       Q.  Right there (indicating).

19       A.  Oh, yeah.  Yes.

20       Q.  Okay.  And they are claiming causes of action for

21   fraud in an effort to secure money that they think they

22   are owed as a result of the agency agreement that you had

23   with them.  Is that your understanding?

24       A.  That's correct.

25             MS. DYER:  Objection; form.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.  (BY MR. STECKLER)  okay.  And...

 2              (Discussion off the written record.)

 3        Q.  (BY MR. STECKLER)  In July of 2014, were you

 4   aware of CNBM's voluntary announcement on their website in

 5   which they indicated that Taishan Gypsum does not agree to

 6   the U.S. courts have jurisdiction and object to

 7   substantive disputes being heard by a court without

 8   jurisdiction, and therefore they've decided --

 9              MS. DYER:  Object --

10        Q.  (BY MR. STECKLER)  -- not to continue to

11   participate in any gypsum board litigation in the United

12   States brought against it in the U.S. courts.

13        A.  I'm not aware of it.

14              MR. WU:  So --

15              MS. DYER:  Objection; form.  Counsel, I

16   think that's a mischaracterization of that announcement.

17              MR. STECKLER:  Okay.

18        Q.  (BY MR. STECKLER)  Were you aware of any

19   announcement by CNBM on their websites in which they

20   rebuked U.S. courts having jurisdiction to hear disputes

21   with respect to gypsum products being sold in the United

22   States?

23              MR. WU:  Objection to form.

24              MS. DYER:  Objection to form, no foundation.

25              MR. STECKLER:  I'm trying to lay the
```

Confidential - Subject to Further Confidentiality Review

1    foundation.

2        Q.  (BY MR. STECKLER)  Were you aware of CNBM

3    rebuking U.S. courts having jurisdiction to hear disputes

4    with respect to problems with gypsum drywall sold in the

5    United States?

6                MS. DYER:  Objection; form.

7        A.  When, in July 2014?

8        Q.  (BY MR. STECKLER)  Yes.

9        A.  No, I'm not aware -- I wasn't aware of that.

10       Q.  Okay.  And that would have been at the same time

11   in which CNBMI had filed a suit against you in U.S. court.

12   Right?

13               MS. DYER:  Objection; form.

14       A.  Well, it appears to be, yeah.

15       Q.  (BY MR. STECKLER)  Well, July --

16               MS. DYER:  He already said he wasn't aware

17   of any announcement.

18               (Simultaneous speaking.)

19               MR. STECKLER:  Hey, hey, excuse me.  Excuse

20   me.  Please make the objection clearly and succinctly and

21   I'll try not to speak over you.  I'm sorry, the phone

22   makes it very challenging for us to go back and forth.  I

23   will give you your chance.

24               Go ahead.

25               MS. DYER:  I said objection; form.  You're

Confidential - Subject to Further Confidentiality Review

1    mischaracterizing the witness' prior testimony.  He

2    testified that he wasn't aware of any announcement --

3                 MR. STECKLER:  Hold on.  Hold on.  Hold on.

4    I'm not going to listen to any --

5                 MR. GAUGHAN:  Speaking objection.

6                 (Simultaneous speaking.)

7                 MR. STECKLER:  Excuse me.  I'm not going to

8    listen to speaking objections.  I understand your

9    objection to lack of foundation and to the form of the

10   question.  I'm not going to have you tell us what you

11   think he may or may have not have said.  We have the

12   record here.  Okay?

13       Q.  (BY MR. STECKLER)  Were you sued in July of 2014

14   by CNBMI?

15       A.  Yes.

16       Q.  Okay.  Were you aware that in July of 2014 CNBM

17   was putting on its websites information rebuking U.S.

18   courts having jurisdiction in hearing issues with respect

19   to the gypsum drywall they sold in the United States?

20   Were you aware of that?

21                 MR. WU:  Objection; asked and answered.

22                 MS. DYER:  Objection; form.

23       A.  At this -- now or a year before?

24       Q.  (BY MR. STECKLER)  A year before, in 2004.

25       A.  I don't check their website on a regular basis.

Confidential - Subject to Further Confidentiality Review

1   No --

2        Q.  Okay.

3        A.  -- I have no knowledge of that.

4        Q.  Okay.  And in the suit that they filed against

5   you in federal court in Austin, Texas, they're seeking

6   damages with respect to products that they manufactured

7   and were sold in the United States through you in Austin,

8   Texas and Lumber Liquidators.  Is that your understanding?

9        A.  They sue me -- this -- yes, yes --

10       Q.  Okay.

11       A.  -- in connection with the Lumber Liquidators

12   sales, yeah.

13       Q.  Okay.  And that would be sales of hardwood

14   flooring.  Correct?

15       A.  Correct, yes.

16       Q.  Did BNK also do business with HK BNG

17   International and Ruisenda Company, Ltd.?

18       A.  Yes.

19       Q.  Was it your understanding that Ruisenda Company,

20   Ltd. and HK BNG International were being used by CNBMI to

21   fulfill orders for hardwood flooring?

22       A.  Ruisenda was.

23            MS. DYER:  Objection; form.

24       Q.  (BY MR. STECKLER)  Go ahead.  You can answer.

25            MR. RUGGERO:  This is Peter Ruggero.  Jeff,

Confidential - Subject to Further Confidentiality Review

1   so that you know, the other counsel may make objections.

2   Those will be for the record.  But you go ahead and answer

3   the questions because the judge will ultimately rule on

4   those objections because there is not a judge here to rule

5   today.  So notwithstanding that someone makes an

6   objection, that's not going to prevent you from answering

7   the question unless you're directed not to answer the

8   question.

9            THE WITNESS:  Okay.  Thank you for the

10  explanation.  Okay.

11       A.  So Ruisenda was a -- I was told because there's

12  never formal documents between Ruisenda and BNK.  And I

13  was told by BND that they will incorporate another company

14  to do business with the -- with BNK for the same hardwood

15  flooring business.  Okay.  And my understanding is for the

16  sake of saving tax.  Okay.  And -- that's my

17  understanding.

18            So halfway through our cooperation working

19  relationship and BNK was dealing with Ruisenda on hardwood

20  flooring business, but I'm dealing with the same set of

21  people, though.

22       Q.  (BY MR. STECKLER)  Okay.

23       A.  So the --

24       Q.  The people you were dealing with Ruisenda are the

25  same people you were dealing with with BND?

```
 1        A.  Correct.

 2        Q.  Was it your understanding that Ruisenda was owned

 3   by shareholders of CNBMI?

 4             MS. DYER:  Objection; form.

 5        A.  My understanding was not.

 6        Q.  (BY MR. STECKLER)  Okay.

 7        A.  I -- I have no idea who owns Ruisenda.  Even

 8   though -- but I did specifically request -- requested that

 9   the shareholder information of Ruisenda from BND, but I

10   was not provided with one.

11        Q.  And did you request CNBMI provide you with

12   Ruisenda's legal paperwork in e-mails on June 17th, 2006,

13   June 21, 2006, and June 22nd, 2006?

14        A.  Yes.

15        Q.  Did BND vice president Mr. Bill Bo provide in an

16   e-mail dated June 22nd, 2006, that Ruisenda is owned by

17   two individual shareholders designated by CNBMI president

18   Cai?

19        A.  Cai.

20        Q.  Cai?

21        A.  Cai.

22        Q.  Did he advise you of that, sir?

23        A.  Say again.

24        Q.  Did Mr. Bo advise you of that, sir?

25        A.  Yeah, he stated that in the e-mail.
```

Confidential - Subject to Further Confidentiality Review

1      Q.  Okay.

2            MR. RUGGERO:  Mr. Cai -- Cai -- is spelled

3      C-A-I but pronounced "tie."

4      A.  Cai.

5      Q.  (BY MR. STECKLER)  And Mr. Cai was the president

6      of CNBMI.  Is that your understanding?

7      A.  At that time it was BND.

8      Q.  BND.  Subsequently CNBMI?

9      A.  Correct.

10     Q.  And I just want to make sure it's clear from the

11     record.  Mr. Bo was vice president of BND at the time you

12     received this e-mail.  Correct?

13     A.  Correct.

14     Q.  And the e-mail indicated that Mr. Cai directed

15     two shareholders of BND to own Ruisenda?

16     A.  Yes, that's stated in Mr. Bo's e-mail --

17     Q.  Okay.

18     A.  -- in Chinese.

19     Q.  And Ruisenda -- did Ruisenda, at the direction of

20     Mr. Cai, send you hardwood flooring?

21            MR. WU:  Objection; form.

22     Q.  (BY MR. STECKLER)  In the United States?

23     A.  Yes, because the -- there is a transition.  There

24     is a transition from BND being the entity exporting

25     hardwood floor to BNK, then transition -- probably

1    happening mid 2006 -- then transition to Ruisenda.  There

2    is a transition period about maybe like six months.

3        Q.  The bottom line, though, was it your

4    understanding that Mr. Cai, president of CNBMI, was

5    directing the entities to be shipping hardwood flooring to

6    the United States?

7            MS. DYER:  Objection; form.

8        A.  Yes.

9        Q.  (BY MR. STECKLER)  Okay.

10       A.  Yes.

11       Q.  And what's the basis of that understanding, sir?

12       A.  One based on the e-mail that Bill Bo sent me,

13   okay, which is in my pleading there, and the -- I think

14   Mr. Cai told me that, too.  But I cannot be sure.

15       Q.  And did Mr. Bo also provide in an e-mail to you

16   that the purpose of Ruisenda was to avoid Chinese

17   government tax consequences?

18       A.  That's correct.

19           MS. DYER:  Objection; form.

20       Q.  (BY MR. STECKLER)  When you met with Mr. Cai in

21   the United States in September of 2006, did he discuss

22   with you investing in the U.S. cabinetry market?

23       A.  2006?

24       Q.  Yes, sir.

25       A.  2006.  Maybe.  But I'm not positive.  You mean

Confidential - Subject to Further Confidentiality Review

1    our in-person meeting?

2        Q.  Yes, sir.  In your pleadings, your First Amended

3    Answer, it indicates that in September of 2006 Mr. Cai,

4    CNBM's president, visited Austin, Texas, to meet with you

5    as president of BNK.  Do you recall that?

6        A.  Oh, yes.

7        Q.  Okay.  Your pleadings indicate --

8        A.  Oh.

9        Q.  -- that during that visit, Mr. Cai represented

10   that CNBMI had an interest in investing in the cabinetry

11   business in the United States.  Do you recall that?

12       A.  Yes.  Because we have a dispute over the

13   cabinetry because the Suntec is the -- you know, start

14   selling that in the U.S.  And the -- so there is an

15   unresolved dispute between BNK and BND at that time.

16       Q.  Okay.

17       A.  So Mr. Cai, one of his purpose in coming to the

18   U.S., is trying to resolve that, you know, dispute with

19   BNK.  So we talk about the -- how to do that, you know,

20   during our meeting.

21       Q.  And the dispute involved the agency agreement

22   that was executed in 2004 along with the addendum.

23       A.  Correct.

24       Q.  Correct?

25       A.  Correct.

Confidential - Subject to Further Confidentiality Review

1        Q.  Okay.  And as part of that agreement, did Mr. Cai

2   appointment Mr. Bai Yan, a CNBM executive, to work with

3   you?

4        A.  Yes.

5        Q.  Yes.

6        A.  That hap- -- not happened at the same time

7   because Mr. Bai wasn't here.  That happened in

8   November 2006, my second trip to China.

9        Q.  And during that time did you have continued

10  negotiations with CNBMI for shipment of cabinetry to the

11  United States, as well as the dispute that you had?

12       A.  That appointment of Mr. Bai seems to be -- bring

13  the closure to our dispute.  Okay.  And the -- that CNBMI

14  continued the interest in investing in BNK and certain

15  promises, okay, to continue working on cabinetry project.

16           So that in November 2006 and -- I met with

17  Mr. Cai in China, Shenzhen, again, and at that same

18  meeting and Mr. Cai brought Mr. Bai, and just the three of

19  us and say, "Well, Mr. Bai, you work with Chang, continue

20  on on the cabinetry business in the future."

21       Q.  I see.  And did your cabinetry business go under

22  a separate business entity name?

23       A.  At that time, yes.

24       Q.  And what was the name of that business?

25       A.  Crossroads Enterprise.

 1      Q.  And was that incorporated as a --

 2      A.  California company.

 3      Q.  California company?

 4      A.  Yes.

 5      Q.  Okay.  And did Crossroads Enterprises -- well,

 6   let me strike that.

 7          Were you acting with respect to negotiating the

 8   distribution of cabinets in the United States as president

 9   of Crossroads?

10      A.  At that time our plan is to do our own, be our

11   own channels, and through the online presence.

12      Q.  Okay.

13      A.  So we are not at that time dealing with -- we are

14   dealing with some limited dealership in California, yes.

15   But I'm the one, you know, act- -- acting primarily -- but

16   I have employee at the time --

17      Q.  Right.

18      A.  -- and they are working on different function of

19   the cabinetry business development.

20      Q.  But you were acting in your capacity as a

21   representative of Crossroads, a California corporation.

22   Is that right?

23      A.  That's correct.

24      Q.  Okay.  And you were acting in negotiations with

25   CNBMI in -- was it online cabinet distribution in the

Confidential - Subject to Further Confidentiality Review

1    United States?

2         A.  Yes.  That's our plan to build one.

3         Q.  Okay.  Were any agreements ever reached with

4    respect to that?

5         A.  With who?

6         Q.  Well, did Crossroads and CNBMI ever enter into

7    any agreements?

8         A.  Not written agreement.

9         Q.  Okay.  There were oral agreements made but not

10   written?

11        A.  Yes.

12        Q.  Okay.  And in your capacity with Crossroads were

13   you still dealing with the same people that you dealt with

14   with BND Company, a subsidiary of BNBM and CNBMI?

15        A.  True.

16        Q.  Yes.  And that would have been Mr. Cai, Mr. Ian

17   Bai?

18        A.  True.

19        Q.  Is that correct?

20        A.  Yes.

21        Q.  In addition, you even talked to a CNBMI

22   investment manager, a Dr. Wang?

23        A.  Yes.

24        Q.  Yes.  Had you ever dealt with him previously?

25        A.  No.

Confidential - Subject to Further Confidentiality Review

1      Q.  Okay.  Was it your understanding that he was with

2  CNBMI?

3      A.  My understanding was, yes.

4      Q.  In addition, you had dealt with Mr. Bai Yan for

5  BND and CNBMI as well?

6      A.  The CNBMI -- BND become CNBMI very -- toward the

7  very end of our business relationship.  Okay.  But, yes,

8  they are crossing that date, yes.

9      Q.  And that's exactly my point, sir.  I just want to

10  be clear that the individuals you dealt with at BND, a

11  subsidiary of BNBM and CNBMI are all the same individuals?

12      A.  That is true.

13      Q.  Okay.  And all of the discussions that you had

14  with those individuals involved your Texas company, BNK

15  International, or your California company, Crossroads

16  Enterprises?

17      A.  Correct.

18      Q.  Now, your negotiations with CNBMI continued until

19  2010 with respect to concerns regarding the contracts for

20  the sale of hardwood flooring in the United States?

21      A.  In the last three years is all litigations.

22      Q.  Right.  Let's talk a little bit about the dispute

23  that you had with -- and we're going to now say CNBMI

24  because there is a little gray area as to 2007 to 2010.

25  Right?

Confidential - Subject to Further Confidentiality Review

1        A.  (Nods.)

2        Q.  That's when BND then became CNBMI.  Right?

3        A.  Correct.

4        Q.  Okay.  So we'll refer now to CNBMI as the entity

5    you're dealing with.  Is that fair?

6        A.  Sure.

7        Q.  Okay.  And I don't want to get into your

8    litigation dispute with CNBMI, but I would like to know

9    the events that occurred that led up to the July 2014

10   lawsuit.  Explain to me how the dispute with CNBMI

11   started.

12       A.  It started with Suntec taking cabinet export from

13   the factory that I trained.  Okay.  And that factory, of

14   course, is a -- CNBMI located that factory and have

15   intention of eventually exporting, you know, product from

16   the factory.  So with the addendum signed, then the -- I

17   assembled this cabinetry team and went over there for more

18   than a year, spending probably seven, eight trips over

19   there and trained them, and they started exporting to the

20   U.S.

21           So at that time, as I already told you, you know,

22   my employee, you know, just informed me that Suntec is

23   doing this.

24       Q.  So let me get clear.  So you discovered that

25   CNBMI was exporting cabinets to the United States to

Confidential - Subject to Further Confidentiality Review

1    Suntec, and you had an agreement with CNBMI, and an

2    addendum to that agreement which allowed you to export

3    cabinets at the same time?

4        A.  Yes.

5             MR. WU:  Objection; form.

6        A.  Yes.  Correct.

7        Q.  (BY MR. STECKLER)  okay.  And naturally that's --

8    was a point of contention.  Is that fair?

9        A.  Correct.

10       Q.  Okay.

11       A.  Correct.  Before that we have very good

12   relationships --

13       Q.  Okay.

14       A.  -- and the -- I have no complaint about, you

15   know, BND at the time.  Okay.  They are doing what they

16   are supposed to do and deliver.  And based on that

17   relationship and trust, you know, that's why -- after we

18   signed the addendum, that's why I'm willing to invest, you

19   know, into the, say, you know, into actual property, you

20   may call it, you know, from my own, you know, funding and

21   train the factory because I have the trust in them doing

22   that.  Okay.

23            But after the Suntec, you know, that trust

24   element is broken down.  So we have this dispute.  And I

25   sent a couple of e-mails, several e-mails to Mr. Bo and

Confidential - Subject to Further Confidentiality Review

 1    Mr. Cai protesting about this.  Okay.  And the -- but

 2    since I'm not in China, so there is no real progress going

 3    on on that.

 4          But when Mr. -- eventually Mr. Cai, I say, you

 5    know, "I may need to go through this legal remedy to

 6    recover my loss."  Okay.  And Mr. Cai just say, "Well, you

 7    know, let me come to U.S. and we talk about this."  So

 8    we -- that's the meeting, the purpose of meeting we had in

 9    Austin in 2006, September and -- for that meeting.  And

10    Mr. Cai say, "Well, Jeff, let's -- let's amend the

11    relationship, let's continue to invest into the cabinetry

12    business, and the" -- I say, "Well, you know, this have

13    cause a disruption, you know, to my cabinetry plan I've

14    been" --

15    Q.  What's causing disruption, again?

16    A.  Because their violation of the Suntec and -- and

17    the damage in the relationship, you know.  So that could

18    have a lot of repercussions because we may miss the market

19    timing because, you know, '6, '7, '8 are booming, you

20    know, boom time during that time.

21          And the -- so Mr. Cai agree, say, the -- "Well,

22    what about doing this," you know.  Said, "You can use the

23    cash flow, okay, to continue to support the development of

24    the cabinetry business."  Okay.  And then I say, "Well, if

25    the" -- because I'm receiving the payment from Lumber

1    Liquidators, then send to BND.  Okay.  And BND provided

2    financing.  Okay.  So I have the cash flow going through

3    me.  Okay.

4            So Mr. Cai and I, we agreed that I can use the

5    cash flow to continue supporting the cabinetry business

6    development.  Okay.  And also agreed that if -- should --

7    or when the cabinet -- the hardwood floor business

8    stopped, that means, you know, there will be no cash flow

9    going on, and I would be given like 18-month forbearance,

10   okay, to repay the amount back to them.  Because at that

11   time, given the development seen in the marketplace, we

12   believe we'll be able to, you know, bring enough cash flow

13   in the cabinetry business.

14       Q.  So they provided interim funding --

15       A.  Yeah --

16       Q.  -- to you?

17       A.  -- you can say that.  Just because cash flow -- I

18   have the hardwood floor cash flow, yeah.

19       Q.  Okay.  So -- I want to see if I can frame this.

20   They're, in essence, using the hardwood floor cash flow as

21   interim funding for the development of the cabinetry

22   business?

23       A.  Basically, yes.  That means I can delay my

24   repayment schedule back to them.

25       Q.  Okay.

Confidential - Subject to Further Confidentiality Review

1        A.  Okay.

2        Q.  Was this an oral agreement?

3        A.  Oral.  Oral.  Yeah.

4        Q.  Okay.  And the oral agreement is between you as

5   president of BNK International and CNBMI, or BND at the

6   time?

7        A.  Correct.

8        Q.  Okay.  And I believe you reference in your

9   plea -- your amended complaint an e-mail in January

10  of 2010 from Bill Bo regarding this interim financing

11  arrangement?

12       A.  Can you repeat again?

13       Q.  Yes.  You reference in your amended complaint an

14  e-mail from Bill Bo talking about strong cash flow

15  support?

16       A.  That was -- that e-mail happened in our

17  litigation.  This happened in --

18       Q.  Okay.

19       A.  -- 2010.

20       Q.  So that's different than the oral agreements.

21  There are written agreements per se?

22       A.  No.  No.

23              MR. STECKLER:  Okay.  As a matter of

24  courtesy to counsel, let's go ahead and mark as Exhibit

25  No. 5 your First Amended Answer and Affirmative Defenses.

Confidential - Subject to Further Confidentiality Review

1              THE WITNESS:  Okay.

2              (Exhibit 5 was marked.)

3              MR. WU:  And -- sorry.  Was the July 2014

4    Complaint, Exhibit 4?

5              MR. STECKLER:  I believe so.

6              THE WITNESS:  Yeah.

7              MR. STECKLER:  Yeah.

8              THE WITNESS:  Yeah.  Exhibit 4.

9         Q.  (BY MR. STECKLER)  So all of this -- all of these

10   discussions were occurring in 2007?

11        A.  '6.

12        Q.  '6 and '7, or just '6?

13        A.  Mr. Cai's promise is in 2- -- agreement -- our

14   agreement with Mr. Cai on amending the cabinetry

15   relationship happened in 2006.

16        Q.  Okay.

17        A.  Okay.  And Mr. Bo's e-mail stating their strong

18   financial cash flow is in 2010.  At that time they have

19   already confirmed the arbitration award here --

20        Q.  Okay.

21        A.  -- and were negotiating, you know, doing payment.

22        Q.  Okay.  And during the time in 2006 you're having

23   the discussion on the cabinetry, hardwood flooring is

24   still being shipped to the United States --

25        A.  Yes.  That was ongoing.

Confidential - Subject to Further Confidentiality Review

1      Q.   -- through your agreement with CNBMI?

2      A.   Correct.

3      Q.   Okay.  And in 2008 -- or is it 2007? -- the

4   relationship between CNBMI or BND and BK (sic)

5   International, that's when it sort of fell apart.  Is that

6   fair?

7      A.   2008.

8      Q.   Okay.  And that's also the year in which there

9   was a Hong Kong arbitration award?

10      A.   Correct.  They filed arbitration in 2008.

11      Q.   Okay.  And CNBMI, are they the ones that filed

12   the Hong Kong arbitration --

13      A.   Yes.

14      Q.   -- papers?

15      A.   Yeah.

16      Q.   It wasn't --

17      A.   BND.

18      Q.   -- BND, was it?

19      A.   Yes.  Yeah.  CNBMI, yes.

20      Q.   Okay.  And you did not participate in the

21   arbitration process in Hong Kong?

22      A.   No.  In the hearing, I got the hernia disk.  I

23   couldn't travel.

24      Q.   Right.  But the Hong Kong arbitration issues all

25   involved the agreements between you and BND and the sale

1  of hardware flooring in the United States?

2      A.  Yes.  They enter that, yeah.

3      Q.  Okay.  All right.  And I don't really want to get

4  into the facts, per se, of your lawsuit.  But the award

5  was based upon invoices of hardwood flooring and payment

6  records regarding hardwood flooring shipped by CNBMI or

7  Ruisenda to the United States?

8      A.  Yes.  The records -- that have both the shipment

9  records of BND and Ruisenda.

10     Q.  And as a result of the dispute, the Hong Kong

11  arbitration award, and CNBMI's efforts to secure payment,

12  you did have to file for bankruptcy?

13     A.  After I pay them --

14         MS. DYER:  Objection; form.

15     A.  After I pay them, you know, 1.5 million.

16     Q.  (BY MR. STECKLER)  Let's -- let's go to that.

17     A.  Yeah.

18     Q.  When did you pay CNBMI $1.5 million?

19     A.  2010, July.

20     Q.  And why did you pay them $1.5 million?

21     A.  Because they -- they demanded that.  Okay.  They

22  started with 1 million, and later on they change their

23  demand to 1.5, and the -- with the promise of, you know,

24  after you made the payment, okay, our demand payment, then

25  we can provide strong cash flow for you, you know, and

Confidential - Subject to Further Confidentiality Review

```
 1    invest in Crossroads.

 2         Q.  I see.  So in exchange for paying them

 3    1.5 million, they had promised they would begin investing

 4    in Crossroads in the cabinetry business?

 5         A.  That's -- was my understanding.

 6         Q.  Right.  And after the payment of the

 7    $1.5 million, what happened?

 8         A.  And in October 2010 and we have a settlement

 9    meeting.  Okay.  They call it "settlement meeting," but I

10    was expecting an investment, you know, a conversation, you

11    know, with them.  So they came to Austin, Texas, and

12    represented by their attorneys.

13         Q.  Okay.  Let me stop you.

14              Who from CNBMI came to Austin, Texas to have a

15    quote/unquote settlement meeting with you in 2010?

16         A.  Their attorney.

17         Q.  Who is their attorney?

18         A.  I think one is a Gaynin, and --

19              THE WITNESS:  What's his last name, Gaynin?

20         A.  -- from Duane Morris.  Under all --

21         Q.  (BY MR. STECKLER)  From Duane Morris law firm?

22         A.  Duane Morris law firm.  Okay.  And also an

23    attorney from China, and his name is Jacky Chen.

24         Q.  Okay.  And so CNBMI had hired a U.S. law firm,

25    Duane Morris.  Correct?
```

1        A.  Yes.

2        Q.  In addition, they had a Chinese attorney, Jacky

3   Chen, who was acting on their behalf in this meeting.  Is

4   that your understanding?

5        A.  Correct.

6        Q.  And this meeting took place in Austin, Texas, in

7   October of 2010?

8        A.  Correct.

9        Q.  And you thought the meeting was for an investment

10  in Crossroads, and they called it a settlement meeting.

11  Is that right?

12       A.  Correct.

13       Q.  Okay.  And what did they want from you?

14       A.  At the meeting initially, you know, I was asking

15  for, you know -- I was expecting to have investment, you

16  know, talk at the meeting, right.  But -- and the --

17  CNBMI's attorney saying that the -- they are not going to

18  invest in my company because they claim they signed that

19  because "you are not trustworthy," and this and that, and

20  continued to demand the remanding of a judgment, which is

21  another, you know, 1.5.

22       Q.  Okay.  And that would have been the judgment that

23  they got in Hong Kong in which you did not participate?

24       A.  Correct.

25       Q.  Okay.  After that meeting, did you file a

Confidential - Subject to Further Confidentiality Review

1   petition in the United States Bankruptcy Court in the

2   Western District of Texas?

3        A.  I did.

4        Q.  Okay.  Did CNBMI appear in bankruptcy court in

5   the Western District of Texas?

6        A.  Their Duane Morris lawyer did.

7        Q.  Okay.  So CNBMI -- it's your understanding CNBMI

8   hired Duane Morris, and they did appear on behalf -- on

9   behalf of CNBMI in the United States Bankruptcy Court for

10  the Western District of Texas in 2010?

11       A.  Yes.  '11.  Bankruptcy was in 2011.

12       Q.  Okay.  And was Mr. Chen also involved in

13  participating in that bankruptcy filing?  Or just Duane

14  Morris on behalf of CNBMI?

15       A.  Just Duane Morris.

16       Q.  Okay.

17            THE VIDEOGRAPHER:  You got five minutes.

18       Q.  (BY MR. STECKLER)  During the pendency of the

19  bankruptcy, did you meet with Mr. Cai, Mr. Fang, Mr. Wei,

20  Mr. Jiaxiang, and Mr. Jacky Chen regarding your

21  relationship with CNBMI?

22       A.  That was -- that was more than a year after the

23  bankruptcy.  That was in 2012, September.  I went over

24  there to -- you know, because I continued to invest in

25  cabinetry business to the point I was ready for, you know,

Confidential - Subject to Further Confidentiality Review

```
 1   mass deployment, and the -- I went over there to meet with

 2   Mr. Cai.  I requested a meeting with Mr. Cai.  He say --

 3   because I thought, you know, "BNK's bankrupt and

 4   everything's -- has been passed," you know, but I still

 5   holding hope, you know, that Mr. Cai will keep his promise

 6   of investing into Crossroads' business.

 7          Okay.  So -- so that's why I went in there to

 8   request the meeting.  So I met with all four of them.  And

 9   Mr. Cai is, you know, kind enough to invite me to a lunch

10   meeting.  Okay.  And the -- but at that meeting is the

11   first time he told me, "So, Mr. Chang, I don't think we'll

12   able to invest in your Crossroads now."

13      Q.  Okay.  During the pendency of the bankruptcy, did

14   CNBMI secure assets of BNK Financial --

15               MR. WU:  Objection.

16      Q.  (BY MR. STECKLER)  -- for compensation?

17               MR. WU:  Objection; form.

18      A.  Compensation?

19      Q.  (BY MR. STECKLER)  Yes.  Did CNBMI appear in the

20   bankruptcy and secure either assets or financial

21   compensation from the bankruptcy court, to your knowledge?

22      A.  I don't understand these questions.

23      Q.  Okay.  Let's take a break, and I'll rephrase it.

24      A.  Okay.

25               THE VIDEOGRAPHER:  Okay.  We're off the
```

Confidential - Subject to Further Confidentiality Review

 1    record at 11:51 a.m.  This concludes Tape 1.

 2                    (Break.)

 3                    THE VIDEOGRAPHER:  We're back on the record

 4    at 12:03 p.m.  This is beginning of Tape 2.

 5        Q.  (BY MR. STECKLER)  BNK International filed for

 6    bankruptcy in federal court in Austin, Texas?

 7        A.  Correct.

 8        Q.  During the bankruptcy, CNBMI made appear- -- an

 9    appearance through Duane Morris.  Is that your

10    understanding?

11        A.  Correct.

12        Q.  Okay.  On October 18th, 2011, did CNBMI enter

13    into an asset purchase agreement with the bankruptcy

14    trustee for BNK Financial?

15        A.  Yeah.  They outbid me.

16        Q.  And what did CNBMI outbid you for in the

17    bankruptcy court in Texas?

18        A.  I have no real answer for that.  You need to ask

19    them, you know.

20        Q.  Okay.  Well, what were you bidding on in the

21    bankruptcy court?

22        A.  I think I bid as high as like 66k.  66,000.

23        Q.  $66,000?

24        A.  Yeah.  Then they outbid me.

25        Q.  And what assets were you seeking to purchase?

Confidential - Subject to Further Confidentiality Review

1        A.  Because personally BNK had funded a company, you

2   know, and the -- and I just want to, you know, keep it --

3        Q.  Okay.

4        A.  -- the asset.

5        Q.  And it indicates in the summons and civil action,

6   their Complaint against you, on Page 6 of 15 in

7   Paragraph 33 --

8        A.  Of Their Complaint?

9        Q.  Yes.

10       A.  Are you talking about their Complaint?

11       Q.  Yeah.  Their Complaint, sir.

12       A.  Exhibit 4?

13       Q.  Yes.  If you look at Page 6, Paragraph 33, it

14   indicates that on October 18th, 2011, CNBMI and the

15   bankruptcy trustee entered into an asset purchase

16   agreement, which was attached as Exhibit D.  Do you see

17   that?

18       A.  Yeah.

19       Q.  Okay.  It says that "Through the Asset Purchase

20   Agreement, CNBMI had acquired, among other things, any and

21   all claims that BNK might have" against yourself

22   personally and claims for breach of fiduciary duty.  Do

23   you see that?

24       A.  Yeah.

25       Q.  Okay.  I understand that CNBMI purchased in 2011

Confidential - Subject to Further Confidentiality Review

1    claims.  Do you know what the other things are that they

2    purchased in accordance with that asset --

3         A.  There are --

4         Q.  -- purchase --

5         A.  -- a couple of agreements between BNK and

6    Crossroads.  Okay?  And there's a convertible promissory

7    notes between BNK and Crossroads.  That's how BNK can use

8    the cash flow that Mr. Cai promised to fund the

9    Crossroads.  Okay.  So there's agreement between them.

10        Q.  I see.  And so that would have been one of the

11   other assets that CNBMI purchased the agreement --

12        A.  Yes.  Yes.

13        Q.  -- with Crossroads?

14        A.  Correct.

15        Q.  At that time was Crossroads doing any business?

16        A.  At that time, yes, it's still developing its

17   business model.  It have limited sales.  But in 2011, yes,

18   it is still functioning, operating.  Yes.

19        Q.  Okay.  And still based out of California --

20        A.  Correct.

21        Q.  -- in 2011?

22            And how long did Crossroads continue to be in

23   business?  Or is it still in business?

24        A.  No, it is not.  It ceased doing business for

25   almost two years.  It ceased exactly two years.  Yeah.

Confidential - Subject to Further Confidentiality Review

 1    June 2013 it ceased doing business.

 2        Q.  Okay.  Do you know whether Suntec -- I think it's

 3    Suntec Craft or United Suntec Craft -- is still doing

 4    business in California?

 5        A.  I have no knowledge.

 6        Q.  Were they still doing business in 2013 when you

 7    were affiliated with Crossroads?

 8        A.  I have no knowledge.

 9        Q.  Okay.  Did Crossroads have any hard assets?

10    Building, machinery --

11        A.  No.

12        Q.  -- things like that?

13        A.  No.

14        Q.  Okay.  What happened to Crossroads?

15        A.  The vision I have and the plan I have for

16    Crossroads is to create a -- a online innovative custom

17    cabinetry, you know, one -- you know, one order at a time

18    shipped from China.  Okay.

19            And so the effort is actually -- is a lot of

20    undertaking to develop that.  Okay.  So -- and it started

21    from the factory.  You need to find a factory that capable

22    of doing this.  Okay.

23            So we start with a factory, and I came back here

24    to build the teams and the -- create the website, build

25    the CRN system and doing, you know, advertising and

```
 1   marketings and all that.  It's a lot undertaking.  I've

 2   pretty much just drained all my lifetime saving into these

 3   ventures, you know, based on my belief or trust, you know,

 4   CNBMI will fulfill its promise.

 5           And that's why I come up with the 1.5 million

 6   settlement, and that's pretty much all the money,

 7   including my -- liquidating my IRA accounts.

 8       Q.  And the factory that Crossroads was going to be

 9   working with, was that a CNBMI affiliate, or do you know?

10               MR. WU:  Objection; form.

11       A.  The first one was.  But after our dispute, okay,

12   and we find another one, another factory, and it's --

13   neither -- neither one is affiliated with BND.  It just a

14   OEM factory.

15       Q.  (BY MR. STECKLER)  I see.

16       A.  Yeah.

17       Q.  So how do you know that the factories are not

18   affiliated with CNBMI?

19               MR. WU:  Objection; form.

20               MS. DYER:  Objection; form.

21       A.  How do I know --

22               (Discussion off the written record.)

23               MR. STECKLER:  One objection for all works

24   for me so we don't have the echo.

25               MR. WU:  Okay.
```

Confidential - Subject to Further Confidentiality Review

1          MR. STECKLER:  Not that we've had many, but,

2   yeah.

3          MR. WU:  Sure.  We can stipulate to that.

4      A.  Okay.  It's just my -- one is my assumption, and

5   secondly because when we identified the factory, we go

6   visit them, okay, and I know they are not owned by BND and

7   they are just -- because they have practically thousands

8   of factory, you know, they can find.  Okay.  So we visit

9   two or three of them and -- along the way and then we

10  finally say, "Well, we'll go with this one."

11     Q.  (BY MR. STECKLER)  Okay.

12     A.  And I knew they are not related at that time.

13     Q.  The second factory.  The first factory was?

14     A.  The second factory, we -- I found it.  My

15  employee found it.

16     Q.  Right.

17     A.  Yeah.

18     Q.  But the first factory was related to CNBMI as

19  part of the venture that you had --

20     A.  Correct.

21     Q.  -- with them?

22     A.  Correct, yes.

23     Q.  Okay.  And what are the names of -- what was the

24  name of the factory, the first factory --

25     A.  Dadi.

1      Q.   D-A-D-I?

2      A.   Dadi, D-A-D-I, yes.

3      Q.   Okay.  And was that the factory in which

4   Mr. Hsieh discovered they were also sending cabinets to

5   Suntec?

6      A.   Yes, it's the same factory.

7      Q.   And it was your understanding that that factory

8   was related to CNBMI?

9      A.   When you say "related," what --

10     Q.   Affiliated with them?

11          MR. WU:  Objection; form.

12     A.   "Affiliate" means --

13     Q.   (BY MR. STECKLER)  Yes.

14     A.   -- have the ownership or managements or --

15     Q.   Well, given the structure of Chinese countr- --

16   companies it's really hard to make that determination

17   since you're always dealing with the same people no matter

18   what the company is, generally speaking.  What --

19          MR. WU:  I'm going to move to strike this.

20          MR. STECKLER:  Feel free.

21          MR. WU:  Okay.

22          MR. STECKLER:  Feel free to do that.

23     Q.   (BY MR. STECKLER)  But my question to you was,

24   Dadi -- the Dadi factory the one that CNBMI directed you

25   to for cabinetry?

Confidential - Subject to Further Confidentiality Review

```
 1        A.  Uh-huh.

 2        Q.  Is that a "yes"?

 3        A.  They directed me, yes, because they have -- they

 4   have already identified them, so this is a factory that we

 5   can train.

 6        Q.  And --

 7             MR. WU:  Just for the record, can I move to

 8   strike everything before the question, the commentary?

 9             MR. STECKLER:  You can try.

10        Q.  (BY MR. STECKLER)  And the Dadi factory that

11   CNBMI president you in touch with was the factory that was

12   shipping products to Suntec, at least that's what was your

13   understanding.  Right?

14        A.  Yes.

15        Q.  Okay.  And CNBMI put you in touch with the Dadi

16   factory and you were dealing with the exact same

17   individuals with respect to the Dadi factory as CNBMI and

18   hardwood flooring?

19             MR. WU:  Objection; form.

20        Q.  (BY MR. STECKLER)  Is that right?

21        A.  There is some differentiation here.  Dadi -- Dadi

22   have its own owner.

23        Q.  I see.

24        A.  Okay.  Is a factory owner.

25        Q.  Yes.
```

Confidential - Subject to Further Confidentiality Review

1        A.  And he is not related to BND other than some

2   business relationship.

3        Q.  Okay.  There's a business relationship?

4        A.  Like a customers, yeah.

5        Q.  Right.  And do you know whether Mr. -- the -- the

6   head of the Dadi factory was taking direction from

7   Mr. Cai -- Cai (pronouncing)?

8        A.  That, I don't know.

9        Q.  Okay.

10       A.  Most likely not because he just -- it's just

11  customers.

12       Q.  Right.

13       A.  But they are more than -- at that time I assume,

14  you know, BND want to sell some strategic relationship

15  with them, but it is not ownership relationship.

16       Q.  Okay.

17       A.  But as a factory, I can understand, you know,

18  whoever orders product from me, I sell.  Okay.

19       Q.  Right.

20       A.  It doesn't matter who it is.  Yeah, right.

21       Q.  Right.  So you -- is it fair to say you don't

22  know whether the Dadi factory has a relationship or takes

23  direction from CNBMI?

24       A.  I have no knowledge.

25            MS. DYER:  Objection; form.

Confidential - Subject to Further Confidentiality Review

1      Q.  (BY MR. STECKLER)  And -- and that's -- you just

2  don't know?

3      A.  I don't have knowledge.

4          MS. DYER:  Objection; form.

5      Q.  (BY MR. STECKLER) You just know that CNBMI

6  directed you to work with the Dadi factory to ship

7  cabinetry in the United States or at least that was your

8  intention?

9      A.  Yes.

10     Q.  Okay.  All right.  And it was also your

11  understanding that that was also the same factory that was

12  going to be shipping product to Sun- -- Suntec in the

13  United States?

14     A.  Yes.

15     Q.  Okay.  Now, you were sued in July of 2014 by

16  CNBMI regarding your business dealings with BND.  Correct?

17     A.  Correct.

18     Q.  Okay.  Is that lawsuit still ongoing?

19     A.  It is.

20     Q.  And it's still pending here in Austin, Texas in

21  federal court?

22     A.  Correct.

23     Q.  Okay.  And that -- does that lawsuit involve

24  invoices with Ruisenda and BND?

25     A.  Yes.

1        Q.   Okay.  But CNBMI is bringing the claims on behalf

2    of Ruisenda and BND?

3        A.   Correct.

4        Q.   Is that your understanding?

5        A.   Correct.

6        Q.   And these would be invoices regarding the sale of

7    hardwood flooring throughout the United States through

8    Lumber Liquidators?

9        A.   Correct.

10            MS. DYER:  Objection; form.

11       Q.  (BY MR. STECKLER)  Let me go ahead and hand you

12   what I'm going mark as Exhibit No. 6 to your deposition.

13            (Exhibit 6 was marked.)

14            (Discussion off the written record.)

15       Q.  (BY MR. STECKLER)  The first page is an invoice

16   summary and it says "BND/CNBMI."  Do you see that?

17       A.   Yes.

18       Q.   Okay.  And are these a summary of the invoices --

19       A.   Correct.

20       Q.   -- of shipping of hardwood flooring in the United

21   States?

22       A.   Correct.

23       Q.   Okay.  And if we go to the very first page, this

24   is an invoice dated September 3rd, 2004?

25       A.   Correct.

Confidential - Subject to Further Confidentiality Review

1    Q.  And it says "to" and it has BNK but it's from BND

2    Company, Limited.  Correct?

3    A.  Yes.

4    Q.  And it says to "Norfolk, VA, USA."

5        Do you see that?

6    A.  Yes.

7    Q.  Okay.  Was this the first -- the beginning of the

8    first shipment or were there prior shipments?

9    A.  It's very likely it's the very first one.

10   Q.  Okay.  And, again -- and, again, the BND Company,

11   Limited address is the same address as CNBMI.  Do you see

12   that at the top right under the invoice?

13   A.  Yes.

14   Q.  And these invoices from BND Company, Limited

15   continue all the way until, it looks like, June of 2006.

16   Is that right?

17   A.  (Reviewing document.)

18       Yes.  That's correct.

19   Q.  Okay.  And I'd like you to take a look at Page 9

20   of the invoices.

21   A.  Okay.

22   Q.  And this was a -- an invoice shipping hardwood

23   flooring to Chicago, Illinois.  Is that right?

24   A.  Yes.

25   Q.  Okay.  And would this still have been to Lumber

1   Liquidators or to a different distributor?

2       A.  It's Lumber Liquidators, one of the branch store

3   in Chicago.

4       Q.  And the shipping is to you in the United States

5   but it would have come from BND Company, Limited sort of

6   through you to Lumber Liquidators.  Is that right?

7       A.  Correct.

8       Q.  Okay.  So the shipping was being directed from

9   BND Company, Limited, a subsidiary of BNBM at the time,

10  which subsequently became CNBMI.  Right?

11      A.  Correct.

12      Q.  And the shipping continues -- and if we look now

13  on Page 15, they also shipped hardwood flooring to

14  Detroit.  Do you see that?

15      A.  Yes, I do.

16      Q.  And, again, would this be through Lumber

17  Liquidators?

18      A.  Yes.

19      Q.  Okay.  Are all of the invoices to go to Lumber

20  Liquidators for national distribution?

21      A.  I would say with the exception of maybe just two

22  or three invoices.  I know one container shipped to my

23  sister and -- yeah.

24      Q.  Okay.  And if we look the next page, that's also

25  to Chicago.  Correct?  Illinois?

Confidential - Subject to Further Confidentiality Review

```
 1        A.  Yeah.

 2        Q.  And then the one after that on Page 17 would be

 3   to Virginia?

 4        A.  Correct.

 5        Q.  And, in fact, the majority of these are to -- are

 6   to Virginia.  I think we discussed that earlier.

 7        A.  Yep.

 8        Q.  If we look further along on Page 23, there's a

 9   shipment to Detroit, Michigan of hardwood flooring?

10        A.  Yes.

11        Q.  Would that also be to Lumber Liquidators?

12        A.  Yes.

13        Q.  And that would also be for national distribution?

14        A.  I assume --

15             MR. WU:  Objection; form.

16        A.  I would assume so, yeah.

17        Q.  (BY MR. STECKLER)  That was your understanding?

18        A.  Yeah.

19        Q.  Okay.  And -- and you're not just some guy

20   sitting on the sidelines.  You're talking to Lumber

21   Liquidators and making sure they have adequate supplies to

22   be shipped?

23        A.  Oh, yeah, constantly.  Yeah.

24        Q.  Okay.  If we go further along to Page 53 on

25   November 15th, 2005, we have a shipment to Dayton, Nevada.
```

1        A.  That's not Lumber Liquidators.  That's a --

2   that's one or two exception I mention to you.

3        Q.  Okay.  And what distributor was in Dayton, Nevada

4   that you recall?

5        A.  That was my sister's company, okay, in Nevada.

6        Q.  Okay.  So this was a specific shipment?

7        A.  Yes, yes.

8        Q.  And the shipment, again, though, came from BND

9   Company --

10       A.  Yes.

11       Q.  -- Limited?

12       A.  Yes.

13       Q.  Okay.  And they would have been the one that

14  shipped it directly to Dayton?

15       A.  Correct.

16       Q.  And if we go to Page 92, BND Company, Limited in

17  May of 2006 is shipping to -- hardwood flooring to

18  Cincinnati, Ohio?

19       A.  Yeah, that's Lumber Liquidators' destination.

20       Q.  Okay.  If we look on Page 94, BND Company,

21  Limited now CNBMI, is shipping to Indianapolis, Indiana?

22       A.  I believe that's a Lumber Liquidators branch

23  office.

24       Q.  Okay.  The next page, 95, we have BND Company,

25  Limited, a subsidiary of BNBM, now known as CNBMI,

Confidential - Subject to Further Confidentiality Review

1  shipping to St. Louis, Missouri?

2      A.  Yeah, that's a Lumber Liquidators destination.

3      Q.  Okay.  On the next entry at Page 96, the same

4  entities are now shipping to Buffalo, New York.  Is that

5  correct?

6      A.  I believe that's --

7          MR. WU:  Objection; form.

8      A.  -- Lumber Liquidators.  I believe that's Lumber

9  Liquidators.

10          MR. STECKLER:  What's the basis of the

11  objection?

12          MR. WU:  Just vague and ambiguous.

13      Q.  (BY MR. STECKLER)  Okay.  Let's do this.  Let's

14  take a look on Page 96 is BND Company, Limited, a

15  subsidiary of BNBM, now known as CNBMI, shipping hardwood

16  flooring to Buffalo, New York on May 6 -- on -- on

17  May 15th, 2006, based on this invoice?

18      A.  Yes.

19      Q.  Let's go to the next page, 97, Hauppauge, I

20  believe it's called, I don't know.  It's in New York.  Is

21  that your understanding?  Or you don't know?

22      A.  I don't know.

23      Q.  Is this a -- a destination within the United

24  States?

25      A.  I believe so, yeah.

Confidential - Subject to Further Confidentiality Review

1       Q.   Was in also a Lumber Liquidators --

2       A.   I believe so.

3       Q.   -- delivery?

4       A.   Yeah.

5       Q.   And it also came from BND Company, Limited?

6       A.   Correct, yeah.

7       Q.   And Page 98 is a BND Company, Limited, a

8  subsidiary of BNBM, now known as CNBMI, shipping in May

9  of 2006 hardwood flooring to New Jersey?

10      A.   Yes, I believe that's a Lumber Liquidators

11 location.

12      Q.   Okay.  And if we go now to Page 108 is BND

13 Company, a subsidiary of BNBM, now known as CNBMI,

14 shipping to Richmond, Virginia on June 14th, 2006?

15      A.   That is a Lumber Liquidators destination, yeah.

16      Q.   Okay.  All right.  And are these true and correct

17 copies of the invoices for shipments throughout the United

18 States by BND Company, Limited, a subsidiary of BNBM, now

19 known as CNBMI?

20      A.   To the best of my knowledge, it is.

21      Q.   Right.  Let me ask you about the invoices.  Are

22 they created in China?

23      A.   Yes.  In Excel.

24      Q.   Okay.  And are they created and issued by BND

25 Limited?

Confidential - Subject to Further Confidentiality Review

```
 1        A.  Yes.

 2        Q.  Okay.  So all the invoices on exhibit -- what are

 3   we at --

 4        A.  5 --

 5        Q.  -- 5, 6?

 6        A.  -- 6 -- 6.

 7        Q.  -- 6, I believe, were created by BND Company,

 8   Limited, a subsidiary of BNBM, now known as CNBMI?

 9        A.  Yes.

10        Q.  Okay.  Thank you.

11                  (Discussion off the written record.)

12                  (Exhibit 7 was marked.)

13        Q.  (BY MR. STECKLER)  Let me hand you what we're now

14   going to mark as Exhibit 7 to your deposition.

15             Sir, are these true and correct copies of

16   invoices issued by Ruisenda Company Limited?

17        A.  To the best of my knowledge, yes, it is.

18        Q.  And they span from June 2006 to July 2007.  Is

19   that right?

20        A.  Yes.

21        Q.  Okay.  And I think we already talked about the

22   origins of Ruisenda Company.  Do you recall that?

23        A.  Yes.

24        Q.  And do you recall the information about Ruisenda

25   being established by Mr. Cai?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.  Yes.

 2        Q.  Okay.  And Mr. Cai would have been -- what was

 3   his position, again?

 4        A.  President of CNBMI.

 5        Q.  Okay.  Or BND Company, Limited at the time?

 6        A.  BND, yes.

 7        Q.  And these invoices created by Ruisenda Company at

 8   the direction of Mr. Cai also shipped to destinations in

 9   the United States.  Correct?

10        A.  Correct.

11             MS. DYER:  Objection; form.

12        Q.  (BY MR. STECKLER)  The first invoice is shipping

13   to Norfolk, Virginia.  Is that right?

14        A.  Correct.

15        Q.  And, in fact, if we were to look at the invoice,

16   we'll note that the address for Ruisenda is the same

17   address as BND Company and CNBMI but a different room

18   number.  Do you see that?

19        A.  Yes.  Same physical building.

20        Q.  Same physical building?

21        A.  Yeah.

22        Q.  Right.

23             And I -- I even believe -- let me just check.

24             Okay.  I can't read the Chinese.  Forget it.

25             The invoices, though, are in the same form and
```

Confidential - Subject to Further Confidentiality Review

```
 1    fashion as those that were created with respect to serial

 2    numbers as the ones done by BND Company?

 3         A.  Yeah.

 4              MR. WU:  Objection; form.

 5         A.  Yes.

 6         Q.  (BY MR. STECKLER)  Is that right?

 7         A.  Yes.

 8         Q.  Okay.

 9         A.  This was pre- -- prepared by the same person,

10    yeah.

11         Q.  Okay.  The -- the invoices were prepared by the

12    same people?

13         A.  Yes.

14         Q.  Okay.  In China?

15         A.  In China, yes.

16         Q.  Yes.  Okay.

17              And if we look at Page 50 of the Ruisenda Company

18    invoices, this one dated February 14th, 2007, hardwood

19    flooring is now being shipped to Claymont, Delaware.  Is

20    that your understanding?

21         A.  Yes.

22         Q.  Do you know whether that was a Lumber Liquidators

23    distribution --

24         A.  I believe so --

25         Q.  -- or not?
```

1        A.  -- yes.

2        Q.  If we go to Page 51, this invoice was shipped to

3    Washington, D.C.?

4        A.  I believe that's Lumber Liquidators destination.

5        Q.  Okay.  And if we go to Page 56, this is an

6    invoice for shipment of hardwood flooring to Beltsville?

7    Page 56.

8        A.  I believe it's a Lumber Liquidators destination.

9        Q.  Right.  Do you know where Beltsville is located,

10   what state?

11       A.  No idea.

12       Q.  Okay.  And if we look further on Page 59, in

13   March 2007, Ruisenda -- the Ruisenda invoice's shipping

14   hardwood flooring to Baltimore, Maryland?

15       A.  Yeah, I believe that's a Lumber Liquidators

16   destination.

17       Q.  Okay.  And if we look at the next page, Page 60,

18   we see another shipment at the direction of Mr. Cai to

19   Colonial Heights for hardwood flooring?

20               MR. WU:  Objection; form.

21       Q.  (BY MR. STECKLER)  Is that your understanding?

22       A.  Page 70?

23       Q.  Page 60.

24       A.  60.  Yeah.

25       Q.  Is that correct, sir?  Or do you need to get

Confidential - Subject to Further Confidentiality Review

 1    there?

 2         A.  I believe it's a Lumber Liquidators destination.

 3         Q.  Do you know where Colonial Heights is?

 4         A.  (Nods.)

 5         Q.  No?

 6         A.  Not now.

 7         Q.  Okay.

 8         A.  I used to know it, yes.

 9         Q.  All right.  And were all these invoices shipped

10    at the direction of Mr. Cai, to the best of your

11    understanding?

12         A.  Say again.

13         Q.  Were all these invoices --

14              MS. DYER:  Objection --

15         Q.  (BY MR. STECKLER) -- issued for shipping at the

16    direction of Mr. Cai, the president of BND, at the time,

17    Company Limited?

18              MR. WU:  Objection; form.

19         A.  The -- the destination instruction is from Lumber

20    Liquidators.

21         Q.  (BY MR. STECKLER)  Right.  I understand.  They're

22    telling him where to go.  But the company that's

23    instructing the delivery in China is BND Company, Limited.

24    Right?

25         A.  That is correct.

1    Q.  And the head of that company that's directing the

2  shipments is Mr. Cai?

3              MR. WU:  Objection; form.

4              MS. DYER:  Objection; form.

5    Q.  (BY MR. STECKLER)  Is that your understanding at

6  the time?

7    A.  To the best of my knowledge, Mr. Cai, he doesn't,

8  you know, direct day-to-day operation.  But his

9  subordinate --

10   Q.  Right.

11   A.  -- direct that.

12   Q.  But assum- -- my understanding is the direction

13  is coming from the top down?

14   A.  Yes.

15              (Simultaneous speaking.)

16              MS. DYER:  Objection; form.

17              MR. WU:  Misstates your testimony.

18              (Simultaneous speaking.)

19   Q.  (BY MR. STECKLER)  Is that your understanding?

20   A.  I don't -- I don't believe that Mr. Cai say, you

21  know, "Let's ship this container up to this destination."

22   Q.  No, I don't mean to suggest that.

23   A.  Okay.

24   Q.  I'm just saying he's the head of the company, and

25  he's directing his subordinates as to how shipments should

```
 1   be made and invoices directed to -- to fulfill your

 2   contract --

 3               (Simultaneous speaking.)

 4               MR. STECKLER:  Hey, wait until the question

 5   is done and then make your objection.  All you're doing is

 6   now corrupting the record with a speaking objection.

 7               MS. DYER:  I don't think objection --

 8               (Simultaneous speaking.)

 9               MR. STECKLER:  I'm sorry, you're talking in

10   the middle of the questions.  You're talking in the middle

11   of the questions.  If you want to make an objection

12   after -- even after he answers, I'm fine with that.

13               (Simultaneous speaking.)

14               MR. STECKLER:  But your interruptions --

15   your interruptions are inappropriate.

16               (Simultaneous speaking.)

17               MS. DYER:  (Unintelligible) and over the

18   phone, I thought you were done with your question.

19               I will state for my record "objection; no

20   foundation."  That's not a speaking objection.  And you

21   can continue with your questioning.

22      Q.  (BY MR. STECKLER)  Is it your understanding in

23   your dealings with BND Company, Limited that Mr. Cai was

24   the president and he was giving direction to his

25   subordinates as to how, where and where the shipping
```

1    should be done in what form and fashion?

2                MR. WU:  Objection; form.

3        Q.  (BY MR. STECKLER)  Based upon your experience

4    with them -- working with them?

5        A.  I don't believe Mr. Cai give a dir- -- specific

6    instruction as you describe it here, but --

7        Q.  I don't mean to suggest that.  I apologize.

8        A.  Uh-huh.

9        Q.  I mean as head of the company, he's in charge of

10   telling people how things should run and be handled.  Is

11   that your understanding?

12               MR. WU:  Objection; form.

13       A.  Usually my understanding is a -- if, for example,

14   you know, BND and BNK do hardwood flooring and he approved

15   these matters and all the details will be handled by his

16   subordinates.

17       Q.  (BY MR. STECKLER)  Okay.  And that's my point.

18   Based upon your relationship and your agreement, that's

19   how these voices -- invoices were handled and were

20   operating?

21       A.  Yeah.

22               MR. WU:  Objection; vague and ambiguous.

23       A.  Without Mr. Cai's approval, there will be no

24   business.  So no invoice will be produced.

25       Q.  (BY MR. STECKLER)  All right.  And, in fact, you

1   unfortunately have had that experience with cabinetry.  Is

2   that correct?

3        A.  Correct, yes.

4        Q.  Okay.  There were also invoices that CNBMI was

5   seeking recovery on from you involving Hong Kong BNG

6   International Development Limited.  Are you familiar with

7   that entity?

8        A.  Yes.

9        Q.  Do you know under what agreement or basis CNBMI

10  is bringing a claim on behalf of Hong Kong BNG

11  International Development Limited?

12       A.  I don't think they have any basis because Hong

13  Kong BNG is another supplier of BNK supplying hardwood

14  flooring.

15       Q.  Okay.  Nonetheless, CNBMI is claiming a recovery

16  based upon those invoices.  Is that your understanding?

17       A.  They -- I think in their Complaint they didn't --

18  they even claim BNK's profit.

19       Q.  Okay.

20       A.  So they claim -- what they claim is my profit and

21  my payment made to BNG.

22       Q.  And -- and my point is simply that in this

23  lawsuit -- and I don't -- whether they're right or wrong,

24  CNBMI's attempting in the lawsuit filed in 2014 in Austin,

25  Texas, to seek recovery on invoices issued by Hong Kong

1   BNG International Development Limited?

2       A.  Yeah, they -- in their complaint, they didn't

3   specifically referring to they are trying to recover this.

4   But the number they claims, you know, just jibe with my --

5   BNK's profit and BNG's invoices amount.

6       Q.  And -- and that's my point, sir.  Based upon

7   their pleadings here in federal court and the numbers that

8   they're seeking, it appears --

9       A.  Yes.

10      Q.  -- to you that CNBMI is also claiming a recovery

11  of invoices by Hong Kong BNG International.  Is that

12  right?

13      A.  Yes, that's include -- include -- included in

14  that.

15      Q.  Right.  And those invoices all appear to refer to

16  a period of time from December of 2006 to August of 2007.

17  Is that your understanding?

18      A.  Yes.

19      Q.  In addition, was it your understanding that those

20  invoices were for shipment of hardwood flooring all to

21  Norfolk, Virginia?

22      A.  Yes.

23      Q.  Okay.

24      A.  I say they are just another supplier and

25  performing the same function.

Confidential - Subject to Further Confidentiality Review

1      Q.  All right.  Now, CNBMI, in their initial

2   disclosures, has indicated that H. Franklin Marcus of

3   Colonial Heights, Virginia, is a person with knowledge of

4   relevant facts in your case.  Who is Mr. Marcus?

5      A.  He was the CFO of Lumber Liquidators.

6      Q.  Okay.  Do you know whether or not CNBMI or its

7   predecessor entities had any communications or

8   negotiations with Mr. Marcus?

9      A.  Not to my knowledge.

10     Q.  Okay.  Since your bankruptcy for BK Financial --

11  BK International do you know whether they've had any

12  contact with Mr. Marcus?

13     A.  I have no knowledge.

14     Q.  Okay.  Did BND utilize Bank of America in their

15  transactions with you in the United States?

16     A.  BND used the Bank of America.

17     Q.  BNK did?

18     A.  Yes.

19     Q.  Did BND use Bank of America?

20     A.  That, I don't know of.  I think the bank, the

21  receiving bank of BNK's funds used by BND, they are all

22  China-based banks.

23     Q.  Okay.  I'm wondering if they used any American

24  bank in their transactions that you recall?

25     A.  I have no knowledge of that.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.  Okay.  Let me go ahead and mark as Exhibit No. 8

 2   your initial disclosures in the ongoing litigation in the

 3   United States District Court, Western District of Texas,

 4   Austin, in which CNBMI has filed suit against you as

 5   Exhibit No. --

 6                (Exhibit 8 was marked.)

 7        A.  8.

 8        Q.  (BY MR. STECKLER)  8.  And in these initial

 9   disclosures, you provide, on Page 3, a list of individuals

10   that you have dealt with as persons with knowledge of

11   relevant facts in this case?

12        A.  True.

13        Q.  The first individual is Mr. Cai.  Is that right?

14        A.  Yeah.  The actual pronunciation is "tie"

15   (pronouncing).

16        Q.  "Cai," GuoBin Cai?

17        A.  Yeah.  Cai GuoBin.

18        Q.  Yes.  And you list him as president of CNBMI.  Is

19   that right?

20        A.  Yes.

21        Q.  Okay.

22        A.  I don't -- I don't know whether he change his

23   position later on, but that's to the best of my knowledge.

24        Q.  Okay.  Do you know -- do you know what his

25   current position is?
```

Confidential - Subject to Further Confidentiality Review

 1      A.  That's -- I don't know.  It may still be

 2  president or -- I assume he's still the president.

 3      Q.  Okay.  I'm going to show you CNBMI Company

 4  Limited's website.  And it lists "Biography of Management

 5  Team."  And under that it says a Mr. Cai GuoBin is

 6  president.

 7      A.  Yeah.  Yeah, this is Cai GuoBin.

 8              MR. WU:  Counsel, do you mind if I --

 9              MR. STECKLER:  Yeah, sure.  Bottom right.

10              (Discussion off the written record.)

11      Q.  (BY MR. STECKLER)  So were you aware that Mr. Cai

12  GuoBin, who is the president of CNBMI, is also a vice

13  president of CNBM Company Limited?

14      A.  Not until now.

15      Q.  Okay.

16      A.  Not until you showed me.

17      Q.  Did you deal with any of these people at China

18  National Building Material Company Limited, their

19  management team here, in capacities with CNBM?

20              MR. WU:  Objection; form.

21              MR. STECKLER:  I got it.  I'll ask again.

22  You're right.  Thank you.

23      A.  Other than Mr. Cai, I met with the Cao JiangLin

24  several times, the president of CNBM.

25      Q.  (BY MR. STECKLER)  Okay.  So let me see if I have

Confidential - Subject to Further Confidentiality Review

1    this right.  So Mr. Cai GuoBin is president of CNBMI, and

2    you've dealt with him on a number of occasions with

3    respect to your business relations for hardwood flooring.

4    Correct?

5         A.  Correct.

6         Q.  You were not aware that he was also a vice

7    president or at least had become vice president of China

8    National Building Material Company Limited.  Right?

9         A.  Not until you showed me.

10        Q.  Right.  In addition, during the course of your

11   work of hardwood flooring and cabinetry, you also dealt

12   with the president or executive director -- is it Cao

13   JiangLin?

14        A.  Cao JiangLin.

15        Q.  Cao JiangLin, who is the president of C- -- China

16   National Building Material Company Limited, as well?

17        A.  Correct.  My understanding is he the CEO of CNBM.

18        Q.  CNBMI?

19        A.  CNBM.

20        Q.  Okay.  Of CNBM?

21        A.  And he's -- I think he's also chairman of CNBMI.

22        Q.  I see.  So you dealt with him in his capacity as

23   chairman of CNBMI or in his capacity as a president of

24   China National Building Materials Limited?

25        A.  It's kind of hard differentiation for me, you

Confidential - Subject to Further Confidentiality Review

```
 1    know.

 2        Q.  Okay.

 3        A.  But I get to meet with him.

 4        Q.  Yeah.  Mr. Bo, did I say that right?  Bill Bo?

 5        A.  Yes.  Yes.

 6        Q.  He was the vice president of China National

 7    Building Materials Investment Company?

 8        A.  Correct.

 9        Q.  Is that his -- that cannot be his Chinese name.

10    Do you know what his Chinese name is?

11        A.  Bo Ke-Gang.  It's spelled like a K-E dash, Gang

12    is what?  G-A-N -- G-A-N-G.

13        Q.  Okay.

14        A.  Bill is the English name.

15        Q.  Right.  And do -- do you -- how -- let me strike

16    that.

17            Do you know if he holds any positions in any

18    other companies?

19        A.  Not that I know of.

20        Q.  Okay.  And Mr. -- is it Feng, Wei Feng?

21        A.  Yes.

22        Q.  Okay.  You dealt with him only in his capacity as

23    CNBMI --

24        A.  Right.

25        Q.  -- representative?
```

Confidential - Subject to Further Confidentiality Review

```
1        A.  Correct.

2        Q.  And he was the CFO.

3            Let me show you a list of individuals that are

4    identified as Beijing New Building Materials, PLC

5    executives.

6                MR. WU:  Counsel, can you identify where

7    this is from?

8                MR. STECKLER:  Yes.  This is the Wall Street

9    Journal Beijing New Building Materials, PLC, having to do

10   with their company information and it talks about their

11   key people and board of directors.  It's like a Bloomberg

12   or, you know, any of this sort of financial disclosures.

13       Q.  (BY MR. STECKLER)  And it lists Mr. JiangLin

14   Cao --

15       A.  Uh-huh.

16       Q.  -- as chairman of Beijing New Building Materials,

17   PLC.  Do you see that?

18       A.  Yes.  Yes.

19       Q.  Is this the same gentleman that was also the

20   chairman of CNBM Limited that we talked about earlier?

21                MR. WU:  Objection; lacks foundation.

22       A.  Well, look at the spelling, it seems to be the

23   same person.

24       Q.  (BY MR. STECKLER)  The spelling is the same.

25   Right?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.  Yes.

 2      Q.  And it also talks here about his listed

 3  companies' association.  Do you see that on here, sir?

 4      A.  Uh-huh.

 5      Q.  And one of them is China New Building Materials

 6  Company Limited.  Correct?

 7          Do you see it says cord -- "current board

 8  membership"?

 9      A.  Okay.

10      Q.  Yes, sir?  Do you see that?

11      A.  Yeah.

12      Q.  And one of the entities he lists on here is China

13  National Building Materials Corporation, China Na- --

14  Building Materials Investment Company, China National

15  Building Materials Company Limited, Beijing New Building

16  Materials Group, Beijing New Building Materials Public

17  Company Limited.  Do you see that?

18      A.  Yeah.

19          MR. WU:  Objection; form.

20      Q.  (BY MR. STECKLER)  And so Mr. JiangLin Cao is

21  also a board of director and the chairman of BNBM, at

22  least according to this website and company information.

23  Correct?

24      A.  Yeah, it seems to be he is the chairman of the

25  supervisory board.
```

```
 1       Q.  Right.  Of -- Beijing New Building Materials?

 2       A.  Yeah.  BNBM, yeah.

 3       Q.  And he's also the same person that you had dealt

 4   with at CNBM that we talked about a few minutes ago.

 5   Correct?

 6       A.  Correct.

 7             MR. WU:  Objection --

 8             MS. DYER:  Objection; form.

 9       Q.  (BY MR. STECKLER)  Take a look at some of these

10   other folks here.  Bing Wang, JiangLin Cao again, Xue

11   Chen.  Have you dealt with any of those individuals in

12   your business dealings with CNBMI?

13       A.  No.  I don't recognize that.

14       Q.  Okay.

15       A.  Other than Mr. Cao.

16       Q.  And in all fairness, we're just looking at the

17   Wall Street Journal today?

18       A.  Okay.

19       Q.  Okay.  We're not going back in time.

20       A.  Okay.

21       Q.  I'm going to have to have you -- Mr. Chen --

22       A.  Chen --

23       Q.  How do you pronounce --

24       A.  YongXing.  YongXing.

25       Q.  Tell me in what capacity you dealt with
```

Confidential - Subject to Further Confidentiality Review

1    Mr. YongXing Chen at CNBMI.

2         A.  He is not directly involved in the hardwood floor

3    business.  Oh, but he -- he came to U.S. one time along

4    with Bill Bo and the -- I took them to visit Lumber

5    Liquidators.

6         Q.  Okay.

7         A.  And YongXing, Chen YongXing, he -- if I remember

8    correctly, he is the vice president of BND in China but he

9    is in charge in overseeing their U.S. operation.

10        Q.  Okay.  For BND Company, a subsidiary of BNB --

11   BNBM at the time?

12        A.  Yes.

13        Q.  Okay.

14        A.  He was a BND vice president, yeah.

15        Q.  Okay.  Okay.  And are you aware of him having any

16   problems getting a visa to come to the United States to

17   meet with Lumber Liquidators?

18        A.  Not that I know of.

19        Q.  Okay.  And also a person with knowledge of the

20   facts you list is Mr. Bai, Yan Bai, that would have been

21   the Ian Bai --

22        A.  Correct.  That's the same person.

23        Q.  Same person.  Okay.

24            Now, Mr. Cai GuoBin?

25        A.  Uh-huh.

Confidential - Subject to Further Confidentiality Review

1        Q.  Bill Bo, Wei Feng -- I'm not even going to try

2    Mr. Chen's first name and Mr. Ian Bai are all listed as

3    the same address.  Do you see that --

4        A.  Yeah.

5        Q.  -- in your -- in your disclosures?

6        A.  Uh-huh.

7        Q.  That was your understanding, I take it, based

8    upon your dealings with them where they were located

9    and -- and the place they were operating out -- out of at

10   the time you dealt with them?

11       A.  Correct.  That's --

12            MS. DYER:  Objection; form.

13       A.  Yeah.

14       Q.  (BY MR. STECKLER)  And did you ever go to 12/F

15   International Trade Building in Shenzhen, China to meet

16   with them?

17       A.  I did.  Many times.

18       Q.  Okay.  And were they all in the same offices in

19   the same building?

20       A.  They're on the same floor.  They occupy the whole

21   floor, so...

22       Q.  Okay.  All right.  And they -- and they had

23   offices at that location?

24       A.  Correct.

25       Q.  Okay.  Was there any sort of labeling on the

Confidential - Subject to Further Confidentiality Review

```
 1    entryway or the waiting area of that floor that denoted

 2    this place as CNBMI or BND Company or BNBM?

 3                    MR. WU:  Objection; form.

 4          Q.  (BY MR. STECKLER)  That you recall?

 5          A.  I believe so, yeah.

 6          Q.  Okay.  And what did it say when you -- when

 7    you --

 8          A.  My last recollection is BND because --

 9          Q.  Okay.

10          A.  Yeah.

11          Q.  So it had just "BND" for the whole floor, at

12    least in that lobby area?

13          A.  Yes.  Yes.

14          Q.  Okay.  It did not denote CNBM, BNBM at all?

15          A.  I don't have a clear recollection of that.

16          Q.  Okay.  Now, you list Mr. Song Zhiping or Zhiping

17    (pronouncing)?

18          A.  Yeah, Mr. Song Zhiping.  Yes.

19          Q.  He's the chairman of CNBM Materials Group

20    Corporation.  Right?

21          A.  Correct.

22          Q.  All right.  Did you ever have any direct dealings

23    with him?

24          A.  No.

25          Q.  Okay.  And is it your understanding that China
```

Confidential - Subject to Further Confidentiality Review

```
 1    National Building Materials Group Corporation directs all

 2    of the entities we've talked about such as CNBMI, BND

 3    Company which became -- which was a subsidiary of BNBM, or

 4    do you not have an understanding of how that worked?

 5         A.  Can you repeat your question again?

 6         Q.  Yeah.  I notice you listed Mr. Song as a person

 7    with -- with knowledge of relevant facts?

 8         A.  Uh-huh.

 9         Q.  And I'm wondering whether that's based upon your

10    understanding that the chairman of CNBMI Material Group

11    Corporation was directing BND Company, a subsidiary of

12    BNBM?

13              MR. WU:  Objection; form.

14         A.  The reason I list them there is because they --

15    they are two charity organization in the U.S. They've been

16    sending the -- you know, the thank you note, gratitude

17    note to Mr. Song for maybe over a year on a monthly basis.

18    And that was a donation that the -- Mr. Cai has agreed

19    that BNK and BND that we share the donation.  But later on

20    in the litigation, they -- they refused to admit that.

21    Okay.  And also they want to depose, you know, these two

22    charity organization in their litigation.  So I think I

23    list Mr. Song over there, you know.

24         Q.  (BY MR. STECKLER)  And so these are charity

25    organizations that were sponsored by Lumber Liquidators?
```

Confidential - Subject to Further Confidentiality Review

1      A.  National Braille Press, Lumber Liquidators is the

2  primary sponsor.  Okay.  And another one is the Perkins

3  School For the Blind in Massachusetts and the -- later on

4  we establish a relationship and they ask us if we can, you

5  know, sponsor some contribution.

6      Q.  Okay.  I want to try to understand this a little

7  bit more clearly.  Lumber Liquidators supported these two

8  charitable organizations?

9      A.  No.  Just one.

10     Q.  Just one?

11     A.  Yeah.

12     Q.  The --

13     A.  National Braille Press.

14     Q.  National blood products?

15     A.  National Braille --

16     Q.  Braille Products.

17     A.  Braille Press.

18     Q.  Okay.  So -- Braille Press.  So that would be

19  booklets and materials for the blind?

20     A.  Correct, yeah.

21     Q.  Okay.  And you thought or suggested or -- that it

22  would be a good idea for BK Financial and CNBMI or BND

23  Company at the time to donate -- make a donation -- a

24  charitable donation to those organizations?

25     A.  Correct.

Confidential - Subject to Further Confidentiality Review

```
 1              MR. WU:  Objection; form.

 2     Q.  (BY MR. STECKLER) Okay.

 3     A.  Yes.

 4     Q.  All right.

 5     A.  At that time I -- I had advised -- because Lumber

 6  Liquidators just ask us, you know, the vendor to put this

 7  as a feedback.

 8     Q.  Okay.

 9     A.  So -- and I told Mr. Cai, you know, "This is a

10  good opportunity that we are making money off this market.

11  So, you know, as -- China as the largest building material

12  company, then we can reciprocate that to the society

13  through those courses."

14     Q.  Okay.  Mr. Wu did not like my question, and I

15  suspect because it was leading.

16          Did BK International donate to the Braille Press?

17     A.  BNK does, yes.

18     Q.  Yes.

19     A.  So does BND.

20     Q.  And BND Company also donate?

21     A.  Yes.

22     Q.  Yes.  And was it your understanding that the

23  donations by BND Company, a subsidiary of BNBM -- BNBM

24  were made at the direction of Mr. Song?

25              MR. WU:  Objection; form.
```

Confidential - Subject to Further Confidentiality Review

1          A.  I believe with his approval, yes.

2          Q.  (BY MR. STECKLER)  Okay.  And that's why you've

3     named him as a person with knowledge of relevant facts.

4     Is that right?

5          A.  Oh, Mr. Song?  No, no, no.  It's not -- I don't

6     think he's aware of donation to National Braille Press.

7     Okay.  I don't think he has knowledge of that.

8          Q.  Okay.  I see.

9          A.  However, the reason he has knowledge -- I believe

10    he has the knowledge is because later on we agreed to

11    sponsor Perkins School For the Blind.  Okay.  And that one

12    is on a monthly basis.

13         Q.  So that one would have been done with Mr. Song's

14    approval?

15         A.  No, that one --

16         Q.  Okay.

17         A.  -- probably not.

18         Q.  Well, this is the -- I'm a little confused.  I

19    asked you was it your understanding the donations by

20    BN- -- BND Company, a subsidiary of BNBM, were made at the

21    direction of Mr. Song.  And you said, "I believe with his

22    approval, yes."

23              Is that still your testimony?

24         A.  No, no.  I need to strike that out.

25         Q.  Okay.

```
 1        A.  No.

 2        Q.  Good.  I want to clear that up.  Yeah.  Okay.

 3        A.  It means Mr. Cai --

 4        Q.  Mr. --

 5        A.  When you say "Song," I heard -- I thought you

 6   were talking about Cai, yes.

 7        Q.  So Mr. Cai with BND Company would have directed

 8   those donations in the United States?

 9        A.  Yeah.

10             MR. WU:  Objection; form.

11             MS. DYER:  Objection; form.

12        A.  At least meet to his approval.  That I believe,

13   yes.

14        Q.  (BY MR. STECKLER)  okay.  And what's the basis of

15   your knowledge that those donations would have been made

16   by Mr. Cai's app- -- Mr. Cai's direction or approval?

17        A.  Because when we talk -- when I talk to Bill Bo

18   and Bill Bo said, "No, I cannot make" -- I need to take it

19   to Mr. Cai for his approval.

20        Q.  I see.  And so that's how you know that those

21   donations would have been made at his direction or

22   approval?

23        A.  Correct.

24        Q.  Okay.

25             MR. WU:  Objection; form.
```

1                MS. DYER:  Form.

2        Q.  (BY MR. STECKLER)  All right.  Your counsel has

3   moved to dismiss the lawsuit against -- against you filed

4   by CNBMI.  Is that right?

5        A.  Correct.

6        Q.  Okay.  And one of the exhibits that was

7   attached -- and I'm going to go ahead and mark this as

8   Exhibit No. 9 to your deposition.

9                (Exhibit 9 was marked.)

10        Q.  (BY MR. STECKLER)  And forgive me for the poor

11   quality copy.  This is a shareholder structure from the

12   China National Building Material Company Limited website.

13   Are you familiar with this?

14        A.  Yeah, I saw this in our Motion to Dismiss

15   document.

16        Q.  And at the very bottom of this document is listed

17   CNBMI?

18        A.  Yeah.

19        Q.  Right.  And is it your understanding that it is,

20   based upon this chart, 100 percent owned by China National

21   Building Material Company Limited?

22                MR. WU:  Objection; form.

23                MR. STECKLER:  What's the basis?

24                MR. WU:  Actually, I don't see where it

25   says --

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. STECKLER:  Here.

 2                    MR. WU:  -- China National Building Material

 3      Company Limited.

 4                    MR. STECKLER:  At the very top of the form,

 5      very, very top line "China National Building Material

 6      Company Limited."  Very top.  Very, very top.

 7                    MR. WU:  Okay.  Sure.  I just don't see them

 8      on the chart.

 9                    MR. STECKLER:  Under it is the company.

10      Okay.  I see your point.  I see.  Okay.

11         Q.  (BY MR. STECKLER)  Well, let's -- let's just go

12      right to the website here.  This is the China National

13      Building Material Company Limited website, CNBMI, it says

14      "Shareholding Structure."  And it indicates here CNBMI at

15      the very bottom, 100 percent, and it goes to company and

16      then down from "Parent."  Do you see that, sir?

17         A.  Yeah, I do.

18         Q.  Okay.  Do you know whether the -- the company is

19      China National Building Material Company Limited, or

20      that's the parent?

21         A.  Say again.

22         Q.  Is it your understanding that China National

23      Building Material Company Limited is the company in this

24      chart?  Or down?

25         A.  Yeah.  Yeah.
```

 1        Q.  Well, it was your understanding, at least in your

 2  work, I assume, too?

 3        A.  Yeah, Yeah.

 4        Q.  Okay.  And it's -- it indicates that they own

 5  100 percent of CNBMI.  Is that right?

 6        A.  According to this chart, yes.

 7        Q.  Right.  And this is a chart that your counsel

 8  located on their website?

 9        A.  Yes.

10        Q.  Okay.  And at the very top left it says "BNBMG."

11  With -- do you know whether that's Beijing New Building

12  Materials Group or not?

13        A.  According to the acronym, it seems to be.

14        Q.  Right.  And they, too, appear to be related to

15  CNBM Limited based upon the chart?

16        A.  Well, both of them are on the same chart.

17        Q.  Right.  Except you'll note -- correct.

18            And there are public investors in BNBMG and

19  they're also 75 percent owned through CNBM?

20                MR. WU:  Objection.

21                MS. DYER:  Objection; form.

22        Q.  (BY MR. STECKLER)  Material Company Limited.  Do

23  you see that?

24        A.  Uh-huh.

25        Q.  Okay.  Was that your understanding of how things

Confidential - Subject to Further Confidentiality Review

```
 1    were operating when you were dealing with CNBMI?

 2                  MR. WU:  Objection; form.

 3         A.  I have a limited knowledge about BNBM, okay,

 4    because I've been -- pretty much just deal with BND.  And

 5    since they are such a, you know, large corporation, it's

 6    very -- not very likely I'm exposed to, you know, all the

 7    company there.

 8         Q.  (BY MR. STECKLER)  Let me show you the list of

 9    supervisors here on the China National Building Material

10    Company Limited website.  Did you have occasion to deal

11    with any of these individuals?

12         A.  (Sotto voce.)

13             No.

14         Q.  Would it be easier if I provided the Chinese

15    translation page?

16         A.  Of course.

17         Q.  The Chinese page?

18         A.  Of course.

19         Q.  Okay.  The problem is, is I'd like to ask you

20    about -- we looked I think we looked at the directors.

21    But let me go ahead and -- which one is the Mandarin

22    Chinese --

23         A.  This one.

24         Q.  Okay.

25         A.  Both one.  Either one you don't recognize.
```

Confidential - Subject to Further Confidentiality Review

1        Q.  Yeah.  So true.  I assume, are these --

2        A.  This is another name.  There is no corresponding

3    name here.

4        Q.  Okay.

5        A.  We can try -- try the other one.

6        Q.  Let's go back.

7        A.  We can try this.

8        Q.  And then we'll go to that.  Yes.

9        A.  That's a simplified version.

10                MR. WU:  Sorry, Counsel, can you identify

11   what you're looking at.

12                MR. STECKLER:  We will.  To be honest, I

13   don't think I can because it's in Chinese.  But I'll do my

14   very best.  It's the Chi- -- we're looking at the Chinese

15   translation of the China National Building Material

16   Company Limited website.

17       A.  Come down to this page.

18       Q.  (BY MR. STECKLER)  Yes.  Okay.  Okay.

19       A.  Yeah.  Mr. Cao and Mr. Cai are the only two

20   people I recognize.

21       Q.  Okay.

22       A.  Yeah.

23       Q.  And these are the -- and -- and we're looking at

24   the --

25                MR. STECKLER:  We've already been through

Confidential - Subject to Further Confidentiality Review

```
1    this page in English.  We're just looking at the Chinese

2    translation.  It's the executives on the page, but I

3    wanted to move in --

4                    MR. WU:  Sorry.  What do you mean

5    "executives"?

6                    MR. STECKLER:  It's that -- remember we

7    looked at this earlier, the pictures?  But as Mr. --

8         Q.  (BY MR. STECKLER)  You pronounce it Chen

9    (pronouncing).  Right?

10        A.  Chang (pronouncing).  My name is Chang.

11        Q.  Yeah.

12                   MR. WU:  I just don't know where this --

13                   MR. STECKLER:  No, no.  No.  We're done with

14   that.

15                   MR. WU:  Sure.

16                   MR. STECKLER:  We've already done that.

17   This -- this was attached to his filings, which you

18   received.  It's also on the CNBM Limited web- -- do you

19   represent CNBM?

20                   MR. WU:  Yeah.  CNBM Company.

21                   MR. STECKLER:  Yeah.  Go to the website.

22   It's got a nice picture just like this on there.

23                   MR. WU:  Sure.  What are you looking at on

24   the --

25                   MR. STECKLER:  So now we're looking on --
```

Confidential - Subject to Further Confidentiality Review

```
 1    your same website but in Chinese, because apparently it's

 2    easier to read the Chinese characters for the names than

 3    the English phonetic reading.

 4                   I don't know if you can read Chinese.

 5                   MR. WU:  No, I can't.

 6                   MR. STECKLER:  But --

 7                   MR. WU:  Can we just identify what is the --

 8    the specific page that we're --

 9                   MR. GAUGHAN:  URL?

10                   MR. WU:  No, no.  I'm just wondering --

11                   MR. STECKLER:  CNBM Limited --

12        Q.  (BY MR. STECKLER)  And how do you say it in

13    Chinese?  Go ahead.  Tell them in Chinese what we're

14    looking at.

15        A.  It's the management page.

16                   MR. WU:  The management page?

17                   THE WITNESS:  Management page.

18        Q.  (BY MR. STECKLER)  Yes.  Right.

19                   (Simultaneous speaking.)

20        A.  Under our company management.

21                   MR. WU:  Okay.

22        Q.  (BY MR. STECKLER)  Yes.  Okay.  And then it also

23    listed supervisors, directors and executives.

24                   Can you go to those lists and see if you

25    recognize any of those names in Chinese versus the
```

1    phonetic spellings?

2         A.  So all the people on this page?

3         Q.  No, no, no.  There were other links in English

4    that talked about supervisors, directors, as well as

5    executives.

6              Here.  I'll show you.  Let me see if I can get to

7    the English page, and we'll try to go back again.  I

8    apologize.

9              MR. RUGGERO:  Can we take a break while he

10   reviews that?

11             MR. STECKLER:  Why don't we do that.  Yeah.

12   That would be great.

13             THE VIDEOGRAPHER:  Okay.  We're off the

14   record at 1:12 p.m.

15                       (Break.)

16             THE VIDEOGRAPHER:  We're back on the record

17   at 1:33 p.m.

18        Q.  (BY MR. STECKLER)  Mr. Chang --

19        A.  Yes.

20        Q.  -- we talked about some of the individuals on

21   this CNBM Company Limited website identified as their

22   management team, and they also had supervisors and

23   directors listed.

24             At the break, I asked you to look at the English

25   spelling of their names to see if you recognized any other

Confidential - Subject to Further Confidentiality Review

```
 1    individuals at CNBM Limited, and it's my understanding

 2    that you didn't -- you weren't able to identify any of the

 3    other names as people you might have dealt with for CNBMI.

 4    Correct?

 5         A.  Yeah, other than the -- Mr. Cai and Mr. Cao.

 6         Q.  Right.

 7         A.  Yeah.

 8         Q.  And when we're talking about Mr. Cai, we're

 9    talking about C-A-I, GuoBin, G-U-O-B-I-N?

10         A.  Correct.

11         Q.  Cai GuoBin, and he was the president of CNBMI --

12         A.  Correct.

13         Q.  -- formerly BND Company, a subsidiary of BNBM.

14    Right?

15         A.  Correct.

16         Q.  And that's who you --

17              MS. DYER:  Objection; form.

18         Q.  (BY MR. STECKLER)  And that's who you primarily

19    dealt with.  Correct?

20         A.  Correct.

21         Q.  Okay.  And, in addition, you had dealt with

22    Mr. Cao JiangLin, who is listed here as the president of

23    CNBM Company Limited?

24         A.  Correct.

25         Q.  Okay.  And Mr. Cai -- do you call him Mr. Cai or
```

Confidential - Subject to Further Confidentiality Review

```
 1   Mr. --

 2        A.  Cai.

 3        Q.  -- GuoBin?

 4        A.  Well, personally, I call him GuoBin.

 5        Q.  Okay.  But you would refer to him formally as

 6   Mr. Cai?

 7        A.  Correct.

 8        Q.  Okay.  Now -- and Mr. Cai served as president of

 9   CNBMI during your dealings with him, and then prior to

10   that he served as president of BND Company?

11        A.  Correct.

12        Q.  And BND Company at that time was a subsidiary of

13   BNBM?

14        A.  Yeah.

15        Q.  Is that right?

16        A.  To my knowledge, yes.

17        Q.  Right.

18             MS. DYER:  Objection; form.

19             MR. STECKLER:  Well, you keep objecting to

20   the form, and that's what it says on the agency agreement

21   that we did before you joined the call.

22             MS. DYER:  I know, but you have not -- you

23   have not limited your questions to a specific time period,

24   so I -- that's the basis for my objection.

25             MR. STECKLER:  Okay.  We -- I don't know
```

1   what we've been doing for the past few hours, but thank

2   you.

3                  MS. DYER:  You're talking about your

4   dealings -- you know, generically his dealings with BND

5   and BNBM companies, but those dealings have taken place

6   from -- anywhere from 2006 to 2010 with these lawsuits,

7   and that's not the entire time that it's been a subsidiary

8   of BNBM.  If you don't tie your question to a specific

9   time frame, it's confusing and making the record unclear.

10                  MR. STECKLER:  Thank you for trying to

11   explain what your objection is about.

12      Q.  (BY MR. STECKLER)  Okay.

13                  MS. DYER:  Well, you asked.

14      Q.  (BY MR. STECKLER)  So when you were dealing with

15   Mr. Cai as president of CNBM or BND Company, whichever

16   time he was president in any of those dealings, okay, was

17   it your understanding that he could make decisions on

18   behalf of the company CNBMI or BND Company?

19                  MR. WU:  Objection; misstates the testimony.

20      A.  I believe he -- he have the authority and power

21   to do that.

22      Q.  (BY MR. STECKLER)  Okay.  Let's -- let's make

23   this clear, because this is an important point for the

24   record.

25                  When you dealt with BND Company, a subsidiary of

1    BNBM, was Mr. Cai the president?

2        A.  Yes.

3        Q.  When you -- BND Company subsequently became

4    CNBMI.  Correct?

5        A.  Correct.

6        Q.  And was Mr. Cai also the president of CNBMI

7    during the time you were dealing with him?

8        A.  Yes.  He continue -- continued to be the

9    president --

10       Q.  Okay.

11       A.  -- of CNBMI.

12       Q.  And the last time you dealt with Mr. Cai was in

13   2011 or '12?

14       A.  '12, September.

15       Q.  September 2012.  Okay.  And during the time

16   period you dealt with Mr. Cai as president of BND Company

17   or CNBMI, was it your understanding that he could make

18   decisions on behalf of that company?

19       A.  Yes.

20       Q.  Was -- now, what was Mr. Cao's role during the

21   time you were dealing with BND or CNBMI?

22       A.  You mean Mr. Cao JiangLin?

23       Q.  Yes.

24       A.  Okay.  My understanding that he is the chairman

25   of CNBMI or BND.

Confidential - Subject to Further Confidentiality Review

1          Q.  Okay.  Okay.  And was it your understanding that

2     Mr. Cao could override decisions made by Mr. Cai as

3     president of BND or CNBMI?

4                    MR. WU:  Objection; form.

5                    MS. DYER:  Objection; form.

6          A.  I -- I suspect that.

7          Q.  (BY MR. STECKLER)  Okay.  And what is the basis

8     of your belief that Mr. Cao could override Mr. Cai in his

9     decision-making on behalf of CNBMI?

10                   MR. WU:  Objection; misstates the testimony.

11         A.  Because of the similar dealing with BND.  Okay.

12    Even after Mr. Cai has agree, promise, okay -- in all

13    sincerity, I can tell -- and later on the decision was

14    reverted to the totally opposite.

15         Q.  (BY MR. STECKLER)  Okay.  So you have dealings

16    with Mr. Cai and then reach agreements, and then things

17    would change?

18         A.  Yes.

19         Q.  Okay.  And as a result, what other -- as a result

20    of those changes, what made you think Mr. Cao was involved

21    in reversing these decisions?

22                   MR. WU:  Objection; form.

23         A.  I can think of a incidence -- during our early

24    stage of settlement negotiation, you know, and -- or

25    payment negotiation, Mr. Cai basically say, you know --

Confidential - Subject to Further Confidentiality Review

```
 1    they demand $1 million.  Then we start talking about the

 2    Crossroad investment.  That's why there's Bill Bo's e-mail

 3    saying that the -- you know, Crossroad will receive strong

 4    cash flow.  Okay.

 5           And later on, that decision seems to be reverted.

 6    Okay.  And CNBMI, you know, instructed counsel to

 7    aggressively pursue and compel me for all the stuff and

 8    all that and changed the demand to 1.5 million.  Okay.

 9           So at that time, I don't know what changed that,

10    okay, what changed that decision.  And the -- I didn't

11    know, but -- until later on when -- in 2010 in the

12    settlement -- their settlement meeting, okay, or I -- I

13    was expecting an investor meeting that they come to

14    Austin.  That was 2010, October 11.  Okay.  That meeting,

15    CNBMI was represented by their Duane Morris lawyers and

16    also their Chinese lawyer, Jacky Chen.

17           I learn at that time -- I learn at that time that

18    the reason they reverted the decision is Mr. Cai's

19    decision was overridden by Mr. Cao.  Okay.

20        Q.  (BY MR. STECKLER)  And did a representative or

21    attorney with CNBMI advise you of this?

22        A.  I don't have a clear recollection, but I think

23    their Chinese counsel, you know, shared some of their

24    internal story with me.

25        Q.  I see.  So Mr. Chen there -- was their internal
```

1    counsel.  Right?

2        A.  I don't know whether it's their internal counsel

3    or outside law firm.

4        Q.  Okay.

5        A.  I have no idea.

6        Q.  Okay.  But Mr. Chen, on behalf of CNBMI, did come

7    to the United States?

8        A.  Yes.

9        Q.  And did direct litigation against you -- in

10   bankruptcy court or in negotiation -- oh, in negotiation.

11       A.  Negotiations.

12       Q.  Right.

13           In addition, Duane Morris was present.  Correct?

14       A.  Yes.

15       Q.  Okay.  And so during those discussions is when

16   you would have learned that Mr. Cao had overridden a

17   decision by Mr. Cai.  Did I frame that correctly?

18       A.  Pretty much, yeah.  So Mr. Cai's decision get

19   overridden by Mr. Cao.

20       Q.  Okay.

21       A.  There are also a couple of incidents -- for

22   example, like the charity contribution.  Initially, they

23   agree on -- agreed to that, but later on they override

24   that.

25       Q.  Okay.  Do you know whether Mr. Cao was overriding

1    agreements in his capacity with CNBM Limited or whether it

2    was in his capacity with CNBMI or with respect to another

3    company?

4                 MR. WU:  Objection; form.

5         A.  I have no way of finding out what capacity he was

6    acting.  Okay.  But at that time he was the chairman of

7    CNBMI, but he also was the CEO of CNBM.

8         Q.  (BY MR. STECKLER)  Okay.  So he was the -- and

9    can you explain for us what the distinction between being

10   a chairman and CEO is, or do you know?

11        A.  That is subject to various definitions.

12        Q.  Okay.  All right.  So at the time that all of

13   this was going on, Mr. Cao was CEO of CNBM Limited and he

14   was also CEO of CNBMI?

15        A.  Chairman of CNBMI.

16        Q.  Chairman of CNBMI.

17        A.  Yeah.

18        Q.  And Mr. Cai was president of CNBMI.  Right?

19        A.  Correct.

20        Q.  And you don't know whether he was also a vice

21   president of CNBM Limited at the time?

22        A.  I have no knowledge at that time.

23        Q.  And do you know what other capacities Mr. Cao or

24   Mr. Cai served in with these related entities, such as

25   BNBM and CNBM Limited?

Confidential - Subject to Further Confidentiality Review

```
 1        A.  Well, the ones that you showed me, there seems to
 2   be -- you know, Mr. Cao have a lot of -- holding a lot of
 3   titles, you know, in -- on the boards of various
 4   subsidiary or affiliates.  Okay.
 5        Q.  Right.  And -- and I guess -- in fact, he --
 6   according to the website that we looked at, Mr. Cao held
 7   several positions in the various entities that we saw on
 8   Exhibit No. 9?
 9        A.  Uh-huh.
10        Q.  Correct?
11        A.  Uh-huh.
12             MS. DYER:  Objection; form.
13        Q.  (BY MR. STECKLER)  In addition to serving as -- I
14   believe he was chairman of -- that was BNBM?
15        A.  He's --
16             MR. WU:  Objection; form.
17             MR. STECKLER:  Let's find that real quick.
18             Yes.  Let's go to the website just...
19        Q.  (BY MR. STECKLER)  So Mr. Cao also is on the --
20   serves as the chairman and supervisory board for BNBM,
21   according to this website.  Right?
22        A.  Yeah.
23        Q.  He was also listed as a -- you told me the
24   chairman of China National Building Materials Group Corp.
25   Right?
```

 1     A.  He is the CEO of CNBM, but he's a chairman of

 2     CNBMI.

 3     Q.  And he's also a chairman and on the supervisory

 4     board of Beijing New Building Materials PLC?

 5     A.  Yeah.  According to this website, yes.

 6     Q.  Right.

 7          MS. DYER:  Objection; form.

 8     Q.  (BY MR. STECKLER)  And, in fact, it lists several

 9     other subsidiaries, such as the China United Cement

10     Corp. -- and you cannot see it on your copy -- that are

11     also part of the subsidiary companies of China National

12     Building Material Company Limited.  Correct?

13     A.  Yeah.  According to their website and this chart.

14     Q.  Right.  Okay.  And so you don't know in what

15     capacity Mr. Cao is making decisions with respect to

16     CNBMI, whether it's on behalf of BNBM, CNBM Group Corp. or

17     CNBMI, do you?

18     A.  I have no idea.

19     Q.  Is it your understanding that Chinese state-owned

20     enterprises operate just like the party operates in

21     China --

22          MR. WU:  Objection; form.

23     Q.  (BY MR. STECKLER)  -- based upon your experience,

24     a top-down directive?

25     A.  Oh, if that's what you refer to as what party

Confidential - Subject to Further Confidentiality Review

```
 1   operate -- because I have no knowledge of how a party

 2   operate --

 3       Q.  Okay.

 4       A.  -- yeah.

 5           I would say it's very close, if not -- if it's

 6   not 100 percent true.

 7       Q.  Okay.  And then let me ask the question.  Based

 8   upon your experience in dealing with Chinese companies and

 9   entities, is it your understanding that they operate from

10   a very much top-down approach?

11           MS. DYER:  Objection; form.

12       A.  Because my understanding is all their executive

13   are -- all seems to be party members.  So they -- in that

14   sense, I assume they are taking the same directives --

15       Q.  (BY MR. STECKLER)  Right.

16       A.  -- same as the party, yeah.

17       Q.  And those directives, based on your experience,

18   trickle down from the top to the bottom?

19           MR. WU:  Objection; form.

20       Q.  (BY MR. STECKLER)  Is that your understanding?

21       A.  Depends on what -- what kind of matter.  If it's

22   important or --

23       Q.  If it's an important matter or a significant

24   financial matter based upon your experience --

25       A.  Oh, yes.  Yes.  Yes.  Absolutely.
```

Confidential - Subject to Further Confidentiality Review

1          MS. DYER:  Object to form.

2      Q.  (BY MR. STECKLER)  Okay.  I'm going to show you a

3  list of individuals at BNBM Group, and let me know if you

4  recognize or dealt with any of these individuals other

5  than the ones we've talked about.

6      A.  The second and third one, Cai GuoBin and Cao

7  JiangLin.

8      Q.  Right.  Those are the ones we've already

9  previously discussed.

10     A.  (Reviewing document.)

11         Yeah.  And Mr. Song, the chairman.  I never met

12  him, but I know -- I know him.

13     Q.  Right.

14     A.  I know of him.

15         (Reviewing document.)

16         That's it with a quick glance because they are in

17  English phonetic, you know.

18     Q.  I know.  And I know it's -- and I apologize.  I

19  don't have the Chinese spelling.

20         Take a look at that list real quick.

21         MR. STECKLER:  I'll get you another list if

22  you want.

23         MR. WU:  What is it?

24         MR. STECKLER:  These were exhibits to

25  requests that were sent out about individuals that work

Confidential - Subject to Further Confidentiality Review

1    for various companies.

2                    Which number do you have?  Which letter?

3                    MR. WU:  Exhibit B.  Is that what you're

4    talking about?

5                    MR. STECKLER:  Yeah.  He's now looking at

6    another exhibit.  I'm happy to show it to you.  I don't

7    think it's going to matter, but...

8         A.  Yeah.  Same.  Same.

9         Q.  (BY MR. STECKLER)  Okay.  Now, let's take a look

10   at people on Exhibit B and C to a notice and request to

11   the CNBM entities.

12        A.  (Reviewing document.)

13            No.

14        Q.  Okay.  There is one more list.

15        A.  (Reviewing document.)

16            No.  Same.

17        Q.  Thank you.

18            Since July of 2014, have you had to retain

19   counsel and defend yourself in active litigation filed

20   against you and BK International --

21        A.  Yes.

22        Q.  -- in federal court --

23        A.  Uh-huh.

24        Q.  -- in Austin, Texas?

25        A.  Yes, I do.  I retained Peter, Peter Ruggero, and

Confidential - Subject to Further Confidentiality Review

1    the -- Brent Devere.

2        Q.  And since July of 2014, has CNBMI been seeking

3    documents from you, filing motions against you and

4    actively pursuing you in federal court?

5        A.  Yes.  That's what they're doing.

6        Q.  And as you sit here today, are you still being

7    sued by CNBMI in federal court in Austin, Texas?

8        A.  Yes.  That is true.

9        Q.  Okay.

10               MR. STECKLER:  I'll pass the witness.

11               MR. WU:  I have no questions.

12               Anybody on the phone?

13               MR. STECKLER:  Hello?

14               MS. DYER:  Excuse me?

15               MR. STECKLER:  Do you have any questions?

16               MS. DYER:  Yes.  I actually do have some

17    questions.  This is Meagan with Dettons.

18               Has the witness been passed?  I did not hear

19    that.

20               MR. STECKLER:  Yes.

21               MR. WU:  Yes.

22                       EXAMINATION

23    BY MS. DYER:

24        Q.  I just have, I think, maybe two questions, so

25    I'll be quick.

Confidential - Subject to Further Confidentiality Review

1          Mr. Chang, you previously testified that the

2     agency agreement that BND Co., Limited executed with BNK

3     at that time, BN Group -- BN Group, Limited was the owner

4     of BND -- BND Co., Limited.  Is that correct?

5          A.  You said BN- -- BND is owner?

6          Q.  All right.  Let me rephrase the question.

7          When you -- when BNK International executed the

8     agency agreement with BND Co., LTD, at that time it was a

9     subsidiary of BNBM Group, Limited?

10         A.  I believe so.

11         Q.  (Unintelligible) you previously testified?

12         A.  Yeah.  According to our agreement, yes.

13         Q.  But at some point you also testified that BNK

14    Co., LTD became CNBMI.  Is that correct?

15         A.  Yeah.  In 2007, yes.

16         Q.  Do you know the date of which -- or is it your

17    understanding that BND Co., LTD or CNBMI is currently a

18    subsidiary of BNBM Group?

19              MR. STECKLER:  Objection to the form of the

20    question.

21         A.  I -- I assume they are a subsidiary of CNBMI now,

22    you know, because the name imply and, also, the chart seem

23    to imply that, too.

24         Q.  (BY MS. DYER)  Do you know the date where BNBM

25    Group, Limited stopped being the owner of BND Co.,

```
 1   Limited?

 2       A.  I know they changed the name in late 2007, but I

 3   don't know the day, you know, their parent relationships

 4   start or end.

 5       Q.  Did you ever -- I'm sorry.  I'll allow you to

 6   finish your question (sic).  What were you saying?

 7       A.  No.  I -- I know when --

 8       Q.  You don't have any exact -- I'm sorry.  Go ahead.

 9       A.  I know when BND changed name to CNBMI, but I have

10   no knowledge about their parent ownerships or

11   relationship.

12       Q.  So you don't have any knowledge of their

13   ownership, corporate structure, besides what you saw on

14   the website today?

15           MR. RUGGERO:  Objection; form.

16           MR. STECKLER:  Objection; form.

17       A.  Pretty much.  You know, just -- I know CNBMI --

18   you know, the name imply, you know, is owned by CNBM.

19   They went through some restructuring at that time.

20       Q.  (BY MS. DYER)  For any of the companies that we

21   talked about today being -- I'll limit that to BNBM Group

22   or CNBMI -- did you review any of their corporate

23   documents, shareholder agreements, board meeting minutes,

24   anything like that?

25           MR. STECKLER:  Objection; form, assumes
```

Confidential - Subject to Further Confidentiality Review

```
1    facts not in evidence.

2         A.  Not to my recollection.

3         Q.  (BY MS. DYER)  So I just want to clarify that

4    your understanding of the corporate structure of BNBM

5    Group is limited to the agency agreement reflecting that

6    BND Co. is a subsidiary of BNBM Group?

7              MR. STECKLER:  Objection; form.

8         A.  Yes.

9              MR. STECKLER:  Misstates the testimony.

10             MS. DYER:  I'll pass the witness.

11             MS. KAHNKE:  This is Mack from Alston &

12   Bird.  I have no further questions either.

13                    FURTHER EXAMINATION

14   BY MR. STECKLER:

15        Q.  Sir, I've got a few quick questions.

16             Your agency agreement indicates that BND Company

17   is a subsidiary of BNBM.  Correct?

18        A.  Yes.  That's in the agency agreement.

19             MS. DYER:  Objection; form.

20        A.  Yeah.

21        Q.  (BY MR. STECKLER)  In fact, do you have the

22   agency form?  I don't think Meagan was able to see it.

23             MS. DYER:  I have it pulled up in front of

24   me right now.

25        Q.  (BY MR. STECKLER)  Would you just read the first
```

Confidential - Subject to Further Confidentiality Review

1    sentence there?

2         A.   "This agreement is entered into as of May 8th,

3    2004, between BND CO., LTD, a subsidiary of BNBM GROUP,

4    LIMITED, with its principal business locate" -- "located

5    at 12/F International Trade Building Shenzhen, China."

6         Q.   Okay.  And this agreement that you signed was

7    also signed by Mr. Ian Bai?

8         A.   Yeah.  By Ian.

9         Q.   And what was his role?

10        A.   He was the executive vice president of BND at

11   that time.

12        Q.   Okay.  At some point in time, you were told that

13   BND Co., Limited, a subsidiary of BNBM Group, Limited, had

14   become CNBMI?

15        A.   Yes.

16        Q.   Who told you that?

17        A.   I was first verbally informed by Mr. Cai GuoBin,

18   the president of BND, in our meeting in December 2007, and

19   shortly after that I received a -- a paper notice from BND

20   and the company name change notice from them.

21        Q.   Is that attached to any of your filings?  Do you

22   know?

23        A.   I don't think so.

24        Q.   Do you have the -- the notice that you would have

25   received, or would it have been in some of these e-mails?

Confidential - Subject to Further Confidentiality Review

1       A.  Yes.  I think I can try to dig it out, you know,

2    because this is something seven, eight years ago --

3       Q.  Okay.

4       A.  -- you know.

5       Q.  Why don't you to take a look at your first

6    amended answer that I think we've marked as an exhibit and

7    see if you can locate the e-mail that formally notifies

8    you of the change.

9       A.  I don't think that e-mail's here.

10      Q.  You don't think it's attached as an exhibit?

11      A.  No.  No.  It's not here.

12      Q.  Do you know whether you still have that e-mail?

13      A.  I need to do some research on my computer hard

14   drive.

15      Q.  I'll tell you what.  You're going to get an

16   opportunity to read this deposition, unfortunately, and

17   review it for errors and -- and any spellings, which I

18   think we'll have several.

19           Why don't we go ahead and -- we're going to go

20   ahead and create an exhibit with blank paper that we'll

21   mark as Exhibit No. 10, and if you can find it, that will

22   be what we call -- and I'll just write on here "The Notice

23   of Name Change of BND Company to CNBMI."

24           Is that okay with you?

25               (Exhibit 10 was marked.)

1        A.   Sure.

2        Q.   (BY MR. STECKLER)   Okay.

3             MR. WU:   Counsel, as I understand the

4   testimony, we're not even sure that notice exists.

5             MR. STECKLER:   Well, he's going to go back

6   and look, and if he has it, he will supply that for

7   Exhibit No. 7 (sic).   If he cannot find it, counsel will

8   notify me, and there won't be the need for an exhibit.

9             MR. WU:   Okay.   But in that case, none of

10  the defendants would have had a chance to ask about that

11  exhibit.

12            MR. STECKLER:   Nor would the -- this

13  plaintiffs' attorney have that opportunity.

14       Q.   (BY MR. STECKLER)   But if you have it, please

15  produce it to us, and I ask for that as a request, and it

16  would be a continuing request under your subpoena that

17  we've already issued in this case.

18       So I would like to attach that as a true and

19  correct copy of that notice if you have it.   Is that fair?

20       A.   Okay.

21            MR. STECKLER:   Counsel, do you have a

22  problem with that?

23            MR. RUGGERO:   No objection.

24       Q.   (BY MR. STECKLER)   Okay.   And --

25            MR. RUGGERO:   And if the defendants have any

Confidential - Subject to Further Confidentiality Review

```
 1    questions after seeing it, we'd be happy to make him

 2    available for a deposition again.

 3              MR. STECKLER:  Great.

 4         Q.  (BY MR. STECKLER)  And, in addition, sir, you've

 5    got several pleadings in front of you, and these are

 6    federal court filings by Texas and Illinois counsel in

 7    which they've referred to China National Building Material

 8    Investment Company LTD, f/k/a BND Company, LTD.  Is that

 9    right?

10         A.  Yes.

11         Q.  And is it your understanding that "f/k/a" means

12    formerly known as?

13         A.  Yes.

14         Q.  In addition, when BND Company, at whatever point

15    in time, became China National Building Material

16    Investment Company, the addresses remained the same,

17    didn't they?

18         A.  Yes.  They are the same.

19         Q.  The people remained the same, didn't they?

20         A.  No change.  Yes.

21         Q.  Okay.  And the agreements remained the same.

22    Correct?

23         A.  No change to the agreement either.

24         Q.  Okay.

25              MR. STECKLER:  Thank you.  No further
```

Confidential - Subject to Further Confidentiality Review

1    questions.

2                THE VIDEOGRAPHER:  Are we off the record?

3                MR. STECKLER:  Yes.

4                THE VIDEOGRAPHER:  Okay.  We're off the

5    record at 2:05 p.m.  This concludes Tape 2.

6            (THE DEPOSITION CONCLUDED AT 2:06 P.M.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1                    CORRECTION PAGE

 2   WITNESS NAME:  JEFFREY J. CHANG   DATE:  5/20/15

 3   PAGE  LINE  CHANGE              REASON

 4   _____

 5   _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
```

Confidential - Subject to Further Confidentiality Review

```
1                        SIGNATURE PAGE

2

         I, JEFFREY J. CHANG, have read the foregoing

3   deposition and hereby affix my signature that same is true

    and correct, except as noted on the correction page.

4

5


                      _____

6                     JEFFREY J. CHANG

7

8

9

10

11

12

13

14

15

16

17

18  Subscribed and sworn

    to before me this

19  _____ day of _____, 20_____.

20  My commission expires:_____

21

    _____

22  Notary Public

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
1              IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF LOUISIANA

2

   IN RE:                    §  MDL NO. 2047

3  CHINESE-MANUFACTURED       §

   DRYWALL PRODUCTS           §  SECTION:  L

4  LIABILITY LITIGATION       §

                             §  JUDGE FALLON

5  THIS DOCUMENT APPLIES      §

   TO ALL CASES               §  MAG. JUDGE WILKINSON

6

7

                    REPORTER'S CERTIFICATION

8            DEPOSITION OF JEFFREY J. CHANG

                   TAKEN MAY 20, 2015

9

10      I, TAMARA CHAPMAN, Certified Shorthand Reporter in

11  and for the State of Texas, hereby certify to the

12  following:

13      That the witness, JEFFREY J. CHANG, was duly sworn by

14  the officer and that the transcript of the oral deposition

15  is a true record of the testimony given by the witness;

16      That the original deposition was delivered to

17  Mr. Bruce W. Steckler;

18      That a copy of this certificate was served on all

19  parties and/or the witness shown herein on

20  _____.

21      I further certify that pursuant to FRCP No. 30(f)(i)

22  that the signature of the deponent:

23      _____ was requested by the deponent or a party before

24  the completion of the deposition and that the signature is

25  to be returned within 30 days from date of receipt of the
```

Confidential - Subject to Further Confidentiality Review

```
 1   transcript.  If returned, the attached Changes and
 2   Signature Page contains any changes and the reasons
 3   therefor;
 4        ____ was not requested by the deponent or a party
 5   before the completion of the deposition.
 6        I further certify that I am neither counsel for,
 7   related to, nor employed by any of the parties in the
 8   action in which this proceeding was taken, and further
 9   that I am not financially or otherwise interested in the
10   outcome of the action.
11        Certified to by me this 21st day of May, 2015.
12
13
14                    Tamara Chapman, CSR # 7248
                      Expires 12/31/16
15                    Golkow Technologies
                      One Liberty Place
16                    1650 Market Street, Suite 5150
                      Philadelphia, Pennsylvania 19103
17                    215.599.8972 | 877.370.337
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

Page 149

1                          SIGNATURE PAGE

2

        I, JEFFREY J. CHANG, have read the foregoing

3    deposition and hereby affix my signature that same is true

     and correct, except as noted on the correction page.

4

5                          _____

6                          JEFFREY J. CHANG

7

8

9

10

11

12

13

14

15

16

17

18   Subscribed and sworn

     to before me this

19   11th day of  June_____ , 2015 .

20   My commission expires:_____

21

     _____

22   Notary Public

23

24

25



GLOBAL LITIGATION SERVICES

May 22, 2015


Jeffrey J. Chang
9102 County Canyon Lane
Austin, Texas 78757

      Re:    Chinese Drywall
              Deposition of Jeffrey J. Chang – May 20, 2015

Dear Mr. Chang:

Enclosed please find a copy of your deposition transcript in the above-referenced matter. Kindly review
the copy, note any corrections on the errata sheet provided within the transcript, and sign the
acknowledgment page.

Please forward the errata sheet and the acknowledgement page within thirty (30) days from receipt of this
letter directly to:

      Herman, Herman & Katz, LLC
      C/O Chinese Drywall Depository
      820 O'Keefe Road
      New Orleans, LA  70113

Please also provide a copy of the signed acknowledgment page and errata sheet to our attention for our
records.  The copy can be emailed to us at production@golkow.com or mailed to our records
department:  1650 Market Street, Suite 5150, Philadelphia, PA  19103.

If you should have any questions, please do not hesitate to contact us.


Sincerely,



Production Department
production@golkow.com

cc:      C/O Chinese Drywall Depository



www.golkow.com ¦ 877.370.DEPS (3377)

OFFICES: Philadelphia (Headquarters) ¦ New York City ¦ Boston ¦ Chicago ¦ San Francisco ¦ Los Angeles
Houston ¦ Miami ¦ New Orleans ¦ Wilmington ¦ Washington, DC ¦ Baltimore