

Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site Please input a keyword or Post Buying Request

Verified Supplier | Beijing New Building... Add Company to My Favorites Onsite Check Verified Video

9YR Gold Supplier

# BNBM Beijing New Building Materials Public Limited Company

Home | Product Categories | Company Profile | Contacts

Home > Company Profile

Company Overview
Company Introduction
Company Capability
Trade Capacity
Production Capacity
R&D Capacity
Business Performance
Buyer Interactions
Additional Information
Honor

## Beijing New Building Materials Public Limited Company

Contact Supplier | Leave Messages
Communicate with Supplier
What can I do for you?
Contact Supplier
Joanna Zhen

Business Type: Manufact

Main Products: gypsum b ... comp onents,fib

Location: Beijing, C

Year Established: 1997

Number Of Employees: Above 1000 People

Total Annual Sales Volume: Above US$100 Million

Main Markets: North America, Eastern Europe, Mid East, Western Europe

Certifications: ISO9001,ISO9001,ISO9001,ISO9001

Product Certifications: UL,GB/T28001-2001 Certificate,CE

Established in 1979, Beijing New Building Materials Public Limited Company (BNBM PLC) is a publicly listed A share company under Chi... More

## Company Capability

| | | | |
|---|---|---|---|
| Trade Capacity | North America : 25.00% | Eastern Europe : 25.00% | View More |
| Production Capacity | Factory Size : Above 100,000 square meters | No. of Production Lines : Above 10 | View More |
| R&D Capacity | No. of R&D Staff : Above 50 People | | View More |

Report Suspicious Content on this Page

Minisite Survey

Email to this supplier

To: Joanna Zhen

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

Send

CONTEMPT
Exhibit 180

B: 7/8/15-7/11/15
Exhibit 163

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2014 Alibaba.com Hong Kong Limited and licensors. All rights reserved.