# Exhibit "145"

CONTEMPT
Exhibit 181

**T: 6/2/15-6/4/15**
**Exhibit 44-2(U)**



Welcome to Alibaba.com , **Join Free** | **Sign In** | **My Alibaba**

On Site | Please input a keyword | or Post Buying Request

**Verified Supplier** | Taishan Gypsum Co., ... | ☆ Add Company to My Favorites

Onsite Check

Communicate with Supplier

What can I do for you?

✉ **Contact Supplier**

Service Center Online

Bill Che

JACK YUAN

Home | Product Categories ▾ | **Company Profile** ▾ | My Page 1 | My Page 2 | Contact

Home > Company Profile

## Company Overview

Company Introduction

## Company Capability

Trade Capacity
Production Capacity
Quality Control
R&D Capacity
Trademarks & Patents

## Business Performance

Buyer Interactions

## Additional Information

Management
Awards Certification

### Taishan Gypsum Co., Ltd. 🌐

✉ Contact Supplier | ⬤ Leave Messages



| | |
|---|---|
| ✓ Business Type: | Manufacturer |
| | Main Products: | Gypsum Board,Gypsum Ceiling Tiles,Steel Frame And T-grid,Accessories For Keel,Rock Wool |
| ✓ Location: | Shandong, China (Mainland) |
| ✓ Year Established: | 1998 |
| | Year start exporting: | 1995 |
| | Number Of Employees: | Above 1000 People |
| | Total Annual Sales Volume: | Above US$100 Million |
| | Main Markets: | Domestic Market, Africa, Northern Europe, South America, Eastern Europe |
| | Certifications: | ISO14001,ISO9001 |
| | Product Certifications: | ENVIRONMENTAL MARKING CERTIFICATE |
| | Average Lead Time: | 7 Day(s) |

Taishan Gypsum Co., Ltd. is devoted to producing... boards, gypsum ceiling tiles, metal studs and other accessories fo... and...   **More ▸**

Minisite Survey

---

## Company Capability

| | | | |
|---|---|---|---|
| **Trade Capacity** | Domestic Market : 90.0... | Africa : 3.00% | View More ▸ |
| **Production Capacity** | Factory Size : Above 100,000 square meters | No. of Production Lines : Above 10 | View More ▸ |
| **Quality Control** | Test Equipment and Facilities : Quality testi... | | View More ▸ |
| **R&D Capacity** | No. of R&D Staff : Above 50 People | Equipment and Facilities : Gypsum board pr... | View More ▸ |

🔵 Report Suspicious Content on this Page

---

Email to this supplier

To:  Bill Che

•Message:



Welcome to Alibaba.com, **Join Free** | **Sign In** | **My Alibaba**

**Verified Supplier**   Taishan Gypsum Co., ...   ⭐ Add Company to My Favorites    Onsite Check

| Home | Product Categories ▾ | Company Profile ▾ | My Page 1 | My Page 2 | Contact |

Home > Contacts



**Verified Supplier** - Taishan Gypsum Co., Ltd.

China (Mainland) | Manufacturer | Contact Details

Experience:
Established 1998
20 years OEM

Performance:
34.4% Response Rate

## Contact Information



**Mr. Bill Che**

✉ **Contact Supplier**

○ Leave Messages

| | |
|---|---|
| Telephone: | 0086-538-8811077 |
| Mobile Phone: | 18653808958 |
| Address: | daiyue district dawenkou |
| Zip: | 271026 |
| Country/Region: | China (Mainland) |
| Province/State: | Shandong |
| City: | taian city |

### Company Contact Information

| | |
|---|---|
| ✓ Company Name: | Taishan Gypsum Co., Ltd. |
| ✓ Operational Address: | Dawenkou, Daiyue District, Taian, Shandong, China (Mainland) |
| Website: | http://www.taihegroup.com |
| Website on alibaba.com: | http://tsgbm.en.alibaba.com |



**Email to this supplier**

To:   Bill Che

*Message:   Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ agree to share my **Business Card** to the supplier.

**Send**

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Français - Deutsch - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.



## Company Introduction



Verification Type: ✔ Onsite Check

✔ Business Type: Manufacturer
✔ Location: Shandong, China (Mainland)
✔ Year Established: 1998
   Total Annual Sales Volume: Above US$100 Million
   Main Products: Gypsum Board,Gypsum Ceiling Tile...
   Main Markets: Domestic Market, Africa, Northern E...
Learn more about us ▸

Mr. Bill Che

Messages
Minisite Survey    Contact Supplier

**Main Categories >**       gypsum board    plaster board    ceiling tile

### GYPSUM BOARD

### GYPSUM CEILING TILES




603*603*7mm white pvc gypsum
ceiling BUILDING MATERIALS
595*595*7...

600*600*7mm Quality white pvc
gypsum ceiling BUILDING
MATERIALS 5...

---

## STEEL FRAME

---

### Company Capability



**Taishan gypsum co.,ltd**

The largest gypsum
board(plaster board )
manufacture in Asia



**Gypsum board industrial...**

Specializing in the production
of export gypsum board



**Steel frame production line**

Produce all kinds of steel frame
for export

---

Product Showcase ▶


Search products here

### Product Categories

PLASTERBOARD

GYPSUM BOARD WALL P...

GYPSUM BOARD CEILIN...

GYPSUM BOARD SYSTEM

ROCK WOOL

ACCESSARIES FOR STE...

T-GRID

GYPSUM CEILING TILES

STEEL FRAME

GYPSUM BOARD

Ungrouped

### Product Showcase



The largest
manufacturer for



PVC gypsum ceiling
tiles gypsum cei...



China Top Brand
High Quality Metal ...



The lowest price and
the best quali...



gypsum board



PVC laminated
gypsum ceiling tiles/...

See all products in showcase ▶

---

### Main Products



Paper faced gypsum board
2400*1200*...

Min. Order: 3000 Square Meters

FOB Price: US $ 0.8 - 1.7 / Square Meter



PAPERFACED ORDINARY
2440*1220*9MM I...

Min. Order: 3000 Square Meters

FOB Price: US $ 0.8 - 1.7 / Square Meter



EMBOSS LAMINATED GYPSUM
CEILING TIL...

Min. Order: 3500 Square Meters

FOB Price: US $ 0.42 - 0.6 / Piece



PVC LAMINATED GYPSUM CEILING
TILE 6...
Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 6 / Piece

EMBOSS/PVC LAMINATED GYPSUM
CEILING...
Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

PVC LAMINATED GYPSUM CEILING
TILE 6...
Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

## Email to this supplier

To:   Bill Che

•Message:    Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ agree to share my **Business Card** to the supplier.

**Send**

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site Please input a keyword or Post Buying Request

Verified Supplier | Taishan Gypsum Co., ... Add Company to My Favorites Onsite Check

Communicate with Supplier
What can I do for you?
Contact Supplier
Service Center Online
Bill Che
JACK YUAN

Home | Product Categories | Company Profile | My Page 1 | My Page 2 | Contact

Home > Product Categories

Search products here

Product Showcase

## Product Categories

- PLASTERBOARD
- GYPSUM BOARD WALL P...
- GYPSUM BOARD CEILIN...
- GYPSUM BOARD SYSTEM
- ROCK WOOL
- ACCESSARIES FOR STE...
- T-GRID
- GYPSUM CEILING TILES
- STEEL FRAME
- GYPSUM BOARD
- Ungrouped

## Related Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

## All Products

Click to select products and contact the supplier.

View as: 1 of 10 Page

**Selected Products (0/20)** Contact Supplier

### GYPSUM BOARD

Min. Order: 2000 Pieces
FOB Price: US $ 2.71 - 5 / Piece
Contact Supplier | Leave Messages

### The largest manufacturer for gypsum board

Min. Order: 5000 Square Meters
FOB Price: US $ 0.85 / Square Meter
Contact Supplier | Chat Now!

Minisite Survey

### PVC gypsum ceiling tiles gypsum ceiling pvc laminated gypsum ceiling

Min. Order: 3000 Square Meters
FOB Price: US $ 0.97 - 1.47 / Square Meter
Contact Supplier | Chat Now!

### Taishan brand gypsum board

Min. Order: 3000 Square Meters
FOB Price: US $ 1.3 - 1.5 / Square Meter
Contact Supplier | Leave Messages

### Galvanized furring channel

Min. Order: 1 Meter
FOB Price: US $ 0.3 - 1.47 / Meter
Contact Supplier | Chat Now!

### PVC laminated gypsum ceiling tiles/vinyl gypsum ceiling tiles/595*595*7mm

Min. Order: 4000 Square Meters
FOB Price: US $ 1.08 / Square Meter





EMBOSS
LAMINATED
GYPSUM CEILING
TIL



PVC LAMINATED
GYPSUM CEILING
TILE 6...





gypsum plaster

Min. Order: 1 Ton
FOB Price: US $ 20 - 500 / Ton

Contact Supplier    Chat Now!



High Quality, High Strength And China Top Brand Gypsum Board

Min. Order: 1000 Pieces
FOB Price: US $ 2.6 - 5 / Piece

Contact Supplier    Leave Messages



China Top Brand Gypsum Ceiling Tiles

Min. Order: 2000 Square Meters
FOB Price: US $ 1.48 - 2 / Square Meter

Contact Supplier    Leave Messages



3.5*35mm drywall screw

Min. Order: 3000 Boxes

Contact Supplier    Leave Messages



gypsum board

Min. Order: 1420 Pieces
FOB Price: US $ 2.62 - 3.78 / Piece

Contact Supplier    Leave Messages



China Top Brand High Quality Metal Stud Keel Steel Frame

Min. Order: 1000 Pieces

Contact Supplier    Leave Messages



12mm plaser board Standard Gypsum Board Plasterboard Drywall With Factory Price

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

Contact Supplier    Leave Messages



High quality taishan gypsum ceiling tiles

Min. Order: 10000 Pieces
FOB Price: US $ 0.5 - 1 / Piece

Contact Supplier    Leave Messages

China top brand TAISHAN plasterboard GYPSUM BOARD

Min. Order: 1000 Pieces
FOB Price: US $ 2 - 5 / Piece

Contact Supplier Leave Messages

tsgbm.en.alibaba.com

Taishan brand PVC ceiling board

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.76 / Square Meter

Contact Supplier Leave Messages

tsgbm.en.alibaba.com

3.5*25mm/3.5*35mm drywall screw

Min. Order: 3000 Boxes

Contact Supplier Leave Messages

Taishan SCREW JOINT COMPOUND JOINT TAPE FIBRE GLASS MESH Gypsum Board

Min. Order: 1000 Pieces
FOB Price: US $ 0.1 - 3 / Piece

Contact Supplier Leave Messages

tsgbm.en.alibaba.com

Taishan brand T-bar/ceiling keel rices Color pvc gypsum ceiling tiles,size:595*595&603*603mm

Min. Order: 6000 Meters

Contact Supplier Leave Messages

tsgbm.en.alibaba.com

9.5/9.0mm gypsum board Gypsum Board/ Drywall/ Plasterboard/ Interior Wall Panel/ Paperbacked plasterboard 2440*1220*9

Min. Order: 3000 Square Meters
FOB Price: US $ 0.93 - 1.2 / Square Meter

Contact Supplier Leave Messages

tsgbm.en.alibaba.com

Regular Gypsum Board 2440*1220*9mm fireproof plaster ceiling gypsum board

Min. Order: 3000 Square Meters
FOB Price: US $ 1.5 - 1.8 / Square Meter

Contact Supplier Leave Messages

tsgbm.en.alibaba.com

The Largest Manufacturer Of Gypsum Board

Min. Order: 1000 Pieces
FOB Price: US $ 2 - 5 / Piece

Contact Supplier Leave Messages

9.5 mm thicknes fireproof drywall gypsum board

Min. Order: 2000 Pieces

PLASTER BOARD/GYPSUM BOARD/WALL PANEL manufacturers 20698-182 - Products ARTICLE 02/23/17 with direction (China) (Mainland)


FOB Price: US $ 4.25 - 4.3 / Piece

✉ **Contact Supplier**    💬 Leave Messages



---


0.23/0.3/0.26 mm T-grid PVC laminated gypsum board ceiling tiles size:595*595&603*603mm

Min. Order: 6000 Meters

✉ **Contact Supplier**    💬 Leave Messages



---


2x4 China Gypsum BoardChina High-quality Gypsm Board for Partition Wall waterproof

Min. Order: 3000 Square Meters

✉ **Contact Supplier**    💬 Leave Messages



---


painted pvc gypsm ceiling tiles595*595*7 with lowerl prices pvc decorative corner Classic design 600x1200 *8mm

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.66 / Square Meter

✉ **Contact Supplier**    💬 Leave Messages



---


stud and track Steel frame Keel/ Steel C Channel Profile/Good Construction Material for ceiling and drywall

Min. Order: 5000 Pieces
FOB Price: US $ 1 - 1.5 / Meter

✉ **Contact Supplier**    💬 Leave Messages



---


12mm thickness paperfaced gypsum board Pure Natural Gypsum Board With High Quality and Low Price gypsum board / plasterboard / c

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

✉ **Contact Supplier**    💬 Leave Messages



---


2400*1200*9.5mm gypsum board 1200*2400mm gypsum boards manufacturer . paper face gypsum boards . plaster board

Min. Order: 3000 Square Meters
FOB Price: US $ 1.3 - 2.4 / Square Meter

✉ **Contact Supplier**    💬 Leave Messages



---


Track and stud / Galvanized steel profile / track /drywall metal stud / partition

Min. Order: 5000 Pieces
FOB Price: US $ 1 - 1.5 / Meter

✉ **Contact Supplier**    💬 Leave Messages



---


gypsum board drywall plaster board 2400*1200*12 mm Exports, South Africa, mozambique 2440*1220*8mm

Min. Order: 1420 Pieces
FOB Price: US $ 3.8 - 3.81 / Piece

✉ **Contact Supplier**    💬 Leave Messages

 

**595*595*7mm PVC gypsum ceiling tiles ceiling tiles,pvc ceilings PVC gypsum ceiling tiles #238/ceiling design**

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.66 / Square Meter

Contact Supplier ○ Leave Messages

 

**PVC Laminated Gypsum CeilTaishan brand ceiling tiles Waterproof plaste ceiling tiles PVC ceiling panel, PVC panel, Ceiling Til**

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.66 / Square Meter

Contact Supplier ○ Leave Messages

 

**PVC Gypsum ceiling tiles595*595*7 mm embaress ceiling board PVC laminated gypsum ceiling tiles/Vinyl coated gypsum ceiling tile**

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.76 / Square Meter

Contact Supplier ○ Leave Messages

 

**PVC gypsum ceiling tiles With Low Price 603*603*7 For India Negeria And South Africa**

Min. Order: 7000 Square Meters
FOB Price: US $ 1.57 - 1.66 / Square Meter

Contact Supplier ○ Leave Messages

 

**595*595*7mm PVC LAMINATED GYPSUM CEILING TILES Vinyl Coating Gypsum Ceiling 595*595mm Cheap PVC Gypsum Ceiling Tile**

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.66 / Square Meter

Contact Supplier ○ Leave Messages

☐ Display similar products

 1  2  3  4 5 6 ... 10 

Go to Page [____] Go

## Main Products



Paper faced gypsum board 2400*1200*...



PAPERFACED ORDINARY 2440*1220*9MM I...



EMBOSS LAMINATED GYPSUM CEILING TIL...



PVC LAMINATED GYPSUM CEILING TILE 6...



EMBOSS/PVC LAMINATED GYPSUM CEILING...

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - العربية

Alibaba Group: Alibaba China | Alibaba International | AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.





Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site Please input a keyword or Post Buying Request

Verified Supplier | Taishan Gypsum Co., ... Add Company to My Favorites Onsite Check

Communicate with Supplier
What can I do for you?
Contact Supplier
Service Center Online
Bill Che
JACK YUAN

Home | Product Categories | Company Profile | My Page 1 | My Page 2 | Contact

Home > **Product Categories**

Search products here

**Product Showcase**

## Product Categories

- PLASTERBOARD
- GYPSUM BOARD WALL P...
- GYPSUM BOARD CEILIN...
- GYPSUM BOARD SYSTEM
- ROCK WOOL
- ACCESSARIES FOR STE...
- T-GRID
- GYPSUM CEILING TILES
- STEEL FRAME
- GYPSUM BOARD
- Ungrouped

## Related Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

## All Products

Click + to select products and contact the supplier.

View as: 2 of 10 Page

**Selected Products (0/20)** Contact Supplier

PVC gypsum ceiling tile 595x595x7/8/9mm- Embossed Series 603*603 mm

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.66 / Square Meter

Contact Supplier Leave Messages

Suspended PVC False Gypsum Ceiling Tile 600x600/595x595x8mm-12mm export to mid-east africa

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.66 / Square Meter

Contact Supplier Leave Messages

Minisite Survey

595*595*8mmceiling tiles Certified ceiling designs PVC gypsum ceiling tiles PVC laminated gypsum ceiling board/ false t 600x600

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.66 / Square Meter

Contact Supplier Leave Messages

Gypsum ceiling board 595*595mm Cheap PVC Gypsum Ceiling Tile Laminated PVC Gypsum Ceiling Tile

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.66 / Square Meter

Contact Supplier Leave Messages

8 thickness ceiling tiles Waterproof plastic decorative Suspended pvc ceiling tiles PVC LAMINATED GYPSUM CEILING TILES

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.66 / Square Meter

Contact Supplier Leave Messages

12mm thickness plaser board The largest manufacturer for gypsum board Paper faced gypsum board for wall partition or ceiling

Min. Order: 3000 Square Meters

EMBOSS
LAMINATED
GYPSUM CEILING
TIL...



PVC LAMINATED
GYPSUM CEILING
TILE 6...



FOB Price: US $ 1.32 - 1.7 / Square Meter

Contact Supplier    Leave Messages





gypsum board Ceiling board/Drywall board2400*1200*9.0mm /gypsum board low price/high quality gypsum board/plasterboard

Min. Order: 3000 Square Meters
FOB Price: US $ 1.3 - 2.4 / Square Meter

Contact Supplier    Leave Messages





2400*1200*9.0mm gypsum board Ceiling board/Drywall board/gypsum board Exports, South Africa, mozambique

Min. Order: 3000 Square Meters
FOB Price: US $ 1.3 - 2.4 / Square Meter

Contact Supplier    Leave Messages





PVC gypsum ceiling tile 595*595*7mm/8/9mm thickness 603*603*8 mm emboss /PVC ceiling board

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.76 / Square Meter

Contact Supplier    Leave Messages





595*595*7mm thickness PVC gypsum ceiling tiles emboss Ceiling Tile - PVC Laminated Series

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.66 / Square Meter

Contact Supplier    Leave Messages





0.23/0.3/0.26 mm T-bar/ceiling keel Galvanized steel ceiling t-grid New arrival exposed ceiling T-Grid 32x24x0.3mm hot sale

Min. Order: 6000 Meters

Contact Supplier    Leave Messages





/PLASTER BOARD DRYWALL Standard Size Gypsum Board of China manufacturerDrywall/ Plasterboard/ low price/2400*1200*9MM

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

Contact Supplier    Leave Messages





PVC LAMINATED GYPSUM CEILING TILE 603*603*7mm 1200*600*8 mm ceiling tiles /plasterboard Gypsum Ceiling Tile building

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 6 / Piece

Contact Supplier    Leave Messages





Low Price New Design Laminated PVC Gypsum CeilinEMBOSS GYPSUM CEILING TILE 595*595*7/8 /9mm / Vinyl Coating Gypsum Ceiling Tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 6 / Piece



T-GRID/T-BAR Suspended Ceiling ,T-Grid for gypsum ceiling tiles PVC Laminated Gypsum Ceiling Tiles 595mm*595*7mm

Min. Order: 6000 Meters

Contact Supplier    Leave Messages

GYPSUM BOARD/12mm thickness Favorites Compare Paper faced gypsum board Favorites Compare paper faced gypsum /interior wall panel

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

Contact Supplier    Leave Messages

GYPSUM BOARD/12mm thickness High Quality Gypsum Board/Plaster Board HighGypsum Board paper faced gypsum low price/high quality

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

Contact Supplier    Leave Messages

PVC LAMINATED GYPSUM CEILING TILE603*603*7 pvc laminated gypsum ceiling tiles golden/colorful pvc ceiling tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 6 / Piece

Contact Supplier    Leave Messages

GYPSUM CEILING TILE 595*595*7 designFavorites Compare 595*595mm PVC laminated gypsum ceiling tiles building ma

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 06 / Piece

Contact Supplier    Leave Messages

PVC LAMINATED GYPSUM CEILING TILE 595*595*8 designFavorites Compare 595*595mm PVC laminated gypsum ceiling tiles building ma

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 06 / Piece

Contact Supplier    Leave Messages

PVC LAMINATED GYPSUM CEILING TILE 618*618*8 mm new pvc interior decoration PVC laminated building materials windproof outdoor

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 06 / Piece

Contact Supplier    Leave Messages

PVC LAMINATED GYPSUM CEILING TILE 595*595*7mm Exports, South Africa, mozambique

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 6 / Piece

Contact Supplier    Leave Messages

PVC GYPSUM CEILING TILE 595*595*7mm with T-bar PVC 600*600mm Laminated PVC Gypsum

Case 2:09-md-02047-EEF-MBN Document 20688-182 Filed 02/23/17 Page 15 of 53



Ceiling Tile

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 6 / Piece

**Contact Supplier**   Leave Messages

PVC LAMINATED GYPSUM CEILING TILE 600*600*8mm New Lamination Interior Wall Decorative PVC Ceiling Tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 06 / Piece

**Contact Supplier**   Leave Messages

PVC LAMINATED GYPSUM CEILING TILE 603*603*7mm waterproof pvc laminated gypsum ceiling tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 6 / Piece

**Contact Supplier**   Leave Messages

PVC LAMINATED GYPSUM CEILING TILE Acoustic ceiling tile/various ceiling suspended ceiling, ceiling tiles, fiberglass materials

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 06 / Piece

**Contact Supplier**   Leave Messages

GYPSUM BOARD/2400*1200*9.0MM ISO and SGS Favorites Compare High Quality, Favorites Compare Paper Joint Tape for gypsum board

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

**Contact Supplier**   Leave Messages

GYPSUM BOARD/2400*1200*9.0MM ISO and SGS gypsum board metal framing ceiling wall angle

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

**Contact Supplier**   Leave Messages

GYPSUM BOARD/2400*1200*9.0MM ISO and SGS fire-proof gypsum board 13mm HIGH QUALITY

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

**Contact Supplier**   Leave Messages

GYPSUM BOARD/2400*1200*9.0MM SGS gypsum board/plasterboard/ceiling tiles/drywall 2440*1220*8MM

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

**Contact Supplier**   Leave Messages

PVC GYPSUM CEILING TILE 600*600*7mm Celing 595*595*7mm PVC LAMINATED GYPSUM CEILING TILES mid-east

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 06 / Piece



**PVC Laminated Gypsum Ceiling Tiles/Vinyl Coated Gypsum 603*603*8mm 595*595*7mm golden/**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 06 / Piece

Contact Supplier   Leave Messages

**Gypsum Powder High Quality White Favorites Compare High strength gypsum powder**

Min. Order: 1000 Bags
FOB Price: US $ 200 - 240 / Ton

Contact Supplier   Leave Messages

**GYPSUM POWDER High Quality Gypsum Powder /Plaster Powder for Cholks**

Min. Order: 1000 Bags
FOB Price: US $ 200 - 240 / Ton

Contact Supplier   Leave Messages

**GYPSUM BOARD/2400*1200*9.0MM ISO and SGS high quality fire-proof gypsum board common pvc gypsum board for office building**

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

Contact Supplier   Leave Messages

**GYPSUM BOARD/2400*1200*9.0MM ISO and SGS high quality fire-proof gypsum board Construction material gypsum board waterproof**

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

Contact Supplier   Leave Messages

☐ Display similar products

◀ 1 2 3 4 5 6 ... 10 ▶    Go to Page [    ] Go

## Main Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

EMBOSS LAMINATED GYPSUM CEILING TIL...

PVC LAMINATED GYPSUM CEILING TILE 6...

EMBOSS/PVC LAMINATED GYPSUM CEILING...

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use





Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site Please input a keyword or Post Buying Request

Verified Supplier | Taishan Gypsum Co., ... Add Company to My Favorites Onsite Check

Communicate with Supplier
What can I do for you?
Contact Supplier
Service Center Online
Bill Che
JACK YUAN

Home > Product Categories

Search products here

Product Showcase

## Product Categories

- PLASTERBOARD
- GYPSUM BOARD WALL P...
- GYPSUM BOARD CEILIN...
- GYPSUM BOARD SYSTEM
- ROCK WOOL
- ACCESSARIES FOR STE...
- T-GRID
- GYPSUM CEILING TILES
- STEEL FRAME
- GYPSUM BOARD
- Ungrouped

## Related Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

## All Products

Click + to select products and contact the supplier. View as: 3 of 10 Page

**Selected Products (0/20)** Contact Supplier

Paper faced GYPSUM BOARD 2400*1200*9.0MM ISO and SGS 1200*2400*12mm Plasterboard Wall /paperfaced/Plasterboard/

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

Contact Supplier Leave Messages

GYPSUM BOARD/2400*1200*9.0MM ISO and SGS 1200*2400mm Gypsum Board Wall Partition/paper faced gypsum board/Plasterboard/

Min. Order: 3000 Square Meters
FOB Price: US $ 1.32 - 1.7 / Square Meter

Contact Supplier Leave Messages

Minisite Survey

PVC GYPSUM CEILING TILE 600*600*7mm ceiling board,China PVC laminated pvc gypsum ceiling tile

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 06 / Piece

Contact Supplier Leave Messages

PVC LAMINATED GYPSUM CEILING TILE prices pvc-faced gypsum ceiling board 59.5cm*59.5cm) pvc ceiling

Min. Order: 3500 Square Meters
FOB Price: US $ 0.45 - 06 / Piece

Contact Supplier Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE hot design plastic ceiling tiles,pvc ceilings decoration aluminium foil back PVC GYPSUM

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

GYPSUM BOARD/2400*1200*9.0MM ISO14001/ISO9001 and SGS 2440*1220*9.0 mm thickness low price/good quality gypsum board/

Min. Order: 3000 Square Meters

EMBOSS
LAMINATED
GYPSUM CEILING
TIL...



PVC LAMINATED
GYPSUM CEILING
TILE 6...



FOB Price: US $ 0.93 - 1.7 / Square Meter

✉ Contact Supplier    ⊘ Leave Messages





EMBOSS/PVC GYPSUM CEILING TILE 600*600*8mm PVC laminated gypsum ceiling tile/interior ceiling decoration/595*595*7mm/design 238

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier    ⊘ Leave Messages





EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8mm PVC sell l High quality cheap pvc ceiling tile gypsum board 9mm thickness

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier    ⊘ Leave Messages





EMBOSS/PVC LAMINATED GYPSUM CEILING TILE C.S board, embossment calcium silicate ceiling 600*600*8mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier    ⊘ Leave Messages





PVC LAMINATED GYPSUM CEILING TILE , emboss gypsum ceiling tile 600*600*7mm export (Austrilia)

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier    ⊘ Leave Messages





EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600mm*7.0mm Building Material PVC ceiling & Ceiling tiles south africa

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier    ⊘ Leave Messages





EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600mm*8.0mm /Vinyl Gypsum Ceiling Tile PVC faced foil back plaster /595*595

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier    ⊘ Leave Messages





EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 603*603*8.0mm/Vinyl & Decorative Pvc Ceiling Tile /1220*610*10mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier    ⊘ Leave Messages





LIGHT STEEL GRAME /KEEL light steel frame for drywall partition 75*40*0.5 Ceiling Light Steel Keel/ Steel C Channel Profile

Min. Order: 5000 Pieces
FOB Price: US $ 1.0 - 1.5 / Meter



CHANNEL LIGHT STEEL GRAME /KEEL SGS Certificated ISO Galvanized / track stu the manufacturer's joist and keel

Min. Order: 5000 Pieces
FOB Price: US $ 0.4 - 1.5 / Meter

Contact Supplier    Leave Messages

PAPER FACED GYPSUM BOARD/2400*1200*9.5MM ISO14001/ISO9001 and SGS 2440*1220*9mm\ the larges factory

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages

PAPER FACED ORDINARY GYPSUM BOARD/2400*1200*9.5MM ISO14001/ISO9001 and SGS durable moistureproof plaster board gypsum board

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages

Paper faced gypsum board /2400*1200*9.5MM ISO14001/ISO9001 and SGS the largest gypsum baord factory

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages

PAPER FACED ORDINARY GYPSUM BOARD/3600*1200*9.0MM ISO14001/ISO9001 and SGS Gypsum Board/ Drywall/ Plasterboard/ Panel/ Paperback

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 60*60cm Suspended pvc gypsum ceiling tiles with white pvc aluminum foil back and white

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 60*60cm Suspended 595*595mm Colorful ceiling (manufacturers)

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 60*60cm high quality Vinyl ceiling board plast sheet

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 60*60cm gypsum ceiling tiles, vinyl faced

6/12/2015          PLASTER BOARD, GYPSUM WALL BOARD, UNIVERSAL GYPSUM DRY WALL, STEEL GRID SUSPENDED CEILING, T BAR, AIR ARTIFICIAL STONE FLOOR TILES ... directory on tsg ... (China (Mainland)

Case 2:09-md-02047-EEF-MBN   Document 20688-182   Filed 02/23/17   Page 20 of 53



board

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE moisturep roof gypsum ceiling/high quality / gypsum ceiling *595/595

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

pvc Gypsum ceiling tile 600x1200 *8 PVC Gypsum ceiling tile gypsum 595*595*7 fireproof waterproof upgraded fiber cement board s

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 60*60cm new pvc interior decoration pvc ceiling design 154 ceiling tile 603X603X*7.5mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 60*60cm new pvc interior decoration pvc ceiling design 991 ceiling tile 603X603X*7.5mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 60*60cm new pvc interior decoration ceiling design 991 ceiling tile 603X603X*8.5mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

600*600*7mm PVCgypsum ceiling tile the largest PVC gypsum ceiling tile manufacture with the lower price

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 60*60cm new pvc interior decoration gypsum ceiling tiles610X610X*10.mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

PVC LAMINATED GYPSUM CEILING TILE 60*60cm prices pvc decorative corner Classic design 600x1200 PVC Gypsum ceiling tile

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece



**EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9mm Standard Construction emboss PVC 2x2 pvc ceiling 610*610*10**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier    ◌ Leave Messages

**EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9mm Standard Construction emboss Suspended decorative Vinyl Coated Gyp*610*10**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier    ◌ Leave Messages

**EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm Standard Suspended Vinyl Ceiling board 610*10**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier    ◌ Leave Messages

**EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm Vinyl Ceiling 595*595mm Cheap PVC Gypsum Ceiling Tile 60*60**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier    ◌ Leave Messages

**EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm Vinyl Ceiling fireproof pvc laminated ceiling**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier    ◌ Leave Messages

☐ Display similar products

◄ 1 2 3 4 5 6 ... 10 ►     Go to Page [    ] Go

### Main Products



Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

EMBOSS LAMINATED GYPSUM CEILING TIL...

PVC LAMINATED GYPSUM CEILING TILE 6...

EMBOSS/PVC LAMINATED GYPSUM CEILING...

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Français - Italiano - Русский - 한국어 - 日本語 - العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use





Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site Please input a keyword or Post Buying Request

Verified Supplier | Taishan Gypsum Co., ... Add Company to My Favorites Onsite Check

Communicate with Supplier
What can I do for you?
Contact Supplier
Service Center Online
Bill Che
JACK YUAN

Search products here

Product Showcase

## Product Categories

- PLASTERBOARD
- GYPSUM BOARD WALL P…
- GYPSUM BOARD CEILIN…
- GYPSUM BOARD SYSTEM
- ROCK WOOL
- ACCESSARIES FOR STE…
- T-GRID
- GYPSUM CEILING TILES
- STEEL FRAME
- GYPSUM BOARD
- Ungrouped

## Related Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

## All Products

Click + to select products and contact the supplier. View as: 4 of 10 Page

Selected Products (0/20) Contact Supplier

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm Vinyl fireproof pvc ceiling high quality cheap prices 603*603*7mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm Vinyl fireproof ceiling board

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

Minisite Survey

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm Vinyl dry wall partition 610*610 *8 austrilia

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm 600*600 aluminum ceiling integrated ceiling tiles,610*610 *8 austrilia

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm 600*600 aluminum integrated ceiling ,610*610 *8 austrilia

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm 600*600 aluminum integrated ceiling austrilia

Min. Order: 3500 Square Meters

EMBOSS LAMINATED GYPSUM CEILING TIL...



PVC LAMINATED GYPSUM CEILING TILE 6...







Contact Supplier    Leave Messages



**EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm 600*600 aluminum integrated perforated gypsum ceiling aust**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





**EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm 600*600 aluminum integrated perforated gypsum ceiling austrilia**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





**EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm 600*600 aluminum foil back Perforated Hardness 10mm austrilia**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





**EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm 600*600 aluminum foil back Factory direct Supply PVC gypsum ceiling ti**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





**EMBOSS LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm aluminum foil back Factory direct Supply PVC ceiling tile Pvc Gypsum Ceil**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





**EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm 600*600 aluminum foil back Factory Supply PVC ceiling board**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





**EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm aluminum foil back Factory Supply PVC gypsum board**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





**EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm aluminum foil back**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages



### EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm plaster board (Pvc faced & aluminum foil back)

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**✉ Contact Supplier**    ☺ Leave Messages

### EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm plaster (Pvc faced & aluminum foil back)

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**✉ Contact Supplier**    ☺ Leave Messages

### EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm laminated pvc gypsum ceiling tiles.\pvc sheet

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**✉ Contact Supplier**    ☺ Leave Messages

### EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/10mm PVC laminated gypsum ceiling tiles Saudi Arabia Sky

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**✉ Contact Supplier**    ☺ Leave Messages

### EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/mm PVC Saudi calcium silicate gypsum for sale

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**✉ Contact Supplier**    ☺ Leave Messages

### EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/mm PVC Saudi calcium sale

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**✉ Contact Supplier**    ☺ Leave Messages

### EMBOSS/PVC LAMINATED GYPSUM CEILING TILE 600*600*8/9/mm PVC Saudi #154 ,8mm 595 X 595mm PVC Gypsum ceiling tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**✉ Contact Supplier**    ☺ Leave Messages

### PAPERFACED ORDINARY GYPSUM SHEET/2440*1220*9.5MM ISO14001/ISO9001 and SGS / Regular Paper Faced Gypsum Sheet / Standard Paper Fa

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

**✉ Contact Supplier**    ☺ Leave Messages

### GYPSUM BOARD fireproof 2440*1220*9.5MM ISO14001/ISO9001 and SGS Cheap Chinese gypsum sheet plaster board 2400*1200*9mm



Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    Leave Messages

Gypsum board /plasterbaord 2440*1220*9MM ISO14001/ISO9001and SGS competitive price gypsum board/gypsum

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    Leave Messages

gypsum board 2440*1220*9MM ISO14001/ISO9001and SGS Paper faced gypsum board for wall partition

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    Leave Messages

Gypsum board factory Standard Size2440*1220*9MM ISO14001/ISO9001and SGS with best price

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    Leave Messages

PAPERFACED ORDINARY GYPSUM SHEET/2440*1220*9.5MM ISO14001/ISO9001and SGS Paper Favorites Compare Gypsum Board/ Drywall/ plaster

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    Leave Messages

PAPERFACED ORDINARY GYPSUM SHEET/2440*1220*9.5MM ISO14001/ISO9001and SGS Paper Favorites Compare Board/ Drywall/ plaster

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    Leave Messages

Paper faced gypsum board /plasterboard 2440*1220*8MM ISO14001/ISO9001and SGS Favorites Drywall/partition system drywall 9mm

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    Leave Messages

Gypsum board /Plasterboard 2440*1220*8 MM ISO14001/ISO9001and SGS PVC gypsum ceiling board plaster Board manufacture

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    Leave Messages

Paper faced gypsum board 2440*1220*9MM ISO14001/ISO9001and SGS Favorites low price the largest plasterboard factor ceiling board

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    Leave Messages

Case 2:09-md-02047-EEF-MBN Document 20688-182 Filed 02/23/17 Page 26 of 53



**Plasterboard Gypsum baord /2440*1220MM ISO14001/ISO9001and SGS Favorites Ceiling compare Price Gypsum**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages

**paper faced gypsum board/2440*1220*9 MM ISO14001/ISO9001and SGS Favorites Ceiling compare Price Gypsum plaster drywall**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages

**Paper faced gypsum board plzster board 2440*1220*9MM ISO14001/ISO9001and SGS Favorites Paper Faced 15.9mm thickness**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages

**Gypsum board paperfaced /2440*1220*9MM ISO14001/ISO9001and SGS Favorites Paper Faced 15mm thickness gypsum board**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages

**Plasterboard Gypsum baord /2440*1220*9MM ISO14001/ISO9001and SGS Favorites Paper Faced 8mm thickness gypsum board**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages

☐ Display similar products

◄  1  2  3  4  5  6  7  ...  10  ►          Go to Page [    ] Go

## Main Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

EMBOSS LAMINATED GYPSUM CEILING TIL...

PVC LAMINATED GYPSUM CEILING TILE 6...

EMBOSS/PVC LAMINATED GYPSUM CEILING...

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress - Taobao Marketplace - Tmall.com - eTao - Juhuasuan - Alibaba Cloud Computing - Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.





Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site Please input a keyword or Post Buying Request

Verified Supplier | Taishan Gypsum Co., ... Add Company to My Favorites Onsite Check

2YR Gold Supplier

## Product Categories

- PLASTERBOARD
- GYPSUM BOARD WALL P...
- GYPSUM BOARD CEILIN...
- GYPSUM BOARD SYSTEM
- ROCK WOOL
- ACCESSARIES FOR STE...
- T-GRID
- GYPSUM CEILING TILES
- STEEL FRAME
- GYPSUM BOARD
- Ungrouped

## Related Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

## All Products

PAPERFACED ORDINARY GYPSUM SHEET/2440*1220MM ISO14001/ISO9001and SGS Favorites compare price/best quality gypsum plasterboard

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier Leave Messages

gypsum plaster board 2440*1220MM ISO14001/ISO9001and SGS low price gypsum board/ plasterboard the world largest factory

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier Leave Messages

PVC LAMINATED Gypsum ceiling sheet / Ceiling sheet 600*600*8/mm (manufacturers) emboss gypsum board 60*60

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

PVC LAMINATED Gypsum ceiling tile / Ceiling sheet 600*600*7/mm (PVC laminated gypsum ceiling tile/interior ceiling decoration

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

PVC LAMINATED Gypsum ceiling tile / Ceiling sheet 600*600*8/mm (manufacturers) Perforated gypsum ceiling tiles 603*603*10mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

PVC LAMINATED Gypsum ceiling board/ Ceiling sheet 600*600*8/mm (manufacturers) Gypsum ceiling tile 603*603*10mm

EMBOSS
LAMINATED
GYPSUM CEILING
TIl



PVC LAMINATED
GYPSUM CEILING
TILE 6...



PLASTER BOARD SUSPENDED LAMINATED ALL FROM one stop source CL ARTICLE 600*600*7mm (manufacturer China) (Mainland)

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





PVC LAMINATED Gypsum ceiling tile / Ceiling sheet 600*600*8/mm (manufacturers) hot design plastic ceiling tiles,pvc ceilings

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





PVC LAMINATED Gypsum ceiling tile / Ceiling sheet 600*600*8/mm (manufacturers) hot design plastic ceiling tiles,pvc board

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





PVC LAMINATED Gypsum ceiling tile / Ceiling sheet 600*600*8/mm (manufacturers) hot design ,plaster ceiling board

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





PVC LAMINATED Gypsum ceiling tile / Ceiling sheet 600*600*8/mm (manufacturers) hot design ,plaster ceiling board 595*595

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





PVC LAMINATED Gypsum ceiling tile / Ceiling sheet 600*600*8/mm (manufacturers) hot design ,plaster ceiling board 595*595*9mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





T-Grid&T-Bar Ceiling Galvanized ceiling Grid &Suspended Steel ceiling T-Bar with PVC gypsum ceiling tile 600*600*7mm

Min. Order: 6000 Meters

Contact Supplier    Leave Messages





GYPSUM BOARD/ PAPERFACED Standered 2400*1200*9MM ISO14001/ISO9001and SGS High quality Exports of South Africa Nigeria

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages





PAPERFACED ORDINARY 2440*1220*9MM ISO14001/ISO9001and SGS High quality gypsum board moistureproof gypsum board 2400*1200*9.5

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter









Contact Supplier    Leave Messages



### GYPSUM BOARD/ PAPERFACED PLASTERBOARD 2400*1220MM ISO14001/ISO9001and SGS High quality gypsum board moistureproof board The

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages





### china high quality gypsum board plasterboard and ceiling tiles

Min. Order: 1000 Pieces
FOB Price: US $ 2 - 5 / Piece

Contact Supplier    Leave Messages





### steel frame metal stud keel t-grid

Min. Order: 10000 Pieces
FOB Price: US $ 1 - 5 / Piece

Contact Supplier    Leave Messages





### TAISHAN GYPSUM BOARD SYSTEM

Contact Supplier    Leave Messages





### PVC gypsum ceiling board, Placa de gesso do teto falso

Min. Order: 9600 Pieces
FOB Price: US $ 0.42 - 0.5 / Piece

Contact Supplier     Chat Now!





### The lowest price and the best quality gypsum ceiling tiles

Min. Order: 1000 Pieces
FOB Price: US $ 0.35 - 5 / Piece

Contact Supplier    Leave Messages





### Korea material gypsum board waterproof 2440*1220MM *9.0mm ISO14001/ISO9001and SGS factory common gypsum board/inte wall

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages



### Korea material gypsum board miostureproof 9.5 mm ISO14001/ISO9001and SGS, common gypsum board/drywall

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter







Gypsum Board 2400*1200*9mm The world largest gypsum board factory export Mongolia project plasterboard IS09001/SGS

Min. Order: **3000 Square Meters**
FOB Price: **US $ 0.8 - 1.7 / Square Meter**

✉ Contact Supplier  ⊘ Leave Messages





The world largest gypsum board factory 2500*100*9.5mm export Mongolia project plasterboard IS0 14001 and ISO9001

Min. Order: **3000 Square Meters**
FOB Price: **US $ 0.8 - 1.7 / Square Meter**

✉ Contact Supplier  ⊘ Leave Messages





The world largest gypsum board factory 2500*100*9.5mm export Mongolia project Gypsum Board/ Drywall/ Plasterboard/ Interior Wall

Min. Order: **3000 Square Meters**
FOB Price: **US $ 0.8 - 1.7 / Square Meter**

✉ Contact Supplier  ⊘ Leave Messages





2400*1200*9mm Gypsum board The world largest gypsum board factory export Australia Standard Size 13mm fireproof moistureproof

Min. Order: **3000 Square Meters**
FOB Price: **US $ 0.8 - 1.7 / Square Meter**

✉ Contact Supplier  ⊘ Leave Messages





The world largest gypsum board factory 2400*100*10 mm export Australia Standard Size 10mm fireproof

Min. Order: **3000 Square Meters**
FOB Price: **US $ 0.8 - 1.7 / Square Meter**

✉ Contact Supplier  ⊘ Leave Messages





The world largest gypsum board factory 2400*100*10 mm export Australia gypsum /plaster board Paper faced

Min. Order: **3000 Square Meters**
FOB Price: **US $ 0.8 - 1.7 / Square Meter**

✉ Contact Supplier  ⊘ Leave Messages





waterproof / plaster board 2400*100*10 mm export Australia gypsum /plaster boar

Min. Order: **3000 Square Meters**
FOB Price: **US $ 0.8 - 1.7 / Square Meter**

✉ Contact Supplier  ⊘ Leave Messages





waterproof plaster board 2400*100*10 mm export Australia gypsum /plaster board Paper faced best

Min. Order: **3000 Square Meters**
FOB Price: **US $ 0.8 - 1.7 / Square Meter**

✉ Contact Supplier  ⊘ Leave Messages







waterproof plaster board 2400*100*10 mm export Australia gypsum /plaster board Paper faced best quanlity low price

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier | Leave Messages

waterproof plaster board 2400*100*10 mm export Australia gypsum /plaster board Paper faced best quanlity

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier | Leave Messages

Click + to select products and contact the supplier.

View as: 5 of 10 Page

**Selected Products (0/20)**

Contact Supplier

FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier | Leave Messages

Communicate with Supplier

What can I do for you?

Contact Supplier

Service Center Online

Bill Che

JACK YUAN

plaster board 2400*100*10 mm export Australia gypsum

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier | Leave Messages

plaster board 2400*100*10 mm export Australia g2500/2600*1200*12.5mm Glass fibre reinforced gypsum plaster board

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier | Leave Messages

plaster board 2400*100*10 mm export Australia g2500/2600*1200*12.5mm Glass fibre reinforced gypsum plaster sheet

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier | Leave Messages

Display similar products

1 ... 3 4 5 6 7 8 ... 10 | Go to Page Go

Minisite Survey

## Main Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY

EMBOSS LAMINATED

PVC LAMINATED GYPSUM CEILING

EMBOSS/PVC LAMINATED

Communicate with Supplier

What can I do for you?

Contact Supplier

Service Center Online

Bill Che

JACK YUAN

Search products here

Product Showcase

## Product Categories

- PLASTERBOARD
- GYPSUM BOARD WALL P...
- GYPSUM BOARD CEILIN...
- GYPSUM BOARD SYSTEM
- ROCK WOOL
- ACCESSARIES FOR STE...
- T-GRID
- GYPSUM CEILING TILES
- STEEL FRAME
- GYPSUM BOARD
- Ungrouped

## Related Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

## All Products

Click + to select products and contact the supplier.

View as: 6 of 10 Page

Selected Products (0/20)

Contact Supplier

plaster board 2400*100*10 mm export Australia g2500/2600*1200*12.5mm Glass fibre reinforced gypsum plaster drywall

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier Leave Messages

plasterboard export Australia 2400*1200*9mm gypsum plaster building 3000*1200*9.5mm

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier Leave Messages

Minisite Survey

export Russia 2500/2600*1200*12.5mm Glass fibre reinforced gypsum plaster building material

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier Leave Messages

export Russia 2500*1200*12.5mm Gypsum Board/PlasterBoard/Drywall ;2400*1200*9MM

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier Leave Messages

export Russia 2500/2600*1200*9.5mm GEco-friendly and high strength Water Proof Gypsum Board 9.5mm . paper face gypsum

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier Leave Messages

export Russia 2500/2600*1200*9.5mm Drywall Plate / Plaster Board / Gypsum Board for Wall

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

EMBOSS
LAMINATED
GYPSUM CEILING
TIl



PVC LAMINATED
GYPSUM CEILING
TILE 6...





export Russia 2500/2600*1200*9.5mm / Plaster Board / Gypsum standard plaster board/ drywall/ normal/water proof



Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages



export Russia 2500/2600*1200*9.5mm / Gypsum standard plaster board/ drywall/ normal/water proof



Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages



export Russia 2500/2400*1200*9.5mm / High Quality and Environmentally plaster board Standard Plasterboard Drywall With Factory



Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages



Export to Russia 2500/2400*1200*9.5mm / Environmentally plasterboard ceiling tile Gypsum Board/ Drywall/ Plasterboard/ Interior



Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages



Export to Russia 2500/2600*1200*9.5mm / plaster board ceiling tile Dry wall



Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages



Export to Russia 2500/2600*1200*9.5mm /standard size plaster board design plaster board Fireproof Plasterboard/Plas



Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages



Export to Russia 2500/2600*1200*9.5mm /standard size plaster board design plaster board Fireproof Plasterboard



Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages



Export to Russia 2500/2600*1200*9.5mm /standard size plaster board design High density fireproof gypsum plaster board with alib



Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages

PLASTERBOARD GYPSUM WALL PANEL products from CHINA GUANGXI ... in direction of China(Mainland)





Export to Russia 2500/2600*1200*9.5mm /standard size plaster paper-faced 2400*1200mm gypsum board, board,dry wall board

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    ✎ Leave Messages





Export to Russia 2500/2600*1200*9.5mm 2400*1200*9.0mm ,waterproof new design faced plaster board regular standard gypsum/

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    ✎ Leave Messages






Export to Russia 2500/2600*1200*9.5mm ,waterproof new faced 1220X2440*9.0MM new advanced technology ceiling rose plaster

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    ✎ Leave Messages






Export to Russia 2500/2600*1200*9.5mm gyp ,waterproof new faced 1220X2440*9.0MM new advanced technology ceiling rose plaster

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    ✎ Leave Messages





Paper faced gypsum board 2400*1200*9mmwaterproof faced 1220X2440*9.0MM new advanced Drywall Gypsum board/ceiling board

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    ✎ Leave Messages





Plasterboard gypsum board 2500/2400*1200*9.5mm paper faced 1220X2440*9.5MM / Standard China high qualityExport to Russia

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    ✎ Leave Messages





Export to Russia 2500/2600*1200*9.5mmPlasterboard faced 1220X2440*9.5MM Plasterboard / Standard China high quality gypsum

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    ✎ Leave Messages





2400*1200*9.5mm boards Building Material ceiling drywall plaster board 1200 x 2400 x 10mm new zealand

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

✉ Contact Supplier    ✎ Leave Messages





plaster board 1200 x 2400 x 10 mm export new zealand 2400*1200mm gypsum board, plaster board, high quality design plaster

6/12/2015 PLASTIC BOARD 1200 x 2400 NAIL PLASTERBOARD ALL PLASTER BOARD PLASTIC ARTICLE 1 Wall direction Guang Mainland)

Case 2:09-md-02047-EEF-MBN Document 20688-182 Filed 02/23/17 Page 35 of 53








Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages



**1200 x 2400 x 10 mm export new zealand 2400*1200mm gypsum design paper faced gypsum board plaster board ceiling**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages



**1200 x 2400 x 10 mm export new zealand 2400*1200mm gypsum design paper faced gypsum board regular standard gypsum/ plaster dry**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages






**1200 x 2400 x 10 mm export new zealand 2400*1200mm gypsum design paper faced gypsum board regular standard**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages






**1200 x 2400 x 10 mm export new zealand 2400*1200 mm paper faced Plasterboard(regular) Common plaster**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages





**1200 x 2400 x 10 mm export new zealand 2400*1200 mm paper Plasterboard(regular) Common plaster Favorites**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages





**1200 x 2400 x 10 mm export new zealand 2400*1200 mm thick 15mm Gypsum board /normal gypsum plaster board**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages





**1200 x 2400 x 10 mm export new zealand 2400*1200 mm 15mm Gypsum board /normal gypsum plaster**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages





**1200 x 2400 x 10 mm export new zealand 2400*1200 mm 15mm Gypsum board /normal gypsum plaster board 16mm**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages





1200 x 2400 x 10 mm export new zealand 2400*1200 mm Paper faced plaster board with eight hole type drywall plaster board produ

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages



1200 x 2400 x 10 mm export new zealand 2400*1200 mm Paper faced plaster board with eight hole type drywall plaster

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier    Leave Messages



ceiling t bar T-grid system ceiling access panels/603*603*8mm PVC Laminated Gypsum Ceiling Tiles 595mm*595mm #997

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages



ceiling t bar system ceiling access panels/603*603*8mm PVC Laminated Gypsum Ceiling Tiles 595mm*595mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages



ceiling t bar system ceiling access panels/603*603*8mm PVC Laminated Gypsum Ceiling Tiles 595mm*595mm 595x595mm PVC Laminated

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages

☐ Display similar products

◀ 1 ... 4 5 6 7 8 9 10 ▶          Go to Page [____] Go

## Main Products







Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

EMBOSS LAMINATED GYPSUM CEILING TIL...

PVC LAMINATED GYPSUM CEILING TILE 6...

EMBOSS/PVC LAMINATED GYPSUM CEILING...

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - العربية

Alibaba Group: Alibaba China - Alibaba International | AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site Please input a keyword or Post Buying Request

Verified Supplier | Taishan Gypsum Co., ... Add Company to My Favorites Onsite Check

Communicate with Supplier

What can I do for you?

Contact Supplier

Service Center Online

Bill Che

JACK YUAN

Home | Product Categories | Company Profile | My Page 1 | My Page 2 | Contact

Home > Product Categories

Search products here

Product Showcase

## Product Categories

- PLASTERBOARD
- GYPSUM BOARD WALL P...
- GYPSUM BOARD CEILIN...
- GYPSUM BOARD SYSTEM
- ROCK WOOL
- ACCESSARIES FOR STE...
- T-GRID
- GYPSUM CEILING TILES
- STEEL FRAME
- GYPSUM BOARD
- Ungrouped

## Related Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

## All Products

Click + to select products and contact the supplier.

View as: 7 of 10 Page

**Selected Products (0/20)** Contact Supplier

ceiling tile T-bar system ceiling access panels/603*603*8mm PVC Laminated Gypsum Ceiling Tiles 595mm*595mm 595x595mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

ceiling tile T-grid system ceiling access panels/603*603*8mm PVC Laminated Gypsum Ceiling Tiles 595mm*595mm 595x595mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

Minisite Survey

ceiling tile T-grid system ceiling access/603*603*8mm PVC Laminated pvc gypsum ceiling tiles 595*1195*9mm for South

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

ceiling tile T-grid system/603*603*8mm PVC Laminated pvc gypsum ceiling tiles 595*1195*9mm for South

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

PVC gypsum ceiling tile /603*603*8mm PVC Laminated gypsum ceiling tiles low price 9.5cmx59.5cm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

ceiling tile T-grid system/603*603*8mm PVC Laminated pvc gypsum 595*1195*9mm vinyl laminated gypum ceiling tiles

Min. Order: 3500 Square Meters





EMBOSS LAMINATED GYPSUM CEILING TII



PVC LAMINATED GYPSUM CEILING TILE 6...





**Contact Supplier**   Leave Messages

---

ceiling tile T-grid system/603*603*8mm PVC Laminated 595*1195*10mm vinyl laminated gypum ceiling tiles



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Contact Supplier**   Leave Messages



---

60*60 mm gypsum ceiling tiles ceili/603*603*8mm PVC Laminated gypsum South Africa Printing PVC panel , Waterproof bathroom Low p



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Contact Supplier**   Leave Messages



---

600x600*7mm ceiling tiles /603*603*8mm South Africa Board Ceiling Tiles/ gypsum pvc ceiling tile best price export to Mid-east



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Contact Supplier**   Leave Messages



---

600x600 ceiling tiles /603*603*8mmSouth Africa Mineral Fiber Board Ceiling Tiles/ gypsum pvc ceiling tile best price pvc ceili



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Contact Supplier**   Leave Messages



---

Buy 600x600 ceiling tiles /603*603*8mmSouth Africa Mineral Fiber Board Ceiling Tiles/ gypsum pvc



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Contact Supplier**   Leave Messages



---

Buy 600x600 ceiling tiles /603*603*8mm pvc ceiling pvc panel pvc ceiling tiles



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Contact Supplier**   Leave Messages



---

Buy ceiling tiles /603*603*8mm pvc ceiling tiles mid -east mineral fiber acoustic Perforated acoustic Ceil



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Contact Supplier**   Leave Messages



---

Buy ceiling tiles /603*603*8mm pvc ceiling tiles mid -east mineral fiber acoustic Perforated acoustic PVC LAMINATED GYPSUM CEI



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Contact Supplier**   Leave Messages





Buy ceiling tiles /603*603*8mm pvc ceiling tiles mid -east mineral fiber acoustic Perforated PVC LAMINATED GYPSUM CE

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





603*603*8mm pvc ceiling tiles mid -east mineral fiber acoustic Perforated PVC gypsum ceiling tile 595*595*7mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





Buy /603*603*8mm pvc ceiling tiles mid -east market for CE 600*600*7mm Square PVC Ceiling Tile, PVC Panel ,Interior Wall Pane

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





Buy /603*603*8mm pvc ceiling tiles mid -east market for CE 600*600*7mm Square PVC Ceiling Tile, PVC Panel ,

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





Buy /595*595*8mm pvc ceiling tiles Water Resistant PVC Gypsum CE2014 Suspension fiberglass fiberglass ceiling tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





Buy /595*595*8mm pvc ceiling tiles PVC Gypsum CE2014 Suspension fiberglass fiberglass ceiling tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





Buy /595*595*8mm pvc ceiling tiles fiberglass fiberglass ceiling tiles Various ceiling types of cell ceiling tiles Luxurious!

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages





Buy /595*595*8mm fiberglass fiberglass ceiling tiles Various ceiling types of cell ceiling tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages



Buy /595*595*8mm fiberglass fiberglass ceiling tiles Various ceiling types ceiling tiles

Min. Order: 3500 Square Meters



FOB Price: US $ 0.42 - 0.6 / Piece





Buy /595*595*8mm fiberglass fiberglass tiles Various ceiling types ceiling tiles Beautify your ceiling polyurethane

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece





Buy /595*595*8mm fiberglass fiberglass tiles Colorful Insulated Gypsum Fiber Ceiling Tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece







Suspend Ceiling Tiles 595*595*8mm Mineral Fiber ceiling tile for 600*600mm sizeBuilding Material/Interior Ceiling

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece







Suspend Ceiling Tiles 595*595*8mm PVC laminated gypsum ceiling tilesdecorative alpha gypsum powder plasterboard ceiling tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece





Suspend Ceiling Tiles 595*595*8mm tilesdecorative alpha gypsum powder plasterboard ceiling tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece







Suspend Ceiling Tiles 595*595*8mm t gypsum powder decorative alpha gypsum powder plasterboard ceiling tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece





Suspend Ceiling Tiles 595*595*8mm PVC Laminated Gypsum Ceiling Tiles #996 300-10-F007-1 Hot pvc fireproof ceiling tiles,Hot pvc

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece





Ceiling Tiles 595*595*8mm pvc material metal ceiling tiles High Technology Mineral Fiber Ceiling Tiles In China

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece






**Ceiling Tiles 595*595*8mm pvc material metal ceiling tiles High Technology Mineral Fiber Ceiling Tiles**



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

📧 Contact Supplier    ⊘ Leave Messages



**Ceiling Tiles 595*595*8mm pvc material metal ceiling tiles High Technology Mineral Fiber Ceiling**



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

📧 Contact Supplier    ⊘ Leave Messages



**Ceiling Tiles 595*595*8mm pvc material metal ceiling tiles Mineral Fiber Ceiling**



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

📧 Contact Supplier    ⊘ Leave Messages



**PV C gypsum Ceiling Tiles 595*595*8mm pvcceiling tiles Mineral Fiber Ceiling hot stamping pvc ceiling tiles 595X595*12**



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

📧 Contact Supplier    ⊘ Leave Messages



**Ceiling Tiles 595*595*8mm pvc ceiling tiles Mineral Fiber Ceiling hot flexible pvc**



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

📧 Contact Supplier    ⊘ Leave Messages





☐ Display similar products

◄  1  …  5  6  7  8  9  10  ►          Go to Page [＿＿＿] [Go]

## Main Products



Paper faced gypsum board 2400*1200*...



PAPERFACED ORDINARY 2440*1220*9MM I...



EMBOSS LAMINATED GYPSUM CEILING TIL...



PVC LAMINATED GYPSUM CEILING TILE 6...



EMBOSS/PVC LAMINATED GYPSUM CEILING...

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية - ไทย

Alibaba Group: Alibaba China - Alibaba International - AliExpress - Taobao Marketplace - Tmall.com - eTao - Juhuasuan - Alibaba Cloud Computing - Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.





Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site Please input a keyword or Post Buying Request

Verified Supplier | Taishan Gypsum Co., ... Add Company to My Favorites Onsite Check

Communicate with Supplier
What can I do for you?
Contact Supplier
Service Center Online
Bill Che
JACK YUAN

Home | Product Categories | Company Profile | My Page 1 | My Page 2 | Contact

Home > **Product Categories**

Search products here

**Product Showcase**

## Product Categories

- PLASTERBOARD
- GYPSUM BOARD WALL P...
- GYPSUM BOARD CEILIN...
- GYPSUM BOARD SYSTEM
- ROCK WOOL
- ACCESSARIES FOR STE...
- T-GRID
- GYPSUM CEILING TILES
- STEEL FRAME
- GYPSUM BOARD
- Ungrouped

## Related Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

## All Products

Click + to select products and contact the supplier. View as: 8 of 10 Page

**Selected Products (0/20)** Contact Supplier

Ceiling Tiles 595*595*8mm pvc ceiling tiles Mineral Fiber quality insulation suspended ceiling tiles

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

Ceiling Tiles 595*595*8mm pvc ceiling tiles Mineral Fiber quality insulation suspended ceiling tiles quality insulation

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

Minisite Survey

Ceiling Tiles 595*595*8mm pvc ceiling tiles Mineral Fiber quality insulation suspended ceiling tiles quality pvc interior hot se

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

Ceiling Tiles 595*595*8mm pvc ceiling tiles Mineral Fiber quality insulation suspended ceiling tiles quality pvc interior

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

Ceiling Tiles 595*595*8mm pvc ceiling tiles Mineral Fiber latest decorative material polystyrene artistic ceiling tiles for

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

PVC gypsum Ceiling Tiles 595*595*8mm pvc gypsum ceiling tiles pvc ceiling tiles 603*603*7mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

EMBOSS
LAMINATED
GYPSUM CEILING
TIL...

PVC LAMINATED
GYPSUM CEILING
TILE 6...

**Ceiling Tiles 595*595*8mm pvc ceiling tiles plastic paneAcoustic Mineral wool board ,BNBM Mineral Fiber Acoustic Ceiling**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Ceiling Tiles 595*595*8mm pvc ceiling tiles plastic ceiling wool board ,BNBM Mineral Fiber Acoustic Ceiling**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Ceiling Tiles 595*595*8mm pvc ceiling tiles plastic ceilingAluminum Decorative Ceiling Tiles 1060 3003**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Ceiling Tiles 595*595*8mm pvc ceiling tiles PVC ceiling 600*600mm Aluminum Perforated antibacterial**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Ceiling Tiles 595*595*8mm PVC laminated acoustic ceiling tiles mineral fiber acoustic cPVC laminated gypsum ceiling tile**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Ceiling Tiles 595*595*8mm PVC ceiling tiles mineral fiber acoustic cPVC laminated gypsum ceiling tile**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Ceiling Tiles 595*595*8mm ceiling laminated ceiling ISO9001) decoration foil Favorites Compare Decorative polystyrene**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

**Ceiling Tiles 595*595*8mm ceiling laminated ceiling ISO9001) foil Favorites Compare Decorative polystyrene**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece



Ceiling Tiles 595*595*8mm ceiling laminated ceiling ISO9001) foil Favorites Compare Decorative (with all accessories)lay in alum

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages

Ceiling Tiles 595*595*8mm ceiling interior PVC Board , Gypsum steel fiber/steel roofing ceiling tile with Residential Battens

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages

Ceiling Tiles 603*603*8mm ceiling interior fiberglass drop ceiling tiles BRR11-F096 for hotel decoratione Residential Battens

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages

Ceiling Tiles 603*603*8mm ceiling interior ceiling tiles hotel Residential Wecan 4mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages

Ceiling Tiles 603*603*8mm ceiling interior ceiling hotel Residential Wecan 4mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages

Ceiling Tiles 603*603*8mm ceiling interior ceiling hotel Wecan 4mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages

Ceiling Tiles 603*603*8mm ceiling interior ceiling hotel Wecan customized aluminum ceiling tile/decorative ceiling/new pop ceili

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages

Ceiling Tiles 603*603*8mm ceiling interior ceiling hotel Wecan aluminum ceiling tile/decorative ceiling/new pop ceili

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier    Leave Messages

Ceiling Tiles 603*603*8mm ceiling interior ceiling hotel Wecan aluminum ceiling tile/decorative



ceiling/new Decorative Polystyre

**Ceiling Tiles 603*603*8mm interior ceiling hotel Wecan Ceiling Tile PVDF coated aluminum Favorites Compare Decorative Mineral Wo**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

**Ceiling Tiles 603*603*8mm ceiling hotel coated aluminum Favorites Compare Decorative Mineral**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

**Ceiling Tiles 603*603*8mm ceiling hotel coated aluminum Compare flat ceiling t-grid /fireproof ceiling grid /frames**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

**Ceiling Tiles 603*603*8mm ceiling hotel Suspension Ceiling T-grid/T-bar T-Grid for Gypsum ceiling Ceiling T-Grid / Ceiling T-bar**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

**Ceiling Tiles 603*603*8mm ceiling hotel Suspension Ceiling T-grid/T-bar for Gypsum / good quanlity ceiling t g panel,T-grid wit**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

**Ceiling Tiles 603*603*8mm ceiling hotel Suspension Ceiling T-grid/T-bar for Gypsum / good quanlity ceilingSteel frame ceiling**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

**Ceiling Tiles 603*603*8mm ceiling hotel Suspension Ceiling T-grid/T-bar for Gypsum baking t-grid for suspended ceiling/exposed**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

✉ Contact Supplier     Leave Messages

**PVC gypsum ceiling tiles 603*603*7mm PVC ceiling tile Suspension T-grid Ceiling Groove , gypsum ceiling, Emboss ceiling tile**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.37 - 0.6 / Piece

Contact Supplier  Leave Messages

[Ceiling Tiles 603*603*8mm ceiling tile Ceiling galvanized Light steel t-grid T-Grids 32x24x0.3mm ISO9001]

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier  Leave Messages

[Ceiling Tiles 603*603*8mm ceiling tile Ceiling galvanized Light steel t-grid tee/t-bar/Ceiling T]

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier  Leave Messages

[Ceiling Tiles 603*603*8mm ceiling tile Quality t-grids accessories supereago-pvc]

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier  Leave Messages

[Ceiling Tiles 603*603*8mm ceiling tile Quality groove /main Ceiling t-bar,Good decorative properties painted aluminum T-Grid cei]

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier  Leave Messages

[Ceiling Tiles 603*603*8mm ceiling for gypsum board t-grid Ceiling decorative material-pvc]

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier  Leave Messages

Display similar products

1 ... 5 6 7 8 9 10  Go to Page  Go

## Main Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

EMBOSS LAMINATED GYPSUM CEILING TIL...

PVC LAMINATED GYPSUM CEILING TILE 6...

EMBOSS/PVC LAMINATED GYPSUM CEILING...

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia
Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية
Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay
Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use







Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site Please input a keyword or Post Buying Request

Verified Supplier | Taishan Gypsum Co., ... Add Company to My Favorites Onsite Check

Communicate with Supplier
What can I do for you?
Contact Supplier
Service Center Online
Bill Che
JACK YUAN

Search products here

Product Showcase

## Product Categories

- PLASTERBOARD
- GYPSUM BOARD WALL P...
- GYPSUM BOARD CEILIN...
- GYPSUM BOARD SYSTEM
- ROCK WOOL
- ACCESSARIES FOR STE...
- T-GRID
- GYPSUM CEILING TILES
- STEEL FRAME
- GYPSUM BOARD
- Ungrouped

## Related Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

## All Products

Click to select products and contact the supplier. View as: 9 of 10 Page

**Selected Products (0/20)** Contact Supplier

Paper faced plaster board gypsum board 2400*1200*9.0mm export new zealand /wall panel 7/7.5/8/9/12/12.5mm

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

Contact Supplier Leave Messages

Ceiling Tiles 603*603*7.5mm PVC ceiling tile High Quality south america Ceiling T-Grid Usual Metal T-grid with ISO Standard

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

Minisite Survey

CHINA PVC GYPSUM CEILING TILES WITH THE ALUMINIUM FOIL BACK ,595*595mm Celing Africa russia

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

PVC GYPSUM CEILING TILES WITH ALUMINIUM FOIL BACK ,603*603*7mm Africa price/good quality PVC gypsum ceiling 595*595*8mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

CHINA PVC GYPSUM CEILING TILES WITH THE ALUMINIUM FOIL BACK ,603*603*9mm Africa PVC gypsum ceiling

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier Leave Messages

pvc gypsum ceiling tile 603*603*7mm Quality white 595*595*8mm PVC Ceiling (ISO14001 , ISO9001)

Min. Order: 3500 Square Meters

EMBOSS LAMINATED GYPSUM CEILING TIL...

PVC LAMINATED GYPSUM CEILING TILE 6...

PVC gypsum ceiling tile 603*603*7mm Quality white pvc gypsum ceiling (ISO14001 , ISO9001)Suspended PVC False Gypsum

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

📧 Contact Supplier    Leave Messages

603*603*7mm white pvc gypsum ceiling BUILDING MATERIALS 595*595mm (ISO14001 , ISO9001)

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

📧 Contact Supplier    Leave Messages

603*603*8mm white pvc gypsum ceiling 600x600mm gypsum ceiling tiles,pvc ceiling (ISO14001 , ISO9001)SGS

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

📧 Contact Supplier    Leave Messages

603*603*8mm white pvc gypsum ceiling (ISO14001 , ISO9001)SGS High Quality Moisture Proof Gypsum Board waterproof pvc ceiling boa

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

📧 Contact Supplier    Leave Messages

603*603*8mm white pvc gypsum (ISO14001 , ISO9001)SGS High Quality Moisture Proof Suspension PVC CEILING TILE

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

📧 Contact Supplier    Leave Messages

603*603*8mm white pvc gypsum (ISO14001 , ISO9001)SGS High Quality Moisture Proof Suspension PVC CEILING TILE Korea

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

📧 Contact Supplier    Leave Messages

PVC laminated Gypsum Board (154/991/996)lowest price and best quality

Min. Order: 3500 Square Meters
FOB Price: US $ 1.0 - 1.5 / Square Meter

📧 Contact Supplier    Leave Messages

Embossed Gypsum Board with low price and good quality.

Min. Order: 3500 Square Meters
FOB Price: US $ 1.24 - 1.8 / Square Meter

📧 Contact Supplier    Leave Messages



**Prices Gypsum Board originate from the largest manufacturer in China.**

Min. Order: 3000 Square Meters
FOB Price: US $ 0 - 9999999 / Square Meter

☑ Contact Supplier       ⬜ Leave Messages

**8mm/9.0mm thicknessTaishan brand plaster ceilingspvc laminated gypsum ceiling tiles /PVC Gypsum Board Suspended Ceiling Panels**

Min. Order: 3500 Square Meters
FOB Price: US $ 1.57 - 1.76 / Square Meter

☑ Contact Supplier       ⬜ Leave Messages

**paper for gypsum board, craft paper**

Min. Order: 25 Tons
FOB Price: US $ 500 - 600 / Ton

☑ Contact Supplier       💬 Chat Now!

**Drywall lift (plaques de platre et panneau de levage)**

FOB Price: US $ 60 - 100 / Piece

☑ Contact Supplier       💬 Chat Now!

**600*600*7mm Quality white pvc gypsum ceiling BUILDING MATERIALS 595*595mm PVC Ceiling Tiles ( waterproof , tidy , ISO9001)**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

☑ Contact Supplier       ⬜ Leave Messages

**9.5mm gypsum board High quality gypsum board drywall real factory export South africa**

Min. Order: 3000 Square Meters
FOB Price: US $ 1.2 - 1.7 / Square Meter

☑ Contact Supplier       ⬜ Leave Messages

**PAPERFACED GYPSUM BOARD 2440*1220MM *9.5mm ISO14001/ISO9001and SGS plasterboard factory export South Africa**

Min. Order: 3000 Square Meters
FOB Price: US $ 0.8 - 1.7 / Square Meter

☑ Contact Supplier       ⬜ Leave Messages

**603*603*7mm Quality white pvc gypsum ceiling BUILDING MATERIALS 595*595*7mm PVC Ceiling Tiles ( waterproof , tidy , ISO9001)**

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

☑ Contact Supplier       ⬜ Leave Messages

**603*603*7mm white pvc gypsum ceiling BUILDING MATERIALS 595*595*7mm PVC Ceiling TilesRepublic of the Congo**



Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier     Leave Messages

603*603*7mm white pvc gypsum ceiling 595*595*8mm PVC Ceiling Tiles export to Ghana and namibia 603*603*7mm

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier     Leave Messages

embossed gypsum board 600*600*7mm best prices

Min. Order: 3500 Square Meters
FOB Price: US $ 1.14 - 1.5 / Square Meter

Contact Supplier     Leave Messages

Joint tape for Drywall gypsum board 5cm*75m for drywall and ceiling Quality paper joint tape for plasterboard drywall

Min. Order: 500 Boxes
FOB Price: US $ 10 - 120 / Carton

Contact Supplier     Leave Messages

hanger rod for gypsum board ceiling systerm M8 /M6 *3000mm hanger for plasterboard steel threaded rod

Min. Order: 3000 Boxes
FOB Price: US $ 400 - 5000 / Meter

Contact Supplier     Leave Messages

PVC LAMINATED Gypsum ceiling tile /595*595*7mm pvc gypsum ceiling tiles /Aluminium 595x595mm Lay on ceiling /PVC Gypsum ceiling

Min. Order: 3500 Square Meters
FOB Price: US $ 0.42 - 0.6 / Piece

Contact Supplier     Leave Messages

low price pvc gypsum ceiling tiles595*595*7mm for Africa mid-east market Certified ceiling PVC gypsum ceiling tiles 60*60

Min. Order: 3500 Square Meters
FOB Price: US $ 0.48 - 0.6 / Piece

Contact Supplier     Leave Messages

pvc gypsum ceiling tiles595*595*7mm PVC laminated gypsum ceiling board/ false tile/pvc gypsum ceiling tile

Min. Order: 3500 Square Meters
FOB Price: US $ 0.48 - 0.6 / Piece

Contact Supplier     Leave Messages

595*595mm/606*603mm/595*1195mm/603*1212mmCheap vinyl coated gypsum ceiling tiles #991export to Austrilia,Brazil

Min. Order: 3500 Square Meters
FOB Price: US $ 0.48 - 0.6 / Piece

Contact Supplier     Leave Messages



595*595mm/606*603mm/595*1195mm/603*1212mm pvc gypsum ceiling tile factory#991export to Austrilia,Brazil

Min. Order: 3500 Square Meters
FOB Price: US $ 0.48 - 0.6 / Piece

Contact Supplier     Leave Messages

U/C shaped Light steel keel Ceiling Grid Steel Keel/Drywall Partition Metal Profile/Furring Channel

Min. Order: 5000 Pieces
FOB Price: US $ 1.0 - 1.5 / Meter

Contact Supplier     Leave Messages

perforated gypsum ceiling tile, ACOUSTICAL CEILING

Min. Order: 3000 Square Meters
FOB Price: US $ 1.5 - 2 / Square Meter

Contact Supplier     Chat Now!

Painted gypsum ceiling tiles Fine Fissured or plain, embossed gypsum ceiling

Min. Order: 3000 Square Meters
FOB Price: US $ 0.90 - 1.02 / Square Meter

Contact Supplier     Chat Now!

Gypsum board(standard\fire-proof \moisture-proof)

Min. Order: 5500 Square Meters size:2400*1200*9.5mm
FOB Price: US $ 0.97 - 2 / Square Meter

Contact Supplier     Leave Messages

☐ Display similar products

◀  1  ...  5  6  7  8  9  10  ▶                    Go to Page [    ] Go

## Main Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

EMBOSS LAMINATED GYPSUM CEILING TIL...

PVC LAMINATED GYPSUM CEILING TILE 6...

EMBOSS/PVC LAMINATED GYPSUM CEILING...

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - العربية اللغة

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site Please input a keyword or Post Buying Request

Verified Supplier | Taishan Gypsum Co., ... Add Company to My Favorites Onsite Check

Communicate with Supplier
What can I do for you?
Contact Supplier
Service Center Online
Bill Che
JACK YUAN

Search products here

**Product Showcase**

## Product Categories

- PLASTERBOARD
- GYPSUM BOARD WALL P...
- GYPSUM BOARD CEILIN...
- GYPSUM BOARD SYSTEM
- ROCK WOOL
- ACCESSARIES FOR STE...
- T-GRID
- GYPSUM CEILING TILES
- STEEL FRAME
- GYPSUM BOARD
- Ungrouped

## Related Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

## All Products

Click + to select products and contact the supplier.

View as: 10 of 10 Page

**Selected Products (0/20)** Contact Supplier

### Vinyl clad ceiling tiles with low price and best quality

Min. Order: 1 Twenty-Foot Container
FOB Price: US $ 1.02 - 1.3 / Square Meter

Contact Supplier Leave Messages

### fissured vinyl ceiling tile 600 x 600 x 9mm #631/#635

Min. Order: 6000 Square Meters
FOB Price: US $ 1.12 - 1.16 / Square Meter

Contact Supplier Leave Messages

Minisite Survey

### paper faced gypsum cornice

Contact Supplier Chat Now!

### Taishan gypsum board

FOB Price: US $ 0.97 - 2 / Square Meter

Contact Supplier Leave Messages

### The lowest price and high quality PVC gypsum ceiling tiles

Min. Order: 5000 Square Meters
FOB Price: US $ 0.3 - 5 / Piece

Contact Supplier Leave Messages

### Taishan high quality and china top brand gypsum board

Min. Order: 1000 Pieces
FOB Price: US $ 1 - 5 / Piece





EMBOSS LAMINATED GYPSUM CEILING TIL...

PVC LAMINATED GYPSUM CEILING TILE 6...

**Rockwool Insulation Fireproof Price1200*600* 50mm Board Rock Wool**

Min. Order: **50 Tons**
FOB Price: **US $ 1000 - 2000 / Ton**

☑ Contact Supplier　⊙ Leave Messages

☐ Display similar products

◀ 1 ... 5 6 7 8 9 10 ▶　　Go to Page [     ] Go

### Main Products

Paper faced gypsum board 2400*1200*...

PAPERFACED ORDINARY 2440*1220*9MM I...

EMBOSS LAMINATED GYPSUM CEILING TIL...

PVC LAMINATED GYPSUM CEILING TILE 6...

EMBOSS/PVC LAMINATED GYPSUM CEILING...

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.