# Exhibit "146"

T: 6/2/15-6/4/15

Exhibit 44-1(I)

CONTEMPT
Exhibit 182



Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site | Please input a keyword or Post Buying Request

Unverified Supplier | China National Build... ▾ Add Company to My Favorites

Communicate with Supplier
What can I do for you?
Contact Supplier
Li Guanghui

# China National Building Materials And Equipement Impor... rp.

Home | Product Categories ▾ | Company Profile ▾ | Contacts

Unverified Supplier - China National Building Materials And Equipement Import and Export Corp.

China (Mainland) | Contact Details

Experience:
Established 0

Search products here

## Product Categories

- Timber & Plank
- Doors & Windows
- Building Glass
- Fiberglass
- Decorative Materials
- See All Categories

## Company Introduction

| | |
|---|---|
| Business Type: | Trading Company |
| Location: | Beijing, China (Mainland) |
| Year Established: | 0 |
| Total Annual Sales Volume: | Below US$1 Million |
| Main Products: | Windows and doors |
| Main Markets: | North America |

Learn more about us ▸

Mr. Li Guanghui
Leave Messages
Contact Supplier

## Main Products

All Kinds of Gypsum Board

Crystallized Glass Slab

Mirror

Reflective Glass

Film Faced Plywood

**Email to this supplier**

To: Li Guanghui

*Message:

Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.

**Send**

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

6/12/2015                   Timber & Plank, Doors & Windows, Building Glass direct from China (Mainland)

**Alibaba.com**   Welcome to Alibaba.com , **Join Free** | **Sign In** | **My Alibaba**    On Site ▾ |  Please input a keyword   🔍   or   **Post Buying Request**

**Unverified Supplier** | China National Build... ▾    ⭐  Add Company to My Favorites



# China National Building Materials And Equipement Impo...   ...rp.

Communicate with Supplier ◀
What can I do for you?
✉ Contact Supplier
Li Guanghui

| Home | Product Categories ▾ | Company Profile ▾ | Contacts |

Home > Product Categories

Search products here   🔍

**Product Categories**

- Timber & Plank
- Doors & Windows
- Building Glass
- Fiberglass
- Decorative Materials

## All Products

Click ➕ to select products and contact the supplier.          View as: ☰ ⊞    ◀ ▶ 1 of 1 Page

**Selected Products (0/20)**                                   ✉ Contact Supplier

Film Faced Plywood                Reflective Glass                Mirror

Crystallized Glass Slab           All Kinds of Gypsum Board       Ministia Survey

☐ Display similar products

◀ 1 ▶                                              Go to Page [        ] Go

**Related Products**

<

>

6/12/2015                        Timber & Plank, Doors & Windows, Building Glass direct from China (Mainland)

 furniture usage birch plywoodwith t...    

**Buy related wholesale products directly on Aliexpress.com**

   

| | | | | | |
|---|---|---|---|---|---|
| No photo | No photo | No photo | No photo | No photo | No photo |
| 1220*2440mm E0 glue poplar plywood,... | Teak Veneer Plywood | KSA construction plywood | 18mm marine plywood | 18mm and 19mm black or brown film f... | High Industry Standard Rotary Curve... |

Browse by Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

**Alibaba.com®**   Welcome to Alibaba.com , Join Free | Sign In | My Alibaba   On Site ▼ | Please input a keyword   🔍 or   Post Buying Request

Unverified Supplier   China National Build... ▼   ★ Add Company to My Favorites

Communicate with Supplier ◄   mber

China National Building Materials And Equipement Impo        rp.

What can I do for you?

✉ Contact Supplier
⚪ Li Guanghui

| Home | Product Categories ▼ | Company Profile ▼ | Contacts |

Home > Company Profile

**Company Overview**
Company Introduction

**Company Capability**
Trade Capacity
Production Capacity

**Business Performance**
Buyer Interactions

### China National Building Materials And Equipement Im...

✉ Contact Supplier      Leave Messages

| | |
|---|---|
| Business Type: | Trading Company |
| Main Products: | Windows and doors |
| Location: | Beijing, China (Mainland) |
| Year Established: | 0 |
| Number Of Employees: | 101 - 200 People |
| Total Annual Sales Volume: | Below US$1 Million |
| Main Markets: | North America |

With nearly twenty years development sinceWith nearly twenty years development since its establishment in 1985.CBMIE has become the ...More ▸

### Company Capability

Trade Capacity        North America : 100.00%        View More ▸

Production Capacity        -        -        View More ▸

? Ministie Survey

⚠ Re       picious Content on this Page

### Email to this supplier

To:  Li Guanghui

*Message:   [Enter your inquiry details suc ( ·· ) duct name, color, size, MOQ, FOB, etc.                    ]

Your message must be between 20-8000 characters
☑ agree to share my **Business Card** to the supplier.

**Send**

Browse by Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia
Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية
Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay
Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use
Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site | Please input a keyword or Post Buying Request

Unverified Supplier | China National Build... Add Company to My Favorites

Communicate with Supplier

# China National Building Materials And Equipement Impo ... rp.

What can I do for you?

Contact Supplier

Li Guanghui

Home Product Categories Company Profile Contacts

Home > Company Profile > Trade Capacity

**Company Overview**

Company Introduction

**Company Capability**

Trade Capacity

Production Capacity

**Business Performance**

Buyer Interactions

## Trade Capacity

Contact Supplier Leave Messages

### Trade & Market

| Main Markets | Total Revenue (%) |
|---|---|
| North America | 100.00% |

Total Annual Sales Volume: Below US$1 Million

### Email to this supplier

To: Li Guanghui

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.



Trade Capacity - China National Building Materials And Equipement Import and Export Corp.

**Send**

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site | Please input a keyword or Post Buying Request

Unverified Supplier | China National Build... ▾ Add Company to My Favorites

Communicate with Supplier

# China National Building Materials And Equipement Impo...rp.

What can I do for you?

Contact Supplier

Li Guanghui

Home | Product Categories ▾ | Company Profile ▾ | Contacts

Home > Contacts

Unverified Supplier - China National Building Materials And Equipement Import and Export Corp.

China (Mainland) | Contact Details

Experience:
Established 0

## Contact Information

**Mr. Li Guanghui**
Job Title: Project Manager

Contact Supplier

Leave Messages

| | |
|---|---|
| Telephone: | 86-10-88364670 |
| Mobile Phone: | 13501249205 |
| Fax: | 86-10-68311380 |
| Address: | No.11, San Lihe Road, Beijing, China |
| Zip: | 100831 |
| Country/Region: | China (Mainland) |
| Province/State: | Beijing |
| City: | Beijing |

### Company Contact Information

| | |
|---|---|
| Company Name: | China National Building Materials And Equipement Import and Export Corp. |
| Website: | http://www.cbmie.com |
| Website on alibaba.com: | http://lgh07211.fm.alibaba.com |

### Email to this supplier

To: Li Guanghui

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Minisite Survey

Your message must be between 20-8000 characters

☑ agree to share my **Business Card** to the supplier.

Send

Browse by Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

