# Exhibit "147"

T: 6/2/15-6/4/15

Exhibit 44-1(J)

CONTEMPT
Exhibit 183

6/12/2015      CNBM International Corporation - Building materials and equipment,ceiling & partition



## Company Introduction



Verification Type: 💠 A&V Check

💠 Location:      Beijing, China (Mainland)

💠 Year Established:      2004

Business Type:      Manufacturer

Total Annual Sales Volume:      Above US$100 Million

Main Products:      Building materials and equipment,c...

Main Markets:      South Asia, Western Europe, Easte...

Learn more about us ▶

Ms. Lexi Zhao

Leave Messages

✉ Contact Supplier

## Contact Customer Service





Sophia Sun     Jane Zhang     Guanbao Wa...     Joy Huang     Sally Xu     Celine Zhang

     

## Main Categories >



### Rubber & Plastics

   

Hot selling carpet with rubber backing with low price carpet with...

Hot selling knitting nylon yarn with high quality

Brand new high bulk acrylic yarn with great price

Hot selling cotton nylon blend yarn for wholesales

### Mechanical Parts & Fabrication Servi...   Bearings | Pneumatic Parts | Pumps & Parts | Pipe Fittings

6/12/2015                    CNBM International Corporation - Building materials and equipment,ceiling & partition






ISG Vertical Centrifugal Low Pressure Wate Pump Made en China

MZ Magnetic Driven Self-Priming Pump for Onshore Oil Depot and Oi...

High Speed Chinese Manufacturer Rod Linear Bearing

6019 2rs High Presion y High Speed China Manufacturer Deep Groove...

## Tools

Handling Tools  |  Power Tools






POWER LOAD .25 (DISC)

POWER LOAD .27 (STRIP)

ACTUATED TOOL-SDQ103

ACTUATED TOOL-SDQ301

Search products here

## Product Showcase

### Product Categories

Rubber & Plastics

Mechanical Parts & Fabric... >

Tools >

Aluminium >

Automobile & Motorcycle

Chemical >

Construction & Real Estate >

Consumer Electronics >

Energy >

Electrical Equipment & Su... >

Furniture & Furnishing >

Hardware >

Home & Garden >

Home Appliances >

Health & Medical

Lights & Lighting >

Minerals & Metallurgy >

Machinery & Equipment >

Packaging & Printing >







garden furniture with great price C...

2015 New Outdoor Furniture Garden S...

2015 New Outdoor Furniture Garden S...

Heavy Duty Youth Metal Bunk Beds wi...

modern design new center table livi...







2015 New Outdoor Furniture Garden S...

2015 New Outdoor Furniture Rattan G...

Hot selling! Bar Set CMAX-E051

Camp Metal Bunk Beds Adult Metal Bu...

Hot Selling Heavy Duty Queen Iron B...








Brand new Racing Office Mesh Chair ...

Turkish Office FurnitureProfessiona..

Plastic heavy duty office chair cas...

High Chrome Alloy Grinding Ball for...

Fiberglass Geogrid/Geogri/Geog

6/12/2015                    CNBM International Corporation - Building materials and equipment,ceiling & partition

Steel                    >

Ungrouped

**See All Categories**



SMC SHEET
PRODUCTION LINE



GRP/FRP TANK
FILAMENT WINDING



Robot Vacuum
Cleaner Cyclone Wet



Packing tape Bopp /
opp adhesive ta...



Double sided PE
Foam Tape



Fiberglass Waterproof
and Dust Proo...



Brand new camera
crane for sale wit...



Modern Design
Luxury Leather Chair



Hot selling common
nail sizes with ...



Hot selling 12 gauge
galvanized wir...



Best sale 10 gauge
galvanized wire ...



New design
fiberglass mesh with



HPMC
(Hydroxypropyl



Mineral Fiber Ceiling



Gypsum Ceiling Tiles



suspension ceiling
grid



Fiberglass Ceiling
with Tegular Edg...



Plastic PE PP HDPE
PVC PPR Pipe Mak...



API 5CT Casing and
Tubing Pipe



Low cost
prefabricated house



HIGH QUALITY AND
LOW COST HEAVY



Low Cost Container
Houses for Sale ...



Modern design
prefabricated house



Multifunctional
prefabricated house...



Hot selling
prefabricated house



New design
prefabricated



Professional
prefabricated house



TC4808 with CE ISO
certificate top ...



ISG Vertical
Centrifugal Low



Multifunctional COKE
made in China

6/12/2015                    CNBM International Corporation - Building materials and equipment,ceiling & partition











Professional COKE with low price

welded pipe

LSAW Steel Pipe-API Certificate, Do...

ASTM A53/A106/ API 5L GrB Seamless ...

Rectangular Welded Steel Pipe











Brand new anchor brick with high qu...

Professional high alumina refractor...

Price for Fireclay Brick Corundum B...

1260STD Refractory Fiber Cement Boa...

Plastic mica powders for makeup











Refractory High Alumina Fire Brick ...

Corundum Brick with Chrome or Zirco...

High Purity 1260 Ceramic Fiber Blan...

Ceramic Fiber Module Boiler

Plastic high alumina anchor bricks ...

See all products in showcase ▶

## Main Products







roll of waterproof camouflage fabri...
Min. Order: 200 Rolls
FOB Price: US $ 10 - 100 / Roll

Building Roof waterproof membrane w...
Min. Order: 200 Rolls
FOB Price: US $ 10 - 100 / Roll

waterproof pe membrane sheet waterp...
Min. Order: 200 Rolls
FOB Price: US $ 10 - 100 / Roll

### Email to this supplier

To:  Lexi Zhao

∗Message:

6/12/2015                     CNBM International Corporation - Building materials and equipment,ceiling & partition

Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.

**Send**

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.



Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba   On Site | Please input a keyword   or   Post Buying Request

Verified Supplier   CNBM International C...   Add Company to My Favorites   A&V Check   Verified Video

Communicate with Supplier   d Supplier

CNBM

# CNBM International Corporation

What can I do for you?

Contact Supplier

Lexi Zhao

Home | Product Categories | Wholesale | Company Profile | Contacts

Home > Company Profile

**Company Overview**

Company Introduction

**Company Capability**

Trade Capacity

Production Capacity

R&D Capacity

**Business Performance**

Buyer Interactions

**Additional Information**

Trade Shows

## CNBM International Corporation

Contact Supplier   Leave Messages

| | |
|---|---|
| Business Type: | Manufacturer |
| Main Products: | Building materials and equipment,ceiling & partiti on,insulation materials,HVAC products,Car DVD player |
| Location: | Beijing, China (Mainland) |
| Year Established: | 2004 |
| Year start exporting: | 2004 |
| Number Of Employees: | Above 1000 People |
| Total Annual Sales Volume: | Above US$100 Million |
| Main Markets: | South Asia, Western Europe, Eastern Asia, Mid E ast, Oceania |
| Certifications: | ISO9001 |
| Product Certifications: | CE,CE,CE,GS,EMC |
| Average Lead Time: | 20 Day(s) |

CNBM International Corporation, China National Building Materials (Group) Corporation, is one of the largest companies in China buil... More

Minisite Survey

## Company Capability

| | | | |
|---|---|---|---|
| **Trade Capacity** | South Asia : 10.00% | Western Europe : 10.00% | View More |
| **Production Capacity** | Factory Size : 10,000-30,000 square meters | No. of Production Lines : Above 10 | View More |
| **R&D Capacity** | No. of R&D Staff : Above 50 People | | View More |

Report Suspicious Content on this Page

**Email to this supplier**

To: Lexi Zhao

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ agree to share my **Business Card** to the supplier.

Company Overview - CNBM International Corporation

**Send**

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site | Please input a keyword or Post Buying Request

Verified Supplier CNBM International C... Add Company to My Favorites A&V Check Verified Video

Communicate with Supplier

What can I do for you?

Contact Supplier

Lexi Zhao

CNBM

# CNBM International Corporation

Home Product Categories Wholesale Company Profile Contacts

Home > Contacts

Verified Supplier - CNBM International Corporation

China (Mainland) | Contact Details

Experience:
Established 2004
10 years OEM

Performance:
72.4% Response Rate

## Contact Information

**Ms. Lexi Zhao**

Department: Marketing
Job Title: Manager

Contact Supplier

Leave Messages

| | |
|---|---|
| Telephone: | 86-10-57512568 |
| Fax: | 86-10-68796668 |
| Address: | Floor 17-18th,No.4 Building, Zhuyu International Commercial Center, Shouti South Road, Haidian District, Beijing 100048, China. |
| Zip: | 100048 |
| Country/Region: | China (Mainland) |
| Province/State: | Beijing |
| City: | Beijing |

## Company Contact Information

| | |
|---|---|
| Company Name: | CNBM International Corporation |
| Operational Address: | F/17, No. 4 Building, Zhuyu Business Center, 9 Shouti South Road, Haidian Dist., Beijing, China (Mainland) |
| Website: | http://www.okorder.com<br>http://www.icnbm.com |
| Website on alibaba.com: | http://cnbm.en.alibaba.com |

Minisite Survey

## Email to this supplier

To: Lexi Zhao

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ agree to share my **Business Card** to the supplier.

Send

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.



Contact Information for CNBM International Corporation