# Exhibit "148"

T: 6/2/15-6/4/15

Exhibit 44-1(K)

CONTEMPT
Exhibit 184



# CNBM International Engineering Co., Ltd.

Home | Product Categories ▼ | Company Profile ▼ | Contacts



## Company Introduction



| | |
|---|---|
| Verification Type: | Onsite Check |
| Business Type: | Trading Company |
| Location: | Beijing, China (Mainland) |
| Year Established: | 2005 |
| Total Annual Sales Volume: | Above US$100 Million |
| Main Products: | Port Equipment, Pneumatic Shipunlo... |
| Main Markets: | Mid East, Southeast Asia, Africa, We... |

Learn more about us ▶

Mr. Specialist Marketing

Leave Messages

Contact Supplier

Minisite Survey

## Product Showcase




Slewing Gantry Crane with Fixed Bas...

Pneumatic Shipunloader

enameled steel tank(glass-fused-to-...








| | Brick Machine (QFT10-15)/Block | Rubber Tyred Gantry Crane / RTG Cra... | car parking equipment |

See all products in showcase ▶

**Main Products**

**Product Categories**
- Steel structure
- Bulk Materials Handling an...
- Crushing Machinery
- Cable Making Machine
- Car Parking System
- PET/PP Blowing and Molding
- Beverage/Water/Beer Fillin...
- Others
- Ungrouped

See All Categories


car parking equipment
Min. Order: 1 Set as required
FOB Price: US $ 3000 - 6000 / Unit


Rubber Tyred Gantry Crane / RTG Cra...
Min. Order: 1 Set
FOB Price: US $ 900000 - 1500000 / Set


Brick Machine (QFT10-15)/Block Maki...
Min. Order: 1 Set


enameled steel tank(glass-fused-to-...
Min. Order: 100 Cubic Meters


Pneumatic Shipunloader
Min. Order: 1 Set
FOB Price: US $ 500000 - 1500000 / Set


Slewing Gantry Crane with Fixed Bas...
Min. Order: 1 Set
FOB Price: US $ 800000 - 15000000 / Set


Glass-Fused-to-Steel Bolted tank
Min. Order: 1 Set


Rail-Mounted Gantry Crane / RMG Cra...
Min. Order: 1 Set
FOB Price: US $ 100000 - 1800000 / Set


parking equipment
Min. Order: 20 Pieces or as required
FOB Price: US $ 5500 - 6500 / Piece

**Email to this supplier**

To: Specialist Marketing

*Message:

Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ agree to share my **Business Card** to the supplier.

**Send**

---

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.



Alibaba.com Welcome to Alibaba.com , Join Free | Sign In | My Alibaba On Site | Please input a keyword or Post Buying Request

Verified Supplier | CNBM International E... Add Company to My Favorites Onsite Check

Communicate with Supplier

d Supplier

CNBM

# CNBM International Engineering Co., Ltd.

CNBM What can I do for you?

Contact Supplier

Specialist Mar...

Home | Product Categories | Company Profile | Contacts

Home > Company Profile > Trade Capacity

**Company Overview**

Company Introduction

**Company Capability**

Trade Capacity

Production Capacity

R&D Capacity

**Business Performance**

Buyer Interactions

**Additional Information**

Organization Chart

## Trade Capacity

Contact Supplier | Leave Messages

### Trade & Market

| Main Markets | Total Revenue (%) |
|---|---|
| Mid East | 40.00% |
| Southeast Asia | 20.00% |
| Africa | 10.00% |
| Western Europe | 5.00% |
| Eastern Asia | 5.00% |
| North America | 5.00% |
| Oceania | 5.00% |
| Eastern Europe | 5.00% |
| South America | 5.00% |

| | |
|---|---|
| Total Annual Sales Volume: | Above US$100 Million |
| Export Percentage: | 91% - 100% |

### Trade Ability

Case 2:09-md-02047-EEF-MBN   Document 20688-185   Filed 02/23/17   Page 6 of 7

6/12/2015                           Trade Capacity - CNBM International Engineering Co., Ltd.

Language Spoken:            English, Chinese, Spanish, Arabic, French, Russian

**Email to this supplier**

To: Specialist Marketing

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ agree to share my **Business Card** to the supplier.

[Send]

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia
Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية
Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay
Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use
Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

Alibaba.com Welcome to Alibaba.com, Join Free | Sign In | My Alibaba On Site | Please input a keyword or Post Buying Request

Verified Supplier CNBM International E... Add Company to My Favorites Onsite Check

Communicate with Supplier | d Supplier

CNBM What can I do for you?

Contact Supplier

Specialist Mar...

# CNBM International Engineering Co., Ltd.

Home | Product Categories | Company Profile | Contacts

Home > Contacts

Verified Supplier - CNBM International Engineering Co., Ltd.

China (Mainland) | Trading Company | Contact Details

Experience:
Established 2005

## Contact Information

CNBM

**Mr. Specialist Marketing**

Department: Marketing
Job Title: Director

Contact Supplier

Leave Messages

| | |
|---|---|
| Telephone: | 0086-10-68796130 |
| Fax: | 0086-10-68796029 |
| Address: | 19th Floor, building 4, Interwest Business Centre, No.9, Shou Ti South Road, Haidian District, Beijing, China |
| Zip: | 100048 |
| Country/Region: | China (Mainland) |
| Province/State: | Beijing |
| City: | Beijing |

## Company Contact Information

| | |
|---|---|
| ✓ Company Name: | CNBM International Engineering Co., Ltd. |
| ✓ Operational Address: | Floor 19, Building 4, Zhuyu Business Centre, No. 9, Shouti South Road, Haidian District, Beijing, China (Mainland) |
| Website: | http://www.cnbmengineering.com<br>http://www.cnbm.com.cn |
| Website on alibaba.com: | http://cnbmengineering.en.alibaba.com |

Minisite Survey

## Email to this supplier

To: Specialist Marketing

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

☑ I agree to share my **Business Card** to the supplier.

Send

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2015 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

