

Search Alibaba Group

ALIBABA GROUP OFFERINGS ▼          EN ▼

ABOUT US          INVESTOR RELATIONS          NEWS AND RESOURCES          CONTACT US

## OUR BUSINESSES

We operate various businesses and also derive support for our ecosystem from the businesses and services of related and affiliated companies. Our major businesses and the businesses of our related companies and affiliates include:

### TAOBAO MARKETPLACE

China's largest online shopping destination

Launched in May 2003, Taobao Marketplace (www.taobao.com) is the online shopping destination of choice for Chinese consumers looking for wide selection, value and convenience. Shoppers choose from a wide range of products and services on Taobao Marketplace, which features hundreds of millions of product and service listings. Taobao Marketplace was China's largest online shopping destination in terms of gross merchandise volume in 2014, according to iResearch. In addition, the Mobile Taobao App was the No. 1 e-commerce app in China as of the end of March 2015, according to iResearch.

### TMALL.COM

China's largest third-party platform for brands and retailers

Launched in April 2008, Tmall.com (www.tmall.com) is dedicated to providing a premium shopping experience for increasingly sophisticated Chinese consumers in search of top-quality branded merchandise. A large number of international and Chinese brands and retailers have established storefronts on Tmall.com. According to iResearch, Tmall.com was China's largest third-party platform for brands and retailers in terms of gross merchandise volume in 2014.

### JUHUASUAN

Most popular online group buying marketplace in China

Launched in March 2010, Juhuasuan (www.juhuasuan.com) is the most popular online group buying marketplace in China based on monthly active users in 2014, according to iResearch. The platform offers quality products at discounted prices by aggregating demand from numerous consumers. It mainly does this through flash sales which make products available at discounted prices for a limited period of time.

CONTEMPT
Exhibit 185

## ALIEXPRESS

### Popular global consumer marketplace

Launched in April 2010, AliExpress (www.aliexpress.com) is a global retail marketplace targeted at consumers worldwide, many of them located in Russia, Brazil and the United States. The platform enables consumers from around the world to buy directly from wholesalers and manufacturers in China and have access to a wide variety of products at competitive prices.

## ALIBABA.COM

### Leading platform for global wholesale trade

The first business of Alibaba Group, Alibaba.com (www.alibaba.com) is the leading platform for global wholesale trade serving millions of buyers and suppliers around the world. Through Alibaba.com, small businesses can sell their products to companies in other countries. Sellers on Alibaba.com are typically manufacturers and distributors based in China and other manufacturing countries such as India, Pakistan, the United States and Thailand.

## 1688.COM

### Leading online wholesale marketplace in China

Launched in 1999, 1688.com (www.1688.com) is a leading online wholesale marketplace in China. It serves as a wholesale channel for merchants doing business on Alibaba Group's retail marketplaces to source products from domestic wholesalers.

## ALIMAMA

### Leading online marketing technology platform

Launched in November 2007, Alimama (www.alimama.com) is an online marketing technology platform that offers sellers on Alibaba Group's marketplaces online marketing services for both personal computers and mobile devices. Through the Taobao Affiliate Network, Alimama also provides those sellers with such marketing services on third-party websites.

## ALICLOUD (ALIBABA CLOUD COMPUTING)

### Developer of platforms for cloud computing and data management

Established in September 2009, AliCloud (www.aliyun.com), Alibaba Group's cloud computing arm, develops highly scalable platforms for cloud computing and data management. It provides a comprehensive suite of cloud computing services to support the participants of Alibaba Group's online and mobile commerce ecosystem, including sellers, and other third-party customers and businesses.

## ANT FINANCIAL SERVICES GROUP

### Financial services provider focused on serving small and micro enterprises and consumers

Ant Financial Services Group is focused on serving small and micro enterprises as well as consumers. With the vision "to turn trust into wealth," Ant Financial is dedicated to building an open ecosystem of Internet thinking and technologies while working with other financial institutions to support the future financial needs of society. Businesses operated by Ant Financial Services Group include Alipay, Alipay Wallet, Yu'e Bao, Zhao Cai Bao, Ant Micro Loan and Sesame Credit.

Case 2:09-md-02047-EEF-MBN   Document 20688-186   Filed 02/23/17   Page 3 of 5

## CAINIAO LOGISTICS

### Operator of a logistics information platform

Cainiao Logistics is dedicated to meeting the current and future logistics demands of China's online and mobile commerce sector. It operates a logistics information platform which provides real-time access to information for both buyers and sellers, as well as information that allows delivery service providers to improve the efficiency and effectiveness of their services. Cainiao Logistics is an affiliate of Alibaba Group.

Case 2:09-md-02047-EEF-MBN   Document 20688-186   Filed 02/23/17   Page 4 of 5



**ABOUT US**

Company Overview

Our Businesses

History and Milestones

Leadership

Culture and Values

Sustainability

Integrity and Compliance

FAQs

**INVESTOR RELATIONS**

Investor Relations Home

Investor News and Events

Annual Meeting

Financials and Metrics

Quarterly Results

SEC Filings

Corporate Governance

**NEWS AND RESOURCES**

Press Releases

Alibaba Defined

Alizila (Corp. News)

In the News

Videos

Media Library

Social Media

**CONTACT US**

Our Offices

Investor Relations Contacts

Media Relations Contacts

Customer Service Contacts

Intellectual Property Protection

CAREERS  |  DISCLAIMER  |  PRIVACY POLICY  |  Copyright Notice © 1999-2016 Alibaba Group Holding Limited and/or its affiliates and licensors. All rights reserved.