Income Statement
For The 12 Periods Ended 12/31/2014

JUSHI USA FIBERGLASS CO., LTD. (GIB)

| | Period to Date | % of Revenue | Year to Date | % of Revenue |

[body of income statement redacted]

Run Date: 12/31/2014 10:46:29AM  
G/L Date: 12/31/2014

Page: 1  
User Logon: G22

**CONTEMPT Exhibit 186**



J-USA-0002461

Income Statement
For The 12 Periods Ended 12/31/2014

JUSHI USA FIBERGLASS CO., LTD. (GIB)

| | Period to Date | % of Revenue | Year to Date | % of Revenue |
|---|---|---|---|---|



Run Date: 12/31/2014 10:46:29AM
G/L Date: 12/31/2014

Page: 2
User Logon: G22

J-USA-0002461.00002