**To:** 'Tiffany Chen'[tiffany.chen@jushiusa.com]; 'Erica Lin'[erica.lin@jushiusa.com]
**From:** Sara Szutu
**Sent:** Mon 3/2/2015 7:48:51 PM
**Importance:** Normal
**Subject:** FW: Re: documents
**MAIL_RECEIVED:** Mon 3/2/2015 7:48:52 PM

**From:** Eason [mailto:guoming.shen@jushi.com]
**Sent:** Saturday, February 28, 2015 9:32 PM
**To:** Ellie.shen; alan.gardiner@jushiusa.com
**Cc:** james.tang; yang.li; 'Sara Szutu'
**Subject:** Re: Re: documents

Dear Alan

this is urgent and important work required by CNBM, pls help try to finish it ASAP.

Thanks

Eason

发件人："Ellie.shen" <Ellie.shen@jushi.com>

发送时间：2015-03-01 13:14

主题：Re: documents

收件人："alan.gardiner@jushiusa.com"<alan.gardiner@jushiusa.com>

抄送："james.tang"<james.tang@jushiusa.com>,"guoming.shen"<guoming.shen@jushi.com>,"yang.li"<yang.li@jushi.com>,"'Sara Szutu'"<sara.szutu@jushiusa.com>

Dear Alan:

Would you please kindly send me the legal opinion as well as the documents of JUSHI USA as well, Thanks!

**CONTEMPT**
**Exhibit 187**



J-USA-0002643

Best Regards

Ellie

---

发件人:Ellie.shen

发送时间:2015-02-12 22:38:26

收件人:alan.gardiner@jushiusa.com

抄送:james.tang; guoming.shen; yang.li

主题:documents

Dear Alan:

您可能知道巨石集团是中国玻纤的全资子公司,而中国建材是中国玻纤的最大股东,实际上巨石集团是央企。

目前中国建材正在对其控股子公司的各下属公司,进行梳理和审核,要求子公司提供相关资料。

As you may know Jushi Group is a wholly owned subsidiary of China Fiberglass, while the controlling shareholder of China Fiberglass is China National Building Materials Group Corporation (CNBM), therefore, Jushi Group is a state owned company.

Currently CNBM requires its subsidiaries to review the legal status of their subsidiaries and asked the subsidiaries to provide some documents.

需要巨石美国提供的具体资料清单如下:

J-USA-0002643.00002

Jushi U.S.A is requested to provide following documents:

(1) 法律意见书（具休见附件，要求当地律师事务所出具，但是对律师事务所的规模等没有具休要求）

(1) Legal Opinion (see the attachment, which shall be given by the local legal firm there is no specific requirement such as the scale of the local firms.

(2)《公司注册证书》、《公司章程》、《商业登记证书》、《法团成立表格》、最近 年的《周年申报表》；如有；

(2) Certification of Incorporation, Articles of Association, Business Registry, Company Registry, Updated Annual Return. If any.

请在2月底之前将上述文件提供给我们。

Please send the documents no later than the end of Feb.

如有任何问题请随时与我们联系。

If you have any questions, do not hesitate to contact us.

非常感谢您们的配合。

Thank you very much for your cooperation in advance.

谢谢!

Thanks!

最好的祝福

Best Regards

Ellie

J-USA-0002643.00003