**To:** tiffany.chen[tiffany.chen@jushiusa.com]; Elaine Leung[elaine.leung@jushiusa.com]
**From:** zhao.yan@jushi.com
**Sent:** Thur 7/24/2014 1:16:22 AM
**Importance:** Normal
**Subject:** Re: Re: 2013 Account Receivable Confirmation Template
**MAIL_RECEIVED:** Thur 7/24/2014 1:16:14 AM

Dear Tiffany,

For the 2 questions, if any AR balance shows in the end of Dec, then we shall issue confirmations to those customers including Hengshi USA. Pls. let me know if any further queries. Thanks!

With my best Regards,

---

颜钊  Howard YAN

> **From:** Tiffany Chen
> **Date:** 2014-07-24 04:28
> **To:** Elaine Leung; zhao.yan
> **Subject:** Re: 2013 Account Receivable Confirmation Template
> Hi Howard,
>
> Below are the questions from Elaine, please advise! Thanks!
>
> Tiffany
> Sent from my iPhone ????
>
> On Jul 23, 2014, at 11:23 AM, "Elaine Leung" <elaine.leung@jushiusa.com> wrote:
>
>> Good Morning Tiffany,
>>
>> Just wondering do I need to send AR confirmation to those customers that purchasing samples? And also, do I need to send AR confirmation to Hengshi USA?
>>
>> Please kindly advise. Thanks!
>>
>> Best regards,
>>
>> Elaine
>>
>> **From:** Tiffany Chen [mailto:tiffany.chen@jushiusa.com]
>> **Sent:** Tuesday, July 22, 2014 9:50 PM
>> **To:** zhao.yan@jushi.com
>> **Cc:** maybal.wong; Elaine Leung



J-USA-0000661

**CONTEMPT**
**Exhibit 188**

**Subject:** Re: 2013 Account Recevivable Confirmation Template

I did resend to Elaine already. Here is her email address: elaine.leung@jushiusa.com. I have include her in this email as well.

Thank you!

Tiffany

Sent from my iPhone ????

On Jul 22, 2014, at 7:21 PM, "zhao.yan@jushi.com" <zhao.yan@jushi.com> wrote:

> Dear Tiffany, Well noted, but the first mail you may wrong sent to me instead Elaine, so may I ask you to send me Elaine's mail address? Thanks!

---

颜 钊  Howard YAN

**From:** Tiffany Chen

**Date:** 2014-07-23 09:50

**To:** zhao.yan@jushi.com

**CC:** maybal.wong

**Subject:** Re: 2013 Account Recevivable Confirmation Template

Maybal and I are on vacation now. Elaine will take care of it and keep us posted. Thanks!

Tiffany

Sent from my iPhone ????

On Jul 22, 2014, at 6:07 PM, "zhao.yan@jushi.com" <zhao.yan@jushi.com> wrote:

> Dear Tiffany,
>
> 谢谢您主持此事！我需要联系Elaine来推进吗？可否告知其邮箱？多有麻烦您。
>
> 祝好
>
> 颜 钊  Howard YAN

J-USA-0000661.00002

发件人： Tiffany Chen

发送时间： 2014-07-22 20:58

收件人： zhao.yan@jushi.com

抄送： maybal.wong

主题： Re: 转发: 2013 Account Recevivable Confirmation Template

Elaine, 您好！

有關此事，您能先著手發給客戶嗎？謝謝！

Tiffany

Sent from my iPhone ????

On Jul 22, 2014, at 2:17 AM, "zhao.yan@jushi.com" <zhao.yan@jushi.com> wrote:

> Hi Maybal,

根据母公司对巨石集团及其下属子公司的"加强内部控制，防范信用风险"的要求和管理层布置的具体工作，我部门将进行2013年度的应收账款对账工作：

Per to parent company's "Enahnce Internal control & prevent credit risk" requirement on Jushi Group & its subsidiaries and management's decision, we will start Account Receivable Reconciliation for the year of 2013：

1. 提供2013年末的应收账款明细。明细需包括：1）客户英文全称；2）截止2013年12月31日账面应收账款金额（报表币种）；

1. Pls. provide Account Receivable detail till to end of Dec, 2013. The detail shall contain: 1) Full English Name of Client; 2) Account receivable Amount of each Client(with Financial Report currency);

2. 按照统一格式（如附件）对每个客户发出对账单，就截止到2013年12月31日的应收账款金额进行对账，并将客户发回的对账单交回总部；若之前2013年度外部审计对客户进行过询证的，可以将外部审计收回的对账单发回总部，无需重复询证。

2. Issue Account Receivable Confirmation to each Client with uniformed

J-USA-0000661.00003

template(as attached) to confirm the Account receivable balance till to end of Dec, 2013, then submit the confirmation to HQ once received; If the external auditors have issued such confirmation to your clients during their 2013 annual external auditing, you could submit such confirmation to HQ to instead the new one to avoid double workload.

由于上述工作的工作量大,且需要与客户进行及时准确的沟通,因此请务必重视并及时就工作推进中存在的问题与我们保持沟通。我们会在每月对相关工作情况进行通报,以确保我们双边的信息一致。

Due to this task will take a long time and need to communicate with clients promptly & accurately, pls. concerate on the process if any problem accured & discuss with us in the first time. We will follow up this task and will have brief monthly to ensure our information sync.

对于上述事宜若存在其他疑问,敬请联系我们,我们会尽快回复相关疑问。谢谢!

If any further queries, pls. do let us know, we shall reply you ASAP. Thanks!

祝好

Regards,

颜钊  Howard YAN

<2013 Account Recevivable Confirmation Template.doc>

J-USA-0000661.00004