### 2014 Renewal Pricing and Loan Condition with Cathay Bank

| 20 million | Term | BBC of Dec 2014 |
|---|---|---|
| Loan Term: | 2 yrs | |
| Interest Rate (Prime 3.25 + 0.5 %) | Floor Rate set at 3.25% | $40,904.49 |
| Audit Fees | $1,200.00 | |
| Year ended Audit by CPA | Unqualify Report | |
| Loan Fees | Waived | |
| | | |
| Documentation Fee / UCC Search Fee | $565.00 | |
| Montly Interest | | $40,904.49 |
| | | |
| Letter of Credit | NONE | |
| | | |
| Minimum current ratio | 1.20:1 | |
| Maximum debts to effective tangible ratio | 3.50:1 | |
| Minimum Subordination Debt | $7.5M | |
| Net profit | $500,000.00 | |
| Minimum effective tangible net worth | $8,500,000.00 | |
| | | |
| Inventory 50% Cap. 8 million | Excluding F/I | $8,487,250.72 |
| Inventory in transit 50% | | |
| Freight & Duty | | |
| 85% of Eligible A/R | | $6,128,743.94 |
| Max. 25% Concentration of A/R | | |
| | | |
| Guarantors | Jushi Group Co. Ltd. | |
| | | |
| Total BBC for Dec 2014 | | $14,615,994.66 |

EXHIBIT
22
DATE: 11/18/15
ROSEMARY LOCKLEAR

**CONTEMPT**
**Exhibit 189**

J-USA-0000281