

Global Banking, Pacific Northwest
MAC P6540-126
999 Third Avenue, 12th Floor
Seattle, WA 98104

January 28, 2014

Mr. Hsiaocheng (Ken) Kao
CNBM Forest Products Canada Ltd.
700 West Georgia Street, 25th Floor
Vancouver, BC V7Y1B3
Canada

Subject: Wells Fargo Bank Account and Wire Transfer Information

Dear Ken:

Welcome to Wells Fargo Treasury Management services.  Your Wells Fargo Commercial Checking account is now open and ready to use.  The bank information for the wire transfer service is as follows:

Account Name: ███████████████████
Account #: ██████████
Routing #: ████████ (Routing is used for domestic wire transfers within US.)
Swift #: ██████ (Swift is used for international wire transfers outside US.)
Bank Name/Address:  Wells Fargo Bank, N.A. / San Francisco, CA

If you have any questions or need further information, please contact me at 206-292-3519.

Sincerely,

Tony Liebo
Senior Vice President

**FP: Exhibit 465**

**CONTEMPT
Exhibit 191**

*Together we'll go far*

CNBMFP00005011