Translation of CNBMUSA00002341-2342
CNBMUSA00002341

CNBM (USA) CORP.

Bank Add.: 2225 W. Commonwealth Ave. Suite #116, Alhambra, CA 91803, USA    (new address)

Tel:    001-626-588-2211       Fax:      001-626-588-2210

CNBM USA has no resident personnel at present. It will be a little difficult to officially conduct local business in the United States due to limited conditions. But the bank account of CNBM USA is very active. In order to give more credit to CNBM USA, I hope departments with resources can cooperate with CNBM USA using the latter's platform in conducting export and intermediary businesses. TT's business now can be operated through CNBM USA. But the letter of credit business cannot be operated at present because it is impossible to communicate with the bank face to face, there is no line of credit in the bank, and the operating costs for letter of credit are relatively high. Below is the summarized bank account information of CNBM USA:

HSBC account information of CNBM USA
Beneficiary:    CNBM (USA) CORP.
Bank Name:    HSBC Bank USA, NA, Alhambra Office
Account No.:   ▇▇▇▇▇▇▇▇
ABA No.:       ▇▇▇▇▇▇▇▇
SWIFT Code:    ▇▇▇▇▇▇▇▇
Bank Add:    590 West Main St., Alhambra, CA 91801, USA

Note: HSBC conducts extensive international businesses, and it can charge US dollars   (and can only charge US dollars), and make payments in euro, yen and other foreign currencies, which will be translated at the foreign exchange quotation of HSBC on the payment date. Currently, HSBC online banking has been opened, and can be operated directly in China.

East West Bank account information of CNBM USA
Beneficiary:    CNBM (USA) CORP.
Bank Name:    East West Bank
Account No.:   ▇▇▇▇▇▇
SWIFT Code:    ▇▇▇▇▇▇▇▇
Bank Add.: 135 N. Los Robles Ave., Suite 600, Pasadena, CA 91101, USA

Note: East West Bank offers limited international business operation, and needs an intermediary bank for payments outside of the United States, taking a long time as the route is long. It can operate foreign currency businesses, but application shall be made during the business hours of East West Bank. East West Bank offers online banking service at present, which can be operated directly in China.

Account information of Bank of China, Los Angeles Branch of CNBM USA
Beneficiary:    CNBM (USA) CORP.
Bank Name:    Bank of China, Los Angeles Branch
Account:    ▇▇▇▇▇▇
SWIFT Code:    ▇▇▇▇▇▇▇▇
Bank Add.: 444 S. Flower Street, 39th Floor, Los Angeles, CA 91748, USA

Note: As Bank of China, Los Angeles Branch offers no online banking service, direct operation in China is impossible at present.

CONTEMPT
Exhibit 192

CNBMUSA:   Exhibit 576

**CNBMUSA00002342**

The sales volume of CNBM International totaled RMB 34,947,375.9 in the United States in 2012. Seven products generated sales volume of more than RMB one million, including refractory ceramic fiber blanket, the sales volume of which was the highest, amounting up to RMB 5,357,151.57.

Below is the distribution of the main products sold in the U.S.:

| Product | Percentage |
|---|---|
| Refractory - Ceramic fiber blanket | 19% |
| Insulation material - polyethylene | 16% |
| Natural rubber | 15% |
| Foil | 14% |
| Glass fiber materials - alkali-free spray-up roving | 9% |
| Galvanized steel sheet / coil | 9% |
| Solar modules | 4% |
| Drywall / ceiling | 3% |
| Foil tape | 3% |
| Hollow plastic plate | 3% |
| Steel tube | 3% |
| Aluminum board | 2% |

In 2012, the amount of intermediary trade, mainly recycled material products, operated through CNBM USA stood at RMB 9.889 million.

Chinese Building materials International US Corporation

CNBM(USA)CORP.
Address: 2225 W. Commonwealth Ave. Suite #116, Alhambra, CA 91803, USA (new address)

Tel:001-626-588-2211 Fax:001-626-588-2210 at present, the American Corporation variable being stationed personnel, were limited by the condition, develops the official US territory service to be a little difficult, but the American Corporation bank account is very active, in order to gives US Corporation to obtain more credit, hopes that has the resources department to be possible using the American Corporation platform to cooperate together, develops the export and import service. At present, the TT service may operate through American Corporation, because the letter of credit service is unable to realize with bank the connection in front, simultaneously does not have the credit specified amount in the bank, and operating cost of letter of credit is also quite high, at present is still not able to operate. Following, makes the American Corporation's bank account information a summary:

American Corporation HSBC account information

Beneficiary: CNBM(USA)CORP.
Bank Name: HSBC Bank USA, NA, Alhambra Office

Account No.: ▇▇▇▇▇▇▇▇ ABA No.: ▇▇▇▇▇▇▇▇

SWIFT Code: ▇▇▇▇▇▇▇▇ Bank Add: 590 West Main St., Alhambra, CA 91801, USA

Note: HSBC international presence is widespread, may receive US dollar (only to receive US dollar), foreign payment euro, Japanese Yen and other foreign currencies, according to payment on the same day HSBC foreign exchange rate conversion. At present, the HSBC net silver has cleared, may operate internally directly.
American Corporation Gorgeous bank account information Beneficiary: CNBM(USA)CORP.

Bank Name: East West Bank Account No.: ▇▇▇▇▇▇▇▇

SWIFT Code: ▇▇▇▇▇▇▇▇ Bank Add.: 135 N. Los Robles Ave., Suite 600, Pasadena, CA 91101, USA

Note: The gorgeous bank international presence operation is limited, must pass to the loans payment outside US changes professions, the way is long, the time of expenditure is long. Also may operate the foreign currency payment service, but must apply in the American Gorgeous Bank's operating time. At present, the gorgeous bank wins net silver medal, may operate internally directly.

American Corporation Bank of China Los Angeles branch accounts information

Beneficiary: CNBM(USA)CORP.
Bank Name: Bank of China, Los Angeles Branch

Account: ▇▇▇▇▇▇ SWIFT Code: ▇▇▇▇▇▇▇▇

Bank Add.: 444 S. Flower Street, 39th Floor, Los Angeles, CA 91748, USA note: Bank of China Los Angeles Branch non-net silver service, therefore presently is unable to operate internally directly.
In 2012 the building materials international sell the aggregate amount in the US are 34947375.9 Yuan. Over a million products have 7, what the sales volume is highest is the fire-proof material ceramic fiber blanket, the sales volume amounts to 5357151.57 Yuan.

Main product distribution is as follows:

In 2012, the transit trade amount that operates through American Corporation is 9.889 million Renminbi,

is mainly the breeder material product.

--- Summary Information ---
1: 936 PID_TITLE: American Corporation HSBC account information PID_SUBJECT:
PID_AUTHOR: ThinkPad PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: ThinkPad PID_REVNUMBER: 10 PID_APPNAME:
Microsoft Office Word PID_EDITTIME: Mon Jan 01 09:04: 00 CST 1601 PID_CREATE_DTM: Thu Aug 08
13:51: 00 CST 2013 PID_LASTSAVE_DTM: Tue Aug 20 11:09: 00 CST 2013 PID_PAGECOUNT: 1
PID_WORDCOUNT: 197 PID_CHARCOUNT: 1126 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: Lenovo PID_LINECOUNT: 9 PID_PARCOUNT: 2 17: 1321 23:
726502 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

中国建材国际美国公司
CNBM（USA）CORP.
地址： 2225 W. Commonwealth Ave. Suite #116, Alhambra, CA 91803, USA （新地址）
Tel：001-626-588-2211     Fax：001-626-588-2210

目前，美国公司无常驻人员，受条件所限，开展正式的美国本土业务有点困难，但美国公司银行账户很活跃，为了能给美国公司获得更多的授信，希望，有资源的部门可以利用美国公司的平台一起合作，开展出口和转口业务。目前，TT 的业务可以通过美国公司操作，信用证业务由于无法实现和银行的当面交接，同时在银行也没有授信额度，且信用证的操作成本也比较高，目前尚无法操作。以下，将美国公司的银行账户信息做一总结：

美国公司汇丰银行账户信息
Beneficiary: CNBM（USA）CORP.
Bank Name: HSBC Bank USA, NA, Alhambra Office
Account No.: ███████
ABA No.: ███████
SWIFT Code: ███████
Bank Add: 590 West Main St., Alhambra, CA 91801, USA
注：汇丰银行国际业务广泛，可收取美元（只能收取美元），对外支付欧元，日元等其他外币，按支付当日汇丰银行外汇牌价折算。目前，汇丰银行网银已开通，可在国内直接操作。

美国公司华美银行账户信息
Beneficiary: CNBM（USA）CORP.
Bank Name: East West Bank
Account No.: ███████
SWIFT Code: ███████
Bank Add.: 135 N. Los Robles Ave., Suite 600，Pasadena, CA 91101, USA
注：华美银行国际业务操作有限，对美国以外的货款支付需通过中转行，路径较长，花费的时间较长。也可操作外币支付业务，但必须在美国华美银行的工作时间来申请。目前，华美银行有网银，可在国内直接操作。

美国公司中行洛杉矶分行账户信息
Beneficiary: CNBM（USA）CORP.
Bank Name: Bank of China, Los Angeles Branch
Account: ███████
SWIFT Code: ███████
Bank Add.: 444 S. Flower Street, 39th Floor, Los Angeles, CA 91748, USA
注：中行洛杉矶分行无网银业务，故现无法在国内直接操作。

CNBMUSA00002341

2012年中建材国际在美国销售总金额为34947375.9元人民币。上百万的产品有7个，其中销售额最高的是耐火材料陶瓷纤维毯，销售额达5357151.57元人民币。

主要销售产品分布如下：



2012年，通过美国公司操作的转口贸易金额为988.9万人民币，主要为再生材料产品。