To: Canadian Western Bank
    4991 No. 3 Road,
    Richmond, B.C. V6X 2C3

From: United Suntech Craft, Inc.
    1538 Cliveden Ave.
    Delta, B.C.  V3M 5R5

## DIRECTOR RESOLUTION

The undersigned, being the elected Director of United Suntech Craft, Inc. does hereby certify that the following is a true and correct resolution passed by a special meeting of the Board of Director of Corporation held on Oct.10, 2012.

Resolved, that the Secretary, Liu Weisheng, and the Officer, Jiang Fei, are the authorized officers who in charge of the issues of opening bank account of United Suntech Craft, Inc. with Canadian Western Bank in Richmond.

Resolved further, that all checks, drafts and other instrument obligating this Corporation to pay money should be signed on behalf for this Corporation by both of the officers Liu Weisheng and Jiang Fei.

Yours truly,

United Suntech Craft, Inc.

By: Chen Yong Xin (Director)

Date: 30/10-2012

CONTEMPT
Exhibit 193

**SUNTECH:  Exhibit 445**

Confidential

SUNTECH00001656