

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

November 23, 2011

BY ELECTRONIC MAIL

Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: In Re: Chinese Manufactured Drywall Products Liability Litigation
MDL 2047

Dear Lenny:

We have received the Court order indicating that we must provide a report to the Court regarding our clients' intentions on or before Monday, November 28. However, in the interests of advancing this matter efficiently and enabling you and the other counsel for Questioners to prepare as you have requested, we have decided to provide you this interim report today.

On Monday, November 21, 2011, we conveyed by email the intentions the Court expressed earlier that day with respect to the sanctions that would be imposed upon TG and TTP if they did not produce all six of the witnesses we discussed during our conference call. On Tuesday, November 22, that email was translated and delivered to client representatives with a request for an immediate response with respect to the intentions of the clients in proceeding with the litigation so that we could provide a response to the Court and the plaintiffs' counsel immediately.

After much discussion and deliberation, our clients have decided to make a good faith effort to comply with Judge Fallon's direction to produce the six witnesses and we will be going forward with the depositions that we are able to arrange.

We have been informed that TG is able to produce Messrs. Jia Tongchun, Peng Wenlong as Rule 30(b) (6) witnesses and Che Gang as an additional fact witness for depositions in Hong Kong.

TG does not have the ability to require the testimony of Mr. Cao, who ceased being a member of TG's supervisory board in August 2010. Mr. Cao has rejected TG's attempts to persuade him to testify.

CONTEMPT
Exhibit 196

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Boulder Brussels Caracas Chicago Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Warsaw Washington DC Associated offices: Budapest Jeddah Riyadh Zagreb

Unfortunately, thus far Messrs. Peng Shiliang and Fu Tinghuan have refused to testify. We have been informed that it will be necessary for TG to commence a legal action in a Chinese court to compel them to testify and that the outcome of the legal action would be uncertain. TG has indicated that it will commence such a legal action. We are trying to find a way to persuade Messrs. Peng and Fu to testify so as to avoid further delays in the resolution of the outstanding motions.

Since we will be going forward with the depositions of Messrs. Jia, Peng (Wenlong) and Che regardless of our efforts to obtain the depositions of Messrs. Peng (Shiliang) and Fu, we suggest that we ask the Court to address our remaining disputes on the scope of the depositions during the conference on Monday, November 28.

Respectfully yours,

By: Joe Cyr

JPC:ckk

Cc: Honorable Eldon E. Fallon
Russ M. Herman, Esq.
Arnold Levin, Esq.
Fred Longer, Esq.
Gerald E. Meunier, Esq.
Dorothy Wimberly, Esq.
Hilarie Bass, Esq.
Nick Panayotolpoulos, Esq.
Ken Hardt, Esq.
Jim Garner, Esq.
Ted Brenner, Esq.
Brian Slaughter, Esq.
David Black, Esq.
Jim Garner, Esq.
Chris Seeger, Esq.
Richard Serpe, Esq.
Patrick Montoya, Esq.
Jane Byrne, Esq.
Julia Beskin, Esq.
Mark Salky, Esq.
Tim Kolaya, Esq.
Matthew Clark, Esq.
Carlina Eiselen, Esq.



Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

November 30, 2011

Honorable Eldon E. Fallon
US District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: In Re: Chinese Manufactured Drywall Products Liability Litigation
MDL 2047

Dear Judge Fallon:

In accordance with the Court's Minute Entry dated November 21, 2011, we are writing to supplement our letter of November 28, 2011 to update the Court and the parties regarding the upcoming depositions in Hong Kong. Our client has decided to continue participating in the litigation and will produce Messrs. Jia, Peng W., Che, Peng Shiliang and Fu for their depositions in January as scheduled. Unless the Questioners object, we will have them available to testify in that order commencing on January 9, 2012.

We are hopeful that in our conference call today the Court will address our objections to the scope of the PSC's Rule 30(b)(6) Re-Notice and direct the Questioners to designate the exhibits they intend to use by a date certain.

Respectfully yours,

By: Joe Cyr

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Boulder Brussels Caracas Chicago Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Warsaw Washington DC Associated offices: Budapest Jeddah Riyadh Zagreb

Cc: Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Arnold Levin, Esq.
Fred Longer, Esq.
Gerald E. Meunier, Esq.
Dorothy Wimberly, Esq.
Hilarie Bass, Esq.
Nick Panayotolpoulos, Esq.
Ken Hardt, Esq.
Jim Garner, Esq.
Ted Brenner, Esq.
Brian Slaughter, Esq.
David Black, Esq.
Jim Garner, Esq.
Chris Seeger, Esq.
Richard Serpe, Esq.
Patrick Montoya, Esq.
Jane Byrne, Esq.
Julia Beskin, Esq.
Mark Salky, Esq.
Tim Kolaya, Esq.
Matthew Clark, Esq.
Carlina Eiselen, Esq.

Enclosures