



Русско | Francais | عـربي | English | 中文

Tuesday, August-18-2015, Beijing





**Company Profile**
**History**
**Culture & People**
**Company News**

About BNBM>>Company Profile



BNBM Public Limited Company (BNBM PLC) was established in 1979, with its headquarter located in Zhongguanchun Science and Technology Park of Beijing. BNBM PLC was listed in Shenzhen Stock Exchange In 1997. Today, it becomes one of the largest new building materials manufacturer in China. It was accredited by the government as 'State Housing Industrialization Base' in 2002 and '39 Key Public Listed Companies of State Investment' in 2005. BNBM PLC is one of the most important and integrated company of China National Building Materials Group Company(CNBM). with independent international import & export rights.

The businesses of BNBM PLC can be summarized into the following three fields:

**Core businesses:** Three board businesses such as gypsum board, mineral fiber board, fiber cement wall siding board and their supplementary product systems.

**Collaborating businesses:** House industrialization, House components, energy and space saving manufactured house, building materials chain store and logistics;

**Investment businesses:** strategically investing in new building materials, new materials, energy-saving and environment-friendly high-tech industry to optimizing and re-allocating the assets of the listed companies within these industries, and benefiting from business innovation and market increase.

In line with the slogan or concept of "utilizing resources well and devoting to construction" brought forward by China National Building Material Group Corporation, BNBM PLC has been maintaining itself to a healthy and rapid development through technological and managerial innovation. From 2004 to 2006, the company doubles the turnover and net profit of its major business, and it expects to realize a turnover of exceeding 10 billion RMB from its major business in 2010. The company vigorously develops its business in recycling industry featuring in synthesized utilization of resources.

Specifically, BNBM possesses certain core technologies including the manufacturing of FGD gypsum boards, heat preservation materials and mineral fiber boards by using furnace slag from steel mills. BNBM PLC is committed to develop new building materials, and the energy and space saving housing system, which are characterized by the philosophy of "four savings and one protection" namely, energy saving, space saving, water saving, materials saving and environment protection. Concerning the amount of independent intellectual property rights and technological patents, BNBM PLC ranks among top five in Beijing and top one in the construction industry in China with large amount of independent intellectual property rights and technological patents. In 2004, its technological innovation management system had the honor to won the state-level award for management innovation. Through effective management and operation, the company has been cin succession granted the Quality Managment System Certificate of ISO9000, Environment Management System Certificate of ISO14001, and Professional Safety and Healthy System Certificate of OSHMS18000. By integrating the above three systems into a QES system, BNBM PLC has realized a significant management innovation.

CONTEMPT
Exhibit 200

BNBM PLC is the only company that has been granted the title of "Double Green Stars" in the building materials industry in China . BNBM 's products have won a great number of awards and titles such as China National Quality Award (the only one in the building material industry), National Famous Brand, National Reputed Trademark, and National Leading Brand etc. BNBM gypsum board has been awarded the titles of National Famous Brand and China Number One Brand of the Most Influential Gypsum Board etc. The company's business guideline is "to provide first-class products and service with price slightly above the average". With years of great efforts, BNBM PLC has been designated as a major product supplier and service provider for a great many national key projects, such as the first five-star hotel in China-the Great Wall Hotel, the first steel structure building in china- the Jinguang Center, Great Hall of the People, the Headquarters of the Central Military Committee of People's Liberation Army, office building of Public Security Ministry of China, the National Grand Theater, Beijing Olympic Mansion, the Capital International Airport, Head Office of the Commercial and Industrial Bank of China, National Power Edifice, Headquarters of CNOOC, the highest building in the world - Shanghai Global Financial Center and the Venice Hotel of Macao, etc.

Currently, BNBM PLC is playing a major role as the biggest manufacturer in China for gypsum board, mineral fiber board and metal stud, with annual manufacturing capacities of 360 million sq. meters (3.88 billion sq. feet), 16 million sq. meters (172,228,202 sq. feet), and 55,000 tons respectively. Expects to become number one in Asia in 2007, BNBM PLC has made a plan to further expand annual manufacturing capacity of gypsum board, mineral fiber board, fiber cement wall siding board and steel stud to 1 billion sq. meters, 50 million sq. meters, 20 million sq. meters, and 200,000 tons respectively. The strategic objective of BNBM PLC is to develop its core businesses to the first in Asia, and third in the world around 2010, become a competitive world class new building materials group with possessory brand name and intellectual property rights.

**Brief Introduction of CNBM**

China National Building Material Group Corporation (CNBM) is a state-owned enterprise in charge of administrative affairs in the building material industry. It was incorporated in 1984 upon the approval from the State Council and is a holding company. It is one of the 191 large-scale groups under the administration of the State-owned Assets Supervision and Administration Commission of the State Council.

The business scope of CNBM covers from the design, manufacturing and sales of new building materials, chemical building materials, cement, composite materials, glass, etc. to the distribution of building materials, scientific research and design, real estate development, import and export trade, consulting service, etc. And in many of these fields, CNBM is playing the leading role.

CNBM has a total assets of 20 billion RMB yuan; a staff of 30 thousands; 200 affiliated companies; four publicly listed companies in which CNBM has a controlling percentage of shares; 11 publicly listed companies in which CNBM has a substantial percentage of shares. In 2006, CNBM officially listed on HongKong stock market (stock code:3323).

For the trading business, CNBM has BNBM and CBMIE as the core unites. and BNBM PLC is the integrated company of China National Building Materials(CNBM) covering manufacture, R&D, sales and international trade.

After the 20 years' development, CNBM has grown into the backbone enterprise and plays the leading role in the building material industry. For many consecutive years, CNBM is among the top 500 Chinese companies.

Video Introduction of Bnbm

Homepage | About BNBM | Products | Production lines | Services | Performances | Contact us
Copyright 2006 BNBM PLC . All Rights Reserved. Legal | Privacy Policy