**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

<table>
<tr><td>

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

*Germano, et al. v. Taishan Gypsum Co., Ltd.,*
*f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,*
Case No. 2:09-cv-6687 (E.D.La.)

</td><td>

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

</td></tr>
</table>

<u>DECLARATION OF YAN GAO</u>

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

YAN GAO, being duly sworn, deposes and declares:

1.      I am a Chinese national residing in San Diego, CA, United States. I became a permanent resident of the United States on May 18, 2015. Since September 2014, I have been working full time at Herman Herman & Katz, LLC in New Orleans. I studied law at China University of Political Science & Law in Beijing from 2001 – 2004 where I earned a master's degree in international economic law.  Thereafter, I studied American Business Law at Tulane University Law School where I earned an LL.M. with distinction in 2009. I passed China's National Bar in 2002 and California State Bar in 2010. I am admitted to practice law in the People's Republic of China nationwide and in the State of California. I am a lawyer in good standing in both the People's Republic of China and the State of California.

2.      Before I came to the United States, I had worked four years (2004 – 2008) as a professional legal translator at Chinalawinfo Co. Ltd. a.k.a Peking University Center for Legal Information, Beijing, China. My job responsibilities mainly included the translation of Chinese

CONTEMPT
Exhibit 201

laws, regulations and precedents into English, or vice versa. I am a native Chinese speaker fluent in English and capable of reading and translating Chinese to English and vice versa.

3.      Notwithstanding my qualifications and work experience, I am not offering any legal opinions in this declaration.  Rather, I am merely presenting translations of relevant tax provisions of the People's Republic of China. Such translations are, to the best of my knowledge, information, and belief, accurate and consistent with the original Chinese tax law provisions.

4.      I acquired and downloaded *the Regulation on the Implementation of the Enterprise Income Tax Law of the People's Republic of China* from the tax law database of the State Administration of Taxation of the People's Republic of China, the central government agency in charge of tax collection and administration. The link for this Regulation is http://hd.chinatax.gov.cn/guoshui/action/GetArticleView1.do?id=1174&flag=1.      I      translated Article 109 of this Regulation into English. The English translation and this Regulation are attached hereto as Exhibit "A."

5.      I acquired and downloaded *the Detailed Rules for the Implementation of the Law of the People's Republic of China on the Administration of Tax Collection* from the tax law database of the State Administration of Taxation of the People's Republic of China, the central government agency in charge of tax collection and administration. The link for these Rules is http://hd.chinatax.gov.cn/guoshui/action/GetArticleView1.do?id=97&flag=1. I translated Article 51 of these Rules into English. The English translation and these Rules are attached hereto as Exhibit "B."

6.      I acquired and downloaded the English translation of Article 9 of *the Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation)* from the website www.lawinfochina.com, which is an

online legal information bilingual database (Chinese – English translation). I reviewed the translation and believe the translation is accurate to the best of my knowledge. The bilingual document of this Notice is attached hereto as Exhibit "C."

7.    Also, I attached my resume as Exhibit "D."

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  7-27-15

高艳 YAN GAO
For the Plaintiffs' Steering Committee
in MDL 2047

Herman Herman & Katz, LLC
820 O'Keefe Ave,
New Orleans, LA 70113
Phone: (504) 581-4892

The Regulation on the Implementation of the Enterprise Income Tax Law of the People's Republic of China
_____
Order No. 512 of the State Council of the People's Republic of China

The full document is effective. Date of formulation: March 16, 2007

The Regulation on the Implementation of the Enterprise Income Tax Law of the People's Republic of China, which was adopted by the State Council at the 197th executive meeting on November 28, 2007, is hereby promulgated and shall come into effect as of January 1, 2008.

Jiabao WEN, Premier<br>December 6, 2007

## The Regulation on the Implementation of the Enterprise Income Tax Law of the People's Republic of China

...

Article 109 The term "affiliate" as mentioned in Article 41 of the Enterprise Income Tax Law refers to the enterprises, other organizations and individuals that have any of the following relationships with an enterprise:
(1) relationship of direct or indirect control with respect to capital, business operation, sale or purchase, etc.;
(2) directly or indirectly controlled by a common third party;
(3) any other relationship of relevance in interest.

...

## 中华人民共和国企业所得税法实施条例

### 中华人民共和国国务院令第512号

全文有效　成文日期：2007-12-06

字体：【大】【中】【小】

《中华人民共和国企业所得税法实施条例》已经2007年11月28日国务院第197次常务会议通过，现予公布，自2008年1月1日起施行。

总理　温家宝

2007年12月6日

### 中华人民共和国企业所得税法实施条例

第一章　总　　则

第一条　根据《中华人民共和国企业所得税法》(以下简称企业所得税法)的规定，制定本条例。

第二条　企业所得税法第一条所称个人独资企业、合伙企业，是指依照中国法律、行政法规成立的个人独资企业、合伙企业。

第三条　企业所得税法第二条所称依法在中国境内成立的企业，包括依照中国法律、行政法规在中国境内成立的企业、事业单位、社会团体以及其他取得收入的组织。

企业所得税法第二条所称依照外国(地区)法律成立的企业，包括依照外国(地区)法律成立的企业和其他取得收入的组织。

第四条　企业所得税法第二条所称实际管理机构，是指对企业的生产经营、人员、账务、财产等实施实质性全面管理和控制的机构。

第五条　企业所得税法第二条第三款所称机构、场所，是指在中国境内从事生产经营活动的机构、场所，包括：

(一)管理机构、营业机构、办事机构；

(二)工厂、农场、开采自然资源的场所；

(三)提供劳务的场所；

(四)从事建筑、安装、装配、修理、勘探等工程作业的场所；

(五)其他从事生产经营活动的机构、场所。

非居民企业委托营业代理人在中国境内从事生产经营活动的，包括委托单位或者个人经常代其签订合同，或者储存、交付货物等，该营业代理人视为非居民企业在中国境内设立的机构、场所。

第六条　企业所得税法第三条所称所得，包括销售货物所得、提供劳务所得、转让财产所得、股息红利等权益性投资所得、利息所得、租金所得、特许权使用费所得、接受捐赠所得和其他所得。

第七条　企业所得税法第三条所称来源于中国境内、境外的所得，按照以下原则确定：

(一)销售货物所得，按照交易活动发生地确定；

(二)提供劳务所得，按照劳务发生地确定；

(三)转让财产所得，不动产转让所得按照不动产所在地确定，动产转让所得按照转让动产的企业或者机构、场所所在地确定，权益性投资资产转让所得按照被投资企业所在地确定；

(四)股息、红利等权益性投资所得，按照分配所得的企业所在地确定；

(五)利息所得、租金所得、特许权使用费所得，按照负担、支付所得的企业或者机构、场所所在地确定，或者按照负担、支付所得的个人的住所地确定；

(六)其他所得，由国务院财政、税务主管部门确定。

第八条　企业所得税法第三条所称实际联系，是指非居民企业在中国境内设立的机构、场所拥有据以取得所得的股权、债权，以及拥有、管理、控制据以取得所得的财产等。

第二章　应纳税所得额

第一节　一般规定

第九条　企业应纳税所得额的计算，以权责发生制为原则，属于当期的收入和费用，不论款项是否收付，均作为当期的收入和费用；不属于当期的收入和费用，即使款项已经在当期收付，均不作为当期的收入和费用。本条例和国务院财政、税务主管部门另有规定的除外。

第十条　企业所得税法第五条所称亏损，是指企业依照企业所得税法和本条例的规定将每一纳税年度的收入总额减除不征税收入、免税收入和各项扣除后小于零的数额。

第十一条　企业所得税法第五十五条所称清算所得，是指企业的全部资产可变现价值或者交易价格减除资产净值、清算费用以及相关税费等后的余额。

投资方企业从被清算企业分得的剩余资产，其中相当于从被清算企业累计未分配利润和累计盈余公积中应当分得的部分，应当确认为股息所得；剩余资产减除上述股息所得后的余额，超过或者低于投资成本的部分，应当确认为投资资产转让所得或者损失。

第二节　收　　入

第十二条　企业所得税法第六条所称企业取得收入的货币形式，包括现金、存款、应收账款、应收票据、准备持有至到期的债券投资以及债务的豁免等。

企业所得税法第六条所称企业取得收入的非货币形式，包括固定资产、生物资产、无形资产、股权投资、存货、不准备持有至到期的债券投资、劳务以及有关权益等。

第十三条　企业所得税法第六条所称企业以非货币形式取得的收入，应当按照公允价值确定收入额。

前款所称公允价值，是指按照市场价格确定的价值。

第十四条　企业所得税法第六条第(一)项所称销售货物收入，是指企业销售商品、产品、原材料、包装物、低值易耗品以及其他存货取得的收入。

第十五条　企业所得税法第六条第(二)项所称提供劳务收入，是指企业从事建筑安装、修理修配、交通运输、仓储租赁、金融保险、邮电通信、咨询经纪、文化体育、科学研究、技术服务、教育培训、餐饮住宿、中介代理、卫生保健、社区服务、旅游、娱乐、加工以及其他劳务服务活动取得的收入。

第十六条　企业所得税法第六条第(三)项所称转让财产收入，是指企业转让固定资产、生物资产、无形资产、股权、债权等财产取得的收入。

第十七条　企业所得税法第六条第(四)项所称股息、红利等权益性投资收益，是指企业因权益性投资从被投资方取得的收入。

股息、红利等权益性投资收益，除国务院财政、税务主管部门另有规定外，按照被投资方作出利润分配决定的日期确认收入的实现。

第十八条　企业所得税法第六条第(五)项所称利息收入，是指企业将资金提供他人使用但不构成权益性投资，或者因他人占用本企业资金取得的收入，包括存款利息、贷款利息、债券利息、欠款利息等收入。

利息收入，按照合同约定的债务人应付利息的日期确认收入的实现。

第十九条　企业所得税法第六条第(六)项所称租金收入，是指企业提供固定资产、包装物或者其他有形资产的使用权取得的收入。

租金收入，按照合同约定的承租人应付租金的日期确认收入的实现。

第二十条　企业所得税法第六条第(七)项所称特许权使用费收入，是指企业提供专利权、非专利技术、商标权、著作权以及其他特许权的使用权取得的收入。

特许权使用费收入，按照合同约定的特许权使用人应付特许权使用费的日期确认收入的实现。

第二十一条　企业所得税法第六条第(八)项所称接受捐赠收入，是指企业接受的来自其他企业、组织或者个人无偿给予的货币性资产、非货币性资产。

接受捐赠收入，按照实际收到捐赠资产的日期确认收入的实现。

第二十二条　企业所得税法第六条第(九)项所称其他收入，是指企业取得的除企业所得税法第六条第(一)项至第(八)项规定的收入外的其他收入，包括企业资产溢余收入、逾期未退包装物押金收入、确实无法偿付的应付款项、已作坏账损失处理后又收回的应收款项、债务重组收入、补贴收入、违约金收入、汇兑收益等。

第二十三条　企业的下列生产经营业务可以分期确认收入的实现：

(一)以分期收款方式销售货物的，按照合同约定的收款日期确认收入的实现；

(二)企业受托加工制造大型机械设备、船舶、飞机，以及从事建筑、安装、装配工程业务或者提供其他劳务等，持续时间超过12个月的，按照纳税年度内完工进度或者完成的工作量确认收入的实现。

第二十四条　采取产品分成方式取得收入的，按照企业分得产品的日期确认收入的实现，其收入额按照产品的公允价值确定。

第二十五条　企业发生非货币性资产交换，以及将货物、财产、劳务用于捐赠、偿债、赞助、集资、广告、样品、职工福利或者利润分配等用途的，应当视同销售货物、转让财产或者提供劳务，但国务院财政、税务主管部门另有规定的除外。

第二十六条　企业所得税法第七条第(一)项所称财政拨款，是指各级人民政府对纳入预算管理的事业单位、社会团体等组织拨付的财政资金，但国务院和国务院财政、税务主管部门另有规定的除外。

企业所得税法第七条第(二)项所称行政事业性收费，是指依照法律法规等有关规定，按照国务院规定程序批准，在实施社会公共管理，以及在向公民、法人或者其他组织提供特定公共服务过

程中，向特定对象收取并纳入财政管理的费用。

企业所得税法第七条第(二)项所称政府性基金，是指企业依照法律、行政法规等有关规定，代政府收取的具有专项用途的财政资金。

企业所得税法第七条第(三)项所称国务院规定的其他不征税收入，是指企业取得的，由国务院财政、税务主管部门规定专项用途并经国务院批准的财政性资金。

第三节　扣　　除

第二十七条　企业所得税法第八条所称有关的支出，是指与取得收入直接相关的支出。

企业所得税法第八条所称合理的支出，是指符合生产经营活动常规，应当计入当期损益或者有关资产成本的必要和正常的支出。

第二十八条　企业发生的支出应当区分收益性支出和资本性支出。收益性支出在发生当期直接扣除；资本性支出应当分期扣除或者计入有关资产成本，不得在发生当期直接扣除。

企业的不征税收入用于支出所形成的费用或者财产，不得扣除或者计算对应的折旧、摊销扣除。

除企业所得税法和本条例另有规定外，企业实际发生的成本、费用、税金、损失和其他支出，不得重复扣除。

第二十九条　企业所得税法第八条所称成本，是指企业在生产经营活动中发生的销售成本、销货成本、业务支出以及其他耗费。

第三十条　企业所得税法第八条所称费用，是指企业在生产经营活动中发生的销售费用、管理费用和财务费用，已经计入成本的有关费用除外。

第三十一条　企业所得税法第八条所称税金，是指企业发生的除企业所得税和允许抵扣的增值税以外的各项税金及其附加。

第三十二条　企业所得税法第八条所称损失，是指企业在生产经营活动中发生的固定资产和存货的盘亏、毁损、报废损失，转让财产损失，呆账损失，坏账损失，自然灾害等不可抗力因素造成的损失以及其他损失。

企业发生的损失，减除责任人赔偿和保险赔款后的余额，依照国务院财政、税务主管部门的规定扣除。

企业已经作为损失处理的资产，在以后纳税年度又全部收回或者部分收回时，应当计入当期收入。

第三十三条　企业所得税法第八条所称其他支出，是指除成本、费用、税金、损失外，企业在生产经营活动中发生的与生产经营活动有关的、合理的支出。

第三十四条　企业发生的合理的工资、薪金支出，准予扣除。

前款所称工资、薪金，是指企业每一纳税年度支付给在本企业任职或者受雇的员工的所有现金形式或者非现金形式的劳动报酬，包括基本工资、奖金、津贴、补贴、年终加薪、加班工资，以及与员工任职或者受雇有关的其他支出。

第三十五条　企业依照国务院有关主管部门或者省级人民政府规定的范围和标准为职工缴纳的基本养老保险费、基本医疗保险费、失业保险费、工伤保险费、生育保险费等基本社会保险费和住房公积金，准予扣除。

企业为投资者或者职工支付的补充养老保险费、补充医疗保险费，在国务院财政、税务主管部门规定的范围和标准内，准予扣除。

第三十六条　除企业依照国家有关规定为特殊工种职工支付的人身安全保险费和国务院财政、税务主管部门规定可以扣除的其他商业保险费外，企业为投资者或者职工支付的商业保险费，不得扣除。

第三十七条　企业在生产经营活动中发生的合理的不需要资本化的借款费用，准予扣除。

企业为购置、建造固定资产、无形资产和经过12个月以上的建造才能达到预定可销售状态的存货发生借款的，在有关资产购置、建造期间发生的合理的借款费用，应当作为资本性支出计入有关资产的成本，并依照本条例的规定扣除。

第三十八条　企业在生产经营活动中发生的下列利息支出，准予扣除：

(一)非金融企业向金融企业借款的利息支出、金融企业的各项存款利息支出和同业拆借利息支出、企业经批准发行债券的利息支出；

(二)非金融企业向非金融企业借款的利息支出，不超过按照金融企业同期同类贷款利率计算的数额的部分。

第三十九条　企业在货币交易中，以及纳税年度终了时将人民币以外的货币性资产、负债按照期末即期人民币汇率中间价折算为人民币时产生的汇兑损失，除已经计入有关资产成本以及与向所有者进行利润分配相关的部分外，准予扣除。

第四十条　企业发生的职工福利费支出，不超过工资、薪金总额14%的部分，准予扣除。

第四十一条　企业拨缴的工会经费，不超过工资、薪金总额2%的部分，准予扣除。

第四十二条　除国务院财政、税务主管部门另有规定外，企业发生的职工教育经费支出，不超过工资、薪金总额2.5%的部分，准予扣除；超过部分，准予在以后纳税年度结转扣除。

第四十三条　企业发生的与生产经营活动有关的业务招待费支出，按照发生额的60%扣除，但最高不得超过当年销售(营业)收入的5‰。

第四十四条　企业发生的符合条件的广告费和业务宣传费支出，除国务院财政、税务主管部门另有规定外，不超过当年销售(营业)收入15%的部分，准予扣除；超过部分，准予在以后纳税年度结转扣除。

第四十五条　企业依照法律、行政法规有关规定提取的用于环境保护、生态恢复等方面的专项资金，准予扣除。上述专项资金提取后改变用途的，不得扣除。

第四十六条　企业参加财产保险，按照规定缴纳的保险费，准予扣除。

第四十七条　企业根据生产经营活动的需要租入固定资产支付的租赁费，按照以下方法扣除：

(一)以经营租赁方式租入固定资产发生的租赁费支出，按照租赁期限均匀扣除；

(二)以融资租赁方式租入固定资产发生的租赁费支出，按照规定构成融资租入固定资产价值的部分应当提取折旧费用，分期扣除。

第四十八条　企业发生的合理的劳动保护支出，准予扣除。

第四十九条　企业之间支付的管理费、企业内营业机构之间支付的租金和特许权使用费，以及非银行企业内营业机构之间支付的利息，不得扣除。

第五十条　非居民企业在中国境内设立的机构、场所，就其中国境外总机构发生的与该机构、场所生产经营有关的费用，能够提供总机构出具的费用汇集范围、定额、分配依据和方法等证明文件，并合理分摊的，准予扣除。

第五十一条　企业所得税法第九条所称公益性捐赠，是指企业通过公益性社会团体或者县级以上人民政府及其部门，用于《中华人民共和国公益事业捐赠法》规定的公益事业的捐赠。

第五十二条　本条例第五十一条所称公益性社会团体，是指同时符合下列条件的基金会、慈善组织等社会团体：

(一)依法登记，具有法人资格；

(二)以发展公益事业为宗旨，且不以营利为目的；

(三)全部资产及其增值为该法人所有；

(四)收益和营运结余主要用于符合该法人设立目的的事业；

(五)终止后的剩余财产不归属任何个人或者营利组织；

(六)不经营与其设立目的无关的业务；

(七)有健全的财务会计制度；

(八)捐赠者不以任何形式参与社会团体财产的分配；

(九)国务院财政、税务主管部门会同国务院民政部门等登记管理部门规定的其他条件。

第五十三条　企业发生的公益性捐赠支出，不超过年度利润总额12%的部分，准予扣除。

年度利润总额，是指企业依照国家统一会计制度的规定计算的年度会计利润。

第五十四条　企业所得税法第十条第(六)项所称赞助支出，是指企业发生的与生产经营活动无关的各种非广告性质支出。

第五十五条　企业所得税法第十条第(七)项所称未经核定的准备金支出，是指不符合国务院财政、税务主管部门规定的各项资产减值准备、风险准备等准备金支出。

第四节　资产的税务处理

第五十六条　企业的各项资产，包括固定资产、生物资产、无形资产、长期待摊费用、投资资产、存货等，以历史成本为计税基础。

前款所称历史成本，是指企业取得该项资产时实际发生的支出。

企业持有各项资产期间资产增值或者减值，除国务院财政、税务主管部门规定可以确认损益外，不得调整该资产的计税基础。

第五十七条　企业所得税法第十一条所称固定资产，是指企业为生产产品、提供劳务、出租或者经营管理而持有的、使用时间超过12个月的非货币性资产，包括房屋、建筑物、机器、机械、运输工具以及其他与生产经营活动有关的设备、器具、工具等。

第五十八条　固定资产按照以下方法确定计税基础：

(一)外购的固定资产，以购买价款和支付的相关税费以及直接归属于使该资产达到预定用途发生的其他支出为计税基础；

(二)自行建造的固定资产，以竣工结算前发生的支出为计税基础；

(三)融资租入的固定资产，以租赁合同约定的付款总额和承租人在签订租赁合同过程中发生的相关费用为计税基础，租赁合同未约定付款总额的，以该资产的公允价值和承租人在签订租赁合同过程中发生的相关费用为计税基础；

(四)盘盈的固定资产，以同类固定资产的重置完全价值为计税基础；

法规详细内容

(五)通过捐赠、投资、非货币性资产交换、债务重组等方式取得的固定资产，以该资产的公允价值和支付的相关税费为计税基础；

(六)改建的固定资产，除企业所得税法第十三条第(一)项和第(二)项规定的支出外，以改建过程中发生的改建支出增加计税基础。

第五十九条　固定资产按照直线法计算的折旧，准予扣除。

企业应当自固定资产投入使用月份的次月起计算折旧；停止使用的固定资产，应当自停止使用月份的次月起停止计算折旧。

企业应当根据固定资产的性质和使用情况，合理确定固定资产的预计净残值。固定资产的预计净残值一经确定，不得变更。

第六十条　除国务院财政、税务主管部门另有规定外，固定资产计算折旧的最低年限如下：

(一)房屋、建筑物，为20年；

(二)飞机、火车、轮船、机器、机械和其他生产设备，为10年；

(三)与生产经营活动有关的器具、工具、家具等，为5年；

(四)飞机、火车、轮船以外的运输工具，为4年；

(五)电子设备，为3年。

第六十一条　从事开采石油、天然气等矿产资源的企业，在开始商业性生产前发生的费用和有关固定资产的折耗、折旧方法，由国务院财政、税务主管部门另行规定。

第六十二条　生产性生物资产按照以下方法确定计税基础：

（一）外购的生产性生物资产，以购买价款和支付的相关税费为计税基础；

（二）通过捐赠、投资、非货币性资产交换、债务重组等方式取得的生产性生物资产，以该资产的公允价值和支付的相关税费为计税基础。

前款所称生产性生物资产，是指企业为生产农产品、提供劳务或者出租等而持有的生物资产，包括经济林、薪炭林、产畜和役畜等。

第六十三条　生产性生物资产按照直线法计算的折旧，准予扣除。

企业应当自生产性生物资产投入使用月份的次月起计算折旧；停止使用的生产性生物资产，应当自停止使用月份的次月起停止计算折旧。

企业应当根据生产性生物资产的性质和使用情况，合理确定生产性生物资产的预计净残值。生产性生物资产的预计净残值一经确定，不得变更。

第六十四条　生产性生物资产计算折旧的最低年限如下：

（一）林木类生产性生物资产，为10年；

（二）畜类生产性生物资产，为3年。

第六十五条　企业所得税法第十二条所称无形资产，是指企业为生产产品、提供劳务、出租或者经营管理而持有的、没有实物形态的非货币性长期资产，包括专利权、商标权、著作权、土地使用权、非专利技术、商誉等。

第六十六条　无形资产按照以下方法确定计税基础：

（一）外购的无形资产，以购买价款和支付的相关税费以及直接归属于使该资产达到预定用途发

生的其他支出为计税基础；

(二)自行开发的无形资产，以开发过程中该资产符合资本化条件后至达到预定用途前发生的支出为计税基础；

(三)通过捐赠、投资、非货币性资产交换、债务重组等方式取得的无形资产，以该资产的公允价值和支付的相关税费为计税基础。

第六十七条　无形资产按照直线法计算的摊销费用，准予扣除。

无形资产的摊销年限不得低于10年。

作为投资或者受让的无形资产，有关法律规定或者合同约定了使用年限的，可以按照规定或者约定的使用年限分期摊销。

外购商誉的支出，在企业整体转让或者清算时，准予扣除。

第六十八条　企业所得税法第十三条第(一)项和第(二)项所称固定资产的改建支出，是指改变房屋或者建筑物结构、延长使用年限等发生的支出。

企业所得税法第十三条第(一)项规定的支出，按照固定资产预计尚可使用年限分期摊销；第(二)项规定的支出，按照合同约定的剩余租赁期限分期摊销。

改建的固定资产延长使用年限的，除企业所得税法第十三条第(一)项和第(二)项规定外，应当适当延长折旧年限。

第六十九条　企业所得税法第十三条第(三)项所称固定资产的大修理支出，是指同时符合下列条件的支出：

（一）修理支出达到取得固定资产时的计税基础50%以上；

（二）修理后固定资产的使用年限延长2年以上。

企业所得税法第十三条第(三)项规定的支出，按照固定资产尚可使用年限分期摊销。

第七十条　企业所得税法第十三条第(四)项所称其他应当作为长期待摊费用的支出，自支出发生月份的次月起，分期摊销，摊销年限不得低于3年。

第七十一条　企业所得税法第十四条所称投资资产，是指企业对外进行权益性投资和债权性投资形成的资产。

企业在转让或者处置投资资产时，投资资产的成本，准予扣除。

投资资产按照以下方法确定成本：

（一）通过支付现金方式取得的投资资产，以购买价款为成本；

（二）通过支付现金以外的方式取得的投资资产，以该资产的公允价值和支付的相关税费为成本。

第七十二条　企业所得税法第十五条所称存货，是指企业持有以备出售的产品或者商品、处在生产过程中的在产品、在生产或者提供劳务过程中耗用的材料和物料等。

存货按照以下方法确定成本：

（一）通过支付现金方式取得的存货，以购买价款和支付的相关税费为成本；

（二）通过支付现金以外的方式取得的存货，以该存货的公允价值和支付的相关税费为成本；

（三）生产性生物资产收获的农产品，以产出或者采收过程中发生的材料费、人工费和分摊的间

接费用等必要支出为成本。

第七十三条　企业使用或者销售的存货的成本计算方法，可以在先进先出法、加权平均法、个别计价法中选用一种。计价方法一经选用，不得随意变更。

第七十四条　企业所得税法第十六条所称资产的净值和第十九条所称财产净值，是指有关资产、财产的计税基础减除已经按照规定扣除的折旧、折耗、摊销、准备金等后的余额。

第七十五条　除国务院财政、税务主管部门另有规定外，企业在重组过程中，应当在交易发生时确认有关资产的转让所得或者损失，相关资产应当按照交易价格重新确定计税基础。

第三章　应纳税额

第七十六条　企业所得税法第二十二条规定的应纳税额的计算公式为：

应纳税额＝应纳税所得额×适用税率-　减免税额-　抵免税额

公式中的减免税额和抵免税额，是指依照企业所得税法和国务院的税收优惠规定减征、免征和抵免的应纳税额。

第七十七条　企业所得税法第二十三条所称已在境外缴纳的所得税税额，是指企业来源于中国境外的所得依照中国境外税收法律以及相关规定应当缴纳并已经实际缴纳的企业所得税性质的税款。

第七十八条　企业所得税法第二十三条所称抵免限额，是指企业来源于中国境外的所得，依照企业所得税法和本条例的规定计算的应纳税额。除国务院财政、税务主管部门另有规定外，该抵免限额应当分国(地区)不分项计算，计算公式如下：

抵免限额＝中国境内、境外所得依照企业所得税法和本条例的规定计算的应纳税总额×来源于

某国(地区)的应纳税所得额÷中国境内、境外应纳税所得总额

　　第七十九条　企业所得税法第二十三条所称5个年度，是指从企业取得的来源于中国境外的所得，已经在中国境外缴纳的企业所得税性质的税额超过抵免限额的当年的次年起连续5个纳税年度。

　　第八十条　企业所得税法第二十四条所称直接控制，是指居民企业直接持有外国企业20%以上股份。

　　企业所得税法第二十四条所称间接控制，是指居民企业以间接持股方式持有外国企业20%以上股份，具体认定办法由国务院财政、税务主管部门另行制定。

　　第八十一条　企业依照企业所得税法第二十三条、第二十四条的规定抵免企业所得税税额时，应当提供中国境外税务机关出具的税款所属年度的有关纳税凭证。

　　第四章　税收优惠

　　第八十二条　企业所得税法第二十六条第(一)项所称国债利息收入，是指企业持有国务院财政部门发行的国债取得的利息收入。

　　第八十三条　企业所得税法第二十六条第(二)项所称符合条件的居民企业之间的股息、红利等权益性投资收益，是指居民企业直接投资于其他居民企业取得的投资收益。企业所得税法第二十六条第(二)项和第(三)项所称股息、红利等权益性投资收益，不包括连续持有居民企业公开发行并上市流通的股票不足12个月取得的投资收益。

　　第八十四条　企业所得税法第二十六条第(四)项所称符合条件的非营利组织，是指同时符合下列条件的组织：

(一)依法履行非营利组织登记手续；

(二)从事公益性或者非营利性活动；

(三)取得的收入除用于与该组织有关的、合理的支出外，全部用于登记核定或者章程规定的公益性或者非营利性事业；

(四)财产及其孳息不用于分配；

(五)按照登记核定或者章程规定，该组织注销后的剩余财产用于公益性或者非营利性目的，或者由登记管理机关转赠给与该组织性质、宗旨相同的组织，并向社会公告；

(六)投入人对投入该组织的财产不保留或者享有任何财产权利；

(七)工作人员工资福利开支控制在规定的比例内，不变相分配该组织的财产。

前款规定的非营利组织的认定管理办法由国务院财政、税务主管部门会同国务院有关部门制定。

第八十五条　企业所得税法第二十六条第(四)项所称符合条件的非营利组织的收入，不包括非营利组织从事营利性活动取得的收入，但国务院财政、税务主管部门另有规定的除外。

第八十六条　企业所得税法第二十七条第(一)项规定的企业从事农、林、牧、渔业项目的所得，可以免征、减征企业所得税，是指：

(一)企业从事下列项目的所得，免征企业所得税：

1.蔬菜、谷物、薯类、油料、豆类、棉花、麻类、糖料、水果、坚果的种植；

2.农作物新品种的选育；

3.中药材的种植；

4.林木的培育和种植；

5.牲畜、家禽的饲养；

6.林产品的采集；

7.灌溉、农产品初加工、兽医、农技推广、农机作业和维修等农、林、牧、渔服务业项目；

8.远洋捕捞。

(二)企业从事下列项目的所得，减半征收企业所得税：

1.花卉、茶以及其他饮料作物和香料作物的种植；

2.海水养殖、内陆养殖。

企业从事国家限制和禁止发展的项目，不得享受本条规定的企业所得税优惠。

第八十七条　企业所得税法第二十七条第(二)项所称国家重点扶持的公共基础设施项目，是指《公共基础设施项目企业所得税优惠目录》规定的港口码头、机场、铁路、公路、城市公共交通、电力、水利等项目。

企业从事前款规定的国家重点扶持的公共基础设施项目的投资经营的所得，自项目取得第一笔生产经营收入所属纳税年度起，第一年至第三年免征企业所得税，第四年至第六年减半征收企业所得税。

企业承包经营、承包建设和内部自建自用本条规定的项目，不得享受本条规定的企业所得税优惠。

第八十八条　企业所得税法第二十七条第(三)项所称符合条件的环境保护、节能节水项目，包括公共污水处理、公共垃圾处理、沼气综合开发利用、节能减排技术改造、海水淡化等。项目的具体条件和范围由国务院财政、税务主管部门商国务院有关部门制定，报国务院批准后公布施行。

企业从事前款规定的符合条件的环境保护、节能节水项目的所得，自项目取得第一笔生产经营收入所属纳税年度起，第一年至第三年免征企业所得税，第四年至第六年减半征收企业所得税。

第八十九条　依照本条例第八十七条和第八十八条规定享受减免税优惠的项目，在减免税期限内转让的，受让方自受让之日起，可以在剩余期限内享受规定的减免税优惠；减免税期限届满后转让的，受让方不得就该项目重复享受减免税优惠。

第九十条　企业所得税法第二十七条第(四)项所称符合条件的技术转让所得免征、减征企业所得税，是指一个纳税年度内，居民企业技术转让所得不超过500万元的部分，免征企业所得税；超过500万元的部分，减半征收企业所得税。

第九十一条　非居民企业取得企业所得税法第二十七条第(五)项规定的所得，减按10%的税率征收企业所得税。

下列所得可以免征企业所得税：

(一)外国政府向中国政府提供贷款取得的利息所得；

(二)国际金融组织向中国政府和居民企业提供优惠贷款取得的利息所得；

(三)经国务院批准的其他所得。

第九十二条　企业所得税法第二十八条第一款所称符合条件的小型微利企业，是指从事国家非限制和禁止行业，并符合下列条件的企业：

(一)工业企业，年度应纳税所得额不超过30万元，从业人数不超过100人，资产总额不超过3000万元；

(二)其他企业，年度应纳税所得额不超过30万元，从业人数不超过80人，资产总额不超过1000万元。

第九十三条　企业所得税法第二十八条第二款所称国家需要重点扶持的高新技术企业，是指拥有核心自主知识产权，并同时符合下列条件的企业：

(一)产品(服务)属于《国家重点支持的高新技术领域》规定的范围；

(二)研究开发费用占销售收入的比例不低于规定比例；

(三)高新技术产品(服务)收入占企业总收入的比例不低于规定比例；

(四)科技人员占企业职工总数的比例不低于规定比例；

(五)高新技术企业认定管理办法规定的其他条件。

《国家重点支持的高新技术领域》和高新技术企业认定管理办法由国务院科技、财政、税务主管部门商国务院有关部门制定，报国务院批准后公布施行。

第九十四条　企业所得税法第二十九条所称民族自治地方，是指依照《中华人民共和国民族区域自治法》的规定，实行民族区域自治的自治区、自治州、自治县。

对民族自治地方内国家限制和禁止行业的企业，不得减征或者免征企业所得税。

第九十五条　企业所得税法第三十条第(一)项所称研究开发费用的加计扣除，是指企业为开发新技术、新产品、新工艺发生的研究开发费用，未形成无形资产计入当期损益的，在按照规定据实扣除的基础上，按照研究开发费用的50%加计扣除；形成无形资产的，按照无形资产成本的150%摊销。

第九十六条　企业所得税法第三十条第(二)项所称企业安置残疾人员所支付的工资的加计扣除，是指企业安置残疾人员的，在按照支付给残疾职工工资据实扣除的基础上，按照支付给残疾职工工资的100%加计扣除。残疾人员的范围适用《中华人民共和国残疾人保障法》的有关规定。

企业所得税法第三十条第(二)项所称企业安置国家鼓励安置的其他就业人员所支付的工资的加计扣除办法，由国务院另行规定。

第九十七条　企业所得税法第三十一条所称抵扣应纳税所得额，是指创业投资企业采取股权投资方式投资于未上市的中小高新技术企业2年以上的，可以按照其投资额的70%在股权持有满2年的当年抵扣该创业投资企业的应纳税所得额；当年不足抵扣的，可以在以后纳税年度结转抵扣。

第九十八条　企业所得税法第三十二条所称可以采取缩短折旧年限或者采取加速折旧的方法的固定资产，包括：

(一)由于技术进步，产品更新换代较快的固定资产；

(二)常年处于强震动、高腐蚀状态的固定资产。

采取缩短折旧年限方法的，最低折旧年限不得低于本条例第六十条规定折旧年限的60%；采取加速折旧方法的，可以采取双倍余额递减法或者年数总和法。

第九十九条　企业所得税法第三十三条所称减计收入，是指企业以《资源综合利用企业所得

税优惠目录》规定的资源作为主要原材料，生产国家非限制和禁止并符合国家和行业相关标准的产品取得的收入，减按90%计入收入总额。

前款所称原材料占生产产品材料的比例不得低于《资源综合利用企业所得税优惠目录》规定的标准。

第一百条　企业所得税法第三十四条所称税额抵免，是指企业购置并实际使用《环境保护专用设备企业所得税优惠目录》、《节能节水专用设备企业所得税优惠目录》和《安全生产专用设备企业所得税优惠目录》规定的环境保护、节能节水、安全生产等专用设备的，该专用设备的投资额的10%可以从企业当年的应纳税额中抵免；当年不足抵免的，可以在以后5个纳税年度结转抵免。

享受前款规定的企业所得税优惠的企业，应当实际购置并自身实际投入使用前款规定的专用设备；企业购置上述专用设备在5年内转让、出租的，应当停止享受企业所得税优惠，并补缴已经抵免的企业所得税税款。

第一百零一条　本章第八十七条、第九十九条、第一百条规定的企业所得税优惠目录，由国务院财政、税务主管部门商国务院有关部门制定，报国务院批准后公布施行。

第一百零二条　企业同时从事适用不同企业所得税待遇的项目的，其优惠项目应当单独计算所得，并合理分摊企业的期间费用；没有单独计算的，不得享受企业所得税优惠。

第五章　源泉扣缴

第一百零三条　依照企业所得税法对非居民企业应当缴纳的企业所得税实行源泉扣缴的，应当依照企业所得税法第十九条的规定计算应纳税所得额。

企业所得税法第十九条所称收入全额，是指非居民企业向支付人收取的全部价款和价外费

用。

第一百零四条　企业所得税法第三十七条所称支付人，是指依照有关法律规定或者合同约定对非居民企业直接负有支付相关款项义务的单位或者个人。

第一百零五条　企业所得税法第三十七条所称支付，包括现金支付、汇拨支付、转账支付和权益兑价支付等货币支付和非货币支付。

企业所得税法第三十七条所称到期应支付的款项，是指支付人按照权责发生制原则应当计入相关成本、费用的应付款项。

第一百零六条　企业所得税法第三十八条规定的可以指定扣缴义务人的情形，包括：

(一)预计工程作业或者提供劳务期限不足一个纳税年度，且有证据表明不履行纳税义务的；

(二)没有办理税务登记或者临时税务登记，且未委托中国境内的代理人履行纳税义务的；

(三)未按照规定期限办理企业所得税纳税申报或者预缴申报的。

前款规定的扣缴义务人，由县级以上税务机关指定，并同时告知扣缴义务人所扣税款的计算依据、计算方法、扣缴期限和扣缴方式。

第一百零七条　企业所得税法第三十九条所称所得发生地，是指依照本条例第七条规定的原则确定的所得发生地。在中国境内存在多处所得发生地的，由纳税人选择其中之一申报缴纳企业所得税。

第一百零八条　企业所得税法第三十九条所称该纳税人在中国境内其他收入，是指该纳税人在中国境内取得的其他各种来源的收入。

税务机关在追缴该纳税人应纳税款时，应当将追缴理由、追缴数额、缴纳期限和缴纳方式等告知该纳税人。

第六章　特别纳税调整

第一百零九条　企业所得税法第四十一条所称关联方，是指与企业有下列关联关系之一的企业、其他组织或者个人：

(一)在资金、经营、购销等方面存在直接或者间接的控制关系；

(二)直接或者间接地同为第三者控制；

(三)在利益上具有相关联的其他关系。

第一百一十条　企业所得税法第四十一条所称独立交易原则，是指没有关联关系的交易各方，按照公平成交价格和营业常规进行业务往来遵循的原则。

第一百一十一条　企业所得税法第四十一条所称合理方法，包括：

(一)可比非受控价格法，是指按照没有关联关系的交易各方进行相同或者类似业务往来的价格进行定价的方法；

(二)再销售价格法，是指按照从关联方购进商品再销售给没有关联关系的交易方的价格，减除相同或者类似业务的销售毛利进行定价的方法；

(三)成本加成法，是指按照成本加合理的费用和利润进行定价的方法；

(四)交易净利润法，是指按照没有关联关系的交易各方进行相同或者类似业务往来取得的净利润水平确定利润的方法；

(五)利润分割法，是指将企业与其关联方的合并利润或者亏损在各方之间采用合理标准进行分配的方法；

(六)其他符合独立交易原则的方法。

第一百一十二条　企业可以依照企业所得税法第四十一条第二款的规定，按照独立交易原则与其关联方分摊共同发生的成本，达成成本分摊协议。

企业与其关联方分摊成本时，应当按照成本与预期收益相配比的原则进行分摊，并在税务机关规定的期限内，按照税务机关的要求报送有关资料。

企业与其关联方分摊成本时违反本条第一款、第二款规定的，其自行分摊的成本不得在计算应纳税所得额时扣除。

第一百一十三条　企业所得税法第四十二条所称预约定价安排，是指企业就其未来年度关联交易的定价原则和计算方法，向税务机关提出申请，与税务机关按照独立交易原则协商、确认后达成的协议。

第一百一十四条　企业所得税法第四十三条所称相关资料，包括：

(一)与关联业务往来有关的价格、费用的制定标准、计算方法和说明等同期资料；

(二)关联业务往来所涉及的财产、财产使用权、劳务等的再销售(转让)价格或者最终销售(转让)价格的相关资料；

(三)与关联业务调查有关的其他企业应当提供的与被调查企业可比的产品价格、定价方式以及利润水平等资料；

(四)其他与关联业务往来有关的资料。

企业所得税法第四十三条所称与关联业务调查有关的其他企业，是指与被调查企业在生产经营内容和方式上相类似的企业。

企业应当在税务机关规定的期限内提供与关联业务往来有关的价格、费用的制定标准、计算方法和说明等资料。关联方以及与关联业务调查有关的其他企业应当在税务机关与其约定的期限内提供相关资料。

第一百一十五条　税务机关依照企业所得税法第四十四条的规定核定企业的应纳税所得额时，可以采用下列方法：

(一)参照同类或者类似企业的利润率水平核定；

(二)按照企业成本加合理的费用和利润的方法核定；

(三)按照关联企业集团整体利润的合理比例核定；

(四)按照其他合理方法核定。

企业对税务机关按照前款规定的方法核定的应纳税所得额有异议的，应当提供相关证据，经税务机关认定后，调整核定的应纳税所得额。

第一百一十六条　企业所得税法第四十五条所称中国居民，是指根据《中华人民共和国个人所得税法》的规定，就其从中国境内、境外取得的所得在中国缴纳个人所得税的个人。

第一百一十七条　企业所得税法第四十五条所称控制，包括：

(一)居民企业或者中国居民直接或者间接单一持有外国企业10%以上有表决权股份，且由其共同持有该外国企业50%以上股份；

(二)居民企业，或者居民企业和中国居民持股比例没有达到第(一)项规定的标准，但在股份、资金、经营、购销等方面对该外国企业构成实质控制。

第一百一十八条　企业所得税法第四十五条所称实际税负明显低于企业所得税法第四条第一款规定税率水平，是指低于企业所得税法第四条第一款规定税率的50%。

第一百一十九条　企业所得税法第四十六条所称债权性投资，是指企业直接或者间接从关联方获得的，需要偿还本金和支付利息或者需要以其他具有支付利息性质的方式予以补偿的融资。

企业间接从关联方获得的债权性投资，包括：

(一)关联方通过无关联第三方提供的债权性投资；

(二)无关联第三方提供的、由关联方担保且负有连带责任的债权性投资；

(三)其他间接从关联方获得的具有负债实质的债权性投资。

企业所得税法第四十六条所称权益性投资，是指企业接受的不需要偿还本金和支付利息，投资人对企业净资产拥有所有权的投资。

企业所得税法第四十六条所称标准，由国务院财政、税务主管部门另行规定。

第一百二十条　企业所得税法第四十七条所称不具有合理商业目的，是指以减少、免除或者推迟缴纳税款为主要目的。

第一百二十一条　税务机关根据税收法律、行政法规的规定，对企业作出特别纳税调整的，应当对补征的税款，自税款所属纳税年度的次年6月1日起至补缴税款之日止的期间，按日加收利息。

前款规定加收的利息，不得在计算应纳税所得额时扣除。

第一百二十二条　企业所得税法第四十八条所称利息，应当按照税款所属纳税年度中国人民银行公布的与补税期间同期的人民币贷款基准利率加5个百分点计算。

企业依照企业所得税法第四十三条和本条例的规定提供有关资料的，可以只按前款规定的人民币贷款基准利率计算利息。

第一百二十三条　企业与其关联方之间的业务往来，不符合独立交易原则，或者企业实施其他不具有合理商业目的安排的，税务机关有权在该业务发生的纳税年度起10年内，进行纳税调整。

第七章　征收管理

第一百二十四条　企业所得税法第五十条所称企业登记注册地，是指企业依照国家有关规定登记注册的住所地。

第一百二十五条　企业汇总计算并缴纳企业所得税时，应当统一核算应纳税所得额，具体办法由国务院财政、税务主管部门另行制定。

第一百二十六条　企业所得税法第五十一条所称主要机构、场所，应当同时符合下列条件：

(一)对其他各机构、场所的生产经营活动负有监督管理责任；

(二)设有完整的账簿、凭证，能够准确反映各机构、场所的收入、成本、费用和盈亏情况。

第一百二十七条　企业所得税法第五十一条所称经税务机关审核批准，是指经各机构、场所所在地税务机关的共同上级税务机关审核批准。

非居民企业经批准汇总缴纳企业所得税后，需要增设、合并、迁移、关闭机构、场所或者停止机构、场所业务的，应当事先由负责汇总申报缴纳企业所得税的主要机构、场所向其所在地税务机关报告；需要变更汇总缴纳企业所得税的主要机构、场所的，依照前款规定办理。

第一百二十八条　企业所得税分月或者分季预缴，由税务机关具体核定。

企业根据企业所得税法第五十四条规定分月或者分季预缴企业所得税时，应当按照月度或者季度的实际利润额预缴；按照月度或者季度的实际利润额预缴有困难的，可以按照上一纳税年度应纳税所得额的月度或者季度平均额预缴，或者按照经税务机关认可的其他方法预缴。预缴方法一经确定，该纳税年度内不得随意变更。

第一百二十九条　企业在纳税年度内无论盈利或者亏损，都应当依照企业所得税法第五十四条规定的期限，向税务机关报送预缴企业所得税纳税申报表、年度企业所得税纳税申报表、财务会计报告和税务机关规定应当报送的其他有关资料。

第一百三十条　企业所得以人民币以外的货币计算的，预缴企业所得税时，应当按照月度或者季度最后一日的人民币汇率中间价，折合成人民币计算应纳税所得额。年度终了汇算清缴时，对已经按照月度或者季度预缴税款的，不再重新折合计算，只就该纳税年度内未缴纳企业所得税的部分，按照纳税年度最后一日的人民币汇率中间价，折合成人民币计算应纳税所得额。

经税务机关检查确认，企业少计或者多计前款规定的所得的，应当按照检查确认补税或者退税时的上一个月最后一日的人民币汇率中间价，将少计或者多计的所得折合成人民币计算应纳税所得额，再计算应补缴或者应退的税款。

第八章　附　　则

第一百三十一条　企业所得税法第五十七条第一款所称本法公布前已经批准设立的企业，是

指企业所得税法公布前已经完成登记注册的企业。

　　第一百三十二条　在香港特别行政区、澳门特别行政区和台湾地区成立的企业，参照适用企业所得税法第二条第二款、第三款的有关规定。

　　第一百三十三条　本条例自2008年1月1日起施行。1991年6月30日国务院发布的《中华人民共和国外商投资企业和外国企业所得税法实施细则》和1994年2月4日财政部发布的《中华人民共和国企业所得税暂行条例实施细则》同时废止。

【打印】【关闭窗口】

The Detailed Rules for the Implementation of the Law of the People's
Republic of China on the Administration of Tax Collection

Order No. 362 of the State Council

The full document is effective. Date of formulation: September 7, 2002

…

Article 51 The term "affiliated enterprises" as mentioned in Article 36 of *the
Law on the Administration of Tax Collection* refers to the companies,
enterprises and other organizations that have any of the following relationships:
(1) relationship of direct or indirect control with respect to capital, business
operation, sale or purchase, etc.;
(2) directly or indirectly owned or controlled by a common third party;
(3) any other relationship of relevance in interest.
A taxpayer is obliged to submitting to the local taxation agency with the
documents on prices and fee schedules, etc. for business transactions with its
affiliated enterprises. The specific measures shall be formulated by the State
Administration of Taxation.

…

## 中华人民共和国税收征收管理法实施细则

### 国务院令第362号

全文有效　成文日期：2002-09-07

字体：【大】【中】【小】

# 第一章 总则

第一条 根据《中华人民共和国税收征收管理法》（以下简称税收征管法）的规定，制定本细则。

第二条 凡依法由税务机关征收的各种税收的征收管理，均适用税收征管法及本细则；税收征管法及本细则没有规定的，依照其他有关税收法律、行政法规的规定执行。

第三条 任何部门、单位和个人作出的与税收法律、行政法规相抵触的决定一律无效，税务机关不得执行，并应当向上级税务机关报告。

纳税人应当依照税收法律、行政法规的规定履行纳税义务；其签订的合同、协议等与税收法律、行政法规相抵触的，一律无效。

第四条 国家税务总局负责制定全国税务系统信息化建设的总体规划、技术标准、技术方案与实施办法；各级税务机关应当按照国家税务总局的总体规划、技术标准、技术方案与实施办法，做好本地区税务系统信息化建设的具体工作。

地方各级人民政府应当积极支持税务系统信息化建设，并组织有关部门实现相关信息的共享。

第五条 税收征管法第八条所称为纳税人、扣缴义务人保密的情况，是指纳税人、扣缴义务人的商业秘密及个人隐私。纳税人、扣缴义务人的税收违法行为不属于保密范围。

第六条 国家税务总局应当制定税务人员行为准则和服务规范。

上级税务机关发现下级税务机关的税收违法行为，应当及时予以纠正；下级税务机关应当按照上级税务机关的决定及时改正。

下级税务机关发现上级税务机关的税收违法行为，应当向上级税务机关或者有关部门报告。

第七条 税务机关根据检举人的贡献大小给予相应的奖励，奖励所需资金列入税务部门年度预算，单项核定。奖励资金具体使用办法以及奖励标准，由国家税务总局会同财政部制定。

第八条 税务人员在核定应纳税额、调整税收定额、进行税务检查、实施税务行政处罚、办理税务行政复议时，与纳税人、扣缴义务人或者其法定代表人、直接责任人有下列关系之一的，应当回避：

（一）夫妻关系；

（二）直系血亲关系；

（三）三代以内旁系血亲关系；

（四）近姻亲关系；

（五）可能影响公正执法的其他利害关系。

第九条 税收征管法第十四条所称按照国务院规定设立的并向社会公告的税务机构，是指省以下税务局的稽查局。稽查局专司偷税、逃避追缴欠税、骗税、抗税案件的查处。

国家税务总局应当明确划分税务局和稽查局的职责，避免职责交叉。

# 第二章 税务登记

第十条 国家税务局、地方税务局对同一纳税人的税务登记应当采用同一代码，信息共享。

税务登记的具体办法由国家税务总局制定。

第十一条 各级工商行政管理机关应当向同级国家税务局和地方税务局定期通报办理开业、变更、注销登记以及吊销营业执照的情况。

通报的具体办法由国家税务总局和国家工商行政管理总局联合制定。

第十二条 从事生产、经营的纳税人应当自领取营业执照之日起30日内，向生产、经营地或者纳税义务发生地的主管税务机关申报办理税务登记，如实填写税务登记表，并按照税务机关的要求提供有关证件、资料。

前款规定以外的纳税人，除国家机关和个人外，应当自纳税义务发生之日起30日内，持有关证件向所在地的主管税务机关申报办理税务登记。

个人所得税的纳税人办理税务登记的办法由国务院另行规定。

税务登记证件的式样，由国家税务总局制定。

第十三条　扣缴义务人应当自扣缴义务发生之日起30日内，向所在地的主管税务机关申报办理扣缴税款登记，领取扣缴税款登记证件；税务机关对已办理税务登记的扣缴义务人，可以只在其税务登记证件上登记扣缴税款事项，不再发给扣缴税款登记证件。

第十四条　纳税人税务登记内容发生变化的，应当自工商行政管理机关或者其他机关办理变更登记之日起30日内，持有关证件向原税务登记机关申报办理变更税务登记。

纳税人税务登记内容发生变化，不需要到工商行政管理机关或者其他机关办理变更登记的，应当自发生变化之日起30日内，持有关证件向原税务登记机关申报办理变更税务登记。

第十五条　纳税人发生解散、破产、撤销以及其他情形，依法终止纳税义务的，应当在向工商行政管理机关或者其他机关办理注销登记前，持有关证件向原税务登记机关申报办理注销税务登记；按照规定不需要在工商行政管理机关或者其他机关办理注册登记的，应当自有关机关批准或者宣告终止之日起15日内，持有关证件向原税务登记机关申报办理注销税务登记。

纳税人因住所、经营地点变动，涉及改变税务登记机关的，应当在向工商行政管理机关或者其他机关申请办理变更或者注销登记前或者住所、经营地点变动前，向原税务登记机关申报办理注销税务登记，并在30日内向迁达地税务机关申报办理税务登记。

纳税人被工商行政管理机关吊销营业执照或者被其他机关予以撤销登记的，应当自营业执照被吊销或者被撤销登记之日起15日内，向原税务登记机关申报办理注销税务登记。

第十六条　纳税人在办理注销税务登记前，应当向税务机关结清应纳税款、滞纳金、罚款，缴销发票、税务登记证件和其他税务证件。

第十七条　从事生产、经营的纳税人应当自开立基本存款账户或者其他存款账户之日起15日内，

向主管税务机关书面报告其全部账号；发生变化的，应当自变化之日起15日内，向主管税务机关书面报告。

第十八条 除按照规定不需要发给税务登记证件的外，纳税人办理下列事项时，必须持税务登记证件：

（一）开立银行账户；

（二）申请减税、免税、退税；

（三）申请办理延期申报、延期缴纳税款；

（四）领购发票；

（五）申请开具外出经营活动税收管理证明；

（六）办理停业、歇业；

（七）其他有关税务事项。

第十九条 税务机关对税务登记证件实行定期验证和换证制度。纳税人应当在规定的期限内持有关证件到主管税务机关办理验证或者换证手续。

第二十条 纳税人应当将税务登记证件正本在其生产、经营场所或者办公场所公开悬挂，接受税务机关检查。

纳税人遗失税务登记证件的，应当在15日内书面报告主管税务机关，并登报声明作废。

第二十一条 从事生产、经营的纳税人到外县（市）临时从事生产、经营活动的，应当持税务登记证副本和所在地税务机关填开的外出经营活动税收管理证明，向营业地税务机关报验登记，接受税务管理。

从事生产、经营的纳税人外出经营，在同一地累计超过180天的，应当在营业地办理税务登记手续。

## 第三章 账簿、凭证管理

第二十二条 从事生产、经营的纳税人应当自领取营业执照或者发生纳税义务之日起15日内，按

照国家有关规定设置账簿。

前款所称账簿，是指总账、明细账、日记账以及其他辅助性账簿。总账、日记账应当采用订本式。

第二十三条 生产、经营规模小又确无建账能力的纳税人，可以聘请经批准从事会计代理记账业务的专业机构或者经税务机关认可的财会人员代为建账和办理账务；聘请上述机构或者人员有实际困难的，经县以上税务机关批准，可以按照税务机关的规定，建立收支凭证粘贴簿、进货销货登记簿或者使用税控装置。

第二十四条 从事生产、经营的纳税人应当自领取税务登记证件之日起15日内，将其财务、会计制度或者财务、会计处理办法报送主管税务机关备案。

纳税人使用计算机记账的，应当在使用前将会计电算化系统的会计核算软件、使用说明书及有关资料报送主管税务机关备案。

纳税人建立的会计电算化系统应当符合国家有关规定，并能正确、完整核算其收入或者所得。

第二十五条 扣缴义务人应当自税收法律、行政法规规定的扣缴义务发生之日起10日内，按照所代扣、代收的税种，分别设置代扣代缴、代收代缴税款账簿。

第二十六条 纳税人、扣缴义务人会计制度健全，能够通过计算机正确、完整计算其收入和所得或者代扣代缴、代收代缴税款情况的，其计算机输出的完整的书面会计记录，可视同会计账簿。

纳税人、扣缴义务人会计制度不健全，不能通过计算机正确、完整计算其收入和所得或者代扣代缴、代收代缴税款情况的，应当建立总账及与纳税或者代扣代缴、代收代缴税款有关的其他账簿。

第二十七条 账簿、会计凭证和报表，应当使用中文。民族自治地方可以同时使用当地通用的一种民族文字。外商投资企业和外国企业可以同时使用一种外国文字。

第二十八条 纳税人应当按照税务机关的要求安装、使用税控装置，并按照税务机关的规定报送有关数据和资料。

法规详细内容
1/25/15, 9:52 PM

税控装置推广应用的管理办法由国家税务总局另行制定，报国务院批准后实施。

第二十九条 账簿、记账凭证、报表、完税凭证、发票、出口凭证以及其他有关涉税资料应当合法、真实、完整。

账簿、记账凭证、报表、完税凭证、发票、出口凭证以及其他有关涉税资料应当保存10年；但是，法律、行政法规另有规定的除外。

# 第四章 纳税申报

第三十条 税务机关应当建立、健全纳税人自行申报纳税制度。经税务机关批准，纳税人、扣缴义务人可以采取邮寄、数据电文方式办理纳税申报或者报送代扣代缴、代收代缴税款报告表。

数据电文方式，是指税务机关确定的电话语音、电子数据交换和网络传输等电子方式。

第三十一条 纳税人采取邮寄方式办理纳税申报的，应当使用统一的纳税申报专用信封，并以邮政部门收据作为申报凭据。邮寄申报以寄出的邮戳日期为实际申报日期。

纳税人采取电子方式办理纳税申报的，应当按照税务机关规定的期限和要求保存有关资料，并定期书面报送主管税务机关。

第三十二条 纳税人在纳税期内没有应纳税款的，也应当按照规定办理纳税申报。

纳税人享受减税、免税待遇的，在减税、免税期间应当按照规定办理纳税申报。

第三十三条 纳税人、扣缴义务人的纳税申报或者代扣代缴、代收代缴税款报告表的主要内容包括：税种、税目，应纳税项目或者代扣代缴、代收代缴税款项目，计税依据，扣除项目及标准，适用税率或者单位税额，应退税项目及税额、应减免税项目及税额，应纳税额或者应代扣代缴、代收代缴税额，税款所属期限、延期缴纳税款、欠税、滞纳金等。

第三十四条 纳税人办理纳税申报时，应当如实填写纳税申报表，并根据不同的情况相应报送下列有关证件、资料：

（一）财务会计报表及其说明材料；

（二）与纳税有关的合同、协议书及凭证；

（三）税控装置的电子报税资料；

（四）外出经营活动税收管理证明和异地完税凭证；

（五）境内或者境外公证机构出具的有关证明文件；

（六）税务机关规定应当报送的其他有关证件、资料。

第三十五条 扣缴义务人办理代扣代缴、代收代缴税款报告时，应当如实填写代扣代缴、代收代缴税款报告表，并报送代扣代缴、代收代缴税款的合法凭证以及税务机关规定的其他有关证件、资料。

第三十六条 实行定期定额缴纳税款的纳税人，可以实行简易申报、简并征期等申报纳税方式。

第三十七条 纳税人、扣缴义务人按照规定的期限办理纳税申报或者报送代扣代缴、代收代缴税款报告表确有困难，需要延期的，应当在规定的期限内向税务机关提出书面延期申请，经税务机关核准，在核准的期限内办理。

纳税人、扣缴义务人因不可抗力，不能按期办理纳税申报或者报送代扣代缴、代收代缴税款报告表的，可以延期办理；但是，应当在不可抗力情形消除后立即向税务机关报告。税务机关应当查明事实，予以核准。

# 第五章 税款征收

第三十八条 税务机关应当加强对税款征收的管理，建立、健全责任制度。

税务机关根据保证国家税款及时足额入库、方便纳税人、降低税收成本的原则，确定税款征收的方式。

税务机关应当加强对纳税人出口退税的管理，具体管理办法由国家税务总局会同国务院有关部门制定。

第三十九条 税务机关应当将各种税收的税款、滞纳金、罚款，按照国家规定的预算科目和预算级次及时缴入国库，税务机关不得占压、挪用、截留，不得缴入国库以外或者国家规定的税款账户以外的任何账户。

法规详细内容

已缴入国库的税款、滞纳金、罚款，任何单位和个人不得擅自变更预算科目和预算级次。

第四十条 税务机关应当根据方便、快捷、安全的原则，积极推广使用支票、银行卡、电子结算方式缴纳税款。

第四十一条 纳税人有下列情形之一的，属于税收征管法第三十一条所称特殊困难：

（一）因不可抗力，导致纳税人发生较大损失，正常生产经营活动受到较大影响的；

（二）当期货币资金在扣除应付职工工资、社会保险费后，不足以缴纳税款的。

计划单列市国家税务局、地方税务局可以参照税收征管法第三十一条第二款的批准权限，审批纳税人延期缴纳税款。

第四十二条 纳税人需要延期缴纳税款的，应当在缴纳税款期限届满前提出申请，并报送下列材料：申请延期缴纳税款报告，当期货币资金余额情况及所有银行存款账户的对账单，资产负债表，应付职工工资和社会保险费等税务机关要求提供的支出预算。

税务机关应当自收到申请延期缴纳税款报告之日起20日内作出批准或者不予批准的决定；不予批准的，从缴纳税款期限届满之日起加收滞纳金。

第四十三条 法律、行政法规规定或者经法定的审批机关批准减税、免税的纳税人，应当持有关文件到主管税务机关办理减税、免税手续。减税、免税期满，应当自期满次日起恢复纳税。

享受减税、免税优惠的纳税人，减税、免税条件发生变化的，应当自发生变化之日起15日内向税务机关报告；不再符合减税、免税条件的，应当依法履行纳税义务；未依法纳税的，税务机关应当予以追缴。

第四十四条 税务机关根据有利于税收控管和方便纳税的原则，可以按照国家有关规定委托有关单位和人员代征零星分散和异地缴纳的税收，并发给委托代征证书。受托单位和人员按照代征证书的要求，以税务机关的名义依法征收税款，纳税人不得拒绝；纳税人拒绝的，受托代征单位和人员应当及时报告税务机关。

第四十五条 税收征管法第三十四条所称完税凭证，是指各种完税证、缴款书、印花税票、扣

（收）税凭证以及其他完税证明。

　　未经税务机关指定，任何单位、个人不得印制完税凭证。完税凭证不得转借、倒卖、变造或者伪造。

　　完税凭证的式样及管理办法由国家税务总局制定。

　　第四十六条　税务机关收到税款后，应当向纳税人开具完税凭证。纳税人通过银行缴纳税款的，税务机关可以委托银行开具完税凭证。

　　第四十七条　纳税人有税收征管法第三十五条或者第三十七条所列情形之一的，税务机关有权采用下列任何一种方法核定其应纳税额：

　　（一）参照当地同类行业或者类似行业中经营规模和收入水平相近的纳税人的税负水平核定；

　　（二）按照营业收入或者成本加合理的费用和利润的方法核定；

　　（三）按照耗用的原材料、燃料、动力等推算或者测算核定；

　　（四）按照其他合理方法核定。

　　采用前款所列一种方法不足以正确核定应纳税额时，可以同时采用两种以上的方法核定。

　　纳税人对税务机关采取本条规定的方法核定的应纳税额有异议的，应当提供相关证据，经税务机关认定后，调整应纳税额。

　　第四十八条　税务机关负责纳税人纳税信誉等级评定工作。纳税人纳税信誉等级的评定办法由国家税务总局制定。

　　第四十九条　承包人或者承租人有独立的生产经营权，在财务上独立核算，并定期向发包人或者出租人上缴承包费或者租金的，承包人或者承租人应当就其生产、经营收入和所得纳税，并接受税务管理；但是，法律、行政法规另有规定的除外。

　　发包人或者出租人应当自发包或者出租之日起30日内将承包人或者承租人的有关情况向主管税务机关报告。发包人或者出租人不报告的，发包人或者出租人与承包人或者承租人承担纳税连带责任。

第五十条 纳税人有解散、撤销、破产情形的，在清算前应当向其主管税务机关报告；未结清税款的，由其主管税务机关参加清算。

第五十一条 税收征管法第三十六条所称关联企业，是指有下列关系之一的公司、企业和其他经济组织：

（一）在资金、经营、购销等方面，存在直接或者间接的拥有或者控制关系；

（二）直接或者间接地同为第三者所拥有或者控制；

（三）在利益上具有相关联的其他关系。

纳税人有义务就其与关联企业之间的业务往来，向当地税务机关提供有关的价格、费用标准等资料。具体办法由国家税务总局制定。

第五十二条 税收征管法第三十六条所称独立企业之间的业务往来，是指没有关联关系的企业之间按照公平成交价格和营业常规所进行的业务往来。

第五十三条 纳税人可以向主管税务机关提出与其关联企业之间业务往来的定价原则和计算方法，主管税务机关审核、批准后，与纳税人预先约定有关定价事项，监督纳税人执行。

第五十四条 纳税人与其关联企业之间的业务往来有下列情形之一的，税务机关可以调整其应纳税额：

（一）购销业务未按照独立企业之间的业务往来作价；

（二）融通资金所支付或者收取的利息超过或者低于没有关联关系的企业之间所能同意的数额，或者利率超过或者低于同类业务的正常利率；

（三）提供劳务，未按照独立企业之间业务往来收取或者支付劳务费用；

（四）转让财产、提供财产使用权等业务往来，未按照独立企业之间业务往来作价或者收取、支付费用；

（五）未按照独立企业之间业务往来作价的其他情形。

第五十五条 纳税人有本细则第五十四条所列情形之一的，税务机关可以按照下列方法调整计税

收入额或者所得额：

（一）按照独立企业之间进行的相同或者类似业务活动的价格；

（二）按照再销售给无关联关系的第三者的价格所应取得的收入和利润水平；

（三）按照成本加合理的费用和利润；

（四）按照其他合理的方法。

第五十六条 纳税人与其关联企业未按照独立企业之间的业务往来支付价款、费用的，税务机关自该业务往来发生的纳税年度起3年内进行调整；有特殊情况的，可以自该业务往来发生的纳税年度起10年内进行调整。

第五十七条 税收征管法第三十七条所称未按照规定办理税务登记从事生产、经营的纳税人，包括到外县（市）从事生产、经营而未向营业地税务机关报验登记的纳税人。

第五十八条 税务机关依照税收征管法第三十七条的规定，扣押纳税人商品、货物的，纳税人应当自扣押之日起15日内缴纳税款。

对扣押的鲜活、易腐烂变质或者易失效的商品、货物，税务机关根据被扣押物品的保质期，可以缩短前款规定的扣押期限。

第五十九条 税收征管法第三十八条、第四十条所称其他财产，包括纳税人的房地产、现金、有价证券等不动产和动产。

机动车辆、金银饰品、古玩字画、豪华住宅或者一处以外的住房不属于税收征管法第三十八条、第四十条、第四十二条所称个人及其所扶养家属维持生活必需的住房和用品。

税务机关对单价5000元以下的其他生活用品，不采取税收保全措施和强制执行措施。

第六十条 税收征管法第三十八条、第四十条、第四十二条所称个人所扶养家属，是指与纳税人共同居住生活的配偶、直系亲属以及无生活来源并由纳税人扶养的其他亲属。

第六十一条 税收征管法第三十八条、第八十八条所称担保，包括经税务机关认可的纳税保证人为纳税人提供的纳税保证，以及纳税人或者第三人以其未设置或者未全部设置担保物权的财产提

供的担保。

纳税保证人，是指在中国境内具有纳税担保能力的自然人、法人或者其他经济组织。

法律、行政法规规定的没有担保资格的单位和个人，不得作为纳税担保人。

第六十二条 纳税担保人同意为纳税人提供纳税担保的，应当填写纳税担保书，写明担保对象、担保范围、担保期限和担保责任以及其他有关事项。担保书须经纳税人、纳税担保人签字盖章并经税务机关同意，方为有效。

纳税人或者第三人以其财产提供纳税担保的，应当填写财产清单，并写明财产价值以及其他有关事项。纳税担保财产清单须经纳税人、第三人签字盖章并经税务机关确认，方为有效。

第六十三条 税务机关执行扣押、查封商品、货物或者其他财产时，应当由两名以上税务人员执行，并通知被执行人。被执行人是自然人的，应当通知被执行人本人或者其成年家属到场；被执行人是法人或者其他组织的，应当通知其法定代表人或者主要负责人到场；拒不到场的，不影响执行。

第六十四条 税务机关执行税收征管法第三十七条、第三十八条、第四十条的规定，扣押、查封价值相当于应纳税款的商品、货物或者其他财产时，参照同类商品的市场价、出厂价或者评估价估算。

税务机关按照前款方法确定应扣押、查封的商品、货物或者其他财产的价值时，还应当包括滞纳金和扣押、查封、保管、拍卖、变卖所发生的费用。

第六十五条 对价值超过应纳税额且不可分割的商品、货物或者其他财产，税务机关在纳税人、扣缴义务人或者纳税担保人无其他可供强制执行的财产的情况下，可以整体扣押、查封、拍卖，以拍卖所得抵缴税款、滞纳金、罚款以及扣押、查封、保管、拍卖等费用。

第六十六条 税务机关执行税收征管法第三十七条、第三十八条、第四十条的规定，实施扣押、查封时，对有产权证件的动产或者不动产，税务机关可以责令当事人将产权证件交税务机关保管，同时可以向有关机关发出协助执行通知书，有关机关在扣押、查封期间不再办理该动产或者

不动产的过户手续。

　　第六十七条 对查封的商品、货物或者其他财产，税务机关可以指令被执行人负责保管，保管责任由被执行人承担。

　　继续使用被查封的财产不会减少其价值的，税务机关可以允许被执行人继续使用；因被执行人保管或者使用的过错造成的损失，由被执行人承担。

　　第六十八条 纳税人在税务机关采取税收保全措施后，按照税务机关规定的期限缴纳税款的，税务机关应当自收到税款或者银行转回的完税凭证之日起1日内解除税收保全。

　　第六十九条 税务机关将扣押、查封的商品、货物或者其他财产变价抵缴税款时，应当交由依法成立的拍卖机构拍卖；无法委托拍卖或者不适于拍卖的，可以交由当地商业企业代为销售，也可以责令纳税人限期处理；无法委托商业企业销售，纳税人也无法处理的，可以由税务机关变价处理，具体办法由国家税务总局规定。国家禁止自由买卖的商品，应当交由有关单位按照国家规定的价格收购。

　　拍卖或者变卖所得抵缴税款、滞纳金、罚款以及扣押、查封、保管、拍卖、变卖等费用后，剩余部分应当在3日内退还被执行人。

　　第七十条 税收征管法第三十九条、第四十三条所称损失，是指因税务机关的责任，使纳税人、扣缴义务人或者纳税担保人的合法利益遭受的直接损失。

　　第七十一条 税收征管法所称其他金融机构，是指信托投资公司、信用合作社、邮政储蓄机构以及经中国人民银行、中国证券监督管理委员会等批准设立的其他金融机构。

　　第七十二条 税收征管法所称存款，包括独资企业投资人、合伙企业合伙人、个体工商户的储蓄存款以及股东资金账户中的资金等。

　　第七十三条 从事生产、经营的纳税人、扣缴义务人未按照规定的期限缴纳或者解缴税款的，纳税担保人未按照规定的期限缴纳所担保的税款的，由税务机关发出限期缴纳税款通知书，责令缴纳或者解缴税款的最长期限不得超过15日。

第七十四条 欠缴税款的纳税人或者其法定代表人在出境前未按照规定结清应纳税款、滞纳金或者提供纳税担保的，税务机关可以通知出入境管理机关阻止其出境。阻止出境的具体办法，由国家税务总局会同公安部制定。

第七十五条 税收征管法第三十二条规定的加收滞纳金的起止时间，为法律、行政法规规定或者税务机关依照法律、行政法规的规定确定的税款缴纳期限届满次日起至纳税人、扣缴义务人实际缴纳或者解缴税款之日止。

第七十六条 县级以上各级税务机关应当将纳税人的欠税情况，在办税场所或者广播、电视、报纸、期刊、网络等新闻媒体上定期公告。

对纳税人欠缴税款的情况实行定期公告的办法，由国家税务总局制定。

第七十七条 税收征管法第四十九条所称欠缴税款数额较大，是指欠缴税款5万元以上。

第七十八条 税务机关发现纳税人多缴税款的，应当自发现之日起10日内办理退还手续；纳税人发现多缴税款，要求退还的，税务机关应当自接到纳税人退还申请之日起30日内查实并办理退还手续。

税收征管法第五十一条规定的加算银行同期存款利息的多缴税款退税，不包括依法预缴税款形成的结算退税、出口退税和各种减免退税。

退税利息按照税务机关办理退税手续当天中国人民银行规定的活期存款利率计算。

第七十九条 当纳税人既有应退税款又有欠缴税款的，税务机关可以将应退税款和利息先抵扣欠缴税款；抵扣后有余额的，退还纳税人。

第八十条 税收征管法第五十二条所称税务机关的责任，是指税务机关适用税收法律、行政法规不当或者执法行为违法。

第八十一条 税收征管法第五十二条所称纳税人、扣缴义务人计算错误等失误，是指非主观故意的计算公式运用错误以及明显的笔误。

第八十二条 税收征管法第五十二条所称特殊情况，是指纳税人或者扣缴义务人因计算错误等失

误，未缴或者少缴、未扣或者少扣、未收或者少收税款，累计数额在10万元以上的。

第八十三条 税收征管法第五十二条规定的补缴和追征税款、滞纳金的期限，自纳税人、扣缴义务人应缴未缴或者少缴税款之日起计算。

第八十四条 审计机关、财政机关依法进行审计、检查时，对税务机关的税收违法行为作出的决定，税务机关应当执行；发现被审计、检查单位有税收违法行为的，向被审计、检查单位下达决定、意见书，责成被审计、检查单位向税务机关缴纳应当缴纳的税款、滞纳金。税务机关应当根据有关机关的决定、意见书，依照税收法律、行政法规的规定，将应收的税款、滞纳金按照国家规定的税收征收管理范围和税款入库预算级次缴入国库。

税务机关应当自收到审计机关、财政机关的决定、意见书之日起30日内将执行情况书面回复审计机关、财政机关。

有关机关不得将其履行职责过程中发现的税款、滞纳金自行征收入库或者以其他款项的名义自行处理、占压。

# 第六章 税务检查

第八十五条 税务机关应当建立科学的检查制度，统筹安排检查工作，严格控制对纳税人、扣缴义务人的检查次数。

税务机关应当制定合理的税务稽查工作规程，负责选案、检查、审理、执行的人员的职责应当明确，并相互分离、相互制约，规范选案程序和检查行为。

税务检查工作的具体办法，由国家税务总局制定。

第八十六条 税务机关行使税收征管法第五十四条第（一）项职权时，可以在纳税人、扣缴义务人的业务场所进行；必要时，经县以上税务局（分局）局长批准，可以将纳税人、扣缴义务人以前会计年度的账簿、记账凭证、报表和其他有关资料调回税务机关检查，但是税务机关必须向纳税人、扣缴义务人开付清单，并在3个月内完整退还；有特殊情况的，经设区的市、自治州以上税务局局长批准，税务机关可以将纳税人、扣缴义务人当年的账簿、记账凭证、报表和其他有关资

料调回检查，但是税务机关必须在30日内退还。

第八十七条 税务机关行使税收征管法第五十四条第（六）项职权时，应当指定专人负责，凭全国统一格式的检查存款账户许可证明进行，并有责任为被检查人保守秘密。

检查存款账户许可证明，由国家税务总局制定。

税务机关查询的内容，包括纳税人存款账户余额和资金往来情况。

第八十八条 依照税收征管法第五十五条规定，税务机关采取税收保全措施的期限一般不得超过6个月；重大案件需要延长的，应当报国家税务总局批准。

第八十九条 税务机关和税务人员应当依照税收征管法及本细则的规定行使税务检查职权。

税务人员进行税务检查时，应当出示税务检查证和税务检查通知书；无税务检查证和税务检查通知书的，纳税人、扣缴义务人及其他当事人有权拒绝检查。税务机关对集贸市场及集中经营业户进行检查时，可以使用统一的税务检查通知书。

税务检查证和税务检查通知书的式样、使用和管理的具体办法，由国家税务总局制定。

# 第七章 法律责任

第九十条 纳税人未按照规定办理税务登记证件验证或者换证手续的，由税务机关责令限期改正，可以处2000元以下的罚款；情节严重的，处2000元以上1万元以下的罚款。

第九十一条 非法印制、转借、倒卖、变造或者伪造完税凭证的，由税务机关责令改正，处2000元以上1万元以下的罚款；情节严重的，处1万元以上5万元以下的罚款；构成犯罪的，依法追究刑事责任。

第九十二条 银行和其他金融机构未依照税收征管法的规定在从事生产、经营的纳税人的账户中登录税务登记证件号码，或者未按规定在税务登记证件中登录从事生产、经营的纳税人的账户账号的，由税务机关责令其限期改正，处2000元以上2万元以下的罚款；情节严重的，处2万元以上5万元以下的罚款。

第九十三条 为纳税人、扣缴义务人非法提供银行账户、发票、证明或者其他方便，导致未缴、

少缴税款或者骗取国家出口退税款的，税务机关除没收其违法所得外，可以处未缴、少缴或者骗取的税款1倍以下的罚款。

第九十四条 纳税人拒绝代扣、代收税款的，扣缴义务人应当向税务机关报告，由税务机关直接向纳税人追缴税款、滞纳金；纳税人拒不缴纳的，依照税收征管法第六十八条的规定执行。

第九十五条 税务机关依照税收征管法第五十四条第（五）项的规定，到车站、码头、机场、邮政企业及其分支机构检查纳税人有关情况时，有关单位拒绝的，由税务机关责令改正，可以处1万元以下的罚款；情节严重的，处1万元以上5万元以下的罚款。

第九十六条 纳税人、扣缴义务人有下列情形之一的，依照税收征管法第七十条的规定处罚：

（一）提供虚假资料，不如实反映情况，或者拒绝提供有关资料的；

（二）拒绝或者阻止税务机关记录、录音、录像、照相和复制与案件有关的情况和资料的；

（三）在检查期间，纳税人、扣缴义务人转移、隐匿、销毁有关资料的；

（四）有不依法接受税务检查的其他情形的。

第九十七条 税务人员私分扣押、查封的商品、货物或者其他财产，情节严重，构成犯罪的，依法追究刑事责任；尚不构成犯罪的，依法给予行政处分。

第九十八条 税务代理人违反税收法律、行政法规，造成纳税人未缴或者少缴税款的，除由纳税人缴纳或者补缴应纳税款、滞纳金外，对税务代理人处纳税人未缴或者少缴税款50%以上3倍以下的罚款。

第九十九条 税务机关对纳税人、扣缴义务人及其他当事人处以罚款或者没收违法所得时，应当开付罚没凭证；未开付罚没凭证的，纳税人、扣缴义务人以及其他当事人有权拒绝给付。

第一百条 税收征管法第八十八条规定的纳税争议，是指纳税人、扣缴义务人、纳税担保人对税务机关确定纳税主体、征税对象、征税范围、减税、免税及退税、适用税率、计税依据、纳税环节、纳税期限、纳税地点以及税款征收方式等具体行政行为有异议而发生的争议。

# 第八章 文书送达

第一百零一条 税务机关送达税务文书，应当直接送交受送达人。

受送达人是公民的，应当由本人直接签收；本人不在的，交其同住成年家属签收。

受送达人是法人或者其他组织的，应当由法人的法定代表人、其他组织的主要负责人或者该法人、组织的财务负责人、负责收件的人签收。受送达人有代理人的，可以送交其代理人签收。

第一百零二条 送达税务文书应当有送达回证，并由受送达人或者本细则规定的其他签收人在送达回证上记明收到日期，签名或者盖章，即为送达。

第一百零三条 受送达人或者本细则规定的其他签收人拒绝签收税务文书的，送达人应当在送达回证上记明拒收理由和日期，并由送达人和见证人签名或者盖章，将税务文书留在受送达人处，即视为送达。

第一百零四条 直接送达税务文书有困难的，可以委托其他有关机关或者其他单位代为送达，或者邮寄送达。

第一百零五条 直接或者委托送达税务文书的，以签收人或者见证人在送达回证上的签收或者注明的收件日期为送达日期；邮寄送达的，以挂号函件回执上注明的收件日期为送达日期，并视为已送达。

第一百零六条 有下列情形之一的，税务机关可以公告送达税务文书，自公告之日起满30日，即视为送达：

（一）同一送达事项的受送达人众多；

（二）采用本章规定的其他送达方式无法送达。

第一百零七条 税务文书的格式由国家税务总局制定。本细则所称税务文书，包括：

（一）税务事项通知书；

（二）责令限期改正通知书；

（三）税收保全措施决定书；

（四）税收强制执行决定书；

（五）税务检查通知书；

（六）税务处理决定书；

（七）税务行政处罚决定书；

（八）行政复议决定书；

（九）其他税务文书。

# 第九章 附则

第一百零八条 税收征管法及本细则所称"以上"、"以下"、"日内"、"届满"均含本数。

第一百零九条 税收征管法及本细则所规定期限的最后一日是法定休假日的，以休假日期满的次日为期限的最后一日；在期限内有连续3日以上法定休假日的，按休假日天数顺延。

第一百一十条 税收征管法第三十条第三款规定的代扣、代收手续费，纳入预算管理，由税务机关依照法律、行政法规的规定付给扣缴义务人。

第一百一十一条 纳税人、扣缴义务人委托税务代理人代为办理税务事宜的办法，由国家税务总局规定。

第一百一十二条 耕地占用税、契税、农业税、牧业税的征收管理，按照国务院的有关规定执行。

第一百一十三条 本细则自2002年10月15日起施行。1993年8月4日国务院发布的《中华人民共和国税收征收管理法实施细则》同时废止。

【打印】 【关闭窗口】

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 57 of 91

Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation)   6/16/15, 3:05 PM



Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation) **[Effective]**

国家税务总局关于印发《特别纳税调整实施办法(试行)》的通知 [现行有效]

【法宝引证码】 CLI.4.112360(EN)

Issuing authority:  State Administration of Taxation

Document Number:  No. 2 [2009] of the State Administration of Taxation

Date issued:  01-08-2009

Level of Authority:  Departmental Regulatory Documents

Area of law: Taxation

Pkulaw Comments: 本篇法规的变更情况请参考： 国务院关于取消非行政许可审批事项的决定

---

Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation)

(No. 2 [2009] of the State Administration of Taxation)

State taxation bureaus and local taxation bureaus of all provinces, autonomous regions, municipalities directly under the Central Government and cities under separate state planning,

To enforce the Enterprise Income Tax Law of the People's Republic of China and the regulation on the implementation thereof and standardize and strengthen the administration of special tax adjustments, the State Administration of Taxation has formulated the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation), which are hereby issued to you for your compliance and implementation.

Annex: Forms, certificates, vouchers and documents under the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation)

January 8, 2009

Measures for the Implementation of Special Tax Adjustments (for Trial Implementation)

Chapter I General Provisions

**Article 1** To regulate the administration of special tax adjustments, these Measures are formulated in accordance with the relevant provisions of the Enterprise Income Tax Law of the People's Republic of China (hereinafter referred to as the EITL), the Regulation on the Implementation of the Enterprise Income Tax Law of the People's Republic of China (hereinafter referred to as the RIEITL), the Law of the People's Republic of China on the Administration of Tax Collection (hereinafter referred to as the LATC), the Detailed Rules on the Implementation of the Law

国家税务总局关于印发《特别纳税调整实施办法(试行)》的通知

（国税发〔2009〕2号）

（相关资料:部门规章2篇其他规范性文件1篇地方法规4篇）

各省、自治区、直辖市和计划单列市国家税务局、地方税务局：

为贯彻落实《中华人民共和国企业所得税法》及其实施条例，规范和加强特别纳税调整管理，国家税务总局制定了《特别纳税调整实施办法（试行）》，现印发给你们，请遵照执行。

附件：《特别纳税调整实施办法（试行）》表证单书

二○○九年一月八日

特别纳税调整实施办法（试行）

第一章　总则

　　**第一条**　为了规范特别纳税调整管理，根据《中华人民共和国企业所得税法》（以下简称所得税法）、《中华人民共和国企业所得税法实施条例》（以下简称所得税法实施条例）、《中华人民共和国税收征收管理法》（以下简称征管法）、《中华人民共和国税收征收管理法实施细则》（以下简称征管法实施细则）以及我国政府与有关

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 58 of 91

Notice of the State Administration of Taxation on Issuing the Measures...the Implementation of Special Tax Adjustments for Trial Implementation)                6/16/15, 3:05 PM

Collection (hereinafter referred to as the LATC); the Detailed Rules on the Implementation of the Law of the People's Republic of China on the Administration of Tax Collection (hereinafter referred to as the DRILATC) and the tax agreements (arrangements) signed by the Chinese Government with the governments of relevant countries (regions) on the avoidance of double taxation (hereinafter referred to as the tax agreements).

Article 2 These Measures shall apply to the taxation organs' administration of tax adjustments in respect of enterprises' transfer pricing, advance pricing arrangements, cost apportionment agreements, controlled foreign enterprises, thin capitalization and general anti-tax avoidance.

Article 3 The "administration of transfer pricing" is a general term for the work of the taxation organs on examining, evaluating and investigating whether the transactions between an enterprise and its affiliates (hereinafter referred to as the affiliated transactions) conform to the arm's length principle and making adjustments according to the relevant provisions of Chapter VI of the EITL and Article 36 of the LATC.

Article 4 The "administration of advance pricing arrangements" is a general term for the work of the taxation organs on examining and evaluating an enterprise's principles and computation methods for the affiliated transactions in future years and entering into an advance pricing arrangement upon negotiation with the enterprise according to the provisions of Article 42 of the EITL and Article 53 of the DRILATC.

Article 5 The "administration of cost apportionment agreements" is a general term for the work of the taxation organs on examining, evaluating and investigating whether the cost apportionment agreements signed by an enterprise with its affiliates conform to the arm's length principle and making adjustments according to paragraph 2 of Article 41 of the EITL.

Article 6 The "administration of controlled foreign enterprises" is a general term for the work of the taxation organs on examining, evaluating and investigating a controlled foreign enterprise's non-distribution or reduced distribution of profits and adjusting the income attributable to a Chinese resident enterprise according to Article 45 of the EITL.

Article 7 The "administration of thin capitalization" is a general term for the work of the taxation organs on examining, evaluating and investigating whether the proportion of debt investments to equity investments in an enterprise made by its affiliates conform to the prescribed proportion or the arm's length principle and making adjustments according to Article 46 of the EITL.

Article 8 The "administration of general anti-tax avoidance" is a general term for the work of the taxation organs on examining, evaluating and investigating an enterprise's decrease of the taxable revenue or income as a result of its execution of any other arrangement lacking a reasonable commercial purpose and making adjustments according to Article 47 of the EITL.

Chapter II Reporting of Affiliation

Article 9 The term "affiliation" as mentioned in Article 109 of the RIEITL and Article 51 of the DRILATC mainly refers to any of the following relationships between an enterprise and other enterprises, organizations or individuals:

---

到）（以下简称征管法实施细则）以及我国政府与有关国家（地区）政府签署的避免双重征税协定（安排）（以下简称税收协定）的有关规定，制定本法。

第二条  本办法适用于税务机关对企业的转让定价、预约定价安排、成本分摊协议、受控外国企业、资本弱化以及一般反避税等特别纳税调整事项的管理。

第三条  转让定价管理是指税务机关按照所得税法第六章和征管法第三十六条的有关规定，对企业与关联方之间的业务往来（以下简称关联交易）是否符合独立交易原则进行审核评估和调查调整等工作的总称。

第四条  预约定价安排管理是指税务机关按照所得税法第四十二条和征管法实施细则第五十三条的规定，对企业提出的未来年度关联交易的定价原则和计算方法进行审核评估，并与企业协商达成预约定价安排等工作的总称。

第五条  成本分摊协议管理是指税务机关按照所得税法第四十一条第二款的规定，对企业与关联方签署的成本分摊协议是否符合独立交易原则进行审核评估和调查调整等工作的总称。

第六条  受控外国企业管理是指税务机关按照所得税法第四十五条的规定，对受控外国企业不作利润分配或减少分配进行审核评估和调查，并对归属于中国居民企业所得进行调整等工作的总称。

第七条  资本弱化管理是指税务机关按照所得税法第四十六条的规定，对企业接受关联方债权性投资与企业接受的权益性投资的比例是否符合规定比例或独立交易原则进行审核评估和调查调整等工作的总称。

第八条  一般反避税管理是指税务机关按照所得税法第四十七条的规定，对企业实施其他不具有合理商业目的的安排而减少其应纳税收入或所得额进行审核评估和调查调整等工作的总称。

第二章  关联申报

第九条  所得税法实施条例第一百零九条及征管法实施细则第五十一条所称关联关系，主要是指企业与其他企业、组织或个人具有下列之一关系：

1. One party directly or indirectly holds at least 25% of the total shares of the other party, or 25% of the shares of both parties are directly or indirectly held by a same third party. If one party indirectly holds the shares of the other party through an intermediate party, as long as it holds at least 25% of the shares of the intermediate party, the proportion of the other party's shares held by it shall be computed on the basis of the other party's shares held by the intermediate party;

（一）一方直接或间接持有另一方的股份总和达到25%以上，或者双方直接或间接同为第三方所持有的股份达到25%以上。若一方通过中间方对另一方间接持有股份，只要一方对中间方持股比例达到25%以上，则一方对另一方的持股比例按照中间方对另一方的持股比例计算。

2. The loans received by one party from the other party (excluding an independent financial institution) account for at least 50% of one party's paid-in capital, or at least 10% of the total loans received by one party are guaranteed by the other party (excluding an independent financial institution);

（二）一方与另一方（独立金融机构除外）之间借贷资金占一方实收资本50%以上，或者一方借贷资金总额的10%以上是由另一方（独立金融机构除外）担保。

3. At least half of one party's senior management (including members of the board of directors and managers) are or at least 1 senior member of the board of directors who has the controlling power over the board of directors is appointed by the other party, or at least half of both parties' senior management (including members of the board of directors and managers) are or at least 1 senior member of the board of directors who has the controlling power over the board of directors is appointed by a same third party;

（三）一方半数以上的高级管理人员（包括董事会成员和经理）或至少一名可以控制董事会的董事会高级成员是由另一方委派，或者双方半数以上的高级管理人员（包括董事会成员和经理）或至少一名可以控制董事会的董事会高级成员同为第三方委派。

4. At least half of one party's senior management (including members of the board of directors and managers) are also senior management of the other party (including members of the board of directors and managers), or at least 1 senior member of the board of directors of one party who has the controlling power over the board of directors is also a senior member of the board of directors of the other party;

（四）一方半数以上的高级管理人员（包括董事会成员和经理）同时担任另一方的高级管理人员（包括董事会成员和经理），或者一方至少一名可以控制董事会的董事会高级成员同时担任另一方的董事会高级成员。

5. The normal production and business operations of one party must depend on the industrial property, know-how or any other franchise provided by the other party;

（五）一方的生产经营活动必须由另一方提供的工业产权、专有技术等特许权才能正常进行。

6. One party's purchase or sale activities are largely controlled by the other party;

（六）一方的购买或销售活动主要由另一方控制。

7. The services that one party receives or provides are largely controlled by the other party; or

（七）一方接受或提供劳务主要由另一方控制。

8. One party exercises a substantive control over the other party's production, business operations or transactions, or the two parties have any other affiliation of interest, such as a relationship that one party and the main shareholder of the other party enjoy basically the same economic interests though the shareholding percentage described in subparagraph 1 hereof is not reached, a clanship or a kinship.

（八）一方对另一方的生产经营、交易具有实质控制，或者双方在利益上具有相关联的其他关系，包括虽未达到本条第（一）项持股比例，但一方与另一方的主要持股方享受基本相同的经济利益，以及家族、亲属关系等。

Article 10 The affiliated transactions shall mainly include the following types of transactions:

**第十条** 关联交易主要包括以下类型：

1. Purchase, sale, transfer and use of tangible assets, including the purchase, sale, transfer and lease of such tangible assets as buildings, transport means, machinery, tools, commodities and products;

（一）有形资产的购销、转让和使用，包括房屋建筑物、交通工具、机器设备、工具、商品、产品等有形资产的购销、转让和租赁业务；

2. Transfer and use of intangible assets, including the transfer of ownership of or the provision of right to use the land use right, copyright, patent, trademark, client list, marketing channel, licensed plate or number, trade secret, know-how or any other franchise right, as well as industrial property such as industrial product design or utility model;

（二）无形资产的转让和使用，包括土地使用权、版权（著作权）、专利、商标、客户名单、营销渠道、牌号、商业秘密和专有技术等特许权，以及工业品外观设计或实用新型等工业产权的所有权转让和使用权的提供业务；

3. Accommodation, including all types of long-term and short-term borrowing and guaranty businesses and all kinds of interest-bearing advance payment and deferred payment

（三）融通资金，包括各类长短期资金拆借和担保以及各类计息预付款和延期付款等业务；

businesses; and

4. Provision of services, including but not limited to market research, marketing, management, administrative affairs, technical services, maintenance, design, consultancy, agency, scientific research, legal services and accounting services.

**Article 11** When filing an annual enterprise income tax return, a resident enterprise whose tax is levied on the basis of audit of account books or a non-resident enterprise which has any establishment in China and file a return for and pay the enterprise income tax on an actual basis shall also submit the Forms for the Annual Reporting of Affiliated transactions of an Enterprise of the People's Republic of China, including the Form of Affiliations, Consolidated Form of Affiliated Transactions, Form of Purchases and Sales, Form of Services, Form of Intangible Assets, Form of Fixed Assets, Form of Accommodation, Form of External Investments and Form of External Payments.

**Article 12** Where it is really difficult for an enterprise to submit the Forms as required in Article 11 of these Measures within the specified time limit and an extension is needed, it shall be handled according to the relevant provisions of the LATC and DRILATC.

Chapter III Administration of Contemporaneous Documentation

**Article 13** An enterprise shall prepare by taxable year, keep and submit as required by the taxation organs the contemporaneous documentation relevant to its affiliated transactions in accordance with Article 114 of the RIEITL.

**Article 14** The contemporaneous documentation shall mainly include:

1. Organizational structure

(1) The relevant organizational structure and equity structure of the enterprise group with which an enterprise is affiliated:

(2) Annual changes of affiliations of the enterprise:

(3) Information on the affiliates transacting with the enterprise, including an affiliated enterprise's name, legal representative, senior management such as members of the board of directors and managers, registered address and actual business address, an affiliated individual's name, nationality, place of residence, family members, etc., and an indication of the affiliates having a direct influence on the pricing of affiliated transactions of the enterprise: and

(4) The type and rate of tax of the income tax nature and preferential tax treatments applicable to each affiliate.

2. Information on Production and Business Operations

(1) Brief account of the businesses of the enterprise, including the brief account of the enterprise's development and changes, brief account of the enterprise's industry and development of the industry, business strategies, industrial policies, industrial restrictions and other main economic and legal issues that affect the enterprise and its industry, industry

---

（四）提供劳务，包括市场调查、行销、管理、行政事务、技术服务、维修、设计、咨询、代理、科研、法律、会计事务等服务的提供。

**第十一条**    实行查账征收的居民企业和在中国境内设立机构、场所并据实申报缴纳企业所得税的非居民企业向税务机关报送年度 企业所得税纳税申报表时，应附送《中华人民共和国企业年度关联业务往来报告表》，包括《关联关系表》、《关联交易汇总表》、《购销表》、《劳务表》、《无形资产表》、《固定资产表》、《融通资金表》、《对外投资情况表》和《对外支付款项情况表》。

**第十二条**    企业按规定期限报送本办法第十一条规定的报告表确有困难，需要延期的，应按征管法及其实施细则的有关规定办理。

第三章    同期资料管理

**第十三条**    企业应根据所得税实施条例第一百一十四条的规定，按纳税年度准备、保存、并按税务机关要求提供其关联交易的同期资料。

**第十四条**    同期资料主要包括以下内容：

（一）组织结构

1．企业所属的企业集团相关组织结构及股权结构；

2．企业关联关系的年度变化情况；

3．与企业发生交易的关联方信息，包括关联企业的名称、法定代表人、董事和经理等高级管理人员构成情况、注册地址及实际经营地址，以及关联个人的名称、国籍、居住地、家庭成员构成情况，并注明对企业关联交易定价具有直接影响的关联方；

4．各关联方适用的具有所得税性质的税种、税率及相应可享受的税收优惠。

（二）生产经营情况

1．企业的业务概况，包括企业发展变化概况、所处的行业及发展概况、经营策略、产业政策、行业限制等影响企业和行业的主要经济和法律问题，集团产业链以及企业所处地位；

Notice of the State Administration of Taxation on Issuing the Measures ... the Implementation of Special Tax Adjustments (for Trial Implementation)        6/16/15, 3:05 PM

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 61 of 91

other main economic and legal issues that affect the enterprise and its industry; industry chains of the group and the enterprise's position in the chains;

(2) The composition of the enterprise's core business, the proportion of the revenue from its core business to the total revenue, and the proportion of the profits from its core business to the total profits;

(3) The analysis of the enterprise' position in the industry and of the related market competition environment;

(4) The enterprise' internal organizational structure and the respective functions performed, risks assumed, assets employed, etc. by the enterprise and its affiliates in the affiliated transactions, including the Form of Enterprise Function and Risk Analysis filled out by reference to the relevant information; and

(5) The consolidated financial statements of the enterprise group, the preparation of which may be postponed in light of the accounting year of the enterprise group, but shall not be later than December 31 of the year following the year of occurrence of an affiliated transaction.

3. Information on Affiliated Transactions

(1) An affiliated transaction's type, participants, time, amount, settlement currency and conditions;

(2) Trade mode of an affiliated transaction, annual changes thereof, and an explanation for the changes;

(3) The comparison of similarities and differences between the operating flows of an affiliated transaction and an unaffiliated transaction, including the information flow, logistical flow and cash flow at all stages;

(4) The intangible asset involved in an affiliated transaction and its influence on the pricing;

(5) Copies of contracts or agreements related to an affiliated transaction and a description of the execution thereof;

(6) The analysis of major economic and legal factors that affect the pricing of an affiliated transaction; and

(7) Information on the division of revenues, costs, expenses and profits between affiliated transactions and unaffiliated transactions. When a direct division is impossible, the division shall be made in a reasonable proportion, an explanation of the determined division rate shall be made, and a Form of Financial Analysis of Annual Affiliated Transactions shall be filled out by reference to the relevant information.

4. Comparability Analysis

(1) The factors to be considered in a comparability analysis shall include but not be limited to the characteristics of assets or services in a transaction, functions performed and risks assumed by the parties to a transaction, contractual terms and conditions, economic environment and operating strategies;

，（三）关联交易情况

2．企业的主营业务构成，主营业务收入及其占收入总额的比重，主营业务利润及其占利润总额的比重；

3．企业所处的行业地位及相关市场竞争环境的分析；

4．企业内部组织结构，企业及其关联方在关联交易中执行的功能、承担的风险以及使用的资产等相关信息，并参照填写《企业功能风险分析表》；

5．企业集团合并财务报表，可视企业集团会计年度情况延期准备，但最迟不得超过关联交易发生年度的次年12月31日。

（三）关联交易情况

1．关联交易类型、参与方、时间、金额、结算货币、交易条件等；

2．关联交易所采用的贸易方式、年度变化情况及其理由；

3．关联交易的业务流程，包括各个环节的信息流、物流和资金流，与非关联交易业务流程的异同；

4．关联交易所涉及的无形资产及其对定价的影响；

5．与关联交易相关的合同或协议副本及其履行情况的说明；

6．对影响关联交易定价的主要经济和法律因素的分析；

7．关联交易和非关联交易的收入、成本、费用和利润的划分情况，不能直接划分的，按照合理比例划分，说明确定该划分比例的理由，并参照填写《企业年度关联交易财务状况分析表》。

（四）可比性分析

1．可比性分析所考虑的因素，包括交易资产或劳务特性、交易各方功能和风险、合同条款、经济环境、经营策略等；

(2) Information on the functions performed, risks assumed, assets employed, etc. by a comparable enterprise;

(3) A description of a comparable transaction, covering the physical features, quality and use efficacy of tangible assets; the normal interest rate, amount, currency, duration, guaranty, borrower's credit standing, repayment manner and interest calculation method for a financing business; the nature and extent of services; the type and transaction mode of an intangible asset, the right to use an intangible asset through transaction, and benefits from using an intangible assets; etc.;

(4) The sources of and conditions and reasons for selecting the comparable information; and

(5) The difference adjustments made to the comparable data and the reasons for making such adjustments.

5. Selection for use of a Transfer Pricing Method

(1) The selection for use of a transfer pricing method and reasons for the selection. When selecting a profit-based method, the enterprise shall state its contribution to the overall level of profits or residual profits of the enterprise group;

(2) How the comparable information supports the transfer pricing method selected for use;

(3) Assumptions and judgments made in the process of determining the price for or profit from a comparable unaffiliated transaction;

(4) A description of the determination of the price for or profit from a comparable unaffiliated transaction by using a reasonable transfer pricing method and the comparability analysis results, as well as the compliance with the arm's length principle; and

(5) Other information that supports the transfer pricing method selected for use.

Article 15 An enterprise which falls under any of the following circumstances may be exempt from preparing the contemporaneous documentation:

1. The amount of affiliated purchases and sales per annum shall be less than 200 million yuan (the amount of the processing business with supplied materials shall be calculated based on the customs declaration prices for imports and exports during the year) and the amount of other affiliated transactions shall be less than 40 million yuan (the amount of affiliated accommodation shall be calculated based on the interest paid or received). The aforesaid amounts shall exclude those of the affiliated transactions involved in the cost apportionment agreements or advance pricing arrangements executed within the year;

2. The affiliated transactions are within the coverage of the advance pricing arrangements; or

3. The foreign-owned shares account for less than 50 percent and the affiliated transactions are conducted with domestic affiliates only.

Article 16 Unless it is otherwise provided for in Chapter VII of these Measures, an enterprise shall complete the preparation of contemporaneous documentation before May 31 of the year following the year of occurrence of an affiliated transaction, and shall submit the documentation to the taxation organ within 20 days from the date of requirement of the taxation organ.

2．可比企业执行的功能、承担的风险以及使用的资产等相关信息；

3．可比交易的说明，如：有形资产的物理性、质量及其效用；融资业务的正常利率水平、金额、币种、期限、担保、融资人的资信、还款方式、计息方法等；劳务的性质与程度；无形资产的类型及交易形式，通过交易获得的使用无形资产的权利，使用无形资产获得的收益；

4．可比信息来源、选择条件及理由；

5．可比数据的差异调整及理由。

（五）转让定价方法的选择和使用

1．转让定价方法的选用及理由，企业选择利润法时，须说明对企业集团整体利润或剩余利润水平所做的贡献；

2．可比信息如何支持所选用的转让定价方法；

3．确定可比非关联交易价格或利润的过程中所做的假设和判断；

4．运用合理的转让定价方法和可比性分析结果，确定可比非关联交易价格或利润，以及遵循独立交易原则的说明；

5．其他支持所选用转让定价方法的资料。

第十五条 属于下列情形之一的企业，可免于准备同期资料：

（一）年度发生的关联购销金额（来料加工业务按年度进出口报关价格计算）在2亿元人民币以下且其他关联交易金额（关联融通资金按利息收付金额计算）在4000万元人民币以上，上述金额不包括企业在年度内执行成本分摊协议或预约定价安排所涉及的关联交易金额；

（二）关联交易属于执行预约定价安排所涉及的范围；

（三）外资股份低于50%且仅与境内关联方发生关联交易。

第十六条 除本办法第七章另有规定外，企业应在关联交易发生年度的次年5月31日之前准备完毕该年度同期资料，并自税务机关要求之日起20日内提供。

企业因不可抗力无法按期提供同期资料的，应在不可抗力消除后20日内提供同期资料。

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 63 of 91

taxation organ.

If the enterprise is unable to provide such documentation on time due to any force majeure, it shall provide such documentation within 20 days after the elimination of the force majeure.

从税务机关要求之日起20日内提供。

Article 17 The contemporaneous documentation submitted by an enterprise as required by the taxation organ shall bear the official seal of the enterprise, as well as the signature or seal of the legal representative of the enterprise or the person authorized by the legal representative. If the contemporaneous documentation contains any citation, the source of it shall be indicated.

第十七条　企业按照税务机关要求提供的同期资料，须加盖公章，并由法定代表人或法定代表人授权的代表签字或盖章。同期资料涉及引用的信息资料，应标明出处来源。

Article 18 Where the tax registration of an enterprise is modified or cancelled for merger, split or any other reason, the contemporaneous documentation of the enterprise shall be kept by the new or surviving enterprise(s) after the merger or split.

第十八条　企业因合并、分立等原因变更或注销税务登记的，应由合并、分立后的企业保存同期资料。

Article 19 The contemporaneous documentation shall be prepared in Chinese. If the original material is in a foreign language, a Chinese copy shall be submitted as well.

第十九条　同期资料应使用中文。如原始资料为外文的，应附送中文副本。

Article 20 The contemporaneous documentation shall be kept for 10 years from June 1 of the year following the year of occurrence of an affiliated transaction.

第二十条　同期资料应自企业关联交易发生年度的次年6月1日起保存10年。

Chapter IV Transfer Pricing Methods

第四章　转让定价方法

Article 21 Enterprises to conduct affiliated transactions and taxation organs to inspect and assess affiliated transactions shall adopt reasonable transfer pricing methods under the arm's-length principle.
In accordance with Article 111 of the RIEITL, the transfer pricing methods shall include the comparable uncontrolled price method (CUPM), the resale price method (RPM), the cost-plus method (CPM), the transactional net margin method (TNMM), the profit split method (PSM), and other methods in compliance with the arm's-length principle.

第二十一条　企业发生关联交易以及税务机关审核、评估关联交易均应遵循独立交易原则，选用合理的转让定价方法。
根据所得税法实施条例第一百一十一条的规定，转让定价方法包括可比非受控价格法、再销售价格法、成本加成法、交易净利润法、利润分割法和其他符合独立交易原则的方法。

Article 22 A comparability analysis shall be made during the selection of a reasonable transfer pricing method. A comparability analysis shall mainly cover the factors in the following five aspects:

第二十二条　选用合理的转让定价方法应进行可比性分析。可比性分析因素主要包括以下五个方面：

1. Characteristics of assets transacted or services provided, mainly including the physical characteristics, quality, quantity, etc. of tangible assets: nature and scope of services provided: types, transaction forms, terms, scopes, expected return, etc. of intangible assets;

（一）交易资产或劳务特性，主要包括：有形资产的物理特性、质量、数量等，劳务的性质和范围，无形资产的类型、交易形式、期限、范围、预期收益等；

2. The functions performed and risks assumed by each party to a transaction. The functions mainly include the research and development, design, procurement, processing, assembly, manufacture, inventory management, distribution, after-sales services, advertising, transport, storage, financing, financial affairs, accounting, legal affairs and human resources management. At the time of comparison of functions, attention shall be paid to the degree of similarity of the assets employed by the enterprise for performing the functions. The risks mainly include the research and development risks, procurement risks, manufacturing risks, distribution risks, marketing risks, and management and financial risks:

（二）交易各方功能和风险，功能主要包括：研发、设计、采购、加工、装配、制造、存货管理、分销、售后服务、广告、运输、仓储、融资、财务、会计、法律及人力资源管理等，在比较功能时，应关注企业业务为发挥功能所使用资产的相似程度；风险主要包括：研发风险、采购风险、生产风险、分销风险、市场推广风险、管理及财务风险等；

3. Contractual terms and conditions, mainly including a transaction's subject matter, transaction amount and price, methods and conditions for payments, delivery conditions, scope of and conditions for after-sales services, stipulations on the provision of additional

（三）合同条款，主要包括：交易标的、交易数量、价格、收付款方式和条件、交货条件、售后服务范围和条件、提供附加劳务的约定、变更、修改合同内容的权利、

services, right to modify and revise the contents of a contract, duration of a contract, and right to terminate or renew a contract;

合同有效期，终止或续签合同的权利；

4. Economic environment, mainly including the industry profile, geographic location, market scale, market level, market share, intensity of market competition, consumer purchasing power, substitutability of products or services, prices for production factors, transport costs, and government control; and

（四）经济环境，主要包括：行业概况、地理区域、市场规模、市场层级、市场占有率、市场竞争程度、消费者购买力、产品或劳务可替代性、生产要素价格、运输成本、政府管制等；

5. Business strategies, mainly including the strategies for innovation and development, diversified business operations, risk-avoidance, and market share.

（五）经营策略，主要包括：创新和开发策略、多元化经营策略、风险规避策略、市场占有策略等。

**Article 23** Under the CUPM, the price for a business transaction conducted between unaffiliated parties which is identical or similar to an affiliated transaction shall be regarded as the arm's-length price for the affiliated transaction.

The comparability analysis shall particularly focus on the examination of the differences between affiliated transactions and unaffiliated transactions in respect of the characteristics of assets transacted or services provided, contractual terms and conditions and economic environment, and shall, by the different types of transactions, contain the following information:

**第二十三条** 可比非受控价格法以非关联方之间进行的与关联交易相同或类似业务活动所收取的价格作为关联交易的公平成交价格。

可比分析应特别考察关联交易与非关联交易在交易资产或劳务的特性、合同条款及经济环境上的差异，按照不同交易类型具体包括如下内容：

1. Purchase, Sale or transfer of tangible assets:

（一）有形资产的购销或转让

(1) Process of purchase, sale or transfer, including the time and place of a transaction, delivery conditions, delivery procedures, payment conditions, transaction quantity, time and place of after-sales services, etc;

1．购销或转让过程，包括交易的时间与地点、交货条件、交货手续、支付条件、交易数量、售后服务的时间和地点等；

(2) The purchase, sale or transfer stage, including the ex-factory, wholesale, retail, export and other stages:

2．购销或转让环节，包括出厂环节、批发环节、零售环节、出口环节等；

(3) Purchase, sale or transfer of goods, including the name of goods, brand name, specifications, model, functions, structures, appearance, packaging, etc; and

3．购销或转让货物，包括品名、品牌、规格、型号、性能、结构、外型、包装等；

(4) Purchase, sale or transfer environment, including the ethnic customs, consumers' preferences, political stability, fiscal, tax and foreign exchange policies, etc.

4．购销或转让环境，包括民族风俗、消费者偏好、政局稳定程度以及财政、税收、外汇政策等。

2. Use of tangible assets:

（二）有形资产的使用

(1) Functions, specifications, models, structures, types, and depreciation methods of the assets;

1．资产的性能、规格、型号、结构、类型、折旧方法；

(2) The time, period, and place of the provided right to use the assets; and

2．提供使用权的时间、期限、地点；

(3) The investment expenditures, maintenance fees, etc. of the asset owner for the assets.

3．资产所有者对资产的投资支出、维修费用等。

3. Transfer and use of intangible assets:

（三）无形资产的转让和使用

(1) Types, purposes, applicable industries, expected return of the intangible assets: and

1．无形资产类别、用途、适用行业、预期收益；

(2) Development of, investment in, transfer conditions for, degree of exclusive possession of, extent and period of protection by the relevant laws of the state of, transfer costs and expenses as a transferee of, functions and risks of, substitutability of, etc. of the intangible assets.

2．无形资产的开发投资、转让条件、独占程度、受有关国家法律保护的程度及期限、受让成本和费用、功能风险情况、可替代性等。

Case 2:09-md-02047-EEF-MBN Document 20688-202 Filed 02/23/17 Page 65 of 91

4. Accommodation, including the amount, currency, term, guaranty, credit standing of the borrower, method of repayment, method of interest computation, etc. of financing.

5. Provision of services, including the nature of business, technical requirements, level of specialty, liabilities, conditions and methods for payment, direct and indirect costs, etc.

If there is any material difference between an affiliated transaction and an unaffiliated transaction in any of the afore-mentioned aspects, reasonable adjustments shall be made on the basis of the influence of such difference on the price; if it is impossible to make reasonable adjustments, another reasonable transfer pricing method shall be selected under the provisions of this Chapter.

The CUPM may be applicable to all types of affiliated transactions.

Article 24 Under the RPM, the resale price to an unaffiliated party for goods purchased by an affiliate minus the gross profit from a comparable unaffiliated transaction shall be regarded as the arm's-length price for goods purchased by the affiliate.

The calculation formula shall be as follows:

Arm's-length price = resale price to an unaffiliated party × (1 − gross profit rate of a comparable unaffiliated transaction)

Gross profit rate of a comparable unaffiliated transaction = gross profit of a comparable unaffiliated transaction / net income of a comparable unaffiliated transaction × 100%

The comparability analysis shall particularly focus on the differences in functions, risks, and contractual terms and conditions between an affiliated transaction and an unaffiliated transaction, as well as other factors influencing the gross profit rate, specifically including the sales, advertising and service functions, inventory risk, value and useful life of machinery and equipment, use and value of intangible assets, wholesale or retail stage, business experience, accounting treatments, management efficiency, etc.

If there is any material difference between an affiliated transaction and an unaffiliated transaction in any of the afore-mentioned aspects, reasonable adjustments shall be made

based on the influence of such difference on the gross profit rate; if it is impossible to make reasonable adjustments, another reasonable transfer pricing method shall be selected under the provisions of this Chapter.

Generally, the RPM shall apply to a reseller's simple processing or sheer purchase-sale business which does not involve the substantial value-added processing of goods such as alteration of appearance, functions or structure or change of trademark of goods.

Article 25 Under the CPM, the reasonable cost of an affiliated transaction plus the gross profit from a comparable unaffiliated transaction shall be regarded as the arm's-length price for the affiliated transaction. The calculation formula shall be as follows:

Arm's-length price = reasonable costs of an affiliated transaction × (1 + cost-plus rate of a comparable unaffiliated transaction)

Cost-plus rate of a comparable affiliated transaction = gross profit of a comparable unaffiliated transaction / cost of a comparable unaffiliated transaction ×100%

The comparability analysis shall particularly focus on the differences in functions, risks, and contractual terms and conditions between an affiliated transaction and an unaffiliated transaction as well as other factors influencing the cost-plus rate, specifically including the manufacturing, processing, installing and testing functions, market and foreign exchange risks, value and useful life of machinery and equipment, use and value of intangible assets, business experience, accounting treatments, management efficiency, etc.

If there is any material difference between an affiliated transaction and an unaffiliated

（四）融通资金：融资的金额、币种、期限、担保、融资人的资信、还款方式、计息方法等。

（五）提供劳务：业务性质、技术要求、专业水准、承担责任、付款条件和方式、直接和间接成本等。

关联交易与非关联交易之间在以上方面存在重大差异的，应就该差异对价格的影响进行合理调整，无法合理调整的，应根据本章规定选择其他合理的转让定价方法。

可比非受控价格法可以适用于所有类型的关联交易。

第二十四条　再销售价格法以关联方购进商品再销售给非关联方的价格减去可比非关联交易毛利后的金额作为关联方购进商品的公平成交价格。其计算公式如下：

公平成交价格＝再销售给非关联方的价格×（1-可比非关联交易毛利率）

可比非关联交易毛利率＝可比非关联交易毛利/可比非关联交易收入净额×100%

可比性分析应特别考察关联交易与非关联交易在功能风险及合同条款上的差异以及影响毛利率的其他因素，具体包括销售、广告及服务功能，存货风险，机器、设备的价值及使用年限，无形资产的使用及价值，批发或零售环节，商业经验，会计处理及管理效率等。

关联交易与非关联交易之间在以上方面存在重大差异的，应就该差异对毛利率的影响进行合理调整，无法合理调整的，应根据本章规定选择其他合理的转让定价方法。

再销售价格法通常适用于再销售者未对商品进行改变外型、性能、结构或更换商标等实质性增值加工的简单加工或单纯购销业务。

第二十五条　成本加成法以关联交易发生的合理成本加上可比非关联交易毛利作为关联交易的公平成交价格。其计算公式如下：

公平成交价格＝关联交易的合理成本×（1＋可比非关联交易成本加成率）

可比非关联交易成本加成率＝可比非关联交易毛利/可比非关联交易成本×100%

可比性分析应特别考察关联交易与非关联交易在功能风险及合同条款上的差异以及影响成本加成率的其他因素，具体包括制造、加工、安装及测试功能，市场及汇兑风险，机器、设备的价值及使用年限，无形资产的使用及价值，商业经验，会计处理及管理效率等。

关联交易与非关联交易之间在以上方面存在重大差异的，应就该差异对成本加成率的影响进行合理调整，无法合理

transaction in any of the afore-mentioned aspects, reasonable adjustments shall be made based on the influence of such difference on the cost-plus rate; if it is impossible to make reasonable adjustments, another reasonable transfer pricing method shall be selected under the provisions of this Chapter.

Generally, the CPM shall apply to affiliated transactions involving the purchase, sale, transfer or use of tangible assets, provision of services, or accommodation.

Article 26 Under the TNMM, the net profit from an affiliated transaction shall be determined by the profit level indicators of a comparable unaffiliated transaction. Profit level indicators shall include the rate of return on assets, sale profit rate, net cost-plus rate, berry ratio, etc. The comparability analysis shall particularly focus on the differences in functions, risks, and economic environment between an affiliated transaction and an unaffiliated transaction as well as other factors influencing the operating profits, specifically including the functions performed, risks assumed, assets employed, industrial and market conditions, business scale, economic cycle and product life cycle, allocation of costs, expenses, income and assets among respective transactions, accounting treatments, business management efficiency, etc. If there is any material difference between an affiliated transaction and an unaffiliated transaction in any of the afore-mentioned aspects, reasonable adjustments shall be made on the basis of the influence of such difference on the operating profits; if it is impossible to make reasonable adjustments, another reasonable transfer pricing method shall be selected under the provisions of this Chapter.

Generally, the TNMM shall apply to affiliated transactions that involve the purchase, sale, transfer or use of tangible assets, the transfer or use of intangible assets, and the provision of services.

Article 27 Under the PSM, the profit allocated to each party to an affiliated transaction shall be determined on the basis of their respective contributions to the consolidated profits from the affiliated transaction. The PSM may be divided into the general PSM and the residual PSM. Under the general PSM, the profits allocated to each party to an affiliated transaction shall be determined according to the functions performed, risks assumed and assets employed by each party.

Under the residual PSM, the residual profit shall be first determined by deducting the routine profit allocated to each party to an affiliated transaction from the consolidated profits from the affiliated transaction of all parties, and then the residual profit shall be allocated on the basis of each party's contribution to the residual profit.

The comparability analysis shall particularly focus on the functions performed, risks assumed and assets employed by each transaction party: the allocation of costs, expenses, income and assets among all transaction parties: the accounting treatment: the reliability of the information and assumptions adopted to determine the contribution of each transaction party to the residual profit: etc.

Generally, the PSM shall apply where an affiliated transaction is highly integrated and it is difficult to assess separately the transaction result of each party to the transaction.

Chapter V Transfer Pricing Investigation and Adjustment

Article 28 The taxation organs shall have the power to determine enterprises for investigation, and conduct transfer pricing investigations and adjustments under the

调整的，应根据本章规定选择其他合理的转让定价方法。
成本加成法通常适用于有形资产的购销、转让和使用，劳务提供或资金融通的关联交易。

第二十六条　交易净利润法可以比非关联交易的利润率指标确定关联交易的净利润。利润率指标包括资产收益率、销售利润率、完全成本加成率、贝里比率等。
可比性分析应特别考察关联交易与非关联交易之间在功能风险及经济环境上的差异以及影响营业利润的其他因素，具体包括执行功能、承担风险和使用资产，行业和市场情况，经营规模，经济周期和产品生命周期，成本、费用、所得和资产在各交易间的分摊，会计处理及经营管理效率等。
关联交易与非关联交易之间在以上方面存在重大差异的，应就该差异对营业利润的影响进行合理调整，无法合理调整的，应根据本章规定选择其他合理的转让定价方法。
交易净利润法通常适用于有形资产的购销、转让和使用，无形资产的转让和使用以及劳务提供等关联交易。

第二十七条　利润分割法根据企业与其关联方对关联交易合并利润的贡献计算各自应该分配的利润额。利润分割法分为一般利润分割法和剩余利润分割法。
一般利润分割法根据关联交易各参与方所执行的功能、承担的风险以及使用的资产，确定各自应取得的利润。
剩余利润分割法将关联交易各参与方合并利润减去分配给各方的常规利润的余额作为剩余利润，再根据各方对剩余利润的贡献程度进行分配。
可比性分析应特别考察交易各方执行的功能、承担的风险和使用的资产，成本、费用、所得和资产在各交易方之间的分摊，会计处理，确定交易各方对剩余利润贡献所使用信息和假设条件的可靠性等。
利润分割法通常适用于各参与方关联交易高度整合且难以单独评估各方交易结果的情况。

第五章　转让定价调查及调整

第二十八条　税务机关有权依据税收征管法及其实施细则有关税务检查的规定，确定调查企业，进行转让定价

Case 2:09-md-02047-EEF-MBN    Document 20688-202    Filed 02/23/17    Page 67 of 91

provisions on tax inspections of the LATC and DRILATC. An enterprise under investigation must faithfully report on its affiliated transactions and provide relevant information, and shall not refuse the report or provision or conceal the relevant information.

Article 29 Transfer pricing investigations shall focus on the following enterprises:

1. Enterprises with a considerable amount of affiliated transactions or more types of affiliated transactions;

2. Enterprises with longtime losses or slight profits or with leaping profits;

3. Enterprises with profits lower than the average of the same industry;

4. Enterprises with a profit level which obviously does not match the functions performed and risk assumed by the enterprises;

5. Enterprises engaging in transactions with affiliates in a tax haven;

6. Enterprises that fail to file their affiliated transaction declarations or prepare the contemporaneous documentation as required; and

7. Enterprises that obviously violate the arm's-length principle.

Article 30 In principle, no transfer pricing investigation and adjustment shall be made as to a transaction between domestic affiliates whose actual tax burdens are the same, provided that the transaction does not directly or indirectly lead to the decrease of the overall tax revenue of the state.

Article 31 Taxation organs shall carry out desk reviews and determine enterprises to be investigated in light of the routine administration of tax collection. The desk review refers to a comprehensive assessment and analysis of the business operations, affiliated transactions and other situations of an enterprise under investigation mainly on basis of the tax payment data submitted by the enterprise in the past years such as annual income tax returns and reporting forms for affiliated transactions.
Enterprises may submit the contemporaneous documentation to the taxation organs at the desk review stage.

Article 32 The taxation organ shall conduct an on-site investigation of a determined enterprise in accordance with Chapter VI of the EITL Law, Chapter VI of the RIEITL, Chapter IV of the LATC and Chapter VI of the DRILATC.

1. The number of the on-site investigators shall not be less than 2.

2. During an on-site investigation, the investigators shall show their Tax Investigation Certificate, and serve a Tax Inspection Notice on the enterprise.

3. During an on-site investigation, as needed, such manners as interview, required provision of account books and records and site check may be adopted under the statutory procedures.

4. A specific person shall be assigned to make the Interview (Investigation) Transcripts, when a party concerned is interviewed. The interviewee shall be informed of the legal liabilities for his failure to provide true information. The Interview (Investigation) Transcripts shall be verified and confirmed by the interviewee.

调查、调查。被调查企业应须据实报告其关联交易情况，并提供相关资料，不得拒绝或隐瞒。

第二十九条　转让定价调查应重点选择以下企业：

（一）关联交易数额较大或类型较多的企业；

（二）长期亏损、微利或跳跃性盈利的企业；

（三）低于同行业利润水平的企业；

（四）利润水平与其所承担的功能风险明显不相匹配的企业；

（五）与避税港关联方发生业务往来的企业；

（六）未按规定进行关联申报或准备同期资料的企业；

（七）其他明显违背独立交易原则的企业。

第三十条　实际税负相同的境内关联方之间的交易，只要交易没有直接或间接导致国家总体税收收入的减少，原则上不做转让定价调查、调整。

第三十一条　税务机关应结合日常征管工作，开展案头审核、确定调查企业。案头审核应主要根据被调查企业历年报送的年度所得税申报资料及关联业务往来报告表等纳税资料，对企业的生产经营状况、关联交易等情况进行综合评估分析。
企业可以在案头审核阶段向税务机关提供同期资料。

第三十二条　税务机关对已确定的调查对象，应根据所得税法第六章、所得税法实施条例第六章、征管法第四章及征管法实施细则第六章的规定，实施现场调查。

（一）现场调查人员须2名以上。

（二）现场调查时调查人员应出示《税务检查证》，并送达《税务检查通知书》。

（三）现场调查可根据需要依照法定程序采取询问、调取账簿资料和实地核查等方式。

（四）询问当事人应有专人记录《询问（调查）笔录》，并告知当事人不如实提供情况应当承担的法律责任。《询问（调查）笔录》应交当事人核对确认。

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 68 of 91

5. In accordance with Article 86 of the DRILATC, when it is necessary to require the provision of account books and relevant materials, the taxation organ shall produce a Notice of Required Provision of Account Books and a Checklist of Account Books and Materials Required to Be Provided, handle the relevant legal formalities, properly keep the account books and relevant materials provided, and return them exactly as they were to the enterprise within the statutory time limit.

6. The investigators shall make the Interview (Investigation) Transcripts for the problems and situations found during an on-site investigation. The Interview (Investigation) Transcripts shall be signed by at least 2 investigators and, as needed, verified and confirmed by the investigated enterprise. If the investigated enterprise refuses to verify and confirm the transcripts, the transcripts may be signed for confirmation by at least 2 tax investigators.

7. The data related to the investigated case may be acquired upon request in the manner of transcripts, sound recording, visual recording, photograph and duplication, but the names of keepers and sources of the original data must be indicated. The keepers or providers of the original data shall confirm the data by an endorsement of "IN CONFORMITY WITH THE ORIGINAL UPON VERIFICATION" and affix their seals or imprints thereto.

8. If witnesses are needed to testify, the taxation organ shall inform the witnesses of the legal liabilities for their failure to provide true information. The witness testimonies shall be signed or imprinted by the witnesses in person.

**Article 33** In accordance with paragraph 2 of Article 43 of the EITL and Article 114 of the RIEITL, at the time of conducting a transfer pricing investigation, the taxation organ shall have the power to require an enterprise under investigation and its affiliates as well as other enterprises relevant to the investigation of the affiliated business (hereinafter referred to as the comparable enterprises) to provide the relevant documents, and serve a Notice on Tax-related Matters on them.

1. The enterprise under investigation shall provide the relevant materials within the time limit as specified in the Notice on Tax-related Matters. If it is unable to provide them on time for any special reason, it shall file a written application for extension to the taxation organ, and upon approval, may provide them during an extension period of not more than 30 days. The taxation organ shall make a reply by letter within 15 days as of the date of receipt of the extension application of the enterprise. If the taxation organ fails to make a reply by letter within the time limit, it shall be deemed as having approved the enterprise's extension application.

2. The affiliates of the investigated enterprise and comparable enterprises shall provide the relevant materials within the time limit as agreed on with the taxation organ which generally shall not exceed 60 days.
The enterprise and its affiliates as well as the comparable companies shall provide true and complete relevant materials as required by the taxation organ.

**Article 34** The taxation organ shall, in accordance with the relevant provisions of Chapter II of these Measures, verify an enterprise's affiliation reporting, and require the enterprise to fill out the Analysis Form for Enterprise Comparability Factors.
On the basis of the affiliation reporting and materials provided by the enterprise, the taxation organ shall fill out the Determination Form for Enterprise Affiliations, Determination Form for

（五）需调取账簿及有关资料的，应按照征管法实施细则第八十六条的规定，填制《调取账簿资料通知书》、《调取账簿资料清单》，办理有关法定手续，调取的账簿、记账凭证等资料，应妥善保管，并按法定时限如数退还。

（六）实地核查过程中发现的问题和情况，由调查人员填写《询问（调查）笔录》。《询问（调查）笔录》应由2名以上调查人员签字，并根据需要由被调查企业核对确认，若被调查企业拒绝，可由2名以上调查人员签认备案。

（七）可以以记录、录音、录像、照相和复制的方式索取与案件有关的资料，但必须注明原件的保存方及出处，由原件保存或提供方核对签注"与原件核对无误"字样，并盖章或押印。

（八）需要证人作证的，应事先告知证人不如实提供情况应当承担的法律责任。证人的证言材料应由本人签字或押印。

　　**第三十三条**　根据所得税法第四十三条第二款及所得税法实施条例第一百一十四条的规定，税务机关在实施转让定价调查时，有权要求企业及其关联方，以及与关联业务调查有关的其他企业（以下简称可比企业）提供相关资料，并送达《税务事项通知书》。

　　（一）企业应在《税务事项通知书》规定的期限内提供相关资料，因特殊情况不能按期提供的，应向税务机关提交书面延期申请，经批准，可以延期提供，但最长不得超过30日。税务机关应自收到企业延期申请之日起15日内函复，逾期未函复的，视同税务机关已同意企业的延期申请。

　　（二）企业的关联方及可比企业应在与税务机关约定的期限内提供相关资料，约定期限一般不应超过60日。
企业、关联方及可比企业应按税务机关要求提供真实、完整的相关资料。

　　**第三十四条**　税务机关应按本办法第二章的有关规定，核实企业申报信息，并要求企业填制《企业可比性因素分析表》。
税务机关在企业关联申报及提供资料的基础上，填制《企业关联关系认定表》、《企业关联交易认定表》和《企业

organ shall fill out the Determination Form for Enterprise Affiliations, Determination Form for Affiliated Transactions of Enterprises and Determination Form for Analysis of Enterprise Comparability Factors, which shall be verified and confirmed by the enterprise under investigation.

Article 35 If a transfer pricing investigation involves the investigation of and taking of evidence from the affiliates and comparable enterprises, the taxation organ shall serve a Tax Inspection Notice on them to investigate and take evidence.

Article 36 When examining the relevant data provided by an enterprise and its affiliates as well as the comparable enterprises, the taxation organ may verify the data in such manners as site investigation, issuance of a letter for investigation assistance and consultation of open information. If it is necessary to obtain materials from overseas, it may initiate the information exchange procedures in a relevant tax agreement according to the relevant provisions, or investigate and gather the relevant information via the Chinese institutions stationed abroad. For the relevant data involving an overseas affiliate, the taxation organ may require the enterprise to provide certificates issued by a notarial agency.

Article 37 The taxation organ shall analyze and evaluate whether the affiliated transactions of an enterprise conform to the arm's-length principle by selecting and using a transfer pricing method as provided in Chapter IV of these Measures, and may use open information and undisclosed information during the analysis and evaluation.

Article 38 When analyzing and evaluating the affiliated transactions of an enterprise, in principle, the taxation organ shall not adjust the differences in operating profits caused by the differences between the enterprise and the comparable enterprises in the use of working capital. If it is really necessary to make an adjustment, it shall report, level by level, to the State Administration of Taxation (hereinafter referred to as the SAT) for approval.

Article 39 Enterprises which are engaged in processing and manufacturing to order of affiliates and do not undertake functions such as business decision making, research and development of products and sale shall not assume the risks and losses caused by faulty decisions, operation under capacity, unmarketable products, etc., and usually keep a certain level of profit margin. For enterprises that suffer losses, the taxation organs shall select appropriate comparable prices or comparable enterprises to determine the profit levels of them based on an economic analysis.

Article 40 Where the payments and receipts under the transactions between an enterprise and its affiliates are offset each other, the taxation organ shall, in principle, restore the offset transactions at the time of making the comparability analysis and tax adjustments.

Article 41 When the taxation organ analyzes and evaluates an enterprise's profit level in the quartile method, it shall, in principle, make an adjustment according to a value not lower than the median if the profit level of the enterprise is lower than the median of the profit rate range of the comparable enterprises.

Article 42 If, upon investigation, the affiliated transactions of an enterprise conform to the arm's-length principle, the taxation organ shall make a transfer pricing investigation conclusion and serve a Notice of Special Tax Investigation Conclusion on the enterprise.

Article 43 If, upon investigation, the affiliated transactions of an enterprise do not conform

第三十五条　转让定价调查涉及向关联方和可比企业调查取证的，税务机关向企业送达《税务检查通知书》，进行调查取证。

第三十六条　税务机关审核企业、关联方及可比企业提供的相关资料，可采用现场调查、发函协查和查阅公开信息等方式核实。需取得境外有关资料的，可按有关规定启动税收协定的情报交换程序，或通过我驻外机构调查收集有关信息。涉及境外关联方的相关资料，税务机关也可要求企业提供公证机构的证明。

第三十七条　税务机关应选用本办法第四章规定的转让定价方法分析、评估企业关联交易是否符合独立交易原则，分析评估时可以使用公开信息资料，也可以使用非公开信息资料。

第三十八条　税务机关分析、评估企业关联交易时，因企业与可比企业营运资本占用不同而产生的营业利润之间的差异原则上不做调整。确需调整的，须层报国家税务总局批准。

第三十九条　按照关联方订单从事来料加工制造，不承担经营决策、产品研发、销售等功能的企业，不应承担由于决策失误、开工不足、产品滞销等原因带来的风险和损失，通常应保持一定的利润率水平。对出现亏损的企业，税务机关应在经济分析的基础上，选择适当的可比价格或可比企业，确定企业的利润水平。

第四十条　企业与关联方之间收取价款与支付价款的交易相互抵消的，税务机关在可比性分析和纳税调整时，原则上应还原抵消交易。

第四十一条　税务机关采用四分位法分析、评估企业利润水平时，企业利润水平低于可比企业利润率区间中位值的，原则上应按照不低于中位值进行调整。

第四十二条　经调查，企业关联交易符合独立交易原则的，税务机关应做出转让定价调查结论，并向企业送达《特别纳税调查结论通知书》。

第四十三条　经调查，企业关联交易不符合独立交易

Case 2:09-md-02047-EEF-MBN Document 20688-202 Filed 02/23/17 Page 70 of 91

Notice of the State Administration of Taxation on Issuing the Measures ... the Implementation of Special Tax Adjustments (for Trial Implementation) 6/16/15, 3:05 PM

to the arm's-length principle, resulting in the decrease of enterprise's taxable revenues or income, the taxation organ shall make transfer pricing tax adjustments under the following procedures:

原则而减少其应纳税收入或者所得额的, 税务机关应按以下程序实施转让定价纳税调整:

1. The taxation organ shall draft a preliminary special tax adjustment plan on the basis of estimation, demonstration and comparable analysis:

（一）在测算、论证和可比性分析的基础上, 拟定特别纳税调查初步调整方案;

2. The taxation organ shall negotiate with the enterprise according to the preliminary adjustment plan. The taxation organ and the enterprise shall appoint their respective chief negotiators. The investigators shall make the Negotiation Minutes which shall be signed and confirmed by the chief negotiators of both parties. If the enterprise refuses to sign the Negotiation Minutes, the Negotiation Minutes may be signed for confirmation by at least 2 tax investigators:

（二）根据初步调整方案与企业协商谈判, 税企双方均应指定主谈人, 调查人员应做好《协商内容记录》, 并由双方主谈人签字确认, 若企业拒签, 可由2名以上调查人员签认备案;

3. If the enterprise raises any objection to the preliminary adjustment plan, it shall provide further relevant materials within the time limit as prescribed by the taxation organ. After receiving the relevant materials, the taxation organ shall carefully examine them and timely make an examination decision:

（三）企业对初步调整方案有异议的, 应在税务机关规定的期限内进一步提供相关资料, 税务机关收到资料后, 应认真审核, 并及时做出审议决定;

4. According to the examination decision, the taxation organ shall serve a Notice on Preliminary Adjustments under a Special Tax Investigation on the enterprise. If the enterprise raises any objection to the preliminary adjustment opinion, it shall file the objection in writing within 7 days as of the date of receipt of the Notice. The taxation organ shall negotiate with the enterprise and examine the relevant materials again after receiving the objection from the enterprise. If the enterprise fails to file an objection within the above time limit, it shall be deemed as having acceded to the preliminary adjustment opinion: and

（四）根据审议决定, 向企业送达《特别纳税调查初步调整通知书》, 企业对初步调整意见有异议的, 应自收到通知书之日起7日内书面提出, 税务机关收到企业意见后, 应再次协商审议; 企业逾期未提出异议的, 视为同意初步调整意见;

5. The taxation organ shall determine the final adjustment plan, and serve a Notice on Adjustments under a Special Taxation Investigation on the enterprise.

（五）确定最终调整方案, 向企业送达《特别纳税调查调整通知书》。

Article 44 After receiving the Notice on Adjustments under a Special Taxation Investigation, an enterprise shall pay tax and interest within the specified time limit.

第四十四条　企业收到《特别纳税调查调整通知书》后, 应按规定期限缴纳税款及利息。

Article 45 After executing the transfer pricing adjustments to an enterprise, the taxation organ shall administer a 5-year follow-up of the enterprise from the year following the last year of adjustments to the enterprise. During the period of follow-up, the enterprise shall provide the contemporaneous documentation for a follow-up year before June 20 of the year following the follow-up year, and the taxation organ shall focus on analyzing and evaluating the following contents based on the contemporaneous documentation and tax return information:

第四十五条　税务机关对企业实施转让定价纳税调整后, 应自企业被调整的最后年度的次年起5年内实施跟踪管理。在跟踪管理期间内, 企业应在跟踪年度的次年6月20日之前向税务机关提供跟踪年度的同期资料, 税务机关根据同期资料和纳税申报资料重点分析、评估以下内容:

1. The enterprise's investment, business operation and changes thereof:

（一）企业投资、经营状况及其变化情况;

2. The changes of the amounts as shown on the tax returns submitted by the enterprise:

（二）企业纳税申报额变化情况;

3. The changes of the enterprise's operating results: and

（三）企业经营成果变化情况;

4. The changes of affiliated transactions.

（四）关联交易变化情况。

If the taxation organ finds any transfer pricing abnormality of an enterprise during the period of follow-up, it shall timely communicate with the enterprise, and require it to make self-adjustment or make the transfer pricing investigation and adjustments according to the

税务机关在跟踪管理期间内发现企业转让定价异常等情况, 应及时与企业沟通, 要求企业自行调整, 或按照本章有关规定开展转让定价调查调整。

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 71 of 91

relevant provisions of this Chapter.

Chapter VI Administration of Advance Pricing Arrangements

第六章 预约定价安排管理

**Article 46** In accordance with Article 42 of the EITL, Article 113 of its RIEITL and Article 53 of the DRILATC, an enterprise may reach an advance pricing arrangement (hereinafter referred to as the APA) with the taxation organ regarding the pricing principles and computation methods for its affiliated transactions in future years. The negotiation and execution of an APA shall usually undergo six stages: preparatory meeting, formal application, examination and evaluation, negotiation, signing, and monitoring of execution. The APAs may be divided into three types: unilateral, bilateral and multilateral APAs.

第四十六条 企业可以依据所得税法第四十二条、所得税法实施条例第一百一十三条及征管法实施细则第五十三条的规定，与税务机关就企业未来年度关联交易的定价原则和计算方法达成预约定价安排。预约定价安排的谈签与执行通常经过预备会谈、正式申请、审核评估、磋商、签订安排和监控执行6个阶段。预约定价安排包括单边、双边和多边3种类型。

**Article 47** An APA application shall be processed by the taxation organ at or above the level of a districted city or autonomous prefecture.

第四十七条 预约定价安排应由设区的市、自治州以上的税务机关受理。

**Article 48** Generally, an APA shall apply to an enterprise that meets all of the following requirements:

第四十八条 预约定价安排一般适用于同时满足以下条件的企业：

1. The annual amount of affiliated transactions of the enterprise is not less than 40 million yuan;

（一）年度发生的关联交易金额在4000万元人民币以上；

2. The enterprise performs the obligation of affiliation reporting in accordance with the law; and

（二）依法履行关联申报义务；

3. The enterprise prepares, keeps and submits the contemporaneous documentation according to the relevant provisions.

（三）按规定准备、保存和提供同期资料。

**Article 49** An APA shall be applicable to the affiliated transactions conducted in three to five consecutive years starting from the year following the year of an enterprise's filing a formal written application.
The negotiation and signing of an APA shall not affect the taxation organ's transfer pricing investigation and adjustments of the affiliated transactions during the year of an enterprise's filing a formal written APA application or during the previous years.
If the affiliated transactions during the year of application of an enterprise or previous years are identical with or similar to those during the years to which the APA applies, at the request of the enterprise and upon the approval of the taxation organ, the pricing principles and computation methods determined in the APA may also apply to the evaluation and adjustments of the affiliated transactions conducted during the year of application or previous years.

第四十九条 预约定价安排适用于自企业提交正式书面申请年度的次年起3至5个连续年度的关联交易。
预约定价安排的谈签不影响税务机关对企业提交预约定价安排正式书面申请当年或以前年度关联交易的转让定价调查调整。
如果企业申请当年或以前年度的关联交易与预约定价安排适用年度相同或类似，经企业申请，税务机关批准，可将预约定价安排确定的定价原则和计算方法适用于申请当年或以前年度关联交易的评估和调整。

**Article 50** Before formally applying for negotiating and signing an APA, an enterprise shall express an intention to negotiate and sign an APA in writing to the taxation organ. The taxation organ may, at the written request of the enterprise, arrange a preparatory meeting with the enterprise about the relevant contents of the APA and the feasibility of reaching an APA, and make the APA Meeting Minutes. The preparatory meeting may be conducted in an anonymous way.

第五十条 企业正式申请谈签预约定价安排前，应向税务机关书面提出谈签意向，税务机关可以根据企业的书面要求，与企业就预约定价安排的相关内容及达成预约定价安排的可行性开展预备会谈，并填制《预约定价安排谈签记录》。预备会谈可以采用匿名的方式。

1. To apply for a unilateral APA, an enterprise shall express an intention to negotiate and sign a unilateral APA in writing to the taxation organ. During the preparatory meeting period, the

（一）企业申请单边预约定价安排的，应向税务机关书面提出谈签意向。在预备会谈期间，企业应就下列内容提供

Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation)    9/16/15, 3:05 PM

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 72 of 91

a unilateral APA in writing to the taxation organ. During the preparatory meeting period, the enterprise shall provide data in respect of the following contents, and discuss them with the taxation organ:

(1) The applicable years of the arrangement;

(2) The affiliates and affiliated transactions involved in the arrangement;

(3) The information on the enterprise's production and business operations during the previous years;

(4) A statement of the functions performed and risks assumed by the affiliates involved in the arrangement;

(5) Whether to solve the transfer pricing issues during the previous years in the method determined in the arrangement; and

(6) Other situations needing an explanation.

2. To apply for a bilateral or multilateral APA, an enterprise shall express an intention to negotiate and sign a bilateral or multilateral APA in writing to the SAT and the competent taxation organ at the same time. The SAT shall organize a preparatory meeting with the enterprise. The preparatory meeting shall cover the following special contents in addition to those as mentioned in subparagraph 1 hereof:

(1) The information on an application for a preparatory meeting with the competent tax authority of the other contracting party to a tax agreement;

(2) The information on the production and business operations and affiliated transactions during the previous years of the affiliates involved in the arrangement; and

(3) The pricing principles and computation methods to be adopted in the APA submitted to the competent tax authority of the other contracting party to a tax agreement.

3. If an agreement is reached at the preparatory meeting, the taxation organ shall notify the enterprise in writing within 15 days as of the date on which the agreement is reached, and may start the formal negotiation about the matters related to the APA and serve a Notice on Formal APA Negotiation on the enterprise. If no agreement is reached at the preparatory meeting, the taxation organ shall notify the enterprise in writing within 15 days as of the date of termination of the last preparatory meeting and serve a Notice on Rejecting an Enterprise's APA Application on the enterprise to reject the enterprise's APA application, but shall make an explanation of the rejection.

Article 51 An enterprise shall submit a written APA application report and a Formal Application Form for an APA to the taxation organ within 3 months as of the date of receipt of a notice of formal meeting from the taxation organ. If the enterprise applies for a bilateral or multilateral APA, it shall submit a Formal Application Form for an APA and an Application Form for Initiating Mutual Consultation Procedures to the SAT and the competent taxation organ at the same time.

. . . . . .

应以双边或多边预备会谈协议书面通知企业之日起提交
资料,并与税务机关进行讨论:

1.安排的适用年度;

2.安排涉及的关联方及关联交易;

3.企业以前年度生产经营情况;

4.安排涉及各关联方功能及风险的说明;

5.是否应用安排确定的方法解决以前年度的转让定价问题;

6.其他需要说明的情况。

(二)企业申请双边或多边预约定价安排的,应同时向国家税务总局和主管税务机关书面提出谈签意向,国家税务总局组织与企业开展备会谈,预备会谈的内容除本条第(一)项外,还应特别包括:

1.向税收协定缔约对方税务主管当局提出预备会谈申请的情况;

2.安排涉及的关联方以前年度生产经营情况及关联交易情况;

3.向税收协定缔约对方税务主管当局提出的预约定价安排拟采用的定价原则和计算方法。

(三)预备会谈达成一致意见的,税务机关自达成一致意见之日起15日内书面通知企业,可以就预约定价安排相关事宜进行正式谈判,并向企业送达《预约定价安排正式会谈通知书》;预备会谈不能达成一致意见的,税务机关应自最后一次预备会谈结束之日起15日内书面通知企业,向企业送达《拒绝企业申请预约定价安排通知书》,拒绝企业申请预约定价安排,并说明理由。

第五十一条  企业应在接到税务机关正式会谈通知之日起3个月内,向税务机关提出预约定价安排书面申请报告,并报送《预约定价安排正式申请书》。企业申请双边或多边预约定价安排的,应将《预约定价安排正式申请书》和《启动相互协商程序申请书》同时报送国家税务总局和主管税务机关。

. . . . . .

Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation)    9/16/15, 3:05 PM

Dear visitor,you are attempting to view a subscription-based section of lawinfochina.com. If you are already a subscriber, please login to enjoy access to our databases . If you are not a subscriber, please subscribe . You can purchase a single article through Online Pay to immediately view and download this document. Should you have any questions, please contact us at:

+86 (10) 8268-9699 or +86 (10) 8266-8266 (ext. 153)

Mobile: +86 133-1157-0712

Fax: +86 (10) 8266-8268

database@chinalawinfo.com

您好：您现在要进入的是北大法律英文网会员专区，如您是我们英文用户可直接登录，进入会员专区查询您所需要的信息；如您还不是我们的英文会员，请注册并交纳相应费用成为我们的英文会员；您也可通过网上支付进行单篇购买，支付成功后即可立即查看本篇法规。如有问题请来电咨询：

Tel: +86 (10) 82689699, +86 (10) 82668266 ext. 153

Mobile: +86 13311570712

Fax: +86 (10) 82668268

E-mail: database@chinalawinfo.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

【法宝引证码】CLI.4.112360(EN)        北大法宝www.lawinfochina.com



Message: Please kindly comment on the present translation.

Confirmation Code:      Click image to reset code!

Submit

Translations are by lawinfochina.com, and we retain exclusive copyright over content found on our website except for content we publish as authorized by respective copyright owners or content that is publicly available from government sources.

Due to differences in language, legal systems, and culture, English translations of Chinese law are for reference purposes only. Please use the official Chinese-language versions as the final authority. lawinfochina.com and its staff will not be directly or indirectly liable for use of materials found on this website.

We welcome your comments and suggestions, which assist us in continuing to improve the quality of our materials.

©2012 Chinalawinfo Co., Ltd.    database@chinalawinfo.com  Tel: +86 (10) 8268-9699  京ICP证010230-8

# Ms. Yan Gao

15032 Avenida Montuosa, #A, San Diego, CA 92129, US; (310) 561-5439; ygao1998@gmail.com

## ADMISSIONS

Passed **California** Bar in 2010, and admitted to practice in 2011

Passed **China**'s National Judicial Exam (2002) and admitted to practice in China (since 2007)

## EDUCATION

**Tulane University Law School**, New Orleans, LA

LL.M. in Business Law, Graduate with Distinction, May 2009

Activities: Member of Business Law Society and Asian-Pacific-American Law Students Association

**China University of Political Science and Law**

Juris Master (J.M.) (J.D. equivalent in China), Beijing, China, September 2001 - June 2004

Specialty: international economic law

Jishou University Foreign Language Department, Hunan, China

Bachelor of Arts, June 2001

Honors: "Outstanding Student" of Hunan Province in 1997, scholarships during 1999-2000

## WORK EXPERIENCE

**Herman Herman & Katz, LLC**, New Orleans, LA

Lawyer, Sept 29, 2014 – present

Chinese Drywall MDL (Multidistrict Litigation), Complex international business litigation

Legal research, factual research, document review, deposition & trial preparations for the Plaintiffs' Steering Committee in the current Chinese Drywall Multidistrict Litigation

**Baron & Budd, P.C.**, Dallas, TX

Lawyer, Oct 2012 – Sept 2014

Chinese Drywall MDL (Multidistrict Litigation), Complex international business litigation

**Herman Herman & Katz, LLC**, New Orleans, LA

Lawyer, August 2009 – Sept 2012

Chinese Drywall MDL (Multidistrict Litigation), Complex international business litigation

**Chinalawinfo Co. Ltd.** / Peking University Center for Legal Information Beijing, China (2004 – 2008)

Manager, August 2007- July 2008, International Cooperation Department

Professional legal translator, July 2004 - July 2007, translating China's laws, regulations and cases in fields of international law, business law, commercial law

Award: "Best Employee Award" in 2007

The **Supreme People's Court** of P.R.China, Beijing, China

Clerkship, July 2002 - August 2003, complex business appeal cases

Intern, **Beijing Deheng Law Office**, Beijing, China August - November 2003

## LANGUAGES

English (solid written and verbal fluency)

Mandarin (native)



lawinfochina.com > Laws & Regulations > Text

## Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation) [Effective]

国家税务总局关于印发《特别纳税调整实施办法(试行)》的通知 [现行有效]

【法宝引证码】 CLI.4.112360(EN)

Issuing authority: State Administration of Taxation

Document Number: No. 2 [2009] of the State Administration of Taxation

Date issued: 01-08-2009

Level of Authority: Departmental Regulatory Documents

Area of law: Taxation

Pkulaw Comments: 本篇法规的变更情况请参考: 国务院关于取消非行政许可审批事项的决定

---

Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation)

(No. 2 [2009] of the State Administration of Taxation)

State taxation bureaus and local taxation bureaus of all provinces, autonomous regions, municipalities directly under the Central Government and cities under separate state planning,

To enforce the Enterprise Income Tax Law of the People's Republic of China and the regulation on the implementation thereof and standardize and strengthen the administration of special tax adjustments, the State Administration of Taxation has formulated the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation), which are hereby issued to you for your compliance and implementation.

Annex: Forms, certificates, vouchers and documents under the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation)

January 8, 2009

Measures for the Implementation of Special Tax Adjustments (for Trial Implementation)

Chapter I General Provisions

**Article 1** To regulate the administration of special tax adjustments, these Measures are formulated in accordance with the relevant provisions of the Enterprise Income Tax Law of the People's Republic of China (hereinafter referred to as the EITL), the Regulation on the Implementation of the Enterprise Income Tax Law of the People's Republic of China (hereinafter referred to as the RIEITL), the Law of the People's Republic of China on the Administration of Tax Collection (hereinafter referred to as the LATC), the Detailed Rules on the Implementation of the Law

国家税务总局关于印发《特别纳税调整实施办法(试行)》的通知

(国税发〔2009〕2号)

(相关资料: 部门规章2篇其他规范性文件1篇地方法规4篇)

各省、自治区、直辖市和计划单列市国家税务局、地方税务局:

为贯彻落实《中华人民共和国企业所得税法》及其实施条例, 规范和加强特别纳税调整管理, 国家税务总局制定了《特别纳税调整实施办法(试行)》, 现印发给你们, 请遵照执行。

附件: 《特别纳税调整实施办法(试行)》表证单书

二○○九年一月八日

特别纳税调整实施办法(试行)

第一章 总则

**第一条** 为了规范特别纳税调整管理, 根据《中华人民共和国企业所得税法》(以下简称所得税法)、《中华人民共和国企业所得税法实施条例》(以下简称所得税法实施条例)、《中华人民共和国税收征收管理法》(以下简称征管法)、《中华人民共和国税收征收管理法实施细则》(以下简称征管法实施细则)以及我国政府与有关

Collection (hereinafter referred to as the LATC), the Detailed Rules on the Implementation of the Law of the People's Republic of China on the Administration of Tax Collection (hereinafter referred to as the DRILATC) and the tax agreements (arrangements) signed by the Chinese Government with the governments of relevant countries (regions) on the avoidance of double taxation (hereinafter referred to as the tax agreements).

则》（以下简称征管法实施细则）以及我国政府与有关国家（地区）政府签署的避免双重征税协定（安排）（以下简称税收协定）的有关规定，制定本办法。

Article 2 These Measures shall apply to the taxation organs' administration of tax adjustments in respect of enterprises' transfer pricing, advance pricing arrangements, cost apportionment agreements, controlled foreign enterprises, thin capitalization and general anti-tax avoidance.

第二条  本办法适用于税务机关对企业的转让定价、预约定价安排、成本分摊协议、受控外国企业、资本弱化以及一般反避税等特别纳税调整事项的管理。

Article 3 The "administration of transfer pricing" is a general term for the work of the taxation organs on examining, evaluating and investigating whether the transactions between an enterprise and its affiliates (hereinafter referred to as the affiliated transactions) conform to the arm's length principle and making adjustments according to the relevant provisions of Chapter VI of the EITL and Article 36 of the LATC.

第三条  转让定价管理是指税务机关按照所得税法第六章和征管法第三十六条的有关规定，对企业与其关联方之间的业务往来（以下简称关联交易）是否符合独立交易原则进行审核评估和调查调整等工作的总称。

Article 4 The "administration of advance pricing arrangements" is a general term for the work of the taxation organs on examining and evaluating an enterprise's principles and computation methods for the affiliated transactions in future years and entering into an advance pricing arrangement upon negotiation with the enterprise according to the provisions of Article 42 of the EITL and Article 53 of the DRILATC.

第四条  预约定价安排管理是指税务机关按照所得税法第四十二条和征管法实施细则第五十三条的规定，对企业提出的未来年度关联交易的定价原则和计算方法进行审核评估，并与企业协商达成预约定价安排等工作的总称。

Article 5 The "administration of cost apportionment agreements" is a general term for the work of the taxation organs on examining, evaluating and investigating whether the cost apportionment agreements signed by an enterprise with its affiliates conform to the arm's length principle and making adjustments according to paragraph 2 of Article 41 of the EITL.

第五条  成本分摊协议管理是指税务机关按照所得税法第四十一条第二款的规定，对企业与其关联方签署的成本分摊协议是否符合独立交易原则进行审核评估和调查调整等工作的总称。

Article 6 The "administration of controlled foreign enterprises" is a general term for the work of the taxation organs on examining, evaluating and investigating a controlled foreign enterprise's non-distribution or reduced distribution of profits and adjusting the income attributable to a Chinese resident enterprise according to Article 45 of the EITL.

第六条  受控外国企业管理是指税务机关按照所得税法第四十五条的规定，对受控外国企业不作利润分配或减少分配进行审核评估和调查，并对归属于中国居民企业所得进行调整等工作的总称。

Article 7 The "administration of thin capitalization" is a general term for the work of the taxation organs on examining, evaluating and investigating whether the proportion of debt investments to equity investments in an enterprise made by its affiliates conform to the prescribed proportion or the arm's length principle and making adjustments according to Article 46 of the EITL.

第七条  资本弱化管理是指税务机关按照所得税法第四十六条的规定，对企业接受关联方债权性投资与企业接受的权益性投资的比例是否符合规定比例或独立交易原则进行审核评估和调查调整等工作的总称。

Article 8 The "administration of general anti-tax avoidance" is a general term for the work of the taxation organs on examining, evaluating and investigating an enterprise's decrease of the taxable revenue or income as a result of its execution of any other arrangement lacking a reasonable commercial purpose and making adjustments according to Article 47 of the EITL.

第八条  一般反避税管理是指税务机关按照所得税法第四十七条的规定，对企业实施其他不具有合理商业目的的安排而减少其应纳税收入或所得额进行审核评估和调查调整等工作的总称。

Chapter II Reporting of Affiliation

第二章  关联申报

Article 9 The term "affiliation" as mentioned in Article 109 of the RIEITL and Article 51 of the DRILATC mainly refers to any of the following relationships between an enterprise and other enterprises, organizations or individuals:

第九条  所得税法实施条例第一百零九条及征管法实施细则第五十一条所称关联关系，主要是指企业与其他企业、组织或个人具有下列之一关系：

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 77 of 91

1. One party directly or indirectly holds at least 25% of the total shares of the other party, or 25% of the shares of both parties are directly or indirectly held by a same third party. If one party indirectly holds the shares of the other party through an intermediate party, as long as it holds at least 25% of the shares of the intermediate party, the proportion of the other party's shares held by it shall be computed on the basis of the other party's shares held by the intermediate party;

2. The loans received by one party from the other party (excluding an independent financial institution) account for at least 50% of one party's paid-in capital, or at least 10% of the total loans received by one party are guaranteed by the other party (excluding an independent financial institution);

3. At least half of one party's senior management (including members of the board of directors and managers) are or at least 1 senior member of the board of directors who has the controlling power over the board of directors is appointed by the other party, or at least half of both parties' senior management (including members of the board of directors and managers) are or at least 1 senior member of the board of directors who has the controlling power over the board of directors is appointed by a same third party;

4. At least half of one party's senior management (including members of the board of directors and managers) are also senior management of the other party (including members of the board of directors and managers), or at least 1 senior member of the board of directors of one party who has the controlling power over the board of directors is also a senior member of the board of directors of the other party;

5. The normal production and business operations of one party must depend on the industrial property, know-how or any other franchise provided by the other party;

6. One party's purchase or sale activities are largely controlled by the other party;

7. The services that one party receives or provides are largely controlled by the other party; or

8. One party exercises a substantive control over the other party's production, business operations or transactions, or the two parties have any other affiliation of interest, such as a relationship that one party and the main shareholder of the other party enjoy basically the same economic interests though the shareholding percentage described in subparagraph 1 hereof is not reached, a clanship or a kinship.

Article 10 The affiliated transactions shall mainly include the following types of transactions:

1. Purchase, sale, transfer and use of tangible assets, including the purchase, sale, transfer and lease of such tangible assets as buildings, transport means, machinery, tools, commodities and products;

2. Transfer and use of intangible assets, including the transfer of ownership of or the provision of right to use the land use right, copyright, patent, trademark, client list, marketing channel, licensed plate or number, trade secret, know-how or any other franchise right, as well as industrial property such as industrial product design or utility model;

3. Accommodation, including all types of long-term and short-term borrowing and guaranty businesses and all kinds of interest-bearing advance payment and deferred payment

（一）一方直接或间接持有另一方的股份总和达到25%以上，或者双方直接或间接均为第三方所持有的股份达到25%以上。若一方通过中间方对另一方间接持有股份，只要一方对中间方持股比例达到25%以上，则一方对另一方的持股比例按照中间方对另一方的持股比例计算。

（二）一方与另一方（独立金融机构除外）之间借贷资金占一方实收资本50%以上，或者一方借贷资金总额的10%以上是由另一方（独立金融机构除外）担保。

（三）一方半数以上的高级管理人员（包括董事会成员和经理）或至少一名可以控制董事会的董事会高级成员是由另一方委派，或者双方半数以上的高级管理人员（包括董事会成员和经理）或至少一名可以控制董事会的董事会高级成员同为第三方委派。

（四）一方半数以上的高级管理人员（包括董事会成员和经理）同时担任另一方的高级管理人员（包括董事会成员和经理），或者一方至少一名可以控制董事会的董事会高级成员同时担任另一方的董事会高级成员。

（五）一方的生产经营活动必须由另一方提供的工业产权、专有技术等特许权才能正常进行。

（六）一方的购买或销售活动主要由另一方控制。

（七）一方接受或提供劳务主要由另一方控制。

（八）一方对另一方的生产经营、交易具有实质控制，或者双方在利益上具有相关联的其他关系，包括虽未达到本条第（一）项持股比例，但一方与另一方的主要持股方享受基本相同的经济利益，以及家族、亲属关系等。

**第十条**　关联交易主要包括以下类型：

（一）有形资产的购销、转让和使用，包括房屋建筑物、交通工具、机器设备、工具、商品、产品等有形资产的购销、转让和租赁业务；

（二）无形资产的转让和使用，包括土地使用权、版权（著作权）、专利、商标、客户名单、营销渠道、牌号、商业秘密和专有技术等特许权，以及工业品外观设计或实用新型等工业产权的所有权转让和使用权的提供业务；

（三）融通资金，包括各类长短期资金拆借和担保以及各类计息预付款和延期付款等业务；

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 78 of 91

Notice of the State Administration of Taxation on Issuing the Measures... the Implementation of Special Tax Adjustments (for Trial Implementation)          6/16/15, 3:05 PM

businesses; and

4. Provision of services, including but not limited to market research, marketing, management, administrative affairs, technical services, maintenance, design, consultancy, agency, scientific research, legal services and accounting services.

Article 11 When filing an annual enterprise income tax return, a resident enterprise whose tax is levied on the basis of audit of account books or a non-resident enterprise which has any establishment in China and file a return for and pay the enterprise income tax on an actual basis shall also submit the Forms for the Annual Reporting of Affiliated transactions of an Enterprise of the People's Republic of China, including the Form of Affiliations, Consolidated Form of Affiliated Transactions, Form of Purchases and Sales, Form of Services, Form of Intangible Assets, Form of Fixed Assets, Form of Accommodation, Form of External Investments and Form of External Payments.

Article 12 Where it is really difficult for an enterprise to submit the Forms as required in Article 11 of these Measures within the specified time limit and an extension is needed, it shall be handled according to the relevant provisions of the LATC and DRILATC.

Chapter III Administration of Contemporaneous Documentation

Article 13 An enterprise shall prepare by taxable year, keep and submit as required by the taxation organs the contemporaneous documentation relevant to its affiliated transactions in accordance with Article 114 of the RIEITL.

Article 14 The contemporaneous documentation shall mainly include:

1. Organizational structure

(1) The relevant organizational structure and equity structure of the enterprise group with which an enterprise is affiliated:

(2) Annual changes of affiliations of the enterprise:

(3) Information on the affiliates transacting with the enterprise, including an affiliated enterprise's name, legal representative, senior management such as members of the board of directors and managers, registered address and actual business address, an affiliated individual's name, nationality, place of residence, family members, etc., and an indication of the affiliates having a direct influence on the pricing of affiliated transactions of the enterprise: and

(4) The type and rate of tax of the income tax nature and preferential tax treatments applicable to each affiliate.

2. Information on Production and Business Operations

(1) Brief account of the businesses of the enterprise, including the brief account of the enterprise's development and changes, brief account of the enterprise's industry and development of the industry, business strategies, industrial policies, industrial restrictions and other main economic and legal issues that affect the enterprise and its industry, industry

（四）提供劳务，包括市场调查、行销、管理、行政事务、技术服务、维修、设计、咨询、代理、科研、法律、会计事务等服务的提供。

第十一条　实行查账征收的居民企业和在中国境内设立机构、场所并据实申报缴纳企业所得税的非居民企业向税务机关报送年度企业所得税纳税申报表时，应附送《中华人民共和国企业年度关联业务往来报告表》，包括《关联关系表》、《关联交易汇总表》、《购销表》、《劳务表》、《无形资产表》、《固定资产表》、《融通资金表》、《对外投资情况表》和《对外支付款项情况表》。

第十二条　企业按规定期限报送本办法第十一条规定的报告表确有困难，需要延期的，应按征管法及其实施细则的有关规定办理。

第三章　同期资料管理

第十三条　企业应根据所得税实施条例第一百一十四条的规定，按纳税年度准备、保存、并按税务机关要求提供其关联交易的同期资料。

第十四条　同期资料主要包括以下内容:

（一）组织结构

1．企业所属的企业集团相关组织结构及股权结构;

2．企业关联关系的年度变化情况;

3．与企业发生交易的关联方信息，包括关联企业的名称、法定代表人、董事和经理等高级管理人员构成情况、注册地址及实际经营地址，以及关联个人的名称、国籍、居住地、家庭成员构成情况，并注明对企业关联交易定价具有直接影响的关联方;

4．各关联方适用的具有所得税性质的税种、税率及相应可享受的税收优惠。

（二）生产经营情况

1．企业的业务概况，包括企业发展变化概况、所处的行业及发展概况、经营策略、产业政策、行业限制等影响企业和行业的主要经济和法律问题，集团产业链以及企业所处地位;

other main economic and legal issues that affect the enterprise and its industry, industry chains of the group and the enterprise's position in the chains;

（2) The composition of the enterprise's core business, the proportion of the revenue from its core business to the total revenue, and the proportion of the profits from its core business to the total profits;

(3) The analysis of the enterprise' position in the industry and of the related market competition environment;

(4) The enterprise' internal organizational structure and the respective functions performed, risks assumed, assets employed, etc. by the enterprise and its affiliates in the affiliated transactions, including the Form of Enterprise Function and Risk Analysis filled out by reference to the relevant information; and

(5) The consolidated financial statements of the enterprise group, the preparation of which may be postponed in light of the accounting year of the enterprise group, but shall not be later than December 31 of the year following the year of occurrence of an affiliated transaction.

3. Information on Affiliated Transactions

(1) An affiliated transaction's type, participants, time, amount, settlement currency and conditions;

(2) Trade mode of an affiliated transaction, annual changes thereof, and an explanation for the changes;

(3) The comparison of similarities and differences between the operating flows of an affiliated transaction and an unaffiliated transaction, including the information flow, logistical flow and cash flow at all stages;

(4)The intangible asset involved in an affiliated transaction and its influence on the pricing;

(5) Copies of contracts or agreements related to an affiliated transaction and a description of the execution thereof;

(6)The analysis of major economic and legal factors that affect the pricing of an affiliated transaction; and

(7)Information on the division of revenues, costs, expenses and profits between affiliated transactions and unaffiliated transactions. When a direct division is impossible, the division shall be made in a reasonable proportion, an explanation of the determined division rate shall be made, and a Form of Financial Analysis of Annual Affiliated Transactions shall be filled out by reference to the relevant information.

4. Comparability Analysis

(1) The factors to be considered in a comparability analysis shall include but not be limited to the characteristics of assets or services in a transaction, functions performed and risks assumed by the parties to a transaction, contractual terms and conditions, economic environment and operating strategies;

等；

2．企业的主营业务构成，主营业务收入及其占收入总额的比重，主营业务利润及其占利润总额的比重；

3．企业所处的行业地位及相关市场竞争环境的分析；

4．企业内部组织结构，企业及其关联方在关联交易中执行的功能、承担的风险以及使用的资产等相关信息，并参照填写《企业功能风险分析表》；

5．企业集团合并财务报表，可视企业集团会计年度情况延期准备，但最迟不得超过关联交易发生年度的次年12月31日。

（三）关联交易情况

1．关联交易类型、参与方、时间、金额、结算货币、交易条件等；

2．关联交易所采用的贸易方式、年度变化情况及其理由；

3．关联交易的业务流程，包括各个环节的信息流、物流和资金流，与非关联交易业务流程的异同；

4．关联交易所涉及的无形资产及其对定价的影响；

5．与关联交易相关的合同或协议副本及其履行情况的说明；

6．对影响关联交易定价的主要经济和法律因素的分析；

7．关联交易和非关联交易的收入、成本、费用和利润的划分情况，不能直接划分的，按照合理比例划分，说明确定该划分比例的理由，并参照填写《企业年度关联交易财务状况分析表》。

（四）可比性分析

1．可比性分析所考虑的因素，包括交易资产或劳务特性、交易各方功能和风险、合同条款、经济环境、经营策略等；

(2) Information on the functions performed, risks assumed, assets employed, etc. by a comparable enterprise;

(3) A description of a comparable transaction, covering the physical features, quality and use efficacy of tangible assets; the normal interest rate, amount, currency, duration, guaranty, borrower's credit standing, repayment manner and interest calculation method for a financing business; the nature and extent of services; the type and transaction mode of an intangible asset, the right to use an intangible asset through transaction, and benefits from using an intangible assets; etc.;

(4) The sources of and conditions and reasons for selecting the comparable information; and

(5) The difference adjustments made to the comparable data and the reasons for making such adjustments.

5. Selection for use of a Transfer Pricing Method

(1) The selection for use of a transfer pricing method and reasons for the selection. When selecting a profit-based method, the enterprise shall state its contribution to the overall level of profits or residual profits of the enterprise group;

(2) How the comparable information supports the transfer pricing method selected for use;

(3) Assumptions and judgments made in the process of determining the price for or profit from a comparable unaffiliated transaction;

(4) A description of the determination of the price for or profit from a comparable unaffiliated transaction by using a reasonable transfer pricing method and the comparability analysis results, as well as the compliance with the arm's length principle; and

(5) Other information that supports the transfer pricing method selected for use.

Article 15 An enterprise which falls under any of the following circumstances may be exempt from preparing the contemporaneous documentation:

1. The amount of affiliated purchases and sales per annum shall be less than 200 million yuan (the amount of the processing business with supplied materials shall be calculated based on the customs declaration prices for imports and exports during the year) and the amount of other affiliated transactions shall be less than 40 million yuan (the amount of affiliated accommodation shall be calculated based on the interest paid or received). The aforesaid amounts shall exclude those of the affiliated transactions involved in the cost apportionment agreements or advance pricing arrangements executed within the year;

2. The affiliated transactions are within the coverage of the advance pricing arrangements; or

3. The foreign-owned shares account for less than 50 percent and the affiliated transactions are conducted with domestic affiliates only.

Article 16 Unless it is otherwise provided for in Chapter VII of these Measures, an enterprise shall complete the preparation of contemporaneous documentation before May 31 of the year following the year of occurrence of an affiliated transaction, and shall submit the documentation to the taxation organ within 20 days from the date of requirement of the taxation organ.

2．可比企业执行的功能、承担的风险以及使用的资产等相关信息；

3．可比交易的说明，如：有形资产的物理特性、质量及其效用；融资业务的正常利率水平、金额、币种、期限、担保、融资人的资信、还款方式、计息方法等；劳务的性质与程度；无形资产的类型及交易形式，通过交易获得的使用无形资产的权利，使用无形资产获得的收益；

4．可比信息来源、选择条件及理由；

5．可比数据的差异调整及理由。

（五）转让定价方法的选择和使用

1．转让定价方法的选用及理由，企业选择利润法时，须说明对企业集团整体利润或剩余利润水平所做的贡献；

2．可比信息如何支持所选用的转让定价方法；

3．确定可比非关联交易价格或利润的过程中所做的假设和判断；

4．运用合理的转让定价方法和可比性分析结果，确定可比非关联交易价格或利润，以及遵循独立交易原则的说明；

5．其他支持所选用转让定价方法的资料。

第十五条  属于下列情形之一的企业，可免于准备同期资料：

（一）年度发生的关联购销金额（来料加工业务按年度进出口报关价格计算）在2亿元人民币以下且其他关联交易金额（关联融通资金按利息收付金额计算）在4000万元人民币以下，上述金额不包括企业在年度内执行成本分摊协议或预约定价安排所涉及的关联交易金额；

（二）关联交易属于执行预约定价安排所涉及的范围；

（三）外资股份低于50%且仅与境内关联方发生关联交易。

第十六条  除本办法第七章另有规定外，企业应在关联交易发生年度的次年5月31日之前准备完毕该年度同期资料，并自税务机关要求之日起20日内提供。
企业因不可抗力无法按期提供同期资料的，应在不可抗力消除后20日内提供同期资料。

Case 2:09-md-02047-EEF-MBN Document 20688-202 Filed 02/23/17 Page 81 of 91

Notice of the State Administration of Taxation on Issuing the Measures...the Implementation of Special Tax Adjustments (For Trial Implementation) 9/16/15, 3:05 PM

taxation organ.

If the enterprise is unable to provide such documentation on time due to any force majeure, it shall provide such documentation within 20 days after the elimination of the force majeure.

Article 17 The contemporaneous documentation submitted by an enterprise as required by the taxation organ shall bear the official seal of the enterprise, as well as the signature or seal of the legal representative of the enterprise or the person authorized by the legal representative. If the contemporaneous documentation contains any citation, the source of it shall be indicated.

Article 18 Where the tax registration of an enterprise is modified or cancelled for merger, split or any other reason, the contemporaneous documentation of the enterprise shall be kept by the new or surviving enterprise(s) after the merger or split.

Article 19 The contemporaneous documentation shall be prepared in Chinese. If the original material is in a foreign language, a Chinese copy shall be submitted as well.

Article 20 The contemporaneous documentation shall be kept for 10 years from June 1 of the year following the year of occurrence of an affiliated transaction.

Chapter IV Transfer Pricing Methods

Article 21 Enterprises to conduct affiliated transactions and taxation organs to inspect and assess affiliated transactions shall adopt reasonable transfer pricing methods under the arm's-length principle.
In accordance with Article 111 of the RIEITL, the transfer pricing methods shall include the comparable uncontrolled price method (CUPM), the resale price method (RPM), the cost-plus method (CPM), the transactional net margin method (TNMM), the profit split method (PSM), and other methods in compliance with the arm's-length principle.

Article 22 A comparability analysis shall be made during the selection of a reasonable transfer pricing method. A comparability analysis shall mainly cover the factors in the following five aspects:

1. Characteristics of assets transacted or services provided, mainly including the physical characteristics, quality, quantity, etc. of tangible assets: nature and scope of services provided: types, transaction forms, terms, scopes, expected return, etc. of intangible assets:

2. The functions performed and risks assumed by each party to a transaction. The functions mainly include the research and development, design, procurement, processing, assembly, manufacture, inventory management, distribution, after-sales services, advertising, transport, storage, financing, financial affairs, accounting, legal affairs and human resources management. At the time of comparison of functions, attention shall be paid to the degree of similarity of the assets employed by the enterprise for performing the functions. The risks mainly include the research and development risks, procurement risks, manufacturing risks, distribution risks, marketing risks, and management and financial risks:

3. Contractual terms and conditions, mainly including a transaction's subject matter, transaction amount and price, methods and conditions for payments, delivery conditions, scope of and conditions for after-sales services, stipulations on the provision of additional

机构提出的同期资料。

第十七条 企业按照税务机关要求提供的同期资料，须加盖公章，并由法定代表人或法定代表人授权的代表签字或盖章。同期资料涉及引用的信息资料，应标明出处来源。

第十八条 企业因合并、分立等原因变更或注销税务登记的，应由合并、分立后的企业保存同期资料。

第十九条 同期资料应使用中文。如原始资料为外文的，应附送中文副本。

第二十条 同期资料应自企业关联交易发生年度的次年6月1日起保存10年。

第四章 转让定价方法

第二十一条 企业发生关联交易以及税务机关审核、评估关联交易均应遵循独立交易原则，选用合理的转让定价方法。
根据所得税法实施条例第一百一十一条的规定，转让定价方法包括可比非受控价格法、再销售价格法、成本加成法、交易净利润法、利润分割法和其他符合独立交易原则的方法。

第二十二条 选用合理的转让定价方法应进行可比性分析。可比性分析因素主要包括以下五个方面：

（一）交易资产或劳务特性，主要包括：有形资产的物理特性、质量、数量等，劳务的性质和范围，无形资产的类型、交易形式、期限、范围、预期收益等；

（二）交易各方功能和风险，功能主要包括：研发、设计、采购、加工、装配、制造、存货管理、分销、售后服务、广告、运输、仓储、融资、财务、会计、法律及人力资源管理等，在比较功能时，应关注企业业为发挥功能所使用资产的相似程度；风险主要包括：研发风险、采购风险、生产风险、分销风险、市场推广风险、管理及财务风险等；

（三）合同条款，主要包括：交易标的、交易数量、价格、收付款方式和条件、交易条件、售后服务范围和条件、提供附加劳务的约定、变更、修改合同内容的权利，

Notice of the State Administration of Taxation on Issuing the Measures...the Implementation of Special Tax Adjustments (for Trial Implementation)    6/16/15, 3:05 PM

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 82 of 91

services, right to modify and revise the contents of a contract, duration of a contract, and right to terminate or renew a contract;

4. Economic environment, mainly including the industry profile, geographic location, market scale, market level, market share, intensity of market competition, consumer purchasing power, substitutability of products or services, prices for production factors, transport costs, and government control; and

5. Business strategies, mainly including the strategies for innovation and development, diversified business operations, risk-avoidance, and market share.

Article 23 Under the CUPM, the price for a business transaction conducted between unaffiliated parties which is identical or similar to an affiliated transaction shall be regarded as the arm's-length price for the affiliated transaction.

The comparability analysis shall particularly focus on the examination of the differences between affiliated transactions and unaffiliated transactions in respect of the characteristics of assets transacted or services provided, contractual terms and conditions and economic environment, and shall, by the different types of transactions, contain the following information:

1. Purchase, Sale or transfer of tangible assets:

(1) Process of purchase, sale or transfer, including the time and place of a transaction, delivery conditions, delivery procedures, payment conditions, transaction quantity, time and place of after-sales services, etc;

(2) The purchase, sale or transfer stage, including the ex-factory, wholesale, retail, export and other stages;

(3) Purchase, sale or transfer of goods, including the name of goods, brand name, specifications, model, functions, structures, appearance, packaging, etc; and

(4) Purchase, sale or transfer environment, including the ethnic customs, consumers' preferences, political stability, fiscal, tax and foreign exchange policies, etc.

2. Use of tangible assets:

(1) Functions, specifications, models, structures, types, and depreciation methods of the assets;

(2) The time, period, and place of the provided right to use the assets; and

(3) The investment expenditures, maintenance fees, etc. of the asset owner for the assets.

3. Transfer and use of intangible assets:

(1) Types, purposes, applicable industries, expected return of the intangible assets; and

(2) Development of, investment in, transfer conditions for, degree of exclusive possession of, extent and period of protection by the relevant laws of the state of, transfer costs and expenses as a transferee of, functions and risks of, substitutability of, etc. of the intangible assets.

合同有效期，终止或续签合同的权利；

（四）经济环境，主要包括：行业概况、地理区域、市场规模、市场层级、市场占有率、市场竞争程度、消费者购买力、商品或劳务可替代性、生产要素价格、运输成本、政府管制等；

（五）经营策略，主要包括：创新和开发策略，多元化经营策略，风险规避策略，市场占有策略等。

第二十三条　可比非受控价格法以非关联方之间进行的与关联交易相同或类似业务活动所收取的价格作为关联交易的公平成交价格。

可比性分析应特别考察关联交易与非关联交易在交易资产或劳务的特性、合同条款及经济环境上的差异，按照不同交易类型具体包括如下内容：

（一）有形资产的购销或转让

1．购销或转让过程，包括交易的时间与地点、交货条件、交货手续、支付条件、交易数量、售后服务的时间和地点等；

2．购销或转让环节，包括出厂环节、批发环节、零售环节、出口环节等；

3．购销或转让货物，包括品名、品牌、规格、型号、性能、结构、外型、包装等；

4．购销或转让环境，包括民族风俗、消费者偏好、政局稳定程度以及财政、税收、外汇政策等。

（二）有形资产的使用

1．资产的性能、规格、型号、结构、类型、折旧方法；

2．提供使用权的时间、期限、地点；

3．资产所有者对资产的投资支出、维修费用等。

（三）无形资产的转让和使用

1．无形资产类别、用途、适用行业、预期收益；

2．无形资产的开发投资、转让条件、独占程度、受有关国家法律保护的程度及期限、受让成本和费用、功能风险情况、可替代性等。

Notice of the State Administration of Taxation on Issuing the Measures ... the Implementation of Special Tax Adjustments (for Trial Implementation)

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 83 of 91

9/16/15, 3:05 PM

4. Accommodation, including the amount, currency, term, guaranty, credit standing of the borrower, method of repayment, method of interest computation, etc. of financing.

5. Provision of services, including the nature of business, technical requirements, level of specialty, liabilities, conditions and methods for payment, direct and indirect costs, etc.
If there is any material difference between an affiliated transaction and an unaffiliated transaction in any of the afore-mentioned aspects, reasonable adjustments shall be made on the basis of the influence of such difference on the price; if it is impossible to make reasonable adjustments, another reasonable transfer pricing method shall be selected under the provisions of this Chapter.
The CUPM may be applicable to all types of affiliated transactions.

Article 24 Under the RPM, the resale price to an unaffiliated party for goods purchased by an affiliate minus the gross profit from a comparable unaffiliated transaction shall be regarded as the arm's-length price for goods purchased by the affiliate.
The calculation formula shall be as follows:
Arm's-length price = resale price to an unaffiliated party × (1 − gross profit rate of a comparable unaffiliated transaction)
Gross profit rate of a comparable unaffiliated transaction = gross profit of a comparable unaffiliated transaction / net income of a comparable unaffiliated transaction × 100%
The comparability analysis shall particularly focus on the differences in functions, risks, and contractual terms and conditions between an affiliated transaction and an unaffiliated transaction, as well as other factors influencing the gross profit rate, specifically including the sales, advertising and service functions, inventory risk, value and useful life of machinery and equipment, use and value of intangible assets, wholesale or retail stage, business experience, accounting treatments, management efficiency, etc.
If there is any material difference between an affiliated transaction and an unaffiliated transaction in any of the afore-mentioned aspects, reasonable adjustments shall be made

based on the influence of such difference on the gross profit rate; if it is impossible to make reasonable adjustments, another reasonable transfer pricing method shall be selected under the provisions of this Chapter.
Generally, the RPM shall apply to a reseller's simple processing or sheer purchase-sale business which does not involve the substantial value-added processing of goods such as alteration of appearance, functions or structure or change of trademark of goods.

Article 25 Under the CPM, the reasonable cost of an affiliated transaction plus the gross profit from a comparable unaffiliated transaction shall be regarded as the arm's-length price for the affiliated transaction. The calculation formula shall be as follows:
Arm's-length price = reasonable costs of an affiliated transaction × (1 + cost-plus rate of a comparable unaffiliated transaction)
Cost-plus rate of a comparable affiliated transaction = gross profit of a comparable unaffiliated transaction / cost of a comparable unaffiliated transaction ×100%
The comparability analysis shall particularly focus on the differences in functions, risks, and contractual terms and conditions between an affiliated transaction and an unaffiliated transaction as well as other factors influencing the cost-plus rate, specifically including the manufacturing, processing, installing and testing functions, market and foreign exchange risks, value and useful life of machinery and equipment, use and value of intangible assets, business experience, accounting treatments, management efficiency, etc.
If there is any material difference between an affiliated transaction and an unaffiliated

（四）融通资金：融资的金额、币种、期限、担保、融资人的资信、还款方式、计息方法等。

（五）提供劳务：业务性质、技术要求、专业水准、承担责任、付款条件和方式、直接和间接成本等。
关联交易与非关联交易之间在以上方面存在重大差异的，应就该差异分析的影响进行合理调整，无法合理调整的，应根据本章规定选择其他合理的转让定价方法。
可比非受控价格法可以适用于所有类型的关联交易。

　　第二十四条　再销售价格法以关联方购进商品再销售给非关联方的价格减去可比非关联交易毛利后的金额作为关联方购进该商品的公平成交价格。其计算公式如下：
公平成交价格＝再销售给非关联方的价格×（1-可比非关联交易毛利率）
可比非关联交易毛利率＝可比非关联交易毛利/可比非关联交易收入净额×100%
可比性分析应特别考察关联交易与非关联交易在功能风险及合同条款上的差异以及影响毛利率的其他因素，具体包括销售、广告及服务功能，存货风险，机器、设备的价值及使用年限，无形资产的使用及价值，批发或零售环节，商业经验，会计处理及管理效率等。
关联交易与非关联交易之间在以上方面存在重大差异的，应就该差异对毛利率的影响进行合理调整，无法合理调整的，应根据本章规定选择其他合理的转让定价方法。
再销售价格法通常适用于再销售者未对商品进行改变外

型、性能、结构或更换商标等实质性增值加工的简单加工或单纯购销业务。

　　第二十五条　成本加成法以关联交易发生的合理成本加上可比非关联交易毛利作为关联交易的公平成交价格。其计算公式如下：
公平成交价格＝关联交易的合理成本×（1+可比非关联交易成本加成率）
可比非关联交易成本加成率＝可比非关联交易毛利/可比非关联交易成本×100%
可比性分析应特别考察关联交易与非关联交易在功能风险及合同条款上的差异以及影响成本加成率的其他因素，具体包括制造、加工、安装及测试功能，市场及汇兑风险，机器、设备的价值及使用年限，无形资产的使用及价值，商业经验，会计处理及管理效率等。
关联交易与非关联交易之间在以上方面存在重大差异的，应就该差异对成本加成率的影响进行合理调整，无法合理

Case 2:09-md-02047-EEF-MBN  Document 20688-202  Filed 02/23/17  Page 84 of 91

Notice of the State Administration of Taxation on Issuing the Measures... the Implementation of Special Tax Adjustments (For Trial Implementation)    6/16/15, 3:05 PM

transaction in any of the afore-mentioned aspects, reasonable adjustments shall be made based on the influence of such difference on the cost-plus rate; if it is impossible to make reasonable adjustments, another reasonable transfer pricing method shall be selected under the provisions of this Chapter.

Generally, the CPM shall apply to affiliated transactions involving the purchase, sale, transfer or use of tangible assets, provision of services, or accommodation.

**Article 26** Under the TNMM, the net profit from an affiliated transaction shall be determined by the profit level indicators of a comparable unaffiliated transaction. Profit level indicators shall include the rate of return on assets, sale profit rate, net cost-plus rate, berry ratio, etc. The comparability analysis shall particularly focus on the differences in functions, risks, and economic environment between an affiliated transaction and an unaffiliated transaction as well as other factors influencing the operating profits, specifically including the functions performed, risks assumed, assets employed, industrial and market conditions, business scale, economic cycle and product life cycle, allocation of costs, expenses, income and assets among respective transactions, accounting treatments, business management efficiency, etc. If there is any material difference between an affiliated transaction and an unaffiliated transaction in any of the afore-mentioned aspects, reasonable adjustments shall be made on the basis of the influence of such difference on the operating profits; if it is impossible to make reasonable adjustments, another reasonable transfer pricing method shall be selected under the provisions of this Chapter.

Generally, the TNMM shall apply to affiliated transactions that involve the purchase, sale, transfer or use of tangible assets, the transfer or use of intangible assets, and the provision of services.

**Article 27** Under the PSM, the profit allocated to each party to an affiliated transaction shall be determined on the basis of their respective contributions to the consolidated profits from the affiliated transaction. The PSM may be divided into the general PSM and the residual PSM. Under the general PSM, the profits allocated to each party to an affiliated transaction shall be determined according to the functions performed, risks assumed and assets employed by each party.

Under the residual PSM, the residual profit shall be first determined by deducting the routine profit allocated to each party to an affiliated transaction from the consolidated profits from the affiliated transaction of all parties, and then the residual profit shall be allocated on the basis of each party's contribution to the residual profit.

The comparability analysis shall particularly focus on the functions performed, risks assumed and assets employed by each transaction party: the allocation of costs, expenses, income and assets among all transaction parties: the accounting treatment: the reliability of the information and assumptions adopted to determine the contribution of each transaction party to the residual profit: etc.

Generally, the PSM shall apply where an affiliated transaction is highly integrated and it is difficult to assess separately the transaction result of each party to the transaction.

Chapter V Transfer Pricing Investigation and Adjustment

**Article 28** The taxation organs shall have the power to determine enterprises for investigation, and conduct transfer pricing investigations and adjustments under the

---

调整的，应根据本章规定选择其他合理的转让定价方法。

成本加成法通常适用于有形资产的购销、转让和使用，劳务提供或资金融通的关联交易。

**第二十六条**  交易净利润法以可比非关联交易的利润率指标确定关联交易的净利润。利润率指标包括资产收益率、销售利润率、完全成本加成率、贝里比率等。

可比性分析应特别考察关联交易与非关联交易之间在功能风险及经济环境上的差异以及影响营业利润的其他因素，具体包括执行功能、承担风险和使用资产，行业和市场情况，经营规模，经济周期和产品生命周期，成本、费用、所得和资产在各交易间的分摊，会计处理及经营管理效率等。

关联交易与非关联交易之间在以上方面存在重大差异的，应就该差异对营业利润的影响进行合理调整，无法合理调整的，应根据本章规定选择其他合理的转让定价方法。

交易净利润法通常适用于有形资产的购销、转让和使用，无形资产的转让和使用以及劳务提供等关联交易。

**第二十七条**  利润分割法根据企业与其关联方对关联交易合并利润的贡献计算各自应该分配的利润额。利润分割法分为一般利润分割法和剩余利润分割法。

一般利润分割法根据关联交易各参与方所执行的功能、承担的风险以及使用的资产，确定各自应取得的利润。

剩余利润分割法将关联交易各参与方的合并利润减去分配给各方的常规利润的余额作为剩余利润，再根据各方对剩余利润的贡献程度进行分配。

可比性分析应特别考察交易各方执行的功能、承担的风险和使用的资产，成本、费用、所得和资产在各交易方之间的分摊，会计处理，确定交易各方对剩余利润贡献所使用信息和假设条件的可靠性等。

利润分割法通常适用于各参与方关联交易高度整合且难以单独评估各方交易结果的情况。

第五章  转让定价调查及调整

**第二十八条**  税务机关有权依据税收征管法及其实施细则有关税务检查的规定，确定调查企业，进行转让定价

provisions on tax inspections of the LATC and DRILATC. An enterprise under investigation must faithfully report on its affiliated transactions and provide relevant information, and shall not refuse the report or provision or conceal the relevant information.

调查、调整。被调查企业必须据实报告其关联交易情况，并提供相关资料，不得拒绝或隐瞒。

Article 29 Transfer pricing investigations shall focus on the following enterprises:

第二十九条　转让定价调查应重点选择以下企业：

1. Enterprises with a considerable amount of affiliated transactions or more types of affiliated transactions;

（一）关联交易数额较大或类型较多的企业；

2. Enterprises with longtime losses or slight profits or with leaping profits;

（二）长期亏损、微利或跳跃性盈利的企业；

3. Enterprises with profits lower than the average of the same industry;

（三）低于同行业利润水平的企业；

4. Enterprises with a profit level which obviously does not match the functions performed and risk assumed by the enterprises;

（四）利润水平与其所承担的功能风险明显不相匹配的企业；

5. Enterprises engaging in transactions with affiliates in a tax haven;

（五）与避税港关联方发生业务往来的企业；

6. Enterprises that fail to file their affiliated transaction declarations or prepare the contemporaneous documentation as required; and

（六）未按规定进行关联申报或准备同期资料的企业；

7. Enterprises that obviously violate the arm's-length principle.

（七）其他明显违背独立交易原则的企业。

Article 30 In principle, no transfer pricing investigation and adjustment shall be made as to a transaction between domestic affiliates whose actual tax burdens are the same, provided that the transaction does not directly or indirectly lead to the decrease of the overall tax revenue of the state.

第三十条　实际税负相同的境内关联方之间的交易，只要该交易没有直接或间接导致国家总体税收收入的减少，原则上不做转让定价调查、调整。

Article 31 Taxation organs shall carry out desk reviews and determine enterprises to be investigated in light of the routine administration of tax collection. The desk review refers to a comprehensive assessment and analysis of the business operations, affiliated transactions and other situations of an enterprise under investigation mainly on basis of the tax payment data submitted by the enterprise in the past years such as annual income tax returns and reporting forms for affiliated transactions.
Enterprises may submit the contemporaneous documentation to the taxation organs at the desk review stage.

第三十一条　税务机关应结合日常征管工作，开展案头审核，确定调查企业。案头审核应主要根据被调查企业历年报送的年度所得税申报资料及关联业务往来报告表等纳税资料，对企业的生产经营状况、关联交易等情况进行综合评估分析。
企业可以在案头审核阶段向税务机关提供同期资料。

Article 32 The taxation organ shall conduct an on-site investigation of a determined enterprise in accordance with Chapter VI of the EITL Law, Chapter VI of the RIEITL, Chapter IV of the LATC and Chapter VI of the DRILATC.

第三十二条　税务机关对已确定的调查对象，应根据所得税法第六章、所得税法实施条例第六章、征管法第四章及征管法实施细则第六章的规定，实施现场调查。

1. The number of the on-site investigators shall not be less than 2.

（一）现场调查人员须2名以上。

2. During an on-site investigation, the investigators shall show their Tax Investigation Certificate, and serve a Tax Inspection Notice on the enterprise.

（二）现场调查时调查人员应出示《税务检查证》，并送达《税务检查通知书》。

3. During an on-site investigation, as needed, such manners as interview, required provision of account books and records and site check may be adopted under the statutory procedures.

（三）现场调查可根据需要依照法定程序采取询问、调取账簿资料和实地核查等方式。

4. A specific person shall be assigned to make the Interview (Investigation) Transcripts, when a party concerned is interviewed. The interviewee shall be informed of the legal liabilities for his failure to provide true information. The Interview (Investigation) Transcripts shall be verified and confirmed by the interviewee.

（四）询问当事人应有专人记录《询问（调查）笔录》，并告知当事人不如实提供情况应当承担的法律责任。《询问（调查）笔录》应交当事人核对确认。

Notice of the State Administration of Taxation on Issuing the Measures....the Implementation of Special Tax Adjustments (for Trial Implementation)    9/16/15, 3:05 PM

Case 2:09-md-02047-EEF-MBN    Document 20688-202    Filed 02/23/17    Page 86 of 91

5. In accordance with Article 86 of the DRILATC, when it is necessary to require the provision of account books and relevant materials, the taxation organ shall produce a Notice of Required Provision of Account Books and a Checklist of Account Books and Materials Required to Be Provided, handle the relevant legal formalities, properly keep the account books and relevant materials provided, and return them exactly as they were to the enterprise within the statutory time limit.

6. The investigators shall make the Interview (Investigation) Transcripts for the problems and situations found during an on-site investigation. The Interview (Investigation) Transcripts shall be signed by at least 2 investigators and, as needed, verified and confirmed by the investigated enterprise. If the investigated enterprise refuses to verify and confirm the transcripts, the transcripts may be signed for confirmation by at least 2 tax investigators.

7. The data related to the investigated case may be acquired upon request in the manner of transcripts, sound recording, visual recording, photograph and duplication, but the names of keepers and sources of the original data must be indicated. The keepers or providers of the original data shall confirm the data by an endorsement of "IN CONFORMITY WITH THE ORIGINAL UPON VERIFICATION" and affix their seals or imprints thereto.

8. If witnesses are needed to testify, the taxation organ shall inform the witnesses of the legal liabilities for their failure to provide true information. The witness testimonies shall be signed or imprinted by the witnesses in person.

Article 33 In accordance with paragraph 2 of Article 43 of the EITL and Article 114 of the RIEITL, at the time of conducting a transfer pricing investigation, the taxation organ shall have the power to require an enterprise under investigation and its affiliates as well as other enterprises relevant to the investigation of the affiliated business (hereinafter referred to as the comparable enterprises) to provide the relevant documents, and serve a Notice on Tax-related Matters on them.

1. The enterprise under investigation shall provide the relevant materials within the time limit as specified in the Notice on Tax-related Matters. If it is unable to provide them on time for any special reason, it shall file a written application for extension to the taxation organ, and upon approval, may provide them during an extension period of not more than 30 days. The taxation organ shall make a reply by letter within 15 days as of the date of receipt of the extension application of the enterprise. If the taxation organ fails to make a reply by letter within the time limit, it shall be deemed as having approved the enterprise's extension application.

2. The affiliates of the investigated enterprise and comparable enterprises shall provide the relevant materials within the time limit as agreed on with the taxation organ which generally shall not exceed 60 days.
The enterprise and its affiliates as well as the comparable companies shall provide true and complete relevant materials as required by the taxation organ.

Article 34 The taxation organ shall, in accordance with the relevant provisions of Chapter II of these Measures, verify an enterprise's affiliation reporting, and require the enterprise to fill out the Analysis Form of Enterprise Comparability Factors.
On the basis of the affiliation reporting and materials provided by the enterprise, the taxation organ shall fill out the Determination Form for Enterprise Affiliations, Determination Form for

（五）需调取账簿及有关资料的，应按照征管法实施细则第八十六条的规定，填制《调取账簿资料通知书》、《调取账簿资料清单》，办理有关法定手续，调取的账簿、记账凭证等资料，应妥善保管，并按法定时限如数退还。

（六）实地核查过程中发现的问题和情况，由调查人员填写《询问（调查）笔录》。《询问（调查）笔录》应由2名以上调查人员签字，并根据需要由被调查企业核对确认，若被调查企业拒绝，可由2名以上调查人员签认备案。

（七）可以以记录、录音、录像、照相和复制的方式索取与案件有关的资料，但必须注明案件的保存方及出处，由原件保存或提供方核对签注"与原件核对无误"字样，并盖章或押印。

（八）需要证人作证的，应事先告知证人不如实提供情况应当承担的法律责任。证人的证言材料应由本人签字或押印。

　　第三十三条　根据所得税法第四十三条第二款及所得税法实施条例第一百一十四条的规定，税务机关在实施转让定价调查时，有权要求企业及其关联方，以及与关联业务调查有关的其他企业（以下简称可比企业）提供相关资料，并送达《税务事项通知书》。

　　（一）企业应在《税务事项通知书》规定的期限内提供相关资料，因特殊情况不能按期提供的，应向税务机关提交书面延期申请，经批准，可以延期提供，但最长不得超过30日。税务机关应自收到企业延期申请之日起15日内函复，逾期未函复的，视同税务机关已同意企业的延期申请。

　　（二）企业的关联方及可比企业应在与税务机关约定的期限内提供相关资料，约定期限一般不应超过60日。
　　企业、关联方及可比企业应按税务机关要求提供真实、完整的相关资料。

　　第三十四条　税务机关应按本办法第二章的有关规定，核实企业申报信息，并要求企业填制《企业可比性因素分析表》。
　　税务机关在企业关联申报和提供资料的基础上，填制《企业关联关系认定表》、《企业关联交易认定表》和《企业

Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (For Trial Implementation)   9/16/15, 3:05 PM

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 87 of 91

organ shall fill out the Determination Form for Enterprise Affiliations, Determination Form for Affiliated Transactions of Enterprises and Determination Form for Analysis of Enterprise Comparability Factors, which shall be verified and confirmed by the enterprise under investigation.

Article 35 If a transfer pricing investigation involves the investigation of and taking of evidence from the affiliates and comparable enterprises, the taxation organ shall serve a Tax Inspection Notice on them to investigate and take evidence.

Article 36 When examining the relevant data provided by an enterprise and its affiliates as well as the comparable enterprises, the taxation organ may verify the data in such manners as site investigation, issuance of a letter for investigation assistance and consultation of open information. If it is necessary to obtain materials from overseas, it may initiate the information exchange procedures in a relevant tax agreement according to the relevant provisions, or investigate and gather the relevant information via the Chinese institutions stationed abroad. For the relevant data involving an overseas affiliate, the taxation organ may require the enterprise to provide certificates issued by a notarial agency.

Article 37 The taxation organ shall analyze and evaluate whether the affiliated transactions of an enterprise conform to the arm's-length principle by selecting and using a transfer pricing method as provided in Chapter IV of these Measures, and may use open information and undisclosed information during the analysis and evaluation.

Article 38 When analyzing and evaluating the affiliated transactions of an enterprise, in principle, the taxation organ shall not adjust the differences in operating profits caused by the differences between the enterprise and the comparable enterprises in the use of working capital. If it is really necessary to make an adjustment, it shall report, level by level, to the State Administration of Taxation (hereinafter referred to as the SAT) for approval.

Article 39 Enterprises which are engaged in processing and manufacturing to order of affiliates and do not undertake functions such as business decision making, research and development of products and sale shall not assume the risks and losses caused by faulty decisions, operation under capacity, unmarketable products, etc., and usually keep a certain level of profit margin. For enterprises that suffer losses, the taxation organs shall select appropriate comparable prices or comparable enterprises to determine the profit levels of them based on an economic analysis.

Article 40 Where the payments and receipts under the transactions between an enterprise and its affiliates are offset each other, the taxation organ shall, in principle, restore the offset transactions at the time of making the comparability analysis and tax adjustments.

Article 41 When the taxation organ analyzes and evaluates an enterprise's profit level in the quartile method, it shall, in principle, make an adjustment according to a value not lower than the median if the profit level of the enterprise is lower than the median of the profit rate range of the comparable enterprises.

Article 42 If, upon investigation, the affiliated transactions of an enterprise conform to the arm's-length principle, the taxation organ shall make a transfer pricing investigation conclusion and serve a Notice of Special Tax Investigation Conclusion on the enterprise.

Article 43 If, upon investigation, the affiliated transactions of an enterprise do not conform

关关联系定认表》、《企关关联交易认定表》及《企业可比性因素分析认定表》，并由被调查企业核对确认。

第三十五条　转让定价调查涉及向关联和可比企业调查取证的，税务机关向企业送达《税务检查通知书》，进行调查取证。

第三十六条　税务机关审核企业、关联方及可比企业提供的相关资料，可采用现场调查、发函协查和查阅公开信息等方式核实。需取得境外有关资料的，可按有关规定启动税收协定的情报交换程序，或通过我驻外机构调查收集有关信息。涉及境外关联方的相关资料，税务机关也可要求企业提供公证机构的证明。

第三十七条　税务机关应选用本办法第四章规定的转让定价方法分析、评估企业关联交易是否符合独立交易原则，分析评估时可以使用公开信息资料，也可以使用非公开信息资料。

第三十八条　税务机关分析、评估企业关联交易时，因企业与可比企业营运资本占用不同而产生对营业利润产生的差异原则上不做调整。确需调整的，须层报国家税务总局批准。

第三十九条　按照关联方订单从事来料加工制造，不承担经营决策、产品研发、销售等功能的企业，不应承担由于决策失误、开工不足、产品滞销等原因带来的风险和损失，通常应保持一定的利润率水平。对出现亏损的企业，税务机关应在经济分析的基础上，选择适当的可比价格或可比企业，确定企业的利润水平。

第四十条　企业与关联方之间收取价款与支付价款的交易相互抵消的，税务机关在可比性分析和纳税调整时，原则上应还原抵消交易。

第四十一条　税务机关采用四分位法分析、评估企业利润水平时，企业利润水平低于可比企业利润率区间中位值的，原则上应按照不低于中位值进行调整。

第四十二条　经调查，企业关联交易符合独立交易原则的，税务机关应做出转让定价调查结论，并向企业送达《特别纳税调查结论通知书》。

第四十三条　经调查，企业关联交易不符合独立交易

Case 2:09-md-02047-EEF-MBN Document 20688-202 Filed 02/23/17 Page 88 of 91

Notice of the State Administration of Taxation on Issuing the Measures... (the Implementation of Special Tax Adjustments (for Trial Implementation))    9/16/15, 3:05 PM

to the arm's-length principle, resulting in the decrease of enterprise's taxable revenues or income, the taxation organ shall make transfer pricing tax adjustments under the following procedures:

1. The taxation organ shall draft a preliminary special tax adjustment plan on the basis of estimation, demonstration and comparable analysis;

2. The taxation organ shall negotiate with the enterprise according to the preliminary adjustment plan. The taxation organ and the enterprise shall appoint their respective chief negotiators. The investigators shall make the Negotiation Minutes which shall be signed and confirmed by the chief negotiators of both parties. If the enterprise refuses to sign the Negotiation Minutes, the Negotiation Minutes may be signed for confirmation by at least 2 tax investigators;

3. If the enterprise raises any objection to the preliminary adjustment plan, it shall provide further relevant materials within the time limit as prescribed by the taxation organ. After receiving the relevant materials, the taxation organ shall carefully examine them and timely make an examination decision;

4. According to the examination decision, the taxation organ shall serve a Notice on Preliminary Adjustments under a Special Tax Investigation on the enterprise. If the enterprise raises any objection to the preliminary adjustment opinion, it shall file the objection in writing within 7 days as of the date of receipt of the Notice. The taxation organ shall negotiate with the enterprise and examine the relevant materials again after receiving the objection from the enterprise. If the enterprise fails to file an objection within the above time limit, it shall be deemed as having acceded to the preliminary adjustment opinion; and

5. The taxation organ shall determine the final adjustment plan, and serve a Notice on Adjustments under a Special Taxation Investigation on the enterprise.

Article 44 After receiving the Notice on Adjustments under a Special Taxation Investigation, an enterprise shall pay tax and interest within the specified time limit.

Article 45 After executing the transfer pricing adjustments to an enterprise, the taxation organ shall administer a 5-year follow-up of the enterprise from the year following the last year of adjustments to the enterprise. During the period of follow-up, the enterprise shall provide the contemporaneous documentation for a follow-up year before June 20 of the year following the follow-up year, and the taxation organ shall focus on analyzing and evaluating the following contents based on the contemporaneous documentation and tax return information:

1. The enterprise's investment, business operation and changes thereof;

2. The changes of the amounts as shown on the tax returns submitted by the enterprise;

3. The changes of the enterprise's operating results: and

4. The changes of affiliated transactions.

If the taxation organ finds any transfer pricing abnormality of an enterprise during the period of follow-up, it shall timely communicate with the enterprise, and require it to make self-adjustment or make the transfer pricing investigation and adjustments according to the

原则而减少其应纳税收入或者所得额的,税务机关应按以下程序实施转让定价纳税调整:

(一)在测算、论证和可比性分析的基础上,拟定特别纳税调查初步调整方案;

(二)根据初步调整方案与企业协商谈判,税企双方均应指定主谈人,调查人员应做好《协商内容记录》,并由双方主谈人签字确认,若企业拒签,可由2名以上调查人员签认备案;

(三)企业对初步调整方案有异议的,应在税务机关规定的期限内进一步提供相关资料,税务机关收到资料后,应认真审核,并及时做出审议决定;

(四)根据审议决定,向企业送达《特别纳税调查初步调整通知书》,企业对初步调整意见有异议的,应自收到通知书之日起7日内书面提出,税务机关收到企业意见后,应再次协商审议;企业逾期未提出异议的,视为同意初步调整意见;

(五)确定最终调整方案,向企业送达《特别纳税调查调整通知书》。

**第四十四条** 企业收到《特别纳税调查调整通知书》后,应按规定期限缴纳税款及利息。

**第四十五条** 税务机关对企业实施转让定价纳税调整后,应自企业被调整的最后年度的次年起5年内实施跟踪管理。在跟踪管理期内,企业应在跟踪年度的次年6月20日之前向税务机关提供跟踪年度的同期资料,税务机关根据同期资料和纳税申报资料重点分析、评估以下内容:

(一)企业投资、经营状况及其变化情况;

(二)企业纳税申报额变化情况;

(三)企业经营成果变化情况;

(四)关联交易变化情况。

税务机关在跟踪管理期内发现企业转让定价异常等情况,应及时与企业沟通,要求企业自行调整,或按照本章有关规定开展转让定价调查调整。

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 89 of 91

relevant provisions of this Chapter.

Chapter VI Administration of Advance Pricing Arrangements

第六章　预约定价安排管理

**Article 46** In accordance with Article 42 of the EITL, Article 113 of its RIEITL and Article 53 of the DRILATC, an enterprise may reach an advance pricing arrangement (hereinafter referred to as the APA) with the taxation organ regarding the pricing principles and computation methods for its affiliated transactions in future years. The negotiation and execution of an APA shall usually undergo six stages: preparatory meeting, formal application, examination and evaluation, negotiation, signing, and monitoring of execution. The APAs may be divided into three types: unilateral, bilateral and multilateral APAs.

**第四十六条** 企业可以依据所得税法第四十二条、所得税法实施条例第一百一十三条及征管法实施细则第五十三条的规定，与税务机关就企业未来年度关联交易的定价原则和计算方法达成预约定价安排。预约定价安排的谈签与执行通常经过预备会谈、正式申请、审核评估、磋商、签订安排和监控执行6个阶段。预约定价安排包括单边、双边和多边3种类型。

**Article 47** An APA application shall be processed by the taxation organ at or above the level of a districted city or autonomous prefecture.

**第四十七条** 预约定价安排应由设区的市、自治州以上的税务机关受理。

**Article 48** Generally, an APA shall apply to an enterprise that meets all of the following requirements:

**第四十八条** 预约定价安排一般适用于同时满足以下条件的企业：

1. The annual amount of affiliated transactions of the enterprise is not less than 40 million yuan;

（一）年度发生的关联交易金额在4000万元人民币以上；

2. The enterprise performs the obligation of affiliation reporting in accordance with the law; and

（二）依法履行关联申报义务；

3. The enterprise prepares, keeps and submits the contemporaneous documentation according to the relevant provisions.

（三）按规定准备、保存和提供同期资料。

**Article 49** An APA shall be applicable to the affiliated transactions conducted in three to five consecutive years starting from the year following the year of an enterprise's filing a formal written application.
The negotiation and signing of an APA shall not affect the taxation organ's transfer pricing investigation and adjustments of the affiliated transactions during the year of an enterprise's filing a formal written APA application or during the previous years.
If the affiliated transactions during the year of application of an enterprise or previous years are identical with or similar to those during the years to which the APA applies, at the request of the enterprise and upon the approval of the taxation organ, the pricing principles and computation methods determined in the APA may also apply to the evaluation and adjustments of the affiliated transactions conducted during the year of application or previous years.

**第四十九条** 预约定价安排适用于自企业提交正式书面申请年度的次年起3至5个连续年度的关联交易。
预约定价安排的谈签不影响税务机关对企业提交预约定价安排正式书面申请当年或以前年度关联交易的转让定价调查调整。
如果企业申请当年或以前年度的关联交易与预约定价安排适用年度相同或类似，经企业申请，税务机关批准，可将预约定价安排确定的定价原则和计算方法适用于申请当年或以前年度关联交易的评估和调整。

**Article 50** Before formally applying for negotiating and signing an APA, an enterprise shall express an intention to negotiate and sign an APA in writing to the taxation organ. The taxation organ may, at the written request of the enterprise, arrange a preparatory meeting with the enterprise about the relevant contents of the APA and the feasibility of reaching an APA, and make the APA Meeting Minutes. The preparatory meeting may be conducted in an anonymous way.

**第五十条** 企业正式申请谈签预约定价安排前，应向税务机关书面提出谈签意向，税务机关可以根据企业的书面要求，与企业就预约定价安排的相关内容及达成预约定价安排的可行性开展预备会谈，并填制《预约定价安排谈签记录》。预备会谈可以采用匿名的方式。

1. To apply for a unilateral APA, an enterprise shall express an intention to negotiate and sign a unilateral APA in writing to the taxation organ. During the preparatory meeting period, the

（一）企业申请单边预约定价安排的，应向税务机关书面提出谈签意向，在预备会谈期间，企业应就以下内容提供

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 90 of 91

Notice of the State Administration of Taxation on Issuing the Measures...he Implementation of Special Tax Adjustments (for Trial Implementation)   9/16/15, 3:05 PM

a unilateral APA in writing to the taxation organ. During the preparatory meeting period, the enterprise shall provide data in respect of the following contents, and discuss them with the taxation organ:

(1) The applicable years of the arrangement;

(2) The affiliates and affiliated transactions involved in the arrangement;

(3) The information on the enterprise's production and business operations during the previous years;

(4) A statement of the functions performed and risks assumed by the affiliates involved in the arrangement;

(5) Whether to solve the transfer pricing issues during the previous years in the method determined in the arrangement; and

(6) Other situations needing an explanation.

2. To apply for a bilateral or multilateral APA, an enterprise shall express an intention to negotiate and sign a bilateral or multilateral APA in writing to the SAT and the competent taxation organ at the same time. The SAT shall organize a preparatory meeting with the enterprise. The preparatory meeting shall cover the following special contents in addition to those as mentioned in subparagraph 1 hereof:

(1) The information on an application for a preparatory meeting with the competent tax authority of the other contracting party to a tax agreement;

(2) The information on the production and business operations and affiliated transactions during the previous years of the affiliates involved in the arrangement; and

(3) The pricing principles and computation methods to be adopted in the APA submitted to the competent tax authority of the other contracting party to a tax agreement.

3. If an agreement is reached at the preparatory meeting, the taxation organ shall notify the enterprise in writing within 15 days as of the date on which the agreement is reached, and may start the formal negotiation about the matters related to the APA and serve a Notice on Formal APA Negotiation on the enterprise. If no agreement is reached at the preparatory meeting, the taxation organ shall notify the enterprise in writing within 15 days as of the date of termination of the last preparatory meeting and serve a Notice on Rejecting an Enterprise's APA Application on the enterprise to reject the enterprise's APA application, but shall make an explanation of the rejection.

Article 51 An enterprise shall submit a written APA application report and a Formal Application Form for an APA to the taxation organ within 3 months as of the date of receipt of a notice of formal meeting from the taxation organ. If the enterprise applies for a bilateral or multilateral APA, it shall submit a Formal Application Form for an APA and an Application Form for Initiating Mutual Consultation Procedures to the SAT and the competent taxation organ at the same time.

. . . . . .

向税务机关提出书面申请，企业还应提供以下资料，并与税务机关进行讨论：

1．安排的适用年度；

2．安排涉及的关联方及关联交易；

3．企业以前年度生产经营情况；

4．安排涉及各关联方功能及风险的说明；

5．是否应用安排确定的方法解决以前年度的转让定价问题；

6．其他需要说明的情况。

（二）企业申请双边或多边预约定价安排的，应同时向国家税务总局和主管税务机关书面提出谈签意向，国家税务总局组织与企业开展磋商会谈，预备会谈的内容除本条第（一）项外，还应特别包括：

1．向税收协定缔约对方税务主管当局提出预备会谈申请的情况；

2．安排涉及的关联方以前年度生产经营情况及关联交易情况；

3．向税收协定缔约对方税务主管当局提出的预约定价安排拟采用的定价原则和计算方法。

（三）预备会谈达成一致意见的，税务机关自达成一致意见之日起15日内书面通知企业，可以就预约定价安排相关事宜进行正式谈判，并向企业送达《预约定价安排正式会谈通知书》；预备会谈未能达成一致意见的，税务机关应自最后一次预备会谈结束之日起15日内书面通知企业，向企业送达《拒绝企业申请预约定价安排通知书》，拒绝企业申请预约定价安排，并说明理由。

第五十一条　企业应在接到税务机关正式会谈通知之日起3个月内，向税务机关提出预约定价安排书面申请报告，并报送《预约定价安排正式申请书》。企业申请双边或多边预约定价安排的，应将《预约定价安排正式申请书》和《启动相互协商程序申请书》同时报送国家税务总局和主管税务机关。

. . . . . .

Case 2:09-md-02047-EEF-MBN   Document 20688-202   Filed 02/23/17   Page 91 of 91

Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation)   8/16/15, 3:05 PM

Dear visitor,you are attempting to view a subscription-based section of lawinfochina.com. If you are already a subscriber, please login to enjoy access to our databases . If you are not a subscriber, please subscribe . You can purchase a single article through Online Pay to immediately view and download this document. Should you have any questions, please contact us at:

+86 (10) 8268-9699 or +86 (10) 8266-8266 (ext. 153)

Mobile: +86 133-1157-0712

Fax: +86 (10) 8266-8268

database@chinalawinfo.com

您好：您现在要进入的是北大法律英文网会员专区，如您是我们英文用户可直接 登录，进入会员专区查询您所需要的信息；如您还不是我们 的英文用户，请 注册并交纳相应费用成为我们的英文会员；您也可通过网上支付进行单篇购买，支付成功后即可立即查看本篇法规。如有问题请来电咨询；

Tel: +86 (10) 82689699，+86 (10) 82668266 ext. 153

Mobile: +86 13311570712

Fax: +86 (10) 82668268

E-mail: database@chinalawinfo.com

【法宝引证码】CLI.4.112360(EN)          北大法宝www.lawinfochina.com

   

Message: Please kindly comment on the present translation.

Confirmation Code:           Click image to reset code!

Submit

Translations are by lawinfochina.com, and we retain exclusive copyright over content found on our website except for content we publish as authorized by respective copyright owners or content that is publicly available from government sources.

Due to differences in language, legal systems, and culture, English translations of Chinese law are for reference purposes only. Please use the official Chinese-language versions as the final authority. lawinfochina.com and its staff will not be directly or indirectly liable for use of materials found on this website.

We welcome your comments and suggestions, which assist us in continuing to improve the quality of our materials.

Home | Products and Services | FAQ | Disclaimer | Chinese | Site Map

©2012 Chinalawinfo Co., Ltd.    database@chinalawinfo.com  Tel: +86 (10) 8268-9699  京ICP证010230-8