Confidential - Subject to Further Confidentiality Review

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3   ******************************************************

4   IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047

    DRYWALL PRODUCTS LIABILITY

5   LITIGATION                     SECTION:  L

6   THIS DOCUMENT APPLIES TO       JUDGE FALLON

    ALL CASES

7                                  MAG. JUDGE WILKINSON

8   ******************************************************

9

           CONFIDENTIAL - SUBJECT TO FURTHER

10              CONFIDENTIALITY REVIEW

11              Tuesday, June 16, 2015

12                   — — —

13

14      Continuing Videotaped 30(b)(6) Deposition of

15  CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION

16  through the testimony of GUOPING ZHOU, held at the

17  offices of Gordon, Arata, McCollam, Duplantis & Eagan,

18  LLP, 201 St. Charles Avenue, Suite 4000, New Orleans,

19  Louisiana, commencing at 9:03 a.m., on the above date,

20  before Michael E. Miller, Certified Court Reporter

21  (#27009), Registered Diplomate Reporter, Certified

22  Realtime Reporter.

23                   — — —

**CONTEMPT
Exhibit 202**

24          GOLKOW TECHNOLOGIES, INC.

        877.370.3377 ph | 917.591.5672 fax

25            deps@golkow.com

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3        HERMAN HERMAN & KATZ LLC
          BY:  RUSS M. HERMAN, ESQUIRE
 4             rherman@hhklawfirm.com
               MADELYN M. O'BRIEN, ESQUIRE
 5             mobrien@hhklawfirm.com
          820 O'Keefe Avenue
 6        New Orleans, Louisiana 70113
          (504) 581-4892
 7
 8        LEVIN FISHBEIN SEDRAN & BERMAN
          BY:  ARNOLD LEVIN, ESQUIRE
 9             alevin@lfsblaw.com
               SANDRA L. DUGGAN, ESQUIRE
10             sduggan@lfsblaw.com
          510 Walnut Street
11        Suite 500
          Philadelphia, Pennsylvania 19106
12        (215) 592-1500
13
          IRPINO LAW FIRM
14        BY:  ANTHONY IRPINO, ESQUIRE
               airpino@irpinolaw.com
15             PEARL A. ROBERTSON, ESQUIRE
               probertson@irpinolaw.com
16        2216 Magazine Street
          New Orleans, Louisiana 70130
17        (504) 525-1500
18
          GAINSBURGH BENJAMIN DAVID MEUNIER &
19        WARSHAUER LLC
          BY:  RACHEL A. STERNLIEB, ESQUIRE
20             rsternlieb@gainsben.com
          2800 Energy Centre
21        1100 Poydras Street
          New Orleans, Louisiana 70163-2800
22        (504) 522-2304
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3        THE LAMBERT FIRM, PLC
          BY:   HUGH P. LAMBERT, ESQUIRE
 4             hlambert@thelambertfirm.com
          701 Magazine Street
 5        New Orleans, Louisiana 70130-3629
          (504) 581-1750
 6
 7   COUNSEL FOR TAISHAN GYPSUM COMPANY:
 8        HANGARTNER RYDBERG & TERRELL LLC
          BY:   LAUREN MASUR DAVIS, ESQUIRE
 9             lmasur@hanrylaw.com
          One Shell Square
10        701 Poydras Street, Suite 310
          New Orleans, Louisiana 70139
11        (504) 522-5690
12
     COUNSEL FOR BNBM DEFENDANTS:
13
          DENTONS US LLP
14        BY:   KENNETH J. PFAEHLER, ESQUIRE
               kenneth.pfaehler@dentons.com
15        2000 McKinney Avenue
          Suite 1900
16        Dallas, Texas 75201
          (214) 259-0900
17
18        PHELPS DUNBAR LLP
          BY:   HARRY ROSENBERG, ESQUIRE
19             harry.rosenberg@phelps.com
          365 Canal Street
20        Suite 2000
          New Orleans, Louisiana 70130-6534
21        (504) 566-1311
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S :
 2    COUNSEL FOR CNBM DEFENDANTS:
 3         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  JAMES STENGEL, ESQUIRE
 4              jstengel@orrick.com
           51 West 52nd Street
 5         New York, New York 10119-6142
           (212) 506-5000
 6
 7         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  XIANG WANG, ESQUIRE
 8              xiangwang@orrick.com
           5701 China World Tower
 9         No. 1 Jianguomenwai Avenue
           Beijing, 100004 People's Republic of China
10         +86 10 8595 5668
11
           ORRICK HERRINGTON & SUTCLIFFE LLP
12         BY:  J.R. RIDDELL, ESQUIRE
                jriddell@orrick.com
13         400 Capitol Mall
           Suite 3000
14         Sacramento, California 95814
           (916) 447-9200
15
16         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  JASON CABOT, ESQUIRE
17              jcabot@orrick.com
           The Orrick Building
18         405 Howard Street
           San Francisco, California 94105
19         (415) 773-5700
20
           GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLP
21         BY:  EWELL E. EAGAN, JR., ESQUIRE
                eeagan@gordonarata.com
22         201 St. Charles Avenue
           40th Floor
23         New Orleans, Louisiana 70170-4000
           (504) 582-1111
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:

 2   COUNSEL FOR THE STATE OF LOUISIANA:

 3        PERKINS COIE LLP

          BY:  CRAIG M.J. ALLELY, ESQUIRE

 4            callely@perkinscoie.com

          1900 Sixteenth Street

 5        Suite 1400

          Denver, Colorado 80202

 6        (303) 291-2400

 7

 8   ALSO PRESENT:

 9        YA-NAN CHOU, MANDARIN INTERPRETER

10        BETTE SOLOMAN, HERMAN HERMAN & KATZ LLC

11        TONI XU, HERMAN HERMAN & KATZ LLC

12        CALDER GABROY, HERMAN HERMAN & KATZ LLC

13        YALI HU, ORRICK HERRINGTON & SUTCLIFFE LLP

14        SHELLEY ZHANG, ORRICK HERRINGTON & SUTCLIFFE LLP

15        MELISSA BARDWELL, VIDEOGRAPHER

16                    — — —

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

1                        INDEX

                    GUOPING ZHOU

2                   June 16, 2015

3

4       PROCEEDINGS                               8

5

6    EXAMINATION OF GUOPING ZHOU:

7            BY MR. HERMAN                    8

8

9       REPORTER'S CERTIFICATE               106

10

11

12    TESTIMONY MARKED BY MR. STENGEL          PAGE

13    Question by Mr. Herman                    11

14    Question by Mr. Herman                    21

15    Question by Mr. Herman                    23

16    Question by Mr. Herman                    28

17    Question by Mr. Herman                    32

18    Question by Mr. Herman                    33

19    Question by Mr. Herman                    49

20    Question by Mr. Herman                    64

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS
                         GUOPING ZHOU
 2                       June 16, 2015
 3       NUMBER              DESCRIPTION            MARKED
 4    Exhibit 71    Report on the Declaration of       66
                    State-Owned Capital Income for
 5                  the Year 2012 w/Translation
                    CNBMGRP00000778 -
 6                  CNBMGRP00000779
 7    Exhibit 74    Appendix, Status of                80
                    Standardizing and Clearing Up
 8                  Investments, etc.
                    w/Translation
 9                  CNBMGRP00000692
10    Exhibit 76    CNBM USA Corporation Project       96
                    Spreadsheet w/Translation
11                  CNBMGRP00001113
12    Exhibit 79    Emms w/Translation                 90
                    CNBMGRP00001107 -
13                  CNBMGRP00001108
14
15
                    PREVIOUSLY MARKED EXHIBITS
16
17       NUMBER              DESCRIPTION             PAGE
18    Exhibit 12    .........................         71
19    Exhibit 12A   .........................         71
20    Exhibit 13    .........................         45
21    Exhibit 13A   .........................         45
22    Exhibit 24    .........................         75
23    Exhibit 24A   .........................         76
24    Exhibit 31    .........................         47
25    Exhibit 31A   .........................         48
```

Confidential - Subject to Further Confidentiality Review

```
 1                      PROCEEDINGS

 2              (June 16, 2015 at 9:03 a.m.)

 3              THE VIDEOGRAPHER:  We are now on the

 4      record.  My name is Melissa Bardwell,

 5      videographer here for Golkow Technologies.

 6              Today is June 16th, 2015, and time now

 7      is 9:03 a.m.  This videotaped deposition is

 8      being held in New Orleans, Louisiana in

 9      reference to the Chinese Manufactured Drywall

10      Products Liability Litigation.

11              The deponent today is China National

12      Building Materials Group Corporation.

13              The counsel will be noted on the

14      stenographic record.

15              The court reporter today is Mike Miller,

16      and he will now swear in the witness.

17              (Interpreter duly sworn.)

18                   GUOPING ZHOU,

19               having been duly sworn,

20                testified as follows:

21                    EXAMINATION

22  BY MR. HERMAN:

23      Q    Good morning, everyone.  During today's

24  deposition, I will refer to the 30(b)(6) deposition

25  today as "CNBM Group" and to its subsidiary as "CNBM
```

 1    Company," so that the record will be clear as to which

 2    entity I'm referring to.

 3              Should Mr. Stengel or any of the other

 4    attorneys interpose an objection, please allow them to

 5    state the objection before answering the question.  If

 6    my question is not clear, please advise the official

 7    translator, and I will do the best I can to ask a

 8    better question.

 9    A     Yes.  Okay.  Thank you.

10    Q     If there is no question pending and you

11    would like a recess for any reason, please advise the

12    translator, and when the question and answer is

13    complete, we will have a recess.

14    A     Okay.  Thank you.

15    Q     Ms. Zhou -- and I'll spell the full name,

16    G-U-O-P-I-N-G, last name, Z-H-O-U.  And I'll attempt

17    to pronounce it correctly, but may fail, as Ms. Zhou.

18    A     That's fine.  Thank you.

19    Q     I am also going to have some questions today

20    regarding some other individuals, and for the record,

21    I will do the best I can to spell their names and

22    pronounce them the best I can.

23              The first is -- first name,

24    Z-H-I-P-I-N-G, second name, S-O-N-G, Zhiping Song.

25    A     Okay.

Confidential - Subject to Further Confidentiality Review

1      Q     The second is J-I-A-N-G-L-I-N, last name,

2   C-A-O, Cao, Jianglin?

3      A     Cao Jianglin, yes.

4      Q     The third is B-I-N-G, last name, W-A-N-G?

5      A     Wang Bing, yes.

6      Q     The next is Z-H-A-N-G-L-I, last name,

7   C-H-A-N-G?

8      A     Chang Zhangli.

9      Q     And I hope I have this right.  Ms. Zhou's

10  spelling of her name is G-U-O-P-I-N-G, Guoping, last

11  name, Z-H-O-U, pronounced "Zhou."

12     A     Yes.

13            MR. STENGEL:  Mr. Herman, I'm sorry.

14       Could I ask a qualifying or clarifying question

15       of the interpreter?

16            MR. HERMAN:  Of course.

17            MR. STENGEL:  Madam Interpreter, I

18       presume your preference, and ours, would be for

19       you to translate the questions first, have the

20       objections follow, and then translate the

21       objections at that point?

22            THE INTERPRETER:  Yes.

23            MR. STENGEL:  Thank you.

24  BY MR. HERMAN:

25     Q     Ms. Zhou, am I correct that you have been a

1    supervisor of CNBM Company since March 2005?

2        A    Yes.  Correct.

3        Q    Could you describe for us your duties for

4    CNBM Company as a supervisor in the years 2006 and

5    2007?

6        A    My job as the supervisor in CNBM Company was

7    specified in the charter of the company.  This

8    specified my duties as the supervisor.  I cannot

9    describe fully and completely every single detail of

10   the duty, but I can describe generally, roughly, what

11   my job is about.

12       Q    Would you please help us to describe your --

13   generally, your duties?

14       A    Yes.  One of my duty is to protect the

15   benefit of the shareholders in the company.  I would

16   be supervising the manufacturing and the management

17   aspects, as well as any information -- or reveal that,

18   the information that was released, how the true

19   financial information is, and relating to the release

20   of the information of the company and its legality;

21   also, supervising the decisions made by the board of

22   directors and the management levels.

23            I'm not sure if what I said is exactly

24   matching what was being said on the charter, but

25   according to my memory, this is my description.

Confidential - Subject to Further Confidentiality Review

```
 1              MR. STENGEL:  Can we mark that question
 2         and answer, please?  I think there may have been
 3         a slight variation.
 4              MR. HERMAN:  You can mark anything you
 5         want, but I'd like to move on.
 6              And let me just state for the record,
 7         Judge Fallon determined in the depositions that
 8         he attended in Hong Kong previously in this case
 9         that the official translator, which he
10         designated, would control the translations.  I
11         say that to counsel, so you can check the record
12         on that.
13    BY MR. HERMAN:
14         Q    In connection with the general
15    responsibilities as a supervisor of CNBM Company, have
16    those responsibilities continued through today?
17         A    Yes.
18         Q    And in connection with those
19    responsibilities, CNBM Company published, in English
20    and Chinese, from 2005 through 2014, annual reports,
21    which were signed off on by Chang Zhangli as
22    secretary.
23              Did you provide information for those
24    annual reports to Chang Zhangli?
25              MR. STENGEL:  Objection to the form.
```

1      A     Do you mean my personal résumé?

2  BY MR. HERMAN:

3      Q     No.  I mean various information about

4  manufacturing or finances.

5      A     No.

6      Q     What information, if any, did you provide

7  for the CNBM Company annual reports?

8      A     Do you mean the CNBM Group providing the

9  information to the CNBM Company in order to prepare

10  for their annual report?

11      Q     Well, let's answer that now, yes.

12      A     For that, I don't -- I didn't.  I only

13  provide for that -- I only provide any information if

14  there's any change of stockholders' information to

15  them.

16      Q     With regard to your job and responsibility

17  as supervisor for CNBM Company, what information, if

18  any, did you provide for the CNBM Company annual

19  reports?

20              MR. STENGEL:  Objection, vague and

21         ambiguous.

22              MR. PHAEHLER:  Mr. Herman, do we have

23         our usual understanding that one objection --

24              MR. HERMAN:  If one counsel objects, it

25         satisfies objections for all counsel.

```
 1              MR. PHAEHLER:  Thank you.

 2      A    I want to know specifically, when you say

 3  "information," what do you mean?  What does that

 4  include?

 5  BY MR. HERMAN:

 6      Q    Well, I will show you a 2014 report, and

 7  you -- in both English and Chinese.  It's already been

 8  provided to your counsel.  And perhaps you can go

 9  through the contents and tell us what sections of

10  information you may have provided.

11              And I direct your attention to page 1.

12  Page 1 is the page which has a table of contents, and

13  I will ask you specific questions.  This is Bates

14  number, in Chinese, 3886, prefix ALRMH-CNBM; and in

15  English, 3664.

16              Did you provide any information to the

17  corporate profile?

18      A    I will have to look at it first.  May I read

19  the content of the --

20      Q    Yes.

21              MR. HERMAN:  What we'll do is, during

22        lunch, I'll come back to the questioning, and

23        the witness can have an opportunity to review

24        this report, and that way we won't delay this

25        deposition at this time.
```

Confidential - Subject to Further Confidentiality Review

1               MR. STENGEL:  Mr. Herman, just so we're

2          clear on what your intention is, you intend to

3          go through each of the items on the table of

4          contents and ask her what her contribution was,

5          if any?

6               MR. HERMAN:  If that's necessary, yes.

7          But I'm not going to do it at this time.  I'll

8          do it sometime during the next three days, after

9          the witness has had a sufficient time to review

10         it.

11   BY MR. HERMAN:

12        Q     Ms. Zhou, can you tell me if you reviewed

13   any of the annual CNBM reports in connection with your

14   deposition today?

15        A     Do you mean anytime before the deposition?

16        Q     I mean anytime in the year 2015.

17        A     Yes.

18        Q     Did you review the 2014 annual report?

19        A     Yes.

20        Q     Did you review any of the announcements of

21   CNBM Company that were published publicly in English

22   and Chinese from the year 2010 to the present time, in

23   the year 2015?

24        A     In order to prepare for this deposition, I

25   only reviewed the subject matter of the announcement

Confidential - Subject to Further Confidentiality Review

```
 1   that is related to this deposition, but not all of

 2   them, only subject that's related to this deposition.

 3       Q     Did you review any of the annual reports of

 4   BNBM Company, Limited in 2015?

 5               MR. STENGEL:  There may be confusion as

 6         between BNBM and CNBM.

 7               MR. HERMAN:  I will repeat the question.

 8   BY MR. HERMAN:

 9       Q     Did you review any -- in preparation for

10   your deposition, in the year 2015, did you review any

11   of the annual reports of BNBM Plc?

12       A     No.

13       Q     In the year 2015, did you review any of the

14   published announcements of BNBM Plc, which were from

15   the years 2010 through the years 2014?

16       A     No.

17       Q     Now, you were general manager of the finance

18   department of CNBM Group from October 2003 through

19   December 2006; is that correct?

20       A     Yes.

21       Q     What were your duties in connection with

22   general manager of the finance department of CNBM

23   Group during that period of time?

24       A     I may not be able to tell you the complete

25   list and details of all the duties involved, but I can
```

1    describe to you what I remember.

2        Q       Please describe what you remember.

3        A       Okay.  As the general manager of the finance

4    department in the group, I mainly is responsible for

5    the group itself, its own financial and asset

6    management and -- asset management, as well as the

7    financial checking.

8                THE INTERPRETER:  May the interpreter

9        clarify?

10                (Translation.)

11       A       Also creating the financial report of the

12   combined asset and finance of the group.

13   BY MR. HERMAN:

14       Q       In December --

15       A       Those are the main duties.

16       Q       In December of 2009, as I understand it, you

17   were appointed chief economist of CNBM Group, and you

18   have been the chief economist until the present date;

19   is that correct?

20       A       Yes.

21       Q       Would you explain, generally, your

22   responsibilities as chief economist.

23       A       As a chief economist in the group, my main

24   job is to conduct an internal inspection and

25   supervision.

```
1        Q      Internal inspection and supervision of what?

2        A      That is to randomly inspect and supervise

3    the subsidiary companies that is directly related to

4    the group.  Also, specialized project, to conduct the

5    inspection of such project.

6                    MR. STENGEL:  Mr. Herman, I'm not taking

7            issue with the Court's appointment of the

8            translator, but I think "inspection" there may

9            have been intended to be "audit."

10                   (Translation.)

11                   MR. HERMAN:  I'm --

12                   THE INTERPRETER:  I don't know if the

13           English is -- there's the related term, but the

14           interpreter considered "audit" as the correct

15           interpretation.

16                   MR. HERMAN:  Well, just so we

17           understand, whatever your interpretation is

18           controls, not counsel's.

19                   THE INTERPRETER:  Yes.

20                   MR. HERMAN:  And since the word "random"

21           was used, I'm not familiar with random audits,

22           but I am familiar with random inspections, so

23           I'm going to ask the question again.

24    BY MR. HERMAN:

25        Q      What, in the witness' term, was a random
```

Confidential - Subject to Further Confidentiality Review

1    inspection, as distinguished from a random audit?

2              THE INTERPRETER:  May the interpreter

3         clarify the term "random"?  Because the deponent

4         has mentioned the definition of "random."  It

5         may not be random.

6              (Translation.)

7    A    So we can explain that as not randomly pick

8    any special project.  We do have a specific target

9    when we pick specific project and take it out to have

10   the inspection.

11   BY MR. HERMAN:

12   Q    And those are specific subsidiaries?

13   A    Yes, with a subsidiary that held the stocks

14   directly.

15   Q    Who do you report to, as chief economist of

16   CNBM Group?

17   A    As the general manager, Cao Jianglin, C-A-O,

18   last name, first name, J-I-A-N-G-L-I-N, of the CNBM

19   Group.

20   Q    Is it true that Mr. Cao was chairman of the

21   supervisory committee of BNBM Plc from September 2009

22   to the present time?

23              THE INTERPRETER:  The interpreter is

24        repeating the question.

25              (Translation.)

```
 1      A     Do you mean CNBM Group?

 2  BY MR. HERMAN:

 3      Q     CNBM Company.

 4            MR. PHAEHLER:  Objection to form.

 5            MR. STENGEL:  I think you transposed,

 6        because you started with a BNBM question.

 7            MR. HERMAN:  I may have.

 8  BY MR. HERMAN:

 9      Q     BNBM Plc, was Mr. Cao chairman of its

10  supervisory committee from September 2009 to date?

11            MR. STENGEL:  I'm sorry, Russ, I think

12        we've still got confusion.

13  BY MR. HERMAN:

14      Q     Was Mr. Cao chairman of the supervisory

15  committee of BNBM Plc from September 2009 to the

16  current date?

17      A     Can I verify:  Do you mean the BNBM Limited

18  Company, or do you mean the group?

19      Q     Limited Company.

20      A     That, I'm not clear.

21      Q     Is it true that Mr. Cao was president and an

22  executive director of CNBM Company, Limited from

23  March 2005 to present?

24            MR. STENGEL:  Mr. Herman, I'm sorry, I

25        think we've got another BNBM/CNBM transposition.
```

Confidential - Subject to Further Confidentiality Review

1        A     Do you mean BNBM or CNBM?

2    BY MR. HERMAN:

3        Q     CNBM Company, Limited.

4        A     Yes.

5        Q     Was Mr. Cao chairman of the supervisory

6    committee of BNBM Group from August 2005 to date?

7        A     Yes.

8        Q     Was Mr. Cao executive director of CNBM

9    Company, Limited from March 2005 to date?

10       A     Do you mean CNBM Limited Company?

11       Q     CNBM Company, Limited.

12       A     Yes.

13       Q     Was --

14             MR. STENGEL:  I'm sorry, can we mark

15        that question and answer?

16   BY MR. HERMAN:

17       Q     Was Mr. Cao a director of CNBM Group from

18   October 2005 to date?

19       A     Yes.  As a director, yes, he is.

20       Q     Is Mr. Song chairman of CNBM Group from 2005

21   to date?

22             THE INTERPRETER:  May the interpreter

23        clarify, Mr. Song is S-O-N-G?

24             MR. HERMAN:  S-O-N-G.  First name,

25        Z-H-I-P-I-N-G.

Confidential - Subject to Further Confidentiality Review

```
 1      A     Yes.

 2  BY MR. HERMAN:

 3      Q     Was Mr. Song chairman of BNBM Group from

 4  January in 1996 to the current date?

 5      A     He is the chairman of the BNBM chair --

 6  group chairman right now, but I'm not sure when he

 7  started -- or I'm not clear about when he started.

 8      Q     Was he chairman in the year 2014?

 9             MR. PHAEHLER:  Objection, form.

10      A     Do you mean BNBM Group?

11  BY MR. HERMAN:

12      Q     Yes.

13      A     Yes.

14      Q     Was Mr. Song chairman of CNBM Company,

15  Limited from 2005 to date?

16      A     Yes.

17      Q     Was Mr. Chou [phonetic] executive director

18  of CNBM Company, Limited from March 2005 to date?

19             THE INTERPRETER:  May the interpreter

20       clarify?  Mr. Cao, C-A-O?  Mr. Cao --

21             MR. HERMAN:  I'll repeat.

22  BY MR. HERMAN:

23      Q     Was Mr. Song executive director of CNBM

24  Company, Limited from 2005 to date?

25      A     Do you mean executive director?
```

Confidential - Subject to Further Confidentiality Review

1      Q     Yes, executive director.

2      A     He's the chief of the board of directors.

3      Q     And as chief of the board of directors of

4   CNBM Company, Limited, has he been chief of the board

5   of those directors since March 2005?

6      A     Yes.

7              MR. STENGEL:  Please mark that question

8       and response, please.

9   BY MR. HERMAN:

10     Q     Was Bing Wang -- are you familiar with Bing

11  Wang?

12     A     Yes, we know each other.

13     Q     Are you aware that he was a director of

14  Taishan Gypsum from 2005 to the present time?

15     A     I'm not clear.

16     Q     Are you aware that he was chairman of

17  BNBM Plc from 2009 to the current date?

18              THE INTERPRETER:  May the interpreter

19       have a repetition of the question?

20  BY MR. HERMAN:

21     Q     Are you aware that Wang Bing was chairman of

22  the board of directors of BNBM Plc from August 2009 to

23  the present?

24     A     Yes.

25     Q     Are you aware that Wang Bing was vice

Confidential - Subject to Further Confidentiality Review

1    president of CNBM Company, Limited from 2009 to date?

2              THE INTERPRETER:  Did the counsel say

3         "vice president"?

4              MR. HERMAN:  Yes.

5    A    Mr. Wang Bing is, indeed, the vice president

6    of the CNBM Company, Limited, but I'm not sure when he

7    started functioning as a vice president.

8              Also, I want to make a correction

9    that -- I also want to make a correction to the last

10   answer, when it was asked if Mr. Wang Bing was the

11   chair of the director of CNBM Group Plc.  I remember

12   he is right now, but as when he started, I recall I'm

13   not sure about when he started.

14             MR. STENGEL:  There's another BNBM/CNBM

15        transposition going on there.

16             THE INTERPRETER:  The interpreter makes

17        a correction:  "The last answer, when I answered

18        yes to him being the BNBM Plc chairman of

19        director, I said yes, but now I recall I don't

20        remember when he started."

21   BY MR. HERMAN:

22   Q    Does Bing -- strike that.

23             Does Wang Bing report to any director

24   of CNBM Group?

25             MR. STENGEL:  Objection, vague and

Confidential - Subject to Further Confidentiality Review

```
 1          ambiguous.  Sorry.
 2                   MR. PHAEHLER:  Objection, form.
 3      A    Do you mean that -- I want to clarify that.
 4   Do you mean if Mr. Wang Bing directly reports to any
 5   director of the CNBM Group?  What do you mean by
 6   "reporting" to them?
 7   BY MR. HERMAN:
 8      Q    Discuss any business matters which involve
 9   CNBM Company, Limited.
10                   MR. PHAEHLER:  Objection.
11      A    I'm not sure as to what kind of specific
12   subjects that Mr. Wang Bing will report to the CNBM
13   Group director.
14   BY MR. HERMAN:
15      Q    Well, does he attend any meetings of the
16   CNBM Group board of directors?
17                   MR. PHAEHLER:  Objection.
18      A    Do you mean by -- when you say "attending,"
19   do you mean that he will attend the meeting as an
20   official member of the meeting?
21   BY MR. HERMAN:
22      Q    No.  I mean, does he attend a meeting as a
23   vice president of CNBM Company, Limited?
24                   MR. STENGEL:  Objection to form.
25                   THE INTERPRETER:  May the interpreter
```

 1          clarify the answer?

 2                (Translation.)

 3      A     Do you mean that he would be invited, as the

 4   CNBM Company, Limited vice president, to attend the

 5   board of director meeting of CNBM Group?

 6   BY MR. HERMAN:

 7      Q     Yes.

 8      A     As far as I remember and I know, that

 9   Mr. Wang Bing did attend the board of directors

10   meeting of CNBM Group.

11      Q     Did he -- did Mr. Wang Bing, as chairman of

12   the board of BNBM Company Plc, attend a board meeting,

13   or meetings, of BNBM Group directors?

14                MR. PHAEHLER:  Objection to form.

15      A     As far as I know, no.

16                MR. HERMAN:  Okay.  We're going to

17          recess.  It's 10:00 o'clock.  We'll take a

18          15-minute recess.

19                THE VIDEOGRAPHER:  The time is

20          10:00 a.m., and we're off the record.

21                (Recess taken, 10:00 a.m. to 10:16 a.m.)

22                THE VIDEOGRAPHER:  This begins Disc 2 of

23          today's deposition.  Time now is 10:16 a.m.

24          We're back on the record.

25   BY MR. HERMAN:

Confidential - Subject to Further Confidentiality Review

1      Q     As the chief economist of CNBM Group, did

2   you or anyone you employ make an audit or inspection

3   of Taishan Gypsum finances?

4                MR. STENGEL:  Objection, vague and

5          ambiguous.  I'm sorry.

6      A     Do you mean as CNBM Group directly, have an

7   audit and inspection done to Taishan's finance?

8   BY MR. HERMAN:

9      Q     Did you have an indirect inspection done?

10               MR. STENGEL:  Objection, vague and

11         ambiguous.

12     A     No.

13  BY MR. HERMAN:

14     Q     Have you met, or do you know, Chairman Jia

15  of Taishan Gypsum?

16               THE INTERPRETER:  May the interpreter

17         have the spelling of that last name?

18               MR. HERMAN:  Sure.  J-I-A.

19     A     Do you mean Jia Tongchun?

20  BY MR. HERMAN:

21     Q     I mean, T-O-N-G-C-H-U-N, Jia, J-I-A,

22  chairman of Taishan Gypsum from 2002 to the present

23  date.

24     A     Jia Tongchun, I do know this person, but I

25  don't know when he started being a chairman of

Confidential - Subject to Further Confidentiality Review

```
 1    Taishan Company.

 2        Q     When did you last communicate with

 3    Chairman Jia?

 4        A     Do you mean me personally?

 5        Q     Yes.

 6        A     I don't remember.

 7        Q     Has it been a communication since 2010?

 8        A     I have met Mr. Jia Tongchun after 2010.

 9        Q     Where did you meet him?

10        A     It's in an office location of the CNBM

11    Group.

12        Q     What was the purpose of the meeting?

13              MR. STENGEL:  Objection to form.

14        A     Jia Tongchun came to CNBM Group to report

15    and to participate in a special project report meeting

16    at CNBM Group.

17    BY MR. HERMAN:

18        Q     Was the meeting after suit was filed against

19    Taishan in the United States of America?

20        A     Yes.

21        Q     At that time of the meeting, what was your

22    understanding of the suit that was filed in the United

23    States of America for entities in China manufacturing

24    Chinese drywall that was alleged defective?

25              MR. PHAEHLER:  Objection as to form.
```

1              MR. STENGEL:  Mark that, please.

2              And let me also admonish the witness

3         that she can respond to the question to the

4         extent she has an understanding independent of

5         what she may have received from counsel to the

6         group.

7              MR. HERMAN:  Before the witness answers,

8         I want to advise the witness that I am not

9         asking questions about anything that any lawyer

10        told you anytime during your deposition.  I am

11        asking only what you know, what you heard from a

12        nonlawyer, and what was written in published

13        reports, published by either BNBM or CNBM

14        Company, Limited in annual reports, interim

15        reports and announcements.

16             MR. PHAEHLER:  Objection to form.

17             MR. HERMAN:  And I'll repeat -- I'll

18        repeat the question.

19   BY MR. HERMAN:

20        Q    At the time that Chairman Jia of Taishan was

21   at a CNBM Group meeting, what did you know at that

22   time about the lawsuit regarding gypsum paperboard in

23   the United States of America manufactured by Taishan?

24        A    Do you know -- do you mean if I know it

25   personally, as an independent person?

1       Q       Whether you know it at all.

2       A       Do you mean when I met Chairman Jia?

3       Q       I mean at the time frame of the meeting of

4    Chairman Jia and the CNBM Group.

5       A       Yes, I do.  I did know.

6       Q       What did you know?

7       A       What time do you mean?  You mean during this

8    meeting when I met Mr. Jia?

9       Q       Yes.

10      A       I did know that, because of Taishan's

11   product in the United States, was filed a lawsuit by

12   the plaintiff.  I know this aspect of it.

13      Q       When was the first time that you knew about

14   the suit being filed?

15      A       Do you mean me personally heard this, or

16   CNBM Group heard of this?

17      Q       Well, first, you personally.

18      A       I heard of the first time in year 2010.

19      Q       And, to your knowledge, when did CNBM Group

20   first hear of it?

21      A       The first time that CNBM Group heard of this

22   was in year 2009.

23      Q       Are you aware that CNBM Company, Limited is

24   also a defendant in a lawsuit regarding Taishan

25   Gypsum's manufacture of drywall?

1        A      Yes, I know that.

2        Q      When did you learn that CNBM Company,

3    Limited was a defendant in the lawsuit, or lawsuits,

4    in the USA?

5        A      Do you mean me personally?

6        Q      Yes.

7        A      I'm not sure the exact time when I first

8    learned of it, but I'm sure by 2014 I've learned of

9    it.

10       Q      And as the representative here of

11   CNBM Group, were you aware of CNBM Company, Limited as

12   a defendant in the lawsuit in the USA?

13       A      Yes.

14       Q      And when did you become aware, as the

15   representative of CNBM Group?

16       A      In year 2011, CNBM Group knew that

17   CNBM Company, Limited was a defendant in a lawsuit in

18   the United States.  This is as far as I know.

19       Q      When did CNBM Group learn that it was a

20   defendant in the lawsuit in the USA?

21       A      Also in year 2011.

22       Q      Are you familiar with Z-H-A-N-G-L-I, Chang,

23   C-H-A-N-G?

24       A      I do know Mr. Chang Zhangli.

25       Q      Are you aware that Mr. Chang was a director

Confidential - Subject to Further Confidentiality Review

1    of BNBM Company Plc from 2008 to the present date?

2        A     This, I'm not sure.

3        Q     Are you aware that Mr. Chang became a vice

4    president of CNBM Company, Limited from August 2006 to

5    the present time?

6        A     You mean vice president?

7        Q     Vice president.

8        A     As far as I know, in year 2006 Mr. Chang was

9    not the vice president of the CNBM Limited Company.

10   He is currently the vice president of the

11   CNBM Company, Limited.  I cannot recall clearly when

12   he started being the CNBM vice president.

13       Q     Do you recall that Mr. Chang was the

14   executive -- was an executive director of

15   CNBM Company, Limited in 2014?

16       A     Mr. Chang was not a general manager of the

17   CNBM Company, Limited.

18              MR. STENGEL:  Mark that question and

19          response, please.

20   BY MR. HERMAN:

21       Q     Was he a director of CNBM Company, Limited

22   from November 2011 to date?

23       A     Yes.

24       Q     Was he secretary -- strike that.

25              Was Mr. Chang secretary to the board

Confidential - Subject to Further Confidentiality Review

1    of directors of CNBM Company, Limited from March 2005

2    to date?

3        A    Yes.

4        Q    In preparation for your deposition as the

5    representative of CNBM Group, did you review

6    Mr. Chang's deposition?

7        A    Do you mean Mr. Chang's?

8        Q    Mr. Zhangli, C-H-A-N-G.

9        A    As to this question, I have to consult my

10   attorney.  May I do that?

11       Q    I'm not asking you anything that your

12   attorney said to you about the deposition.  I'm asking

13   if you reviewed it.

14       A    I reviewed a little bit of it.

15       Q    Are you aware that Zhangli Chang signed off,

16   as his responsibility, every annual report of

17   CNBM Company, Limited from 2005 to date?

18       A    Yes.

19       Q    Are you aware that Mr. Zhangli Chang signed

20   off, as his responsibility, on every CNBM Company,

21   Limited announcement from 2006 to date?

22       A    Yes.

23       Q    Are you aware that --

24            MR. STENGEL:  Mark that, please.

25   BY MR. HERMAN:

Confidential - Subject to Further Confidentiality Review

```
 1     Q     -- Mr. Chang was a director of BNBM from

 2   July 2008 to date?

 3                MR. HERMAN:  Let me repeat the question,

 4         so it's not confusing.

 5   BY MR. HERMAN:

 6     Q     Are you aware that Mr. Chang was a director

 7   of BNBM Company Plc from July 2008 to date?

 8                MR. PHAEHLER:  Objection, asked and

 9         answered.

10     A     This, I don't know.

11   BY MR. HERMAN:

12     Q     Are you aware that Mr. Chang is currently a

13   director of BNBM Company Plc?

14                MR. PHAEHLER:  Objection as to form.

15     A     This, I'm not sure either.

16   BY MR. HERMAN:

17     Q     As the company representative of CNBM Group,

18   did CNBM Group received -- receive drafts of the

19   BNBM Plc annual reports before they were published

20   publicly in English or Chinese?

21                MR. PHAEHLER:  Objection, compound,

22         vague and ambiguous.

23     A     Do you mean the CNBMP [sic] Company,

24   Limited's draft to -- submitted to the CNBM Group?

25   BY MR. HERMAN:
```

Confidential - Subject to Further Confidentiality Review

1       Q       The BNBM Company Plc drafts of annual

2    reports from 2006 to date submitted before they were

3    published to BNBM Group.

4                 MR. STENGEL:  BNBM Group?  I think you

5           mean CNBM Group.

6                 MR. HERMAN:  No, no, I mean BNBM Group,

7           because that's what the witness asked.

8                 MR. PHAEHLER:  Multiple objections to

9           form.

10      A       This, I'm not sure about the situation.

11   BY MR. HERMAN:

12      Q       Were drafts of the BNBM Company Plc annual

13   reports submitted to CNBM Group before they were

14   publicly published?

15                MR. PHAEHLER:  Objection as to form.

16      A       No.

17   BY MR. HERMAN:

18      Q       After the BNBM Company Plc annual reports

19   were published publicly in either English or Chinese,

20   were they submitted to BNBM Group?

21                MR. PHAEHLER:  Objection, vague and

22          ambiguous, foundation.

23      A       Do you mean that BNBM Company Plc's

24   announcement after it's published publicly, did it

25   submit to BNBM Group?

```
 1    BY MR. HERMAN:

 2        Q     Okay.  Yes.

 3              MR. PHAEHLER:  Same objections.

 4        A     I'm not clear about this situation.

 5    BY MR. HERMAN:

 6        Q     After the BNBM Company Plc annual reports

 7    were published in Chinese or English publicly, were

 8    they submitted to CNBM Group?

 9              MR. PHAEHLER:  Same objections.  Form,

10         asked and answered.

11        A     As far as I know, no.

12    BY MR. HERMAN:

13        Q     Were the CNBM Company, Limited annual

14    reports, after they were published, submitted to

15    CNBM Group?

16              MR. STENGEL:  Objection, vague and

17         ambiguous.

18        A     I'm not sure if they submitted every single

19    announcement to the CNBM Group.

20    BY MR. HERMAN:

21        Q     Were the announcements and annual reports of

22    CNB Company, Limited from 2006 to date, after they

23    were published in Chinese and English, accessible by

24    executives of CNBM Group?

25              MR. STENGEL:  Objection, vague and
```

Confidential - Subject to Further Confidentiality Review

1        ambiguous.

2     A     Since they were already published publicly,

3   so to trace back, one can find them on the Internet.

4   BY MR. HERMAN:

5     Q     Once the BNBM Company Plc annual reports and

6   announcements were published publicly in Chinese or

7   English, were they accessible to CNBM Group

8   executives?

9             MR. STENGEL:  Objection to form.

10    A     Because with BNBM Plc, any annual reports or

11  announcement they made publicly, they are accessible

12  through the public information platform online.

13  BY MR. HERMAN:

14    Q     As the CNBM Group representative at this

15  deposition, do you know of any written or electronic

16  criticism by a CNBM Group executive of a

17  BNBM Company Plc report or announcement that was

18  published publicly?

19             (Telephone interruption.)

20             MR. STENGEL:  Objection to form.

21    A     What do you mean by "criticism"?

22  BY MR. HERMAN:

23    Q     Any negative comment about any information

24  in the report or announcement.

25    A     As far as I understand, no.

Confidential - Subject to Further Confidentiality Review

1     Q     As the company representative of CNBM Group

2   at this deposition, are you aware of any written or

3   electronic communication from an executive at

4   BNBM Group with a negative comment about the

5   CNBM Company, Limited annual reports or announcements?

6               MR. STENGEL:  Objection to form.

7     A     May I clarify?  Do you mean the CNBM Group

8   executive have any negative comments on the

9   CNBM Company, Limited's annual report or

10  announcements?

11  BY MR. HERMAN:

12    Q     Yes.

13    A     As far as I know, no.

14    Q     Are you aware that since 2005, Zhangli Chang

15  has been a director of China Fiberglas as well as

16  secretary to the board of CNBM Company, Limited?

17    A     Are you asking two questions?  Can you ask

18  me --

19    Q     I'll break the question up.

20               Are you aware that Zhangli Chang, from

21  2005 to date, has been a director of China Fiberglas

22  or its successor?

23               MR. STENGEL:  Objection.

24               (Translation.)

25               MR. STENGEL:  Objection, vague and

Confidential - Subject to Further Confidentiality Review

1          ambiguous.

2     A     This, I'm not clear.

3   BY MR. HERMAN:

4     Q     Is China Fiberglas, today, China J-U-S-H-I?

5     A     Do you mean the China Fiberglas Company name

6   has been changed to China J-U-S --

7     Q     Yes.

8     A     As far as I understand, yes.

9     Q     Have you, on behalf of CNBM Group, ever

10  performed any audits or inspections of China Jushi,

11  J-U-S-H-I, or its predecessors?

12          MR. STENGEL:  Objection to form, vague

13      and ambiguous.

14    A     Can you explain more in specifically what

15  "any audit or inspection" means?

16  BY MR. HERMAN:

17    Q     It means what the witness previously

18  described as having performed internal inspections

19  and/or supervision of -- random, of subsidiaries.

20          MR. STENGEL:  Objection, misstatement of

21      prior testimony.

22    A     No.

23  BY MR. HERMAN:

24    Q     Is China J-U-S-H-I a related company to

25  CNBM Group?

Confidential - Subject to Further Confidentiality Review

1          MR. STENGEL:  Objection, vague and

2      ambiguous.

3      A     CNBM Group is a shareholder of the

4   CNBM Company, Limited; and CNBM Company, Limited is

5   one of the shareholders of the China Jushi, J-U-S-H-I,

6   Company.

7   BY MR. HERMAN:

8      Q     Is it true that CNBM Group owns 100% of

9   China Trading?

10     A     Who is China Trading?

11     Q     China National Building Materials and

12  Equipment Import and Export Corporation, also defined

13  in the annual report as CNBM Trading.

14     A     Yes.

15     Q     It may help the witness in this questioning

16  to turn to page 13 of the CNBM Company, Limited annual

17  report.

18          MR. STENGEL:  2014?

19     A     That was the 2014 that you gave me.

20          (Conference out of the hearing of the

21          reporter.)

22          MR. STENGEL:  Do you have an English

23      version for me?

24          MR. HERMAN:  Yeah, we're going to do

25      that.  Just wait one second.

```
 1                    THE WITNESS:  They are the same, both

 2          from 2014, right?

 3                    MR. STENGEL:  Should you identify by

 4          Bates, for the record?

 5                    MR. HERMAN:  In English, it's been

 6          previously introduced as ALRMH-CNBM3676, and in

 7          Chinese, previously introduced as

 8          ALRMH-CNBM3898.

 9                    Do you have one more in English?  And

10          hand this to the translator.

11   BY MR. HERMAN:

12       Q     In this annual report, is CNBM Group the

13   parent of the company CNBM Company Plc?

14       A     According to the information I received now,

15   yes, that's how it's shown.

16       Q     And is CNBM Group 100% owner of Building

17   Materials Academy?

18       A     Yes.

19       Q     And is CNBM Group 70.04% owner of

20   BNBM Group?

21       A     Yes.

22       Q     And is CNBM Group 100% owner of

23   CNBM Trading?

24       A     That's how it's shown on the information,

25   yes.
```

1      Q      And is CNBM Company, Limited 45.2% owner of

2  BNBM Lightweight Building Materials?

3      A      Yes, that's how it's shown on the material,

4  yes.

5      Q      And is BNBM Company Plc also known as

6  BNBM Lightweight Building Materials?

7      A      This, I'm not sure.

8      Q      Is BNBM Lightweight Building Materials a 65%

9  owner of Taishan Gypsum?

10              MR. PHAEHLER:  Objection, form.

11     A      Yes, that's how it's shown on the material,

12  yes.

13  BY MR. HERMAN:

14     Q      Is CNBM Company Plc a 33.62% owner of China

15  J-U-S-H-I (Glass Fiber)?

16     A      That's how it's shown on this material, yes.

17     Q      Is CNBM Company Plc a 91% owner of

18  China Triumph (Engineering)?

19     A      Yes, according to this material, yes.

20     Q      And is CNBM Company, Limited 100% owner of

21  CNBM Investment (Investment)?

22     A      According to this material, yes.

23     Q      And when you say "according to this

24  material," you are referring to the annual report of

25  2014 of China National Building Material Company,

```
 1    Limited at page 13, published in -- publicly in

 2    Chinese?

 3        A     Yes.  Yes.

 4        Q     And is China J-U-S-H-I (Glass Fiber) 100%

 5    owner of Jushi, J-U-S-H-I, Group?

 6        A     According to this material, yes.

 7        Q     This material was publicly published by

 8    CNBM Company, Limited in March of 2015.  Do you know

 9    of any changes in the ownership, as illustrated at

10    page 13 of the annual report of 2014, since

11    March 2015?

12        A     That, I cannot be sure.

13        Q     As you sit here today, on June 16th, 2015,

14    you know of no changes in the chart on page 13 of the

15    annual report of 2014; is that true?

16        A     I do not know if there's any changes.  I'm

17    not sure if there's any changes made to this chart so

18    far.

19        Q     As the finance -- I'm sorry.

20              As the chief economist of CNBMG, are

21    you aware of the document, quote, "Taxation and

22    Investment in China 2014," as published by

23    Deloitte Touche, T-O-H-M-A-T-S-U, Limited, in Chinese

24    or English?

25              THE INTERPRETER:  May the interpreter
```

Confidential - Subject to Further Confidentiality Review

1        verify the name of the entity that published the

2        report?

3                MR. HERMAN:  Yes.  D-E-L-O-I-T-T-E, new

4        word, T-O-U-C-H-E, new word, T-O-H-M-A-T-S-U,

5        Limited.

6                (Translation.)

7                THE INTERPRETER:  May the interpreter

8        verify the publishing entity?  Was that a

9        Chinese company, or is that an English name?

10               MR. HERMAN:  As far as I know, it's

11       Chinese.  It's a subsidiary related company to

12       the American CPA firm Deloitte Touche.

13   A    Which report?  Do you mean this report in

14   front of me?

15   BY MR. HERMAN:

16   Q    Do I mean what?

17   A    Do you mean this report in front of me?

18   Q    No.

19   A    I don't know what you refer -- what do you

20   mean?  Which report?

21               MR. HERMAN:  I will withdraw the

22       question now, and I certainly will retrieve the

23       document so that the witness and the witness'

24       counsel may see it sometime during the three

25       days.

```
 1                    THE WITNESS:  Okay.  Thank you.

 2                    MR. HERMAN:  Okay.  We'll take a

 3          ten-minute recess.  It's past 11:15.  We'll come

 4          back at 11:30.

 5                    THE VIDEOGRAPHER:  The time now is

 6          11:20 a.m.  We're off the record.

 7                    (Recess taken, 11:20 a.m. to 11:38 a.m.)

 8                    THE VIDEOGRAPHER:  This begins Disc 3 of

 9          today's deposition.  The time now is 11:38 a.m.

10          We're back on the record.

11   BY MR. HERMAN:

12      Q     We have been discussing the CNBM annual

13   report of 2014, which has been previously introduced

14   in English as Exhibit 13 and in Chinese as

15   Exhibit 13A.  I would, at this time, ask the witness

16   to turn to page 135 of Exhibit 13A.  I have a copy for

17   the witness in Chinese, and in English for counsel,

18   and for...

19                    Now, at page 135 of Exhibit 13, there

20   is a note to the summary of significant accounting

21   policies; and under the term "related parties," there

22   are, under 2.31(b), "An entity is related to the group

23   if any of the following conditions apply."

24                    Do you agree that a related party is

25   an entity, and the group are members of the same
```

Confidential - Subject to Further Confidentiality Review

```
 1    group, which means that each parent, subsidiary and

 2    fellow subsidiary is related to the others?

 3              MR. STENGEL:  Objection, vague and

 4         ambiguous, calls for a legal conclusion,

 5         foundation.

 6    A     As according to this material, I read the

 7    document title as the notes of the consolidated

 8    financial statements, that this is an explanation.

 9    That's my understanding, that this is the explanation

10    of the entity that's related to the group.

11              According to what I read here under

12    the (b), in compliance with the condition of the

13    following, the entities related to this group under

14    (b)(i), I believe this is financial language that

15    they're using.

16    BY MR. HERMAN:

17    Q     You believe it is correct?

18              MR. STENGEL:  Same objections.

19              MR. HERMAN:  Let me rephrase the

20         question.

21    BY MR. HERMAN:

22    Q     As the corporate representative of CNBM

23    Group at this deposition, do you believe the language

24    of paragraph sub (b), sub Roman numeral (i) is

25    correct?
```

1              MR. PHAEHLER:  Same objections.

2              MR. STENGEL:  Same objection.

3      A      According to the material I read now, this

4    is just a note from the consolidated financial

5    statement.  It's just a note from the report, and it's

6    a financial report.

7              So according from the point of view of

8    reading a financial report, this may be correct, but

9    since I'm not an expert in this field, I cannot be

10   positive.

11   BY MR. HERMAN:

12     Q      Now, do you agree that a related party is

13   one that has a significant influence over the entity?

14             MR. STENGEL:  Same objections.

15     A      Since the term "related" is a concept that

16   is a special concept in the expertise area, since I'm

17   not an expert, I cannot draw a conclusive opinion

18   about a definition of such.

19   BY MR. HERMAN:

20     Q      Do you -- as the representative of

21   CNBM Group at this deposition, did, to your knowledge,

22   any executive at CNBM Group contest the language in

23   Exhibit 13A at page 135?

24     A      As far as I understand, no.

25     Q      I'm going to show you Exhibit 31 and -- in

```
 1    English.  I'll hand it to your counsel, and in

 2    Chinese, Exhibit 31A.

 3        A    Thank you.

 4        Q    You're welcome.

 5             MR. HERMAN:  And to the translator, in

 6        English and in Chinese, Exhibit 31 and

 7        Exhibit 31A.

 8             I'll further identify this as a China

 9        National Building Material Company, Limited

10        announcement of February 13th, 2015.  And in

11        English is CNBMCO329 through 331, and also

12        ALRMH-CNBM5136 through 5137 in Chinese in

13        Exhibit 31A.  And I further identify it as a

14        public document published by China National

15        Building Material Company, Limited.

16             I'll give the witness an opportunity to

17        review Exhibit 31A, and then I'll have a couple

18        of questions.

19             (Document review.)

20    BY MR. HERMAN:

21        Q    I'm going to ask the witness to turn to the

22    last page of Exhibit 31A.  Does the witness see

23    that -- the words, "By order of the board, China

24    National Building Material Company, Limited, Chang

25    Zhangli, secretary of the board"?
```

```
1      A     Yes.

2      Q     Have you, as -- in preparation for your

3   deposition or for other purposes, read or reviewed

4   document 13A before your deposition today?

5                MR. HERMAN:  I misspoke.

6   BY MR. HERMAN:

7      Q     Have you, from February 13th, 2015, and

8   before your deposition today, reviewed Exhibit 31A?

9      A     Yes, I've seen this.

10     Q     If you would look at the following language

11  on the third page of Exhibit 31A, do you see that the

12  board of directors of the China National Building

13  Material Company, Limited, as of February 13, 2015,

14  were Mr. Song, Mr. Cao, Mr. Peng Shou -- Peng Shou,

15  and Mr. Chang Zhangli and Mr. Cui Xingtai -- and I'll

16  spell it, C-U-I, Z -- X-I-N-G-T-A-I -- as executive

17  directors.

18     A     Yes.

19     Q     Now, as of February 13th, 2015, isn't it

20  true that Mr. Song was chairman of CNBMG?

21     A     Yes.

22     Q     Isn't it true that as of 13 February 2015,

23  Mr. Song was chairman of CNBM Company, Limited?

24     A     Yes.

25     Q     Isn't it true that on February 13, 2015,
```

1    Mr. Song was chairman of BNBMG?

2                MR. PHAEHLER:  Objection to form.

3    A    Yes.

4                MR. STENGEL:  Mark that, please.

5    BY MR. HERMAN:

6    Q    Isn't it true that on February 13, 2015,

7    that Mr. Cao was general manager of CNBMG?

8    A    Yes.

9    Q    Isn't it true that Mr. Cao was president of

10   CNBM Company, Limited on February 13, 2015?

11   A    Yes.

12   Q    Isn't it true that Mr. Cao was chairman of

13   the supervisory committee of BNBMG on February 13,

14   2015?

15   A    Yes.

16   Q    Isn't it true that Mr. Cao was chairman of

17   the supervisory committee of BNBM Plc on February 13,

18   2015?

19   A    On this, I'm not sure.

20   Q    Isn't it true that Mr. Shou Peng was vice

21   president of CNBM Company, Limited on February 13,

22   2015?

23   A    Yes.

24   Q    Isn't it true that Mr. Shou Peng was

25   president of China Triumph on February 13, 2015?

 1       A     Yes.

 2       Q     Isn't it true that Shou Peng, in March of

 3   2015, visited Toledo, in the United States of America,

 4   and participated in the Toledo Engineering Joint

 5   Venture?

 6                   MR. STENGEL:  Objection to the form.

 7                   THE INTERPRETER:  May the interpreter

 8        consult the word "Toledo" in Chinese?

 9                   MR. HERMAN:  Toledo, T-O-L-E-D-O, a city

10        in Ohio.

11                   THE INTERPRETER:  May the interpreter

12        have the repetition of the question, please?

13   BY MR. HERMAN:

14       Q     Isn't it true that Shou Peng, in March 2015,

15   visited Toledo, Ohio and met with his counterparts in

16   the Toledo Engineering Joint Venture?

17                   MR. STENGEL:  Same objections.

18       A     That, I'm not sure.  I don't -- I don't

19   know.

20   BY MR. HERMAN:

21       Q     Isn't it true that in January 2015, Mr. Shou

22   Peng visited with the New Jersey Institute of

23   Technology to negotiate a deal with that technical

24   college?

25                   MR. STENGEL:  Objection to form, lack of

Confidential - Subject to Further Confidentiality Review

```
 1        foundation.

 2     A     This, I don't know.  I'm not sure.

 3  BY MR. HERMAN:

 4     Q     Are you aware, as the corporate

 5  representative of CNBMG, that Shou Peng visited the

 6  United States of America on behalf of China Triumph or

 7  CNBM Company, Limited twice a year since 2011?

 8              MR. STENGEL:  Objection to form.

 9     A     This, I'm not -- I don't know.

10  BY MR. HERMAN:

11     Q     Isn't it true that Mr. X-I-N-G-T-A-I,

12  capital C-U-I, has been a vice president of

13  CNBM Company, Limited since 2005?

14     A     Mr. C-U-I, X-I-N-G-T-A-I, he is the vice

15  president of the CNBM Company, Limited -- as the vice

16  president, but I'm not clear if he started that

17  position since 2005.

18     Q     Since 2010, has, to your knowledge, that

19  gentleman been a vice president and a director of

20  CNBM Company, Limited?

21     A     Mr. Cui Xingtai is the current vice

22  president and director of the CNBM Company, Limited,

23  but when he started function as the director and the

24  vice president, I can't be sure.

25              (Conference out of the hearing of the
```

Confidential - Subject to Further Confidentiality Review

```
1              reporter.)

2              MR. HERMAN:  That's okay.  I think I can

3         do it this way.

4    BY MR. HERMAN:

5         Q    On July 18, 2014, Judge Eldon Fallon of the

6    United States District Court in the Eastern District

7    of Louisiana issued an injunction.  Are you familiar

8    with the fact that an injunction was issued by

9    Judge Fallon on July 18, 2014?

10             MR. STENGEL:  Objection, lack of

11        foundation.

12        A    I want to clarify.  Do you -- are you asking

13   me do I personally know, or do the CNBM Group know?

14   BY MR. HERMAN:

15        Q    First, do you personally know?

16        A    As me personally, I know now.

17        Q    As the corporate representative of

18   CNBM Group, do you know that Judge Fallon of the

19   federal court, the Eastern District of New Orleans in

20   Louisiana, issued an injunction on July 18th, 2014?

21        A    Yes.

22        Q    When did you learn, as a corporate

23   representative of CNBM Group, that Judge Fallon had

24   issued an injunction regarding Taishan and any of its

25   affiliates?
```

Confidential - Subject to Further Confidentiality Review

1    A    I cannot specify the exact date or the time

2    when I found out, but now I can recall that it was

3    around July or August of 2014, is when I learned of

4    it.

5    BY MR. HERMAN:

6    Q    Please look at Exhibit 13A, page 13, of the

7    CNBM Company annual report.

8         I am going to hand the witness, with

9    counsel's permission, a red pen.

10   A    Thank you.

11   Q    Can you circle for us every entity on that

12   page 13 of Exhibit 13A that CNBM Group notified about

13   Judge Fallon's injunction between July of 2014 and

14   March 2015?

15        MR. STENGEL:  Objection to form.

16   A    Do you mean CNBM Group notified them?

17   BY MR. HERMAN:

18   Q    Yes.

19   A    As far as I know, none.

20        MR. HERMAN:  Thank you.  We'll recess

21   for lunch.  We'll be back at 1:15.

22        THE VIDEOGRAPHER:  The time now is

23   12:17 p.m.  We're off the record.

24        (Recess taken, 12:17 p.m. to 1:31 p.m.)

25        THE VIDEOGRAPHER:  This begins Disc 4 of

1      today's deposition.  Time now is 1:31 p.m.

2      We're back on the record.

3  BY MR. HERMAN:

4      Q      Good afternoon.

5      A      Good afternoon.

6      Q      Ms. Zhou, you have a bachelor's degree in

7  engineering, and you achieved that in July 1982?

8      A      Yes.

9      Q      And you have an M.B.A. degree from the

10  university in December 2006; is that correct?

11      A      Yes.

12      Q      Have you worked for any Certified Public

13  Accountant in your career?

14      A      No.

15      Q      And your training in finance and economics,

16  you were CNBM Group's assistant to the general manager

17  from 2003 to 2009; is that correct?

18      A      Yes.

19      Q      And you were CNBM Group's general manager of

20  the finance department from roughly October 2003

21  through December 2006; is that correct?

22      A      Yes.

23      Q      And deputy manager and manager of planning

24  and finance division, and deputy manager of financial

25  management division for CNBM Group, in 1992 and --

Confidential - Subject to Further Confidentiality Review

```
 1    from 1992 to 2003; is that correct?

 2        A     Yes.

 3        Q     And you have also been, from the year 2000

 4    to 2003, Z-H-O-N-G-X-I-N Group Financial Company's

 5    chief financial officer; is that correct?

 6        A     Yes.  Correct.

 7        Q     What is Zhongxin Group?

 8        A     The Zhongxin Group was a short name for the

 9    previous company named as China New Material -- New

10    Construction Material Company.

11              THE INTERPRETER:  May the interpreter

12        clarify?

13              (Translation.)

14        A     So the previous name was China New

15    Construction Material Company Group.

16    BY MR. HERMAN:

17        Q     Does it have the same name today?

18        A     Today, the name is Chinese Construction

19    Material Group Company.

20        Q     What is the parent of that company?

21        A     Do you mean Zhongxin Group's parent company?

22        Q     Yes.  Yes.

23        A     Zhongxin Group is the short name of the

24    China National New Building Material Group Companies.

25    At 2003 -- in 2003, the China National New Building
```

Confidential - Subject to Further Confidentiality Review

1    Materials Group changed their name to China National

2    Building Materials Group Corporation.

3              THE INTERPRETER:  May the interpreter

4       clarify?

5              (Translation.)

6    A     The China National Building Materials Group

7    Corporation is the now-current China National Building

8    Material Group Company, Limited.  This "Limited" was

9    added -- I'm not sure, but it was around 2006 to 2007,

10   it was changed to the CNBM Limited Corporation.

11   BY MR. HERMAN:

12   Q     What is your working knowledge or speaking

13   knowledge of the English language?

14   A     Basically, I don't speak English.

15   Q     Have you visited the United States of

16   America before this occasion?

17   A     Yes.

18   Q     On how many occasions?

19   A     I don't recall exactly how many times, but

20   as far as I can remember, it should be around three

21   times.

22   Q     And when you visited the United States of

23   America on prior occasions, what cities did you visit?

24   A     I've been to Los Angeles; San Francisco;

25   New York City; Washington, D.C.; Atlanta; and some

Confidential - Subject to Further Confidentiality Review

1   other cities I don't remember clearly.

2      Q     On those occasions, were you employed by

3   CNBM Group?

4            MR. STENGEL:  Objection, vague and

5        ambiguous.

6      A     Yes.

7   BY MR. HERMAN:

8      Q     And were those trips business related for

9   CNBM Group?

10     A     The reason I came to the United States those

11  trips were mainly training purposes and learning

12  purposes.

13     Q     And was that on behalf of CNBM Group?

14           MR. STENGEL:  Objection to form.

15     A     Yes.

16  BY MR. HERMAN:

17     Q     And did CNBM Group pay for your

18  transportation and housing to and in the United States

19  of America?

20              What type of --

21           MR. STENGEL:  She hasn't answered yet.

22     A     Yes.

23  BY MR. HERMAN:

24     Q     What type of training did you receive in the

25  United States of America as an employee of B -- of

Confidential - Subject to Further Confidentiality Review

1    CNBMG?

2        A    It's a combination course about company

3    management.

4        Q    And where were these company courses taught?

5        A    They were held in the cities I mentioned

6    earlier:  in LA; San Francisco; New York City;

7    Washington, D.C.; and other cities that I don't quite

8    remember now.

9        Q    And were there other employees of CNBMG on

10   any of these training trips to the United States of

11   America?

12       A    As far as I remember, during the several

13   trainings I received in the United States, the

14   employees from the CNBM Group was just me, alone.

15       Q    Were there employees from CNBM Company,

16   Limited receiving training on the trips that you made

17   to the United States of America?

18       A    No.

19       Q    Were there employees of BNBM Group that were

20   receiving training while you were receiving training

21   in the United States of America?

22       A    No.

23       Q    Were there employees of BNBM Company Plc

24   receiving training in the United States of America

25   when you were receiving training in the United States

1    of America?

2        A    No.

3        Q    Would you please look at page 13 of the 2014

4    annual report and advise me if employees of any of the

5    entities listed there, to your knowledge, received

6    training in the United States of America?

7        A    You mean all the company listed -- all the

8    companies listed here?

9        Q    Yes.

10                THE INTERPRETER:  May the interpreter

11        clarify?

12                (Translation.)

13        A    As far as I remember, the chief supervisor

14    of the finance department of CNBM Trading was with me,

15    receiving the training, during 2005 trip.

16                THE INTERPRETER:  May the interpreter

17        make a correction?  "The chief supervisor of the

18        finance department of CNBM Trading."

19    BY MR. HERMAN:

20        Q    Any others?

21        A    No, that's it.

22        Q    Do you have any knowledge that any employee

23    of any of the entities on page 13 of the CNBM Company

24    2014 annual report received any training in the United

25    States where you were not present?

Confidential - Subject to Further Confidentiality Review

```
1              MR. STENGEL:  Objection, form,

2         foundation.

3      A     In regards of that, I don't -- I'm not sure.

4   I don't know.

5   BY MR. HERMAN:

6      Q     It's true that you have had more than

7   30 years' training, or positions of importance in

8   finance in the various entities that have employed

9   you, correct?

10     A     Yes.

11     Q     And you have been, or are, qualified as a

12  professor grade senior engineer, correct?

13     A     Yes.

14     Q     Now, could you explain, if you would, to us

15  what approvals CNBMG had responsible in order to

16  guarantee debts of CNBM Company, Limited?

17             THE INTERPRETER:  May the interpreter

18        have a clarification on "guarantee debts"?

19             MR. HERMAN:  Again?

20             MR. STENGEL:  You might want to look at

21        the question.

22             THE INTERPRETER:  May the interpreter

23        have a repetition on the question, please?

24  BY MR. HERMAN:

25     Q     Can you explain what approvals, if any,
```

Confidential - Subject to Further Confidentiality Review

1    CNBMG had to give for the guaranty of CNBM Company,

2    Limited's debts?

3                  MR. STENGEL:  Objection to form.

4       A     I'm not too clear about the question.  I may

5    repeat it.  Let me know if this is a correct

6    understanding.

7                  You want to know, for CNBM Company,

8    Limited, their debt, what kind of permit they need

9    to -- approval to get from the CNBM Group; is that --

10   BY MR. HERMAN:

11      Q     That's a good question, yes.

12                 MR. STENGEL:  Good question.

13                 MR. HERMAN:  Much better than I asked.

14      A     No, they do not need any approval from CNBM

15   Group.

16   BY MR. HERMAN:

17      Q     Did CNBM Group give approvals of loans or

18   guaranties made to or from CNBM Company, Limited?

19      A     Do you mean receiving approval from the

20   CNBM Group?

21      Q     I'll ask the question differently.

22                 What, if any, action has CNBM Group

23   taken in the past with regard to guaranties of

24   CNBM Company, Limited's borrowings or guaranties?

25                 MR. STENGEL:  Objection to form.

1     A     As far as I understand, no.

2   BY MR. HERMAN:

3     Q     Before CNBM Company, Limited guaranteed a

4   debt of one of its subsidiaries, did it report to

5   CNBM Group?

6     A     No.

7     Q     How is -- as the corporate representative of

8   CNBM Group, how is CNBM Group made aware of loans,

9   borrowings and guaranties of its subsidiaries?

10    A     If a subsidiary company belong to

11  CNBM Group, that means the company that hold the

12  stocks directly.  If they increase their loan from the

13  bank, it will reflect -- it will be reflected in the

14  financial annual report.

15    Q     And who reviewed those financial reports for

16  CNBM Group?

17    A     The CPA office will review that.

18    Q     Is that the CPA office of Baker Tilly China,

19  Certified Public Accountants?

20    A     What is the name of that accounting office,

21  CPA office, you mentioned?

22    Q     B-A-K-E-R, new word, T-I-L-L-Y, China,

23  Certified Public Accountants, at page 7 of the 2014

24  annual report.

25    A     Do you mean the first one on the list?

Confidential - Subject to Further Confidentiality Review

1       Q       It's the first one that I stated.

2       A       Yes.

3       Q       Did Baker Tilly HK, standing for Baker Tilly

4    Hong Kong, Limited, also review those reports for

5    CNBMG, Group?

6       A       No, the Hong Kong one does not audit or

7    inspect the financial report of the CNBM Group.

8       Q       Did you meet with Baker Tilly China, the

9    Certified Public Accountants, in 2014 concerning debts

10   or guaranties of CNBM Company, Limited?

11      A       Do you mean me personally?  Do you mean me

12   personally?

13      Q       You or someone in the finance office of

14   CNBM Group.

15      A       As far as I know, I don't think so.

16      Q       As the representative of CNBM Group, are you

17   indicating that in 2014, no one from CNBM Group met

18   with Baker Tilly China regarding CNBM Company, Limited

19   guaranties or debts?

20      A       As far as I understand, that's correct.

21      Q       Are you aware, as the chief economist for

22   CNBM Group, that substantial loans from 2010 through

23   2014 were made by the subsidiary CNBM to BNBM Limited

24   Company?

25              MR. PHAEHLER:  Objection to form.

1            MR. STENGEL:  Vague and ambiguous.

2            Please mark the question.

3            THE WITNESS:  I don't quite understand

4       the question.  Can you repeat?

5            MR. HERMAN:  Yes.

6   BY MR. HERMAN:

7       Q    Are you aware that CNBM Company, Limited

8   guaranteed debts of BNBM Company, Limited in the years

9   2010 to 2014?

10           MR. STENGEL:  Same objection.

11      A    I don't know about that situation.

12  BY MR. HERMAN:

13      Q    Do you know about any guaranties made by any

14  of the entities on page 13 of the 2014 CNBM Company

15  annual report that were made to each other?

16           MR. STENGEL:  Objection, vague and

17       ambiguous and compound.

18      A    Regarding this, I don't know the situation.

19  BY MR. HERMAN:

20      Q    Were you at all responsible for economic

21  forecasts for CNBM Group?

22      A    No.

23      Q    Do you know who was responsible for

24  CNBM Group economic forecasts?

25      A    As far as I know, in CNBM Group there's no

Confidential - Subject to Further Confidentiality Review

 1    such a person or a professional that's responsible for

 2    providing this forecast.

 3        Q    Does anyone in -- strike that.

 4             Who monitors for CNBM Group monies of

 5    profits that flow to CNBM Group from any of its

 6    subsidiaries?

 7             MR. STENGEL:  Objection to the form.

 8             THE WITNESS:  Can you clarify the

 9        question so I can understand it more clearly?

10             MR. HERMAN:  I'll ask it again.

11    BY MR. HERMAN:

12        Q    Can you identify the individual employees of

13    CNBM Group who monitor profits that flow to CNBM Group

14    from any of its subsidiaries?

15             MR. STENGEL:  Objection to the form.

16        Sorry.

17             (Translation.)

18             MR. STENGEL:  Objection to form.

19        A    No.

20             (CG:6/16/15-6/18/15 Exhibit 71 marked.)

21             MR. HERMAN:  I'm going to show you

22        Exhibit 71.  It is a translation, in English and

23        Chinese, of documents furnished by CNBM Group,

24        Bates numbers 778 to 779, report on the

25        declaration of state-owned capital income for

1          the year of 2012.

2                 And I'm going to provide the witness

3          with the Chinese, as received, and the counsel

4          with the English, and the translator with the

5          English and the Chinese.

6     BY MR. HERMAN:

7          Q     And I'll ask the witness to review the

8     document.

9                 (Document review.)

10         A     I have read the document.

11    BY MR. HERMAN:

12         Q     Have you, in the course of your work as the

13    chief economist of CNBM Group from December 2009 to

14    the present date, read such materials before?

15         A     Yes, I have read those.

16         Q     And does this indicate that CNBM Trading,

17    100% owned by CNBM Group, would report on a periodic

18    basis the profit and losses of CNBM Trading to

19    CNBM Group?

20                MR. STENGEL:  Objection to form.

21         A     For capital income, they report once

22    annually.

23    BY MR. HERMAN:

24         Q     And does it also indicate that China

25    National Building Material Limited Company is involved

1    in dividends, profits and reports to CNBM Group?

2              MR. STENGEL:  Objection to form.

3      A     Do you mean the profit-sharing of the

4    CNBM Plc?

5    BY MR. HERMAN:

6      Q     Yes.

7      A     The board of directors will make --

8              (Telephonic interruption.)

9      A     The board of directors will have the

10   planning and the decision made.  The board of

11   directors of the CNBM Company Plc will have a meeting

12   to decide, and it will be distributed at the

13   shareholders' meeting of the CNBM Company Plc.

14   BY MR. HERMAN:

15     Q     Why, then, is Exhibit 71 reported to CNBM

16   Group?

17              MR. STENGEL:  Objection, foundation.

18     A     Where do they show the fact that the counsel

19   stated earlier?

20   BY MR. HERMAN:

21     Q     What?

22     A     Where the material --

23     Q     Upper right-hand corner.

24     A     I did not see it in the Chinese.

25     Q     Well, at the lower right-hand corner of

 1    document CNBMGRP778 and the bottom right of

 2    CNBMGRP779.

 3            THE INTERPRETER:  The witness did not

 4        understand what part.  The interpreter doesn't

 5        understand what part did it say.

 6    BY MR. HERMAN:

 7      Q    It is a number on the lower right of

 8    Exhibit 71 showing that the document was produced by

 9    CNBM Group.

10      A    Because I understand this report was

11    addressed to the CNBM Plc, but at the end, there's no

12    signature or any entity being mentioned as to which

13    entity this report was issued to, so I don't

14    understand.

15      Q    Well, I'll ask the witness, if she doesn't

16    understand, to read on Exhibit 71 the lower right-hand

17    corner designation.

18      A    I see the CNBMG.  What does PR -- RP mean?

19    I understand what CNBMG represent, but what is the P

20    and R means, I don't know.

21      Q    Do you know what the initials GRP mean?

22      A    I don't know.

23      Q    Have you ever, in Chinese, understood that

24    GRP stands for the word "Group"?

25      A    Oh.  Now, what was your last question?

1      Q     Do you understand that the initials GRP

2    stand for the word "Group"?

3      A     Yes, I would answer according to your

4    explanation.  So let me understand what this document

5    is really about, as the earlier question that counsel

6    mentioned.

7      Q     I represent to you, as an officer of the

8    court, that this document came to me from the business

9    records of CNBM Group.

10            Now, isn't it true that CNBM Trading,

11   a 100% subsidiary of CNBM Group, would report such

12   business documents to CNBM Group annually?

13     A     Yes.

14     Q     And this was an ordinary business record,

15   was it not?

16            MR. STENGEL:  Objection to form.

17     A     Yes.

18   BY MR. HERMAN:

19     Q     And this record is dated May 22nd, 2013; is

20   that correct?  It's on the first page of Exhibit 71.

21     A     Yes.

22     Q     And at the time that this report in

23   Exhibit 71 was made, CNBM Company, Limited was a 65%

24   owner of Taishan Gypsum, correct?

25     A     You mean -- may I repeat your question?  My

Confidential - Subject to Further Confidentiality Review

 1    understanding that you are asking, at the time of

 2    May 22nd, 2013, CNBM Company, Limited, do they -- did

 3    they own 65% of Taishan Gypsum --

 4        Q    I misstated the question, and I'm going to

 5    restate it.

 6                On May 22nd, 2013, Exhibit 71,

 7    CNBM Group was the parent of CNBM Company, Limited,

 8    correct?

 9                MR. HERMAN:  I'm going to withdraw the

10        question.  It's not fair, because the witness is

11        referring to a 2014 report, and I'll give the

12        witness the 2013 report, Bates number

13        ALRMH-CNBM, in English, 3240, page 13.  And I

14        will give -- that's in English.  And in Chinese

15        at page 13, it's ALRMH-CNBM3458, Exhibit 12 in

16        English, Exhibit 12A in Chinese.

17                THE WITNESS:  Thank you.

18                MR. STENGEL:  Mr. Herman, we've been

19        going for a little more than an hour, so

20        anytime --

21                MR. HERMAN:  As soon as this line of

22        questioning is over.

23                (Document review.)

24    BY MR. HERMAN:

25        Q    Isn't it true that on May 22nd, 2013, the

1    date of Exhibit 71, that CNBMG was the parent of

2    CNBM Company, Limited?

3        A    Yes.

4        Q    And on that day, May 22nd, 2013, of

5    Exhibit 71, wasn't it true that CNBM Company, also

6    known as BNBM Lightweight Building Materials, owned

7    52.4% -- strike that.

8                Isn't it true on May 22nd, 2013,

9    Exhibit 71, that on that date, CNBM Company owned

10   52.4% of BNBM Lightweight Building Materials, also

11   known as BNBM Limited Company?

12       A    Can I look at this Chinese version?  I

13   couldn't tell the digits on my form.

14             THE INTERPRETER:  May the interpreter

15        clarify?  The witness has a copy that the digits

16        are blurry, unreadable.

17             MR. HERMAN:  May I see that?

18             THE WITNESS:  You cannot tell the digits

19        there.

20             (Conference out of the hearing of the

21             reporter.)

22             MR. HERMAN:  Okay.  We'll stop now.

23        We'll come back to it when we get a clear --

24        when we get a clearer copy.  Thank you.

25             THE VIDEOGRAPHER:  The time now is

```
 1            2:35 p.m.  We're off the record.

 2                  (Recess taken, 2:35 p.m. to 2:56 p.m.)

 3                  THE VIDEOGRAPHER:  This begins Disc 5 of

 4        today's deposition.  Time now is 2:56 p.m.

 5        We're back on the record.

 6   BY MR. HERMAN:

 7        Q    Let me show you page 21 of the 2013 annual

 8   report of CNBM.  In Chinese, it's Exhibit 11A, Bates

 9   number ALRMH-CNBM3466.  In English, it's page 21 of

10   the annual report of CNBM Company, Limited.

11                  MR. STENGEL:  Do you have a page for us,

12        Russ?

13                  MR. HERMAN:  Page 21.

14                  MR. STENGEL:  You haven't given us

15        the --

16                  MR. HERMAN:  You've got it there.

17        They're both Chinese?  Well, we distributed

18        previously.

19                  MR. STENGEL:  Never mind.  Thank you.

20                  MR. HERMAN:  Just so we're all on the

21        same page, all counsel have received both --

22        have received English and Chinese versions, and

23        they should bring them with them tomorrow, of

24        the annual reports of CNBM and the

25        announcements.
```

Confidential - Subject to Further Confidentiality Review

1    BY MR. HERMAN:

2        Q      Would you please look at page 21 of

3    CNBM Company, Limited annual report 2013, Exhibit 12A,

4    and in English, page 12 [sic].

5                    MR. STENGEL:  Page 21 in English?

6    BY MR. HERMAN:

7        Q      Does that report indicate that in the year

8    2013, BNBM Lightweight Building Materials -- that

9    CNBM Company, Limited owned 52.40% of BNBM Lightweight

10   Building Materials Company?

11                   MR. PHAEHLER:  Objection to form.

12       A      According to the annual report 2013 of the

13   CNBM Company, Limited report, yes, that's what it was

14   stated.

15   BY MR. HERMAN:

16       Q      And that's the report of Cao, the president

17   and executive director of CNBM Company, Limited,

18   correct?

19       A      Yes.

20       Q      And that was true on May 22nd, 2013, at the

21   time that Exhibit 71 was dated, correct?

22                   MR. PHAEHLER:  Object to form.

23       A      Yes.

24   BY MR. HERMAN:

25       Q      And Mr. Cao, C-A-O, at the same time, was a

Confidential - Subject to Further Confidentiality Review

```
 1    director of CNBM Group, correct?

 2         A     Yes.

 3         Q     And CNBM Company, Limited, at that time,

 4    during the year 2013, owned 65% of the stock of

 5    Taishan Gypsum; isn't that true?

 6                    MR. STENGEL:  Objection, form.

 7         A     I don't have materials containing that

 8    information here.

 9    BY MR. HERMAN:

10         Q     Isn't it true that from at least 2007 to --

11    to the current date, that BNBM Company, Limited owned

12    65% of C -- of Taishan Gypsum, and that Jia owned 5%

13    of Taishan Gypsum?

14         A     I don't have materials at hand to prove the

15    information that you mentioned earlier.

16                    (Conference out of the hearing of the

17                     reporter.)

18    BY MR. HERMAN:

19         Q     Let me show you --

20                    MR. HERMAN:  We'll get back to this line

21          of questioning, but before I do, I'm going to

22          offer Exhibit 71, which is the May 22nd, 2013,

23          Bates number CNBMGRP778, 779, both the Chinese

24          and the English translation.

25                    I'm going to show you Exhibit 24, in
```

Confidential - Subject to Further Confidentiality Review

```
 1          English, and Exhibit 24A, in Chinese.

 2          Exhibit 24 bears Bates numbers ALRMH-CNBM5105,

 3          5106, 5107.  Exhibit 24A, in Chinese, bears

 4          Bates numbers ALRMH-CNBM5105A, 5106A, 5107A.

 5                  And I'm going to hand both the English

 6          and the Chinese to the translator, I'm going to

 7          hand both the English and the Chinese to

 8          counsel, and the English and the Chinese to the

 9          witness.

10  BY MR. HERMAN:

11      Q    Would you review it, please.

12           (Document review.)

13      A    Yes, I have read the Chinese version of this

14  document.

15  BY MR. HERMAN:

16      Q    With reference to this exhibit, in Chinese,

17  Exhibit 24A, I am going to read from Exhibit 24, the

18  English version, "The company and all members of the

19  board of directors hereby warrant the truthfulness,

20  accuracy and completeness of the contents of this

21  announcement, and that there are no false

22  representations, misleading statements or material

23  omissions contained herein."

24                  Did I read that correctly?

25      A    Yes, that's how it's stated on this
```

1    announcement, yes.

2        Q     If you would, please turn to the last page

3    and read the date.

4        A     May 28th, 2010.

5        Q     Now, would you also read -- and I'll read it

6    in English first, "The company's designated media for

7    information disclosure are China Securities Journal,

8    Shanghai Securities News, Securities Times and

9    Securities Daily; while the website designated for

10   information disclosure is the, capital C, capital N,

11   capital I, capital N, capital F-O, website,

12   http://www.cninfo.com.cn."

13                Did I read that correctly?

14       A     According to the Chinese language on this

15   document, that's how it's stated, yes.

16       Q     And would you turn to page Bates

17   number 5105A of Exhibit 24A.

18       A     Okay.  Yes.

19       Q     Do you see in the right-hand corner, lower

20   right-hand corner, the trademark of CNINFO?

21       A     Yes, I saw that.

22       Q     Now, if you would, turn to page 5106A, and I

23   am going to read in English, and I'll ask you if I'm

24   reading it correctly.

25                "As of 28 May 2010, the company was

Confidential - Subject to Further Confidentiality Review

```
 1    served a summon from the U.S. concerning the

 2    litigation in relation to the use of Chinese gypsum

 3    boards, which involves an amount of USD 150,000, while

 4    Taishan Gypsum was served some summons from the U.S.

 5    concerning the litigation in relation to the use of

 6    Chinese gypsum board, which involve an amount of

 7    USD 5,225,000.

 8              "The defendants of the above summons

 9    include not only the company and Taishan Gypsum, but

10    also tens of Chinese manufacturers and exports --

11    exporters engaged in export of gypsum boards to the

12    U.S., as well as domestic importers, property

13    developers, construction companies and a number of

14    other enterprises in the U.S.

15              "The company and Taishan Gypsum will

16    continue to keep an eye on the progress of the

17    incident and address and handle the same with due

18    prudence so as to be responsible to investors,

19    consumers and the industry."

20              Did I read that correct?

21    A    Yes, where you read earlier this paragraph

22    is from the Chinese version of the announcement, yes.

23    Q    Do you understand that this announcement was

24    made public and published by BNBM Company?

25              MR. PHAEHLER:  Objection, form.
```

Confidential - Subject to Further Confidentiality Review

 1      A      Yes, I know that.

 2  BY MR. HERMAN:

 3      Q      Was CNBM Group aware of the announcement at

 4  the time it was published?

 5                  MR. STENGEL:  Objection.

 6                  (Translation.)

 7                  MR. STENGEL:  Objection to form.

 8      A      After it was announced, yes, they know.

 9  They knew that after it was announced.

10  BY MR. HERMAN:

11      Q      After Exhibit 24A was announced by

12  BNBM Company, CNBM Group was aware of it, correct?

13      A      Yes.

14      Q      To your knowledge, as the corporate

15  representative of CNBM Group, did any employee of CNBM

16  Group send any communication publicly denying the

17  contents of this announcement?

18                  MR. STENGEL:  Objection to form.

19      A      I'm not sure I understand the definition of

20  any comment in denying this.  Can you explain that?

21  BY MR. HERMAN:

22      Q      I'll ask another question.

23                  After Exhibit 24 and Exhibit 24A were

24  made public, did CNBM Group communicate any change or

25  alteration of the public announcement?

1      A     As far as I under -- I know, no.

2              MR. HERMAN:  Okay.  We'll offer

3       Exhibit 24 in English, and Exhibit 24A in

4       Chinese.

5              (CG:6/16/15-6/18/15 Exhibit 74 marked.)

6              MR. HERMAN:  I'm going to show you, in

7       English and Chinese, document CNBMGRP692, and I

8       will hand a copy to the translator in English

9       and Chinese, and a copy to your counsel in

10      English and Chinese, and to counsel for BNBM and

11      BNBM Group, and counsel for Taishan.

12              (Interruption by the videographer.)

13              MR. HERMAN:  Is counsel for Taishan

14      present?

15              MR. ROSENBERG:  Right here (indicating).

16              MS. DAVIS:  (Indicating.)

17              MR. HERMAN:  Welcome.  Mr. Rosenberg

18      always has a habit of separating beauty.

19   BY MR. HERMAN:

20      Q     Would you please familiarize yourself with

21   Exhibit 74.

22              (Document review.)

23   BY MR. HERMAN:

24      Q     Have you reviewed Exhibit 74?

25      A     Yes, I finished reading the Chinese version

Confidential - Subject to Further Confidentiality Review

 1    of the table here.

 2        Q     And you see at the top of the document, it

 3    says, "The status on standardizing and clearing up

 4    investments of associate enterprises investments from

 5    associate enterprises that need clear up"?

 6                    Did I read that correctly?

 7        A     Yes.  Correct.

 8        Q     And beneath that, it says, "Compiled by

 9    China National Building Materials Company, Limited,"

10    correct?

11        A     Yes, that's how it's stated on the form, on

12    the table here.

13        Q     And it then says, "Unit, 10,000 yuan."

14        A     Yes, as far as I understand, yes.

15        Q     And within this chart, under "Main Business

16    Sector," it says "BNBM"; is that correct?

17        A     Yes, I see that.

18        Q     And on the column, "Name of the Investing

19    Company," it says "Beijing New Building Material,"

20    correct?

21                    MR. PHAEHLER:  Objection, form,

22          mischaracterizes the document.

23        A     Yes, I see that in the table here.

24    BY MR. HERMAN:

25        Q     And under the column, "Planned Date of

Confidential - Subject to Further Confidentiality Review

1    Completion," it says "12/31/2012," correct?

2        A    Yes, I see that on the document here.

3        Q    And do you see in the column, "Person

4    Responsible," the name Z-H-E-N-G, capital M-A?

5        A    Yes, I see that in the document here.

6        Q    Now, I submit to you, as an officer of the

7    court, that this document was produced by CNBM Group,

8    and I -- and I'm going to ask you if this type of

9    document was regularly submitted by China National

10   Building Materials Company, Limited to CNBM Group as

11   part of a financial status.

12              MR. STENGEL:  Objection to form.

13       A    Do you mean the finance report?

14   BY MR. HERMAN:

15       Q    Well, is this the type of report that

16   CNBM Company, Limited would send in the course of

17   business to CNBM Group?

18              MR. STENGEL:  Objection to form.

19       A    According to what I read here on this

20   document, I don't consider them a financial report.

21   BY MR. HERMAN:

22       Q    Well, why would CNBM Group have a document

23   like this?

24              MR. STENGEL:  Objection, lack of

25          foundation.

Confidential - Subject to Further Confidentiality Review

1    A    Because this report was not like what I've

2    seen before.  Therefore, I cannot be sure the purpose

3    of all the information supplied in this report.

4    BY MR. HERMAN:

5    Q    As the corporate representative of CNBM

6    Group, no one has shown you this document, which

7    CNBM Group provided to us?

8    A    I have not seen this document before, that's

9    true.

10   Q    Did CNBM Company, Limited, on a periodic

11   basis, report to CNBM Group as to how the subsidiaries

12   were performing?

13           MR. PHAEHLER:  Objection, form.

14   A    CNBM Company, Limited does provide financial

15   index report to the CNBM Group.

16   BY MR. HERMAN:

17   Q    And do those reports involve subsidiaries of

18   CNBM Materials Company, Limited's -- strike that.

19           And do those reports of CNBM Materials

20   Company, Limited to CNBM Group provide information on

21   subsidiaries, such as BNBM?

22           MR. PHAEHLER:  Objection to form.

23           MR. STENGEL:  Objection to form.

24   A    Is that what we mentioned -- what I

25   mentioned earlier in my financial index report?  Is

Confidential - Subject to Further Confidentiality Review

1  that what you mean, why the information appear in that

2  financial status report I mentioned earlier?

3  BY MR. HERMAN:

4      Q     No, I'm asking a new question.

5                  As the company representative of

6  CNBM Group, doesn't China National Building Materials

7  Company, Limited report, on a regular basis, financial

8  information about BNBM?

9                  MR. STENGEL:  Objection to form.

10     A     Do you mean they report individually and

11  independently about the financial information of BNBM?

12  BY MR. HERMAN:

13     Q     Does China National Building Materials

14  Company, Limited report to CNBM Group, on a regular

15  basis, financial information about BNBM?

16                 MR. STENGEL:  Objection, form.

17     A     The financial information supplied by the

18  CNBM Company, Limited to the CNBM Group, they will do

19  the regular report of such financial information, and

20  that financial information includes the management

21  data from BNBM Company.

22  BY MR. HERMAN:

23     Q     Does it also include the data, the financial

24  data, from China Fiberglas?

25     A     As far as I know, the information of China

 1    Fiberglas is not included in the financial report of

 2    that -- of that financial report.

 3       Q     The financial reports that go from CNBM to

 4    CNBMG, for example, about BNBM, it includes cost of

 5    investment; is that correct?

 6              MR. PHAEHLER:  Objection to form.

 7       A     The annual report of finance issued from

 8    CNBM Company, Limited to CNBM Group should include

 9    such information.

10    BY MR. HERMAN:

11       Q     And does it also include shareholding ratio?

12       A     This, I cannot be sure.  I'm not sure.

13       Q     Please refer to Exhibit 74.  Does Exhibit 74

14    report shareholding ratio?

15              MR. STENGEL:  Objection, lack of

16         foundation.

17       A     Do you want me to explain this?

18    BY MR. HERMAN:

19       Q     If you'd like to explain, sure.

20       A     I have nothing to explain.

21       Q     Okay.  If you have nothing to explain, does

22    the reports compiled by China National Building

23    Materials Company to CNBM Group include dividend

24    information?

25              MR. STENGEL:  Objection to form.

1      A     On this table, it does include dividend

2  information.

3  BY MR. HERMAN:

4      Q     That's on Exhibit 74?

5      A     I want to confirm:  Is this Exhibit 74?

6      Q     I'll give you -- I'll give you the number.

7  It's number 692.

8      A     Yes, I see it now.  But it didn't state it,

9  so -- there's no digits stated on the Chinese version.

10     Q     On Exhibit 74, under "BNBM," does it give

11  cumulative dividends?

12     A     On this information, I did not see

13  information of such.

14     Q     Do you see a figure on Exhibit 74 of

15  1,673.19?

16     A     I see that now.

17     Q     And what is the column title?

18     A     "Cumulative Dividends."

19     Q     And that is for BNBM; is that correct?

20     A     According to this table, the company that

21  received this dividend is the Tancheng,

22  T-A-N-C-H-E-N-G, Xinxing New Decoration.  I cannot

23  tell clearly if this cumulative dividends was paid to

24  BNBM, because I see that BNBM holds 29.20% of the

25  stocks of...

Confidential - Subject to Further Confidentiality Review

1           So based on the column here, it says

2    that BNBM holds 29.20% of Tancheng Xinxing Decoration

3    stock; therefore, I cannot tell if this 1,673.19 was

4    paid to BNBM or not.

5        Q    That's not my question.

6           My question is:  Do you see the

7    figure 1,673.19 in the column that says "Cumulative

8    Dividends" on Exhibit 74?

9        A    Is it just from this table?  Yes, I did see

10   the digits.

11       Q    Okay.  Reading across on the last line,

12   beginning with "BNBM," do you see, under that

13   horizontal column, the figure 1,673.19?

14           THE INTERPRETER:  May the interpreter

15      have a repetition of the question?

16           MR. HERMAN:  Yes.

17   BY MR. HERMAN:

18       Q    Reading across horizontally, from the words

19   "BNBM," which is the main business sector, do you see

20   the figure 1,673.19 under the column "Cumulative

21   Dividends"?

22           MR. PHAEHLER:  Objection.

23       A    I see that on the Chinese version of this

24   table, yes.

25   BY MR. HERMAN:

Confidential - Subject to Further Confidentiality Review

1      Q      Is it also true that CNBM Company, Limited

2    reported the status, such as you see on Exhibit 74, to

3    CNBM Group of Taishan Gypsum Company, Limited?

4                    MR. PHAEHLER:  Objection, form,

5           mischaracterizes the document.

6                    THE WITNESS:  I'm sorry, I didn't hear

7           clearly the question.  Can you repeat again?

8    BY MR. HERMAN:

9      Q      Isn't it true that a similar report is

10   periodically made by CNBM Company, Limited to

11   CNBM Group on financial information of Taishan Gypsum

12   Company?

13                   MR. STENGEL:  Objection to form.

14                   MR. PHAEHLER:  Objection.

15     A      From this table, I can see that it does

16   include information of the Taishan Gypsum Company, but

17   as to other materials, if whether such information was

18   included or how it was included, I don't know.

19   BY MR. HERMAN:

20     Q      You see that CNBM Company, Limited was also

21   reporting to CNBM Group, BNS Company, Limited

22   information?

23                   MR. STENGEL:  Objection to form.

24     A      On this table, yes, I do see that.

25   BY MR. HERMAN:

1      Q      Okay.  That's on Exhibit 74, correct?

2      A      On my Chinese version of the table, there's

3   no indication of Exhibit 74.  But it was stapled

4   together.  On the English version, it does state it,

5   so...

6      Q      And the chart you have been testifying

7   about, or I have been questioning you about, in

8   Chinese, at the lower right-hand corner, is marked

9   CNBMGRP692; is that correct?

10     A      Yes.

11            MR. HERMAN:  Okay.  Thank you.  We

12         introduce Exhibit 74.

13            MR. STENGEL:  If you're between

14         documents, is this a good time for a break?

15            MR. HERMAN:  I'm sorry?

16            MR. STENGEL:  If you're between

17         documents, is it a good time for a break?

18            MR. HERMAN:  It's always a good time for

19         a break when a learned counsel requests one.

20            THE VIDEOGRAPHER:  The time now is

21         3:57 p.m.  We're off the record.

22            (Recess taken, 3:57 p.m. to 4:19 p.m.)

23            THE VIDEOGRAPHER:  This begins Disc 6 of

24         today's deposition.  The time now is 4:19 p.m.,

25         and we're back on the record.

```
 1              (CG:6/16/15-6/18/15 Exhibit 79 marked.)

 2              MR. HERMAN:  I'm going to show the

 3         translator, in English and in Chinese,

 4         Exhibit 79.  The Chinese is CNBMGRP1107,

 5         CNBMGRP1108.  The first page of Exhibit 79 and

 6         the second page of Exhibit 79 are all -- they're

 7         translations of CNBMGRP1107 to 1108.

 8    BY MR. HERMAN:

 9         Q    So I'll ask the witness to please look at

10    Exhibit 79, Bates number 1107 and 1108.  They're the

11    last two pages.

12              (Document review.)

13         A    Yes, I've finished reading it.

14    BY MR. HERMAN:

15         Q    You see at the bottom of the page,

16    "CNBMGRP1107," and then the next page, "CNBMGRP1108"?

17         A    Do you mean 1107 and 1108, the digits?  Yes.

18         Q    I'd like you first to look at page 1107, and

19    I'm going to read this in English, "M-I-G-L-E-I, Song,

20    S-O-N-G, [sml@cnbm.com.cn]."

21              Is -- did I read that correctly?

22         A    Yes, correct, according to the Chinese

23    version I'm reading now, yes.

24         Q    And it's sent at April 22nd, 2011, at

25    2:52:19.
```

Confidential - Subject to Further Confidentiality Review

1              Who is Minglei Song?

2      A      Song Minglei was once a member of the

3   financial department of the CNBM Group.

4      Q      Is that a relation to the Director Song of

5   CNBM Group?

6      A      Song Minglei was just a regular member,

7   employee, that belonged to the financial department of

8   the CNBM Group.

9      Q      But was he a family relation to

10  Chairman Song?

11     A      No.

12     Q      Okay.

13     A      They just have the same last name, but they

14  are not related.

15     Q      Yeah, there's a lot of Hermans I might not

16  want to be related to.

17              Would you look at the line that says

18  "To" --

19     A      There are millions of people with last name

20  Song in China, just so you know.

21     Q      The line that says "To," who is that?

22     A      Wuxiao Jing, W-U-X-I-A-O, J-I-N-G.

23     Q      Do you know what position that gentleman

24  had, or who he worked for?

25     A      Wuxiao Jing is a female.  She is -- she was

1  also a regular employee in the CNBM Group's financial

2  department.

3      Q     The line "Subject" says, "Notice to all

4  subsidiary enterprises on speeding up the reporting of

5  written explanations for the financial situation of

6  overseas subsidiary enterprises."

7             Did I read that correctly?

8      A     That's how it was stated on this Chinese

9  version of the document, yes.

10     Q     And it says, "Attachment: 2010 Written

11 Explanations for the Financial Situation of Overseas

12 Subsidiary Enterprises (CNBM Trading).doc"; is that

13 correct?

14     A     Yes, that's how it's stated on this

15 document.

16     Q     Now, the preceding message was Friday,

17 April 22nd, 2011, at 9:15 a.m.  Do you see that?

18     A     Yes, I see it now.

19     Q     And it was from Yu Fang to Song, correct?

20     A     Yes, from Yu Fang.  Yes, that's how it's

21 stated on this document.

22     Q     And Yu Fang was from China National Building

23 Material and Equipment Import and Export Corporation,

24 correct?

25     A     According to this document, it's reflected

1    that way, yes.

2        Q    And the document says, "Please find the

3    attached CNBM Trading's written explanations for the

4    financial situation of overseas subsidiary

5    enterprises," correct?

6        A    Do you mean the very -- yes.  Correct.

7    That's how it says so on the document.

8        Q    And there is an earlier electronic message

9    of April 14th, 2011, at 8:30 -- at 8:13 p.m., correct?

10       A    According to the language here, yes, that's

11   what it meant.

12       Q    And Mr. Song, in his message, asked that

13   CNBM Import and Export, BNBM Group and a Mr. Wangli

14   "give written explanations as to the financial

15   situation of overseas subsidiary enterprises,"

16   correct?

17            THE INTERPRETER:  May the interpreter

18       have a repetition of the question?

19            MR. HERMAN:  Yes.  Let me ask another

20       question before I ask that.

21   BY MR. HERMAN:

22       Q    Do you see "kknh8010@yahoo.com.cn; Wangli"?

23       A    Yes, I see that on this document.

24       Q    And who is that?

25       A    I don't know them.  I'm not sure who they

Confidential - Subject to Further Confidentiality Review

1   are.

2       Q      Does zhyp827@bnbmg.com.cn refer to someone

3   at BNBM Group?

4       A      I cannot confirm that from the e-mail

5   address.

6       Q      Is cbmie.com CNBM Import/Export?

7       A      Yes.

8       Q      In this e-mail, is it fair to say that

9   Mr. Song requests, on behalf of CNBM Group, financial

10  information on overseas subsidiary enterprises?

11              THE INTERPRETER:  May the interpreter

12      clarify?

13              (Translation.)

14      A      From this e-mail correspondence, I can only

15  be -- I can only read that Mr. Song did ask for

16  CBMIE -- to ask them to report the information, but I

17  cannot tell if they -- he asked from -- if he asked

18  other subsidiary enterprises to supply the

19  information, because according to the e-mail address,

20  I could not tell what other enterprises were being

21  asked.

22  BY MR. HERMAN:

23      Q      Was this posted on the website

24  www.cnbm.com.cn?

25              MR. PHAEHLER:  Objection, form.

 1      A      Do you mean that if this e-mail

 2    correspondence was posted on CNBM Group's website?

 3    BY MR. HERMAN:

 4      Q      What do the words "Website: www.cnbm.com.cn"

 5    mean?

 6      A      That's CNBM Group's company website.

 7      Q      I'll read this, and see if I read it right.

 8    It's from Mr. Song on April 14, 2011, quote, "All the

 9    subsidiary enterprises having overseas subsidiary

10    enterprises need to report written explanations for

11    the financial situation of these overseas subsidiary

12    enterprises.  For the -- for detailed content, see

13    attachment.  Please speed up the reporting of written

14    explanations for the financial situation of these

15    overseas subsidiary enterprises," end quote.

16              Did I read that right?

17      A      Yes, according to what's been -- we read

18    from this document, yes, that's correct.

19      Q      Now, I represent to you that this document

20    was provided me by CNBM Group.  Have you -- have you,

21    in the past, seen similar, or received similar, e-mail

22    messages?

23      A      What do you mean by "similar"?

24      Q      E-mail messages about financial reporting of

25    CNBM subsidiaries to CNBM Group.

1    A    Do you mean to me personally?

2    Q    To CNBM Group, as you, the company

3    representative.

4    A    This, I cannot be sure right now, if I have

5    or I have not received.

6    Q    Can you advise us as to whether, as the

7    corporate representative of CNBM Group, the group

8    received financial reports from all subsidiary

9    enterprises?

10            MR. STENGEL:  Objection to form.

11            MR. PHAEHLER:  Objection, form.

12            THE INTERPRETER:  May the interpreter

13        consult a dictionary before the interpretation?

14    A    The CNBM Group company will receive any

15    enterprises that has a direct investment in the group.

16    BY MR. HERMAN:

17    Q    Is that an answer or a question?

18    A    The CNBM Group, well, they receive the

19    report from all the subsidiary enterprises that have

20    the direct investment.

21            (CG:6/16/15-6/18/15 Exhibit 76 marked.)

22            MR. HERMAN:  Now, I'm going to refer you

23        to CNBM Group, GRP, 1113.  We also have it

24        labeled as Exhibit 76, which is attached to the

25        e-mail, Exhibit 79.  And I'm going to hand it to

1        you in Chinese, and I'm also going to hand it to

2        counsel.

3               MR. STENGEL:  Counsel, is the

4        highlighting the original, or do I have your

5        copy?

6               MR. HERMAN:  No, I --

7               (Conference out of the hearing of the

8               reporter.)

9               MR. HERMAN:  Say that again.

10              (Conference out of the hearing of the

11              reporter.)

12              MR. HERMAN:  Oh, the highlighting, we

13       had our translators translate -- that's what it

14       indicates -- because the mechanical translation

15       that we were provided was poor, and we believe

16       this is accurate.

17   BY MR. HERMAN:

18       Q    Looking at CNBMGRP1113, Exhibit 76, is this

19   a financial report of China National Building Material

20   USA Corporation?

21              MR. STENGEL:  Objection to form.

22       A    Yes, from this form, there are datas from

23   the China National Building Material USA Corporation.

24   BY MR. HERMAN:

25       Q    Have you, as the corporate representative at

Confidential - Subject to Further Confidentiality Review

1    this deposition, seen previously financial data from

2    China National Building Material USA Corporation?

3         A    As far as I know, no.

4         Q    Before I showed you this document,

5    CNBMGRP1113, were you familiar with an overseas

6    subsidiary, China National Building Material USA

7    Corporation?

8         A    As far as I remember, I'm not familiar with

9    this subsidiary.

10        Q    Are you stating that as you personally, or

11   that -- or are you stating that CNBM Group was not

12   aware of China National Building Material USA

13   Corporation?

14                MR. STENGEL:  Objection to form,

15         argumentative.

16        A    I want to further clarify an explanation of

17   being "familiar with."  Do you mean from being

18   familiar with the financial data of this China

19   National Building Material USA Corporation, or do you

20   mean it by being familiar with the corporation?

21   BY MR. HERMAN:

22        Q    Being familiar with the corporation.

23        A    Do know such a company existed.

24                (Clarification requested by the

25                reporter.)

 1              THE INTERPRETER:  She just said "do

 2       know."  I don't know who.  So the interpreter

 3       does not know, personally or as the company.

 4              MR. HERMAN:  I'm not sure that I

 5       understand the response, so I'm going to repeat

 6       the question again.

 7  BY MR. HERMAN:

 8       Q     In your position today as the corporate

 9  witness for CNBM Group at this deposition, did you

10  have, before today, any familiarity with China

11  National Building Material USA Corporation?

12       A     During my preparation for this deposition, I

13  came to know of this company.

14       Q     What do you know of this company, China

15  National Building Material USA Corporation, from your

16  preparation?  Understand that I'm not asking you what

17  a lawyer said to you.

18              THE INTERPRETER:  May the interpreter

19       ask to clarify the answer?

20              (Translation.)

21              THE INTERPRETER:  May the interpreter

22       clarify the question -- the answer?

23              (Translation.)

24       A     This company was invested by the China

25  Building Material International Trading Company that

1    was invested by the CNBM Trading, which was invested

2    by the CNBM Group.

3    BY MR. HERMAN:

4        Q     And that investment was in a company in the

5    United States of America, correct?

6        A     It's a company that was invested and

7    established by the China Building Material

8    International Trading Company inside the United

9    States.

10       Q     What is the business of China National

11   Building Material USA Corporation?

12       A     I'm not clear about that because during my

13   preparation for this deposition, this company, China

14   National Building Material USA Corporation, have

15   stopped their business three years ago.

16       Q     Isn't it true that this company is still

17   registered in the United States with the authorities

18   in the state of California?

19              MR. STENGEL:  Objection to form,

20        foundation.

21       A     I don't -- I'm not sure about that

22   situation.

23   BY MR. HERMAN:

24       Q     Isn't it true that a debt claimed by China

25   National Building Materials and Equipment Import and

Confidential - Subject to Further Confidentiality Review

```
 1    Export Corporation is still claimed on financial

 2    documents as owing by China National Building

 3    Material USA Corporation?

 4                THE INTERPRETER:  May the interpreter

 5       have a repetition of the question?

 6                MR. HERMAN:  Sure.

 7    BY MR. HERMAN:

 8       Q    Isn't it true that it is reported on the

 9    financial documents of CNBM Group that China National

10    Building Material USA Corporation currently owes a

11    debt to CNBM Group?

12                MR. STENGEL:  Objection to form.

13       A    From this document, I cannot see any

14    information relaying that the China

15    CNBM USA Corporation owed a debt to the CNBM Group.

16    BY MR. HERMAN:

17       Q    I'm not asking about the document.  I'm

18    asking for your knowledge in preparation as the

19    representative of CNBM Group.

20                Isn't it true that CNBM Group, on its

21    current financial documents, claims that China

22    National Building Material USA Corporation owes it a

23    debt?

24                MR. STENGEL:  Objection to form.

25       A    As far as my understanding is that
```

Confidential - Subject to Further Confidentiality Review

```
 1    CNBM USA Corporation does not owe a debt to the CNBM

 2    Group.

 3    BY MR. HERMAN:

 4        Q     As the representative of CNBM Group, doesn't

 5    China National Building Material USA Corporation owe a

 6    debt to China National Building Materials and

 7    Equipment Import and Export Corporation, which is also

 8    known as CNBM Trading?

 9                  MR. STENGEL:  Objection to form.

10                  I'm sorry.

11                  (Translation.)

12                  MR. STENGEL:  Objection to form.

13        A     I'm not sure I understand clearly who owes

14    who a debt.  Can you repeat that?

15    BY MR. HERMAN:

16        Q     Doesn't China National Building

17    Material USA Corporation owe a debt to China National

18    Building Materials and Equipment Import and Export

19    Corporation?

20        A     I don't know about this.

21        Q     As the corporate representative of CNBM

22    Group, isn't it true that CNBM Group owns 100% of the

23    stock of China National Building Materials and

24    Equipment Import and Export Corporation?

25        A     Yes.
```

Confidential - Subject to Further Confidentiality Review

```
1       Q     And isn't it true that China National

2   Building Materials and Equipment Import and Export

3   Corporation owns 100% of the shares of China National

4   Building Material USA Corporation?

5       A     During my preparation for the deposition, my

6   understanding is that CNBM Trading Company owns 100%

7   of the stock of the C -- of the international trading

8   subsidiary, which owns 100% stock of the

9   CNBM USA Corporation.

10              MR. HERMAN:  Thank you very much.  We'll

11         end now for the day.

12              Tomorrow, I'll begin by asking you about

13         what information you provided for the 2014 CNBM

14         annual report.  And I'll ask you to take that

15         report with you and to review it before

16         tomorrow, if you can, and just give us,

17         generally, what information you provided.

18              Are you willing to do that?

19              THE WITNESS:  So I have to finish this

20         whole book?

21              MR. HERMAN:  No, but if you look at the

22         table of contents on the page --

23              THE WITNESS:  It's too much.

24              MR. HERMAN:  If you look at the table of

25         contents on page 1, you can just indicate what
```

Confidential - Subject to Further Confidentiality Review

```
 1        types of information you provided for the CNBM

 2        annual report 2014.

 3              MR. STENGEL:  Counsel, it's been a long

 4        day.  It's a long document.  We'll make

 5        reasonable efforts.

 6              MR. HERMAN:  I appreciate it.

 7              We thank you, Counsel, and Ms. Zhou and

 8        the translator, and the court reporters for your

 9        cooperation and professionalism.  Thank you.

10              THE VIDEOGRAPHER:  The time now --

11              MR. HERMAN:  Oh, before we close, I'm

12        sorry, so I don't have to do this tomorrow, I'm

13        going to offer Exhibit 79 and Exhibit 76, which

14        the witness was questioned from and about in the

15        deposition.

16              MR. STENGEL:  Mr. Herman, two questions.

17              MR. HERMAN:  Yes.

18              MR. STENGEL:  What time do we start in

19        the morning?

20              MR. HERMAN:  9:00.

21              MR. STENGEL:  9:00.

22              And how are you doing against your

23        schedule?

24              MR. HERMAN:  Counsel, I'm just beat to

25        death by the schedule, but I am going to attempt
```

Confidential - Subject to Further Confidentiality Review

1          to finish before noon on Thursday.  We'll see

2          how tomorrow goes.  I know everyone has flights

3          and other matters.  We also have a status

4          conference next week, on the 23rd.  And

5          hopefully, if things go tomorrow the way they've

6          gone today -- hopefully, we can finish by noon

7          on Thursday.

8                    MR. STENGEL:  Thank you.

9                    MR. HERMAN:  You're welcome.

10                   THE VIDEOGRAPHER:  The time now is

11         5:07 p.m.  Today's portion of our deposition,

12         consisting of six discs, is now completed.

13                   (Proceedings recessed at 5:07 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1                   REPORTER'S CERTIFICATE

 2

 3         This transcript is valid only for a transcript

 4    accompanied by my original signature and original

 5    required seal on this page.

 6         I, Michael E. Miller, Certified Court Reporter

 7    (LA Certificate #27009) in and for the State of

 8    Louisiana, as the officer before whom this testimony

 9    was taken, do hereby certify that GUOPING ZHOU, after

10    having been duly sworn by me upon authority of

11    R.S. 37:2554, did testify as herein before set forth

12    in the foregoing 109 pages; that this testimony was

13    reported by me in the stenotype reporting method, was

14    prepared and transcribed by me or under my personal

15    direction and supervision, and is a true and correct

16    transcript to the best of my ability and

17    understanding; that the transcript has been prepared

18    in compliance with transcript format guidelines

19    required by statute or by rules of the board, and that

20    I am informed about the complete arrangement,

21    financial or otherwise, with the person or entity

22    making arrangements for deposition services; that I

23    have acted in compliance with the prohibition on

24    contractual relationships, as defined by Louisiana

25    Code of Civil Procedure Article 1434
```

1    and in rules and advisory opinions of the board;

2    that I have no actual knowledge of any prohibited

3    employment or contractual relationship, direct or

4    indirect, between a court reporting firm and any party

5    litigant in this matter nor is there any such

6    relationship between myself and a party litigant in

7    this matter.  I am not related to counsel or to the

8    parties herein, nor am I otherwise interested in the

9    outcome of this matter.

10

11           Signed this ___ day of _____, 2015.

12

13

14           _____

15           MICHAEL E. MILLER, FAPR, RDR, CRR

16           Certified Court Reporter

17           LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25

1                    ACKNOWLEDGMENT OF DEPONENT

2

3          I,_____, do hereby

4    certify that I have read the foregoing pages and

5    that the same is a correct transcription of the

6    answers given by me to the questions therein

7    propounded, except for the corrections or changes in

8    form or substance, if any, noted in the attached

9    Errata Sheet.

10

11          _____

12          GUOPING ZHOU                    DATE

13

14   Subscribed and sworn to before me this

15   _____ day of _____, 20 _____.

16   My commission expires: _____

17

18   Notary Public

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

1          — — — — — —

2                    ERRATA

          — — — — — —

3

4    PAGE    LINE    CHANGE/REASON

5    _____   _____   _____

6    _____   _____   _____

7    _____   _____   _____

8    _____   _____   _____

9    _____   _____   _____

10   _____   _____   _____

11   _____   _____   _____

12   _____   _____   _____

13   _____   _____   _____

14   _____   _____   _____

15   _____   _____   _____

16   _____   _____   _____

17   _____   _____   _____

18   _____   _____   _____

19   _____   _____   _____

20   _____   _____   _____

21   _____   _____   _____

22   _____   _____   _____

23   _____   _____   _____

24   _____   _____   _____

25   _____   _____   _____

Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3    ****************************************************

 4    IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

      DRYWALL PRODUCTS LIABILITY

 5    LITIGATION                    SECTION:  L

 6    THIS DOCUMENT APPLIES TO      JUDGE FALLON

      ALL CASES

 7                                  MAG. JUDGE WILKINSON

 8    ****************************************************

 9

               CONFIDENTIAL - SUBJECT TO FURTHER

10                  CONFIDENTIALITY REVIEW

11                 Wednesday, June 17, 2015

12                      — — —

13

14         Continuing Videotaped 30(b)(6) Deposition of

15    CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION

16    through the testimony of GUOPING ZHOU, VOLUME 2, held

17    at the offices of Gordon, Arata, McCollam, Duplantis &

18    Eagan, LLP, 201 St. Charles Avenue, Suite 4000, New

19    Orleans, Louisiana, commencing at 9:10 a.m., on the

20    above date, before Michael E. Miller, Certified Court

21    Reporter (#27009), Registered Diplomate Reporter,

22    Certified Realtime Reporter.

23                      — — —

24              GOLKOW TECHNOLOGIES, INC.

          877.370.3377 ph | 917.591.5672 fax

25                  deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:

 2   COUNSEL FOR THE PLAINTIFF CLASS:

 3        HERMAN HERMAN & KATZ LLC
          BY:  RUSS M. HERMAN, ESQUIRE
 4             rherman@hhklawfirm.com
               MADELYN M. O'BRIEN, ESQUIRE
 5             mobrien@hhklawfirm.com
          820 O'Keefe Avenue
 6        New Orleans, Louisiana 70113
          (504) 581-4892

 7

 8        LEVIN FISHBEIN SEDRAN & BERMAN
          BY:  ARNOLD LEVIN, ESQUIRE
 9             alevin@lfsblaw.com
               SANDRA L. DUGGAN, ESQUIRE
10             sduggan@lfsblaw.com
          510 Walnut Street
11        Suite 500
          Philadelphia, Pennsylvania 19106
12        (215) 592-1500

13

          IRPINO LAW FIRM
14        BY:  ANTHONY IRPINO, ESQUIRE
               airpino@irpinolaw.com
15             PEARL A. ROBERTSON, ESQUIRE
               probertson@irpinolaw.com
16        2216 Magazine Street
          New Orleans, Louisiana 70130
17        (504) 525-1500

18

          GAINSBURGH BENJAMIN DAVID MEUNIER &
19        WARSHAUER LLC
          BY:  RACHEL A. STERNLIEB, ESQUIRE
20             rsternlieb@gainsben.com
          2800 Energy Centre
21        1100 Poydras Street
          New Orleans, Louisiana 70163-2800
22        (504) 522-2304

23

24

25
```

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3        THE LAMBERT FIRM, PLC
          BY:  HUGH P. LAMBERT, ESQUIRE
 4             hlambert@thelambertfirm.com
          701 Magazine Street
 5        New Orleans, Louisiana 70130-3629
          (504) 581-1750
 6
 7   COUNSEL FOR TAISHAN GYPSUM COMPANY:
 8        HANGARTNER RYDBERG & TERRELL LLC
          BY:  ROBERT KELLER, ESQUIRE
 9             rkeller@hanrylaw.com
          One Shell Square
10        701 Poydras Street, Suite 310
          New Orleans, Louisiana 70139
11        (504) 522-5690
12
     COUNSEL FOR BNBM DEFENDANTS:
13
          DENTONS US LLP
14        BY:  KENNETH J. PFAEHLER, ESQUIRE
               kenneth.pfaehler@dentons.com
15        2000 McKinney Avenue
          Suite 1900
16        Dallas, Texas 75201
          (214) 259-0900
17
18        PHELPS DUNBAR LLP
          BY:  HARRY ROSENBERG, ESQUIRE
19             harry.rosenberg@phelps.com
          365 Canal Street
20        Suite 2000
          New Orleans, Louisiana 70130-6534
21        (504) 566-1311
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR CNBM DEFENDANTS:
 3         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  JAMES STENGEL, ESQUIRE
 4              jstengel@orrick.com
           51 West 52nd Street
 5         New York, New York 10119-6142
           (212) 506-5000
 6
 7         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  XIANG WANG, ESQUIRE
 8              xiangwang@orrick.com
           5701 China World Tower
 9         No. 1 Jianguomenwai Avenue
           Beijing, 100004 People's Republic of China
10         +86 10 8595 5668
11
           ORRICK HERRINGTON & SUTCLIFFE LLP
12         BY:  J.R. RIDDELL, ESQUIRE
                jriddell@orrick.com
13         400 Capitol Mall
           Suite 3000
14         Sacramento, California 95814
           (916) 447-9200
15
16         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  JASON CABOT, ESQUIRE
17              jcabot@orrick.com
           The Orrick Building
18         405 Howard Street
           San Francisco, California 94105
19         (415) 773-5700
20
           GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLP
21         BY:  EWELL E. EAGAN, JR., ESQUIRE
                eeagan@gordonarata.com
22         201 St. Charles Avenue
           40th Floor
23         New Orleans, Louisiana 70170-4000
           (504) 582-1111
24
25
```

```
 1    A P P E A R A N C E S:

 2    COUNSEL FOR THE STATE OF LOUISIANA:

 3         PERKINS COIE LLP

           BY:  CRAIG M.J. ALLELY, ESQUIRE

 4             callely@perkinscoie.com

           1900 Sixteenth Street

 5         Suite 1400

           Denver, Colorado 80202

 6         (303) 291-2400

 7

 8    ALSO PRESENT:

 9         YA-NAN CHOU, MANDARIN INTERPRETER

10         TONI XU, HERMAN HERMAN & KATZ LLC

11         CALDER GABROY, HERMAN HERMAN & KATZ LLC

12         YALI HU, ORRICK HERRINGTON & SUTCLIFFE LLP

13         SHELLEY ZHANG, ORRICK HERRINGTON & SUTCLIFFE LLP

14         MELISSA BARDWELL, VIDEOGRAPHER

15                         —— —— ——

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
1                         INDEX

                       GUOPING ZHOU

2                       June 17, 2015

3

4        PROCEEDINGS                              119

5

6    EXAMINATION OF GUOPING ZHOU:

7            BY MR. HERMAN                        119

8

9        REPORTER'S CERTIFICATE                   221

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS
                         GUOPING ZHOU
 2                       June 17, 2015
 3     NUMBER              DESCRIPTION              MARKED
 4   Exhibit         E-mail(s)                       166
     1-HL_00000026  HL_00000026
 5
     Exhibit         E-mail(s)                       177
 6   1-HL_00000261  HL00000261
 7   Exhibit         Chinese Version of              174
     1-HL_00000305  HL_00000306
 8
     Exhibit         E-mail(s)                       174
 9   1-HL_00000306  HL_00000306
10   Exhibit 23-1    Revised Chart of Taishan,       143
                     BNBM, CNBM Officers and
11                   Directors
12   Exhibit 34-1    Revised Chart of 2006           165
                     Ownerships for CNBM Group,
13                   BNBM Group, CNBM, BNBM,
                     Taishan and TTP
14
     Exhibit 40      E-mail(s)                       182
15                   HL_00000104
16   Exhibit 40A     Chinese Version of              182
                     HL_00000104
17
     Exhibit 62      Beijing Superior People's       144
18                   Court Proof of Service
19   Exhibit 63      Request for Service Abroad of   144
                     Judicial or Extrajudicial
20                   Documents
21   Exhibit 66      Counsel's Privilege Log         218
22   Exhibit 75      CNBM Group Corporation Sample   128
                     Document w/Translation
23                   CNBMGRP00006793 -
                     CNBMGRP00006795
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS

 2

 3      NUMBER                DESCRIPTION             MARKED

 4
        Exhibit 85     Beijing Superior People's        148
 5                     Court Proof of Service

 6      Exhibit 86     Reply on BNBM Group Co.          133
                       Ltd.'s 2013 Annual Loan and
 7                     Guarantee Plan w/Translation
                       CNBMGRP00000564
 8
        Exhibit 90     LawInfoChina.com Printout        150
 9                     ALRMH-CNBM00008856 -
                       ALRMH-CNBM00008872
10
        Exhibit 91     CNBM Group Corporation           203
11                     2015-2017 Development
                       Strategy and Plan
12                     CNBMGRP00013290.001 -
                       CNBMGRP00013290.015 &
13                     CNBMGRP00013290 -
                       CNBMGRP00013347
14
        Exhibit 92     Request for Service Abroad of    162
15                     Judicial or Extrajudicial
                       Documents
16
        Exhibit 94     Request for Service Abroad of    202
17                     Judicial or Extrajudicial
                       Documents
18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                 PREVIOUSLY MARKED EXHIBITS

 2      NUMBER                                        PAGE

 3   Exhibit 3        .........................       159

 4   Exhibit 3A       .........................       159

 5   Exhibit 13       .........................       119

 6   Exhibit 13A      .........................       119

 7   Exhibit 24       .........................       198

 8   Exhibit 24A      .........................       198

 9   Exhibit 27       .........................       190

10   Exhibit 27A      .........................       190

11   Exhibit 34       .........................       165

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    PROCEEDINGS

 2            (June 17, 2015 at 9:10 a.m.)

 3            THE VIDEOGRAPHER:  This begins Disc 1 of

 4       Day 2 of the China National Building Materials

 5       Group Corporation deposition.  The date today is

 6       June 17th, 2015.  The time now is approximately

 7       9:10 a.m., and we're on the record.

 8                (The Interpreter reminded of her oath.)

 9                (The Witness reminded of her oath.)

10                    GUOPING ZHOU,

11                having been duly sworn,

12                 testified as follows:

13                    EXAMINATION

14   BY MR. HERMAN:

15       Q     Good morning.

16       A     Good morning.

17       Q     Thank you.

18            I am going to refer first to

19   Exhibit 13A and Exhibit 13, the 2014 annual report of

20   CNBM.  Has the witness had an opportunity to generally

21   review that report since yesterday?

22       A    I didn't read every page from the beginning

23   to the end.  It's a very thick book.  But I did pick

24   out the important sections that's related to the

25   CNBM Group and reviewed them.
```

1      Q      What sections are those, referring to

2   Exhibit 13A?

3      A      I read about the area that mentioned the

4   CNBM Group as the mother company of the Group, any

5   section that mentioned that.

6      Q      The mother company of CNBM?

7      A      Yes, that's how it's described in this

8   annual report, yes.

9      Q      Okay.  And where is that description?

10     A      Let me find out a page number.

11     Q      Certainly.

12     A      On page 3, it mentioned on the first line

13  that this company -- the company is founded by the

14  mother, the parent company, the BNBMG, the

15  CNBM Trading, Cinda, C-I-N-D-A, and Building Materials

16  Academy.

17     Q      What other information did you review

18  regarding CNBMG?

19     A      Regarding the BNBMG information, I did not

20  pay more attention than what's mentioned here.

21     Q      BNBMG or CNBMG?

22     A      I did not pay too much attention to BNBMG.

23     Q      Is the information that you read about the

24  mother company on page 2 about CNBMG?  Page -- is it

25  page 3?  Page 3.

Confidential - Subject to Further Confidentiality Review

1        A       Regarding CNBMG as the parent company, I

2   only read that line, the first line I read earlier;

3   but other than that, I did not see it.

4        Q       Okay.  Would you read that first line again.

5        A       "This company was founded by the parent

6   company, BNBMG" --

7                    MR. HERMAN:  That's -- the translator, I

8         believe --

9   BY MR. HERMAN:

10       Q       I think it says "CNBMG," not "BNBMG," but

11  I'd like to look at it.  I think it says "with parent,

12  BNBMG."

13                   MR. PFAEHLER:  Objection.

14       A       It's not "with."  It's every individual

15  company here is independent.  Each of them were the

16  founder.

17  BY MR. HERMAN:

18       Q       Is the parent company, as you understand it,

19  as the corporate representative at the CNBMG

20  deposition, the company CNBMG?

21       A       They have the definition in this annual

22  report here.  Let me see where it's at.

23                   (Document review.)

24       A       On page 10 in the bottom two sections, the

25  last-second line, it mentions parent company.  It

1    refer the parent company as CNBMG.

2              MR. HERMAN:   Thank you.

3              Now, I am going to hand you from

4        Exhibit 13, and your counsel, the translator

5        and -- in English and Chinese, Exhibit 13 is in

6        evidence already.   It's in English.   Exhibit 13A

7        is in evidence already.   It's page 114 of the

8        annual report of CNBM Company, Limited, Bates

9        number ALRMH-CNBM377 for English and 399 for

10       Chinese.

11   BY MR. HERMAN:

12       Q    Would you look at paragraph 2.2 beneath

13   "Summary of Significant Accounting Policies."

14              Before your deposition began, did you

15   have opportunity to review the consolidated financial

16   statements of the 2014 CNBM Company report?

17       A    I have read these financial statements this

18   year, year 2015.

19       Q    I'm going to read to you the first line

20   under 2.2, "Basis of Consolidation."

21              "The consolidated financial statements

22   incorporate the financial statements of the companies

23   and entities controlled by the company and its

24   subsidiaries.   Control is achieved when the company

25   has power over the investee, is exposed or has rights

1    to variable returns from its involvement with the

2    investee, and has the ability to use its power to

3    affect its returns."

4              Did I read that correctly?

5        A    Yes, that's what was stated at page 114 on

6    the 2014 annual report of the CNBM Company, Limited.

7        Q    And at the time of this report,

8    CNBM Company, Limited had subsidiaries, such as

9    BNBM Lightweight Building Material, China Jushi, China

10   Triumph Engineering and CNBM Investments; isn't that

11   correct?

12             In fairness to the witness, I'll show

13   you a document, which you've already seen in this

14   deposition, from Exhibit 13A, page 13, the

15   shareholding structure of the group.

16       A    Yes.  I read this chart yesterday, yes.

17             I want to confirm the question that

18   was asked to me.  When you asked me the subsidiaries

19   included in your question, do you -- did you mean to

20   ask me if it's according to the first line under the

21   "Basis of Consolidation," when it said, "The

22   consolidated financial statement incorporate the

23   financial statements of the company and entities

24   controlled by the company and its subsidiaries"?

25             Do you mean that all the subsidiaries

Confidential - Subject to Further Confidentiality Review

1    listed on this shareholding structure -- are they all

2    within the scope of subsidiary?

3        Q    I'll ask specifically.

4        A    Okay.  Thank you.

5        Q    BNBM Lightweight Building Materials

6    Company Plc.

7                MR. STENGEL:  Objection to form.

8        A    I cannot see this information reflected in

9    page 114, Exhibit 13A.

10   BY MR. HERMAN:

11       Q    Do you see at page 13 that, in 2014, BNBM

12   Lightweight Building Material was owned 45.2% by BNBM

13   Lightweight Building Materials?

14               MR. PFAEHLER:  Objection to form.

15               MR. STENGEL:  Objection to form.  I

16        think you repeated entities, Russ.

17   BY MR. HERMAN:

18       Q    Do you see at page 13 that in 2014, BNBM

19   Lightweight Building Material was owned 45.2% by

20   CNBM Company, Limited?

21       A    Yes, on the page 13 of the 2014 annual

22   report of CNBM Company, Limited, under the

23   shareholding structure of the group, it is stated that

24   way.

25       Q    And do you see that CNBM Company, Limited

Confidential - Subject to Further Confidentiality Review

1   owned 33.82% of China J-U-S-I (Glass Fiber) in 2014?

2       A     Yes, that's how it was stated on this chart,

3   yes.

4       Q     Do you see that China Triumph Engineering is

5   on the chart, and it is, in 2014, 91% owned by

6   CNBM Company, Limited?

7       A     Yes, that's how it was stated on this chart.

8       Q     Do you see on the chart that CNBM Investment

9   was owned 100% in 2014 by CNBM, Limited?

10      A     Yes, that's how it was stated on the chart.

11      Q     Now, at that time, CNBM Group was the parent

12  of CNBM Company, Limited, correct?

13      A     Yes, that's how it was described in this

14  annual report.

15      Q     Now, as the corporate representative of

16  CNBMG, is it your contention on behalf of CNBM Group

17  that BNBM Lightweight Building Materials was not

18  controlled by CNBM Company, Limited?

19            MR. STENGEL:  Objection to --

20            (Translation.)

21            MR. PFAEHLER:  Objection to form, calls

22        for a legal conclusion, lack of foundation,

23        vague and ambiguous.

24            MR. STENGEL:  Objection to form.

25      A     According to the shareholder structure

```
 1    chart, CNBM Company, Limited did own 45.2% of the

 2    BNBM Light Building Material.

 3    BY MR. HERMAN:

 4        Q     Did, on 2014, CNBM Company, Limited have a

 5    consolidated financial statement with BNBM Company,

 6    Limited?

 7                MR. PFAEHLER:  Objection.

 8        A     Yes, the CNBM Company, Limited did have a

 9    consolidated financial statement in 2014.  But if

10    BNBM Company was within the scope of that consolidated

11    report, it would be determined by the professional CPA

12    hired by CNBM Company, Limited.

13    BY MR. HERMAN:

14        Q     Isn't it true that in 2014, the chairman or

15    executive director of the board of directors of

16    BNBM Company, Limited; CNBM Company, Limited; and

17    CNBM Group was the same individual?

18                MR. STENGEL:  Objection to form.

19                MR. HERMAN:  I'm going to restate the

20         question, because I have a fact wrong.

21    BY MR. HERMAN:

22        Q     Isn't it true that in 2014, the chairman of

23    CNBM Company, Limited; BNBM Group; and CNBM Group was

24    Song Zhiping?

25                MR. STENGEL:  Objection, form.
```

Confidential - Subject to Further Confidentiality Review

1      A     As far as I understand, yes.

2    BY MR. HERMAN:

3      Q     Isn't it true that Cao Jianglin was chairman

4    of the supervisory committee of BNBM Plc, was

5    president of CNBM Company, and chairman of the

6    supervisory committee of BNBM Group, and a director of

7    CNBM Group in the year 2014?

8            THE INTERPRETER:  May the interpreter

9        request a repetition of the name of the

10       individual?

11           MR. HERMAN:  Yes.  C-A-O, comma,

12       G-I-A-N-G-L-I-N.

13     A     There are so many duties, can you -- they're

14   so confusing.  Can you ask one at a time?

15   BY MR. HERMAN:

16     Q     Sure.

17     A     Thank you.

18     Q     You're welcome.

19           As the company representative of

20   CNBM Group at this deposition, isn't it true that Cao

21   was chairman of the supervisory committee of BNBM Plc

22   in the year 2014?

23     A     I'm not sure about this.

24     Q     Is it true that in 2014, Cao was president

25   of CNBM Company, Limited?

Confidential - Subject to Further Confidentiality Review

```
 1      A     Yes.  As far as I understand, yes.
 2      Q     Isn't it true that in 2014, Cao was chairman
 3   of the supervisory committee of BNBM Group?
 4      A     Yes.  As far as I understand, yes.
 5      Q     And isn't it true that in 2014, Cao was
 6   general manager and a director of CNBM Group?
 7      A     As far as I know, yes.
 8               (CG:6/16/15-6/18/15 Exhibit 75 marked.)
 9               MR. HERMAN:  At this time, I'm going to
10          direct your attention to documents produced to
11          me by CNBM Group, CNBMGRP6793 to 6795.  And I
12          have highlighted a paragraph in English and a
13          paragraph in Chinese, and I will provide it to
14          counsel.  And I will direct the witness'
15          attention to the highlighted portion of page
16          Bates number 6794 and 6795.
17   BY MR. HERMAN:
18      Q     I'm going to read the highlighted portion in
19   English of Exhibit 75.  It appears under the words
20   "Company Profile."
21               "China National Building Material
22   Group implements a parent-subsidiary company
23   management system.  It is one of pilot enterprises
24   which firstly implemented the board of director as a
25   wholly state-owned company, and it is a national level
```

Confidential - Subject to Further Confidentiality Review

```
1    innovation pilot enterprise.  Acting as the strategic

2    center, decision-making center, resource center,

3    policy and cultural center, the group corporation

4    exercises the contributors' rights.  Subsidiary groups

5    as business platforms focus on their core specialties

6    and main businesses and create profit centers on a

7    basis of their brand awareness and market occupancy."

8                    As the representative of China

9    National Building Material Group Corporation, did I

10   read this document correctly?

11                   MR. STENGEL:  Mr. Herman?

12                   MR. HERMAN:  Yes.

13                   MR. STENGEL:  I'm afraid we may have a

14        technical disconnect.  The interpreter appeared

15        to be reading from the Chinese version, and I

16        know you're trying to get -- I believe you're

17        trying to get a validation of the English

18        translation for the record.

19                   MR. HERMAN:  Correct.

20                   MR. STENGEL:  And if she's -- rather

21        than translating directly what you're saying,

22        but reading the Chinese off the Chinese text --

23                   MR. HERMAN:  I'd prefer --

24                   MR. STENGEL:  -- we have a disconnect.

25                   MR. HERMAN:  Well, I'd prefer she read
```

1          the Chinese text and that the translator

2          translate.

3                    MR. STENGEL:  Okay.  That's different

4          than your question.

5                    MR. HERMAN:  Yes, it is.  If I didn't

6          read it correctly, then I expect the witness to

7          tell me that.  And then my next question would

8          be:  Please read the Chinese for the translator,

9          and the translator will then translate in

10         English for the record.

11                   THE WITNESS:  So what do we do now?

12   BY MR. HERMAN:

13     Q    I'd like you to tell me if I read the marked

14   portion of the version you have in front of you of

15   Exhibit 75 correctly.

16     A    Yes, according to what you read as

17   Exhibit 75, I don't know the source of this document,

18   but based on the -- my understanding of the language,

19   yes, it is correct.

20                   MR. PFAEHLER:  Would you note my

21         objection.

22   BY MR. HERMAN:

23     Q    The source of the document was produced by

24   CNBM Group.  The only date that has a year is at

25   page 6793 of the English version -- and I'll get to

1    the Chinese in the middle -- it indicates by the end

2    of the year 2010.

3                    If you will look --

4                    MR. PFAEHLER:  Objection.

5    BY MR. HERMAN:

6        Q    If you will look at page 6793 of Exhibit 75

7    in Chinese --

8                    MR. STENGEL:  Do we have a PFD number?

9            Because the whole Chinese version is 6793.

10                   MR. HERMAN:  Yes.  It is -- well, no,

11           the Chinese begins at 6793 and continues

12           serially, and I'm speaking of page 6793 in the

13           Chinese.

14                   MR. STENGEL:  In the Chinese version.

15           Okay.  I'm sorry.  Thank you.

16                   THE WITNESS:  I don't know the name --

17           the title of the material, I don't know what

18           material this is, and from what time it was

19           published.

20   BY MR. HERMAN:

21       Q    Yes, would you read the yellow-line portion

22   at page 6793.

23       A    It says "China Building Material Group

24   Corporation Sample Document."

25       Q    Now, would you look at -- yes.  Would you

Confidential - Subject to Further Confidentiality Review

```
 1    look at exhibit -- page 6794.  Do you see any year

 2    mentioned on page 6794?

 3        A    I do not see it now.

 4        Q    Okay.  Would you turn to the last page,

 5    page 6808, of Exhibit 75.  Do you see the date,

 6    "Saturday, December 30th"?

 7        A    Not in the Chinese version, no.

 8             MR. HERMAN:  Okay.  Thank you.

 9             We'll offer Exhibit 75.

10    BY MR. HERMAN:

11        Q    As the corporate representative of

12    CNBM Group Company, did -- isn't it true that

13    BNBM Group Company, Limited submitted to CNBM Group,

14    Limited, an annual loan report and guaranty plan?

15             MR. STENGEL:  Objection to form, vague

16         and ambiguous.

17        A    Do you mean anytime?

18    BY MR. HERMAN:

19        Q    I mean that -- the question -- I'll repeat

20    the question.

21             Did BNBM Group submit to CNBM Group

22    annual loan and guaranty plans, according to China

23    National Building Material Group Corporation's

24    measures for managements of loans and guaranties?

25             MR. STENGEL:  Objection, form, vague and
```

Confidential - Subject to Further Confidentiality Review

1         ambiguous.

2              MR. PFAEHLER:  Objection.

3     A     From the question alone, I cannot answer

4     accurately.  If there's any related supporting

5     documents that I can review, it would be helpful.

6     BY MR. HERMAN:

7     Q     I will be helpful, and I will give you

8     supporting documents.

9     A     Okay.  Thank you.

10    Q     You're welcome.

11              (CG:6/16/15-6/18/15 Exhibit 86 marked.)

12              MR. HERMAN:  I'm going to hand to the

13         translator, the witness and counsel Exhibit 86,

14         which consists of a translation of CNBM Group

15         document Bates 564 in English and -- 564 in

16         English and 564 in Chinese.

17    BY MR. HERMAN:

18    Q     And I am going to ask the witness to review

19    page 564 of Exhibit 86.  And I submit to the witness,

20    as an officer of the court, that this document was

21    provided by CNBM Group.

22              MR. PFAEHLER:  Objection to form.  Is

23         this -- I'm sorry, Mr. Herman, are you

24         representing that the translation that's been

25         provided is --

Confidential - Subject to Further Confidentiality Review

```
 1              MR. HERMAN:  I'm representing that the

 2         Chinese version was submitted by CNBM Group; and

 3         that the English version, attached, was

 4         submitted by CNBM Group; and that the top

 5         document is a nonmachine translation of the

 6         document, done by a certified translator.

 7              MR. PFAEHLER:  Working for the

 8         plaintiffs.

 9              MR. HERMAN:  Well, working for justice.

10         If you have a nonmachine translation of such a

11         document, we would be delighted to see it.

12              MR. PFAEHLER:  My question was simply

13         whether --

14              MR. HERMAN:  I understood your question.

15         I understood your question, and I answered it.

16              MR. PFAEHLER:  I don't believe you did.

17    BY MR. HERMAN:

18         Q    I'll ask that the witness read Exhibit 86,

19    CNBMGRP664, in Chinese, and that the translator

20    translate.

21              MR. STENGEL:  564, I believe.

22              MR. HERMAN:  Yes, exhibit -- 564.

23              MR. STENGEL:  Do you want the entire

24         document, including the headings, read out loud?

25         A    Do you want the whole document read at once?
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. HERMAN:

 2       Q     Well, we could begin at the words, "Your

 3   group's 2013 annual loan and guaranty."

 4               (Translation.)

 5               THE INTERPRETER:  The interpreter

 6          instructed the witness to stop at the end of the

 7          first paragraph so the interpreter can

 8          interpret.

 9               MR. HERMAN:  That's fine.

10   BY MR. HERMAN:

11       Q     First, to whom is this addressed?

12       A     According to this document, it's addressed

13   to BNBM Group.

14       Q     And from whom?

15       A     From the end of the letter, where it stated

16   it's a letter written by CNBM Group, addressed to

17   BNBM Group.

18       Q     And the date?

19       A     It was March 5th, 2013.

20       Q     Would you read the first paragraph.

21       A     "I have received the loan and guaranty plan

22   you submitted in year 2013 and reviewed it."

23       Q     Would you read the next two sentences,

24   please.

25       A     "According to the management provision of
```

Confidential - Subject to Further Confidentiality Review

 1   CNBM Group company's loan and guaranty and temporary

 2   provision of budget management -- of complete budget

 3   management of CNBM Group company, as well as

 4   regarding -- as well as notice regarding the bank loan

 5   management notice from subsidiary -- of the subsidiary

 6   enterprises, parentheses, CNBM financial year 2011,

 7   number 170, and such documents indicated, we have

 8   reported to the group's general manager meeting, as

 9   well as board of director, and received approval.

10   Now, is indicated as such the following."

11        Q     Would the witness please read paragraph (I).

12        A      "Now have approved that your group's loan,

13   including securities -- including debt security in

14   year 2013, the up limit of the planning amount will be

15   1.75 billion yuan."

16        Q     Would the witness please read Roman

17   numeral (II).

18        A      "Second, the group company will provide

19   guaranty planning for your group's bank fidelity as

20   the top limit of the amount to be 3 billion yuan."

21        Q     Would the witness read paragraph (III).

22        A      "Third, the group will implement

23   supervision, audit and management of the year 2013,

24   exceeding planned loan to your group.  Your group's

25   year 2013 loans that exceed the plan shall be strictly

Confidential - Subject to Further Confidentiality Review

1   managed and regulated according to the group's

2   regulation provisions, and report to the group, and

3   will be implemented after its approval."

4        Q     Would you read the last paragraph.

5        A     "Your group should pay strong emphasis over

6   the management of debt risk control, strictly control

7   and limit the loan addition -- new addition to the

8   loan, and make sure that you prevent the risk of debts

9   in order to keep the enterprise from developing

10  steadily and soundly."

11       Q     Does the document indicate to the witness

12  that it was an official reply from CNBM Group

13  Corporation to BNBM Material Group Company, Limited?

14             MR. STENGEL:  Objection to form.

15       A     According to what I'm reading here from the

16  Chinese document, I cannot be a hundred percent sure

17  that this is the official response issued by CNBM

18  Group to BNBM Group on March 5th, 2013, because I

19  didn't see the formal format of the letter.

20  BY MR. HERMAN:

21       Q     Do you see the word "Yan," Y-A-N, "Kong,"

22  K-O-N-G, in the Chinese version?

23       A     No, not on the Chinese version.

24       Q     Do you know what is or who is Y-A-N,

25  K-O-N-G?

Confidential - Subject to Further Confidentiality Review

```
 1      A     No.

 2      Q     Now, as the representative of CNBM Group at

 3  this deposition, does this document refresh your

 4  memory that BNBM Group submitted loan and guaranty

 5  plans to CNBM Group?

 6      A     I cannot recall specifically.

 7      Q     Well, as the representative of CNBM Group,

 8  do you admit that BNBM Group Company, Limited was

 9  required to send annual loan and guaranty plans to

10  CNBM Group?

11            MR. STENGEL:  Objection to form.

12      A     According to the current situation that I

13  know of, I cannot be a hundred percent sure.

14  BY MR. HERMAN:

15      Q     Did you, in preparation for your deposition

16  as the company representative of CNBM Group, review

17  documents regarding guaranties and loans by CNBM Group

18  as the parent of its subsidiaries?

19      A     Do you mean every subsidiary?

20      Q     No.  I'm asking if you reviewed, in

21  preparation for the deposition as the corporate

22  representative of CNBM Group, various loan and

23  guaranty documents by CNBM Group of any of its

24  subsidiaries.

25      A     No.
```

Confidential - Subject to Further Confidentiality Review

```
1              MR. HERMAN:  I offer Exhibit 86.

2              MR. STENGEL:  Can we take a break,

3       Mr. Herman?

4              MR. PFAEHLER:  We object to Exhibit --

5              MR. HERMAN:  Yes, 15 minutes.

6              MR. PFAEHLER:  Before we break, I'd like

7       to object to Exhibit 86, and specific to the

8       translation on the first page, which, as the

9       witness has testified, is mistranslated in

10      several particulars, including paragraphs (I),

11      (II), (III) and official reply.

12              The translation provided by CNBM Group

13      is more accurate, according to the witness.  So

14      we do object to the first page, not to the

15      second and third pages.

16              MR. HERMAN:  Okay.  We're in recess.

17              THE VIDEOGRAPHER:  The time is

18      10:14 a.m.  We're off the record.

19              (Recess taken, 10:14 a.m. to 10:34 a.m.)

20              THE VIDEOGRAPHER:  This begins Disc 2 of

21      today's deposition.  Time now is 10:34 a.m.

22      We're back on the record.

23              MR. HERMAN:  I'm going to ask the court

24      reporter, because my recollection is poor:  Did

25      you advise the witness that the witness was
```

Confidential - Subject to Further Confidentiality Review

```
1          still under oath?

2               THE REPORTER:  Yes, sir.

3               MR. HERMAN:  Okay.

4               MR. STENGEL:  Russ, can I ask --

5               (Interruption by the reporter.)

6   BY MR. HERMAN:

7     Q     I'll refer the witness, again, to

8   Exhibit 86.  If you would look at the last page in

9   Chinese, CNBMGRP564.

10               Now, as I understand it, you were

11  general manager of the finance department of CNBM

12  Group from October 3rd through December 6th; that you

13  were chief economist from December 2009 until -- to

14  date, correct?

15    A     What do you mean -- can you tell me the year

16  of me being a general manager of financial department

17  of CNBM Group?

18    Q     October 2003 to December 2006, in those

19  years, you were listed either as the general manager

20  of the finance department of CNBM Group or the general

21  manager's assistant in the finance department.

22    A     Yes.

23    Q     And from December 2009 until today, you are

24  the chief economist of the CNBM Group, correct?

25    A     Yes.  Correct.
```

Confidential - Subject to Further Confidentiality Review

```
1        Q      And from March 2005 through today, you are a

2   supervisor of the CNBM Company, Limited, correct?

3        A      Yes.

4        Q      And as the corporate representative of

5   CNBM Group, you have no knowledge that BNBM Group

6   reported annual loan and guaranty plans to CNBM Group?

7               MR. STENGEL:  Objection, vague and

8          ambiguous.

9               MR. PFAEHLER:  Asked and answered and

10         argumentative.

11       A      As to whether, every year, they reported the

12  loan and guaranty plan, according to my knowledge

13  right now, I'm not clear.  I'm not sure.

14  BY MR. HERMAN:

15       Q      Well, were there annual reports by BNBMG to

16  CNBMG of loans and guaranties, which reports were

17  required by CNBMG at any time during your 30 years,

18  either in finance or as chief economist?

19              MR. STENGEL:  Objection to form.

20       A      CNBM Company, Limited does have related

21  management provision in regards to the investment

22  company's loan.

23  BY MR. HERMAN:

24       Q      Are you saying that you, as the company

25  representative of CNBM Group, advises that
```

1   CNBM Company reported loans and guaranties to

2   CNBM Group?

3       A    Do you mean CNBM Company, Limited?  Which

4   CNBM Company that you mentioned?  What do you mean

5   by --

6       Q    Okay.  I'm going to start over.

7       A    Thank you.

8       Q    To your knowledge, during your 30 years or

9   so employment at CNBM Group, and as CNBM Group's

10  deposition representative, are you aware that

11  BNBM Group reported loans and guaranties to CNBM Group

12  during that period of time?

13              MR. PFAEHLER:  Objection to form.

14      A    This loan and guaranty plan is a very

15  specific detail of issue, so I cannot completely -- or

16  I can say I cannot clearly remember the exact

17  situation.

18  BY MR. HERMAN:

19      Q    Can you generally remember it?

20              MR. PFAEHLER:  Objection.

21      A    I cannot remember clearly, no.

22  BY MR. HERMAN:

23      Q    During the period of time from 2005 to date,

24  as a corporate representative of CNBMG and as a

25  supervisor of CNBM, Limited, are you aware that CNBM,

Confidential - Subject to Further Confidentiality Review

```
 1    Limited, during that period of time, was required to

 2    submit loan and guaranty information to CNBM Group?

 3                MR. STENGEL:  Object to form.

 4        A    As far as I understand, no.

 5    BY MR. HERMAN:

 6        Q    What -- by whom were you employed between

 7    December 2006 and December 2009?

 8        A    China National Building Material Company --

 9    Group Company.

10        Q    And in what capacity were you employed?

11        A    As an assistant to the general manager of

12    CNBM Group.

13                (CG:6/16/15-6/18/15 Exhibit 23-1

14                marked.)

15                MR. HERMAN:  I'm going to offer at this

16            time, under Federal Rule of Evidence 1006, a

17            summary chart of executives of BNBM Plc;

18            CNBM Company, Limited; BNBM Group; and

19            CNBM Group, as Exhibit 23-1.

20                Exhibit 23 was originally offered as a

21            Federal Rule of Evidence 1006 at the deposition

22            of Taishan at page 306 with Exhibits 1 to 34

23            attached as the backup information.  This

24            exhibit, which I will now offer, is

25            Exhibit 23-1, dash 1, and it supplements
```

Confidential - Subject to Further Confidentiality Review

```
1          Exhibit 23 and adds information for executives:

2          Y-A-O, comma, Y-A-N; H-A-O, comma,

3          Z-H-E-N-H-U-A; G-U-O, comma, C-H-A-O-M-I-N;

4          H-U-A-N-G, comma, A-N-Z-H-O-N-G; J-I-N-Y-U,

5          comma, H-U; P-E-N-G, comma, S-H-O-U; and also

6          adds the supporting material, Exhibit 35 and 36,

7          and I have -- I presented those to all counsel.

8          That's Exhibit FRE 1006 summary chart,

9          Exhibits 1 through 36, Exhibit 23-1.

10              (Translation.)

11              MR. STENGEL:  Counsel, is there anywhere

12         in particular you want the witness to focus?

13              MR. HERMAN:  No.  We may get back to the

14         exhibit tomorrow.

15              (CG:6/16/15-6/18/15 Exhibit 62 marked.)

16              MR. HERMAN:  I'm going to offer at this

17         time Exhibit 62, Beijing Superior People's Court

18         proof of service on China National Building

19         Material Group, February 25th, 2010.  It's three

20         pages.  And it is a service of Gross v. Knauf

21         Gips, KG; Defendant, China National Building

22         Material Group Corporation.  It's three pages in

23         English and one page in Chinese with a seal at

24         the top.  And we'll offer to counsel.

25              (CG:6/16/15-6/18/15 Exhibit 63 marked.)
```

```
 1              MR. HERMAN:  I offer as Exhibit 63

 2      various refusals of China National Building

 3      Material Group Corporation of summons in the

 4      matters pending before Judge Eldon Fallon of the

 5      Eastern District of Louisiana following the

 6      original acceptance of service.  And I'll

 7      identify each by page, and we will provide

 8      opposing counsel with copies.

 9              The first page is China National

10      Building Material Group Corporation, CNBM Group,

11      summons in a civil action complaint and

12      intervention, amended omnibus class action

13      complaint and intervention, December 17th, 2010.

14              On the second page is a refusal by China

15      National Building Material Group Corporation on

16      June 27th, 2011, to accept service.

17              The third page is a proof of service on

18      China National Building Material Group

19      Corporation dated March 9, 2011, titled "Refusal

20      by Servee."  The third page is in Chinese with

21      an official seal.

22              The next document is for service abroad

23      of judicial or extrajudicial documents to China

24      National Building Material Group Corporation,

25      supplement to amended class action complaint
```

Confidential - Subject to Further Confidentiality Review

```
 1          dated January 26th, 2011, in matters appearing

 2          before Judge Eldon Fallon of the Eastern

 3          District of Louisiana of the Gross v. Knauf Gips

 4          complaint supplement, stating the addressee

 5          refused to accept the documents on June 27th,

 6          2011.

 7               The next page is proof of service.  On

 8          March 22nd, 2011, the addressee refused to

 9          accept the documents, and, again, on March 29,

10          2011, the addressee refused to accept the

11          documents.  And the last page is in Chinese.

12               The next document is for service abroad

13          of judicial or extrajudicial documents to China

14          National Building Material Group Company,

15          summons in a civil action, conditional transfer

16          with attached schedule, plaintiffs' class action

17          complaint with Exhibit A, civil cover sheet and

18          translations, dated November 11th, 2013, to the

19          Amorin Florida complaint v. Taishan Gypsum

20          Company; defendant, China National Building

21          Materials Group.  The recipient refused to

22          accept the documents, April 9, 2014.

23               The next document, recipient, China

24          National Building Material Group Company,

25          refused to accept, December 23rd, 2013, and a
```

Confidential - Subject to Further Confidentiality Review

```
 1            document in Chinese.

 2                   The next document is for service abroad

 3            of judicial or extrajudicial documents, China

 4            National Building Material Group Company;

 5            summary of documents, summons in a civil action,

 6            conditional transfer order with attached

 7            schedule, civil cover sheet, plaintiffs' class

 8            action complaint with exhibits and translations,

 9            dated November 11, 2013, in the Amorin Virginia

10            case v. Taishan Gypsum, Limited and China

11            National Building Material Group Company;

12            recipient refused to accept the documents on

13            April 9, 2014.

14                   The next document is to addressee China

15            National Building Material Group Company,

16            refusing to accept the Amorin complaint and --

17            pending before Judge Eldon Fallon of the Eastern

18            District of Louisiana, with a Chinese document.

19                   The next document is for service abroad

20            of judicial or extrajudicial documents to China

21            National Building Materials Company; summary of

22            documents served, summons in a civil action,

23            plaintiffs' class action complaint with exhibits

24            and translations, dated 11 November 2013, the

25            Amorin complaint in Louisiana v. Taishan Gypsum
```

```
 1        Company, defendant, China National Building

 2        Materials Group Company; the recipient refused

 3        to accept the documents.

 4               The next document is China National

 5        Building Materials Group Company, refusal to

 6        accept the documents.  The last document is a --

 7        in Chinese.

 8               I offer Exhibit 63.

 9               (CG:6/16/15-6/18/15 Exhibit 85 marked.)

10               MR. HERMAN:  The next document is

11        Exhibit 85.  It's proof of service of China

12        National Building Material Company, Limited,

13        February 25th, 2010.

14               Second document is request for service

15        abroad of judicial or extrajudicial documents.

16               The third document names the Gross v.

17        Knauf Gips matter pending before Judge Eldon

18        Fallon of the Eastern District of Louisiana;

19        defendant, China National Building Materials

20        Company, Limited.  Signature could not be

21        recognized; relationship to the addressee, the

22        vice president of addressee.

23               We offer Exhibit 85.

24               Before the deposition concludes

25        tomorrow, we will offer CNBM Company's refusals
```

Confidential - Subject to Further Confidentiality Review

 1        to accept service.

 2   BY MR. HERMAN:

 3        Q     Question for the witness:  Did you read the

 4   deposition, or review it in preparation for your

 5   deposition, of F-U, new word, T-I-N-G-H-U-A-N, of

 6   Taishan Gypsum, taken in Hong Kong on January 10th,

 7   2012?

 8        A     No.

 9        Q     In preparation for your deposition, did you

10   read any of the depositions, which were previously

11   taken in the years 2011 and 2012, of Taishan

12   employees?

13        A     No.

14        Q     In preparation for your deposition as the

15   representative of CNBM Group, did you review any of

16   the depositions that were taken in New Orleans of

17   Taishan Gypsum 30(b)(6) representative in the last two

18   months?

19             MR. STENGEL:  Objection, lack of

20        foundation.

21        A     What is 30(b)(6)?

22   BY MR. HERMAN:

23        Q     It's a type of deposition that you are

24   giving as a company representative, and the company

25   representative of Taishan Gypsum was Che, C-H-E, Gang,

Confidential - Subject to Further Confidentiality Review

```
 1    G-A-N-G.

 2        A       No, I have not reviewed that depo.

 3                  (Conference out of the hearing of the

 4                  reporter.)

 5                  MR. HERMAN:  We're going to take a break

 6          for 15 minutes, if that's okay?

 7                  MR. STENGEL:  Okay.

 8                  MR. HERMAN:  So five after 11:00, we'll

 9          be back in 15 minutes.

10                  THE VIDEOGRAPHER:  The time now is

11          11:09 a.m.  We're off the record.

12                  (Recess taken, 11:09 a.m. to 11:30 a.m.)

13                  THE VIDEOGRAPHER:  The time now is

14          11:30 a.m.  We are back on the record.

15                  (CG:6/16/15-6/18/15 Exhibit 90 marked.)

16                  MR. HERMAN:  I'm going to distribute to

17          all counsel Exhibit 90, ALRMH-CNBM8856 through

18          8872.  It is a document from

19          www.lawinfochina.com, "China's Leader in Online

20          Legal Research," downloaded from that website on

21          June 16, 2015, at 7:11 p.m., titled "Notice of

22          the State Administration of Taxation on Issuing

23          the Measures for the Implementation of Special

24          Tax Adjustments."  And it is downloaded exactly

25          as it was printed, with English on one side and
```

Confidential - Subject to Further Confidentiality Review

```
 1        Chinese on the other.

 2              I believe we had pre-marked for counsel

 3        and for the witness some specific areas that we

 4        will question the witness from, and those areas

 5        appear at Bates 8856; Article 9 at 8857, which

 6        continues to 8858, Bates number; and at 8858,

 7        subparagraph 2, which -- and paragraph 7 and

 8        paragraph 8 at page 8858.  And I'm going to

 9        repeat that.

10              At page Bates 8856 of Exhibit 90, the

11        "Notice of the State Administration of

12        Taxation," on the first two lines; Article 9

13        that begins with the term of affiliation on CNBM

14        Bates 8857, subparagraph 1 on that page,

15        continues to Bates number 8858, paragraph 2, and

16        paragraph 7 and 8 on page 8858.

17              The entire document is downloaded, but

18        I've indicated the areas in which we will

19        question the witness.  We'll give the witness an

20        opportunity to review the areas.

21              MR. STENGEL:  Counsel, one question:

22        This bears CNBM Bates numbers.  I gather there's

23        no representation this came from CNBM files?

24              MR. HERMAN:  No, it came from

25        http://lawinfochina.com.
```

1          MR. STENGEL:  I understood that, and I'm

2     new to the deposition, so I don't know what the

3     custom has been here, but I was just --

4          MR. HERMAN:  Whatever you want.

5          MR. STENGEL:  Well, earlier, there had

6     been representations that the Bates numbers

7     indicated source.

8          MR. HERMAN:  I always indicate where

9     your client is the source.

10  BY MR. HERMAN:

11     Q    I'll ask the witness to turn to page 8857,

12  Article 9, paragraph 1, and to page 8858,

13  subparagraph 2.

14          Would the witness please read to the

15  translator Article 9 at 8857, the first sentence

16  through the colon.

17     A    Yes.  "Article 9:  The term 'affiliation' as

18  mentioned in Article 109 of the RIEITL and the

19  Article 51 of the DRILACT mainly refers to any of the

20  following relationships between an enterprise and

21  other enterprises, organizations or individuals."

22     Q    I'll ask the witness to read, in Chinese,

23  subparagraph 1 at 8857, continuing to 8858.

24     A    "One, one party directly or indirectly holds

25  at least 25% of the total shares of the other party or

Confidential - Subject to Further Confidentiality Review

```
 1    25% of the shares of both parties are directly or

 2    indirectly held by the same third party.  If one party

 3    indirectly holds the share of the other party through

 4    an intermediate party, as long as it holds at least

 5    25% of the shares of the intermediate party, the

 6    proportion of the other party's share held by it shall

 7    be computed on the basis of the other party's shares

 8    held by the intermediate party."

 9        Q    I'm going to ask that paragraph 2 at

10    page 8858 be read by the witness and translated by the

11    translator.

12        A    "One party to the other party, except for

13    independent financial institute, the loan account

14    received accounted for one party's paid in capital

15    over 50% or above, or one party's total loan received

16    by the other party -- or one party's total loan, 10%

17    of one party's -- at least 10% of one party's total

18    loaned amount is guaranteed by the other party, except

19    for the independent financial institute."

20        Q    I'd like the witness to read, and the

21    translator to translate, paragraph 3.

22        A    "At least half of the senior manager,

23    including members of the board of the directors and

24    manager, or at least one of a senior board of director

25    who is in control of the board of the director is
```

1    assigned by the other party, or at least half of both

2    parties' senior manager, including board of the

3    directors and managers, or at least one who is able to

4    control the board of -- or at least one of the board

5    of director senior member who is controlling the board

6    of director is assigned by the same third party."

7        Q      I'll ask the witness to read paragraph 7.

8        A      "The party -- the service -- the service

9    that one party accepts or provides is mainly

10   controlled by the other party."

11       Q      Does the word O-R, "or," exist in the

12   translation?

13              THE INTERPRETER:  The interpreter repeat

14         the translation.  "The service accepts or

15         provides by -- are largely controlled by the

16         other party."

17       A      Yes.

18              (Clarification requested by the

19              reporter.)

20              THE INTERPRETER:  The interpreter's

21         answer is yes.

22   BY MR. HERMAN:

23       Q      Now, would the witness read paragraph 8,

24   please.

25       A      "If one party has substantial control of the

Confidential - Subject to Further Confidentiality Review

```
1   other party's production, management and business

2   transaction, or both party has related other

3   affiliation relationship of the interest, even if it

4   does not reach what was -- even if it does not reach

5   the shareholding ratio specified in this paragraph --

6   in this article, paragraph 1, but one party and the

7   other party's main shareholder enjoy the same basic

8   economic interest and family or relative relationship,

9   et cetera."

10      Q     I'd like the witness to read paragraph --

11   Article 10, paragraph 1.

12      A      "The purchase, sales, transfer and use --

13   usage of tangible assets, such including housing, real

14   estate properties and buildings, transportation,

15   equipment and tools, machinery equipments, tools,

16   merchandise and products, those tangible assets,

17   sales, purchase, transfer and lease businesses."

18      Q     I'd like the witness to please read

19   paragraph 2.

20      A      "Intangible assets transfer and usage,

21   including the land using -- the rights to use land,

22   royalty, copyright, special patent, trademark,

23   consumers list, business channel, licensed plate,

24   trade secrets, specialized techniques and all the

25   special rights assigned, as well as industrial
```

1    products, outside packaging design, and the

2    practicality and use, style, and such industrial

3    product rights and other transfer rights of such, as

4    well as to provide the business of the rights to use

5    such product -- such items."

6        Q     I'd like the witness to please read

7    paragraph 3, subparagraph 3, at page 8858.

8        A     "Accommodation, including various type and

9    all types of long-term asset, long-term borrowing and

10   guaranty and all types of interest-bearing advance

11   payment and delayed payment in such business."

12       Q     I'd like the witness to please read

13   subparagraph 4.

14       A     "Providing services, including marketing

15   research, marketing management, administrative

16   affairs, technical service, maintenance, design,

17   consulting, agency, scientific studies, legal and

18   accounting service providing -- provided."

19       Q     I ask the witness to read at Bates

20   number 8859 of Exhibit 90, Article 13.

21       A     "Article 13:  Enterprises shall comply with

22   Article 114 of the RIEITL code to prepare, preserve

23   and supply any related trading information of the

24   period according to the request of the taxation

25   institute of the taxpaying year to supply the

Confidential - Subject to Further Confidentiality Review

1    information of such."

2        Q      I'd like the witness to read paragraph 14 --

3    Article 14, that says "The contemporaneous

4    documentation shall mainly include."

5              THE INTERPRETER:  May the interpreter

6          have a repetition.  Did the counsel mean the

7          title, or the whole article?

8    BY MR. HERMAN:

9        Q      Well, read the title of Article 14 first, if

10   the witness would.

11       A      "The contemporaneous documents shall mainly

12   include."

13   BY MR. HERMAN:

14       Q      Would you please read 1?

15       A      From where to where?

16       Q      1 through (1).

17       A      "1. Organization structure.  Any enterprises

18   or enterprise group that is related or affiliated, the

19   enterprise's organization structure and the equity

20   structure."

21       Q      Would the witness please read paragraph (2).

22       A      "And any annual change situation of the

23   affiliated enterprise."

24       Q      Would the witness please read paragraph (3).

25       A      "Information of the affiliated party that

Confidential - Subject to Further Confidentiality Review

```
1    was in business with the enterprise, including

2    affiliated enterprise's name, legal representative,

3    board of directors, managers, and -- of such structure

4    or situation of senior management team that's

5    described above, registration address and actual

6    business address, as well as the affiliated

7    individual's name, nationality, residence and the

8    structure of family members' relationship.  Also note

9    any related party that is directly influenced by the

10   transaction price of -- that's affiliated and

11   conducted transaction with the enterprise."

12        Q     Now, as the chief economist of CNBM Group,

13   were you familiar with the 2009 State Administration

14   of Taxation?

15             MR. STENGEL:  Objection to form, vague

16        and ambiguous.

17        A     I'm not familiar with it.

18   BY MR. HERMAN:

19        Q     Are you familiar with the term "the

20   Regulation on the Implementation of the Enterprise

21   Income Tax Law of the People's Republic of China,"

22   hereinafter, in parens, referred to as the, capital R,

23   capital I, capital E, capital I, capital T, capital L,

24   parens closed?

25             And I refer you to the reference of
```

Confidential - Subject to Further Confidentiality Review

1    Article 1 on page 8856 of Exhibit 9.

2              MR. PFAEHLER:  Objection to form.

3    A     I'm not familiar with it.

4  BY MR. HERMAN:

5    Q     When you say you're not familiar with it,

6  are you stating that as the corporate representative

7  of CNBM Group at this deposition?

8    A     I spoke as my -- as me as a person, that I

9  am not familiar with this code.

10    Q     My question is:  Are you also saying that as

11  the representative of CNBM Group at this deposition?

12    A     Yes.

13    Q     Now, you were a party involved in the global

14  offering of CNBM Company, Limited in 2006; isn't that

15  true?

16              MR. STENGEL:  Objection, vague and

17        ambiguous.

18    A     Do you mean to a -- is that a specific

19  document?

20  BY MR. HERMAN:

21    Q     The global offering in 2006 of CNBM, Limited

22  through MorganStanley company has been introduced in

23  depositions as Exhibit 3 and Exhibit 3A and identified

24  by the secretary of CNBM, Limited as a publicly

25  published document by CNBM Company, Limited, in both

Confidential - Subject to Further Confidentiality Review

1    Chinese and in English.

2                So I ask you:  Isn't it true that you

3    were publicly identified as a participant in the

4    global offering of CNBM Company, Limited in 2006?

5        A     In 2006, when CNBM Company Group issued the

6    global offering, as a CNBM Company, Limited -- as one

7    of the shareholder, I performed my duty as the

8    shareholder, and the provision was ruled by the

9    Hong Kong Trading Institute and the regulation by

10   various China trading institute.

11       Q     When you say you performed your duty as a

12   shareholder, do you mean your personal duty, or do you

13   mean the duty of CNBM Group?

14       A     It's not my personal duty as the -- I

15   performed the shareholder's duty.  It's the CNBM Group

16   performed their duty as the shareholder.

17       Q     And you participated for CNBM Group in

18   connection with that global offering; isn't that true?

19       A     Do you mean me -- do you mean me personally

20   participated in this project, or do you have any

21   definition of this activity called global offering?

22       Q     I mean you personally participated on behalf

23   of CNBM Group in the global offering of CNBM, Limited

24   in 2006, and are so noted in Exhibit 3 and Exhibit 3A.

25       A     In year 2006, I was already the member -- a

Confidential - Subject to Further Confidentiality Review

```
 1   member of the supervision committee of CNBM Company,

 2   Limited, so I was performing my duty as one of the

 3   supervisor of the CM to purchase -- to participate in

 4   the global offering project.  That was one of my duty

 5   as a supervisor.

 6            MR. HERMAN:  We're going to break for

 7        lunch.  We'll come back, if that's all right, at

 8        ten minutes until 1:00, or 1:00 o'clock,

 9        whatever counsel proposes.

10            MR. STENGEL:  Why don't we come back at

11        1:00.

12            MR. HERMAN:  Okay.  And thank you for

13        your cooperation, and we'll see you at 1:00

14        o'clock.

15            THE VIDEOGRAPHER:  The time now --

16            MR. HERMAN:  Whoa, whoa.  Before we --

17        before we recess -- before we recess -- I

18        dropped my microphone, and I picked it up.

19            And now I offer Exhibit 90, CNBM -- it's

20        ALRMH-CNBM8856 through Bates number

21        ALRMH-CNBM8872.

22            THE VIDEOGRAPHER:  Okay.  The time now

23        is 12:12 p.m.  We're off the record.

24            (Recess taken, 12:12 p.m. to 1:13 p.m.)

25            THE VIDEOGRAPHER:  This begins Disc 3 of
```

Confidential - Subject to Further Confidentiality Review

1        today's deposition.  The time now is 1:13 p.m.

2        We're back on the record.

3    BY MR. HERMAN:

4        Q      Good afternoon.

5        A      Good afternoon.

6                (CG:6/16/15-6/18/15 Exhibit 92 marked.)

7                MR. HERMAN:  I'm going to identify, for

8        the record, Exhibit 92.  It's a multipage

9        document regarding CNBM Company, Limited

10       refusals to accept service in the civil action

11       before Judge Eldon Fallon of the Eastern

12       District of Louisiana.  It's an amended omnibus

13       class action complaint.  First page is dated

14       December 17th, 2010.

15               The second page says Gross v. Knauf

16       Gips, omnibus, CNBM Company, Limited, the

17       addressee refused to accept the documents,

18       June 27, 2011.

19               The third document is Beijing Superior

20       People's Court proof of service, China National

21       Building Materials Company, Limited; March 9,

22       2011; "Refusal by Servee."

23               The fourth page is a document in

24       Chinese.

25               The next page is a request for service

Confidential - Subject to Further Confidentiality Review

1       of broad and judicial or extrajudicial documents

2       dated January 26th, 2011, on China National

3       Building Materials Company, Limited, summons in

4       a civil action, supplement to amended class

5       action complaint, amended class action

6       complaint, order, translations and summary.

7              Second page, at the top, is Gross v.

8       Knauf Gips, et al, China National Building

9       Material Company, Limited, defendant, dated

10      June 20, 2011.  The addressee refused to accept

11      the documents.

12             The third is Beijing Superior People's

13      Court proof of service, China National Building

14      Materials Company, CNBM.  The addressee refused

15      to accept the documents.

16             The next document is in Chinese.

17             The next document is for service abroad

18      of judicial or extrajudicial documents, China

19      National Building Material Company, Limited,

20      November 11th, 2013; summary of documents,

21      summons in a civil action, conditional transfer

22      order with schedule, civil cover sheet,

23      plaintiffs' class action complaint with

24      Exhibit A, and translations; matter before Judge

25      Eldon Fallon of the Eastern District of

Confidential - Subject to Further Confidentiality Review

1          Louisiana in Amorin Virginia, Taishan Gypsum

2          complaint; defendant, China National Building

3          Material Company, limited.

4                On the second page, April 9, 2014, the

5          recipient refused to accept service.

6                The next page, Beijing City Higher

7          People's Court proof of service, China National

8          Building Material Company, Limited refusing to

9          accept, dated December 23rd, 2013.

10               The next page is in Chinese.

11               The next document is for service abroad

12         of judicial or extrajudicial documents, China

13         National Building Material Company; summary of

14         documents to be served, summons in a civil

15         action, conditional transfer order, plaintiffs'

16         class action complaint with Exhibit A, civil

17         cover sheet, translation, dated November 11th,

18         2013.

19               The next page is April 9, 2014, the

20         refusal to accept the documents in the Amorin

21         Florida v. Taishan Gypsum Company; defendant,

22         China National Building Material Company,

23         Limited.

24               Next page, Beijing Superior People's

25         Court proof of service; recipient, China

Confidential - Subject to Further Confidentiality Review

```
1          National Building Material Company, Limited;

2          refusals to accept service, December 23rd, 2013.

3                   And I offer Exhibit 92.

4                   (CG:6/16/15-6/18/15 Exhibit 34-1

5                   marked.)

6                   MR. HERMAN:  The next exhibit is

7          Exhibit 34-1.  Exhibit 34 was introduced at the

8          Taishan depositions at page 343 as a 1006 FRE

9          summary chart of ownership within the defendants

10         by percentage for the years 2006 to 2014.  In

11         all years, a typographical error was corrected,

12         but there is no change to the supporting

13         materials in Exhibit 34-1.  And we distribute

14         Exhibit 34-1 to all counsel.

15                  (Conference out of the hearing of the

16                  reporter.)

17                  MR. HERMAN:  We offer Exhibit 34-1 as

18         Federal Rule of Evidence 1006 charts of

19         ownership from 2006 to the current date of

20         CNBM Group, BNBM Group, CNBM, BNBM, Taishan and

21         TTP.

22                  And we previously submitted all of the

23         backup material for these exhibits, and there's

24         no change in the supporting materials.  This is

25         merely a correction of the typographical error
```

1        that appeared in Exhibit 34.





Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review





Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review

1

2

3              MR. HERMAN:  In connection with the

4         testimony of the witness, the fact that the

5         witness has been shown Exhibit 40, 40A,

6         Exhibit 1, documents Bates number HL_261, Bates

7         number HL_305, Bates number 306, Bates

8         numbers 104 and 105, we offer those in

9         connection with the deposition.  We also offer

10        HL exhibit -- Bates number 26 of Exhibit 1.

11             I'd like you to look at Exhibit 27.

12        It's already in evidence and was introduced in

13        prior depositions.  Show it to the witness as

14        Exhibit 27A in Chinese, and to the translator;

15        and counsel for the witness should already have

16        a copy.  This document also bears CNBM Company

17        1 through -- Bates number 1 through 6 and

18        ALRMH-CNBM5129, dash, 32A on Exhibit 27A, which

19        the witness has.

20   BY MR. HERMAN:

21        Q    And I'll ask the witness to first review the

22   document.

23        A    You mean all of the contents?

24        Q    I'd like the witness to read, to herself,

25   and review the document, to herself, before I ask

Confidential - Subject to Further Confidentiality Review

1    questions.

2        A    I mean, all of the document?

3        Q    I would like the witness to review for

4    herself Exhibit 27 before I ask her any questions.

5        A    Okay.  Thank you.

6        Q    The Chinese version is Exhibit 27A, dated

7    July 18, 2014, published in English and in Chinese,

8    as identified by previous witnesses as a voluntary

9    announcement of China National Building Material

10   Company, Limited.

11               (Document review.)

12               MR. HERMAN:  I'm going to proceed to ask

13       the witness some questions.

14               THE WITNESS:  Yes, please go ahead.

15   BY MR. HERMAN:

16       Q    Is it more probable than not that the

17   directors of CNBMG knew of Taishan's decisions not to

18   appear in federal court in New Orleans before the

19   decision was made?

20               And I ask you this as the corporate

21   representative of CNBMG, chosen to testify for the

22   corporation at this deposition.

23               MR. STENGEL:  Objection to form.

24       A    They did know that there is a possibility

25   that Taishan Gypsum Company will not appear for the

Confidential - Subject to Further Confidentiality Review

1   hearing.

2   BY MR. HERMAN:

3       Q     Isn't it more probable than not that

4   Chairman Song, as chairman of CNBM Company, Limited;

5   as chairman of BNBM Group; and as chairman of

6   CNBM Group, was consulted as to whether Taishan should

7   appear or not?

8               MR. STENGEL:  Objection to form.

9       A     Who consulted him, you meant?

10  BY MR. HERMAN:

11      Q     I'll ask you again.

12              As the corporate representative of

13  CNBM Group, chosen to represent CNBM Group as its

14  spokesperson at this deposition, isn't it more

15  probable than not that Chairman Song, as chairman of

16  CNBM Company, BNBM Group and CNBM Group, was consulted

17  as to whether Taishan should appear or not?

18              MR. STENGEL:  Objection to form.

19      A     Do you mean they consulted him to get his

20  personal opinion?

21  BY MR. HERMAN:

22      Q     I'll ask the question again.

23      A     I'm sorry.

24      Q     Isn't it more probable than not that

25  Chairman Song, as chairman of CNBM Company, BNBM Group

Confidential - Subject to Further Confidentiality Review

1    and chairman of CNBM Group, was consulted by Taishan

2    before Taishan did not appear at a hearing ordered by

3    Judge Fallon?

4              MR. STENGEL:  Objection to form.

5        A    There is the possibility of such.

6    BY MR. HERMAN:

7        Q    Is that possibility more probable than not?

8              MR. STENGEL:  Objection to the form.

9              MR. PFAEHLER:  Objection to form.

10       A    More probable.

11   BY MR. HERMAN:

12       Q    Now, I will refer you to Exhibit 27A of

13   July 18, 24 [sic], a public voluntary announcement

14   published in English and Chinese by China National

15   Building Material Company, Limited.  And if you need

16   to refer to the document, please do.  Exhibit 27A is

17   in Chinese.

18              Isn't it true that on July 18, 2014,

19   BNBM Company, Limited was a 52.4% held subsidiary of

20   CNBM Company, Limited?

21       A    Yes, according to the Chinese version of the

22   CNBM Company, Limited voluntary announcement dated

23   July 18th, 2014, it is stated that CNBM Company,

24   Limited know from the BNBM Company, Limited,

25   parentheses, 52.4, held -- stock held subsidiary of

Confidential - Subject to Further Confidentiality Review

1    the company, yes.  Correct.

2         Q    And isn't it true, on July 18th, 2014, that

3    Taishan Gypsum was a 65% held subsidiary of BNBM?

4                   MR. PFAEHLER:  Objection, form.

5         A    According to this voluntary announcement,

6    from what I read, is -- that's how it was stated, yes.

7    BY MR. HERMAN:

8         Q    And as the corporate representative of

9    CNBM Group, chosen to be its spokesperson at this

10   deposition, you know that on July 18, 2014, CNBM Group

11   was the parent of CNBM Company, Limited, correct?

12        A    According to the annual report of 2014 of

13   the CNBM Company, Limited, it did state that the

14   CNBM Group is the parent company of the CNBM Company,

15   Limited.

16        Q    As the spokesperson of CNBM Group, chosen

17   for this deposition as its spokesperson, are you aware

18   that from the year 2010, through July 18th, 2014, that

19   BNBM Company, Limited paid attorneys' fees for the

20   defense of BNBM Company, Limited in connection with

21   the U.S. litigation?

22                   MR. STENGEL:  Objection to form.

23                   MR. PFAEHLER:  Objection to form.

24        A    I'm not clear.  I don't know about that

25   situation.

Confidential - Subject to Further Confidentiality Review

```
1    BY MR. HERMAN:

2        Q    As the chief economist of CNBM Group, and as

3    its chosen spokesperson, are you aware that attorneys'

4    fees paid by BNBM Company, Limited and Taishan from

5    2010 through July 18, 2014, was less than 3% of

6    damages which had been validated in the Knauf

7    settlement as losses to U.S. homeowners?

8                MR. STENGEL:  Objection to form.

9                MR. PFAEHLER:  Objection, form.

10       A    Do you mean it was the case of Germano case,

11   the damage fee from the Germano case?

12   BY MR. HERMAN:

13       Q    No.  I'll ask another question.  I'll

14   withdraw that question.

15               As the chosen spokesperson of

16   CNBM Group, are you aware that from March -- strike

17   that -- are you aware that for the years 2010, 2011,

18   2012, 2013 and 2014, that BNBM published annual

19   reports in English and Chinese?

20       A    Do you mean BNBM Company, Limited?

21       Q    Yes.

22       A    I'm not sure about that.

23       Q    As the spokesperson for CNBM Group, chosen

24   for this deposition by CNBM Group, and as chief

25   economist of CNBM Group, isn't it true that you are
```

Confidential - Subject to Further Confidentiality Review

 1   aware that BNBM Company Plc published, in English and

 2   Chinese, annual reports in the year 2011 -- for the

 3   year 2010, for the year 2011, for the year 2012, for

 4   the year 2013, and for the year 2014?

 5               MR. STENGEL:  Objection to form.

 6      A     According to my common sense, BNBM Company,

 7   Limited is an A-listing company within the -- within

 8   China; therefore, they would publish annual report in

 9   Chinese version.  As to if they publish English

10   versions, I don't know.

11   BY MR. HERMAN:

12      Q     Isn't it true that Chairman Cao was chairman

13   of the supervisory committee of BNBM Plc in 2010,

14   2011, 2012, 2013 and 2014?

15               MR. STENGEL:  Objection to form.

16               MR. PFAEHLER:  Objection, asked and

17        answered.

18      A     To this question, I'm not certain.

19   BY MR. HERMAN:

20      Q     Isn't it true that Mr. Cao was a director

21   of -- and president of CNBM Company, Limited during

22   the years 2010 through 2014?

23      A     Yes.

24      Q     And he was also a director of BNBM Group and

25   CNBM Group during the years 2010 to 2014?

Confidential - Subject to Further Confidentiality Review

1    A    As far as I know, Mr. Cao Jianglin, C-A-O,

2    J-I-A-N-G-L-I-N, is the director of CNBM Group and the

3    chairman of the supervisory committee of BNBM Group.

4    Q    Isn't it true that the board of directors of

5    BNBM Plc, from 2010 through 2014, issued the Chinese

6    and English versions publicly of the BNBM annual

7    reports?

8                MR. PFAEHLER:  Objection to form.

9    A    As to this question, I believe I have

10   already answered, but if it's necessary, I will answer

11   it again.

12               BNBM Company Plc, they are an

13   A-listing company within China, so every year,

14   according to the listing company's regulation of the

15   Chinese government, they will issue a Chinese annual

16   report every year.  Whether they published an English

17   version of the annual report, I don't know.

18   BY MR. HERMAN:

19   Q    My question is:  In those annual reports,

20   particularly from 2010 through 2014, weren't they

21   issued and approved by the board of directors of

22   BNBM Company Plc?

23               MR. PFAEHLER:  Objection, form.

24   A    I don't understand the question.

25   BY MR. HERMAN:

```
 1        Q     Do you recall yesterday I asked you if the

 2   board of directors of BNBM Public Company certified an

 3   annual report as true and correct?

 4              MR. PFAEHLER:  Objection to form.

 5        A     I don't recall a question asked yesterday

 6   like this question.

 7   BY MR. HERMAN:

 8        Q     Okay.  Fair enough.  Tomorrow morning, I

 9   will bring out that report that, yesterday, had a

10   certification from the board of directors of BNBM that

11   it was true and correct.

12              It was also -- the certification was

13   contained in CNBM announcement, Exhibit 24 of -- I'm

14   sorry, BNBM public announcement, Exhibit 24.  And I'll

15   read -- I'll read it to you.  It's dated May 28th,

16   2010.

17              Quote, "The company and all members of

18   the board of directors hereby warrant the

19   truthfulness, accuracy and completeness of the

20   contents of this announcement, and that there are no

21   false representations, misleading statements or

22   material omissions contained herein."

23              Do you recall that certification on

24   Exhibit 24/Exhibit 24A, as we covered yesterday?

25        A     Is it BNBM?
```

Confidential - Subject to Further Confidentiality Review

```
1        Q       Company Plc, yes.

2        A       Let me go through the document -- the

3   documents we went through yesterday.

4        Q       It's ALRMH-CNBM5105A.

5        A       Yes, I found it.

6        Q       At the top of the page in the box, would you

7   read what's in the box at the top of the page, for the

8   record.

9        A       I'm now reading Exhibit 24A.  There's a box

10  on the top, within it is stated, "The company and all

11  member of the board of directors warrant the

12  announcement contents truthfulness, accuracy and

13  completeness, and there is no false statement,

14  misleading statement or material omissions."

15       Q       Thank you.

16               I want to ask you:  Isn't it true that

17  CNBM Group audited Taishan Gypsum from time to time?

18               MR. STENGEL:  Objection to form.

19       A       No.

20  BY MR. HERMAN:

21       Q       As the company spokesperson, chosen to

22  represent CNBM Group at this deposition, you're not

23  aware that CNBM Group audited Taishan, discovered a

24  problem in June 2012 that required Tongchun Jia, the

25  chairman of the board of directors of Taishan Gypsum,
```

Confidential - Subject to Further Confidentiality Review

```
 1    who held 5% of Taishan Gypsum stock, to give up a

 2    position of deputy general manager of BNBM Public

 3    Limited Company?

 4              MR. STENGEL:  Objection to form.

 5       A    I know about this, this incident.

 6    BY MR. HERMAN:

 7       Q    In 2010, isn't it true that China National

 8    Building Material Group Corporation and China National

 9    Building Material Company, Limited, BNBM and Taishan

10    Gypsum each hired American law firms as legal

11    consultants to respond to the drywall litigation in

12    the U.S., beginning in June 2010?

13              MR. PFAEHLER:  Objection to form.

14              MR. STENGEL:  Objection to form,

15         compound, foundation.

16       A    Can you disassemble the question to ask me

17    individually?

18    BY MR. HERMAN:

19       Q    Sure.

20              As the spokesperson chosen for

21    CNBM Group at this deposition, isn't it true that in

22    June 2010, China National Building Material Group

23    Corporation retained attorneys in the United States of

24    America to represent it in connection with the drywall

25    litigation in the United States of America?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A     Do you -- when you say "attorney in the
 2   United States," do you mean a certified attorney that
 3   has the -- certified by the bar association of the
 4   U.S., or do you mean...
 5      Q     I'll repeat the question again.
 6            Isn't it true, in June 2010, that
 7   China National Building Material Group Corporation
 8   retained attorneys in the United States of America to
 9   represent it in drywall litigation in the United
10   States of America?
11      A     Whether CNBM Group retained professional
12   attorney in June 2010 to represent them in the drywall
13   cases, I'm not completely sure, but they did retain
14   professional attorneys in the year of 2010.
15      Q     And when they retained attorneys in the year
16   2010, isn't it true that those attorneys were retained
17   by CNBM Group to represent itself in connection with
18   the drywall litigation in the United States of
19   America?
20      A     CNBM Group did retain attorney to
21   represent -- to provide professional service for the
22   drywall cases in the United States.
23      Q     Is it also true, in the year 2010, that
24   CNBM Material Company, Limited retained attorneys to
25   represent it in connection with the drywall litigation
```

Confidential - Subject to Further Confidentiality Review

```
1    in the United States of America?

2         A     I don't know about this situation.

3              (Pause.)

4              MR. STENGEL:  Mr. Herman, we're about

5         due for a break.

6              MR. HERMAN:  Just give me a second and

7         we'll have a break.

8              (Pause.)

9              MR. HERMAN:  Take a 15-minute recess.

10             THE VIDEOGRAPHER:  The time now is

11        4:04 p.m.  We're off the record.

12             (Recess taken, 4:04 p.m. to 4:29 p.m.)

13             THE VIDEOGRAPHER:  This begins Disc 5 of

14        today's deposition.  Time now is 4:29 p.m.

15        We're back on the record.

16             (CG:6/16/15-6/18/15 Exhibit 94 marked.)

17             MR. HERMAN:  I'm going to read into the

18        record Exhibit 94, request for judicial service

19        abroad of -- judicial or extrajudicial

20        documents, and I'm handing them to opposing

21        counsel.  CNBM Building Material Company,

22        Limited, first page dated 2/28/13.

23             The second page is service on

24        CNBM Company, Limited in the Amorin Louisiana v.

25        Taishan Gypsum case with CNBM Company as a
```

Confidential - Subject to Further Confidentiality Review

 1          defendant, May 27th, 2013.

 2                  Third is a proof of service of China

 3          National Building Material Company, Limited that

 4          indicates that Chang, Zhangli, vice president of

 5          CNBM Company, Limited, was served on April 3rd,

 6          2013, with translations; and the last page is in

 7          Chinese.  And I so offer Exhibit 94.  Okay.

 8                  (CG:6/16/15-6/18/15 Exhibit 91 marked.)

 9                  MR. HERMAN:  Exhibit 91, I submit, as an

10          officer of the court, that CNBM Group furnished

11          the document in Chinese, 1390 to 13 -- I'm

12          sorry, 13290 to 13347.  The translation,

13          furnished by CNBM Group, in English, is

14          13290.001 through 13290.015; and the Chinese

15          document, furnished to us by CNBM Group, is

16          13290 through 13347.  It's a 52-page document.

17                  We have translated a part of the

18          document as CNBM Group 13290.  It comes from

19          page 13297, 13298, which we've marked for the

20          witness with a tag.  It's titled "China National

21          Building Material Group Corporation, Year of

22          2015 to 2017, Development Strategy and Plan,

23          Draft to be Reviewed by Leadership, CNBM, April

24          2015."

25     BY MR. HERMAN:

Confidential - Subject to Further Confidentiality Review

```
 1        Q      And I'm going to ask that the witness read

 2    the first page, that is the cover page, in Chinese,

 3    furnished by CNBM Group, page 13290 of Exhibit 91.

 4        A      "China Building Material Group Company,

 5    Limited, Year 2015 to Year 2017, Development Strategy

 6    and Plan."

 7        Q      Is there something in parentheses beneath

 8    that?

 9        A      "Leadership Review Transcript."

10        Q      And is there something below that?

11        A      "CNBM, April 2015."

12        Q      I ask the witness to turn to page 13297 and

13    read the first sentence after 1.1.3 of Exhibit 91,

14    "Organization Structure."

15        A      "1.1.3, Organization Structure.  The China

16    Building Material Group implement parent and

17    subsidiary company strategy management modes in order

18    to implement a strategy and management.  The group

19    company is the center of the strategy, the center of

20    the decision-making, the center of the resources,

21    policy, cultural center of the group, and will in

22    compliance with the regulation of corporations to

23    deploy investors' power and to have the rights to make

24    decision of any major issues to all subsidiaries, as

25    well as to exercise the rights to waive any manager
```

1    and the income of -- the rights to receive income of

2    the investment through the subsidiaries."

3        Q     I'll ask the witness to turn to page 13298,

4    and is there a date on page 13298 in Chinese?

5        A     Yes, I see that.

6        Q     And what is that date?

7        A     It says "Until -- until December 31st,

8    2014."

9        Q     Now, as the chief economist of CNBM Group

10   from December 9th to the present date, and as the

11   chosen spokesperson for China National Building

12   Material Group Corporation at this deposition, have

13   you seen such directives previously with regard to

14   China National Building Material Group Corporation?

15            MR. STENGEL:  Objection to form.

16            MR. PFAEHLER:  Objection, form.

17       A     I cannot be sure until today that I have

18   seen documents completely the same as the document I

19   have at hand here.

20   BY MR. HERMAN:

21       Q     Is it more probable than not, as the chosen

22   representative of CNBM Group Corporation, that in

23   years 2010 through 2015, CNBM Group Corporation issued

24   documents implementing a management model of

25   parent-subsidiary company strategic control?

Confidential - Subject to Further Confidentiality Review

```
 1              MR. STENGEL:  Objection, form.

 2      A    I want to make sure I understand.  What do

 3   you mean exactly by "issuing documents"?

 4   BY MR. HERMAN:

 5      Q    I'll ask the question again.

 6              Is it more probable than not, as the

 7   chosen representative of CNBM Group Corporation, that

 8   in years 2010 through 2015, CNBM Group Corporation

 9   issued documents implementing a management model of

10   parent-subsidiary company strategic control?

11              MR. STENGEL:  Objection, form.

12      A    Do you mean in order to implement

13   specifically this management model of

14   parent-subsidiary company control and issue documents

15   specific for this purpose only?

16   BY MR. HERMAN:

17      Q    I am going to read the question again.  The

18   question does not refer to a document.

19              Is it more probable than not, as the

20   chosen representative of CNBM Group Corporation, that

21   in years 2010 through 2015, CNBM Group Corporation

22   issued documents implementing a management model of

23   parent-subsidiary company strategic control?

24              MR. STENGEL:  Objection, form.

25      A    I cannot be sure.
```

Confidential - Subject to Further Confidentiality Review

1    BY MR. HERMAN:

2         Q      Is it more probable than not that you, as

3    the chief economist, since the beginning of 2010, of

4    CNBM Group, and as the chosen spokesperson for

5    CNBM Group, are aware that China National Building

6    Material Group Corporation implemented a management

7    model of parent-subsidiary company strategic control

8    from 2010 to the current date?

9                   MR. STENGEL:  Objection to form.

10        A      I will answer the question this way.  The

11   CNBM Company, Limited implement the code of

12   enterprises and to exercise its own shareholder's

13   right by implementing the codes and to -- and manage

14   the subsidiaries.

15   BY MR. HERMAN:

16        Q      I'll ask you again.

17                   The China National Building Material

18   Group Corporation implemented a management model of

19   parent-subsidiary company strategic control; isn't

20   that true?

21                   MR. STENGEL:  Objection, form, asked and

22        answered, argumentative.

23        A      Should I answer it again?

24   BY MR. HERMAN:

25        Q      According to what I read, you did not answer

Confidential - Subject to Further Confidentiality Review

1    the question.  You answered it for CNBM Company,

2    Limited.  You did not answer it for China National

3    Building Material Group Corporation.

4                    MR. PFAEHLER:  Objection as to form.

5                    MR. HERMAN:  So I'll ask it again.

6    BY MR. HERMAN:

7        Q     Isn't it true --

8        A     I think it might be a mistake on

9    interpretation on the record.  I agree to answer it

10   again.

11                   CNBM Group implement the Chinese

12   enterprises regulations and to manage the

13   subsidiaries -- that is, the invested company -- and

14   they're exercising as a shareholder's right, and their

15   shareholder's right was given by the Enterprise Code

16   in China.  Therefore, they are managing the

17   subsidiaries according to the code, and that is their

18   performing investor's right.

19       Q     And was that code in force in 2006 and 2007,

20   at the time Taishan shipped Chinese drywall to the

21   United States?

22                   MR. PFAEHLER:  Objection to form, calls

23        for a legal conclusion.

24       A     Yes.

25   BY MR. HERMAN:

Confidential - Subject to Further Confidentiality Review

```
 1      Q    And hasn't that code, specifying

 2  parent-subsidiary strategic control, been in force

 3  from 2009 through 2014?

 4            MR. STENGEL:  Objection to form,

 5       argumentative, repetitive and misstates prior

 6       testimony.

 7            THE INTERPRETER:  The interpreter is

 8       repeating the question to the witness.

 9            MR. HERMAN:  Sure.

10  BY MR. HERMAN:

11      Q    Has that code been in force continuously

12  from 2006 through 2014?

13            MR. STENGEL:  Same objections.

14      A    As far as I understand, yes.

15  BY MR. HERMAN:

16      Q    Now, isn't it true that China National

17  Building Material Group Corporation has managed its

18  subsidiaries during that period of time with strategy

19  management, decision-making management, resource

20  management and culture management?

21            MR. STENGEL:  Objection, vague and

22       ambiguous.

23      A    I will answer the question this way.

24            (Translation.)

25      A    I will answer the question this way.
```

1    CNBM Group is, according to the Enterprise Code of

2    China, exercising the investors' rights to its

3    subsidiaries.  Therefore, here, it is usually

4    considered -- according to this, it is usually

5    considered that CNBM Group, as the parent company --

6             (Translation.)

7       A      Therefore, the CNBM Group is usually

8    considered the parent company of the subsidiaries that

9    was invested in.  CNBM Group as the parent company,

10   their management on the subsidiaries is according to

11   the Enterprise Code and exercise the investors' right

12   to manage the subsidiaries.

13   BY MR. HERMAN:

14      Q      And in the right to manage subsidiaries by

15   China National Building Material Group Corporation,

16   isn't it true, from the year 2006 to the current date,

17   that China National Building Material Group

18   Corporation has managed the strategy management of its

19   subsidiaries, the decision-making management of its

20   subsidiaries, the resource management of its

21   subsidiaries and the culture management of its

22   subsidiaries?

23             MR. STENGEL:  Objection to form, asked

24         and answered, argumentative, compound and vague

25         and ambiguous.

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. HERMAN:  Given all those objections,

 2           I'll restate the question in four different

 3           ways, and try not to be ambiguous or compound.

 4   BY MR. HERMAN:

 5       Q    Isn't it true, during the period from 2006

 6   to the current date, that China National Building

 7   Material Group Corporation managed its subsidiaries'

 8   strategy management?

 9                    MR. STENGEL:  Objection to form, still

10           vague and ambiguous, still asked and answered.

11       A    The development strategy of the subsidiaries

12   will be proposed by the subsidiary and go through

13   legal procedure in order to reach the decision, and

14   the group will exercise the shareholder's rights.

15   BY MR. HERMAN:

16       Q    Will the group exercise the shareholder's

17   right to the strategy of management?

18                    MR. STENGEL:  Objection to form.

19       A    If the subsidiaries has developed -- a

20   developing strategy and has reached a decision,

21   CNBM Group will exercise the shareholder's right by

22   implementing its rights to decision.

23   BY MR. HERMAN:

24       Q    Implementing whose right to decision?

25       A    Exercise CNBM -- it will be CNBM Group
```

1    exercising its own right as -- exercising the

2    shareholder's right as an investor.

3        Q    Did CNBM Group Corporation also, during the

4    period 2006 to 2010, exercise decision-making

5    management for its subsidiaries?

6                MR. STENGEL:  Objection, vague and

7            ambiguous, asked and answered.

8        A    CNBM Company, Limited is a listing company

9    in public in Hong Kong.  Its management over its

10   subsidiaries will not only need to be in compliance

11   with the Enterprise Code in China, but it will also

12   have to comply with the listing Enterprise Code, as

13   well as the Hong Kong listing Enterprise Code and all

14   the other related provisions.  It has to meet all

15   those code requirements.

16   BY MR. HERMAN:

17       Q    My question is:  You, as the chosen

18   spokesperson for China National Building Material

19   Group, isn't it true that China National Building

20   Material Group Corporation, for the period 2006 to

21   date, had decision-making management of its

22   subsidiaries?

23                MR. STENGEL:  Objection to form, asked

24          and answered, vague and ambiguous.

25       A    During this period of time, CNBM Group did

Confidential - Subject to Further Confidentiality Review

1   comply with the Enterprise Code and exercised its own

2   investor's -- and exercise its own share investor's

3   right -- to exercise the shareholder's decision rights

4   to its own subsidiaries.

5   BY MR. HERMAN:

6       Q    Did that include decision-making power as a

7   fund contributor on major issues, such as its

8   subsidiaries' investment and finance and

9   restructuring?

10              MR. STENGEL:  Objection to form.

11      A    According to the Enterprise Code, as well as

12  the charter of the invested company, the CNBM Group

13  will exercise its own shareholder's right in the

14  decision-making.

15  BY MR. HERMAN:

16      Q    And did exercising that right include major

17  issues, such as its subsidiaries' investment and

18  financing and restructuring?

19              MR. STENGEL:  Objection to form.

20              THE INTERPRETER:  May the interpreter

21      clarify the meaning?

22              (Translation.)

23      A    This depends on every investor subsidiary,

24  how they defined in their each individual company's

25  charter as to what right the CNBM Group has in regards

Confidential - Subject to Further Confidentiality Review

1    of the decision-making rights.

2    BY MR. HERMAN:

3        Q       Well, from 2006 through date, as the

4    representative at this deposition of CNBM Group

5    Corporation, isn't it true that CNBM Group Corporation

6    had decision-making power over its subsidiaries'

7    investment and financing?

8                    MR. STENGEL:  Objection to form.

9        A       I will answer this question again.  It's not

10   a direct decision-making power.  We will have to

11   follow the Enterprise Code, as well as each individual

12   enterprise's charter, to exercise shareholder's right.

13   Every invested subsidiary has different -- certain

14   difference in how they define and regulate

15   shareholder's right, so we will have to follow the

16   Enterprise Code, as well as the individual charter of

17   the subsidiary, and exercise such rights.

18   BY MR. HERMAN:

19       Q       As the economist for CNBM Group since 2010,

20   don't you know, of your own knowledge, that CNBM Group

21   had decision-making power over its subsidiaries'

22   investment and financing?

23                   MR. STENGEL:  Objection, form, vague and

24        ambiguous, asked and answered.

25       A       CNBM Group's power of decision rights over

Confidential - Subject to Further Confidentiality Review

1    the subsidiaries was according to the shareholder's

2    right given by the Enterprise Code; and according to

3    the shareholder's right given by the Enterprise Code,

4    it exercise its own decision power.

5    BY MR. HERMAN:

6        Q      That's not my question.

7                My question is:  Don't you know, as

8    the chief economist since 2010 of CNBM Group, that

9    CNBM Group exercised decision-making power over its

10   subsidiaries in investment and in financing?

11               MR. STENGEL:  Objection to form, asked

12        and answered, argumentative, vague and

13        ambiguous.

14       A      I will answer in this way.

15               THE INTERPRETER:  May the interpreter

16        clarify a phrase?

17               (Translation.)

18       A      I will answer it this way.  From 2010 until

19   current, CNBM Group has expressed its own opinion, as

20   a shareholder, of invested subsidiaries' finance and

21   investment decision.  They have expressed their

22   opinion as a shareholder, this decision-making opinion

23   as a shareholder.

24   BY MR. HERMAN:

25       Q      Isn't it true that CNBM Group has to

Confidential - Subject to Further Confidentiality Review

1    approve, through its board of directors, the charters

2    of its subsidiaries?

3              MR. STENGEL:  Objection, compound, vague

4         and ambiguous.

5    A    The charter of the subsidiaries will be

6    decided by the subsidiaries' board of directors and

7    approved by the subsidiaries' board of directors.

8    BY MR. HERMAN:

9    Q    Yes, but isn't it true that the

10   subsidiaries' charters also have to be approved by

11   CNBM Group's board of directors?

12             MR. STENGEL:  Objection, form.

13   A    The charter of the subsidiaries will be

14   decided by the subsidiary's board of directors

15   meeting.  It does not have to receive approval from

16   the board of directors of CNBM Group.

17   BY MR. HERMAN:

18   Q    Isn't it true that from 2006 to the current

19   date, that CNBM Group exercised resource management of

20   its subsidiaries?

21             MR. STENGEL:  Objection to form, vague

22        and ambiguous, asked and answered.

23   A    During -- from 2006 to current, CNBM Group

24   has exercised its own shareholder's right to the

25   invested subsidiaries regarding relating -- regarding

Confidential - Subject to Further Confidentiality Review

```
1   resource management and related issues.

2   BY MR. HERMAN:

3       Q     And this includes domestic and overseas

4   resources, doesn't it?

5                 MR. STENGEL:  Objection to form.

6       A     Because I am not sure if, from 2006 to 2014,

7   whether CNBM Group have exercised its shareholder's

8   right regarding overseas resource management.

9   BY MR. HERMAN:

10      Q     As the spokesperson chosen for CNBM Group to

11  testify under oath at this deposition, is it more

12  probable than not that CNBM Group, during the period

13  of time from 2006 to date, exercised its resource

14  management of its subsidiaries?

15                MR. STENGEL:  Objection to form.

16                (Translation.)

17                MR. STENGEL:  I apologize.  Objection to

18      form.

19      A     I really cannot recall specific subject

20  relating to this that CNBM Group has exercised -- had

21  exercised its own investor's power of resource

22  management.

23  BY MR. HERMAN:

24      Q     Do you know what the Luneng mine is?

25                THE INTERPRETER:  May the interpreter
```

Confidential - Subject to Further Confidentiality Review

```
 1          have a repetition?

 2              MR. HERMAN:  Yes.  L-E-N-U-N-G gypsum

 3       mine -- L-U-N-E-N-G gypsum mine.

 4              THE INTERPRETER:  L-E-N-E-N-G?

 5              MR. HERMAN:  L-U-N-E-N-G.

 6    A     Where is this located?

 7  BY MR. HERMAN:

 8    Q     It's in China, and it is called the Luneng

 9  mine of gypsum in Shandong, China.

10    A     I don't know about this.

11    Q     As the chosen representative of CNBM Group

12  at this deposition, and spokesperson, do you know who

13  authorized Taishan to remove gypsum from the Luneng

14  mine to make gypsum-based drywall?

15              MR. STENGEL:  Objection to form.

16    A     I don't know.

17              MR. HERMAN:  I'm going to offer

18       Exhibit 91.

19              (CG:6/16/15-6/18/15 Exhibit 66 marked.)

20              MR. HERMAN:  I'm going to offer

21       Exhibit 66.  It's a 44-page document submitted

22       by Taishan counsels as a Taishan privilege log

23       indicating activity on behalf of lawyers for

24       Taishan from June 30th, 2009, through

25       September 22nd, 2014, including various reports
```

Confidential - Subject to Further Confidentiality Review

```
 1          of case status that went to Chungang Dong and

 2          Peng Wenlong and Eugene Chen, Jia Tongchun and

 3          others.

 4               It also -- it also indicates, for

 5          example, at page 12, that on October 22nd, 2010,

 6          Christopher Vejnoska and James Stengel were

 7          retained as counsel for BNBM and/or CNBM; and

 8          there are various other indications of counsel

 9          being retained for BNBM and/or CNBM beginning in

10          earlier dates, including June 21st, 2010.

11               It also indicates that Hogan Lovells,

12          attorneys for Taishan Gypsum, gave e-mails and

13          updates with Taishan's parents, BNBM,

14          Z-H-U-C-A-I, C-H-E-N, capital B-I-A-N,

15          Z-I-Q-I-A-N-G, and capital T-A-O, Z-H-E-N-G at

16          various times from 2009 through 2014.

17               And we'll begin tomorrow with -- if we

18          can begin at 8:30 tomorrow, if that's

19          acceptable, I should be through by noon, 12:30

20          at the latest.

21               MR. STENGEL:  Let me consult with the

22          witness.  I think we can probably accommodate

23          that.

24               MR. HERMAN:  Sure.  We also have to

25          consult with the translator and the videographer
```

Confidential - Subject to Further Confidentiality Review

```
1          and the court reporter, so why don't we take a

2          recess, everybody think about it.  If it's not

3          acceptable, that's okay.  We'll just start at

4          9:00.

5                    THE VIDEOGRAPHER:  The time now is

6          5:32 p.m.  We're off the record.

7                    (Proceedings recessed at 5:32 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    REPORTER'S CERTIFICATE

 2

 3        This transcript is valid only for a transcript

 4   accompanied by my original signature and original

 5   required seal on this page.

 6        I, Michael E. Miller, Certified Court Reporter

 7   (LA Certificate #27009) in and for the State of

 8   Louisiana, as the officer before whom this testimony

 9   was taken, do hereby certify that GUOPING ZHOU, after

10   having been duly sworn by me upon authority of

11   R.S. 37:2554, did testify as herein before set forth

12   in the foregoing 115 pages; that this testimony was

13   reported by me in the stenotype reporting method, was

14   prepared and transcribed by me or under my personal

15   direction and supervision, and is a true and correct

16   transcript to the best of my ability and

17   understanding; that the transcript has been prepared

18   in compliance with transcript format guidelines

19   required by statute or by rules of the board, and that

20   I am informed about the complete arrangement,

21   financial or otherwise, with the person or entity

22   making arrangements for deposition services; that I

23   have acted in compliance with the prohibition on

24   contractual relationships, as defined by Louisiana

25   Code of Civil Procedure Article 1434
```

1    and in rules and advisory opinions of the board;

2    that I have no actual knowledge of any prohibited

3    employment or contractual relationship, direct or

4    indirect, between a court reporting firm and any party

5    litigant in this matter nor is there any such

6    relationship between myself and a party litigant in

7    this matter.  I am not related to counsel or to the

8    parties herein, nor am I otherwise interested in the

9    outcome of this matter.

10

11          Signed this ___ day of _____, 2015.

12

13

14          _____

15          MICHAEL E. MILLER, FAPR, RDR, CRR

16          Certified Court Reporter

17          LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25

```
 1                ACKNOWLEDGMENT OF DEPONENT

 2

 3         I,_____, do hereby

 4    certify that I have read the foregoing pages and

 5    that the same is a correct transcription of the

 6    answers given by me to the questions therein

 7    propounded, except for the corrections or changes in

 8    form or substance, if any, noted in the attached

 9    Errata Sheet.

10

11         _____

12         GUOPING ZHOU                    DATE

13

14    Subscribed and sworn to before me this

15    _____ day of _____, 20 _____.

16    My commission expires: _____

17

18    Notary Public

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

1          — — — — — —

2                    ERRATA

           — — — — — —

3

4    PAGE   LINE    CHANGE/REASON

5    _____  _____   _____

6    _____  _____   _____

7    _____  _____   _____

8    _____  _____   _____

9    _____  _____   _____

10   _____  _____   _____

11   _____  _____   _____

12   _____  _____   _____

13   _____  _____   _____

14   _____  _____   _____

15   _____  _____   _____

16   _____  _____   _____

17   _____  _____   _____

18   _____  _____   _____

19   _____  _____   _____

20   _____  _____   _____

21   _____  _____   _____

22   _____  _____   _____

23   _____  _____   _____

24   _____  _____   _____

25   _____  _____   _____

Confidential - Subject to Further Confidentiality Review

```
 1                 UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF LOUISIANA

 3      ****************************************************

 4      IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

        DRYWALL PRODUCTS LIABILITY

 5      LITIGATION                  SECTION:  L

 6      THIS DOCUMENT APPLIES TO     JUDGE FALLON

        ALL CASES

 7                                  MAG. JUDGE WILKINSON

 8      ****************************************************

 9

                  CONFIDENTIAL - SUBJECT TO FURTHER

10                      CONFIDENTIALITY REVIEW

11                     Thursday, June 18, 2015

12                          — — —

13

14          Continuing Videotaped 30(b)(6) Deposition of

15      CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION

16      through the testimony of GUOPING ZHOU, VOLUME 3, held

17      at the offices of Gordon, Arata, McCollam, Duplantis &

18      Eagan, LLP, 201 St. Charles Avenue, Suite 4000, New

19      Orleans, Louisiana, commencing at 8:40 a.m., on the

20      above date, before Michael E. Miller, Certified Court

21      Reporter (#27009), Registered Diplomate Reporter,

22      Certified Realtime Reporter.

23                          — — —

24                  GOLKOW TECHNOLOGIES, INC.

             877.370.3377 ph | 917.591.5672 fax

25                    deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR THE PLAINTIFF CLASS:
 3         HERMAN HERMAN & KATZ LLC
           BY:  RUSS M. HERMAN, ESQUIRE
 4              rherman@hhklawfirm.com
                MADELYN M. O'BRIEN, ESQUIRE
 5              mobrien@hhklawfirm.com
           820 O'Keefe Avenue
 6         New Orleans, Louisiana 70113
           (504) 581-4892
 7
 8         LEVIN FISHBEIN SEDRAN & BERMAN
           BY:  ARNOLD LEVIN, ESQUIRE
 9              alevin@lfsblaw.com
                SANDRA L. DUGGAN, ESQUIRE
10              sduggan@lfsblaw.com
           510 Walnut Street
11         Suite 500
           Philadelphia, Pennsylvania 19106
12         (215) 592-1500
13
           IRPINO LAW FIRM
14         BY:  ANTHONY IRPINO, ESQUIRE
                airpino@irpinolaw.com
15              PEARL A. ROBERTSON, ESQUIRE
                probertson@irpinolaw.com
16         2216 Magazine Street
           New Orleans, Louisiana 70130
17         (504) 525-1500
18
           GAINSBURGH BENJAMIN DAVID MEUNIER &
19         WARSHAUER LLC
           BY:  RACHEL A. STERNLIEB, ESQUIRE
20              rsternlieb@gainsben.com
           2800 Energy Centre
21         1100 Poydras Street
           New Orleans, Louisiana 70163-2800
22         (504) 522-2304
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR THE PLAINTIFF CLASS:
 3         THE LAMBERT FIRM, PLC
           BY:  HUGH P. LAMBERT, ESQUIRE
 4              hlambert@thelambertfirm.com
           701 Magazine Street
 5         New Orleans, Louisiana 70130-3629
           (504) 581-1750
 6
 7    COUNSEL FOR TAISHAN GYPSUM COMPANY:
 8         HANGARTNER RYDBERG & TERRELL LLC
           BY:  KEVIN MANEY, ESQUIRE
 9              kmaney@hanrylaw.com
           One Shell Square
10         701 Poydras Street, Suite 310
           New Orleans, Louisiana 70139
11         (504) 522-5690
12
      COUNSEL FOR BNBM DEFENDANTS:
13
           DENTONS US LLP
14         BY:  KENNETH J. PFAEHLER, ESQUIRE
                kenneth.pfaehler@dentons.com
15         2000 McKinney Avenue
           Suite 1900
16         Dallas, Texas 75201
           (214) 259-0900
17
18         PHELPS DUNBAR LLP
           BY:  HARRY ROSENBERG, ESQUIRE
19              harry.rosenberg@phelps.com
           365 Canal Street
20         Suite 2000
           New Orleans, Louisiana 70130-6534
21         (504) 566-1311
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR CNBM DEFENDANTS:
 3         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  JAMES STENGEL, ESQUIRE
 4             jstengel@orrick.com
           51 West 52nd Street
 5         New York, New York 10119-6142
           (212) 506-5000
 6
 7         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  XIANG WANG, ESQUIRE
 8             xiangwang@orrick.com
           5701 China World Tower
 9         No. 1 Jianguomenwai Avenue
           Beijing, 100004 People's Republic of China
10         +86 10 8595 5668
11
           ORRICK HERRINGTON & SUTCLIFFE LLP
12         BY:  J.R. RIDDELL, ESQUIRE
               jriddell@orrick.com
13         400 Capitol Mall
           Suite 3000
14         Sacramento, California 95814
           (916) 447-9200
15
16         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  JASON CABOT, ESQUIRE
17             jcabot@orrick.com
           The Orrick Building
18         405 Howard Street
           San Francisco, California 94105
19         (415) 773-5700
20
           GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLP
21         BY:  EWELL E. EAGAN, JR., ESQUIRE
               eeagan@gordonarata.com
22         201 St. Charles Avenue
           40th Floor
23         New Orleans, Louisiana 70170-4000
           (504) 582-1111
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:

 2   COUNSEL FOR THE STATE OF LOUISIANA:

 3        PERKINS COIE LLP

          BY:  CRAIG M.J. ALLELY, ESQUIRE

 4             callely@perkinscoie.com

          1900 Sixteenth Street

 5        Suite 1400

          Denver, Colorado 80202

 6        (303) 291-2400

 7

 8   ALSO PRESENT:

 9        YA-NAN CHOU, MANDARIN INTERPRETER

10        TONI XU, HERMAN HERMAN & KATZ LLC

11        CALDER GABROY, HERMAN HERMAN & KATZ LLC

12        BETTE SOLOMON, HERMAN HERMAN & KATZ LLC

13        MATT GAUGHAN, LEVIN FISHBEIN SEDRAN & BERMAN

14        YALI HU, ORRICK HERRINGTON & SUTCLIFFE LLP

15        SHELLEY ZHANG, ORRICK HERRINGTON & SUTCLIFFE LLP

16        MELISSA BARDWELL, VIDEOGRAPHER

17                       — — —

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
1                         INDEX

                      GUOPING ZHOU

2                     June 18, 2015

3

4        PROCEEDINGS                          237

5

6   EXAMINATION OF GUOPING ZHOU:

7            BY MR. HERMAN                     237

8

9        REPORTER'S CERTIFICATE               327

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        DEPOSITION EXHIBITS
                             GUOPING ZHOU
 2                           June 18, 2015
 3        NUMBER                DESCRIPTION            MARKED
 4    Exhibit 37-1      Taishan Gypsum (Nantong)        240
                        Co., Ltd. Information
 5                      ALRMH-CNBM0008800
 6    Exhibit 37-1A     Chinese Version of              240
                        Exhibit 37-1
 7                      ALRMH-CNBM0008801 -
                        ALRMH-CNBM0008802
 8
      Exhibit 37-2      Taishan Gypsum (Nantong)        240
 9                      Co., Ltd. Information
                        ALRMH-CNBM0008804
10                      ALRMH-CNBM0008805
11    Exhibit 37-2A     Chinese Version of              241
                        Exhibit 37-2
12                      ALRMH-CNBM0008806 -
                        ALRMH-CNBM0008807
13
      Exhibit 42-1      PSC Emergency Motion to         257
14                      Extend Discovery with
                        Respect to Contempt Track
15                      Discovery
16    Exhibit 42-1(A)   Exhibit 3 to PSC Emergency      257
                        Motion
17
      Exhibit 42-1(B)   Exhibit 4 to PSC Emergency      257
18                      Motion
19    Exhibit 42-1(C)   Exhibit 5 to PSC Emergency      257
                        Motion
20
      Exhibit 42-1(D)   Exhibit 8 to PSC Emergency      258
21                      Motion
22    Exhibit 42-1(E)   Exhibit 16 to PSC Emergency     258
                        Motion
23
      Exhibit 42-1(F)   Exhibit 17 to PSC Emergency     258
24                      Motion
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                      DEPOSITION EXHIBITS
 2   Exhibit 42-1(G)    Exhibit 20 to PSC Emergency    258
                        Motion
 3
     Exhibit 42-1(H)    Exhibit 21 to PSC Emergency    259
 4                      Motion
 5   Exhibit 42-1(I)    Exhibit 22 to PSC Emergency    259
                        Motion
 6
     Exhibit 42-1(J)    Exhibit 23 to PSC Emergency    259
 7                      Motion
 8   Exhibit 42-1(K)    Exhibit 25 to PSC Emergency    259
                        Motion
 9
     Exhibit 42-1(L)    Exhibit 26 to PSC Emergency    260
10                      Motion
11   Exhibit 42-1(M)    Exhibit 27 to PSC Emergency    260
                        Motion
12
     Exhibit 42-1(N)    Exhibit 28 to PSC Emergency    260
13                      Motion
14   Exhibit 42-1(O)    Exhibit 30 to PSC Emergency    260
                        Motion
15
     Exhibit 42-1(P)    Exhibit 32 to PSC Emergency    261
16                      Motion
17   Exhibit 42-1(Q)    4/24/15 Deposition of          261
                        CTIEC-TECO American
18                      Technology Inc. Through
                        Fred Paulsen
19
     Exhibit 43-1(A)    Exhibit 98 to PSC Emergency    261
20                      Motion
21   Exhibit 43-1(AA)   Exhibit 124 to PSC             269
                        Emergency Motion
22
     Exhibit 43-1(B)    Exhibit 99 to PSC Emergency    262
23                      Motion
24   Exhibit 43-1(BB)   Exhibit 125 to PSC             269
                        Emergency Motion
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                  DEPOSITION EXHIBITS
 2   Exhibit 43-1(C)   Exhibit 100 to PSC        262
                       Emergency Motion
 3
     Exhibit 43-1(CC)  Exhibit 126 to PSC        270
 4                     Emergency Motion
 5   Exhibit 43-1(D)   Exhibit 71 to PSC Emergency  262
                       Motion
 6
     Exhibit 43-1(DD)  Exhibit 127 to PSC        270
 7                     Emergency Motion
 8   Exhibit 43-1(E)   Exhibit 101 to PSC        262
                       Emergency Motion
 9
     Exhibit 43-1(F)   Exhibit 102 to PSC        263
10                     Emergency Motion
11   Exhibit 43-1(G)   Exhibit 103 to PSC        263
                       Emergency Motion
12
     Exhibit 43-1(H)   Exhibit 104 to PSC        263
13                     Emergency Motion
14   Exhibit 43-1(I)   Exhibit 105 to PSC        264
                       Emergency Motion
15
     Exhibit 43-1(J)   Exhibit 106 to PSC        265
16                     Emergency Motion
17   Exhibit 43-1(K)   Exhibit 107 to PSC        265
                       Emergency Motion
18
     Exhibit 43-1(L)   Exhibit 108 to PSC        265
19                     Emergency Motion
20   Exhibit 43-1(M)   Exhibit 109 to PSC        265
                       Emergency Motion
21
     Exhibit 43-1(N)   Exhibit 110 to PSC        266
22                     Emergency Motion
23   Exhibit 43-1(O)   Exhibit 111 to PSC        266
                       Emergency Motion
24
     Exhibit 43-1(P)   Exhibit 113 to PSC        266
25                     Emergency Motion
```

```
 1                    DEPOSITION EXHIBITS
 2    Exhibit 43-1(Q)   Exhibit 114 to PSC              267
                        Emergency Motion
 3
      Exhibit 43-1(R)   Exhibit 112 to PSC              267
 4                      Emergency Motion
 5    Exhibit 43-1(S)   Exhibit 115 to PSC              267
                        Emergency Motion
 6
      Exhibit 43-1(T)   Exhibit 117 to PSC              267
 7                      Emergency Motion
 8    Exhibit 43-1(U)   Exhibit 118 to PSC              267
                        Emergency Motion
 9
      Exhibit 43-1(V)   Exhibit 119 to PSC              268
10                      Emergency Motion
11    Exhibit 43-1(W)   Exhibit 120 to PSC              268
                        Emergency Motion
12
      Exhibit 43-1(X)   Exhibit 121 to PSC              268
13                      Emergency Motion
14    Exhibit 43-1(Y)   Exhibit 122 to PSC              269
                        Emergency Motion
15
      Exhibit 43-1(Z)   Exhibit 123 to PSC              269
16                      Emergency Motion
17    Exhibit 44-1(A)   Exhibit 132 to PSC              270
                        Emergency Motion
18
      Exhibit 44-1(B)   Exhibit 133 to PSC              271
19                      Emergency Motion
20    Exhibit 44-1(C)   Exhibit 135 to PSC              271
                        Emergency Motion
21
      Exhibit 44-1(D)   Exhibit 142 to PSC              272
22                      Emergency Motion
23    Exhibit 44-1(E)   Exhibit 136 to PSC              272
                        Emergency Motion
24
      Exhibit 44-1(F)   Exhibit 137 to PSC              272
25                      Emergency Motion
```

Confidential - Subject to Further Confidentiality Review

```
 1                    DEPOSITION EXHIBITS
 2   Exhibit 44-1(G)    Exhibit 138 to PSC          272
                        Emergency Motion
 3
     Exhibit 44-1(H)    Exhibit 139 to PSC          273
 4                      Emergency Motion
 5   Exhibit 44-1(I)    Exhibit 146 to PSC          273
                        Emergency Motion
 6
     Exhibit 44-1(J)    Exhibit 147 to PSC          273
 7                      Emergency Motion
 8   Exhibit 44-1(K)    Exhibit 148 to PSC          273
                        Emergency Motion
 9
     Exhibit 44-1(L)    6/17/15 Court Order         274
10
     Exhibit 61         Knauf Production            242
11                      KNAUFGIPS0160544 -
                        KNAUFGIPS0160888
12
     Exhibit 68         Modification Notice         282
13                      w/Translation
                        CNB000001 - CNB000002
14
     Exhibit 72         E-mail(s) w/Translation     295
15                      CNBMGRP00000679
16   Exhibit 78         Environmental-Expert.com    277
                        Website Printout
17                      (CNBM in Alabama)
18   Exhibit 78-1       Environmental-Expert.com    278
                        Website Printout
19                      (CNBM in Florida)
20   Exhibit 78-2       Environmental-Expert.com    279
                        Website Printout
21                      (CNBM in Louisiana)
22   Exhibit 78-3       Environmental-Expert.com    280
                        Website Printout
23                      (CNBM in Mississippi)
24   Exhibit 78-4       Environmental-Expert.com    280
                        Website Printout
25                      (CNBM in Texas)
```

```
 1                   DEPOSITION EXHIBITS
 2   Exhibit 78-5       Environmental-Expert.com      281
                        Website Printout
 3                      (CNBM in Virginia)
 4   Exhibit 80         GlobalGypsum.com Website      287
                        Printout
 5                      (Global Gypsum 2011 Review)
 6   Exhibit 80-1       GlobalGypsum.com Website      288
                        Printout
 7                      (Global Gypsum Awards)
 8   Exhibit 81         CNBM.com.cn Website           291
                        Printout
 9                      (Congratulations on
                        OKorder.com)
10
     Exhibit 81-1       ICNBM.com Website Printout    290
11                      (CNBMG named to Fortune 500)
12   Exhibit 81-2       ICNBM.com Website Printout    295
                        (Company Profile)
13
     Exhibit 96         FRE 1006 Summary BNBM Plc's   283
14                      Sales, Contracts and
                        Shipments of Gypsum Drywall
15                      to USA
16   Exhibit 97         Taishan/BNBM/CNBM             253
                        Appearances of Counsel at
17                      Third Party Deposition
                        Regarding Violations of
18                      Contempt Order
19   Exhibit 98         1/29/15 CNBMG Board of        245
                        Directors Meeting Minutes
20
     Exhibit 99         Taishan Gypsum Board Sales    286
21                      to U.S.
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                      PROCEEDINGS

 2              (June 18, 2015 at 8:40 a.m.)

 3              THE VIDEOGRAPHER:  This begins Disc 1 of

 4      Volume 3 of the deposition of China National

 5      Building Materials Group Corporation.  Today's

 6      date is June 18th, 2015.  Time now is

 7      approximately 8:40 a.m.  We're back on the

 8      record.

 9              (The Interpreter reminded of her oath.)

10              (The Witness reminded of her oath.)

11                    GUOPING ZHOU,

12               having been duly sworn,

13                testified as follows:

14                    EXAMINATION

15   BY MR. HERMAN:

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

 9    Q    Do you understand, in preparation for your

10    deposition, that Wenlong Peng was involved as general

11    manager of foreign trade import and export of Taishan

12    Gypsum and TTP at the time that Taishan/TTP drywall

13    was shipped to the United States of America?

14    A    Do you mean that if I know if he was the

15    general manager of the foreign trade export/import

16    department of Taishan and if he was involved in the

17    drywall exporting to the United States?  Are you

18    asking me if I know about both of the situations?

19    Q    I'll repeat the question.

20         Do you understand, in preparation for

21    your deposition, that Wenlong Peng was involved as

22    general manager of foreign trade import and export of

23    Taishan Gypsum and TTP at the time that Taishan/TTP

24    drywall was shipped to the United States of America?

25    A    During my preparation for the deposition, I

Confidential - Subject to Further Confidentiality Review

```
1    have heard of his name, but specifically what his

2    duty, position and what job he has done in Taishan,

3    I'm not sure.  I don't know.

4        Q    Do you know of any policy of CNBM Group or

5    its subsidiaries that allows a departing employee to

6    take their entire personnel record with them when they

7    leave?

8                 MR. STENGEL:  Objection to form.

9        A    The policy about such a personnel file

10   management and reservation was regulated by Taishan's

11   gypsum company, their own policy, and I don't know

12   about their policy regarding this.

13   BY MR. HERMAN:

14       Q    Do you, as the corporate representative of

15   CNBM Group at this deposition, understand that Taishan

16   Gypsum has represented that Wenlong Peng left the

17   employment of Taishan Gypsum and refuses to give

18   testimony in this matter?

19                 MR. STENGEL:  Objection to form.

20       A    I don't know about a decision made by the

21   Taishan Gypsum Company.

22   BY MR. HERMAN:

23       Q    Do you understand that Taishan Gypsum has

24   represented before Judge Fallon that Wenlong Peng

25   can't be located?
```

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. STENGEL:  Consistent with counsel's

 2           direction yesterday, exclude anything your

 3           lawyers may have told you about that subject.

 4                    MR. HERMAN:  Excuse me.  That's not my

 5           question.  And counsel's objection, I know, is

 6           inadvertent.

 7      BY MR. HERMAN:

 8        Q     My question is:  Do you understand that in

 9      open court and in conferences with Judge Fallon, that

10      Taishan Gypsum has represented that Wenlong Peng

11      cannot be located?

12                    MR. STENGEL:  Objection to form.

13        A     I don't know about that situation.

14      BY MR. HERMAN:

15        Q     Do you understand that Wenlong Peng has been

16      located and is general manager of a Taishan

17      subsidiary?

18                    MR. STENGEL:  Objection to form.

19        A     I don't know about that.

20                    (CG:6/16/15-6/18/15 Exhibit 37-1

21                    marked.)

22                    (CG:6/16/15-6/18/15 Exhibit 37-1A

23                    marked.)

24                    (CG:6/16/15-6/18/15 Exhibit 37-2

25                    marked.)
```

Confidential - Subject to Further Confidentiality Review

```
1                    (CG:6/16/15-6/18/15 Exhibit 37-2A

2              marked.)

3                    MR. HERMAN:  I'm going to introduce

4         Exhibit 37-1, Exhibit 37-2, Exhibit 37-1A,

5         Exhibit 37-2A, documents indicating that Wenlong

6         Peng is currently employed by a subsidiary of

7         Taishan Gypsum.

8   BY MR. HERMAN:

9      Q    Has this in any way refreshed your memory

10  regarding your preparation for a deposition as the

11  corporate representative of CNBM Group?

12                   MR. STENGEL:  I'm going to object.

13        Mr. Herman, I've given you a lot of latitude on

14        this because I haven't wanted to delay things,

15        but this is well outside the scope of the

16        deposition notice.  This is an issue you should

17        certainly raise with Alston, but it's not our

18        issue.

19                   MR. HERMAN:  Can you answer my question?

20     A    I have not seen these two documents during

21  my preparation for the deposition.

22                   MR. HERMAN:  I thank you.

23                   We'll offer Exhibit 37-1, Exhibit 37-2,

24        Exhibit 37-1A and Exhibit 37-2A into the

25        deposition.
```

Confidential - Subject to Further Confidentiality Review

```
 1                  (CG:6/16/15-6/18/15 Exhibit 61 marked.)

 2                  MR. HERMAN:  I'm going to show you

 3          Exhibit 61 in Chinese.  And for counsel, the

 4          Chinese version of the Knauf letter, and I'll

 5          identify it for the record.  It's a letter of

 6          May 15, 2009, from Knauf, K-N-A-U-F, Knauf Gips,

 7          0160548, 0160549, and attachments 160550 through

 8          160888.

 9                  The cover letter is dated May 15, 2009,

10          addressed to Mr. Song Zhiping, Chairman of the

11          Board, China National Building Material Group

12          Corporation, at an address in Beijing, China;

13          "Latest development of the plasterboard incident

14          in the USA," with attachments.

15                  THE WITNESS:  This is all in English,

16          correct?

17  BY MR. HERMAN:

18      Q    And I'll ask the witness:  In preparation

19  for your deposition, did you become aware that

20  Chairman Song of the China National Building Material

21  Group Corporation, in May of 2009, learned of the

22  litigation in the United States of America involving

23  Chinese drywall?

24                  THE INTERPRETER:  May the interpreter

25          catch up with the introduction of the exhibit,
```

Confidential - Subject to Further Confidentiality Review

1          and then I will interpret the question?

2                    (Translation.)

3      A      I want to confirm that is this the e-mail

4    that was sent to Chairman Song?

5    BY MR. HERMAN:

6      Q      I'm going to ask you again.

7                    In preparation for your deposition,

8    did you become aware that Chairman Song of the China

9    National Building Material Group Corporation, in May

10   of 2009, learned of the litigation in the United

11   States of America involving Chinese drywall?

12     A      Yes, during my preparation for the

13   deposition, I had asked the Chairman Song of

14   CNBM Group if he knew about the drywall case.  He said

15   yes, he knew about the drywall case in '09.  But I did

16   not ask him if he learned of it from -- according to

17   what I see, it's not an e-mail.  It's a letter -- if

18   he had learned it from the letter.  If he had learned

19   it from the letter, I'm not sure.

20     Q      In preparation for your deposition, did you

21   see the letter identified as Exhibit 61?

22     A      Is it -- do you mean this sheet, or this?

23     Q      The letter in Chinese to Chairman Song.

24     A      No, I did not see this.

25     Q      On January 30th, 2015, isn't it true that

Confidential - Subject to Further Confidentiality Review

1    Chairman Song nominated you for the board of directors

2    and as a vice president of CNBM Trading?

3        A    I don't think the question is correct

4    because Chairman Song was never a CNBM Trading -- a

5    vice president of CNBM Trading.

6        Q    I'm not asking that question.  I'm asking

7    the question:  Isn't it true that Chairman Song

8    nominated the witness as vice president and director

9    of CNBM Trading in January 30, 2015?

10       A    In January 2015, I personally was nominated

11   by the CNBM Group as the director of CNBM Trading.  I

12   was not nominated by Chairman Song personally.

13       Q    Didn't Chairman Song open that meeting?

14               THE INTERPRETER:  The interpreter is

15      seeking repetition.

16               (Translation.)

17       A    The meeting I participated that nominated me

18   as the director of CNBM Trading was held by the

19   CNBM Trading board of directors --

20               THE INTERPRETER:  The interpreter seeks

21      clarification.

22               (Translation.)

23       A    The meeting I participated which nominated

24   me as the -- was held -- nominated me as the member of

25   the director of CNBM Trading was a general managers

Confidential - Subject to Further Confidentiality Review

1   meeting of CNBM Group, and the person who opened the

2   meeting was Mr. Cao, C-A-O.

3              This general manager meeting I

4   mentioned earlier, they would send a recommendation to

5   the board of director of CNBM Group.  If the board of

6   directors meeting of CNBM Group was opened by

7   Mr. Song, I don't know about that.

8              (CG:6/16/15-6/18/15 Exhibit 98 marked.)

9              MR. HERMAN:  I'm going to show you, as

10         an officer of the court, documents in Chinese

11         produced by CNBM Group, Bates number 12512

12         through Bates number 12528.  Also, this is

13         Exhibit 98 to this deposition.

14              MR. STENGEL:  Do you have copies for

15         counsel?

16              MS. ROBERTSON:  Yes, one moment, please.

17              MR. HERMAN:  We're going to offer

18         Exhibit 61 in connection with the deposition.

19         The witness and counsel have Exhibit 98.

20              MR. PFAEHLER:  Do you have copies for

21         counsel of this exhibit?

22              MS. ROBERTSON:  Give me one moment.  I

23         should have them.

24              MR. PFAEHLER:  Okay.  Thank you.

25   BY MR. HERMAN:

Confidential - Subject to Further Confidentiality Review

```
 1      Q     I'll ask the witness to look on the first
 2  page, and give me the title of the meeting.
 3      A     "The Board of Directors in China National
 4  Building Material Group Corporation Meeting Minutes."
 5      Q     Does it also say "CNBM Group Third Session
 6  of Board Meeting No. 23"?
 7      A     Yes.
 8      Q     Does it also give the time as January 29,
 9  2015, at 9:00 a.m.?
10      A     Yes.
11      Q     Does it also indicate that presiding in the
12  meeting was a Zhiping Song?
13      A     Yes.
14      Q     Does it also indicate that the convener of
15  the nominating committee at which you were elected was
16  Zhiping Song?
17      A     From this document I'm looking at, from the
18  minutes of the meeting, the person who held that
19  meeting and presided the meeting, is Chairman Song
20  Zhiping, that is so.
21      Q     Does that refresh your memory?
22      A     From this document, yes.
23            MR. HERMAN:  Okay.  We offer Exhibit 98.
24  BY MR. HERMAN:
25      Q     Isn't it true that that meeting and your
```

Confidential - Subject to Further Confidentiality Review

```
 1   election occurred during the contempt period directed

 2   by Judge Fallon on July 18th, 2014, ending in mid

 3   March 2015?

 4              MR. STENGEL:  Objection to form.

 5       A    Because the contempt of court, I consider it

 6   a legal concept, but the meeting did happen during

 7   this period of time; that is, between July 18, 2014,

 8   to March 2015.

 9   BY MR. HERMAN:

10       Q    And at the time that you were elected,

11   CNBM Group owned 100% of CNBM Import and Export

12   Company, also known as CNBM Trading, also known as

13   CNBM Equipment Import and Export Corporation; isn't

14   that true?

15       A    I don't know what CNBM Equipment Import and

16   Export Corporation is.  I don't know what that is.

17       Q    It's defined in the 2014 CNBM Company,

18   Limited at CNBM3671 of -- at page 8.  For refreshing

19   your memory, you've seen this document before.  I show

20   it to you in Chinese.  It's Exhibit 13A.

21              Does that refresh your memory?

22              THE INTERPRETER:  The interpreter makes

23         a clarification that the Chinese wording of the

24         company title may not directly correlate to the

25         English translation word by word, so there may
```

Confidential - Subject to Further Confidentiality Review

1          be a translation error.

2     BY MR. HERMAN:

3          Q     Well, I didn't publish it.  This was

4     published by CNBM publicly, and it says under

5     "CNBM Trading," "(China National Building Materials

6     and Equipment Import and Export Company)."

7                    I'll ask you again:  Does page 8 of

8     the definition in Exhibit 13A refresh your memory?

9          A     I will answer it this way, because the --

10     maybe the title wasn't accurately translated.

11                    In January 2015, when I was nominated

12     by CNBM Group as the CNBM Trading director, at that

13     time, CNBM Group did own 100% of the stock of

14     CNBM Trading.

15                    MR. HERMAN:  Tim, you better order

16          lunch.  Off the record.  Let's go off the

17          record.

18                    THE VIDEOGRAPHER:  The time now is

19          9:16 a.m.  We're off the record.

20                    (Discussion off the record.)

21                    THE VIDEOGRAPHER:  The time now is --

22                    THE WITNESS:  I'm sorry, can I go to the

23          bathroom for a brief moment?

24                    THE INTERPRETER:  The witness.

25                    MR. HERMAN:  Yes.

Confidential - Subject to Further Confidentiality Review

```
 1                    THE VIDEOGRAPHER:  The time is 9:18 a.m.

 2         We're off the record.

 3                    (Recess taken, 9:18 a.m. to 9:21 a.m.)

 4                    THE VIDEOGRAPHER:  The time now is

 5         9:21 a.m.  We're back on the record.

 6    BY MR. HERMAN:

 7         Q    At the time you were elected a director of

 8    CNBM Trading, did CNBM Group own 100% of CNBM Trading?

 9         A    Yes.

10         Q    At the time you were elected a director of

11    CNBM Trading, did CNBM Trading own 100% of

12    CNBM International Corporation?

13         A    Is it --

14                    THE INTERPRETER:  The interpreter

15         clarified.  Is it -- the witness asked:  Is it

16         International Trading Corporation or

17         International Corporation?

18    BY MR. HERMAN:

19         Q    At the time you were elected a director of

20    CNBM Trading, did CNBM Trading own 100% of CNBM Import

21    and Export International Corporation?

22         A    Yes.

23         Q    And at the time that you were elected

24    director of CNBM Trading, did CNBM Import and Export

25    International Corporation own 100% of CNBM USA
```

Confidential - Subject to Further Confidentiality Review

```
1    Corporation?

2        A     As far as I understand, yes.

3        Q     At the time you were elected a director of

4    CNBM Trading, was CNBM International Engineering

5    Company, Limited owned 100% by CNBM Import and Export?

6        A     This, I don't remember clearly.

7        Q     At the time you were elected director of

8    CNBM Trading, isn't it true that CNBM International

9    Engineering Company, Limited owned 100% of

10   CNBM International Equipment Company?

11              THE INTERPRETER:  The interpreter does

12         not know the Chinese title; therefore, refer to

13         the witness as the English name.

14   BY MR. HERMAN:

15       Q     At the time that you were elected a director

16   of CNBM Trading, isn't it true that CNBM International

17   Engineering Company, Limited owned 100% of

18   CNBM International Equipment Company?

19              THE INTERPRETER:  May the interpreter

20         consult the dictionary to confirm the Chinese

21         name?

22              (Translation.)

23       A     Yes.

24   BY MR. HERMAN:

25       Q     Isn't it true that at the time you were
```

1   elected a director of CNBM Trading, that CNBM Trading

2   owned 100% of CNBM Forest Products Trading, Limited?

3       A     Yes.

4       Q     Isn't it true at the time you were elected a

5   director of CNBM Trading, that CNBM Forest Products

6   Trading, Limited owned 100% of CNBM Forest Products

7   (Canada), Limited?

8       A     As far as I understand, yes.

9       Q     Isn't it true that at the time you were

10  elected a director of CNBM Trading, CNBM Trading owned

11  100% of CNBM Technology Company, Limited?

12              THE INTERPRETER:  The interpreter is

13        consulting the Internet for the English -- the

14        Chinese name of the company, of the CNBM

15        Technology Company.

16              (Translation.)

17              THE INTERPRETER:  The interpreter is not

18        able to locate --

19              (Translation.)

20      A     Do you mean the International Equipment

21  Company?

22              (Translation.)

23      A     I'm not sure about this, since we cannot be

24  sure about the Chinese name of the technology company.

25              MR. HERMAN:  I'll repeat the question.

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. HERMAN:

 2        Q    Isn't it true at the time that you were

 3    elected a director of the CNBM Trading Company, that

 4    the CNBM Trading Company owned 100% of the

 5    CNBM Technology Company, Limited?

 6              MR. STENGEL:  Objection to form.

 7        A    I'm not sure about 100%, but CNBM Trading

 8    did own stocks in a company with a similar name.

 9    BY MR. HERMAN:

10        Q    What was the similar name?

11              THE INTERPRETER:  The interpreter will

12         interpret as "CNBM Technology Company, Limited,"

13         because between Chinese and English, there may

14         be a slight difference on the wording.

15              MR. HERMAN:  On the word "Technology"?

16              THE WITNESS:  Because I'm not sure about

17         the English name of that company, that's why.

18    BY MR. HERMAN:

19        Q    Is it true that at the time you became a

20    director of CNBM Trading, that CNBM Trading owned more

21    than 50% of the stock in that company?

22        A    Yes.

23        Q    At the time that you were elected a director

24    of CNBM Trading, did CNBM Group own more than -- own

25    70%-plus stock in BNBM Group?
```

Confidential - Subject to Further Confidentiality Review

1                    MR. STENGEL:  Objection to form.

2        A      Yes.

3    BY MR. HERMAN:

4        Q      And at the time you were elected a director

5    of CNBM Trading, did CNBM Trading own 29-plus percent

6    of BNBM Group?

7                    MR. PFAEHLER:  Objection to form.

8        A      Yes.

9    BY MR. HERMAN:

10       Q      Did -- at the time you were elected a

11   director of CNBM Trading and thereafter, did the board

12   of directors of CNBM Trading send a notice to its

13   subsidiaries to cease doing business in the United

14   States during the contempt period?

15                   MR. STENGEL:  Objection to form.

16       A      First of all, regarding the contempt order,

17   I consider that a legal issue.  I would state it here

18   again.

19                   And the second, after I was elected as

20   the director of CNBM Trading, until now, we did not

21   send out any notice.

22                   (CG:6/16/15-6/18/15 Exhibit 97 marked.)

23                   MR. HERMAN:  I'm going to pass out to

24        counsel, in English, Exhibit 97.  It's four

25        pages.  It indicates that Plum Creek, on

Confidential - Subject to Further Confidentiality Review

```
 1          April 16th, 2015, during the contempt period,

 2          was a deponent that China National Building

 3          Material Company, Limited and CNBM Group was

 4          representing -- represented by the Orrick firm

 5          at that deposition; that Beijing New Building

 6          Materials Plc and BNBM Group were admitted by --

 7          were represented by Dentons U.S. at that

 8          deposition; that Taishan Gypsum Company was

 9          represented at that deposition by Alston & Bird.

10                On April 17th, 2015, Sunpin Solar was

11          deposed, and China National Building Material

12          Company, Limited and CNBM Group was represented

13          by the Orrick firm; Beijing New Building

14          Materials Plc and BNBM Group was represented by

15          Dentons; Taishan Gypsum Company was represented

16          by Alston & Bird.

17                On April 22nd, 2015, the New Jersey

18          Institute of Technology was deposed.  China

19          National Building Material Company, Limited and

20          CNBM Group was represented by the Orrick firm;

21          Beijing New Building Materials Plc and

22          BNBM Group was represented by the Dentons firm;

23          Taishan Gypsum Company was represented by

24          Alston & Bird.

25                On April 24th, 2015, CTIEC-TECO American
```

```
 1          Technology Inc. was deposed, represented by --

 2          China National Building Material Company,

 3          Limited and CNBM Group was represented by the

 4          Orrick firm; Beijing New Building Materials Plc

 5          and BNBM Group was represented by Dentons;

 6          Taishan Gypsum Company was represented by

 7          Alston & Bird.  CTIEC-TECO American

 8          Technology Inc. was represented by Marshall &

 9          Melhorn.

10                On May 13th, 2015, Hull Products -- Hull

11          Forest Products Inc. was deposed.  China

12          National Building Material Company, Limited and

13          CNBM Group were represented by Orrick; Beijing

14          New Building Materials Plc and BNBM Group was

15          represented by Dentons; Taishan Gypsum Company

16          was represented by Alston & Bird.

17                On May 18th, the Hampton Companies were

18          deposed.  China National Building Material

19          Company, Limited and CNBM Group was represented

20          by the Orrick firm; Beijing New Building

21          Materials Plc and BNBM Group were represented by

22          Dentons.

23                On May 20th, 2015, Jeffrey Chang, owner

24          of BNK International LLC, was deposed.  China

25          National Building Material Company, Limited and
```

```
 1          CNBM Group was represented by Orrick; Beijing

 2          New Building Materials Plc and BNBM Group was

 3          represented by Dentons; Taishan Gypsum Company

 4          was represented by Alston & Bird.

 5                    On May 21st, 2015, WH International Inc.

 6          was deposed.  China National Building Material

 7          Company, Limited and CNBM Group and China

 8          National Building Material Forest Products was

 9          represented by Orrick; Beijing New Building

10          Materials Plc and BNBM Group was represented by

11          Denton; Taishan Gypsum Company was represented

12          by Alston & Bird.

13                    On May 21st, 2015, Western Wood Lumber

14          Company was deposed.  China National Building

15          Material Company, CNBM Group and China National

16          Building Material Forest Products was

17          represented by Orrick; Beijing New Building

18          Materials Plc and BNBM Group was represented by

19          Dentons; Taishan Gypsum Company was represented

20          by Alston & Bird.

21                    On May 28th, 2015, Baillie Lumber was

22          deposed.  China National Building Material

23          Company, Limited and CNBM Group was represented

24          by Orrick; Beijing New Building Materials Plc

25          and BNBM Group was represented by Dentons;
```

Confidential - Subject to Further Confidentiality Review

```
 1          Taishan Gypsum Company was represented by
 2     Alston & Bird.
 3               And we offer Exhibit 97 on its face, and
 4     also as a chart under FRE 1006.
 5               (CG:6/16/15-6/18/15 Exhibit 42-1
 6               marked.)
 7               (CG:6/16/15-6/18/15 Exhibit 42-1(A)
 8               marked.)
 9               MR. HERMAN:  The deposition of Donald H.
10     Sebastian, Ph.D., of NJIT, is introduced as
11     Exhibit 42-1(A).  The exhibit numbers correspond
12     to the exhibit numbers in FRE 1006, Summary
13     Chart of Violations of the Contempt Order.
14               (CG:6/16/15-6/18/15 Exhibit 42-1(B)
15               marked.)
16               MR. HERMAN:  Exhibit 42-1(B) is an
17     e-mail from Scott Slater (TECO), Re: CTIEC
18     Outstanding Invoices and Items Owed to TECO,
19     Exhibit 19 to the Paulsen deposition, CTIEC-TECO
20     AT1.
21               (CG:6/16/15-6/18/15 Exhibit 42-1(C)
22               marked.)
23               MR. HERMAN:  Exhibit 42-1(C) is an
24     e-mail from Bob Gries, Re: Annual Unaudited
25     Financial Statements for CTIEC-TECO, Exhibit 23
```

Confidential - Subject to Further Confidentiality Review

```
1            to the Paulsen deposition.

2                    (CG:6/16/15-6/18/15 Exhibit 42-1(D)

3                    marked.)

4                    MR. HERMAN:  Exhibit 42-1(D) is the

5            press release of NJIT, Re: China National

6            Building Materials Photovoltaic,

7            P-H-O-T-O-V-O-L-T-A-I-C, Materials Research

8            Center, Exhibit 2 to Sebastian deposition of

9            NJIT.

10                    (CG:6/16/15-6/18/15 Exhibit 42-1(E)

11                    marked.)

12                    MR. HERMAN:  Exhibit 42 [sic] is an

13            agreement between CTIEC, represented by Peng

14            Shou, and NJIT, represented by Donald Sebastian,

15            dated 1/1/15, Exhibit 25 to the Sebastian

16            deposition of NJIT and marked as Exhibit 42-E.

17                    (CG:6/16/15-6/18/15 Exhibit 42-1(F)

18                    marked.)

19                    MR. HERMAN:  Exhibit 42-1(F) is a

20            Collaborative Certificate Program Agreement

21            between NJIT and CTIEC, represented by Peng

22            Shou, dated 1/6/15, Exhibit 30 to Sebastian

23            deposition of NJIT.

24                    (CG:6/16/15-6/18/15 Exhibit 42-1(G)

25                    marked.)
```

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. HERMAN:  Exhibit 42-1(G) is a
 2          security agreement of 11/25/14 by Church Hill
 3          Solar Farm of Maryland, granting CTIEC security
 4          interest in the personal property, Exhibit 3 to
 5          the Kim deposition of Sunpin Solar.
 6                    (CG:6/16/15-6/18/15 Exhibit 42-1(H)
 7                    marked.)
 8                    MR. HERMAN:  Exhibit 42-1(H) is a
 9          mortgage dated November 26, 2014, Church Hill
10          Solar Farm grants premises to CTIEC, Exhibit 2
11          to Kim deposition of Sunpin Solar.
12                    (CG:6/16/15-6/18/15 Exhibit 42-1(I)
13                    marked.)
14                    MR. HERMAN:  Exhibit 42-1 [sic] is a
15          pledge and security agreement between Sunpin
16          Solar and CTIEC, Exhibit 7 to Kim deposition of
17          Sunpin Solar.
18                    (CG:6/16/15-6/18/15 Exhibit 42-1(J)
19                    marked.)
20                    MR. HERMAN:  Exhibit 42-1(J) is a
21          capital B, capital O, capital S agreement
22          between Sunpin Construction Management and
23          CTIEC, Exhibit 4 to Kim deposition of Sunpin
24          Solar.
25                    (CG:6/16/15-6/18/15 Exhibit 42-1(K)
```

Confidential - Subject to Further Confidentiality Review

```
 1                  marked.)

 2                  MR. HERMAN:  Exhibit 42-1(K) is the

 3         deposition of Steve Kim of Sunpin Solar dated

 4         4/17/15.

 5                  (CG:6/16/15-6/18/15 Exhibit 42-1(L)

 6                  marked.)

 7                  MR. HERMAN:  Exhibit 42-1(L) is a wire

 8         transfer of $200,000 from Sunpin Solar, through

 9         JPMorgan, to CTIEC, through Bank of China,

10         Exhibit 11 to Kim deposition of Sunpin Solar.

11                  (CG:6/16/15-6/18/15 Exhibit 42-1(M)

12                  marked.)

13                  MR. HERMAN:  Exhibit 42-1(M) is a wire

14         transfer of $1,200,000 from Sunpin Solar,

15         through JPMorgan, to CTIEC, through the Bank of

16         China, Exhibit 12 to the Kim deposition of

17         Sunpin Solar.

18                  (CG:6/16/15-6/18/15 Exhibit 42-1(N)

19                  marked.)

20                  MR. HERMAN:  Exhibit 42-1(N) is the

21         deposition notice for Sunpin Solar with

22         announcement that CTIEC, C-T-I-E-C, signs

23         Walmart roof power plant project, Exhibit 1 to

24         Kim deposition of Sunpin Solar.

25                  (CG:6/16/15-6/18/15 Exhibit 42-1(O)
```

Confidential - Subject to Further Confidentiality Review

1                    marked.)

2                    MR. HERMAN:  Exhibit 42-1(O), solar

3           power services agreement between Sunpin Walmart

4           Avon-North Oxford and Walmart Stores dated

5           8/1/14, Exhibit 9 to Kim deposition of Sunpin

6           Solar.

7                    (CG:6/16/15-6/18/15 Exhibit 42-1(P)

8                    marked.)

9                    MR. HERMAN:  Exhibit 42-1(P) is a wire

10          transfer of $871,703.60 from CTIEC (Bank of

11          China) to Sunpin Solar (JPMorgan), Exhibit 14 to

12          Kim deposition of Sunpin Solar.

13                   (CG:6/16/15-6/18/15 Exhibit 42-1(Q)

14                   marked.)

15                   MR. HERMAN:  Exhibit 42-1(Q) is a

16          transcript of the 30(b)(6) video deposition of

17          CTIEC-TECO, American Technology Inc. through its

18          designee, Fred Paulsen, April 24th, 2015.

19                   (CG:6/16/15-6/18/15 Exhibit 43-1(A)

20                   marked.)

21                   MR. HERMAN:  Exhibit 43 is the -- 1(A)

22          is the summary of the total purchases of CNBM

23          Forest (Canada) of logs from Western Wood in the

24          amount of 1,583 -- in the -- from Western Wood

25          in the amount of $1,583,506.30, Exhibit 62 to

```
 1           the Salamanca deposition of Western Wood.

 2                (CG:6/16/15-6/18/15 Exhibit 43-1(B)

 3                marked.)

 4                MR. HERMAN:  Exhibit 43-1(B) is the

 5           invoice/shipping records for shipment of

 6           $117,874.40 worth of logs to CNBM Forest

 7           (Canada), Exhibit 26 to the Salamanca deposition

 8           of Western Wood.

 9                (CG:6/16/15-6/18/15 Exhibit 43-1(C)

10                marked.)

11                MR. HERMAN:  Exhibit 43-1(C) is the

12           offer sheet for shipment by Western Wood of

13           $1,008,800 worth of logs to CNBM Forest

14           Products, Exhibit 25 to the Salamanca deposition

15           of Western Wood.

16                (CG:6/16/15-6/18/15 Exhibit 43-1(D)

17                marked.)

18                MR. HERMAN:  Exhibit 43-1(D) is the

19           deposition of John Salamanca of Western Wood,

20           dated May 21st, '15.

21                (CG:6/16/15-6/18/15 Exhibit 43-1(E)

22                marked.)

23                MR. HERMAN:  Exhibit 43-1(E) are

24           invoices and shipping records for shipment of

25           $128,214.60 worth of logs to CNBM Forest
```

Confidential - Subject to Further Confidentiality Review

```
1              (Canada), and signed offer for purchase of

2              $1,008,800 worth of logs by CNBM Forest

3              (Canada), Exhibit 30 to Salamanca deposition of

4              Western Wood.

5                   (CG:6/16/15-6/18/15 Exhibit 43-1(F)

6                   marked.)

7                   MR. HERMAN:  Exhibit 43-1(F), invoice

8              and shipping records for shipment of $127,079.70

9              worth of logs to CNBM Forest (Canada),

10             Exhibit 31 to Salamanca deposition of Western

11             Wood.

12                  (CG:6/16/15-6/18/15 Exhibit 43-1(G)

13                  marked.)

14                  MR. HERMAN:  Exhibit 43-1(G) is

15             invoice/shipping records for shipment of

16             $146,392.40 worth of logs to CNBM Forest

17             (Canada), Exhibit 32 to the Salamanca deposition

18             of Western Wood.

19                  (CG:6/16/15-6/18/15 Exhibit 43-1(H)

20                  marked.)

21                  MR. HERMAN:  Exhibit --

22                  MR. STENGEL:  I notice you've got a long

23             document.  If this is going to go on for a

24             while, should we excuse this witness?  Because I

25             don't think she's necessary for this.
```

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. HERMAN:  That's up to you, Counsel.

 2                    MR. STENGEL:  Well --

 3                    MR. HERMAN:  That's up to you.

 4                    Exhibit 43-1(H) is the invoice/shipping

 5           records for shipment of $209,830.40 worth of

 6           logs to CNBM Forest (Canada), Exhibit 33 to the

 7           Salamanca deposition of Western Wood.

 8                    (The Witness leaves the deposition

 9           room.)

10                    MR. HERMAN:  I do want to say that I'm

11           going to ask the witness, as the director of

12           CNBM Trading, her knowledge of these when she

13           comes back --

14                    MR. STENGEL:  The translator has not

15           been translating any of your descriptions.

16                    MR. HERMAN:  Well, that's okay with me.

17                    (CG:6/16/15-6/18/15 Exhibit 43-1(I)

18                    marked.)

19                    MR. HERMAN:  Exhibit 43-1, paragraph --

20           Exhibit 43-1(I) is the invoice/shipping records

21           for shipment of $35,249.80 worth of logs to CNBM

22           Forest (Canada), Exhibit 34 to Salamanca

23           deposition, Western Wood.

24                    When I'm through, I will not ask the

25           witness, if it hadn't been translated, about the
```

Confidential - Subject to Further Confidentiality Review

```
1          documents I've so identified in English, but I
2          may ask that they be identified in Chinese.
3          I'll have to see how long that would take.
4                  (CG:6/16/15-6/18/15 Exhibit 43-1(J)
5                  marked.)
6                  MR. HERMAN:  Exhibit 43-1(J) is
7          invoice/shipping records for shipment of
8          $91,635.90 worth of logs to CNBM Forest
9          (Canada), Exhibit 29 to the Salamanca deposition
10         of Western Wood.
11                 (CG:6/16/15-6/18/15 Exhibit 43-1(K)
12                 marked.)
13                 MR. HERMAN:  Exhibit 43-1(K) are the
14         invoice/shipping records for shipment of
15         $66,192.80 worth of logs to CNBM Forest
16         (Canada), Exhibit 35 to Salamanca deposition of
17         Western Wood.
18                 (CG:6/16/15-6/18/15 Exhibit 43-1(L)
19                 marked.)
20                 MR. HERMAN:  Exhibit 43-1(L) is the
21         offer sheet for shipment of $1,019,200 worth of
22         logs to CNBM Forest (Canada), Exhibit 37 to the
23         Salamanca deposition of Western Wood.
24                 (CG:6/16/15-6/18/15 Exhibit 43-1(M)
25                 marked.)
```

Confidential - Subject to Further Confidentiality Review

1             MR. HERMAN:  Exhibit 43-1(M) is an

2      invoice and shipping records for shipment of

3      $126,420.10 worth of logs to CNBM Forest

4      (Canada), Exhibit 36 to the Salamanca deposition

5      of Western Wood.

6             (CG:6/16/15-6/18/15 Exhibit 43-1(N)

7             marked.)

8             MR. HERMAN:  Exhibit 43-1(N) is the

9      invoice/shipping records for shipment of

10      $233,161.60 worth of logs to CNBM Forest

11      (Canada), Exhibit 40 to Salamanca deposition of

12      Western Wood.

13             (CG:6/16/15-6/18/15 Exhibit 43-1(O)

14             marked.)

15             MR. HERMAN:  Exhibit 43-1(O) is the

16      invoice/shipping records for shipment of

17      $95,148.20 worth of logs to CNBM Forest

18      (Canada), Exhibit 41 to the Salamanca deposition

19      of Western Wood.

20             (CG:6/16/15-6/18/15 Exhibit 43-1(P)

21             marked.)

22             MR. HERMAN:  Exhibit 43-1(P) are

23      shipping records for shipment of $152,154.80

24      worth of logs to CNBM Forest (Canada),

25      Exhibit 38 to the Salamanca deposition of

Confidential - Subject to Further Confidentiality Review

```
1        Western Wood.
2                (CG:6/16/15-6/18/15 Exhibit 43-1(Q)
3                marked.)
4                MR. HERMAN:  Exhibit 43-1(Q), invoice
5        records for shipments of $152,154.80 worth of
6        logs to CNBM Forest (Canada), Exhibit 42 to the
7        Salamanca deposition of Western Wood.
8                (CG:6/16/15-6/18/15 Exhibit 43-1(R)
9                marked.)
10               MR. HERMAN:  Exhibit 43-1(R),
11       invoice/shipping records for shipment of
12       $59,466.40 worth of logs to CNBM Forest
13       (Canada), Exhibit 39 to Salamanca deposition of
14       Western Wood.
15               (CG:6/16/15-6/18/15 Exhibit 43-1(S)
16               marked.)
17               MR. HERMAN:  Exhibit 43-1(S), deposition
18       of Steve Zika, Z-I-K-A, of Hampton Affiliates.
19               (CG:6/16/15-6/18/15 Exhibit 43-1(T)
20               marked.)
21               MR. HERMAN:  Exhibit 43-I(T) is an
22       invoice from Hampton to CNBM Forest (Canada) for
23       $110,795.12 for lumber, Exhibit 10 to the Zika
24       deposition of Hampton.
25               (CG:6/16/15-6/18/15 Exhibit 43-1(U)
```

Confidential - Subject to Further Confidentiality Review

1              marked.)

2              MR. HERMAN:  Exhibit 43-I(U) is a sales

3     order acknowledgement, re: Economy lumber,

4     Exhibit 11 to the Zika deposition of Hampton.

5              (CG:6/16/15-6/18/15 Exhibit 43-1(V)

6              marked.)

7              MR. HERMAN:  Exhibit 43-I(V) -- 1(V),

8     rather, invoice for $29,222.69 for lumber from

9     Hampton to Shanghai Jianpu, J-I-A-N-P-U, Import

10    and Export Company, an "affiliate" of CNBM that

11    "arranges letters of credit," Exhibit 14 to Zika

12    deposition, Hampton.

13             (CG:6/16/15-6/18/15 Exhibit 43-1(W)

14             marked.)

15             MR. HERMAN:  Exhibit 43-1(W), invoice

16    for $18,767.34 for lumber from Hampton to

17    Shanghai Jianpu Import and Export Company, an

18    "affiliate" of CNBM that "arranges letters of

19    credit," Exhibit 15 to the Zika deposition of

20    Hampton.

21             (CG:6/16/15-6/18/15 Exhibit 43-1(X)

22             marked.)

23             MR. HERMAN:  Exhibit 43-1(X), sales

24    order for $89,100 for lumber to be shipped to

25    CNBM Forest (Canada), Exhibit 17 to Zika

Confidential - Subject to Further Confidentiality Review

```
1          deposition, Hampton.

2                  (CG:6/16/15-6/18/15 Exhibit 43-1(Y)

3                  marked.)

4                  MR. HERMAN:  Exhibit 43-1(Y), invoice

5          for $48,704.49 from Hampton to Shanghai Jianpu

6          Import and Export Company, an "affiliate" of

7          CNBM that "arranges letters of credit,"

8          Exhibit 19 to the Zika deposition of Hampton.

9                  (CG:6/16/15-6/18/15 Exhibit 43-1(Z)

10                 marked.)

11                 MR. HERMAN:  Exhibit 43-1(Z), invoice

12         for $29,222.69 from Hampton to Shanghai Jianpu

13         Import and Export Company, an "affiliate" of

14         CNBM that "arranges letters of credit,"

15         Exhibit 20 to Zika deposition of Hampton.

16                 (CG:6/16/15-6/18/15 Exhibit 43-1(AA)

17                 marked.)

18                 MR. HERMAN:  Exhibit 43-1(AA),

19         certificate of origin for logs shipments to CNBM

20         Forest (Canada), Exhibit 22, Zika deposition of

21         Hampton.

22                 (CG:6/16/15-6/18/15 Exhibit 43-1(BB)

23                 marked.)

24                 MR. HERMAN:  Exhibit 43-1(BB), invoice

25         for Oregon Hemlock -- wow -- for $54,165.24,
```

```
1         Hampton Bates number 009719.

2              (CG:6/16/15-6/18/15 Exhibit 43-1(CC)

3              marked.)

4              MR. HERMAN:  Exhibit 43-1(CC), invoice

5         for Oregon Hemlock for $56,805.54, Hampton Bates

6         number 00998.

7              (CG:6/16/15-6/18/15 Exhibit 43-1(DD)

8              marked.)

9              MR. HERMAN:  Exhibit 43-1(DD),

10        representative from CNBM Group visits Hampton in

11        Portland, Oregon in November 2014, Exhibit 8A to

12        the Zika deposition, Hampton.

13             Exhibit 44, Taishan (Che Gang) 341,

14        Summary Charts of Violations of Contempt Order

15        with supporting documents under FRE 1006,

16        Volume 3 of 3; revised Summary Chart of Contempt

17        Order with supporting documents, FRE 1006,

18        Volume 3 of 3.

19             (CG:6/16/15-6/18/15 Exhibit 44-1(A)

20             marked.)

21             MR. HERMAN:  Exhibit 44-1(A), invoices

22        of BND (CNBMI) to BNK International for hardwood

23        flooring shipped to Virginia, Michigan,

24        Illinois, New York, Delaware, Maryland, Nevada

25        and District of Columbia, Exhibit 6 to Chang
```

Confidential - Subject to Further Confidentiality Review

```
1          deposition of BNK International.

2              (CG:6/16/15-6/18/15 Exhibit 44-1(B)

3              marked.)

4              MR. HERMAN:  Exhibit 44-1(B), invoices

5      of R-U-S-I-E-N-D-A to BNK International for

6      hardwood flooring shipped to Virginia, Michigan,

7      Illinois, New York, Delaware, Maryland, Nevada,

8      DC, Exhibit 7 to Chang deposition,

9      BNK International.

10             MR. STENGEL:  Excuse me, Russ.  Have we

11     gotten 44, the chart?

12             MR. HERMAN:  You will.

13             MR. STENGEL:  Well, you --

14             MR. HERMAN:  You will.

15             MR. STENGEL:  Okay.

16             MR. HERMAN:  You've got it -- have you

17     gotten Exhibit 44?  Yes, it was distributed at

18     page 341 of the Chang deposition of Taishan.

19     I'm sorry, I didn't understand --

20             MR. STENGEL:  All right.

21             MR. HERMAN:  -- your question.

22             (CG:6/16/15-6/18/15 Exhibit 44-1(C)

23              marked.)

24             MR. HERMAN:  Exhibit 44-1(C), CNBM sues

25     BNK International in the U.S. District Court of
```

Confidential - Subject to Further Confidentiality Review

```
 1           the Western District of Texas on July 31st,

 2           2014, Exhibit 4 to Chang deposition,

 3           BNK International.

 4                (CG:6/16/15-6/18/15 Exhibit 44-1(D)

 5                marked.)

 6                MR. HERMAN:  Exhibit 44-1(D), litigation

 7           between CNBM Import and Export (CNBM Trading),

 8           CNBM Forest (Canada) and Westerlund Log Handlers

 9           in Oregon State Court.

10                (CG:6/16/15-6/18/15 Exhibit 44-1(E)

11                marked.)

12                MR. HERMAN:  Exhibit 44-1(E),

13           CNBM Trading and CNBM Forest (Canada), sues

14           Westerlund Log Handlers in USDC (D. Oregon).

15                (CG:6/16/15-6/18/15 Exhibit 44-1(F)

16                marked.)

17                MR. HERMAN:  Exhibit 44-1(F),

18           declaration of Robert Moon dated 4/24/15,

19           re: Settlement of litigation between

20           CNBM Trading, CNBM Forest (Canada) and

21           Westerlund Log Handlers and shipment of logs to

22           CNBM in September 2014, November 2014 and

23           March 2015.

24                (CG:6/16/15-6/18/15 Exhibit 44-1(G)

25                marked.)
```

```
 1                    MR. HERMAN:  Exhibit 44-1(G), memorandum

 2         of understanding between CNBM Group, Plum Creek

 3         Timber (Seattle company) and S-U-M-I-T-O-M-O

 4         Forestry (Japanese company), dated

 5         September 2011.

 6                    (CG:6/16/15-6/18/15 Exhibit 44-1(H)

 7                    marked.)

 8                    MR. HERMAN:  Exhibit 44-1(H), memorandum

 9         of understanding between CNBM Group, Plum Creek

10         Timber (Seattle company) and Sumitomo Forestry

11         (Japanese company), dated September 2011.

12                    44-1(G) and 41 -- 44-1(H) have no ending

13         dates.

14                    (CG:6/16/15-6/18/15 Exhibit 44-1(I)

15                    marked.)

16                    MR. HERMAN:  Exhibit 44-1(I),

17         CNBM Trading storefront on Alibaba.

18                    (CG:6/16/15-6/18/15 Exhibit 44-1(J)

19                    marked.)

20                    MR. HERMAN:  Exhibit 44-1(J),

21         CNBM International corporate storefront on

22         Alibaba.

23                    (CG:6/16/15-6/18/15 Exhibit 44-1(K)

24                    marked.)

25                    MR. HERMAN:  Exhibit 44-1(K),
```

Confidential - Subject to Further Confidentiality Review

```
 1          CNBM International Engineering Company on

 2          Alibaba.

 3                  (CG:6/16/15-6/18/15 Exhibit 44-1(L)

 4                  marked.)

 5                  MR. HERMAN:  Exhibit 44-1(L), order of

 6          United States District Judge in the United

 7          States District Court, Western District of

 8          Texas, Austin Division, June 17, 2015, abating

 9          an action between China National Building

10          Material Investment Company, Limited (formerly

11          known as BND Company, Limited), Plaintiff, v.

12          BNK International LLC and Jeffrey J. Chang,

13          Civil Action No. 14-CV-00701-SS.

14                  Exhibit 44-1(K), CNBM International

15          Engineering Company on Alibaba.

16                  Exhibit 42, Volume 1; Exhibit 43,

17          Volume 2; Exhibit 44, Volume 3; and a summary

18          chart, FRE 106 with supporting documents, was

19          previously admitted in the deposition of Taishan

20          within the last six weeks.

21                  We now offer Exhibits 42-1 under Federal

22          Rule of Evidence 1006, a revised chart adding

23          exhibits and a few corrections, and we serve

24          defendants with RFE 1006, 42-1 as revised.

25                  Okay.  At this time, I think we could
```

Confidential - Subject to Further Confidentiality Review

1           take a recess for about 15 minutes.

2                   MR. STENGEL:  Okay.

3                   THE VIDEOGRAPHER:  The time now is

4           10:09 a.m.  We're off the record.

5                   (Recess taken, 10:09 a.m. to 10:32 a.m.)

6                   (The Witness returns to the deposition

7                   room.)

8                   THE VIDEOGRAPHER:  This begins Disc 2 of

9           today's deposition.  The time now is 10:32 a.m.

10          We're back on the record.

11                  THE INTERPRETER:  Mr. Herman, before we

12          start, the interpreter would like to make a --

13          there may be a discrepancy between the

14          translation and the answer about one of the

15          previous questions that you asked.

16                  MR. HERMAN:  CNBM Trading and a

17          subsidiary?

18                  THE INTERPRETER:  Yes, regarding --

19                  MR. HERMAN:  Please make the correction

20          for the record, and I will agree to it.

21                  THE INTERPRETER:  As your question of,

22          "During the time when you were elected as the

23          director of CNBM Trading, did CNBM Trading own

24          100% the stock of CNBM International

25          Corporation," the deponent's answer is, "Yes,

```
 1            they did own stock of CNBM International

 2            Corporation," but she did not hear "100%."

 3                 MR. HERMAN:  Did she hear "70%"?

 4                 THE INTERPRETER:  She heard "own

 5            stocks."

 6                 MR. HERMAN:  Okay.

 7   BY MR. HERMAN:

 8       Q    Is it true that at the time you were elected

 9   as the director of CNBM Trading, that CNBM Trading

10   owned 70% of the stock of CNBM International?

11       A    Yes.

12                 MR. HERMAN:  I have a statement for the

13            record, and I apologize to Mr. Stengel, counsel

14            for CNBM and CNBM Group.  He -- I realize I'm a

15            little grumpy this morning.  He correctly

16            pointed out that the -- as I identified the

17            Exhibit 42-1, Exhibit 43-1 and Exhibit 44-1,

18            they were not being interpreted.  I did not

19            realize that.

20                 I would, of course, have earlier agreed

21            to the witness taking a recess while we did

22            this, and my answer was quote, "It's your

23            problem," end quote, as I recall.  And I

24            apologize to counsel, and we'll move on.

25                 MR. STENGEL:  Not a problem.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. HERMAN:  In connection with the
 2         documents identified as Exhibit 42-1,
 3         Exhibit 43-1 and Exhibit 44-1 previously stated
 4         in the record, I offer those exhibits as part of
 5         the deposition, as well as the summary chart as
 6         amended.
 7              (CG:6/16/15-6/18/15 Exhibit 78 marked.)
 8              MR. HERMAN:  I have a series of exhibits
 9         identified, and the first is Exhibit 78, which
10         was downloaded on June 14, 2015, and it's titled
11         "Energy and Renewables CNBM Equipment in
12         Alabama, dash, environmental-expert.com."
13    BY MR. HERMAN:
14    Q    And I'll ask the court reporter to please
15    ask the witness if -- ask the witness in Chinese if
16    the witness is acquainted with CNBM International
17    Corporation's relationship with the State of Alabama
18    in USA.
19              I've highlighted --
20              (Translation.)
21              MR. STENGEL:  Object as lacking
22         foundation.
23    A    First of all, I don't know where this
24    English document is -- was downloaded from.  I'm not
25    clear about the source of it.
```

Confidential - Subject to Further Confidentiality Review

 1                    And second of all, if whether

 2    CNBM International Corporation has business regarding

 3    solar panel in the state of Alabama, I'm not sure

 4    about that.

 5    BY MR. HERMAN:

 6        Q    For the witness, it was downloaded this week

 7    from http://www.environmental-expert.com/

 8    energy-renewables/products/location-usa-alabama/b.

 9        A    Okay.  Thank you.

10        Q    It says in the left-hand column, "Location,

11    USA, Alabama.  Brands, CNBM."

12                    Does that assist you in learning where

13    the document came from?

14        A    Yes, I see that website address now, yes.

15                MR. HERMAN:  Okay.  I offer Exhibit 78.

16                (CG:6/16/15-6/18/15 Exhibit 78-1

17                marked.)

18                MR. HERMAN:  Exhibit 78-1 -- I've

19            highlighted the copies -- is titled "CNBM Energy

20            and Renewables Equipment in Florida,"

21            "Locations, USA, Florida.  Brand, CNBM."  It was

22            downloaded from the same website previously

23            mentioned on June 14th, 2015.

24    BY MR. HERMAN:

25        Q    The question is:  Are you aware of

Confidential - Subject to Further Confidentiality Review

```
 1    CNBM International Corporation advertising brand

 2    products in USA, Florida?

 3              MR. PFAEHLER:  Mr. Herman, I'm sorry to

 4         interrupt.  Do you have another copy for

 5         counsel?

 6              MR. STENGEL:  Objection, lacks

 7         foundation.

 8    A    According to this English document, what's

 9    being stated here, I don't know about this.

10              (CG:6/16/15-6/18/15 Exhibit 78-2

11              marked.)

12              MR. HERMAN:  I'm going to show you

13         Exhibit 78-2, downloaded from the same website

14         on -- downloaded from the same website, titled

15         "CNBM Energy and Renewable Equipment in

16         Louisiana," "Locations, USA, Louisiana.  Brands,

17         CNBM."

18    BY MR. HERMAN:

19    Q    And I'll ask you if you are aware of

20    CNBM International Corporation's advertising products

21    in the state of Louisiana.

22              MR. STENGEL:  And I'll object to lack of

23         foundation and mischaracterization of the

24         document.

25    A    According to what I read on the English
```

Confidential - Subject to Further Confidentiality Review

```
 1    advertisement here, I don't know about this issue.

 2                    MR. HERMAN:  I understand that this was

 3            downloaded on June 14th, 2015 -- that is,

 4            Exhibit 78-2 -- and we offer Exhibit 78-2.

 5                    (CG:6/16/15-6/18/15 Exhibit 78-3

 6            marked.)

 7                    MR. HERMAN:  I show you Exhibit 78-3.  I

 8            give to the witness, the translator, counsel for

 9            CNBM and CNBMG, and would you pass one down to

10            counsel at the other end of the table.

11                    Exhibit 78-3 is titled "CNBM Energy and

12            Renewables Equipment in Mississippi,"

13            "Locations, USA, Mississippi.  Brand, CNBM."

14    BY MR. HERMAN:

15        Q    And I'll ask you if you're aware of

16    CNBM International Corporation advertising its

17    products in the state of Mississippi.

18                    MR. STENGEL:  Object, lack of

19            foundation, mischaracterization of the document.

20        A    I don't know about the situation mentioned

21    on this, according to this English document.

22                    MR. HERMAN:  Okay.  We'll offer

23            Exhibit 78-3.

24                    (CG:6/16/15-6/18/15 Exhibit 78-4

25            marked.)
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. HERMAN:  I'll show you Exhibit 78-4.

 2         I hand copies to counsel, that have been

 3         highlighted by me, and ask you to pass them down

 4         to other counsel.  Thank you.

 5              It says at the top -- excuse me.  It was

 6         downloaded from the same website, titled "Energy

 7         and Renewables, CNBM Equipment in Texas, dash,

 8         environmental-expert.com," three pages, also

 9         titled "CNBM Energy and Renewables Equipment in

10         Texas."  "Locations, USA, Texas.  Brand, CNBM."

11    BY MR. HERMAN:

12         Q    And I'll ask you if you know if

13    CNBM International Corporation was advertising its

14    brand of products in the state of Texas.

15              MR. STENGEL:  Objection, lack of

16         foundation, mischaracterization of the document.

17         A    According to this English document,

18    advertisement document, I don't know about this.

19              MR. HERMAN:  I offer Exhibit 78-4.

20              (CG:6/16/15-6/18/15 Exhibit 78-5

21              marked.)

22              MR. HERMAN:  I show you Exhibit 78-5,

23         "Energy and Renewables, CNBM Equipment in

24         Virginia, dash, environmental-expert.com,"

25         downloaded on June 14, 2015, from the same
```

Confidential - Subject to Further Confidentiality Review

```
 1          website, titled "CNBM Energy and Renewables
 2          Equipment in Virginia."  "Locations, USA,
 3          Virginia.  Brand, CNBM."
 4                 And I pass to the translator and to the
 5          witness each a copy I've highlighted, and to
 6          opposing counsel, and ask that opposing counsel
 7          please pass these down to other counsel.
 8   BY MR. HERMAN:
 9      Q    Are you aware of CNBM International
10   advertising its products in the state of Virginia,
11   USA?
12                 MR. STENGEL:  Objection, lack of
13          foundation, mischaracterization of the document.
14      A    According to this English advertisement, I
15   don't know about this situation.
16                 MR. HERMAN:  Okay.  We offer
17          Exhibit 78-5.
18                 (CG:6/16/15-6/18/15 Exhibit 68 marked.)
19                 MR. HERMAN:  We're going to offer
20          Exhibit 68, which is from the Chang deposition,
21          Exhibit 10, CNB1 through -- pages 1 through 4,
22          dated November 13th, 2007, and a letter of
23          corporate change name from China National
24          Building Material Investment Company, Limited,
25          which previously was BND Company, Limited.  It's
```

Confidential - Subject to Further Confidentiality Review

```
1           in -- and we show and hand one to counsel, and

2           we offer Exhibit 68.

3                   MR. STENGEL:  Mr. Herman, do you want

4           the witness to have this?

5                   MR. HERMAN:  Yeah, the witness can have

6           it.

7                   MR. STENGEL:  Are you going to question

8           her?

9                   MR. HERMAN:  No, I'm not.

10                  MR. STENGEL:  Okay.

11                  (CG:6/16/15-6/18/15 Exhibit 96 marked.)

12                  MR. HERMAN:  I'm going to question the

13          witness regarding Exhibit 96, Federal Rule of

14          Evidence 1006 chart regarding BNBM shipment of

15          drywall to the United States of America in the

16          years 2005 and 2006, with the backup

17          information, and we'll provide copies.

18                  While they're being distributed, as an

19          officer of the court, I'll state that the

20          FRE 1006 summary chart of eight pages, the

21          supporting material are all documents bearing

22          Bates numbers of BNBM Plc.  And I'll give

23          counsel an opportunity to look at the chart and

24          the supporting documents.

25                  MR. STENGEL:  Counsel, the chart is in
```

1     English exclusively?

2              MR. HERMAN:  Yes.  It's matched, English

3     and Chinese, from BNBM Plc Company.

4              I want to make sure that learned counsel

5     for BNBM Plc and BNBM Group has received the

6     document.

7              MR. STENGEL:  Counsel, as a summary

8     document for BNBM, this is outside the scope of

9     the notice.  I will allow the witness to answer

10    as an individual to the extent she has

11    familiarity with any of the transactions

12    referenced.

13             MR. HERMAN:  The reason that we're

14    offering this document is prior testimony to the

15    knowledge of CNBM Group and CNBM, that BNBM

16    shipped product to the United States of America.

17             And further, we were served yesterday

18    afternoon, and we read it last night, a very

19    erudite brief which infers that -- if it doesn't

20    say directly, that BNBM shipped no product to

21    the United States.

22             It is our view that these charts show

23    sales contracts and shipments of gypsum drywall

24    to the USA, and they come straight from the

25    records of BNBM Plc.

1          We're also mindful that BNBM Plc and

2     BNBM have -- BNBM Group have contested the

3     jurisdiction of the Court on various grounds and

4     that during this deposition, BNBM Plc has been

5     identified as a 65% owner of Taishan, and CNBM

6     has a controlling interest in BNBM.

7          And, therefore, we believe it's quite

8     proper and it's within the term "affiliate," as

9     well, which we are entitled to discover

10    evidence.

11          (Translation.)

12          MR. STENGEL:  Madam Translator, did you

13    get my --

14          THE INTERPRETER:  No.  Please.

15          MR. STENGEL:  Okay.  I had said that I

16    viewed this questioning as beyond the scope of

17    the notice, but I would allow the witness to

18    testify from her personal knowledge, if any.

19          (Translation.)

20          THE WITNESS:  Okay.

21          MR. STENGEL:  And I will amend or

22    qualify that slightly.  Mr. Herman, to the

23    extent you're asking about Group, CNBM Group's

24    knowledge of shipments, that's fairly within the

25    scope.  But if you want to talk about these from

Confidential - Subject to Further Confidentiality Review

```
 1          the BNBM perspective, that's a different

 2          situation.

 3               MR. PFAEHLER:  Mr. Herman, I would note

 4          for the record I'm not sure whose brief you were

 5          referring to when you were describing the very

 6          erudite brief.

 7               MR. LEVIN:  It wasn't yours.

 8               MR. PFAEHLER:  It wasn't ours?

 9               MR. HERMAN:  No, it was a brief

10          submitted by CNBM/CNBM Group last evening -- at

11          least I got it last evening, very well written.

12          The basis is the same basis or similar basis as

13          BNBM and BNBM Group has asserted.

14               And I will -- the rest of the

15          questioning, for the most part, will relate to

16          the witness' knowledge of CNBM Group, CNBM Plc,

17          BNBM and BNBM Group and their relationships as

18          affiliates.

19               At this time, I'm going to offer

20          Exhibit 96.

21               MR. PFAEHLER:  If we can note for the

22          record my objection to the introduction of this,

23          no foundation.  Thank you.

24               (CG:6/16/15-6/18/15 Exhibit 99 marked.)

25               MR. HERMAN:  I'm going to offer
```

Confidential - Subject to Further Confidentiality Review

```
 1          Exhibit 99, a chart summarizing Taishan Gypsum's
 2          sale of drywall in the United States, which was
 3          Exhibit 1 at the May 7, 2012, Herman affidavit
 4          filed June 20th, 2012, record document
 5          number 1484-3, and nine pages, "Taishan Gypsum
 6          Board Sales to the United States."  We'll
 7          provide counsel.
 8               And it is being offered in this
 9          deposition with regard to affiliates, and
10          particularly affiliates of CNBMG, CNBM Group,
11          CNBM Company, BNBMG, BNBM, and Taishan,
12          document 14843-3 filed in the record.
13  BY MR. HERMAN:
14      Q    I'm going to ask the witness if the witness
15  has, in her 30 years of working in finance and
16  economics at CNBM Group, and as the designated
17  CNBM Group witness at this deposition -- if she is
18  familiar with CNBM subsidiaries of CNBM Group
19  attending trade show conferences in Las Vegas, USA on
20  October 17th and 18th, 2011.
21               MR. STENGEL:  Objection, vague and
22          ambiguous, lacks foundation.
23      A    I'm not -- I don't know about that.
24               (CG:6/16/15-6/18/15 Exhibit 80 marked.)
25               MR. HERMAN:  All right.  I'm going to
```

Confidential - Subject to Further Confidentiality Review

```
 1        show you ALRMH-CNBM8020, downloaded from

 2        http://www.globalgypsum.com/conferences-global-

 3        gypsum-review-global-gypsum-2012-re, dash --

 4        three dots, which was downloaded on June 15th,

 5        2015, titled "Global Gypsum 2011 Review."  And

 6        I've highlighted the words "Global Gypsum 2011

 7        Review" and "11th Global Gypsum Conference,

 8        Exhibition and Awards 2011, October 17-18,

 9        Las Vegas, U.S."  And this has -- these Bates

10        numbers go from 8020 to 8824.  And I pass to

11        counsel a highlighted version and for other

12        counsel, if you'd pass those.

13             And I do not have them in Chinese and

14        will not ask the witness any questions -- more

15        questions, as the witness, at this point, has

16        indicated she doesn't even know about it or has

17        no recollection.

18             (CG:6/16/15-6/18/15 Exhibit 80-1

19             marked.)

20             MR. HERMAN:  I offer Exhibit 80-1,

21        ALRMH-CNBM Bates numbers 8825 through 8826,

22        downloaded 6/15/2015 from

23        http://www.globalgypsum.com-awards, listing BNBM

24        in 2010 as Global Gypsum Company of the Year,

25        and 2009 awards, Global Gypsum Company of the
```

Confidential - Subject to Further Confidentiality Review

```
1           Year, BNBM, Beijing New Materials, part of CNBM,

2           and 2009 award, Global Gypsum Supplier of the

3           Year, Aerometric [phonetic] Company.

4                I'll pass these to counsel.  I've

5           highlighted those words that I've referred to.

6    BY MR. HERMAN:

7        Q    As CNBMG's spokesperson, chosen to testify

8    for CNBMG, are you aware of global awards from Global

9    Gypsum presented in 2010 to BNBM?

10               MR. STENGEL:  Objection, vague and

11          ambiguous.

12       A    I don't know about that.

13   BY MR. HERMAN:

14       Q    Are you aware that in 2009, a Global Gypsum

15   Company of the Year award was given to "BNBM, Beijing

16   New Building Materials, part of CNBM"?

17               MR. STENGEL:  Objection to form.

18       A    I don't know about that either.

19   BY MR. HERMAN:

20       Q    Wasn't that award written about in the

21   CNBM, Limited annual reports?

22       A    I cannot be sure because I don't remember.

23               MR. HERMAN:  Okay.  I'll offer

24          Exhibit 80-1.

25               THE WITNESS:  Excuse me.  May I go to
```

```
 1          the bathroom?

 2               THE INTERPRETER:  By witness.

 3               MR. HERMAN:  Yes.  Why don't we take a

 4     15-minute break because -- so everyone knows,

 5     Tim --

 6               Go off the record.

 7               THE VIDEOGRAPHER:  The time now is

 8     11:12 a.m.  We're off the record.

 9               (Recess taken, 11:12 a.m. to 11:34 a.m.)

10               THE VIDEOGRAPHER:  This begins Disc 3 of

11     today's deposition.  The time now is 11:34 a.m.

12     We're back on the record.

13               (CG:6/16/15-6/18/15 Exhibit 81-1

14               marked.)

15 BY MR. HERMAN:

16     Q    I show the witness ALRMH-CNBM8808, in

17 English, and 8809, in Chinese, downloaded on

18 June 15th, 2015, from http://www.icnbm.com/

19 newsinfo.php?id=19&li -- &iid=983.  It's a Chinese

20 website.  It's identified as Exhibit 81-1.

21               I'll ask the witness:  Is the witness

22 familiar with OKorder.com, official launch on

23 February 10th, 2011, a direct selling platform for

24 building materials with the mission of "Making every

25 order easy, OKorder commits itself to offer a
```

Confidential - Subject to Further Confidentiality Review

1    brand-new selling channel for Chinese domestic

2    manufacturers through diverse corporation forms?"

3              (Translation.)

4              (CG:6/16/15-6/18/15 Exhibit 81 marked.)

5              MR. HERMAN:  I'm also going to show the

6         witness Exhibit 81 in English and Chinese, and

7         pass it to counsel, which is ALRMH-CNBM8810,

8         8811 and 8812 -- ALRMH-CNBM8811 and 8812 in

9         Chinese, which was downloaded from

10        http://www.cnbm.com.cn/EN/c000000160001/d_15129.

11        html, Exhibit 81.

12   BY MR. HERMAN:

13        Q    And I'll withdraw the last question and ask

14   the witness to look at Exhibit 81.  And now I'll

15   restate the question.

16              Is the witness aware that on

17   February 10, 2011, OKorder.com launched its official

18   website?

19        A    I remember the launching of such a website,

20   but I don't recall the exact time when it was

21   launched.  But according to this document, that was

22   the date.

23        Q    In the upper left corner, do you see a

24   trademark?

25        A    Yes.

```
 1      Q      Whose trademark is that?

 2      A      Do you mean the red icon?

 3      Q      Yes.

 4      A      That is the logo as a group logo that

 5  belonged to CNBM Group Company, Limited.

 6      Q      And beneath the photograph on Exhibit 81,

 7  represented by a rectangle on the Chinese version, do

 8  you see the words, "OKorder is developed and operated

 9  by CNBM International Corporation

10  (CNBM International), which is the most important

11  trading platform of CNBM Group"?

12      A      Excuse me.  According to Madam Interpreter's

13  translation, it doesn't really match exactly what was

14  stated on the Chinese version.

15      Q      Would you read the Chinese version under the

16  rectangle?  Would you read the first two sentences,

17  please?

18      A      "On February 10th, China Building Material

19  industry, the first platform of the material trade --

20  first electronic platform of the material trading is

21  launched as Yidanwan," Y-I-D-A-N-W-A-N.

22      Q      Would you read the next sentence, please?

23      A      "This simplify -- this symbolize the

24  CNBM Group is officially entering the field of

25  electronic trading of building materials and is a new
```

Confidential - Subject to Further Confidentiality Review

```
 1    leap into -- and materialized as a new leap into the

 2    logistic trading business sector."

 3         Q     Is OKorder a -- strike that.

 4              MR. HERMAN:  I'm going to offer

 5         Exhibit 81.

 6    BY MR. HERMAN:

 7         Q     Would you please look at Exhibit 81-1,

 8    ALRMH-CNBM8808, with the Chinese translation at 8809.

 9    Would you read the title of the document?

10         A     The title of the article downloaded was

11    this, "CNBM Group Enter Fortune 500 Four Years in a

12    Row."

13         Q     What website is printed underneath the

14    title?

15         A     Yes, I can see that.  www.jcmbm.com.

16         Q     Whose website is that?

17         A     I'm not clear about that.  I don't know.

18    I'm not familiar with that.

19         Q     What date is it?

20         A     It's stated on this document, D-A-T-E,

21    2014-07-08.

22         Q     Was this award published in Fortune Magazine

23    of the United States of America?

24         A     According to this document I'm reading now,

25    yes, that's how it was stated.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q     Do you see the words "CNBM International

 2   Corporation Webpage, All Rights Reserved" with a

 3   copyright signal, 2005, dash, 2013, on Exhibit 81-1?

 4      A     Yes, I see that.

 5      Q     Do you see that OKorder.com was involved in

 6   cross-border e-commerce and overseas warehousing?

 7      A     Where was it mentioned?  I can't see.

 8      Q     Fourth paragraph.

 9      A     The material that the counsel mentioned

10   earlier, I did not see it in the Chinese document.

11              MR. STENGEL:  Counsel, there may be a

12        disconnect between the Chinese and --

13   BY MR. HERMAN:

14      Q     What does OKorder.com do?

15      A     I'm not familiar with that.

16      Q     As the corporate representative of

17   CNBM Group, designated to testify for the group at

18   this deposition, you're not aware of what OKorder

19   does; is that correct?

20      A     Before the deposition, I was not familiar

21   about this information, but according to the webpage

22   I'm reading now in the Chinese version, I pay more

23   attention to the overall page, and I discovered that

24   there was an icon on the left column that includes the

25   name of the Chinese website, and it's stated
```

```
 1    O-K-O-R-D-E-R.com.

 2                  On top of that web address, there's

 3    three Chinese words spelled as yi-dan-wang, Y-I,

 4    D-A-N, W-A-N-G; and according to this icon, it may be

 5    related to the address that you mentioned earlier.

 6                  MR. HERMAN:  Okay.  We'll offer

 7         Exhibit 81-1.

 8                  (CG:6/16/15-6/18/15 Exhibit 81-2

 9                  marked.)

10    BY MR. HERMAN:

11         Q    Let me show the witness Exhibit 81-2,

12    ALRMH-CNBM8517 and 8518.  8518 is in Chinese.

13                  And I'll first ask the witness if she

14    sees the OKorder.com emblem.

15         A    Yes, I see that.

16         Q    Under the words "Company Profile," would the

17    witness please read the first sentence?

18         A    "Chinese Building -- China National Building

19    Material International Trading Corporate, Limited

20    (short as CNBM International Trading; English, short

21    as CNBM International Corp.) is an important member

22    enterprise in the CNBM Group logistic trading sector."

23                  MR. HERMAN:  Okay.  I thank you.  We

24         will offer Exhibit 81-2.

25                  (CG:6/16/15-6/18/15 Exhibit 72 marked.)
```

Confidential - Subject to Further Confidentiality Review

```
1              MR. HERMAN:  I'm going to distribute
2         Exhibit 72.  The first page after the cover is
3         from CNBMG Group, furnished to counsel, 679_T;
4         the second page, as furnished to counsel for the
5         PSC, page 2, is CNBM Group 679-T; and the last
6         page of the exhibit is CNBM Group 00000679,
7         furnished to the counsel for the PSC.
8    BY MR. HERMAN:
9         Q     And I will ask the witness to look at Bates
10   CNBM Group 679, in Chinese.  Would the witness please
11   read the "from" line.
12        A     "Chen, Lu," C-H-E-N, first name, L-U.
13        Q     Does it give an identification number for
14   e-mail after the name?
15             THE INTERPRETER:  May the interpreter
16        request a clarification on the question?
17             MR. HERMAN:  Sure.
18             THE INTERPRETER:  The interpreter does
19        not understand the question.
20   BY MR. HERMAN:
21        Q     Is there an e-mail or a website in the first
22   line on page 679?
23        A     Yes.
24        Q     Is there a date on the second line?
25        A     Yes.
```

Confidential - Subject to Further Confidentiality Review

```
1      Q      What is the date?

2      A      February 20th, 2012.

3      Q      To whom is this e-mail sent, on the third

4   line?

5      A      From this e-mail address, I'm not sure if

6   it's an acronym of a Chinese name or a company's name,

7   but it's stated wwb@cnbm.com.cn.

8      Q      Does CNBM Group use cnbm.com.cnn in

9   connection with its e-mail traffic?

10     A      Yes, cnbm.com.cn is CNBM Group's website

11   address.

12     Q      On the subject line, what is the subject of

13   this e-mail?

14     A      It's "Registered Capital."

15     Q      Under "Name," do you see the words

16   "Invested -- Name of Invested Company"?

17     A      Yes, I saw the wording on this e-mail.

18     Q      Under the word "Name of Invested Company,"

19   what is the first company stated?

20     A      That is CTIEC-TECO American Technology

21   Company, Limited.

22     Q      Under the word "Registered Capital," is

23   there an indication of how much U.S. dollars are

24   registered capital of CTIEC-TECO American Technology

25   Limited Company?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A      According to the column correlated on the

 2   same row of CTIEC-TECO American Technology Company,

 3   Limited, the registered capital is $1 million USD.

 4      Q      Do you know Lu Chen of the financial

 5   department?

 6      A      I don't know this person.

 7      Q      Do you know who X-I-A-N-G, new word,

 8   W-A-N-G, is?

 9      A      Yes, I know.

10      Q      Who is that?

11      A      Wang Xiang is an employee of the financial

12   department of CNBM Group.

13                 MR. HERMAN:  Okay.  We'll offer

14         Exhibit 72.

15                 (Conference out of the hearing of the

16                 reporter.)

17                 MR. HERMAN:  Let's take a five-minute

18         break.

19                 MR. STENGEL:  Okay.

20                 THE VIDEOGRAPHER:  The time now is

21         12:08 p.m.  We're off the record.

22                 (Recess taken, 12:08 p.m. to 12:20 p.m.)

23                 THE VIDEOGRAPHER:  The time is

24         12:20 p.m.  We're back on the record.

25   BY MR. HERMAN:
```

Confidential - Subject to Further Confidentiality Review

1        Q        In 2005, Taishan Gypsum, based on its sworn

2    testimony in prior depositions and documents, began

3    negotiating to ship Taishan Gypsum drywall to the

4    United States of America.  Are you aware of that?

5        A        I'm not aware of that.

6        Q        As the group -- CNBM Group representative

7    chosen to testify, what is your understanding of when

8    Taishan Gypsum/TTP began to ship Taishan Gypsum

9    drywall to the United States of America?

10                MR. STENGEL:  Objection to form.  It may

11          be compound.

12       A        I'm not clear about that either.

13   BY MR. HERMAN:

14       Q        Are you aware that in 2006 -- well, let me

15   go back.

16                Are you aware that T-A-I-H-E, in 2005,

17   began to ship gypsum drywall to the United States of

18   America?

19                MR. STENGEL:  Objection to form.

20       A        I'm not aware of that.

21   BY MR. HERMAN:

22       Q        Are you aware that Taishan Gypsum or Taihe

23   shipped Chinese-manufactured drywall to the United

24   States of America in the year 2006?

25                MR. STENGEL:  Objection to form.

Confidential - Subject to Further Confidentiality Review

```
 1      A      I'm not aware of that.

 2  BY MR. HERMAN:

 3      Q      Are you aware that in 2007, Taishan Gypsum

 4  shipped Chinese-manufactured drywall to the United

 5  States of America?

 6              MR. STENGEL:  Objection to form.

 7      A      No, I'm not aware of it.

 8  BY MR. HERMAN:

 9      Q      Are you aware that in 2005, the predecessor

10  of Taishan Gypsum shipped manufactured drywall FOB

11  China that ended up in the United States of America?

12              MR. STENGEL:  Objection to form.

13      A      No, I'm not aware of that.

14  BY MR. HERMAN:

15      Q      Are you --

16      A      What was the predecessor of the Taishan

17  Gypsum that you mentioned?

18      Q      Shandong Taihe D-O-N-G-X-I-N.

19      A      I'm not aware of that.

20      Q      Okay.  So as I understand your testimony, as

21  you sit here today as a representative of CNBM Group,

22  you have no recollection or awareness that drywall

23  manufactured by Taishan Gypsum and its predecessors

24  was shipped to the United States of America in 2005,

25  2006 or 2007?
```

```
 1                    MR. STENGEL:  Objection to form.

 2       A     That's correct.

 3   BY MR. HERMAN:

 4       Q     In 2009, Taishan Gypsum was served with

 5   complaints by United States citizens claiming that

 6   Taishan Gypsum and its predecessors had manufactured

 7   defective Chinese drywall.

 8                    In 2009, at the time Taishan was sued,

 9   was CNBM Group in existence?

10       A     Did you mean that in year 2009, was

11   CNBM Group company exist -- existing?

12       Q     I'll ask the question again.

13                    In 2009, at the time Taishan was sued

14   and received a complaint from citizens of the United

15   States of America, was CNBM Group in existence?

16       A     In year 2009, yes, CNBM Group did exist.

17       Q     In 2009, did CNBM Company, Limited exist?

18       A     In year 2009, CNBM Company, Limited did

19   exist.

20       Q     In 2009, was CNBM Group the parent of

21   CNBM Company, Limited?

22       A     In year 2009, according to the annual report

23   of the CNBM Company, Limited, that CNBM Group was the

24   parent company of the CNBM Company, Limited.

25       Q     In 2009, was CNBM Company, Limited a 52.40%
```

 1   owner of BNBM Company, Limited?

 2       A      In year 2009, CNBM Company, Limited did own

 3   stocks of -- did own shares of BNBM Company, Limited,

 4   but as to the ratio of how much share they own, I have

 5   to refer to document materials in order to confirm the

 6   number.

 7       Q      I will show you ALRMH-CNBM1734, page 13 in

 8   Chinese, Exhibit 8A.

 9       A      Thank you.

10             (Document review.)

11   BY MR. HERMAN:

12       Q      Does that refresh your memory that in 2009,

13   BNBM Company, Limited was owned 52.40% by

14   CNBM Company, Limited?

15             MR. PFAEHLER:  Objection, form.

16       A      Yes, according to what I'm reading now, the

17   2009 annual report, page 13 in the Chinese version,

18   the material show that 52.4% of the share of BNBM

19   Company, Limited was owned by CNBM Company, Limited.

20   BY MR. HERMAN:

21       Q      And in 2009, BNBM Company, Limited owned 65%

22   of Taishan Gypsum?

23       A      Yes, the same; according to the 2009 annual

24   report, page 13, it is stated that BNBM did own 65% of

25   the Taishan Gypsum share -- share.

Confidential - Subject to Further Confidentiality Review

1      Q      In 2010, at the time that CNBM Group was

2   served with the Gross complaint, is it true that

3   CNBM Group was the parent of CNBM Company, Limited?

4      A      According to my memory of the annual report

5   of CNBM Company, Limited, yes.  Correct.

6      Q      I'm going to show you from that annual

7   report of CNBM Company, Limited at page 13, the annual

8   report of the shareholder structure of 2010.

9               And I'll ask you:  In 2010, isn't it

10   true that the CNBM Company, Limited owned 52.40% of

11   BNBM Company, Limited?

12      A      According to the Chinese annual report of

13   CNBM Company, Limited, on page 13, it did show that

14   CNBM Company, Limited did own 52.4% of the share of

15   BNBM Company, Limited.

16      Q      In 2010, isn't it true, BNBM Company,

17   Limited owned 65% of Taishan Gypsum?

18      A      Do you -- can I confirm?  Do you mean --

19               THE INTERPRETER:  The interpreter made a

20          mistake.  The interpreter will repeat the

21          question to the witness.

22               (Translation.)

23      A      Yes, from the same resource as I'm reading,

24   2010 annual report, on page 13, in 2010, BNBM Company,

25   Limited did own 65% of the Taishan Gypsum Company's

1    share.

2    BY MR. HERMAN:

3        Q      When CNBM Company, Limited was served with a

4    complaint in 2010, isn't it true that CNBMG -- that

5    is, Group -- was the parent of CNBM Company, Limited?

6                    MR. STENGEL:  Objection to form.

7        A      According to the annual report of the

8    CNBM Company, Limited, in year 2010, CNBM Group was

9    the parent company of CNBM Company, Limited.

10   BY MR. HERMAN:

11       Q      In the year 2010, isn't it true that

12   CNBM Company, Limited owned 52.4% of BNBM Company,

13   Limited?

14       A      According to the material, documents that I

15   received now, identified as the annual report of

16   CNBM Company, Limited, the annual report show that on

17   20 -- in 2010, CNBM Company, Limited did own 52.4% of

18   BNBM Company's stock, share.

19       Q      Isn't it true that in the year 2010,

20   BNBM Company, Limited owned 65% of Taishan Gypsum?

21       A      According to the same resource, the 2010

22   annual report of CNBM Company, Limited, on page 13, it

23   did show that in year 2010, BNBM Company, Limited did

24   own 65% of the Taishan Gypsum Company's share.

25       Q      As the corporate representative of

 1    CNBM Group, do you know why BNBM rejected service of

 2    the complaint in the year 2010?

 3                    MR. PFAEHLER:  Objection as to form.

 4                    MR. STENGEL:  Objection to form.

 5                    Also admonish the witness to omit any

 6              conversations with attorneys in that response.

 7         A     I don't know why.

 8    BY MR. HERMAN:

 9         Q     At the time that Judge Eldon Fallon of the

10    Eastern District of Louisiana rendered a default

11    judgment on May 10, 2010, as of that date, was CNBMG

12    the parent of CNBM, Limited -- and did CNBM, Limited

13    own 52.4% of BNBM, Limited, which owned 65% of Taishan

14    Gypsum, according to the annual report of 2010 of

15    CNBM Company, Limited?

16                    MR. STENGEL:  Objection to form.

17                    MR. PFAEHLER:  Objection as to form.

18         A     According to the annual report of 2010 of

19    the CNBM Company, Limited, within the year of 2010,

20    CNBM Group was the parent company of CNBM Company,

21    Limited; and within the same year of 2010,

22    CNBM Company, Limited did own 52.4% of the

23    BNBM Company, Limited share; and within the same year,

24    BNBM Company, Limited did own 65% of Taishan's share.

25    BY MR. HERMAN:

1      Q      In the year 2011, isn't it true that

2   CNBM Group was the parent of CNBM Company, Limited;

3   that CNBM Company, Limited owned 52.4% of

4   BNBM Company, Limited; and that BNBM Company, Limited

5   owned 65% of Taishan Gypsum?

6                 And I provide the witness, in Chinese,

7   with page 12 of the China National Building Material

8   Company, Limited annual report of 2011.

9      A      According to the Chinese material I

10  received, identified as CNBM Company, Limited annual

11  report, on page 12, it did show that in year of 2011,

12  CNBM Group was the parent company of CNBM Company,

13  Limited; and in year 2011, CNBM Company, Limited did

14  own 52.4% of BNBM Company, Limited's share, which owns

15  65% of Taishan Gypsum's share.

16     Q      As the company representative of CNBM Group,

17  why did CNBM Group, in March of 2011, refuse to accept

18  service of a complaint filed against it with regard to

19  defective Chinese drywall delivered in the United

20  States?

21                MR. STENGEL:  Objection to form.

22     A      Was it CNBM Group that refused the complaint

23  you mentioned earlier?

24  BY MR. HERMAN:

25     Q      I'll ask the question again.

Confidential - Subject to Further Confidentiality Review

```
 1                    Why did CNBM Group refuse service of a

 2      complaint made in connection with defective Chinese

 3      drywall shipped from China to the United States in the

 4      year 2011?

 5                    (Translation.)

 6                    MR. HERMAN:  I have to withdraw the

 7           question.  The syntax is all wrong.

 8      BY MR. HERMAN:

 9           Q     In the year 2011, why did CNBM Group refuse

10      service of a lawsuit from the United States regarding

11      defective Chinese drywall?

12                    MR. STENGEL:  Objection to form.

13           A     Before -- while I was preparing for the

14      deposition, I came to understand that the decision was

15      made by the legal department of CNBM Group after they

16      consulted attorney.

17      BY MR. HERMAN:

18           Q     Why did CNBM Company, Limited refuse to

19      accept service, in the year 2011, of a lawsuit from

20      the United States regarding defective Chinese drywall?

21                    MR. STENGEL:  Objection to form.

22           A     I don't know the reason why CNBM Company,

23      Limited refused the service.

24      BY MR. HERMAN:

25           Q     Do you know why Taishan refused service of a
```

1    complaint in the United States of America regarding

2    defective Chinese drywall in the year 2011?

3                MR. STENGEL:  Objection to form,

4        foundation.

5        A    That was Taishan Gypsum's own decision.  I

6    don't know why.

7    BY MR. HERMAN:

8        Q    Do you know why BNBM Company, Limited

9    refused to accept service of a lawsuit from the United

10   States of America citizens regarding defective drywall

11   in the year 2011?

12               MR. STENGEL:  Objection to form,

13       foundation.

14       A    I don't know why.  That was a decision made

15   by the BNBM Company, Limited.

16   BY MR. HERMAN:

17       Q    In the year 2012, isn't it true that

18   CNBM Group was the parent of CNBM Company, Limited;

19   that CNBM Company, Limited owned 52.4% of

20   BNBM Company, Limited; and that BNBM Company, Limited

21   owned 65% of Taishan Gypsum?

22       A    According to the document in my hand now,

23   identified as CNBM Company, Limited annual report, on

24   page 13, the report -- from the report, I did read

25   that CNBM Group was the parent company of

1    CNBM Company, Limited at the time; and in the year

2    2012, CNBM Company, Limited did own 52.4% of

3    BNBM Company, Limited's share; and BNBM Company,

4    Limited did own 65% of the share of Taishan Gypsum

5    Company.

6         Q    Do you know why, in the year 2012,

7    BNBM Company, Limited refused to take part in the

8    litigation in the United States?

9              MR. PFAEHLER:  Objection to form.

10        A    I don't know why, because the decision was

11   made by the BNBM Company, Limited themselves.

12   BY MR. HERMAN:

13        Q    Do you know why, in the year 2012,

14   CNBM Company, Limited refused to take part in

15   litigation in the United States?

16             MR. STENGEL:  Objection to form.

17        A    I don't know that, because the decision was

18   made by CNBM Company, Limited themselves.

19   BY MR. HERMAN:

20        Q    Do you know why, in the year 2012,

21   CNBM Group refused to take part in the litigation in

22   the United States relating to Chinese drywall?

23             MR. STENGEL:  Objection to form.

24        A    During my preparation for the deposition, I

25   came to learn that the decision was made by the legal

Confidential - Subject to Further Confidentiality Review

```
 1   department of CNBM Group Company after they consulted

 2   their attorneys.

 3   BY MR. HERMAN:

 4       Q     Do you know why BNBM, in the year 2013 --

 5   that's BNBM Company, Limited -- refused to take part

 6   in litigation in the United States of America relating

 7   to Chinese drywall?

 8               MR. STENGEL:  Objection to form.

 9               MR. PFAEHLER:  Object.

10       A     I don't know, because the decision was made

11   by the BNBM Company, Limited themselves.

12   BY MR. HERMAN:

13       Q     Do you know why, in the year 2013,

14   CNBM Company, Limited refused to take part of

15   litigation in the United States regarding defective

16   Chinese drywall?

17               MR. STENGEL:  Objection to form.

18       A     I don't know, because it was made by the

19   CNBM Company, Limited themselves.

20   BY MR. HERMAN:

21       Q     Do you know why, in the year 2013,

22   CNBM Group refused to take part in litigation in the

23   United States of America regarding defective Chinese

24   drywall?

25               MR. STENGEL:  Objection to form.
```

Confidential - Subject to Further Confidentiality Review

 1      A      That was a decision made by the legal

 2   department of CNBM Group after their consultation with

 3   the attorneys.

 4                  MR. HERMAN:  I'm going to show you the

 5          annual report of CNBM Company, Limited for the

 6          year 2014 in Chinese.  I'll pass out copies to

 7          counsel.  They should be in the materials

 8          previously distributed to you when introduced.

 9   BY MR. HERMAN:

10      Q      Looking at the annual report of 2014, China

11   National Building Material Company, Limited, at

12   page 13, is it true in 2014 that CNBM Group was the

13   parent of CNBM Company?

14      A      According to the Chinese material I'm

15   holding now, it's identified -- supposed to be the

16   page 13 of the CNBM Company, Limited annual report of

17   2014, as shown -- it showed that CNBM Group was the

18   parent company of CNBM Company, Limited.

19      Q      Was CNBM Company, Limited a 45.2% of

20   BNBM Company, Limited in 2014 [sic]?

21                  MR. STENGEL:  Objection to form.

22      A      According to the document identified as

23   CNBM Company, Limited annual report, page 13, it did

24   show that CNBM Company, Limited owned 45.2% of

25   BNBM Company, Limited's share.

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. HERMAN:

 2       Q     In 2014, isn't it true that BNBM Company,

 3   Limited owned 65% of Taishan Gypsum?

 4       A     The same; according to the document

 5   identified as CNBM Company, Limited annual report, on

 6   page 13, BNBM Company, Limited did own 65% of Taishan

 7   Gypsum Company's share.

 8       Q     Isn't it true that in 2014, CNBM Company,

 9   Limited owned 33.82% of China J-U-S-H-I, China Jushi?

10       A     According to the same material, identified

11   as year 2014 annual report of CNBM Company, Limited,

12   on page 13, it did show that CNBM Company, Limited

13   owned 33.82% of share of China Jushi, J-U-S-H-I,

14   Company.

15       Q     Isn't it true that in 2014, CNBM Company

16   owned 91 -- strike that.

17                 Isn't it true, in 2014, that

18   BNBM Company, Limited owned 91% of China Triumph

19   Engineering?

20                 MR. STENGEL:  Objection to the form.

21                 MR. PFAEHLER:  Objection to form.

22       A     Do you mean BNBM Company or CNBM Company

23   owned?

24   BY MR. HERMAN:

25       Q     I'll restate the question.
```

Confidential - Subject to Further Confidentiality Review

1                   Isn't it true, in 2014, that BNBM --

2    strike that.

3                   Isn't it true, in 2014, that CNBM

4    owned 91% of China Triumph Engineering?

5        A     From the same material, identified as the

6    page 13 of the 2014 annual report of CNBM Company,

7    Limited, I read that it's stated CNBM Company, Limited

8    did own 91% of the share of China Triumph.

9        Q     In 2014, isn't it true that CNBM Investment

10   was owned 100% by CNBM Company, Limited?

11       A     According to CNBM Company, Limited's annual

12   report on page 13, that's how it was stated, that

13   CNBM Company, Limited did own 100% of the share of

14   CNBM Investment.

15       Q     In the year 2014, did CNBM Group own any of

16   the shares of CNBM Trading?

17       A     In year 2014, 100% of the shareholding of

18   CNBM Investment was owned by CNBM Company, Limited, so

19   CNBM Group did not own any share of the

20   CNBM Investment.

21                   THE INTERPRETER:  The interpreter makes

22         a correction.  The last sentence should be, "The

23         CNBM Group did not own any share of the

24         CNBM Trading."

25   BY MR. HERMAN:

Confidential - Subject to Further Confidentiality Review

```
 1      Q      Who owned the shares of CNBM Trading in

 2   2014?

 3              THE INTERPRETER:  The interpreter might

 4        have made a mistake.

 5              (Translation.)

 6      A      In year 2014, all the shareholding, 100% of

 7   the share of CNBM Trading Company, was solely owned by

 8   CNBM Group.

 9   BY MR. HERMAN:

10      Q      Now, after the United States Fifth Circuit

11   Court of Appeals affirmed jurisdiction over Taishan on

12   January 28th, 2014, and then again on May 20th, 2014,

13   why did Taishan withdraw from litigation in the United

14   States of America?

15              MR. STENGEL:  Objection to form.

16      A      During my preparation for the deposition, I

17   came to learn that the decision was made by the board

18   of directors of the Taishan Gypsum Company.

19   BY MR. HERMAN:

20      Q      Did you come to learn why the board of

21   directors voted to withdraw from litigation in the

22   United States of America after six judges of the

23   United States Court of Appeals determined that there

24   was jurisdiction over Taishan?

25              MR. STENGEL:  Objection to form.
```

```
 1      A     As far as my understanding was that the

 2   decision was approved by independent votes by the

 3   directors of the board of directors of Taishan

 4   Company.

 5   BY MR. HERMAN:

 6      Q     Well, as the spokesperson for CNBM Group at

 7   this deposition, why -- why did they vote that way?

 8                MR. STENGEL:  Objection to form.

 9      A     That, I don't know.

10   BY MR. HERMAN:

11      Q     Why did BNBM Company, Limited refuse to

12   enter the litigation in the United States of America

13   regarding defective drywall in the year 2014?

14                MR. STENGEL:  Objection to form.

15      A     I don't know, because the decision was made

16   by BNBM Company, Limited themselves.

17   BY MR. HERMAN:

18      Q     Why did CNBM Company, Limited refuse to

19   enter the litigation in the United States of America

20   in 2014?

21                MR. STENGEL:  Objection to form.

22      A     I don't know, because the decision was made

23   by CNBM Company, Limited themselves.

24   BY MR. HERMAN:

25      Q     Why did CNBM Group, in the year 2014, refuse
```

Confidential - Subject to Further Confidentiality Review

```
 1    to enter the litigation in the United States of

 2    America concerning defective Chinese drywall?

 3               MR. STENGEL:  Objection to form.

 4        A     As far as I understand, the decision was

 5    made by the legal department of CNBM Group Company

 6    after they consulted the attorneys.

 7    BY MR. HERMAN:

 8        Q     Isn't it true that from 2006 to the present

 9    date, CNBM Group managed the corporate culture of its

10    subsidiaries and affiliates?

11               MR. STENGEL:  Objection, vague and

12         ambiguous, compound.

13               THE WITNESS:  I am not too -- I don't

14         understand the question very well.  I request

15         the question to be asked again.

16               MR. HERMAN:  I'll ask you another

17         question.

18    BY MR. HERMAN:

19        Q     As the chief economist from December 2009 to

20    the current date, and as the spokesperson here for

21    CNBM Group, why did CNBM Group wait until the year

22    2015 to enter the litigation in the United States

23    concerning Chinese drywall?

24               MR. STENGEL:  Objection to form.

25        A     The reason was a decision made by the legal
```

Confidential - Subject to Further Confidentiality Review

```
 1   department of CNBM Group after they consulted their

 2   attorneys.

 3   BY MR. HERMAN:

 4       Q     I'm going to ask you a cultural question,

 5   not a legal question.

 6               As the chief economist since 2009 and

 7   the company representative of CNBMG, what is the

 8   cultural mindset of CNBMG that its subsidiaries may

 9   file suit and use the United States of America's

10   courts for its own purposes, but refuse to accept

11   service by United States citizens in the United

12   States?

13               MR. STENGEL:  Objection, vague and

14         ambiguous, highly argumentative tone.

15               THE INTERPRETER:  The interpreter seeks

16         clarification.

17               (Translation.)

18       A     I already answered similar questions

19   earlier.  I will restate it -- I will restate again

20   that all the decisions made regarding the drywall

21   cases were made individually by individual companies

22   of CNBM Group; CNBM Company, Limited; BNBM Company,

23   Limited; and Taishan Gypsum Company.

24               Each individual company managed their

25   own business independently; therefore, they
```

Confidential - Subject to Further Confidentiality Review

1    independently assume all the legal responsibilities,

2    according to China's company law and each company's

3    charter.

4    BY MR. HERMAN:

5        Q     Let me ask this question:  As the corporate

6    representative of CNBM Group, do you think it's fair

7    for your subsidiaries to sue American companies in

8    America, but refuse to accept service from American

9    citizens who have been damaged by Chinese products in

10   the United States of America?

11            MR. STENGEL:  Objection to form,

12        argumentative.

13       A     I think this is the management behavior by

14   individual companies.  What steps or strategies each

15   company will take, it's according to each company's --

16   the decision will be made legally by each individual

17   company.

18   BY MR. HERMAN:

19       Q     Was Song Zhiping chairman or hold high

20   executive position in BNBM, CNBM Trading --

21   CNBM Company, CNBM Trading and CNBM Group at the time

22   decisions were made by subsidiaries of CNBM Group to

23   file suits on their behalf against U.S. citizens in

24   U.S. courts, but at the same time refuse to accept

25   service of claims by U.S. citizens against CNBMG

Confidential - Subject to Further Confidentiality Review

```
 1   subsidiaries?

 2             THE INTERPRETER:  The interpreter would

 3        like to read the question again, just a brief

 4        moment.

 5             MR. HERMAN:  Sure.

 6             (Translation.)

 7             MR. PFAEHLER:  Objection, form.

 8             MR. STENGEL:  Objection, lacks

 9        foundation, hopelessly compound, vague and

10        ambiguous.

11             MR. HERMAN:  Well, I think I'll withdraw

12        the question.  I'll ask a bunch of individual

13        questions.  It may take more time, but that's

14        okay.

15   BY MR. HERMAN:

16        Q    Was Song Zhiping chairman of CNBM Company,

17   Limited; BNBM Group; CNBM Group; and CNBM Trading at

18   the time the decision was made for CNBM Group

19   subsidiaries to file suit against American citizens in

20   the United States of America in our courts, but at the

21   same time deny American citizens who had been damaged

22   to file suit against CNBM Group in the courts of the

23   United States?

24             MR. PFAEHLER:  Objection, form.

25             (Translation.)
```

Confidential - Subject to Further Confidentiality Review

```
 1                 MR. STENGEL:  Objection to form.

 2      A     I will answer this question.  I will repeat

 3    my answer again.

 4                 Every company that was mentioned

 5    earlier, including CNBM, Limited and BNBM, Limited,

 6    whether they participate in the litigation or not was

 7    decided by each subsidiary's legal procedure.  This

 8    was not a decision made by Chairman Song himself.

 9    BY MR. HERMAN:

10      Q     Isn't it true that Cao Jianglin was chairman

11    of the supervisory committee of BNBM Plc and a

12    president of CNBM Company, Limited, chairman of the

13    supervisory committee of BNBM Group, and a director of

14    CNBM Group at the time that CNBM Group declined

15    service of litigation by U.S. citizens to file claims

16    in U.S. courts at Chinese -- strike that.

17                 Isn't it true that chairman --

18                 MR. HERMAN:  Let's change the tape.

19          This will take a while.

20                 THE VIDEOGRAPHER:  The time now is

21          1:44 p.m.  We're off the record.

22                 (Recess taken, 1:44 p.m. to 1:58 p.m.)

23                 THE VIDEOGRAPHER:  This begins Disc 4 of

24          today's deposition.  The time now is 1:58 p.m.

25          We're back on the record.
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. HERMAN:

 2      Q     Isn't it required for the board of directors

 3   to keep minutes of their meetings?

 4              MR. STENGEL:  Vague and ambiguous.

 5      A     Whose board of directors do you mean?

 6   BY MR. HERMAN:

 7      Q     Have you read the articles filed in the

 8   record of this lawsuit by CNBMG that determine what

 9   CNBMG directors are supposed to do?

10              MR. STENGEL:  Objection, vague and

11        ambiguous.

12      A     The charter of the board of directors of

13   CNBM Group has clear regulations on their duties.

14   BY MR. HERMAN:

15      Q     Don't those duties require the directors of

16   CNBM Group to make minutes of their meetings?

17              MR. STENGEL:  Objection, form.

18      A     I cannot recall the specific detail of the

19   charters in regards to CNBM Group board of directors'

20   duty.

21   BY MR. HERMAN:

22      Q     As the appointed spokesperson of CNBMG, you

23   don't know that the board of directors of CNBMG are

24   supposed to keep minutes of their meetings?

25              MR. STENGEL:  Objection to form.
```

Confidential - Subject to Further Confidentiality Review

1     A     I meant that I do not know the specific

2  details regarding the minute-recording when board of

3  directors convene meetings.

4  BY MR. HERMAN:

5     Q     Do you know where the minutes of the board

6  of directors of CNBMG are located?

7     A     I'm not sure the location of where they're

8  stored.

9     Q     What city?

10    A     Since I'm not sure, but according to the

11  office location of CNBM Group, that is located in

12  Beijing; therefore, I assume that the minutes are

13  stored in city of Beijing.

14    Q     Aren't the board of directors of CNBMG

15  required to keep their minutes for 20 years?

16               MR. STENGEL:  Objection to form.

17    A     As I answered earlier, as to the specific

18  regulation of the meetings of board of directors

19  meetings, it was specified and regulated in the

20  company's charter of CNBM Group.  I cannot clearly

21  recall the exact details.

22  BY MR. HERMAN:

23    Q     In preparation for the deposition, as the

24  company spokesperson of CNBM Group, did you review any

25  of the minutes of the board of directors of CNBM Group

Confidential - Subject to Further Confidentiality Review

1    from the year 2009 to date?

2        A       No.

3        Q       You, as the company spokesman for CNBMG,

4    don't know whether there are minutes of the board of

5    directors of CNBMG dealing with the drywall litigation

6    in the United States; isn't that true?

7                       MR. STENGEL:  Objection to form.

8        A       That's correct, I do not know.

9    BY MR. HERMAN:

10       Q       Does Song Zhiping have any physical or

11   health problems that prevent him from traveling?

12                      MR. STENGEL:  Objection, lack of

13          foundation.

14       A       As to this question, during my preparation

15   for the deposition, I did not ask Chairman Song.

16   BY MR. HERMAN:

17       Q       Do you know whether there's any prohibition

18   of Chairman Song to travel to the United States of

19   America to be sworn under oath to give testimony?

20                      MR. STENGEL:  Objection, form,

21          foundation.

22       A       I am not clear about this situation.

23   BY MR. HERMAN:

24       Q       Does Cao Jianglin -- Cao Jianglin have any

25   physical disabilities that prevent him to travel to

Confidential - Subject to Further Confidentiality Review

```
 1   the United States to give sworn testimony under oath?

 2                  MR. STENGEL:  Objection to form,

 3           foundation.

 4       A     During my preparation for the deposition,

 5   before I came to the United States, I had conducted an

 6   interview with Mr. Cao, C-A-O, but I did not ask him

 7   this question.

 8   BY MR. HERMAN:

 9       Q     So you know, yourself, as the company

10   representative of CNBM Group, of any restriction on

11   Cao which would prevent him from coming to the United

12   States to give testimony under oath; is that correct?

13                  MR. STENGEL:  Objection, lack of

14           foundation.

15       A     I don't know.

16   BY MR. HERMAN:

17       Q     Why did affiliates of CNBM Group, as listed

18   on the shareholders chart at page 13 of the annual

19   report of 2014, violate Judge Fallon's order between

20   July 18th, 2014, and March 15, 2015, by conducting

21   business in the United States of America?

22                  MR. PFAEHLER:  Multiple objections to

23           form and assumes facts not in evidence.

24                  MR. STENGEL:  Calls for a legal

25           conclusion, lacks foundation.
```

Confidential - Subject to Further Confidentiality Review

```
 1      A     As to the question mentioned earlier, I want

 2   to first mention that the question involved some legal

 3   concepts.  I want to restate again that I'm not a

 4   professional attorney; therefore, I cannot draw legal

 5   conclusion as my answer.  But I will answer to the

 6   question as to what I understand.

 7              I will answer the question by saying

 8   that CNBM Group Company, CNBM Company, Limited and all

 9   the companies mentioned in the 2014 CNBM Company,

10   Limited annual report shareholding structure of the

11   Group, that individual company who have activities

12   inside the United States was decided independently by

13   each individual company.  That is each individual

14   company's management behavior.  Their activities in

15   the United States will be decided legally by each

16   company independently.

17   BY MR. HERMAN:

18      Q     I just have one more question.  I may need a

19   follow-up.  And I appreciate the witness' patience.

20              As the representative of CNBM Group,

21   have the Courts of the United States of America

22   treated Taishan Gypsum; BNBM Company; CNBM Company,

23   Limited; and CNBM Group fairly?

24              MR. STENGEL:  Objection to form,

25         foundation, relevance.
```

Confidential - Subject to Further Confidentiality Review

```
  1      A      According to my personal understanding, I

  2   cannot draw a conclusion to the word "fair treatment."

  3                MR. HERMAN:  That's all I have.  Thank

  4         you so much.  Have a very good trip home.  I'm

  5         sorry I kept you so long today.  But I

  6         appreciate you being here in the United States,

  7         and I hope you enjoy the rest of your trip.

  8                THE VIDEOGRAPHER:  Time now is 2:17 p.m.

  9         Today's portion of our deposition, consisting of

 10         four discs, is now concluded.

 11                (Proceedings recessed at 2:17 p.m.)

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    REPORTER'S CERTIFICATE

 2

 3         This transcript is valid only for a transcript

 4    accompanied by my original signature and original

 5    required seal on this page.

 6         I, Michael E. Miller, Certified Court Reporter

 7    (LA Certificate #27009) in and for the State of

 8    Louisiana, as the officer before whom this testimony

 9    was taken, do hereby certify that GUOPING ZHOU, after

10    having been duly sworn by me upon authority of

11    R.S. 37:2554, did testify as herein before set forth

12    in the foregoing 106 pages; that this testimony was

13    reported by me in the stenotype reporting method, was

14    prepared and transcribed by me or under my personal

15    direction and supervision, and is a true and correct

16    transcript to the best of my ability and

17    understanding; that the transcript has been prepared

18    in compliance with transcript format guidelines

19    required by statute or by rules of the board, and that

20    I am informed about the complete arrangement,

21    financial or otherwise, with the person or entity

22    making arrangements for deposition services; that I

23    have acted in compliance with the prohibition on

24    contractual relationships, as defined by Louisiana

25    Code of Civil Procedure Article 1434
```

```
 1   and in rules and advisory opinions of the board;

 2   that I have no actual knowledge of any prohibited

 3   employment or contractual relationship, direct or

 4   indirect, between a court reporting firm and any party

 5   litigant in this matter nor is there any such

 6   relationship between myself and a party litigant in

 7   this matter.  I am not related to counsel or to the

 8   parties herein, nor am I otherwise interested in the

 9   outcome of this matter.

10

11            Signed this ___ day of _____, 2015.

12

13

14            _____

15            MICHAEL E. MILLER, FAPR, RDR, CRR

16            Certified Court Reporter

17            LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3         I,_____, do hereby

 4   certify that I have read the foregoing pages and

 5   that the same is a correct transcription of the

 6   answers given by me to the questions therein

 7   propounded, except for the corrections or changes in

 8   form or substance, if any, noted in the attached

 9   Errata Sheet.

10

11         _____

12         GUOPING ZHOU                    DATE

13

14   Subscribed and sworn to before me this

15   _____ day of _____, 20 _____.

16   My commission expires: _____

17

18   Notary Public

19

20

21

22

23

24

25
```

```
 1              __  __  __  __  __  __

 2                      ERRATA

                __  __  __  __  __  __

 3

 4     PAGE   LINE    CHANGE/REASON

 5     ____   ____   _____

 6     ____   ____   _____

 7     ____   ____   _____

 8     ____   ____   _____

 9     ____   ____   _____

10     ____   ____   _____

11     ____   ____   _____

12     ____   ____   _____

13     ____   ____   _____

14     ____   ____   _____

15     ____   ____   _____

16     ____   ____   _____

17     ____   ____   _____

18     ____   ____   _____

19     ____   ____   _____

20     ____   ____   _____

21     ____   ____   _____

22     ____   ____   _____

23     ____   ____   _____

24     ____   ____   _____

25     ____   ____   _____
```