UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Germano v. Taishan Gypsum, 09-cv-6687*<br>*Gross v. Knauf Gips KG, 09-cv-6690*<br>*Wiltz v. BNBM, 10-cv-361*<br>*Amorin v. Taishan Gypsum, 11-cv-1672*<br>*Amorin v. Taishan Gypsum, 11-cv-1395*<br>*Amorin v. Taishan Gypsum, 11-cv-1673* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion for Leave to File Reply Brief in Support of Motion to

Decertify Class With Excess Pages filed by the CNBM Entities,

IT IS ORDERED that the motion is GRANTED and the attached Reply Brief in Support

of Motion to Decertify Class is hereby filed.


New Orleans, Louisiana, this 23rd day of _____February_____, 2017

_____

ELDON E. FALLON
United States District Court Judge