UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**<u>AGENDA</u>**
**<u>FOR MARCH 2, 2017 STATUS CONFERENCE</u>**

I. KNAUF REMEDIATION PROGRAM

II.. TAISHAN, BNBM AND CNBM DEFENDANTS

III. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

IV. ATTORNEY'S FEES

V. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

VI. NEXT STATUS CONFERENCE set for April 6, 2017.

1