UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has reviewed the parties' arguments regarding the Plaintiffs' Steering Committee's Motion to remove confidentiality designations with respect to documents produced by the Taishan Defendants. R. Doc. 20598. Having reviewed the Motions, it is apparent that the parties have not met to discuss these documents, as required by PTO 16. Therefore,

**IT IS ORDERED** that Plaintiffs' Motion, R. 20598, is hereby **CONTINUED** until the April 6, 2017 Monthly Status Conference. The parties shall meet and confer regarding these documents before that date. If necessary, the Court will hear oral argument regarding this Motion after the April 6, 2017 Monthly Status Conference.

UNITED STATES DISTRICT JUDGE

1