UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | * | SECTION:    L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |

******************************************

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY PLAINTIFF, JUAN TORREJON

Subject to the requirements of Pretrial Order No. 1(I) dated January 24, 2012, Plaintiff, Juan Torrejon, hereby gives notice of their intention to dispose of physical evidence. Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to plaintiff by contacting: Leonard A. Davis by telephone at (504) 581-4892 or by e-mail at ldavis@hhklawfirm.com.  Upon the expiration of the thirty-day period, plaintiff may dispose of such physical evidence.

Dated: February 21, 2017          Respectfully submitted:

/s/ *Leonard A. Davis*
_____
**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:    (504) 581-4892
Fax No.:       (504) 561-6024
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Disposal of Physical Evidence, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry

Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2017.

                                        **/s/ Leonard A. Davis**
                                        _____
                                        LEONARD A. DAVIS