# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | * | SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * | MAG. JUDGE WILKINSON |

*******************************************

## PLAINTIFF'S, JUAN TORREJON, NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Juan Torrejon, Plaintiff in the above captioned matter, will begin remediation of their property beginning in May 2017. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Leonard A. Davis by telephone at (504) 581-4892 or by email at ldavis@hhklawfirm.com.

Respectfully submitted,

/s/ Leonard A. Davis
_____
**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No.: (504) 561-6024
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Remediation, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for

1

the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2017.

/s/ Leonard A. Davis
_____
LEONARD A. DAVIS

2