MINUTE ENTRY
FALLON, J.
MARCH 2, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-6687, 09-6690, 10-361, 11-1672,<br>11-1395, 11-1673 | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:   Arnold Levin, Esq., Russ Herman, Esq. and Sandra Duggan, Esq.,  for Plaintiffs Liaison Counsel
Michael Kenny, Esq. and Christy Eikhoff, Esq. for Taishan defendants
Richard Fenton, Esq. and Michael Barr, Esq., for defendants Beijing New Building Materials Public Limited Company (BNBM PLC) and Beijing New Building Material (Group) Co., Ltd. (BNBM Group)
James Stengel, Esq. for Defendants China National Building Material Co., Ltd., CNBMIT Co. Ltd., CNBM USA Corp. and United Suntech Craft, Inc.

1. Motion of defendants, China National Building Materials Co., CNBMIT Co. Ltd., CNBM USA Corp. and United Suntech Craft, Inc., to De-Certify the Class Pursuant to Rule 23(c)(1)(C) (Ref. All Cases)    (20627)

   (joined and adopted by defendants, Beijing New Building Materials Public Limited Company (BNBM, PLC) and Beijing New Building Material (Group) Co., Ltd. (BNBM Group), Rec. Doc. 20631)

   (joined and adopted by Taishan defendants, Rec. Doc. 20632)

After argument – Motion was taken under submission

2. Motion of plaintiff-intervenors, Deborah and William Morgan; Jerry and Inez Baldwin; Joe and Cathy Leach; Robert and Lisa Orlando; Fred and Vanessa Michaux; Preston and Rachel McKellar; and Steven and Elizabeth Heschober, and the Court-appointed Plaintiffs' Steering Committee, to Enforce the Court's July 17, 2014 Contempt Order and Injunction   (18302)

After argument – Motion was taken under submission

JS10: 2:09