```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE:  CHINESE-MANUFACTURED      *    Docket No. 09-MDL-2047
DRYWALL PRODUCTS LIABILITY        *
LITIGATION                        *
                                  *    March 2, 2017
                                  *
                                  *
Relates to all cases              *    Section "L"
                                  *
****************************************************************
```

**REPORTER'S OFFICIAL TRANSCRIPT OF THE**

**STATUS CONFERENCE**

**BEFORE THE HONORABLE ELDON E. FALLON,**
**UNITED STATES DISTRICT JUDGE.**

**REPORTED BY:**     Mary Thompson, RMR, FCRR
                     500 Poydras Street, Room B275
                     New Orleans, Louisiana  70130
                     (504)589-7783
                     mary_v_thompson@laed.uscourts.gov

OFFICIAL TRANSCRIPT

**APPEARANCES:**

For the Plaintiffs:        Herman, Herman & Katz
                           BY: RUSS HERMAN
                           820 O'Keefe Avenue
                           New Orleans, LA  70113


For the Defendants:        Baker Donelson Bearman
                           Caldwell & Berkowitz
                           BY:  KERRY J. MILLER
                           201 St. Charles Avenue
                           Ste. 2400
                           New Orleans, LA  70112


                           Phelps Dunbar
                           BY:  HARRY ROSENBERG
                           365 Canal Boulevard
                           Ste. 2000
                           New Orleans, LA  70130

```
                         P R O C E E D I N G S
                              (Call to order of the court.)
          THE COURT:  Be seated, please.
          Good morning, ladies and gentlemen.
          Call the case.
          THE CASE MANAGER:  MDL 2047, In Re: Chinese-
Manufactured Drywall Products Liability Litigation.
          THE COURT:  Counsel, make your appearances for the
record, please.
          MR. ROSENBERG:  Morning, Judge Fallon.  Harry Rosenberg
as liaison counsel for CNBM, BNBM, and Taishan, Your Honor.
          MR. HERMAN:  Good morning, Judge Fallon.  Russ Herman
on behalf of the PSC.
          MR. MILLER:  Good morning, Judge.  Kerry Miller for the
Knauf entities and the defense steering committee.
          THE COURT:  This is our monthly status conference which
we have first to deal with any matters on the agenda for the
conference.
          MR. HERMAN:  May it please the Court:
          Judge Fallon, there are not many issues on the agenda
this morning, and, as I understand it, Your Honor will have
argument after --
          THE COURT:  Right.
          MR. HERMAN:  -- the regular agenda on two issues.
          THE COURT:  Yes.
```

OFFICIAL TRANSCRIPT

```
09:01:17
```

1  MR. HERMAN: With regard to the Knauf remediation
2 program, Jake Woody is here to report and Kerry Miller
3 representing Knauf.
4  MR. MILLER: I'll let Mr. Woody go ahead, Your Honor.
5  THE COURT: Go ahead, Jake.
6  MR. WOODY: Good morning, Your Honor. Jake Woody from
7 BrownGreer. I just have a very brief update for you.
8  We are continuing to resolve Knauf claims, that they
9 have the right to, pursuant to an assignment from a remediation.
10 Just this week we were able to resolve 377 of those claims and
11 issue payment on those.
12  The purpose of -- or the benefit of resolving those is
13 that it frees up Global, Banner, and InEx money that we can then
14 begin the process of calculating to pay out the remaining funds
15 in a second distribution. So that is our main focus right now.
16  We've also made some payments pursuant to the Builder
17 Memorandum of Understanding, but there are no other outstanding
18 claims and we are focused mainly on wrapping up the settlement
19 program.
20  THE COURT: About how many claims in the Knauf program
21 were resolved and dealt with?
22  MR. WOODY: In total?
23  THE COURT: Yeah.
24  MR. WOODY: Just about 20,000 in the whole settlement
25 program.

```
 1              THE COURT:  Right.  Okay.  All right.  Thank you.
 2         Anything from Kerry Miller?
 3              MR. MILLER:  Yeah, Judge.  As Jake said -- Kerry Miller
 4    for Knauf.
 5              We're going to be working with Jake and BrownGreer.
 6    Given the intersection between the Knauf settlement and
 7    BrownGreer's role as administrators of the three other
 8    settlements, a pretrial order would hopefully allow BrownGreer to
 9    wrap up its duties, put the remaining class members on notice,
10    and then allow Knauf to avail themselves of the credits that
11    they're entitled to.
12              As it stands now, Knauf only has four homes in the
13    remediation program and about a half-dozen ARH homes left, so the
14    settlement is 99 percent done as far as Knauf is concerned.
15              THE COURT:  Then file the necessary motion and we'll
16    get you out of the case and you'll be gone.
17              MR. MILLER:  Thank you, Judge.
18              MR. ROSENBERG:  Your Honor, as the Court knows, the
19    next item is relating to the Taishan, CNBM, and BNBM entities and
20    their motions after this status conference that would be
21    considered by the Court.
22              THE COURT:  Okay.
23              MR. HERMAN:  May it please the Court:
24              With regard to Taishan, BNBM, and CNBM, at the next
25    status conference on April 6th, there will be three matters set
```

OFFICIAL TRANSCRIPT

```
                                                               for argument.
                                                                       The next issue involves Venture Supply, and
                                                               Arnold Levin, lead counsel, will make a brief statement regarding
                                                               that.
09:04:07                                                               THE COURT:  Okay.  This is the case dealing with
                                                               Venture in Virginia.
                                                                       MR. LEVIN:  Your Honor, that case is set for trial.
                                                               Bernard has the dates because he'll be trying it, I believe in
                                                               April.  There's discovery that is taking place now.  We have made
09:04:31                                                       arrangements for Venture's counsel to conduct a search of their
                                                               documents to produce in discovery.  That's the trial.
                                                                       Also we will submit, for distribution, an order
                                                               allowing the stipend to go out to counsel in the Taishan matters
                                                               in Virginia.
09:04:52                                                               THE COURT:  Okay.
                                                                       MR. TAYLOR:  Your Honor, it's currently scheduled for
                                                               trial in April, but there's another trial that the judge has
                                                               ongoing about that time so it may be pushed back until a date in
                                                               June.
09:05:03                                                               THE COURT:  All right. I'm in touch with the judge in
                                                               that matter and she's moving forward on those cases.
                                                                       Anything further on it?
                                                                       (No response.)
                                                                       THE COURT:  The next status conference is in March and
09:05:16                                                       then April.  What's the date in March, Harry?
```

OFFICIAL TRANSCRIPT

```
 1            MR. ROSENBERG:  In May?
 2            MR. HERMAN:  April 6th.
 3            MR. ROSENBERG:  April 6th and May 18th.
 4            THE COURT:  Right.  April 6th and then in May.
 5            MR. ROSENBERG:  April 6th in the morning, Your Honor.
 6            THE COURT:  April 6th in the morning.  And then
 7  May 18th --
 8            MR. HERMAN:  16th.
 9            THE COURT:  May 16th at 2:00.
10            MR. HERMAN:  May it please the Court, Your Honor.  In
11  regard to the attorney fee issue, Mr. Balhoff is the special
12  master.  That matter is ongoing.  It's in his hands right now.
13            As I understand it, just for the record, on May 16th
14  the status conference will be in the afternoon, not in the
15  morning.
16            On April 6th the three matters are severance and
17  suggestion of remand, the machine translation issue regarding
18  sanctions, and the confidentiality-of-document controversy.
19            That's all, Your Honor.
20            THE COURT:  All right.
21            MR. ROSENBERG:  That's right, Your Honor.
22                           (Proceedings concluded.)
23
24                         * * * *
25
```

09:05:29 (line 5)
09:05:42 (line 10)
09:06:06 (line 15)
09:06:32 (line 20)

OFFICIAL TRANSCRIPT

```
 1
 2                        CERTIFICATE
 3
 4       I hereby certify this 6th day of March, 2017, that the
 5  foregoing is, to the best of my ability and understanding, a true
 6  and correct transcript of the proceedings in the above-entitled
 7  matter.
 8
 9                                     /s/ Mary V. Thompson
10                                    Official Court Reporter
```

OFFICIAL TRANSCRIPT