WEST PALM BEACH | STUART



**EXHIBIT 1**

**VIA FEDERAL EXPRESS**

September 15, 2016

Phil Adams
MOSS & ASSOCIATES, LLC
2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311

**Re:    In Re: Chinese-Manufactured Drywall Products Liability Litigation**
　　　　Homeowner:　　　　Daniel Toth
　　　　Claimant ID:　　　　102251
　　　　Affected Property:　　11039 Muller Road, Fort Pierce, Florida 34945

Dear Mr. Adams,

Enclosed please find the following:

- an additional copy of Mr. Weiss's September 9, 2016 correspondence to Louis A Velez pertaining to Claimant, Daniel Toth; and,

- an additional copy of the CD containing electronic copies of the materials included in the binder previously submitted to Mr. Velez on behalf of Mr. Toth.

Very truly yours,

PATRICE SYMONS
*Florida Registered Paralegal*

pms
Enclosures
cc:　　Louis A. Velez (without enclosures)
　　　　Stephanie C. Mazzola, Esq. (without enclosure)

mrachek-law.com

Office 561.655.2250 | Fax 561.655.5537
505 South Flagler Drive, Suite 600 | West Palm Beach, Florida 33401



MRACHEK
FITZGERALD
ROSE
KONOPKA
THOMAS
& WEISS, P.A.

**VIA FEDERAL EXPRESS**

September 9, 2016

Louis A. Velez
VELEZ CONSTRUCTION, LLC
870 Wilson Drive
New Orleans, LA 70119

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
      Homeowner:          Daniel Toth
      Claimant I.D.:       102251
      Affected Property:   11039 Muller Road, Fort Pierce, Florida 34945

Dear Mr. Velez,

This letter follows my previous correspondence of May 12, 2016, a copy of which is enclosed. Also enclosed is a binder outlining all of the unresolved issues, along with photographs to show that the repairs were either not completed or done improperly, and a CD of the photographs included in the binder. By copy hereof, I am providing Philip A. Adams, Senior Project Manager for Moss & Associates, Inc., with a copy of the CD for his records.

The homeowner and Moss have met on several occasions in an attempt to resolve this matter, but have been unable to reach a final agreement. On behalf of my client, I thank you in advance for your assistance in this resolving this matter.

Very truly yours,

*Gregory S. Weiss*

GREGORY S. WEISS
Signed in attorney's absence to expedite delivery.

GSW/pms
Enclosures
cc:    Daniel Toth
       Philip A. Adams

WEST PALM BEACH   STUART



# MRACHEK FITZGERALD ROSE KONOPKA THOMAS & WEISS, P.A.

**VIA EMAIL TRANSMISSION**

May 12, 2016

Louis A. Velez
VELEZ CONSTRUCTION, LLC
870 Wilson Drive
New Orleans, LA 70119

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
   Homeowner:   Daniel Toth
   Claimant I.D.:   102251
   Affected Property: 11039 Muller Road, Fort Pierce, Florida 34945

Dear Mr. Velez,

I hope this letter finds you well. The undersigned represents Daniel Toth, whose home was remediated by Moss and Associates, LLC in accordance with the Knauf Settlement Agreement in MDL 2047.

As the appointed Ombudsman, we ask for your assistance with regard to the unresolved disputes that have arisen between the homeowner and Moss & Associates, LLC ("Moss"), pertaining to the quality and workmanship of the remediation performed by Moss.

Moss's remediation of the affected property commenced on or about February 11, 2013. By April 2, 2013, all problematic drywall had been removed from the affected property. The St. Lucie County, Florida Building & Code Regulation Division issued a Certificate of Occupancy for the affected property on November 25, 2013.

Since that time, my client and Moss have been unable to agree upon significant issues relating to the quality and workmanship of the remediation. The parties have been in discussions, but have now reached in impasse and require review by the Ombudsman of the unresolved issues.

mrachek-law.com

Office 561.655.2250 | Fax 561.655.5537
505 South Flagler Drive. Suite 600 | West Palm Beach, Florida 33401

Louis A. Velez
May 12, 2016
Page 2

Please contact me at gweiss@mrachek-law.com, and let me know what information and documentation you will would like to review for your assessment of the remediation. On behalf of my client, I thank you in advance for your assistance in this matter.

Very truly yours,

*Gregory S. Weiss*

GREGORY S. WEISS
Signed in attorney's absence to expedite delivery.

GSW/pms
cc: Mr. Daniel Toth

**Daniel Toth Unresolved Issues**
**11039 Muller Road, Fort Pierce, Florida 34945**

| Tab: | Disputed Items/Description of Problem: | Photo No. |
|---|---|---|
| 1. | Driveway pavers inadequately covered and oil stained | 0318, 0322, 0323, 0341 |
| 2. | Roof tiles were broken by electrical contractor. Photo shows that tiles were not broken prior to electrical contractor making repairs. | 0141 |
| 3. | Oak stairs were damaged during remediation | 0161, 0340, 0362 |
| 4. | Stairwell chandelier was damaged | 0706, 0707 |
| 5. | Hallway chandelier near Game Room was damaged | 2038 |
| 6. | Baseboards and door casings on first floor do not meet the tile floor | 0558, 0559, 0560, 0561, 2033, 2040, 2041, 2044 |
| 7. | First floor A/C closet was left unfinished | 2029, 2030 |
| 8. | The bottom of almost all interior doors were damaged from floor protection | 2031, 2039 |
| 9. | Floor tile was improperly cut to fit under base board and must be replaced | 2032 |
| 10. | Front door was damaged | 2035, 2036, 2037 |
| 11. | Homeowner paid an stucco company to make repairs around where the exterior door was replaced on second floor.  Moss only painted the repaired stucco, which now does not match the rest of the paint (new paint next to older faded paint). Entire wall needs to be repainted. | 2027-2 |
| 12. | Soap dishes in master bath were improperly installed (too high: above head height) | 2042 |
| 13. | Drywall was badly finished (visible tape lines and uneven mud application; walls and ceilings) | 0617, 0618, 0757, 0760, 2043 |
| 14. | Water leak from second floor A/C return handler | Aug 2014-1, Aug 2014-2, Aug 2014-3, Aug 2014-4, 0801, 0804, 2027, 2034 |

| Tab: | Disputed Items/Description of Problem: | Photo No. |
|---|---|---|
| 15. | First floor closet was left unfinished after the second floor A/C leak | 1157 |
| 16. | Precast columns were badly finished | 2025, 2026 |
| 17. | Window was left open, causing water damage to floor | 0372 |
| 18. | Front door was left open | 0376 |
| 19. | Careless treatment of tile floor | 0553, 0709 |
| 20. | Photos of Moss's uncompleted punch list | 0721, 0722, 0723, 0724 |
| 21. | Porch on rear side of garage was improperly finished | 0589 |
| 22. | Homeowner needs to be reimbursed for plywood around oval windows destroyed during isonine removal | 0266, 0345, 0363, 0364, 0365 |
| 23. | Homeowner needs to be reimbursed for replacing door pan and stucco for exterior door to second floor porch | 0140 |
| 24. | Broken paver at entry steps | |
| 25. | Ripples in trim in window above front foyer | |
| 26. | Entry way window jam returns were not sanded correctly or painted correctly | |
| 27. | Foyer chandelier was damaged | |
| 28. | Formal dining room chandelier was damaged | |
| 29. | Electrical issues in formal living room (circuit breakers pop) | |
| 30. | Electrical issues when A/C turns on (lights flickering) | |
| 31. | Electrical issues with home generator (circuit breakers are not correct) | |
| 32. | Electric panel in downstairs bath was not fastened to wall | |
| 33. | Trim for oval windows on each side of front door needs touch up | |
| 34. | Tile at foyer above stairs was chipped | |

| Tab: | Disputed Items/Description of Problem: | Photo No. |
|---|---|---|
| 35. | Second floor closet drywall has not been replaced/finished and is missing trim | |
| 36. | Closet door in offices is not latching | |
| 37. | Built-in refrigerator will not slide out of cabinet | |
| 38. | Ice maker in refrigerator has never produced ice since homeowner moved back in | |
| 39. | There is a gap in trim piece in dumbwaiter cabinet in kitchen | |
| 40. | Kitchen island stain color doesn't match color of cabinet where board was repaired | |
| 41. | Kitchen cabinet was scratched above refrigerator | |
| 42. | Second floor security pad does not work | |
| 43. | Family room security pad is missing cover | |
| 44. | Entire security system does not work | |
| 45. | Home surveillance cameras are not working since remediation. They were supposed to have been removed and stored during remediation, but that was not done. | |
| 46. | Precast entertainment center in family room needs dimmer switch installed | |
| 47. | Family room needs access door installed for AV equipment wiring | |
| 48. | Complex TV and entertainment system has not worked correctly since the remediation | |
| 49. | Trim around slider door in Family Room needs to be painted to match | |
| 50. | Family Room fireplace needs access door to be installed | |
| 51. | Trim around slider door in Game Room needs touch up | |
| 52. | Tile on top of ledge cutout in Game Room bath needs to be grouted and touched up | |
| 53. | Cabinet in cabana bath is delaminating | |
| 54. | Exterior door to cabana bath is peeling | |

| Tab: | Disputed Items/Description of Problem: | Photo No. |
|------|----------------------------------------|-----------|
| 55. | Upper transom window in Dining Room needs touch up (trim) | |
| 56. | Cap wire for cell tower | |
| 57. | Two fans on back porch are inoperable | |
| 58. | Other exterior fans are inoperable | |
| 59. | Notch at base of cabinet in laundry room. Needs to be flush with toe kick. | |
| 60. | Ironing board cabinets in laundry room were not repaired | |
| 61. | Issue with capitols in master bath | |
| 62. | Listello tile in wrong place in master bath | |
| 63. | Stucco patch back on porch ceiling does not match | |
| 64. | Second floor broken window needs to be replaced | |
| 65. | Second floor stairs are not flush with base board | |
| 66. | Paint line not straight where accented walls and ceilings meet | |
| 67. | Nail punctures visible in flex moulding circle ceiling | |
| 68. | Drywall patches in textured ceiling are very visible due to A/C vent too close to crown moulding and being moved | |
| 69. | Buddy is visible in fluted door mouldings | |
| 70. | Light switches and receptacle plate are not level/plumb | |
| 71. | Central A/C does not cool as well as it did prior to the remediation | |
| 72. | Sound batten and insulation issues: area under the second floor master bedroom that is over the first floor rear porch. The ceiling of the porch is stucco, but the air space to this ceiling is adjacent to the nook, and during the remediation the sound battens were removed and Botsford specifically told homeowner that after the isonine was replaced in the home, Moss did not put sound battens back, but rather isonine spray foam.  Isonine spray foam is not a sufficient sound barrier. Homeowner can now hear guests on first floor porch from second floor master bedroom. | |
| 73. | All windows screens are now missing after the remediation | |

| Tab: | Disputed Items/Description of Problem: | Photo No. |
|------|------------------------------------------|-----------|
| 74. | Front door is twisted and needs to be adjusted | |
| 75. | There is a big nick in oak riser bull nose step | |
| 76. | Water softening system has not worked since the remediation | |
| 77. | Homeowner needs to be reimbursed for replacing osmosis water system under kitchen sink | |
| 78. | Exterior paint at downstairs sliding glass door was damaged due to pressure cleaning (where precast was stored during remediation) | |
| 79. | HVAC pad needs to be pressure cleaned | |
| 80. | Drywall patch is visible in hallway near garage | |
| 81. | Garage door needs weather stripping added | |
| 82. | Garage door was scratched | |
| 83. | Gutter was scratched above garage | |
| 84. | Florescent lights in garage need to be changed | |
| 85. | Rocks near garage doors are discolored from paint/drywall contractors cleaning in the area | |
| 86. | Rocks along driveway are smashed into dirt below from contractors, PODS, roll off dumpster company, and drywall company putting outriggers on rocks | |
| 87. | Broken stone on fountain | |
| 88. | Stone on exterior fountain needs to be mortared in place | |
| 89. | Sprinkler heads are broken | |
| 90. | Exterior gate is not operating | |