UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | No. 2:10-CV-00340 |
| DRYWALL PRODUCTS LIABILITY | MDL NO. 2047 |
| LITIGATION | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| The State of Louisiana, | MAG. JUDGE WILKINSON |
|     Plaintiff | |
|     v. | |
| Knauf Gips KG; Knauf International GMBH; Knauf Plasterboard (Tianjin) Co. Ltd.; Knauf Plasterboard (Wuhu) Co. Ltd.; Guandong Knauf New Building Material Products Co. Ltd.; Knauf Insulation, GMBH; Gebrueder Knauf Verwaltungsgesellschaft, KG; Taishan Gypsum Co. Ltd.; Taian Taishan Plasterboard Co. Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation; USG Corporation; United States Gypsym Company; USG Interiors, Inc.; and L & W Supply Corporation d/b/a Seacoast Supply, | |
|     Defendants | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, the STATE OF LOUISIANA, through JEFF LANDRY, the Attorney General of Louisiana, who through the undersigned counsel hereby dismisses named Defendants:

TAISHAN GYPSUM CO. LTD.; TAIAN TAISHAN PLASTERBOARD CO. LTD; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.; CHINA NATIONAL BUILDING MATERIAL CO., LTD; BEIJING NEW BUILDING MATERIALS (GROUP) CO., LTD; CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION;

and dismisses, without prejudice, all of the State of Louisiana's claims and actions in the above captioned matter, in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted,

**THE STATE OF LOUISIANA**

**By:** **Jeff Landry**
**Attorney General**
**State of Louisiana**

By: /s/ L. Christopher Styron
L. CHRISTOPHER STYRON
Louisiana Bar No. 30747
Assistant Attorney General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6400
Facsimile: (225) 326-6499

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Dismissal Without Prejudice has been served on all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of March, 2017.

                                                s/ L. Christopher Styron,
                                                (Signature of Filing Attorney)