UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | No. 2:10-CV-00340 |
| DRYWALL PRODUCTS LIABILITY | MDL NO. 2047 |
| LITIGATION | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| The State of Louisiana, | MAG. JUDGE WILKINSON |
|       Plaintiff | |
|   v. | |
| Knauf Gips KG; Knauf International GMBH; Knauf Plasterboard (Tianjin) Co. Ltd.; Knauf Plasterboard (Wuhu) Co. Ltd.; Guandong Knauf New Building Material Products Co. Ltd.; Knauf Insulation, GMBH; Gebrueder Knauf Verwaltungsgesellschaft, KG; Taishan Gypsum Co. Ltd.; Taian Taishan Plasterboard Co. Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing  New Building Materials (Group)  Co., Ltd.; China National Building Materials Group Corporation; USG Corporation; United States Gypsym Company; USG Interiors, Inc.; and L & W Supply Corporation d/b/a Seacoast Supply, | |
|       Defendants | |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, the

STATE OF LOUISIANA, through JEFF LANDRY, the Attorney General of Louisiana, and

Defendants:

KNAUF GIPS KG; KNAUF INTERNATIONAL GMBH; KNAUF PLASTERBOARD (TIANJIN) CO. LTD; KNAUF PLASTERBOARD (WUHU) CO. LTD; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO. LTD; KNAUF INSULATION, GMBH; GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; USG CORPORATION; UNITED STATES GYPSUM COMPANY; USG INTERIORS, INC; AND L & W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY;

hereby jointly stipulate to the dismissal, without prejudice, of all of the State of Louisiana's claims and actions in the above captioned matter. Each party is to bear its own attorneys' fees and costs.

Respectfully submitted,

| THE STATE OF LOUISIANA | Knauf Gips KG; Knauf International GMBH; Knauf Plasterboard (Tianjin) Co. Ltd.; Knauf Plasterboard (Wuhu) Co. Ltd.; Guandong Knauf New Building Material Products Co. Ltd.; Knauf Insulation, GMBH; Gebrueder Knauf Verwaltungsgesellschaft, KG; USG Corporation; United States Gypsym Company; USG Interiors, Inc.; and L & W Supply Corporation d/b/a Seacoast Supply |
|---|---|
| By:   Jeff Landry<br>         Attorney General<br>         State of Louisiana | |
| By: /s/ L. Christopher Styron<br>L. CHRISTOPHER STYRON<br>Louisiana Bar No. 30747<br>Assistant Attorney General<br>**LOUISIANA DEPARTMENT OF JUSTICE**<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70802<br>Telephone: (225) 326-6400<br>Facsimile: (225) 326-6499 | By: /s/ Kerry J. Miller<br>KERRY J. MILLER<br>Louisiana Bar No. 24562<br>**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ**<br>201 St. Charles Avenue<br>Suite 360<br>New Orleans, LA 70170<br>Telephone: (504) 566-5200<br>Facsimile (504) 636-4000 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Joint Stipulation for Voluntary Dismissal has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of March, 2017.

s/ L. Christopher Styron,
(Signature of Filing Attorney)