## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) | |
|        DRYWALL PRODUCTS ) | MDL NO. 2047 |
|        LIABILITY LITIGATION ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L |
| ) | |
| *Sean and Beth Payton, et al. v.* ) | JUDGE FALLON |
| *Knauf GIPS KG, et al.,* ) | |
| ) | MAG. JUDGE WILKINSON |
| Case No. 2:09-cv-07628 (E.D. La.) ) | |
| _____) | |

### PLAINTIFF, TRACY A. WAGNER'S NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL OF SPECIAL MASTER'S OPINION AND DECREE [D.E. 20646]

Plaintiff, TRACY A. WAGNER ("Plaintiff"), by and through her undersigned counsel, hereby gives notice of withdrawing her Notice of Appeal of Special Master's Opinion and Decree, filed on February 6, 2017 [D.E. 20646].

                                                    Respectfully submitted,

                                           *s/* GREGORY S. WEISS
                                          GREGORY S. WEISS (Fla. Bar No. 163430)
                                          Mrachek, Fitzgerald, Rose,
                                          Konopka, Thomas & Weiss, P.A.
                                          505 S. Flagler Drive, Suite 600
                                          West Palm Beach, FL 33401
                                          Tel.: (561) 655-2250
                                          Fax: (561) 655-5537
                                          gweiss@mrachek-law.com
                                          psymons@mrachek-law.com

                                          *Attorneys for Tracy A. Wagner*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and Harry Rosenberg, by email transmission, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 17th day of March, 2017.

                                           *s/* GREGORY S. WEISS
                                           GREGORY S. WEISS (Fla. Bar No. 163430)