UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

## ORDER

On March 20, 2017, the Special Master issued a Recommendation Regarding Motion of Taylor Morrison, Inc., the Ryland Group, Inc., and LWH, LLC for Determination of Active Builder Status..

**IT IS ORDERED** that the Court will enter the March 20, 2017, the Special Master issued a Recommendation into the record.

New Orleans, Louisiana, this 21st day of March, 2017.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE