UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |
| ............................................. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the PSC's Motion to Compel Responses to Contempt-Related Discovery (R. Doc. 20661), **IT IS ORDERED** that the hearing with oral argument on this Motion, currently set to take place before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Thursday, April 6, 2017, be and is hereby **CONTINUED** to immediately following the Monthly Status Conference on Tuesday, May 16, 2017.

New Orleans, Louisiana this 21st day of March, 2017

_[signature: Eldon E. Fallon]_
United States District Judge