# EXHIBIT "E"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**EDUARDO AND CARMEN AMORIN, et al.**

        **Plaintiffs,**

   **v.**

**TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD,
et al.**

**CASE NO.: 11-1673**

### PLAINTIFFS', ROBERT AND ANNE BAILEY, *et. al.*, OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (XVII)

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-1673 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Amorin* plaintiffs and the defendants named in the *Amorin* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Amorin* complaint ¶¶ 1-4, and 20-223 herein by reference.

The Intervening Plaintiffs seek to be class representatives for the class identified in *Amorin*. The *Amorin* Defendants are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, or sale of the defective drywall at issue in this litigation.

| | AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1673 | | | |
|---|---|---|---|---|
| | EXHIBIT "A" – PLAINTIFFS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XVII) | | | |
| **PLAINTIFF** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF** | **FIRM** | **PRIOR OMNI** |
| Cole, John and Star | 2766 Blue Cypress Lake Court Cape Coral, FL 33909 | FL | Roberts & Durkee PA  Milstein Adelman LLP | III IX |
| Colello, Jenine | 2201 NW Embers Terrace Cape Coral, Florida 33993 | FL | Morgan & Morgan | II |
| Coleman, Charles | 1600 Sunset Street, Pascagoula, Mississippi 39567 | MS | Don Barrett, PA  Lovelace Law Firm, PA | III |
| Coleman, Misty | 13091 Concord Drive W, Lillian Alabama 36549 | AL | Whitfield, Bryson & Mason, LLP | III |
| Coleman, Tim and Misty | 13091 Concord Drive West Lillian, AL 36549 | AL | Whitfield, Bryson & Mason, LLP | II(A) |
| Coleman, Timothy D. and Misty | 13091 Concord Drive West Lillian, AL 36549 | AL | Gentle, Turner & Sexton | XIII |
| Collingwood, Sharon and Samuel | 12777 Kentwood Avenue Ft. Myers, FL 33913 | VA | Parker Waichman Alonso, LLP | VII IX |
| ==Collins, Braxton and Kerrie== | 10720 Hwy 614 Moss Point, Mississippi 39562 | MS | Whitfield, Bryson & Mason, LLP | II XIII |
| Collins, James and Laura | 22866 Country Ridge Parkway McCalla, AL 35111 | AL | Parker Waichman Alonso, LLP | II(C) III(A) IX |
| Colman, Kev in and Maria | 2248 NE 19 Terrace Homestead, FL 30035 | IL | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe | n/a |

| AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD., F/K/A SHANGDONG TAIHE DONGXIN CO., LTD., ET AL., CASE NO. 2:11-CV-1673 ||||| 
|---|---|---|---|---|
| EXHIBIT "A" – PLAINTIFFS NAMED IN PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XVII) |||||
| **PLAINTIFF** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF** | **FIRM** | **PRIOR OMNI** |
| Hernandez, Humberto | 1204 NW 33 Place<br>Cape Coral, FL 33993 | FL | Parker Waichman Alonso, LLP | II(C) |
| Hernandez, John and Bertha | 3416 N. Perry Avenue<br>Tampa, FL 33603 | FL | Allison Grant, P.A.<br><br>Baron & Budd, P.C.<br><br>Alters Boldt Brown Rash & Culmo | II(A)<br>VII |
| Hernandez, Mario and Jessica | 2716 Blue Cypress Lake Court<br>Cape Coral, FL 33909 | FL | Morgan & Morgan | II(A) |
| Hernandez, Yenny and Perez, Jorge | 3603 SW 20 Street<br>Lehigh Acres, Florida 33976 | FL | Colson, Hicks, Eidson<br><br>Levin, Fishbein, Sedran & Berman<br><br>Hausfeld LLP<br><br>Law Offices of Richard J. Serpe | II |
| Herrera, Francisco and Hernandez, Marisela | 6034 NW 116 Drive<br>Coral Springs, FL 33076 | FL | Allison Grant, P.A.<br><br>Baron & Budd, P.C.<br><br>Alters Boldt Brown Rash & Culmo | II(A)<br>II(B) |
| Herring, Homer | 29 Stamp Circle, Prentiss, Mississippi 39414 | MS | Matthews & Associates | III |
| Herrington, Brandi | 116 Northgate Drive South<br>Satsuma, AL 36572 | AL | Doyle Law Firm, PC | IX |
| Herrington, Brandi and Willis, Joey | 116 Northgate Drive South<br>Satsuma, AL 36572 | AL | Taylor Martino, P.C. | IX |
| ==Herrington, Jason and Cassie== | 26975 Old Americus Road<br>Lucedale, MS 39452 | MS | Whitfield, Bryson & Mason, LLP | II<br>XIII |

Page 167 of 412