UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.*, C.A. No. 13-cv-6652 (S.D. Miss.)<br>*Jason S. Herrington, et ux. v. Bass Homes, Inc., et al.*, C.A. No. 13-cv-6653 (S.D. Miss.) | |

EXHIBIT "F" TO
PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO PLAINTIFFS'
<u>MOTION FOR SEVERANCE AND SUGGESTION OF REMAND</u>

# FILED UNDER SEAL