## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.*, C.A. No. 13-cv-6652 (S.D. Miss.) *Jason S. Herrington, et ux. v. Bass Homes, Inc., et al.*, C.A. No. 13-cv-6653 (S.D. Miss.) | |

EXHIBIT "H" TO
PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO PLAINTIFFS'
<u>MOTION FOR SEVERANCE AND SUGGESTION OF REMAND</u>

# FILED UNDER SEAL