# EXHIBIT "K"

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM
### ELIGIBILITY NOTICE
**DATE OF NOTICE: 2/11/14**
**DEADLINE TO APPEAL: 3/13/14**

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: Collins | First: Braxton and Kerrie | Middle: |
| **Representative Claimant Name** | Last: | First: | Middle: |
| **Claimant ID** | 103813 | **Claim ID** | 412 |
| **Law Firm** | WHITFIELD BRYSON & MASON LLP | **Affected Property ID** | 5648 |
| **Affected Property Address** | Street: 10720 Hwy 614 | | Unit: |
| | City: Moss Point | State: MS | Zip code: 39562 |

### II. ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. We reviewed your claim and determined that you are eligible for compensation for the Global, Banner, InEx Repair and Relocation Expenses Claim you submitted. The table below shows both the information you provided and the information that we confirmed.

Settlement Funds will be distributed on a pro-rata basis. To determine Compensation Amounts, we will divide the total square footage of all eligible claims by the total applicable Settlement Amounts to determine a per square foot Compensation Amount. For example, if the Settlement Amount is $10,000,000, and the total square footage of all eligible properties is 2,000,000 square feet, the amount available for each property is $5.00 per square foot ($10,000,000 divided by 2,000,000 square feet). We will then multiply the per square foot amount by the confirmed Under Air Square Footage listed in Row 1 to calculate your Compensation Amount. We cannot perform these calculations until all claims have been reviewed and we know the total square footage of all eligible properties. The square footage multiplier will be announced as soon as it is available.

| | CATEGORY | CLAIM FORM INFORMATION (WHAT YOU TOLD US) | CONFIRMED ELIGIBILITY INFORMATION (WHAT WE DETERMINED) |
|---|---|---|---|
| 1. | **Under Air Square Footage** | 1814 | 1814 |
| 2. | **Builder** | Bass Homes, Inc. | Bass Homes, Inc. |
| 3. | **Supplier** | InEx | Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc. |
| 4. | **Installer** | Unknown | Not Eligible |

### III. YOUR OPTIONS AFTER THIS NOTICE



If you agree with the information we confirmed, log in to the Chinese Drywall portal to accept our determinations. If you disagree with our determination, you may file an Appeal. The Appeal deadline is 30 days after the date of this Notice. If you wish to file an Appeal, you must complete the Notice of Appeal by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**. If you do not have online access, you may submit the Notice of Appeal form attached to this Notice. Follow the instructions on the Portal or on the form to submit the Notice of Appeal.

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.

### V. HOW TO RESPOND TO THIS NOTICE

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to file an Appeal and upload documents. |
| **By Mail**<br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | CDWQuestions@browngreer.com |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

| | NOTICE OF APPEAL | | |
|---|---|---|---|
| | **I. CLAIMANT AND CLAIM INFORMATION** | | |
| **Claimant Name** | Last<br>Collins | First<br>Braxton and Kerrie | Middle |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 103813 | **Claim ID** | 412 |
| **Claim Type** | Global, Banner, InEx Repair and Relocation Expenses | **Affected Property ID** | 5648 |
| **Affected Property Address** | Street<br>10720 Hwy 614 | | Unit |
| | City<br>Moss Point | State<br>MS | Zip code<br>39562 |
| **Law Firm** | WHITFIELD BRYSON & MASON LLP | | |
| | **II. BASIS OF APPEAL** | | |

Use the space below to provide information regarding the basis of your Appeal. If necessary, this information will be transmitted to the Special Master, along with all documents related to your claim. The Special Master will review your Appeal and will notify you once a determination has been made. You must attach all documents that support your Appeal if you have not already submitted them. You may attach additional sheets as necessary.

| III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP ||
|---|---|
| We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com**. ||
| **IV. HOW TO SUBMIT THIS NOTICE** ||
| **By Online Portal** <br> (Submitted no later than 12:00 midnight local time on your submission deadline) | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail** <br> (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator <br> P.O. Box 25401 <br> Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** <br> (Postmarked no later than your submission deadline) | BrownGreer, PLC <br> Chinese Drywall Settlement Administrator <br> 250 Rocketts Way <br> Richmond, Virginia 23231 |
| **By Facsimile** <br> (Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** <br> (Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |



# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM
## ELIGIBILITY NOTICE
### DATE OF NOTICE: 1/28/14
### DEADLINE TO APPEAL: 2/27/14

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: Herrington | First: Jason | Middle: S |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 101335 | **Claim ID** | 528 |
| **Law Firm** | WHITFIELD BRYSON & MASON LLP | **Affected Property ID** | 2753 |
| **Affected Property Address** | Street: 26975 Old Americus Road | | Unit |
| | City: Lucedale | State: MS | Zip code: 39452 |

## II. ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. We reviewed your claim and determined that you are eligible for compensation for the Global, Banner, InEx Repair and Relocation Expenses Claim you submitted. The table below shows both the information you provided and the information that we confirmed.

Settlement Funds will be distributed on a pro-rata basis. To determine Compensation Amounts, we will divide the total square footage of all eligible claims by the total applicable Settlement Amounts to determine a per square foot Compensation Amount. For example, if the Settlement Amount is $10,000,000, and the total square footage of all eligible properties is 2,000,000 square feet, the amount available for each property is $5.00 per square foot ($10,000,000 divided by 2,000,000 square feet). We will then multiply the per square foot amount by the confirmed Under Air Square Footage listed in Row 1 to calculate your Compensation Amount. We cannot perform these calculations until all claims have been reviewed and we know the total square footage of all eligible properties. The square footage multiplier will be announced as soon as it is available.

| | CATEGORY | CLAIM FORM INFORMATION (WHAT YOU TOLD US) | CONFIRMED ELIGIBILITY INFORMATION (WHAT WE DETERMINED) |
|---|---|---|---|
| 1. | **Under Air Square Footage** | 3450 | 2901 |
| 2. | **Builder** | Bass Homes, Inc. | Bass Homes, Inc. |
| 3. | **Supplier** | ACE Home Center, Inc. and Robertsdale Ace Home Center (a non-existing legal entity in the Abel case) | ACE Home Center, Inc. and Robertsdale Ace Home Center (a non-existing legal entity in the Abel case) |
| 4. | **Installer** | Unknown | Not Eligible |

## III. YOUR OPTIONS AFTER THIS NOTICE

If you agree with the information we confirmed, log in to the Chinese Drywall portal to accept our determinations.  If you disagree with our determination, you may file an Appeal.  The Appeal deadline is 30 days after the date of this Notice.  If you wish to file an Appeal, you must complete the Notice of Appeal by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**.  If you do not have online access, you may submit the Notice of Appeal form attached to this Notice.  Follow the instructions on the Portal or on the form to submit the Notice of Appeal.

| IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP ||
|---|---|
| We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**. ||

| V. HOW TO RESPOND TO THIS NOTICE ||
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to file an Appeal and upload documents. |
| **By Mail** <br> (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator <br> P.O. Box 25401 <br> Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** <br> (Postmarked no later than your submission deadline) | BrownGreer, PLC <br> Chinese Drywall Settlement Administrator <br> 250 Rocketts Way <br> Richmond, Virginia 23231 |
| **By Facsimile** <br> (Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** <br> (Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |



# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## NOTICE OF APPEAL

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>Herrington | First<br>Jason | Middle<br>S |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 101335 | **Claim ID** | 528 |
| **Claim Type** | Global, Banner, InEx Repair and Relocation Expenses | **Affected Property ID** | 2753 |
| **Affected Property Address** | Street<br>26975 Old Americus Road | | Unit |
| | City<br>Lucedale | State<br>MS | Zip code<br>39452 |
| **Law Firm** | WHITFIELD BRYSON & MASON LLP | | |

### II. BASIS OF APPEAL

Use the space below to provide information regarding the basis of your Appeal. If necessary, this information will be transmitted to the Special Master, along with all documents related to your claim. The Special Master will review your Appeal and will notify you once a determination has been made. You must attach all documents that support your Appeal if you have not already submitted them. You may attach additional sheets as necessary.



### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com**.

### IV. HOW TO SUBMIT THIS NOTICE

| | |
|---|---|
| **By Online Portal** <br>(Submitted no later than 12:00 midnight local time on your submission deadline) | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail** <br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator <br>P.O. Box 25401 <br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** <br>(Postmarked no later than your submission deadline) | BrownGreer, PLC <br>Chinese Drywall Settlement Administrator <br>250 Rocketts Way <br>Richmond, Virginia 23231 |
| **By Facsimile** <br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** <br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

| | |
|---|---|
| **From:** | Amanda Mkamanga <Amanda@wbmllp.com> |
| **Sent:** | Friday, February 07, 2014 9:26 AM |
| **To:** | CDWQuestions |
| **Subject:** | RE: Collins  - Revised Eligibility Notice from BG |

Thank you!

---

**From:** CDWQuestions [mailto:CDWQuestions@browngreer.com]
**Sent:** Friday, February 07, 2014 9:09 AM
**To:** Amanda Mkamanga
**Subject:** RE: Collins - Revised Eligibility Notice from BG

Amanda,

We have deactivated the notice and re-reviewed the claim. The new Eligibility Notice will include Pate Stevedore as the Supplier.

Thank you,

Chinese Drywall Settlement Administrator
**BrownGreer PLC**
P.O. Box 25401
Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** CDWQuestions
**Sent:** Thursday, February 06, 2014 11:03 AM
**To:** Amanda Mkamanga; CDWQuestions
**Subject:** RE: Collins - Revised Eligibility Notice from BG

Amanda,

In this case, we will deactivate the Notice associated with CID 103813, Claim ID 412, re-review the claim and list Pate Stevedore as the Supplier as records in the file confirm Pate Stevedore supplied the Chinese Drywall.

Thank you,

Chinese Drywall Settlement Administrator
**BrownGreer PLC**
P.O. Box 25401
Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299

```
```

[www.browngreer.com](http://www.browngreer.com)

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Thursday, February 06, 2014 8:55 AM
**To:** CDWQuestions
**Subject:** Collins - Revised Eligibility Notice from BG

We had originally thought that INEX had supplied their drywall—and you now have them ineligible for that settlement. However we later provide documents that Page Stevedore supplied the drywall. Those documents were produced during the discovery for the case.  I have attached the documents here, but they are also on the portal.

Do need to appeal your review to have Pate Stevedore added as the participating supplier?

**AMANDA MKAMANGA**
WHITFIELD BRYSON & MASON LLP
900 W. Morgan St   |   Raleigh, North Carolina 27603
P: 919.600.5004        |  F: 919.600.5035
[amanda@wbmllp.com](mailto:amanda@wbmllp.com)
_____



_____

