# EXHIBIT "L"

| | |
|---|---|
| **From:** | CDWQuestions <CDWQuestions@browngreer.com> |
| **Sent:** | Friday, January 13, 2017 12:25 PM |
| **To:** | amanda@wbmllp.com; rdupont@pbclawfirm.com; mdicocco@wbmllp.com |
| **Cc:** | CDWQuestions |
| **Subject:** | CDW - Deficient Payment Documentation |

Dear Counsel,

The claimants listed below are eligible for payment from the Chinese Drywall Settlement Program but have not submitted all of the documents required for payment. Each claimant is required to submit a Verification of Claims Form and a Form W-9. Both forms are available on the CDW Settlement Program Portal and can be found using the links provided in this email.

Please review the table below for a list of your clients with outstanding payment documentation. You can send the documents to us at CDWQuestions@browngreer.com.

| Row | Claimant ID | Claimant Name | W-9 | Verification of Claims |
|---|---|---|---|---|
| 1 | 101335 | Jason Herrington | Not Submitted | Accepted |
| 2 | 103813 | Braxton and Kerrie Collins | Not Submitted | Accepted |

Feel free to contact us with any questions you may have.


Thank you,

Chinese Drywall Settlement Administrator
**BrownGreer PLC**
P.O. Box 25401
Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*



820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Aaron Z. Ahlquist[3]
Craig M. Robinson
Adam H. Weintraub[4]
Mikalia M. Kott[5]
Donald A. Mau
Danielle Treadaway Hufft
Patrick R. Busby[6]

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in New Jersey
   & Pennsylvania
[5] Also Admitted in Colorado
[6] Also Admitted in Alabama

April 24, 2014

*VIA EMAIL*

Daniel K. Bryson, Esq.
Whitfield Bryson & Mason
900 West Morgan Street
Raleigh, NC   27603
dan@wbmllp.com

      Re:  *In re:   Chinese-Manufactured Drywall Products Liability Litigation*
         **MDL 2047**
        Claimants:  Jason & Cassie Herrington
               26975 Old Americus Road
               Lucedale, MS   3952

Dear Dan:

  On April 23, 2014, Judge Fallon issued an Order [Rec. Doc. 17626] directing us to review correspondence from Cassie Herrington and to look into whether there is anything that can be done to assist the Herringtons and the progress of their case.  A copy of the Order is attached.  We understand from BrownGreer that you represent the Herringtons and have been advised that the claimants have an eligible GBI claim.   In order to be included in the first distribution and receive payments from the Global Builder and Global Supplier Funds, they need to return a completed W-9.  We also understand that they have Taihe and National Gypsum drywall and do not appear to have any Knauf board.   We trust that you will communicate with your clients regarding this matter.  Should you have additional questions regarding the settlement process, please contact Jacob Woody at BrownGreer.

                 Sincerely,

                 **LEONARD A. DAVIS**

LAD:lmf
Enclosure


Header:

Case 2:09-md-02047-EEF-MBN   Document 20711-12   Filed 03/27/17   Page 4 of 10

cc: Honorable Eldon E. Fallon
  Kerry Miller, Esq.
  Russ Herman, Esq.
  Arnold Levin, Esq.
  Fred Longer, Esq.
  Jacob Woody

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| This Document Relates to All Cases | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Cassie Herrington.

**IT IS ORDERED** that this correspondence be filed into the record. It is unclear from the letter why the Herringtons have had to wait so long for their home to be remediated. It is unclear whether the Herringtons own a home with Knauf drywall or with Taishan drywall. This is significant because while the Knauf Defendants have settled and the proceeds of the settlement are in the process of being paid out, the Taishan Defendants have not yet settled. Therefore, claimants with Taishan drywall are not being paid yet.

**IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence and look into whether there is anything that can be done to assist the Herringtons and the progress of their case.

New Orleans, Louisiana, this 23rd day of April, 2014.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:
Jason & Cassie Herrington
26975 Old Americus Road
Lucedale, MS 39452

Steve Mullins
Luckey & Mullins, PLLC
2016 Bienville Blvd.
P.O. Box 990
Ocean Springs, MS 39564

— April 2, 2014 —

To Whom It May Concern, the following is a copy of letter sent to Judge Fallon, please take the time to read, as it is something very important to my family and I. I feel our government should do what is necessary to be able to hold foreign manufacturers accountable for defective products sold to the United States. Because families like mine are the ones to suffer.

Please take the time to read what I have written with heartfelt sincerity about our situation.

I have also enclosed photos so that you may be able to visualize what has been taken from us. If this doesn't get to you, you can't be human.

Cc: Bill Bass Homes, Inc.
    Attorney (Steve Mullins)
    All Representatives of MS (Steve Palazzo, Greg Harper, Bennie Thompson, Alan Nunnelee)
    All Senators of MS (Roger Wicker, Thad Cochran)
    Attorney General (Jim Hood)
    MS Governor (Phil Bryant)

Honorable Judge Fallon,

Hi, my name is Cassie Herrington. My husband, Jason Herrington and I are clients in the Chinese Drywall litigation. I have multiple concerns about our case.

Let me tell you a bit about ourselves. We are residents of Hurley, MS. We have four daughters ages 14, 9, 5 and 22 months. We built our dream home in 2009. Our builder, Bass Homes Inc., did a fantastic job building our home and we had no complaints. We had even referred many friends and family to him because we were so pleased with his work. We moved into our home March 2009. Jason was currently working in Nigeria, Africa and I was responsible for most all the decisions of the building process and getting our family moved in to our new home. It was perfect, everything we had hoped and dreamed it would be. Our home sits on 100 acres and Jason has worked very hard building fence and planting pasture for our horses and cows. We both wanted to provide our children with a happy childhood, with plenty of space to roam and to take care of their animals and teach them responsibility, teach them about the important things in life like family, religion, and education. We wanted to provide for them in the best possible way and give them opportunities to do good things with their lives. Everything was falling into place, we finally had a "home" to raise our children in, to make memories for a lifetime, to teach them about what was important in life, a stable, secure and comfortable environment.

Jason got to come home for his first time in our new home in June 2009. I had worked so hard to have everything moved in and everything perfect for him and he was very pleased. I wanted him to be proud for being able to provide such a big beautiful house for his family and he was!

About 3 weeks after moving in, our smoke detectors began to randomly alarming. So Bass came out and replaced them. I began to notice my 3rd daughter, (she was 6 weeks when we moved in) began to have watery eyes and nose bleeds in the mornings when she would wake. Because she was a new baby, I assumed it was allergies. After repeated visits to the doctor, there was still no improvement. A few months after moving in, my oldest then 10, began to have repeated respiratory illnesses, bronchitis multiple times and then pneumonia, causing her to miss a lot of school. Prior to this, my kids had never had anything more than a minor cold once or twice a year.

We had bought a new deep freezer the summer of 2009 and it began to have problems, not getting cold causing a lot of food to spoil. Then our

could be in our "own house", in our "own bed". This company is still building houses while ours just sits there and deteriorates before our own eyes!

My oldest, Lundyn, started high school last fall, she was in the 4th grade when we built our house. She never got to have slumber parties or birthday parties at her house. My then infant, Claire, is now 5, she never got to enjoy her nursery I worked so hard to prepare and make perfect. She doesn't even know that she actually has her own bedroom at her house, because she doesn't understand that it is HER house. My middle daughter, Tristen, is about to be 10, she was 5 when we moved in, she has requested the pink and yellow carousel ponies in her room at our home be replaced with something more grown up when we move back because she's not a little girl anymore, but I never got to enjoy watching her be little in her carousels and ponies room. Our newest addition, Jena Kate, has never been to what should be her home. I never got the chance to make her a nursery and by the time I do get to fix her up a room, she too might be too old for carousels and ponies. This is not the way we had hoped their childhood would be.....no one understands what has been taken from us, memories that we have been robbed of that we will never have the chance to get back.

Is there anything we can do to make progress on this situation? Is there some kind of law or rule as to how long attorneys/clients have to move a case forward? I know many other cases have been settled but I don't understand why this should have taken this long. I am begging you, please help move this forward, for the sake of my children. I want them to know what it's like to have their own rooms, to be able to have friends over, to have family time, to make memories that one day they may be able to share with their children.

Please contact either Jason or myself if there is any information that you can offer or anything you can advise us on to do. Thank you for your time,

*Cassie Herrington*
Cassie Herrington
26975 Old Americus Road
Lucedale, MS 39452
(601)508-1189
(228)218-9071

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


NOTICE OF MANUAL ATTACHMENT


| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L (2) |
| VERSUS | |

This document Relates to All Cases


ATTACHMENTS TO DOCUMENT NO.   - Court Order signed 4/23/14

    DESCRIPTION:  Photographs

    FILED BY:    Cassie Herrington

    FILE DATE:   April 24, 2014


ARE LOCATED IN THE CLERK'S OFFICE.