UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.*, C.A. No. 13-cv-6652 (S.D. Miss.)<br>*Jason S. Herrington, et ux. v. Bass Homes, Inc., et al.*, C.A. No. 13-cv-6653 (S.D. Miss.) | |

**O R D E R**

Considering the Motion for Leave to File Exhibit Under Seal filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits F and H attached to Plaintiffs' Steering Committee's Response to Plaintiffs' Motion for Severance and Suggestion of Remand [Rec. Doc. 20711] be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
ELDON E. FALLON
United States District Court Judge