UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Payton, et al. v. Knauf Gips KG, et al.*, Case No.: 09–7628 (E.D.La.) and *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al*, Case No.: 2:11-cv-1395 (E.D.La.) | |

### STEVE AND CATHY ETTER'S NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Plaintiffs, STEVE AND CATHY ETTER ("Plaintiffs"), hereby give notice of their intention to dispose of the physical evidence that Plaintiffs were previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Plaintiffs by contacting Gregory S. Weiss, Esquire by telephone at (561) 655-2250, or by email at gweiss@mrachek-law.com and psymons@mrachek-law.com.  Upon the expiration of the thirty-day period, Plaintiffs may dispose of such physical evidence.

Dated: March 29, 2017        *s/* GREGORY S. WEISS
                             GREGORY S. WEISS (Fla. Bar No. 163430)
                             Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A.
                             505 S. Flagler Drive, Suite 600
                             West Palm Beach, FL 33401
                             Tel.: (561) 655-2250
                             Email: gweiss@mrachek-law.com
                             Secondary email: psymons@mrachek-law.com
                             *Attorneys for Steve and Cathy Etter*

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and Harry Rosenberg, by email transmission, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 27th day of March, 2017.

                                          *s/* GREGORY S. WEISS
                                          GREGORY S. WEISS (Fla. Bar No. 163430)