**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.*, C.A. No. 13-cv-6652 (S.D. Miss.) *Jason S. Herrington, et ux. v. Bass Homes, Inc., et al.*, C.A. No. 13-cv-6653 (S.D. Miss.) | |

**O R D E R**

Considering the Motion for Leave to File Exhibit Under Seal filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits F and H attached to Plaintiffs' Steering Committee's Response to Plaintiffs' Motion for Severance and Suggestion of Remand [Rec. Doc. 20711] be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 29th day of _____March_____, 2017.

_____
ELDON E. FALLON
United States District Court Judge