UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has reviewed Plaintiffs' Motion to Remove Confidentiality Designation With Respect to Documents Produced By and Testimony of The Taishan Defendants and Third Parties by Plaintiff, R. 20598, and Motion for Plan to Satisfy Translation Order, R. 20643. The Court finds it appropriate to continue the hearing date on these motions until the May 16, 2017 Monthly Status Conference. Therefore,

**IT IS ORDERED** that Plaintiffs' Motion to Remove Confidentiality Designations, R. 20598, and Motion for Plan to Satisfy Translation Order, R. 20643, are hereby **CONTINUED** until the May 16, 2017 Monthly Status Conference.

_____
UNITED STATES DISTRICT JUDGE

1