UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO: 11-1395 *(Amorin)*   JUDGE FALLON
MAG. JUDGE WILKINSON

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd ("SFTC"), who moves this Honorable Court, pursuant to F.R.C.P. Rule 56, for summary judgment dismissing it from suit, with prejudice, as SFTC, as the undisputed facts reveal it had no role in the manufacturing or distribution of the allegedly defective drywall, thus entitling it to summary dismissal as a matter of law.

WHEREFORE, and for the reasons contained in the accompanying memorandum in support, Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd, prays for judgment as a matter of law dismissing plaintiffs' claims with prejudice.

Respectfully submitted:

*/S/ Bruce A. Cranner*
BRUCE A. CRANNER (#1796)
RYAN G. DAVIS (#29138)
**TALLEY, ANTHONY, HUGHES & KNIGHT, L.L.C.**
2250 7TH Street
Mandeville, LA 70471
Telephone: 985-624-5010
Facsimile: 985-624-5306
bcranner@talleyanthony.com
ryan.davis@talleyanthony.com

1

-and-

DAVID S. OSERTMAN
DANIEL MEE
902 Carnegie Center, Ste. 100
Princeton, NJ 08540
Telephone: (609) 986-1310
Facsimile: (609) 986-1301
dosterman@goldbergsegalla.com
dmee@goldbergsegalla.com

ATTORNEYS FOR ORIENTAL INTERNATIONAL
HOLDING SHANGHAI FOREIGN TRADE CO.

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 31st day of March, 2017, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/S/ Bruce A. Cranner