RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA
2010 MAR 15 PM 12:35
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

KENNETH AND BARBARA WILTZ, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"],

    Plaintiffs,

v.

BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"],

    Defendants.

CASE NO.: 10-361
SECT. L MAG 2

AMENDED CLASS ACTION COMPLAINT

JURY TRIAL DEMAND

## PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (II)

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real property containing defective Chinese manufactured drywall that was designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants. In order to accomplish an effective class structure, each of the class representatives is pursuing a nationwide class action against the manufacturer of the drywall located in plaintiffs' homes (Classes 1-12). Subordinate to these national class actions, the identified class representatives are participating in subclasses asserting claims against each of their distributors, suppliers, importers, exporters, and brokers (Subclasses 13 - 41); each of their builders and developers (Subclasses 42 - 195); and

1

EXHIBIT A

33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

200. Plaintiff, Philip Brice is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1227, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

201. Plaintiffs, Roger Casalengo and Betty Ann Kramer are citizens of Florida and Virginia, respectively and together own real property located at 1690 Renaissance Commons Blvd., Unit 1324, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

202. Plaintiffs, Jay and Shari Cohen are citizens of New Jersey and together own real property located at 1690 Renaissance Commons Blvd., Unit 1405, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

203. Plaintiffs, Braxton and Kerrie Collins are citizens of Mississippi and together own real property located at 10720 Hwy 614, Moss Point, Mississippi 39562. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

204. Plaintiff, Patrick Conlin is a citizen of New York and owns real property located at

accompanying this amended complaint which are incorporated herein by reference.

215. Plaintiff, Van Foster is a citizen of Alabama and owns real property located at 1610 13th Street N, Birmingham, Alabama 35204. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

216. Plaintiffs, Jacques and Rose Gani are citizens of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2525, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

217. Plaintiff, Vernon Hampton is a citizen of Louisiana and owns real property located at 5641 St. Matthew Circle, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

218. Plaintiffs, Jason and Cassie Herrington are citizens of Mississippi and together own real property located at 26975 Old Americus Road, Lucedale, Mississippi 39452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

219. Plaintiff, Wendy Lee Hobbie is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1411, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

**Barrios, Kingsdorf & Casteix,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Lee, Dorothy
Leftwich, Mary
Leftwich, Brian
Leftwich, Owen
Coleman, Kerry
LeBlanc, Erin
Moritz, Christy
Salzer, Doug & Lisa

## Becnel Law Firm
*Counsel on Behalf of the Following Individual Plaintiffs*:

Elias, Mark
Hite, Tonya
Jackel, Jon

**Bencomo & Associates,** *Counsel on Behalf of the Following Individual Plaintiffs*

Bienemy, Eric

## Berniard Law Firm, Gregory DiLeo and Kanner & Whiteley,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Wiltz, Kenneth & Barbara

**Gould Cooksey Fenne, P.A.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Lindsay, Horace & Donna
Morgan, Keith & Shirley

**Lewis & Roberts, PLLC,** *Counsel on Behalf of the Following Individual Plaintiffs*

| | | |
|---|---|---|
| Brice, Philip | DeNavea, Martha Lisa | Leone, Michael |
| Almeida, Ximena | Dickey, Jeremy | Luntz, George & Adrienne |
| Barry Litwin & Mel Litwin (A/K/A Melvin Litwin) as Trustee of the Mel Litwin (A/K/A Melvin Litwin) Declaration of Trust, u/a/d 02/28/06 | Ditianquin, Marlon | Madero, Fernando & Bridget |
| | Ercolino, Vincent | Maness, Danielle Lee |
| | Fatta, Joseph & Tracy | Martin Riback, as Trustee of the Martin Riback Revocable Trust Agreement dated April 4, 1997 |
| | Flaherty, Sean | |
| | Foster, Van | |
| Bast, Peter & Robin | Gani, Jacques & Rose | McMurray, Jason Scott |
| Bragoli, Frank & Carolyn | Hampton, Vernon | Molina, Carlos & Margarita |
| Casalengo, Roger & Betty Ann | Herrington, Jason & Cassie | Murray, Paul & Lois |
| Kramer | Hobbie, Wendy Lee | Norris, Melissa |
| Cohen, Jay & Shari | Irvin, Timothy & Karen | Okaily, Rhoda & Aly |
| Collins, Braxton & Kerrie | Jioia, Perry & Alice | Pereca, Joel |
| Conlin, Patrick | Kellner, Alan & Ilana | Renzetti, Nicholas & Adrienne |
| D'Ambrosio, Angelo & Deborah | Kolich, John & Susanna | Richman, Steven & Marsha |
| Dalal, Arish Peter & Alpa | Kovens, Arthur & Martha | RMM Investments, LLC |
| Dawson, Robert | Kropf, Leneva Jean | Santillo, Keith |
| DeNavea, Marta | Lemberg, Mark & Diana | Schour, Stephen & Susan Mitchell |

198

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*

### Exhibit "A"–Additional Plaintiffs Named in Plaintiffs' Amended Omnibus Class Action Complaint (II)

Adams, John & Andrea
Allen, Philip & Clarine
Almeida, Ximena
Almeida Properties, L.L.C.
Alvarez, Barbara R.
Alveris, Lucille
Amaral, Antonio & Isabel
Anderson, Alexander
Andrade, Sean & Katie
Anello, Joe & Delma
Anise, Maikel & Karen
Ankiel, Richard
Antinarelli, Paulett
Areces, Miguel & Jacqueline
Arguello, John & Laura
Arnold, Gloria
Atkins, Taddarreio & Mattea
Atwell, Roger
Auker, Dan & Frances
Avery, Janet
Avner, Brett & Wendy
Bailey, Eric
Bailey, Delores
Baker, Garry/Lynn
Baker. Keith
Baldwin, Jerry & Inez
Ball, Ashley
Barnes, Gerald & Michelle
Barnes, Arlana
Barrett, Robert
Barriento, Marc
Barry Litwin & Mel Litwin
   (A/K/A Melvin Litwin) as
Trustee of the Mel Litwin
(A/K/A Melvin Litwin)
Declaration of Trust, u/a/d
02/28/06
Bartschat, Eric & Anne Marie
Bast, Peter & Robin
Bdaiwi, Dirar
Bean, Marquesa & Shantez
Belfour, Ed & Ashli
Bell, Peter & Karen
Bennett, Marlene
Berry, Keith & Elizabeth
Bertram, Beresford & Theresa
Bienemy, Eric

Bierria, Cindy & Nathaniel
Bland, Elbert & Gloria
Blount, Demitrous, Rivera, Brian
Blue Water of Cape Coral, Inc.
Blue Water Condominium Association
Boersma, Kenneth & Victoria
Bonsoulin, Brad
Bookman, Sheryl & Jarrod
Bowen, Casel
Braden, Tiffany, as
   Representative of the Estate of
   Jane Bienemey, Deceased
Bragoli, Frank & Carolyn
Brice, Philip
Brik, Beni
Brown, Lacy
Brown, Craig & Angela
Brynn, Gerald & Betty
Burgohy, Demetria
Bynoe, Robert & Little-Bynoe, Jennifer
Cain, Victoria
Campana, Ronald, Jr.
Campola, Patsy & Maureen
Cardenas, Edward
Cardenas, Frank III
Cardenas, Francisco
Cardoza, Robert
Carr, David
Carrol, Cindy
Casalengo, Roger & Betty Ann Kramer
Catalano, Pete & Annett
Catalfamo, Edmondo
Charsagua, Lupe & Joseph
Cheeran, Mary & David
Cherba, Alexander
Chimelis, Ariel/Michelle
Cirinelli, Alfred/Lorraine
Clark, Jimmy/Patricia
Clark, James
Cohen, Lawrence
Cohen, Jay & Shari
Colello, Jenine
==Collins, Braxton & Kerrie==

Conlin, Patrick
Coombs, Thomas & Sheri
Corea, Edgar, Gilmore, Elsie
Cotraccia, Manfredo/Maria
Cousins, Edwin, III
Crist, Byron & Maria
Cruz, Robert & Sandra
Cruz, Cristina
Cuellar, Javier
Curtis, Gregory & Nancy
D'Agostino, Luis
D'Ambrosio, Angelo & Deborah
Dalal, Arish Peter & Alpa
Daley, Donnett
Darst, Matt & Candi
Dawson, Robert
Day, Dan & Maureen
De Leon, Gordon
Deeg, David & Hooker, Deborah
Defrancesco, Joyce
Delayo, William & Jennifer
Delgado, Pedro & Margarita
DeNavea, Marta
DeNavea, Martha Lisa
Desire, Marie
Destacamento, Marilou & Aladin
DeYoung, John C.
Dickey, Jeremy
Dillard, Vida
Dion, David, Parks, Eunice
Distel, Matthew & Stephanie
Ditianquin, Marlon
Dixon, Demetrius
Dolan, Christopher & Carrie
Dorman, Timothy/Melissa
Dunaway, Lisa & Jason
Dunn, Jeffrey
Dwight, Randy, Hutchinson, Mercedes
Earley, Peter & Amanda
Edmonds, Rick
Edwards, Richard
Elias, Mark
Ellington, Peter & Robyn
Elliott, Roger & Allison
Emandez, Vincent/Doren
Ercolino, Vincent

| | | |
|---|---|---|
| Estadt, Barry | Hand, Bryon | Karcher, John, Coaker, Deborah |
| Estes, Jeffrey | Hanlon, Patrick & Ann | Kaufman/Manley |
| Evans, Cassie | Harikrishnan, Sundaram & Jeeva | Keeling, Danny |
| Evans, Jamie Lynn | | Kellner, Alan & Ilana |
| Fatta, Joseph & Tracy | Harrison, Wesley | Kennard, Rick |
| Fenalson, Jarred & Rochelle | Harry, Joshua & Sharntay | Kessler, Katherine & Andrew |
| Fields, Jamell & Sheri | Harryspersad, Roy | Khatamian, Houchang/Hazel |
| Filardo, Thomas & Thomas Jr. | Haseltime, James & Joanne | Kiewiet, Nathan & Elizabeth |
| Fisher, Donald & Nadja | Havrilla, John | Kim, Soon |
| Flaherty, Sean | Heinemann, Bernard & Barbara | Kim, Charles |
| Floyd, Leroy & Bernadette | Heischober, Steve & Liz | Knight, Christopher & Rosemary |
| Fluence, Joseph | Henson, Shawn | Knight, Asa Holden |
| Fong, Charmaine | Hernandez, Yenny, Perez, Jorge | Kolich, John & Susanna |
| Fontenot, Perry & Cassandra | ==Herrington, Jason & Cassie== | Kotajarvi, Peter |
| Forte, Louise M. | Higgs, Warren & Ann Marie | Kovens, Arthur & Martha |
| Foster, Van | Himmelberger, Kyle/Mamie | Krause, Donald & Bobby |
| Foster, William/Vicki | Hinkley, Curtis & Lynn & Hinkley-Lopez, Stephanie | Kropf, Leneva Jean |
| Foster, Mark Alan & Sandra | | LaGambina, Angelo & Anna |
| Fowle, Amanda | Hipps, Edd/Mary | Lalwani, Gul & Deborah |
| Frankhouser, Roy & Mary | Hite, Tonya | Lamour, Guy |
| Frankze, Julianne & Joshua | Hobbie, Wendy Lee | Lang, Dennis/Karen |
| Frazier, Debra | Hollingsworth, Michael | Latona, Giovanni/Christine |
| Freeman, Carol | Holloway, Sylvia & Louis | Leach, Joe & Cathy |
| Galanda, John & Margaret | Holloway, Virgie | LeBlanc, Beatrice |
| Galgano, Barbara & Peter | Hong, Yeong Hee | Lee, Hoo Suk |
| Gall, Earl & Gwynn | Hrishikesh, Papansam & P. Ahalya & Rajiv | Lee, Dorothy |
| Gallacher, Michael & Baker, Randall | | Lee, Marianna |
| | Huges, Mathew & Jan | Lefton, David & Garcia, Michelle |
| Gallardo, Arledys | Hughes, Jan & Matthew | |
| Gallucci, Gary/Patricia | Irvin, Timothy & Karen | Leftwich, Mary, Leftwich, Brian, |
| Gandy, Tappan | Jablonski, Robert/Colleen | Leftwich, Owen, Coleman, |
| Gani, Jacques & Rose | Jackel, Jon | Kerry, LeBlanc, Erin |
| Garcia, Armando | Jacko, Jan | Lemberg, Mark & Diana |
| Garrity, Scott/Amy | Jackson, Leonard | Lenander, Jon & Suzanne |
| Gatto, Charles | Jackson, Dennis & Sharon | Leone, Michael |
| Gelman, Aleksandra & Roza | James & Barbara Walsh | Lester, John, Jaycine & Schiller, Larry |
| Germano, Michelle | James, Jason/Jessica | |
| Ghafari, David | Jamison, Steve & Kim | Levine, Michael |
| Gianetti, Dominic & Lauren | Jarrett, Scott & Margaret | Levy, Christopher |
| Gil, Franklin | Jioia, Perry & Alice | Lewis, Torrey & Vondria |
| Gittens, Dian | Johansson, Henrik/Jennifer | Lindsay, Horace & Donna |
| Givins, Larry & Rose | Johnson, Barbara & Herbert | Lippold, Patricia, Hibbs, Janet |
| Goboy, Arvin & Clarissa | Johnson, Travis C. & Kelly E. | Lizotte, Ricahrd, Robichaux, Ronald |
| Gody, Anthony/Candace | Johnson, Kenneth & Jeri & Johnson Family Living Trust | |
| Gonzalez, Barbara | | Londono, Mauricio |
| Gordon, Patricia | Johnson, Pryncess | Long, Kenneth |
| Griffin, James & Kristin | Johnson, Marjorie | Loper, Calvin & Tammy |
| Guerriero, Michael & Nancy | Johnson, Audrey Mae | Louis, Leonard |
| Gulledge, Roy & Juanita | Jones, Daphne | Lubrano, Raymond & Mary |
| Gundorf, Hazel Mae | Jones, Paul & Janet | Ludwig, Donald J., Sr. |
| Guzman, Fernando | Jones, Richard, Delores & Anderson, Valerie | Lugo, Marcela & Rafael |
| Hadley, Stephnea | | Luntz, George & Adrienne |
| Hall, Mary & Lorne | Jones, Brian, Davis, Kimberly | Lynch, Robert & Colette |
| Hampton, Vernon | Joseph, Louise | Machado, William Bicelis & Lopez, Franyelina |
| Hamwee, Mark | Junco, Jorge | |

Mackall, Turner & Juanita
Madero, Fernando & Bridget
Madrigal, Wsvaldo/Martha
Madzuma, Jason & Jessica
Magdalena Gardens Condo Association
Maness, Danielle Lee
Manzur, Mohammed A. & Kamrun N.
Marchese, Troy & Dina
Marin, Cassandra
Marinell, Derek
Marlinga, Don & Janice
Marston, Claire
Martin Riback, as Trustee of the Martin Riback Revocable Trust Agreement dated April 4, 1997
Marullo, Jude
Marzulff, Paul
Mattesich, Johna nd Maria, Johnson, Rosemary, Morin, Barbara
Mattia, Michael & Mary Ellen
Matulenas, Elizabeth & Joseph
McCallum, Lona
McKellar, Preston & Rachel
McKinnon, Joseph/Christina
McKnight, Ashley & Gloria
McLaain, Jason
McLain, Jon Scott
McLenaghan, Jessica
McLendon, Brian/Stephanie
McMurray, Jason Scott
McNeill, Michael/Stephanie
Medina, Nelson
Meehan, William & Virginia
Mendez, Lincoln & America
Mendez, Claudia
Meyers, Stuart/Lee
Michaux, Fred & Vannessa
Mirakian, Samuel
Miranda, Jose
Mitchell, Paul & Tellina
Mohammed, Imtiaz/Sabita
Molina, Carlos & Margarita
Monge, Giraldo & Kelly
Morakis, Nick & Karen
Morales, Jose & Dawn
Moran, Shawn & Jill
Morgan, Keith & Shirley
Morgan, William & Deborah
Moritz, Christy
Morris, Joyce & James
Morton, Tony/Veronica &

Tipton, Mendel/Debbie
Mosley, Toni
Mundy, Terry
Murphy, William
Murray, Paul & Lois
Myott, Frances
Necastro, Daniel CC & Mary Jo
Nelson, Frances
Nguyen, Colleen & Tuan
Nguyen, Thai & Lieu
Nichols, James/Kathleen
Nolan, Daniel & Lillian
Norris, Melissa
Nudleman, Gene & Levina, Tatyana
Nuqui, Magno/Aracelli
Octobre, Marie
Oh, Guman
Okaily, Rhoda & Aly
Olschewski, Krzysztof & Prandi, Chad
Orlando, Robert & Lisa
Osicki, Sieward
Pagano, Sara & Geoffrey
Page, Dwight & psyche
Palamidessi, Anthony & Caroline
Parker, Marlon & Latosha
Parra, Judy
Paskow, Ross & Jacyln
Patterson, Joan
Peek, William & Stacy
Peloquin, Michael
Pena, Orlando
Pennington, Dorothy
Pereca, Joel
Perez, Zenaida
Perez, Adela
Perez, Sandra
Perez, Jorge, JP Real Estate Development
Perga, Anthony/Marcia
Perone, Samuel
Peterson, John & Sydna
Phillips, Jacqueline & Rodney
Pigna, Francisco & Ewa
Pinney, Nelson & Losi
Poggio, James & Janice
Pollux, LLC
Popov, Alexander & Susan
Popovitch, Robert
Pratts, Norberto & Belgica
Purse, Jason
Quaranta, Benito
Quartararo, Joseph

Querol, Damien
Quinn, Chris & Kate
Quittner, Lee & Alyssa
Randazzo, Antonio & Deborah
Raphael, Gene & Que
Rappa, Erasmo & Kathleen
Ratliff, Duane & Beth
Raucci, Steven/Dorothy

Raymond, Davidson & Jean Robert
Reckseit, Ronald & Jacqueline
Reeves, Michael & Kathryn
Renzetti, Nicholas & Adrienne
Resnick, Jonathan S. & Diane
Richman, Steven & Marsha
Riedl, Anton & Melissa
Rismiller, Todd
Rivas, Rigoberto/Maria, Mitjans, Luis, Loynaz, Arturo
Rivera, Damian/Sonia
RMM Investments, LLC
Romain, Doug
Rondeno, Colleen
Rosen, Kevin
Rosko, Ann
Roy, Sandy
Rubin, Mitchell
Russo, Charles & Josephine
Sakony, Karen & Vincent
Sakowski, Mark
Saliba, Dawn
Salman, Samir/Julia
Saltzman, Scott, Mondschein, Jordana
Salzer, Doug & Lisa
Sangiovanni, Ralph & Catherine
Santana, Francisco/Maricellis
Santillo, Keith
Santimauro, Robert
Santos, Luis & Odette
Santos, Hector & Fenta, Nigest
Schour, Stephen & Susan Mitchell
Scott, Fay & Benjamin
Scott, Denise
Scott, Cynthia & Jonathan
Serbin, Bruce & Susan
Serio, Joseph
Seymore, Melvin
Sherwood, Karl
Shiyou, Norman
Siegel, Wayne & Mandy
Siegel, Sandra
Sigur, Kenneth M.

Simon, Catherine
Simpson, Catherine
Sitaras, Mindy
Smith, Gary
Smith, Scott & Wendy
Smith, Juanita
Smith, Tarika
Smith, Andrew & Linda
Smith-Jacob, Shakira
Sonnie, Eric/Andrea
Spiga, Saturnino
Sponsel, David & Julia
Spotts, Russ
St. Martin Lions Club, c/o Don Richardson
Stanich, Dorothy
Starnes, David
Steiner, Stephanie
Stevenson, Marcus & Debbie
Stewart, Chester
Suarez, Humberto
Sulen, Francisco, King, Diana
Talavera, LLC
Tataris, Anna, DeJesus, Roy
Taylor, Willie
Teague, Eddie/Michele

Teixeira, Peter & Janet
Thomas, Herman
Tierney, Susan & Jeffrey
Tilmann, Stacey Ann & Kimberly Noah
Tomas, Noel & Coates, Lance & Masana, Virginia & Villania, Flor & Nestib, Joan
Topf, Frank & Yvonne
Torres-Lutz, Marcelo & Cecilia
Tuller Investments, LLC
Turckes, George
Turner, Tyrone C
Utterback, John & Beverly
Valcq, Stephen
Valdes, Michael
Valentine, David & Donna
Valle, Gladys
Vapy, Cathy Parker
Vargas, Odilio
Vasquez, Claudia
Vayda, Richard & Rita
Verderame, Frances
Vest, Hugh & Tracy
Vucinovich, Thomas F.
Walker, Alphonso & Nora

Walker, Andrew & Cathy
Walker, Ben
Ward, Lawrence
Watson, Joan - Trust
Webley McQueen, Symone
Whitlock, Scott/Lucille
Whittington, Brenda & Charles
Wiggins, Greg & Sherry
Wilcox, Eric & Karen
Wiley, John
Willett, Keith
Williams, David & Cassidy
Winsome, Russell
Wood, Bryand Kimberly
Woodson, Gregory & Flordeliza
Wruble, Aaron & Wendy
Yost, Lee/Kimberly
Young, Elizabeth
Zagalsky, Yefim & Yelena Alekseyeva
Zavala, Carlos
Zitner, Sheldon
Zubrowski, Linda

| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| Plaintiff | Defendant | Defendants' Class # |
| Cohen, Jay and Shari | Taishan | 11 |
| Cohen, Lawrence | Taishan | 11 |
| Colello, Jenine | Taishan | 11 |
| Collins, Braxton and Kerrie | Taishan | 11 |
| Conlin, Patrick | Taishan | 11 |
| Corea, Edgar Gilmore, Elsie | Taishan | 11 |
| Cotraccia, Manfredo/Maria | Taishan | 11 |
| Cousins, Edwin, III | Taishan | 11 |
| Crist, Byron and Maria | Taishan | 11 |
| Cuellar, Javier | Taishan | 11 |
| Curtis, Gregory and Nancy | Taishan | 11 |
| D'Ambrosio, Angelo and Deborah | Taishan | 11 |
| Dalal, Arish Peter and Alpa | Taishan | 11 |
| Darst, Matt and Candi | Taishan | 11 |
| Dawson, Robert | Taishan | 11 |
| Day, Dan and Maureen | Taishan | 11 |
| Deeg, David and Hooker, Deborah | Taishan | 11 |
| Defrancesco, Joyce | Taishan | 11 |
| DeNavea, Marta | Taishan | 11 |
| DeNavea, Martha Lisa | Taishan | 11 |
| DeYoung, John C. | Taishan | 11 |

| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. Schedule "1"– List of Manufacturer and Unascertainable Manufacturer Classes to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Class #** |
| Gittens, Dian | Taishan | 11 |
| Goboy, Arvin and Clarissa | Taishan | 11 |
| Gody, Anthony/Candace | Taishan | 11 |
| Gonzalez, Barbara | Taishan | 11 |
| Griffin, James and Kristin | Taishan | 11 |
| Gulledge, Roy and Juanita | Taishan | 11 |
| Guzman, Fernando | Taishan | 11 |
| Hand, Bryon | Taishan | 11 |
| Hanlon, Patrick and Ann | Taishan | 11 |
| Harrison, Wesley | Taishan | 11 |
| Harry, Joshua and Sharntay | Taishan | 11 |
| Haseltime, James and Joanne | Taishan | 11 |
| Havrilla, John | Taishan | 11 |
| Heinemann, Bernard & Barbara | Taishan | 11 |
| Heischober, Steve and Liz | Taishan | 11 |
| Henson, Shawn | Taishan | 11 |
| Hernandez, Yenny / Perez, Jorge | Taishan | 11 |
| Herrington, Jason and Cassie | Taishan | 11 |
| Higgs, Warren and Ann Marie | Taishan | 11 |
| Hinkley, Curtis and Lynn and Hinkley-Lopez, Stephanie | Taishan | 11 |
| Hipps, Edd/Mary | Taishan | 11 |

| Kenneth and Barbara Wiltz, et al. v.Beijing New Building Materials Public Limited Co., et al. Schedule "2"– List of Distributor/Supplier/Importer/Exporter/Broker Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) |||
|---|---|---|
| Plaintiff | Defendant | Defendants' Subclass # |
| Collins, Braxton and Kerrie | Ace Hardware Corporation | 13 |
| Herrington, Jason and Cassie | Ace Hardware Corporation | 13 |
| Sigur, Kenneth M. | Aces Towing Enterprises, LLC | 14 |
| Peek, William and Stacy | All Florida Drywall Supplies, Inc. | 15 |
| Willett, Keith | All Florida Drywall Supplies, Inc. | 15 |
| McLendon, Brian/Stephanie | Banner Supply Company Fort Myers, LLC | 16 |
| Deeg, David and Hooker, Deborah | Banner Supply Co. | 17 |
| Frankhouser, Roy & Mary | Banner Supply Co. | 17 |
| Haseltime, James and Joanne | Banner Supply Co. | 17 |
| Johnson, Travis C. & Kelly E. | Banner Supply Co. | 17 |
| Lugo, Marcela & Rafael | Banner Supply Co. | 17 |
| Coombs, Thomas & Sheri | Banner Supply Company Pompano, LLC | 18 |
| Fong, Charmaine | Banner Supply Company Pompano, LLC | 18 |
| Quittner, Lee & Alyssa | Banner Supply Company Pompano, LLC | 18 |
| Resnick, Jonathan S. & Diane | Banner Supply Company Pompano, LLC | 18 |
| Rosen, Kevin | Banner Supply Company Pompano, LLC | 18 |
| Rubin, Mitchell | Banner Supply Company Pompano, LLC | 18 |
| Talavera, LLC | Banner Supply Company Pompano, LLC | 18 |
| Lindsay, Horace & Donna | Banner Supply International, LLC | 19 |
| Morgan, Keith & Shirley | Banner Supply International, LLC | 19 |

| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. Schedule "3"– List of Builder/Developer Subclasses to Plaintiffs' Amended Omnibus Class Action Complaint (II) | | |
|---|---|---|
| **Plaintiff** | **Defendant** | **Defendants' Subclass #** |
| Riedl, Anton and Melissa | Atlantic Homes, LLC | 55 |
| Sherwood, Karl | Atlantic Homes, LLC | 55 |
| Smith, Juanita | Atlantic Homes, LLC | 55 |
| Vest, Hugh and Tracy | Atlantic Homes, LLC | 55 |
| Walker, Ben | Atlantic Homes, LLC | 55 |
| Wood, Bryand Kimberly | Atlantic Homes, LLC | 55 |
| Pena, Orlando | Barony Homes, Inc. | 56 |
| Collins, Braxton and Kerrie | Bass Homes, Inc. | 57 |
| Herrington, Jason and Cassie | Bass Homes, Inc. | 57 |
| Wiggins, Greg and Sherry | Bass Homes, Inc. | 57 |
| Morris, Joyce & James | Bay Colony-Gateway, Inc. | 58 |
| Lester, John Jaycine and Schiller, Larry | Baywood Construction, Inc. | 59 |
| Octobre, Marie | Baywood Construction, Inc. | 59 |
| Alvarez, Barbara R. | BDG Waterstone, LLC | 60 |
| Gallardo, Arledys | BDG Waterstone, LLC | 60 |
| Wilcox, Eric & Karen | Beazer Homes Corp. | 61 |
| Santimauro, Robert | Breakwater Homes Association | 62 |
| Chimelis, Ariel/Michelle | Brighton Home Builders, Inc. | 63 |
| Reeves, Michael and Kathryn | Bristol Corner, LLC | 64 |
| Moritz, Christy | Brothers Properties LA, LLC | 65 |
| Dolan, Christopher and Carrie | Bush Construction Corp. | 66 |
| Hand, Bryon | Bush Construction Corp. | 66 |