UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Richard and Constance Almeroth, et al., individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON EXHIBIT "A" ATTACHED HERETO],

Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD.; [ADDITIONAL DEFENDANTS LISTED ON EXHIBIT "B" ATTACHED HERETO],

Defendants.

CASE NO.: 12-0498
SECT. L MAG 2

SECT. L MAG. 2

CLASS ACTION COMPLAINT

JURY TRIAL DEMAND

### PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (XIII)

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real property containing problematic Chinese manufactured drywall that was designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants. In order to accomplish an effective class structure, each of the class representatives is pursuing a nationwide class action against the Taishan manufacturer of the drywall located in plaintiffs' homes. Subordinate to this national class action, the identified class representatives are

1

EXHIBIT B

*Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XIII) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor Defendant/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 345. | Roger, Donna and Broadbent, Tiffany | 6469 Pavilion Street Warrenton VA 20187 | 4611 Town Creek Drive Williamsburg, VA 23188 | Law Offices of Richard Serpe, P.C. | | Webster Construction, LLC **(288)** JV Drywall **(153)** Koky Drywall **(158)** | |
| 346. | Holland, Alberta | 8000 Lehigh Street New Orleans, LA 70127 | | Toxic Litigation Group, LLC | | | |
| 347. | Stonecypher, Dannie and Nancy | 4489 Governor Street Pace, FL 32571 | | Toxic Litigation Group, LLC | H. Harris Investments, Inc. **(116)** | R & H Masonry Contractors, Inc. **(222)** | |
| 348. | Leon, Debra | 5772 Louis Prima Drive W New Orleans, LA 70128 | | Toxic Litigation Group, LLC | | | |
| 349. | Harris, Sheldon and Phyllis | 7410 Alabama Street New Orleans, LA 70126 | | Toxic Litigation Group, LLC | | Dajon's Disaster Masters, Inc. **(79)** | |
| 350. | Johnson, Henry | 6524 Peoples Avenue New Orleans, LA 70122 | | Whitfield, Bryson & Mason, LLP | | | |
| 351. | Croley, Paul | 472 W. 3rd Street Lexington, KY 40508 | 140 S. Dixie Hwy. Unit 512 Hollywood, FL 33020 | Whitfield, Bryson & Mason, LLP | | | |
| 352. | Harper, Matthew | 949 Golf Course Road Pell City, AL 35128 | | Whitfield, Bryson & Mason, LLP | | | |
| 353. | Head, Clinton and Ashley | 992 Carrington Drive Mt. Olive, AL 35117 | | Whitfield, Bryson & Mason, LLP | | | |
| 354. | Williams, Jerald and Smith, Mary Anne | 962 East Second Street Pass Christian, MS 39571 | 309 Lemoyne Road Pass Christian, MS 39571 | Whitfield, Bryson & Mason, LLP | | RJC Drywall **(236)** | |
| 355. | ==Collins, Braxton and Kerri== | 10720 Hwy 614 Moss Point, MS 39562 | | Whitfield, Bryson & Mason, LLP | | | Ace Home Center, Inc. **(5)** |

*Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XIII) and their corresponding defendants

| | Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor Defendant/ Exporter/ Importer/ Broker Defendant |
|---|---|---|---|---|---|---|---|
| 356. | Herrington, Jason and Cassie | 221 Willie Finch Road Lucedale, MS 39452 | 26975 Old Americus Road Lucedale, MS 39452 | Whitfield, Bryson & Mason, LLP | | | Bartlett Ranch, LLC (27) |
| 357. | Hersey, Benjamin and Kandice | 6762 Tanglewood Drive Blackshear, GA 31516 | | Whitfield, Bryson & Mason, LLP | | | Spires Commercial Flooring, Inc. (254) |
| 358. | Almeida, Zimena Bragg, Elisa | 224 Newman Avenue Jefferson, LA 70121 | 3329 Golden Avenue Chalmette, LA 70043 | Whitfield, Bryson & Mason, LLP | | | Millennium Trading, Inc. (190) |
| 359. | Nieto, Pete | 42773 Snapperway Franklinton, LA 70438 | | Wolfe Law Group | Barney Core (28) | | |
| 360. | Caminita, Jennifer | 21484 Harrinson Avenue Abita Springs, LA 70420 | | Wolfe Law Group | Barney Core (28) | | |
| 361. | Amorin, Eduardo and Carmen | 2820 SW 100th Avenue Miami, FL 33165 | 240 West End Drive #721 Punta Gorda, FL 33950 | Baron & Budd, P.C. Allison Grant, P.A. | Brooks & Freund, LLC (45) | C.A. Steelman, Inc. (52) | |
| 362. | Andreae, Alexander | 4310 Eskew Drive Austin, TX | 240 West End Drive #311 Punta Gorda, FL 33950 | Baron & Budd, P.C. Allison Grant, P.A. | Brooks & Freund, LLC (45) | C.A. Steelman, Inc. (52) | |
| 363. | Ankiel, Rick and Lory | 126 Sandpiper Circle Jupiter, FL 33477 | 138 Ocean Bay Drive Jensen Beach, FL 34957 | Baron & Budd, P.C. Allison Grant, P.A. Shapiro, Blasi, Wasserman & Gora, P.A. | Pukka Development, Inc. (221) Sumaj Builders Corporation (261) | | Allied Building Products Corporation (14) |
| 364. | Arevalo, Luis | 7230 Hayes Street Hollywood, FL 33024 | 8218 Santa Monica Avenue Tamarac, FL 33321 | Baron & Budd, P.C. Alters Law, PA Allison Grant, P.A. | United Homes International, Inc. (282) | | |

Page 65 of 89