# CHINESE DRYWALL SETTLEMENT PROGRAM
## NON-KNAUF REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the non-Knauf Settlement Agreements for an Affected Property that currently contains non-KPT Chinese Drywall, or reimbursement for those expenses where such repair has already occurred, must complete and submit this Remediation Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program ("Settlement Program") on or before August 26, 2013. Repair refers to the process of having all non-KPT Chinese Drywall removed from your property and replaced with new drywall. KPT Chinese Drywall is drywall manufactured by Knauf Plasterboard (Tianjin) Co., Ltd or any of its subsidiaries ("Knauf").

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Non-Knauf Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Non-Knauf Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Non-Knauf Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name | Last Name/Business Name: Collins | First: Braxton and Kerrie | M.I. |
|---|---|---|---|
| | DBA or Fictitious Name (if applicable): | | |

| 2. Claimant's Social Security Number (SSN) | **REDACTED** | 3. Business Claimant's Employee Identification Number (EIN) | \|_\|_\|_\|-\|_\|_\|-\|_\|_\|_\|_\| |
|---|---|---|---|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

| 4. Attorney Information | Firm Name: WHITFIELD BRYSON & MASON LLP | |
|---|---|---|
| | Attorney Last Name: | Attorney First Name: |
| | Street: | |
| | City: | State: | Zip: |
| | Email: amanda@wbmllp.com | Phone Number: (___) ____-____ |

| 5. Affected Property Address | Street: 10720 Hwy 614 | | | |
|---|---|---|---|---|
| | City: Moss Point | State: MS | Zip: 39562 | County/Parish: Jackson |

EXHIBIT I

1

| | | |
|---|---|---|
| 6. | Settlement Agreement under which you are submitting this claim | ☒ InEx<br>☒ Global<br>    Participating Supplier Name: InEx<br>    Participating Builder Name: Bass Homes, Inc.<br>    Participating Installer Name: Unknown<br>    Participating Insurer Name:<br>☐ L&W<br>☐ Unknown |
| 7. | Provide the Under Air Square Footage for the Affected Property | 1814 |
| 8. | Tell us your relationship to the Affected Property | ☒ Residential Owner<br>☐ Tenant<br>☐ Previous Commercial or Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Commercial or Rental Property Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee(Bank) |
| 9. | Comments and additional information | |

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Photographs or Inspection Reports demonstrating evidence of corrosive, reactive Chinese Drywall;

2. Documents demonstrating proof of ownership of the Affected Property, such as a deed;

    (a) If you remediated the Affected Property on behalf of the owner and received an assignment of the owner's claim, you must also submit an Assignment of claims from the Owner.

3. Floor Plan or other document evidencing the Under Air Square Footage of the Property;

4. Documentation proving that you are part of the Banner, InEx, or Global Settlements

    (a) Proof that Banner supplied the Chinese Drywall in the Affected Property.

    (b) Proof that InEx supplied the Chinese Drywall in the Affected Property.

    (c) Proof that a Participating Builder built the Affected Property.

    (d) Proof that a Participating Supplier supplied the Chinese Drywall in the Affected Property. and

    (e) Proof that a Participating Installer installed the Chinese Drywall in the Affected Property.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

Case 2:09-md-02047-EEF-JCW  Document 20711-10  Filed 03/27/17  Page 4 of 9

Online Portal Submission

| By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form. ||||
|---|---|---|---|
| **Signature of Claimant/Attorney** | Daniel Bryson on behalf of Braxton and Kerrie Collins | **Date** | 06/25/13 <br>(Month/Day/Year) |
| **Printed Name** | First | Last | M.I. |