| | |
|---|---|
| **From:** | CDWQuestions <CDWQuestions@browngreer.com> |
| **Sent:** | Friday, January 13, 2017 12:25 PM |
| **To:** | amanda@wbmllp.com; rdupont@pbclawfirm.com; mdicocco@wbmllp.com |
| **Cc:** | CDWQuestions |
| **Subject:** | CDW - Deficient Payment Documentation |

Dear Counsel,

The claimants listed below are eligible for payment from the Chinese Drywall Settlement Program but have not submitted all of the documents required for payment. Each claimant is required to submit a Verification of Claims Form and a Form W-9. Both forms are available on the CDW Settlement Program Portal and can be found using the links provided in this email.

Please review the table below for a list of your clients with outstanding payment documentation. You can send the documents to us at CDWQuestions@browngreer.com.

| Row | Claimant ID | Claimant Name | W-9 | Verification of Claims |
|---|---|---|---|---|
| 1 | 101335 | Jason Herrington | Not Submitted | Accepted |
| 2 | 103813 | Braxton and Kerrie Collins | Not Submitted | Accepted |

Feel free to contact us with any questions you may have.


Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

EXHIBIT L