# Exhibit 1- Participating Defendants

## Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers

| |
|---|
| 1st Choice Construction, Inc. |
| 1st Drywall, LLC |
| 3180 Lamb Court Acquisition LLC and Linel Consulting LLC |
| 5177 Builders, Ltd. |
| 84 Lumber Company |
| A&M Business Properties, Inc. f/k/a A&M Properties, Inc., CRF Management Co., Inc. and Century Homes-Carlsberg, LLC |
| A.A. Stucco & Drywall, Inc. |
| A.R.B.C. Corporation |
| Aarco, L.L.C. |
| ABC Drywall Corporation |
| ABF Drywall, Inc. |
| Aburton Homes, Inc. |
| AC1 Supply, Inc |
| Acadian Builders & Contractors, L.L.C. |
| ACE Home Center, Inc. and Robertsdale Ace Home Center (a non-existing legal entity in the Abel case) |
| Active Drywall South, Inc. |
| Adams Homes of Northwest Florida, Inc. , Adams Homes LLC and Adams Homes Realty, Inc. |
| Advantage Builders of America, Inc. and Advantage Builders of SW Florida, Inc. |
| Affordable Homes & Land, L.L.C. |
| AHS Construction Group, Inc. and AH Salce Construction Group, Inc. |
| Al Brothers, Inc. a/k/a S3 Enterprises, Inc. a/k/a Al Brother Metal Framing & Drywall |
| Albanese-Popkin The Oaks Development Group, L.P. and Albanese Popkin Development Group, LLC |
| All Florida Drywall Supplies, Inc. |

EXHIBIT N

| |
|---|
| Allied Building Products Corp d/b/a Southern Atlantic Supply Division Corp and Old Castle, Inc. |
| Allsteel & Gypsum Products, Inc. |
| Alpha Homes, Inc. f/k/a Suarez Housing Corp. |
| Alvarez Homes, Inc. |
| Alvian Homes, Inc. d/b/a Stones & More, Alvian Custom Homes, LLC and Alvian Incorporated |
| Alvin G. Royes, Jr., L.L.C. |
| Alvin R. Savoie & Associates, Inc., Savoie Construction, Inc., Savoie Real Estate Holdings, LLC, Savoie Realty, LLC and Savoie Construction & Development, LLC |
| American Building Materials, Inc. |
| American Dream Builders, Inc. |
| American Gallery Development, LLC and American Gallery Development Group, LLC |
| American Housing Corporation |
| America's First Home of Southwest Florida, L.L.P., incorrectly named as America's First Home, Inc. |
| Amerisouth, Inc. |
| AnaDon Construction, LLC |
| Angel Developments, LLC |
| Anthony F. Marino General Contractor, LLC |
| Anthony Stirp d/b/a Excel Construction of SW Florida, Inc. |
| Anthony's Drywall, Inc. |
| Aranda Homes, Inc. |
| ARM Structural, Inc. and Schenley Park Homes, LLC |
| Arthur Homes, L.L.C. |
| Ashton Houston Residential L.L.C. |
| Ashton Tampa Residential, L.L.C. |
| Associated Builders and Developers, Inc. |
| ATCO Interior Corp. |
| Aubuchon Homes, Inc. |
| Aurora Commercial Construction, Inc. |
| Avalon Building Corporation of Tampa Bay a/k/a Avalon Building Corporation of Tampa Bay, Inc. |

| |
|---|
| Avatar Properties Inc. |
| Azimuth E & E, Inc. |
| B E Construction Corp. |
| B J & K Condo Construction, Inc. |
| B&B Disposal Services, LLC d/b/a Builder's Choice Home Center |
| B&B Smith Construction, Inc. |
| Bagley Construction, LLC |
| Banner Homes of Florida, Inc. |
| Barloy Contractors, Inc. |
| Baroney Homes, Inc. |
| Bass Homes, Inc. |
| Bauhaus Solutions, Inc., Bauhaus Solutions and Bauhaus, Inc. |
| Bayou Building Products, LLC |
| Bayshore Construction Company, Inc. |
| Baystate Drywall, Inc. |
| Baywood Construction, Inc. |
| BBL-Florida, LLC |
| Beazer Homes Corp. |
| Bella Builders, Inc. |
| Ben & Joy Money and BMD, Inc. |
| Bender Construction and Development, Inc. |
| Benoit Builders, LLC |
| Best Drywall Services, Inc. |
| Beta Credit Management, LLC |
| Beta Drywall, LLC and Beta Construction, LLC |
| BFS Townhomes, L.L.C. |
| Big Bear Construction Co., Inc. |
| Big River Construction & Remodeling Co., Inc. |
| Bill Gregory Drywall |
| Black Bear Gypsum Supply, Inc. and Black Bear Gypsum, LLC |
| Blanchard Homes Inc. |
| BMI Construction, L.L.C. |
| Boardwalk Drywall, Inc. |
| Boasso Construction, LLC |
| Boohaker & Associates, LLC |