UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**AGENDA**
**FOR APRIL 6, 2017 STATUS CONFERENCE**

I. KNAUF REMEDIATION PROGRAM

II. TAISHAN, BNBM AND CNBM DEFENDANTS

III. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

IV. ATTORNEY'S FEES

V. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

VI. NEXT STATUS CONFERENCE