IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:   CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

This Document Relates to:

SECTION L
JUDGE FALLON
MAG. JUDGE WILKINSON

Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.
So. Dist. Mississippi, C.A. No. 13-cv-6652

Jason S. Herrington, et ux. V. Bass Homes, Inc., et al.
So. Dist. Mississippi, C.A. No. 13-cv-6653

**PLAINTIFFS' REPLY TO VARIOUS DEFENDANTS'
RESPONSES IN OPPOSITION TO PLAINTIFFS'
MOTION FOR SEVERANCE AND SUGGESTION OF REMAND**

COME NOW the Plaintiffs, BRAXTON COLLINS and KERRIE COLLINS and JASON & CASSIE HERRINGTON, and file this, their Reply to Various Defendants' Responses in Opposition to Plaintiffs' Motion for Severance and Suggestion of Remand, and would reply as follows, to-wit:

I.

In reply to the various Responses, Plaintiffs are comfortable with remanding the complete case, including the claims against Taishan or, in the alternative, Plaintiffs will abandon all claims against Taishan provided these cases are remanded back to the U. S. District Court for the Southern District of Mississippi where they can be set for trial.

II.

Plaintiffs have not wanted to pursue Taishan in *Wiltz* or any other MDL action for many years. They have opted out of the class in question as indicated by previous filings,

and any effort on their part in sending in forms etc, was simply caused by confusion over the nature of the claims.

III.

The Claim's Administrator was informed multiple times that the Herrington and Collins Plaintiffs would not be participating in any settlements. See affidavit of Amanda Mkamanga, paralegal for Daniel K. Bryson, co-counsel for Plaintiffs, attached as Exhibit "A".

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court will enter an Order denying Ace Home Center, Inc.'s Motion to Dismiss Action as Precluded or, in the Alternative, Motion for Summary Judgment.

RESPECTFULLY SUBMITTED this, the 5th day of April, 2015.

    BRAXTON & KERRIE COLLINS, Plaintiffs
    JASON & CASSIE HERRINGTON, Plaintiffs

    By and Through Their Attorneys,
    LUCKEY & MULLINS, PLLC


    BY: /s/ Steve Mullins
        STEPHEN W. MULLINS


ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102    (39564)
Post Office Box 990
Ocean Springs, MS   39566
Phone:	228.875.3175
Fax:   228.872.4719
smullins@luckeyandmullins.com

Of Counsel:

**Daniel K. Bryson** (*pro hac vice*)
**WHITFIELD BRYSON & MASON LLP**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

## **CERTIFICATE OF SERVICE**

I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically filed the above and foregoing Reply with this Court using the ECF filing system which has caused notification of such filing to be sent to registered counsel of record.

THIS, the 5th  day of April, 2015.

                                                   /s/ Stephen W. Mullins
                                                 STEPHEN W. MULLINS