# Linda Scott

| | |
|---|---|
| **From:** | Amanda Mkamanga <Amanda@wbmllp.com> |
| **Sent:** | Tuesday, April 4, 2017 1:47 PM |
| **To:** | Jackfish28@aol.com; Linda L. Scott (linda@luckeyandmullins.com); 'smullins@luckeyandmullins.com' |
| **Subject:** | FW: Collins/Herrington Chinese Drywall Litigation NC: Deficient Payment Documentation |

**From:** Amanda Mkamanga
**Sent:** Tuesday, October 20, 2015 4:24 PM
**To:** 'Mark L. Joyner'; rdupont@pbclawfirm.com; Shannon Kelley; Monica DiCocco
**Cc:** Ashley Dwyre
**Subject:** RE: Chinese Drywall Litigation NC: Deficient Payment Documentation

Herrington and Collins will not be getting paid through the settlement program at this time. We have a separate case pending and they do not wish to accept the GBI payments through this because of the lawsuit we have against Bass Homes.

**From:** Mark L. Joyner [mailto:mljoyner@browngreer.com]
**Sent:** Tuesday, October 20, 2015 3:58 PM
**To:** Amanda Mkamanga; rdupont@pbclawfirm.com; Shannon Kelley; Monica DiCocco
**Cc:** Ashley Dwyre
**Subject:** Deficient Payment Documentation

Dear Counsel,

Apologies. Hit send a bit too soon. This is follow-up regarding the claimants listed below. As of 10/20 we have yet to receive any additional payment documentation or correspondence regarding the highlighted claimants below. Payment cannot be disbursed until the deficiencies shown have been remedied. If you have any additional questions, feel free to let me know.

Thanks,
Mark Joyner

**From:** mljoyner@browngreer.com [mailto:mljoyner@browngreer.com]
**Sent:** Monday, September 21, 2015 8:36 AM
**To:** amanda@wbmllp.com; rdupont@pbclawfirm.com; skelley@wbmllp.com; mdicocco@wbmllp.com; Jackfish28@aol.com
**Cc:** Ashley Dwyre
**Subject:** Deficient Payment Documentation

Dear Counsel,

We have identified one or more of your clients that may be eligible for payment; however the required payment documentation is either deficient or has not been submitted. Before we can issue payment, each claimant is required to submit a Verification of Claims Form and a Form W-9. Both forms are available on the CDW Settlement Program Portal and can be found using the links provided in this email.

1

Please review the table below for a list of your clients with outstanding payment documentation. When uploading documentation to the portal, be sure to select the appropriate document type. If the document is named incorrectly, the system may not recognize that the document has been submitted.

| Row | Claimant Name | Claimant ID | Law Firm | |
|---|---|---|---|---|
| 1 | Jason Herrington | 101335 | WHITFIELD BRYSON & MASON LLP | N |
| 2 | Braxton & Kerrie Collins | 103813 | WHITFIELD BRYSON & MASON LLP | N |
| 3 | Robbie and Lisabeth Bryant | 103869 | WHITFIELD BRYSON & MASON LLP | N |
| 4 | Christopher and Kandice Myers | 105174 | WHITFIELD BRYSON & MASON LLP | Not fron |
| 5 | ~~Sam Sumner, Jr.~~ | ~~107419~~ | ~~WHITFIELD BRYSON & MASON LLP/ Collins & Horsley, P.C.~~ | |
| 6 | Jaun Carlos and Martha Julia | 112569 | WHITFIELD BRYSON & MASON LLP | Tax c |
| 7 | Gabe Greene | 113798 | WHITFIELD BRYSON & MASON LLP | N |
| 8 | Hadley Greene | 113800 | WHITFIELD BRYSON & MASON LLP | N |
| 9 | Craig Greene II | 113801 | WHITFIELD BRYSON & MASON LLP | N |

To avoid further delay of payment, please ensure that the following fields are complete before submitting each form:

**Verification of Claims Form**
1. Claimant Name: This must match the name of the primary claimant.
2. Claimant Identification Number: Enter the Claimant ID if you know it.
3. SSN or TIN: This must match the SSN or TIN of the primary claimant.
4. Claimant Signature: Claimant must sign and date the form.
5. Date: Date of signature.

**Form W-9**
1. Name or Business Name: This must match the name of the primary claimant.
2. Federal Tax Classification: Check the appropriate box.
3. Address: This is the claimant's current address.
4. TIN: This is the primary claimant's SSN if the claimant is an individual or the EIN if the claimant is a business.
5. Claimant Signature: Claimant must sign and date the form.
6. Date: Date of signature.

Feel free to contact me with any questions.

Thank you,
Mark Joyner

**Mark Joyner**
Financial Claims Reviewer IV
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com