IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO.: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc.,** | : | |
| **et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | **Case No.: 13-6652** |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO.: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc.,** | : | |
| **et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | **Case No.: 13-6653** |

**DEFENDANT/THIRD-PARTY PLAINTIFF ACE HOME CENTER, INC.'S
CORRECTED MOTION TO DISMISS ACTION AS PRECLUDED OR IN THE
ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant/Third-Party Plaintiff Ace Home Center, Inc. ("AHC"), by and through counsel, and pursuant to Federal Rules of Civil Procedure 12 and 56, respectfully moves the Court to dismiss the actions against it as precluded, or alternatively to grant summary judgment to AHC against Plaintiffs on the basis of release. As grounds for this motion, the Defendant/Third-Party Plaintiff AHC submits its Memorandum in Support of Motion to Dismiss Action as Precluded or in the Alternative, for Summary Judgment; and its Statement of Uncontested Facts in Support of Motion to Dismiss as Precluded or in the Alternative, for Summary Judgment, both filed concurrently herewith, together with evidentiary submissions.

ORAL ARGUMENT REQUESTED

        Respectfully submitted,

        */ s / Danny J. Collier, Jr.*
        _____
        Danny J. Collier, Jr., Esq. (MBN 103494)
        Attorney for Ace Home Center, Inc.

**OF COUNSEL:**

LUTHER, COLLIER, HODGES & CASH LLP
Post Office Box 1002
Mobile, Alabama 36633
(251) 694-9393 Office
(251) 694-9392 Fax
dcollier@lchclaw.com

<b><u>CERTIFICATE OF SERVICE</u></b>

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of April, 2017.

| | |
|---|---|
| Stephen W. Mullins, Esq. | David C. Coons, Esq. |
| Luckey & Mullins, PLLC | Christopher A. D'Amour, Esq. |
| Post Office Box 990 | Justin Boron, Esq. |
| Ocean Springs, MS 39566 | Adams and Reese LLP |
| smullins@luckeyandmullins.com | 4500 One Shell Square |
| | New Orleans, LA 70139 |
| | david.coons@arlaw.com |
| | chris.damour@arlaw.com |
| | justin.boron@arlaw.com |

---
Case No.: 13-6652/13-6653
Our File No.: 13-053/13-052
Page **2** of **3**

| | |
|---|---|
| Heather M. Houston, Esq.<br>Caroline Pryor, Esq.<br>Carr Allison<br>6251 Monroe Street<br>Suite 200<br>Daphne, Alabama 36526<br>hhouston@carrallison.com<br>cpryor@carrallison.com | S. Wesley Pipes, Esq.<br>Pipes Law Firm, LLC<br>Five Dauphin Street<br>301 Bayport Bldg.<br>Mobile, Alabama 36602<br>swp@pipeslaw.com |
| Gary J. Russo, Esq.<br>Jones Walker LLP<br>600 Jefferson Street<br>Suite 1600<br>Lafayette, LA 70501<br>grusso@joneswalker.com | Bernard Taylor, Esq.<br>Matthew D. Lawson, Esq.<br>Christy Hull Eikhoff, Esq.<br>Alston & Bird, LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>bernard.taylor@alston.com<br>matt.lawson@alston.com<br>Christy.Eikhoff@alston.com |
| William W. Watts, Esq.<br>HELMSING, LEACH, HERLONG<br> NEWMAN & ROUSE, P.C.<br>P. O. Box 2767<br>Mobile, Alabama 36652<br>www@helmsinglaw.com | |

                                      / s / *Danny J. Collier, Jr*
                                      _____

                                      OF COUNSEL