IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6652 |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6653 |

**STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF DEFENDANT/THIRD-PARTY PLAINTIFF ACE HOME CENTER, INC.'S MOTION TO DISMISS ACTION AS PRECLUDED OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant/Third-Party Plaintiff Ace Home Center, Inc. ("AHC"), by and through counsel, and hereby files this Statement of Uncontested Facts in Support of its Motion to Dismiss as Precluded or in the Alternative, Motion for Summary Judgment, and sets down and assigns the following, to wit:

**Statement of Facts**

1. Plaintiffs filed suit as named representatives in *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, C. 10-361 (E.D. La.)(Omni II), in which they named as Defendants Taishan Gypsum, Co., Ltd. ("Taishan"), AHC (later dismissed), and Bass

---
Case No.: 13-6652/13-6653
Our File No.: 13-053/13-052
Page **1** of **6**

Homes, Inc. (Bass). (Relevant portions of *Wiltz* Complaint, attached hereto as Exhibit A).

2. Contrary to their representations, Plaintiffs have never opted out of the *Wiltz* Complaint.

3. Plaintiffs are also included in four other Omnibus Complaints: *Almeroth, et al. v. Taishan Gypsum Co., Ltd.*, C.A. 12-498 (E.D. La.)(Omni XIII)(wherein Plaintiffs Jason and Cassie Herrington name Taishan and Bartlett Ranch, LLC, as Defendants and Plaintiffs Braxton and Kerrie Collins name Taishan and AHC as Defendants)(Relevant portions of *Almeroth* Complaint, attached hereto as Exhibit B); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, C.A. 11-1672 (E.D. La.) (Omni XV) (Relevant portions of *Amorin* Complaint (Omni XV), attached hereto as Exhibit C); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co.,Ltd., et al.*, C.A. 11-1395 (E.D. La.) (Omni XVI) (Relevant portions of *Amorin* Complaint (Omni XVI), attached hereto as Exhibit D); and *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, C.A. 11-1673 (E.D. La.) (Omni XVII) (Relevant portions of the *Amorin* Complaint (Omni XVII), attached hereto as Exhibit E).

4. On September 18, 2012, Plaintiffs Jason and Cassie Herrington ("the Herringtons") signed an Opt-Out Form purporting to end their involvement in the Global Settlement. (Herrington Opt-Out Form, attached hereto as Exhibit F)

5. On September 25, 2012, Plaintiffs Braxton and Kerrie Collins ("the Collins") signed an Opt-Out Form purporting to end their involvement in the Global Settlement. (Collins Opt-Out Form, attached hereto as Exhibit G).

6. Despite previous opt-out, on June 25, 2013, Counsel Daniel Bryson submitted a Repair and Relocation Expenses Claim Form on behalf of the Herringtons, listing AHC as a

participating supplier. (Herrington Claim Form, attached hereto as Exhibit H).

7. Despite previous opt-out, on June 25, 2013, Counsel Daniel Bryson submitted a Repair and Relocation Expenses Claim Form on behalf of the Collins, listing Pensacola Stevedore Company, Inc., and Pate Stevedore Company, Inc. as participating suppliers (Collins Claim Form, attached hereto as Exhibit I), who allegedly sold any drywall to AHC that was used in the Collins home. (*See* Collins Second Amended Complaint, ¶15).

8. On February 27, 2014, the Herringtons received a Repair and Relocation Expenses Claim Eligibility Notice from the Settlement Administrator for the Global Settlement, Brown Greer PLC ("the Settlement Administrator"). (Herringtons Eligibility Notice, attached hereto as Exhibit J).

9. On February 11, 2014, the Collins received a Repair and Relocation Expenses Claim Eligibility Notice from the Settlement Administrator. (Collins Eligibility Notice, attached hereto as Exhibit K).

10. While their eligibility for settlement payments was confirmed by the Settlement Administrator, no payments had been made as of January 13, 2017 because neither the Collins nor the Herringtons had submitted a W-9 Form as required for payment. (Jan. 13, 2017 Settlement Administrator E-mail, attached hereto as Exhibit L).

11. The Global Settlement states that

3.1 . . .This Settlement will settle and resolve with finality the Litigation, the Released Claims, and the Related Claims involving the Class Members, the Participating Defendants and Participating Insurers and any other claims that have been brought, could have been brought or could be brought now or at any time in the future in the Litigation or in any other proceeding of any kind against any Participating Defendant and/or Participating Insurer relating to or arising out of Chinese Drywall, whether based in law, equity or otherwise.

(Global Settlement, § 3.1, attached hereto as Exhibit M).

12. The 'Released Claims' affected by the Settlement are broadly described and include any and all claims against participating defendants related to Chinese Drywall. (Global Settlement, § 5.1, Ex. M).

13. AHC has contributed to the Global Settlement Funds as a Participating Supplier. (Relevant portion of Global Settlement, Exhibit 1-Participating Defendants, attached hereto as Exhibit N).

        Respectfully submitted,

        */ s / Danny J. Collier, Jr.*

        Danny J. Collier, Jr., Esq. (MBN 103494)
        Attorney for Ace Home Center, Inc.

**OF COUNSEL:**

LUTHER, COLLIER, HODGES & CASH LLP
Post Office Box 1002
Mobile, Alabama 36633
(251) 694-9393 Office
(251) 694-9392 Fax
dcollier@lchclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of April, 2017.

Stephen W. Mullins, Esq.
Luckey & Mullins, PLLC
Post Office Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

David C. Coons, Esq.
Christopher A. D'Amour, Esq.
Justin Boron, Esq.
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139
david.coons@arlaw.com
chris.damour@arlaw.com
justin.boron@arlaw.com

Heather M. Houston, Esq.
Caroline Pryor, Esq.
Carr Allison
6251 Monroe Street
Suite 200
Daphne, Alabama 36526
hhouston@carrallison.com
cpryor@carrallison.com

S. Wesley Pipes, Esq.
Pipes Law Firm, LLC
Five Dauphin Street
301 Bayport Bldg.
Mobile, Alabama 36602
swp@pipeslaw.com

Gary J. Russo, Esq.
Jones Walker LLP
600 Jefferson Street
Suite 1600
Lafayette, LA 70501
grusso@joneswalker.com

Bernard Taylor, Esq.
Matthew D. Lawson, Esq.
Christy Hull Eikhoff, Esq.
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
bernard.taylor@alston.com
matt.lawson@alston.com
Christy.Eikhoff@alston.com

William W. Watts, Esq.
HELMSING, LEACH, HERLONG
 NEWMAN & ROUSE, P.C.
P. O. Box 2767
Mobile, Alabama 36652
www@helmsinglaw.com

---

/ s / *Danny J. Collier, Jr*
_____
OF COUNSEL