# Opt-Out Form

Arnold Levin

Levin, Fishbein, Sedran & Berman

510 Walnut Street, Suite 500

Philadelphia, PA 19106

Russ M. Herman

Herman, Herman & Katz, LLP

820 O'Keefe Avenue

New Orleans, LA 70113

Re: <u>In Re: Chinese-Manufactured Drywall Products Liability Litigation</u>

United States District Court, Easter District of Louisiana

Opt Out Notice for Global Settlement in MDL 2047

Dear Counselors:

Pursuant to the Notice of Pendency of Proposed Settlement of Class Action Against Builders, Installers, Suppliers and Participating Insurers (the "Global Settlement"), dated May 31, 2012, please consider this notice of our intention to *opt out* of the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is:

26975 Old Americus Rd., Lucedale, MS 39452

EXHIBIT F

| Address | City | State | Zip |

I/We understand that I/we **will not** be entitled to share in the benefits of this Global Settlement **nor** will I/we benefit or be bound by further orders or judgments in the Litigation concerning the Global Settlement, if any.

| *Jason S. H[...]* | Jason Herrington | 9-18-12 |
|---|---|---|
| Signature | Printed Name | Date |

| *Cassie Herrington* | Cassie Herrington | 9-18-12 |
|---|---|---|
| Signature | Printed Name | Date |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.