## Opt-Out Form

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

> Re: **In Re: Chinese-Manufactured Drywall Products Liability Litigation**
> United States District Court, Easter District of Louisiana
> Opt Out Notice for Global Settlement in MDL 2047

Dear Counselors:

    Pursuant to the Notice of Pendency of Proposed Settlement of Class Action Against Builders, Installers, Suppliers and Participating Insurers (the "Global Settlement"), dated May 31, 2012, please consider this notice of our intention to **opt out** of the Global Settlement. My/Our address of the property damaged by the Chinese Drywall is:

| Address | City | State | Zip |
|---|---|---|---|
| 10720 Highway 614 | Moss Point | MS | 39562 |

    I/We understand that I/we **will not** be entitled to share in the benefits of this Global Settlement **nor** will I/we benefit or be bound by further orders or judgments in the Litigation concerning the Global Settlement, if any.

| Signature | Printed Name | Date |
|---|---|---|
| [signed] | Braxton H Collins | 9.25.12 |
| [signed] | Kerrie Collins | 9/25/12 |

    Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

EXHIBIT G