| | |
|---|---|
| **From:** | Amanda Mkamanga <Amanda@wbmllp.com> |
| **Sent:** | Friday, February 07, 2014 9:26 AM |
| **To:** | CDWQuestions |
| **Subject:** | RE: Collins - Revised Eligibility Notice from BG |

Thank you!

**From:** CDWQuestions [mailto:CDWQuestions@browngreer.com]
**Sent:** Friday, February 07, 2014 9:09 AM
**To:** Amanda Mkamanga
**Subject:** RE: Collins - Revised Eligibility Notice from BG

Amanda,

We have deactivated the notice and re-reviewed the claim. The new Eligibility Notice will include Pate Stevedore as the Supplier.

Thank you,

Chinese Drywall Settlement Administrator
**BrownGreer PLC**
P.O. Box 25401
Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** CDWQuestions
**Sent:** Thursday, February 06, 2014 11:03 AM
**To:** Amanda Mkamanga; CDWQuestions
**Subject:** RE: Collins - Revised Eligibility Notice from BG

Amanda,

In this case, we will deactivate the Notice associated with CID 103813, Claim ID 412, re-review the claim and list Pate Stevedore as the Supplier as records in the file confirm Pate Stevedore supplied the Chinese Drywall.

Thank you,

Chinese Drywall Settlement Administrator
**BrownGreer PLC**
P.O. Box 25401
Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299

EXHIBIT O

www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Thursday, February 06, 2014 8:55 AM
**To:** CDWQuestions
**Subject:** Collins - Revised Eligibility Notice from BG

We had originally thought that INEX had supplied their drywall—and you now have them ineligible for that settlement. However we later provide documents that Page Stevedore supplied the drywall. Those documents were produced during the discovery for the case. I have attached the documents here, but they are also on the portal.

Do need to appeal your review to have Pate Stevedore added as the participating supplier?

**AMANDA MKAMANGA**
WHITFIELD BRYSON & MASON LLP
900 W. Morgan St   |   Raleigh, North Carolina 27603
P: 919.600.5004      |  F: 919.600.5035
amanda@wbmllp.com
_____



_____

