MINUTE ENTRY
FALLON, J.
APRIL 6, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| 13-6652 and 13-6653 | MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:   Leonard Davis, Esq. for Plaintiffs Liaison
Daniel Collier, Esq. for Defendant Ace Home Center, Inc.
Stephen Mullins, Esq. for Plaintiffs Braxton and Kerrie Collins and
Jason and Cassie Herrington
William Watts, III, Esq. for Defendants Pate Stevedore Company, Inc. and
Pensacola Stevedore Company, Inc.
Christy Eikhoff, Esq. for Taishan Defendants

1. Motion of Plaintiffs Braxton and Kerrie Collins, for Severance and Suggestion of Remand (20639)

2. Motion of Plaintiffs Jason and Cassie Herrington, for Severance and Suggestion of Remand (20640)

After argument –   Court instructed Plaintiffs to withdraw from the class action within a week, and then the motions will be taken under advisement


JS10:   :15