UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

## ORDER

On April 5, 2017, the Special Master issued a Ruling Concerning Requests for Additional Discovery. Therefore,

**IT IS ORDERED** that the Court will enter the April 5, 2017, Special Master Ruling into the record.

New Orleans, Louisiana, this 10th day of April, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE