UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY   SECTION: L
LITIGATION          JUDGE FALLON
              MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
ALL CASES

## Special Master's Ruling
## Concerning Requests for Additional Discovery

On February 8, 2017 and February 15, 2017, Primary Counsel submitted letters to the Special

Master requesting additional discovery. After reviewing the letters along with all relevant evidence

and argument, and applying the principles outlined in the October 28, 2016 Ruling Concerning

Objectors' October 7, 2016 Request to Modify Special Master Case Management Order No. 1, the

Special Master hereby DENIES the requests for additional discovery.

Baton Rouge, Louisiana, this 5th day of April, 2017

/s/ Daniel J. Balhoff
Daniel J. Balhoff
Special Master
