## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO EXCEED PAGE LIMITATION OF PRIMARY COUNSEL'S OBJECTION TO SPECIAL MASTER RULING DENYING NECESSARY DISCOVERY AND REQUEST FOR EXPEDITED CONSIDERATION

NOW COMES Primary Counsel[1] who respectfully move the Court for an Order allowing *Primary Counsel's Objection to Special Master Ruling Denying Necessary Discovery and Request for Expedited Consideration* (the "Objection") (attached hereto) to be filed in excess of the page limitation set forth in the Local Rule 7.7.

On April 11, 2017, *Special Master's Ruling Concerning Requests for Additional Discovery* (the "Discovery Ruling") was entered on the record. Doc. 20727-1. As explained in the attached Objection, the Discovery Ruling, denies Primary Counsel access to information necessary to evaluate and respond to the "fairness and reasonableness of [the common benefit] fee request." *Yamada v. Nobel Biocare AG*, 825 F.3d 536, 546 (9th Cir. 2016). Federal Rules of Civil Procedure rule 53 allows each party to file an objection to a special master's ruling within 21 days, "unless the court sets a different time." In the interest of efficiency and to avoid filing multiple briefs, Primary Counsel have coordinated their efforts, streamlined their analyses and consolidated their arguments into the single, attached Objection. Because it incorporates legal and factual arguments

---

[1] Primary Counsel are those individually retained counsel listed or represented in the signature block of this pleading.

of fourteen different law firms, the Objection exceeds the page limitation set forth in Local Rule 7.7. Accordingly, Primary Counsel seek leave of court to exceed those page limitations and to allow Primary Counsel to file the attached Objection.

WHEREFORE, Primary Counsel pray that this motion be granted and that their Objection be filed into the record.

Respectfully submitted:

| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
|---|---|
| By: /s/ *Jimmy R. Faircloth, Jr.*<br>Jimmy R. Faircloth, Jr. (LA #20645)<br>jfaircloth@fairclothlaw.com<br>Brook L. Villa (LA #31988)<br>bvilla@fairclothlaw.com<br>Franklin "Drew" Hoffmann (LA #35824)<br>dhoffmann@fairclothlaw.com<br>301 Main Street, Suite 920<br>Baton Rouge, LA 70801<br>Phone: (225) 343-9535<br>Fax: (225) 343-9538<br><br>*Attorneys for Parker Waichman LLP* | By: /s/ *Val Patrick Exnicios*<br>Val Patrick Exnicios, Esq.<br>vpexnicios@exnicioslaw.com<br>1515 Poydras Street<br>14th Floor, Ste. 1400<br>New Orleans, LA. 70112<br>Phone: (504) 410-9611<br>Fax: (504) 410-9937<br>Cell: (504) 495-9666<br><br>*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |
| **BARON & BUDD, P.C.** | **GENTLE, TURNER, SEXTON & HARBISON, LLC** |
| By: /s/ *Russell W. Budd*<br>Russell W. Budd (TX #03312400)<br>rbudd@baronbudd.com<br>S. Ann Saucer (TX #00797885;<br>LA #21368)<br>asaucer@baronbudd.com<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Phone: 214-521-3605<br>Fax: 214-520-1181 | By: /s/ *K. Edward Sexton, II*<br>K. Edward Sexton, II<br>esexton@gtandslaw.com<br>501 Riverchase Parkway East, Suite 100<br>Hoover, Alabama 35244<br>Phone: (205) 716-3000<br>Fax: (205) 716-3010 |

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:    /s/ *Eric D. Hoaglund*
    Eric D. Hoaglund
    ehoaglund@mhcilaw.com
    905 Montgomery Highway, Suite 201
    Vestavia Hills, Alabama 35216
    Phone: (205) 824-7767
    Fax: (205) 824-7768

**DOYLE LAW FIRM, PC**

By:    /s/ *James V. Doyle, Jr.*
    James V. Doyle, Jr.
    jimmy@doylefirm.com
    2100 Southbridge Pkwy., Suite 650
    Birmingham, AL 35209
    Phone: 205-533-9500
    Fax: 205-414-7528

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:    /s/ *Victoria E. Emmerling*
    Andrew A. Braun (LA #3415)
    abraun@glllaw.com
    Victoria E. Emmerling (LA #33117)
    temmerling@glllaw.com
    701 Poydras Street, Suite 4800
    New Orleans, Louisiana 70139-4800
    Phone: (504) 561-0400
    Fax: (504) 561-1011

    *Attorneys for Morris Bart, L.L.C.*

**MILSTEIN, ADELMAN, JACKSON, FAIRCHILD & WADE, LLP**

By:    /s/ *Mark Milstein*
    Mark Milstein

**PAUL A. LEA, JR.**

By:    /s/ *Paul A. Lea, Jr.*
    Paul A. Lea, Jr. (LA #18637)
    paul@paullea.com
    724 E. Boston Street
    Covington, Louisiana 70433-2910
    Phone: (985) 292-2300
    Fax: (985) 249-6006

**H ARTHUR EDGE, P.C.**

By:    /s/ *David L Horsley*
    David L Horsley (AL #6090-I47H)
    david@edgelawyers.com
    2320 Highland Avenue
    Suite 175
    Birmingham, Alabama 35205
    Phone (205)453-0322
    Fax    (205)453-0326

    *Attorneys for Collins & Horsley*

**ALLISON GRANT, P.A.**

By:    /s/ *Allison Grant*
    Allison Grant (FL #858330)
    agrant@allisongrantpa.com
    14 SE 4th St
    Boca Raton, FL 33432-6111
    Phone: 561-994-9646
 Fax: 561-431-4627

mmilstein@majfw.com
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Phone: (310) 396-9600
Fax: (310) 396-9635

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing *Motion for Leave to Exceed Page Lmitation of Primary Counsel's Objection to Special Master Ruling Denying Necessary Discovery and Request for Expedited Consideration* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of April, 2017.

                                         /s/ *Jimmy R. Faircloth, Jr.*
                                               OF COUNSEL