**List of Adversarial Briefs and Letters Issued by Fee Committee**

| Date | Title | Brief Description | Rec. Doc. (if applicable) |
|---|---|---|---|
| 07/11/16 | Fee Committee ("FC") Opposition to Villa Lago Plaintiffs' Motion for a Final Award of Attorneys' Fees and Reimbursement of Costs and in Opposition to Allocation Motion Pursuant to PTO 28(F) | Argues Villa Lago plaintiffs should be bound by process set forth in PTO 28 and same allocation as other individually retained counsel | 20383 |
| 07/11/16 | FC Opposition to Motion for Attorneys' Fees by Taylor Martino and Holston Vaughn | Argues Taylor Martino and Holston Vaughn should recover fees pursuant to Knauf Settlement Agreement in same manner as other individually retained counsel | 20382 |
| 07/19/16 | Preliminary Memorandum in Opposition to Primary Counsel's Motion for a Case Management Order Providing for Discovery, the Unsealing of Records Regarding Common Benefit Fees, and the Appointment of a Special Master (Doc. 20394) | Argues Primary's Counsel's motion was procedurally improper and FC should have additional time to file supplement memorandum in opposition | 20411 |
| 07/21/16 | FC Statement of Position Regarding Pujol, Pryor and Irwin, LLC's ("PPI") Notice of Objection | Argues PPI not entitled to attorneys' fees pursuant to Knauf Settlement Agreement because applicable Release Agreement precluded it from recovery, including attorneys' fees, in Knauf Settlement and because PPI's client was considered a participating defendant in the Global Settlement | 20415-2 |
| 07/22/16 | FC Omnibus Response to Objections to the FC's Motion to Determine Allocation | Responds to all objections to FC's Allocation Motion and puts work of objecting common benefit counsel at issue by attaching applicable memoranda prepared by Duggan for FC | 20417 |
| 07/25/16 | Letter from Levin and Herman to Balhoff | Recommends limited discovery and objects to Primary Counsel's discovery request as overly broad | |
| 08/16/16 | FC Response in Opposition to Objecting Counsel's Motion for Immediate Disbursement of Undisputed Fees | Argues against immediate disbursement of FC's recommended allocation to individually retained counsel | 20440 |
| 08/30/16 | FC Reply to the Response of Taylor Martino, P.C. to Motion for Immediate Disbursement of Undisputed Fees | Reiterates arguments made in Rec. Doc. 20382 | 20475 |
| 08/31/16 | FC Reply in Support of Their Statement of Position Regarding Pujol, Pryor and Irwin Objection to Notice issued by Brown Greer | Argues Knauf Settlement Agreement does not allow for recovery of attorneys' fees by counsel representing homebuilders' | 20482 |
| 10/13/16 | Letter from Levin and Herman to Balhoff | Opposes Primary Counsel's October 7 letter requesting the production of documents beyond that required by Special Master Case Management Order No. 1 | |

| Date | Document | Description | Doc. No. |
|---|---|---|---|
| 10/26/16 | Letter from Levin and Herman to Balhoff | Argues order awarding attorneys' fees in *BP Oil Spill Litigation* supports FC's argument that Taishan work or work leading to other settlements should be reimbursed by Knauf-related settlements | |
| 10/31/16 | Letter from Levin and Herman to Balhoff | Takes position that relief requested in Primary Counsel's Objection and Request to Modify Case Management Order No. 1 (Doc. 20520) is moot | |
| 11/03/16 | Letter from Levin and Herman to Balhoff | Opposes Primary Counsel request for contact information of all individually retained counsel | |
| 11/08/16 | Email from Duggan to Balhoff | Recommends deposition protocols, limiting deposition topics, times and number of examiners | |
| 11/09/16 | Email from Levin to Balhoff | Accuses co-liaison counsel of not "liaising" | |
| 11/10/16 | FC Proposed Agenda for November 11 Call Between FC leadership, Primary Counsel and Special Master | Recommends deposition protocols, limiting deposition topics and times, requiring documents and attendees to be identified in advance of depositions, demanding Primary Counsel to pay all costs for Garrett related to fee dispute | |
| 11/26/16 | FC Response in Opposition to Primary Counsel's Objection to SM Ruling Concerning Objectors' Request to Modify Special Master Case Management Order No. 1 | Argues Primary Counsel's request for additional discovery is overly broad | 20575-2 |
| 12/01/16 | FC Responses and Objections to Philip Garrett Deposition Topics | Objects to deposition topics submitted by Primary Counsel | |
| 12/29/16 | FC Response in Opposition to Primary Counsel's Objection to Special Master's Order on Motion to Approve Amended Memorandum of Understanding Regarding all Homebuilder Claims for Reimbursement of Counsel Fees | Argues terms of applicable settlement agreements entitle homebuilders to a return on attorneys' fees despite previously acknowledging (Rec. Doc. 20440) that such refund will reduce fees available to individually retained counsel | 20618 |
| 01/09/17 | Letter from Levin and Herman to Balhoff | Opposes Primary Counsel January 6 request for additional documents following Philip Garrett's deposition | |
| 01/16/17 | Email from Levin to Balhoff | Takes issue with briefing schedule proposed by Primary Counsel and suggests that Primary Counsel only be allowed to file brief supplementing initial objections to Allocation Motion | |
| 01/23/17 | FC Objection to Arnold Levin Deposition Topics | Objects to deposition topics submitted by Primary Counsel | |
| 01/23/17 | FC Objection to Russ Herman Deposition Topics | Objects to deposition topics submitted by Primary Counsel | |
| 01/23/17 | FC Objection to Sandra Duggan Deposition Topics | Objects to deposition topics submitted by Primary Counsel | |

| | | |
|---|---|---|
| 02/01/17 | Letter from Levin and Herman to Balhoff | Opposes Primary Counsel January 30 request to strike portions of Levin's deposition testimony discussing and opining on Jerry Parker's testimony in the *Cataphora* litigation |
| 02/15/17 | Letter from Levin and Herman to Balhoff | Opposes Primary Counsel February 8 request for common benefit time submissions |
| 02/22/17 | Letter from Levin and Herman to Balhoff | Opposes Primary Counsel February 15 request for documents based on deposition testimony of Herman, Levin and Duggan |
| 03/10/17 | Response of the FC to Motion for Disbursement of Non-Objecting Individually Retained Primary Counsel's Fees | Opposes Hoaglund and Sexton motion seeking disbursement of FC's proposed allocation to non-objecting Primary Counsel |