# FAIRCLOTH, MELTON & SOBEL, LLC

*ATTORNEYS*

JIMMY R. FAIRCLOTH, JR. [1]
BARBARA BELL MELTON
DAVID R. SOBEL [2]
CHRISTIE C. WOOD
BROOK LANDRY VILLA
MATTHEW L. NOWLIN
DREW HOFFMANN

ONE AMERICAN PLACE
301 MAIN STREET, SUITE 920
BATON ROUGE, LA 70801
PHONE (225) 343-9535
FAX (225) 343-9538
www.faircothlaw.com

jfaircloth@faircothlaw.com

*OF COUNSEL*
WILSON & WILSON
JENA, LA

[1] L.L.M. IN LITIGATION
[2] ALSO ADMITTED IN TEXAS

January 6, 2017

Mr. Daniel J. Balhoff
PERRY, BALHOFF, MENGIS & BURNS, LLC
2141 Quail Run Drive
Baton Rouge, LA 70808

      RE:   *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL 2047 (E.D. La.)

Dear Special Master Balhoff,

      Mr. Garrett's deposition established that his testimony and the records produced thus far are of limited value to resolving the dispute over the common benefit allocation sought by the FC. In particular, Mr. Garrett confirmed that his work was limited to compiling information and enforcing the form requirements of PTO 9, 9A and 28. He categorically put to rest the notion that he was involved in determining whether time or expenses were related to a common benefit objective, let alone reasonable. As we have stated, repeatedly, Primary Counsel are challenging the legitimacy of the common benefit request, not merely its numerical size. In addition, Primary Counsel are challenging the total amount of available attorneys' fees.[1] In response to nearly every question about why time or expenses were approved and whether or how such related to the common benefit, Mr. Garrett pointed to Mr. Herman, Mr. Levin and/or Mr. Davis. In fact, it appears that he dealt mostly with Mr. Davis, acting as Secretary of the Fee Committee,

---

[1] As conceded by Mr. Garrett and discussed more fully below, "shared costs" and "held costs" associated with the Virginia cases should be backed out, thereby increasing the size of the global fee pot. The same is true with respect to other settlements where fees were deducted from the global fee pot, but costs were paid out of shared funds or approved as held costs. And finally, to the extent that shared costs and held costs are found to have provided no common benefit, an adjustment will be required.

January 6, 2017
Page 2 of 3

who inexplicably participated as counsel for the FC during Mr. Garrett's deposition and lodged multiple objections against Primary Counsel's questioning of the witness.[2]

In light of Mr. Garrett's testimony, Primary Counsel re-urge their prior request for common benefit time submissions made to Mr. Garrett pursuant to PTO 9, 9A and 28. *See* Letters from Primary Counsel dated October 7, 2016 and October 18, 2016. Mr. Garrett's testimony confirms that the "source time and expense submissions are necessary to the disposition of this matter. . . ." *Special Master's Ruling Concerning Objectors' October 7, 2016 Request to Modify Special Master Case Management Order No. 1* [Rec. Doc. 20533]. Importantly, compliance with this request would not impose any insurmountable burden on Mr. Garrett or the FC as Mr. Garrett has confirmed that production of the time submissions can be accomplished via access to his Case Cost Management System in the same fashion as access granted to Primary Counsel for held costs. Garrett Dep. 305:1-306:2, Dec. 14, 2016.

Mr. Garrett has produced lodestar reports as required by Special Master Order No. 1. However, the current fee dispute cannot and will not be resolved solely on the basis of lodestar reports, which provide only a condensed snapshot of the total time and associated fees charged by common benefit counsel in this matter. The actual time submissions are necessary to verify that the work included in the lodestar reports was not excessive, benefitted all MDL claimants, and was charged for "services . . . [that] were objectively reasonable," the standard that the FC acknowledges is applicable. See *Fee Committee Response in Opposition to Special Master Ruling Concerning Objectors' Request to Modify Special Master CMO No. 1 and Request for Expedited Consideration* at p. 30 [Rec. Doc. 20575-2]. Mr. Garrett confirmed that he did not conduct such a review. Rather, his review was limited to objective criteria set forth in pretrial orders or established during communications with the Court. Garrett Dep. 60:8-67:10, Dec. 14, 2016.

Additionally, certain time and expenses incurred in this MDL have not attributed to the total funds available to compensate individual counsel. Specifically, this includes the time and expenses associated with the so far fruitless pursuit of non-settling defendants such as the Taishan entities. It also includes time and expenses associated pursuing North River and its insurer and resulting in the InEx/North River Stipulation [Rec. Doc. 16968], the Virginia Settlements,[3] and the voluntary common benefit contributions made or owed pursuant to court order [Rec. Docs. 8389 and 8545; *see also* list of voluntary contributions produced by Philip Garrett pursuant to CMO 1, attached hereto as Exhibit "A."]. Because the fees generated from these cases were excluded from the total funds available to compensate individual counsel, it is inappropriate to require individual counsel to reimburse common benefit counsel for the time

---

[2] Such direct litigious opposition to Primary Counsel concerning the disclosure of information known to the FC, some of which was obtained in ex parte communications with the Court, heightens the FC's already intolerable conflict of interest.

[3] The Virginia Settlements include the Nationwide Settlement, the Porter-Blaine Settlement, the Builders Mutual Settlement and the Tobin Trading Settlement as defined in the Court's May 27, 2016 Order at footnote 2. Rec. Doc. 20257.

January 6, 2017
Page 3 of 3

and expenses associated with these matters. Stated differently, because those services related to Taishan have not yielded a return and because the InEx/North River Stipulation, the Virginia Settlements and the voluntary contributions have not been included in to the total amount of funds available to compensate individually retained counsel they should not be charged as common benefit and thereby detract from the total amount of funds available to compensate individually retained counsel. Nevertheless, Mr. Garrett acknowledged this time was not segregated and that all time submitted in the MDL was included in 202,309.35 hours of common benefit time as reported in his affidavit [Rec. Doc. 20290-5] for which the FC claims compensation is due from the global fee pot. Garrett Dep. 80:14-20, Dec. 14, 2016. Accordingly, Primary Counsel must be allowed access to the time submissions to ascertain whether and to what extent time associated with these activities has been charged as common benefit.

Mr. Garrett's deposition revealed several additional categories of documentary evidence directly relevant to the "time and expense" submissions allegedly attributable to the common benefit. *See* Rec. Doc. 20410. In accordance with your December 26, 2016 email, enclosed with this correspondence as Exhibit "B" is Primary Counsel's formal discovery request for these documents.

Finally, Primary Counsel should be permitted to depose Mr. Davis. He was the main point of FC contact for Mr. Garrett and personally approved many of the questionable expense requests covered in his deposition, most notably those for Mr. Herman.

                Sincerely,

                **FAIRCLOTH, MELTON & SOBEL, LLC**

                By: ___*/s/ Jimmy R. Faircloth, Jr.*___
                    Jimmy R. Faircloth, Jr.
                    jfaircloth@fairclothlaw.com

JRF/am

Enclosures

# Exhibit A

BALANCES CHECKED AGAINST SPREADSHEET

| DATE OF DEPOSIT | ATTORNEY'S NAME | LAW FIRM | ATTORNEY'S ADDRESS | CITY | STATE | ZIP | ATTORNEY'S PHONE # | ATTORNEY'S E-MAIL | SUBJECT PROPERTY ADDRESS | SUBJECT PROPERTY CITY | SUBJECT PROPERTY STATE | SUBJECT PROPERTY ZIP | NAME OF SETTLING PARTY | CASE # | TOTAL SETTLEMENT AMT FOR PROPERTY | 17% SETTLEMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/2011 | ROBERTA L BURNS | LAW OFFICE OF SIDNEY D TORRES III | TORRES PARK PLAZA STE 303 8301 WEST JUDGE PEREZ DR | CHALMETTE | LA | 70043 | 504-271-8421 | lburns@torres-law.com | 3005 BLANCHARD DR | CHALMETTE | LA | 70043 | SHAUN AND JUSTINE BOUDREAUX | 09-6690 | $ 55,000.00 | $ 9,350.00 |
| 9/23/2011 | ERVIN A GONZALEZ | N/A | 255 ALHAMBRA CIRCLE PENTHOUSE | CORAL GABLES | FL | 33134 | 305-476-7500 | ERVIN@COLSON.COM | 4075 BONITA AVE | MIAMI | FL | 33133 | BANNER SUPPLY CO | 09-38887 | $ 1,200,000.00 | $ 204,000.00 |
| 9/23/2011 | ERVIN A GONZALEZ | N/A | 255 ALHAMBRA CIRCLE PENTHOUSE | CORAL GABLES | FL | 33134 | 305-476-7500 | ERVIN@COLSON.COM | VARIOUS CLASS ACTION SETTLEMENT | | | | BANNER SUPPLY CO | 09-8401 | $ 260,000.00 | $ 44,200.00 |
| 9/23/2011 | ERVIN A GONZALEZ | N/A | 255 ALHAMBRA CIRCLE PENTHOUSE | CORAL GABLES | FL | 33134 | 305-476-7500 | ERVIN@COLSON.COM | 7208 53RD PLACE EAST | PALMETTO | FL | 34221 | MORRISON HOME INC | 09-7628 | $ 833.33 | $ 141.66 |
| 9/23/2011 | ARNOLD LEVIN | LEVIN,FISHBEIN,SEDRAN & BOWEN | 510 WALNUT ST STE 500 | PHILADELPHIA | PA | 19106 | 215-592-1500 | ALEVIN@LFSBLAW.COM | 7208 53RD PLACE EAST | PALMETTO | FL | 34221 | MORRISON HOME INC | 09-7628 | $ 833.33 | $ 141.66 |
| 9/23/2011 | RICHARD LEVIN | HAUSFELD LLP | 1700 K ST NW | WASHINGTON | DC | 20006 | 202-540-7200 | RLEVIS@HAUSFELDLLP.COM | 7208 53RD PLACE EAST | PALMETTO | FL | 34221 | MORRISON HOME INC | 09-7628 | $ 833.33 | $ 141.66 |
| 1/11/2012 | DAWN BARRIOS | BARRIOS, KINGSDORF & CASTEIX | 701 POYDRAS ST STE 3650 | NEW ORLEANS | LA | 70159 | 504-524-5300 | BARRIOS@BKC-LAW.COM | 6740 MILNE BLVD | NEW ORLEANS | LA | 70124 | KEMPER CONSTRUCTION | 11-1077 | $ 44,123.50 | $ 7,501.00 |
| 2/6/2012 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FT MYERS | FL | 33907 | 239-433-6880 | EOPLE.COM | 3101 OAKELLER AVE | TAMPA | FL | 33611 | DOBSON CONSTRUCTION | 11-1077 | $ 33,035.00 | $ 5,615.95 |
| 2/6/2012 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHP EOPLE.COM | 21572 BACCARAT LN UNIT 104 | ESTERO | FL | 33948 | SHELBY HOMES AT MEADOWS INC | 09-7628 | $ 7,399.00 | $ 1,257.83 |
| 3/9/2012 | ERVIN A GONZALEZ, ARNOLD LEVIN, RICHARD LEWIS | COLSON, HICKS, EIDSON | 255 ALHAMBRA CIRCLE PENTHOUSE | CORAL GABLES | FL | 33134 | 305-476-7500 | ERVIN@COLSON.COM | 4075 BONITA AVE | MIAMI | FL | 33133 | CONFIDENTIAL | 09-38887 | $ 136,530.83 | $ 23,210.25 |
| 7/6/2012 | BEN W GORDON JR | N/A | 316 S BAYLEN ST STE 600 | PENSACOLA | FL | 32502 | 850-435-7091 | BGORDON@LEVINLA W.COM | 1698 BRIGHTLEAF CIRCLE | CANTONMENT | FL | 32533 | MARTIN AND MINDY LISTER | 11-080 | $ 279,000.00 | $ 47,430.00 |
| 4/22/2013 | DANIEL K BRYSON | WHITFIELD BRYSON & MASON LLP | 900 W MORGAN ST | RALEIGH | NC | 27603 | 919-600-5000 | DAN@WBMLLP.COM / AMANDA@WBMLLP.COM | 20271 CHAPEL TRACE | ESTERO | FL | 33928 | VINCENT AND KATHLEEN CARBONE | 10-5189 | $ 237,500.00 | $ 40,375.00 |
| 4/22/2013 | DANIEL K BRYSON | WHITFIELD BRYSON & MASON LLP | 900 W MORGAN ST | RALEIGH | NC | 27603 | 919-600-5000 | DAN@WBMLLP.COM / AMANDA@WBMLLP.COM | 20241 CHAPEL TRACE | ESTERO | FL | 33928 | BARRY AND MARLENE DUKE | 10-5189 | $ 237,500.00 | $ 40,375.00 |
| 8/1/2013 | ERVIN A GONZALEZ | COLSON, HICKS, EIDSON | 225 ALHAMBRA CIRCLE | CORAL GABLES | FL | 33134 | 305-476-7400 | ERVIN@COLSON.COM | 4075 BONITA AVE | MIAMI | FL | 33134 | BANNER SUPPLY CO | 09-38887 | $ 2,225,000.00 | $ 134,508.86 |
| 8/5/2013 | RICHARD J SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 1772 CARRIAGE DR | HAMPTON | VA | 23664 | WOODALL LLC | CL09-5763 | $ 75,000.00 | $ 11,705.97 |
| 8/5/2013 | RICHARD J SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 614 PLUM ST | CAPE CHARLES | VA | 19428 | MANUEL DEV. LLC | CL10-8198 | $ 70,000.00 | $ 10,711.23 |
| 8/5/2013 | RICHARD J SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 9513 7TH BAY ST | NORFOLK | VA | 23518 | VILLA CHAVEZ CORP | CL11-0095 | $ 181,675.00 | $ 29,630.90 |
| 8/5/2013 | RICHARD J SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 645 ROLAND DR | NORFOLK | VA | 23509 | VILLA CHAVEZ CORP | CL11-1033 | $ 36,725.00 | $ 5,017.83 |
| 8/5/2013 | RICHARD J SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 5588 BRIXTON RD | WILLIAMSBURG | VA | 23185 | VILLA CHAVEZ CORP | CL09-6876 | $ 106,000.00 | $ 17,128.00 |
| 9/9/2013 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FT MYERS | FL | 33907 | 239-432-6605 | PALBANIS@FORTHEPE OPLE.COM | 3041 59TH AVE SOUTH TORRES QUALIFIED SETTLEMENT FUND 129 PROPERTIES) | ST PETERSBURG | FL | 33712 | STEPHEN & CATHLEEN BUCKLEY, QT CONSTRUCTION INC | 11-673,11-1395 | $ 25,000.00 | $ 4,250.00 |
| 9/20/2013 | RICHARD J SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | RAMIREZ QUALIFIED SETTLEMENT FUND (11 PROPERTIES) | N/A | N/A | N/A | ANTONIETA TORRES | N/A | $ 800,000.00 | $ 108,157.47 |
| 9/20/2013 | RICHARD J SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 2492 N LANDING RD UNIT 106 | VIRGINIA BEACH | VA | 23456 | CARLOS RAMIREZ | N/A | $ 800,000.00 | $ 113,056.04 |
| 9/24/2013 | RICHARD J SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 198 The Maine | WILLIAMSBURG | VA | 23185 | DSG CONSTRUCTION INC | N/A | $ 50,000.00 | $ 7,112.41 |
| 10/30/2013 | RICHARD J SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 198 The Maine | WILLIAMSBURG | VA | 23185 | CLASSIC GROUP INC D/B/A CASE HANDYMAN SERVICES | | $ 17,500.00 | $ 2,975.00 |
| 12/11/2013 | ERVIN A GONZALEZ | COLSON, HICKS, EIDSON | 225 ALHAMBRA CIRCLE | CORAL GABLES | FL | 33134 | 305-476-7400 | ERVIN@COLSON.COM | 4842 TUSCAN LOON DR | TAMPA | FL | 33619 | KB HOME TAMPA LLC | 11CA006025 | $ 225,000.00 | $ 38,250.00 |
| 12/11/2013 | ERVIN A GONZALEZ | COLSON, HICKS, EIDSON | 225 ALHAMBRA CIRCLE | CORAL GABLES | FL | 33134 | 305-476-7400 | ERVIN@COLSON.COM | 4842 TUSCAN LOON DR | TAMPA | FL | 33619 | AMERICAN BUILDING MATERIALS INC | 11CA006025 | $ 29,050.00 | $ 3,400.00 |

| Date | Attorney | Firm | Address | City | State | Zip | Phone | Email | Property Address | Property City | Property State | Property Zip | Description | Case # | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/2013 | ERVIN A GONZALEZ | COLSON, HICKS, EIDSON | 225 ALHAMBRA CIRCLE | CORAL GABLES | FL | 33134 | 305-476-7400 | ERVIN@COLSON.COM | 4842 TUSCAN LOON DR | TAMPA | FL | 33619 | BOARDWALK DRYWALL INC | 11CA006 025 | $ 15,000.00 | $ 2,550.00 |
| 12/23/2013 | RICHARD SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 2488 NORTH LANDING RD UNIT 108 | VIRGINIA BEACH | VA | 23456 | DSG CONSTRUCTION INC | | $ 33,000.00 | $ 4,785.00 |
| 12/23/2013 | RICHARD SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 2488 NORTH LANDING RD UNIT 109 | VIRGINIA BEACH | VA | 23456 | DSG CONSTRUCTION INC | | $ 33,000.00 | $ 4,785.00 |
| 12/23/2013 | RICHARD SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 2488 NORTH LANDING RD UNIT 111 | VIRGINIA BEACH | VA | 23456 | DSG CONSTRUCTION INC | | $ 33,000.00 | $ 4,785.00 |
| 12/23/2013 | RICHARD SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 2488 NORTH LANDING RD UNIT 112 | VIRGINIA BEACH | VA | 23456 | DSG CONSTRUCTION INC | | $ 33,000.00 | $ 4,785.00 |
| 12/23/2013 | RICHARD SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 2488 NORTH LANDING RD | VIRGINIA BEACH | VA | 23456 | DSG CONSTRUCTION INC | | $ 33,000.00 | $ 4,785.00 |
| 12/23/2013 | RICHARD SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 2501 ROWAN PLACE UNIT 110 | VIRGINIA BEACH | VA | 23510 | DSG CONSTRUCTION COMPANY INC | C12-0287 | $ 57,500.00 | $ 9,775.00 |
| 1/2/2014 | RICHARD SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 2492 NORTH LANDING RD UNIT 104 | VIRGINIA BEACH | VA | 23510 | DEAS CONSTRUCTION COMPANY INC | C11-1656 | $ 33,000.00 | $ 4,785.00 |
| 1/2/2014 | RICHARD SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 13019 LIGHTHOUSE LANE | CARROLLTON | VA | 23314 | DSG CONSTRUCTION INC | C10-5100 | $ 27,500.00 | $ 4,270.00 |
| 1/2/2014 | RICHARD SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 1012 HOLLYMEADE CIRCLE | NEWPORT NEWS | VA | 23602 | VICTOR O MONCADA-REYES | CL09-6720 | $ 70,000.00 | $ 10,681.85 |
| 3/28/2014 | RICHARD SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 1010 HOLLYMEADE CIRCLE | NEWPORT NEWS | VA | 23602 | VICTOR O MONCADA-REYES | CL09-6329 | $ 30,000.00 | $ 4,359.00 |
| 4/15/2014 | LEONARD A DAVIS | HERMAN HERMAN & KATZ | 820 O'KEEFE AVE | NEW ORLEANS | LA | 70113 | 504-581-4892 | LDAVIS@HHKLAWYER.COM | NO PROPERTY INVOLVED | | | | | CL10-7351 | $ 962.50 | $ 481.25 |
| 4/17/2014 | ERVIN A GONZALEZ | COLSON, HICKS, EIDSON | 255 ALHAMBRA CIRCLE PENTHOUSE | CORAL GABLES | FL | 33134 | 305-476-7400 | ERVIN@COLSON.COM | 7208 53RD PLACE EAST | PALMETTO | FL | 34221 | | 09-7528 | $ 48,550.00 | $ 3,843.43 |
| 4/29/2014 | MICHAEL RYAN | KRUPNICK, CAMPBELL, MALONE ET AL | 12 S.E. 7ST STE 801 | FORT LAUDERDALE | FL | 33301 | 954-763-8181 | MRYAN@KRUPNICKLAW.COM | 12460 N.W. 83 COURT | PARKLAND | FL | 33076 | WATERMARK REALTY INC D/B/A PRUDENTIAL FL WCI REALTY | 10-13716 (11) | $ 95,000.00 | $ 16,150.00 |
| 5/21/2014 | RICHARD J SERPE | SERPE LAW FIRM | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 4045 BRADSHAW DR | WILLIAMSBURG | VA | 23188 | RALPH E DIGGS | CL10-7351 | $ 61,500.00 | $ 9,306.41 |
| 6/15/2014 | JORDAN L CHAIKIN | PARKER WAICHMAN LLP | 3301 BONITA BEACH RD STE 101 | BONITA SPRINGS | FL | 34134 | 239-390-1000 | JCHAIKIN@YOURLAWYER.COM | 750 11TH ST SOUTH | FT MYERS | FL | 33912 | CRAIG PISARIS-HENDERSON & KELLY HENDERSON, KNAUF ENTITIES, ABNNER SUPPLY CO., DOUGLAS B FRANCIS INC, DELACRUZ PLASTERING & STUCCO INC | 09-7628 | $ 1,310,000.00 | $ 222,700.00 |
| 6/13/2014 | JORDAN L CHAIKIN | PARKER WAICHMAN LLP | 3301 BONITA BEACH RD STE 101 | BONITA SPRINGS | FL | 34134 | 239-390-1000 | JCHAIKIN@YOURLAWYER.COM | 12720 TERABELLA WAY | FT MYERS | FL | 33912 | CNL BANK, L&W SUPPLY CORP D/B/A SEACOAST SUPPLY AND CYPRESS CORP. OF S.W. FLORIDA INC | 10-0361 | $ 18,000.00 | $ 3,060.00 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 29235 CADDYSHACK LANE | SAN ANTONIO | FL | 33576 | COBRA CONSTRUCTION AND COMPANY INC / DEFENDANT COBRA CONSTRUCTION AND COMPANY INC | 10-0361 | $ 18,000.00 | $ 3,060.00 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 29235 CADDYSHACK LANE | SAN ANTONIO | FL | 33576 | PLAINTIFFS PHILIP & SANDRA VICKERS / | | | |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 2815 NEWBERN WAY | CLEARWATER | FL | 33761 | PLAINTIFF JASON ANDERSON / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 40,202.00 | $ 6,803.40 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 3106 CANAL DRIVE | PALM HARBOR | FL | 34684 | PLAINTIFF TRENT BLACKSTON / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 37,076.00 | $ 6,302.92 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 2109 NORTH JEFFERSON | TAMPA | FL | 33602 | PLAINTIFFS EARNEST AND ANIKE CONEY / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 52,762.00 | $ 8,969.54 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 1343 CONSTANTINE LOOP | WESLEY CHAPEL | FL | 33543 | PLAINTIFF MONICA ECONOMOU / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 32,223.00 | $ 5,477.91 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 4139 CONSTANTINE LOOP | WESLEY CHAPEL | FL | 33543 | PLAINTIFF DONNA FELTNER / DEFENDANT L&W SUPPLY CORP | 10-0361 ET AL | $ 65,712.00 | $ 11,171.04 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 1151 HUDSON HARBOR LANE | PONCIANA | FL | 34759 | PLAINTIFF TAYDE GAYTAN / DEFENDANT L&W SUPPLY CORP | MDL | $ 92,883.00 | $ 15,781.61 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 2527 NEWBERN AVE | CLEARWATER | FL | 33761 | PLAINTIFF MERCEDES & GINA HERRERA / L&W SUPPLY CORP | 11-1893 | $ 40,020.00 | $ 6,803.40 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 1353 LYONSHIRE | WESLEY CHAPEL | FL | 33543 | PLAINTIFF THOMAS & LINDA HABEL / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 32,223.00 | $ 5,477.91 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 2809 NEWBERN WAY | CLEARWATER | FL | 33751 | PLAINTIFF RAYMOND JOHNSON / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 40,020.00 | $ 6,803.40 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 2817 NEWBERN WAY | CLEARWATER | FL | 33761 | PLAINTIFF MARION JONES / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 40,020.00 | $ 6,803.40 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 12437 COUNTRY WHITE CIRCLE | TAMPA | FL | 33635 | PLAINTIFF KRISTEN PRICE KAISER / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 26,082.00 | $ 4,433.94 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 1333 LYONSHIRE | WESLEY CHAPEL | FL | 33543 | PLAINTIFF JIAN LU / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 32,223.00 | $ 5,477.91 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 1351 LYONSHIRE | WESLEY CHAPEL | FL | 33543 | PLAINTIFF MARTHA PHILLIPS / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 27,393.00 | $ 4,656.81 |

| Date | Attorney | Firm | Address | City | State | Zip | Phone | Email | Property Address | Property City | Property State | Property Zip | Plaintiff | Case No. | Amount | Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 4121 CONSTANTINE LOOP | WESLEY CHAPEL | FL | 33543 | PLAINTIFF CHARLES & JUDY ROBERTS / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 56,536.00 | $ 9,611.12 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 16310 ROYAL PARK COURT | TAMPA | FL | 33647 | PLAINTIFF NORMA TOBIAS / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 40,020.00 | $ 6,802.40 |
| 7/7/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM | 2517 NEWBERN WAY | CLEARWATER | FL | 33761 | PLAINTIFF RICHARD WILKINS / DEFENDANT L&W SUPPLY CORP | 11-1893 | $ 27,393.00 | $ 4,656.81 |
| 7/9/2014 | ERVIN A GONZALEZ | | 255 ALHAMBRA CIRCLE | CORAL GABLES | FL | 33134 | 305-476-7400 | ERVIN@COLSON.COM | 1311 LYONSHIRE | WESLEY CHAPEL | FL | 33543 | ALVAREZ HOMES INC | 11-1363 | $ 375,000.00 | $ 63,750.00 |
| 7/9/2014 | ERVIN A GONZALEZ | | 255 ALHAMBRA CIRCLE | CORAL GABLES | FL | 33134 | 305-476-7400 | ERVIN@COLSON.COM | 10604 BROADLAND PASS | THONOTOSASSA | FL | 33592 | BLACK BEAN GYPSUM SUPPLY INC | 11-1363 | $ 125,000.00 | $ 21,250.00 |
| 7/14/2014 | JORDAN L CHAIKIN | PARKER WAICHMAN LLP | 3301 BONITA BEACH RD STE 101 | BONITA SPRINGS | FL | 34134 | 239-390-1000 | JCHAIKIN@YOURLAWYER.COM | 1926 S.E. 23RD COURT | HOMESTEAD | FL | 33035 | CATHERINE PATCHAM & L&W SUPPLY | 11-1893;10-0361;11-0080 | $ 26,312.00 | $ 4,473.04 |
| 7/16/2014 | P PRIETO | PODHURST ORSECK PA | 25 WEST FLAGLER ST STE 800 | MIAMI | FL | 33130 | 305-358-2800 | PPRIETO@PODHURST.COM | 1926 S.E. 23RD COURT | HOMESTEAD | FL | 33035 | JASON AND MELISSA HARRELL CLASS ACTION | 09-8401 | $ 842,407.55 | $ 143,209.28 |
| 8/6/2014 | HOLLY WERKEMA ET AL | BARON & BUDD PC | 3102 OAK LAWN AVE SRE 1100 | DALLAS | TX | 75219 | 214-521-3605 | HWERKEMA@BARONBUDD.COM | 15443 FIORENZA CIRCLE | DELRAY BEACH | FL | 33446 | L & W SUPPLY CORPORATION | 11-1077 | $ 44,528.00 | $ 7,569.76 |
| 8/6/2014 | HOLLY WERKEMA ET AL | BARON & BUDD PC | 3102 OAK LAWN AVE SRE 1100 | DALLAS | TX | 75219 | 214-521-3605 | HWERKEMA@BARONBUDD.COM | 707 CRISTELLE JEAN DR | RUSKIN | FL | 33446 | L & W SUPPLY CORPORATION | 11-1077 | $ 47,582.00 | $ 8,088.94 |
| 8/6/2014 | HOLLY WERKEMA ET AL | BARON & BUDD PC | 3102 OAK LAWN AVE SRE 1100 | DALLAS | TX | 75219 | 214-521-3605 | HWERKEMA@BARONBUDD.COM | 15550 FIORENZA CIRCLE | DELRAY BEACH | FL | 33446 | L & W SUPPLY CORPORATION | MDL2047 | $ 43,309.00 | $ 7,362.53 |
| 8/6/2014 | HOLLY WERKEMA ET AL | BARON & BUDD PC | 3102 OAK LAWN AVE SRE 1100 | DALLAS | TX | 75219 | 214-521-3605 | HWERKEMA@BARONBUDD.COM | 1170 CORNITH GREENS DR | SUN CITY CENTER | FL | 33573 | L & W SUPPLY CORPORATION | 11-1077 | $ 36,961.00 | $ 6,283.37 |
| 8/18/2014 | JORDAN L CHAIKIN | PARKER WAICHMAN LLP | 27300 RIVERVIEW CENTER BLVD STE 103 | BONITA SPRINGS | FL | 34134 | 239-390-1000 | JCHAIKIN@YOURLAWYER.COM | 418 VINE CLIFF ST | RUSKIN | FL | 33570 | ABELAR AND MARINE BLANCHARD, L&W SUPPLY CORP | 11-1077 | $ 107,855.00 | $ 18,335.35 |
| 8/18/2014 | JORDAN L CHAIKIN | PARKER WAICHMAN LLP | 27300 RIVERVIEW CENTER BLVD STE 103 | BONITA SPRINGS | FL | 34134 | 239-390-1000 | JCHAIKIM@YOURLAWYER.COM | 3205 NW 76TH LANE | JENNINGS | FL | 32053 | RANDY AND SHERRY WOODS, W8 HOWLAND CORP | 11-1077 & 11-1077 | $ 25,000.00 | $ 4,250.00 |
| 8/18/2014 | RICHARD J SERPE | | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 1008 HOLLYMEADE CIRCLE | NEWPORT NEWS | VA | 23602 | VICTOR O MONCADA-REYES | 09-5903 | $ 65,000.00 | $ 10,672.89 |
| 8/25/2014 | VICTOR DIAZ JR | N/A | 119 WASHINGTON DR | MIAMI BEACH | FL | 33129 | 305-704-3200 | VICTOR@DIAZPARTNERS.COM | 2236 SE 20TH AVENUE | HOMESTEAD | FL | 33035 | JEANNOT & MARIE RASOLOFOARISON | 09-8401 | $ 11,601.15 | $ 1,972.20 |
| 8/25/2014 | VICTOR DIAZ JR | N/A | 119 WASHINGTON DR | MIAMI BEACH | FL | 33129 | 305-704-3200 | VICTOR@DIAZPARTNERS.COM | 2140 SE019TH AVENUE | HOMESTEAD | FL | 33035 | JASON SANTIAGO | 09-8401 | $ 9,479.55 | $ 1,611.53 |
| 8/26/2014 | VICTOR DIAZ JR | N/A | 119 WASHINGTON DR | MIAMI BEACH | FL | 33129 | 305-704-3200 | VICTOR@DIAZPARTNERS.COM | 1926 SE 23RD COURT | HOMESTEAD | FL | 33035 | JASON AND MELISSA HARRELL | 09-8401 | $ 11,601.15 | $ 1,972.20 |
| 8/26/2014 | VICTOR DIAZ JR | N/A | 119 WASHINGTON DR | MIAMI BEACH | FL | 33129 | 305-704-3200 | VICTOR@DIAZPARTNERS.COM | 2810 AUGUSTA DRIVE | HOMESTEAD | FL | 33035 | WALLACE AND PENELOPE BRATTON | 09-8401 | $ 10,982.00 | $ 1,866.94 |
| 8/26/2014 | VICTOR DIAZ JR | N/A | 119 WASHINGTON DR | MIAMI BEACH | FL | 33129 | 305-704-3200 | VICTOR@DIAZPARTNERS.COM | 2250 SE 19 AVENUE | HOMESTEAD | FL | 33035 | FELIX AND JENNY MARTINEZ | 09-8401 | $ 15,696.15 | $ 2,668.33 |
| 8/26/2014 | VICTOR DIAZ JR | N/A | 119 WASHINGTON DR | MIAMI BEACH | FL | 33129 | 305-704-3200 | VICTOR@DIAZPARTNERS.COM | 1974 SE 23 COURT | HOMESTEAD | FL | 33035 | RAFAWL SANTAMARIA | 09-8401 | $ 14,428.70 | $ 2,452.88 |
| 8/26/2014 | VICTOR DIAZ JR | N/A | 119 WASHINGTON DR | MIAMI BEACH | FL | 33129 | 305-704-3200 | VICTOR@DIAZPARTNERS.COM | 2165 SE 20TH AVENUE | HOMESTEAD | FL | 33035 | ROBERT AND DALE WOODBRIDGE | 09-8401 | $ 11,657.89 | $ 1,981.84 |
| 8/26/2014 | VICTOR DIAZ JR | N/A | 119 WASHINGTON DR | MIAMI BEACH | FL | 33129 | 305-704-3200 | VICTOR@DIAZPARTNERS.COM | 2708 AUGUSTA DRIVE | HOMESTEAD | FL | 33035 | HOWARD AND LYNDA HOLBENMEYER | 09-8401 | $ 6,811.20 | $ 1,157.50 |
| 10/10/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM; PALBANIS@FORTHEPEOPLE.COM | 6661 WOODLAWN RD | MACCLENNY | FL | 32063 | PLAINTIFF, WESLEY HARRISON; DEFENDANT W.B. HOWLAND CO. INC. | 10-0361;11-1395;11-1672;11-1395-11-1673 | $ 25,000.00 | $ 4,250.00 |
| 10/10/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM; PALBANIS@FORTHEPEOPLE.COM | 8131 200TH ST | MCALPIN | FL | 32062 | PLAINTIFFS WILLIAM & JENNY LLOYD; DEFENDANT W.B. HOWLAND CO INC. | 11-1672;11-1395;11-1673 | $ 25,000.00 | $ 4,250.00 |
| 10/10/2014 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHPEOPLE.COM; PALBANIS@FORTHEPEOPLE.COM | 6551 WOODLAWN RD | MACCLENNY | FL | 32063 | PLAINTIFF, DREAD MATTOX; DEFENDANT W.B. HOWLAND CO INC | 11-1395;11-0672;11-1673 | $ 25,000.00 | $ 4,250.00 |
| 10/14/2014 | HUGH P LAMBERT | | 701 MAGAZINE ST | NEW ORLEANS | LA | 70130 | 504-581-1750 | HLAMBERT@THELAMBERTFIRM.COM | 101 WHITE HERON DR | MADISONVILLE | LA | 70447 | KIRK & LORI MEYER | 2009-6834 | $ 50,000.00 | $ 8,500.00 |
| 10/14/2014 | HUGH P LAMBERT | | 701 MAGAZINE ST | NEW ORLEANS | LA | 70130 | 504-581-1750 | HLAMBERT@THELAMBERTFIRM.COM | 3817 NAPOLEON AVE | NEW ORLEANS | LA | 70125 | CATHERINE SIMON | 10-1295 | $ 77,310.02 | $ 12,397.25 |
| 11/7/2014 | VICTOR DIAZ JR | N/A | 119 WASHINGTON DR STE 402 | MIAMI BEACH | FL | 33139 | 305-704-3200 | VICTOR@DIAZPARTNERS.COM | 1926 SE 23RD COURT | HOMESTEAD | FL | 33035 | JASON & MELISSA HARRELL | 09-08401 | $ 250,000.00 | $ 42,500.00 |
| 11/17/2014 | RICHARD J SERPE | N/A | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSERPE@SERPEFIRM.COM | 3201 RANNOCK MOOR | WILLIAMSBURG | VA | 23188 | VICTOR O MONCADA-REYES | 10-0320 | $ 14,500.00 | $ 2,465.00 |

| Date | Name | Firm | Address | City | State | Zip | Phone | Email | Address 2 | City 2 | State 2 | Zip 2 | Description | Case No. | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/2014 | RICHARD J SEPPE | N/A | 580 E MAIN ST STE 310 | NORFOLK | VA | 23510 | 757-233-0009 | RSEPPE@SEPPEFIRM.COM | 3201 RANNOCK MOOR | WILLIAMSBURG | VA | 23188 | VICTOR O MONCADA-REYES | 10-0500 | $ 14,500.00 |
| 11/20/2014 | GARY E MASON | WHITFIELD BRYSON & MASON LLP | 1625 MASSACHUSETTS AVE NW | WASHINGTON | DC | 20036 | 202-640-1160 | GMASON@WBMLLP.COM | 198 CONDO AT VILLA LAGO IN RENAISSANCE COMMONS | | | | WENDY LEE HOBBIE ON HER BEHALF OF 181 NAMED PLAINTIFFS | 10-1113 | $ 4,800,000.00 | $ 908,227.00 |
| 2/18/2015 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHEPEOPLE.COM | 7191 NW 126TH TERRACE | PARKLAND | FL | 33076 | CLAIMANTS, NMITHCELL & LORRI HIRSCH; RESPONDENT, L&W SUPPLY CORP. | NO CASE | $ 125,000.00 | $ 211,250.00 |
| 4/6/2015 | JORDAN L CHAIKIN | PARKER WAICHMAN LLP | 27300 RIVERVIEW CENTER BLVD STE 103 | BONITA SPRINGS | FL | 34134 | 239-390-1000 | JCHAIKIN@YOURLAWYER.COM | 18020 VIA BELLAMARE LN | MIRAMAR LAKES | FL | 33913 | BRETT AND WENDY AVNER, SANTA MARIA BUILDERS LLC, CORNERSTONE DEVELOPERS, SOUTH FLORIDA CONSTRUCTION OF NAPLES INC, SOUTH FLORIDA TRIM INC, SOUTH FLORIDA CUSTOME HOMES, STOCK BUILDING SUPPLY LLC, AND MANCHESTER FURNITURE GROUP | 11-CA-000652 | $ 700,000.00 | $ 119,000.00 |
| 4/15/2015 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHEPEOPLE.COM | 9321 SW 70TH ST | MIAMI | FL | 33173 | PLAINTIFF SILVIA FERRER / DEFENDANT KNAUF | 13-0609 | $ 42,300.00 | $ 7,344.00 |
| 5/27/2015 | LEONARD A DAVIS | HERMAN HERMAN & KATZ | 820 O'KEEFE AVE | NEW ORLEANS | LA | 70113 | 504-581-4892 | LDAVIS@HHKLAWFIR M.COM | N/A | N/A | N/A | N/A | CONTEMPT ATTY FEES DOC 18493 | 09-6687 | $ - | $ 15,000.00 |
| 5/26/2015 | LEONARD A DAVIS | HERMAN HERMAN & KATZ | 820 O'KEEFE AVE | NEW ORLEANS | LA | 70113 | 504-581-4892 | LDAVIS@HHKLAWFIR M.COM | N/A | N/A | N/A | N/A | JERRY & INEZ BALDWIN (GERMANO INTERVENOR) | 09-6687 | $ 475,905.52 | $ 71,385.83 |
| 5/26/2015 | LEONARD A DAVIS | HERMAN HERMAN & KATZ | 820 O'KEEFE AVE | NEW ORLEANS | LA | 70113 | 504-581-4892 | LDAVIS@HHKLAWFIR M.COM | N/A | N/A | N/A | N/A | WILLIAM & DEBORAH MORGAN (GERMANO INTERVENOR) | 09-6687 | $ 518,944.10 | $ 77,841.61 |
| 5/26/2015 | LEONARD A DAVIS | HERMAN HERMAN & KATZ | 820 O'KEEFE AVE | NEW ORLEANS | LA | 70113 | 504-581-4892 | LDAVIS@HHKLAWFIR M.COM | N/A | N/A | N/A | N/A | JOSEPH & KATHY LEACH (GERMANO INTERVENOR) | 09-6687 | $ 96,627.90 | $ 14,494.18 |
| 5/26/2015 | LEONARD A DAVIS | HERMAN HERMAN & KATZ | 820 O'KEEFE AVE | NEW ORLEANS | LA | 70113 | 504-581-4892 | LDAVIS@HHKLAWFIR M.COM | N/A | N/A | N/A | N/A | BOB & LISA ORLANDO (GERMANO INTERVENOR) | 09-6687 | $ 439,523.01 | $ 65,928.45 |
| 5/26/2015 | LEONARD A DAVIS | HERMAN HERMAN & KATZ | 820 O'KEEFE AVE | NEW ORLEANS | LA | 70113 | 504-581-4892 | LDAVIS@HHKLAWFIR M.COM | N/A | N/A | N/A | N/A | J FREDRICK & VANESSA MICHAUX (GERMANO INTERVENOR) | 09-6687 | $ 383,171.67 | $ 57,475.75 |
| 5/26/2015 | LEONARD A DAVIS | HERMAN HERMAN & KATZ | 820 O'KEEFE AVE | NEW ORLEANS | LA | 70113 | 504-581-4892 | LDAVIS@HHKLAWFIR M.COM | N/A | N/A | N/A | N/A | PRESTON & RACHEL MCKELLAR (GERMANO INTERVENOR) | 09-6687 | $ 379,005.38 | $ 56,850.80 |
| 5/26/2015 | LEONARD A DAVIS | HERMAN HERMAN & KATZ | 820 O'KEEFE AVE | NEW ORLEANS | LA | 70113 | 504-581-4892 | LDAVIS@HHKLAWFIR M.COM | N/A | N/A | N/A | N/A | STEVEN & ELIZABETH HEISCHOBER (GERMANO INTERVENOR) | 09-6687 | $ 518,160.73 | $ 77,724.11 |
| 6/9/2015 | SCOTT WM WEINSTEIN & PETE ALBANIS | MORGAN & MORGAN PA | 12800 UNIVERSITY DR STE 600 | FORT MYERS | FL | 33907 | 239-433-6880 | SWEINSTEIN@FORTHEPEOPLE.COM | 1100 DRIFTWOOD DR | VERO BEACH | FL | 32963 | PLAINTIFFS JAMES & ROSALIE WEBSTER; DEFENDANTS L&W SUPPLY CORP | 09-6690 | $ 55,936.00 | $ 9,509.12 |
| | | | | | | | | | | | | | | | $ 3,332,058.26 |

# EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

_____

**REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PHILIP GARRETT**

To:   Philip Garrett
      600 Northwoods Drive
      Abita Springs, LA 70420
      (985) 635-1500

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure 33, 34 and 36 and request of Special Master Balhoff, Primary Counsel[1] propound the following Requests for Production of Documents on Philip Garrett (hereinafter "Garrett") who is requested to produce the following enumerated documents or categories of documents by January 20, 2017 at the law offices of Faircloth, Melton & Sobel, LLC, One American Place, 301 Main Street, Suite 920, Baton Rouge, Louisiana, 70801 or via electronic means to jfaircloth@fairclothlaw.com. These discovery requests are deemed continuing and you have a specific duty to supplement responses.

**DEFINITIONS**

A.  "You" and "your" mean Philip Garrett, and any and all employees, agents, representatives, or other persons acting on behalf, in the name, or with the authority (actual or apparent) of Philip Garrett.

---

[1] Primary Counsel are those firms listed or otherwise designated in the signature block of these Requests for Production.

B.  "Person" and "Persons" mean both the plural and singular, and each term includes any natural person, agent, employee, representative, governmental unit, or any other legal entity such as a partnership, corporation, sole proprietor, association, and/or joint venture.

C.  "Document(s)" is used in its broadest sense permitted by the Federal Code of Civil Procedure and includes every writing and record of every type and description, including but not limited to letters, correspondence, telegrams, memos, notes, reports, recordings in any form (including but not limited to mechanical, electronic, written or typed), electronically stored information ("ESI"), transcriptions and printed, typed or written materials of every kind, including carbon, photostatic, microfilm, and/or other copies of any of them, in the possession of, subject to the control of, or within your knowledge.

D.  The words "tangible evidence" include drawings, photographs, schematics, illustrations, models, blueprints, charts, graphs, photographs, still or moving picture films, scholarly articles, treatises, textbooks, and all other physical objects in the possession of, subject to the control of, or within your knowledge.

E.  The words "describe" or "identify," where used in reference to a document or item of tangible evidence, include stating the title or name, date, time, author of any document, the common name and identifying number of any object, and the name and address of the person(s) having knowledge of such at the present time.

F.  The words "describe" or "identify," where used in reference to a person, include stating the person's name, present address, telephone number and email address, if known, or his last known address, telephone number and email address, the name and address of his employer, and the name and address of any counsel representing him in connection with any matters set forth in the pleadings herein.

G.  The term "communication(s)" means and includes any oral or written expression, statement, and/or utterance of any nature, made by or to anyone, including, without limitation, documents, correspondence, emails, conversations, agreements, and/or other understandings between and/or among two or more persons.

H.  "Relate(s)," "relating to," and "in connection with" are used in their broadest sense and shall mean to refer to, discuss, involve, reflect, deal with, consist of, represent, constitute, emanate from, be directed at, and/or in any way pertain to, in whole or in part, the subject.

I.  "Employee" means any person employed by Philip Garrett, any agent or other representative of Philip Garrett, any person acting on behalf or with the authority of Philip Garrett, and/or any independent contractor working or performing services for Philip Garrett.

J.  "MDL" is the above-captioned multi-district litigation.

K.  "CCMS" means Philip Garrett's Case Cost Management System.

## INSTRUCTIONS

A.  If any of following Requests for Production cannot be responded to in full, answer to the extent possible, specifying the reasons for your inability to respond to the remainder and stating whatever information, knowledge, or belief you do have concerning the unanswered portion.

B.  If you claim that any information or documents called for herein are privileged or otherwise non-discoverable, identify such information or documents in a separate schedule furnished contemporaneously with your responses to these requests for production of documents. With respect to each such item of information or document, that schedule shall include: (1) the date thereof; (2) its author, (3) the person(s) receiving the information or document or any copies thereof, (4) the nature of the information or document (e.g., letter, memorandum, draft document, etc.), and (6) the specific privilege claimed and the basis for such claim or other reason the information or document is asserted to be non-discoverable.

C.  The male gender includes the female, and the singular pronoun includes the plural.

D.  Each request for production is continuous in nature. If, after responding to any request for production you become aware of any further information pertaining to such request, Philip Garrett is required to serve upon the plaintiffs amended answers or responses providing such information or documents.

### REQUEST FOR PRODUCTION NO. 1

Please produce a list of individuals who have access to your CCMS as referenced in your deposition at page 306, lines 3-6. The list should include the users' first and last name, firm, and whether access was granted to held costs, shared costs and/or time submissions.

### REQUEST FOR PRODUCTION NO. 2

Please produce all "regular monthly reports" provided to the Court, including but not limited to reports reflecting time submissions, held costs, shared costs and disallowed items of time and/or expenses. *See* Garrett Dep. 27:6-12; 59:20-24.

### REQUEST FOR PRODUCTION NO. 3

Please produce a report reflecting all approved common benefit time submitted to you prior to the creation of the MDL, June 15, 2009. *See* Garrett Dep. 198:10-14.

**REQUEST FOR PRODUCTION NO. 4**

Please produce all memoranda prepared by Diane Labourdette for this MDL.  *See* Garrett Dep. 143:13-17.

**REQUEST FOR PRODUCTION NO. 5**

Please produce the "Special PSC Report for Attorney Fees" referenced during your deposition.  *See* Garrett Dep. 164:11-13.

**REQUEST FOR PRODUCTION NO. 6**

Please produce all allocation schedules prepared at the request of the Court, the Plaintiffs' Steering Committee (the "PSC") or the Fee Committee (the "FC").  *See* Garrett Dep. 167:17-168:15.

**REQUEST FOR PRODUCTION NO. 7**

Please produce all reports prepared for the Court reflecting the increase or decrease in time and/or costs from the preceding month.  *See* Garrett Dep. 171:22-172:11.

**REQUEST FOR PRODUCTION NO. 8**

Please produce all "historical time spreadsheets" as referenced in your deposition.  *See* Garrett Dep. 184:16-185:2.

**REQUEST FOR PRODUCTION NO. 9**

Please produce all time and/or expense reports prepared for the *Germano* case and the *Hernandez* case.  *See* Garrett Dep. 187:16- 189:17.

**REQUEST FOR PRODUCTION NO. 10**

Please produce a report reflecting all time and expenses submitted to you which are attributable to the Virginia cases/settlements.  In addition to including the time and expenses revealed by utilizing the search procedures described at pages 297-300 of your deposition transcript, the report should include all entries with one or more of the following terms:

      a. Nationwide,

      b. Venture,

      c. Porter,

      d. Hanover,

      e. Tobin,

      f. Builders Plaster,

      g. JMM, or

      h. Builders Mutual.

## REQUEST FOR PRODUCTION NO. 11

Please produce a report reflecting all time and expenses submitted to you which are attributable to the trial involving North River Insurance Company or the North River Stipulation resulting in payment of $2.4 million in common benefit attorneys' fees.

## REQUEST FOR PRODUCTION NO. 12

Please produce a report reflecting all time and expenses attributable to the pursuit of the Taishan entities. The report should include all entries with one or more of the following terms in the description:

      a. Taishan,

      b. Tai'an,

      c. Taian,

      d. Chongqing,

      e. Henan,

      f. Jiangyin,

      g. Wendzhou,

      h. Dongxin,

      i. Beijing,

      j. BNBM,

      k. CNBM,

      l. Hong Kong,

      m. China,

      n. Peng,

      o. Jia,

      p. Che,

      q. Fu,

      r. Zhang, or

      s. Sanction.

**REQUEST FOR PRODUCTION NO. 13**

Please produce a report reflecting all time and expenses submitted to you in connection with the Voluntary Contributions listed at Tab 10, pages 29-32 of your required disclosures produced on October 5, 2016. In addition to including searches for the information contained within Tab 10, pages 29-32, the report shall also include all entries with one or more of the following terms in the description:

      a. Seifart,

      b. Harrell,

      c. Germano,

      d. Villa Lago, or

      e. Renaissance.

**REQUEST FOR PRODUCTION NO. 14**

Please produce all "sortable time report[s]" prepared in the MDL as referenced in your May 31, 2016 time entry within your invoice dated May 31, 2016 which provides, "Conference Call w Arnold, Lenny et al – produced new Lodestar, sortable time report and CV."

**REQUEST FOR PRODUCTION NO. 15**

To the extent not otherwise produced in response to these Requests for Production, please produce all reports given to Lenny Davis or the FC as referenced in your March 9, 2016 time entry within your invoice dated March 31, 2016 which provides, "Pull together past reports for Lenny."

**REQUEST FOR PRODUCTION NO. 16**

To the extent not otherwise produced in response to these Requests for Production, please produce all "special reports" prepared by you in this MDL as referenced during your deposition, including but not limited to "special reports" provided to any defendant, the PSC or the Court. *See* Garrett Dep. 181:1-11.

**REQUEST FOR PRODUCTION NO. 17**

To the extent not otherwise produced in response to these Requests for Production, please produce all "China Travel Costs Reports" prepared by you in this MDL as referenced during your deposition. *See* Garrett Dep. 191:1-17.

**REQUEST FOR PRODUCTION NO. 18**

Please produce all time and expense review notes prepared by you or other employees of Philip A. Garrett, CPA during review of time or expenses submitted in this MDL as referenced in your deposition.  *See* Garrett Dep. 109:1-4; 112:22-113:2; 115:7-11; 116:13-20; 158:23-159:4; 185:19-22; 197:10-12.

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
| By:    /s/ *Jimmy R. Faircloth, Jr.* <br> Jimmy R. Faircloth, Jr. (LA #20645) <br> jfaircloth@fairclothlaw.com <br> Brook L. Villa (LA #31988) <br> bvilla@fairclothlaw.com <br> Franklin "Drew" Hoffmann (LA #35824) <br> dhoffmann@fairclothlaw.com <br> 301 Main Street, Suite 920 <br> Baton Rouge, LA 70801 <br> Phone: (225) 343-9535 <br> Fax: (225) 343-9538 <br><br> *Attorneys for Parker Waichman LLP* | By:    /s/ *Val Patrick Exnicios* <br> Val Patrick Exnicios, Esq. <br> vpexnicios@exnicioslaw.com <br> 1515 Poydras Street <br> 14th Floor, Ste. 1400 <br> New Orleans, LA. 70112 <br> Phone: (504) 410-9611 <br> Fax: (504) 410-9937 <br> Cell: (504) 495-9666 <br><br> *Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |
| **BARON & BUDD, P.C.** | **GENTLE, TURNER, SEXTON & HARBISON, LLC** |
| By:    /s/ *Russell W. Budd* <br> Russell W. Budd (TX #03312400) <br> rbudd@baronbudd.com <br> S. Ann Saucer (TX #00797885; <br> LA #21368) <br> asaucer@baronbudd.com <br> 3102 Oak Lawn Avenue, Suite 1100 <br> Dallas, TX 75219 <br> Phone: 214-521-3605 <br> Fax: 214-520-1181 | By:    /s/ *K. Edward Sexton, II* <br> K. Edward Sexton, II <br> esexton@gentlelaw.com <br> 501 Riverchase Parkway East, Suite 100 <br> Hoover, Alabama 35244 <br> Phone: (205) 716-3000 <br> Fax: (205) 716-3010 |
| **MCCALLUM, HOAGLUND, COOK & IRBY, LLP** | **MILSTEIN, ADELMAN, JACKSON, FAIRCHILD & WADE, LLP** |
| By:    /s/ *Eric D. Hoaglund* <br> Eric D. Hoaglund <br> ehoaglund@mhcilaw.com <br> 905 Montgomery Highway, Suite 201 <br> Vestavia Hills, Alabama 35216 <br> Phone: (205) 824-7767 <br> Fax: (205) 824-7768 | By:    /s/ *Mark Milstein* <br> Mark Milstein <br> mmilstein@majfw.com <br> 10250 Constellation Blvd., 14th Floor <br> Los Angeles, CA 90067 <br> Phone: (310) 396-9600 <br> Fax: (310) 396-9635 |

...

**DOYLE LAW FIRM, PC**

By:   /s/ *James V. Doyle, Jr.*
    James V. Doyle, Jr.
    jimmy@doylefirm.com
    2100 Southbridge Pkwy., Suite 650
    Birmingham, AL 35209
    Phone: 205-533-9500
    Fax: 205-414-7528

**YANCE LAW FIRM, LLC**

By:   /s/ *R. Tucker Yance*
    R. Tucker Yance (AL #ASB-9775-H71Y)
    rty@yancelaw.com
    169 Dauphin Street Suite
    318 Mobile, AL 36602
    Phone: (251) 432-8003
    Fax: (251) 432-8009

**ALLISON GRANT, P.A.**

By:   /s/ *Allison Grant*
    Allison Grant (FL #858330)
    agrant@allisongrantpa.com
    14 SE 4th St
    Boca Raton, FL 33432-6111
    Phone: 561-994-9646
    Fax: 561-431-4627

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:   /s/ *Victoria E. Emmerling*
    Andrew A. Braun (LA #3415)
    abraun@glllaw.com
    Victoria E. Emmerling (LA #33117)
    temmerling@glllaw.com
    701 Poydras Street, Suite 4800
    New Orleans, Louisiana 70139-4800
    Phone: (504) 561-0400
    Fax: (504) 561-1011

    *Attorneys for Morris Bart, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Requests for Production of Documents to Philip Garrett* has been served on Special Master Balhoff, the law firms, and their counsel, involved in the matters submitted to Special Master Balhoff by Rec. Doc. 20410 and Rec. Doc. 20478 in the cases consolidated as *In re Chinese-Manufactured Drywall Products Liability Litigation* by electronic mail, on this 6th day of January, 2017.

                      /s/ *Jimmy R. Faircloth, Jr.*
                      Objectors' Co-Liaison Counsel