| | |
|---|---|
| **From:** | Dan Balhoff <balhoff@pbmbllc.com> |
| **Sent:** | Tuesday, January 10, 2017 7:23 PM |
| **To:** | Brook Landry Villa; Allison Grant (agrant@allisongrantpa.com); Andrew Braun (abraun@glllaw.com); Ann Saucer (asaucer@baronbudd.com); Arnold Levin (alevin@lfsblaw.com); Christopher Coffin (ccoffin@pbclawfirm.com); Daniel Bryson (dan@wbmllp.com); David Durkee (durkee@rdlawnet.com); David Horsley (david@collinshorsley.com); Drew Hoffmann; Eddie Sexton (esexton@gtandslaw.com); Edward Gibson (egibson@hgattorneys.com); Eric Hoaglund (ehoaglund@mhcilaw.com); Esther Sotolongo (esther@rdlawnet.com); Gary Mason (gmason@wbmllp.com); Gerald Meunier (gmeunier@gainsben.com); Gregory Vaughan (gev@holstonvaughan.com); Gregory Weiss (GWeiss@mrachek-law.com); Holly Werkema (hwerkema@baronbudd.com); Jay Dinan (jdinan@yourlawyer.com); Jeremy Alters (jeremy@alterslaw.com); Jerrold Parker (jerry@yourlawyer.com); Jimmy Doyle (jimmy@doylefirm.com); Jimmy Faircloth; Joel Rhine (jrr@rhinelawfirm.com); John Hawkins (john@hgattorneys.com); John Teague (jmt@johnteaguelaw.com); Kasie Braswell (kasie@braswellmurphy.com); Kate Robinson (krobinson@hhklawfirm.com); Kelsey Zeitzer (kzeitzer@exnicioslaw.com); Kerry Miller (kjmiller@bakerdonelson.com); Lenny Davis (ldavis@hhklawfirm.com); Lillian Flemming (lflemming@hhklawfirm.com); Mandy Barton (kab@bartonlawpractice.com); Marci Jones (m.jones@holstonvaughan.com); Mark Milstein (MMilstein@majfw.com); Matt Moore (matthew@alterslaw.com); Rebecca Brown; Richard Taylor (richardtaylor@taylormartino.com); Rick Holston (rhh@holstonvaughan.com); Russ Herman (rherman@hhklawfirm.com); Russell Budd (rbudd@baronbudd.com); Scott Weinstein (SWeinstein@ForThePeople.com); Stephen Mullins (smullins@luckeyandmullins.com); Steve Martino (SteveMartino@taylormartino.com); Theodore Leopold (tleopold@cohenmilstein.com); Tori Emmerling (temmerling@glllaw.com); Tucker Yance (rty@yancelaw.com); Val Exnicios (vpexnicios@exnicioslaw.com); William Buckley (billwblaw@bellsouth.net) |
| **Subject:** | CDW Fee Dispute -- Objectors' 1/6/17 request for additional discovery |
| **Attachments:** | CDW fee dispute -- discovery and scheduling issues |

Friends:

I have reviewed the Objectors' January 6 letter requesting additional discovery (with attachments), the Fee Committee's January 9 response, and the Objectors' January 10 reply.  I will wait until after the depositions later this month to decide whether to grant any or all of the Objectors' requests.

In deciding to delay my disposition of this matter, I have considered the desirability of having all responses to written discovery in hand before proceeding with depositions.  I have also considered the possibility that the depositions may moot the need for some or all of the additional written discovery.  I have chosen the route which I believe will best accomplish the Court's directive to me.

On another note, I am attaching my December 26, 2016 email for your review.  In the third bullet point, I requested suggested dates for briefing deadlines and an evidentiary hearing.  I do not believe that I have received any responses.  I realize that any dates that we select now may have to be postponed (for instance, If I decide to allow additional discovery).  Nevertheless, **I ask that the parties let me know their suggested dates as soon as possible.  If you cannot send me a response by the end of this week, please at least send me an email indicating when you will be able to send a response.**

Thank you.

Dan Balhoff

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**