UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF MANUAL ATTACHMENT

EXHIBITS 1, 2, 3, 11 AND 18 OF PRIMARY COUNSEL'S
OBJECTION TO SPECIAL MASTER'S RULING DENYING NECESSARY
DISCOVERY AND REQUEST FOR EXPEDITED CONSIDERATION

| Exhibit Number | Description |
|---|---|
| 1 | Excerpts of the Deposition of Arnold Levin taken on January 26, 2017: Cover page(s), 31-35, 42, 73-75, 128-129, 133-134, 156 183-184, 207, 265 and 280-282 |
| 2 | Excerpts of the Deposition of Russ Herman taken on January 24, 2017: Cover page(s), 93-94, 97-100, 122, 151-154, 156, 176-177, 198,201-202.250, 272-273, 308, 345-346, 363-371, 386 and Herman Proffer #1 |
| 3 | Excerpts of the Deposition of Sandra Duggan taken on January 25, 2017: Cover Page(s), 27, 43-44, 82-84, 94-95, 99-100, 153, 238-240, 248, 252-253, 256, 264, 283, 294-295, 298-302, 338, 342-344, 352-353, 356-357 and 364 |
| 11 | Excerpts of the Deposition of Philip Garrett, CPA taken on December 14, 2016: Cover Page(s); 26, 46-48; 51-52; 60-67; 80; 167-170; 305-306; 315; Ex. 1, Tab 2 at 000032; Ex. 1, Tab 10 at 000140-143 and Ex. 3, Tab 18 |
| 18 | February 2010 Held Costs Documentation of Levin, Fishbein, Sedran & Berman (selected pages) |

[Signatures on following pages]

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
| By:   /s/ *Jimmy R. Faircloth, Jr.* <br> Jimmy R. Faircloth, Jr. (LA #20645) <br> jfaircloth@fairclothlaw.com <br> Brook L. Villa (LA #31988) <br> bvilla@fairclothlaw.com <br> Franklin "Drew" Hoffmann (LA #35824) <br> dhoffmann@fairclothlaw.com <br> 301 Main Street, Suite 920 <br> Baton Rouge, LA 70801 <br> Phone: (225) 343-9535 <br> Fax: (225) 343-9538 <br><br> *Attorneys for Parker Waichman LLP* | By:   /s/ *Val Patrick Exnicios* <br> Val Patrick Exnicios, Esq. <br> vpexnicios@exnicioslaw.com <br> 1515 Poydras Street <br> 14th Floor, Ste. 1400 <br> New Orleans, LA. 70112 <br> Phone: (504) 410-9611 <br> Fax: (504) 410-9937 <br> Cell: (504) 495-9666 <br><br> *Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |
| **BARON & BUDD, P.C.** | **GENTLE, TURNER, SEXTON & HARBISON, LLC** |
| By:   /s/ *Russell W. Budd* <br> Russell W. Budd (TX #03312400) <br> rbudd@baronbudd.com <br> S. Ann Saucer (TX #00797885; LA #21368) <br> asaucer@baronbudd.com <br> 3102 Oak Lawn Avenue, Suite 1100 <br> Dallas, TX 75219 <br> Phone: 214-521-3605 <br> Fax: 214-520-1181 | By:   /s/ *K. Edward Sexton, II* <br> K. Edward Sexton, II <br> esexton@gtandslaw.com <br> 501 Riverchase Parkway East, Suite 100 <br> Hoover, Alabama 35244 <br> Phone: (205) 716-3000 <br> Fax: (205) 716-3010 |
| **MCCALLUM, HOAGLUND, COOK & IRBY, LLP** | **PAUL A. LEA, JR.** |
| By:   /s/ *Eric D. Hoaglund* <br> Eric D. Hoaglund <br> ehoaglund@mhcilaw.com <br> 905 Montgomery Highway, Suite 201 <br> Vestavia Hills, Alabama 35216 <br> Phone: (205) 824-7767 <br> Fax: (205) 824-7768 | By:   /s/ *Paul A. Lea, Jr.* <br> Paul A. Lea, Jr. (LA #18637) <br> paul@paullea.com <br> 724 E. Boston Street <br> Covington, Louisiana 70433-2910 <br> Phone: (985) 292-2300 <br> Fax: (985) 249-6006 |
| **DOYLE LAW FIRM, PC** | **H ARTHUR EDGE, P.C.** |
| By:   /s/ *James V. Doyle, Jr.* <br> James V. Doyle, Jr. | By:   /s/ *David L Horsley* <br> David L Horsley (AL #6090-I47H) |

jimmy@doylefirm.com  
2100 Southbridge Pkwy., Suite 650  
Birmingham, AL 35209  
Phone: 205-533-9500  
Fax: 205-414-7528  

david@edgelawyers.com  
2320 Highland Avenue  
Suite 175  
Birmingham, Alabama 35205  
Phone (205)453-0322  
Fax    (205)453-0326  

*Attorneys for Collins & Horsley*

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:   /s/ *Victoria E. Emmerling*  
Andrew A. Braun (LA #3415)  
abraun@glllaw.com  
Victoria E. Emmerling (LA #33117)  
temmerling@glllaw.com  
701 Poydras Street, Suite 4800  
New Orleans, Louisiana 70139-4800  
Phone: (504) 561-0400  
Fax: (504) 561-1011  

*Attorneys for Morris Bart, L.L.C.*

**ALLISON GRANT, P.A.**

By:   /s/ *Allison Grant*  
Allison Grant (FL #858330)  
agrant@allisongrantpa.com  
14 SE 4th St  
Boca Raton, FL 33432-6111  
Phone: 561-994-9646  
Fax: 561-431-4627  

**MILSTEIN, ADELMAN, JACKSON, FAIRCHILD & WADE, LLP**

By:   /s/ *Mark Milstein*  
Mark Milstein  
mmilstein@majfw.com  
10250 Constellation Blvd., 14th Floor  
Los Angeles, CA 90067  
Phone: (310) 396-9600  
Fax: (310) 396-9635  

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Manual Attachment* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of April, 2017.

  /s/ *Jimmy R. Faircloth, Jr.*  
OF COUNSEL