UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED ORDER REGARDING MOTION TO FILE UNDER SEAL MOTION AND SUPPORTING MEMORANDUM TO DISQUALIFY FEE COMMITTEE, STRIKE ITS ALLOCATION RECOMMENDATION, AND STAY OR DISMISS PROCEEDINGS BEFORE THE SPECIAL MASTER AND REQUEST FOR EXPEDITED CONSIDERATION**

CONSIDERING the *Motion to File Under Seal and in Excess of Page Limits the Motion to Disqualify Fee Committee, Strike its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master and Request for Expedited Consideration* filed by Parker Waichman LLP; Whitfield Bryson & Mason LLP; Pendley Baudin & Coffin, Rhine Law Firm; Luckey & Mullins; Milstein, Adelman, Jackson, Fairchild & Wade, LLP; and Roberts & Durkee P.A.:

IT IS ORDERED BY THE COURT that the motion for leave to file in excess of page limits contained in Local Rule 7.7 is granted;

IT IS FURTHER ORDERED BY THE COURT that the *Motion to Disqualify Fee Committee, Strike its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master and Request for Expedited Consideration*, supporting memorandum, and exhibits shall be filed UNDER SEALED as they contain facts and/or information which is already under

seal pursuant to order of the Court or Special Master, confidential, privileged and/or subject to protection pursuant to Federal Rule of Civil Procedure 26(c).

New Orleans, Louisiana this \_\_\_\_ day of _____, 2016.

                                            Honorable Eldon E. Fallon
                                            United States District Judge