UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the *Motion to Disqualify the Fee Committee, Strike its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master and Request for Expedited Consideration (*filed in its entirety under seal) is submitted for hearing on May 16, 2017, at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules.

Respectfully submitted:

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:   /s/ *Jimmy R. Faircloth, Jr.*
   Jimmy R. Faircloth, Jr. (LA #20645)
   jfaircloth@fairclothlaw.com
   Brook L. Villa (LA #31988)
   bvilla@fairclothlaw.com
   Franklin "Drew" Hoffmann (LA #35824)
   dhoffmann@fairclothlaw.com
   301 Main Street, Suite 920
   Baton Rouge, LA 70801
   Phone: (225) 343-9535
   Fax: (225) 343-9538

   *Attorneys for Parker Waichman LLP*

**LISKA, EXNICIOS & NUNGESSER**

By:   /s/ *Val Patrick Exnicios*
   Val Patrick Exnicios, Esq.
   vpexnicios@exnicioslaw.com
   1515 Poydras Street
   14th Floor, Ste. 1400
   New Orleans, LA. 70112
   Phone: (504) 410-9611
   Fax: (504) 410-9937
   Cell: (504) 495-9666

   *Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**MILSTEIN, ADELMAN, JACKSON, FAIRCHILD & WADE, LLP**

By:   /s/ *Mark Milstein*
   Mark Milstein

**ROBERTS AND DURKEE, LLP**

By:   /s/ *C. David Durkee*
   C. David Durkee
   durkee@rdlawnet.com

| | |
|---|---|
| mmilstein@majfw.com | 2665 South Bayshore Drive, Suite 300 |
| 10250 Constellation Blvd., 14th Floor | Coconut Grove, FL 33133 |
| Los Angeles, CA 90067 | Phone: (305) 442-1700 |
| Phone: (310) 396-9600 | Fax: (305) 442-2559 |
| Fax: (310) 396-9635 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of April, 2017.

*/s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL