# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**REQUEST FOR ORAL ARGUMENT ON THE MOTION TO DISQUALIFY THE FEE COMMITTEE, STRIKE ITS ALLOCATION RECOMMENDATION, AND STAY OR DISMISS PROCEEDINGS BEFORE THE SPECIAL MASTER AND REQUEST FOR EXPEDITED CONSIDERATION**

Pursuant to LR 78.1, the following request oral argument on the *Motion to Disqualify the Fee Committee, Strike its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master and Request for Expiated Consideration* (Doc. 20729-3) (filed in its entirety under seal).

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
| By: __/s/ *Jimmy R. Faircloth, Jr.*__<br>Jimmy R. Faircloth, Jr. (LA #20645)<br>jfaircloth@fairclothlaw.com<br>Brook L. Villa (LA #31988)<br>bvilla@fairclothlaw.com<br>Franklin "Drew" Hoffmann (LA #35824)<br>dhoffmann@fairclothlaw.com<br>301 Main Street, Suite 920<br>Baton Rouge, LA 70801<br>Phone: (225) 343-9535<br>Fax: (225) 343-9538<br><br>*Attorneys for Parker Waichman LLP* | By: __/s/ *Val Patrick Exnicios*__<br>Val Patrick Exnicios, Esq.<br>vpexnicios@exnicioslaw.com<br>1515 Poydras Street<br>14th Floor, Ste. 1400<br>New Orleans, LA. 70112<br>Phone: (504) 410-9611<br>Fax: (504) 410-9937<br>Cell: (504) 495-9666<br><br>*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |
| **MILSTEIN, ADELMAN, JACKSON, FAIRCHILD & WADE, LLP**<br><br>By: __/s/ *Mark Milstein*__ | **ROBERTS AND DURKEE, LLP**<br><br>By: __/s/ *C. David Durkee*__<br>C. David Durkee |

| | |
|---|---|
| Mark Milstein | durkee@rdlawnet.com |
| mmilstein@majfw.com | 2665 South Bayshore Drive, Suite 300 |
| 10250 Constellation Blvd., 14th Floor | Coconut Grove, FL 33133 |
| Los Angeles, CA 90067 | Phone: (305) 442-1700 |
| Phone: (310) 396-9600 | Fax: (305) 442-2559 |
| Fax: (310) 396-9635 | |

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of April, 2017.

                          /s/ *Jimmy R. Faircloth, Jr.*
                                OF COUNSEL