UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 11-1395 *(Amorin)* | JUDGE FALLON
MAG. JUDGE WILKINSON |

**MOTION TO WITHDRAW DEFENDANT ORIENT INTERNATIONAL HOLDING SHANGHAI FOREIGN TRADE CO., LTD.'S MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd., who respectfully moves this Honorable Court for an Order to withdraw its Motion for Summary Judgment (R.Doc. 20718) filed on March 31, 2017.

        Respectfully submitted:

        */S/ Ryan G. Davis*
        BRUCE A. CRANNER (#1796)
        RYAN G. DAVIS (#29138)
        **TALLEY, ANTHONY, HUGHES & KNIGHT, L.L.C.**
        2250 7TH Street
        Mandeville, LA 70471
        Telephone:  985-624-5010
        Facsimile:  985-624-5306
        bcranner@talleyanthony.com
        ryan.davis@talleyanthony.com

        -and-

1

DAVID S. OSERTMAN
DANIEL MEE
902 Carnegie Center, Ste. 100
Princeton, NJ 08540
Telephone: (609) 986-1310
Facsimile: (609) 986-1301
dosterman@goldbergsegalla.com
dmee@goldbergsegalla.com

ATTORNEYS FOR ORIENTAL INTERNATIONAL
HOLDING SHANGHAI FOREIGN TRADE CO.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of April, 2017, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/S/ Ryan G. Davis