UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 11-1395 *(Amorin)* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion to Withdraw Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd.'s Motion for Summary Judgment;

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED,** thereby withdrawing Defendant's Motion for Summary Judgment (R.Doc. 20718) from the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**UNITED STATES DISTRICT JUDGE**