**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED                    MDL NO. 2047
          DRYWALL PRODUCTS LIABILITY
          LITIGATION                                        SECTION: L

          THIS DOCUMENT RELATES TO:             JUDGE FALLON

          *ALL CASES*                                      MAG. JUDGE WILKINSON

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER REGARDING MOTION TO FILE UNDER SEAL MOTION AND SUPPORTING MEMORANDUM TO DISQUALIFY FEE COMMITTEE, STRIKE ITS ALLOCATION RECOMMENDATION, AND STAY OR DISMISS PROCEEDINGS BEFORE THE SPECIAL MASTER AND REQUEST FOR EXPEDITED CONSIDERATION

CONSIDERING the *Motion to File Under Seal and in Excess of Page Limits the Motion to Disqualify Fee Committee, Strike its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master and Request for Expedited Consideration* filed by Parker Waichman LLP; Whitfield Bryson & Mason LLP; Pendley Baudin & Coffin, Rhine Law Firm; Luckey & Mullins; Milstein, Adelman, Jackson, Fairchild & Wade, LLP; and Roberts & Durkee P.A.:

IT IS ORDERED BY THE COURT that the motion for leave to file in excess of page limits contained in Local Rule 7.7 is granted;

IT IS FURTHER ORDERED BY THE COURT that the *Motion to Disqualify Fee Committee, Strike its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master and Request for Expedited Consideration*, supporting memorandum, and exhibits shall be filed UNDER SEALED as they contain facts and/or information which is already under

seal pursuant to order of the Court or Special Master, confidential, privileged and/or subject to

protection pursuant to Federal Rule of Civil Procedure 26(c).

New Orleans, Louisiana this 18th day of _____April_____, 2016.

_____
Honorable Eldon E. Fallon
United States District Judge