UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION AND TO FILE
THE FEE COMMITTEE'S MEMORANDUM OF LAW IN OPPOSITION TO PRIMARY
COUNSEL'S OBJECTION TO SPECIAL MASTER RULING DENYING ALLEGEDLY
NECESSARY DISCOVERY AND REQUEST FOR EXPEDITED
<u>CONSIDERATION UNDER SEAL IN ITS ENTIRETY</u>**

NOW INTO COURT, through undersigned counsel, comes Russ M. Herman, Plaintiffs' Liaison Counsel, Co-Chair/Secretary of the Fee Committee and the Fee Committee who respectfully submits that they file the attached Memorandum of Law in Opposition to Primary Counsel's Objection to Special Master Ruling Denying Allegedly Necessary Discovery and Request for Expedited Consideration ("Opposition Memorandum"). Movants further submit hat the Opposition Memorandum exceeds the page limitation allowed under the Federal Rules of Civil Procedure and request leave of court to exceed the page limitation.

Further, movants submit that the Opposition Memorandum and Exhibits A through U attached, all contain or refer to confidential information and should be filed under seal.

1

WHEREFORE movants pray that this motion be granted and that they be granted leave of court to exceed the page limitation of Opposition Memorandum, and further that the Opposition Memorandum and Exhibits A through U be filed UNDER SEAL.

Respectfully submitted,

Dated: April 24, 2017

/s/ Leonard A. Davis
Russ M. Herman (Bar No. 6819) (on the brief)
Leonard A. Davis (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-Chair/Secretary Fee Committee*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Chair Fee Committee*

**ON BEHALF OF THE FEE COMMITTEE**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of April, 2017.

    /s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-Counsel for Plaintiffs*