UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

CONSIDERING THE Motion for Leave to Exceed Page Limitation and to File the Fee Committee's Memorandum of Law in Opposition to Primary Counsel's Objection to Special Master Ruling Denying Allegedly Necessary Discovery and Request for Expedited Consideration Under Seal In Its Entirety, filed by Russ M. Herman, Plaintiffs' Liaison Counsel, Co-Chair/Secretary of the Fee Committee and the Fee Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Fee Committee's Memorandum of Law in Opposition to Primary Counsel's Objection to Special Master Ruling Denying Allegedly Necessary Discovery and Request for Expedited Consideration be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge