**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUBSTITUTED EXHIBIT "N" TO BE ATTACHED TO
THE FEE COMMITTEE'S MEMORANDUM OF LAW IN OPPOSITION TO PRIMARY
COUNSEL'S OBJECTION TO SPECIAL MASTER RULING DENYING ALLEGEDLY
<u>NECESSARY DISCOVERY AND REQUEST FOR EXPEDITED CONSIDERATION</u>**

# FILED UNDER SEAL