IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**EXHIBITS A AND B ATTACHED TO
THE PLAINTIFFS' STEERING COMMITTEE'S
SUPPLEMENTAL FILING IN SUPPORT OF
MOTION TO REMOVE CONFIDENTIALITY DESIGNATION
WITH RESPECT TO DOCUMENTS PRODUCED BY AND TESTIMONY
<u>OF THE TAISHAN DEFENDANTS AND THIRD PARTIES</u>**

# FILED UNDR SEAL