IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

EXHIBITS "C" ATTACHED TO
THE PLAINTIFFS' STEERING COMMITTEE'S
SUPPLEMENTAL FILING IN SUPPORT OF
MOTION TO REMOVE CONFIDENTIALITY DESIGNATION
WITH RESPECT TO DOCUMENTS PRODUCED BY AND TESTIMONY
OF THE TAISHAN DEFENDANTS AND THIRD PARTIES

## CNBM Meet and Confer
## March 28, 2017

| NAME | FIRM | PARTY REPRESENTING |
|---|---|---|
| Jay Dinan | PW | PSC |
| Arnold Levin | LFB | PSC |
| Russ Herman | HHK | PSC |
| Lenny Davis | HHK | PSC |
| Emma Kingsdorf | HHK | PSC |
| Sal Christina | Becnel | PSC |
| Hugh "Skip" Lambert | The Lambert Firm, PLC | PSC |
| Holly Werkema | Baron & Budd | PSC |
| Andrew Davidson | Orrick | CNBM |
| Eric Hairston | Orrick | CNBM |
| Pete Albanis | Morgan + Morgan | PSC |

## BNBM Meet and Confer
## March 27, 2017

| NAME | FIRM | PARTY REPRESENTING |
|---|---|---|
| Russ Herman | HHK | PLC |
| Lenny Davis | HHK | PLC |
| Dan Bryson | WBM | PLC |
| Holly Werkema | Baron & Budd | PLC |
| Jay Dinan | PW | PLC |
| Sal Christina | Becnel Law Firm | PLC |
| Matt Nickel | Dentons | BNBM |
| Chris Kim | Dentons | BNBM |
| Gaye Peterson | The Lambert Firm | PSC |
| Hugh "Skip" Lambert | The Lambert Firm | PSC |
| Pete Albanis | Morgan + Morgan | PSC |
| Emma Kingsdorf | BKC | PSC |
| Arnold Levin | L&B | PSC |

## Taishan Meet and Confer
## March 28, 2017

| NAME | FIRM | PARTY REPRESENTING |
|---|---|---|
| Russ Herman | HHK | PSC |
| Leonard Davis | HHK | PSC |
| Arnold Levin | L+F | PSC |
| Emma Kingsdorf | BKC | PSC |
| Salvadore Christina | Becnel | PSC |
| Pete Albanis | Morgan + Morgan | PSC |
| Jay Dinan | PW | PSC |
| Hugh "Skip" Lambert | The Lambert Firm, PLC | PSC |
| Christy Eikhoff | Alston + Bird | Taishan |
| Matt Lawson | Alston + Bird | Taishan |