UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion to Substitute Exhibit "N" Attached To The Fee Committee's Memorandum of Law in Opposition to Primary Counsel's Objection to Special Master Ruling Denying Allegedly Necessary Discovery and Request for Expedited Consideration filed by Russ M. Herman, Plaintiffs' Liaison Counsel, Co-Chair/Secretary of the Fee Committee and the Fee Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the attached Exhibit "N" to the The Fee Committee's Memorandum of Law in Opposition to Primary Counsel's Objection to Special Master Ruling Denying Allegedly Necessary Discovery and Request for Expedited Consideration be substituted in place of the Exhibit "N" filed on April 24, 2017 [Rec. Doc. 20742].

IT IS FURTHR ORDERED BY THE COURT that the substituted Exhibit "N" also be filed UNDER SEAL.

New Orleans, Louisiana, this 26th day of _____April_____, 2017.

_____
Eldon E. Fallon
United States District Court Judge