# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## O R D E R

Considering the Motion for Leave to File the Plaintiffs' Steering Committee's Supplemental Filing in Support of Motion to Remove Confidentiality Designation With Respect to Documents Produced By and Testimony Of The Taishan Defendants and Third Parties and to File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and The Plaintiffs' Steering Committee's Supplemental Filing in Support of Motion to Remove Confidentiality Designation With Respect to Documents Produced By and Testimony Of The Taishan Defendants and Third Parties be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that Exhibits A and B attached to The Plaintiffs' Steering Committee's Supplemental Filing in Support of Motion to Remove Confidentiality Designation With Respect to Documents Produced By and Testimony Of The Taishan Defendants and Third Parties be and they are filed UNDER SEAL.

New Orleans, Louisiana, this 1st day of _____May_____, 2017.

_____
Eldon E. Fallon
United States District Court Judge