UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering the current status of this litigation, the Court finds it appropriate to reschedule the hearing dates for the following motions:

R. Doc. 20598 – Plaintiff's Motion to Remove Confidentiality Designations

R. Doc. 20643 – Motion for Plan to Satisfy Translation Order

R. Doc. 20661 – Motion to Compel Responses to Contempt Related Discovery

These motions will now be heard immediately following the Tuesday, June 27, 2017 Monthly Status Conference. Therefore,

**IT IS ORDERED** that Plaintiffs' Motion to Remove Confidentiality Designations, R. Doc. 20598; Motion for Plan to Satisfy Translation Order, R. Doc. 20643; and Motion to Compel Responses to Contempt Related Discovery, R. Doc. 20661, are hereby **CONTINUED** until immediately following the June 27, 2017 Monthly Status Conference.

New Orleans, Louisiana, this 1st day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

1