**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**NOTICE OF MANUAL ATTACHMENT**


**IN RE: CHINESE-MANUFACTURED**                    **CIVIAL**
**DRYWALL PRODUCTS LIABILITY**
**LITIGATION**


                                        **NO: 09MD2047**


                                        **SECTION: L(2)**


**ATTACHMENTS TO DOCUMENT NO.  20751**

        **DESCRIPTION:  SEALED Exhibit B-Thumb Drive**

        **FILED BY:   Plaintiff's Steering Committee**

        **FILE DATE:  5/1/2017**


**ARE LOCATED IN THE CLERK'S OFFICE.**