UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO: ALL CASES** | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## JOINT MOTION FOR SUBSTITUTION OF COUNSEL

Movants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. ("Movants"), by and through their undersigned attorneys, file this Motion for Substitution of Counsel pursuant to Local Rule 83.2.11, and state:

1. Movants have requested and consented that their current attorneys of record, Dentons US LLP and its respective attorneys, be permitted to withdraw, and that Orrick, Herrington & Sutcliffe LLP and its respective attorneys be substituted as counsel of record.

2. Attorney Michael H. Barr has notified Movants of all deadlines and pending court appearances as referenced in the Certificate of Service provided below.

3. Lodged herewith is Orrick, Herrington & Sutcliffe LLP's Notice of Appearance.

**WHEREFORE,** Movants and their undersigned counsel request that the Court enter an Order granting this Motion for Substitution of Counsel and permit Orrick, Herrington & Sutcliffe LLP and its respective attorneys to enter an appearance in this action.

Respectfully submitted,

/s/ Michael H. Barr

Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Tel:  212-768-6700
Fax: 212-768-6800
E-mail: michael.barr@dentons.com
         justin.kattan@dentons.com

  - and -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6306
Tel:  312-876-8000
Fax: 312-876-7934
E-mail: richard.fenton@dentons.com
         leah.bruno@dentons.com

  - and –

C. Michael Moore
Texas Bar No. 14323600
Matthew T. Nickel
Texas Bar No. 24056042
DENTONS US LLP
2000 McKinney Ave, Suite 1900
Dallas, TX 75201
Tel:  214-259-0900
Fax: 214-259-0910
E-mail: mike.moore@dentons.com
         matt.nickel@dentons.com

- and -

Kenneth J. Pfaehler
D.C. Bar No. 461718
Drew W. Marrocco
D.C. Bar No. 453205
DENTONS US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Tel:  202-408-6400
Fax:  202-408-6399
E-mail: kenneth.pfaehler@dentons.com
    drew.marrocco@dentons.com


/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:    415-773-5700
Fax:   415-773-5759
E-mail: cvejnoska@orrick.com
    adavidson@orrick.com
    jmwu@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:    212-506-5000
Fax:   212-506-5151
Email: jstengel@orrick.com
    xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel:    202-339-8400
Fax:   202-339-8500

Email: eshumsky@orrick.com

**Attorneys for Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.**

Dated: May 2, 2017

## CERTIFICATE OF COMPLIANCE

I certify that Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. have been notified of all deadlines and pending court appearances, and will be provided with a copy of this Motion.

/s/ Michael H. Barr
Michael H. Barr

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing JOINT MOTION FOR SUBSTITUTION OF COUNSEL and attached documents have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to File & Serve Express in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of May, 2017.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska