UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:  ALL CASES** | MDL No. 2:09-md-02047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

Considering the Joint Motion for Substitution of Counsel filed by Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. ("Defendants"), having been advised there is no opposition to this matter and that the motion complies with Local Rule 83.2.11,

IT IS ORDERED that the Joint Motion for Substitution of Counsel is GRANTED.

IT IS FURTHER ORDERED that Dentons US LLP and its respective attorneys are discharged from any further obligation to Defendants for the defense of this action and that Orrick, Herrington & Sutcliffe LLP and its respective attorneys shall be substituted as counsel of record for Defendants for all purposes in this action.

IT IS FURTHER ORDERED that the Notice of Appearance of Orrick, Herrington & Sutcliffe LLP, lodged with the Joint Motion, is deemed filed and all notices to Defendants hereafter shall be directed to Orrick, Herrington & Sutcliffe LLP in accordance with the filed Notice of Appearance.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge