UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE A REPLY TO THE FEE COMMITTEE'S MEMORANDUM OF LAW IN OPPOSITION TO PRIMARY COUNSEL'S OBJECTION TO SPECIAL MASTER RULING DENYING ALLEGEDLY NECESSARY DISCOVERY AND REQUEST FOR EXPEDITED CONSIDERATION**

NOW COMES Primary Counsel who respectfully move that they be granted leave of court to file the attached Reply to the *Fee Committee's Memorandum of Law in Opposition to Primary Counsel's Objection to the Special Master Ruling Denying Allegedly Necessary Discovery and Request For Expedited Consideration* [Rec. Doc. 20742-2]. Primary Counsel respectfully suggest that a Reply Memorandum will assist the Court in ruling on the objection and request that the Court enter the attached proposed order.

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
| By:   /s/ *Jimmy R. Faircloth, Jr.* | By:   /s/ *Val Patrick Exnicios* |
| Jimmy R. Faircloth, Jr. (LA #20645) | Val Patrick Exnicios, Esq. |
| jfaircloth@fairclothlaw.com | vpexnicios@exnicioslaw.com |
| Brook L. Villa (LA #31988) | 1515 Poydras Street |
| bvilla@fairclothlaw.com | 14th Floor, Ste. 1400 |
| Franklin "Drew" Hoffmann (LA #35824) | New Orleans, LA. 70112 |
| dhoffmann@fairclothlaw.com | Phone: (504) 410-9611 |
| 301 Main Street, Suite 920 | Fax: (504) 410-9937 |
| Baton Rouge, LA 70801 | Cell: (504) 495-9666 |
| Phone: (225) 343-9535 | |
| Fax: (225) 343-9538 | *Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |
|    *Attorneys for Parker Waichman LLP* | |

**BARON & BUDD, P.C.**

By:   /s/ *Russell W. Budd*
  Russell W. Budd (TX #03312400)
  rbudd@baronbudd.com
  S. Ann Saucer (TX #00797885;
  LA #21368)
  asaucer@baronbudd.com
  3102 Oak Lawn Avenue, Suite 1100
  Dallas, TX 75219
  Phone: 214-521-3605
  Fax: 214-520-1181

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:   /s/ *Eric D. Hoaglund*
  Eric D. Hoaglund
  ehoaglund@mhcilaw.com
  905 Montgomery Highway, Suite 201
  Vestavia Hills, Alabama 35216
  Phone: (205) 824-7767
  Fax: (205) 824-7768

**DOYLE LAW FIRM, PC**

By:   /s/ *James V. Doyle, Jr.*
  James V. Doyle, Jr.
  jimmy@doylefirm.com
  2100 Southbridge Pkwy., Suite 650
  Birmingham, AL 35209
  Phone: 205-533-9500
  Fax: 205-414-7528

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:   /s/ *Victoria E. Emmerling*
  Andrew A. Braun (LA #3415)

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By:   /s/ *K. Edward Sexton, II*
  K. Edward Sexton, II
  esexton@gtandslaw.com
  501 Riverchase Parkway East, Suite 100
  Hoover, Alabama 35244
  Phone: (205) 716-3000
  Fax: (205) 716-3010

**PAUL A. LEA, JR.**

By:   /s/ *Paul A. Lea, Jr.*
  Paul A. Lea, Jr. (LA #18637)
  paul@paullea.com
  724 E. Boston Street
  Covington, Louisiana 70433-2910
  Phone: (985) 292-2300
  Fax: (985) 249-6006

**H ARTHUR EDGE, P.C.**

By:   /s/ *David L Horsley*
  David L Horsley (AL #6090-I47H)
  david@edgelawyers.com
  2320 Highland Avenue
  Suite 175
  Birmingham, Alabama 35205
  Phone (205)453-0322
  Fax   (205)453-0326

  *Attorneys for Collins & Horsley*

**ALLISON GRANT, P.A.**

By:   /s/ *Allison Grant*
  Allison Grant (FL #858330)

2

| | |
|---|---|
| abraun@glllaw.com<br>Victoria E. Emmerling (LA #33117)<br>temmerling@glllaw.com<br>701 Poydras Street, Suite 4800<br>New Orleans, Louisiana 70139-4800<br>Phone: (504) 561-0400<br>Fax: (504) 561-1011 | agrant@allisongrantpa.com<br>14 SE 4th St<br>Boca Raton, FL 33432-6111<br>Phone: 561-994-9646<br>Fax: 561-431-4627 |

*Attorneys for Morris Bart, L.L.C.*

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By: ___/s/ *Mark Milstein*___
     Mark Milstein
     mmilstein@mjfwlaw.com
     10250 Constellation Blvd., 14th Floor
     Los Angeles, CA 90067
     Phone: (310) 396-9600

3

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion for Leave to File a Reply to the Fee Committee's Memorandum of Law in Opposition to Primary Counsel's Objection to Special Master Ruling Denying Allegedly Necessary Discovery and Request For Expedited Consideration* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of May, 2017.

                                        /s/ *Jimmy R. Faircloth, Jr.*
                                           OF COUNSEL