# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MANUAL ATTACHMENT

## EXHIBIT A OF PRIMARY COUNSEL'S REPLY TO THE FEE COMMITTEE'S OPPOSITION TO PRIMARY COUNSEL'S OBJECTION TO SPECIAL MASTER RULING DENYING NECESSARY DISCOVERY AND REQUEST FOR EXPEDITED CONSIDERATION

| **Exhibit Number** | **Description** |
|---|---|
| A | Excerpts of the Deposition of Philip Garrett, CPA taken on December 14, 2016: Cover Page(s); 83-84 |

Respectfully submitted:

| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
|---|---|
| By: /s/ *Jimmy R. Faircloth, Jr.* | By: /s/ *Val Patrick Exnicios* |
| Jimmy R. Faircloth, Jr. (LA #20645) | Val Patrick Exnicios, Esq. |
| jfaircloth@fairclothlaw.com | vpexnicios@exnicioslaw.com |
| Brook L. Villa (LA #31988) | 1515 Poydras Street |
| bvilla@fairclothlaw.com | 14th Floor, Ste. 1400 |
| Franklin "Drew" Hoffmann (LA #35824) | New Orleans, LA. 70112 |
| dhoffmann@fairclothlaw.com | Phone: (504) 410-9611 |
| 301 Main Street, Suite 920 | Fax: (504) 410-9937 |
| Baton Rouge, LA 70801 | Cell: (504) 495-9666 |
| Phone: (225) 343-9535 | |
| Fax: (225) 343-9538 | *Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |
| *Attorneys for Parker Waichman LLP* | |

**BARON & BUDD, P.C.**

By: /s/ *Russell W. Budd*
 Russell W. Budd (TX #03312400)
 rbudd@baronbudd.com
 S. Ann Saucer (TX #00797885;
 LA #21368)
 asaucer@baronbudd.com
 3102 Oak Lawn Avenue, Suite 1100
 Dallas, TX 75219
 Phone: 214-521-3605
 Fax: 214-520-1181

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By: /s/ *K. Edward Sexton, II*
 K. Edward Sexton, II
 esexton@gtandslaw.com
 501 Riverchase Parkway East, Suite 100
 Hoover, Alabama 35244
 Phone: (205) 716-3000
 Fax: (205) 716-3010

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By: /s/ *Eric D. Hoaglund*
 Eric D. Hoaglund
 ehoaglund@mhcilaw.com
 905 Montgomery Highway, Suite 201
 Vestavia Hills, Alabama 35216
 Phone: (205) 824-7767
 Fax: (205) 824-7768

**PAUL A. LEA, JR.**

By: /s/ *Paul A. Lea, Jr.*
 Paul A. Lea, Jr. (LA #18637)
 paul@paullea.com
 724 E. Boston Street
 Covington, Louisiana 70433-2910
 Phone: (985) 292-2300
 Fax: (985) 249-6006

**DOYLE LAW FIRM, PC**

By: /s/ *James V. Doyle, Jr.*
 James V. Doyle, Jr.
 jimmy@doylefirm.com
 2100 Southbridge Pkwy., Suite 650
 Birmingham, AL 35209
 Phone: 205-533-9500
 Fax: 205-414-7528

**H ARTHUR EDGE, P.C.**

By: /s/ *David L Horsley*
 David L Horsley (AL #6090-I47H)
 david@edgelawyers.com
 2320 Highland Avenue
 Suite 175
 Birmingham, Alabama 35205
 Phone (205)453-0322
 Fax    (205)453-0326

 *Attorneys for Collins & Horsley*

**GIEGER, LABORDE & LAPEROUSE, LLC**

By: /s/ *Victoria E. Emmerling*
 Andrew A. Braun (LA #3415)
 abraun@glllaw.com
 Victoria E. Emmerling (LA #33117)
 temmerling@glllaw.com
 701 Poydras Street, Suite 4800

**ALLISON GRANT, P.A.**

By: /s/ *Allison Grant*
 Allison Grant (FL #858330)
 agrant@allisongrantpa.com
 14 SE 4th St
 Boca Raton, FL 33432-6111
 Phone: 561-994-9646

New Orleans, Louisiana 70139-4800  Fax: 561-431-4627
Phone: (504) 561-0400
Fax: (504) 561-1011

*Attorneys for Morris Bart, L.L.C.*


**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By: ___/s/ *Mark Milstein*___
 Mark Milstein
 mmilstein@mjfwlaw.com
 10250 Constellation Blvd., 14th Floor
 Los Angeles, CA 90067
 Phone: (310) 396-9600
 Fax: (310) 396-9635


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Manual Attachment* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of May, 2017.

 ___/s/ *Jimmy R. Faircloth, Jr.*___
 OF COUNSEL