UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Gardner v. Knauf Gips KG, et al.*, case no. 15-2529 | |

## MOTION TO DISMISS

Plaintiffs, Richard Gardner and Donna Gardner, by and through undersigned counsel, hereby move to dismiss all Defendants, including but not limited to, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd., from the above-captioned action in the Chinese-Manufactured Drywall Products Liability Litigation, MDL 2047, with prejudice, each party to bear its own attorneys' fees and costs.

WHREFORE, Plaintiffs pray that after due consideration the Court grant this Motion and dismiss this action against all Defendants, with prejudice, each party to bear its own attorneys' fees and costs.

Date: May 5, 2017

Respectfully submitted,

By: /s/ Bruce S. Kingsdorf
Bruce S. Kingsdorf, Esq. (#7403)
Zachary L. Wool (#32778)
BARRIOS KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313

1

bkingsdorf@bkc-law.com
zwool@bkc-law.com

Michael J. Ryan
KRUPNICK CAMPBELL MALONE BUSER
SLAMA HANCOCK LIBERMAN
12 S.E. Seventh Street, Suite 801
Fort Lauderdale, FL 33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of May, 2017.

                                                    /s/ Bruce S. Kingsdorf