UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br> *Gardner v. Knauf Gips KG, et al.*, Case No. 15-2529 | |

## ORDER

Considering the foregoing Motion to Dismiss all Defendants, including but not limited to, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.;

IT IS HEREBY ORDERED that the Motion is GRANTED and Case No. 15-2529 is hereby dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

1