UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF MANUAL ATTACHMENT

### EXHIBIT A OF PRIMARY COUNSEL'S REPLY TO THE FEE COMMITTEE'S OPPOSITION TO PRIMARY COUNSEL'S OBJECTION TO SPECIAL MASTER RULING DENYING NECESSARY DISCOVERY AND REQUEST FOR EXPEDITED CONSIDERATION

| **Exhibit Number** | **Description** |
|---|---|
| A | Excerpts of the Deposition of Philip Garrett, CPA taken on December 14, 2016: Cover Page(s); 83-84 |

Respectfully submitted:

| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
|---|---|
| By:  /s/ *Jimmy R. Faircloth, Jr.*<br>    Jimmy R. Faircloth, Jr. (LA #20645)<br>    jfaircloth@faircothlaw.com<br>    Brook L. Villa (LA #31988)<br>    bvilla@faircothlaw.com<br>    Franklin "Drew" Hoffmann (LA #35824)<br>    dhoffmann@faircothlaw.com<br>    301 Main Street, Suite 920<br>    Baton Rouge, LA 70801<br>    Phone: (225) 343-9535<br>    Fax: (225) 343-9538<br><br>        *Attorneys for Parker Waichman LLP* | By:  /s/ *Val Patrick Exnicios*<br>    Val Patrick Exnicios, Esq.<br>    vpexnicios@exnicioslaw.com<br>    1515 Poydras Street<br>    14th Floor, Ste. 1400<br>    New Orleans, LA. 70112<br>    Phone: (504) 410-9611<br>    Fax: (504) 410-9937<br>    Cell: (504) 495-9666<br><br>    *Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |

**BARON & BUDD, P.C.**

By:   /s/ *Russell W. Budd*
   Russell W. Budd (TX #03312400)
   rbudd@baronbudd.com
   S. Ann Saucer (TX #00797885;
   LA #21368)
   asaucer@baronbudd.com
   3102 Oak Lawn Avenue, Suite 1100
   Dallas, TX 75219
   Phone: 214-521-3605
   Fax: 214-520-1181

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:   /s/ *Eric D. Hoaglund*
   Eric D. Hoaglund
   ehoaglund@mhcilaw.com
   905 Montgomery Highway, Suite 201
   Vestavia Hills, Alabama 35216
   Phone: (205) 824-7767
   Fax: (205) 824-7768

**DOYLE LAW FIRM, PC**

By:   /s/ *James V. Doyle, Jr.*
   James V. Doyle, Jr.
   jimmy@doylefirm.com
   2100 Southbridge Pkwy., Suite 650
   Birmingham, AL 35209
   Phone: 205-533-9500
   Fax: 205-414-7528

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:   /s/ *Victoria E. Emmerling*
   Andrew A. Braun (LA #3415)
   abraun@glllaw.com
   Victoria E. Emmerling (LA #33117)
   temmerling@glllaw.com
   701 Poydras Street, Suite 4800

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By:   /s/ *K. Edward Sexton, II*
   K. Edward Sexton, II
   esexton@gtandslaw.com
   501 Riverchase Parkway East, Suite 100
   Hoover, Alabama 35244
   Phone: (205) 716-3000
   Fax: (205) 716-3010

**PAUL A. LEA, JR.**

By:   /s/ *Paul A. Lea, Jr.*
   Paul A. Lea, Jr. (LA #18637)
   paul@paullea.com
   724 E. Boston Street
   Covington, Louisiana 70433-2910
   Phone: (985) 292-2300
   Fax: (985) 249-6006

**H ARTHUR EDGE, P.C.**

By:   /s/ *David L Horsley*
   David L Horsley (AL #6090-I47H)
   david@edgelawyers.com
   2320 Highland Avenue
   Suite 175
   Birmingham, Alabama 35205
   Phone (205)453-0322
   Fax    (205)453-0326

   *Attorneys for Collins & Horsley*

**ALLISON GRANT, P.A.**

By:   /s/ *Allison Grant*
   Allison Grant (FL #858330)
   agrant@allisongrantpa.com
   14 SE 4th St
   Boca Raton, FL 33432-6111
   Phone: 561-994-9646

New Orleans, Louisiana 70139-4800  Fax: 561-431-4627
Phone: (504) 561-0400
Fax: (504) 561-1011

*Attorneys for Morris Bart, L.L.C.*

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By:    /s/ *Mark Milstein*
     Mark Milstein
     mmilstein@mjfwlaw.com
     10250 Constellation Blvd., 14th Floor
     Los Angeles, CA 90067
     Phone: (310) 396-9600
     Fax: (310) 396-9635

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Manual Attachment* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of May, 2017.

                                               /s/ *Jimmy R. Faircloth, Jr.*
                                                   OF COUNSEL