**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                          **MDL NO. 2047**

                                                    **SECTION: L**

                                                    **JUDGE FALLON**
                                                    **MAG. JUDGE WILKINSON**

**THIS DOCUMENT RELATES TO:**
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED ORDER GRANTING MOTION FOR SANCTIONS**
**BROUGHT BY PLAINTIFFS LEAD AND LIAISON COUNSEL AGAINST**
**JIMMY R. FAIRCLOTH, JR., ESQ., VAL PATRICK EXNICIOS, ESQ.,**
**MARK MILSTEIN, ESQ., AND C. DAVID DURKEE, ESQ.**

Considering the Motion of Plaintiffs' Lead and Liaison Counsel for Sanctions against Jimmy R. Faircloth, Jr., Esq., Val Patrick Exnicios, Esq., Mark Milstein, Esq., and C. David Durkee, Esq.:

IT IS ORDERED BY THE COURT that:

1.      The offending assertions that Messrs. Levin and Herman "steered negotiations away from a traditional cash settlement and toward a remediation settlement with the main defendant tied to separate cash settlements with secondary defendants" to "prolong and manipulate the process to support an inflated common benefit allocation both generally and specifically for themselves" and "are attempting to tangle common benefit time and costs in pursuit of the settling defendants with the time and costs incurred in pursuit of the non-settling defendants" are stricken from the Disqualification Motion and Memorandum of Law in support thereof, filed under seal on April 18, 2017 [Rec. Doc. 20735]; and

2.      Any further sanction be left to the sound discretion of the Court.

New Orleans, Louisiana, this _____ day of _____, 2017.


_____

**Hon. Eldon E. Fallon**
**United States District Court Judge**