**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                     **MDL NO. 2047**

                                               **SECTION: L**

                                               **JUDGE FALLON**
                                               **MAG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBITS A AND B TO PLAINTIFFS' LEAD AND LIAISON COUNSELS' MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO RULE 11 AGAINST JIMMY R. FAIRCLOTH, JR., ESQ., VAL PATRICK EXNICIOS, ESQ., MARK MILSTEIN, ESQ., AND C. DAVID DURKEE, ESQ.**

# FILED UNDER SEAL