UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | |

## MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

NOW COME Plaintiffs' Lead and Liaison Counsel who submit that on May 9, 2017, Plaintiffs' Lead and Liaison Counsels' Motion for Sanctions Pursuant to Rule 11 Against Jimmy R. Faircloth, Jr., Esq., Val Patrick Exnicios, Esq., Mark Milstein, Esq., and C. David Durkee, Esq. [Rec. Doc. 20759] ("Motion for Sanctions") was filed into the record.  Exhibits A and B attached to the Motion for Sanctions refer to or contain information that may have been designated confidential.  Accordingly, movers request that Exhibits A and B attached to the Motion for Sanctions be filed UNDER SEAL.

WHEREFORE movers pray that this motion be granted and that Exhibits A and B attached to Plaintiffs' Lead and Liaison Counsels' Motion for Sanctions Pursuant to Rule 11 Against Jimmy R. Faircloth, Jr., Esq., Val Patrick Exnicios, Esq., Mark Milstein, Esq., and C. David Durkee, Esq. be filed UNDER SEAL.

                              Respectfully submitted,

Dated: May 9, 2017             /s/ Russ M. Herman
                                  Russ M. Herman (Bar No. 6819) (on the brief)
                                  Leonard A. Davis (Bar No. 14190) (on the brief)
                                  Stephen J. Herman, Esquire (Bar No. 23129)
                                  HERMAN, HERMAN & KATZ, LLC
                                  820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113
                                  Phone: (504) 581-4892
                                  Fax: (504) 561-6024
                                  Ldavis@hhklawfirm.com
                                  *Plaintiffs' Liaison Counsel MDL 2047*
                                  *Co-Chair/Secretary Fee Committee*

                                  Arnold Levin (on the brief)
                                  Frederick S. Longer (on the brief)
                                  Sandra L. Duggan (on the brief)
                                  Levin Sedran & Berman
                                  510 Walnut Street, Suite 500
                                  Philadelphia, PA 19106
                                  Phone: (215) 592-1500
                                  Fax: (215) 592-4663
                                  Alevin@lfsblaw.com
                                  *Plaintiffs' Lead Counsel MDL 2047*
                                  *Chair Fee Committee*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 9th day of May, 2017.

                                                      <u>/s/ Leonard A. Davis</u>
                                                      Leonard A. Davis
                                                      HERMAN, HERMAN & KATZ, LLC
                                                      820 O'Keefe Avenue
                                                      New Orleans, Louisiana 70113
                                                      Phone: (504) 581-4892
                                                      Fax: (504) 561-6024
                                                      Ldavis@hhklawfirm.com
                                                      Plaintiffs' Liaison Counsel
                                                      MDL 2047

                                                      *Co-Counsel for Plaintiffs*