# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE MOTION TO STAY OUTSIDE OF TIME LIMITS PROVIDED BY LOCAL RULE

NOW COME Primary Counsel[1] who for the reasons set forth in the memorandum attached hereto, respectfully move the Court for an Order allowing the *Motion to Stay May 31 Evidentiary Hearing Before the Special Master and Request for Expedited Consideration* (attached hereto, with accompanying documents) to be filed outside of time limits provided by Local Rule 7.2.

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:   /s/ *Jimmy R. Faircloth, Jr.*
   Jimmy R. Faircloth, Jr. (LA #20645)
   jfaircloth@faircothlaw.com
   Brook L. Villa (LA #31988)
   bvilla@faircothlaw.com
   Franklin "Drew" Hoffmann (LA #35824)
   dhoffmann@faircothlaw.com
   301 Main Street, Suite 920
   Baton Rouge, LA 70801
   Phone: (225) 343-9535
   Fax: (225) 343-9538

   *Attorneys for Parker Waichman LLP*

**BARON & BUDD, P.C.**

By:   /s/ *Russell W. Budd*

**LISKA, EXNICIOS & NUNGESSER**

By:   /s/ *Val Patrick Exnicios*
   Val Patrick Exnicios, Esq.
   vpexnicios@exnicioslaw.com
   1515 Poydras Street
   14th Floor, Ste. 1400
   New Orleans, LA. 70112
   Phone: (504) 410-9611
   Fax: (504) 410-9937
   Cell: (504) 495-9666

   *Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

---

[1] Primary Counsel are those firms listed or otherwise designated in the signature block of this pleading.

1

Russell W. Budd (TX #03312400)
rbudd@baronbudd.com
S. Ann Saucer (TX #00797885;
LA #21368)
asaucer@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

By: ___/s/ *K. Edward Sexton, II*___
K. Edward Sexton, II
esexton@gtandslaw.com
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Phone: (205) 716-3000
Fax: (205) 716-3010

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By: ___/s/ *Eric D. Hoaglund*___
Eric D. Hoaglund
ehoaglund@mhcilaw.com
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Phone: (205) 824-7767
Fax: (205) 824-7768

**ROBERTS AND DURKEE, LLP**

By: ___/s/ *C. David Durkee*___
C. David Durkee
durkee@rdlawnet.com
2665 South Bayshore Drive, Suite 300
Coconut Grove, FL 33133
Phone: (305) 442-1700
Fax: (305) 442-2559

**DOYLE LAW FIRM, PC**

By: ___/s/ *James V. Doyle, Jr.*___
James V. Doyle, Jr.
jimmy@doylefirm.com
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Phone: 205-533-9500
Fax: 205-414-7528

**H ARTHUR EDGE, P.C.**

By: ___/s/ *David L Horsley*___
David L Horsley (AL #6090-I47H)
david@edgelawyers.com
2320 Highland Avenue
Suite 175
Birmingham, Alabama 35205
Phone (205)453-0322
Fax    (205)453-0326

*Attorneys for Collins & Horsley*

**GIEGER, LABORDE & LAPEROUSE, LLC**

By: ___/s/ *Victoria E. Emmerling*___
Andrew A. Braun (LA #3415)
abraun@glllaw.com
Victoria E. Emmerling (LA #33117)

**ALLISON GRANT, P.A.**

By: ___/s/ *Allison Grant*___
Allison Grant (FL #858330)
agrant@allisongrantpa.com
14 SE 4th St

2

| | |
|---|---|
| temmerling@glllaw.com<br>701 Poydras Street, Suite 4800<br>New Orleans, Louisiana 70139-4800<br>Phone: (504) 561-0400<br>Fax: (504) 561-1011<br><br>*Attorneys for Morris Bart, L.L.C.* | Boca Raton, FL 33432-6111<br>Phone: 561-994-9646<br>Fax: 561-431-4627 |
| **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**<br><br>By:   /s/ *Mark Milstein*<br>    Mark Milstein<br>    mmilstein@mjfwlaw.com<br>    10250 Constellation Blvd., 14th Floor<br>    Los Angeles, CA 90067<br>    Phone: (310) 396-9600 | **ALTERS LAW FIRM, P.A.**<br><br>By:   /s/ *Jeremy W. Alters*<br>    Jeremy W. Alters (FL #111790)<br>    jeremy@alterslaw.com<br>    Justin D. Grosz (FL #984000)<br>    justin@alterslaw.com<br>    Matthew T. Moore, Of Counsel (FL #70034)<br>    matthew@alterslaw.com<br>    1855 Griffin Road, Suite C470<br>    Dania Beach, FL 33004<br>    Phone: (305) 571-8550<br>    Fax: (305) 571-8558 |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion for Leave to File Motion to Stay Outside of Time Limits Provided by Local Rule* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of May, 2017.

/s/ *Jimmy R. Faircloth, Jr.*
OF COUNSEL