**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION TO
STAY OUTSIDE OF TIME LIMITS PROVIDED BY LOCAL RULE</u>

Primary Counsel[1] respectfully move for leave of court to file the *Motion to Stay May 31 Evidentiary Hearing Before the Special Master and Request for Expedited Consideration* and supporting memorandum (attached hereto, with accompanying documents) outside of the time limits provided by Local Rule 7.2.

An evidentiary hearing is scheduled to commence before Special Master Balhoff on May 31, 2017.[2]  Local Rule 7.2 requires a motion to be filed at least fifteen days prior to noticing it for submission.  The Court's staff has advised Primary Counsel that, for purposes of the Chinese Drywall Litigation, submission dates are the court's monthly status conference dates rather than the Court's civil submission dates listed on the Eastern District's website. Accordingly, the only submission date remaining prior to the May 31 evidentiary hearing is the next regularly scheduled status conference – May 16.  A later submission date would render the motion to stay moot.

Importantly, Primary Counsel could not have filed the motion to stay within the time delays afforded by Local Rule 7.2.  As explained in the Memorandum in Support of Motion to Stay May

---

[1] Primary Counsel are those firms listed or otherwise designated in the signature block of this pleading.

[2] Exhibit 1, Special Master's Case Management Order Regarding Evidentiary Hearing.

1

31 Evidentiary Hearing Before the Special Master and Request for Expedited Consideration, a central issue to be resolved prior to the May 31 hearing is the scope of the hearing itself. Primary Counsel did not become aware of this issue until May 1, the deadline for submitting motions for the May 16 submission date, during an email exchange with the Special Master and the Fee Committee. *See* Exhibit D to the Memorandum in Support. The email exchange culminated with Primary Counsel requesting clarity regarding the scope of the issues to be decided by the Special Master. To date, Primary Counsel have not received a response from the Special Master. As such, primary Counsel must seek leave to stay the Special Master proceedings pending resolution of this issue as well as the Court's decision on several pending motions – all as described in the Motion to Stay, and accompanying documents, attached hereto.

For these reasons, Primary Counsel request a stay of the Special Master proceedings schedule to commence May 31, 2017.

Respectfully submitted:

**FAIRCLOTH, MELTON & SOBEL, LLC**

By: ___ */s/ Jimmy R. Faircloth, Jr.* ____
    Jimmy R. Faircloth, Jr. (Objectors' Co-
    Liaison Counsel) (LA #20645)
    jfaircloth@faircothlaw.com
    301 Main Street, Suite 920
    Baton Rouge, LA 70801
    Phone: (225) 343-9535
    Fax: (225) 343-9538

**LISKA, EXNICIOS & NUNGESSER**

By: ___ */s/ Val Patrick Exnicios* ____
    Val Patrick Exnicios, Esq. (Objectors'
    Co-Liaison Counsel)
    vpexnicios@exnicioslaw.com
    1515 Poydras Street,
    14th Floor, Ste. 1400
    New Orleans, LA. 70112
    Phone: (504) 410-9611
    Fax: (504) 410-9937

*Objectors' Co-Liaison Counsel*

**BARON & BUDD, P.C.**

By: ___/s/ *Russell W. Budd*___
    Russell W. Budd (TX #03312400)
    rbudd@baronbudd.com
    S. Ann Saucer (TX #00797885;
    LA #21368)
    asaucer@baronbudd.com
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, TX 75219
    Phone: 214-521-3605
    Fax: 214-520-1181

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By: ___/s/ *K. Edward Sexton, II*___
    K. Edward Sexton, II
    esexton@gtandslaw.com
    501 Riverchase Parkway East, Suite 100
    Hoover, Alabama 35244
    Phone: (205) 716-3000
    Fax: (205) 716-3010

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By: ___/s/ *Eric D. Hoaglund*___
    Eric D. Hoaglund
    ehoaglund@mhcilaw.com
    905 Montgomery Highway, Suite 201
    Vestavia Hills, Alabama 35216
    Phone: (205) 824-7767
    Fax: (205) 824-7768

**ROBERTS AND DURKEE, LLP**

By: ___/s/ *C. David Durkee*___
    C. David Durkee
    durkee@rdlawnet.com
    2665 South Bayshore Drive, Suite 300
    Coconut Grove, FL 33133
    Phone: (305) 442-1700
    Fax: (305) 442-2559

**DOYLE LAW FIRM, PC**

By: ___/s/ *James V. Doyle, Jr.*___
    James V. Doyle, Jr.
    jimmy@doylefirm.com
    2100 Southbridge Pkwy., Suite 650
    Birmingham, AL 35209
    Phone: 205-533-9500
    Fax: 205-414-7528

**H ARTHUR EDGE, P.C.**

By: ___/s/ *David L Horsley*___
    David L Horsley (AL #6090-I47H)
    david@edgelawyers.com
    2320 Highland Avenue
    Suite 175
    Birmingham, Alabama 35205
    Phone (205)453-0322
    Fax   (205)453-0326

    *Attorneys for Collins & Horsley*

**GIEGER, LABORDE & LAPEROUSE, LLC**

By: ___/s/ *Victoria E. Emmerling*___

**ALLISON GRANT, P.A.**

By: ___/s/ *Allison Grant*___

3

Andrew A. Braun (LA #3415)
agbraun@glllaw.com
Victoria E. Emmerling (LA #33117)
temmerling@glllaw.com
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Phone: (504) 561-0400
Fax: (504) 561-1011

*Attorneys for Morris Bart, L.L.C.*

Allison Grant (FL #858330)
agrant@allisongrantpa.com
14 SE 4th St
Boca Raton, FL 33432-6111
Phone: 561-994-9646
Fax: 561-431-4627

**MILSTEIN, JACKSON, FAIRCHILD &
WADE, LLP**

By: ___/s/ *Mark Milstein*_____
      Mark Milstein
      mmilstein@mjfwlaw.com
      10250 Constellation Blvd., 14th Floor
      Los Angeles, CA 90067
      Phone: (310) 396-9600

**ALTERS LAW FIRM, P.A.**

By: ___/s/ *Jeremy W. Alters*_____
      Jeremy W. Alters (FL #111790)
      jeremy@alterslaw.com
      Justin D. Grosz (FL #984000)
      justin@alterslaw.com
      Matthew T. Moore, Of Counsel (FL
      #70034)
      matthew@alterslaw.com
      1855 Griffin Road, Suite C470
      Dania Beach, FL 33004
      Phone: (305) 571-8550
      Fax: (305) 571-8558

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Memorandum in Support of Motion for Leave to File Motion to Stay Outside of Time Limits Provided by Local Rule* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern

4

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing

in accordance with the procedures established in MDL 2047, on this 9th day of May, 2017.


_____/s/ Jimmy R. Faircloth, Jr._____
OF COUNSEL