UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the *Motion for Leave to File Motion to Stay Outside of Time Limits Provided by Local Rule, Memo in Support of Motion for Leave to File Motion to Stay Outside of Time Limits Provided by Local Rule, and Proposed Order* are submitted for hearing on May 16, 2017, at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules.

Respectfully submitted:

| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
|---|---|
| By:   /s/ *Jimmy R. Faircloth, Jr.*<br>   Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)<br>   jfaircloth@fairclothlaw.com<br>   301 Main Street, Suite 920<br>   Baton Rouge, LA 70801<br>   Phone: (225) 343-9535<br>   Fax: (225) 343-9538 | By:   /s/ *Val Patrick Exnicios*<br>   Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel)<br>   vpexnicios@exnicioslaw.com<br>   1515 Poydras Street,<br>   14th Floor, Ste. 1400<br>   New Orleans, LA. 70112<br>   Phone: (504) 410-9611<br>   Fax: (504) 410-9937 |

*Objectors' Co-Liaison Counsel*

| **BARON & BUDD, P.C.** | **GENTLE, TURNER, SEXTON & HARBISON, LLC** |
|---|---|
| By:   /s/ *Russell W. Budd*<br>   Russell W. Budd (TX #03312400)<br>   rbudd@baronbudd.com<br>   S. Ann Saucer (TX #00797885; | By:   /s/ *K. Edward Sexton, II*<br>   K. Edward Sexton, II<br>   esexton@gtandslaw.com |

LA #21368)
asaucer@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:  /s/ *Eric D. Hoaglund*
  Eric D. Hoaglund
  ehoaglund@mhcilaw.com
  905 Montgomery Highway, Suite 201
  Vestavia Hills, Alabama 35216
  Phone: (205) 824-7767
  Fax: (205) 824-7768

**DOYLE LAW FIRM, PC**

By:  /s/ *James V. Doyle, Jr.*
  James V. Doyle, Jr.
  jimmy@doylefirm.com
  2100 Southbridge Pkwy., Suite 650
  Birmingham, AL 35209
  Phone: 205-533-9500
  Fax: 205-414-7528

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:  /s/ *Victoria E. Emmerling*
  Andrew A. Braun (LA #3415)
  abraun@glllaw.com
  Victoria E. Emmerling (LA #33117)
  temmerling@glllaw.com
  701 Poydras Street, Suite 4800
  New Orleans, Louisiana 70139-4800
  Phone: (504) 561-0400
  Fax: (504) 561-1011

  *Attorneys for Morris Bart, L.L.C.*

501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Phone: (205) 716-3000
Fax: (205) 716-3010

**ROBERTS AND DURKEE, LLP**

By:  /s/ *C. David Durkee*
  C. David Durkee
  durkee@rdlawnet.com
  2665 South Bayshore Drive, Suite 300
  Coconut Grove, FL 33133
  Phone: (305) 442-1700
  Fax: (305) 442-2559

**H ARTHUR EDGE, P.C.**

By:  /s/ *David L Horsley*
  David L Horsley (AL #6090-I47H)
  david@edgelawyers.com
  2320 Highland Avenue
  Suite 175
  Birmingham, Alabama 35205
  Phone (205)453-0322
  Fax    (205)453-0326

  *Attorneys for Collins & Horsley*

**ALLISON GRANT, P.A.**

By:  /s/ *Allison Grant*
  Allison Grant (FL #858330)
  agrant@allisongrantpa.com
  14 SE 4th St
  Boca Raton, FL 33432-6111
  Phone: 561-994-9646
  Fax: 561-431-4627

| | |
|---|---|
| **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP** | **ALTERS LAW FIRM, P.A.** |
| By: ⎯⎯/s/ *Mark Milstein*⎯⎯ | By: ⎯⎯/s/ *Jeremy W. Alters*⎯⎯ |
| Mark Milstein | Jeremy W. Alters (FL #111790) |
| mmilstein@mjfwlaw.com | jeremy@alterslaw.com |
| 10250 Constellation Blvd., 14th Floor | Justin D. Grosz (FL #984000) |
| Los Angeles, CA 90067 | justin@alterslaw.com |
| Phone: (310) 396-9600 | Matthew T. Moore, Of Counsel (FL #70034) |
| | matthew@alterslaw.com |
| | 1855 Griffin Road, Suite C470 |
| | Dania Beach, FL 33004 |
| | Phone: (305) 571-8550 |
| | Fax: (305) 571-8558 |

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of May, 2017.

⎯⎯⎯⎯⎯*/s/ Jimmy R. Faircloth, Jr.*⎯⎯⎯⎯
                  OF COUNSEL