# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO STAY MAY 31 EVIDENTIARY HEARING BEFORE THE SPECIAL MASTER AND REQUEST FOR EXPEDITED CONSIDERATION

NOW INTO COURT COME Primary Counsel[1] who respectfully move for an Order staying the evidentiary hearing scheduled to commence before the Special Master on May 31, 2017, on the basis that (1) multiple objections (Docs. 20552, 20728-2) are pending before the Court to rulings by the Special Master denying discovery of highly relevant information that is necessary for Primary Counsel to offer a meaningful opposition to the Allocation Motion; (2) a pending Motion to Disqualify the Fee Committee and For Stay (Doc. 20729-3) should be resolved by the Court before the Special Master proceeding continues; and (3) direction from the Court is needed concerning the scope of the proceeding before the Special Master, all as more fully set forth in the attached memorandum in support.  Accordingly, a stay is proper until those matters are resolved.  Further, because the evidentiary hearing is scheduled to commence on May 31, 2017, expedited consideration is necessary.

---

[1] Primary Counsel are those firms listed or otherwise designated in the signature block of this motion.

1

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
| By: /s/ *Jimmy R. Faircloth, Jr.* | By: /s/ *Val Patrick Exnicios* |
| Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645) | Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel) |
| jfaircloth@fairclothlaw.com | vpexnicios@exnicioslaw.com |
| 301 Main Street, Suite 920 | 1515 Poydras Street, |
| Baton Rouge, LA 70801 | 14th Floor, Ste. 1400 |
| Phone: (225) 343-9535 | New Orleans, LA. 70112 |
| Fax: (225) 343-9538 | Phone: (504) 410-9611 |
| | Fax: (504) 410-9937 |

*Objectors' Co-Liaison Counsel*

| | |
|---|---|
| **BARON & BUDD, P.C.** | **GENTLE, TURNER, SEXTON & HARBISON, LLC** |
| By: /s/ *Russell W. Budd* | By: /s/ *K. Edward Sexton, II* |
| Russell W. Budd (TX #03312400) | K. Edward Sexton, II |
| rbudd@baronbudd.com | esexton@gtandslaw.com |
| S. Ann Saucer (TX #00797885; LA #21368) | 501 Riverchase Parkway East, Suite 100 |
| asaucer@baronbudd.com | Hoover, Alabama 35244 |
| 3102 Oak Lawn Avenue, Suite 1100 | Phone: (205) 716-3000 |
| Dallas, TX 75219 | Fax: (205) 716-3010 |
| Phone: 214-521-3605 | |
| Fax: 214-520-1181 | |
| **MCCALLUM, HOAGLUND, COOK & IRBY, LLP** | **ROBERTS AND DURKEE, LLP** |
| By: /s/ *Eric D. Hoaglund* | By: /s/ *C. David Durkee* |
| Eric D. Hoaglund | C. David Durkee |
| ehoaglund@mhcilaw.com | durkee@rdlawnet.com |
| 905 Montgomery Highway, Suite 201 | 2665 South Bayshore Drive, Suite 300 |
| Vestavia Hills, Alabama 35216 | Coconut Grove, FL 33133 |
| Phone: (205) 824-7767 | Phone: (305) 442-1700 |
| Fax: (205) 824-7768 | Fax: (305) 442-2559 |
| **DOYLE LAW FIRM, PC** | **H ARTHUR EDGE, P.C.** |
| By: /s/ *James V. Doyle, Jr.* | By: /s/ *David L Horsley* |
| James V. Doyle, Jr. | David L Horsley (AL #6090-I47H) |

2

jimmy@doylefirm.com
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Phone: 205-533-9500
Fax: 205-414-7528

david@edgelawyers.com
2320 Highland Avenue
Suite 175
Birmingham, Alabama 35205
Phone (205)453-0322
Fax    (205)453-0326

*Attorneys for Collins & Horsley*

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:     /s/ *Victoria E. Emmerling*
    Andrew A. Braun (LA #3415)
    abraun@glllaw.com
    Victoria E. Emmerling (LA #33117)
    temmerling@glllaw.com
    701 Poydras Street, Suite 4800
    New Orleans, Louisiana 70139-4800
    Phone: (504) 561-0400
    Fax: (504) 561-1011

    *Attorneys for Morris Bart, L.L.C.*

**ALLISON GRANT, P.A.**

By:     /s/ *Allison Grant*
    Allison Grant (FL #858330)
    agrant@allisongrantpa.com
    14 SE 4th St
    Boca Raton, FL 33432-6111
    Phone: 561-994-9646
    Fax: 561-431-4627

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By:     /s/ *Mark Milstein*
    Mark Milstein
    mmilstein@mjfwlaw.com
    10250 Constellation Blvd., 14th Floor
    Los Angeles, CA 90067
    Phone: (310) 396-9600

**ALTERS LAW FIRM, P.A.**

By:     /s/ *Jeremy W. Alters*
    Jeremy W. Alters (FL #111790)
    jeremy@alterslaw.com
    Justin D. Grosz (FL #984000)
    justin@alterslaw.com
    Matthew T. Moore, Of Counsel (FL #70034)
    matthew@alterslaw.com
    1855 Griffin Road, Suite C470
    Dania Beach, FL 33004
    Phone: (305) 571-8550
    Fax: (305) 571-8558

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail

and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of May, 2017.

      /s/ *Jimmy R. Faircloth, Jr.*
        OF COUNSEL