UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the *Motion to Stay May 31 Evidentiary Hearing Before the Special Master And Request for Expedited Consideration, Memo in Support of Motion to Stay May 31 Evidentiary Hearing Before the Special Master And Request for Expedited Consideration, and Proposed Order* are submitted for hearing on May 16, 2017, at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules.

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
| By: /s/ *Jimmy R. Faircloth, Jr.* | By: /s/ *Val Patrick Exnicios* |
| Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645) | Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel) |
| jfaircloth@fairclothlaw.com | vpexnicios@exnicioslaw.com |
| 301 Main Street, Suite 920 | 1515 Poydras Street, |
| Baton Rouge, LA 70801 | 14th Floor, Ste. 1400 |
| Phone: (225) 343-9535 | New Orleans, LA. 70112 |
| Fax: (225) 343-9538 | Phone: (504) 410-9611 |
| | Fax: (504) 410-9937 |

*Objectors' Co-Liaison Counsel*

| | |
|---|---|
| **BARON & BUDD, P.C.** | **GENTLE, TURNER, SEXTON & HARBISON, LLC** |
| By: /s/ *Russell W. Budd* | |
| Russell W. Budd (TX #03312400) | By: /s/ *K. Edward Sexton, II* |

    rbudd@baronbudd.com
S. Ann Saucer (TX #00797885;
LA #21368)
asaucer@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

    K. Edward Sexton, II
esexton@gtandslaw.com
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Phone: (205) 716-3000
Fax: (205) 716-3010

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:   /s/ *Eric D. Hoaglund*
   Eric D. Hoaglund
   ehoaglund@mhcilaw.com
   905 Montgomery Highway, Suite 201
   Vestavia Hills, Alabama 35216
   Phone: (205) 824-7767
   Fax: (205) 824-7768

**ROBERTS AND DURKEE, LLP**

By:   /s/ *C. David Durkee*
   C. David Durkee
   durkee@rdlawnet.com
   2665 South Bayshore Drive, Suite 300
   Coconut Grove, FL 33133
   Phone: (305) 442-1700
   Fax: (305) 442-2559

**DOYLE LAW FIRM, PC**

By:   /s/ *James V. Doyle, Jr.*
   James V. Doyle, Jr.
   jimmy@doylefirm.com
   2100 Southbridge Pkwy., Suite 650
   Birmingham, AL 35209
   Phone: 205-533-9500
   Fax: 205-414-7528

**H ARTHUR EDGE, P.C.**

By:   /s/ *David L Horsley*
   David L Horsley (AL #6090-I47H)
   david@edgelawyers.com
   2320 Highland Avenue
   Suite 175
   Birmingham, Alabama 35205
   Phone (205)453-0322
   Fax    (205)453-0326

   *Attorneys for Collins & Horsley*

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:   /s/ *Victoria E. Emmerling*
   Andrew A. Braun (LA #3415)
   abraun@glllaw.com
   Victoria E. Emmerling (LA #33117)
   temmerling@glllaw.com
   701 Poydras Street, Suite 4800
   New Orleans, Louisiana 70139-4800
   Phone: (504) 561-0400
   Fax: (504) 561-1011

**ALLISON GRANT, P.A.**

By:   /s/ *Allison Grant*
   Allison Grant (FL #858330)
   agrant@allisongrantpa.com
   14 SE 4th St
   Boca Raton, FL 33432-6111
   Phone: 561-994-9646
   Fax: 561-431-4627

*Attorneys for Morris Bart, L.L.C.*

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By: \_\_\_/s/ *Mark Milstein*_____
   Mark Milstein
   mmilstein@mjfwlaw.com
   10250 Constellation Blvd., 14th Floor
   Los Angeles, CA 90067
   Phone: (310) 396-9600

**ALTERS LAW FIRM, P.A.**

By: \_\_\_/s/ *Jeremy W. Alters*_____
   Jeremy W. Alters (FL #111790)
   jeremy@alterslaw.com
   Justin D. Grosz (FL #984000)
   justin@alterslaw.com
   Matthew T. Moore, Of Counsel (FL #70034)
   matthew@alterslaw.com
   1855 Griffin Road, Suite C470
   Dania Beach, FL 33004
   Phone: (305) 571-8550
   Fax: (305) 571-8558

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of May, 2017.

            */s/ Jimmy R. Faircloth, Jr.*
            OF COUNSEL