**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**MEMORANDUM IN SUPPORT OF MOTION TO STAY
MAY 31 EVIDENTIARY HEARING BEFORE THE SPECIAL MASTER
AND REQUEST FOR EXPEDITED CONSIDERATION**</u>

# EXHIBIT A

# EMAIL FROM DANIEL BALHOFF TO JIMMY FAIRCLOTH, ET AL. (FEB. 2, 2017)

**Rebecca Brown**

**To:** Brook Landry Villa
**Subject:** RE: CDW -- discovery briefing

**From:** Dan Balhoff [mailto:balhoff@pbmbllc.com]
**Sent:** Thursday, February 02, 2017 10:56 AM
**To:** Jimmy Faircloth; rherman@hhklawfirm.com; Arnold Levin (alevin@lfsblaw.com); Gerald Meunier (gmeunier@gainsben.com); Lenny Davis (ldavis@hhklawfirm.com); Sandra Duggan; Val Exnicios (vpexnicios@exnicioslaw.com)
**Subject:** CDW -- discovery briefing

Friends:

With respect to time sheets, the Objectors will have until the close of business on February 8 to file their brief, and the Fee Committee will have until the close of business on February 15 to file its response. Any party desiring further briefing must ask for leave.

With respect to all other discovery requests that the Objectors desire (including but not limited to requests made during last week's depositions), the Objectors will have until the close of business on February 15 to file their brief, and the Fee Committee will have until the close of business on February 22 to file its response. Any party desiring further briefing must ask for leave.

If the Fee Committee desires any discovery, the Fee Committee will have until the close of business on February 15 to file its brief, and the Objectors will have until the close of business on February 22 to file their response. Any party desiring further briefing must ask for leave.

It is possible that future developments may lead to additional discovery requests, but I ask that the parties address all known discovery issues at this time.

Thank you.

Dan Balhoff

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**