UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION TO STAY
MAY 31 EVIDENTIARY HEARING BEFORE THE SPECIAL MASTER
AND REQUEST FOR EXPEDITED CONSIDERATION**

# EXHIBIT D

# EMAIL STRING OF APRIL 5, 2017 TO MAY 1, 2017

# Rebecca Brown

**To:** Brook Landry Villa
**Subject:** RE: Request by Objectors for additional info

**From:** Jimmy Faircloth
**Sent:** Monday, May 01, 2017 4:40 PM
**To:** 'Dan Balhoff'; Allison Grant
**Cc:** 'Val Exnicios'; 'Russ Herman'; Brook Landry Villa; 'Holly Werkema'; 'Lenny Davis'; 'Sandy Duggan'; 'Arnold Levin'; Russell Budd (rbudd@baronbudd.com); Ann Saucer (asaucer@baronbudd.com); Mark Milstein (mmilstein@majfw.com); K. Edward "Eddie" Sexton II (esexton@gtandslaw.com); David Durkee (durkee@rdlawnet.com)
**Subject:** RE: Request by Objectors for additional info

Thank you, but this does not address the question of whether Primary Counsel will be permitted to challenge the size of the fee and expense pot in this proceeding. Since the outset, we have considered this an open issue, because it is fundamental to "making recommendations (including findings of fact and conclusions of law) concerning all pending attorneys' fee issues" (RD 20478) in general and the motion to allocate in particular. In addition, the FC's Joint Petition itself describes the balance in the pot as a moving target. If, however, you consider the size of the pot as a matter beyond your authority, please clearly say so. If the issue is before you, we'll save our arguments for the hearing and briefing. If it's not, we'll raise our concerns to Judge Fallon. But we shouldn't have to guess or waste anyone's time about such an important issue.

Jimmy

**From:** Dan Balhoff [mailto:balhoff@pbmbllc.com]
**Sent:** Monday, May 01, 2017 10:12 AM
**To:** Jimmy Faircloth; Allison Grant
**Cc:** 'Val Exnicios'; 'Russ Herman'; Brook Landry Villa; 'Holly Werkema'; 'Lenny Davis'; 'Sandy Duggan'; 'Arnold Levin'; Russell Budd (rbudd@baronbudd.com); Ann Saucer (asaucer@baronbudd.com); Mark Milstein (mmilstein@majfw.com); K. Edward "Eddie" Sexton II (esexton@gtandslaw.com); David Durkee (durkee@rdlawnet.com)
**Subject:** RE: Request by Objectors for additional info

Friends:

My duties are outlined in my appointment orders (attached), especially RD 20478 (which clarifies RD 20410). My principal objective is set forth in the last sentence of paragraph 10 of PTO 28 along with the entirety of PTO 28(F).

While I will issue recommendations on all motions pending before me, I may conclude that some of the arguments are moot (or that I do not have the power to address some arguments) because the Court has already ruled upon them. At the very least, though, I will issue a recommendation that (in the words of PTO 28) "establish[es] the allocation between the common benefit fee and individual counsels' fee."

With respect to the limited discovery that I am conducting, I will draw upon the evidence presented to me in making my recommendations to Judge Fallon. I assume that Judge Fallon will be able to draw upon my recommendations and the underlying discovery as he chooses. I do not know if Judge Fallon will allow additional discovery when the matter reaches him. We have not discussed it.

Thank you.

Dan Balhoff

**From:** Jimmy Faircloth
**Sent:** Monday, May 01, 2017 9:54 AM
**To:** 'Debbie Murphy'; Dan Balhoff; Allison Grant
**Cc:** 'Val Exnicios'; 'Russ Herman'; Brook Landry Villa; 'Holly Werkema'; 'Lenny Davis'; Sandy Duggan; Arnold Levin; Russell Budd (rbudd@baronbudd.com); Ann Saucer (asaucer@baronbudd.com); Mark Milstein (mmilstein@majfw.com); K. Edward "Eddie" Sexton II (esexton@gtandslaw.com); David Durkee (durkee@rdlawnet.com)
**Subject:** RE: Request by Objectors for additional info

Folks typically don't object to things they don't understand. And they rarely understand what happens behind the curtain. This proceeding was supposed to be about pulling back the curtain. Instead, it appears to be limited to securing a recommendation from the SM on an allocation based on the "stubborn facts" as reported by the FC. That's fine, but the record needs to be very clear about what this proceeding is and what it is not.

Jimmy R. Faircloth, Jr.
**Faircloth, Melton & Sobel, LLC**
jfaircloth@fairclothlaw.com

*Alexandria Office:*
105 Yorktown Drive
Alexandria, LA  71303
Phone 318-619-7755
Fax 318-619-7744

*Baton Rouge Office:*
One American Place
301 Main St., Ste. 920
Baton Rouge, LA  70801
Phone 225-343-9535
Fax 225-343-9538

CONFIDENTIALITY STATEMENT

This electronic message contains information from Faircloth, Melton & Sobel, LLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (318) 619-7755.

**From:** Debbie Murphy [mailto:DMurphy@lfsblaw.com]
**Sent:** Monday, May 01, 2017 9:44 AM
**To:** Jimmy Faircloth; Dan Balhoff; Allison Grant
**Cc:** 'Val Exnicios'; 'Russ Herman'; Brook Landry Villa; 'Holly Werkema'; 'Lenny Davis'; Sandy Duggan; Arnold Levin; Russell Budd (rbudd@baronbudd.com); Ann Saucer (asaucer@baronbudd.com); Mark Milstein (mmilstein@majfw.com); K. Edward "Eddie" Sexton II (esexton@gtandslaw.com); David Durkee (durkee@rdlawnet.com)
**Subject:** RE: Request by Objectors for additional info

From Arnold Levin –

It is indeed hard to get around stubborn facts.  Judge Fallon has awarded the global fee and no one challenged that ruling.  It is the allocation of that pot that is at issue.


Debbie Murphy
Levin, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.


**From:** Jimmy Faircloth [mailto:jfaircloth@faircothlaw.com]
**Sent:** Monday, May 1, 2017 9:12 AM
**To:** Dan Balhoff <balhoff@pbmbllc.com>; Allison Grant <agrant@allisongrantpa.com>
**Cc:** 'Val Exnicios' <vpexnicios@exnicioslaw.com>; 'Russ Herman' <rherman@hhklawfirm.com>; Brook Landry Villa <bvilla@faircothlaw.com>; 'Holly Werkema' <hwerkema@baronbudd.com>; 'Lenny Davis' <ldavis@hhklawfirm.com>; 'Sandy Duggan' <sduggan@lfsblaw.com>; 'Arnold Levin' <ALevin@lfsblaw.com>; Russell Budd (rbudd@baronbudd.com) <rbudd@baronbudd.com>; Ann Saucer (asaucer@baronbudd.com) <asaucer@baronbudd.com>; Mark Milstein (mmilstein@majfw.com) <mmilstein@majfw.com>; K. Edward "Eddie" Sexton II (esexton@gtandslaw.com) <esexton@gtandslaw.com>; David Durkee (durkee@rdlawnet.com) <durkee@rdlawnet.com>
**Subject:** RE: Request by Objectors for additional info

(I've dropped Mr. Garrett and added a few folks)

Dan, this highlights a really important question that needs to answered before the hearing:  What are the issues that you will decide?  We assumed you will be making a recommendation to Judge Fallon on all of the issues raised by the pleadings under his referral order, which would definitely include the pot size.  On several occasions, however, you appear to have focused solely on the primary allocation issue to the exclusion of other issues.  Further, in denying our request to introduce expert testimony at the hearing, you suggested, for the first time, that the purpose of this hearing is to establish an evidentiary record for Judge Fallon (as opposed to merely a record supporting your recommendation).   Respectfully, the scope and purpose of this proceeding appears to have changed, at least from our perspective.

The size of the fee and cost pot is the starting point to challenge the allocation motion.  The evidence has revealed that the pot size is wrong, according to both parties.  If that issue is not before you, when will it be heard and how?  I understand that you cannot alter the Orders issued by Judge Fallon, but surely your recommendation should cover such a fundamental issue.

At this point, we'd prefer not to argue with the FC about the scope of your charge.  Rather, we simply want to understand the scope of the questions/issues that you intend to address.  Perhaps it will be helpful if each side provides a list of questions/issues, and you can tell us which ones are in play.  We can then decide whether to file something to engage Judge Fallon on others.

3

Jimmy

Jimmy R. Faircloth, Jr.
**Faircloth, Melton & Sobel, LLC**
**jfaircloth@fairclothlaw.com**

*Alexandria Office:*
105 Yorktown Drive
Alexandria, LA  71303
Phone 318-619-7755
Fax 318-619-7744

*Baton Rouge Office:*
One American Place
301 Main St., Ste. 920
Baton Rouge, LA  70801
Phone 225-343-9535
Fax 225-343-9538

CONFIDENTIALITY STATEMENT

This electronic message contains information from Faircloth, Melton & Sobel, LLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (318) 619-7755.

---

**From:** Dan Balhoff [mailto:balhoff@pbmbllc.com]
**Sent:** Sunday, April 30, 2017 11:31 PM
**To:** Allison Grant
**Cc:** Jimmy Faircloth; 'Val Exnicios'; 'Russ Herman'; Brook Landry Villa; 'Holly Werkema'; 'Lenny Davis'; 'Sandy Duggan'; 'Phil Garrett'; 'Arnold Levin'
**Subject:** RE: Request by Objectors for additional info

Allison:

On May 17, 2016, the Court awarded $192,981,363.35 for a global award of attorneys' fees and reimbursement of expenses.  See attached.

You state that the more recent information concerning shared costs is relevant to the global fee pot.  Please address whether I can vary the global fee pot without revising the Court's prior ruling.

Thank you.

Dan Balhoff

---

**From:** Allison Grant [mailto:agrant@allisongrantpa.com]
**Sent:** Wednesday, April 26, 2017 8:24 PM
**To:** Dan Balhoff <balhoff@pbmbllc.com>
**Cc:** 'Jimmy Faircloth' <jfaircloth@fairclothlaw.com>; 'Val Exnicios' <vpexnicios@exnicioslaw.com>; 'Russ Herman' <rherman@hhklawfirm.com>; 'Brook Landry Villa' <bvilla@fairclothlaw.com>; 'Holly Werkema'

<hwerkema@baronbudd.com>; 'Lenny Davis' <ldavis@hhklawfirm.com>; 'Sandy Duggan' <sduggan@lfsblaw.com>; 'Phil Garrett' <pgarrett@garrettco.com>; 'Arnold Levin' <ALevin@lfsblaw.com>
**Subject:** RE: Request by Objectors for additional info

Dan,

In response to CMO No. 1, Mr. Garrett produced Shared Costs Back-up Documentation through August 2016.   On February 16, 2017, we advised you that there was an issue with the portal in terms of being able to filter by category.  In addition, we advised you that some documents had been omitted and requested a supplemental production with respect to shared costs to bring everything current.  There was no objection.   Indeed, since that time, the FC has stated (including just 2 days ago) that the Objectors "were granted access to the CCMS records of Shared Costs in this case from inception through the current date." <u>See</u> The Fee Committee's Memorandum of Law in Opposition to Primary Counsel's Objection to Special Master Ruling Denying Allegedly Necessary Discovery and Request for Expedited Consideration dated April 24, 2017, p. 2.

It is curious that the FC is now objecting to the production of Shared Costs from the last six months after advising the Court we have been granted access to the CCMS records of Shared Costs to the current date.  The balance of the Shared Costs account and how those funds were spent is relevant to these proceedings as these funds may become part of the global fee pot.  As such, I reurge my previous request for this supplemental production.  Thank you.

Sincerely,

Allison Grant, Esq.
Allison Grant, P.A.
14 Southeast 4th Street
Boca Raton, Florida  33432
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com


**Kindly skip the snail mail and email instead.**

*Confidentiality Note:  The information contained in this electronic transmission is legally privileged and confidential, and is intended solely for the use of the individual identified hereinabove as the intended recipient.  If the reader of this electronic transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, publication, discussion, retransmission or reproduction of this communication is unauthorized and prohibited.  If you have received this electronic transmission in error, please delete this communication immediately and notify the sender via reply email.  Thank you for your anticipated compliance*

---

**From:** Dan Balhoff [mailto:balhoff@pbmbllc.com]
**Sent:** Wednesday, April 26, 2017 11:35 AM
**To:** Allison Grant <agrant@allisongrantpa.com>
**Cc:** 'Jimmy Faircloth' <jfaircloth@fairclothlaw.com>; Val Exnicios <vpexnicios@exnicioslaw.com>; Russ Herman <rherman@hhklawfirm.com>; Brook Landry Villa <bvilla@fairclothlaw.com>; 'Holly Werkema' <hwerkema@baronbudd.com>; Lenny Davis <ldavis@hhklawfirm.com>; Sandy Duggan <sduggan@lfsblaw.com>; Phil Garrett <pgarrett@garrettco.com>; Arnold Levin <ALevin@lfsblaw.com>
**Subject:** RE: Request by Objectors for additional info

Allison:

Phil told me that his programmers fixed the portal issue that you referenced.

I now have the current information that you requested from Phil. Before I forward it, could you please address Arnold Levin's point that he made in his April 25 email?

Thank you.

Dan Balhoff

---

**From:** Debbie Murphy [mailto:DMurphy@lfsblaw.com] **On Behalf Of** Arnold Levin
**Sent:** Tuesday, April 25, 2017 12:58 PM
**To:** Dan Balhoff <balhoff@pbmbllc.com>; Allison Grant <agrant@allisongrantpa.com>
**Cc:** 'Jimmy Faircloth' <jfaircloth@fairclothlaw.com>; Val Exnicios <vpexnicios@exnicioslaw.com>; Arnold Levin <ALevin@lfsblaw.com>; Russ Herman <rherman@hhklawfirm.com>; Brook Landry Villa <bvilla@fairclothlaw.com>; 'Holly Werkema' <hwerkema@baronbudd.com>; Lenny Davis <ldavis@hhklawfirm.com>; Sandy Duggan <sduggan@lfsblaw.com>; Phil Garrett <pgarrett@garrettco.com>
**Subject:** RE: Request by Objectors for additional info


From Arnold Levin -

Dan – the relevant time period for this fee dispute is from inception of the litigation through December 31, 2013. As it is, Mr. Garrett already produced Shared Costs that go well beyond that timeframe and, as such, the court-appointed CPA has overly produced information to the Objectors.


Debbie Murphy
Levin, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

---

**From:** Dan Balhoff [mailto:balhoff@pbmbllc.com]
**Sent:** Tuesday, April 25, 2017 12:14 PM
**To:** Allison Grant <agrant@allisongrantpa.com>
**Cc:** 'Jimmy Faircloth' <jfaircloth@fairclothlaw.com>; Val Exnicios <vpexnicios@exnicioslaw.com>; Arnold Levin <ALevin@lfsblaw.com>; Russ Herman <rherman@hhklawfirm.com>; Brook Landry Villa <bvilla@fairclothlaw.com>; 'Holly Werkema' <hwerkema@baronbudd.com>; Lenny Davis <ldavis@hhklawfirm.com>
**Subject:** RE: Request by Objectors for additional info

6

Allison:

I have forwarded your email to Phil.

Dan Balhoff

---

**From:** Allison Grant [mailto:agrant@allisongrantpa.com]
**Sent:** Tuesday, April 25, 2017 11:05 AM
**To:** Dan Balhoff <balhoff@pbmbllc.com>
**Cc:** 'Jimmy Faircloth' <jfaircloth@fairclothlaw.com>; Val Exnicios <vpexnicios@exnicioslaw.com>; Arnold Levin <alevin@lfsblaw.com>; Russ Herman <rherman@hhklawfirm.com>; Brook Landry Villa <bvilla@fairclothlaw.com>; 'Holly Werkema' <hwerkema@baronbudd.com>; Lenny Davis <ldavis@hhklawfirm.com>
**Subject:** FW: Request by Objectors for additional info

Special Master Balhoff,

I am following up on the below email from Philip Garrett regarding the status of the update to Mr. Garrett's portal.

In addition, Mr. Garrett's email states that he is producing shared costs through February 2017, however, the attachment to his email only included shared costs through September 2016.

Thank you.

Sincerely,

Allison Grant, Esq.
Allison Grant, P.A.
14 Southeast 4th Street
Boca Raton, Florida  33432
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com


**Kindly skip the snail mail and email instead.**

*Confidentiality Note:  The information contained in this electronic transmission is legally privileged and confidential, and is intended solely for the use of the individual identified hereinabove as the intended recipient.  If the reader of this electronic transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, publication, discussion, retransmission or reproduction of this communication is unauthorized and prohibited.  If you have received this electronic transmission in error, please delete this communication immediately and notify the sender via reply email.  Thank you for your anticipated compliance*

---

**From:** Philip Garrett [mailto:pgarrett@garrettco.com]
**Sent:** Wednesday, April 05, 2017 9:15 AM
**To:** Dan Balhoff
**Cc:** Lenny Davis; Jimmy Faircloth; Val Exnicios; Arnold Levin
**Subject:** Request by Objectors for additional info

Attached please find the requested Philip Garrett, CPA invoices as well as the backup for shared costs since 8/31/2016 through February which is our latest information.

We have requested the programmers to fix the category filter on the View Submissions page of the program and that should be done within the next week.

I am sending this to both Objectors and Fee Committee representatives so that they can distribute the information as you have allowed.

Any questions please contact me at your convenience


Philip A. Garrett, CPA
600 Northwoods Drive
Abita Springs, LA  70420
pgarrett@garrettco.com
Direct: 985-635-1500
Office: 985-746-9165

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**


**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**


**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**