UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | |

# O R D E R

Considering the Motion for Leave to File Exhibits Under Seal filed by Plaintiffs' Lead and Liaison Counsel;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits A and B attached to Plaintiffs' Lead and Liaison Counsels' Motion for Sanctions Pursuant to Rule 11 Against Jimmy R. Faircloth, Jr., Esq., Val Patrick Exnicios, Esq., Mark Milstein, Esq., and C. David Durkee, Esq. [Rec. Doc. 20759] be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 10th day of _____May_____, 2017.

_____
ELDON E. FALLON
United States District Court Judge