# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | |

## Special Master's Case Management Order
## Regarding Evidentiary Hearing

1. <u>Date, Time, and :Location of Evidentiary Hearing</u> – The evidentiary hearing on all fee-related issues pending before the Special Master, including but not limited to the Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) by Plaintiffs' Liaison Counsel and the Fee Committee (R. Doc. 20293), the various Responses in Opposition filed by Plaintiffs' attorneys (R. Doc. 20336, R. Doc. 20337, R. Doc. 20338, R. Doc. 20343, R. Doc. 20344, R. Doc. 20346, R. Doc. 20348, R. Doc. 20349, R. Doc. 20350, R. Doc. 20351, R. Doc. 20354, R. Doc. 20355, R. Doc. 20356, R. Doc. 20357, R. Doc. 20376, and R. Doc. 20392), and the Motion for Discovery (R. Doc. 20394) will take place in the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, beginning at 9:00 a.m. on **May 31, 2017**, and continuing, if necessary, on **June 1, 2017**.

2. <u>Pre-hearing Conference</u> – A pre-hearing conference will take place at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on **May 16, 2107** immediately after the conclusion of the Court's monthly status conference.

3. <u>Pre-hearing Briefs</u> – Pre-hearing briefs are not required. However, any party may submit a pre-hearing brief to the Special Master (copying the Fee Committee and Co-Liaison Counsel) on or before **May 24, 2017**.

4. <u>Procedure of the Evidentiary Hearing</u> – The Fee Committee shall make a presentation followed by the Objectors. Thereafter, the Fee Committee shall have the right, if it chooses, to present a rebuttal. The time allocated for each side's presentation shall be established at a later date prior to the evidentiary hearing.

5. <u>Depositions</u> – Any party that desires to submit any depositions that have been taken in this matter (*i.e.*, the depositions which were supervised in December 2016 and January 2017) into evidence shall be allowed to designate portions of the deposition transcripts for introduction at the Evidentiary Hearing. Such designations shall be made by **May 8, 2017**. Counter-designations shall be made by **May 15, 2017**.

6. <u>Live Testimony</u> – Subject to prior approval by the Special Master, parties shall be allowed to call additional non-duplicative witnesses at the evidentiary hearing. Any party desiring to call any such witness shall submit to all parties and the Special Master on or before **May 8, 2017**, a witness list containing the subject matter to which the witness is expected to testify, along with a summary of the proposed testimony. Any opposition to testimony by the witness at the evidentiary hearing shall be submitted by **May 15, 2017**. The Special Master shall render a decision regarding approval to call the additional witness prior to the evidentiary hearing. The witness shall be subject to cross-examination at the evidentiary hearing.

7. <u>Testimony via Declaration</u>:

    a. <u>Previously Submitted Declarations</u> – If a declaration or affidavit has been filed into the Court record or submitted to the Special Master as of April 23, 2017, any party may submit the declaration or affidavit into the record at the evidentiary hearing. The declarant/affiant will be subject to cross-examination at the evidentiary hearing.

    b. <u>Supplemental Declarations</u> – Individuals who have been deposed in this matter (Philip Garrett, Arnold Levin, Russ Herman, Sandra Duggan) or who have previously submitted a declaration or affidavit in this matter may submit a supplemental declaration and/or affidavit (*i.e.*, one that is not already in the record). Any party submitting such a supplemental declaration and/or affidavit must submit a copy to the Special Master, the Fee Committee, and Co-Liaison Counsel on or before **May 8, 2017**. The supplemental declaration and/or affidavit shall not be duplicative. Any objection to the supplemental declaration and/or affidavit shall be submitted by **May 15, 2017**. The Special Master shall render a decision as to whether the supplemental declaration/affidavit shall be entered into the record. The declarant/affiant will be subject to cross-examination at the evidentiary hearing.

8. <u>Experts</u> – The Special Master is not inclined to allow expert testimony at the evidentiary hearing. Any party may request reconsideration of this decision by sending an email to the Special Master, the Fee Committee, and Co-Liaison Counsel no later than **April 26, 2017** (sooner, if possible). The email should specifically describe the nature of the proposed expert testimony as well as the reason or reasons the proposed expert testimony is necessary.

9. <u>Exhibits and Stipulations for Evidentiary Hearing</u> – On or before **May 8, 2017**, all parties shall exchange and identify all exhibits to be used at the evidentiary hearing. If a party objected to the production of a document during the course of discovery, the Special Master will entertain an objection to its use at the evidentiary hearing. As with all objections, the Special Master will consider the value of the evidence to the Court's ultimate determination of the pending motions. The parties shall meet and confer to address stipulations as to exhibits and if there are objections to the use of any exhibits, the parties shall set forth objections by **May 15, 2017**, after which time the Special Master will rule on the objections.

10. <u>Witness Lists for Evidentiary Hearing</u> - On or before **May 8, 2017**, all parties shall identify all witnesses to be called at the Evidentiary Hearing, together with a brief description of the expected testimony.

11. <u>Post-Evidentiary Hearing Matters</u> – At the conclusion of the Evidentiary Hearing, the parties will address further with the Special Master the timing and any need for post-hearing matters and briefing.

12. The Special Master reserves the right to amend this case management order if the circumstances so warrant.

Baton Rouge, Louisiana, this 23rd day of April, 2017.

                                                 <u>/s/ Daniel J. Balhoff</u>
                                                 DANIEL J. BALHOFF
                                                 SPECIAL MASTER