## Amy Freese

**From:** Chris Smith [cmsmith@prudentialgardner.com]
**Sent:** Saturday, February 28, 2009 4:05 PM
**To:** Amy Freese
**Subject:** Fwd: Copies of signed paperwork ~ 261 W. Robert E. Lee

**Importance:** High

**Attachments:** 20090228155807844.pdf

Lease for $1800. mnt until the 1st Purchaser sells her house

20090228155807844.pdf (679 KB)...

Dear Amy,

Hello~

Attached to this email are copies of the following:
1) The amendment extending the act of sale date
2) The signed and executed lease
3) The amendment pertaining to the lease

I also am in receipt of the $250 pet deposit check as well as the $1,800 first month's rent. If you need me to bring these over to your home in Metairie this weekend I will gladly do so. Otherwise, I may have Jerry hand deliver these to your office first thing on Monday morning. If you would rather me deliver these to you over the weekend, please just let me know.

Thank you both for allowing this sale to proceed in the way that is has. You both have been very flexible and accomodating and I sincerely appreciate all that you have done. If all goes according to plan, we should have an actual closing & sale by the end of March! :)

Please feel free to call me if either of you should have any questions and thank you both again.

Warmest Regards,
Chris Smith, Realtor

Direct Cell Phone (504) 231-2004
Please check out my webiste @ www.ChrisSmithHomes.com

----- Forwarded message from faxout@prudentialgardner.com -----
Date: Sat, 28 Feb 2009 15:58:08 -0500
From: faxout@prudentialgardner.com
Reply-To: faxout@prudentialgardner.com
To: Chris Smith <cmsmith@prudentialgardner.com>

This E-mail was sent from "RNPCF76B4" (Aficio MP 161).

Scan Date: 02.28.2009 15:58:07 (-0500)
Queries to: faxout@prudentialgardner.com

----- End forwarded message -----

Attachment 2

 

GARDNER, REALTORS®

GBS Properties, L.L.C. dba Prudential Gardner, Realtors®
ADMINISTRATIVE OFFICES: 3332 N. Woodlawn Ave., Metairie, LA 70006

FOR EXCLUSIVE USE OF PRUDENTIAL GARDNER, REALTORS AND THEIR AFFILIATED LICENSEES. PRUDENTIAL GARDNER, REALTORS ASSUMES NO RESPONSIBILITY FOR ANY UNAUTHORIZED USE OF THIS FORM.

# AMENDMENT TO
## ☑ AGREEMENT TO BUY OR SELL *or*
## ☐ MARKETING AGREEMENT

ADDRESS 261 W. Robert E. Lee

New Orleans, La 70124

MLS # ____________

DATED Febraury 27th 2009

It is hereby understood that the above referenced Agreement is amended as follows:

☐ Extend Listing from: ____________ to ____________

☐ Adjust Listing price from: ____________ to ____________

☐ Loan commitment date from: ____________ to ____________

☑ Act of Sale date from: Febraury 27th. 2009 to May 30th. 2009

☐ Other Changes: ____________

***All other terms and conditions of the contract to remain in full force and effect.***

| Seller [signature] | Date 2/27/09 | Buyer Cathy Love [signature] | Date 2/28/09 |
|---|---|---|---|
| Seller [signature] | Date 2/27/09 | Buyer | Date |
| Listing Agent [signature] | Date 02/27/09 | Manager | Date |
| Selling Agent [signature] | Date 02/27/09 | Manager | Date |

"The #1 Real Estate and Home Services Company in Southeast Louisiana and the Southern Mississippi Region"

An independently owned and operated member of The Prudential Real Estate Affiliates, Inc. Prudential is a service mark of The Prudential Insurance Company of America.

PGR-126 (R12/07)

***Amendment to lease dated February 27th 2009 regarding the property located at 261 W. Robert E. Lee ~ New Orleans, La 70124***

In the event that the lessee has not sold either of her two properties by May 30th 2009 as referenced in the "agreement to purchase" and "amendment to the agreement to purchase", which are dated 02/04/09; then it is mutually agreed by both the lessor's and lessee that the monthly rental amount for each month's rent beyond May 30th will be at a monthly net rental of $ 2,200. 00 (Two thousand and two hundred dollars) due from the lessee to the lessor's and all other terms as outlined in the lease shall remain the same.

2/27/09 (Lessor Signature and date)

02/27/09 (Lessor Signature and date)

(Lessee Signature and date)
2/28/09

 Prudential
GARDNER, REALTORS®

GBS Properties, L.L.C. dba Prudential Gardner, Realtors®
ADMINISTRATIVE OFFICES: 3332 N. Woodlawn Ave., Metairie, LA 70006

FOR EXCLUSIVE USE OF PRUDENTIAL GARDNER, REALTORS AND THEIR AFFILIATED LICENSEES. PRUDENTIAL GARDNER, REALTORS ASSUMES NO RESPONSIBILITY FOR ANY UNAUTHORIZED USE OF THIS FORM.

# RESIDENTIAL LEASE

Date: February 27th 2009

***PARTIES*** Amy and Daniel Carter, ( hereinafter referred to as Lessor) hereby leases to Cathy Love (hereinafter referred to as Lessee) the following described property:

***PREMISES*** 261 W. Robert E. Lee in New Orleans (City) Louisiana (State) 70124 (Zip), for use by Lessee as a private residence only.

***TERM*** This lease is for a term of three months commencing on the 1st day of March, 2009. and ending on the last calendar day of May, 2009.

***MONTH TO MONTH RENEWAL*** If Lessee, or Lessor, desires that this lease terminate at the expiration of its term, he must give to the other party written notice at least 30 days prior to that date. Failure of either party to give this required notice automatically renews this lease and all of the terms thereof except that the lease will then be on a month to month basis.

***RENT*** This lease is made for and in consideration of a monthly rental of $ 1,900. 00 dollars payable in advance on or before the 1st day of each month at to be delivered to lessor/owner. Lessee agrees to pay Lessor the sum of $ n/a dollars which is prorated rental for the period n/a through n/a 20__. If rent is paid by the 3rd day of the month, Lessee shall be entitled to a deduction of $ 100. 00 dollars per month, or a net rental of $ 1,800. 00 dollars per month provided, however, that any monthly rental payment not received by the 10th. day of the month shall be considered delinquent. If Lessee pays by check and said check is not honored on presentation for any reason whatsoever, Lessee agrees to pay an additional sum of $ 50. 00 as a penalty. This penalty provision is not to be considered a waiver or relinquishment of any of the other rights or remedies of Lessor. At Lessor's discretion after receipt of NSF check, Lessor may require all future payments in the form of money orders or certified funds. Lessor shall give written notice to Lessee of this requirement.

***SECURITY DEPOSIT*** Upon execution of this lease, Lessee agrees to deposit with Lessor, the sum of $ 3,000. 00. This deposit shall be non-interest bearing and is to be held by Lessor as security for the full and faithful performance of the terms and conditions of this lease. This security deposit is not an advance rental and Lessee may not deduct any portion of the deposit from rent due to Lessor. This security deposit is not to be considered liquidated damages. In the event of forfeiture of the security deposit due to Lessee's failure to fully and faithfully perform all of the terms and conditions of this lease, Lessor retains all of his other rights and remedies. Lessee does not have the right to cancel this lease and avoid his obligations hereunder by forfeiting said security deposit.

Deductions will be made from the security deposit to reimburse Lessor for the cost of repairing any damage to the premises or equipment, or the cost of replacing any of the articles, or equipment that may be damaged beyond repair, lost or missing at the termination of this lease. Deductions will also be made to cover any unpaid amounts owed to Lessor for any damage, loss, or charges which occurred prior to termination of this lease and for which Lessee is responsible. In the event that damages or other charges exceed the amount of the security deposit, Lessee agrees to pay all expenses and cost to Lessor. In the event there has been a forfeiture of the security deposit, excess charges shall be paid in addition to the amount of the said security deposit.

Should there be any damage to the leased premises or equipment therein, reasonable wear and tear excepted, caused by, Lessee his family, guests or agent, Lessee agrees to pay Lessor when billed, the full amount necessary to repair or replace the damaged premises or equipment. This includes but is not limited to garbage disposal, plumbing problems due to improper usage, also water problems due to improper bath/shower usage.

Not withstanding any other provisions expressed or implied herein, it is specifically understood and agreed that the entire security deposit aforesaid shall be automatically forfeited should Lessee vacate or abandon premises before the expiration of this lease, except where such abandonment occurs during the last month of the term of this lease, and Lessee has paid all rent covering the entire term and either party has given the other timely written notice that his lease will not be renewed under its automatic renewal provisions. Forfeiture of the security deposit shall not limit Lessor's rights nor Lessee's obligations.

The leased premises must be returned to the Lessor in as good condition as they were at the time the Lessee first occupied same, subject only to normal wear and tear. Lessor agrees to deliver the premises clean and free of trash at the beginning of this lease and Lessee agrees to return the same in like condition at the termination of this lease. At the termination of this lease, the Lessee shall be entitled to an accounting, and a return of the security deposit within 30 days thereafter, providing all of the obligations of the Lessee have been fulfilled, including return of the keys to the Lessor. Lessee shall provide Lessor with a forwarding address, in writing.

***OCCUPANTS*** The leased premises shall be occupied only by the persons listed below. Other occupants, including temporary visitors, are not allowed to remain at the premises for a period in excess of 10 days.

Cathy Love

A temporary visitor is one who inhabits the premises for no more than ten (10) days.

~~***PETS*** No pets shall be allowed on the premises at any time. However, this provision shall not preclude Lessor from modifying any lease to allow pets by mutual written agreement between Lessor and Lessee.~~

***INITIALS*** Lessee's CL Lessee's ______ Lessor's [signature] Lessor's [signature]

"The #1 Real Estate and Home Services Company in Southeast Louisiana and the Southern Mississippi Region"

An independently owned and operated member of The Prudential Real Estate Affiliates, Inc. Prudential is a service mark of The Prudential Insurance Company of America.

***SUB LEASE*** Lessee is not permitted to sublet or grant use or possession of the leased premises without the written consent of Lessor and then only in accordance with the terms of this lease. Any expense associated with sub-leasing the premises shall be paid by Lessee.

***DEFAULT, ABANDONMENT OR EVICTION*** Should the Lessee fail to pay the rent or any other charges arising under this lease promptly as stipulated or should premises be abandoned by Lessee (it being agreed that an absence of Lessee from the leased premises for five consecutive days after rentals have become delinquent shall create a conclusive presumption of abandonment) or should Lessee begin to remove furniture or any substantial portion of Lessee's personal property to the detriment of Lessors lien, or should voluntary or involuntary bankruptcy proceedings be commenced by or against Lessee, or should Lessee make an assignment for the benefit of creditors, then in any of said events, Lessee shall be in default and the rental of the whole of the unexpired term of this lease, together with any attorney's fees and all other expenses, shall immediately become due. Lessor may proceed one or more times for past due installments without prejudging his rights to proceed later for the rent for the remaining term of this lease. Similarly, in the event of any such default, Lessor retains the option to cancel this lease and obtain possession of the premises in accordance with the provisions of Article 4701 et. seq. of the Louisiana Code of Civil Procedure. In the event of such cancellation and eviction, Lessee is obligated to pay any and all rent and expenses due and owing through the day said premises are re-rented or this lease expires, whichever is sooner. Lessee is obligated to pay any collection and eviction costs and attorney's fees. In the event the premises are abandoned as defined above, Lessee grants to Lessor the right to dispose of belongings remaining in the premises in any manner Lessor chooses without any responsibility to Lessee for any loss which Lessee may sustain from said disposition. Lessee shall be responsible for any cost incurred by removal of these belongings.

***OTHER VIOLATIONS, NUISANCE*** Should the Lessee at any time violate any of the conditions of this lease, other than the conditions provided in the immediately preceding paragraphs under the heading "Default, Abandonment, or Eviction" or should the Lessee discontinue the use of the premises for the purposes for which they are rented or fail to maintain a standard behavior consistent with the consideration necessary to provide reasonable safety, peace and quiet to others, such as but not limited to, being boisterous or disorderly, creating undue noise, disturbance or nuisance of any nature or knowingly engaging in any unlawful or immoral activities, or failure to abide by any Rules and Regulations, and should such violation continue for a period of five days after written notice has been given Lessee (such notice may be posted on Lessee's door) or should such violation again occur after written notice to cease and desist from such activity or disturbance, then, Lessee shall be in default and Lessor shall have the right to demand the rent for the whole unexpired term of this lease which at once becomes due and payable or to immediately cancel this lease and obtain possession of the premises in accordance with the provisions of Article 4701 et. seq. of Louisiana Code of Civil Procedure, or to exercise any further rights granted by this lease or available by law.

***RULES AND REGULATIONS*** Lessee acknowledges receipt of a copy of and agrees to comply with the Rules and Regulations. Lessee agrees to comply with any additions and/or modifications to these Rules & Regulations or with other Rules & Regulations which may be established and adopted by the Lessor and which may be posted on the leased premises, and/or mailed, and/or delivered to Lessee.

***CONDITION, REPAIRS, ADDITIONS AND ALTERATIONS OF PREMISES*** Lessor warrants that the leased premises are in good condition, unless otherwise noted. Lessor shall be responsible for the repair of electrical, plumbing, air conditioning and heating system provided the repair is not caused by misuse or neglect by the Lessee. Lessee agrees to use the same with care, and to perform the usual cleaning and household maintenance customarily required. Air conditioning and heating filters are the responsibility of Lessee. The running of the unit with dirty filters is not permitted. Lessee acknowledges that he has been provided the opportunity to inspect the premises and accepts it in its current condition and agrees to keep it in same condition during the term of this lease at his expense and return it to Lessor in the same or better condition at termination of this lease, normal decay, wear and tear excepted. The only exceptions to this area are repairs/improvements that Lessor specifically agrees to perform on the premises as may be outlined in the "SPECIAL CONDITIONS" section of this lease.

Lessee shall not make any additions or alterations to the premises without written permission of the Lessor. Lessor or his employees shall have the right to enter the premises for the purpose of inspection or making repairs necessary for preservation of the property. Any additions or alterations made to the property by the Lessee shall become the property of the Lessor at the termination of this lease unless otherwise stipulated herein. Lessee expressly waives all right to compensation for any additions or alterations made to the premises. The Lessor, at his option, may require the premises to be returned to its original condition at Lessee's expense.

***OCCUPANCY*** Should Lessor be unable to provide occupancy on the date of the beginning of this lease due to causes beyond control of Lessor, this lease shall not be affected thereby, but Lessee shall owe rent beginning only with the day on which he can obtain possession. Lessee shall not be entitled to any damages beyond the remission of rent for such term during which he is deprived of possession. Should Lessor be unable to provide occupancy within 10 calendar days from the commencement of this lease as stipulated herein, the Lessee shall have the option of terminating this lease by giving written notice to Lessor.

Should the property be destroyed or materially damaged so as to render it wholly unfit for occupancy by fire or other unforseen event not due to any fault or neglect of Lessee, then Lessee shall be entitled to a refund of any prepaid rents for the unexpired term of this lease. However, Lessee shall not be entitled to a reduction of the monthly rent or cancellation of this lease because of a temporary failure of utilities, heat, air conditioning or temporary closing of swimming pool and/or a reasonable delay in completing agreed to improvements to the premises as specified in the "SPECIAL CONDITIONS" section of this lease.

***SURRENDER OF PREMISES*** At the expiration of this lease, or its termination for other causes, Lessee is obligated to immediately surrender possession, and should Lessee fail to do so, he consents to pay any and all damages, but in no case less than five times the rent per day, plus attorney's fees, and other related costs

***LIABILITY*** If any employee or representative of Lessor renders any services (such as parking, washing or delivering automobiles, handling of furniture of other articles, cleaning the rented premises, package delivery, or any other service) for or at the request of Lessee, his family, employees or guests, then for the purpose of such service, such employees shall be deemed the servant of Lessee, regardless of whether or not payment is arranged for such service, and Lessee agrees to release Lessor and his agents and/or representatives and to hold them harmless of any and all liability arising therefrom.

Neither Lessor nor his agents and/or representatives shall be liable to Lessee, or to Lessee's employees, patrons and visitors, or to any other person for any damage to person or property caused by any act, omission or neglect of Lessee or any other tenant of said leased premises and Lessee agrees to defend, indemnify and hold Lessor, his agents and/or representatives

***INITIALS*** Lessee's [initials] Lessee's ________ Lessor's [initials] Lessor's [initials]

An independently owned and operated member of The Prudential Real Estate Affiliates, Inc. Prudential is a service mark of The Prudential Insurance Company of America.

PGR-202 (R1/00) (PAGE 2 OF 4)

CARTER000172

harmless from all claims for any such damage, whether the injury occurs on or off leased premises.

Lessee hereby releases and holds Lessor, his agents and/or representatives harmless and agrees to defend and indemnify Lessor from any damage or injury to persons or property caused as a result of the use of any swimming pool by Lessee or any persons making use of said through the use, permission or consent of Lessee.

Lessee assumes responsibility for the condition of the premises. Lessor is not responsible for damage caused by leaks in the roof, by bursting of pipes by freezing or otherwise, or any vices or defects of the leased property, or the consequences thereof, except in case of positive neglect or failure to take action toward the remedying of such defects within a reasonable amount of time after receiving written notice of such defects. Should Lessee fail to promptly so notify Lessor in writing, of any such defects, Lessee will become responsible for any damage or claims resulting to Lessor or other parties.

Lessee understands that neither Lessor, his agents and/or representatives carries Hazard or Flood insurance on Lessee's contents in leased premises. Lessor is not responsible for damage or loss of Lessee's personal property. Lessor encourages Lessee to acquire adequate insurance to protect themselves and their personal property.

Lessor and Lessee acknowledge that the return or disposition of Lessee's deposit is a decision made exclusively by the Lessor in accordance with the applicable rules of the Louisiana Real Estate Commission, the terms and conditions of this lease, and the requirements of law. Said parties acknowledge that the Lessor's Broker is likewise bound to the applicable rules of the Louisiana Real Estate Commission and cannot return the deposit, if held by Broker, in the absence of mutual written agreement except in accordance with the rules and regulations of the Louisiana Real Estate Commission. Accordingly, both Lessor and Lessee release and discharge Agent/Broker from any and all liability or responsibility of Agent/Broker relating to the return of such deposit, except in the event Agent/Broker breaches the rules and regulations of the Louisiana Real Estate Commission. Lessee acknowledges that the actions of the Agent/Broker regarding this entire lease is made solely and at the direction of the Lessor.

***SIGNS & ACCESS*** Lessor reserves the right to post on the premises "For Sale" signs at any time and "For Rent" signs can be placed on property sixty days prior to expiration of lease. Lessee will also permit Lessor, his agents and/or representatives to have access to the premises for the purpose of inspection, sale or leasing at reasonable intervals between the hours of 8:00 am and to 8:00 pm. If Lessee refuses request for access, this shall constitute a violation of the lease.

***ATTORNEY FEES*** Lessee further agrees that if an Attorney is employed to protect the rights of the Lessor hereunder, Lessee will pay the fee of such attorney. Such fee is hereby fixed at twenty-five (25%) percent of the amount claimed or a minimum of $300.00 whichever is greater. Lessee further agrees to pay all court costs and sheriff's charges and all other expenses involved.

***NOTICES*** All notices required to be given under the terms of this lease shall be in writing, and if mailed, by certified mail addressed to Lessee at the herein leased premises or to Lessor at the address appearing in this lease, and such mailing constitutes full proof of and compliance with the requirement of notice, regardless of whether addressee received such notice or not. Notices may also be given in writing by hand delivery, or by attaching to door of premises.

***COMMISSIONS*** Lessor, his heirs, successors or assigns, agrees to pay to PRUDENTIAL GARDNER, REALTORS, its heirs, successors or assigns a lump sum cash commission of NO LEASING COMMISSION is being charged which commission is earned and payable upon execution of this lease, and a similar commission on any extension or renewal of this lease and also a commission of FIVE % of the negotiated price of any agreement to sell, exchange or option made with or through Lessee during the term of this lease or any renewal and/or extension thereof or within 180 days after the expiration of this lease or any renewal thereof.

In consideration of services rendered by Agent/Broker in negotiation this lease, Lessor hereby agrees that in the event the herein leased property is sold or transferred during the term of this lease and there are any unpaid commissions still due Agent/Broker, Lessor will pay same lump sum in cash at the time property is sold or transferred.

***OTHER CONDITIONS*** The failure of Lessor to insist upon the strict performance of the terms, covenants, agreements and conditions hereby contained, or any of them, shall not constitute or be construed as a waiver or relinquishment of the Lessor's right thereafter to enforce any such terms, covenant, agreement and condition, but the same shall continue in full force and effect.

It is understood that the terms "Lessor" and "Lessee" are used in this lease, and they shall include the plural and shall apply to all persons, both male and female. All obligations of Lessee are joint, several and in solido.

This lease, whether or not recorded, shall be junior and subordinate to any mortgage hereafter placed by Lessor on the entire property of which the leased premises forms a part.

***UTILITIES*** Lessee shall maintain all utility services, including water, gas, electricity, phone, garbage collection, and lawn and garden care, in Lessee's name and shall promptly pay all charges due thereon, during the term of this lease unless otherwise noted. Lessee to also maintain Security Monitoring System through INTERFACE SECURITY

***WAIVER OF NOTICE*** Upon termination of the right of occupancy for any reason, Lessee hereby expressly waives notice to vacate premises prior to institution of eviction proceedings in accordance with La. CCP Article 4701 and La. CC Article 2713.

***MISCELLANEOUS PROVISIONS*** No cars to be parked on lawn or walkways. Cars to be parked only in designated areas. No holes shall be drilled in the walls, woodwork or floors and no antenna installations are permitted. No painting or papering of walls is permitted without written consent of Lessor. Lessee shall not allow the cable/phone company to wire the premises for cable without Lessor's written permission. No waterbeds are allowed. No foil in windows is allowed. Garbage to be placed in designated receptacle. If no receptacle is provided, garbage is to be placed on curb as prescribed by law in a proper receptacle provided by Lessee.

Lessee is to furnish Lessor with a list of deficiencies noted by Lessee at the time of occupancy. This is to be held by Lessor in case of dispute as to move-in condition of property.

***INITIALS*** Lessee's CL Lessee's ______ Lessor's [initials] Lessor's [initials]

An independently owned and operated member of The Prudential Real Estate Affiliates, Inc. Prudential is a service mark of The Prudential Insurance Company of America.

PGR-202 (R1/06) (PAGE 3 OF 4)

CARTER000173

Under Louisiana Law, "notwithstanding the provisions of Civil Code Articles 2985 through 3034 or any other provisions of law, a licensee engaged in any real estate transaction shall be considered to be representing the person(s) with whom he is working as a Broker/Designated Agent(s) unless there is a written agreement between the Broker and the person, providing a different relationship or the licensee is performing only ministerial acts on behalf of the person". As such, the listing agent acts as the Broker/Designated Agent(s) for the Lessor and as such, the Lessor's Broker/Designated Agent(s) owes a fiduciary duty of utmost care and loyalty to the Lessor, and may not disclose to the Lessee information about what price or terms the Lessor will accept other than the price or terms listed. Lessee's and/or Lessor's Designated Agent(s) does owe a duty of fair dealing to a Lessee, and a duty under Louisiana law to disclose the existence of any known material defects in the property. Lessee and/or Lessor understands that Broker/Designated Agent(s) may be representing Lessee and the Lessor of a real estate property who has employed Broker to lease property on behalf of the Lessor. Lessor understands that this creates dual representation and that Broker/Designated Agent(s) cannot represent the interest of one party to the exclusion of the interests of the other party. Should Broker/Designated Agent(s) represent a Lessor whose property Lessee wishes to lease, Lessee and Lessor do hereby consent to this dual representation by Broker/Designated Agent(s).

***SPECIAL CONDITIONS***

Please see purchase agreement dated February 4th. 2009

Please see attached addendum to lease dated February 27th. 2009 CL AFC [signature]

Lessor's will allow lessee to have (2) male cats as pets inside of the property with a $250.00 pet deposit due upon lease signing

Time is of the essence. This document and any indicated addendum contain this entire lease. If any part of this lease is or becomes contrary to law, the remainder of this lease shall be unaffected. Any changes must be agreed upon in writing, and signed by Lessor and Lessee.

***LEAD-BASED PAINT, ASBESTOS, RADON*** Lessee is aware that the premises may contain lead-based paint, asbestos, or other toxins which may cause serious injury or death if consumed or ingested into the human body, and Lessee acknowledges that the "Protect Your Family From Lead in Your Home" pamphlet has been called to their attention with respect to notice and information of lead-based paint. Having knowledge of these facts, Lessee agrees to maintain the premises in a reasonably safe condition, to report to Lessor any condition which may lead to damage or injury because of lead, asbestos or other toxins, and Lessee further agrees to assume the use and occupancy of the herein leased premises at his own risk and hereby releases Lessor, his agents and/or representatives from any claims relating to or sustained as a consequence thereof, and further agrees to hold harmless, defend and indemnify Lessor, his agents and/or representatives from any claims made by Lessee, residents of his household or others using the premises with the consent and permission of Lessee.

**LESSOR:** Were there any structures built on this property prior to 1978?
☐ Yes ☒ No ☐ Unknown
This Residential Lease is submitted with Lessor's Disclosure of Information on Lead-Based Paint and Lead-Based Paint Hazards Form dated NOT APPLICABLE.

**INITIALS:** Lessee's CL Lessee's ______ Lessor's AFC Lessor's [initials]

***MOLD RELATED HAZARDS NOTICE:*** An informational pamphlet regarding common mold related hazards that can affect real property is available at the EPA website **http:www.epa.gov/iaq/molds/index.html**. By initialing this section, Lessee acknowledges that the real estate agent has provided Lessee with the EPA website enabling Lessee to obtain information regarding common mold related hazards.

**INITIALS:** Lessee's ______ Lessee's ______

***SEX OFFENDER AND CHILD PREDATOR REGISTRY NOTICE:*** The Louisiana Bureau of Criminal Identification and Information maintains a State Sex Offender and Child Predator Registry, which is a public access data base of the locations of individuals required to register pursuant to LSA-R.S. 15:540 et seq. Sheriff's Departments and Police Departments servicing jurisdictions of 450,000 also maintain such information. The State Sex Offender and Child Predator Registry database can be accessed at www.lasocpr.lsp.org/socpr/ and contains address, pictures and conviction records for registered offenders. The database can be search by zip code, city, Parish or by offender name. Information is also available by phone at 1-800-858-0051 or 1-225-239 925-6100 or mail at P.O. Box 66614, Mail Slip #18, Baton Rouge, Louisiana, 70896. You can also e-mail State Services 240 at SOCPR@dps.state.la.us for more information.

**FOR REPAIRS/MAINTENANCE CALL:** Chris Smith Realtor/Agent (Name) 504-231-2004 (Phone)

Prudential Gardner, Realtors, does business in accordance with the Fair Housing Law and I/we agree not to discriminate with regards to the following: race, color, religion, sex, handicapped, familial status, national origin.

**FACSIMILE SIGNATURES ARE ACCEPTABLE AND BINDING AS ORIGINALS**

**THIS IS A BINDING LEGAL DOCUMENT, READ CAREFULLY BEFORE SIGNING.**

| | | | |
|---|---|---|---|
| [signature] Lessee | 2/28/09 Date | [signature] Lessor | 2-27-09 Date |
| Lessee | Date | [signature] Lessor | 2/27/09 Date |

| | | | | |
|---|---|---|---|---|
| Chris Smith — Designated Lessee's Agent | 02/27/09 Date | Prudential Gardner Company | 504-231-2004 Phone # | SMITHCHR Agent I.D. # |
| Chris Smith — Designated Lessor's Agent | 02/27/09 Date | Prudential Gardner Company | 504-231-2004 Phone # | SMITHCHR Agent I.D. # |

An independently owned and operated member of The Prudential Real Estate Affiliates, Inc. Prudential is a service mark of The Prudential Insurance Company of America. PGR-202 (R1/06) (PAGE 4 OF 4)

CARTER000174

## Owner Disclosure Affidavit

Owner name: Daniel T. Carter

Affected Property address: 261 W. Robert E. Lee

Purchase date and price of Affected Property: 12/2006

List the manufacturers of all drywall found in the Affected Property: Knauf

Move-out date: 4/2009

Move-in date: 10/2010 Sold

Storage expenses paid: $3895.00

Moving expenses paid: $2000.00

Insurance/Taxes/ Utility expenses paid: $8,936.37

Lost Rent/Lost Sale/ Alternative living expenses paid: $51,400.00 ($1,800 x 18 months) / $319,000 - $300,000

Total cost of construction paid: $65,404.59

Total claim: $131,635.96

General Contractor name and phone #: Our Own Labor

Total amount paid to general contractor: $54,500.00

Affected Property air conditioned square footage: 2800

Was Owner aware of the defective drywall before purchasing the Affected Property: We installed our selves. Did not know about defective sheet rock at the time of purchase

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

Kitchen cabinets: Reused (circled) Replaced

Owner Initial [initials] Contractor Initial ________

EXHIBIT A

Attachment 3

CARTERO0175

- done pc Broke

| | | | | |
|---|---|---|---|---|
| Kitchen countertop: | | Reused | | Replaced |
| If replaced indicate material: | Formica | Corlon | Tile | Granite |
| Kitchen Plumbing Fixtures: (Faucets, sink) | | Reused | | Replaced |
| Kitchen floor: | | Reused | | Replaced |
| Appliances: | | Reused | | Replaced |

If replaced, please list appliance manufacture and model: ______________________

______________________

______________________

______________________

| | | | | |
|---|---|---|---|---|
| Bathroom cabinets: | | Reused | | Replaced |
| Bathroom tops: | | Reused | | Replaced |
| If replaced indicate material: | Formica | Cultured marble | Tile | Granite |
| Bathroom flooring: | | Reused | | Replaced |
| Bathroom enclosures: | | Reused | | Replaced |
| Bathroom lighting: | | Reused | | Replaced |
| Bathroom Accessories (towel bars, etc.): | | Reused | | Replaced |
| Bathroom Mirrors: | | Reused | | Replaced |
| Tub: | | Reused | | Replaced |
| If replaced indicate master bath tub type | | Fiberglass | Steel | Jacuzzi |
| Plumbing fixtures (toilets, sinks): | | Reused | | Replaced |

If replaced please provide description of original manufactures:

______________________

______________________

| | | |
|---|---|---|
| Plumbing faucets: | Reused | Replaced |

If replaced please provide description of original manufactures:

______________________

______________________

| | | | |
|---|---|---|---|
| Plumbing lines: | Reused | | Replaced |
| If replaced indicate material: | Copper | CPVC | PEX |

Owner Initial ____ Contractor Initial ________

Base boards: Reused Replaced

Interior doors: Reused Replaced

If replaced Indicate: Hollow core 6' 8" doors Hollow core 8' doors Solid core 8' doors

Window wood molding: N/A Reused Replaced

Crown molding: N/A Reused Replaced

If replaced please indicate original locations:

________________________________________

________________________________________

Chair Rail: N/A Reused Replaced

If replaced please indicate original locations:

________________________________________

________________________________________

Tile flooring: N/A Reused Replaced

If replaced please indicate locations of tile floors:

________________________________________

________________________________________

Marble Flooring: N/A Reused Replaced

If replaced please indicate locations of marble floors:

________________________________________

________________________________________

Wood Flooring Type: N/A Wood Pergo/float

Wood flooring: N/A Reused Replaced

If replaced please indicate locations of wood floors:

________________________________________

________________________________________

Carpet: Reused Replaced

 Owner Initial ________ Contractor Initial ________

If replaced please provide description of original manufactures:

______________________________

______________________________

If replaced please indicate locations of carpet:

______________________________

______________________________

HVAC replacement: Ducts Coils Air handler(interior) Condenser(exterior)

HVAC manufacturer: ______________

| | | | |
|---|---|---|---|
| Insulation: | | Reused | Replaced (circled) |
| Electrical fixtures: | | Reused (circled) | Replaced |
| Electrical wiring: | | Reused | Replaced (circled) |
| Electrical fans: | | Reused (circled) | Replaced |

If replaced please indicate how many and which rooms:

______________________________

| | | | |
|---|---|---|---|
| Stair rails: | N/A | Reused (circled) | Replaced |
| Window sills: | | Reused (circled) | Replaced (circled) |
| If replaced indicate original material: | Wood (circled) | Marble | Drywall |
| Alarm system: | N/A | Reused (circled) | Replaced |
| Fire suppression system: | N/A | Reused (circled) | Replaced |
| Intercom: | N/A | Reused (circled) | Replaced |
| Surround sound: | N/A (crossed out) | Reused (circled) | Replaced |
| Wall papers: | N/A (circled) | | Replaced (circled) |
| Interior paint: | | Total colors used: ______ | |

Additional construction related items replaced:

______________________________

______________________________

______________________________

Personal items replaced:

Owner Initial [signature] Contractor Initial ________

Items that were upgraded and deducted from construction replacement cost:

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.
2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.
3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.
4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.
    a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.
5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.
6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").
7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.
8. A floor plan of the Affected Property with dimensions.

Owner Initial ________ Contractor Initial ________

9. An Environmental Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendats may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial ____ Contractor Initial ____

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: 07/03/16

Homeowner Signature: [signature]

Subscribed and sworn to before me on

[signature]
Notary Public

ANTHONY M. BOACKLE
Notary Public
State of Louisiana
NOTARY ID NO. 81006
St. Bernard Parish

My commission expires on

Date: ____________________

Contractor Signature: We were our own Contractor

Subscribed and sworn to before me on

______________________________
Notary Public

My commission expires on

Owner Initial [initials] Contractor Initial ________



Attachment 4

CARTER000182



CARTER000183



CARTER000184



CARTER000185



CARTER000186





CARTER000187



CARTER000188



CARTER000189



CARTER000190











CARTER000191



CARTER000192



CARTER000193



CARTER000194



# Sewerage and Water Board of New Orleans

625 Saint Joseph St.
New Orleans, LA 70165-6501
529-2837 TDD 585-2460
www.swbnola.org

**Please pay by FEB. 12, 2009**

**Amount Due $ 94.75**

Late Payment $ 104.74

AMY J FREESE
DANIEL T CARTER
261 W ROBERT E LEE BLVD
NEW ORLEANS LA 70124-2413

Service for 261 W ROBERT E LEE BLVD

Account **179574-03-2**

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| **THIS BILL** | **01/14/09** | **458** | **R** | **78.0** | **32** | **2.44** |
| Last Bill | 12/12/08 | 380 | R | 65.0 | 35 | 1.86 |
| Last Year | | | | | | |

| Meter | Size | Class |
|---|---|---|
| C029588 | 1" | RESIDENTIAL |

| Previous Bill | (-) Payments Thru 01/07/09 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 84.97 | 84.97 | 0.00 | 0.00 | 0.00 |

## Sewerage and Water Board

| | | |
|---|---|---|
| WATER USAGE | $2.35 / 1000 GAL | 7.05 |
| WATER USAGE | $4.01 / 1000 GAL | 19.25 |
| WATER SERVICE CHARGE | | 5.51 |
| CITY SALES TAX | 2.50% | .79 |
| SEWER VOLUME CHARGE | $4.04 / 1000 GAL | 26.66 |
| SEWER SERVICE CHARGE | | 23.51 |

95.0% of the above sewer charges provides funding

## City of New Orleans

| | |
|---|---|
| CITY SANITATION CHARGE | 12.00 |

CARTER000195

Attachment 5



# Sewerage and Water Board of New Orleans

625 Saint Joseph St.
New Orleans, LA 70165-6501
529-2837 TDD 585-2460
www.swbnola.org

**Please pay by MAR. 23, 2009**

**Amount Due $ 12.00**

Late Payment $ 12.00
FINAL BILL
Service for 261 W ROBERT E LEE BLVD

AMY J FREESE
DANIEL T CARTER
4105 CATHERINE AVENUE
METAIRIE LA 70001

Account **179574-03-2**

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| **THIS BILL** | **03/02/09** | **554** | **F** | **96.0** | **47** | **2.04** |
| Last Bill | 01/14/09 | 458 | R | 78.0 | 32 | 2.44 |
| Last Year | | | | | | |

| Meter | Size | Class |
|---|---|---|
| C029588 | 1" | RESIDENTIAL |

| Previous Bill | (-) Payments Thru 02/10/09 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 94.75 | 94.75 | 0.00 | 0.00 | 0.00 |

## Sewerage and Water Board

| | | |
|---|---|---|
| WATER USAGE | $2.35 / 1000 GAL | 7.05 |
| WATER USAGE | $4.01 / 1000 GAL | 26.47 |
| WATER SERVICE CHARGE | | 5.50 |
| CITY SALES TAX | 2.50% | .98 |
| SEWER VOLUME CHARGE | $4.04 / 1000 GAL | 33.13 |
| SEWER SERVICE CHARGE | | 23.50 |

## City of New Orleans

| | |
|---|---|
| CITY SANITATION CHARGE | 12.00 |

# Sewerage and Water Board of New Orleans

VSW

625 Saint Joseph St.
New Orleans, LA 70165-6501
529-2837 TDD 585-2460
www.swbnola.org

AMY J FRESSE
4105 CATHERINE AVENUE
METAIRIE LA 70001

| | |
|---|---|
| Please pay by | MAY. 15,2009 |
| Amount Due | $ 100.00 |
| Late Payment | $ 100.00 |
| Service for | 261 W ROBERT E LEE BLVD |
| Account | 179574 05 1 |

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| THIS BILL | 04/20/09 | 0 | D | 0.0 | | |
| Last Bill | | | | | | |
| Last Year | | | | | | |

| Meter | Size | Class |
|---|---|---|
| C029588 | 1" | RESIDENTIAL |

| Previous Bill | (-) Payments Thru 04/20/09 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Sewerage and Water Board | | City of New Orleans |
|---|---|---|
| DEPOSIT DUE | 100.00 | |

CARTER000197

# Sewerage and Water Board of New Orleans

625 Saint Joseph St.
New Orleans, LA 70165-6501
529-2837 TDD 585-2460
www.swbnola.org

AMY J FRESSE
4105 CATHERINE AVENUE
METAIRIE LA 70001-5741

**Please pay by JUN. 11, 2009**

**Amount Due $ 50.63**

Late Payment $ 55.95

Service for 261 W ROBERT E LEE BLVD

Account **179574-05-1**

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| **THIS BILL** | **05/14/09** | **597** | **R** | **11.0** | **24** | **0.46** |
| Last Bill | 04/20/09 | 0 | D | 0.0 | | |
| Last Year | | | | | | |

| Meter | Size | Class |
|---|---|---|
| CO29588 | 1" | RESIDENTIAL |

| Previous Bill | (-) Payments Thru 04/28/09 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 100.00 | 100.00 | 0.00 | 0.00 | 0.00 |

## Sewerage and Water Board

| | | |
|---|---|---|
| WATER USAGE | $2.35 / 1000 GAL | 2.59 |
| WATER SERVICE CHARGE | | 5.50 |
| CITY SALES TAX | 2.50% | .20 |
| SEWER VOLUME CHARGE | $4.04 / 1000 GAL | 3.64 |
| SEWER SERVICE CHARGE | | 23.50 |

25.0% of the above sewer charges provides funding [illegible] Federal Consent Decree between

## City of New Orleans

| | |
|---|---|
| CITY SANITATION CHARGE | 12.00 |

# Sewerage and Water Board of New Orleans

625 Saint Joseph St.
New Orleans, LA 70165-6501
529-2837 TDD 585-2460
www.swbnola.org

AMY J FRESSE
4105 CATHERINE AVENUE
METAIRIE LA 70001-5741

| | |
|---|---|
| Please pay by | JUL. 10, 2009 |
| Amount Due | $ 63.35 |
| Late Payment | $ 70.24 |
| Service for | 261 W ROBERT E LEE BLVD |
| Account | 179574-05-1 |

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| THIS BILL | 06/14/09 | 633 | R | 36.0 | 31 | 1.16 |
| Last Bill Last Year | 05/14/09 | 597 | R | 11.0 | 24 | 0.46 |

| Meter | Size | Class |
|---|---|---|
| CO29588 | 1" | RESIDENTIAL |

| Previous Bill | (-) Payments Thru 06/09/09 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 50.63 | 50.63 | 0.00 | 0.00 | 0.00 |

## Sewerage and Water Board

| | | |
|---|---|---|
| WATER USAGE | $2.35 / 1000 GAL | 7.05 |
| WATER USAGE | $4.01 / 1000 GAL | 2.41 |
| WATER SERVICE CHARGE | | 5.50 |
| CITY SALES TAX | 2.50% | .37 |
| SEWER VOLUME CHARGE | $4.04 / 1000 GAL | 12.52 |
| SEWER SERVICE CHARGE | | 23.50 |

25.0% of the above sewer charges provides funding

## City of New Orleans

| | |
|---|---|
| CITY SANITATION CHARGE | 12.00 |



# Sewerage and Water Board of New Orleans

625 Saint Joseph St.
New Orleans, LA 70165-6501
529-2837 TDD 585-2460
www.swbnola.org

AMY J FRESSE
4105 CATHERINE AVENUE
METAIRIE LA 70001-5741

**Please pay by AUG. 11, 2009**

**Amount Due $ 64.12**

Late Payment $ 71.09

Service for 261 W ROBERT E LEE BLVD

Account **179574-05-1**

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| **THIS BILL** | **07/14/09** | **670** | **R** | **37.0** | **30** | **1.23** |
| Last Bill | 06/14/09 | 633 | R | 36.0 | 31 | 1.16 |
| Last Year | | | | | | |

| Meter | Size | Class |
|---|---|---|
| CO29588 | 1" | RESIDENTIAL |

| Previous Bill | (-) Payments Thru 07/07/09 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 63.35 | 63.35 | 0.00 | 0.00 | 0.00 |

## Sewerage and Water Board

| | | |
|---|---|---|
| WATER USAGE | $2.47 / 1000 GAL | 3.19 |
| WATER USAGE | $2.35 / 1000 GAL | 4.02 |
| WATER USAGE | $4.21 / 1000 GAL | 1.27 |
| WATER USAGE | $4.01 / 1000 GAL | 1.60 |
| WATER SERVICE CHARGE | | 5.63 |
| CITY SALES TAX | 2.50% | .39 |
| SEWER VOLUME CHARGE | $4.04 / 1000 GAL | 12.52 |

## City of New Orleans

| | |
|---|---|
| CITY SANITATION CHARGE | 12.00 |

# Sewerage and Water Board of New Orleans

625 Saint Joseph St.
New Orleans, LA 70165-6501
529-2837 TDD 585-2460
www.swbnola.org

AMY J FRESSE
4105 CATHERINE AVENUE
METAIRIE LA 70001-5741

Please pay by SEP. 11, 2009

Amount Due $ 59.97

Late Payment $ 66.53

Service for 261 W ROBERT E LEE BLVD

Account 179574-05-1

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| **THIS BILL** | **08/12/09** | **701** | **R** | **31.0** | **29** | **1.07** |
| Last Bill | 07/14/09 | 670 | R | 37.0 | 30 | 1.23 |
| Last Year | | | | | | |

| Meter | Size | Class |
|---|---|---|
| CO29588 | 1" | RESIDENTIAL |

| Previous Bill | (-) Payments Thru 08/04/09 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 64.12 | 64.12 | 0.00 | 0.00 | 0.00 |

## Sewerage and Water Board

| | | |
|---|---|---|
| WATER USAGE | $2.47 / 1000 GAL | 7.41 |
| WATER USAGE | $4.21 / 1000 GAL | .42 |
| WATER SERVICE CHARGE | | 5.80 |
| CITY SALES TAX | 2.50% | .34 |
| SEWER VOLUME CHARGE | $4.04 / 1000 GAL | 10.50 |
| SEWER SERVICE CHARGE | | 23.50 |

25.0% of the above sewer charges provides funding

## City of New Orleans

CITY SANITATION CHARGE 12.00

CARTER000201

# Sewerage and Water Board of New Orleans

625 Saint Joseph St.
New Orleans, LA 70165-6501
529-2837 TDD 585-2460
www.swbnola.org

AMY J FRESSE
4105 CATHERINE AVENUE
METAIRIE LA 70001-5741

**Please pay by OCT. 12, 2009**

**Amount Due $ 66.26**

Late Payment $ 73.44

Service for 261 W ROBERT E LEE BLVD

Account **179574-05-1**

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| **THIS BILL** | **09/16/09** | **740** | **R** | **39.0** | **35** | **1.11** |
| Last Bill | 08/12/09 | 701 | R | 31.0 | 29 | 1.07 |
| Last Year | | | | | | |

| Meter | Size | Class |
|---|---|---|
| CO29588 | 1" | RESIDENTIAL |

| Previous Bill | (-) Payments Thru 09/02/09 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 59.97 | 59.97 | 0.00 | 0.00 | 0.00 |

## Sewerage and Water Board

| | | |
|---|---|---|
| WATER USAGE | $2.47 / 1000 GAL | 7.41 |
| WATER USAGE | $4.21 / 1000 GAL | 3.79 |
| WATER SERVICE CHARGE | | 5.80 |
| CITY SALES TAX | 2.50% | .43 |
| SEWER VOLUME CHARGE | $4.04 / 1000 GAL | 13.33 |
| SEWER SERVICE CHARGE | | 23.50 |

25.0% of the above sewer charges provides funding

## City of New Orleans

| | |
|---|---|
| CITY SANITATION CHARGE | 12.00 |

# Sewerage and Water Board of New Orleans

625 Saint Joseph St.
New Orleans, LA 70165-6501
529-2837 TDD 585-2460
www.swbnola.org

AMY J FRESSE
4105 CATHERINE AVENUE
METAIRIE LA 70001-5741

**Please pay by NOV. 10, 2009**

**Amount Due $ 66.26**

Late Payment $ 73.44

Service for 261 W ROBERT E LEE BLVD

Account **179574-05-1**

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| **THIS BILL** | **10/14/09** | **779** | **R** | **39.0** | **28** | **1.39** |
| Last Bill | 09/16/09 | 740 | R | 39.0 | 35 | 1.11 |
| Last Year | | | | | | |

| Meter | Size | Class |
|---|---|---|
| CO29588 | 1" | RESIDENTIAL |

PLEASE VISIT OUR WEBSITE TO VIEW THE FINAL RESULTS OF OUR LEAD SURVEY.

| Previous Bill | (-) Payments Thru 10/05/09 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 66.26 | 66.26 | 0.00 | 0.00 | 0.00 |

## Sewerage and Water Board

| | | |
|---|---|---|
| WATER USAGE | $2.47 / 1000 GAL | 7.41 |
| WATER USAGE | $4.21 / 1000 GAL | 3.79 |
| WATER SERVICE CHARGE | | 5.80 |
| CITY SALES TAX | 2.50% | .43 |
| SEWER VOLUME CHARGE | $4.04 / 1000 GAL | 13.33 |
| SEWER SERVICE CHARGE | | 23.50 |

25.0% of the above sewer charges provides funding

## City of New Orleans

| | |
|---|---|
| CITY SANITATION CHARGE | 12.00 |

# Sewerage and Water Board of New Orleans

625 Saint Joseph St.
New Orleans, LA 70165-6501
529-2837 TDD 585-2460
www.swbnola.org

**Please pay by DEC. 14, 2009**

**Amount Due $ 55.60**

Late Payment $ 61.73

AMY J FRESSE
4105 CATHERINE AVENUE
METAIRIE LA 70001-5741

Service for 261 W ROBERT E LEE BLVD

Account **179574-05-1**

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| **THIS BILL** | **11/12/09** | **803** | **R** | **24.0** | **29** | **0.83** |
| Last Bill | 10/14/09 | 779 | R | 39.0 | 28 | 1.39 |
| Last Year | | | | | | |

| Meter | Size | Class |
|---|---|---|
| CO29588 | 1" | RESIDENTIAL |

PLEASE VISIT OUR WEBSITE TO VIEW THE FINAL RESULTS OF OUR LEAD SURVEY.

| Previous Bill | (-) Payments Thru 11/03/09 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 66.26 | 66.26 | 0.00 | 0.00 | 0.00 |

## Sewerage and Water Board

| | | |
|---|---|---|
| WATER USAGE | $2.47 / 1000 GAL | 5.93 |
| WATER SERVICE CHARGE | | 5.80 |
| CITY SALES TAX | 2.50% | .29 |
| SEWER VOLUME CHARGE | $4.04 / 1000 GAL | 8.08 |
| SEWER SERVICE CHARGE | | 23.50 |

25.0% of the above sewer charges provides funding

## City of New Orleans

| | |
|---|---|
| CITY SANITATION CHARGE | 12.00 |

# Sewerage and Water Board of New Orleans

625 Saint Joseph St.
New Orleans, LA 70165-6501
529-2837 TDD 585-2460
www.swbnola.org

AMY J FRESSE
4105 CATHERINE AVENUE
METAIRIE LA 70001-5741

**Please pay by JAN. 13, 2010**

**Amount Due $ 59.54**

Late Payment $ 66.06

Service for 261 W ROBERT E LEE BLVD

Account **179574-05-1**

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| **THIS BILL** | **12/15/09** | **833** | **E** | **30.0** | **33** | **0.91** |
| Last Bill | 11/12/09 | 803 | R | 24.0 | 29 | 0.83 |
| Last Year | | | | | | |

| Meter | Size | Class |
|---|---|---|
| CO29588 | 1" | RESIDENTIAL |

| Previous Bill | (-) Payments Thru 12/15/09 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 55.60 | 55.60 | 0.00 | 0.00 | 0.00 |

**Sewerage and Water Board**

| | | |
|---|---|---|
| WATER USAGE | $2.47 / 1000 GAL | 7.41 |
| WATER SERVICE CHARGE | | 5.80 |
| CITY SALES TAX | 2.50% | .33 |
| SEWER VOLUME CHARGE | $4.04 / 1000 GAL | 10.50 |
| SEWER SERVICE CHARGE | | 23.50 |

25.0% of the above sewer charges provides funding

**City of New Orleans**

| | |
|---|---|
| CITY SANITATION CHARGE | 12.00 |



Entergy

Entergy New Orleans, Inc.
www.entergy.com

**Service Location**
261 W Robert E Lee Blvd
New Orleans, LA 70124-2413

**Customer Service, 800-368-3749 (800-ENTERGY)**
**Residential: 7a-7p; Business: 8a-5p; Mon-Fri**

**Power Outage or Safety Concern, 24hrs/7days**
**800-968-8243 (800-9OUTAGE)**

## *Important Messages*

Entergy New Orleans is pleased to note that the new Recovery Credit has been applied to your bill. This base rate credit is being voluntarily applied to all electric customers, putting a total of $10.6 million back into our customers' pockets. All customers receive 6.15% reduction on their electric base rate.

Quick as a click! At Entergy.com, you can get your bill, make payments and manage your account, all in one place. No postage! No lines! No waiting! You're in control, all the time. Register for **My Account Online** today at Entergy.com!

Pay by phone for a small fee. Call BillMatrix at 800-584-1241. Use account and QPC from bill.

You have The Power to Care. Giving to The Power to Care enables local nonprofit agencies to provide emergency bill payment assistance to seniors and disabled individuals in crisis. **Visit our Web site to learn more about contributing to The Power to Care, or just add $1.00 to your total monthly payment.**

## *Account Summary for Amy J Freese*

**Account #** 56105083 **Mail Date** 02/13/2009 **QPC** 08000
**Invoice #** 55002020228 02/13/2009 **Cycle** 10

| | |
|---|---|
| **Amount Due by 03/09/2009** | **$370.00** |
| **Amount Due after 03/09/2009** | **$388.62** |

## *Account Detail*

| | | |
|---|---|---|
| Previous Balance | | 345.00 |
| Payment Received | (02/04/2009) | -345.00 |
| **Remaining Balance** | | **$.00** |

## *Levelized Billing Calculation*

| | | |
|---|---|---|
| Current 12 Months Actual Bill | $3,549.09 / 12 | 295.76 |
| Prior Month Accum Difference | $890.36 / 12 | 74.20 |
| Next Months Accum Difference | $814.61 | |
| **Current Month Level Bill to Nearest Dollar** | | **$370.00** |

**Actual Bill Calculation**

| | | |
|---|---|---|
| Energy Charge | | 112.97 |
| Recovery Credit | @ 6.1546% | -6.95 |
| Storm Reserve Rider | @ 3.6425% | 4.11 |
| Fuel Adjustment | 2525 kWh @ $ 0.053641 | 135.44 |
| Street Use Franchise Fee | | 12.92 |
| **Total Metered Charges Electric** | | **$258.49** |
| Gas Service | | 12.92 |
| Storm Reserve Rider | @ 2.2315% | .29 |
| [illegible] | 15 CCF @ $ 0.84125 | 12.62 |

CARTER000206



Entergy

Entergy New Orleans, Inc.
www.entergy.com

**Service Location**
261 W Robert E Lee Blvd
New Orleans, LA 70124-2413

**Customer Service, 800-368-3749 (800-ENTERGY)**
**Residential: 7a-7p; Business: 8a-5p; Mon-Fri**

**Power Outage or Safety Concern, 24hrs/7days**
**800-968-8243 (800-9OUTAGE)**

## *Important Messages*

Prepare now for high bill season! Even out your monthly payments by enrolling in Level **Billing.** Visit **entergy.com** and log in to **My Account Online** to see your personal estimated Level Bill amount.

Entergy New Orleans is pleased to note that the new Recovery Credit has been applied to your bill. This base rate credit is being voluntarily applied to all electric customers, putting a total of $10.6 million back into our customers' pockets. All customers receive 6.15% reduction on their electric base rate.

Pay by phone for a small fee. Call BillMatrix at 800-584-1241. Use account and QPC from bill.

**Your bill is prorated.**

**This is your final bill.**

## *Account Summary for Amy J Freese*

| | | | |
|---|---|---|---|
| **Account #** 56105083 | **Mail Date** | **QPC** 08000 | |
| **Invoice #** 2008547979 | 03/10/2009 | **Cycle** 10 | |

| Date Due | Amount Due |
|---|---|
| 04/01/2009 | $1,291.70 |

## *Account Detail*

| | | |
|---|---|---|
| Previous Balance | | 370.00 |
| Payment Received | (03/06/2009) | -100.00 |
| Accumulated Difference | | 814.61 |
| Late Payment Charge | | 13.47 |
| **Remaining Balance (Due Now)** | | **$1,098.08** |

## *Current Charges*

| | | |
|---|---|---|
| Energy Charge | | 77.90 |
| Recovery Credit | @ 6.1546% | -4.79 |
| Storm Reserve Rider | @ 3.6425% | 2.84 |
| Fuel Adjustment | 1746 kWh @ $0.053641 | 93.66 |
| Street Use Franchise Fee | | 8.93 |
| **Total Metered Charges Electric** | | **$178.54** |
| Gas Service | | 6.31 |
| Storm Reserve Rider | @ 2.2315% | .14 |
| ENO Purchased Gas Adj | 3 CCF @ $0.84125 | 2.52 |
| Street Use Franchise Fee | | .47 |
| **Total Metered Charges Gas** | | **$9.44** |



Entergy New Orleans, Inc.
entergy-neworleans.com

**Service Location**
261 W Robert E Lee Blvd
New Orleans, LA 70124-2413

**Customer Service, 800-368-3749 (800-ENTERGY)**
**Residential: 7a-7p; Business: 8a-5p; Mon-Fri**

**Power Outage or Safety Concern, 24hrs/7days**
**800-968-8243 (800-9OUTAGE)**

## *Important Messages*

**Real-Time Payment Options:**
- **My Account Online** at **entergy.com**
- By Phone at 800-584-1241 for a small fee.

FREE Online Energy Audit - For energy saving ideas, visit entergy.com/ensight.

**Fuel & Purchased Power Cost -** The monthly cost of fuel used in company power plants and the cost of electricity purchased from other companies.

**Purchased Gas Cost -** The actual cost of natural gas purchased and transported each month for use by the customer.

**Street Use Franchise Fee** - The fee paid to the city to operate as a utility in Orleans Parish and to use city streets, highways, bridges and public right of ways to locate electric and gas facilities.

**Emergency Storm Reserve Fund** - An amount set aside and only to be used to pay for damages to the electric or gas system caused by major storms.

Reduce your summer bill with **Level Billing** and pay about the same amount each month. Find out your **Level Billing** amount today on **My Account Online** at **entergy.com.**

## *Account Summary for Amy J Freese*

| | | | |
|---|---|---|---|
| **Account #** 80128184 | **Mail Date** | **QPC** 08000 | |
| **Invoice #** 345001307643 | 06/15/2009 | **Cycle** 10 | |

| | |
|---|---|
| **Amount Due by 07/07/2009** | **$126.91** |
| **Amount Due after 07/07/2009** | **$133.25** |

## *Account Detail*

| | | |
|---|---|---|
| Previous Balance | | 242.75 |
| Payment Received | (06/03/2009) | -242.75 |
| **Remaining Balance** | | **$.00** |

## *Current Charges*

| | | |
|---|---|---|
| Electric Base Rate Charge | | 84.00 |
| Emergency Storm Reserve Fund | @ 2.3246% | 1.95 |
| Fuel & Purchased Power Cost | 1265 kWh @ $ 0.014098 | 17.83 |
| Street Use Franchise Fee | | 5.46 |
| **Total Metered Charges Electric** | | **$109.24** |
| Gas Base Rate Charge | | 11.63 |
| Emergency Storm Reserve Fund | @ 1.7118% | .20 |
| Purchased Gas Cost | 3 CCF @ $ 0.47975 | 1.44 |
| Street Use Franchise Fee | | .70 |
| **Total Metered Charges Gas** | | **$13.97** |
| **City Tax** | | **3.70** |
| **Current Month Energy Charges** | | **$126.91** |

CARTER000208

**Entergy**
Entergy New Orleans, Inc.
entergy-neworleans.com

**Service Location**
261 W Robert E Lee Blvd
New Orleans, LA 70124-2413

**Customer Service, 800-368-3749 (800-ENTERGY)**
**Residential: 7a-7p; Business: 8a-5p; Mon-Fri**

**Power Outage or Safety Concern, 24hrs/7days**
**800-968-8243 (800-9OUTAGE)**

## Energy Usage

**Electric - Average Usage Per Day**

| Billing Period | Billing Days | kWh Used | Avg kWh Per Day |
|---|---|---|---|
| Jul 2009 | 31 | 1867 | 60.2 |

**Gas - Average Usage Per Day**

| Billing Period | Billing Days | CCF Used | Avg CCF Per Day |
|---|---|---|---|
| Jul 2009 | 31 | 0 | 0.00 |

## Important Messages

**Real-Time Payment Options:**
- **My Account Online at entergy.com**
- By Phone at 800-584-1241 for a small fee.

## Account Summary for Amy J Freese

**Account #** 80128184 **Mail Date** 07/15/2009 **QPC** 08000
**Invoice #** 70002573394 07/15/2009 **Cycle** 10

| | |
|---|---|
| **Amount Due by 08/06/2009** | **$225.86** |
| **Amount Due after 08/06/2009** | **$237.15** |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | 126.91 |
| Payment Received | (07/06/2009) | -126.91 |
| **Remaining Balance** | | **$.00** |

## Current Charges

| | | |
|---|---|---|
| Electric Base Rate Charge | | 120.13 |
| Emergency Storm Reserve Fund | @ 2.3246% | 2.79 |
| Fuel & Purchased Power Cost | 1867 kWh @ $0.040022 | 74.72 |
| Street Use Franchise Fee | | 10.40 |
| **Total Metered Charges Electric** | | **$208.04** |
| Customer Charge | | 10.50 |
| Emergency Storm Reserve Fund | @ 1.7118% | .18 |
| Street Use Franchise Fee | | .56 |
| **Total Metered Charges Gas** | | **$11.24** |
| **City Tax** | | **6.58** |
| **Current Month Energy Charges** | | **$225.86** |

CARTER000209

**Entergy**
*Entergy New Orleans, Inc.*
**entergy-neworleans.com**

**Service Location**
261 W Robert E Lee Blvd
New Orleans, LA 70124-2413

**Customer Service, 800-368-3749 (800-ENTERGY)**
**Residential: 7a-7p; Business: 8a-5p; Mon-Fri**

**Power Outage or Safety Concern, 24hrs/7days**
**800-968-8243 (800-9OUTAGE)**

## *Energy Usage*

**Electric - Average Usage Per Day**

| Billing Period | Billing Days | kWh Used | Avg kWh Per Day |
|---|---|---|---|
| Aug 2009 | 28 | 1462 | 52.2 |

2009 ■ 2008 □

60 45 30 15 0
Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

**Gas - Average Usage Per Day**

| Billing Period | Billing Days | CCF Used | Avg CCF Per Day |
|---|---|---|---|
| Aug 2009 | 28 | 3 | 0.10 |

2009 ■ 2008 □

4.0 3.0 2.0 1.0 0.0
Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

## *Important Messages*

**Real-Time Payment Options:**
- **My Account Online at entergy.com**
- By Phone at 800-584-1241 for a small fee.

Gain insight into your energy spending and

## *Account Summary for Amy J Freese*

**Account #** 80128184 **Mail Date** 08/13/2009 **QPC** 08000
**Invoice #** 25002252695 **Cycle** 10

| | |
|---|---|
| **Amount Due by 09/04/2009** | **$193.03** |
| **Amount Due after 09/04/2009** | **$202.68** |

## *Account Detail*

| | | |
|---|---|---|
| Previous Balance | | 225.86 |
| Payment Received | (08/05/2009) | -225.86 |
| **Remaining Balance** | | **$.00** |

## *Current Charges*

| | | |
|---|---|---|
| Electric Base Rate Charge | | 95.82 |
| Emergency Storm Reserve Fund | @ 2.3246% | 2.23 |
| Fuel & Purchased Power Cost | 1462 kWh @ $ 0.045648 | 66.74 |
| Street Use Franchise Fee | | 8.67 |
| **Total Metered Charges Electric** | | **$173.46** |
| Gas Base Rate Charge | | 11.63 |
| Emergency Storm Reserve Fund | @ 1.7118% | .20 |
| Purchased Gas Cost | 3 CCF @ $ 0.47259 | 1.42 |
| Street Use Franchise Fee | | .70 |
| **Total Metered Charges Gas** | | **$13.95** |
| **City Tax** | | **5.62** |
| **Current Month Energy Charges** | | **$193.03** |

**Entergy**

Entergy New Orleans, Inc.
entergy-neworleans.com

**Service Location**
261 W Robert E Lee Blvd
New Orleans, LA 70124-2413

**Customer Service, 800-368-3749 (800-ENTERGY)**
**Residential: 7a-7p; Business: 8a-5p; Mon-Fri**

**Power Outage or Safety Concern, 24hrs/7days**
**800-968-8243 (800-9OUTAGE)**

## Energy Usage

**Electric - Average Usage Per Day**

| Billing Period | Billing Days | kWh Used | Avg kWh Per Day |
|---|---|---|---|
| Sep 2009 | 32 | 1259 | 39.3 |

2009 ■ 2008 □

**Gas - Average Usage Per Day**

| Billing Period | Billing Days | CCF Used | Avg CCF Per Day |
|---|---|---|---|
| Sep 2009 | 32 | 2 | 0.10 |

2009 ■ 2008 □

## Account Summary for Amy J Freese

**Account #** 80128184 **Mail Date** **QPC** 08000
**Invoice #** 10005372047 09/14/2009 **Cycle** 10

| | |
|---|---|
| **Amount Due by 10/06/2009** | **$158.98** |
| **Amount Due after 10/06/2009** | **$166.92** |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | 193.03 |
| Payment Received | (09/02/2009) | -193.03 |
| **Remaining Balance** | | **$.00** |

## Current Charges

| | | |
|---|---|---|
| Electric Base Rate Charge | | 83.64 |
| Emergency Storm Reserve Fund | @ 2.3246% | 1.94 |
| Fuel & Purchased Power Cost | 1259 kWh @ $ 0.038773 | 48.82 |
| Street Use Franchise Fee | | 7.07 |
| **Total Metered Charges Electric** | | **$141.47** |
| Gas Base Rate Charge | | 11.25 |
| Emergency Storm Reserve Fund | @ 1.7118% | .19 |
| Purchased Gas Cost | 2 CCF @ $ 0.3979 | .80 |
| Street Use Franchise Fee | | .64 |
| **Total Metered Charges Gas** | | **$12.88** |
| **City Tax** | | **4.63** |
| **Current Month Energy Charges** | | **$158.98** |

## Important Messages

**Real-Time Payment Options:**
- **My Account Online** at **entergy.com**
- By Phone at 800-584-1241 for a small fee.

**Fuel & Purchased Power Cost -**



**Entergy**

*Entergy New Orleans, Inc.*
**entergy-neworleans.com**

**Service Location**
261 W Robert E Lee Blvd
New Orleans, LA 70124-2413

**Customer Service, 800-368-3749 (800-ENTERGY)**
**Residential: 7a-7p; Business: 8a-5p; Mon-Fri**

**Power Outage or Safety Concern, 24hrs/7days**
**800-968-8243 (800-9OUTAGE)**

## *Total Monthly Energy Usage*

**Electric**

| Billing Period | Billing Days | kWh Used | Avg kWh Per Day |
|---|---|---|---|
| Oct 2009 | 29 | 1144 | 39.4 |

2009 ■ 2008 □

1868
1401
934
467
0
Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

**Gas**

| Billing Period | Billing Days | CCF Used | Avg CCF Per Day |
|---|---|---|---|
| Oct 2009 | 29 | 2 | 0.10 |

2009 ■ 2008 □

4
3
2
1
0
Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

## *Important Messages*

Add outdoor lighting to protect your home and family. No worries about installation or maintenance. Order today by calling Entergy at 1-866-603-0192 or visit

## *Account Summary for Amy J Freese*

| | | | |
|---|---|---|---|
| **Account #** 80128184 | **Mail Date** | **QPC** 08000 | |
| **Invoice #** 270001727205 | 10/13/2009 | **Cycle** 10 | |

| | |
|---|---|
| **Amount Due by 11/04/2009** | **$142.26** |
| **Amount Due after 11/04/2009** | **$149.38** |

## *Account Detail*

| | | |
|---|---|---|
| Previous Balance | | 158.98 |
| Payment Received | (10/05/2009) | -158.98 |
| **Remaining Balance** | | **$.00** |

## *Current Charges*

| | | |
|---|---|---|
| Electric Base Rate Charge | | 76.73 |
| Emergency Storm Reserve Fund | @ 2.3246% | 1.78 |
| Fuel & Purchased Power Cost | 1144 kWh @ $0.035151 | 40.21 |
| Street Use Franchise Fee | | 6.25 |
| **Total Metered Charges Electric** | | **$124.97** |
| Gas Base Rate Charge | | 11.25 |
| Emergency Storm Reserve Fund | @ 1.7118% | .19 |
| Purchased Gas Cost | 2 CCF @ $0.52254 | 1.05 |
| Street Use Franchise Fee | | .66 |
| **Total Metered Charges Gas** | | **$13.15** |
| **City Tax** | | **4.14** |
| **Current Month Energy Charges** | | **$142.26** |

CARTER000212

**Entergy**
*Entergy New Orleans, Inc.*
**entergy-neworleans.com**

**Service Location**
261 W Robert E Lee Blvd
New Orleans, LA 70124-2413

**Customer Service, 800-368-3749 (800-ENTERGY)**
**Residential: 7a-7p; Business: 8a-5p; Mon-Fri**

**Power Outage or Safety Concern, 24hrs/7days**
**800-968-8243 (800-9OUTAGE)**

## *Total Monthly Energy Usage*

**Electric**

| Billing Period | Billing Days | kWh Used | Avg kWh Per Day |
|---|---|---|---|
| Dec 2009 | 32 | 977 | 30.5 |

2009 ■ 2008 □

1868, 1401, 934, 467, 0
Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

**Gas**

| Billing Period | Billing Days | CCF Used | Avg CCF Per Day |
|---|---|---|---|
| Dec 2009 | 32 | 2 | 0.10 |

2009 ■ 2008 □

4, 3, 2, 1, 0
Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

## *Important Messages*

Add outdoor lighting to protect your home and family. No worries about installation or maintenance. Order today by calling Entergy at 1-866-603-0192 or visit

## *Account Summary for Amy J Freese*

**Account #** 80128184 **Mail Date** **QPC** 08000
**Invoice #** 285001601949 12/14/2009 **Cycle** 10

| | |
|---|---|
| Amount Due by 01/05/2010 | $115.26 |
| Amount Due after 01/05/2010 | $121.03 |

## *Account Detail*

| | | |
|---|---|---|
| Previous Balance | | 107.44 |
| Payment Received | (12/07/2009) | -107.44 |
| **Remaining Balance** | | **$.00** |

## *Current Charges*

| | | |
|---|---|---|
| Electric Base Rate Charge | | 64.53 |
| Emergency Storm Reserve Fund | @ 2.3246% | 1.50 |
| Fuel & Purchased Power Cost | 977 kWh @ $0.028271 | 27.62 |
| Street Use Franchise Fee | | 4.93 |
| **Total Metered Charges Electric** | | **$98.58** |
| Gas Base Rate Charge | | 11.25 |
| Emergency Storm Reserve Fund | @ 1.7118% | .19 |
| Purchased Gas Cost | 2 CCF @ $0.60482 | 1.21 |
| Street Use Franchise Fee | | .67 |
| **Total Metered Charges Gas** | | **$13.32** |
| **City Tax** | | **3.36** |
| **Current Month Energy Charges** | | **$115.26** |

CARTER000213



August 25, 2009 bill
for AMY FREESE

CARE CENTER
2121 AIRLINE DR
METAIRIE, LA 70001

6400 0030 NO RP 29 08262009 YNNNNNNY 01 000153

#BWNJPND
#126PCBPDADPF0017#

41
4105 CATHERINE AVE
METAIRIE LA 70001-5741

| | |
|---|---|
| Account Number | **001 7410 032041406** |
| PIN | 0522 |
| Service at | 261 W ROBERT E LEE BLVD<br>NEW ORLEANS, LA 70124-2413 61 |

**Questions?**
www.cox.com
Customer Serv. 504–304–8444
PPV Hotline 504–304–8555

Thank you for choosing Cox Communications; your most trusted provider of communication and entertainment services in America.

## ACCOUNT SUMMARY as of Aug 25, 2009

| | |
|---|---|
| Previous Balance | $0.00 |
| REMAINING PREVIOUS BALANCE | $0.00 |
| TOTAL NEW CHARGES | $41.64 |
| TOTAL DUE BY Sep 15, 2009 | $41.64 |

CARTER000214

COX

September 20, 2009 bill
for AMY FREESE

CARE CENTER
2121 AIRLINE DR
METAIRIE, LA 70001

6400 0030 NO RP 25 09212009 YNNNNNNY 01 000220

#BWNJPND
#126PCBPDADPF0017#

41
4105 CATHERINE AVE
METAIRIE LA 70001-5741

Terry

| | |
|---|---|
| Account Number | 001 7410 032041406 |
| PIN | 0522 |
| Service at | 261 W ROBERT E LEE BLVD<br>NEW ORLEANS, LA 70124-2413 61 |

**Questions?**
www.cox.com
Customer Serv. 504–304–8444
PPV Hotline 504–304–8555

Thank you for choosing Cox Communications; your most trusted provider of communication and entertainment services in America.

## ACCOUNT SUMMARY as of Sep 20, 2009

| | |
|---|---|
| Previous Balance | $41.64 |
| Payment Received - Sep 18 | -41.64 |
| REMAINING PREVIOUS BALANCE | $0.00 |
| **TOTAL NEW CHARGES** | **$41.64** |
| **TOTAL DUE BY Oct 12, 2009** | **$41.64** |



COX

October 21, 2009 bill
for AMY FREESE

CARE CENTER
2121 AIRLINE DR
METAIRIE, LA 70001

6400 0030 NO RP 25 10222009 YYNNNNNY 01 000153

#BWNJPND
#126PCBPDADPF0017#

41
4105 CATHERINE AVE
METAIRIE LA 70001-5741

Account Number 001 7410 032041406
PIN 0522
Service at 261 W ROBERT E LEE BLVD
NEW ORLEANS, LA 70124-2413 61

**Questions?**
www.cox.com
Customer Serv. 504-304-8444
PPV Hotline 504-304-8555

Thank you for choosing Cox Communications; your most trusted provider of communication and entertainment services in America.

## ACCOUNT SUMMARY as of Oct 21, 2009

| | |
|---|---|
| Previous Balance | $41.64 |
| Payment Received - Oct 14 | -41.64 |
| REMAINING PREVIOUS BALANCE | $0.00 |
| **TOTAL NEW CHARGES** | **$41.64** |
| **TOTAL DUE BY Nov 11, 2009** | **$41.64** |



COX®

Bill for AMY FREESE
November 21, 2009

CARE CENTER
2121 AIRLINE DR
METAIRIE, LA 70001

6400 0030 NO RP 25 11222009 YNNNNNNY 01 000345

41
4105 CATHERINE AVE
METAIRIE LA 70001-5741

| | |
|---|---|
| Account Number | 001 7410 032041406 |
| PIN | 0522 |
| Service at | 261 W ROBERT E LEE BLVD<br>NEW ORLEANS, LA 70124-2413 61 |

**Contact Us**
www.cox.com
Customer Serv. 504–304–8444
PPV Hotline 504–304–8555

Thank you for choosing Cox Communications; your most trusted provider of communication and entertainment services in America.

Effective December 8, 2009, the electronic reactivation fee charged to restore service if your cable and/or internet service is electronically disabled due to nonpayment, will increase from $5.99 to $9.99.

## ACCOUNT SUMMARY as of Nov 21, 2009

| | |
|---|---|
| Previous Balance | $41.64 |
| Payment Received - Nov 10 | -41.64 |
| New Charges | $41.64 |
| **TOTAL DUE BY Dec 12, 2009** | **$41.64** |

Bill for AMY FREESE
December 21, 2009

ENTER
IRLINE DR
IRIE, LA 70001

J0 0030 NO RP 25 12222009 YYYNNNNY 01 000263

41
4105 CATHERINE AVE
METAIRIE LA 70001-5741

| | |
|---|---|
| Account Number | 001 7410 032041406 |
| PIN | 0522 |
| Service at | 261 W ROBERT E LEE BLVD<br>NEW ORLEANS, LA 70124-2413 61 |

**Contact Us**
www.cox.com
Customer Serv. 504–304–8444
PPV Hotline 504–304–8555

Thank you for choosing Cox Communications; your most trusted provider of communication and entertainment services in America.

| ACCOUNT SUMMARY as of Dec 21, 2009 | |
|---|---|
| Previous Balance | $41.64 |
| Payment Received - Dec 15 | -41.64 |
| New Charges | $42.70 |
| **TOTAL DUE BY Jan 11, 2010** | **$42.70** |

**Don Reichert**

**From:** Don Reichert
**Sent:** Tuesday, November 08, 2016 1:29 PM
**To:** 'Dysart, Danny'
**Subject:** RE: [redacted]
**Attachments:** 2106_001.pdf

Mr. Dysart,

Pursuant to your request, please see attached. Please let me know if anything additional is needed for the [redacted] or the Carters.

Thanks,
Don

---

**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Monday, November 07, 2016 10:00 AM
**To:** Don Reichert <don@brunobrunolaw.com>
**Subject:** RE: [redacted]

[redacted]

Any update from the Carters?

---

**From:** Don Reichert [mailto:don@brunobrunolaw.com]
**Sent:** Friday, November 04, 2016 11:16 AM
**To:** Dysart, Danny
**Subject:** RE: [redacted]

Mr. Dysart,

[redacted]. I have a call into the Carters and will try to get you there information as soon as possible.

Thanks,
Don

---

**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Friday, November 04, 2016 10:40 AM
**To:** Don Reichert <don@brunobrunolaw.com>
**Subject:** [redacted]

Don,

In addition to the inquiries for Carter [redacted]

I am meeting with my client next week to discuss these claims. Please send me the requested information for Carter and [redacted] before then if possible.

Thanks,

**Danny Dysart**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA, 70170

Phone: 504.566.5206
Fax: 504.696.3906
ddysart@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Mississippi, Tennessee,
Texas and Washington, D.C.

**Baker Donelson - One of FORTUNE Magazine's "100 Best Companies to Work For" for Seven Years in a Row**

---

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

Your copy

The Standard Form (revised 12/07) of:
New Orleans Metropolitan Association of REALTORS®, Inc
Northshore Area Board of REALTORS®
Saints Board of REALTORS®

For exclusive use of REALTORS®
REALTOR® Boards provide this form as an aid, and not as legal advice. REALTOR® members assume no responsibility for unauthorized use.

# EXTENSION
## OFFER TO PURCHASE
## PROPERTY INSPECTION
## LOAN APPROVAL/ACT OF SALE

1) RE: 261 W. ROBERT E. LEE BLVD.
2) NEW ORLEANS, LA. 70124
3)
4) AGREEMENT TO PURCHASE Dated: SEPT. 01, 2010
5)

6) **OFFER TO PURCHASE**
7) This is to authorize you to extend my "**OFFER TO PURCHASE**" on
8) subject property from ________________ to: date ______________ time__________
9) __________ (A.M.) (P.M.). The offer remains binding and irrevocable until the date and time set
10) forth above of this Addendum. All other terms and conditions contained within the Agreement remain
11) unchanged.
12) Purchaser(s) Initials __________ __________
13) Seller(s) Initials __________ __________

14) **PROPERTY INSPECTION**
15) Purchaser's inspection period is hereby extended to 09/20/10 OR BEFORE.
16) Purchaser(s) Initials X YSC X AJC
17) Seller(s) Initials __________ __________

18) **LOAN APPROVAL/ACT OF SALE**
19) The above referenced Agreement to Purchase is hereby amended so that the time within which to
20) obtain a loan secured by a mortgage against said property is extended to
21) ______________________________________________.
22)
23) Time for passing the Act of Sale is extended to be on ______________________.
24) Purchaser(s) Initials __________ __________
25) Seller(s) Initials __________ __________

26)
27) We further agree that all other terms and conditions of said Agreement to Purchase are to remain in full
28) force and effect.
29)
30) X [signature] X [signature]
31) Sign (Buyer)(Seller) Full Name Date Sign (Buyer)(Seller) Full Name Date
32)
33)
34) Print (Buyer)(Seller) Full Name Print (Buyer)(Seller) Full Name

NOMAR 12/13/07

Attachment 1

CARTER000224

| RE/MAX AFFILIATES | | | | KELLER WILLIAMS REALTY 4550100 | | | |
|---|---|---|---|---|---|---|---|
| Listing Firm | | | | Selling Firm | | | |
| PHYLLIS STEVENS | | | ☐ Dual Agent | CHARO DIAZ | | | |
| Seller's Designated Agent | | | | Buyer's Designated Agent | | | |
| 812-9009 | 834-3221 | 834-8823 | | 220-9424 | 455-0100 | 455-0322 | |
| Phone Number | Office | Fax | | Phone Number | Office | Fax | |
| PHYLLISSTEVENS@REMAX.NET | | | | CHAROD@KW.COM | | | |
| Email Address | | | | Email Address | | | |
| PHYLLIS STEVENS | | | | THURSDAY | 09/01/10 | 4:00 | PM |
| Delivered by Designated Agent to | | | | Day | Date | Time | AM/PM |
| Comments | | | | | | | |
| Received by Designated Listing Agent | | | | Day | Date | Time | AM/PM |

# LOUISIANA RESIDENTIAL AGREEMENT TO BUY OR SELL

Date: SEPTEMBER 01, 2010

**PROPERTY DESCRIPTION:** I/We offer and agree to Buy/Sell the property at:
(Municipal Address) 261 W. ROBERT E. LEE BLVD.
City NEW ORLEANS ; Zip 70124 ; Parish ORLEANS Louisiana.
(Legal Description) N/A

on lands and grounds measuring approximately 40.6 X 120 or as per record title; including all buildings, structures, component parts, and all installed, built-in, permanently attached improvements, together with all fences, security systems, all installed speakers or installed sound systems, all landscaping, all outside TV antennas, all satellite dishes, all installed and/or built-in appliances, all ceiling fans, all air conditioning or heating systems including window units, all bathroom mirrors, all window coverings, blinds and associated hardware, all shutters, all flooring, all carpeting, all cabinet tops, all cabinet knobs or handles, all doors, all door knobs or handles, all windows, all roofing, all electrical systems, and all installed lighting fixtures, chandeliers and associated hardware, other constructions permanently attached to the ground. If owned by the SELLER prior to date of this Agreement, standing timber, unharvested crops and ungathered fruits of trees on the property shall be conveyed to the BUYER. The following movable items here remain with the property, but are not to be considered as part of the Sale Price and have no value: ALL KITCHEN APPLIANCES, WASHER AND DRYER, AND ALL IMPROVEMENTS MADE TO THE HOUSE AND LAND.
All items listed herein are included in the property sold no matter how they are attached or installed, provided that any or all of these items are in place at the time of signing of this Agreement to Buy or Sell (the "Agreement"), unless otherwise stated herein. (All of the above contained in lines 5 through 22 are collectively referred to herein as the "Property.") The following items are excluded from the Property sold: NOTHING.

**MINERAL RIGHTS:** If SELLER transfers any mineral rights, they are to be transferred without warranty. 0 % mineral rights owned by SELLER are to be reserved by SELLER and the SELLER shall waive any right to use the surface for any such reserved mineral activity or use.

**PRICE:** The Property will be sold and purchased subject to title and zoning restrictions, servitudes of record, and law or ordinances affecting the Property for the sum of THREE HUNDRED THOUSAND DOLLARS------- Dollars ($ 300,000.00 ) (the "Sale Price").

**ACT OF SALE:** The Act of Sale is to be executed before a settlement agent or Notary Public to be chosen by BUYER, on OCTOBER 08 , 20 10 , or before if mutually agreed upon. At closing, BUYER must provide "good funds" if required by Louisiana statute LA R.S. 22:2092.2 et seq. Any change of the date for execution of the Act of Sale must be mutually agreed upon in writing and signed by SELLER and BUYER. Security deposits and keys are to be transferred to BUYER at Act of Sale.

BUYER'S Initials ____ ____ Page 1 of 7 SELLER'S Initials ____ ____

ABS Rev. 01/01/10

this form produced by: Formulator

261 W. ROBERT E. LEE BLVD. NEW ORLEANS, LA. 70124
Property address, street, city, state, zip

**OCCUPANCY:** Occupancy/possession is to be granted at Act of Sale unless mutually agreed upon in writing.

**CONTINGENCY FOR SALE OF BUYER'S OTHER PROPERTY:** ☐ This sale is contingent on the sale of other property by the BUYER and the attached contingency clause addendum shall apply. ☒ This sale is not contingent upon the sale of other property by the BUYER nor is the loan needed by the BUYER to obtain the Sale Price contingent on the BUYER'S sale of any property.

☐ **ALL CASH SALE:** BUYER warrants he has cash readily available to close the sale of this property.

☒ **FINANCED SALE:** This sale is conditioned upon the ability of BUYER to borrow with this Property as security for the loan the sum of $ N/A or 90 % of the Sale Price by a mortgage loan or loans at an initial interest rate not to exceed 4.6 % per annum, interest and principal, amortized over a period of not less than 30 years, payable in monthly installments or on any other terms as may be acceptable to BUYER provided that these terms do not increase the cost, fees or expenses to SELLER. Fees paid by SELLER that are required by lender, if any, shall not exceed $ N/A. BUYER agrees to pay discount points not to exceed N/A % of the loan amount. Other financing conditions: N/A

In the event BUYER is not able to secure financing, SELLER reserves the right to provide all or part of mortgage loan(s) under the terms set forth above. The BUYER acknowledges and warrants that he has available the funds which may be required to complete the sale of the Property including, but not limited to, the deposit, the down payment, closing costs, pre-paid items, and other expenses. BUYER agrees to make good faith application, which includes ordering an appraisal and credit report if required for loan approval, within N/A calendar days after acceptance of this offer or any counteroffer. Written proof from the lender that the application has been made shall be supplied by BUYER to the SELLER. Written commitment by the lender to make loan(s), without contingencies except subject to approval of title and other contingencies normally imposed by lender excluding ordering appraisal and credit report, shall be obtained by BUYER and shall constitute final loan approval. Final loan approval shall be obtained on or prior to OCTOBER 04, 2010. Any extension of this date shall be in writing and shall be signed by all parties. BUYER authorizes and instructs lender to release to SELLER or SELLER'S Broker or Designated Agent, written verification of the loan application and final loan approval.

**APPRAISAL:** ☐ This sale is NOT conditioned on appraisal. ☒ This sale IS conditioned on the appraisal of the Property being not less than the Sale Price. If the appraised value of the Property is equal to or greater than the Sale Price, the BUYER shall pay the Sale Price agreed upon prior to the appraisal. If the appraised value is less than the Sale Price, BUYER shall immediately provide written notification to SELLER of appraised value and BUYER'S request for SELLER to reduce the Sale Price. Within THREE ( 3 ) calendar days after SELLER'S receipt of such written notification of the appraised value, BUYER shall have the option to pay the Sale Price agreed upon prior to the appraisal or to void this Agreement unless SELLER agrees in writing to reduce the Sale Price to the appraised value or all parties agree to a new Sale Price.

**DEPOSIT:** Upon acceptance of this offer, SELLER and BUYER shall be bound by all terms and conditions of this Agreement, and BUYER or BUYER'S agent will deliver immediately upon notice of acceptance of the offer a deposit (the "Deposit") in the amount of $ 1,000.00 ONE THOUSAND or N/A % of the Sale Price to be paid in the forms of:

☐ Cash $

☒ Check $ 1,000.00 BY PERSONAL CHECK

☐ Promissory Note $

The Deposit shall be held by RE/MAX AFFILIATES.

Failure to deliver the Deposit shall be considered a default of this Agreement. If the Deposit is held by a Broker, it must be held in accordance with the rules of the Louisiana Real Estate Commission in a federally insured banking or savings and loan institution without responsibility on the part of the Broker in the case of failure or suspension of such institution. In the event the parties fail to execute an Act of Sale by date specified herein, and/or a dispute arises as to ownership of, or entitlement to, the Deposit or funds held in escrow, the Broker shall abide by the Rules and Regulations set forth by the Louisiana Real Estate Commission governing such matters.

**RETURN OF DEPOSIT:** The Deposit shall be returned to the BUYER and this Agreement declared null and void without demand in consequence of the following events:

BUYER'S Initials ATC [initials] Page 2 of 7 SELLER'S Initials [initials]

This form produced by: Formulator

261 W. ROBERT E. LEE BLVD. NEW ORLEANS, LA. 70124
Property address, street, city, state, zip

1) If this Agreement is declared null and void by BUYER during the inspection period as set forth in lines 144 through 159 of this Agreement;

2) If this Agreement is subject to BUYER'S ability to obtain a loan and the loan is not obtained by the date set forth in lines 67 through 73 of this Agreement but only if the BUYER has made timely application for the loan and made good faith efforts to obtain the loan;

3) If the BUYER conditions the Sale Price on an appraisal and the appraisal is less than the Sale Price and the SELLER will not reduce the Sale Price as set forth in lines 77 through 84 of this Agreement;

4) If the BUYER does not accept the leases or special assessments as set forth in lines 120 through 124 of this Agreement;

5) If the SELLER is unable to timely deliver to the BUYER an approved sewerage and/or water inspection report as set forth in lines 161 through 167.

**LEASES/SPECIAL ASSESSMENTS:** The sale is conditioned upon BUYER'S receipt of a copy of all written leases, excluding mineral leases, and unpaid special assessments from SELLER within five (5) calendar days of acceptance of the Agreement. Special assessments shall mean an assessment levied on Property to pay the cost of local improvements. BUYER will have five (5) calendar days after receipt of the aforementioned documents to notify SELLER whether they are acceptable to BUYER.

**INSPECTION AND DUE DILIGENCE:** BUYER ACKNOWLEDGES THAT THE SALE PRICE OF THE PROPERTY WAS NEGOTIATED BASED UPON THE PROPERTY'S APPARENT CURRENT CONDITION; ACCORDINGLY, SELLER IS NOT OBLIGATED TO MAKE REPAIRS TO THE PROPERTY, INCLUDING REPAIRS REQUIRED BY THE LENDER UNLESS OTHERWISE STATED HEREIN. THE SELLER IS RESPONSIBLE FOR MAINTAINING THE PROPERTY IN SUBSTANTIALLY THE SAME OR BETTER CONDITION AS IT WAS WHEN THE AGREEMENT WAS FULLY EXECUTED.

BUYER shall have an inspection period of ( 10 ) calendar days, commencing the first day after acceptance of this Agreement wherein, BUYER may, at BUYER'S expense, have any inspections made by experts or others of his choosing. Such inspections may include, but are not limited to, inspections for termites and other wood destroying insects, and/or damage from same, molds, and fungi hazards, and analysis of synthetic stucco, appliances, structures, foundations, roof, heating, cooling, electrical, plumbing systems, utility and sewer availability and condition, out-buildings, square footage, school district, flood zone classifications, current zoning and/or subdivision restrictive covenants and any items addressed in the SELLER'S Property Disclosure Document. All testing shall be nondestructive testing. SELLER agrees to provide the utilities for inspections and immediate access. If BUYER is not satisfied with the condition of the Property the BUYER may choose one of the following options within the inspection period:

**Option 1:** BUYER may elect, in writing, to terminate the Agreement and declare the Agreement null and void; or
**Option 2:** BUYER may indicate in writing the deficiencies and desired remedies and SELLER will within seventy two (72) hours respond in writing as to SELLER's willingness to remedy those deficiencies ("SELLER's Response").

Should SELLER in the SELLER'S Response refuse to remedy any or all of the deficiencies listed by the BUYER, then BUYER shall have seventy-two (72) hours from the date of SELLER's Response or seventy two (72) hours from the date that SELLER's Response was due, whichever is earlier, to: (a) accept SELLER'S Response to BUYER'S written requests or (b) accept the Property in its current condition, or (c) to elect to terminate this Agreement. BUYER'S response shall be in writing. Upon BUYER'S failure to respond to the SELLER's Response by the time specified or BUYER'S electing, in writing, to terminate this Agreement, the Agreement shall be automatically, with no further action required by either party, ipso facto null and void except for return of Deposit to the BUYER. FAILURE TO MAKE INSPECTIONS OR TO GIVE WRITTEN NOTICE OF DEFICIENCIES AND DESIRED REMEDIES TO SELLER (OR SELLER'S DESIGNATED AGENT) AS SET FORTH IN LINES 132 THROUGH 138 WITHIN THE INSPECTION PERIOD SHALL BE DEEMED AS ACCEPTANCE BY BUYER OF THE PROPERTY'S CURRENT CONDITION.

**PRIVATE WATER/SEWERAGE:** In the event there is a private water system or private sewerage system on the Property, the SELLER shall provide, at SELLER's expense, approval by the appropriate governmental entity of the private water or sewerage system. **An approved sewerage and/or water inspection report will be issued within thirty (30) days prior to the Act of Sale by the appropriate governmental agency. The approved inspection and test on the water and/or sewerage system are to be furnished and paid for by the SELLER. Any private water system or private sewerage system repairs necessary to obtain approved inspection certificate will be paid by SELLER.**



261 W. ROBERT E. LEE BLVD. NEW ORLEANS, LA 70124
Property address, street, city, state, zip

**HOME SERVICE/WARRANTY:** A home service/warranty plan ☒ will ☐ will not be purchased at the closing of sale at a cost not to exceed $ 410.00 to be paid by ☐ BUYER, ☒ SELLER, ☐ Neither, and ordered by BUYER'S AGENT. It is understood that Agent/Broker may receive compensation from the home warranty company for actual services performed. The home service warranty plan does not warrant pre-existing defects and options, and does not supersede or replace any other inspection clause or responsibilities. If neither BUYER nor SELLER accepts the home service warranty plan, they declare that they have been made aware of the existence of such a plan, and further declare that they hold the Broker and Agents harmless from any responsibility or liability due to their rejection of such a plan.

**WARRANTY OR AS IS CLAUSE WITH WAIVER OF RIGHT OF REDHIBITION:** (CHECK ONE ONLY)

☐ A. SALE WITH WARRANTIES: SELLER and BUYER acknowledge that this sale shall be with full SELLER warranties as to any claims or causes of action including but not limited to redhibition pursuant to Louisiana Civil Code Article 2520, *et seq.* and Article 2541, *et seq.*

☒ B. SALE "AS IS" WITHOUT WARRANTIES: SELLER and BUYER hereby acknowledge and recognize that the Property being sold and purchased is to be transferred in "as is" condition and further BUYER does hereby waive, relieve and release SELLER from any claims or causes of action for redhibition pursuant to Louisiana Civil Code Article 2520, *et seq.* and Article 2541, *et seq.* or for reduction of Sale Price pursuant to Louisiana Civil Code Article 2541, *et seq.* Additionally, BUYER acknowledges that this sale is made without warranty of fitness for ordinary or particular use pursuant to Louisiana Civil Code Article 2524. SELLER and BUYER agree that this clause shall be made a part of the Act of Sale; however, if this clause is not made a part of the Act of Sale for any reason, it will be binding upon the BUYER and SELLER after the Act of Sale.

☐ C. NEW HOME WARRANTIES. Notwithstanding lines 177 through 188 and irrespective of whether A or B above is checked, if the Property is a new construction, the parties agree that neither A or B will apply but instead the provisions of the New Home Warranty Act (LA R.S. 9:3141 *et seq.*) shall apply. The warranty of condition of this Property is governed by the New Home Warranty Act if a home on the Property is a "home" as defined in the New Home Warranty Act.

**PRORATIONS/OTHER COSTS:** Real estate taxes, rents, assessments, condominium dues, assessments and/or dues owed to homeowners associations and the like for the current year are to be prorated through the date of the Act of Sale. Act of Sale costs, title insurance and other costs required to obtain financing shall be paid by BUYER, unless otherwise stated herein. All necessary tax, mortgage, conveyance and release certificates or cancellations and SELLER closing fees, if any, shall be paid by SELLER. SELLER shall pay all previous years' taxes, assessments, condominium dues, assessments and/or dues owed to homeowners associations and the like. All special assessments bearing against the Property prior to Act of Sale, other than those to be assumed by written agreement as of the date of the Act of Sale are to be paid by SELLER.

**MERCHANTABLE TITLE/CURATIVE WORK:** SELLER shall deliver to BUYER a merchantable title at SELLER's costs (see line 209 through 214). In the event curative work in connection with the title to the Property is required or is a requirement for obtaining the loan(s) upon which this Agreement is conditioned, the parties agree to and do extend the date for passing the Act of Sale to a date not more than THIRTY ( 30 ) calendar days from the date of the Act of Sale stated herein. SELLER's title shall be merchantable and free of all liens and encumbrances except those that can be satisfied at Act of Sale. All costs and fees required to make title merchantable shall be paid by SELLER. SELLER shall make good faith efforts to deliver merchantable title. SELLER's inability to deliver merchantable title within the time stipulated herein shall render this Agreement null and void, reserving unto BUYER the right to demand the return of the Deposit and to recover from SELLER actual costs incurred in processing of sale as well as legal fees incurred by BUYER.

**FINAL WALK THROUGH:** BUYER shall have the right to re-inspect the Property within five (5) days prior to the Act of Sale, or occupancy, whichever will occur first in order to determine if the Property is in the same or better condition as it was at the initial inspection(s) and to insure all agreed upon repairs have been completed. SELLER agrees to provide utilities for the final walk through and immediate access to the Property.

**DEFAULT OF AGREEMENT BY SELLER:** In the event of any other default of this Agreement by SELLER except as set forth in lines 102 through 118 or lines 211 through 214, BUYER shall at BUYER'S option have the right to declare this Agreement null and void with no further demand, or to demand and/or sue for any of the following:

1) Termination of this Agreement;
2) Specific performance;
3) Termination of this Agreement and an amount equal to 10% of the Sale Price as stipulated damages.

BUYER'S Initials ATC ___ Page 4 of 7 SELLER'S Initials ___ ___

281 W. ROBERT E. LEE BLVD. NEW ORLEANS, LA 70124
Property address, street, city, state, zip

Further, BUYER shall be entitled to the return of the Deposit. The prevailing party to any litigation brought to enforce any provision of this Agreement shall be awarded their attorney fees and costs. The SELLER may also be liable for Broker fees.

**DEFAULT OF AGREEMENT BY BUYER:** In the event of any other default of this Agreement by BUYER except as set forth in lines 102 through 118, SELLER shall have at SELLER's option the right to declare this Agreement null and void with no further demand, or to demand and sue for any of the following:

1) Termination of this Agreement;
2) Specific performance;
3) Termination of this Agreement and an amount equal to 10% of the Sale Price as stipulated damages.

Further, SELLER shall be entitled to retain the Deposit. The prevailing party to any litigation brought to enforce any provision of this Agreement shall be awarded their attorney fees and costs. The BUYER may also be liable for Broker fees.

**MOLD RELATED HAZARDS NOTICE:** An informational pamphlet regarding common mold related hazards that can affect real property is available at the EPA website http://www.epa.gov/iaq/molds/index.html. By initialing this page of the Agreement, BUYER acknowledges that the real estate agent has provided BUYER with the EPA website enabling BUYER to obtain information regarding common mold related hazards.

**OFFENDER NOTIFICATION:** The Louisiana State Police maintains the State Sex Offender and Child Predator Registry through the Louisiana Bureau of Criminal Identification and Information. It is a public access database of the locations of individuals who are required to register pursuant to LA R.S. 15:540 *et seq.* The website for the database is http://www.lasocpr.lsp.org/socpr/. Sheriff and police departments serving jurisdictions of 450,000 also maintain such information. Inquiries can be made by phone at 1-800-858-0551 or 1-225-925-6100. Send written inquiries to Post Office Box 66614, Box A-6, Baton Rouge, Louisiana 70896.

**CHOICE OF LAW:** This Agreement shall be governed by and shall be interpreted in accordance with the laws of the State of Louisiana.

**DEADLINES:** TIME IS OF THE ESSENCE, and all deadlines are final, except where modifications, changes, or extensions are made in writing and signed by all parties to this Agreement. All "calendar days" as used in this Agreement shall end at 12:00 midnight in Louisiana.

**ADDITIONAL TERMS AND CONDITIONS:**
SELLER AGREES TO PAY $3,000.00 (THREE THOUSAND DOLLARS) IN BUYER'S CLOSING COSTS AND PREPAIDS.

**ROLES OF BROKERS AND DESIGNATED AGENTS:** Broker(s) and Designated Agent(s) have acted only as real estate brokers to bring the parties together and make no warranty to either party for performance or non performance of any part of this Agreement or for any warranty of any nature unless specifically set forth in writing. Broker(s) and Designated Agent(s) make no warranty or other assurances whatsoever concerning Property measurements, square footage, room dimensions, lot size, Property lines or boundaries. Broker(s) and Designated Agent(s) make no representations as to suitability or to a particular use of the Property, and BUYER has or will independently investigate all conditions and characteristics of the Property which are important to BUYER. BUYER is not relying on the Broker(s) nor the Designated Agent(s) to choose a representative to inspect or re-inspect the Property; BUYER understands any representative desired by BUYER may perform this function. In the event Broker/Agent(s) provides names or sources for such advice or assistance, Broker/Agent(s) does not warrant the services of such experts or their products and cannot warrant the condition of Property or interest to be acquired, or guarantee that all defects are disclosed by SELLER(s). Broker/Agent(s) do not investigate the status of permits, zoning, code compliance or restrictive covenants. The Broker(s) and Designated Agent(s) specifically make no warranty whatsoever as to whether or not the Property is situated in or out of the Government's hundred year flood plan or is or would be classified as wetlands by the U.S. Army Corp of Engineers, or as to the presence of wood destroying insects or damage therefrom. BUYER(s) are to satisfy themselves concerning these issues. Designated Agent shall be an independent contractor for Broker if the conditions as set forth in LA R.S. 37:1446(h) are met.

BUYER'S Initials ______ ______ Page 5 of 7 SELLER'S Initials ______ ______

ABS Rev. 01/01/10

This form produced by Formulator



261 W. ROBERT E. LEE BLVD. NEW ORLEANS, LA. 70124
Property address, street, city, state, zip

**LIST ADDENDA TO BE ATTACHED AND MADE A PART OF THIS AGREEMENT:**

☐ Contingency for Sale of Buyer's Other Property Addendum ☐ ______
☐ Condominium Addendum ☐ ______
☐ FHA Amendatory Clause ☐ ______

If any of the pre-printed portions of this Agreement vary or are in conflict with any additional or modified terms on blanks provided in this form or Addendum attached to this Agreement, the additional, modified or Addendum provisions control.

**SINGULAR - PLURAL USE:** Wherever the word BUYER or the word SELLER occurs in this Agreement or is referred to, the same shall be construed as singular or plural, masculine or feminine or neuter, as the case may be.

**ACCEPTANCE:** Acceptance of this Agreement must be in writing. Notice of this acceptance may be communicated by facsimile transmission. The original of this document shall be delivered to the listing Broker's firm. This Agreement and any supplement addendum or modification relating hereto, including any photocopy, facsimile or electronic transmission thereof, may be executed in two or more counterparts, all of which shall constitute one and the same Agreement.

**CONTRACT:** This is a legally binding contract when signed by both SELLER and BUYER. READ IT CAREFULLY. If you do not understand the effect of any part of this Agreement seek legal advice before signing this contract or attempting to enforce any obligation or remedy provided herein.

**ENTIRE AGREEMENT:** This Agreement constitutes the entire Agreement between the parties, and any other agreements not incorporated herein in writing are void and of no force and effect.

**EXPIRATION OF OFFER:**
This offer is binding and irrevocable until SEPTEMBER 02, 2010 AT 5 PM AM/PM/MIDNIGHT/NOON.

x [signature] 09/01/2010 [time] x [signature] 09/01/2010 3:50pm
☑ Buyer's/☐ Seller's Signature Date/Time ☐ Buyer's/☐ Seller's Signature Date/Time

Alfredo Jose Carter — Yajaira Carter
Print Buyer's/Seller's Full Name (First, Middle, Last) — Print Buyer's/Seller's Full Name (First, Middle, Last)

7011 Pritchard Place — 7011 Pritchard Place
Street Address — Street Address

New Orleans, La 70125 — New Orleans LA 70125
City, State, Zip — City, State, Zip

9058 — 504-450-2082 — 0512 — 504-812-3460
Last 4-digits of SSN — Telephone Number, Cell — Last 4-digits of SSN — Telephone Number, Cell

504-842-9151 — 504-862-1378
Telephone Number, Home — Telephone Number, Work — Telephone Number, Home — Telephone Number, Work

acalis@gmail.com — yajaira[...]@gmail.com
E-Mail Address — E-Mail Address

[signature] 09/01/10 3:50 pm
This offer was presented to the Seller/Buyer by — Day/Date/Time AM / PM MIDNIGHT/NOON

This offer is: ☒ Accepted ☐ Rejected (without counter) ☐ Countered (See Attached Counter) by:

x [signature] 9-1-10 8:40pm x [signature] 9-1-10 8:40pm
☐ Buyer's/☐ Seller's Signature Date/Time ☐ Buyer's/☐ Seller's Signature Date/Time

Print Buyer's/Seller's Full Name (First, Middle, Last) — Print Buyer's/Seller's Full Name (First, Middle, Last)

Street Address — Street Address

City, State, Zip — City, State, Zip

Last 4-digits of SSN — Telephone Number, Cell — Last 4-digits of SSN — Telephone Number, Cell

Telephone Number, Home — Telephone Number, Work — Telephone Number, Home — Telephone Number, Work

E-Mail Address — E-Mail Address

This offer was presented to the Seller/Buyer by — Day/Date/Time AM / PM MIDNIGHT/NOON

BUYER'S Initials AJC [initials] Page 6 of 7 SELLER'S Initials [initials] [initials]

261 W. ROBERT E. LEE BLVD. NEW ORLEANS, LA 70124
Property address, street, city, state, zip

**PROPERTY AND FLOOD INSURANCE:** It is recommended that the BUYER make good faith application for property and flood insurance, if applicable, on the Property as soon as possible after acceptance of this offer.

PROPERTY DISCLOSURE DOCUMENT:

☒ The SELLER'S completed property disclosure document dated 06/30/10 is attached to this offer. The property disclosure agreement is issued pursuant to LA R.S. 9:3196 *et seq.* and was completed in good faith to the best of the SELLER'S knowledge. This document sets forth the minimum disclosure requirements for sellers of residential real estate as to the condition of the Property. THIS DOCUMENT IS NOT TO BE CONSIDERED A WARRANTY BY THE SELLER, AND IT IS NOT TO BE USED AS A SUBSTITUTE FOR ANY INSPECTIONS OR WARRANTIES THAT THE BUYER MAY OBTAIN. Nothing in the document precludes the rights or duties of the BUYER to inspect the physical condition of the Property. The property disclosure document is not a part of this Agreement.

☐ The SELLER'S completed property disclosure document is not attached to this offer.

BUYER'S Initials AJC VJSC Page 7 of 7 SELLER'S Initials

Property Description (Address, City, State, Zip) 251 W. ROBERT E. LEE NEW ORLEANS, LA 70124

# PROPERTY DISCLOSURE DOCUMENT FOR RESIDENTIAL REAL ESTATE

Answer all questions to the best of your knowledge. Explain any "yes" answers fully at the end of each section.
Y = yes N = no NK = no knowledge

## SECTION 1: LAND

(1) Lot size or acres 40.6 X 120

(2) Are there any servitudes/encroachments regarding the property, other than typical/customary utility servitudes, that would affect the use of the property? ☐Y ☒N ☐NK

(3) Are there any rights vested in others? Check all that apply and explain at the end of the section.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Timber rights | ☐Y | ☒N | ☐NK | Common driveway | ☐Y | ☒N | ☐NK |
| Right of ingress or egress | ☐Y | ☒N | ☐NK | Mineral rights | ☐Y | ☒N | ☐NK |
| Right of way | ☐Y | ☒N | ☐NK | Surface rights | ☐Y | ☒N | ☐NK |
| Right of access | ☐Y | ☒N | ☐NK | Air rights | ☐Y | ☒N | ☐NK |
| Servitude of passage | ☐Y | ☒N | ☐NK | Usufruct | ☐Y | ☒N | ☐NK |
| Servitude of drainage | ☐Y | ☒N | ☐NK | Other ____ | ☐Y | ☒N | ☐NK |

(4) Has any part of the property been determined a wetland by the United States Army Corps of Engineers under §404 of the Clean Water Act? ☐Y ☒N ☐NK (a) Is such a determination pending ☐Y ☒N ☐NK

(b) What date was determination made? ____

The Clean Water Act is a federal law that protects the wetlands of the United States. Section 404 of the Act contains permit requirements for altering or building on property that has been determined a wetland by the Army Corps of Engineers. The Corps may assess a fee to the SELLER or PURCHASER of a property for this determination. A property that has been determined a wetland may result in additional costs for a Section 404 permit. Documentation is attached and becomes a part of this property disclosure if the property described herein has been determined a wetland by the Corps.

(5) Has any flooding, water intrusion, accumulation, or drainage problem been experienced with respect to the land? If yes, indicate the nature and frequency of the defect at the end of this section. ☒Y ☐N ☐NK

(6) What is/are the flood zone classification(s) of the property? A3 (a) What is the source and date of this information? Check all those that apply ☐ Survey/Date ____ ☐ Flood Elevation Certificate/Date 1/9/09 ☐ Flood Insurance Policy/Date ____ ☐ Other ____ /Date ____ (b) Does SELLER have a flood elevation certificate in SELLER'S possession that will be shared with BUYER? ☒Y ☐N ☐NK

(7) If the property is mortgaged, did the lender require you to buy flood insurance? N/A ☐Y ☐N ☐NK

Question Number Explanation of "Yes" answers ☐ Additional sheet is attached

5) PROPERTY FLOODED IN KATRINA 2005 (LEVEE BROKE) 5' WATER

## SECTION TWO: TERMITES, WOOD-DESTROYING INSECTS AND ORGANISMS

(8) Has the property ever had termites or other wood-destroying insects or organisms? ☐Y ☒N ☐NK

(9) Was there any damage to the property? ☐Y ☒N ☐NK

(10) Was the damage repaired? N/A ☐Y ☐N ☐NK

(11) Is the property currently under a termite contract? ☐Y ☒N ☐NK

(a) Name of company ____ (b) Date contract expires ____

(c) List any structures not covered by contract ____

Question Number Explanation of "Yes" answers ☐ Additional sheet is attached

## SECTION 3: STRUCTURE

(12) Are there any defects regarding the following? Check all that apply and explain at the end of this section.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Roof | ☐Y | ☒N | ☐NK | Ceilings | ☐Y | ☒N | ☐NK |
| Interior walls | ☐Y | ☒N | ☐NK | Exterior walls | ☐Y | ☒N | ☐NK |
| Floor | ☐Y | ☒N | ☐NK | Foundation | ☐Y | ☒N | ☐NK |
| Attic spaces | ☐Y | ☒N | ☐NK | Basement | ☐Y | ☐N | ☐NK |
| Porches | ☐Y | ☒N | ☐NK | Overhangs | ☐Y | ☒N | ☐NK |
| Steps/Stairways | ☐Y | ☒N | ☐NK | Railings | ☐Y | ☒N | ☐NK |
| Pool | ☐Y | ☐N | ☐NK | Spa | ☐Y | ☐N | ☐NK |
| Decks | ☐Y | ☒N | ☐NK | Patios | ☐Y | ☒N | ☐NK |
| Windows | ☐Y | ☒N | ☐NK | Other ____ | ☐Y | ☐N | ☐NK |

Property Description (Address, City, State, Zip) 261 W. ROBERT E. LEE NEW ORLEANS, LA 70124

Y = YES N = NO NK = NO KNOWLEDGE

(13) Has any structure on the property ever taken water by flooding (rising water or otherwise)? If yes, give the nature and frequency of the defect at the end of this section. ☒Y ☐N ☐NK

(14) What is the approximate age of all structures on the property? Main structure 11 YRS Other structures 1 YR

SELLER must complete and provide the **"Disclosure on Lead-Based Paint and Lead-Based Paint Hazard Addendum"** that is included with this property disclosure if any structure was built before 1978.

(15) What is the approximate age of the roof of each structure? Main structure 4 YRS Other structures 1 YR

(16) Does the property contain exterior insulation and finish system (EIFS) or other synthetic stucco? ☒Y ☐N ☐NK

(17) What is the approximate square footage or the living area of each structure on the property? Include the source of this information. Square footage of LIVING is 2180 square feet. Source APPRAISAL
Square footage of TOTAL is 2810 square feet. Source ______

Question Number Explanation of "Yes" answers ☐ Additional sheet is attached

______

______

______

**SECTION 4: PLUMBING, WATER, GAS, AND SEWERAGE**

(18) Are there any defects with the plumbing system? ☐Y ☒N ☐NK

(19) Are there any defects with the water piping? ☐Y ☒N ☐NK

(a) Are there any defects with the water quality, quantity, or pressure? ☐Y ☒N ☐NK

(b) The water is supplied by: ☒ Municipality ☐ Private utility ☐ On-site system ☐ Shared well system ☐ None

(c) If there is a well, when was the last time the water was tested? Date ______ Results ______

(20) Is there gas service available to the property/structure? ☒Y ☐N ☐NK

(a) If yes, what type? ☐ Butane ☒ Natural ☐ Propane

(b) If yes, are there any defects with it? ☐Y ☒N ☐NK

(21) Are there defects with any water heater? ☐Y ☒N ☐NK

(a) Age of Unit 1 11 YRS ☒ Gas ☐ Electric (b) Age of Unit 2 ______ ☐ Gas ☐ Electric

(22) The sewerage service is supplied by: ☒ Municipality ☐ Other ☐ NK

SELLER must provide the attached **"Disclosure of Information about Residential Sewage Treatment Systems Addendum"** if the property described herein is not served by a municipality waste treatment.

Question Number Explanation of "Yes" answers ☐ Additional sheet is attached

______

______

______

**SECTION 5: ELECTRICAL, HEATING AND COOLING, APPLIANCES**

For major repairs or replacements relative to Section 5, list the date and nature of the repair or replaced component at the end of the section.

(23) Are there any defects with the electrical system? ☐Y ☒N ☐NK

(24) Are there any defects with the heating or cooling systems? ☐Y ☒N ☐NK

(25) What type of cooling system is installed? ☒ Central ☐ Window unit ☐ Other

(a) Source: ☒ Electric ☐ Gas ☐ Heat pump ☐ Other

(26) What type of heating system is installed? ☒ Central ☐ Window unit ☐ Other

(a) Source: ☐ Electric ☒ Gas ☐ Heat pump ☐ Other

(27) If a fireplace exists, is it working? ☒Y ☐N ☐NK

(a) What type is it? ☒ Gas ☐ Wood ☐ Vented ☒ Ventless ☐ Electric ☐ Other

(28) Are there any defects in any permanently installed or built-in appliances? ☐Y ☒N ☐NK

Question Number Explanation of "Yes" answers ☐ Additional sheet is attached

______

______

______

Property Description (Address, City, State, Zip) _____ 261 W. ROBERT E. LEE _____ NEW ORLEANS, LA 70124 _____

Y = YES    N= NO    NK = NO KNOWLEDGE

SECTION 6: MISCELLANEOUS

(29) Has there been property damage related to the land or the improvements thereon, including, but not limited to, fire, windstorm, flood, hail, lightning, or other property damage?    ☒Y ☐N ☐NK
  (a) If yes, were all related property damages, defects, and/or conditions repaired?    ☒Y ☐N ☐NK
(30) What is the zoning of the property? _____ RESIDENTIAL _____    ☐Y ☒N ☐NK
  (a) Has it ever been zoned for commercial or industrial?    ☐Y ☒N ☐NK
  (b) Is the property located in an historic district?    ☐Y ☒N ☐NK
(31) Does the property and its present usage conflict with current zoning, building, and/or safety restrictions?    ☐Y ☒N ☐NK

(32) Are there any current or pending assessments, dues, liens, taxes owing on the property?    ☐Y ☒N ☐NK
  (a) Is membership in a homeowners' association (HOA), condominium owners' association (COA), or property owners' association (POA) required as the result of owning this property?    ☐Y ☒N ☐NK
  (b) Are any HOA, COA, or POA dues required?    ☐Y ☒N ☐NK
  (c) If yes, what is the amount? $_____ per _____
  (d) Are there any pending special assessments?    ☐Y ☒N ☐NK
  (e) If yes, what is the amount?$ _____ per _____

Any information contained in this property disclosure regarding homeowners' associations (HOA), condominium owners' associations (COA), or property owners' associations (POA) is summary in nature. The covenants and association governing documents are a matter of public record and can be obtained from the conveyance records on file at the Clerk of Court in the parish where the property is located.

(33) Were any additions or alterations made to the property?    ☒Y ☐N ☐NK
  (a) If yes, were the necessary permits and inspections obtained for all additions or alterations?    ☒Y ☐Y ☐NK
(35) Is there a homestead exemption in effect?    ☐Y ☒N ☐NK
(35) Is there high speed internet access available to the property?    ☒Y ☐N ☐NK
(36) Is there any pending litigation regarding the property?    ☐Y ☒N ☐NK
(37) Does the property or any of its structures contain any of the following? Check all those that apply and provide the nature and frequency at the end of this section.

| | | | | | | |
|---|---|---|---|---|---|---|
| Asbestos | ☐Y | ☒N | ☐NK | Formaldehyde | ☐Y ☒N ☐NK |
| Radon gas | ☐Y | ☒N | ☐NK | Chemical storage tanks | ☐Y ☒N ☐NK |
| Contaminated soil | ☐Y | ☒N | ☐NK | Contaminated water | ☐Y ☒N ☐NK |
| Hazardous waste | ☐Y | ☒N | ☐NK | Toxic Mold | ☐Y ☒N ☐NK |
| Mold/Mildew | ☐Y | ☒N | ☐NK | Pets | ☐Y ☒N ☐NK |
| Electromagnetic fields | ☐Y | ☒N | ☐NK | Crystal meth exposure | ☐Y ☒N ☐NK |

Other adverse materials or conditions ☐Y ☐N ☐NK    Contaminated drywall/sheetrock ☐Y ☒N ☐NK

Question Number    Explanation of "Yes" answers    ☐ Additional sheet is attached

_HOUSE HAS CHINESE DRYWALL - ENTIRE 1st FLOOR + MASTER BED ROOM CEILING (BUTTER). "AIR QUALITY TESTS COMPLETED TO DRAW & TIM SODIUM MADE CHINESE DRYWALL." REPORT OF BARNLAY ASSESSMENT SERVICES DATED 6/30/10 AVAILABLE._

ACKNOWLEDGEMENTS

I/We attest that the above statements and explanations have been provided by me/us and are true and correct to the best of my/our knowledge. (If either party is represented by a real estate licensee, your signature below acknowledges that you have been informed of your duties and rights under LSA-R.S. 9:3195-3199 and have read and understand the informational statement.)

Seller(s) acknowledge(s) that the information contained herein is current as of this date.

Seller (sign) _____ (print) DANIEL CARTER    Date 6/30/10    Time 6:30

Seller (sign) _Amy Carter_ (print) AMY CARTER    Date 6/30/10    Time 6:30

Purchaser(s) signing below acknowledge(s) receipt of this property disclosure.

Purchaser (sign) _____ (print) Attack Calix    Date 09/01/2011 Time 3:00 PM

Purchaser (sign) _Uopra Calix_ (print) Nina Calix    Date 9/1/10    Time 3:00 PM

LREC Rev 01/01/10    3 of 3

This form produced by: Formulator ® 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



WAIVER of WARRANTY and REDHIBITION RIGHTS ADDENDUM

IN REFERENCE to the Agreement to Purchase and Sell the real property commonly referred to as: 261 W. ROBERT E. LEE NEW ORLEANS, LA 7012 , dated 09/01/2010 between DANIEL CARTER (SELLER") and Alfredo & Yoana Calix ("PURCHASER"), the undersigned parties hereby agree as follows:

Providing that Purchaser's inspections, as per the Property Condition/Inspection section on the agreement to purchase and sell referenced above, are satisfactory to Purchaser, Purchaser hereby agrees that THE FOLLOWING STATEMENT WILL BE MADE A PART OF THE ACT OF SALE AND SHALL NOT GO INTO EFFECT UNTIL THE ACT OF SALE.

It is expressly agreed that the immovable property herein conveyed and all improvements and component parts, plumbing, electrical systems, mechanical equipment, heating and air conditioning systems, built-in appliances, and all other items located hereon are conveyed by Seller and accepted by Purchaser "AS IS, WHERE IS," without any warranties of any kind whatsoever, even as to the metes and bounds, zoning, operation, or suitability of the property for the use intended by the Purchaser, without regard to the presence of apparent or hidden defects and with the Purchaser's full and complete waiver of any and all rights for the return of all or any part of the purchase price by reason of any such defects.

Purchaser acknowledges and declares that neither the Seller nor any party, whomsoever, acting or purporting to act in any capacity whatsoever on behalf of the Seller has made any direct, indirect, explicit or implicit statement, representation or declaration, whether by written or oral statement or otherwise, and upon which the Purchaser has relied, concerning the existence or non-existence of any quality, characteristic or condition of the property herein conveyed. Purchaser has had full, complete and unlimited access to the property herein conveyed for all tests and inspections which Purchaser, in Purchaser's sole discretion, deems sufficiently diligent for the protection of Purchaser's interests.

Purchaser expressly waives the warranty of fitness and the warranty against redhibitory vices and defects, whether apparent or latent, imposed by Louisiana Civil Code Articles 2520 through 2548, inclusive, and any other applicable state or federal law and the jurisprudence thereunder.

Purchaser also waives any rights Purchaser may have in redhibition to a return of the purchase price or to a reduction of the purchase price paid pursuant to Louisiana Civil Code Articles 2520 to 2548, inclusive, in connection with the property hereby conveyed to Purchaser by Seller. By Purchaser's signature, Purchaser expressly acknowledges all such waivers and Purchaser's exercise of Purchaser's right to waive warranty pursuant to Louisiana Civil Code Article 2520 and 2548, inclusive.

The herein agreement, upon its execution by both Purchaser and Seller, is herewith made an integral part of the aforementioned Agreement to Purchase and Sell.

| | | | |
|---|---|---|---|
| PURCHASER | 09/01/2010 DATE/TIME | SELLER DANIEL CARTER | 6-30-10 6:05pm DATE/TIME |
| PURCHASER | 9/1/2010 DATE/TIME | SELLER AMY CARTER | DATE/TIME |

This form produced by Formulator ®



**Don Reichert**

---

**From:** Don Reichert
**Sent:** Wednesday, November 23, 2016 1:37 PM
**To:** 'Dysart, Danny'
**Subject:** RE: Carter [redacted]
**Attachments:** 101476_3008.pdf

Mr. Dysart,

Carter: Please see attached email and photos which were not previously provided. I spoke with Mrs. Carter and she confirmed that there are no additional samples, photos, or videos of KPT drywall in her possession. Pursuant to your request, she also confirmed that the dates on the photos are wrong. They did the renovations in February 2010 through April 2010. According to Mrs. Carter, the camera must have not been set accurately. If I find anything additional, I will send to you as soon as possible.

Please let me know if anything additional is needed. Hope you have a Happy Thanksgiving!

Thanks,
Don

---

**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Monday, November 21, 2016 2:34 PM
**To:** Don Reichert <don@brunobrunolaw.com>
**Subject:** Carter [redacted]

Don,

Can you please send me an update on the additional information/items requested for these two claims.

Thanks,
Danny

**Danny Dysart**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA, 70170

Phone: 504.566.5206
Fax: 504.696.3906
ddysart@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Mississippi, Tennessee,
Texas and Washington, D.C.

**Baker Donelson - One of FORTUNE Magazine's "100 Best Companies to Work For" for Seven Years in a Row**

---

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

**Kylie Sentyz**

---

**From:** Monica Lord
**Sent:** Wednesday, December 02, 2009 5:21 PM
**To:** Kylie Sentyz
**Subject:** FW: Knauf Tianjin indicia

Please print and include cover page.

---

**From:** Stephanie Pizani [mailto:stephaniep@jbrunolaw.com]
**Sent:** Wednesday, December 02, 2009 2:25 PM
**To:** Monica Lord
**Cc:** Joe Bruno
**Subject:** FW: Knauf Tianjin indicia

Attached are the pictures indicating Knauf Tianjin Chinese manufactured drywall for our five clients we identified.
Please let me know if you need anything further.

James
--
The Law Office of Joseph M Bruno APLC
Insurance Department
Claims Manager
504-324-6592

Attachment 1

The Law Office of Joseph M Bruno APLC - Daniel Carter- 261 W Robert E Lee

The Law Office of Joseph M Bruno APLC - Daniel Carter- 261 W Robert E Lee

KNAUF
The Law Office of Joseph M Bruno APLC - Daniel Carter- 261 W Robert E Lee

**Date:** Tue, 31 Mar 2009 22:46:55 -0400 [03/31/2009 22:46:55 EDT]
**From:** Bill Harris <bharris@housecallusa.net>
**To:** cmsmith@prudentialgardner.com, lov100@cox.net
**Cc:** cclandscaping@aol.com
**ubject:** drywall pictures of W. Robert E. Lee
**Part(s):** 2 P3310032.JPG [image/pjpeg] 422 KB
3 P3310033.JPG [image/pjpeg] 423 KB
4 P3310034.JPG [image/pjpeg] 402 KB
5 P3310035.JPG [image/pjpeg] 416 KB

1 unnamed [text/html] 1.04 KB

'he attached pictures are from the back of the drywall in the attic over the master bedroom. Please call should you have any questions 504-496-1505

Bill Harris
House Call Home Inspection
Franchisee
Office: 504-888-7378
Toll Free: 1-800-905-1558
vebsite: housecallusa.net/billharris
email: bharris@housecallusa.net

A large image named P3310032.JPG is attached to this message. Click HERE to view a thumbnail of this image.

A large image named P3310033.JPG is attached to this message. Click HERE to view a thumbnail of this image.

A large image named P3310034.JPG is attached to this message. Click HERE to view a thumbnail of this image.

A large image named P3310035.JPG is attached to this message. Click HERE to view a thumbnail of this image.

EXHIBIT "L"
CARTER000237

3310035.JPG

Page 2 of

ttp://mail.prudentialgardner.com/webmail/imp/view.php?popup_view=1&index=10537&mailbox=INBOX& 4/1/200



3310034.JPG

Page 2 of

ttp://mail.prudentialgardner.com/webmail/imp/view.php?popup_view=1&index=10537&mailbox=INBOX& CARTER008239 4/1/200



3310033.JPG







CARTER000242



CARTER000243



iCONIC
CONSTRUCTION

Iconic Construction, Inc. NOLA 302 Saint John St Madisonville, LA 70447

# Construction Proposal

Iconic Construction Inc, NOLA

January 11, 2017
Carter Residence
261 W. Robert E Lee
New Orleans, Louisiana 70124

EXHIBIT
"M"

Iconic Construction Inc, NOLA
302 Saint John St.
Madisonville , LA 70447
United States
504-323-5756

Company Fax

# Construction Proposal

| Client<br>**Amy Freese** | | | Project<br>**Carter Residence** | | |
|---|---|---|---|---|---|
| Address<br>**261 W. Robert E Lee** | | | Project Address<br>**261 W. Robert E Lee** | | |
| City<br>**New Orleans** | State<br>**Louisiana** | Zip<br>**70124** | City<br>**New Orleans** | State<br>**Louisiana** | Zip<br>**70124** |
| Contact Phone<br>**504-947-0606** | Contact Email<br>**Afreese@doerrfurniture.com** | | Project Start Date | Project End Date | |
| Project Number | | | | | |

**SCOPE OF WORK:**

Estimate per provided drawings and scope to mitigate Chinese Drywall.

**TOTAL BASE PRICE:** **$49,967.20**

**BASE PRICE INCLUDES:**

**PLANNING**

**Permits**

| | |
|---|---|
| *Building Permit* | *$230.00* |
| **Permits** | **$230.00** |
| **SUBTOTAL PLANNING** | **$230.00** |

---

**ELECTRICAL SYSTEMS**

| | |
|---|---|
| **Electrical Labor** | |
| *Electrical Labor Costs Re-Install* | *$8,450.00* |
| **Electrical Labor** | **$8,450.00** |
| **Electrical Demo** | |
| *Electrical Demo* | *$1,950.00* |
| **Electrical Demo** | **$1,950.00** |
| **SUBTOTAL ELECTRICAL SYSTEMS** | **$10,400.00** |

## PLUMBING SYSTEMS

| | |
|---|---|
| **Plumbing Labor** | |
| *Plumbing Labor& Material Costs* | *$3,500.00* |
| *Selective Plumbing Demo* | *$875.00* |
| **Plumbing Labor** | **$4,375.00** |
| **SUBTOTAL PLUMBING SYSTEMS** | **$4,375.00** |

## INSULATION & DRYWALL

| | |
|---|---|
| **Insulation** | |
| *Insulation Labor* | *$984.46* |
| *Batt Insulation* | *$1,438.82* |
| **Insulation** | **$2,423.28** |
| **Drywall Labor** | |
| *Labor Type 1* | *$1,932.00* |
| **Drywall Labor** | **$1,932.00** |
| **Drywall Materials** | |
| *4'x12'x1/2" Drywall* | *$1,938.62* |
| *Tape, Float Finish* | *$2,120.37* |

| | |
|---|---|
| **Drywall Materials** | **$4,058.99** |
| **SUBTOTAL INSULATION & DRYWALL** | **$8,414.27** |

**CABINETRY & COUNTERTOPS**

| | |
|---|---|
| **Cabinetry** | |
| *Kitchen* | *$1,215.00* |
| *Living Room* | *$90.00* |
| *Dinning* | *$200.00* |
| **Cabinetry** | **$1,505.00** |
| **Countertops** | |
| *Installation Labor* | *$1,800.00* |
| **Countertops** | **$1,800.00** |
| **SUBTOTAL CABINETRY & COUNTERTOPS** | **$3,305.00** |

**INTERIOR TRIM & STAIRS**

| | |
|---|---|
| **Interior Trim Materials** | |
| *Crown Moulding* | *$395.10* |
| *Crown Moulding* | *$351.20* |
| **Interior Trim Materials** | **$746.30** |
| **SUBTOTAL INTERIOR TRIM & STAIRS** | **$746.30** |

**INTERIOR FINISHES**

| | |
|---|---|
| **Paint Labor** | |
| *Interior Paint Labor* | *$3,105.00* |
| **Paint Labor** | **$3,105.00** |
| **SUBTOTAL INTERIOR FINISHES** | **$3,105.00** |

## APPLIANCES

| Appliances | |
|---|---|
| *Range Re-Install* | *$82.31* |
| *Exhaust Fan Re-Install* | *$82.31* |
| *Microwave Re-Install* | *$82.31* |
| *Dishwasher Re-Install* | *$82.31* |
| *Refrigerator Re-Install* | *$82.31* |
| **Appliances** | **$411.55** |
| **SUBTOTAL APPLIANCES** | **$411.55** |

## CONSTRUCTION CLEAN UP

| Demolition | |
|---|---|
| *Selective interior Demolition of Interior* | *$2,070.00* |
| *Selective Removal of Interior Cabinets and Millwork to be reinstalled* | *$1,035.00* |
| **Demolition** | **$3,105.00** |
| **Clean Up - Daily** | |
| *Dumpster* | *$1,275.00* |
| **Clean Up - Daily** | **$1,275.00** |
| **Clean Up - Final** | |
| *Clean Up - Final Costs* | *$545.00* |
| **Clean Up - Final** | **$545.00** |
| **SUBTOTAL CONSTRUCTION CLEAN UP** | **$4,925.00** |

## PROJECT INSURANCE

**Project Liability Insurance**

| | |
|---|---|
| *Project Liability Insurance Costs* | *$600.00* |
| **Project Liability Insurance** | **$600.00** |
| **SUBTOTAL PROJECT INSURANCE** | **$600.00** |

**JOBSITE FACILITIES**

| | |
|---|---|
| **Construction Utilities** | |
| *Temp. Electrical* | *$300.00* |
| *Temp. Water* | *$100.00* |
| **Construction Utilities** | **$400.00** |
| **Portable Restrooms** | |
| *Monthly Rental* | *$210.00* |
| **Portable Restrooms** | **$210.00** |
| **Signage** | |
| *Building Permit Sign* | *$50.00* |
| **Signage** | **$50.00** |
| **SUBTOTAL JOBSITE FACILITIES** | **$660.00** |

**MISCELLANEOUS**

| | |
|---|---|
| **Miscellaneous** | |
| *Corrosion Prevention Treatment* | *$500.00* |
| **Miscellaneous** | **$500.00** |
| **SUBTOTAL MISCELLANEOUS** | **$500.00** |

**SUPERVISION**

**Supervision**

| | |
|---|---|
| *Jobsite Supervision* | *$4,800.00* |
| **Supervision** | **$4,800.00** |
| **SUBTOTAL SUPERVISION** | **$4,800.00** |

| | |
|---|---|
| **COMPANY OVERHEAD & MARGIN** | |
| **Company Overhead** | |
| *Company Overhead Percentage* | *$4,996.72* |
| **Company Overhead** | **$4,996.72** |
| **Company Margin** | |
| *Company's Profit Margin* | *$2,498.36* |
| **Company Margin** | **$2,498.36** |
| **SUBTOTAL COMPANY OVERHEAD & MARGIN** | **$7,495.08** |

| | |
|---|---|
| **GRAND TOTAL** | **$49,967.20** |

## Acceptance Of Proposal

The Price, Specifications, and Conditions (listed above) are hereby accepted.

Contractor's Signature     Date        Owner's Signature     Date

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION "L"<br>JUDGE FALLON<br>MAG. WILKINSON |
|---|---|

**EXHIBIT "N" OF EXHIBIT "B" OF OBJECTION TO SPECIAL MASTER'S OPINION AND DECREE**

# FILED UNDER SEAL

FAX 3517820 P. 002

**COMMERCIAL BUILDERS GROUP, LLC**
235 Jaubert Lane
LaPlace, LA 70068

# INVOICE

| Date | Invoice # |
|---|---|
| 2/2/2010 | 2010-182 |

**Bill To**
Tom Carter

**Ship To**
261 W. Robert E. Lee Blvd.
New Orleans, La. 70124

| P.O. No. | Terms | Rep | Ship Date | Due Date | Account # | Delivery /Pickup# |
|---|---|---|---|---|---|---|
| | Due on receipt | DL | 2/2/2010 | 2/2/2010 | | 201000163 |

| Item Code | MPN. | Qty. | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|---|
| 910724 | 910724 | 4 | R19 Unface CP 16"x96" 96sf/bg. | sqft | 0.275 | 105.60T |
| 910245 | 910245 | 8 | R13 Kraft 15"x93" 125.94sf/bg. | sqft | 0.25 | 251.88T |
| 4812XP | GB8100 | 8 | 1/2" x 4' x 8' XP Mold & Mildew Resist. | sqft | 0.265 | 67.84T |
| 41212R | 41212R | 34 | 1/2" x 4' x 12' Regular Gyp. | sqft | 0.17 | 277.44T |
| CB10 | CB10 | 50 | 10' Metal Cornerbead/pcs. | ft | 0.17 | 85.00T |
| DN138-1 | DN138-1 | 5 | 1-3/8" Drywall Nails/1lb. | lb | 1.35 | 6.75T |

Please remit to above address.

*We Appreciate Your Business!*

| Phone # | Fax # | E-mail |
|---|---|---|
| (985) 651-7818 | (985) 651-7820 | cbgllc@bellsouth.net |

| | |
|---|---|
| Subtotal | $794.51 |
| Sales Tax (9.0%) | $71.51 |
| Total | $866.02 |
| Payments/Credits | $0.00 |
| Balance Due | $866.02 |

EXHIBIT
"O"

CARTER000252



201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

KERRY J. MILLER
Shareholder
Direct Dial: (504) 566-8646
Facsimile: (504) 585-6946
Email: kjmiller@bakerdonelson.com

***PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS***

February 10, 2017

**Via Email and Federal Express:**
Dan Balhoff
Perry, Balhoff, Mengis & Burns, LLC
2141 Quail Run Drive
Baton Rouge, LA 70808
Balhoff@pabmb.com

RE: **Amy Freese Carter and Daniel Carter ARH claim, 261 W. Robert E. Lee Blvd, New Orleans, LA 70124**

**CONFIDENTIAL POSITION PAPER**

Dear Mr. Balhoff:

In preparation for the February 15, 2017 binding mediation, the Knauf Defendants[1] submit the following confidential position paper regarding the claims listed below.

## I. Background

Amy Freese Carter and Daniel Carter ("Claimants") purchased 261 W. Robert E. Lee Boulevard, New Orleans, LA 70124 (the "Property") in May 2006. The property was damaged

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH, Knauf AMF GmbH & Co. KG, Knauf UK GmbH, Knauf do Brasil Ltda., Gebr. Knauf Verwaltungsgesellschaft KG, PT Knauf Gypsum Indonesia, or Knauf Gips KG.

during Hurricane Katrina. In January 2007, the Claimants purport to have completed a renovation and moved back into the Property. Between August and October 2009, Claimants had the Property inspected, determined that the Property had symptoms consistent with reactive Chinese-manufactured drywall ("CDW"), and obtained estimates for the remediation.[2] The Property was remediated between February 2010 and April 2010. The Claimants had follow-up inspections completed between June 2010 to September 2010 to confirm the Property no longer inhibited signs of Chinese drywall (or mold).

It is undisputed that as of the present date no evidence has been submitted in compliance with PTO 1B. The only KPT drywall evidence submitted are pictures of a few detached drywall boards presented to the Knauf Defendants years after the purported remediation, which is not appropriate evidence of product identification in the Property under the Knauf Class Settlement Agreement. As a result, the Knauf Defendants have been prejudiced in a determination of the claim. Therefore, this claim is not compensable.

## II. Position of Knauf Defendants

Claimants are ineligible to receive settlement benefits under the Knauf Class Settlement Agreement because there is insufficient evidence of the presence of KPT Chinese drywall in the Property, Claimants have failed to comply with the preservation protocols of the Knauf Class Settlement Agreement, PTO 1B and the Already Remediated Properties Protocol. This has prejudiced the Knauf Defendants and the claim should be disallowed.

Claimants are subject to the Knauf Class Settlement Agreement, which mandates that the review of Already Remediated Home (ARH) claims are done pursuant to PTO 1B. PTO 1B establishes that all Claimants are required to preserve physical evidence by following a few basic

---

[2] See Exhibit A.

procedures, including but not limited to "photograph[ing] the backside of each Chinese drywall board immediately after it is removed on-site, and, document on a floor plan, building diagram, or other similar form of documentation, the location of each full or partial Chinese drywall board removed from the property and its photograph. Photographs of the wall sections should be taken so that any markings on the backside of the drywall sections are most clearly visible in the photographs." Claimants have failed to meet this requirement in the case at hand, as there is no photographic evidence of KPT Chinese Drywall or any other evidence of KPT Chinese drywall having been installed in the Property.

Under the Knauf Class Settlement Agreement, failure to preserve evidence can result in "disallowance" of a claim.[3] The Knauf Class Settlement Agreement states in pertinent part: "The Special Master and the Court will take into consideration, in determining whether to allow a claim…whether the Owner has complied with MDL Pretrial Order 1B… for preservation of evidence."[4] Further, subject to review by the Special Master or the Court, "the failure to preserve evidence as required by law will result in disallowance or reduction in the amount of the claim if the failure has been prejudicial to a determination of the claim."[5]

Of the approximately 280 boards that would be contained in the Property, none were presented in accordance with PTO 1B. Instead, plaintiffs have presented photographic evidence of only three detached drywall boards that purportedly were manufactured by KPT.[6] Based on the lack of evidence of the existence of KPT drywall in the Property and Claimants' failure to

---

[3] *See*, Knauf Class Settlement Agreement; Exhibit A at IV(d)(4).
[4] *Id.*
[5] *Id.*
[6] See Exhibit B. After many requests by Knauf, and Plaintiff counsel's confirmation on November 23, 2016 that all documentation was presented, Knauf received additional photo documentation on February 7, 2017, one day before the mediation papers were originally due in this matter. See Exhibit C. The additional documentation is still insufficient under KCSA and PTO 1(B). Knauf's position regarding this claim remains unchanged.

preserve and present evidence of KPT Chinese drywall in accordance with PTO 1B and the Knauf Class Settlement Agreement, the Knauf Defendants have been prejudiced in a determination of the claim. Therefore, the Knauf Defendants submit that Claimants' ARH claim is not compensable under the Knauf Class Settlement Agreement.[7]

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

_/s/ Kerry J. Miller_
KERRY J. MILLER

[7] The Knauf Defendants also dispute the Reimbursable Costs asserted by the Carters based on poor cost documentation. Should the claim be compensable at all, it should be limited to Reimbursable Costs. Already Remediated Properties Protocol, Section IV(C).



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

Insured: Daniel & Amy Carter
Property: 261 W. Robert E. Lee
New Orleans, LA 70124

Claim Rep.: Jamie Ziglar    Business: (504) 324-6588

Estimator: Jamie Ziglar    Business: (504) 324-6588

**Claim Number:**    **Policy Number:**    **Type of Loss:** Other

Date of Loss: 10/23/2009    Date Received:
Date Inspected: 10/23/2009    Date Entered: 11/18/2009 12:07 PM

Price List: LANO5B_OCT09
Restoration/Service/Remodel
Estimate: CDW-000015

This estimate of damage includes a base estimate for remediation of toxic drywall. It is based on currently available information, which is continuously evolving. As additional methods of remediation are revealed, this report may be updated.



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

CDW-000015

Main Level

**Main Level**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 1. R&R Built-in theater speaker system | 1.00 EA | 74.47 | 3,387.07 | 3,461.54 |
| 2. Rewire - average residence - copper wiring | 1,247.86 SF | 0.00 | 3.61 | 4,504.77 |
| Total: Main Level | | | | 7,966.31 |

**Living** **Ceiling Height: 10'**

| | |
|---|---|
| 510.33 SF Walls | 321.42 SF Ceiling |
| 831.75 SF Walls & Ceiling | 321.42 SF Floor |
| 35.71 SY Flooring | 50.33 LF Floor Perimeter |
| 53.83 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | **1 -** | **15'8" X 10'0"** | **Opens into Kitchen** | **Goes to Floor/Ceiling** |
| **Missing Wall:** | **1 -** | **3'6" X 10'0"** | **Opens into Stairs-Up** | **Goes to Floor/Ceiling** |
| **Missing Wall:** | **1 -** | **2'8" X 10'0"** | **Opens into Foyer** | **Goes to Floor/Ceiling** |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 3. Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 110.43 | 110.43 |
| 4. Tear out drywall, cleanup, bag for disposal | 831.75 SF | 0.65 | 0.00 | 540.64 |
| 5. HEPA Vacuuming - Detailed - (PER SF) | 1,153.17 SF | 0.00 | 0.47 | 541.99 |
| 6. Personal protective gloves - Disposable (per pair) | 2.00 EA | 0.00 | 0.60 | 1.20 |
| 7. 1/2" drywall - hung, taped, floated, ready for paint | 831.75 SF | 0.00 | 1.38 | 1,147.82 |
| 8. Texture drywall - light hand texture | 831.75 SF | 0.00 | 0.40 | 332.70 |
| 9. Seal & paint textured ceiling | 321.42 SF | 0.00 | 0.85 | 273.21 |
| 10. R&R Outlet | 8.00 EA | 5.05 | 12.40 | 139.60 |
| 11. R&R Outlet or switch cover | 8.00 EA | 0.63 | 2.24 | 22.96 |
| 12. R&R Switch | 4.00 EA | 5.05 | 12.27 | 69.28 |
| 13. R&R Outlet or switch cover - Double | 2.00 EA | 0.63 | 3.60 | 8.46 |

CARTER000258



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**CONTINUED - Living**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 14. R&R Heat/AC register - Mechanically attached | 2.00 EA | 2.49 | 18.99 | 42.96 |
| 15. R&R Batt insulation - 6" - R19 | 510.33 SF | 0.38 | 0.92 | 663.43 |
| 16. R&R Ceiling fan & light - High grade | 1.00 EA | 18.73 | 365.48 | 384.21 |
| 17. R&R Fireplace mantel - paint grade - prefab. | 1.00 EA | 53.18 | 382.64 | 435.82 |
| 18. Seal & paint fireplace mantel | 8.00 LF | 0.00 | 3.59 | 28.72 |
| 19. Mask and prep for paint - plastic, paper, tape (per LF) | 53.83 LF | 0.00 | 0.91 | 48.99 |
| 20. Seal then paint the walls (2 coats) | 510.33 SF | 0.00 | 0.67 | 341.92 |
| 21. Seal stud wall for odor control | 510.33 SF | 0.00 | 0.59 | 301.09 |
| 22. Apply anti-microbial agent | 1,153.17 SF | 0.00 | 0.20 | 230.63 |
| 23. R&R Laminate - simulated wood flooring - High Grade | 321.42 SF | 1.65 | 8.14 | 3,146.70 |
| 24. R&R Baseboard - 6" | 50.33 LF | 0.51 | 3.72 | 212.90 |
| 25. Paint baseboard - two coats | 50.33 LF | 0.00 | 1.00 | 50.33 |
| 26. French double door set - Detach & reset | 2.00 EA | 0.00 | 75.27 | 150.54 |
| 27. Paint door slab only - 2 coats (per side) | 4.00 EA | 0.00 | 20.83 | 83.32 |
| 28. Paint door trim & jamb - 2 coats (2 double french and single entry) | 4.00 EA | 0.00 | 21.41 | 85.64 |
| 29. R&R Window trim set (casing & stop) | 48.00 LF | 0.50 | 2.95 | 165.60 |
| 30. Paint window trim & jamb - 2 coats (per side) | 4.00 EA | 0.00 | 21.41 | 85.64 |
| 31. R&R Crown molding - oversized - 4 1/4" | 53.83 LF | 0.66 | 5.22 | 316.52 |
| 32. Seal & paint crown molding, oversized - two coats | 53.83 LF | 0.00 | 1.08 | 58.14 |
| 33. R&R Smoke detector | 1.00 EA | 11.02 | 45.39 | 56.41 |
| Totals: Living | | | | 10,077.80 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**Kitchen** — **Ceiling Height: 10'**

| | |
|---|---|
| 380.00 SF Walls | 220.56 SF Ceiling |
| 600.56 SF Walls & Ceiling | 220.56 SF Floor |
| 24.51 SY Flooring | 38.00 LF Floor Perimeter |
| 38.00 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | 1 - | 15'8" X 10'0" | Opens into Living | Goes to Floor/Ceiling |
| **Missing Wall:** | 1 - | 5'10" X 10'0" | Opens into Foyer | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 34. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 35. Tear out drywall, cleanup, bag for disposal | 600.56 SF | 0.65 | 0.00 | 390.36 |
| 36. HEPA Vacuuming - Detailed - (PER SF) | 821.11 SF | 0.00 | 0.47 | 385.92 |
| 37. Personal protective gloves - Disposable (per pair) | 2.00 EA | 0.00 | 0.60 | 1.20 |
| 38. 1/2" drywall - hung, taped, floated, ready for paint | 600.56 SF | 0.00 | 1.38 | 828.77 |
| 39. Texture drywall - light hand texture | 600.56 SF | 0.00 | 0.40 | 240.22 |
| 40. Seal & paint textured ceiling | 220.56 SF | 0.00 | 0.85 | 187.48 |
| 41. R&R Outlet | 6.00 EA | 5.05 | 12.40 | 104.70 |
| 42. R&R Outlet or switch cover | 6.00 EA | 0.63 | 2.24 | 17.22 |
| 43. R&R Switch | 2.00 EA | 5.05 | 12.27 | 34.64 |
| 44. R&R Outlet or switch cover - Double | 1.00 EA | 0.63 | 3.60 | 4.23 |
| 45. R&R Heat/AC register - Mechanically attached | 1.00 EA | 2.49 | 18.99 | 21.48 |
| 46. R&R Batt insulation - 6" - R19 | 380.00 SF | 0.38 | 0.92 | 494.00 |
| 47. R&R Hanging light fixture - Premium grade | 3.00 EA | 12.49 | 120.55 | 399.12 |
| 48. Mask and prep for paint - plastic, paper, tape (per LF) | 38.00 LF | 0.00 | 0.91 | 34.58 |
| 49. Seal then paint the walls (2 coats) | 380.00 SF | 0.00 | 0.67 | 254.60 |
| 50. Seal stud wall for odor control | 380.00 SF | 0.00 | 0.59 | 224.20 |
| 51. Apply anti-microbial agent | 821.11 SF | 0.00 | 0.20 | 164.22 |
| 52. Clean ceramic tile - Heavy | 220.56 SF | 0.00 | 0.46 | 101.46 |
| 53. R&R Baseboard - 6" | 38.00 LF | 0.51 | 3.72 | 160.74 |
| 54. Paint baseboard - two coats | 38.00 LF | 0.00 | 1.00 | 38.00 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**CONTINUED - Kitchen**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 55. R&R Cabinetry - upper (wall) units - Deluxe grade | 24.00 LF | 7.46 | 295.52 | 7,271.52 |
| 56. R&R Range hood - oversized - High grade | 1.00 EA | 12.49 | 337.14 | 349.63 |
| 57. R&R Cabinetry - lower (base) units | 9.00 LF | 7.46 | 157.19 | 1,481.85 |
| 58. R&R Countertop - Granite or Marble - Premium grade | 24.00 SF | 5.36 | 101.44 | 2,563.20 |
| 59. Range - freestanding - electric - Deluxe grade | 1.00 EA | 0.00 | 2,102.63 | 2,102.63 |
| 60. Sink - double - Detach & reset | 1.00 EA | 0.00 | 106.59 | 106.59 |
| 61. R&R Sink faucet - Kitchen - Premium grade | 1.00 EA | 18.61 | 233.63 | 252.24 |
| 62. Refrigerator - top freezer - 24 to 26 cf - Deluxe grade | 1.00 EA | 0.00 | 3,709.20 | 3,709.20 |
| 63. R&R Smoke detector | 1.00 EA | 11.02 | 45.39 | 56.41 |
| Totals: Kitchen | | | | 22,017.23 |

**Dining** **Ceiling Height: 10'**

| | |
|---|---|
| 446.67 SF Walls | 167.03 SF Ceiling |
| 613.69 SF Walls & Ceiling | 167.03 SF Floor |
| 18.56 SY Flooring | 44.67 LF Floor Perimeter |
| 44.67 LF Ceil. Perimeter | |

**Missing Wall:** 1 - 6'2" X 10'0" **Opens into Foyer** **Goes to Floor/Ceiling**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 64. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 65. Tear out drywall, cleanup, bag for disposal | 613.69 SF | 0.65 | 0.00 | 398.90 |
| 66. HEPA Vacuuming - Detailed - (PER SF) | 780.72 SF | 0.00 | 0.47 | 366.94 |

CARTER000261



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**CONTINUED - Dining**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 67. Personal protective gloves - Disposable (per pair) | 2.00 EA | 0.00 | 0.60 | 1.20 |
| 68. 1/2" drywall - hung, taped, floated, ready for paint | 613.69 SF | 0.00 | 1.38 | 846.89 |
| 69. Texture drywall - light hand texture | 613.69 SF | 0.00 | 0.40 | 245.48 |
| 70. Seal & paint textured ceiling | 167.03 SF | 0.00 | 0.85 | 141.98 |
| 71. R&R Outlet | 6.00 EA | 5.05 | 12.40 | 104.70 |
| 72. R&R Outlet or switch cover | 6.00 EA | 0.63 | 2.24 | 17.22 |
| 73. R&R Switch | 2.00 EA | 5.05 | 12.27 | 34.64 |
| 74. R&R Outlet or switch cover - Double | 1.00 EA | 0.63 | 3.60 | 4.23 |
| 75. R&R Heat/AC register - Mechanically attached | 2.00 EA | 2.49 | 18.99 | 42.96 |
| 76. R&R Batt insulation - 6" - R19 | 446.67 SF | 0.38 | 0.92 | 580.67 |
| 77. R&R Chandelier - Premium grade | 1.00 EA | 18.61 | 484.64 | 503.25 |
| 78. Mask and prep for paint - plastic, paper, tape (per LF) | 44.67 LF | 0.00 | 0.91 | 40.65 |
| 79. Seal then paint the walls (2 coats) | 446.67 SF | 0.00 | 0.67 | 299.27 |
| 80. Seal stud wall for odor control | 446.67 SF | 0.00 | 0.59 | 263.54 |
| 81. Apply anti-microbial agent | 780.72 SF | 0.00 | 0.20 | 156.14 |
| 82. Clean ceramic tile - Heavy | 167.03 SF | 0.00 | 0.46 | 76.83 |
| 83. R&R Baseboard - 6" | 44.67 LF | 0.51 | 3.72 | 188.95 |
| 84. Paint baseboard - two coats | 44.67 LF | 0.00 | 1.00 | 44.67 |
| Totals: Dining | | | | 4,395.93 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**1/2 Bath** **Ceiling Height: 8'**

| | |
|---|---|
| 152.00 SF Walls | 21.00 SF Ceiling |
| 173.00 SF Walls & Ceiling | 21.00 SF Floor |
| 2.33 SY Flooring | 19.00 LF Floor Perimeter |
| 19.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 85. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 86. Tear out drywall, cleanup, bag for disposal | 173.00 SF | 0.65 | 0.00 | 112.45 |
| 87. HEPA Vacuuming - Detailed - (PER SF) | 194.00 SF | 0.00 | 0.47 | 91.18 |
| 88. Personal protective gloves - Disposable (per pair) | 1.00 EA | 0.00 | 0.60 | 0.60 |
| 89. 1/2" drywall - hung, taped, floated, ready for paint | 173.00 SF | 0.00 | 1.38 | 238.74 |
| 90. Texture drywall - light hand texture | 173.00 SF | 0.00 | 0.40 | 69.20 |
| 91. Seal & paint textured ceiling | 21.00 SF | 0.00 | 0.85 | 17.85 |
| 92. R&R Outlet | 2.00 EA | 5.05 | 12.40 | 34.90 |
| 93. R&R Outlet or switch cover | 2.00 EA | 0.63 | 2.24 | 5.74 |
| 94. R&R Switch | 2.00 EA | 5.05 | 12.27 | 34.64 |
| 95. R&R Outlet or switch cover - Double | 1.00 EA | 0.63 | 3.60 | 4.23 |
| 96. R&R Heat/AC register - Mechanically attached | 1.00 EA | 2.49 | 18.99 | 21.48 |
| 97. R&R Batt insulation - 6" - R19 | 152.00 SF | 0.38 | 0.92 | 197.60 |
| 98. R&R Light bar - 2 lights - High grade | 1.00 EA | 19.86 | 135.86 | 155.72 |
| 99. R&R Bathroom ventilation fan w/light | 1.00 EA | 17.49 | 103.85 | 121.34 |
| 100. Mask and prep for paint - plastic, paper, tape (per LF) | 19.00 LF | 0.00 | 0.91 | 17.29 |
| 101. Seal then paint the walls (2 coats) | 152.00 SF | 0.00 | 0.67 | 101.84 |
| 102. Seal stud wall for odor control | 152.00 SF | 0.00 | 0.59 | 89.68 |
| 103. Apply anti-microbial agent | 194.00 SF | 0.00 | 0.20 | 38.80 |
| 104. Clean ceramic tile - Heavy | 21.00 SF | 0.00 | 0.46 | 9.66 |
| 105. R&R Baseboard - 3 1/4" | 19.00 LF | 0.48 | 2.47 | 56.05 |
| 106. Paint baseboard - two coats | 19.00 LF | 0.00 | 1.00 | 19.00 |
| 107. Toilet - Detach & reset | 1.00 EA | 0.00 | 163.04 | 163.04 |
| 108. R&R Toilet paper holder | 1.00 EA | 4.97 | 21.52 | 26.49 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**CONTINUED - 1/2 Bath**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 109. R&R Vanity - Premium grade | 3.50 LF | 7.46 | 201.24 | 730.45 |
| 110. Vanity top - Detach and reset | 1.00 LF | 0.00 | 12.18 | 12.18 |
| 111. Sink - single - Detach & reset | 1.00 EA | 0.00 | 99.34 | 99.34 |
| 112. R&R Sink faucet - Bathroom - Premium grade | 1.00 EA | 18.61 | 207.21 | 225.82 |
| 113. Mirror - plate glass - Detach & reset | 14.00 SF | 0.00 | 4.86 | 68.04 |
| Totals: 1/2 Bath | | | | 2,800.17 |

**Foyer** **Ceiling Height: 10'**

| | |
|---|---|
| 280.00 SF Walls | 66.78 SF Ceiling |
| 346.78 SF Walls & Ceiling | 66.78 SF Floor |
| 7.42 SY Flooring | 28.00 LF Floor Perimeter |
| 28.00 LF Ceil. Perimeter | |

| | | | | |
|---|---|---|---|---|
| **Missing Wall:** | 1 - | 2'8" X 10'0" | **Opens into Living** | Goes to Floor/Ceiling |
| **Missing Wall:** | 1 - | 5'10" X 10'0" | **Opens into Kitchen** | Goes to Floor/Ceiling |
| **Missing Wall:** | 1 - | 6'2" X 10'0" | **Opens into Dining** | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 114. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 115. Tear out drywall, cleanup, bag for disposal | 346.78 SF | 0.65 | 0.00 | 225.41 |
| 116. HEPA Vacuuming - Detailed - (PER SF) | 413.56 SF | 0.00 | 0.47 | 194.37 |
| 117. Personal protective gloves - Disposable (per pair) | 2.00 EA | 0.00 | 0.60 | 1.20 |
| 118. 1/2" drywall - hung, taped, floated, ready for paint | 346.78 SF | 0.00 | 1.38 | 478.56 |
| 119. Texture drywall - light hand texture | 346.78 SF | 0.00 | 0.40 | 138.71 |
| 120. Seal & paint textured ceiling | 66.78 SF | 0.00 | 0.85 | 56.76 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**CONTINUED - Foyer**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 121. R&R Outlet | 4.00 EA | 5.05 | 12.40 | 69.80 |
| 122. R&R Outlet or switch cover | 4.00 EA | 0.63 | 2.24 | 11.48 |
| 123. R&R Switch | 2.00 EA | 5.05 | 12.27 | 34.64 |
| 124. R&R Outlet or switch cover - Double | 1.00 EA | 0.63 | 3.60 | 4.23 |
| 125. R&R Heat/AC register - Mechanically attached | 2.00 EA | 2.49 | 18.99 | 42.96 |
| 126. R&R Batt insulation - 6" - R19 | 280.00 SF | 0.38 | 0.92 | 364.00 |
| 127. R&R Chandelier - Premium grade | 1.00 EA | 18.61 | 484.64 | 503.25 |
| 128. R&R Recessed light fixture | 2.00 EA | 11.06 | 109.98 | 242.08 |
| 129. R&R Door chime - Premium grade | 1.00 EA | 5.00 | 179.19 | 184.19 |
| 130. Mask and prep for paint - plastic, paper, tape (per LF) | 28.00 LF | 0.00 | 0.91 | 25.48 |
| 131. Seal then paint the walls (2 coats) | 280.00 SF | 0.00 | 0.67 | 187.60 |
| 132. Seal stud wall for odor control | 280.00 SF | 0.00 | 0.59 | 165.20 |
| 133. Apply anti-microbial agent | 413.56 SF | 0.00 | 0.20 | 82.71 |
| 134. Clean ceramic tile - Heavy | 66.78 SF | 0.00 | 0.46 | 30.72 |
| 135. R&R Baseboard - 6" | 28.00 LF | 0.51 | 3.72 | 118.44 |
| 136. Paint baseboard - two coats | 28.00 LF | 0.00 | 1.00 | 28.00 |
| 137. R&R Smoke detector | 1.00 EA | 11.02 | 45.39 | 56.41 |
| Totals: Foyer | | | | 3,283.02 |

**Garage** — **Ceiling Height: 10'**

| | |
|---|---|
| 823.33 SF Walls | 423.67 SF Ceiling |
| 1,247.00 SF Walls & Ceiling | 423.67 SF Floor |
| 47.07 SY Flooring | 82.33 LF Floor Perimeter |
| 82.33 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**CONTINUED - Garage**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 138. Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 110.43 | 110.43 |
| 139. Tear out drywall, cleanup, bag for disposal | 1,247.00 SF | 0.65 | 0.00 | 810.55 |
| 140. HEPA Vacuuming - Detailed - (PER SF) | 1,670.67 SF | 0.00 | 0.47 | 785.21 |
| 141. Personal protective gloves - Disposable (per pair) | 2.00 EA | 0.00 | 0.60 | 1.20 |
| 142. 1/2" drywall - hung, taped, floated, ready for paint | 1,247.00 SF | 0.00 | 1.38 | 1,720.86 |
| 143. Texture drywall - light hand texture | 1,247.00 SF | 0.00 | 0.40 | 498.80 |
| 144. Seal & paint textured ceiling | 423.67 SF | 0.00 | 0.85 | 360.12 |
| 145. R&R Outlet | 8.00 EA | 5.05 | 12.40 | 139.60 |
| 146. R&R Outlet or switch cover | 8.00 EA | 0.63 | 2.24 | 22.96 |
| 147. R&R Switch | 4.00 EA | 5.05 | 12.27 | 69.28 |
| 148. R&R Outlet or switch cover - Double | 2.00 EA | 0.63 | 3.60 | 8.46 |
| 149. R&R Heat/AC register - Mechanically attached | 2.00 EA | 2.49 | 18.99 | 42.96 |
| 150. R&R Batt insulation - 6" - R19 | 823.33 SF | 0.38 | 0.92 | 1,070.33 |
| 151. R&R Fluorescent light fixture - High grade | 2.00 EA | 13.83 | 134.98 | 297.62 |
| 152. R&R Overhead (garage) door opener | 1.00 EA | 22.06 | 371.32 | 393.38 |
| 153. Mask and prep for paint - plastic, paper, tape (per LF) | 82.33 LF | 0.00 | 0.91 | 74.92 |
| 154. Seal then paint the walls (2 coats) | 823.33 SF | 0.00 | 0.67 | 551.63 |
| 155. Seal stud wall for odor control | 823.33 SF | 0.00 | 0.59 | 485.76 |
| 156. Apply anti-microbial agent | 1,670.67 SF | 0.00 | 0.20 | 334.13 |
| 157. R&R Baseboard - 6" | 82.33 LF | 0.51 | 3.72 | 348.26 |
| 158. Paint baseboard - two coats | 82.33 LF | 0.00 | 1.00 | 82.33 |
| 159. R&R Window trim set (casing & stop) | 48.00 LF | 0.50 | 2.95 | 165.60 |
| 160. Paint window trim & jamb - 2 coats (per side) | 4.00 EA | 0.00 | 21.41 | 85.64 |
| Totals: Garage | | | | 8,460.03 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

| Total: Main Level | 59,000.49 |
|---|---|

2nd Level

**2nd Level**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 161. Rewire - average residence - copper wiring | 1,249.85 SF | 0.00 | 3.61 | 4,511.96 |
| Total: 2nd Level | | | | 4,511.96 |

**Bedroom1** — **Ceiling Height: Tray**

| | |
|---|---|
| 711.00 SF Walls | 396.44 SF Ceiling |
| 1,107.44 SF Walls & Ceiling | 372.00 SF Floor |
| 41.33 SY Flooring | 79.00 LF Floor Perimeter |
| 79.00 LF Ceil. Perimeter | |

**Subroom 1: CL1** — **Ceiling Height: 8'**

| | |
|---|---|
| 328.00 SF Walls | 100.00 SF Ceiling |
| 428.00 SF Walls & Ceiling | 100.00 SF Floor |
| 11.11 SY Flooring | 41.00 LF Floor Perimeter |
| 41.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 162. Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 110.43 | 110.43 |
| 163. Tear out drywall, cleanup, bag for disposal | 1,535.44 SF | 0.65 | 0.00 | 998.04 |
| 164. HEPA Vacuuming - Detailed - (PER SF) | 2,007.44 SF | 0.00 | 0.47 | 943.50 |
| 165. Personal protective gloves - Disposable (per pair) | 2.00 EA | 0.00 | 0.60 | 1.20 |
| 166. 1/2" drywall - hung, taped, floated, ready for paint | 1,535.44 SF | 0.00 | 1.38 | 2,118.91 |
| 167. Texture drywall - light hand texture | 1,535.44 SF | 0.00 | 0.40 | 614.18 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

CONTINUED - Bedroom1

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 168. Seal & paint textured ceiling | 496.44 SF | 0.00 | 0.85 | 421.97 |
| 169. R&R Outlet | 8.00 EA | 5.05 | 12.40 | 139.60 |
| 170. R&R Outlet or switch cover | 8.00 EA | 0.63 | 2.24 | 22.96 |
| 171. R&R Switch | 2.00 EA | 5.05 | 12.27 | 34.64 |
| 172. R&R Outlet or switch cover - Double | 1.00 EA | 0.63 | 3.60 | 4.23 |
| 173. R&R Heat/AC register - Mechanically attached | 2.00 EA | 2.49 | 18.99 | 42.96 |
| 174. R&R Batt insulation - 6" - R19 | 1,039.00 SF | 0.38 | 0.92 | 1,350.70 |
| 175. R&R Ceiling fan & light - High grade | 1.00 EA | 18.73 | 365.48 | 384.21 |
| 176. R&R Recessed light fixture | 6.00 EA | 11.06 | 109.98 | 726.24 |
| 177. R&R Fireplace mantel - paint grade - prefab. | 1.00 EA | 53.18 | 382.64 | 435.82 |
| 178. Seal & paint fireplace mantel | 8.00 LF | 0.00 | 3.59 | 28.72 |
| 179. Mask and prep for paint - plastic, paper, tape (per LF) | 120.00 LF | 0.00 | 0.91 | 109.20 |
| 180. Seal then paint the walls (2 coats) | 1,039.00 SF | 0.00 | 0.67 | 696.13 |
| 181. Seal stud wall for odor control | 1,039.00 SF | 0.00 | 0.59 | 613.01 |
| 182. Apply anti-microbial agent | 2,007.44 SF | 0.00 | 0.20 | 401.49 |
| 183. R&R Laminate - simulated wood flooring - High Grade | 472.00 SF | 1.65 | 8.14 | 4,620.88 |
| 184. R&R Baseboard - 6" | 120.00 LF | 0.51 | 3.72 | 507.60 |
| 185. Paint baseboard - two coats | 120.00 LF | 0.00 | 1.00 | 120.00 |
| 186. R&R Interior door unit | 1.00 EA | 18.84 | 132.25 | 151.09 |
| 187. R&R Door knob - interior | 1.00 EA | 12.41 | 34.69 | 47.10 |
| 188. French double door set - Detach & reset | 2.00 EA | 0.00 | 75.27 | 150.54 |
| 189. Paint door slab only - 2 coats (per side) | 5.00 EA | 0.00 | 20.83 | 104.15 |
| 190. Paint door trim & jamb - 2 coats (2 double french and single entry) | 5.00 EA | 0.00 | 21.41 | 107.05 |
| 191. R&R Window trim set (casing & stop) | 32.00 LF | 0.50 | 2.95 | 110.40 |
| 192. Paint window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 21.41 | 42.82 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

CONTINUED - Bedroom1

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 193. R&R Crown molding - oversized - 4 1/4" | 240.00 LF | 0.66 | 5.22 | 1,411.20 |
| 194. Seal & paint crown molding, oversized - two coats | 240.00 LF | 0.00 | 1.08 | 259.20 |
| 195. R&R Fluorescent - acoustic grid fixture - two tube, 2'x 4' | 1.00 EA | 13.83 | 124.48 | 138.31 |
| 196. R&R Closet Organizer - Melamine - Average grade | 34.00 LF | 7.45 | 68.90 | 2,595.90 |

Totals: Bedroom1 20,564.38

**Bedroom2** **Ceiling Height: 9'**

| | |
|---|---|
| 450.00 SF Walls | 156.25 SF Ceiling |
| 606.25 SF Walls & Ceiling | 156.25 SF Floor |
| 17.36 SY Flooring | 50.00 LF Floor Perimeter |
| 50.00 LF Ceil. Perimeter | |

**Subroom 1: CL2** **Ceiling Height: 8'**

| | |
|---|---|
| 234.67 SF Walls | 27.08 SF Ceiling |
| 261.75 SF Walls & Ceiling | 27.08 SF Floor |
| 3.01 SY Flooring | 29.33 LF Floor Perimeter |
| 29.33 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 197. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 198. Tear out drywall, cleanup, bag for disposal | 868.00 SF | 0.65 | 0.00 | 564.20 |
| 199. HEPA Vacuuming - Detailed - (PER SF) | 1,051.33 SF | 0.00 | 0.47 | 494.13 |

CARTER000269



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

CONTINUED - Bedroom2

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 200. Personal protective gloves - Disposable (per pair) | 2.00 EA | 0.00 | 0.60 | 1.20 |
| 201. 1/2" drywall - hung, taped, floated, ready for paint | 868.00 SF | 0.00 | 1.38 | 1,197.84 |
| 202. Texture drywall - light hand texture | 868.00 SF | 0.00 | 0.40 | 347.20 |
| 203. Seal & paint textured ceiling | 183.33 SF | 0.00 | 0.85 | 155.83 |
| 204. R&R Outlet | 6.00 EA | 5.05 | 12.40 | 104.70 |
| 205. R&R Outlet or switch cover | 6.00 EA | 0.63 | 2.24 | 17.22 |
| 206. R&R Switch | 2.00 EA | 5.05 | 12.27 | 34.64 |
| 207. R&R Outlet or switch cover - Double | 1.00 EA | 0.63 | 3.60 | 4.23 |
| 208. R&R Heat/AC register - Mechanically attached | 2.00 EA | 2.49 | 18.99 | 42.96 |
| 209. R&R Batt insulation - 6" - R19 | 684.67 SF | 0.38 | 0.92 | 890.07 |
| 210. R&R Ceiling fan & light - High grade | 1.00 EA | 18.73 | 365.48 | 384.21 |
| 211. Mask and prep for paint - plastic, paper, tape (per LF) | 79.33 LF | 0.00 | 0.91 | 72.19 |
| 212. Seal then paint the walls (2 coats) | 684.67 SF | 0.00 | 0.67 | 458.73 |
| 213. Seal stud wall for odor control | 684.67 SF | 0.00 | 0.59 | 403.96 |
| 214. Apply anti-microbial agent | 1,051.33 SF | 0.00 | 0.20 | 210.27 |
| 215. Remove Carpet | 183.33 SF | 0.28 | 0.00 | 51.33 |
| 216. Carpet | 210.83 SF | 0.00 | 2.82 | 594.54 |
| 15 % waste added for Carpet. | | | | |
| 217. R&R Carpet pad | 183.33 SF | 0.12 | 0.59 | 130.16 |
| 218. R&R Baseboard - 6" | 79.33 LF | 0.51 | 3.72 | 335.57 |
| 219. Paint baseboard - two coats | 79.33 LF | 0.00 | 1.00 | 79.33 |
| 220. R&R Interior door unit | 2.00 EA | 18.84 | 132.25 | 302.18 |
| 221. R&R Door knob - interior | 2.00 EA | 12.41 | 34.69 | 94.20 |
| 222. R&R Interior double door - Colonist - pre-hung unit | 2.00 EA | 21.88 | 219.27 | 482.30 |
| 223. Paint door slab only - 2 coats (per side) | 4.00 EA | 0.00 | 20.83 | 83.32 |
| 224. Paint door trim & jamb - 2 coats (2 double closet and entry) | 5.00 EA | 0.00 | 21.41 | 107.05 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**CONTINUED - Bedroom2**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 225. R&R Window trim set (casing & stop) | 32.00 LF | 0.50 | 2.95 | 110.40 |
| 226. Paint window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 21.41 | 42.82 |
| Totals: Bedroom2 | | | | 7,833.60 |

**Bedroom3** — **Ceiling Height: 9'**

| | |
|---|---|
| 468.00 SF Walls | 166.75 SF Ceiling |
| 634.75 SF Walls & Ceiling | 166.75 SF Floor |
| 18.53 SY Flooring | 52.00 LF Floor Perimeter |
| 52.00 LF Ceil. Perimeter | |

**Subroom 1: CL3** — **Ceiling Height: 8'**

| | |
|---|---|
| 184.00 SF Walls | 33.00 SF Ceiling |
| 217.00 SF Walls & Ceiling | 33.00 SF Floor |
| 3.67 SY Flooring | 23.00 LF Floor Perimeter |
| 23.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 227. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 228. Tear out drywall, cleanup, bag for disposal | 851.75 SF | 0.65 | 0.00 | 553.64 |
| 229. HEPA Vacuuming - Detailed - (PER SF) | 1,051.50 SF | 0.00 | 0.47 | 494.21 |
| 230. Personal protective gloves - Disposable (per pair) | 2.00 EA | 0.00 | 0.60 | 1.20 |
| 231. 1/2" drywall - hung, taped, floated, ready for paint | 851.75 SF | 0.00 | 1.38 | 1,175.42 |
| 232. Texture drywall - light hand texture | 851.75 SF | 0.00 | 0.40 | 340.70 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

CONTINUED - Bedroom3

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 233. Seal & paint textured ceiling | 199.75 SF | 0.00 | 0.85 | 169.79 |
| 234. R&R Outlet | 6.00 EA | 5.05 | 12.40 | 104.70 |
| 235. R&R Outlet or switch cover | 6.00 EA | 0.63 | 2.24 | 17.22 |
| 236. R&R Switch | 2.00 EA | 5.05 | 12.27 | 34.64 |
| 237. R&R Outlet or switch cover - Double | 1.00 EA | 0.63 | 3.60 | 4.23 |
| 238. R&R Heat/AC register - Mechanically attached | 2.00 EA | 2.49 | 18.99 | 42.96 |
| 239. R&R Batt insulation - 6" - R19 | 652.00 SF | 0.38 | 0.92 | 847.60 |
| 240. R&R Ceiling fan & light - High grade | 1.00 EA | 18.73 | 365.48 | 384.21 |
| 241. Mask and prep for paint - plastic, paper, tape (per LF) | 75.00 LF | 0.00 | 0.91 | 68.25 |
| 242. Seal then paint the walls (2 coats) | 652.00 SF | 0.00 | 0.67 | 436.84 |
| 243. Seal stud wall for odor control | 652.00 SF | 0.00 | 0.59 | 384.68 |
| 244. Apply anti-microbial agent | 1,051.50 SF | 0.00 | 0.20 | 210.30 |
| 245. Remove Carpet | 199.75 SF | 0.28 | 0.00 | 55.93 |
| 246. Carpet | 229.71 SF | 0.00 | 2.82 | 647.78 |
| 15 % waste added for Carpet. | | | | |
| 247. R&R Carpet pad | 199.75 SF | 0.12 | 0.59 | 141.82 |
| 248. R&R Baseboard - 6" | 75.00 LF | 0.51 | 3.72 | 317.25 |
| 249. Paint baseboard - two coats | 75.00 LF | 0.00 | 1.00 | 75.00 |
| 250. R&R Interior door unit | 2.00 EA | 18.84 | 132.25 | 302.18 |
| 251. R&R Door knob - interior | 2.00 EA | 12.41 | 34.69 | 94.20 |
| 252. French double door set - Detach & reset | 1.00 EA | 0.00 | 75.27 | 75.27 |
| 253. Paint door slab only - 2 coats (per side) | 4.00 EA | 0.00 | 20.83 | 83.32 |
| 254. Paint door trim & jamb - 2 coats (1 double french, entry and closet) | 4.00 EA | 0.00 | 21.41 | 85.64 |
| 255. R&R Window trim set (casing & stop) | 32.00 LF | 0.50 | 2.95 | 110.40 |
| 256. Paint window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 21.41 | 42.82 |
| Totals: Bedroom3 | | | | 7,339.02 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**Bath1** **Ceiling Height: 9'**

| | |
|---|---|
| 391.50 SF Walls | 115.63 SF Ceiling |
| 507.13 SF Walls & Ceiling | 115.63 SF Floor |
| 12.85 SY Flooring | 43.50 LF Floor Perimeter |
| 43.50 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 257. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 258. Tear out drywall, cleanup, bag for disposal | 507.13 SF | 0.65 | 0.00 | 329.63 |
| 259. HEPA Vacuuming - Detailed - (PER SF) | 622.75 SF | 0.00 | 0.47 | 292.69 |
| 260. Personal protective gloves - Disposable (per pair) | 1.00 EA | 0.00 | 0.60 | 0.60 |
| 261. 1/2" drywall - hung, taped, floated, ready for paint | 507.13 SF | 0.00 | 1.38 | 699.84 |
| 262. Texture drywall - light hand texture | 507.13 SF | 0.00 | 0.40 | 202.85 |
| 263. Seal & paint textured ceiling | 115.63 SF | 0.00 | 0.85 | 98.29 |
| 264. R&R Outlet | 4.00 EA | 5.05 | 12.40 | 69.80 |
| 265. R&R Outlet or switch cover | 4.00 EA | 0.63 | 2.24 | 11.48 |
| 266. R&R Switch | 2.00 EA | 5.05 | 12.27 | 34.64 |
| 267. R&R Outlet or switch cover - Double | 1.00 EA | 0.63 | 3.60 | 4.23 |
| 268. R&R Heat/AC register - Mechanically attached | 1.00 EA | 2.49 | 18.99 | 21.48 |
| 269. R&R Batt insulation - 6" - R19 | 391.50 SF | 0.38 | 0.92 | 508.95 |
| 270. R&R Light bar - 6 lights - High grade | 1.00 EA | 24.83 | 230.58 | 255.41 |
| 271. R&R Light fixture | 1.00 EA | 8.27 | 55.85 | 64.12 |
| 272. R&R Recessed light fixture | 2.00 EA | 11.06 | 109.98 | 242.08 |
| 273. R&R Bathroom fan, light, and heater | 1.00 EA | 17.49 | 304.13 | 321.62 |
| 274. Mask and prep for paint - plastic, paper, tape (per LF) | 43.50 LF | 0.00 | 0.91 | 39.59 |
| 275. Seal then paint the walls (2 coats) | 391.50 SF | 0.00 | 0.67 | 262.31 |
| 276. Seal stud wall for odor control | 391.50 SF | 0.00 | 0.59 | 230.99 |
| 277. Apply anti-microbial agent | 622.75 SF | 0.00 | 0.20 | 124.55 |
| 278. Clean ceramic tile - Heavy | 115.63 SF | 0.00 | 0.46 | 53.19 |
| 279. R&R Baseboard - 6" | 43.50 LF | 0.51 | 3.72 | 184.01 |
| 280. Paint baseboard - two coats | 43.50 LF | 0.00 | 1.00 | 43.50 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**CONTINUED - Bath1**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 281. Toilet - Detach & reset | 1.00 EA | 0.00 | 163.04 | 163.04 |
| 282. R&R Toilet paper holder | 1.00 EA | 4.97 | 21.52 | 26.49 |
| 283. R&R Vanity - Premium grade | 10.00 LF | 7.46 | 201.24 | 2,087.00 |
| 284. Vanity top - Detach and reset | 10.00 LF | 0.00 | 12.18 | 121.80 |
| 285. Sink - single - Detach & reset | 2.00 EA | 0.00 | 99.34 | 198.68 |
| 286. R&R Sink faucet - Bathroom | 2.00 EA | 18.61 | 111.91 | 261.04 |
| 287. Mirror - plate glass - Detach & reset | 30.00 SF | 0.00 | 4.86 | 145.80 |
| 288. R&R Jetted tub - Acrylic - High grade | 1.00 EA | 106.37 | 2,686.81 | 2,793.18 |
| Totals: Bath1 | | | | 9,929.70 |

**Bath2** — **Ceiling Height: 9'**

| | |
|---|---|
| 363.00 SF Walls | 83.67 SF Ceiling |
| 446.67 SF Walls & Ceiling | 83.67 SF Floor |
| 9.30 SY Flooring | 40.33 LF Floor Perimeter |
| 40.33 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 289. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 290. Tear out drywall, cleanup, bag for disposal | 446.67 SF | 0.65 | 0.00 | 290.34 |
| 291. HEPA Vacuuming - Detailed - (PER SF) | 530.33 SF | 0.00 | 0.47 | 249.26 |
| 292. Personal protective gloves - Disposable (per pair) | 1.00 EA | 0.00 | 0.60 | 0.60 |
| 293. 1/2" drywall - hung, taped, floated, ready for paint | 446.67 SF | 0.00 | 1.38 | 616.40 |
| 294. Texture drywall - light hand texture | 446.67 SF | 0.00 | 0.40 | 178.67 |
| 295. Seal & paint textured ceiling | 83.67 SF | 0.00 | 0.85 | 71.12 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

CONTINUED - Bath2

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 296. R&R Outlet | 4.00 EA | 5.05 | 12.40 | 69.80 |
| 297. R&R Outlet or switch cover | 4.00 EA | 0.63 | 2.24 | 11.48 |
| 298. R&R Switch | 2.00 EA | 5.05 | 12.27 | 34.64 |
| 299. R&R Outlet or switch cover - Double | 1.00 EA | 0.63 | 3.60 | 4.23 |
| 300. R&R Heat/AC register - Mechanically attached | 1.00 EA | 2.49 | 18.99 | 21.48 |
| 301. R&R Batt insulation - 6" - R19 | 363.00 SF | 0.38 | 0.92 | 471.90 |
| 302. R&R Light bar - 4 lights - High grade | 1.00 EA | 19.86 | 176.17 | 196.03 |
| 303. R&R Light fixture | 1.00 EA | 8.27 | 55.85 | 64.12 |
| 304. R&R Bathroom fan, light, and heater | 1.00 EA | 17.49 | 304.13 | 321.62 |
| 305. Mask and prep for paint - plastic, paper, tape (per LF) | 40.33 LF | 0.00 | 0.91 | 36.70 |
| 306. Seal then paint the walls (2 coats) | 363.00 SF | 0.00 | 0.67 | 243.21 |
| 307. Seal stud wall for odor control | 363.00 SF | 0.00 | 0.59 | 214.17 |
| 308. Apply anti-microbial agent | 530.33 SF | 0.00 | 0.20 | 106.07 |
| 309. Clean ceramic tile - Heavy | 83.67 SF | 0.00 | 0.46 | 38.49 |
| 310. R&R Baseboard - 6" | 40.33 LF | 0.51 | 3.72 | 170.60 |
| 311. Paint baseboard - two coats | 40.33 LF | 0.00 | 1.00 | 40.33 |
| 312. Toilet - Detach & reset | 1.00 EA | 0.00 | 163.04 | 163.04 |
| 313. R&R Toilet paper holder | 1.00 EA | 4.97 | 21.52 | 26.49 |
| 314. R&R Vanity - Premium grade | 10.00 LF | 7.46 | 201.24 | 2,087.00 |
| 315. Vanity top - Detach and reset | 10.00 LF | 0.00 | 12.18 | 121.80 |
| 316. Sink - single - Detach & reset | 2.00 EA | 0.00 | 99.34 | 198.68 |
| 317. R&R Sink faucet - Bathroom | 2.00 EA | 18.61 | 111.91 | 261.04 |
| 318. Fiberglass tub & shower combination - Detach & reset | 1.00 EA | 0.00 | 419.66 | 419.66 |
| 319. Mirror - plate glass - Detach & reset | 24.00 SF | 0.00 | 4.86 | 116.64 |
| Totals: Bath2 | | | | 6,882.43 |




**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**Hall** **Ceiling Height: 9'**

| | |
|---|---|
| 556.50 SF Walls | 128.39 SF Ceiling |
| 684.89 SF Walls & Ceiling | 128.39 SF Floor |
| 14.27 SY Flooring | 61.83 LF Floor Perimeter |
| 61.83 LF Ceil. Perimeter | |

**Subroom 1: CL** **Ceiling Height: 8'**

| | |
|---|---|
| 112.00 SF Walls | 12.25 SF Ceiling |
| 124.25 SF Walls & Ceiling | 12.25 SF Floor |
| 1.36 SY Flooring | 14.00 LF Floor Perimeter |
| 14.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 320. Tear out drywall, cleanup, bag for disposal | 809.14 SF | 0.65 | 0.00 | 525.94 |
| 321. HEPA Vacuuming - Detailed - (PER SF) | 949.78 SF | 0.00 | 0.47 | 446.40 |
| 322. Personal protective gloves - Disposable (per pair) | 2.00 EA | 0.00 | 0.60 | 1.20 |
| 323. 1/2" drywall - hung, taped, floated, ready for paint | 809.14 SF | 0.00 | 1.38 | 1,116.61 |
| 324. Texture drywall - light hand texture | 809.14 SF | 0.00 | 0.40 | 323.66 |
| 325. Seal & paint textured ceiling | 140.64 SF | 0.00 | 0.85 | 119.54 |
| 326. R&R Outlet | 6.00 EA | 5.05 | 12.40 | 104.70 |
| 327. R&R Outlet or switch cover | 6.00 EA | 0.63 | 2.24 | 17.22 |
| 328. R&R Switch | 2.00 EA | 5.05 | 12.27 | 34.64 |
| 329. R&R Outlet or switch cover - Double | 1.00 EA | 0.63 | 3.60 | 4.23 |
| 330. R&R Heat/AC register - Mechanically attached | 2.00 EA | 2.49 | 18.99 | 42.96 |
| 331. R&R Batt insulation - 6" - R19 | 668.50 SF | 0.38 | 0.92 | 869.05 |
| 332. R&R Light fixture | 1.00 EA | 8.27 | 55.85 | 64.12 |
| 333. R&R Smoke detector | 1.00 EA | 11.02 | 45.39 | 56.41 |
| 334. R&R Thermostat | 1.00 EA | 5.51 | 86.40 | 91.91 |
| 335. Mask and prep for paint - plastic, paper, tape (per LF) | 75.83 LF | 0.00 | 0.91 | 69.01 |
| 336. Seal then paint the walls (2 coats) | 668.50 SF | 0.00 | 0.67 | 447.90 |

CARTER000276
CARTER0: 000275



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**CONTINUED - Hall**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 337. Seal stud wall for odor control | 668.50 SF | 0.00 | 0.59 | 394.42 |
| 338. Apply anti-microbial agent | 949.78 SF | 0.00 | 0.20 | 189.96 |
| 339. R&R Laminate - simulated wood flooring - High Grade | 140.64 SF | 1.65 | 8.14 | 1,376.87 |
| 340. R&R Baseboard - 6" | 75.83 LF | 0.51 | 3.72 | 320.76 |
| 341. Paint baseboard - two coats | 75.83 LF | 0.00 | 1.00 | 75.83 |
| 342. R&R Interior door unit | 2.00 EA | 18.84 | 132.25 | 302.18 |
| 343. R&R Door knob - interior | 2.00 EA | 12.41 | 34.69 | 94.20 |
| 344. Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 20.83 | 41.66 |
| 345. Paint door trim & jamb - 2 coats (double closet and single entry) | 2.00 EA | 0.00 | 21.41 | 42.82 |
| Totals: Hall | | | | 7,174.20 |

**Laundry** — **Ceiling Height: 8'**

| | |
|---|---|
| 144.00 SF Walls | 19.25 SF Ceiling |
| 163.25 SF Walls & Ceiling | 19.25 SF Floor |
| 2.14 SY Flooring | 18.00 LF Floor Perimeter |
| 18.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 346. Contents - move out then reset | 1.00 EA | 0.00 | 36.82 | 36.82 |
| 347. Tear out drywall, cleanup, bag for disposal | 163.25 SF | 0.65 | 0.00 | 106.11 |
| 348. HEPA Vacuuming - Detailed - (PER SF) | 182.50 SF | 0.00 | 0.47 | 85.78 |
| 349. Personal protective gloves - Disposable (per pair) | 1.00 EA | 0.00 | 0.60 | 0.60 |
| 350. 1/2" drywall - hung, taped, floated, ready for paint | 163.25 SF | 0.00 | 1.38 | 225.29 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**CONTINUED - Laundry**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 351. Texture drywall - light hand texture | 163.25 SF | 0.00 | 0.40 | 65.30 |
| 352. Seal & paint textured ceiling | 19.25 SF | 0.00 | 0.85 | 16.36 |
| 353. R&R Outlet | 2.00 EA | 5.05 | 12.40 | 34.90 |
| 354. R&R Outlet or switch cover | 2.00 EA | 0.63 | 2.24 | 5.74 |
| 355. R&R Switch | 2.00 EA | 5.05 | 12.27 | 34.64 |
| 356. R&R Outlet or switch cover - Double | 1.00 EA | 0.63 | 3.60 | 4.23 |
| 357. R&R Heat/AC register - Mechanically attached | 1.00 EA | 2.49 | 18.99 | 21.48 |
| 358. R&R Batt insulation - 6" - R19 | 144.00 SF | 0.38 | 0.92 | 187.20 |
| 359. R&R Light fixture | 1.00 EA | 8.27 | 55.85 | 64.12 |
| 360. Mask and prep for paint - plastic, paper, tape (per LF) | 18.00 LF | 0.00 | 0.91 | 16.38 |
| 361. Seal then paint the walls (2 coats) | 144.00 SF | 0.00 | 0.67 | 96.48 |
| 362. Seal stud wall for odor control | 144.00 SF | 0.00 | 0.59 | 84.96 |
| 363. Apply anti-microbial agent | 182.50 SF | 0.00 | 0.20 | 36.50 |
| 364. Clean ceramic tile - Heavy | 19.25 SF | 0.00 | 0.46 | 8.86 |
| 365. R&R Baseboard - 3 1/4" | 18.00 LF | 0.48 | 2.47 | 53.10 |
| 366. Paint baseboard - two coats | 18.00 LF | 0.00 | 1.00 | 18.00 |
| 367. R&R Dryer - Electric | 1.00 EA | 19.99 | 632.62 | 652.61 |
| 368. R&R Washer - Top-loading | 1.00 EA | 26.60 | 576.61 | 603.21 |
| Totals: Laundry | | | | 2,458.67 |

**Stairs-Dn** Ceiling Height: 8'

| | |
|---|---|
| 218.67 SF Walls | 35.58 SF Ceiling |
| 254.25 SF Walls & Ceiling | 35.58 SF Floor |
| 3.95 SY Flooring | 27.33 LF Floor Perimeter |
| 27.33 LF Ceil. Perimeter | |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 369. R&R Balustrade | 10.00 LF | 4.97 | 108.49 | 1,134.60 |
| 370. Paint balustrade - two coats | 10.00 LF | 0.00 | 17.45 | 174.50 |
| 371. R&R Stair tread - hardwood - up to 4' | 14.00 EA | 9.31 | 58.08 | 943.46 |
| 372. Sand, stain, and finish steps | 35.58 LF | 0.00 | 13.50 | 480.33 |
| Totals: Stairs-Dn | | | | 2,732.89 |
| Total: 2nd Level | | | | 69,426.85 |

**Attic**

**Attic** — **Ceiling Height: Peaked**

| | |
|---|---|
| 251.40 SF Walls | 1,122.48 SF Ceiling |
| 1,373.88 SF Walls & Ceiling | 943.64 SF Floor |
| 104.85 SY Flooring | 142.50 LF Floor Perimeter |
| 150.33 LF Ceil. Perimeter | |

**Subroom 1: Room2** — **Ceiling Height: Peaked**

| | |
|---|---|
| 112.89 SF Walls | 424.03 SF Ceiling |
| 536.92 SF Walls & Ceiling | 342.29 SF Floor |
| 38.03 SY Flooring | 75.17 LF Floor Perimeter |
| 82.57 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 373. HEPA Vacuuming - Detailed - (PER SF) | 1,607.41 SF | 0.00 | 0.47 | 755.48 |
| 374. Respirator - Full face - multi-purpose resp. (per day) | 4.00 DA | 0.00 | 7.61 | 30.44 |
| 375. Respirator cartridge - HEPA & vapor & gas (per pair) | 1.00 EA | 0.00 | 21.35 | 21.35 |
| 376. Personal protective gloves - Disposable (per pair) | 6.00 EA | 0.00 | 0.60 | 3.60 |
| 377. R&R Batt insulation - 10" - R30 | 1,285.93 SF | 0.50 | 1.18 | 2,160.37 |
| 378. Dehumidifier (per 24 hr period) - Large-Desiccant-No monit. | 2.00 EA | 0.00 | 500.00 | 1,000.00 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**CONTINUED - Attic**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 379. Seal attic framing for odor control - 6 to 8/12 | 1,491.68 SF | 0.00 | 0.86 | 1,282.84 |
| 380. Seal floor or ceiling joist system | 1,285.93 SF | 0.00 | 0.71 | 913.01 |
| 381. Seal attic framing (white pigmented shellac) - 6 to 8/12 | 1,285.93 SF | 0.00 | 1.03 | 1,324.51 |
| 382. Clean floor or roof joist system | 1,285.93 SF | 0.00 | 0.60 | 771.56 |
| 383. R&R Air handler - with heat element - 4 ton | 1.00 EA | 67.69 | 1,575.21 | 1,642.90 |
| 384. R&R Ductwork system - hot or cold air - 2200 to 2500 SF home | 1.00 EA | 551.55 | 4,303.50 | 4,855.05 |
| Totals: Attic | | | | 14,761.11 |
| Total: Attic | | | | 14,761.11 |

**Exterior/General**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 385. Taxes, insurance, permits & fees (Bid item) | 1.00 EA | 0.00 | 500.00 | 500.00 |
| 386. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 774.00 | 0.00 | 774.00 |
| 387. General clean - up | 16.00 HR | 0.00 | 29.83 | 477.28 |
| 388. Temporary toilet (per month) | 3.00 MO | 0.00 | 146.68 | 440.04 |
| 389. R&R Temporary power - hookup | 1.00 EA | 48.08 | 270.71 | 318.79 |
| 390. Temporary power usage (per month) | 3.00 MO | 0.00 | 107.08 | 321.24 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

**CONTINUED - Exterior/General**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 391. Respirator - Full face - multi-purpose resp. (per day) | 4.00 DA | 0.00 | 7.61 | 30.44 |
| 392. Respirator cartridge - HEPA & vapor & gas (per pair) | 2.00 EA | 0.00 | 21.35 | 42.70 |
| 393. Plumbing repair - Minimum charge | 1.00 EA | 0.00 | 275.00 | 275.00 |
| 394. R&R Exterior light fixture | 2.00 EA | 12.45 | 79.93 | 184.76 |
| 395. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit. | 7.00 DA | 0.00 | 120.00 | 840.00 |
| 396. Add for HEPA filter (for neg. air machine/vacuum - Large) | 7.00 EA | 0.00 | 214.26 | 1,499.82 |
| Totals: Exterior/General | | | | 5,704.07 |
| **Line Item Subtotals: CDW-000015** | | | | **148,892.52** |

| **Adjustments for Base Service Charges** | **Adjustment** |
|---|---|
| Carpenter - Finish, Trim/Cabinet | 129.60 |
| Cleaning Technician | 59.64 |
| Cleaning Remediation Technician | 87.80 |
| Drywall Installer/Finisher | 237.20 |
| Electrician | 191.12 |
| Flooring Installer | 113.40 |
| Wood Flooring Installer | 126.24 |
| Hardware Installer | 107.76 |
| Heating / A.C. Mechanic | 174.26 |
| Insulation Installer | 126.18 |
| General Laborer | 29.21 |
| Overhead Door Installer | 135.06 |
| Plumber | 178.20 |
| Painter | 113.18 |
| Tile/Cultured Marble Installer | 129.98 |
| Total Adjustments for Base Service Charges: | 1,938.83 |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Line Item Totals: CDW-000015 | 150,831.35 |

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 7,272.62 | SF Walls | 4,068.66 | SF Ceiling | 11,341.28 | SF Walls and Ceiling |
| 3,783.64 | SF Floor | 420.40 | SY Flooring | 978.67 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 997.40 | LF Ceil. Perimeter |
| 3,783.64 | Floor Area | 4,036.47 | Total Area | 7,272.62 | Interior Wall Area |
| 3,455.32 | Exterior Wall Area | 528.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



**Full Scope Services, LLC**

801 Old Newnan Road, Suite B
Carrollton, GA 30116
Tel: (770) 214-1138
Fax: (770) 214-5844

## Summary for Dwelling

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 148,892.52 |
| Total Adjustments for Base Service Charges | | | | 1,938.83 |
| Material Sales Tax | @ | 9.000% x | 61,296.93 | 5,516.72 |
| Subtotal | | | | 156,348.07 |
| Overhead | @ | 10.0% x | 150,013.18 | 15,001.32 |
| Profit | @ | 10.0% x | 165,014.50 | 16,501.45 |
| **Replacement Cost Value** | | | | **$187,850.84** |
| **Net Claim** | | | | **$187,850.84** |

Jamie Ziglar



Main Level

35' 6"
34' 10"
16' 2"
Living
15' 8"
Kitchen
15' 6"
14' 2"
3' 6"
2' 8"
5' 10"
8' 4"
14' 2"
6' 2"
Stairs-Up
7' 10"
14' 2"
Foyer
Dining
14'
9' 10"
51' 4"
1/2 Bath
4'
12' 6"
20' 8"
35' 2"
Garage
20' 6"
21' 4"

N

Main Level

CDW-000015 1/20/2010 Page: 28

CARTER000284

2nd Level

37' 6"
24'
Bedroom1
16' 2"
15' 6"
15'
12' 6"
CL1 (1)
8'
Bath1
9' 3"
CL2 (1)
2' 2"
Bedroom2
12' 6"
51' 3"
3' 6"
CL (1)
3' 6"
4' 2"
Stairs-Dn
10' 2"
14' 4"
Hall
22' 11"
3' 10"
35' 1"
6' 7"
6'
3' 6"
Laundry
6' 8"
5' 6"
2' 6"
Bath2
11' 6"
14' 6"
6'
6'
Bedroom3
11' 6"
CL3 (1)
5' 6"
21' 6"
N
2nd Level

CARTER000285

CDW-000015

1/20/2010

Page: 29

N

Attic

Page: 30

1/20/2010

51' 2"
50' 6"
14' 2"
Attic
20' 5"
21' 5"
15' 10"
15' 6"
6' 7"
34' 6"
35'
37' 3"
22' 1"
15' 10"
16' 2"

Attic

CDW-000015

CARTER000286

CARTERD-000035









CARTER000297






CARTER000288






CARTER000289






KNAUF

CARTER000290









CARTER000291

CARTER000292

CARTER0: 00043











CARTER000294

CARTER000295

CARTERD : 00046

CARTER000296






CARTER CARTER00297



CARTER000298



BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT
LAKE CHARLES • MONTGOMERY
NICEVILLE • HATTIESBURG
JACKSON • TALLAHASSEE

# INVOICE

| TAKEN BY | INVOICE DATE | ORDER NO. |
|---|---|---|
| PTL | 05/25/06 | 486841-00 |

| PO DATE | P.O. NO. | PAGE # |
|---|---|---|
| 05/22/06 | DANIEL CARTER | 1 |

CUST.#: 3000

SHIP TO: DANIEL CARTER
261 WEST ROBERT E LEE
,

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO: CASH SALES N.O. RESIDENTIAL
730 S SCOTT STREET
504-484-6613
NEW ORLEANS, LA 70119

| INSTRUCTIONS | TERMS |
|---|---|
| PTL | NET 1 |

| SHIP POINT | SHIP VIA | SHIPPED |
|---|---|---|
| NEW ORLEANS BRANCH | CUSTOMER P/U | 05/24/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | THERE WILL BE A 20% RESTOCKING CHARGE ON ALL RETURNS 9/07 | | | | | | | |
| | My signature certifies that all material has been checked, inspected and counted in regard to this sales order. If there are any discrepancies, damages to the material or damage to the property (if material is delivered) it is noted below: * * . | | | | | | | |
| 1 | 41212HSCB 4' X 12' X 1/2" HIGH STR CEILING BOARD 48SF | 14 | 0 | 14 | PC | 345.00 | MSF | 231.84 |
| 2 | 41212R 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 50 | 0 | 50 | PC | 300.00 | MSF | 720.00 |
| 3 | 4812XP 4' X 8' X 1/2" XP GYPSUM BOARD 32SF/PC | 6 | 0 | 6 | PC | 445.00 | MSF | 85.44 |
| 3 | Lines Total | Qty Shipped Total | | 70 | | | Total | 1037.28 |
| | | | | | | | Taxes | 93.35 |
| | | | | | | | Downpayment | 1130.63 |
| | | | | | | | Invoice Total | 0.00 |
| | | | | | | Cash Discount | 0.00 | If Paid By 05/25/06 |

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY SERVICE CHARGE (18% PER ANNUM)

CARTER000299

Date: Tue, 31 Mar 2009 22:46:55 -0400 [03/31/2009 22:46:55 EDT]
From: Bill Harris <bharris@housecallusa.net>
To: cmsmith@prudentialgardner.com, lov100@cox.net
Cc: cclandscaping@aol.com
ubject: drywall pictures of W. Robert E. Lee
Part(s):
2 P3310032.JPG [image/pjpeg] 422 KB
3 P3310033.JPG [image/pjpeg] 423 KB
4 P3310034.JPG [image/pjpeg] 402 KB
5 P3310035.JPG [image/pjpeg] 416 KB

1 unnamed [text/html] 1.04 KB

The attached pictures are from the back of the drywall in the attic over the master bedroom. Please call should you have any questions 504-496-1505

Bill Harris
House Call Home Inspection
Franchisee
Office: 504-888-7378
Toll Free: 1-800-905-1558
vebsite: housecallusa.net/billharris
email: bharris@housecallusa.net

A large image named P3310032.JPG is attached to this message.
Click HERE to view a thumbnail of this image.

A large image named P3310033.JPG is attached to this message.
Click HERE to view a thumbnail of this image.

A large image named P3310034.JPG is attached to this message.
Click HERE to view a thumbnail of this image.

A large image named P3310035.JPG is attached to this message.
Click HERE to view a thumbnail of this image.



3310035.JPG Case 2:09-md-02047-EEF-MBN Document 20764-3 Filed 05/12/17 Page 134 of 154 Page 2 of

ttp://mail.prudentialgardner.com/webmail/imp/view.php?popup_view=1&index=10537&mailbox=INBOX&... CARTER000301 4/1/200



3310034.JPG Case 2:09-md-02047-EEF-MBN Document 20764-3 Filed 05/12/17 Page 135 of 154 Page 2 of

ttp://mail.prudentialgardner.com/webmail/imp/view.php?popup_view=1&index=10537&mailbox=INBOX&... 4/1/200
CARTER000302



3310033.JPG Case 2:09-md-02047-EEF-MBN Document 20764-3 Filed 05/12/17 Page 136 of 154 Page 2 of

ttp://mail.prudentialgardner.com/webmail/imp/view.php?popup_view=1&index=10537&mailbox=INBOX&... 4/1/200
CARTER000303



3310032.JPG Case 2:09-md-02047-EEF-MBN Document 20764-3 Filed 05/12/17 Page 137 of 154 Page 2 of

ttp://mail.prudentialgardner.com/webmail/imp/view.php?popup_view=1&index=10537&mailbox=INBOX&... 4/1/200
CARTER000304



03/15/2009

CARTER000305



201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

KERRY J. MILLER
Shareholder
Direct Dial: (504) 566-8646
Facsimile: (504) 585-6946
Email: kjmiller@bakerdonelson.com

***PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS***

March 31, 2017

**Via Email and Federal Express:**
Dan Balhoff
Perry, Balhoff, Mengis & Burns, LLC
2141 Quail Run Drive
Baton Rouge, LA 70808
Balhoff@pabmb.com

RE: **Amy Freese Carter and Daniel Carter ARH claim, 261 W. Robert E. Lee Blvd, New Orleans, LA 70124**

**SUPPLEMENTAL POSITION PAPER**

Dear Mr. Balhoff:

In light of the February 15, 2017 binding mediation, the Knauf Defendants[1] submit the following supplemental position paper regarding the above-referenced claim.

**I. Background**

Amy Freese Carter and Daniel Carter ("Claimants") own Affected Property[2] located at 261 W. Robert E. Lee Boulevard, New Orleans, LA 70124 (the "Property"). It was undisputed

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH, Knauf AMF GmbH & Co. KG, Knauf UK GmbH, Knauf do Brasil Ltda., Gebr. Knauf Verwaltungsgesellschaft KG, PT Knauf Gypsum Indonesia, or Knauf Gips KG.

at the mediation that between August and October 2009, at the direction of current counsel, Claimants had the Property inspected and determined that the Property had symptoms consistent with reactive Chinese-manufactured drywall ("CDW"). It was also undisputed that Claimants were represented by current counsel and remediated the Property between February 2010 and April 2010, which postdates the issuance of PTO 1(B) (October 9, 2009). Finally, it was undisputed that evidence was not submitted in compliance with the Knauf Class Settlement Agreement, the Already Remediated Properties Protocol and/or PTO 1B.

The only KPT drywall evidence submitted are pictures of a few detached/removed (not installed) drywall boards some of which were presented to the Knauf Defendants years after the purported remediation, which is not appropriate evidence of drywall manufacturer identification under the Knauf Class Settlement Agreement. At the mediation, Claimants submitted excerpts from an INEX corporate deposition and an INEX invoice which are also insufficient evidence of manufacturer ID and are inappropriate evidence under the Knauf Class Settlement Agreement. As a result, the Knauf Defendants have been prejudiced in a determination of the claim and the claim is not compensable.

## II. Position of Knauf Defendants

### *A. PTO 1(B) Applies and Was Not Followed, Which Has Prejudiced a Determination of the Claim.*

Claimants are ineligible to receive settlement benefits under the Knauf Class Settlement Agreement because there is insufficient evidence of the presence of KPT Chinese drywall in the Property. Claimants are subject to the Knauf Class Settlement Agreement, which mandates that

---

[2] If is undisputed that this Claimant's sought lost rents for this Property such that it is a Commercial Property under the Knauf Class Settlement Agreement, and therefore, Claimants are ineligible for the lump sum payment. *See* Claimants Original Mediation Position Paper; *see also* Knauf Class Settlement Agreement, Section 4.3.1.1.To the extent Claimants seek lost rents, they should do so from the Other Loss Fund. See Knauf Class Settlement Agreement, Section 4.7.

the review of Already Remediated Home (ARH) claims are done pursuant to PTO 1B. As set forth above, it is undisputed that Claimants were represented by current counsel at the time a determination was made that the Property had CDW and at the time of the remediation, which was well after this Court's issuance of PTO 1(B).

PTO 1(B) establishes that all Claimants are required to preserve physical evidence by following a few basic procedures, including but not limited to "photograph[ing] the backside of each Chinese drywall board immediately after it is removed on-site, and, document on a floor plan, building diagram, or other similar form of documentation, the location of each full or partial Chinese drywall board removed from the property and its photograph. Photographs of the wall sections should be taken so that any markings on the backside of the drywall sections are most clearly visible in the photographs." Claimants have failed to meet this requirement in the case at hand, and under the Knauf Class Settlement Agreement, failure to preserve evidence results in "disallowance" of the claim.[3]

For example, of the approximately 280 boards that would be contained in the Property, none were presented in accordance with PTO 1(B). Instead, Claimants have presented photographic evidence of only three detached/removed (not installed) drywall boards that purportedly were manufactured by KPT.[4] In an effort to make the submissions look more robust, Claimants submitted the same photos multiple times, submitted photos that do not have any markings, and/or submitted evidence of Knauf Insulation, which has absolutely nothing to do with the manufacturer of the drywall boards that were installed in the Property and supplied by INEX. Furthermore, while Claimants made statements at mediation that they believed the

[3] *See*, Knauf Class Settlement Agreement; Exhibit A at IV(d)(4).
[4] See Exhibit B to Knauf Defendants' Original Position Paper.

Property contained only KPT drywall, these unsupported statements are inadequate, unreliable, and inconsistent with the evidence presentation requirements under the Knauf Class Settlement Agreement. Based on the lack of evidence of the existence of KPT drywall in the Property and Claimants' failure to preserve and present evidence of KPT Chinese drywall in accordance with PTO 1(B) and the Knauf Class Settlement Agreement, the Knauf Defendants have been prejudiced in a determination of the claim. Therefore, the Knauf Defendants submit that Claimants' ARH claim is not compensable under the Knauf Class Settlement Agreement.

***B. Claimants' Supplemental INEX Exhibits are Inappropriate Evidence and Fail to Cure the Prejudice Against the Knauf Defendants.***

For the first time at mediation Claimants argued that the INEX corporate deposition and Claimant's INEX invoice were sufficient in establishing KPT Chinese drywall was installed in the Property, so as to cure any deficiencies in presenting evidence in accordance with the Knauf Class Settlement Agreement, the Already Remediated Properties Protocol and PTO 1(B). In support of this theory, Claimants submitted excerpts from a February 2010 INEX corporate deposition regarding a shipment of Knauf drywall from the *M/V MYSTRAS* and INEX's internal ***product identification*** number for 4x12x1/2 sheetrock (41212R). Claimant Exhibit N. This ***product identification*** matched the drywall listed on Claimant's invoice. Claimant Exhibit O. However, Claimant mistook this reference and ignored the remainder of the testimony in the deposition, as well as the years of litigation surrounding ***manufacturer identification*** in this case.

For example, when referencing the product identification # 41214R for all 4x12x1/2 drywall, the INEX corporate representative: "That's the only product that we got." Exhibit N at 178. Further, when questioned about the meaning of the product identification, the INEX

corporate representative stated that the number was "generated years ago, and that's how we [INEX] define 4x12x12 regular sheetrock." *Id*. at 179. Nowhere explicitly or implicitly in the corporate deposition did the corporate representative state that the product identification # 41212R, which matched the Claimant's invoice (Exhibit O), meant to show manufacturer identification of KPT Chinese drywall. To the contrary, the testimony is clear, and consistent with the history of this litigation, that the product identification # 41212R is INEX's generic product ID for all 4x12x1/2 regular sheetrock, regardless of the type of manufacturer. Furthermore, as the Special Master, the Court, and the parties are aware there were many manufacturers of 4x12x1/2 sheetrock, including multiple manufacturers of reactive Chinese drywall.[5] Indeed, this is the specific reason why the Knauf Defendants and the plaintiffs utilized PTO 1(B) as the standard for presenting evidence for ARH claims under the Knauf Class Settlement Agreement. If manufacturer ID could be determined by the supplier invoice, PTO 1 and PTO 1(B) would not have been required in this case at all. However, without the standards set forth in PTO 1(B), the Knauf Defendants, the plaintiffs, and the Court would be unable determine manufacturer ID, which would result in prejudice to the Knauf Defendants in determining whether a particular claim is related to KPT Chinese drywall. As such, not following the evidence presentation requirements in the Knauf Class Settlement Agreement, thereby prejudicing the Knauf Defendants, could result in disallowance of the claim. Therefore, because the INEX deposition testimony and invoices do not satisfy or substitute for the Claimants' failure to satisfy the evidence presentation requirements under Knauf Class Settlement Agreement, the Already Remediated Properties Protocol and PTO 1(B), the Knauf

---

[5] Rec. Doc. 12061-10 (Chinese Drywall Indicia Guide).

Defendants' have been prejudiced in a determination of the claim and the claim should be denied.[6]

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

*_/s/ Kerry J. Miller_*
KERRY J. MILLER

[6] The Knauf Defendants also dispute the Reimbursable Costs asserted by the Carters based on poor cost documentation. Should the claim be compensable at all, it should be limited to the amount of Reimbursable Costs ($64,983.92) multiplied by the percentage of KPT in the Property determined by the Special Master. Already Remediated Properties Protocol, Section IV(C); Supplemental Exhibit 1. As set forth above the KPT percentage should be 0%. Furthermore, because this is a Commercial Property under the Knauf Class Settlement Agreement, Claimants are not entitled to the lump sum payment. Knauf Class Settlement Agreement, Section 4.3.1.1. Instead, soft costs and other claimed costs outside the scope of Reimbursable Costs should be sought from the Other Loss Fund, Section 4.7 of the Knauf Class Settlement Agreement.



EXHIBIT
"1"

| Ledger for Daniel Carter, 261 W. Robert E. Lee New Orleans, LA 70124, Claimant ID 112736, Claim ID 2320 | | | |
|---|---|---|---|
| Company/Item | Amount Owed | Amount Paid | |
| Safeguard Self Storage (storage expenses) NON-construction | $3,895.00 | $3,895.00 | NO |
| Cresent City (~~sheetrock~~ Demo labor) 2/22/10 - 4/26/10 | Invoice ✓ $52,500.00 | $52,500.00 | Reasonable |
| Cresent City (moving expenses) NON-Construction | $2,000.00 | $2,000.00 | NO |
| Warren May (electrician) Pd invoice 5/16/10 | ✓ $5,500.00 | $5,500.00 | Reasonable |
| Southland Plumbing Supply, Inc. Pd invoice Ck# 290 | ✓ $4,724.54 | $4,724.54 | Reasonable |
| Insul. Drywall → Commercial Builders Group, LLC Pd invoice ck | ✓ $866.02 | $866.02 | Low |
| Lakeview Paint & Dry Misc | Invoice ✓ $14.16 | cc Receipt $14.16 | ✓ |
| Ball's Plumbing, L.L.C. Misc. Pd in | Full invoice ✓ $123.00 | $123.00 | ok |
| RJ Marchand Contractror Misc | Invoice ✓ $38.01 | cc Receipt $38.01 | ✓ |
| Rockery Ace Hardware Misc | Receipt ✓ $3.80 | ok $3.80 | ✓ |
| Harry's Ace Hardware Misc | Receipt ✓ $15.76 | ok $15.76 | ✓ |
| Lowe's Misc | Receipt ✓ $8.63 | ok $8.63 | |
| Sherman Williams not | legible ✓ $20.67 | $20.67 | |
| Coil only → Beacon Air Conditioning, Heat & Ref., Inc. 3/2/09 | Pd invoice $1,190.00 | $1,190.00 | ok |
| Pappalardo Consultants, Incorporated Appraisal 4/8/10 | Invoice ✓ $400.00 | $400.00 | NO |
| Total | $71,299.59 | $71,299.59 | |
| | | | |
| | | | |
| | | | |
| | | 64,983.92 | |
| | | | |
| | | | |
| | | | |

* no dollar items for millwork material
Paint material

* Daniel Carter is the owner of Cresent City

**Don Reichert**

---

**From:** Dysart, Danny <ddysart@bakerdonelson.com>
**Sent:** Tuesday, April 04, 2017 1:43 PM
**To:** Joe Bruno; Dan Balhoff
**Cc:** Don Reichert
**Subject:** RE: Carter - Knauf Supplemental Submission
**Attachments:** Knauf Supplemental exhibit - Carter .pdf

Dan and Joe,

In connection with our supplemental paper, and for the sake of completing the record, I am attaching an additional supplemental exhibit from a different drywall mediation involving INEX supplied drywall. As you will see, both the 2006 INEX invoice (where KPT drywall was later confirmed pursuant to PTO 1(B)) and the 2010 INEX invoice (Replacement Domestic Drywall) use the same product ID # (41212R) for 4 x 12 x 1/2 drywall irrespective of manufacturer.

If either of you would like additional information of have questions, please do not hesitate to contact me.

Thanks,
Danny

---

**From:** Joe Bruno [mailto:jbruno@brunobrunolaw.com]
**Sent:** Saturday, April 01, 2017 10:46 AM
**To:** Dan Balhoff; Dysart, Danny
**Cc:** Don Reichert
**Subject:** Re: Carter - Knauf Supplemental Submission

Just a few days.

Joseph M. Bruno
Bruno & Bruno
855 Baronne St.
New Orleans,La 70113
Firm:504-525-1335
Office:504-525-3780
E-mail:jbruno@brunobrunolaw.com

---

**From:** Dan Balhoff <balhoff@pbmbllc.com>
**Sent:** Saturday, April 1, 2017 10:05:14 AM
**To:** Joe Bruno; Dysart, Danny
**Cc:** Don Reichert
**Subject:** RE: Carter - Knauf Supplemental Submission

Ok. How long do you need?

---

**From:** Joe Bruno [mailto:jbruno@brunobrunolaw.com]
**Sent:** Saturday, April 1, 2017 10:04 AM
**To:** Dysart, Danny <ddysart@bakerdonelson.com>; Dan Balhoff <balhoff@pbmbllc.com>
**Cc:** Don Reichert <don@brunobrunolaw.com>
**Subject:** Re: Carter - Knauf Supplemental Submission

Dan, we want to respond to this.

Joseph M. Bruno
Bruno & Bruno
855 Baronne St.
New Orleans,La 70113
Firm:504-525-1335
Office:504-525-3780
E-mail:jbruno@brunobrunolaw.com

---

**From:** Dysart, Danny <ddysart@bakerdonelson.com>
**Sent:** Friday, March 31, 2017 3:57:15 PM
**To:** Dan Balhoff
**Cc:** Don Reichert; Joe Bruno
**Subject:** Carter - Knauf Supplemental Submission

Dan,

Please see the attached supplemental submission regarding the Carter mediation.

Should you have any questions, please do not hesitate to contact me.

Thanks,
Danny

**Danny Dysart**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA, 70170

Phone: 504.566.5206
Fax: 504.696.3906
ddysart@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

**Baker Donelson - One of FORTUNE Magazine's "100 Best Companies to Work For®" for Seven Years in a Row!**

---

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

---

Attention:
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

Thank You.

---





EXHIBIT

INTERIOR / EXTERIOR
BUILDING SUPPLY
LIMITED PARTNERSHIP

504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 11/22/10 | 2678799-00 |
| **PO DATE** | **P.O. NO.** | **PAGE #** |
| 11/16/10 | | 1 |

CUST.#: 4387

SHIP TO:

NEW ORLEANS, LA

REMIT TO: P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO:

JEFFERSON, LA 70121

| INSTRUCTIONS | | TERMS |
|---|---|---|
| WCK**BOOM** | | 1%.29/NET 30 |
| **SHIP POINT** | **SHIP VIA** | **SHIPPED** |
| NEW ORLEANS BRANCH | BOOM | 11/22/10 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ************************************************************ | | | | | | | |
| | CALL WHEN LEAVING YARD 504- | | | | | | | |
| | ************************************************************ | | | | | | | |
| | BOOM | | | | | | | |
| | ************************************************************ | | | | | | | |
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 124 | 0 | 124 | PC | 170.00 | MSF | 1011.84 |
| 2 | 541212R<br>54" X 12' X 1/2" REGULAR 54 SF/EA | 16 | 0 | 16 | PC | 190.00 | MSF | 164.16 |
| 2 | Lines Total | Qty Shipped Total | | 140 | | | Total | 1176.00 |
| | | | | | | | Taxes | 105.84 |
| | | | | | | | Invoice Total | 1281.84 |

Purchase of new sheet rock 30 sheets of above quantity - Replacing CDW. My cost 30 sheets at 8.16 per sheet (244.80) TOTAL

Cash Discount 11.76 If Paid By 12/21/10

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY SERVICE CHARGE (18% PER ANNUM)

ce

4387

| UPC Vendor | Invoice Date | Order # |
|---|---|---|
| 000000 | 01/31/06 | 1803766-00 |
| PO Date | PO # | Page # |
| 01/23/06 | | 1 |

Ship To: | Correspondence To: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70124 | NEW ORLEANS, LA 70178

Bill To: | Instructions

| | Ship Point | Via | Shipped | Terms |
|---|---|---|---|---|
| NEW ORLEANS, LA 70124 | ELMWOOD BRANCH | DEL/OUR TRCK | 01/31/06 | 1%,29/NET 30 |

Visit our NEW website. www.interiorexterior.net

| Ln# | Product And Description | UPC Item# | Quantity Ordered | Quantity B.O. | Quantity Shipped | Qty UM | Unit Price | Price UM | Discount Multiplier | Amount (Net) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B06<br>R13 3 5/8" X 15" X 94" KRAFT 107.71 SF/BG | 00000 | 18 | 0 | 18 | BG | 435.00 | MSF | 0.00 | 843.41 |
| 2 | B09<br>R19 6 1/4" X 15" X 94" KRAFT 97.92 SF/BG | 00000 | 28 | 0 | 28 | BG | 505.00 | MSF | 0.00 | 1384.59 |
| 3 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 00000 | 200 | 6 | 194 | PC | 300.00 | MSF | 0.00 | 2793.60 |
| 4 | GBJTCOMP<br>GOLD BOND JOINT COMPOUND 5 GAL PAIL | 00000 | 30 | 0 | 30 | PAIL | 11.88 | PAIL | 0.00 | 356.40 |
| 5 | JTAPE<br>JOINT TAPE 250' ROLL 20 ROLLS/CASE | 00000 | 15 | 0 | 15 | ROLL | 1.97 | ROLL | 0.00 | 29.55 |
| 6 | DN138<br>1 3/8" DRYWALL NAILS 50 LB/CS | 00000 | 1 | 0 | 1 | CS | 45.55 | CS | 0.00 | 45.55 |
| 7 | CB10<br>1 1/4" X 1 1/4" X 10' CORNER BEAD 50 PC/CN | 00000 | 12 | 0 | 12 | PC | 141.00 | MLF | 0.00 | 16.92 |

7 Lines Total | Qty Shipped Total 298

| | |
|---|---|
| Total | 5470.02 |
| Taxes | 492.30 |
| Invoice Total | 5962.32 |

Purchase of CDW 30 sheets from above quantity
My cost 30 sheets at 13.96 per sheet
418.80 TOTAL

Last Page | Cash Discount 54.70 If Paid By 03/01/06

BRUNO & BRUNO LLP
& YOU, SINCE 1950 TRIAL LAWYERS

JOSEPH M. BRUNO*
STEPHEN P. BRUNO
JOSEPH M. BRUNO, JR

STEPHANIE MAY BRUNO*
MELISSA A. DEBARBIERIS
DANIEL A. MEYER**
DON D. REICHERT
BRANDON M. BENNETT

OF COUNSEL
ROBERT J. BRUNO
ROBERT B. REES

* ALSO LICENSED TO PRACTICE IN TEXAS
**ALSO LICENSED TO PRACTICE IN MISSISSIPPI

REPLY TO (PLEASE CHECK)
NEW ORLEANS X
COVINGTON ___

April 5, 2017

**VIA EMAIL ONLY**
Mr. Dan Balhoff (balhoff@pbmbllc.com)

**MR. AND MRS. CARTER'S RESPONSE TO KNAUF'S SUPPLEMENTAL POSITION PAPER**

This matter came to mediation on February 15, 2017 at 10:00 a.m. regarding Daniel and Amy Carter's (hereinafter "Mr. and Mrs. Carter") Already Remediated Property ("ARH") claim for 261 W. Robert E. Lee, New Orleans, Louisiana 70124 in the Chinese-Manufactured Drywall Products Liability Litigation. Mr. and Mrs. Carter's position paper and exhibits were submitted on February 10, 2017. The Knauf Defendants'[1] ("Knauf") position paper and exhibits were also submitted on that same date. On March 31, 2017, Knauf submitted a Supplemental Position Paper. Mr. and Mrs. Carter now submit this response to Knauf's Supplemental Position Paper.

## I. POSITION OF PLAINTIFFS

### *A. PTO 1, PTO 1(B) and the Knauf Class Settlement Agreement.*

On June 16, 2009, the Honorable Judge Eldon E. Fallon issued Pre-Trial Order No. 1. On October 9, 2009, the Honorable Judge Eldon E. Fallon issued Pre-Trial Order No. 1 (B) (Preservation of Evidence). Although these Pre-Trial Orders were effective when Mr. and Mrs. Carter remediated 261 W. Robert E. Lee, New Orleans, Louisiana 70124 (Mr. and Mrs. Carter

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

remediated between February 22, 2010 through April 26, 2010), there is nothing in either of these Pre-Trial Orders which prevents Mr. and Mrs. Carter from submitting other forms of evidence to prove the existence of Knauf Chinese Drywall in the property located at 261 W. Robert E. Lee, New Orleans, Louisiana 70124.[2]

The evidence submitted by Mr. and Mrs. Carter regarding this claim proves the existence of Knauf Chinese Drywall in the property located at 261 W. Robert E. Lee, New Orleans, Louisiana 70124. In addition, during the February 15, 2017 mediation, Mr. Carter testified that he physically took delivery of the Knauf Chinese Drywall from INEX when he watched INEX take Knauf Chinese Drywall off of a stack and place the pallet of Knauf Chinese Drywall in his truck. Mr. Carter also testified that he only purchased what was needed for the job, that he only purchased from INEX and that all Chinese Drywall came from the same stack. Based on the evidence before the Special Master and for the reasons explained in Mr. and Mrs. Carter's Mediation Position Paper, any alleged failure to preserve evidence is not prejudicial to a determination of this claim.

Knauf relies on the language in section IV. D. 4. of the Already Remediated Properties Protocol for Knauf's request that this claim be denied. However, it was not until the December 20, 2011 Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047, which was after Mr. and Mrs. Carter's remediation, that the consequences of a failure to comply with Pre-Trial Order No. 1 (B) were more drastic and that section IV. D. 4 of the Already Remediated Properties Protocol became applicable.

---

[2] Pre-Trial Order No. 1 states that "[f]ailure to comply **may** lead to dismissal of claims, striking of defenses, imposition of adverse inferences of other dire consequences." (emphasis added). Pre-Trial Order No. 1(B) states that "[e]vidence or material not preserved in compliance with this Pre-Trial Order **may** be subject to exclusion for use in either discovery or trial of the matter and further, the party responsible for failing to preserve evidence may be subject to the claim or defense of spoliation.

Under 1.4 of the December 20, 2011 Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047,[3]

> "**Already Remediated Properties Protocol.** 'Already Remediated Properties Protocol' shall mean the protocol attached as Exhibit A for resolving Remediation Claims of Owners who have self-remediated Affected Properties or have entered into contracts to self-remediate Affected Properties prior to the Execution Date."

Under section III. A. of Exhibit A (Already Remediated Properties Protocol),

> "…the Owner shall submit to the Settlement Administrator the following documentation concerning remediation of the Affected Property, **to the extent that such documentation is in the possession, custody or control of the Owner or any person or entity hired or otherwise used by the Owner in connection with the remediation of the Affected Property, including, but not limited to, builders, contractors, and subcontractors**:
>
> 1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. For those Owners with claims pending in *In re: Chinese Drywall Products Liability Litigation*, MDL No. 2047 (the "MDL"), **where available**, such submission shall be in the form required by MDL Pretrial Order 1B…"… (emphasis added).

Knauf's position is that Mr. and Mrs. Carter's ARH claim should be denied for the alleged non-compliance with the preservation PTO. In support of Knauf's position, Knauf cites, section IV. D. 4. of Exhibit A (Already Remediated Properties Protocol) which provides,

> "The Special Master and the Court will take into consideration, in determining whether to allow a claim or the amount of the claim, whether the Owner has complied with MDL Pretrial Order 1B (if the claim is pending in the MDL)…Subject to review by the Special Master or the Court, the failure to preserve evidence as required by law will result in disallowance or reduction in the amount of the claim **if the failure has been prejudicial to a determination of the claim.**" (emphasis added).

As explained above, Section IV. D. 4 of the Already Remediated Properties Protocol was not applicable until after Mr. and Mrs. Carter remediated the property located at 261 W. Robert

[3] 1.4 of the 12/11/12 Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 is the same.

E. Lee, New Orleans, Louisiana 70124. For the reasons explained above and in Mr. and Mrs. Carter's Mediation Position Paper, any alleged failure to preserve evidence is not prejudicial to a determination of this claim, and therefore, Mr. and Mrs. Carter's claim should not be denied and the Carters should be awarded the requested damages.

**Respectfully submitted:**

/s/ Joseph M . Bruno
Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Tel: (504) 525-1335
Fax: (504) 561-6775
*jbruno@brunobrunolaw.com*
Attorney for Mr. and Mrs. Carter

cc: Danny Dysart (ddysart@bakerdonelson.com)