UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, comes **DANIEL AND AMY CARTER**, who submit that on May 12, 2017, their Objection to Special Master's Opinion and Decree (R. Doc. 20764) was filed into the record. Exhibit "N"[1] of Exhibit "B" of their Objection to Special Master's Opinion and Decree refer to or contain information that may have been designated confidential. Accordingly, movers respectfully request that Exhibit "N" of Exhibit "B" of their Objection to Special Master's Opinion and Decree be filed UNDER SEAL.

WHEREFORE, movers pray that this motion be granted and that Exhibit "N" of Exhibit "B" of their Objection to Special Master's Opinion and Decree be filed UNDER SEAL.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

---

[1] Carter000251 of R. Doc. 20764-3.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May, 2017.

      /s/ Joseph M. Bruno