UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

# ORDER

Considering the foregoing Motion for Leave to File Exhibit Under Seal,

**IT IS HEREBY ORDERED** that the motion is GRANTED and Exhibit "N" of Exhibit "B" of their Objection to Special Master's Opinion and Decree (Rec. Doc. 20764) be and is hereby filed UNDER SEAL.

Signed in New Orleans, Louisiana this _____ day _____ of 2017.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**