UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

**AGENDA**
**FOR MAY 16, 2017 STATUS CONFERENCE**

    I.    KNAUF REMEDIATION PROGRAM

    II.    TAISHAN, BNBM AND CNBM DEFENDANTS

    III.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

    IV.    ATTORNEY'S FEES

    V.    MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

    VI.    NEXT STATUS CONFERENCE