UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED          MDL NO. 2047
        DRYWALL PRODUCTS LIABILITY
        LITIGATION                    SECTION: L

        THIS DOCUMENT RELATES TO:     JUDGE FALLON

        *ALL CASES*                   MAG. JUDGE WILKINSON

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE OF MANUAL ATTACHMENT</u>

EXHIBIT A OF RESPONSE IN OPPOSITION TO PLAINTIFFS' LEAD AND
LIAISON COUNSEL'S MOTION FOR SANCTIONS PURSUANT TO RULE 11
AGAINST JIMMY R. FAIRCLOTH, JR., ESQ., VAL PATRICK EXNICIOS, ESQ.,
<u>MARK MILSTEIN, ESQ., AND C. DAVID DURKEE, ESQ.</u>

| <u>Exhibit Number</u> | <u>Description</u> |
|---|---|
| A | Excerpts of the Deposition of Arnold Levin taken on January 26, 2017: Cover Page(s); 246:18-247:14 |

Respectfully submitted:

**FAIRCLOTH, MELTON & SOBEL, LLC**

By: ___/s/ *Jimmy R. Faircloth, Jr.*___
    Jimmy R. Faircloth, Jr. (LA #20645)
    jfaircloth@fairclothlaw.com
    Brook L. Villa (LA #31988)
    bvilla@fairclothlaw.com
    Franklin "Drew" Hoffmann (LA #35824)
    dhoffmann@fairclothlaw.com
    301 Main Street, Suite 920
    Baton Rouge, LA 70801
    Phone: (225) 343-9535
    Fax: (225) 343-9538

    *Attorneys for Parker Waichman LLP*

**LISKA, EXNICIOS & NUNGESSER**

By: ___/s/ *Val Patrick Exnicios*___
    Val Patrick Exnicios, Esq.
    vpexnicios@exnicioslaw.com
    1515 Poydras Street
    14th Floor, Ste. 1400
    New Orleans, LA. 70112
    Phone: (504) 410-9611
    Fax: (504) 410-9937
    Cell: (504) 495-9666

    *Attorneys for Whitfield Bryson & Mason
    LLP, Pendley Baudin & Coffin, Rhine
    Law Firm, and Luckey & Mullins*

**ROBERTS AND DURKEE, LLP**

By:    /s/ *C. David Durkee*
   C. David Durkee
   durkee@rdlawnet.com
   2665 South Bayshore Drive, Suite 300
   Coconut Grove, FL 33133
   Phone: (305) 442-1700
   Fax: (305) 442-2559

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By:    /s/ *Mark Milstein*
   Mark Milstein
   mmilstein@mjfwlaw.com
   10250 Constellation Blvd., 14th Floor
   Los Angeles, CA 90067
   Phone: (310) 396-9600
   Fax: (310) 396-9635

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Manual Attachment* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of May, 2017.

       /s/ *Jimmy R. Faircloth, Jr.*
       OF COUNSEL