UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MOTION FOR LEAVE TO FILE
PLAINTIFFS' LEAD AND LIAISON COUNSEL'S REPLY BRIEF
IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT
TO RULE 11 AGAINST JIMMY R. FAIRCLOTH, JR., ESQ., VAL PATRICK
EXNICIOS, ESQ., MARK MILSTEIN, ESQ., AND C. DAVID DURKEE, ESQ.

NOW COME Plaintiffs' Lead and Liaison Counsel who submit that on May 9, 2017, Plaintiffs' Lead and Liaison Counsels' filed a Motion for Sanctions Pursuant to Rule 11 Against Jimmy R. Faircloth, Jr., Esq., Val Patrick Exnicios, Esq., Mark Milstein, Esq., and C. David Durkee, Esq. [Rec. Doc. 20759], and on May 15, 2017 a Response in Opposition to Plaintiffs' Lead and Liaison Counsels' Motion for Sanctions Pursuant to Rule 11 Against Jimmy R. Faircloth, Jr., Esq., Val Patrick Exnicios, Esq., Mark Milstein, Esq., and C. David Durkee, Esq. was filed with the Court [Rec. Doc. 20770]. In light of the Response filed, movers herein desire to file a Reply Brief in Support of Motion for Sanctions Pursuant to Rule 11 Against Jimmy R. Faircloth, Jr., Esq., Val Patrick Exnicios, Esq., Mark Milstein, Esq., and C. David Durkee, Esq. and request leave of court to file same.

WHEREFORE, movers pray that this motion be GRANTED and that the attached Plaintiffs' Lead and Liaison Counsels' Reply Brief in Support of Motion for Sanctions Pursuant

1

to Rule 11 Against Jimmy R. Faircloth, Jr., Esq., Val Patrick Exnicios, Esq., Mark Milstein, Esq., and C. David Durkee, Esq. be filed into the record.

                                              Respectfully submitted,

Dated: May 17, 2017                /s/ Russ M. Herman
                                       Russ M. Herman (Bar No. 6819) (on the brief)
                                       Leonard A. Davis (Bar No. 14190) (on the brief)
                                       Stephen J. Herman, Esquire (Bar No. 23129)
                                       HERMAN, HERMAN & KATZ, LLC
                                       820 O'Keefe Avenue
                                       New Orleans, Louisiana 70113
                                       Phone: (504) 581-4892
                                       Fax: (504) 561-6024
                                       Ldavis@hhklawfirm.com
                                       *Plaintiffs' Liaison Counsel MDL 2047*
                                       *Co-Chair/Secretary Fee Committee*

                                       Arnold Levin (on the brief)
                                       Frederick S. Longer (on the brief)
                                       Sandra L. Duggan (on the brief)
                                       Levin Sedran & Berman
                                       510 Walnut Street, Suite 500
                                       Philadelphia, PA 19106
                                       Phone: (215) 592-1500
                                       Fax: (215) 592-4663
                                       Alevin@lfsblaw.com
                                       *Plaintiffs' Lead Counsel MDL 2047*
                                       *Chair Fee Committee*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 17th day of May, 2017.

                                                  /s/ Leonard A. Davis
                                                  Leonard A. Davis
                                                  HERMAN, HERMAN & KATZ, LLC
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  Ldavis@hhklawfirm.com
                                                  Plaintiffs' Liaison Counsel
                                                  MDL 2047

                                                  *Co-Counsel for Plaintiffs*