UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Motion for Leave to File Plaintiffs' Lead and Liaison Counsels' Reply Brief in Support of Motion for Sanctions Pursuant to Rule 11 Against Jimmy R. Faircloth, Jr., Esq., Val Patrick Exnicios, Esq., Mark Milstein, Esq., and C. David Durkee, Esq.;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the attached Plaintiffs' Lead and Liaison Counsels' Reply Brief in Support of Motion for Sanctions Pursuant to Rule 11 Against Jimmy R. Faircloth, Jr., Esq., Val Patrick Exnicios, Esq., Mark Milstein, Esq., and C. David Durkee, Esq. be and is hereby filed into the record.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge