IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                      MDL NO. 2047

This Document Relates to:                        SECTION L
                                                                 JUDGE FALLON
Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.    MAG. JUDGE WILKINSON
So. Dist. Mississippi, C.A. No. 13-cv-6652

Jason S. Herrington, et ux. V. Bass Homes, Inc., et al.
So. Dist. Mississippi, C.A. No. 13-cv-6653

---

**PLAINTIFFS' MOTION FOR LEAVE FOR AN EXTENSION
OF DEADLINE TO FILE RESPONSE TO DEFENDANT/
THIRD-PARTY PLAINTIFF, ACE HOME CENTER, INC.'S,
CORRECTED MOTION TO DISMISS ACTION AS PRECLUDED OR,
IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

---

COME NOW the Plaintiffs, Braxton H. Collins and his wife, Kerrie F. Collins, and Jason Herrington and his wife, Cassie D. Herrington, by and through undersigned counsel, and file this, their Motion for Leave for an Extension of Deadline to File Response to the Defendant/Third-Party Plaintiff, Ace Home Center, Inc.'s, Corrected Motion to Dismiss Action as Precluded or, in the Alternative, Motion for Summary Judgment, and would show unto this Honorable Court the following, to-wit:

1.

Ace Home Center, Inc. (hereinafter referred to as "Ace") filed it's Corrected Motion to Dismiss Action as Precluded or, in the Alternative, Motion for Summary Judgment on or about April 20, 2017, and a Notice of Submission setting the date for submission for May 24, 2017, at 9:00 a.m.

2.

Counsel for Plaintiffs has just been advised that a Notice of Submission date triggers the deadline for submission of a Response, and that Plaintiffs had eight (8) days from May 24, 2017, to file a Response, making the Plaintiffs Response due May 16, 2017, said day having passed yesterday.  Therefore, Plaintiffs are asking this Court for leave for an extension of the deadline for the filing of their Response to the subject Motion.

3.

Additionally, in all honesty, counsel for Plaintiffs believed these issues were addressed at the hearing on Plaintiffs' Motion for Severance & Suggestion of Remand, and that the Court's pending ruling on that Motion would encompass these same matters, thus not requiring a separate Response.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this, their Motion for Leave for an Extension of Time, be received and filed, and that upon consideration, this Honorable Court will enter its Order extending the time for Plaintiffs to file their Response to Ace's Motion to Dismiss Action as Precluded or, in the Alternative, Motion for Summary Judgment.

RESPECTFULLY SUBMITTED this, the 17th day of May, 2017.

> BRAXTON & KERRIE COLLINS, Plaintiffs
> JASON & CASSIE HERRINGTON, Plaintiffs
>
> By and Through Their Attorneys,
> LUCKEY & MULLINS, PLLC
>
>
> BY:_____ */s/ Steve Mullins*_____
> STEPHEN W. MULLINS

ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS  (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102   (39564)
Post Office Box 990
Ocean Springs, MS  39566
Phone:        228.875.3175
Fax:   228.872.4719
smullins@luckeyandmullins.com

Of Counsel:

DANIEL K. BRYSON (*pro hac vice*)
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035


## CERTIFICATE OF SERVICE


I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically

filed the above and foregoing Motion with this Court using the ECF filing system which

has caused notification of such filing to be sent to registered counsel of record.

THIS, the 17th day of May, 2017.


                                        /s/ Stephen W. Mullins
                                        STEPHEN W. MULLINS