IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

TAISHAN'S MOTION FOR ACCESS TO CLAIMS SUPPORT
AND FOR EVIDENTIARY HEARING ON REMEDIATION DAMAGES

Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"), hereby move the Court to permit Taishan to access and review the purported evidentiary support for the remediation damages claims of current owners for purposes of the claims adjudication procedures outlined in the Court's Findings of Fact & Conclusions of Law Related to the June 9, 2015 Damages Hearing (Rec. Doc. 20741). Taishan also moves the Court to hold a hearing to require the claimants to meet their burden of proof, hear Taishan's defenses, and weigh the evidentiary basis for those claims.   As outlined in the memorandum in support filed herewith, the Court's Findings of Fact & Conclusions of Law raise fundamental due process and evidentiary issues which implicate Taishan's constitutional right to defend itself against the Plaintiffs' damages claims. Therefore, as outlined in the accompanying memorandum, Taishan moves this Court to approve the following steps to effectuate the fair adjudication of the application of the approved class damages formula to specific claims submitted by the PSC:

1. Simultaneous with its production of its updated Class Plaintiffs' Spreadsheet, the PSC shall produce to Taishan all evidence the PSC provided to BrownGreer in support of

its Class Plaintiffs' Spreadsheet;

2. BrownGreer shall produce to Taishan all evidence BrownGreer reviewed, referenced or relied upon in the course of its "supervision" of or assistance to the PSC in preparation of the updated Class Plaintiffs' Spreadsheet;

3. The PSC shall produce to Taishan evidence sufficient to prove any and all prior actual payments made to each Class Plaintiff on the updated spreadsheet in connection with this MDL or any other claims or litigation arising from the presence of Chinese Drywall on the property;

4. The PSC shall produce to Taishan evidence sufficient to prove current ownership of the property at issue;

5. The PSC shall produce to Taishan all documentary evidence regarding, reflecting or referencing actual remediation actions taken by or on behalf of each Claimant, to the extent any remediation has been performed.

6. Taishan shall be permitted to conduct an examination, on the record, of BrownGreer's representative most knowledgeable with the "supervision" of or assistance to the PSC in preparation of the updated class Plaintiffs' Spreadsheet for an understanding of the process and basis of BrownGreer's conclusions and recommendations, including but not limited to Product ID determinations, verification of square footage, and evaluation of proof of ownership.

7. The parties shall confer in good faith as to the length of time needed to complete the foregoing review and examination.

Upon the parties' report to this Court of completion of the production, review and examination process, the Court shall set a deadline for Taishan to file its objections to the

Plaintiffs' Updated Spreadsheet and assert set-offs to same, and shall set an evidentiary hearing to receive proof and resolve disputes.

Dated: May 19, 2017

Respectfully submitted,

<u>/s/ Michael P. Kenny</u>
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Bernard Taylor, Esq.
Georgia Bar No. 669625
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of May, 2017.

/s/ Michael P. Kenny
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan*