UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**[PROPOSED] ORDER**

Considering Taishan's Motion for Access to Claims Support and for Evidentiary Hearing on Remediation Damages, **IT IS ORDERED** that the motion is **GRANTED**. Accordingly, the parties are ordered to proceed as follows:

1. Simultaneous with its production of its updated Class Plaintiffs' Spreadsheet, the PSC shall produce to Taishan all evidence the PSC provided to BrownGreer in support of its Class Plaintiffs' Spreadsheet;

2. BrownGreer shall produce to Taishan all evidence BrownGreer reviewed, referenced or relied upon in the course of its "supervision" of or assistance to the PSC in preparation of the updated Class Plaintiffs' Spreadsheet;

3. The PSC shall produce to Taishan evidence sufficient to prove any and all prior actual payments made to each Class Plaintiff on the updated spreadsheet in connection with this MDL or any other claims or litigation arising from the presence of Chinese Drywall on the property;

4. The PSC shall produce to Taishan evidence sufficient to prove current ownership of the property at issue;

5. The PSC shall produce to Taishan all documentary evidence regarding, reflecting or

referencing actual remediation actions taken by or on behalf of each Claimant, to the extent any remediation has been performed.

6. Taishan shall be permitted to conduct an examination, on the record, of BrownGreer's representative most knowledgeable with the "supervision" of or assistance to the PSC in preparation of the updated class Plaintiffs' Spreadsheet for an understanding of the process and basis of BrownGreer's conclusions and recommendations, including but not limited to Product ID determinations, verification of square footage, and evaluation of proof of ownership.

7. The parties shall confer in good faith as to the length of time needed to complete the foregoing review and examination.

Upon the parties' report to this Court of completion of the production, review and examination process, the Court shall set a deadline for Taishan to file its objections to the Plaintiffs' Updated Spreadsheet and assert set-offs to same, and shall set an evidentiary hearing to receive proof and resolve disputes.

New Orleans, Louisiana, this ____ day of ____, 2017.

                                                                         _____
                                                                         Honorable Eldon E. Fallon
                                                                         U.S. District Court Judge