UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants CNBM Company, BNBM Group, and BNBM PLC will bring the foregoing Motion to Certify an Immediate Appeal From the Court's Jurisdictional Order (§ 1292(b) Motion #1) for hearing before the Honorable Eldon E. Fallon, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 on June 7, 2017 at 9:00 a.m., or as soon thereafter as counsel can be heard. In accordance with Local Rule 78.1, oral argument has been requested on this motion.

Dated: May 22, 2017

                Respectfully submitted,

                */s/ L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Ian Johnson (CA Bar No. 208713) | Donna Phillips Currault (LA Bar No. 19533) |
| Andrew Davidson (CA Bar No. 266506) | Alex B. Rothenberg (LA Bar No. 34740) |
| Jason Wu (CA Bar No. 279118) | GORDON, ARATA, MONTGOMERY, |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BARNETT, MCCOLLAM, DUPLANTIS & |
| The Orrick Building | EAGAN, LLC |
| 405 Howard Street | 201 St. Charles Avenue, 40th Floor |
| San Francisco, CA 94105 | New Orleans, LA 70170-4000 |
| Tel: 415-773-5700 | Tel: (504) 582-1111 |
| Email: cvejnoska@orrick.com | Email: eeagan@gordonarata.com |
| ijohnson@orrick.com | dcurrault@gordonarata.com |
| adavidson@orrick.com | arothenberg@gordonarata.com |
| jmwu@orrick.com | |

| | |
|---|---|
| James L. Stengel (NY Bar No. 1800556) | Eric A. Shumsky (D.C. Bar No. 477926) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Columbia Center |
| 51 West 52nd Street | 1152 15th Street NW |
| New York, NY, 10019 | Washington, D.C. 20005 |
| Tel: 212-506-5000 | Tel: 202-339-8400 |
| Email: jstengel@orrick.com | Email: eshumsky@orrick.com |
| xiangwang@orrick.com | |

*Counsel for Moving Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing NOTICE OF SUBMISSION has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on May 22, 2017.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
Email: cvejnoska@orrick.com

*Counsel for Moving Defendants*