UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Germano v. Taishan Gypsum, 09-cv-6687*<br>*Gross v. Knauf Gips KG, 09-cv-6690*<br>*Wiltz v. BNBM, 10-cv-361*<br>*Amorin v. Taishan Gypsum, 11-cv-1672*<br>*Amorin v. Taishan Gypsum, 11-cv-1395*<br>*Amorin v. Taishan Gypsum, 11-cv-1673* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants CNBM Company, BNBM Group, and BNBM PLC will bring the foregoing CNBM and BNBM Entities' Motion to Certify an Immediate Appeal From the Court's Order Denying Defendants' Motions to Decertify the Class (§ 1292(b) Motion #2) for hearing before the Honorable Eldon E. Fallon, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 on June 7, 2017 at 9:00 a.m., or as soon thereafter as counsel can be heard. In accordance with Local Rule 78.1, oral argument has been requested on this motion.

Dated: May 22, 2017

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082)<br>Ian Johnson (CA Bar No. 208713)<br>Andrew Davidson (CA Bar No. 266506)<br>Jason Wu (CA Bar No. 279118)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105<br>Tel:  415-773-5700<br>Email:  cvejnoska@orrick.com<br>           ijohnson@orrick.com<br>           adavidson@orrick.com<br>           jmwu@orrick.com | Ewell E. Eagan, Jr. (LA Bar No. 5239)<br>Donna Phillips Currault (LA Bar No. 19533)<br>Alex B. Rothenberg (LA Bar No. 34740)<br>GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel: (504) 582-1111<br>Email: eeagan@gordonarata.com<br>          dcurrault@gordonarata.com<br>          arothenberg@gordonarata.com |
| James L. Stengel (NY Bar No. 1800556)<br>Xiang Wang (NY Bar No. 4311114)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>Tel:   212-506-5000<br>Email:  jstengel@orrick.com<br>            xiangwang@orrick.com | Eric A. Shumsky (D.C. Bar No. 477926)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Columbia Center<br>1152 15th Street NW<br>Washington, D.C. 20005<br>Tel: 202-339-8400<br>Email: eshumsky@orrick.com |

*Counsel for Moving Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing NOTICE OF SUBMISSION has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on May 22, 2017.

                                        */s/ L. Christopher Vejnoska*

                                        L. Christopher Vejnoska (CA Bar No. 96082)
                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        The Orrick Building
                                        405 Howard Street
                                        San Francisco, CA  94105
                                        Tel:  415-773-5700
                                        Fax: 415-773-5759
                                        Email: cvejnoska@orrick.com

                                        *Counsel for Moving Defendants*