UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L |
| **THIS DOCUMENT RELATES TO:**<br>*Germano v. Taishan Gypsum,* 09-cv-6687<br>*Gross v. Knauf Gips KG*, 09-cv-6690<br>*Wiltz v. BNBM,* 10-cv-361<br>*Amorin v. Taishan Gypsum,* 11-cv-1672<br>*Amorin v. Taishan Gypsum,* 11-cv-1395<br>*Amorin v. Taishan Gypsum,* 11-cv-1673 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**CNBM AND BNBM ENTITIES' MOTION TO CERTIFY AN IMMEDIATE APPEAL FROM THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW RELATED TO THE JUNE 9, 2015 DAMAGES HEARING (§ 1292(b) MOTION #3)**

Defendants CNBM Company, BNBM Group, and BNBM PLC respectfully move the Court to certify its April 21, 2017 Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing for appeal pursuant to 28 U.S.C. § 1292(b).

Dated: May 22, 2017

              Respectfully submitted,

              */s/ L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082)<br>Ian Johnson (CA Bar No. 208713)<br>Andrew Davidson (CA Bar No. 266506)<br>Jason Wu (CA Bar No. 279118)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105<br>Tel:  415-773-5700<br>Email:   cvejnoska@orrick.com<br>            ijohnson@orrick.com<br>            adavidson@orrick.com<br>            jmwu@orrick.com | Ewell E. Eagan, Jr. (LA Bar No. 5239)<br>Donna Phillips Currault (LA Bar No. 19533)<br>Alex B. Rothenberg (LA Bar No. 34740)<br>GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel: (504) 582-1111<br>Email: eeagan@gordonarata.com<br>            dcurrault@gordonarata.com<br>            arothenberg@gordonarata.com |
| James L. Stengel (NY Bar No. 1800556)<br>Xiang Wang (NY Bar No. 4311114)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>Tel:   212-506-5000<br>Email:   jstengel@orrick.com<br>            xiangwang@orrick.com | Eric A. Shumsky (D.C. Bar No. 477926)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Columbia Center<br>1152 15th Street NW<br>Washington, D.C. 20005<br>Tel: 202-339-8400<br>Email: eshumsky@orrick.com |

*Counsel for Moving Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing CNBM AND BNBM ENTITIES' MOTION TO CERTIFY AN IMMEDIATE APPEAL FROM THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW RELATED TO THE JUNE 9, 2015 DAMAGES HEARING (§ 1292(b) MOTION #3) and accompanying documents have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on May 22, 2017.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
Email:  cvejnoska@orrick.com

*Counsel for Moving Defendants*