UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | |

**O R D E R**

Considering the Motion for Extension of Time, to Reset Hearing and For Expedited Consideration filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Taishan Gypsum co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.'s Motion to Amend the Order Denying Class Decertification and the Class Damages Order and to Certify for Interlocutory Appeal Under Section 1292(b) [Rec. Doc. 20778]; CNBM Company, BNBM Group, and BNBM PLC's Motion to Certify an Immediate Appeal From the Court's Jurisdictional Order (§ 1292(b) Motion #1) [Rec. Doc. 20779], Motion to Certify an Immediate Appeal From the Court's Order Denying Their Motions to Decertify The Class (§ 1292(b) Motion #2) [Rec. Doc. 20780], and Motion to Certify an Immediate Appeal From the Court's Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing (§ 1292(b) Motion #3) [Rec. Doc. 20781] be and they are set for hearing, with oral argument, on the ____ day of _____, 2017 at ____ o'clock .m.

1

IT IS FURTHER ORDERED BY THE COURT that all responses to the above motions are to be filed on or before the ___ day of _____, 2017.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge