IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| This Document Relates to: | SECTION L<br>JUDGE FALLON |
| Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.<br>So. Dist. Mississippi, C.A. No. 13-cv-6652 | MAG. JUDGE WILKINSON |
| Jason S. Herrington, et ux. V. Bass Homes, Inc., et al.<br>So. Dist. Mississippi, C.A. No. 13-cv-6653 | |

**ORDER GRANTING EXTENSION OF DEADLINE**

Before this Court is a Motion of the Plaintiffs, Braxton H. Collins and his wife and Jason Herrington and his wife, by and through their counsel of record, to for an extension of the deadline to file a Response to Ace Home Center's Motion to Dismiss Action as Precluded or, in the Alternative, Motion for Summary Judgment, and the Court, after having considered same, finds that said Motion is GRANTED.

IT IS ORDERED that the Plaintiffs' Response to Ace Home Center's Motion to Dismiss Action as Precluded or, in the Alternative, Motion for Summary Judgment be, and the same is hereby extended until  May     30th    , 2017.

New Orleans, Louisiana, this 23rd day of MAY, 2017.

_____
**U. S. DISTRICT COURT JUDGE**