UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** | JUDGE ELDON E. FALLON |
| ***ALL CASES*** | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**DEFENDANTS' JOINT RESPONSE TO THE PSC'S MOTION FOR EXTENSION OF TIME, TO RESET HEARING, AND FOR EXPEDITED CONSIDERATION**

Defendants CNBM Company, BNBM (Group) Co. Ltd., BNBM PLC, Taishan Gypsum Co., Ltd., and Tai'an Taishan Plasterboard Co., Ltd. (collectively, "Defendants") respond to the PSC's Motion for Extension of Time, to Reset Hearing, and for Expedited Consideration (Rec. Doc. 20785, the "Motion").

Defendants do not object to a reasonable continuance of the briefing schedule and hearing date related to their requests for 1292(b) certifications.  However, there is no basis for needless delay given the significance of the Court's April 21, 2017 rulings, and that proceedings will continue pending resolution of the § 1292 requests because Defendants did not simultaneously seek a stay—a decision that should not be used against them as the PSC's open-ended request seems to propose.  Accordingly, Defendants do not oppose the PSC receiving a correlative 30-day window in which to respond (through and including June 21, 2017), with Defendants being afforded an opportunity to reply within 14 days (through and including July 5,

1

2017).  Oral argument should be scheduled as soon as practicable for the Court thereafter, recognizing August 3, 2017 may be the earliest available date.

In addition, the PSC should not be allowed to defer resolution of these potentially dispositive issues while simultaneously prosecuting their motions to remove confidentiality (Rec. Doc. 20598), to compel further contempt discovery (Rec. Doc. 20661), and for discovery-related sanctions (Rec. Doc. 20643), among others.  Defendants respectfully request that the Court continue these motions at least until after the 1292(b) certifications are heard.

Dated: May 23, 2017

Respectfully submitted,


*/s/ L. Christopher Vejnoska*


L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE
LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Email:  cvejnoska@orrick.com

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
Email: eeagan@gordonarata.com
           dcurrault@gordonarata.com


James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE
LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Email:  jstengel@orrick.com
           xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE
LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Email: eshumsky@orrick.com


*Counsel for CNBM Co. Ltd., BNBM (Group) Co. Ltd., and BNBM PLC*

/s/ *Michael P. Kenny*

| | |
|---|---|
| Michael P. Kenny, Esq. | Alan Dean Weinberger |
| Georgia Bar No. 415064 | LA Bar No. 13331 |
| Bernard Taylor, Esq. | HANGARTNER, RYDBERG & TERRELL, |
| Georgia Bar No. 669625 | LLC |
| Christina Hull Eikhoff, Esq. | One Shell Square |
| Georgia Bar No. 242539 | 701 Poydras St., Suite 310 |
| David Venderbush, Esq. | New Orleans, Louisiana  70179 |
| New York Bar No. 2920817 | Phone: (504) 434-6815 |
| ALSTON & BIRD LLP | Fax: (504) 522-5689 |
| 1201 West Peachtree Street | aweinberger@hanrylaw.com |
| Atlanta, Georgia 30309 | |
| Phone: (404) 881-7000 | |
| Fax: (404) 881-7777 | |
| mike.kenny@alston.com | |

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing DEFENDANTS' JOINT RESPONSE TO THE PSC'S MOTION FOR EXTENSION OF TIME, TO RESET HEARING AND FOR EXPEDITED CONSIDERATION and accompanying documents have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on May 23, 2017.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
Email: cvejnoska@orrick.com

*Counsel for CNBM Co. Ltd., BNBM (Group) Co. Ltd., and BNBM PLC*