UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION AND TO FILE
THE FEE COMMITTEE'S RESPONSE IN OPPOSITION TO MOTION
TO DISQUALIFY FEE COMMITTEE, STRIKE ITS ALLOCATION
RECOMMENDATION, AND STAY OR DISMISS PROCEEDINGS
<u>BEFORE THE SPECIAL MASTER UNDER SEAL IN ITS ENTIRETY</u>**

NOW INTO COURT, through undersigned counsel, come Russ M. Herman, Plaintiffs' Liaison Counsel, Co-Chair/Secretary of the Fee Committee and the Fee Committee who respectfully submit that The Fee Committee's Response in Opposition to Motion to Disqualify Fee Committee, Strike Its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master ("Opposition to Motion to Disqualify") exceeds the page limitation allowed by the Federal Rules of Civil Procedure, movers therefore request leave of court to exceed the page limitation of the Opposition to Motion to Disqualify.

Furthermore, movers submit that the Opposition to Motion to Disqualify and all exhibits contain or refer to information that has been designated confidential. Accordingly, movers request that the Opposition to Motion to Disqualify be filed UNDER SEAL in its entirety.

WHEREFORE movants pray that this motion be GRANTED and movers be allowed to exceed the page limitation of The Fee Committee's Response in Opposition to Motion to

1

Disqualify Fee Committee, Strike Its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master and further that The Fee Committee's Response in Opposition to Motion to Disqualify Fee Committee, Strike Its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master be filed UNDER SEAL in its entirety.

                                              Respectfully submitted,

Dated: May 24, 2017              /s/ Leonard A. Davis
                                         Russ M. Herman (Bar No. 6819) (on the brief)
                                         Leonard A. Davis (Bar No. 14190) (on the brief)
                                         Stephen J. Herman, Esquire (Bar No. 23129)
                                         HERMAN, HERMAN & KATZ, L.L.C.
                                         820 O'Keefe Avenue
                                         New Orleans, LA 70113
                                         Phone: (504) 581-4892
                                         Fax: (504) 561-6024
                                         LDavis@hhklawfirm.com
                                         *Plaintiffs' Liaison Counsel MDL 2047*
                                         *Co-Chair/Secretary Fee Committee*

                                         Arnold Levin (on the brief)
                                         Fred S. Longer (on the brief)
                                         Sandra L. Duggan (on the brief)
                                         Levin, Sedran & Berman
                                         510 Walnut Street, Suite 500
                                         Philadelphia, PA 19106
                                         Phone: (215) 592-1500
                                         Fax: (215) 592-4663
                                         Alevin@lfsblaw.com
                                         *Plaintiffs' Lead Counsel MDL 2047*
                                         *Chair Fee Committee*

                                         ***ON BEHALF OF THE FEE COMMITTEE***

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of May, 2017.

    /s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-Counsel for Plaintiffs*