UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | * * | JUDGE FALLON |
| ************************************* | | MAG. JUDGE WILKINSON |

## O R D E R

Considering the Motion for Leave to Exceed Page Limitation and to File The Fee Committee's Response in Opposition to Motion to Disqualify Fee Committee, Strike Its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master UNDER SEAL In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Russ M. Herman, Plaintiffs' Liaison Counsel, Co-Chair/Secretary of the Fee Committee and the Fee Committee are allowed to exceed the page limitation of The Fee Committee's Response in Opposition to Motion to Disqualify Fee Committee, Strike Its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master.

IT IS FURTHER ORDERED BY THE COURT that The Fee Committee's Response in Opposition to Motion to Disqualify Fee Committee, Strike Its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge