UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THE FEE COMMITTEE'S RESPONSE IN OPPOSITION TO PRIMARY COUNSEL'S
MOTION TO DISQUALIFY THE FEE COMMITTEE, STRIKE ITS ALLOCATION
RECOMMENDATIONS, AND STAY OR DISMISS PROCEEDINGS BEFORE THE
SPECIAL MASTER AND REQUEST FOR EXPEDITED CONSIDERATION

# FILED UNDER SEAL
# IN ITS ENTIRETY