| Chinese Drywall Virginia Stipends | |
|---|---|
| Pro Se | $ 40,000.00 |
| Represented Cases | $ 206,550.00 |
| TOTAL Stipends | $ 246,550.00 |

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00296 | Baron & Budd | Cleon Long | 953 Hollymeade Circle | | Newport News | VA | 23602 | | | $1,000.00 |
| | Baron & Budd Total | | | | | | | | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00036 | Beavers Law Firm, Inc. | Lake Crest Townhomes, LLC | 621 Trumpet Circle | | Birmingham | AL | 35226 | $150.00 | | $850.00 |
| | **Beavers Law Firm, Inc. Total** | | | | | | | | | $850.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00515 | Collins & Horsley, P.C. | April N. Brasher | 43 Pleasant Circle | | Odenville | AL | 35120 | $150.00 | | $850.00 |
| CDW00516 | Collins & Horsley, P.C. | Carrie H Reeves | 4926 Paradise Lake Circle | | Birmingham | AL | 35244 | $150.00 | | $850.00 |
| | **Collins & Horsley, P.C. Total** | | | | | | | | | $1,700.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00517 | Doyle Law Firm, PC | George W. Grabham, Linda V. Grabham | 3200 Hamilton Road | | Opelika | AL | 36804 | $150.00 | | $850.00 |
| CDW00519 | Doyle Law Firm, PC | Glen Rogers, Joan A. Rogers | 1101 Highland Way | | Kimberly | AL | 35091 | $150.00 | | $850.00 |
| CDW00518 | Doyle Law Firm, PC | Kevin L. Dobbs, Ashley Dobbs | 102 Camerons Way | | Lincoln | AL | 35096 | $150.00 | | $850.00 |
| CDW00510 | Doyle Law Firm, PC | Rebecca Connell | 236 County Road 3310 | | Troy | AL | 36079 | $150.00 | | $850.00 |
| CDW00520 | Doyle Law Firm, PC | Sandra L. Silva, Javier Silva | 3408 Galloping Bend Way | | Auburn | GA | 30011 | $150.00 | | $850.00 |
| | **Doyle Law Firm, PC Total** | | | | | | | | | $4,250.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00466 | Gentle, Turner, Sexton & Harbison, LLC | Demetra Walker | 485 Tranquil Drive | | Winder | GA | 30680 | $150.00 | | $850.00 |
| CDW00122 | Gentle, Turner, Sexton & Harbison, LLC | Jeremy W. Dickey and Lindsey M. Dickey | 60 Pinebark Court | | Wetumpka | AL | 36093 | | | $1,000.00 |
| CDW00046 | Gentle, Turner, Sexton & Harbison, LLC | Nell W. Boothe | 483 Tranquil Drive | | Winder | GA | 30680 | $150.00 | | $850.00 |
| CDW00511 | Gentle, Turner, Sexton & Harbison, LLC | Pearl Farmer | 521 Triumph Way | | Winder | GA | 30680 | $150.00 | | $850.00 |
| | **Gentle, Turner, Sexton & Harbison, LLC Total** | | | | | | | | | $3,550.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW01058 | Law Offices of Richard J. Serpe, P.C. | Abby E. Ewell,  Michael T. Ewell | 1638 Cicero Ct | | Chesapeake | VA | 23322 | | | $1,000.00 |
| CDW01171 | Law Offices of Richard J. Serpe, P.C. | Albania Tyler | 6 St Johns Dr | | Hampton | VA | 23666 | | | $1,000.00 |
| CDW01028 | Law Offices of Richard J. Serpe, P.C. | Albert Butzer,  Betsy Butzer | 9519 26th Bay Street | | Norfolk | VA | 23518 | | | $1,000.00 |
| CDW01003 | Law Offices of Richard J. Serpe, P.C. | Alexander D. Anderson | 309 Preservation Reach | | Chesapeake | VA | 23320 | | | $1,000.00 |
| CDW01064 | Law Offices of Richard J. Serpe, P.C. | Amanda R. Fowle | 957 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01159 | Law Offices of Richard J. Serpe, P.C. | Andre L. Skinner | 3703 Polk St | | Portsmouth | VA | 23703 | | | $1,000.00 |
| CDW01132 | Law Offices of Richard J. Serpe, P.C. | Anthony Palamidessi,  Caroline Palamidessi | 3309 Arran Thistle | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01142 | Law Offices of Richard J. Serpe, P.C. | Anton Riedl,  Melissa D Powell-Riedl | 969 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01073 | Law Offices of Richard J. Serpe, P.C. | Arvin Goboy,  Clarissa Goboy | 3972 Border Way | | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01100 | Law Offices of Richard J. Serpe, P.C. | Asa H. Knight | 4319 Eleanors Way | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01004 | Law Offices of Richard J. Serpe, P.C. | Attorney Landholdings,  LLC | 2492 N. Landing Road | Unit 104 | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01070 | Law Offices of Richard J. Serpe, P.C. | Barbara Galgano,  Peter Galgano, JR | 8105 Kirkcaldy Ct | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01173 | Law Offices of Richard J. Serpe, P.C. | Benjamin Walker | 1012 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01184 | Law Offices of Richard J. Serpe, P.C. | Bradley W. Gonsoulin | 4124 Brittany Way | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01175 | Law Offices of Richard J. Serpe, P.C. | Brenda T. Whittington,  Charles M Whittington | 2105 Governors Pointe Dr | | Suffolk | VA | 23436 | | | $1,000.00 |
| CDW01052 | Law Offices of Richard J. Serpe, P.C. | Brian C. Duncan | 1406-1408 Cypress Avenue | | Virginia Beach | VA | 23451 | | | $1,000.00 |
| CDW01103 | Law Offices of Richard J. Serpe, P.C. | Bruce M. Lawlor,  Carol Lawlor | 9513 7th Bay St | | Norfolk | VA | 23510 | | | $1,000.00 |
| CDW01179 | Law Offices of Richard J. Serpe, P.C. | Bryan R. Wood,  Kimberly A. Wood | 603 Mansion R. | | Yorktown | VA | 23693 | | | $1,000.00 |
| CDW01041 | Law Offices of Richard J. Serpe, P.C. | Byron H. Crist,  Maria C. Crist | 2408 Caitlan Loch Lane | | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01109 | Law Offices of Richard J. Serpe, P.C. | Calvin Loper,  Tammy Jones | 321 Croft Crossing | | Chesapeake | VA | 23320 | | | $1,000.00 |
| CDW01143 | Law Offices of Richard J. Serpe, P.C. | Candi Roberts | 1014 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01078 | Law Offices of Richard J. Serpe, P.C. | Carolyn Hartline | 3201 Rannock Moor | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01065 | Law Offices of Richard J. Serpe, P.C. | Carroll C. Freeman | 951 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01151 | Law Offices of Richard J. Serpe, P.C. | Carter  Savage,  Barbara Savage | 106 Shehandoah River Ct | | Hetford | NC | 27944 | | | $1,000.00 |
| CDW01057 | Law Offices of Richard J. Serpe, P.C. | Cassie R. Evans | 4321 Eleanors Way | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01157 | Law Offices of Richard J. Serpe, P.C. | Catherine Simpson | 112 Chanticleer Ct | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01150 | Law Offices of Richard J. Serpe, P.C. | Christian  Sanders,  Julie Weidner | 1917 Maxey Manor Ct | | Virginia Beach | VA | 23454 | | | $1,000.00 |
| CDW01010 | Law Offices of Richard J. Serpe, P.C. | Christopher Bailey | 958 Hollymeade Circle | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01049 | Law Offices of Richard J. Serpe, P.C. | Christopher L. Dolan,  Carrie B. Dolan | 3302 Rannock Moor | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01108 | Law Offices of Richard J. Serpe, P.C. | Christopher P. Levy,  Wendy Levy | 4644 Lake Dr | | Virginia Beach | VA | 23455 | | | $1,000.00 |
| CDW01081 | Law Offices of Richard J. Serpe, P.C. | Cindy S. Helbig | 1921 Maxey Manor Ct | | Virginia Beach | VA | 23454 | | | $1,000.00 |
| CDW01186 | Law Offices of Richard J. Serpe, P.C. | Claire C. Powell | 5510 Holly Rd | | Virginia Beach | VA | 23452 | | | $1,000.00 |
| CDW01139 | Law Offices of Richard J. Serpe, P.C. | Claire Powell | 5508 Holly Rd | | Virginia Beach | VA | 23451 | | | $1,000.00 |
| CDW01125 | Law Offices of Richard J. Serpe, P.C. | Colleen A. Nguyen,  Tuan V. Nguyen | 1100 Michaelwood Dr | | Virginia Beach | VA | 23452 | | | $1,000.00 |
| CDW01021 | Law Offices of Richard J. Serpe, P.C. | Craig L. Bollenberg | 100 Patricks Court | | Carrollton | VA | 23314 | | | $1,000.00 |
| CDW01024 | Law Offices of Richard J. Serpe, P.C. | Craig M. Brown,  Angela E. Brown | 1031 Hollymeade Circle | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01083 | Law Offices of Richard J. Serpe, P.C. | Curtis R. Hinkley,  Jr.,  Sylvia Hinkley,  Stephanie L. Hinkley-Lopez | 156 Mulberry Ln | | Hertford | NC | 27944 | $150.00 | | $850.00 |
| CDW01163 | Law Offices of Richard J. Serpe, P.C. | Cynthia A. Talbot | 2101 Governors Pointe Dr | | Suffolk | VA | 23436 | | | $1,000.00 |
| CDW01046 | Law Offices of Richard J. Serpe, P.C. | Daniel Day,  Maureen Day | 1804 Mayberry Dr | | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01128 | Law Offices of Richard J. Serpe, P.C. | Daniel F. Olson,  Sarah A. Olson | 9535 26th Bay St | | Norfolk | VA | 23518 | | | $1,000.00 |
| CDW01025 | Law Offices of Richard J. Serpe, P.C. | Darryl Brown,  Monique N. Brown | 219 Wildlife Trace | | Chesapeake | VA | 23320 | | | $1,000.00 |
| CDW01067 | Law Offices of Richard J. Serpe, P.C. | David E. Fuller | 213 Wildlife Trace | | Chesapeake | VA | 23320 | | | $1,000.00 |
| CDW01023 | Law Offices of Richard J. Serpe, P.C. | David L. Bright,  Melonie R. Bright | 187 Mulberry Lane | | Hertford | NC | 27944 | $150.00 | | $850.00 |
| CDW01162 | Law Offices of Richard J. Serpe, P.C. | David Starnes | 4095 Dunbarton Cir | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01027 | Law Offices of Richard J. Serpe, P.C. | Demetria B. Burgohy | 950 Hollymeade Circle | | Newport News | VA | 23602 | | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW01020 | Law Offices of Richard J. Serpe, P.C. | Demitrous R. Blount,  Rivera B. Gonzalo | 963 Hollymeade Circle | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01091 | Law Offices of Richard J. Serpe, P.C. | Dennis C. Jackson,  Jr.,  Sharon L. Jackson | 8151 North View Blvd | | Norfolk | VA | 23518 | | | $1,000.00 |
| CDW01126 | Law Offices of Richard J. Serpe, P.C. | Dennis J. O'Leary,  Stephanie O'Leary | 9523 26th Bay St | | Norfolk | VA | 23518 | | | $1,000.00 |
| CDW01011 | Law Offices of Richard J. Serpe, P.C. | Dorothy J. Bailey | 3304 Rannock Moor | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01088 | Law Offices of Richard J. Serpe, P.C. | Duoc  Huynh,  Pamela Huynh | 2488 North Landing Rd | Unit 112 | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01044 | Law Offices of Richard J. Serpe, P.C. | DuShane Davenport,  Janelle Davenport | 4045 Bradshaw Dr | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01131 | Law Offices of Richard J. Serpe, P.C. | Dwight D. Page,  Psyche M. Page | 102 Overlook Point | | Yorktown | VA | 23693 | | | $1,000.00 |
| CDW01040 | Law Offices of Richard J. Serpe, P.C. | Edwin Cousins  III,  Leslie G. Cousins | 952 Hollymeade Circle | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01112 | Law Offices of Richard J. Serpe, P.C. | Elizabeth A Mautulenas | 163 South Gum Ave | | Virginia Beach | VA | 23452 | | | $1,000.00 |
| CDW01170 | Law Offices of Richard J. Serpe, P.C. | Elmer Troublefield,  Rorrie C. Jefferies | 8 St Johns Dr | | Hampton | VA | 23666 | | | $1,000.00 |
| CDW01119 | Law Offices of Richard J. Serpe, P.C. | Elwood Miller | 3308 Arran Thistle | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01029 | Law Offices of Richard J. Serpe, P.C. | Eugene R. Caburian,  Genalin N. Caburian | 2501 Rowan Place | | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01038 | Law Offices of Richard J. Serpe, P.C. | Frances Cope | 3208 Rannock Moor | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01169 | Law Offices of Richard J. Serpe, P.C. | Frank Topf,  Yvonne Topf | 2417 Caitlan Loch Ln | | Virginia Beach | VA | 23602 | | | $1,000.00 |
| CDW01013 | Law Offices of Richard J. Serpe, P.C. | Gerald L. Barnes,  Michelle Barnes | 5588 Brixton Road | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01181 | Law Offices of Richard J. Serpe, P.C. | Gregory M Woodson,  Flordeliza Q. Woodson | 3965 Border Way | | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01043 | Law Offices of Richard J. Serpe, P.C. | Gregory R. Curtis,  Nancy H. Curtis | 221 Wildlife Trace | | Chesapeake | VA | 23320 | | | $1,000.00 |
| CDW01127 | Law Offices of Richard J. Serpe, P.C. | Gun M. Oh | 961 Hollymeade Cir | | Newport News | VA | 23603 | | | $1,000.00 |
| CDW01086 | Law Offices of Richard J. Serpe, P.C. | Harold R. Hooper,  Robert King, Jr | 5515 Brixton Rd | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01105 | Law Offices of Richard J. Serpe, P.C. | Hoo S. Lee,  Eun J. Kim | 1018 Hollymeade Cir | | Newport News | VA | 23606 | | | $1,000.00 |
| CDW01120 | Law Offices of Richard J. Serpe, P.C. | Howard D. Mishkind,  Jane R. Mishkind | 9531 26th Bay St | | Norfolk | VA | 23518 | | | $1,000.00 |
| CDW01172 | Law Offices of Richard J. Serpe, P.C. | Hugh S. Vest,  Tracy F. Vest | 111 Eston's Run | | Yorktown | VA | 23693 | | | $1,000.00 |
| CDW01133 | Law Offices of Richard J. Serpe, P.C. | Il H. Park | 113 Estons Run | | Yorktown | VA | 23693 | | | $1,000.00 |
| CDW01055 | Law Offices of Richard J. Serpe, P.C. | Jack L. Espinal,  Patricia Byrne | 4615 Town Creek Dr | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01136 | Law Offices of Richard J. Serpe, P.C. | Jacqueline Phillips,  Rodney Phillips | 1025 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01074 | Law Offices of Richard J. Serpe, P.C. | James D. Griffin III,  Kristin Griffin | 311 Preservation Reach | | Chesapeake | VA | 23320 | | | $1,000.00 |
| CDW01026 | Law Offices of Richard J. Serpe, P.C. | James R. Brown,  Virginia L. Brown | 3091 Cider House Road | | Toano | VA | 23168 | | | $1,000.00 |
| CDW01082 | Law Offices of Richard J. Serpe, P.C. | James W. Hemphill,  Gail I. Hemphill | 4609 Town Creek Dr | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01039 | Law Offices of Richard J. Serpe, P.C. | Janie Corbett | 3203 Arran Thistle | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01096 | Law Offices of Richard J. Serpe, P.C. | Jarmaal J. Kellogg,  Vicki Kellogg | 5801 Arden St | | Portsmouth | VA | 23703 | | | $1,000.00 |
| CDW01051 | Law Offices of Richard J. Serpe, P.C. | Jason Dunaway | 27037 Flaggy Run Rd | | Courtland | VA | 23837 | | | $1,000.00 |
| CDW01111 | Law Offices of Richard J. Serpe, P.C. | Jason M. Madzuma,  Jessica L. Madzuma | 5303 Center St | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01116 | Law Offices of Richard J. Serpe, P.C. | Jason S. McLain | 3209 Rannock Moor | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01050 | Law Offices of Richard J. Serpe, P.C. | Jay K. Dooling | 645 Roland Dr | | Norfolk | VA | 23509 | | | $1,000.00 |
| CDW01053 | Law Offices of Richard J. Serpe, P.C. | Jeffrey A. Dunn | 8170 North View Blvd | | Norfolk | VA | 23518 | | | $1,000.00 |
| CDW01056 | Law Offices of Richard J. Serpe, P.C. | Jeffrey Estes | 308 Preservation Reach | | Chesapeake | VA | 23320 | | | $1,000.00 |
| CDW01066 | Law Offices of Richard J. Serpe, P.C. | Jeffrey P. Frucht | 5305 Center St | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01036 | Law Offices of Richard J. Serpe, P.C. | Jerome Condra | 6399 Old Stage Highway | | Smithfield | VA | 23430 | | | $1,000.00 |
| CDW01012 | Law Offices of Richard J. Serpe, P.C. | Jerry P. Baldwin,  Inez Baldwin | 4020 Dunbarton Circle | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01117 | Law Offices of Richard J. Serpe, P.C. | Jessica McLenaghan | 4317 Eleanors Way | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01018 | Law Offices of Richard J. Serpe, P.C. | JM & MA  LLC | 2488 North Landing Road | Unit 110 | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01068 | Law Offices of Richard J. Serpe, P.C. | John Galanda,  Margaret E. Galanda | 186 Cedarwood Blvd | | Hertford | NC | 27944 | $150.00 | | $850.00 |
| CDW01079 | Law Offices of Richard J. Serpe, P.C. | John Havrilla | 967 Hollymeade Dr | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01060 | Law Offices of Richard J. Serpe, P.C. | John I. Fiala,  Joan M. Fiala | 101 Potecasi Creek Ct | | Hertford | NC | 27944 | | | $1,000.00 |
| CDW01114 | Law Offices of Richard J. Serpe, P.C. | John P. McGinn,  Jr.,  Anna M. McGinn | 4301 Blackthorne Ct | | Virginia Beach | VA | 23455 | | | $1,000.00 |
| CDW01130 | Law Offices of Richard J. Serpe, P.C. | John R. Owen,  Meredith Parks | 2549 Robert Fenton Rd | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01106 | Law Offices of Richard J. Serpe, P.C. | Jon F. Lenander,  Suzanne K. Nieman | 8108 Helmsdale Ct | | Williamsburg | VA | 23188 | | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW01137 | Law Offices of Richard J. Serpe, P.C. | Joseph D. Pipkin, Shannon Pipkin | 5576 Brixton Rd | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01104 | Law Offices of Richard J. Serpe, P.C. | Joseph E. Leach, Cathy L. Leach | 4043 Dunbarton Cir | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01006 | Law Offices of Richard J. Serpe, P.C. | Joseph F. Anello, Delma Anello, Margaret Anello | 3957 Border Way | | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01118 | Law Offices of Richard J. Serpe, P.C. | Joseph F. Michaux, Vannessa L. Michaux | 901 Eastfield Ln | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01077 | Law Offices of Richard J. Serpe, P.C. | Joshua C. Harry, Sharntay Y. Harry | 903 Eastfield Ln | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01160 | Law Offices of Richard J. Serpe, P.C. | Juanita Smith | 956 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01176 | Law Offices of Richard J. Serpe, P.C. | Karen A Wightman, John C. Berlin | 322 Bernard Dr | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01148 | Law Offices of Richard J. Serpe, P.C. | Karen M. Sakony, Vincent C. Sakony | 4063 Dunbarton Cir | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01140 | Law Offices of Richard J. Serpe, P.C. | Karen S. Reilly, Paul Reilly, Sr. | 198 The Maine | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01156 | Law Offices of Richard J. Serpe, P.C. | Karl Sherwood | 1029 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01017 | Law Offices of Richard J. Serpe, P.C. | Keith A. Berry, Elizabeth B. Berry | 607 Mansion Road | | Yorktown | VA | 23693 | | | $1,000.00 |
| CDW01093 | Law Offices of Richard J. Serpe, P.C. | Kenneth D. Johnson, Jeri L. Johnson | 609 Mansion Rd | | Yorktown | VA | 23693 | | | $1,000.00 |
| CDW01042 | Law Offices of Richard J. Serpe, P.C. | Kenneth W. Crowder, Sandra B. Crowder | 7041 Lilac Ct | | Norfolk | VA | 23518 | | | $1,000.00 |
| CDW01152 | Law Offices of Richard J. Serpe, P.C. | Kimberly Schultz | 2021 Kings Fork Rd | | Suffolk | VA | 23434 | | | $1,000.00 |
| CDW01034 | Law Offices of Richard J. Serpe, P.C. | Kristie W. Chappell, Lucius R. Chappell | 2125 Benefit Road | | Chesapeake | VA | 23322 | | | $1,000.00 |
| CDW01035 | Law Offices of Richard J. Serpe, P.C. | Larkin D. Combs | 3305 Arran Thistle | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01174 | Law Offices of Richard J. Serpe, P.C. | Larry W Ward | 214 B 80th St | | Virginia Beach | VA | 23451 | | | $1,000.00 |
| CDW01144 | Law Offices of Richard J. Serpe, P.C. | Margaret Rogers | 9527 26th Bay St | | Norfolk | VA | 23518 | | | $1,000.00 |
| CDW01185 | Law Offices of Richard J. Serpe, P.C. | Mariana K. Lee | 4320 Lydias Dr | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01099 | Law Offices of Richard J. Serpe, P.C. | Mark N. Klett | 2488 North Landing Rd | Unit 111 | Virginia Beach | VA | 23465 | | | $1,000.00 |
| CDW01149 | Law Offices of Richard J. Serpe, P.C. | Mark Sakowski | 120 Chanticleer Ct | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01167 | Law Offices of Richard J. Serpe, P.C. | Mark Tompkins, Karen Tompkins | 3306 Arran Thistle | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01134 | Law Offices of Richard J. Serpe, P.C. | Marlon Parker, LaTasha Parker | 954 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01072 | Law Offices of Richard J. Serpe, P.C. | Mary Germano | 8171 North View Blvd | | Norfolk | VA | 23518 | | | $1,000.00 |
| CDW01122 | Law Offices of Richard J. Serpe, P.C. | Matthew Mullaney | 1913 Maxey Manor Ct | | Virginia Beach | VA | 23454 | | | $1,000.00 |
| CDW01180 | Law Offices of Richard J. Serpe, P.C. | Matthew Woods, Vernestine Woods | 2430 Ballentine Blvd | | Norfolk | VA | 23509 | | | $1,000.00 |
| CDW01033 | Law Offices of Richard J. Serpe, P.C. | Maurice D. Castell | 1049 W. 36th Street | | Norfolk | VA | 23502 | | | $1,000.00 |
| CDW01019 | Law Offices of Richard J. Serpe, P.C. | Michael D. Binetti | 2929 Riddick Lane | | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01084 | Law Offices of Richard J. Serpe, P.C. | Michael J. Hollingsworth | 905 Eastfield Lane | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01107 | Law Offices of Richard J. Serpe, P.C. | Michael Levine, Cheryl Mendelsohn | 5548 Brixton Rd | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01097 | Law Offices of Richard J. Serpe, P.C. | Nathan Kiewiet, Elizabeth Kiewiet | 3307 Arran Thistle | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01048 | Law Offices of Richard J. Serpe, P.C. | Nikolay Dimitrov, Iliyana Dimitrov | 1925 Maxey Manor Ct | | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01166 | Law Offices of Richard J. Serpe, P.C. | Noel P Tomas, Lance L. Coates, Virginia K. Masana, Villania Flor, Joan E. Nesbit | 3961 Border Way | | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01009 | Law Offices of Richard J. Serpe, P.C. | Olayiwola Ayodeji, Kifayat Ayodeji | 1027 Hollymeade Circle | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01146 | Law Offices of Richard J. Serpe, P.C. | Patrick Ryan, Jennifer Ryan | 13019 Lighthouse Ln | | Carrollton | VA | 23314 | | | $1,000.00 |
| CDW01022 | Law Offices of Richard J. Serpe, P.C. | Patrick A. Brett, Layne B. Brett | 2492 North Landing Road | Suite 106 | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01178 | Law Offices of Richard J. Serpe, P.C. | Patrick B Wiseman | 117 Overlook Point | | Yorktown | VA | 23693 | | | $1,000.00 |
| CDW01095 | Law Offices of Richard J. Serpe, P.C. | Paul V. Jones, Janet E. Jones | 3301 Rannock Moor | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01102 | Law Offices of Richard J. Serpe, P.C. | Penny C. Lane | 2074 Tazewell Rd | | Virginia Beach | VA | 23455 | | | $1,000.00 |
| CDW01063 | Law Offices of Richard J. Serpe, P.C. | Perry Fontenot, Cassandra Fontenoe | 1016 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01168 | Law Offices of Richard J. Serpe, P.C. | Phat S. Ton, Hang D. Le | 5519 Brixton Rd | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01001 | Law Offices of Richard J. Serpe, P.C. | Phillip L. Allen, Clarine S. Allen | 907 Eastfield Lane | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01115 | Law Offices of Richard J. Serpe, P.C. | Preston McKellar, Jr, Rachel L. McKellar | 1008 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01094 | Law Offices of Richard J. Serpe, P.C. | Pryncess J. Stephens | 959 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01087 | Law Offices of Richard J. Serpe, P.C. | Rajiv Hrishikesh, Maria Hrishikesh, Papanasam Hrishikesh | 5599 Brixton Rd | | Williamsburg | VA | 23185 | | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW01062 | Law Offices of Richard J. Serpe, P.C. | Ramos-Firvida, LLC | 2488 N. Landing Rd | Suite 109 | Virginia Beach | VA | 23456 | | | $1,000.00 |
| CDW01089 | Law Offices of Richard J. Serpe, P.C. | Richard Ilich, Catherine Ilich | 4023 Appaloosa Ct | | Suffolk | VA | 23434 | | | $1,000.00 |
| CDW01054 | Law Offices of Richard J. Serpe, P.C. | Ricky L. Edmonds | 801 Holly St | | Richmond | VA | 23320 | | | $1,000.00 |
| CDW01045 | Law Offices of Richard J. Serpe, P.C. | Robert E. Dawson | 4326 Lydias Dr | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01101 | Law Offices of Richard J. Serpe, P.C. | Robert E. Lafoon, Patricia A. Lafoon | 609 Lord Dunmore Dr | | Virginia Beach | VA | 23464 | | | $1,000.00 |
| CDW01076 | Law Offices of Richard J. Serpe, P.C. | Robert G. Gurnee, Ann G. Gurnee | 4349 Blackthorne Ct | | Virginia Beach | VA | 23455 | | | $1,000.00 |
| CDW01182 | Law Offices of Richard J. Serpe, P.C. | Robert H. Bohler, Annie W. Bohler | 1360 Julian Drive | | Watkinsville | GA | 30677 | | | $1,000.00 |
| CDW01113 | Law Offices of Richard J. Serpe, P.C. | Robert L. McArthur, Jr., Meradee McArthur | 13401 Holly Ln | | Carrollton | VA | 23314 | | | $1,000.00 |
| CDW01138 | Law Offices of Richard J. Serpe, P.C. | Robert O. Popovitch | 1217 Avondale Ln | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01129 | Law Offices of Richard J. Serpe, P.C. | Robert Orlando, Lisa Orlando | 4091 Dunbarton Cir | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01014 | Law Offices of Richard J. Serpe, P.C. | Robert W. Barrett, Lisa A. Barrett | 310 Preservation Reach | | Chesapeake | VA | 23320 | | | $1,000.00 |
| CDW01008 | Law Offices of Richard J. Serpe, P.C. | Roger A. Atwell | 5516 Brixton Road | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01032 | Law Offices of Richard J. Serpe, P.C. | Ronald A. Campana, Jr. | 4323 Eleanors Way | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01090 | Law Offices of Richard J. Serpe, P.C. | Ronald E. Ingram, Tiffany Finch | 4025 Appaloosa Ct | | Suffolk | VA | 23434 | | | $1,000.00 |
| CDW01158 | Law Offices of Richard J. Serpe, P.C. | Ronald Sims, Serbrenia Sims | 4215 New Town Avenue | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01177 | Law Offices of Richard J. Serpe, P.C. | Roslyn D. Wilson | 830 W. 31st St | | Norfolk | VA | 23508 | | | $1,000.00 |
| CDW01183 | Law Offices of Richard J. Serpe, P.C. | Roy E. Frugard, Jr., | 4646 Lake Dr | | Virginia Beach | VA | 23455 | | | $1,000.00 |
| CDW01075 | Law Offices of Richard J. Serpe, P.C. | Roy E. Gulledge, Juanita Gulledge | 1772 Carriage Dr | | Hampton | VA | 23664 | | | $1,000.00 |
| CDW01015 | Law Offices of Richard J. Serpe, P.C. | Roy F. Barry | 8063 Bi-County Road | | Norfolk | VA | 23518 | | | $1,000.00 |
| CDW01141 | Law Offices of Richard J. Serpe, P.C. | S. Russell Renner, Judi K Renner | 188 Regency Cir | | Moyock | NC | 27958 | $150.00 | | $850.00 |
| CDW01161 | Law Offices of Richard J. Serpe, P.C. | Samuel H. Smith, Jr., Wanda R. Smith | 4019 Appaloosa Ct | | Suffolk | VA | 23434 | | | $1,000.00 |
| CDW01092 | Law Offices of Richard J. Serpe, P.C. | Scott Jarrett, Margaret Jarrett | 3210 Rannock Moor | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01031 | Law Offices of Richard J. Serpe, P.C. | Sidney H. Camden, Susan R. Camden | 109 Algonquin Trail | | Shawboro | NC | 27973 | $150.00 | | $850.00 |
| CDW01124 | Law Offices of Richard J. Serpe, P.C. | Sidney Neighbours | 57 Riverview Ave | | Portsmouth | VA | 23704 | | | $1,000.00 |
| CDW01153 | Law Offices of Richard J. Serpe, P.C. | Sonya Scott | 224 Clay St | | Suffolk | VA | 23434 | | | $1,000.00 |
| CDW01098 | Law Offices of Richard J. Serpe, P.C. | Soon O. Kim | 1022 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01154 | Law Offices of Richard J. Serpe, P.C. | Steven L. Scott, Berna Scott | 1757 W. Queen St | | Hampton | VA | 23666 | | | $1,000.00 |
| CDW01080 | Law Offices of Richard J. Serpe, P.C. | Steven R. Heischober, Elizabeth C Heischober | 214A 80th St | | Virginia Beach | VA | 23451 | | | $1,000.00 |
| CDW01165 | Law Offices of Richard J. Serpe, P.C. | Susann D. Tierney, Jeffrey J. Tierney | 3303 Rannock Moor | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01007 | Law Offices of Richard J. Serpe, P.C. | Tadarreio D. Atkins, Mattea J. Atkins | 955 Hollymeade Circle | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01071 | Law Offices of Richard J. Serpe, P.C. | Tappan R. Gandy | 1215 Avondale Ln | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01037 | Law Offices of Richard J. Serpe, P.C. | Terence M. Cone | 4324 Lydias Drive | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01069 | Law Offices of Richard J. Serpe, P.C. | Thomas M. Gale, Dawn M. Gale | 614 Plum St | | Cape Charles | VA | 23310 | | | $1,000.00 |
| CDW01187 | Law Offices of Richard J. Serpe, P.C. | Thomas R. Spencer, Virginia M. Spencer | 2481 Lakewood Manor Dr | | Athens | GA | 30606 | $150.00 | | $850.00 |
| CDW01145 | Law Offices of Richard J. Serpe, P.C. | Thomas Roskowski, Jill A Roskowski | 101 Patricks Ct | | Carrollton | VA | 23314 | | | $1,000.00 |
| CDW01016 | Law Offices of Richard J. Serpe, P.C. | Tiffany B. Beker, Roger E. Broadbent, Donna M. Broadbent | 4611 Town Creek Drive | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01110 | Law Offices of Richard J. Serpe, P.C. | Turner W. Mackall, Juanita C. Mackall | 1211 Avondale Ln | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01005 | Law Offices of Richard J. Serpe, P.C. | Valerie W. Anderson, Richard Jones, Jr, Delores Jones | 1010 Hollymeade Circle | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01123 | Law Offices of Richard J. Serpe, P.C. | Vernette Nathan | 228 Wildlife Tr | | Chesapeake | VA | 23320 | | | $1,000.00 |
| CDW01030 | Law Offices of Richard J. Serpe, P.C. | Victoria L. Cain | 1020 Hollymeade Circle | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01047 | Law Offices of Richard J. Serpe, P.C. | Vida Dillard | 1219 Avondale Ln | | Newport News | VA | 23602 | | | $1,000.00 |
| CDW01147 | Law Offices of Richard J. Serpe, P.C. | William Ryan, Shanna Ryan | 66 Scotland Rd | | Hampton | VA | 23663 | | | $1,000.00 |
| CDW01121 | Law Offices of Richard J. Serpe, P.C. | William F. Morgan, Jr., Deborah L. Morgan | 8495 Ashington Way | | Williamsburg | VA | 23188 | | | $1,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW01155 | Law Offices of Richard J. Serpe, P.C. | Xueming Shen,  Xiaoyan Wu | 4340 Blackthorne Ct | | Virginia Beach | VA | 23455 | | | $1,000.00 |
| CDW01059 | Law Offices of Richard J. Serpe, P.C. | Yahya Fadl,  Nawal Fadl | 5301 Center St | | Williamsburg | VA | 23188 | | | $1,000.00 |
| CDW01085 | Law Offices of Richard J. Serpe, P.C. | Yeong H.  Hong | 5539 Brixton Rd. | | Williamsburg | VA | 23185 | | | $1,000.00 |
| CDW01135 | Law Offices of Richard J. Serpe, P.C. | Zenaida Perez | 965 Hollymeade Cir | | Newport News | VA | 23602 | | | $1,000.00 |
| | **Law Offices of Richard J. Serpe, P.C. Total** | | | | | | | | | $183,100.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00540 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A | Marcelo A Torres-Lutz, | 334 Cipriani Way | | North Venice | FL | 34275 | $150.00 | | $850.00 |
| | **Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A Total** | | | | | | | | | $850.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00213 | Parker Waichman LLP | Shawn Henson,  Alvin Henson | 1213 Avondale Lane | | Newport News | VA | 23602 | | | $1,000.00 |
| | **Parker Waichman LLP Total** | | | | | | | | | $1,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00126 | Pasley & Nuce, LLC | Dedrick A. Dodge | 1109 Bowlin Drive | | Locust Grove | GA | 30248 | $150.00 | Not issued | $850.00 |
| CDW00389 | Pasley & Nuce, LLC | Inger Robinsor-Reese | 1024 Levista Drive | | Locust Grove | GA | 30248 | $150.00 | Not issued | $850.00 |
| CDW00181 | Pasley & Nuce, LLC | Joe Guerra,  Josefina Guerra | 1105 Bowlin Drive | | Locust Grove | GA | 30248 | $150.00 | Not issued | $850.00 |
| CDW00264 | Pasley & Nuce, LLC | Kernisan, Marie | 1028 Levista Drive | | Locust Grove | GA | 30248 | $150.00 | Not issued | $850.00 |
| | **Pasley & Nuce, LLC Total** | | | | | | | | | $3,400.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00250 | Paulson & Paulson, PLC | Casey Jones,  Megan Jones,  Louis Jones | 2251 Sandalwood Rd. | | Virginia Beach | VA | 23451 | | | $1,000.00 |
| | Paulson & Paulson, PLC Total | | | | | | | | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00372 | Pender & Coward | Benjamin Proto, Holly Proto | 10 Bradford Point | | Virginia Beach | VA | 23455 | | | $1,000.00 |
| | **Pender & Coward Total** | | | | | | | | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00356 | Reeves & Mestayer | Ben Palmer,  Kay Palmer | 320 Pine Point | | Eclectic | AL | 36024 | | | $1,000.00 |
| | **Reeves & Mestayer Total** | | | | | | | | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00051 | Reich & Binstock, LLP | Andy Bray,  Chandra Bray | 141 Dorsey Springs Dr | | Hampton | GA | 30228 | $150.00 | | $850.00 |
| | Reich & Binstock, LLP Total | | | | | | | | | $850.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00187 | Richard V. Leland, II | Keith Hanley,  Lily Hanley | 105 Patriots Ridge | | Carrollton | VA | 23314 | | | $1,000.00 |
| CDW00410 | Richard V. Leland, II | Paul Seeman | 312 Tindalls Court | | Suffolk | VA | 23436 | | | $1,000.00 |
| | **Richard V. Leland, II Total** | | | | | | | | | $2,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| CDW00129 | Seeger Weiss LLP | Francis J. Donohue | 408 Jefferson Avenue | | Cape Charles | VA | 23310 | | | $1,000.00 |
| | **Seeger Weiss LLP Total** | | | | | | | | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Counsel | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|---|
| | Grand Total | | | | | | | $3,450.00 | | $206,550.00 |

March 27, 2017

# Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00498 | Angela Young,  Diane Young | 3202 Arran Thistle | | Williamsburg | VA | 23188 | | | $1,000.00 |
| | **Angela Young,  Diane Young Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

# Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00021 | Antony Antoniou,  Ann Antoniou | 3206 Arran Thistle | | Williamsburg | VA | 23188 | | | $1,000.00 |
| | **Antony Antoniou,  Ann Antoniou Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00179 | Brian Groves | 5670 Gooseneck Rd | | Riegelwood | NC | 28456 | | | $1,000.00 |
| | **Brian Groves Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00186 | Bryon Hand | 3207 Arran Thistle | | Williamsburg | VA | 23188 | | | $1,000.00 |
| | **Bryon Hand Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00073 | CG Stony Point Townhomes, LLC | 9301 Creek's Crossing Boulevard | | Richmond | VA | 23235 | | | $1,000.00 |
| CDW00074 | CG Stony Point Townhomes, LLC | 9303 Creek's Crossing Boulevard | | Richmond | VA | 23235 | | | $1,000.00 |
| CDW00075 | CG Stony Point Townhomes, LLC | 9305 Creek's Crossing Boulevard | | Richmond | VA | 23235 | | | $1,000.00 |
| CDW00076 | CG Stony Point Townhomes, LLC | 9307 Creek's Crossing Boulevard | | Richmond | VA | 23235 | | | $1,000.00 |
| CDW00077 | CG Stony Point Townhomes, LLC | 9309 Creek's Crossing Boulevard | | Richmond | VA | 23235 | | | $1,000.00 |
| CDW00079 | CG Stony Point Townhomes, LLC | 9311 Creek's Crossing Boulevard | | Richmond | VA | 23235 | | | $1,000.00 |
| CDW00080 | CG Stony Point Townhomes, LLC | 9313 Creek's Crossing Boulevard | | Richmond | VA | 23235 | | | $1,000.00 |
| CDW00081 | CG Stony Point Townhomes, LLC | 9315 Creek's Crossing Boulevard | | Richmond | VA | 23235 | | | $1,000.00 |
| | **CG Stony Point Townhomes, LLC Total** | | | | | | $0.00 | | $8,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00480 | Cherryl Weeks | 9907 Briarcliff Drive | | Mobile | AL | 36608 | | | $1,000.00 |
| | **Cherryl Weeks Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00534 | Corinth Homes, LLC | 712 Stanhope Close | | Chesapeake | VA | 23320 | | | $1,000.00 |
| | **Corinth Homes, LLC Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00104 | Crawford Bay Associates, LLC | 73 Linden Avenue | | Portsmouth | VA | 23704-1923 | | | $1,000.00 |
| | **Crawford Bay Associates, LLC Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00324 | Dale Miller,  Sharon Miller | 3204 Arran Thistle | | Williamsburg | VA | 23188 | | | $1,000.00 |
| | **Dale Miller,  Sharon Miller Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00338 | Daniel Nolan,  Lillian Nolan | 216 Wildlife Trace | | Chesapeake | VA | 23320 | | | $1,000.00 |
| | **Daniel Nolan,  Lillian Nolan Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00162 | Irene Franklin | 4315 Eleanors Way | | Williamsburg | VA | 23188 | | | $1,000.00 |
| | **Irene Franklin Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00016 | James Allman,  Tamera Allman | 103 Gregg Court | Lot 2 Pozier Acres | Moyock | NC | 27958 | | | $1,000.00 |
| | James Allman,  Tamera Allman Total | | | | | | 0 | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00373 | Jason Purse | 4309 Creekside Loop | | Williamsburg | VA | 23188 | | | $1,000.00 |
| | **Jason Purse Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00538 | L&B Quarterpath, | 211 Quarterpath Rd | | Williamsburg | VA | 23185 | | | $1,000.00 |
| | **L&B Quarterpath,  Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00416 | Monica Sigmon | 3310 Rannock Moor | | Williamsburg | VA | 23188 | | | $1,000.00 |
| | **Monica Sigmon Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00502 | NATACHA NICAISSE, | 3512 NE 3RD DRIVE | | HOMESTEAD | FL | 33033 | $1,000.00 | | |
| | **NATACHA NICAISSE, Total** | | | | | | $1,000.00 | | $0.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00274 | Nora A. Klinker | 5527 Brixton Road | | Williamsburg | VA | 23185 | | | $1,000.00 |
| | **Nora A. Klinker Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00342 | Overlook,  LLC Steven Middleton | 700 S. Laurel Street | | Richmond | VA | 23220 | | | $1,000.00 |
| CDW00343 | Overlook,  LLC Steven Middleton | 702 S. Laurel Street | | Richmond | VA | 23220 | | | $1,000.00 |
| CDW00344 | Overlook,  LLC Steven Middleton | 716 S. Pine Street | | Richmond | VA | 23220 | | | $1,000.00 |
| CDW00345 | Overlook,  LLC Steven Middleton | 704 S. Laurel Street | | Richmond | VA | 23220 | | | $1,000.00 |
| CDW00346 | Overlook,  LLC Steven Middleton | 706 S. Laurel Street | | Richmond | VA | 23220 | | | $1,000.00 |
| CDW00347 | Overlook,  LLC Steven Middleton | 708 S. Laurel Street | | Richmond | VA | 23220 | | | $1,000.00 |
| CDW00348 | Overlook,  LLC Steven Middleton | 710 S. Laurel Street | | Richmond | VA | 23220 | | | $1,000.00 |
| CDW00349 | Overlook,  LLC Steven Middleton | 803 Holly Street | | Richmond | VA | 23220 | | | $1,000.00 |
| CDW00350 | Overlook,  LLC Steven Middleton | 805 Holly Street | | Richmond | VA | 23220 | | | $1,000.00 |
| CDW00351 | Overlook,  LLC Steven Middleton | 807 Holly Street | | Richmond | VA | 23220 | | | $1,000.00 |
| CDW00352 | Overlook,  LLC Steven Middleton | 809 Holly Street | | Richmond | VA | 23220 | | | $1,000.00 |
| CDW00509 | Overlook,  LLC Steven Middleton | 714 S. Pine Street | | Richmond | VA | 23220 | | | $1,000.00 |
| | **Overlook,  LLC Steven Middleton Total** | | | | | | $0.00 | | $12,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00017 | Phillip Amante,  Annemarie C. Amante | 3205 Arran Thistle | | Williamsburg | VA | 23188 | | | $1,000.00 |
| | **Phillip Amante,  Annemarie C. Amante Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00514 | Ralph H. Robertson,  Colleen L. Robertson | 5575 Brixton Road | | Williamsburg | VA | 23185 | | | $1,000.00 |
| | **Ralph H. Robertson,  Colleen L. Robertson Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00060 | Robert Bunting | 26 Wornom Farm Rd. | | Poquoson | VA | 23662 | | | $1,000.00 |
| | **Robert Bunting Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00359 | South Hampton Holding, LLC | 3355 S. Military Hwy. | | Chesapeake | VA | 23323 | | | $1,000.00 |
| | **South Hampton Holding, LLC Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

## Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| CDW00185 | Terry Hancock,  Patricia Hancock | 4645 Town Creek Drive | | Williamsburg | VA | 23188 | | | $1,000.00 |
| | **Terry Hancock,  Patricia Hancock Total** | | | | | | $0.00 | | $1,000.00 |

March 27, 2017

Chinese Drywall Stipend Information

| GRG Base ID | Class Member | Address | Address 2 | City | State | Zip | Global Stipend | Status | Virginia Stipend |
|---|---|---|---|---|---|---|---|---|---|
| | Grand Total | | | | | | $1,000.00 | | $40,000.00 |

March 27, 2017