

4064 Colony Road, 2nd Floor | Charlotte, NC 28211

| | |
|---|---|
| Invoice Number | 654842 |
| Invoice Date | April 13, 2017 |
| PO Number | |
| Contract | |
| Project | CHDRY-01163-00 |
| Terms | 30 |
| Page | 1 of 1 |

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States of America

Past and future services to be rendered on behalf of Matthew L. Garretson, Court Appointed Special Master, in the Chinese Drywall Class Action Settlements

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| For winding down activities, including but not limited to allocation, distribution and payment of cost stipends and all neccessary activities to close down accounts. | | | 1.00 | 15,250.00 | 15,250.00 |
| Prior Invoice 635123 | | | 1.00 | 6,000.00 | 6,000.00 |
| BDO Pass Thru Expenses-BDO Invoices 516032-652964(Previously $14,925) | | | 1.00 | 12,250.00 | 12,250.00 |
| Subtotal | | | | | 33,500.00 |
| **Invoice Total** | | | | | **33,500.00** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA#  071006486
Acct# 2178037