**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED    *       MDL NO. 2047
DRYWALL PRODUCTS LIABILITY     *
LITIGATION                     *       SECTION: L
                               *
THIS DOCUMENT RELATES TO:      *       JUDGE FALLON
*ALL CASES*                    *
**************************************       MAG. JUDGE WILKINSON

**O R D E R**

Considering the Motion for Leave to Exceed Page Limitation and to File The Fee Committee's Response in Opposition to Motion to Disqualify Fee Committee, Strike Its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master UNDER SEAL In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Russ M. Herman, Plaintiffs' Liaison Counsel, Co-Chair/Secretary of the Fee Committee and the Fee Committee are allowed to exceed the page limitation of The Fee Committee's Response in Opposition to Motion to Disqualify Fee Committee, Strike Its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master.

IT IS FURTHER ORDERED BY THE COURT that The Fee Committee's Response in Opposition to Motion to Disqualify Fee Committee, Strike Its Allocation Recommendation, and Stay or Dismiss Proceedings Before the Special Master be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 25th day of _____May_____, 2017.

_____
Eldon E. Fallon
United States District Court Judge