UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received information from Ms. Frieda Kelly, and sent the attached response.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Lenny Davis of the Plaintiffs' Liaison Counsel review the correspondence and reach out to Ms. Kelly, who is handling her mother's affairs, to advise her of her rights in connection with her potential claim. If Ms. Kelly wishes to pursue any possible claim before it prescribes (which arguably may be one year from the date of the discovery of the drywall), Ms. Kelly is encouraged to obtain counsel as soon as possible.

New Orleans, Louisiana, this 24th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
Milira James
c/o Fredia Kelly
1028 Reynes Street
New Orleans, LA 70117