

**Eldon E. Fallon**
U.S. District Judge
500 Poydras Street
New Orleans, Louisiana 70130

Telephone (504) 589-7545

Fax (504) 589-6966

May 24, 2017

Milira James
c/o Fredia Kelly
1028 Reynes Street
New Orleans, LA 70117

<u>Via mail</u>

Dear Ms. James and Ms. Kelly:

During your conversation with the Court last week, you indicated Ms. James may have filed a claim in the Drywall MDL, but did not know the result of any such claim, or whether she was represented by an attorney in this matter. The Court spoke with Plaintiff's Liaison Counsel, Lenny Davis, who informed the Court that Ms. James previously filed a bodily injury claim in the MDL, but did not provide the required information to recover on her claim. The claim was denied, and Ms. James did not appeal.

Ms. James was represented by attorneys in this matter; their contact info is listed below. The Court has also instructed Plaintiff's Liaison Counsel, Lenny Davis, to contact you with further information.

Ms. James' counsel is:

**Hurricane Legal Center, LLC**
Lawrence Centola Jr.   lcentola@nola-law.com
Jacob Young:   jyoung@youngfirmllc.com
(504) 525-1944

Sincerely,

*[signature]*

U.S. District Judge Eldon E. Fallon

(cc: Leonard A. Davis, Esq.)