# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | |

## O R D E R

Considering the Motion for Leave to File Plaintiffs' Steering Committee's Reply in Further Support of Its Motion for Extension of Time, to Reset Hearing and for Expedited Consideration;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Reply in Further Support of Its Motion for Extension of Time, to Reset Hearing and for Expedited Consideration be and is hereby filed into the record.

New Orleans, Louisiana, this  26th  day of    May   , 2017.

_____
Eldon E. Fallon
United States District Court Judge