## AFFIDAVIT OF AMANDA K. MKAMANGA

I, Amanda K. Mkamanga, being first duly sworn, declare as follows:

1. I, Amanda K. Mkamanga make the statements set forth below based on personal knowledge and if called to testify could and would competently testify thereto.

2. I am the principal paralegal for all the Chinese drywall claims that are handled by Daniel K. Bryson of Lewis & Roberts and Whitfield Bryson & Mason LLP, Gary E. Mason of Mason LLP and Whitfield Bryson & Mason, Joel R. Rhine of Lea, Rhine & Rosburgh and Rhine Law Firm, Christopher L. Coffin of Pendley, Baudin & Coffin, LLP and Stephen W. Mullins of Luckey and Mullins.

3. I am the individual that was primarily in charge of processing the forms and documentation requested at vafrious times by the PSC, individual members of the PSC, and Brown Greer in MDL 2047. This is a significant project as my firm and associated counsel represent 612 Knauf claimants and 195 Tashian claimants.

4. In reference to the non Knauf claims for the Jason and Cassie Herrington (hereinafter "Herrington") and Braxton and Kerrie Collins (hereinafter "Collins"), I initially submitted them to Brown Greer out of an abundance of caution because it was unclear whether this was for Tashain, Banner, INEX, or the suppliers class. After it was clear that Herrington and Collins didn't qualify for the other settlements and this was only for the suppliers class action that they opted out of, I made no further efforts on their behalf and informed Brown Greer on multiple occasions that Collins and Herrington were opts outs and pursuing this matter in their own action.



EXHIBIT C

5. I state under oath and declare under penalty of perjury, that the foregoing facts are true and correct.

This affidavit was executed this 5th day of April, 2017.

*[signature]*
AMANDA K. MKAMANGA

Sworn to and subscribed before me
this 5th day of April, 2017

*[signature]*
Notary Public

My Commission Expires: 10-3-17

SCOTT E. HELDMAN
Notary Public
North Carolina
Orange County