UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has reviewed recent motions filed by the parties and now issues the following briefing schedule. The Taishan, BNBM, and CNBM Defendants have filed the following motions related to the Court's recent Orders in the Chinese Drywall MDL:

1. Motion for Access to Claims Support and for Evidentiary Hearing on Remediation Damages (R. Doc. 20776)

2. Motion to Amend the Order Denying Class Decertification and the Class Damages Order and to Certify for Interlocutory Appeal under Section 1292(b) (R. Doc. 20778)

3. Motion to Certify an Immediate Appeal from the Court's Jurisdictional Order (R. Doc. 20779)

4. Motion to Certify an Immediate Appeal from the Court's Order Denying Their Motions to Decertify the Class (R. Doc. 20780)

5. Motion to Certify an Immediate Appeal from the Court's Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing (R. Doc. 20781)

**IT IS ORDERED** that Plaintiff Motion for Extension of Time to File Responses, R. Doc. 20785, is **GRANTED**. The above motions will be set for submission, without oral argument, on

1

July 7, 2017. If the Court determines oral argument would be helpful, it will schedule a hearing on a later date.

**IT IS FURTHER ORDERED** that any responses to these motions be submitted to the Court on or before **June 21, 2017.**

**IT IS FURTHER ORDERED** that any reply in support of these motions be submitted to the Court on or before **July 5, 2017.**

New Orleans, Louisiana, this 31st day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE