

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**A True Copy**
**Certified order issued May 25, 2017**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 17-30430

_____

In re: PARKER WAICHMAN, L.L.P.; WHITFIELD BRYSON & MASON, L.L.P.; PENDLEY BAUDIN & COFFIN; RHINE LAW FIRM; LUCKEY & MULLINS; ROBERTS & DURKEE, L.L.P.; MILSTEIN, JACKSON, FAIRCHILD & WADE, L.L.P.,

       Petitioners

_____

Petition for a Writ of Mandamus to the
Eastern District of Louisiana, New Orleans

_____

Before JONES, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.

    IT IS FURTHER ORDERED that petitioners' opposed motion to place Exhibit A in support of the petition for writ of mandamus under seal is DENIED.

    IT IS FURTHER ORDERED that petitioners' opposed motion to stay the district court proceedings pending disposition of the petition for writ of mandamus is DENIED.