## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 25, 2017

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 17-30430    In re: Parker Waichman, L.L.P., et al
                        USDC No. 2:09-MD-2047

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

Enclosed is a copy of the order entered in this case, which includes the denial of petitioners' motion to place Exhibit A in support of the petition for writ of mandamus under seal. To prevent material that should be sealed from becoming publicly available, counsel must either file a motion for reconsideration or file a motion to withdraw the document. The Exhibit A document will be made public within **5 days** from the date of this notice if there's no filing by counsel.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Dantrell L. Johnson, Deputy Clerk
                                        504-310-7689

cc w/encl:
    Mr. Leonard Arthur Davis
    Mr. Charles David Durkee
    Mr. Val Patrick Exnicios
    Mr. Jimmy Roy Faircloth, Jr.
    Mr. Mark Milstein