```
 1                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
 2

 3
      ****************************************************************
 4
      IN RE:  CHINESE-MANUFACTURED
 5    DRYWALL PRODUCTS
      LIABILITY LITIGATION
 6
                                  CIVIL DOCKET NO. 09-MD-2047 "L"
 7                                NEW ORLEANS, LOUISIANA
                                  TUESDAY, MAY 16, 2017, 2:00 P.M.
 8
      THIS DOCUMENT RELATES TO
 9    ALL CASES

10    ****************************************************************

11

12         TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE ELDON E. FALLON
13                     UNITED STATES DISTRICT JUDGE

14

15    APPEARANCES:

16

17    FOR THE PLAINTIFFS'
      LIAISON COUNSEL:          HERMAN HERMAN KATZ
18                              BY:  RUSS M. HERMAN, ESQUIRE
                                     LEONARD A. DAVIS, ESQUIRE
19                              820 O'KEEFE AVENUE
                                NEW ORLEANS, LA   70113
20

21                              LEVIN FISHBEIN SEDRAN & BERMAN
                                BY:  ARNOLD LEVIN, ESQUIRE
22                                   SANDRA L. DUGGAN, ESQUIRE
                                510 WALNUT STREET, SUITE 500
23                              PHILADELPHIA, PA   19106

24

25

                           OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR THE STATE/FEDERAL
      COORDINATION
 4    COMMITTEE:                   LAW OFFICES OF RICHARD J. SERPE
                                   BY:  RICHARD SERPE, ESQUIRE
 5                                 580 EAST MAIN STREET, SUITE 310
                                   NORFOLK, VA  23510
 6

 7    FOR THE KNAUF
      LIAISON COUNSEL:             BAKER DONELSON BEARMAN
 8                                 CALDWELL & BERKOWITZ
                                   BY:  KERRY J. MILLER, ESQUIRE
 9                                      DANIEL S. DYSART, ESQUIRE
                                   201 ST. CHARLES AVENUE, SUITE 3600
10                                 NEW ORLEANS, LA  70170

11
      FOR THE TAISHAN, BNMB
12    ENTITIES AND CNBM ENTITIES
      LIAISON COUNSEL:             PHELPS DUNBAR
13                                 BY:  HARRY ROSENBERG, ESQUIRE
                                   365 CANAL STREET, SUITE 2000
14                                 NEW ORLEANS, LA  70130

15
      FOR TAISHAN GYPSUM CO.,
16    LTD, AND TAI'AN TAISHAN
      PLASTERBOARD CO., LTD.:      ALSTON & BIRD
17                                 BY:  CHRISTINA H. EIKHOFF, ESQUIRE
                                        BERNARD TAYLOR, SR., ESQUIRE
18                                 ONE ATLANTIC CENTER
                                   1201 WEST PEACHTREE STREET
19                                 ATLANTA, GA  30309

20
      CHINA NATIONAL BUILDING
21    MATERIALS GROUP CORPORATION
      AND CHINA NATIONAL BUILDING
22    MATERIALS COMPANY LIMITED
      (COLLECTIVELY, "CNBM"):      ORRICK HERRINGTON & SUTCLIFFE
23                                 BY:  JAMES L. STENGEL, ESQUIRE
                                   51 WEST 52ND STREET
24                                 NEW YORK, NY  10019

25
```

*OFFICIAL TRANSCRIPT*

```
 1   APPEARANCES CONTINUED:

 2

 3                                ORRICK HERRINGTON & SUTCLIFFE
                                  BY:  L. CHRISTOPHER VEJNOSKA, ESQ.
 4                                THE ORRICK BUILDING
                                  405 HOWARD STREET
 5                                SAN FRANCISCO, CA   94105

 6
                                  GORDON ARATA MCCOLLAM
 7                                DUPLANTIS & EAGAN
                                  BY:  EWELL E. EAGAN, JR., ESQUIRE
 8                                     DONNA P. CURRAULT, ESQUIRE
                                  201 ST. CHARLES AVENUE, 40TH FLOOR
 9                                NEW ORLEANS, LA   70170

10
     ALSO PRESENT:                SPECIAL MASTER DANIEL BALHOFF
11                                JAKE WOODY, BROWN GREER

12

13   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
14                                CERTIFIED MERIT REPORTER
                                  500 POYDRAS STREET, ROOM B-275
15                                NEW ORLEANS, LA   70130
                                  (504) 589-7779
16                                Cathy_Pepper@laed.uscourts.gov

17
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
18   PRODUCED BY COMPUTER.

19

20

21

22

23

24

25

                          OFFICIAL TRANSCRIPT
```

**I N D E X**

|  |  | PAGE |
|---|---|---|
| STAGE IN THE LITIGATION | ............................... | 7 |
| TAISHAN ASPECT OF THE CASE | ............................ | 7 |
| TRIAL PLAN | ........................................... | 7 |
| MOTIONS | .............................................. | 8 |
| CLASS CERTIFICATION | .................................. | 9 |
| BROWNGREER UPDATE | .................................... | 9 |
| PAYMENTS | ............................................. | 9 |
| OVERLAPPING CLAIMS | ................................... | 9 |
| TAISHAN | .............................................. | 10 |
| REMEDIATION AND ALREADY REMEDIATED HOME CLAIMS | ....... | 10 |
| ORDER THAT TERMINATES | ................................ | 11 |
| TAISHAN, CNBM, AND BNBM DEFENDANTS | ................... | 11 |
| OPINIONS, FINDINGS OF FACT AND CONCLUSIONS OF LAW | .... | 11 |
| ORDER AND REASONS OF VARIOUS MOTIONS TO DISMISS | ...... | 12 |
| MOTION TO REMOVE CONFIDENTIALITY | ..................... | 12 |
| MOTION REGARDING THE SATISFIED TRANSLATIONS | .......... | 12 |
| CNBM AND BNBM MOTION TO DECERTIFY THE CLASS | .......... | 12 |
| MOTION TO COMPEL COMPLETE RESPONSES | .................. | 12 |
| DISCOVERY AND THE SPECIAL MASTER PROCEEDINGS, THE EVIDENTIARY HEARINGS | ............................... | 12 |
| BRIEFING SCHEDULE AND DATE | ........................... | 12 |

*OFFICIAL TRANSCRIPT*

1  NEXT STATUS CONFERENCE IS JUNE 27TH, AND FOLLOWING
2  THAT IS AUGUST 3RD, 2017............................   12

*OFFICIAL TRANSCRIPT*

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2                    TUESDAY, MAY 16, 2017
 3                    A F T E R N O O N   S E S S I O N
 4                    (COURT CALLED TO ORDER)
 5
 6
 7           THE DEPUTY CLERK:  All rise.
 8           THE COURT:  Please be seated, please.  Good afternoon,
 9   ladies and gentlemen.  Let's call the case.
10           THE DEPUTY CLERK:  MDL 2047, Chinese-Manufactured
11   Products Liability Litigation.
12           THE COURT:  Counsel, make your appearance for the
13   record, please.
14           MR. ROSENBERG:  Good afternoon, Judge Fallon.
15   Harry Rosenberg as liaison counsel for CNBM and BNMB,
16   Your Honor.
17           MR. MILLER:  Russ wants me to follow Harry.  I don't
18   know why.  Kerry Miller, liaison counsel for the
19   Defense Steering Committee and Knauf.
20           MR. HERMAN:  We always all follow you, Kerry.
21               May it please the Court, good afternoon.  It's
22   Russ Herman on behalf of the plaintiffs.
23               We have a status conference report.  There is not
24   a great deal to discuss on it.  I have talked briefly to
25   Jake Woody, who will address the Court -- that would be under
```

*OFFICIAL TRANSCRIPT*

Omnibus Complaints -- and Kerry Miller, who will address the Court in terms of Remediation, and then I will only recite what has happened since the last time we met, so that it's on the record of the status conference, and, of course, answer any questions Your Honor has.

THE COURT: Okay. I talked to counsel a moment ago, the liaison lead counsel. I'm at the stage in the litigation where I've about done everything I can for the litigants, and I'm going to be focused now on an end game with the Knauf aspect of the case. I do have outstanding attorney's fees and there are some claimants that have to be tied up.

There are some areas that have to be dealt with with regard to the Taishan aspect of the case. I've issued some orders. There are some potential appeals, so that will either be filed shortly or have been filed, and we'll deal with that.

Then we're the going to deal with the cases, if they do get sent back, where they get sent back to, which cases get sent back, which cases remain here, and then I'll deal with the Trial Plan.

In a case like this, I can do flights. I don't see necessarily one trial for each case. We can do five or six at a time. In that type situation I generally am able to do three in the morning and three in the afternoon.

The jury, I don't like to give them more than six

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 02:08:16 | 1 | cases, but we can do three cases with them, and they can come |
| 02:08:19 | 2 | back, and then in the afternoon we'll do another three cases, |
| 02:08:23 | 3 | and we'll get rid of them that way. |
| 02:08:28 | 4 | I don't know if my colleagues in the states, what |
| 02:08:32 | 5 | they would do. There are some in New Jersey. There is maybe |
| 02:08:39 | 6 | one in Virginia and a couple more in Florida, in Texas. So, |
| 02:08:47 | 7 | I'm culling through the cases now and alerting my colleagues |
| 02:08:51 | 8 | both in state and federal court that they will be getting cases |
| 02:08:55 | 9 | back. |
| 02:08:55 | 10 | So you all need to be focused on, and I talked to |
| 02:08:59 | 11 | liaison and lead counsel about that, that we're going to talk |
| 02:09:02 | 12 | more about it in the next following status conferences so that |
| 02:09:09 | 13 | we can get some game plan in that regard. |
| 02:09:11 | 14 | I also have several motions before me that are |
| 02:09:16 | 15 | not set at this point, but it has to do with motions that the |
| 02:09:25 | 16 | fee committee has filed and motions that the objectors have |
| 02:09:28 | 17 | filed. I have most of that information, but I'll be issuing an |
| 02:09:33 | 18 | order, a briefing schedule for you all. |
| 02:09:35 | 19 | If the dates I select give you some pause, get to |
| 02:09:39 | 20 | me and I'll deal with them and try to accommodate you, so I |
| 02:09:44 | 21 | want your input and good input. I don't want to rush this, but |
| 02:09:49 | 22 | I do want to get it over with. |
| 02:09:50 | 23 | Anything from the defendants' standpoint? |
| 02:09:55 | 24 | MR. ROSENBERG: No, Your Honor. |
| 02:09:58 | 25 | MR. HERMAN: Your Honor, I think Mr. Woody has a brief |

*OFFICIAL TRANSCRIPT*

```
02:10:01   1    report and then Mr. Miller has a brief report.
02:10:04   2             THE COURT:  Yeah, with this report, I had one of my
02:10:14   3    orders I issued was a class certification, a certified class in
02:10:20   4    the certain aspect of the case against Taishan, and one of the
02:10:26   5    provisions in it is to direct the parties to get to me a list
02:10:34   6    of cases, as you'll see from my order, the orders, and Jake is
02:10:49   7    involved with that compilation of the list.
02:10:54   8             The steering committee, under the supervision of
02:10:57   9    BrownGreer, submitted an updated class plaintiffs spreadsheet
02:11:01  10    endeavoring to include only the properties verified under it.
02:11:04  11             So there are two aspects, Jake, from your
02:11:07  12    standpoint point.  One is the last part of Knauf's cases, I
02:11:13  13    would be interested in hearing from you there, and then this
02:11:16  14    assignment.
02:11:16  15             MR. WOODY:  Yes, Your Honor.  Jake Woody from
02:11:20  16    BrownGreer.  I do have an update on both fronts.
02:11:22  17             I'll start with Knauf.  We've continued to make
02:11:24  18    some payments that are sort of the normal process of wrapping
02:11:28  19    up a case like this.  People who haven't submitted the required
02:11:31  20    paperwork, we will pay them if they still have an outstanding
02:11:35  21    claim.
02:11:35  22             We also are working with Knauf to resolve the
02:11:38  23    overlapping claims that they have with homeowners, and we've
02:11:42  24    made a lot of progress on that since the last status report.  I
02:11:46  25    expect to have all of those claims resolved in the next 30 to
```

*OFFICIAL TRANSCRIPT*

```
02:11:50   1    45 days.  I'll let Mr. Miller speak about that as well.
02:11:52   2              THE COURT:  How many cases are there still?
02:11:55   3              MR. WOODY:  I believe there are 85 claims where Knauf
02:11:58   4    has a claim and the homeowner also has a claim.  I think all of
02:12:01   5    those will be resolved in fairly short order either because of
02:12:05   6    a Special Master ruling or because of a release from one of the
02:12:09   7    parties.  Once that is done, we can make the calculations on
02:12:12   8    the remaining GBI funds and pay that out to all of the parties.
02:12:17   9              Then on the Taishan front, we did review your
02:12:19  10    findings of fact and conclusions of law, and I've started to
02:12:23  11    update that list to see if any of the information on it has
02:12:26  12    changed since the June 2015 hearing.
02:12:30  13              We will be able to comply with that well ahead of
02:12:33  14    the 60-day deadline that is in the order and come up with any
02:12:37  15    new information that's available.
02:12:39  16              THE COURT:  Good.  Okay.  Well, that sounds fine.
02:12:40  17              MR. WOODY:  Thank you, Your Honor.
02:12:42  18              THE COURT:  All right.  Anything from anyone else?
02:12:45  19    Kerry.
02:12:46  20              MR. MILLER:  Very briefly, Your Honor.  Kerry Miller
02:12:49  21    for Knauf.
02:12:50  22              Following up on Jake's comments and also the
02:12:54  23    discussion that we had in chambers prior to this open court
02:12:56  24    status conference, Knauf has remediation and already remediated
02:13:02  25    home claims left outstanding, but the number of substantively
```

***OFFICIAL TRANSCRIPT***

02:13:10  1  disputed claims is far less than the 85 that Jake had
02:13:13  2  mentioned.  It's a very small subset of that.
02:13:17  3        What Jake had referred to were claims where there
02:13:18  4  was a competing claim interest over the GBI amount.  That's
02:13:21  5  more of an administrative issue, a paperwork issues that has to
02:13:22  6  be worked through.
02:13:23  7        But like Jake said, with respect to the remaining
02:13:25  8  disputed substantive issues on the Knauf remediation and ARH
02:13:33  9  side, all of those matters will be resolved and are directed to
02:13:36 10  the Special Master.  Over the course of the summer you may have
02:13:39 11  some appeals from those, Your Honor, but that will resolve it
02:13:42 12  once and for all.
02:13:43 13        THE COURT:  Okay.  Then get to me, when we finish with
02:13:47 14  the Knauf, some sort of an order that terminates that aspect of
02:13:52 15  the case, and then we'll put it out as a done deal and that
02:13:57 16  sort of thing.
02:13:59 17        MR. MILLER:  I will be very happy to.  Thank you,
02:13:59 18  Judge.
02:14:03 19        THE COURT:  Okay.
02:14:03 20        MR. HERMAN:  May it please the Court, Roman Numeral
02:14:08 21  VII, Taishan, CNBM, and BNBM defendants.  Your Honor has
02:14:13 22  already directed all parties to meet and confer and present
02:14:18 23  Your Honor with recommendations of how we go forward.
02:14:21 24        On April 21st, the Court issued its opinions,
02:14:27 25  findings of fact and conclusions of law on the June 9, 2015,

*OFFICIAL TRANSCRIPT*

damage hearing. We've had meetings within Fishbein, HHK, Dawn Barrios, and Anthony Irpino reviewing that in order to comply with the Court's order and cooperate with Mr. Woody.

On April 21st, the Court issued an order and reasons of various motions to dismiss. The motion to remove confidentiality is set for June 27th. The motion regarding the satisfied translations is set for June 27th. The CNBM and BNMB motion to decertify the class, order and reasons were issued April 21st. The motion to compel complete responses is now set for June 27th.

May it please the Court, I believe that other than the matters that I just stated, if we turn to page 19, the Court ordered an issue May 12th addressing discovery, and the Special Master proceedings, the evidentiary hearings which are now scheduled on May 31st and June 1st, and as I understand it, the Special Master will meet with counsel on that matter following the status conference.

Your Honor, then on page 23, the briefing schedule and date, Your Honor has indicated that you would address on a motion to decertify.

Lastly, Your Honor, as I understand it, our next status conference is June 27th, and following that is August 3rd.

THE COURT: August 3rd.

MR. HERMAN: If some counsel are unavailable --

*OFFICIAL TRANSCRIPT*

```
02:16:33  1         THE COURT:  They can come in by phone.
02:16:35  2         MR. HERMAN:  They can come in by phone.
02:16:36  3              That concludes my report to the Court.
02:16:39  4         THE COURT:  Okay.  Anything?  All right, folks.  Thank
02:16:47  5    you very much.  Court will stand in recess.
02:16:49  6         THE DEPUTY CLERK:  All rise.
          7              (WHEREUPON, at 2:16 p.m., the proceedings were
          8    concluded.)
          9                           *   *   *
         10
         11
         12                      REPORTER'S CERTIFICATE
         13         I, Cathy Pepper, Certified Realtime Reporter, Registered
               Merit Reporter, Certified Court Reporter in and for the State
         14    of Louisiana, Official Court Reporter for the United States
               District Court, Eastern District of Louisiana, do hereby
         15    certify that the foregoing is a true and correct transcript to
               the best of my ability and understanding from the record of the
         16    proceedings in the above-entitled and numbered matter.
         17
                                          s/Cathy Pepper
         18                               Cathy Pepper, CRR, RMR, CCR
                                          Certified Realtime Reporter
         19                               Registered Merit Reporter
                                          Official Court Reporter
         20                               United States District Court
                                          Cathy_Pepper@laed.uscourts.gov
         21
         22
         23
         24
         25
                                  OFFICIAL TRANSCRIPT
```

**0**

**09-MD-2047** [1] - 1:6

**1**

**10** [2] - 4:13, 4:14
**10019** [1] - 2:24
**11** [3] - 4:15, 4:16, 4:17
**12** [8] - 4:18, 4:19, 4:20, 4:21, 4:22, 4:24, 4:25, 5:2
**1201** [1] - 2:18
**12th** [1] - 12:13
**16** [2] - 1:7, 6:2
**19** [1] - 12:12
**19106** [1] - 1:23
**1st** [1] - 12:15

**2**

**2000** [1] - 2:13
**201** [2] - 2:9, 3:8
**2015** [2] - 10:12, 11:25
**2017** [2] - 1:7, 6:2
**2017.........................** . [1] - 5:2
**2047** [1] - 6:10
**21st** [3] - 11:24, 12:4, 12:9
**23** [1] - 12:18
**23510** [1] - 2:5
**27TH** [1] - 5:1
**27th** [4] - 12:6, 12:7, 12:10, 12:22
**2:00** [1] - 1:7
**2:16** [1] - 13:7

**3**

**30** [1] - 9:25
**30309** [1] - 2:19
**310** [1] - 2:5
**31st** [1] - 12:15
**3600** [1] - 2:9
**365** [1] - 2:13
**3RD** [1] - 5:2
**3rd** [2] - 12:23, 12:24

**4**

**405** [1] - 3:4
**40TH** [1] - 3:8
**45** [1] - 10:1

**5**

**500** [2] - 1:22, 3:14
**504** [1] - 3:15
**51** [1] - 2:23
**510** [1] - 1:22
**52ND** [1] - 2:23
**580** [1] - 2:5
**589-7779** [1] - 3:15

**6**

**60-day** [1] - 10:14

**7**

**7** [3] - 4:5, 4:6, 4:7
**70113** [1] - 1:19
**70130** [2] - 2:14, 3:15
**70170** [2] - 2:10, 3:9

**8**

**8** [1] - 4:8
**820** [1] - 1:19
**85** [2] - 10:3, 11:1

**9**

**9** [5] - 4:9, 4:10, 4:11, 4:12, 11:25
**94105** [1] - 3:5

**A**

**ability** [1] - 13:15
**able** [2] - 7:23, 10:13
**above-entitled** [1] - 13:16
**accommodate** [1] - 8:20
**address** [3] - 6:25, 7:1, 12:20
**addressing** [1] - 12:13
**administrative** [1] - 11:5
**afternoon** [5] - 6:8, 6:14, 6:21, 7:24, 8:2
**ago** [1] - 7:6
**ahead** [1] - 10:13
**alerting** [1] - 8:7
**ALL** [1] - 1:9
**ALREADY** [1] - 4:14
**ALSO** [1] - 3:10
**ALSTON** [1] - 2:16
**amount** [1] - 11:4
**AND** [11] - 2:12, 2:16, 2:21, 4:14, 4:16, 4:17, 4:18, 4:21, 4:23, 4:25, 5:1
**answer** [1] - 7:4
**Anthony** [1] - 12:2
**appeals** [2] - 7:14, 11:11
**appearance** [1] - 6:12
**APPEARANCES** [3] - 1:15, 2:1, 3:1
**April** [3] - 11:24, 12:4, 12:9
**ARATA** [1] - 3:6
**areas** [1] - 7:12
**ARH** [1] - 11:8
**ARNOLD** [1] - 1:21
**ASPECT** [1] - 4:6
**aspect** [4] - 7:10, 7:13, 9:4, 11:14
**aspects** [1] - 9:11
**assignment** [1] - 9:14
**ATLANTA** [1] - 2:19
**ATLANTIC** [1] - 2:18
**attorney's** [1] - 7:10
**August** [2] - 12:23, 12:24
**AUGUST** [1] - 5:2
**available** [1] - 10:15
**AVENUE** [3] - 1:19, 2:9, 3:8

**B**

**B-275** [1] - 3:14
**BAKER** [1] - 2:7
**BALHOFF** [1] - 3:10
**Barrios** [1] - 12:2
**BEARMAN** [1] - 2:7
**BEFORE** [1] - 1:12
**behalf** [1] - 6:22
**BERKOWITZ** [1] - 2:8
**BERMAN** [1] - 1:21
**BERNARD** [1] - 2:17
**best** [1] - 13:15
**BIRD** [1] - 2:16
**BNBM** [3] - 4:16, 4:21, 11:21
**BNMB** [3] - 2:11, 6:15, 12:7
**brief** [2] - 8:25, 9:1
**BRIEFING** [1] - 4:25
**briefing** [2] - 8:18, 12:18
**briefly** [2] - 6:24, 10:20
**BROWN** [1] - 3:11
**BROWNGREER** [1] - 4:10
**BrownGreer** [2] - 9:9, 9:16
**BUILDING** [3] - 2:20, 2:21, 3:4
**BY** [11] - 1:18, 1:21, 2:4, 2:8, 2:13, 2:17, 2:23, 3:3, 3:7, 3:17, 3:18

**C**

**CA** [1] - 3:5
**calculations** [1] - 10:7
**CALDWELL** [1] - 2:8
**CALLED** [1] - 6:4
**CANAL** [1] - 2:13
**case** [8] - 6:9, 7:10, 7:13, 7:21, 7:22, 9:4, 9:19, 11:15
**CASE..........................** . [1] - 4:6
**cases** [11] - 7:17, 7:18, 7:19, 8:1, 8:2, 8:7, 8:8, 9:6, 9:12, 10:2
**CASES** [1] - 1:9
**Cathy** [2] - 13:13, 13:18
**CATHY** [1] - 3:13
**Cathy_Pepper@laed .uscourts.gov** [2] - 3:16, 13:20
**CCR** [2] - 3:13, 13:18
**CENTER** [1] - 2:18
**certain** [1] - 9:4
**CERTIFICATE** [1] - 13:11
**certification** [1] - 9:3
**CERTIFICATION.......** ........................... [1] - 4:9
**certified** [1] - 9:3
**CERTIFIED** [2] - 3:13, 3:14
**Certified** [3] - 13:13, 13:13, 13:18
**certify** [1] - 13:15
**chambers** [1] - 10:23
**changed** [1] - 10:12
**CHARLES** [2] - 2:9, 3:8
**CHINA** [2] - 2:20, 2:21
**Chinese** [1] - 6:10
**CHINESE** [1] - 1:4
**Chinese-Manufactured** [1] - 6:10
**CHINESE-MANUFACTURED** [1] - 1:4
**CHRISTINA** [1] - 2:17
**CHRISTOPHER** [1] - 3:3
**CIVIL** [1] - 1:6
**claim** [4] - 9:21, 10:4, 11:4
**claimants** [1] - 7:11
**claims** [6] - 9:23, 9:25, 10:3, 10:25, 11:1, 11:3
**CLAIMS......** [1] - 4:14
**CLAIMS.....................** ............. [1] - 4:12
**class** [4] - 9:3, 9:9, 12:8
**CLASS** [1] - 4:9
**CLASS.........** [1] - 4:21
**CLERK** [3] - 6:7, 6:10, 13:6
**CNBM** [6] - 2:12, 4:16, 4:21, 6:15, 11:21, 12:7
**CO** [2] - 2:15, 2:16
**colleagues** [2] - 8:4, 8:7
**COLLECTIVELY** [1] - 2:22
**comments** [1] - 10:22
**committee** [2] - 8:16, 9:8
**Committee** [1] - 6:19
**COMMITTEE** [1] - 2:4
**COMPANY** [1] - 2:22
**COMPEL** [1] - 4:22
**compel** [1] - 12:9
**competing** [1] - 11:4
**compilation** [1] - 9:7
**Complaints** [1] - 7:1
**complete** [1] - 12:9
**COMPLETE** [1] - 4:22
**comply** [2] - 10:13, 12:3
**COMPUTER** [1] - 3:18
**concluded** [1] - 13:8
**concludes** [1] - 13:3
**conclusions** [2] - 10:10, 11:25
**CONCLUSIONS** [1] - 4:17
**confer** [1] - 11:22
**CONFERENCE** [2] - 1:12, 5:1
**conference** [5] - 6:23, 7:4, 10:24, 12:17, 12:22
**conferences** [1] - 8:12
**confidentiality** [1] - 12:6

*OFFICIAL TRANSCRIPT*

**CONFIDENTIALITY...** ................ [1] - 4:19
**CONTINUED** [2] - 2:1, 3:1
**continued** [1] - 9:17
**cooperate** [1] - 12:3
**COORDINATION** [1] - 2:3
**CORPORATION** [1] - 2:21
**correct** [1] - 13:15
**counsel** [8] - 6:12, 6:15, 6:18, 7:6, 7:7, 8:11, 12:16, 12:25
**COUNSEL** [3] - 1:17, 2:7, 2:12
**couple** [1] - 8:6
**course** [2] - 7:4, 11:10
**COURT** [15] - 1:1, 3:13, 6:4, 6:8, 6:12, 7:6, 9:2, 10:2, 10:16, 10:18, 11:13, 11:19, 12:24, 13:1, 13:4
**court** [3] - 8:8, 10:23, 13:5
**Court** [14] - 6:21, 6:25, 7:2, 11:20, 11:24, 12:4, 12:11, 12:13, 13:3, 13:13, 13:14, 13:14, 13:19, 13:20
**Court's** [1] - 12:3
**CRR** [2] - 3:13, 13:18
**culling** [1] - 8:7
**CURRAULT** [1] - 3:8

**D**

**damage** [1] - 12:1
**DANIEL** [2] - 2:9, 3:10
**date** [1] - 12:19
**DATE**.......................... [1] - 4:25
**dates** [1] - 8:19
**DAVIS** [1] - 1:18
**Dawn** [1] - 12:2
**days** [1] - 10:1
**deadline** [1] - 10:14
**deal** [6] - 6:24, 7:15, 7:17, 7:19, 8:20, 11:15
**dealt** [1] - 7:12
**DECERTIFY** [1] - 4:21
**decertify** [2] - 12:8, 12:20
**defendants** [1] - 11:21
**defendants'** [1] - 8:23
**DEFENDANTS**............ ........ [1] - 4:16
**Defense** [1] - 6:19

**DEPUTY** [3] - 6:7, 6:10, 13:6
**direct** [1] - 9:5
**directed** [2] - 11:9, 11:22
**discovery** [1] - 12:13
**DISCOVERY** [1] - 4:23
**discuss** [1] - 6:24
**discussion** [1] - 10:23
**dismiss** [1] - 12:5
**DISMISS**..... [1] - 4:18
**disputed** [2] - 11:1, 11:8
**DISTRICT** [3] - 1:1, 1:1, 1:13
**District** [3] - 13:14, 13:20
**DOCKET** [1] - 1:6
**DOCUMENT** [1] - 1:8
**done** [3] - 7:8, 10:7, 11:15
**DONELSON** [1] - 2:7
**DONNA** [1] - 3:8
**DRYWALL** [1] - 1:5
**DUGGAN** [1] - 1:22
**DUNBAR** [1] - 2:12
**DUPLANTIS** [1] - 3:7
**DYSART** [1] - 2:9

**E**

**EAGAN** [2] - 3:7, 3:7
**EAST** [1] - 2:5
**EASTERN** [1] - 1:1
**Eastern** [1] - 13:14
**EIKHOFF** [1] - 2:17
**either** [2] - 7:15, 10:5
**ELDON** [1] - 1:12
**end** [1] - 7:9
**endeavoring** [1] - 9:10
**ENTITIES** [2] - 2:12
**entitled** [1] - 13:16
**ESQ** [1] - 3:3
**ESQUIRE** [13] - 1:18, 1:18, 1:21, 1:22, 2:4, 2:8, 2:9, 2:13, 2:17, 2:17, 2:23, 3:7, 3:8
**EVIDENTIARY** [1] - 4:24
**evidentiary** [1] - 12:14
**EWELL** [1] - 3:7
**expect** [1] - 9:25

**F**

**FACT** [1] - 4:17
**fact** [2] - 10:10, 11:25
**fairly** [1] - 10:5

**FALLON** [1] - 1:12
**Fallon** [1] - 6:14
**far** [1] - 11:1
**federal** [1] - 8:8
**fee** [1] - 8:16
**fees** [1] - 7:10
**filed** [4] - 7:15, 8:16, 8:17
**findings** [2] - 10:10, 11:25
**FINDINGS** [1] - 4:17
**fine** [1] - 10:16
**finish** [1] - 11:13
**FISHBEIN** [1] - 1:21
**Fishbein** [1] - 12:1
**five** [1] - 7:22
**flights** [1] - 7:21
**FLOOR** [1] - 3:8
**Florida** [1] - 8:6
**focused** [2] - 7:9, 8:10
**folks** [1] - 13:4
**follow** [2] - 6:17, 6:20
**following** [4] - 8:12, 10:22, 12:17, 12:22
**FOLLOWING** [1] - 5:1
**FOR** [5] - 1:17, 2:3, 2:7, 2:11, 2:15
**foregoing** [1] - 13:15
**forward** [1] - 11:23
**FRANCISCO** [1] - 3:5
**front** [1] - 10:9
**fronts** [1] - 9:16
**funds** [1] - 10:8

**G**

**GA** [1] - 2:19
**game** [2] - 7:9, 8:13
**GBI** [2] - 10:8, 11:4
**generally** [1] - 7:23
**gentlemen** [1] - 6:9
**GORDON** [1] - 3:6
**great** [1] - 6:24
**GREER** [1] - 3:11
**GROUP** [1] - 2:21
**GYPSUM** [1] - 2:15

**H**

**happy** [1] - 11:17
**HARRY** [1] - 2:13
**Harry** [2] - 6:15, 6:17
**HEARD** [1] - 1:12
**hearing** [3] - 9:13, 10:12, 12:1
**hearings** [1] - 12:14
**HEARINGS**................ ................ [1] - 4:24

**hereby** [1] - 13:14
**HERMAN** [8] - 1:17, 1:18, 6:20, 8:25, 11:20, 12:25, 13:2
**Herman** [1] - 6:22
**HERRINGTON** [2] - 2:22, 3:3
**HHK** [1] - 12:1
**HOME** [1] - 4:14
**home** [1] - 10:25
**homeowner** [1] - 10:4
**homeowners** [1] - 9:23
**Honor** [13] - 6:16, 7:5, 8:24, 8:25, 9:15, 10:17, 10:20, 11:11, 11:21, 11:23, 12:18, 12:19, 12:21
**HONORABLE** [1] - 1:12
**HOWARD** [1] - 3:4

**I**

**IN** [2] - 1:4, 4:5
**include** [1] - 9:10
**indicated** [1] - 12:19
**information** [3] - 8:17, 10:11, 10:15
**input** [2] - 8:21
**interest** [1] - 11:4
**interested** [1] - 9:13
**involved** [1] - 9:7
**Irpino** [1] - 12:2
**IS** [2] - 5:1, 5:2
**issue** [2] - 11:5, 12:13
**issued** [5] - 7:13, 9:3, 11:24, 12:4, 12:8
**issues** [2] - 11:5, 11:8
**issuing** [1] - 8:17

**J**

**JAKE** [1] - 3:11
**Jake** [7] - 6:25, 9:6, 9:11, 9:15, 11:1, 11:3, 11:7
**Jake's** [1] - 10:22
**JAMES** [1] - 2:23
**Jersey** [1] - 8:5
**JR** [1] - 3:7
**JUDGE** [1] - 1:13
**Judge** [2] - 6:14, 11:18
**June** [7] - 10:12, 11:25, 12:6, 12:7, 12:10, 12:15, 12:22
**JUNE** [1] - 5:1

**jury** [1] - 7:25

**K**

**KATZ** [1] - 1:17
**Kerry** [5] - 6:18, 6:20, 7:1, 10:19, 10:20
**KERRY** [1] - 2:8
**Knauf** [9] - 6:19, 7:9, 9:17, 9:22, 10:3, 10:21, 10:24, 11:8, 11:14
**KNAUF** [1] - 2:7
**Knauf's** [1] - 9:12

**L**

**LA** [5] - 1:19, 2:10, 2:14, 3:9, 3:15
**ladies** [1] - 6:9
**last** [3] - 7:3, 9:12, 9:24
**lastly** [1] - 12:21
**law** [2] - 10:10, 11:25
**LAW** [1] - 2:4
**LAW...** [1] - 4:17
**lead** [2] - 7:7, 8:11
**left** [1] - 10:25
**LEONARD** [1] - 1:18
**less** [1] - 11:1
**LEVIN** [2] - 1:21, 1:21
**Liability** [1] - 6:11
**LIABILITY** [1] - 1:5
**liaison** [4] - 6:15, 6:18, 7:7, 8:11
**LIAISON** [3] - 1:17, 2:7, 2:12
**LIMITED** [1] - 2:22
**list** [3] - 9:5, 9:7, 10:11
**litigants** [1] - 7:8
**LITIGATION** [1] - 1:5
**Litigation** [1] - 6:11
**litigation** [1] - 7:7
**LITIGATION**............... ............... [1] - 4:5
**Louisiana** [2] - 13:14, 13:14
**LOUISIANA** [2] - 1:1, 1:7
**LTD** [2] - 2:16, 2:16

**M**

**MAIN** [1] - 2:5
**Manufactured** [1] - 6:10
**MANUFACTURED** [1] - 1:4

**Master** [4] - 10:6, 11:10, 12:14, 12:16
**MASTER** [2] - 3:10, 4:23
**MATERIALS** [2] - 2:21, 2:22
**matter** [2] - 12:16, 13:16
**matters** [2] - 11:9, 12:12
**MAY** [2] - 1:7, 6:2
**MCCOLLAM** [1] - 3:6
**MDL** [1] - 6:10
**MECHANICAL** [1] - 3:17
**meet** [2] - 11:22, 12:16
**meetings** [1] - 12:1
**mentioned** [1] - 11:2
**MERIT** [1] - 3:14
**Merit** [2] - 13:13, 13:19
**met** [1] - 7:3
**MILLER** [4] - 2:8, 6:17, 10:20, 11:17
**Miller** [5] - 6:18, 7:1, 9:1, 10:1, 10:20
**moment** [1] - 7:6
**MONTHLY** [1] - 1:12
**morning** [1] - 7:24
**most** [1] - 8:17
**motion** [5] - 12:5, 12:6, 12:8, 12:9, 12:20
**MOTION** [4] - 4:19, 4:20, 4:21, 4:22
**motions** [4] - 8:14, 8:15, 8:16, 12:5
**MOTIONS** [1] - 4:18
**MOTIONS**................
.......................... [1] - 4:8
**MR** [13] - 6:14, 6:17, 6:20, 8:24, 8:25, 9:15, 10:3, 10:17, 10:20, 11:17, 11:20, 12:25, 13:2

**N**

**NATIONAL** [2] - 2:20, 2:21
**necessarily** [1] - 7:22
**need** [1] - 8:10
**new** [1] - 10:15
**New** [1] - 8:5
**NEW** [7] - 1:7, 1:19, 2:10, 2:14, 2:24, 3:9, 3:15
**NEXT** [1] - 5:1

**next** [3] - 8:12, 9:25, 12:21
**NO** [1] - 1:6
**NORFOLK** [1] - 2:5
**normal** [1] - 9:18
**number** [1] - 10:25
**numbered** [1] - 13:16
**Numeral** [1] - 11:20
**NY** [1] - 2:24

**O**

**O'KEEFE** [1] - 1:19
**objectors** [1] - 8:16
**OF** [7] - 1:1, 1:12, 2:4, 4:6, 4:17, 4:18
**OFFICES** [1] - 2:4
**Official** [2] - 13:14, 13:19
**OFFICIAL** [1] - 3:13
**Omnibus** [1] - 7:1
**once** [2] - 10:7, 11:12
**ONE** [1] - 2:18
**one** [6] - 7:22, 8:6, 9:2, 9:4, 9:12, 10:6
**open** [1] - 10:23
**OPINIONS** [1] - 4:17
**opinions** [1] - 11:24
**ORDER** [3] - 4:15, 4:18, 6:4
**order** [9] - 8:18, 9:6, 10:5, 10:14, 11:14, 12:2, 12:3, 12:4, 12:8
**ordered** [1] - 12:13
**orders** [3] - 7:14, 9:3, 9:6
**ORLEANS** [6] - 1:7, 1:19, 2:10, 2:14, 3:9, 3:15
**ORRICK** [3] - 2:22, 3:3, 3:4
**outstanding** [3] - 7:10, 9:20, 10:25
**overlapping** [1] - 9:23
**OVERLAPPING** [1] - 4:12

**P**

**p.m** [1] - 13:7
**P.M** [1] - 1:7
**PA** [1] - 1:23
**PAGE** [1] - 4:3
**page** [2] - 12:12, 12:18
**paperwork** [2] - 9:20, 11:5
**part** [1] - 9:12

**parties** [4] - 9:5, 10:7, 10:8, 11:22
**pause** [1] - 8:19
**pay** [2] - 9:20, 10:8
**payments** [1] - 9:18
**PAYMENTS**...............
.............................. [1]
- 4:11
**PEACHTREE** [1] - 2:18
**people** [1] - 9:19
**PEPPER** [1] - 3:13
**Pepper** [3] - 13:13, 13:17, 13:18
**PHELPS** [1] - 2:12
**PHILADELPHIA** [1] - 1:23
**phone** [2] - 13:1, 13:2
**plaintiffs** [2] - 6:22, 9:9
**PLAINTIFFS'** [1] - 1:17
**Plan** [1] - 7:20
**plan** [1] - 8:13
**PLAN**..........................
................. [1] - 4:7
**PLASTERBOARD** [1] - 2:16
**point** [2] - 8:15, 9:12
**potential** [1] - 7:14
**POYDRAS** [1] - 3:14
**present** [1] - 11:22
**PRESENT** [1] - 3:10
**PROCEEDINGS** [4] - 1:12, 3:17, 4:23, 6:1
**proceedings** [3] - 12:14, 13:7, 13:16
**process** [1] - 9:18
**PRODUCED** [1] - 3:18
**Products** [1] - 6:11
**PRODUCTS** [1] - 1:5
**progress** [1] - 9:24
**properties** [1] - 9:10
**provisions** [1] - 9:5
**put** [1] - 11:15

**Q**

**questions** [1] - 7:5

**R**

**RE** [1] - 1:4
**REALTIME** [1] - 3:13
**Realtime** [2] - 13:13, 13:18
**reasons** [2] - 12:5, 12:8
**REASONS** [1] - 4:18

**recess** [1] - 13:5
**recite** [1] - 7:2
**recommendations** [1] - 11:23
**record** [3] - 6:13, 7:4, 13:15
**RECORDED** [1] - 3:17
**referred** [1] - 11:3
**regard** [2] - 7:13, 8:13
**REGARDING** [1] - 4:20
**regarding** [1] - 12:6
**registered** [1] - 13:19
**Registered** [1] - 13:13
**RELATES** [1] - 1:8
**release** [1] - 10:6
**remain** [1] - 7:19
**remaining** [2] - 10:8, 11:7
**remediated** [1] - 10:24
**REMEDIATED** [1] - 4:14
**Remediation** [1] - 7:2
**REMEDIATION** [1] - 4:14
**remediation** [2] - 10:24, 11:8
**REMOVE** [1] - 4:19
**remove** [1] - 12:5
**report** [6] - 6:23, 9:1, 9:2, 9:24, 13:3
**Reporter** [7] - 13:13, 13:13, 13:14, 13:18, 13:19, 13:19
**REPORTER** [3] - 3:13, 3:13, 3:14
**REPORTER'S** [1] - 13:11
**required** [1] - 9:19
**resolve** [2] - 9:22, 11:11
**resolved** [3] - 9:25, 10:5, 11:9
**respect** [1] - 11:7
**responses** [1] - 12:9
**RESPONSES**.............
.... [1] - 4:22
**review** [1] - 10:9
**reviewing** [1] - 12:2
**RICHARD** [2] - 2:4, 2:4
**rid** [1] - 8:3
**rise** [2] - 6:7, 13:6
**RMR** [2] - 3:13, 13:18
**Roman** [1] - 11:20
**ROOM** [1] - 3:14
**ROSENBERG** [3] - 2:13, 6:14, 8:24
**Rosenberg** [1] - 6:15
**ruling** [1] - 10:6

**rush** [1] - 8:21
**RUSS** [1] - 1:18
**Russ** [2] - 6:17, 6:22

**S**

**s/Cathy** [1] - 13:17
**SAN** [1] - 3:5
**SANDRA** [1] - 1:22
**satisfied** [1] - 12:7
**SATISFIED** [1] - 4:20
**schedule** [2] - 8:18, 12:19
**SCHEDULE** [1] - 4:25
**scheduled** [1] - 12:15
**seated** [1] - 6:8
**SEDRAN** [1] - 1:21
**see** [3] - 7:22, 9:6, 10:11
**select** [1] - 8:19
**sent** [3] - 7:18, 7:19
**SERPE** [2] - 2:4, 2:4
**set** [4] - 8:15, 12:6, 12:7, 12:9
**several** [1] - 8:14
**short** [1] - 10:5
**shortly** [1] - 7:15
**side** [1] - 11:9
**situation** [1] - 7:23
**six** [2] - 7:22, 7:25
**small** [1] - 11:2
**sort** [3] - 9:18, 11:14, 11:16
**sounds** [1] - 10:16
**SPECIAL** [2] - 3:10, 4:23
**Special** [4] - 10:6, 11:10, 12:14, 12:16
**spreadsheet** [1] - 9:9
**SR** [1] - 2:17
**ST** [2] - 2:9, 3:8
**stage** [1] - 7:7
**STAGE** [1] - 4:5
**stand** [1] - 13:5
**standpoint** [2] - 8:23, 9:12
**start** [1] - 9:17
**started** [1] - 10:10
**state** [1] - 8:8
**State** [1] - 13:13
**STATE/FEDERAL** [1] - 2:3
**STATES** [2] - 1:1, 1:13
**states** [1] - 8:4
**States** [2] - 13:14, 13:20
**status** [7] - 6:23, 7:4, 8:12, 9:24, 10:24, 12:17, 12:22

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| **STATUS** [2] - 1:12, 5:1<br>**steering** [1] - 9:8<br>**Steering** [1] - 6:19<br>**STENGEL** [1] - 2:23<br>**STENOGRAPHY** [1] - 3:17<br>**still** [2] - 9:20, 10:2<br>**STREET** [7] - 1:22, 2:5, 2:13, 2:18, 2:23, 3:4, 3:14<br>**submitted** [2] - 9:9, 9:19<br>**subset** [1] - 11:2<br>**substantive** [1] - 11:8<br>**substantively** [1] - 10:25<br>**SUITE** [4] - 1:22, 2:5, 2:9, 2:13<br>**summer** [1] - 11:10<br>**supervision** [1] - 9:8<br>**SUTCLIFFE** [2] - 2:22, 3:3<br><br>**T**<br><br>**TAI'AN** [1] - 2:16<br>**Taishan** [4] - 7:13, 9:4, 10:9, 11:21<br>**TAISHAN** [5] - 2:11, 2:15, 2:16, 4:6, 4:16<br>**TAISHAN**................................ [1] - 4:13<br>**TAYLOR** [1] - 2:17<br>**terminates** [1] - 11:14<br>**TERMINATES**........................ [1] - 4:15<br>**terms** [1] - 7:2<br>**Texas** [1] - 8:6<br>**THAT** [2] - 4:15, 5:2<br>**THE** [27] - 1:12, 1:17, 2:3, 2:7, 2:11, 3:4, 4:5, 4:6, 4:20, 4:21, 4:23, 6:7, 6:8, 6:10, 6:12, 7:6, 9:2, 10:2, 10:16, 10:18, 11:13, 11:19, 12:24, 13:1, 13:4, 13:6<br>**THIS** [1] - 1:8<br>**three** [4] - 7:24, 8:1, 8:2<br>**tied** [1] - 7:11<br>**TO** [6] - 1:8, 4:18, 4:19, 4:21, 4:22, 6:4<br>**transcript** [1] - 13:15<br>**TRANSCRIPT** [2] - 1:12, 3:17<br>**translations** [1] - 12:7<br>**TRANSLATIONS**....... | **..** [1] - 4:20<br>**Trial** [1] - 7:20<br>**TRIAL** [1] - 4:7<br>**trial** [1] - 7:22<br>**true** [1] - 13:15<br>**try** [1] - 8:20<br>**TUESDAY** [2] - 1:7, 6:2<br>**turn** [1] - 12:12<br>**two** [1] - 9:11<br>**type** [1] - 7:23<br><br>**U**<br><br>**unavailable** [1] - 12:25<br>**under** [3] - 6:25, 9:8, 9:10<br>**United** [2] - 13:14, 13:20<br>**UNITED** [2] - 1:1, 1:13<br>**up** [4] - 7:11, 9:19, 10:14, 10:22<br>**update** [2] - 9:16, 10:11<br>**UPDATE**....................................... [1] - 4:10<br>**updated** [1] - 9:9<br><br>**V**<br><br>**VA** [1] - 2:5<br>**VARIOUS** [1] - 4:18<br>**various** [1] - 12:5<br>**VEJNOSKA** [1] - 3:3<br>**verified** [1] - 9:10<br>**VII** [1] - 11:21<br>**Virginia** [1] - 8:6<br><br>**W**<br><br>**WALNUT** [1] - 1:22<br>**wants** [1] - 6:17<br>**WEST** [2] - 2:18, 2:23<br>**WHEREUPON** [1] - 13:7<br>**Woody** [2] - 6:25, 9:15<br>**WOODY** [4] - 3:11, 9:15, 10:3, 10:17<br>**woody** [2] - 8:25, 12:3<br>**wrapping** [1] - 9:18<br><br>**Y**<br><br>**YORK** [1] - 2:24 | **"**<br><br>**"CNBM"** [1] - 2:22 |

*OFFICIAL TRANSCRIPT*