UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering the current status of this litigation, the Court finds it appropriate to continue the following motions:

R. Doc. 20598 – Plaintiff's Motion to Remove Confidentiality Designations

R. Doc. 20643 – Motion for Plan to Satisfy Translation Order

R. Doc. 20661 – Motion to Compel Responses to Contempt Related Discovery

The Court will discuss potential hearing dates with Liaison Counsel during the pre-meeting before the June 27, 2017 Monthly Status Conference. Therefore,

**IT IS ORDERED** that Plaintiffs' Motion to Remove Confidentiality Designations, R. Doc. 20598, Motion for Plan to Satisfy Translation Order, R. Doc. 20643, and Motion to Compel Responses to Contempt Related Discovery, R. Doc. 20661, are hereby **CONTINUED**. A new hearing date will be set after the Court discusses the status of the litigation with Liaison Counsel.

_____
UNITED STATES DISTRICT JUDGE

1