# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 06, 2017

Mr. Russ M. Herman
Herman Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113

Mr. Michael P. Kenny
Alston & Bird, L.L.P.
1201 W. Peachtree Street
1 Atlantic Center
Atlanta, GA 30309

Mr. David Ray Venderbush
Alston & Bird, L.L.P.
90 Park Avenue
New York, NY 10016-1387

    No. 17-30432   In re: Chinese-Manufactured, et al
                             USDC No. 2:09-MD-2047
                             USDC No. 2:09-CV-6687
                             USDC No. 2:09-CV-6690
                             USDC No. 2:10-CV-361
                             USDC No. 2:11-CV-1395
                             USDC No. 2:11-CV-1672
                             USDC No. 2:11-CV-1673

Dear Mr. Herman, Mr. Kenny, Mr. Venderbush,

The transcript of the June 9, 2015 hearing has been filed on the District Court's docket.

The joint designations of the record must be filed in the District Court within **14 days** from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

cc:
    Mr. William W. Blevins