# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *Stephen and Diane Brooke, et al.* | |
| **Plaintiffs,** | **CASE NO.: 15-4127** |
| **v.** | **CLASS ACTION COMPLAINT** |
| *The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation,* | **JURY TRIAL DEMAND** |
| **Defendants.** | |

### PLAINTIFFS', PENINSULA II DEVELOPERS, INC., *et. al.*, OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (XX)(a)

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, or sold by the Defendants[1].

Intervening Plaintiffs have intervened in *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. Action No. 15-04127 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Brooke* plaintiffs and the defendants named in the *Brooke* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs

---

[1] Intervening Plaintiffs are not pursuing claims against China National Building Materials Group Co. ("CNBM Group"), as this defendant has been dismissed from these proceedings.

incorporate and adopt the substantive allegations of the *Brooke* complaint ¶¶ 1-2, and 6-123 herein by reference.

The Intervening Plaintiffs seek to be class representatives for the class identified in *Brooke*. The *Brooke* Defendants are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, or sale of the defective drywall at issue in this litigation.

Each of the subject properties are identified in the chart appended hereto as Exhibit "A". This chart provides all pertinent information for each property (*i.e.*, owner name, the address of the subject property, and counsel for each of the Intervening Plaintiffs).

### DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class, hereby demand a trial by jury as to all issues so triable as a matter of right.

### PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

      a.      an order certifying the case as a class action;

      b.      an order certifying the Class and each of the Subclasses;

      c.      an order appointing Plaintiffs as the Class Representatives of the Class;

      d.      an order appointing undersigned counsel and their firms as counsel for the Class;

      e.      compensatory and statutory damages;

      f.      punitive damages as allowed by law;

2

g.      pre and post-judgment interest as allowed by law;

h.      injunctive relief;

I.      an award of attorneys' fees as allowed by law;

j.      an award of taxable costs; and

k.      any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: June 15, 2017

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## COUNSEL FOR PENINSULA II DEVELOPERS, INC.

Michael S. McNamara
Pillsbury, Winthrop, Shaw, Pittman, LLP
1200 Seventeenth Street, NW
Washington, DC. 20036-3006
Phone: (202) 663-9386
Fax: (202) 663-8007

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert Becnel
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
rbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

4

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd., Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 15th day of June, 2017.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-Counsel for Plaintiffs*

# EXHIBIT A

| Peninsula II Developers, Inc. v. The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX)(a) | | | | | | |
| Claimant Name | Street Address | Unit # | City | State | Zip | Firm |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 405 | Aventura | FL | 33160 | Michael S. McNamara, Esquire Pillsbury Winthrop Shaw Pittman LLP 1200 Seventeenth Street NW Washington, DC 20036-3006 202.663.9386 (telephone) 202.663.8007 (fax) |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 407 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 501 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 502 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 503 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 504 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 505 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 506 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 507 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 508 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 509 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 601 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 603 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 604 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 605 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 606 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 607 | Aventura | FL | 33160 | Same as above |

| Peninsula II Developers, Inc. v.  The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX)(a) | | | | | | |
|---|---|---|---|---|---|---|
| **Claimant Name** | **Street Address** | **Unit #** | **City** | **State** | **Zip** | **Firm** |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 609 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 701 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 703 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 704 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 705 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 707 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 708 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 709 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 901 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 902 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 903 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 904 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 905 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 906 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 907 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 908 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 909 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1001 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1003 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1004 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1005 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1006 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1007 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1009 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1101 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1102 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1103 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1104 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1105 | Aventura | FL | 33160 | Same as above |

Peninsula II Developers, Inc. v.  The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.

Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX)(a)

| Claimant Name | Street Address | Unit # | City | State | Zip | Firm |
|---|---|---|---|---|---|---|
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1106 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1107 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1108 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1109 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1201 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1203 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1204 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1205 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1206 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1207 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1209 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1401 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1402 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1403 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1404 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1405 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1406 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1407 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1408 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1409 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1501 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1503 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1504 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1505 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1506 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1507 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1509 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1601 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1602 | Aventura | FL | 33160 | Same as above |

| Peninsula II Developers, Inc. v. The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX)(a) | | | | | | |
|---|---|---|---|---|---|---|
| **Claimant Name** | **Street Address** | **Unit #** | **City** | **State** | **Zip** | **Firm** |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1603 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1604 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1605 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1606 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1607 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1608 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1609 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1701 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1802 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1804 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1805 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1806 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1807 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 1809 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2001 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2002 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2003 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2004 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2005 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2007 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2008 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2009 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2101 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2103 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2104 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2105 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2106 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2107 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2109 | Aventura | FL | 33160 | Same as above |

| Peninsula II Developers, Inc. v.  The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX)(a) | | | | | | |
|---|---|---|---|---|---|---|
| **Claimant Name** | **Street Address** | **Unit #** | **City** | **State** | **Zip** | **Firm** |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2201 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2202 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2203 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2204 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2205 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2206 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2207 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2208 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2209 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2301 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2303 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2304 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2305 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2306 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2307 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2309 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2402 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2403 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2404 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2405 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2406 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2407 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2408 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2409 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2501 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2503 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2504 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2505 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2506 | Aventura | FL | 33160 | Same as above |

| Peninsula II Developers, Inc. v. The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX)(a) | | | | | | |
|---|---|---|---|---|---|---|
| **Claimant Name** | **Street Address** | **Unit #** | **City** | **State** | **Zip** | **Firm** |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2507 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2509 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2601 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2602 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2603 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2604 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2605 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2606 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2607 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2608 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2609 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2701 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2703 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2704 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2705 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2706 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2707 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2709 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2802 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2804 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2806 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 2809 | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 03A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 04A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 04B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 05A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 05B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 05C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 06A | Aventura | FL | 33160 | Same as above |

| Peninsula II Developers, Inc. v.  The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. |||||||
|:---:|:---:|:---:|:---:|:---:|:---:|:---|
| Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX)(a) |||||||
| **Claimant Name** | **Street Address** | **Unit #** | **City** | **State** | **Zip** | **Firm** |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 06B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 06C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 07A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 07C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 09A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 09B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 09C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 10A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 11A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 11B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 11C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 12A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 12B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 14A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 14B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 14C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 15A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 15B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 15C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 16A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 16B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 16C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 17A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 18B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 19A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 19B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 19C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 20B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 20C | Aventura | FL | 33160 | Same as above |

| Peninsula II Developers, Inc. v.  The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. <br> Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX)(a) | | | | | | |
|---|---|---|---|---|---|---|
| **Claimant Name** | **Street Address** | **Unit #** | **City** | **State** | **Zip** | **Firm** |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 21A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 21B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 21C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 22A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 22B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 22C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 23A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 23B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 23C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 24A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 24B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 24C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 25A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 25B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 25C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 26A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 26B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 26C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 27A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 27B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 27C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 28A | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 28B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 28C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 29B | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 30C | Aventura | FL | 33160 | Same as above |
| Peninsula II Developers, Inc. | 3301 NE 183rd Street | 31A | Aventura | FL | 33160 | Same as above |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |