**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* Case No. 15-4127** | |

**ORDER**

AND NOW, on this _____ Day of _____, 2017, upon consideration of Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.  The clerk is hereby directed to enter of record Plaintiffs', Peninsula II Developers, Inc., *et. al.*, Omnibus Class Action Complaint in Intervention (XX)(a), Exhibit "A" to Plaintiffs' Motion to Intervene.

The Intervening Plaintiffs identified in the Complaint in Intervention, are parties to the proceedings in *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. Action No. 15-04127 (E.D.La.).  Intervening Plaintiffs shall be deemed members of the class set forth in the *Brooke* complaint.

By the Court,

_____
HONORABLE ELDON E. FALLON

1