UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* **Case No. 15-4127** | |

## PROPOSED ORDER

Considering the Plaintiffs' Steering Committee's ("PSC") Motion to Substitute Exhibit "A" to Plaintiffs' Motion to Intervene,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the clerk is directed to substitute Exhibit "A" to the PSC's Motion to Substitute in place of Exhibit A to Plaintiffs' Motion to Intervene (Rec. Doc. 20811-2, Exhibit A).

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge