UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.) | |

CORRECTED EXHIBIT 5 TO

NOTICE OF ERRATA FOR SUBSTITUTED MOTION OF
PLAINTIFF-INTERVENORS AND THE PLAINTIFFS' STEERING
COMMITTEE TO ENFORCE THE COURT'S JULY 17, 2014
CONTEMPT ORDER AND INJUNCTION

# FILED UNDER SEAL