UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke, et al v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al*<br>*Case No. 15-6632* | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summonses and Complaint in the above captioned matter on Bernard Taylor, Esquire on June 19, 2017 via Federal Express pursuant to Court Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566). See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: June 20, 2017

Arnold Levin, Esquire
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of June, 2017.

                                          /s/ Arnold Levin
                                          Arnold Levin, Esquire

# EXHIBIT A

## LEVIN SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

\* also admitted in New Jersey
† also admitted in New York

June 16, 2017

***Via Federal Express***
Bernard Taylor
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

      RE: ***Chinese Drywall Litigation***
           ***Brooke, et al v. The State-Owned Assets Supervision and Administration***
           ***Commission of the State Council, et al***
           ***15-6631 and 15-6632***

Dear Mr. Taylor:

Pursuant to the Court's Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566), enclosed please find the Summonses and Complaints for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. for the above actions.

Should you have any questions, please feel free to contact me.

                        Very truly yours,

                        **ARNOLD LEVIN**

AL:jsl
Enclosures

My Profile | My FedEx Rewards | Support | Locations | English    Search or tracking number    Sub

**FedEx.**   Shipping | Tracking | Manage | Learn | FedEx Office ®    Levin Sedran Berman

**IMPORTANT!**
**Hurricane Season Readiness.** Learn More

## FedEx® Tracking

**779425388633**

Ship date:
Fri 6/16/2017

Actual delivery:
Mon 6/19/2017 8:37 am

**Delivered**
Signed for by: P.HINCKSON

Levin Sedran & Berman
SUITE 500
510 WALNUT STREET
PHILADELPHIA, PA US 19106
215 592-1500

Alston & Bird LLP
Bernard Taylor, Esquire
1201 West Peachtree Street
ATLANTA, GA US 30309
215 592-1500

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **6/19/2017 - Monday** | | |
| 8:37 am | Delivered | ATLANTA, GA |
| 7:15 am | On FedEx vehicle for delivery | ATLANTA, GA |
| 6:35 am | At local FedEx facility | ATLANTA, GA |
| **6/18/2017 - Sunday** | | |
| 7:12 pm | At destination sort facility | ATLANTA, GA |
| 5:09 pm | Departed FedEx location | MEMPHIS, TN |
| **6/17/2017 - Saturday** | | |
| 9:07 am | Arrived at FedEx location | MEMPHIS, TN |
| **6/16/2017 - Friday** | | |
| 9:10 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 6:34 pm | Picked up | PHILADELPHIA, PA |
| 4:04 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 779425388633 | Service | FedEx Standard Overnight |
| Weight | 3 lbs / 1.36 kgs | Delivery attempts | 1 |
| Delivered To | Mailroom | Total pieces | 1 |
| Total shipment weight | 3 lbs / 1.36 kgs | Terms | Not Available |
| Shipper reference | cdw - brooke FL VA | Packaging | FedEx Pak |
| Special handling section | Deliver Weekday | Standard transit | 6/19/2017 by 3:00 pm |

**FedEx.**    Search or tracking number    Sub

Ask FedEx

United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx Critical Inventory Logistics
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
FedEx HealthCare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx Cross Border
FedEx Supply Chain

**Follow FedEx**

© FedEx 1995-2017        Careers | Global Home | Site Map | fedex.com Terms of Use | Security and Privacy