UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke, et al v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al*<br>Case No. 15-6632 | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summonses and Complaint in the above captioned matter on L. Christopher Vejnoska, Esquire on June 19, 2017 via Federal Express pursuant to Court Order dated November 9, 2015 (Rec. Doc. No. 19713). See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: June 20, 2017

_____
Arnold Levin, Esquire
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of June, 2017.

/s/ Arnold Levin
Arnold Levin, Esquire

# EXHIBIT A

## LEVIN SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

\* also admitted in New Jersey
† also admitted in New York

June 16, 2017

**Via Federal Express**
L. Christopher Vejnoska
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

    RE:   ***Chinese Drywall Litigation***
            ***Brooke, et al v. The State-Owned Assets Supervision and Administration***
            ***Commission of the State Council, et al***
            ***15-6631 and 15-6632***

Dear Mr. Vejnoska:

    Pursuant to the Court's Order dated November 9, 2015 (Rec. Doc. No. 19713), enclosed please find the Summonses and Complaints for your clients, China National Building Material Co., Ltd., Beijing New Building Materials Public Limited Co. and Beijing New Building Materials Group Co., Ltd. for the above actions.

    Should you have any questions, please feel free to contact me.

                              Very truly yours,

                              **ARNOLD LEVIN**

AL:jsl
Enclosures

| | My Profile | My FedEx Rewards | Support | Locations | English | Search or tracking numb |

**FedEx** | Shipping | Tracking | Manage | Learn | FedEx Office® | Levin Sedr

**IMPORTANT!**
Hurricane Season Readiness. Learn More

---

**779425370609**

Ship date:
Fri 6/16/2017

Actual delivery:
Mon 6/19/2017 9:05 am

**Delivered**
Signed for by: M.MENDOZA

Levin Sedran & Berman
SUITE 500
510 WALNUT STREET
PHILADELPHIA, PA US 19106
215 592-1500

Orrick Herrington & Sutcliffe LLP
L. Christopher Vejnoska
The Orrick Building
405 Howard Street
SAN FRANCISCO, CA US 94105
215 592-1500

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **6/19/2017 - Monday** | | |
| 9:05 am | Delivered | SAN FRANCISCO, CA |
| 7:36 am | On FedEx vehicle for delivery | SAN FRANCISCO, CA |
| 7:07 am | At local FedEx facility | SAN FRANCISCO, CA |
| 2:15 am | Departed FedEx location | OAKLAND, CA |
| **6/18/2017 - Sunday** | | |
| 6:38 pm | Arrived at FedEx location | OAKLAND, CA |
| 4:53 pm | Departed FedEx location | MEMPHIS, TN |
| **6/17/2017 - Saturday** | | |
| 9:07 am | Arrived at FedEx location | MEMPHIS, TN |
| **6/16/2017 - Friday** | | |
| 9:10 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 6:34 pm | Picked up | PHILADELPHIA, PA |
| 3:55 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 779425370609 | Service | FedEx Standard Overnight |
| Reference | cdw - brooke FL VA | Weight | 3 lbs / 1.36 kgs |
| Delivery attempts | 1 | Delivered To | Mailroom |
| Total pieces | 1 | Total shipment weight | 3 lbs / 1.36 kgs |
| Terms | Not Available | Shipper reference | cdw - brooke FL VA |
| Packaging | FedEx Pak | Special handling section | Deliver Weekday |
| Standard transit | 6/19/2017 by 3:00 pm | | |

---

**FedEx.**

Search or tracking numbe

| Customer Focus | Featured Services | Companies | Follow FedEx | United S |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx Critical Inventory Logistics | FedEx Ground | | |
| Service Guide | FedEx SameDay | FedEx Office | | |
| Customer Support | FedEx Home Delivery | FedEx Freight | | |
| | FedEx TechConnect | FedEx Custom Critical | | |
| **Company Information** | FedEx HealthCare Solutions | FedEx Trade Networks | | |
| About FedEx | Online Retail Solutions | FedEx Cross Border | | |
| Careers | Packaging Services | FedEx Supply Chain | | |
| Investor Relations | Ancillary Clearance Services | | | |
| Subscribe to FedEx email | | | | |
| | **Other Resources** | | | |
| | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

Ask FedEx

© FedEx 1995-2017

Careers | Global Home | Site Map | fedex.com Terms of Use | Securit