# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## JOINT DESIGNATION OF RECORD ON APPEAL

Appellants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (collectively "Taishan") and Plaintiff-Appellees, individually and on behalf of all others similarly situated, et al., submit this Joint Designation of the Record on Appeal pursuant to the June 6, 2017 Order of the United States Court of Appeals for the Fifth Circuit in Case No. 17-30432.

Unless otherwise indicated, the parties intend that the designated docket entries be included in their entirety (including all exhibits and attachments). The parties also designate the complete docket report for 2:09-md-2047 in the record on appeal.

**Designations from Docket 2:09-md-2047**

| DOC. | DESCRIPTION | DATE |
|---|---|---|
| 464 | Plaintiffs' Motion for Default Judgment Against Taishan Gypsum Co., | 11/18/09 |
| 487 | Entry of Default | 11/20/09 |
| 2380 | *Germano* Findings of Fact and Conclusions of Law | 4/8/10 |
| 2713 | *Hernandez* Findings of Fact and Conclusions of Law | 4/27/10 |
| 3013 | *Germano* Default Judgment | 5/11/10 |
| 6964 | PSC Motion to Compel Discovery Responses from Taishan | 1/12/11 |
| 6967 | Supplemental Order Regarding Stipulation | 1/12/11 |
| 7026 | Taishan Response to Motion to Compel Discovery Responses | 1/18/11 |
| 7364 | PSC Renewed Motion to Compel | 2/9/11 |
| 7415 | Taishan Response to Renewed Motion to Compel | 2/14/11 |
| 8685 | PSC Motion to Compel | 5/3/11 |
| 8841 | Taishan Response to PSC Motion to Compel | 5/18/11 |
| 10162 | Taishan Supplemental Memorandum in Response to Motion to Compel | 8/22/11 |
| 10269 | Order and Reasons | 9/9/11 |
| 10799 | Motion for Reconsideration re September 9, 2011 Order & Reasons | 10/7/11 |

| 10803 | PSC Response to Motion for Reconsideration re September 9, 2011 Order & Reasons | 10/11/11 |
|---|---|---|
| 16407-3 | Third Amended Knauf Settlement Agreement | 12/11/12 |
| 17008 | Report by Settlement Administrator | 8/19/13 |
| 17060 | Pre-Trial Order No. 27 | 9/10/13 |
| 17160 | Notice of Approved Claims Administrator Procedures | 10/1/13 |
| 17774 | Order Requiring Taishan to Appear for Judgment Debtor Examination | 6/20/14 |
| 17846 | Motion to Withdraw as Counsel | 7/14/14 |
| 17869 | Contempt Order and Injunction | 7/17/14 |
| 17883 | PSC Omnibus Motion for Class Certification | 7/23/14 |
| 18028 | Findings of Fact and Conclusions of Law | 9/26/14 |
| 18086 | PSC Motion for Assessment of Class Damages | 10/29/14 |
| 18196 | Order and Reasons | 12/12/14 |
| 18256 | Order and Reasons | 1/13/15 |
| 18276 | Transcript of January 22, 2015 Status Conference | 1/23/15 |
| 18294 | Declaration in Support of Plaintiffs' Motion for Assessment of Class Damages to Rule 55(b)(2)(B) | 2/5/15 |
| 18302 | PSC's Motion to Enforce the Court's July 17, 2014 Contempt Order and Injunction | 2/10/15 |
| 18451 | Taishan Response to Motion to Enforce the Contempt Order | 3/9/15 |
| 18475 | PSC's Omnibus Response/Reply to Motions Regarding Contempt, Enforcement of Contempt Order, and Class Damages Hearing | 3/3/15 |
| 18598 | Taishan Motion to Compel Production | 4/6/15 |
| 18612 | PSC Response to Motion to Compel Production | 4/7/15 |
| 18673 | PSC Revised Trial Plan for the Assessment of Class Damages | 4/13/15 |
| 18697 | Transcript of April 7, 2015 Status Conference | 4/15/15 |
| 18753 | PSC Second Revised Trial Plan for Assessment of Class Damages | 4/24/15 |
| 18816 | Notice of Videotaped Deposition of Jake Woody and BrownGreer PLC | 5/4/15 |
| 18856 | PSC Emergency Motion for a Protective Order Regarding Deposition | 5/6/15 |
| 18877 | Taishan Response to Motion for Assessment of Class Damages | 5/8/15 |
| 18879 | Taishan Motion to Decertify Class | 5/8/15 |
| 18958 | PSC Reply in Support of Motion for Assessment of Class Damages | 5/18/15 |
| 18962 | Taishan Emergency Motion to Compel BrownGreer PLC's Production | 5/18/15 |
| 18998 | Order | 5/26/15 |
| 19021 | Taishan Omnibus Supplemental Response to Motion for Assessment of Class Damages | 5/29/15 |
| 19066 | PSC Response to Motion to Exclude Testimony of George Inglis, P.E. | 6/3/15 |
| 19089 | Order | 6/3/15 |
| 19091 | Taishan Motion to Exclude the Testimony of George Inglis, P.E. | 6/5/15 |
| 19135 | List of Exhibits (and the Exhibits Themselves) Admitted at June 9, 2015 Class Damages Hearing | 6/9/15 |
| 19191 | Taishan Motion to Exclude Plaintiffs' Class Spreadsheet | 6/23/15 |
| 19194 | Taishan Proposed Findings of Fact & Conclusions of Law | 6/23/15 |

| | | |
|---|---|---|
| 19197 | PSC Proposed Findings of Fact & Conclusions of Law | 6/23/15 |
| 19198 | BNBM Proposed Findings of Fact & Conclusions of Law | 6/23/15 |
| 19254 | PSC Response to Motion to Exclude Plaintiffs' Class Spreadsheet | 7/6/15 |
| 19264 | Taishan Reply to Motion to Exclude Plaintiffs' Class Spreadsheet | 7/8/15 |
| 19289 | PSC Sur-Reply to Motion to Exclude Plaintiffs' Class Spreadsheet | 7/13/15 |
| 19355 | Order & Reasons | 8/3/15 |
| 19490 | Taishan Supplemental Opposition to Motion for Assessment of Class Damages | 9/11/15 |
| 19555 | PSC Response to Taishan Supplemental Opposition | 9/18/15 |
| 19546 | Taishan Motion to Set a Briefing Schedule on Class Decertification | 9/28/15 |
| 19572 | PSC Response to Motion to Set a Briefing Schedule on Decertification | 10/5/15 |
| 19705 | PSC Motion to Expedite Hearing on Setting Phased Damages Trials | 11/6/15 |
| 19712 | Taishan Response to Motion to Expedite Hearing | 11/10/15 |
| 19746 | PSC Reply to Motion to Expedite Hearing | 11/17/15 |
| 19884 | Taishan Proposed Findings of Fact and Conclusions of Law | 12/7/15 |
| 19897 | PSC Proposed Finding of Fact and Conclusions of Law | 12/9/15 |
| 19959 | Findings of Fact and Conclusions of Law from November 17, 2015 Evidentiary Hearing | 1/18/16 |
| 20032 | PSC's Substituted Motion to Enforce the Court's July 17, 2014 Contempt Order and Injunction | 2/10/16 |
| 20583 | Taishan Supplemental Brief in Opposition to Motion for Assessment of Class Damages | 12/9/16 |
| 20613 | Plaintiffs' Supplemental Submission in Support of Class Damages, Reply to Taishan's 2nd Supplemental Response to PSC's Motion for Class Damages, and Proposed Trial Plan | 12/23/16 |
| 20627 | CNBM Motion to Decertify Class | 1/5/17 |
| 20631 | BNBM Notice of Joinder in Motion to Decertify Class | 1/6/17 |
| 20632 | Taishan Notice of Joinder in Motion to Decertify Class | 1/9/17 |
| 20634 | PSC Supplemental Brief in Support of Motion for Assessment of Class Damages | 1/9/17 |
| 20664 | Taishan Supplemental Brief in Opposition to PSC Substituted Motion to Enforce the Contempt Order | 2/16/17 |
| 20675 | PSC Response to Motion to Decertify Class | 2/21/17 |
| 20686 | BNBM Reply in Support of Motion to Decertify Class | 2/23/17 |
| 20688 | PSC Reply to Response to Motion to Enforce the Court's July 17, 2014 Contempt Order and Injunction | 2/23/17 |
| 20690 | Taishan Reply in Support of Motion to Decertify Class | 2/23/17 |
| 20692 | CNBM Reply in Support of Motion to Decertify Class | 2/23/17 |
| 20699 | Transcript of March 2, 2017 Motion Hearing | 3/6/17 |
| 20740 | Order & Reasons | 4/21/17 |
| 20741 | Findings of Fact & Conclusions of Law | 4/21/17 |
| 20778 | Taishan Motion to Amend Orders and Certify for Interlocutory Appeal | 5/22/17 |

| 20802 | Transcript of June 9, 2015 Evidentiary Hearing | 6/6/17 |
|---|---|---|
| 20809 | PSC's Response to Taishan's Motion to Amend Order Denying Class Decertification and the Class Damages Order and to Certify for Interlocutory Appeal under Section 1292(b) | 6/15/17 |
| 20813 | Notice of Errata for Substituted Motion of PSC to Enforce the Court's July 17, 2014 Contempt Order and Injunction | 6/16/17 |

Dated: June 20, 2017.

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819)
Leonard A. Davis (La Bar No. 14190)
Stephen J. Herman (La Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith Verrier
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

/s/ Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Bernard Taylor, Esq.
Georgia Bar No. 669625
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG &
TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of June, 2017.

/s Michael P. Kenny
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan*