# EXHIBIT "F"



# PHOTO EXHIBIT FOR

# VASHAUN & ERIKA WILLIAMS



# Drywall Markings
# Photo Exhibit

Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Tapered

edge 1020 oootkd

4

CLOSET
2ND
FLOOR

Drywall   4feetx12feetx1/2inch

5



6



Bereijo, J-Indicia-0026



8



Interior Wall Drywall
Stamp from AC Room

9



10

Interior Wall Drywall Stamp from Living Room

11



12











Paper Edge Tape from Kitchen

Interior Wall Drywall Stamp from Kitchen

15

16



Bernice Butler
2999 Silver Hill Drive
Douglasville, GA 30135

Daniel K. Bryson

MADE IN CHINA MEET OR EXCEEDS ASTM C1396 04 STANDARD



18

MADE IN CHINA.MEE

Grueninger
606 San Antonio
Coral Gables, Fl.
01-13-2010

Grueninger, S-Indicia-0215

RD    06.01.22  15:36:58  212973

Grueninger, S-Indicia-0219

19



MADE IN CHINA MEET OR EXCEED

CravenD(38th St.)0014
20



21





BEIJING NEW BUILDING MATERIALS CO.,

TYPE 94 4 4

4A

5/8"or15.9mm THICK

GYPSUM BOARD

FIRE RESISTANCE CLASSIFICATION
SEE UL FIRE RESISTANCE DIRECTORY
ISSUE NO. F-3851

BNBM DRAGON BRAND GYPSUM WALLBOARD

TYPE DBX-1

R19374



5/8"OR15.9mm THICK

GYPSUM BOARD

ISSUE NO. F-3851

FIRE RESISTANCE CLASSIFICATION

SEE UL FIRE RESISTANCE DIRECTORY

24










27

ceiling 16oc wall 21oc ma

29



Bell, P-Indicia-0204













33



34



# PHOTO EXHIBIT FOR

## VASHAUN & ERIKA WILLIAMS



36



37

Nell Booth 483 Tranquil Drive, Winder GA
Northwest Port of Georgia Academy "Taihe China"
11/17/09  1125  John Bukolol

VENTURE SUPPLY INC.  MFG TAIHE CHINA

Nell Boothe
483 Tranquill Drive
Winder, GA 30680

Daniel K. Bryson

38

ENTURE SUPPLY INC. MFG TAIHE CHINA

39



VENTURE SUPPLY INC.MFG TAIHE CHINA

40



Dun Gypsum Board in Attic
Drywall in AC Closet




Attic Drywall



42





Delayo, W-Indicia-0029