**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x<br>x<br>x<br>x<br>x | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES | x<br>x<br>x | |

**NOTICE OF MANUAL ATTACHMENT**

The Plaintiffs' Steering Committee ("PSC") gives notice that the material referenced in The Plaintiffs' Steering Committee's Submission of An Updated Class Plaintiffs' Spreadsheet of Taishan Properties With Verified Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing Dated April 21, 2017 [Rec. Doc. 20741] as being "on the hard drive" is being manually delivered to the Court and to Harry Rosenberg (Liaison Counsel) due to the voluminous nature of the materials.  Mr. Rosenberg should copy and disseminate the hard drive to appropriate individual counsel for Taishan, CNBM and BNBM.

Dated: June 20, 2017                                Respectfully Submitted,

                                    By:    /s/ Russ M. Herman
                                              Russ M. Herman (La Bar No. 6819) (on the brief)
                                              Leonard A. Davis (La Bar No. 14190) (on the brief)
                                              Stephen J. Herman (La Bar No. 23129)(on the brief)
                                              Herman, Herman & Katz, LLC
                                              820 O'Keefe Avenue
                                              New Orleans, LA 70113
                                              Phone: (504) 581-4892
                                              Fax: (504) 561-6024
                                              ldavis@hhklawfirm.com
                                              *Plaintiffs' Liaison Counsel MDL 2047*

                                                  Arnold Levin (on the brief)
                                                  Fred S. Longer (on the brief)
                                                  Sandra L. Duggan (on the brief)
                                                  Levin Sedran & Berman
                                                  510 Walnut Street, Suite 500
                                                  Philadelphia, PA 19106
                                                  Phone: (215) 592-1500
                                                  Fax: (215) 592-4663
                                                  alevin@lfsblaw.com
                                                  *Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios (on the brief) | Bruce William Steckler |
| Zachary Wool (on the brief) | Steckler LLP |
| Emma Kingsdorf (on the brief) | 12720 Hillcrest Road, Suite 1045 |
| Barrios, Kingsdorf & Casteix, LLP | Dallas, TX 75230 |
| 701 Poydras Street, Suite 3650 | Phone: (972) 387-4040 |
| New Orleans, LA 70139 | Fax: (972) 387-4041 |
| Phone: (504) 524-3300 | bruce@stecklerlaw.com |
| Fax: (504) 524-3313 | |
| Barrios@bkc-law.com | Ervin A. Gonzalez (deceased)[1] |
| | Patrick Montoya |
| Robert Becnel, Jr. | Colson, Hicks, Eidson |
| Becnel Law Firm, LLC | 255 Alhambra Circle, Penthouse |
| 425 W. Airline Highway, Suite B | Coral Gables, FL 33134 |
| Laplace, LA 70068 | Phone: (305) 476-7400 |
| Phone: (985) 536-1186 | Fax: (305) 476-7444 |
| Fax: (985) 536-6445 | patrick@colson.com |
| rbecnel@becnellaw.com | |
| | |
| Peter Prieto | |
| Podhurst Orseck, PA | |
| 25 Flagler Street, 8th Floor | |
| Miami, FL 33130 | |
| Phone: (305) 358-2800 | |
| Fax: (305) 358-2382 | |
| pprieto@podhurst.com | |

---

[1] Sadly, on June 8, 2017, Mr. Gonzalez passed away. Plaintiffs' Lead and Liaison Counsel will be filing a motion to substitute in his place as a PSC member Mr. Gonzalez's partner Patrick Montoya. Mr. Montoya has been involved with this litigation for many years.

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis (on the brief)
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of June, 2017.

Respectfully Submitted,

By: */s/ Leonard A. Davis*
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*