**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE IN OPPOSITION
TO CNBM AND BNBM ENTITIES' MOTION TO CERTIFY AN IMMEDIATE
APPEAL FROM THE COURT'S JURISDICTIONAL ORDER (§ 1292(b) MOTION #1)**

# FILED UNDER SEAL IN ITS ENTIRETY