**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| =============================== | x | ============================ |
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | x | SECTION: L |
| LITIGATION | x | JUDGE FALLON |
| | x | MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL | x | |
| CASES | x | |
| | x | |
| =============================== | x | ============================ |

**THE PLAINTIFFS' STEERING COMMITTEE'S
RESPONSE IN OPPOSITION TO TAISHAN'S MOTION
FOR ACCESS TO CLAIMS SUPPORT AND FOR
EVIDENTIARY HEARING ON REMEDIATION ISSUES**

**MAY IT PLEASE THE COURT:**

The Plaintiffs' Steering Committee ("PSC") submits this Response in Opposition to Taishan's Motion for Access to Claims Support and for evidentiary hearing on Remediation Issues filed on May 19, 2017 [Rec. Doc. 20776].

Thousands of homeowners have been waiting more than eight years for relief from Defendants. Even though Taishan's motion only seeks access to information regarding those properties contained on Exhibit 10/79 (admitted at the Class Damages hearing on June 9, 2015), which are owned by Class Members, the PSC previously has provided substantially all of the material requested to Taishan's counsel. All of these property owners are seeking damages caused by Defendants' Chinese drywall, but they have yet to see their day in Court. While the MDL was proceeding, Taishan and its parents, the BNBM and CNBM Entities, chose to wait on the sidelines of the litigation, ignore the lawsuits against them and allow default judgments to be entered. Then,

1

they tested the question of jurisdiction over Taishan before this Court from 2010-2012 and then on appeal from 2012-2014 (losing twice in the Fifth Circuit Court of Appeals).  After five years of litigation, CNBM Group orchestrated Taishan's refusal to appear for a court-ordered Judgment Debtor Examination and abandonment of the litigation (leading to a Contempt Order and Injunction), and all of these Defendants ignored the class certification proceedings in 2014.  This MDL has now entered its ninth year and Plaintiffs with Taishan or BNBM Chinese drywall in their homes have yet to see any relief from the Defendants. (See for example Rec. Doc. 20809.)

Taishan seeks access to and a further analysis of information provided by the PSC and or Brown Greer for the damage claims. Much of the information that Taishan seeks has already been provided previously on numerous occasions to Taishan.  The Request in Taishan's Motion violates the long-standing process by which this MDL has conducted matters including discovery and the spirit in which this Court has dealt with damages to Plaintiffs' homes and the opportunity given to Defendants to address damages claimed by Plaintiffs.  Certainly no due process rights have been violated.  Ample opportunity on multiple occasions has been given to Taishan to conduct discovery, participate in court matters, review materials relating to damages and participate in an orderly process outlined by the Court to proceed to a judgment on the class' claims.

On June 20, 2011, in accordance with the Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing (Rec. Doc. 20741) the PSC filed with the Court and served upon Taishan the Plaintiff's Steering Committee's Submission of an Updated Class Plaintiffs' Spreadsheet of Taishan Properties with Verified Under Air Living Square Footage Pursuant to the Court's Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages hearing Dated April 21, 2017 (Rec. Doc. 20824).  This filing contained an updated Class Plaintiffs'

Spreadsheet listing the names and addresses of Class Members who were listed on Exhibit 10-79 and who, as of the date of the Class Damages Hearing, owned a Taishan property for which square footage has been verified.  The PSC also provided the court and Taishan with a searchable Excel version of the spreadsheet on a hard drive.  This hard drive includes indicia of drywall markings for all properties listed on the spreadsheet as well as proof of square footage and verifications. Furthermore, the analysis undertaken by Brown Greer and information provided by Brown Greer to assist in complying with the Court's order of April 21, 2017 regarding the Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing has all been submitted to the Court and Taishan.

The PSC contends that Taishan's motion is not necessary or appropriate to the needs of the case at this particular time.  The Plaintiffs in this litigation have undergone years of expenditure of resources and based upon discovery techniques utilized earlier in this MDL proceeding, the importance of the discovery presently sought does not have merit.  Further, the burden and expense that will be necessitated will outweigh any likely benefit.  The Court previously ordered Plaintiffs to submit Plaintiff Profile Forms.  Plaintiffs have already produced their PPFs.  In addition, many properties containing both Knauf and non-Knauf manufactured Chinese drywall were inspected pursuant to the TIP Program (PTO 13 & PTO 13A).  This Court has already ruled that the damages awarded will be calculated by multiplying the under air square footage of the Affected Properties listed on the revised Class Plaintiffs Spreadsheet by $105.91 as adjusted by the RS Means location factor.  The Court has already approved of a formulaic damages methodology and stated that it is reliable, making the motion filed by Taishan unnecessary and contrary to this Court's ruling.

The PSC has advised Taishan that it will be filing with the Court in connection with "Endgame Matters" a motion to relieve the Omnibus XX Class Action Plaintiffs of Certain Duties to Preserve Physical Evidence and to Require Inspections by the Taishan Defendants.  Should the Court determine that additional information regarding the Plaintiffs identified on Exhibit 10/79 should be provided to Taishan as a result of its Motion for Access to Claim Support materials, then the Court should order that if Taishan desires additional materials Taishan should conduct additional inspections of properties in order for the parties to be provided with further evidence to support the information contained in the spreadsheet, and in such event, any inspections should be undertaken at the sole expense of Taishan and without undue burden or expense to Plaintiffs or damage to any of Plaintiffs' property.  The materials provided by the PSC coupled with any such inspections are more than adequate to enable Taishan to perform whatever evaluation it may need.

Dated: June 21, 2017                              Respectfully Submitted,

                              By:      /s/ Leonard A. Davis
                                       Russ M. Herman (La Bar No. 6819) (on the brief)
                                       Leonard A. Davis (La Bar No. 14190) (on the brief)
                                       Stephen J. Herman (La Bar No. 23129)(on the brief)
                                       Herman, Herman & Katz, LLC
                                       820 O'Keefe Avenue
                                       New Orleans, LA 70113
                                       Phone: (504) 581-4892
                                       Fax: (504) 561-6024
                                       ldavis@hhklawfirm.com
                                       *Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
rbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez (deceased)[1]
Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

---

[1] Sadly, on June 8, 2017, Mr. Gonzalez passed away.  Plaintiffs' Lead and Liaison Counsel will be filing a motion to substitute in his place as a PSC member Mr. Gonzalez's partner Patrick Montoya.  Mr. Montoya has been involved with this litigation for many years.

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (on the brief)
HAUSFELD LLP
1700 K Street, N.W., Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of June, 2017.

Respectfully Submitted,

By: */s/ Leonard A. Davis*
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*