IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Motion for Leave to File the Plaintiffs' Steering Committee's Response in Opposition to CNBM and BNBM Entities' Motion to Certify an Immediate Appeal From the Court's Jurisdictional Order (§ 1292(b) Motion #1), Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Response in Opposition to CNBM and BNBM Entities' Motion to Certify an Immediate Appeal From the Jurisdictional Order (§ 1292(b) Motion #1) be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 22nd day of June, 2017.

_____
Eldon E. Fallon
United States District Court Judge