IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. La.);<br><br>*Gross v. Knauf Gips, KG*, Case No. 09-6690 (E.D. La.);<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.*, Case No. 10-361 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. La.). | |

**O R D E R**

Considering the Motion for Leave to File the Plaintiffs' Steering Committee's Response in Opposition to CNBM and BNBM Entities' Motion to Certify an Immediate Appeal From the Court's Order Denying Their Motions to Decertify the Class (§ 1292(b) Motion #2), Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Response in Opposition to CNBM and BNBM Entities' Motion to Certify an Immediate Appeal From the Court's Order Denying Their Motions to Decertify the Class (§ 1292(b) Motion #2) be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this  22nd  day of _____June_____, 2017.

_____
Eldon E. Fallon
United States District Court Judge

2