UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
|     DRYWALL PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

**AGENDA**
**FOR JUNE 27, 2017 STATUS CONFERENCE**

I.    OMNIBUS CLASS ACTIONS

II.    KNAUF REMEDIATION PROGRAM

II.    TAISHAN, BNBM AND CNBM DEFENDANTS

III.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

IV.    ATTORNEY'S FEES

V.    MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

VI.    NEXT STATUS CONFERENCE