**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES | x x x | |

**ERRATA TO PLAINTIFFS' STEERING COMMITTEE'S SUBMISSION OF AN UPDATED CLASS PLAINTIFFS' SPREADSHEET OF TAISHAN PROPERTIES WITH VERIFIED UNDER AIR LIVING SQUARE FOOTAGE PURSUANT TO THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW RELATED TO THE JUNE 9, 2015 DAMAGES HEARING DATED APRIL 21, 2017 [REC. DOC. 20824]**

The Plaintiffs' Steering committee hereby submits their Errata to Submission of an Updated Class Plaintiffs' Spreadsheet of Taishan Properties with Verified Under Air Living Square Footage Pursuant to the Court's Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing Dated April 21, 2017 [Rec. Doc. 20824]. Based upon errors found in Exhibit C and Exhibit E, and missing properties from Exhibit G, the PSC revises these Exhibits to reflect these correction as follows. Revised Exhibits C, E, and G are attached hereto.

**Revised Exhibit C- Reserved Properties Spreadsheet**

1. Eloise Thomley- Lot 165, 31195 Oak Drive, Orange Beach, AL 36567 was removed from Exhibit C as it was duplicate and included on Exhibit A.

**Revised Exhibit E- Composite Spreadsheet**

1. Eloise Thomley- Lot 165, 31195 Oak Drive, Orange Beach, AL 36567 was removed from Exhibit E so that this property only appears once.

1

2. Eric Romain- 2350 Lyndel Drive Chalmette, Apt. A-D, LA 70043 was added to Exhibit E. This property was included on Exhibit A, but did not originally make it to the composite Exhibit.

**Revised Exhibit G- Ownership Status Spreadsheet**

1. The following properties were removed from Exhibit G as they were duplicates and/or another claimant is making a remediation claim on behalf of these claimants:

    a. Adams, Robert and Klein-Adams, Marni- 9861 Lago Drive Boynton Beach, FL 33472
    b. Blue Water of Cape Coral- 221 Shadroe Cove Circle, Unit 1004 Cape Coral, Florida 33991
    c. Blue Water of Cape Coral, Inc.- 221 Shadroe Cove Circle, Unit 401, Cape Coral, Florida 33991
    d. Blue Water of Cape Coral, Inc.- 221 Shadroe Cove Circle, Unit 902, Cape Coral, Florida 33991
    e. Blue Water of Cape Coral, Inc.- 221 Shadroe Cove Circle, Unit 403, Cape Coral, Florida 33991
    f. Blue Water of Cape Coral, Inc.- 221 Shadroe Cove Circle, Unit 504, Cape Coral, Florida 33991
    g. Blue Water of Cape Coral, Inc.- 221 Shadroe Cove Circle, Unit 903, Cape Coral, Florida 33991
    h. Blue Water of Cape Coral, Inc.- 221 Shadroe Cove Circle, Unit 604, Cape Coral, Florida 33991
    i. Blue Water of Cape Coral, Inc.- 221 Shadroe Cove Circle, Unit 804, Cape Coral, Florida 33991
    j. Boyce, Gary E. and Christine (Deceased)- 4049 Greenway Drive Gulf Shores, AL 36542
    k. Cherba, Alexander- 9492 Cobblestone Creek Drive Boynton Beach, Florida 33472
    l. Chevalier, Randy and G. and Antoinette- 3902 B. Franklin Avenue New Orleans, LA 70122
    m. Cloud, Deidra- 7833 Keats Street New Orleans, LA 70126
    n. Cobblestone on the Lake Master Association, Inc.- 4385 Cortina Circle Unit 447 Ft. Myers, FL 33916
    o. Cocquerelle, Nicolas- 4351 Bellaria Way #433, Ft. Myers, Florida 33916
    p. DeCarlo, Ellen and Nelson, Jerald- 9651 Lago Drive, Boynton Beach, Florida 33472
    q. Del Greco, Gary and Corrine- 9379 Cobblestone Brook Court Boynton Beach, FL 33472
    r. Harrypersad, Roy- 8697 Cobblestone Point Circle Boynton Beach, Florida 33462
    s. Hocker, Dina- 503 E. Sheridan Unit 304 Dania Beach, FL 33004

    t.    Lloyd, Maxwell and Joete- 8248 N.W. 125 Lane Parkland, FL 33076
    u.    Marchese, Troy and Dina- 8830 Cobblestone Point Circle Boynton Beach, Florida 33472
    v.    Morakis, Nick and Karen- 8859 Cobblestone Point Circle Boynton Beach, Florida 33472
    w.    Romain, Eric J. and Tracy H.- 2350 Lyndel Drive Chalmette, Apt. B, LA 70043
    x.    Romain, Eric J. and Tracy H.- 2350 Lyndel Drive Chalmette, Apt. D, LA 70043
    y.    Romain, Eric J. and Tracy H.- 2350 Lyndel Drive Chalmette, Apt. C, LA 70043
    z.    Vigar, Sana and Bashir, Naveed- 17803 SW 147 Street Miramar, FL 33029

2. The following properties were added to Exhibit G:

    a.    Rogers, Billy W. on behalf of Rogers Company- 4501 Colony Drive Meraux, LA 70075
    b.    Rogers, Billy W. on behalf of Rogers Company- 4505 Colony Drive Meraux, LA 70075
    c.    D'Agostino, Luis & Guadalupe- 2944 Tiburon Blvd. East
    d.    Mendez, Lincoln and America- 4180 North Highway A1A Unit 801B
    e.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 2911 N Pine Island Road - Bldg 66 Apt 302
    f.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 9900 Sunrise Lakes Blvd - Bldg 153 Apt 311
    g.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 9681 Sunrise Lakes Blvd - Bldg 136 Apt 310
    h.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 9681 Sunrise Lakes Blvd - Bldg 136 Apt 307
    i.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 9681 Sunrise Lakes Blvd - Bldg 136 Apt 207
    j.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 9900 Sunrise Lakes Blvd - Bldg 153 Apt 312
    k.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 102 (Van Kolem)
    l.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 104 (Marques,H)
    m.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 205 (Schapson)
    n.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 209 (Sabina)
    o.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 210 (Santiago)
    p.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 101 (Parson)
    q.    Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 106 (Llanio)

r. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 108 (Cyrus)
s. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 206 (Parro)
t. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 302 (Bogen)
u. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 304 (Williams)
v. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 305 (Lucarello)
w. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 306 (Potter Johnson)
x. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 308 (Farid)
y. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 309 (Barnwell)
z. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2721 N Pine Island Road - Bldg. 69, apt. 310 (Benitez-Reyes)
aa. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2800 N Pine Island Road - Bldg. 62, apt. 309 (Messina Nelly)
bb. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2801 N Pine Island Road - Bldg 72 apt 201 (Sanchez)
cc. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2801 N Pine Island Road - Bldg 72 apt 303 (Bronstein)
dd. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2801 N Pine Island Road - Bldg 72 apt 102
ee. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2801 N Pine Island Road - Bldg 72 apt 104 (Dustman)
ff. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2801 N Pine Island Road - Bldg 72 apt 202 (Aronson)
gg. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2811 N Pine Island Road - Bldg. 71, apt. 112 Thomas
hh. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2811 N Pine Island Road - Bldg. 71, apt. 311 Acosta
ii. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2811 N Pine Island Road - Bldg. 71, apt. 312 Feldman
jj. Sunrise Lakes Condominium Apt Phase III, Inc 1- 2911 N Pine Island Road - Bldg. 66 apt. 103 Kelman
kk. Sunrise Lakes Condominium Apt Phase III, Inc 1- 8851 Sunrise Lakes Blvd - Unit 76-201 - Quint, Irving & Yvette. B76-Unit 201
ll. Sunrise Lakes Condominium Apt Phase III, Inc 1- 8851 Sunrise Lakes Blvd - Unit 76-202 - McFarlane, Earle. BLDG 76. Unit 202
mm. Sunrise Lakes Condominium Apt Phase III, Inc 1- 8851 Sunrise Lakes Blvd - Unit 76-203 - MCClean, Henry. BLDG, 76. APT, 203

nn. Sunrise Lakes Condominium Apt Phase III, Inc 1- 8851 Sunrise Lakes Blvd - Unit 76-207 - Morales. BLDG, 76. APT. 207
oo. Sunrise Lakes Condominium Apt Phase III, Inc 1- 8851 Sunrise Lakes Blvd - Unit 76-208 - Delcolle, P. BLDG.76, APT. 208
pp. Sunrise Lakes Condominium Apt Phase III, Inc 1- 8851 Sunrise Lakes Blvd - Unit 76-210 - Goldstein, F. BLDG 76.APT 210
qq. Sunrise Lakes Condominium Apt Phase III, Inc 1- 8851 Sunrise Lakes Blvd - Unit 76-211 - Rodriguez (Figueroa). BLDG 76. APT 211
rr. Sunrise Lakes Condominium Apt Phase III, Inc 1- 8851 Sunrise Lakes Blvd - Unit 76-218 - Moore, V. BLDG 76. APT 218
ss. Sunrise Lakes Condominium Apt Phase III, Inc 1- 8861 Sunrise Lakes Blvd - Unit 83-311 - Herman. BLDG 83. APT 311
tt. Sunrise Lakes Condominium Apt Phase III, Inc 1- 8881 Sunrise Lakes Blvd - Unit 75-207
uu. Sunrise Lakes Condominium Apt Phase III, Inc 1- 8881 Sunrise Lakes Blvd - Unit 75-208 - Friedman, Lola. BLDG. 75, APT. 208
vv. Sunrise Lakes Condominium Apt Phase III, Inc 1- 8881 Sunrise Lakes Blvd - Unit 75-308 - Nott, Leete. BLDG. 75, APT. 308
ww. Sunrise Lakes Condominium Apt Phase III, Inc 2- 2761 Pine Island Rd. North, Bldg 92, Unit 209
xx. Sunrise Lakes Condominium Apt Phase III, Inc 2- 2761 Pine - Unit 92-107 - Grumer. BLDG 92. APT 107
yy. Sunrise Lakes Condominium Apt Phase III, Inc 2- 2761 Pine - Unit 92-310 - Corbeil-Lorange. BLDG 92 Apt 310
zz. Sunrise Lakes Condominium Apt Phase III, Inc 2- 2761 Pine Island Road N, Unit 92-208
aaa. Sunrise Lakes Condominium Apt Phase III, Inc 2- 9001 Sunrise Lakes - 88-312 - Feldman, M BLDG. 88, APT. 312
bbb. Sunrise Lakes Condominium Apt Phase III, Inc 2- 9021 Sunrise Lakes Blvd - Unit 89-102 - Hirsch BLDG. 89, APT. 102
ccc. Sunrise Lakes Condominium Apt Phase III, Inc 2- 9021 Sunrise Lakes Blvd - Unit 89-105 - Vecchio BLDG, 89 APT. 105
ddd. Sunrise Lakes Condominium Apt Phase III, Inc 2- 9041 Sunrise Lakes Blvd - Unit 90-309 - McCaffey, Brad. BLDG 90. APT 309 CCD

Dated: June 23, 2017					Respectfully Submitted,

						By:	/s/ Leonard A. Davis
							Russ M. Herman (La Bar No. 6819) (on the brief)
							Leonard A. Davis (La Bar No. 14190) (on the brief)
							Stephen J. Herman (La Bar No. 23129)(on the brief)
							Herman, Herman & Katz, LLC
							820 O'Keefe Avenue
							New Orleans, LA 70113
							Phone: (504) 581-4892
							Fax: (504) 561-6024
							ldavis@hhklawfirm.com
							*Plaintiffs' Liaison Counsel MDL 2047*

							Arnold Levin (on the brief)
							Fred S. Longer (on the brief)
							Sandra L. Duggan (on the brief)
							Levin Sedran & Berman
							510 Walnut Street, Suite 500
							Philadelphia, PA 19106
							Phone: (215) 592-1500
							Fax: (215) 592-4663
							alevin@lfsblaw.com
							*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios (on the brief)
Zachary Wool (on the brief)
Emma Kingsdorf (on the brief)
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
rbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez (deceased)[1]
Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

---

[1] Sadly, on June 8, 2017, Mr. Gonzalez passed away. Plaintiffs' Lead and Liaison Counsel will be filing a motion to substitute in his place as a PSC member Mr. Gonzalez's partner Patrick Montoya. Mr. Montoya has been involved with this litigation for many years.

7

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (on the brief)
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of June, 2017.

Respectfully Submitted,

By: */s/ Leonard A. Davis*
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*