**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | X X X | MDL No. 2047 |
| | X | |
| THIS DOCUMENT RELATES TO ALL CASES | X X | HONORABLE JUDGE FALLON |
| | X | |
| | X | MAGISTRATE JUDGE WILKINSON |

## SUPPLEMENTAL ERRATA TO PLAINTIFFS' STEERING COMMITTEE'S SUBMISSION OF AN UPDATED CLASS PLAINTIFFS' SPREADSHEET OF TAISHAN PROPERTIES

The undersigned, Baron & Budd, P.C. and Allison Grant, P.A., after consultation with the Plaintiffs' Steering Committee, hereby submit a Supplemental Errata to Plaintiffs' Steering Committee's Class Plaintiffs' Spreadsheet of Taishan Properties. Due to the unique issues raised by dual condominium association and condominium unit owner Chinese drywall claims, and to ensure all of the undersigned's clients' interests are protected, the undersigned respectfully request that the following corrections to the Plaintiffs' Steering Committee's Revised Exhibits C, E, and G, filed on June 23, 2017, be incorporated by reference.

### Revised Exhibit C- Reserved Properties Spreadsheet

1. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 323, Punta Gorda, Florida  33950 should be removed from Revised Exhibit C as it is not an owner, former or otherwise.  Magdalena Gardens Condominium Association has standing to pursue the remediation claim for this unit irrespective of the unit ownership.

2. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 721, Punta

1

Gorda, Florida 33950 should be removed from Revised Exhibit C as it is not an owner, former or otherwise. Magdalena Gardens Condominium Association has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

3. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 722, Punta Gorda, Florida 33950 should be removed from Revised Exhibit C as it is not an owner, former or otherwise. Magdalena Gardens Condominium Association has standing to pursue the remediation claim for this unit irrespective of the unit ownership.

4. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 823, Punta Gorda, Florida 33950 should be removed from Revised Exhibit C as it is not an owner, former or otherwise. Magdalena Gardens Condominium Association has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

5. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 913, Punta Gorda, Florida 33950 should be removed from Revised Exhibit C as it is not an owner, former or otherwise. Magdalena Gardens Condominium Association has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

6. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 1421, Punta Gorda, Florida 33950 should be removed from Revised Exhibit C as it is not an owner, former or otherwise. Magdalena Gardens Condominium Association has standing to pursue the remediation claim of this unit irrespective of the unit

ownership.

7. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 1422, Punta Gorda, Florida  33950 should be removed from Revised Exhibit C as it is not an owner, former or otherwise.  Magdalena Gardens Condominium Association has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

8. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 1511, Punta Gorda, Florida  33950 should be removed from Revised Exhibit C as it is not an owner, former or otherwise.  Magdalena Gardens Condominium Association has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

9. Kennedy, William: 7063 Lost Garden Terrace, Parkland, FL 33076 should be removed from Revised Exhibit C, as he is a current owner.

**Revised Exhibit E- Composite Spreadsheet**

1. Shafer, Sam and Mary, 206 Shadroe Cove Circle, Unit 301, Cape Coral, Florida 33991 should be deleted from Revised Exhibit E and substituted by Blue Water Coach Homes Condo Assoc., 206 Shadroe Cove Circle, Unit 301, Cape Coral, Florida  33991, which was also named in an applicable Omnibus Complaint.

2. Bishop, Chad, 529 E. Sheridan Street, Unit 403, Dania Beach, Florida  33004 should be deleted from Revised Exhibit E and substituted by Sheridan Beach Club Condominium Number Three, Inc., 529 E. Sheridan Street, Unit 403, Dania Beach, Florida  33004, which was also named in an applicable Omnibus Complaint.

3. Galiardo, Frederick and Joanne, 509 E. Sheridan Street, Unit 405, Dania Beach,

Florida  33004 should be deleted from Revised Exhibit E and substituted by Sheridan Beach Club Condominium Number Three, Inc., 509 E. Sheridan Street, Unit 405, Dania Beach, Florida  33004, which was also named in an applicable Omnibus Complaint.

4.  Glassman, Monica and Childs, Joan, 529 E. Sheridan Street, Unit 307, Dania Beach, Florida  33004 should be deleted from Revised Exhibit E and substituted by Sheridan Beach Club Condominium Number Three, Inc., 529 E. Sheridan Street, Unit 307, Dania Beach, Florida  33004, which was also named in an applicable Omnibus Complaint.

5.  Anderson, Samuel Gregory, 240 W. End Drive, Unit 911, Punta Gorda, Florida 33950 should be deleted from Revised Exhibit E and substituted by Magdalena Gardens Condo Association, 240 W. End Drive, Unit 911, Punta Gorda, Florida 33950, which was also named in an applicable Omnibus Complaint.

6.  Brown, Cortland, 240 W. End Drive, Unit 1512, Punta Gorda, Florida 33950 should be deleted from Revised Exhibit E and substituted by Magdalena Gardens Condo Association, which was also named in an applicable Omnibus Complaint.

**Revised Exhibit G- Ownership Status Spreadsheet**

1. The following properties should be corrected as indicated below:

   a.  Blue Water Condo Assoc., 206 Shadroe Cove Circle, Unit 302, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

4

b.   Blue Water Condo Assoc., 206 Shadroe Cove Circle, Unit 303, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

c.   Blue Water Condo Assoc., 202 Shadroe Cove Circle, Unit 401, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

d.   Blue Water Condo Assoc., 190 Shadroe Cove Circle, Unit 402, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

e.   Blue Water Coach Homes Condominium Association, Inc., 202 Shadroe Cove Circle, Unit 403, Cape Coral, Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

f.   Blue Water Condo Assoc., 202 Shadroe Cove Circle, Unit 404, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former,

but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

g.   Blue Water Condominium Association, 198 Shadroe Cove Circle, Unit 501, Cape Coral, Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

h.   Blue Water Condo Assoc., 198 Shadroe Cove Circle, Unit 502, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

i.   Blue Water Condo Assoc., 198 Shadroe Cove Circle, Unit 504, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

j.   Blue Water Condominium Association, 194 Shadroe Cove Circle, Unit 601, Cape Coral, Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

k.   Blue Water Condominium Association, 194 Shadroe Cove Circle, Unit 602, Cape Coral,

Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

l.  Blue Water Condominium Association, 194 Shadroe Cove Circle, Unit 603, Cape Coral, Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

m.  Blue Water Condominium Association, 194 Shadroe Cove Circle, Unit 604, Cape Coral, Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

n.  Blue Water Condo Assoc., 190 Shadroe Cove Circle, Unit 701, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

o.  Blue Water Condo Assoc., 190 Shadroe Cove Circle, Unit 702, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit

ownership.

p.   Blue Water Condo Assoc., 190 Shadroe Cove Circle, Unit 703, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

q.   Blue Water Condo Assoc.,190 Shadroe Cove Circle, Unit 704, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

r.   Blue Water Condo Assoc.,182 Shadroe Cove Circle, Unit 803, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

s.   Blue Water Condo Assoc., 182 Shadroe Cove Circle, Unit 804, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

t.   Blue Water Condominium Association, 178 Shadroe Cove Circle, Unit 901, Cape Coral, Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell

Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

u.    Blue Water Condominium, 178 Shadroe Cove Circle, Unit 902, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

v.    Blue Water Condominium, 178 Shadroe Cove Circle, Unit 903, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

w.    Blue Water Condo Assoc., 178 Shadroe Cove Circle, Unit 904, Cape Coral, Florida 33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

x.    Blue Water Condominium Association, 174 Shadroe Cove Circle, Unit 1001, Cape Coral, Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

y.   Blue Water Condominium Association, 174 Shadroe Cove Circle, Unit 1002, Cape Coral, Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

z.   Blue Water Coach Homes Condominium Association, Inc. 174 Shadroe Cove Circle, Unit 1003, Cape Coral, Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

aa.   Blue Water Condominium Association, 174 Shadroe Cove Circle, Unit 1004, Cape Coral, Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

bb.   Blue Water Coach Homes Condominium Association, Inc., 175 Shadroe Cove Circle, Unit 1103, Cape Coral, Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

cc.   Blue Water Coach Homes Condominium Association, Inc., 181 Shadroe Cove Circle, Unit 1204, Cape Coral, Florida  33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity

is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

dd.  Blue Water Coach Homes Condominium Association, Inc., 221 Shadroe Cove Circle, Unit 1302, Cape Coral, Florida   33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ee.  Blue Water Coach Homes Condominium Association, Inc., 221 Shadroe Cove Circle, Unit 1303, Cape Coral, Florida   33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ff.  Blue Water Coach Homes Condominium Association, Inc., 221 Shadroe Cove Circle, Unit 1304, Cape Coral, Florida   33991: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

gg.  Cobblestone on the Lake Master Association, Inc., 4351 Bellaria Way, Unit 440, Fort Myers, Florida  33916: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

hh.  Cobblestone on the Lake Master Association, Inc., 4351 Bellaria Way, Unit 441, Fort

Myers, Florida  33916: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ii.    Cobblestone on the Lake Master Association, Inc., 4351 Bellaria Way, Unit 444, Fort Myers, Florida  33916: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

jj.    Cobblestone on the Lake Master Association, Inc., 4351 Bellaria Way, Unit 447, Fort Myers, Florida  33916 should not have been deleted on the Revised Errata.  Further, the "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

kk.    Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 402, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ll.    Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 601, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit

irrespective of the unit ownership.

mm. Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 603, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

nn. Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 604, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

oo. Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 701, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

pp. Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 702, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

qq. Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 703, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase

Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

rr.    Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 704, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ss.    Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 801, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

tt.    Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 901, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

uu.    Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 903, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

vv.  Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 904, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ww.  Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 1001, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

xx.  Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 1002, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

yy.  Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 1003, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

zz.  Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., Unit 1004, Pompano Beach, Florida  33062: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an

owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

aaa. Luna Ocean Residences Condominium Association, Inc., 704 N. Ocean Blvd., hallways and vestibules, Pompano Beach, Florida  33062: The last column should be changed to common areas, current owner.

bbb. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 111, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ccc. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 123, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ddd. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 211, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

eee. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 212, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or

former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

fff.   Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 222, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ggg.   Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 311, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

hhh.   Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 312, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

iii.   Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 321, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

jjj.   Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 322, Punta

Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

kkk. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 323, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

lll.   Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 411, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

mmm.  Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 412, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

nnn. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 413, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit

ownership.

ooo. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 421, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ppp. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 511, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

qqq. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 513, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

rrr. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 711, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

sss. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 712, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell

Date" columns should be changed to not applicable. This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ttt.   Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 713, Punta Gorda, Florida 33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable. This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

uuu. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 721, Punta Gorda, Florida 33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable. This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

vvv.   Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 722, Punta Gorda, Florida 33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable. This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

www.   Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 723, Punta Gorda, Florida 33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable. This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

xxx. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 812, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

yyy. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 813, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

zzz. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 822, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

aaaa. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 823, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

bbbb. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 912, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner,

current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

cccc. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 913, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

dddd. Magdalena Gardens Condo Association, 240 W. End Avenue, Unit 921, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

eeee. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 922, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ffff. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 923, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

gggg. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1011, Punta

Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

hhhh. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1012, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

iiii. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1013, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

jjjj. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1212, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

kkkk. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1213, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective

of the unit ownership.

llll.   Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1223, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

mmmm.       Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1311, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

nnnn.Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1312, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

oooo.Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1321, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

pppp.Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1322, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and

"Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

qqqq. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1323, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

rrrr. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1412, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ssss. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 1421, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

tttt. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 1422, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

uuuu. Magdalena Gardens Condo Associations, 240 W. End Avenue, Unit 1511, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

vvvv. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1521, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

wwww. Magdalena Gardens Condominium Association, 240 W. End Avenue, Unit 1522, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

xxxx. Peace Harbor Condominium Association, Inc., 900 E. Marion Avenue, Unit 1201, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

yyyy. Peace Harbor Condominium Association, Inc., 900 E. Marion Avenue, Unit 1203, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner,

current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

zzzz. Peace Harbor Condominium Association, Inc., 900 E. Marion Avenue, Unit 1301, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

aaaaa. Peace Harbor Condominium Association, Inc., 900 E. Marion Avenue, Unit 1302, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

bbbbb. Peace Harbor Condominium Association, Inc., 900 E. Marion Avenue, Unit 1303, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ccccc. Peace Harbor Condominium Association, Inc., 900 E. Marion Avenue, Unit 1401, Punta Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ddddd. Peace Harbor Condominium Association, Inc., 900 E. Marion Avenue, Unit 1402, Punta

Gorda, Florida  33950: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

eeeee.  Sheridan Beach Club Condominium Number Three, Inc., 509 E. Sheridan Street, Unit 304, Dania Beach, Florida  33004: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

fffff. Sheridan Beach Club Condominium Number Three, Inc., 509 E. Sheridan Street, Unit 307, Dania Beach, Florida  33004: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

ggggg.  Sheridan Beach Club Condominium Number Three, Inc., 509 E. Sheridan Street, Unit 408, Dania Beach, Florida  33004: The correct address is 529 E. Sheridan Street, Unit 408. Additionally, the "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

hhhhh. Sheridan Beach Club Condominium Number Three, Inc., 519 E. Sheridan Street, Unit 103, Dania Beach, Florida  33004: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an

owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

iiiii. Sheridan Beach Club Condominium Number Three, Inc., 519 E. Sheridan Street, Unit 306, Dania Beach, Florida   33004: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

jjjjj. Sheridan Beach Club Condominium Number Three, Inc., 529 E. Sheridan Street, Unit 105, Dania Beach, Florida   33004: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

kkkkk.  Sheridan Beach Club Condominium Number Three, Inc., 529 E. Sheridan Street, Unit 404, Dania Beach, Florida   33004: The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should be changed to not applicable.  This entity is not an owner, current or former, but has standing to pursue the remediation claim of this unit irrespective of the unit ownership.

2.  The following properties should be deleted and substituted on Revised Exhibit G:

a.  Anderson, Samuel Gregory, 240 W. End Drive, Unit 911, Punta Gorda, Florida   33950 should be deleted and substituted by Magdalena Gardens Condominium Association, which was also named in an applicable Omnibus Complaint and has standing to pursue the remediation claim of this unit irrespective of the unit ownership.  The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should reflect not applicable.

b.    Brown, Cortland, 240 W. End Drive, Unit 1512, Punta Gorda, Florida  33950 should be deleted and substituted by Magdalena Gardens Condominium Association, which was also named in an applicable Omnibus Complaint and has standing to pursue the remediation claim of this unit irrespective of the unit ownership. The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should reflect not applicable.

c.    Bishop, Chad, 529 E. Sheridan Street, Unit 403, Dania Beach, Florida  33004 should be deleted and substituted by Sheridan Beach Club Condominium Number Three, Inc., which was also named in an applicable Omnibus Complaint and has standing to pursue the remediation claim of this unit irrespective of the unit ownership. The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should reflect not applicable.

d.    Cocquerelle, Nicolas, 4351 Bellaria Way, Unit 443, Fort Myers, Florida  33916 should be deleted and substituted by Cobblestone on the Lake Master Association, Inc., which was also named in an applicable Omnibus Complaint.  This entity has standing to pursue the remediation claim of this unit irrespective of the unit ownership. The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should reflect not applicable.

e.    Galiardo, Frederick and Joanne, 509 E. Sheridan Street, Unit 405, Dania Beach, Florida 33004 should be deleted and substituted by Sheridan Beach Club Condominium Number Three, Inc., which was also named in an applicable Omnibus Complaint and has standing to pursue the remediation claim of this unit irrespective of the unit ownership. The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should reflect not applicable.

f.    Glassman, Monica and Childs, Joan, 529 E. Sheridan Street, Unit 307, Dania Beach, Florida 33004 should be deleted and substituted by Sheridan Beach Club Condominium Number

Three, Inc., which was also named in an applicable Omnibus Complaint and has standing to pursue the remediation claim of this unit irrespective of the unit ownership. The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should reflect not applicable.

g.   Shafer, Sam and Mary, 206 Shadroe Cove Circle, Unit 301, Cape Coral, Florida 33991 should be deleted and substituted by Blue Water Coach Homes Condominium Association, Inc. which was also named in an applicable Omnibus Complaint and has standing to pursue the remediation claim of this unit irrespective of the unit ownership. The "Ownership Status of Named Claimant", "Purchase Date", and "Sell Date" columns should reflect not applicable.

Dated: June 27, 2017

Respectfully submitted,

/s/  Holly R. Werkema
Florida Bar No. 0071133
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
hwerkema@baronbudd.com

/s/ Allison Grant
Florida Bar No. 858330
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida  33432
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served by e-mail on Plaintiffs' Liaison Counsel, Russ Herman, Esquire, and Defendants' Liaison Counsel, Kerry Miller, Esquire, and upon all parties by electronically uploading the same to File and Serve Xpress in accordance with Pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 27th day of June, 2017.


/s/ Holly R. Werkema
Holly R. Werkema