| # | Claimant Name | Affected Property Address | City | State | Zip | Firm |
|---|---|---|---|---|---|---|
| 1 | Abner, Rochelle and Jose | 1528 Mims Street | Birmingham | AL | 35211 | McCallum Hoagland/ Whitfield, Bryson & Mason, LLP |
| 9 | Myers, Matthew | 1305 2nd Avenue North | Birmingham | AL | 35203 | McCallum Hoagland/ Whitfield, Bryson & Mason, LLP |
| 11 | Smith, Barry and Markita | 5573 Park Side Circle | Birmingham | AL | 35226 | McCallum Hoagland/ Whitfield, Bryson & Mason, LLP |
| 2 | Austin, Jason and Tara | 403 Dearmanville Drive South | Anniston | AL | 36207 | McCallum, Hoaglund, Cook & Irby |
| 3 | Ayers, Carrie and Randy | 413 Woodvale Lane | Homewood | AL | 35209 | McCallum, Hoaglund, Cook & Irby |
| 4 | Diffley, Matthew and Christa | 7484 Dickey Springs Road | Bessemer | AL | 35022 | McCallum, Hoaglund, Cook & Irby |
| 5 | Eugene, Charles and Everette, Dawn | 939 Rothley Avenue | Fairhope | AL | 36532 | McCallum, Hoaglund, Cook & Irby |
| 6 | Goldberg, Joan | 58 Sunny Meadows Drive | Talladega | AL | 35160 | McCallum, Hoaglund, Cook & Irby |
| 7 | Grasso, William and Debra | 500 Griffitt Bend Road | Talladega | AL | 35160 | McCallum, Hoaglund, Cook & Irby |
| 8 | Harris, Brandon and Jessica | 881 Thomason Road | Albertville | AL | 35951 | McCallum, Hoaglund, Cook & Irby |
| 10 | Peppers, June | 178 Lee Ridge Drive | Altoona | AL | 35952 | McCallum, Hoaglund, Cook & Irby |
| 12 | La, No Thi | 9741 Reading Avenue | Garden Grove | CA | 92844 | Burdman & Ward |
| 13 | Ngo, Huy Thinh, Bruce, Peter Phung, Ngo & Kimberly Nguyen | 9731 Reading Avenue | Garden Grove | CA | 92844 | Burdman & Ward |
| 19 | Haya, Laura, Daniel, and Irene | 7574 Tamarind Avenue | Tampa | FL | 33625 | Allison Grant, P.A. |
| 15 | Amorin, Eduardo and Carmen | 240 West End Drive, Bldg. 7, Unit 721 | Punta Gorda | FL | 33950 | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| 17 | Frankze, Julianne and Joshua | 1201 NW 2 Street | Cape Coral | FL | 33993 | Colson Hicks Eidson, P.A. |
| 16 | Fong, Charmaine | 9816 Cobblestone Lakes Court | Boynton Beach | FL | 33472 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe |
| 14 | Abel, Kenneth | 10400 SW Stephanie Way #5210 | Port St. Lucie | FL | 34987 | Parker Waichman |
| 18 | Gallardo, Arledys | 4179 NE 16 Street | Homestead | FL | 33033 | |
| 21 | Wiltz, Kenneth and Barbara | 5337 Cameron Blvd. | New Orleans | LA | 70112 | Berniard Law Firm Gregory P. DiLeo, Esquire Kanner & Whiteley, L.L.C. |
| 20 | Vapy, Cathy Parker | 9700 Andover Drive | New Orleans | LA | 70127 | Herman, Herman & Katz |
| 22 | Fontenot, Perry and Cassandra | 1016 Hollymeade Circle | Newport News | VA | 23602 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe |
| 26 | Topf, Frank and Yvonne | 2417 Caitlan Loch Lane | Virginia Beach | VA | 23602 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | Vest, Hugh and Tracy | 111 Eston's Run | Yorktown | VA | 23693 | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| 24 | Popovitch, Robert | 1217 Avondale Lane | Newport News | VA | 23602 | Law Offices of Richard J. Serpe |
| 23 | Hand, Bryon | 3207 Arran Thistle | Williamsburg | VA | 23188 | |
| 25 | Purse, Jason | 4309 Creekside Loop | Williamsburg | VA | 23188 | |