IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30432
_____

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

_____

EDUARDO AMORIN; CARMEN AMORIN; ELLIOTT EVERARD,

    Plaintiffs - Appellees

v.

TAISHAN GYPSUM COMPANY, LIMITED, formerly known as Shandog Taihe Dongxin Company, Limited; TAI'AN TAISHAN PLASTERBOARD COMPANY, LIMITED,

    Defendants - Appellants

_____

THOMAS SPENCER,

    Plaintiff - Appellee

v.

TAISHAN GYPSUM COMPANY, LIMITED, formerly known as Shandog Taihe Dongxin Company, Limited; TAI'AN TAISHAN PLASTERBOARD COMPANY, LIMITED,

    Defendants - Appellants

_____

EDUARDO AMORIN; CARMEN AMORIN; ELLIOTT EVERARD; ANGELIA EVERARD; THOMAS SPENCER; VIRGINIA SPENCER; ALBERT BUTZER; JACK MCGINN; ANNA MCGINN,

    Plaintiffs - Appellees

v.

TAISHAN GYPSUM COMPANY, LIMITED, formerly known as Shandog Taihe Dongxin Company, Limited; TAI'AN TAISHAN PLASTERBOARD COMPANY, LIMITED,

    Defendants - Appellants

———————————

EDUARDO AMORIN; CARMEN AMORIN; ALBERT BUTZER; BETSY BUTZER; ELLIOTT EVERARD; ANGELIA EVERARD; THOMAS SPENCER; VIRGINIA SPENCER; JACK MCGINN; ANNA MCGINN,

    Plaintiffs - Appellee

v.

TAISHAN GYPSUM COMPANY, LIMITED, formerly known as Shandog Taihe Dongxin Company, Limited; TAI'AN TAISHAN PLASTERBOARD COMPANY, LIMITED,

    Defendants - Appellants

———————————

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

———————————

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellees' opposed motion to dismiss appeal for lack of jurisdiction is GRANTED.



A True Copy
Certified order issued Jun 26, 2017

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit