# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

June 26, 2017

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 17-30432   In re: Chinese-Manufactured, et al  
                      USDC No. 2:09-MD-2047  
                      USDC No. 2:09-CV-6687  
                      USDC No. 2:09-CV-6690  
                      USDC No. 2:10-CV-361  
                      USDC No. 2:11-CV-1395  
                      USDC No. 2:11-CV-1672  
                      USDC No. 2:11-CV-1673

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____  
                                        Mary C. Stewart, Deputy Clerk  
                                        504-310-7694

cc:  
     Ms. Dawn M. Barrios  
     Mr. Leonard Arthur Davis  
     Ms. Sandra Duggan  
     Ms. Christina Hull Eikhoff  
     Mr. Russ M. Herman  
     Mr. Michael P. Kenny  
     Mr. Arnold Levin  
     Mr. David Ray Venderbush