UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

# ORDER

Considering the foregoing Motion of Defendants CNBM Company, BNBM Group, and BNBM PLC for Leave to file Reply Memorandum in Support of their Motion to Certify an Immediate Appeal from the Court's Jurisdictional Order (§1292(b) Motion #1) under seal in its entirety;

**IT IS ORDERED** that the motion is **GRANTED**; and the memorandum is filed into the record **UNDER SEAL**.

New Orleans, Louisiana, this ___ day of _____, 2017

                                                                                           _____
                                                                                           Honorable Eldon E. Fallon
                                                                                           U.S. District Court Judge