UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:****ALL CASES** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**CNBM AND BNBM ENTITIES' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO CERTIFY AN IMMEDIATE APPEAL FROM THE COURT'S JURISDICTIONAL ORDER (§ 1292(b) MOTION #1)**

# FILED UNDER SEAL IN ITS ENTIRETY