UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Germano v. Taishan Gypsum, 09-cv-6687*<br>*Gross v. Knauf Gips KG, 09-cv-6690*<br>*Wiltz v. BNBM, 10-cv-361*<br>*Amorin v. Taishan Gypsum, 11-cv-1672*<br>*Amorin v. Taishan Gypsum, 11-cv-1395*<br>*Amorin v. Taishan Gypsum, 11-cv-1673* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**CNBM AND BNBM ENTITIES' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO CERTIFY AN IMMEDIATE APPEAL FROM THE COURT'S ORDER DENYING THEIR MOTIONS TO DECERTIFY THE CLASS (§ 1292(b) MOTION #2) UNDER SEAL, IN ITS ENTIRETY**

Defendants CNBM Company, BNBM Group, and BNBM PLC ("Moving Defendants") respectfully move the Court for leave to file their Reply Memorandum in Support of Their Motion to Certify an Immediate Appeal from the Court's Order Denying Their Motions to Decertify the Class (§1292(b) Motion #2) under seal in its entirety.

Moving Defendants do not believe their reply contains any confidential information. However, because the Court granted Plaintiffs' motion to seal their opposition in its entirety as well as the accompanying exhibits, Moving Defendants (unaware of what material in particular Plaintiffs believe is confidential) move to seal their reply to ensure any information deemed confidential is not publicly disseminated.

Dated:  July 5, 2017

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Ian Johnson (CA Bar No. 208713) | Donna Phillips Currault (LA Bar No. 19533) |
| Andrew Davidson (CA Bar No. 266506) | Alex B. Rothenberg (LA Bar No. 34740) |
| Jason Wu (CA Bar No. 279118) | GORDON, ARATA, MONTGOMERY, |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC |
| The Orrick Building | 201 St. Charles Avenue, 40th Floor |
| 405 Howard Street | New Orleans, LA 70170-4000 |
| San Francisco, CA  94105 | Tel: (504) 582-1111 |
| Tel.:  415-773-5700 | Email:  eeagan@gordonarata.com |
| Fax:  415-773-5759 | dcurrault@gordonarata.com |
| E-mail: cvejnoska@orrick.com | arothenberg@gordonarata.com |
| ijohnson@orrick.com | |
| adavidson@orrick.com | |
| jmwu@orrick.com | |
| James L. Stengel (NY Bar No. 1800556) | Eric A. Shumsky (D.C. Bar No. 477926) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Columbia Center |
| 51 West 52nd Street | 1152 15th Street NW |
| New York, NY, 10019 | Washington, D.C. 20005 |
| Tel:   212-506-5000 | Tel: 202-339-8400 |
| Fax:  212-506-5151 | Fax: 202-339-8500 |
| Email:  jstengel@orrick.com | Email: eshumsky@orrick.com |
| xiangwang@orrick.com | |

*Counsel for Moving Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing CNBM AND BNBM ENTITIES' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO CERTIFY AN IMMEDIATE APPEAL FROM THE COURT'S ORDER DENYING THEIR MOTIONS TO DECERTIFY THE CLASS (§ 1292(b) MOTION #2) UNDER SEAL, IN ITS ENTIRETY and accompanying documents have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on July 5, 2017.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:cvejnoska@orrick.com

*Counsel for Moving Defendants*