UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L |
| **THIS DOCUMENT RELATES TO:** | JUDGE ELDON E. FALLON |
| **ALL CASES** | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

# ORDER

Considering the foregoing Motion of Defendants CNBM Company, BNBM Group, and BNBM PLC for Leave to file Reply Memorandum in Support of their Motion to Certify an Immediate Appeal from the Court's Jurisdictional Order (§1292(b) Motion #1) under seal in its entirety;

**IT IS ORDERED** that the motion is **GRANTED**; and the memorandum is filed into the record **UNDER SEAL**.

New Orleans, Louisiana, this 6th day of __July__, 2017

_____
Honorable Eldon E. Fallon
U.S. District Court Judge