UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L |
| **THIS DOCUMENT RELATES TO:** | JUDGE ELDON E. FALLON |
| *Germano v. Taishan Gypsum, 09-cv-6687*<br>*Gross v. Knauf Gips KG, 09-cv-6690*<br>*Wiltz v. BNBM, 10-cv-361*<br>*Amorin v. Taishan Gypsum, 11-cv-1672*<br>*Amorin v. Taishan Gypsum, 11-cv-1395*<br>*Amorin v. Taishan Gypsum, 11-cv-1673* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

# ORDER

Considering the foregoing Motion of Defendants CNBM Company, BNBM Group, and BNBM PLC for Leave to File Their Reply Memorandum in Support of Their Motion to Certify an Immediate Appeal from the Court's Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing (§1292(b) Motion #3) under seal in its entirety;

**IT IS ORDERED** that the motion is **GRANTED**; and the memorandum is filed into the record **UNDER SEAL**.

New Orleans, Louisiana, this 6th day of   July   , 2017

_____
Honorable Eldon E. Fallon
U.S. District Court Judge