# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| *Mitchell Co. Inc. v. Knauf Gips KG, et al.*, 09-cv-4115 | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| | Oral Argument Requested |

## BUILDER PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION AGAINST TAISHAN GYPSUM CO., LTD.

<u>TO ALL PARTIES AND THEIR COUNSEL OF RECORD</u>:

NOTICE IS HEREBY GIVEN that on August 23, 2017, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Eldon E. Fallon of the Eastern District of Louisiana, Section L, located at 500 Poydras Street, New Orleans, LA 70130, Plaintiff The Mitchell Company, Inc., in behalf of itself and all others similarly situated, will move the Court for certification of the following Class:

> All persons and entities in the States of Alabama, Mississippi, Louisiana, Georgia, Texas, and Florida that used drywall manufactured by Taishan Gypsum Co., Ltd., for the construction, repair, or remodeling of any improvement to real property and who incurred any expenses associated with (1) repair or replacement of all or part of the defective drywall, and/or (2) repair or replacement of other property damaged by the defective drywall, and/or (3) attorneys' fees and costs in defense of claims by affected homeowners, and/or (4) other expenses that were or incurred as part of the remediation of the defective drywall, including, without limitation, the cost of investigation and expert analysis of the defect, and cost of relocating customers displaced by the presence of defective drywall.

Excluded from the proposed Class are any owners, landlords, or residents of real properties located in the United States containing defective Chinese drywall manufactured, sold, distributed, supplied, marketed, inspected, imported, or delivered by Taishan Gypsum Co. Ltd.; Defendant Taishan, its legal representatives, officers, directors, assigns, and successors, or any entity in which the Defendant has a controlling interest; the judge to whom this action is assigned and members of the judge's immediate family; claims for personal injury, wrongful death, and/or emotional distress; and all persons or entities who properly execute and timely file a request for exclusion from the class.

This motion is supposed by Builder Plaintiffs' accompanying Memorandum in Support and the pleadings and papers filed in this case and MDL 2047, and any oral argument the Court permits.

DATED: July 7, 2017

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)

ELIZABETH J. CABRASER
SARAH R. LONDON
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
415-956-1000
415-956-1008 (fax)

        JONATHAN D. SELBIN
        Lieff, Cabraser, Heimann & Bernstein, LLP
        250 Hudson Street, 8th Floor
        New York, New York  10013
        212-355-9500
        212-355-9592 (fax)

        ANDREW R. KAUFMAN
        Lieff, Cabraser, Heimann & Bernstein, LLP
        150 Fourth Avenue North, Suite 1650
        Nashville, TN 37219
        615-313-9000
        615-313-9965 (fax)

        Attorneys for Builder Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of July, 2017.

        */s/  Steven L. Nicholas*
        STEVEN L. NICHOLAS