# Don Reichert

| **From:** | Ashley Hipps <ahipps@browngreer.com> |
|---|---|
| **Sent:** | Wednesday, January 11, 2017 12:31 PM |
| **To:** | Don Reichert |
| **Cc:** | CDWQuestions |
| **Subject:** | CDW Other Loss Resolution Offer - Harvey |

Dear Counsel,

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified below. We reviewed the claim and determined that the claimant is eligible for compensation for the Other Loss Claim referenced below. The eligibility amount (the "Resolution Offer") is listed below.

| Row | Claimant Name | Claim ID | Claim Type | Resolution Offer |
|---|---|---|---|---|
| 1. | Harvey, Patricia | 23767 | Foreclosure or Short Sale | $10,000.00 |

Please contact me with any questions.


Thank you,
Ashley

**Ashley Dwyre Hipps**
Analyst
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 421-9274
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1


EXHIBIT "A"