## Don Reichert

| | |
|---|---|
| **From:** | Ashley Hipps <ahipps@browngreer.com> |
| **Sent:** | Wednesday, June 28, 2017 4:13 PM |
| **To:** | Don Reichert |
| **Cc:** | Jake Woody; Trish Honaker |
| **Subject:** | RE: Patricia Harvey, Claim ID 23767: In Re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047 |

Hi Don,

We have reviewed the documentation and have calculated an award of $160,983.12. This award is subject to the pro rata adjustment of 43.0363% and is listed in the below table.

| Claim ID | Claim Type | Resolution Offer | Special Master Award | Pro Rata Award |
|---|---|---|---|---|
| 23767 | Foreclosure or Short Sale | $10,000.00 | $160,983.12 | **$69,281.25** |

Please feel free to contact me with any questions.

Thank you,
Ashley

**Ashley Dwyre Hipps**
Senior Analyst
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 421-9274
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Don Reichert [mailto:don@brunobrunolaw.com]
**Sent:** Thursday, June 15, 2017 5:14 PM
**To:** Ashley Hipps <ahipps@browngreer.com>
**Subject:** Patricia Harvey, Claim ID 23767: In Re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047

Ms. Hipps,



1

Ms. Harvey asked our office for an update on the above referenced matter. Are you able to provide any update?

Thanks,
Don

Don Reichert
Associate Attorney
**Bruno & Bruno, LLP**
855 Baronne Street
New Orleans, LA 70113
Main: (504) 525-1335
Direct: (504) 304-4216
don@brunobrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.