# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION "L"** |
| | **JUDGE FALLON** |
| | **MAG. WILKINSON** |

## <u>ORDER</u>

Considering the foregoing Objection to Special Master's Award,

**IT IS HEREBY ORDERED** that Ms. Harvey submit further evidentiary submissions/briefing regarding the Special Master's Award by the _____ day of _____, 201_.

**IT IS FURTHER HEREBY ORDERED** that Knauf and/or the Settlement Administrator for the Chinese Drywall Settlement Program submit a response/opposition to Ms. Harvey's further evidentiary submissions/briefing regarding the Special Master's Award by the _____ day of _____, 201_.

**IT IS FURTHER HEREBY ORDERED** that this matter be set on the _____ day of _____, 201_ at _____ a.m./p.m. before the Honorable Eldon E. Fallon at Judge Fallon's courtroom, Courtroom C456 at the Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130 for an evidentiary hearing including testimony and oral argument.

Signed in New Orleans, Louisiana this _____ day _____ of 2017.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**