# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES | x x x x | |

**SECOND ERRATA TO PLAINTIFFS' STEERING COMMITTEE'S SUBMISSION OF AN UPDATED CLASS PLAINTIFFS' SPREADSHEET OF TAISHAN PROPERTIES WITH VERIFIED UNDER AIR LIVING SQUARE FOOTAGE PURSUANT TO THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW RELATED TO THE JUNE 9, 2015 DAMAGES HEARING DATED APRIL 21, 2017 [REC. DOC. 20824]**

The Plaintiffs' Steering Committee hereby submits a Second Errata to Submission of an Updated Class Plaintiffs' Spreadsheet of Taishan Properties with Verified Under Air Living Square Footage Pursuant to the Court's Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing Dated April 21, 2017 [Rec. Doc. 20824]. Based upon certain errors found in Exhibit A, Exhibit B, Revised Exhibit C, Exhibit D, Revised Exhibit E, and Revised Exhibit G, the PSC revises these Exhibits to reflect these corrections as follows. Revised Exhibits A, B, and D and Second Revised Exhibits C, E, and G are attached hereto. In addition, the PSC is providing the Court and Defendants with the indicia of Taishan drywall markings, as well as proof of square footage and Declarations signed by individual counsel for claimants and/or Dawn Barrios for the PSC attesting to the square footage for each property added to the Composite Spreadsheet (Exhibit E).

**Revised Exhibit A- 10/79 Clean Spreadsheet and Revised Exhibit B- 10/79 Redlined Spreadsheet**

The following properties were removed from Exhibits A and B as these claimants have dismissed or will be dismissing their claims in the MDL:

1. LeBlanc, Beatrice- 4510 Cerise Avenue, New Orleans, LA 70127 [Rec. Doc. 20169].

2. Aceto, Anthony and Manevich, Ida- 201 Mestre Place North Venice, FL 34275 [Rec. Doc. 20169].

3. Carbone, Vincent and Kathleen- 20271 Chapel Trace Estero, FL 33928 [Rec. Doc. 20169].

4. D'Agostino, Luis & Guadalupe- 2944 Tiburon Blvd. East Naples, FL [Rec. Doc. 20169].

5. Diazviana, Jose- 1503 Canton Avenue Lehigh Acres, FL 33972 [Rec. Doc. 20169].

6. Duke, Barry and Marlene- 20241 Chapel Trace Estero, FL 33928 [Rec. Doc. 20169].

7. Gimpel, Nicholas O'Brien, Cathy- 12561 Oak Bend Drive Fort Myers, FL 33905 [Rec. Doc. 20169].

8. Jackson, Ronald- 149 Partridge Street Lehigh Acres, FL 33974 [Rec. Doc. 20169].

9. Kazakov, Sergey and Kazakova, Alexandra- 1307 Glenn Avenue Lehigh Acres, FL 33920 [Rec. Doc. 20169].

10. DeMaio, Edward, Ann Marie and Jonathan- 1660 Renaissance Commons Blvd., Unit 2127, Boynton Beach, FL 33426

11. Hatcher, Brian & Amanda- 3010 Washington Circle, Moody, AL 35004

12. Murphy, Paul and Danielle- 21573 Baccarat Lane, Building #16, Unit #20, Estero, FL 33928

13. Peace Harbor Condominium Association, Inc.- 900 E. Marion Avenue Unit 1302, Punta Gordo, FL 33950

14. Salvador, Gina and Guzman, Bertilia- 12421 SW 50 Court #333 Miramar, FL 33027

15. St. John, Kelvin and Laura- 8717 Pegasus Drive, Lehigh Acres, FL 33971

16. The Sanctuary at Blue Heron, Inc. (Contact: Dave Raftis)- 8220 Sanctuary Drive #1, Naples, FL 34104

**Second Revised Exhibit C- Reserved Properties Spreadsheet**

The following properties were removed from Exhibit C as these claimants have dismissed or will be dismissing their claims in the MDL:

1. Fajardo, Wilson and Gonzalez, Esther- 1730 NE 7th Avenue, Cape Coral, FL 33909

2. Karp, Herbert and Lilian- 1660 Renaissance Commons Unit 2419, Boynton Beach, FL 33437

3. Tilmann, Stacey Ann and Noah, Kimberly- 1660 Renaissance Commons Blvd., Unit 2502, Boynton Beach, FL 33426

Exhibit C includes Class Members who were not included on Exhibit 10/79 due to the fact the claimant(s) (or Class Members) no longer owned the property at the time of the class damages hearing on June 9, 2015. The following properties were inadvertently omitted from the previous versions of Exhibit C and are reflected on the Second Revised Exhibit C:

1. NOAHH (New Orleans Area Habitat for Humanity, Inc.) (Owner: Billie Jean Hatheway)- 3511 Jackson Blvd. Chalmette, LA 70043

2. NOAHH (New Orleans Area Habitat for Humanity, Inc.) (Owner: Charles Cuchane)- 2119 Caluda Lane Violet, LA 70092

3. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans (Owner: Leslie Sims)- 3610 Louisiana Ave. Pkwy. New Orleans, LA 70125

4. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans (Owner: Charlie Taylor)- 5441-3 Chartres New Orleans, LA 70117

5. Mariner Village Investments LLC- 5156 Mariner Garden Circle, Stuart, FL 34997

**Revised Exhibit D- Additional Taishan Properties Spreadsheet**

Exhibit D includes Class Members who were included on the *Amorin* complaints, but were omitted from the Exhibit 10/79 and Reserved Properties Spreadsheets. The following properties were inadvertently omitted from the previous version of Exhibit D and are reflected on the Revised Exhibit D:

1. Chestnut, Sean and Holly Nunez - 4416 Stella Drive, Meraux, LA 70075

2. Covetta, Melvyn D.- 1203 NW 24th Place Cape Coral, FL 33993

3. Guida, Gerard- 48 Pilgrim Drive Palm Coast, FL 3216

4. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 1205 S. Genois Street New Orleans, LA 70125

5. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 1603 Hollygrove Street New Orleans, LA 70118

6. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 2601 Arts Street New Orleans, LA 70117

7. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 2617 Eagle Street    New Orleans, LA 70118

8. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 2923 Mistletoe Street New Orleans, LA 70118

9. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 3029 Louisiana Ave. Parkway New Orleans, LA 70125

10. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 3632 Monroe Street New Orleans, LA 70118

11. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 4319 S. Tonti Street New Orleans, LA 70125

12. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 4423-25 Walmsley Avenue New Orleans, LA 70125

13. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 4609 S. Johnson Street New Orleans, LA 70125

14. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 5 Alice Court New Orleans, LA 70117

15. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 5329 Chartres Street New Orleans, LA 70117

16. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 8230 Apple Street    New Orleans, LA 70118

17. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 8918 Palm StreetNew Orleans, LA 70118

18. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 921 Lamanche Street New Orleans, LA 70117

19. Sunrise Lakes Condominium Apt Phase III, Inc 1- Bldg. 72–2801 Pine Island Road N., Unit 203 Sunrise, FL 33322

20. Sunrise Lakes Condominium Apt Phase III, Inc 1- Bldg. 76–8851 Sunrise Lakes Blvd., Unit 205 Sunrise, FL 33322

21. Sunrise Lakes Condominium Apt Phase III, Inc 2- Bldg. 88-9001 Sunrise Lakes Blvd., Unit 101 Sunrise, FL 33322

22. Sunrise Lakes Condominium Apt Phase III, Inc 2- Bldg. 89–9021 Sunrise Lakes Blvd., Unit 209 Sunrise, FL 33322

23. Sunrise Lakes Condominium Apt Phase III, Inc 2- Bldg. 97–9261 Sunrise Lakes Blvd., Unit 303 Sunrise, FL 33322

24. Sunrise Lakes Condominium Apt Phase III, Inc 2- Bldg. 97-9261 Sunrise Lakes Blvd., Unit 304 Sunrise, FL 33322

25. Sunrise Lakes Condominium Apt Phase III, Inc 2- Bldg. 97–9261 Sunrise Lakes Blvd., Unit 308 Sunrise, FL 33322

26. Sunrise Lakes Condominium Apt Phase III, Inc 1- Bldg. 68–8841 Sunrise Lakes Blvd., Unit 303 Sunrise, FL 33322

27. Villaverde, Gilbert & Gloria- 1616 SW 52nd Street Cape Coral, FL 33914

**Second Revised Exhibit E- Composite Spreadsheet and Second Revised Exhibit G- Ownership Status Spreadsheet**

The following properties were removed from the previous version of Exhibits E and G as these claimants have dismissed or will be dismissing their claims in the MDL, which is reflected on the Second Revised Exhibits E and G:

1. LeBlanc, Beatrice- 4510 Cerise Avenue, New Orleans, LA 70127 [Rec. Doc. 20169].

2. Aceto, Anthony and Manevich, Ida- 201 Mestre Place North Venice, FL 34275 [Rec. Doc. 20169].

3. Carbone, Vincent and Kathleen- 20271 Chapel Trace Estero, FL 33928 [Rec. Doc. 20169].

4. D'Agostino, Luis & Guadalupe- 2944 Tiburon Blvd. East Naples, FL [Rec. Doc. 20169].

5. Diazviana, Jose- 1503 Canton Avenue Lehigh Acres, FL 33972 [Rec. Doc. 20169].

6. Duke, Barry and Marlene- 20241 Chapel Trace Estero, FL 33928 [Rec. Doc. 20169].

7. Gimpel, Nicholas O'Brien, Cathy- 12561 Oak Bend Drive Fort Myers, FL 33905 [Rec. Doc. 20169].

8. Jackson, Ronald- 149 Partridge Street Lehigh Acres, FL 33974 [Rec. Doc. 20169].

9. Kazakov, Sergey and Kazakova, Alexandra- 1307 Glenn Avenue Lehigh Acres, FL 33920 [Rec. Doc. 20169].

10. DeMaio, Edward, Ann Marie and Jonathan- 1660 Renaissance Commons Blvd., Unit 2127, Boynton Beach, FL 33426

11. Hatcher, Brian & Amanda- 3010 Washington Circle, Moody, AL 35004

12. Murphy, Paul and Danielle- 21573 Baccarat Lane, Building #16, Unit #20, Estero, FL 33928

13. Peace Harbor Condominium Association, Inc.- 900 E. Marion Avenue Unit 1302, Punta Gordo, FL 33950

14. Salvador, Gina and Guzman, Bertilia- 12421 SW 50 Court #333 Miramar, FL 33027

15. St. John, Kelvin and Laura- 8717 Pegasus Drive, Lehigh Acres, FL 33971

16. The Sanctuary at Blue Heron, Inc. (Contact: Dave Raftis)- 8220 Sanctuary Drive #1, Naples, FL 34104

17. Fajardo, Wilson and Gonzalez, Esther- 1730 NE 7th Avenue, Cape Coral, FL 33909

18. Karp, Herbert and Lilian- 1660 Renaissance Commons Unit 2419, Boynton Beach, FL 33437

19. Tilmann, Stacey Ann and Noah, Kimberly- 1660 Renaissance Commons Blvd., Unit 2502, Boynton Beach, FL 33426

The following properties were added to the previous version of Exhibits E and G for the reasons stated above and are reflected on the Second Revised Exhibits E and G:

1. NOAHH (New Orleans Area Habitat for Humanity, Inc.) (Owner: Billie Jean Hatheway)- 3511 Jackson Blvd. Chalmette, LA 70043

2. NOAHH (New Orleans Area Habitat for Humanity, Inc.) (Owner: Charles Cuchane)- 2119 Caluda Lane Violet, LA 70092

3. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans (Owner: Leslie Sims)- 3610 Louisiana Ave. Pkwy. New Orleans, LA 70125

4. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans (Owner: Charlie Taylor)- 5441-3 Chartres New Orleans, LA 70117

5. Mariner Village Investments LLC- 5156 Mariner Garden Circle, Stuart, FL 34997

6. Chestnut, Sean and Holly Nunez - 4416 Stella Drive, Meraux, LA 70075

7. Covetta, Melvyn D.- 1203 NW 24th Place Cape Coral, FL 33993

8. Guida, Gerard- 48 Pilgrim Drive Palm Coast, FL 3216

9. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 1205 S. Genois Street New Orleans, LA 70125

10. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 1603 Hollygrove Street New Orleans, LA 70118

11. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 2601 Arts Street New Orleans, LA 70117

12. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 2617 Eagle Street New Orleans, LA 70118

13. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 2923 Mistletoe Street New Orleans, LA 70118

14. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 3029 Louisiana Ave. Parkway New Orleans, LA 70125

15. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 3632 Monroe Street New Orleans, LA 70118

16. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 4319 S. Tonti Street New Orleans, LA 70125

17. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 4423-25 Walmsley Avenue New Orleans, LA 70125

18. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 4609 S. Johnson Street New Orleans, LA 70125

19. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 5 Alice Court New Orleans, LA 70117

20. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 5329 Chartres Street New Orleans, LA 70117

21. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 8230 Apple Street New Orleans, LA 70118

22. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 8918 Palm Street New Orleans, LA 70118

23. Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans- 921 Lamanche Street New Orleans, LA 70117

24. Sunrise Lakes Condominium Apt Phase III, Inc 1- Bldg. 72–2801 Pine Island Road N., Unit 203 Sunrise, FL 33322

25. Sunrise Lakes Condominium Apt Phase III, Inc 1- Bldg. 76–8851 Sunrise Lakes Blvd., Unit 205 Sunrise, FL 33322

26. Sunrise Lakes Condominium Apt Phase III, Inc 2- Bldg. 88-9001 Sunrise Lakes Blvd., Unit 101 Sunrise, FL 33322

27. Sunrise Lakes Condominium Apt Phase III, Inc 2- Bldg. 89–9021 Sunrise Lakes Blvd., Unit 209 Sunrise, FL 33322

28. Sunrise Lakes Condominium Apt Phase III, Inc 2- Bldg. 97–9261 Sunrise Lakes Blvd., Unit 303 Sunrise, FL 33322

29. Sunrise Lakes Condominium Apt Phase III, Inc 2- Bldg. 97-9261 Sunrise Lakes Blvd., Unit 304 Sunrise, FL 33322

30. Sunrise Lakes Condominium Apt Phase III, Inc 2- Bldg. 97–9261 Sunrise Lakes Blvd., Unit 308 Sunrise, FL 33322

31. Sunrise Lakes Condominium Apt Phase III, Inc 1- Bldg. 68–8841 Sunrise Lakes Blvd., Unit 303 Sunrise, FL 33322

32. Villaverde, Gilbert & Gloria- 1616 SW 52nd Street Cape Coral, FL 33914

Dated: July 10, 2017      Respectfully Submitted,

By:    */s/* Leonard A. Davis
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios (on the brief)
Zachary Wool (on the brief)
Emma Kingsdorf (on the brief)
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
rbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez (deceased)[1]
Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

---

[1] Sadly, on June 8, 2017, Mr. Gonzalez passed away. Plaintiffs' Lead and Liaison Counsel will be filing a motion to substitute in his place as a PSC member Mr. Gonzalez's partner Patrick Montoya. Mr. Montoya has been involved with this litigation for many years.

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (on the brief)
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of July, 2017.

    Respectfully Submitted,

    By: */s/ Leonard A. Davis*
    Leonard A. Davis
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    ldavis@hhklawfirm.com

    *Plaintiffs' Liaison Counsel MDL 2047*