**Revised- Exhibit D- Additional Taishan Properties**

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage |
|---|---|---|---|---|---|
| Blue Water Coach Homes Condominium Association | 174 Shadroe Cove Circle, Unit 1003 | Cape Coral | FL | 33991 | 2,381 |
| Blue Water Coach Homes Condominium Association | 175 Shadroe Cove Circle, Unit 1103 | Cape Coral | FL | 33991 | 2,381 |
| Blue Water Coach Homes Condominium Association | 221 Shadroe Cove Circle, Unit 1302 | Cape Coral | FL | 33991 | 1,646 |
| Blue Water Coach Homes Condominium Association | 221 Shadroe Cove Circle, Unit 1303 | Cape Coral | FL | 33991 | 2,381 |
| Blue Water Coach Homes Condominium Association | 221 Shadroe Cove Circle, Unit 1304 | Cape Coral | FL | 33991 | 2,381 |
| Blue Water Coach Homes Condominium Association | 202 Shadroe Cove Circle, Unit 403 | Cape Coral | FL | 33991 | 2,381 |
| Blue Water Coach Homes Condominium Association, Inc. | 181 Shadroe Cove Circle, Unit 1204, Cape Coral, FL 33991 | Cape Coral | FL | 33991 | 2,381 |
| Bourgois, Marc and Julie | 4315 Annunciation Street | New Orleans | LA | 70115 | 2,112 |
| Carmen, Anthony and Pirczhalski, Joseph | 698 Darlington Ave SW | Palm Bay | FL | 32908 | 1,553 |
| Cathalougne, Thelma | 3116 Pakenham Drive Chalmette, LA 70433 | Chalmette | LA | 70043 | 1,210 |
| Cobblestone on the Lake Master Association, Inc. | 4351 Bellaria Way, Unit #447, Fort Myers, FL 33196 | Fort Myers | FL | 33916 | 1,228 |
| Cobblestone on the Lake Master Association, Inc. | 4351 Bellaria Way, Unit 444, Fort Myers, FL 33196 | Fort Myers | FL | 33196 | 1,228 |
| Corbett, Steve | 1726 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1728 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1730 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1732 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1734 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1802 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1804 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1725 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1737 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1800 Tradition Way | Phenix City | AL | 36867 | 1,330 |

**Revised- Exhibit D- Additional Taishan Properties**

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage |
|---|---|---|---|---|---|
| Corbett, Steve | 1814 Tradition Way | Phenix City | AL | 36867 | 1,508 |
| Corbett, Steve | 1707 Tradition Way | Phenix City | AL | 36867 | 1,092 |
| Corbett, Steve | 1736 Tradition Way | Phenix City | AL | 36867 | 1,330 |
| Corbett, Steve | 1806 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1808 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1810 Tradition Way | Phenix City | AL | 36867 | 1,508 |
| Corbett, Steve | 1812 Tradition Way | Phenix City | AL | 36867 | 1,508 |
| Corbett, Steve | 1711 Tradition Way | Phenix City | AL | 36867 | 1,214 |
| Corbett, Steve | 1719 Tradition Way | Phenix City | AL | 36867 | 1,116 |
| Corbett, Steve | 1818 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1705 Tradition Way | Phenix City | AL | 36867 | 1,344 |
| Corbett, Steve | 1807 Tradition Way | Phenix City | AL | 36867 | 1,508 |
| Corbett, Steve | 1817 Tradition Way | Phenix City | AL | 36867 | 1,330 |
| Corbett, Steve | 1819 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1722 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 1724 Tradition Way | Phenix City | AL | 36867 | 1,303 |
| Corbett, Steve | 3808 Holland Court | Phenix City | AL | 36867 | 1,303 |
| Desire, Marie | 4736 14th Street SW, Lehigh Acres, FL 33973 | Lehigh Acres | FL | 33973 | 1,239 |
| Desire, Marie | 4734 14th St. SW , Lehigh Acres, FL 33973 | Lehigh Acres | FL | 33973 | 1,239 |
| Edwards, Norma | 1050 NW Leonardo Circle | Port St. Lucie | FL | 34986 | 2,236 |
| Entrust (Edward Adams) | 11843 Bayport Lane 801 | Fort Myers | FL | 33908 | 2,203 |
| Ess (deceased) , Thomas/Judy | 3131 Sea Trawler Bend, #4, North Fort Myers, FL 33903 | North Fort Myers | FL | 33903 | 2,063 |
| Francipane, Sal & Susan | 4005 SW 23rd Avenue, Cape Coral, FL 33914 | Cape Coral | FL | 33914 | 2,248 |
| Gonzales, Damian/Taimi | 3770 7th Avenue SW, Naples, FL 34117 | Naples | FL | 34117 | 3,068 |
| James, Ken & Vita, Thomas (James & Vita, LLC) | 3808 Gallo Drive | Chalmette | LA | 70043 | 1,407 |
| James, Richard and Marion | 804 King Leon Way, Sun City, Florida 33573 | Sun City Center | FL | 33573 | 1,808 |

| **Claimant Name** | **Street Address** | **City** | **State** | **Zip** | **Verified Square Footage** |
|---|---|---|---|---|---|
| Johnson, Henry | 6524 Peoples Avenue | New Orleans | LA | 70122 | 1,596 |
| Luna Ocean Residences Condominium Association, Inc. | 704 N. Ocean Blvd., Hallways and Vestibules, Pompano Beach, FL 33062 | Pompano Beach | FL | 33062 | 10,660 |
| Luna Ocean Residences Condominium Association, Inc. | 704 N. Ocean Blvd., Unit 402, Pompano Beach, FL 33062 | Pompano Beach | FL | 33062 | 2,686 |
| Lundberg, Richard & Kathleen | 2116 SW 28th Lane, Cape Coral, FL 33914 | Cape Coral | FL | 33914 | 2,064 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 321 | Punta Gorda | FL | 33950 | 1,592 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 322 | Punta Gorda | FL | 33950 | 1,553 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 512 | Punta Gorda | FL | 33950 | 1,282 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 912 | Punta Gorda | FL | 33950 | 1,282 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1011 | Punta Gorda | FL | 33950 | 1,300 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1012 | Punta Gorda | FL | 33950 | 1,282 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1013 | Punta Gorda | FL | 33950 | 1,300 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1212 | Punta Gorda | FL | 33950 | 1,282 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1311 | Punta Gorda | FL | 33950 | 1,300 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1312 | Punta Gorda | FL | 33950 | 1,282 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1321 | Punta Gorda | FL | 33950 | 1,592 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1323 | Punta Gorda | FL | 33950 | 1,592 |

| **Claimant Name** | **Street Address** | **City** | **State** | **Zip** | **Verified Square Footage** |
|---|---|---|---|---|---|
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1412 | Punta Gorda | FL | 33950 | 1,282 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1522 | Punta Gorda | FL | 33950 | 1,553 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 922 | Punta Gorda | FL | 33950 | 1,553 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 921, Punta Gorda, FL 33950 | Punta Gorda | FL | 33950 | 1,592 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1221, Punta Gorda, FL 33950 | Punta Gorda | FL | 33950 | 1,592 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1322, Punta Gorda, FL 33950 | Punta Gorda | FL | 33950 | 1,553 |
| Magdalena Gardens Condominium Association | 240 W. End Avenue, Unit 1521, Punta Gorda, FL 33950 | Punta Gorda | FL | 33950 | 1,592 |
| Magdalena Gardens Condominium Association | 240 West End Avenue, Unit 1223, Punta Gorda, FL 33950 | Punta Gorda | FL | 33950 | 1,592 |
| Menz, Charlotte | 112 SW 35th Avenue | Cape Coral | FL | 33991 | 1,718 |
| Naustdal, Donna | 2576 Keystone Lake Drive | Cape Coral | FL | 33909 | 1,556 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 101 | Port St. Lucie | FL | 34987 | 1,783 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 102 | Port St. Lucie | FL | 34987 | 1,231 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 201 | Port St. Lucie | FL | 34987 | 1,783 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 202 | Port St. Lucie | FL | 34987 | 1,242 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 204 | Port St. Lucie | FL | 34987 | 1,231 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 208 | Port St. Lucie | FL | 34987 | 1,209 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 210 | Port St. Lucie | FL | 34987 | 1,783 |

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage |
|---|---|---|---|---|---|
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 104 | Port St. Lucie | FL | 34987 | 1,448 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 105 | Port St. Lucie | FL | 34987 | 1,231 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 106 | Port St. Lucie | FL | 34987 | 1,783 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 201 | Port St. Lucie | FL | 34987 | 1,783 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 202 | Port St. Lucie | FL | 34987 | 1,242 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 203 | Port St. Lucie | FL | 34987 | 1,209 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 204 | Port St. Lucie | FL | 34987 | 1,231 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 205 | Port St. Lucie | FL | 34987 | 1,371 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 206 | Port St. Lucie | FL | 34987 | 1,250 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 207 | Port St. Lucie | FL | 34987 | 1,250 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 210 | Port St. Lucie | FL | 34987 | 1,209 |
| Promenade at Tradition Community Association, Inc. | 10440 SW Stephanie Way, Unit 212 | Port St. Lucie | FL | 34987 | 1,783 |
| Promenade at Tradition Community Association, Inc. | 10480 SW Stephanie Way, Unit 101 | Port St. Lucie | FL | 34987 | 1,783 |
| Promenade at Tradition Community Association, Inc. | 10480 SW Stephanie Way, Unit 202 | Port St. Lucie | FL | 34987 | 1,242 |
| Promenade at Tradition Community Association, Inc. | 10480 SW Stephanie Way, Unit 206 | Port St. Lucie | FL | 34987 | 1,209 |
| Promenade at Tradition Community Association, Inc. | 10520 SW Stephanie Way, Unit 212 | Port St. Lucie | FL | 34987 | 1,783 |

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage |
|---|---|---|---|---|---|
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 102 | Port St. Lucie | FL | 34987 | 1,231 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 203 | Port St. Lucie | FL | 34987 | 1,209 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 205 | Port St. Lucie | FL | 34987 | 1,448 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 206 | Port St. Lucie | FL | 34987 | 1,250 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 208 | Port St. Lucie | FL | 34987 | 1,448 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 209 | Port St. Lucie | FL | 34987 | 1,231 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 203 | Port St. Lucie | FL | 34987 | 1,209 |
| Promenade at Tradition Community Association, Inc. | 10360 SW Stephanie Way, Unit 205 | Port St. Lucie | FL | 34987 | 1,448 |
| Promenade at Tradition Community Association, Inc. | 10400 SW Stephanie Way, Unit 211 | Port St. Lucie | FL | 34987 | 1,242 |
| Promenade at Tradition Community Association, Inc. | 10560 SW Stephanie Way, Unit 212 | Port St. Lucie | FL | 34987 | 1,783 |
| Ridley, Olivia | 3467 Acton Road | Moody | AL | 35004 | 2,459 |
| Rondeno, Colleen | 3110 Law Street, New Orleans, LA 70117 | New Orleans | LA | 70117 | 1,395 |
| Schatzle, Judith | 3445 NW 18th Terrace | Cape Coral | FL | 33993 | 2,233 |
| Seal, Liz Eneida | 543 Sacramento Street | North Fort Myers | FL | 33903 | 1,144 |
| Singleton, Diedre | 552 Huseman Lane | Covington | LA | 70453 | 2,701 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 69 – 2721 Pine Island Road N., Unit 201 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 69 – 2721 Pine Island Road N., Unit 202 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 69 – 2721 Pine Island Road N., Unit 203 | Sunrise | FL | 33322 | 850 |

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage |
|---|---|---|---|---|---|
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 69 – 2721 Pine Island Road N., Unit 301 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 69 – 2721 Pine Island Road N., Unit 303 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 71 – 2811 Pine Island Road N., Unit 210 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 71 – 2811 Pine Island Road N., Unit 310 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 72 – 2801 Pine Island Road N., Unit 101 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 72 – 2801 Pine Island Road N., Unit 301 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 72 – 2801 Pine Island Road N., Unit 302 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 72 – 2801 Pine Island Road N., Unit 304 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 75 – 8881 Sunrise Lakes Blvd., Unit 107 | Sunrise | FL | 33322 | 640 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 89 – 9021 Sunrise Lakes Blvd., Unit 101 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 89 – 9021 Sunrise Lakes Blvd., Unit 201 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 89 – 9021 Sunrise Lakes Blvd., Unit 202 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 89 – 9021 Sunrise Lakes Blvd., Unit 203 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 89 – 9021 Sunrise Lakes Blvd., Unit 204 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 89 – 9021 Sunrise Lakes Blvd., Unit 205 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 89 – 9021 Sunrise Lakes Blvd., Unit 206 | Sunrise | FL | 33322 | 590 |

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage |
|---|---|---|---|---|---|
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 89 – 9021 Sunrise Lakes Blvd., Unit 207 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 89 – 9021 Sunrise Lakes Blvd., Unit 210 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 89 – 9021 Sunrise Lakes Blvd., Unit 211 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 89 – 9021 Sunrise Lakes Blvd., Unit 212 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 92 – 2761 Pine Island Road N., Unit 207 | Sunrise | FL | 33322 | 750 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 92 – 2761 Pine Island Road N., Unit 307 | Sunrise | FL | 33322 | 750 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 92 – 2761 Pine Island Road N., Unit 308 | Sunrise | FL | 33322 | 750 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 92 – 2761 Pine Island Road N., Unit 309 | Sunrise | FL | 33322 | 750 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 88 – 9001 Sunrise Lakes Blvd., Unit 301 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 88 – 9001 Sunrise Lakes Blvd., Unit 311 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 97 – 9261 Sunrise Lakes Blvd., Unit 301 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 97 – 9261 Sunrise Lakes Blvd., Unit 302 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 97 – 9261 Sunrise Lakes Blvd., Unit 307 | Sunrise | FL | 33322 | 640 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 97 – 9261 Sunrise Lakes Blvd., Unit 309 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 97 – 9261 Sunrise Lakes Blvd., Unit 310 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 97 – 9261 Sunrise Lakes Blvd., Unit 311 | Sunrise | FL | 33322 | 850 |

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage |
|---|---|---|---|---|---|
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | Bldg. 97 – 9261 Sunrise Lakes Blvd., Unit 312 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 5 | Bldg. 153 – 9900 Sunrise Lakes Blvd., Unit 307 | Sunrise | FL | 33322 | 640 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2911 N Pine Island Road - Bldg 66 Apt 302 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 9900 Sunrise Lakes Blvd - Bldg 153 Apt 311 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 9681 Sunrise Lakes Blvd - Bldg 136 Apt 310 | Sunrise | FL | 33322 | 976 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 9681 Sunrise Lakes Blvd - Bldg 136 Apt 307 | Sunrise | FL | 33322 | 1,030 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 9681 Sunrise Lakes Blvd - Bldg 136 Apt 207 | Sunrise | FL | 33322 | 1,030 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 9900 Sunrise Lakes Blvd - Bldg 153 Apt 312 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | 2761 Pine Island Rd. North, Bldg 92, Unit 209 | Sunrise | FL | 33322 | 750 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 102 (Van Kolem) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 209 (Sabina) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 210 (Santiago) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 101 (Parson) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 104 (Marques) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 106 (Llanio) | Sunrise | FL | 33322 | 640 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 108 (Cyrus) | Sunrise | FL | 33322 | 640 |

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage |
|---|---|---|---|---|---|
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 205 (Schapson) | Sunrise | FL | 33322 | 640 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 206 (Parro) | Sunrise | FL | 33322 | 640 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 302 (Bogen) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 304 (Williams) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 305 (Lucarello) | Sunrise | FL | 33322 | 640 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 306 (Potter Johnson) | Sunrise | FL | 33322 | 640 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 308 (Farid) | Sunrise | FL | 33322 | 640 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 309 (Barnwell) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2721 N Pine Island Road - Bldg. 69, apt. 310 (Benitez-Reyes) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2800 N Pine Island Road - Bldg. 62, apt. 309 (Messina Nelly) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2801 N Pine Island Road - Bldg 72 apt 202 (Levine) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2801 N Pine Island Road - Bldg 72 apt 303 (Bronstein) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2801 N Pine Island Road - Bldg 72 apt 102 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2801 N Pine Island Road - Bldg 72 apt 104 (Dustman) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2801 N Pine Island Road - Bldg 72 apt 201 (Sanchez) | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2811 N Pine Island Road - Bldg. 71, apt. 112 Thomas | Sunrise | FL | 33322 | 850 |

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage |
|---|---|---|---|---|---|
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2811 N Pine Island Road - Bldg. 71, apt. 311 Acosta | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2811 N Pine Island Road - Bldg. 71, apt. 312 Feldman | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 2911 N Pine Island Road - Bldg. 66 apt. 103 Kelman | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 8851 Sunrise Lakes Blvd - Unit 76-201 - Quint, Irving & Yvette. B76-Unit 201 | Sunrise | FL | 33322 | 600 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 8851 Sunrise Lakes Blvd - Unit 76-202 - McFarlane, Earle. BLDG 76. Unit 202 | Sunrise | FL | 33322 | 600 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 8851 Sunrise Lakes Blvd - Unit 76-203 - MCClean, Henry. BLDG, 76. APT, 203 | Sunrise | FL | 33322 | 600 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 8851 Sunrise Lakes Blvd - Unit 76-207 - Morales. BLDG, 76. APT. 207 | Sunrise | FL | 33322 | 600 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 8851 Sunrise Lakes Blvd - Unit 76-208 - Delcolle, P. BLDG.76, APT. 208 | Sunrise | FL | 33322 | 600 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 8851 Sunrise Lakes Blvd - Unit 76-210 - Goldstein, F. BLDG 76.APT 210 | Sunrise | FL | 33322 | 600 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 8851 Sunrise Lakes Blvd - Unit 76-211 - Rodriguez (Figueroa). BLDG 76. APT 211 | Sunrise | FL | 33322 | 600 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 8851 Sunrise Lakes Blvd - Unit 76-218 - Moore, V. BLDG 76. APT 218 | Sunrise | FL | 33322 | 600 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 8861 Sunrise Lakes Blvd - Unit 83-311 - Herman. BLDG 83. APT 311 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 8881 Sunrise Lakes Blvd - Unit 75-207 | Sunrise | FL | 33322 | 640 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 8881 Sunrise Lakes Blvd - Unit 75-208 - Friedman, Lola. BLDG. 75, APT. 208 | Sunrise | FL | 33322 | 640 |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | 8881 Sunrise Lakes Blvd - Unit 75-308 - Nott, Leete. BLDG. 75, APT. 308 | Sunrise | FL | 33322 | 640 |

**Revised- Exhibit D- Additional Taishan Properties**

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage |
|---|---|---|---|---|---|
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | 2761 Pine - Unit 92-107 - Grumer. BLDG 92. APT 107 | Sunrise | FL | 33322 | 750 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | 2761 Pine - Unit 92-310 - Corbeil-Lorange. BLDG 92 Apt 310 | Sunrise | FL | 33322 | 750 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | 2761 Pine Island Road N, Unit 92-208 | Sunrise | FL | 33322 | 750 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | 9001 Sunrise Lakes - 88-312 - Feldman, M BLDG. 88, APT. 312 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | 9021 Sunrise Lakes Blvd - Unit 89-102 - Hirsch BLDG. 89, APT. 102 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | 9021 Sunrise Lakes Blvd - Unit 89-105 - Vecchio BLDG, 89 APT. 105 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, Inc 2 | 9041 Sunrise Lakes Blvd - Unit 90-309 - McCaffey, Brad. BLDG 90. APT 309 CCD | Sunrise | FL | 33322 | 620 |
| Chestnut, Sean and Holly | 4416 Stella Drive | Meraux | LA | 70075 | 1,540 |
| Covetta, Melvyn D. | 1203 NW 24th Place Cape Coral, FL 33993 | Cape Coral | FL | 33993 | 1,735 |
| Guida, Gerard | 48 Pilgrim Drive Palm Coast, FL 32164 | Palm Coast | FL | 32164 | 1,612 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 1205 S. Genois Street | New Orleans | LA | 70125 | 851 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 1603 Hollygrove Street | New Orleans | LA | 70118 | 1,555 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 2601 Arts Street | New Orleans | LA | 70117 | 1,152 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 2617 Eagle Street | New Orleans | LA | 70118 | 812 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 2923 Mistletoe Street | New Orleans | LA | 70118 | 1,362 |

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage |
|---|---|---|---|---|---|
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 3029 Louisiana Ave. Parkway | New Orleans | LA | 70125 | 1,353 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 3632 Monroe Street | New Orleans | LA | 70118 | 1,355 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 4319 S. Tonti Street | New Orleans | LA | 70125 | 1,468 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 4423-25 Walmsley Avenue | New Orleans | LA | 70125 | 1,628 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 4609 S. Johnson Street | New Orleans | LA | 70125 | 1,390 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 5 Alice Court | New Orleans | LA | 70117 | 457 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 5329 Chartres Street | New Orleans | LA | 70117 | 1,207 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 8230 Apple Street | New Orleans | LA | 70118 | 1,731 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 8918 Palm Street | New Orleans | LA | 70118 | 1,167 |
| Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 921 Lamanche Street | New Orleans | LA | 70117 | 2542 |
| Sunrise Lakes Condominium Apt Phase III, In | Bldg. 72 – 2801 Pine Island Road N., Unit 203 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, In | Bldg. 76 – 8851 Sunrise Lakes Blvd., Unit 205 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, In | Bldg. 88 – 9001 Sunrise Lakes Blvd., Unit 101 | Sunrise | FL | 33322 | 850 |

**Revised- Exhibit D- Additional Taishan Properties**

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage |
|---|---|---|---|---|---|
| Sunrise Lakes Condominium Apt Phase III, In | Bldg. 89 – 9021 Sunrise Lakes Blvd., Unit 209 | Sunrise | FL | 33322 | 590 |
| Sunrise Lakes Condominium Apt Phase III, In | Bldg. 97 – 9261 Sunrise Lakes Blvd., Unit 303 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, In | Bldg. 97 – 9261 Sunrise Lakes Blvd., Unit 304 | Sunrise | FL | 33322 | 850 |
| Sunrise Lakes Condominium Apt Phase III, In | Bldg. 97 – 9261 Sunrise Lakes Blvd., Unit 308 | Sunrise | FL | 33322 | 640 |
| Sunrise Lakes Condominium Apt Phase III, In | Bldg. 68 – 8841 Sunrise Lakes Blvd., Unit 303 | Sunrise | FL | 33322 | 850 |
| Villaverde, Gilbert & Gloria | 1616 SW 52nd Street | Cape Coral | FL | 33914 | 3144 |
| **Verified Square Footage** | | | | | **283,265** |