

56624261
Jan 16 2015
07:04PM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2047 |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER GRANTING UNOPPOSED MOTION TO DISMISS GRAF'S DRYWALL AS A DOWNSTREAM RELEASEE UNDER THE SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST INTERIOR/EXTERIOR BUILDING SUPPLY WITH PREJUDICE

Considering Graf's Drywall's Unopposed Motion to Dismiss Graf's Drywall as a Downstream Releasee Under the Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply with Prejudice,

IT IS ORDERED that the Unopposed Motion to Dismiss Graf's Drywall Under the Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply With Prejudice is GRANTED and Graf's Drywall is dismissed as a downstream releasee under the settlement agreement regarding the claims against Interior/Exterior Building Supply with prejudice.

New Orleans, Louisiana this  15th  day of   January        , 2015.

_____
United States District Court Judge

1