UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 09-2047 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE ELDON E. FALLON |
| SHELLY PARR, ET AL V. TALLOW CREEK, L.L.C., ET AL, NO. 10-2737 | MAG. JOSEPH C. WILKINSON, JR. |

EXHIBIT 12

AFFIDAVIT OF FAILURE TO PROSECUTE

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

Before me, the undersigned notary public, residing in and for the parish and state aforesaid, did appear

ROSS A. DOOLEY

who, after being duly sworn, did depose and state:

1. That he is the attorney of record for the Defendant, Western World Insurance Company (the "Defendant"), in the above entitled action;

2. That Petitioners commenced this action by filing suit in the 22nd Judicial District Court, St. Tammany Parish, on November 23, 2009;

3. That Defendant was made a party-defendant in the State Court proceeding on June 29, 2010;

4. That the State Court proceeding was subsequently removed to the above captioned MDL on August 13, 2010.

5. That the last step in the prosecution of this lawsuit was Western World's Answer to Petitioners' First Amended and Supplemental Third-Party Demands. (#09-2047, Doc. 8642).

6. That seven (7) years have elapsed since the case was removed to the MDL, and more than six (6) years have elapsed without a step in furtherance of the prosecution of this claim.

_____
Affiant, Ross A. Dooley
Attorney for Western World Insurance Company

Sworn to and subscribed before me, Notary Public, this 11th day of July, 2017.

_____
Notary Public Signature
Printed Name Terry T. Dunleuy
State of Louisiana
Notary Public Number 17,945
Commission Expires at Death