UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| ALL CASES | ) ) ) ) ) | MAG. JUDGE WILKINSON |

**MOTION FOR ASSIGNMENT OF PLAINTIFFS' STEERING COMMITTEE ("PSC") MEMBER ERVIN A. GONZALEZ'S DUTIES TO PATRICK S. MONTOYA**

NOW COMES Patrick S. Montoya, who respectfully submits that:

1. My law partner, Ervin A. Gonzalez passed away on June 8, 2017 and was a member of the PSC in MDL 2047, *In re: Chinese-Manufactured Drywall Products Liability Litigation* ("Chinese Drywall litigation")[*see* Rec. Docs. 144-2, 13084, 16608, 17600, and 18782].

2. I have been actively involved in the prosecution of this litigation since its inception.

3. I assisted Mr. Gonzalez in numerous class action cases or was second chair in cases where Mr. Gonzalez was appointed lead class counsel in, such as: *Light v. SCI Funeral Services of Fla.,* (17th Judicial Circuit, Broward County, Florida)(on behalf of 40,000 class members achieving a $100 million dollar settlement); *Verde v. Southwin, Inc.* (11th Judicial Circuit, Miami-Dade County, Florida)(a construction defect class action tried by jury resulting in a multi-million dollar verdict); *Nobo-Alvarez v. Dadeland Cove Homeowners Association,* (11th Judicial

1

Circuit, Miami-Dade County, Florida)(class action settlement regarding Homeowners' association failure to maintain common areas); and *Wiggins v. Hartford Ins. Co. of the Midwest,* (S.D. Fla.)(successful settlement based upon homeowners' insurers illegally deducting depreciation from homeowners' insurance claims).

4. In the instant case I have served as Lead or co-Lead MDL Counsel and Designated State Counsel for numerous depositions, including, but not limited to the following:

   a. *Lead PSC Counsel* for the Deposition of John Gunn of Guardian Building Supplies;

   b. *Co-Lead PSC Counsel* for the Deposition of Michael Anthony Robson, Legal Representative in China for Knauf Insulation Co., Ltd.;

   c. *Lead PSC Counsel* for the Deposition of Ivan Gonima, Oriental Trading Company;

   d. *Lead PSC Counsel* for the Deposition of Donald Wilson for BNBM of America;

   e. *Lead PSC Counsel* for the Deposition of Stefan Davis of Davis Construction Supply, LLC;

   f. *Lead PSC Counsel* for the Deposition of Edgar Chaparro of EAC & Sons;

   g. *Lead PSC Counsel* for deposition of expert witness Lee Waronker;

   h. *Lead PSC Counsel* for the Deposition of Carlos Rios of Carn Construction;

   i. *Lead PSC Counsel* for the Deposition of Richard Hannam;

   j. *Lead PSC Counsel* for the Deposition of Yongzhi (Charley) Yang;

    k. *Co-Lead PSC Counsel* for the Deposition of Michael Anthony Robson, Legal Representative in China for Knauf Insulation Co., Ltd.;

    l. *Co-Lead PSC Counsel* for the Deposition of David Gregory of Knauf Plasterboard Wuhu;

    m. *Designated State Liaison Counsel* Peter Cuomo of PDC Drywall;

    n. *Designated State Liaison Counsel* for the Deposition of Jia Tongchun;

    o. *Designated State Liaison Counsel* for the follow-up Deposition of Jia Tongchun;

    p. *Designated State Liaison Counsel* for the Deposition of Wenlong Peng;

    q. *Designated State Liaison Counsel* for the Deposition of Jianchun Zhang, Secretary of TTP;

5. In the instant case I have worked on the following motions and briefing matters such as:

    a. Drafted and argued PSC's Memorandum in Support of Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd. and to Compel Discovery & Jurisdictional Depositions to Begin in February 2011; and,

    b. Briefed the Miami-Dade County Plaintiffs' Liaison Counsel's Omnibus Amicus Brief in Opposition to Defendant Taishan Gypsum Co., Ltd.'s Motion to Vacate the Entry of Default and Dismiss the Complaint Under Seal and argued the same at the joint state/federal hearing on personal jurisdiction.

6. I have also spent numerous hours in document review for all Knauf production in New Orleans and also reviewed significant portions of the Taishan production, acting as lead and designated state liaison counsel for numerous Taishan jurisdiction depositions in Florida and in Hong Kong, developing a cast of characters, and creating a state by state analysis of important documents.

7. I also tried with Mr. Gonzalez the first bellwether Chinese drywall jury trial in the country: S*eifart v. Banner Supply Co., et. al.*, Case No. 09-38887 CA 42 in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida. The trial resulted in a $2,465,359.53 dollar judgment for the Plaintiffs. This case was tried against Banner Supply Company, which created pressure for Banner to settle on a class-wide basis.

8. I also assisted and served as Plaintiffs' Liaison Counsel in Miami-Dade and Broward Counties when Mr. Gonzalez was unable to attend hearings.

9. In order to ensure that Mr. Gonzalez's duties as a member of the Plaintiffs' Steering Committee are fulfilled, I request that I be allowed to assume the duties of and take the place and stead of Mr. Gonzalez as a member of the PSC.

10. I have conferred with the PSC in this matter and it has no objection to the instant motion.

                                                 Respectfully Submitted,

                                                 /s/  Patrick S. Montoya
                                                 PATRICK S. MONTOYA
                                                 Fla. Bar No. 524441
                                                 Patrick@colson.com
                                                 COLSON HICKS EIDSON
                                                 255 Alhambra Circle, PH
                                                 Coral Gables, FL   33134
                                                 Phone: (305) 476-7400

Fax: (305) 476-7444

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of July, 2017.

/s/ Patrick S. Montoya