UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| ALL CASES | ) ) ) ) ) | MAG. JUDGE WILKINSON |

**ORDER ON MOTION FOR ASSIGNMENT OF PLAINTIFFS' STEERING COMMITTEE MEMBER ERVIN A. GONZALEZ'S DUTIES TO PATRICK S. MONTOYA**

Considering the Motion for Assignment of Plaintiffs' Steering Committee Member Ervin A. Gonzalez's Duties to Patrick S. Montoya;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Patrick S. Montoya be and is hereby allowed to assume the duties of and take the place and stead of Ervin A. Gonzalez as a member of the PSC.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge

1