**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| *Mitchell Co. Inc. v. Knauf Gips KG, et al.*, 09-cv-4115 | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| | Oral Argument Requested |

### BUILDER PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION AGAINST TAISHAN GYPSUM CO., LTD.

Comes now Plaintiff The Mitchell Company, Inc. on behalf of itself and all others similarly situated and files Builder Plaintiffs' Renewed Motion for Class Certification Against Taishan Gypsum Co., Ltd. moving the Court to certify the following Class:

> All persons and entities in the States of Alabama, Mississippi, Louisiana, Georgia, Texas, and Florida that used drywall manufactured by Taishan Gypsum Co., Ltd., for the construction, repair, or remodeling of any improvement to real property and who incurred any expenses associated with (1) repair or replacement of all or part of the defective drywall, and/or (2) repair or replacement of other property damaged by the defective drywall, and/or (3) attorneys' fees and costs in defense of claims by affected homeowners, and/or (4) other expenses that were or incurred as part of the remediation of the defective drywall, including, without limitation, the cost of investigation and expert analysis of the defect, and cost of relocating customers displaced by the presence of defective drywall.
>
> Excluded from the proposed Class are any owners, landlords, or residents of real properties located in the United States containing defective Chinese drywall manufactured, sold, distributed,

supplied, marketed, inspected, imported, or delivered by Taishan Gypsum Co. Ltd.; Defendant Taishan, its legal representatives, officers, directors, assigns, and successors, or any entity in which the Defendant has a controlling interest; the judge to whom this action is assigned and members of the judge's immediate family; claims for personal injury, wrongful death, and/or emotional distress; and all persons or entities who properly execute and timely file a request for exclusion from the class.

This motion is supported by Builder Plaintiffs' accompanying Memorandum in Support, and the pleadings and papers filed in this case and MDL 2047 and any oral argument the Court permits.

DATED: July 13, 2017                    /s/ Steven L. Nicholas
                                        STEVEN L. NICHOLAS
                                        Cunningham Bounds, LLC
                                        1601 Dauphin Street
                                        Mobile, Alabama 36604
                                        251-471-6191
                                        251-479-1031 (fax)


                                        ELIZABETH J. CABRASER
                                        SARAH R. LONDON
                                        Lieff, Cabraser, Heimann & Bernstein, LLP
                                        Embarcadero Center West
                                        275 Battery Street, 29th Floor
                                        San Francisco, California  94111-3339
                                        415-956-1000
                                        415-956-1008 (fax)


                                        JONATHAN D. SELBIN
                                        Lieff, Cabraser, Heimann & Bernstein, LLP
                                        250 Hudson Street, 8th Floor
                                        New York, New York  10013
                                        212-355-9500
                                        212-355-9592 (fax)

ANDREW R. KAUFMAN
Lieff, Cabraser, Heimann & Bernstein, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
615-313-9000
615-313-9965 (fax)

Attorneys for Builder Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing "Builder Plaintiffs' Renewed Motion for Class Certification Against Taishan Gypsum CO., Ltd. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 13th day of July, 2017.

/s/ *Steven L. Nicholas*
STEVEN L. NICHOLAS