**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| *Mitchell Co. Inc. v. Knauf Gips KG, et al.*, 09-cv-4115 | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| | Oral Argument Requested |

**BUILDER PLAINTIFFS' NOTICE OF SUBMISSION OF ITS RENEWED MOTION FOR CLASS CERTIFICATION AGAINST TAISHAN GYPSUM CO., LTD.**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on August 23, 2017, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Eldon E. Fallon of the Eastern District of Louisiana, Section L, located at 500 Poydras Street, New Orleans, LA 70130. Plaintiff The Mitchell Company, Inc. on behalf of itself and all others similarly situated will move the Court for certification of a class as set out in its renewed motion and accompanying Memorandum in Support, the pleadings and papers filed in this case and MDL 2047, and any oral argument the Court permits.

DATED: July 13, 2017                    */s/ Steven L. Nicholas*
                                         STEVEN L. NICHOLAS
                                         Cunningham Bounds, LLC
                                         1601 Dauphin Street
                                         Mobile, Alabama 36604
                                         251-471-6191
                                         251-479-1031 (fax)

ELIZABETH J. CABRASER
SARAH R. LONDON
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
415-956-1000
415-956-1008 (fax)

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York  10013
212-355-9500
212-355-9592 (fax)

ANDREW R. KAUFMAN
Lieff, Cabraser, Heimann & Bernstein, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
615-313-9000
615-313-9965 (fax)

Attorneys for Builder Plaintiff

## **CERTIFICATE OF SERVICE**

I do hereby certify that the above and foregoing "Builder Plaintiffs' Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 13th day of July, 2017.

/s/ *Steven L. Nicholas*
STEVEN L. NICHOLAS