IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES | x x x x | |

## ORDER

Special Master, Dan Balhoff, has provided to the Court a statement from Philip A. Garrett, CPA, identifying two unpaid invoices for time and costs in connection with this MDL and, in particular, the Special Master Proceedings. The statement dated June 19, 2017 is in amount of $19,846.44, and identifies unpaid Invoice No. 671 due 10/4/2016 in the amount of $4,642.25; and unpaid Invoice No. 691 due 12/31/2016 in the amount of $15,204.19, totaling the balance due of $19,846.44.

After review, consideration and discussion with the Special Master:

IT IS ORDERED BY THE COURT that Plaintiffs' Liaison Counsel is directed to pay unpaid invoices No. 671 in the amount of $4,642.25 and unpaid Invoice No. 691 in the amount of $15,204.19, representing the total balance due as reflected in the statement from Philip A. Garrett, CPA, dated June 19, 2017, in the amount of $19,846.44, from the MDL 2047 PSC Shared Cost Account to Philip A. Garrett, CPA.

At a later date, the Court may address the shifting of costs or reimbursement to be made by the Objectors to the MDL PSC Shared Cost Account for items paid by the PSC as a result of the Objectors' Fee Dispute.

New Orleans, Louisiana, this 13 day of July, 2017.

                                        Eldon E. Fallon
                                        United States District Court Judge