UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, **2:15-cv-4127 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-06631 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-06632 (E.D.La.)** | |

### OCEANIQUE DEVELOPMENT COMMUNITY'S NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Oceanique Development Community, hereby dismisses, with prejudice, all of its claims against Defendants in the above referenced complaints. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Matthew C. Gaughan, counsel for Oceanique Development Community, dated July 17, 2017, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: July 18, 2017                    /s/ Leonard A. Davis
                                                Russ M. Herman, Esquire (Bar No. 6819)
                                                Leonard A. Davis, Esquire (Bar No. 14190)
                                                Stephen J. Herman, Esquire (Bar No. 23129)
                                                HERMAN HERMAN & KATZ, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113 Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                LDavis@hhklawfirm.com
                                                *Plaintiffs' Liaison Counsel*
                                                *MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of July, 2017.

                                                /s/ Leonard A. Davis
                                                Leonard A. Davis, Esquire
                                                Herman, Herman, Katz & Cotlar, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                LDavis@hhklawfirm.com
                                                Plaintiffs' Liaison Counsel
                                                MDL 2047