# EXHIBIT "A"

# LEVIN SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

\* also admitted in New Jersey
† also admitted in New York

July 17, 2017

**Via Email**
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: In re: **Chinese Manufactured Drywall Products Liability Litigation**
*Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, 2:15-cv-4127 (E.D.La.)

*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06631 (E.D.La.)

*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06632 (E.D.La.)

Dear Russ and Lenny:

My client, Oceanique Development Community, authorizes the attorneys of Herman Herman & Katz, LLC to sign any appropriate documents and/or pleadings to voluntarily dismiss, with prejudice, all of its claims against defendants in the above referenced cases.

Very truly yours,

Matthew C. Gaughan