# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES | |

## NOTICE OF MANUAL ATTACHMENT

The Plaintiffs' Steering Committee ("PSC") gives notice that the indicia, verification, and declarations relating to Second Errata to Plaintiffs' Steering Committee's Submission of An Updated Class Plaintiffs' Spreadsheet of Taishan Properties With Verified Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing Dated April 21, 2017 [Rec. Doc. 20824] is being manually delivered to the Court and to Harry Rosenberg (Liaison Counsel) on a CD due to the voluminous nature of the materials. Mr. Rosenberg should copy and disseminate the CD to appropriate individual counsel for Taishan, CNBM and BNBM.

Dated: July 10, 2017

Respectfully Submitted,

By: /s/ Leonard A. Davis
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

1