**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 09-2047** |
| | **SECTION "L"** |
| **THIS DOCUMENT RELATES TO:** | |
| | **JUDGE ELDON E. FALLON** |
| **HUBBELL, ET AL V. TALLOW CREEK, L.L.C., ET AL, NO. 10-2064** | **MAG. JOSEPH C. WILKINSON, JR.** |

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that Western World Insurance Company's **MOTION TO DISMISS DUE TO INEX SETTLEMENT** filed herewith shall be submitted for decision on **August 9, 2017** at **9:00 a.m.** without oral argument, unless oral argument is ordered by the Court.

Noticed this 19th day of July, 2017.

<u>/s/ Ross A. Dooley</u>
*Counsel for Western World Insurance Company*

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 09-2047 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE ELDON E. FALLON |
| HUBBELL, ET AL V. TALLOW CREEK, L.L.C., ET AL, NO. 10-2064 | MAG. JOSEPH C. WILKINSON, JR. |

### ATTORNEY'S CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF SUBMISSION has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of July, 2017.

/s/ Ross A. Dooley

_____

Ross A. Dooley
Attorney for Western World Insurance Company