59989704
Dec 22 2016
03:23PM

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 09-2047 SECTION: L |
| This document relates to: | * * | JUDGE: FALLON |
| *Parr, et al. v. Tallow Creek, LLC, et al.* No. 10-2737 | * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

**Considering the above and foregoing:**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action by Third-Party Plaintiffs, Southern Homes, LLC and Tallow Creek, LLC, against Graf's Drywall, LLC, in the above-captioned and numbered cause be dismissed with prejudice. Each party to bear its own costs.

This 21st day of December, 2016, at New Orleans, Louisiana.

*[signature]*

**ELDON E. FALLON**
**United States District Court Judge**