# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*, 2:09-cv-7628 (E.D.La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*, 2:10-cv-362 (E.D.La.)<br><br>*Block, III, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, 2:11-cv-1363 (E.D.La.) | |

## OCEANIQUE DEVELOPMENT COMMUNITY'S NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Oceanique Development Community, hereby dismisses, with prejudice, all of its claims against Defendants in the above referenced complaints. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Matthew C. Gaughan, counsel for Oceanique Development Community, dated July 20, 2017, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                                    Respectfully submitted,

Dated:   July 20, 2017

                                                    <u>/s/ Russ M. Herman</u>
                                                    Russ M. Herman (LA Bar No. 6819)
                                                    Leonard A. Davis (LA Bar No. 14190)
                                                    Stephen J. Herman (LA Bar No. 23129)
                                                    HERMAN, HERMAN & KATZ, LLC
                                                    820 O'Keefe Avenue
                                                    New Orleans, Louisiana 70113
                                                    Phone: (504) 581-4892
                                                    Fax: (504) 561-6024
                                                    Ldavis@hhkc.com
                                                    *Plaintiffs' Liaison Counsel MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of July, 2017.

                  <u>/s/ Leonard A. Davis</u>
                  Leonard A. Davis
                  HERMAN, HERMAN & KATZ, LLC
                  820 O'Keefe Avenue
                  New Orleans, Louisiana 70113
                  Phone: (504) 581-4892
                  Fax: (504) 561-6024
                  <u>Ldavis@hhklawfirm.com</u>
                  Plaintiffs' Liaison Counsel
                  MDL 2047

                  *Co-Counsel for Plaintiffs*