# EXHIBIT A

# LEVIN SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

* also admitted in New Jersey
† also admitted in New York

July 20, 2017

**Via Email**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      *Payton, et al. v. Knauf Gips, KG, et al.*, 2:09-cv-7628 (E.D.La.)
      *Rogers, et al. v. Knauf Gips, KG, et al.*, 2:10-cv-362 (E.D.La.)
      *Block, III, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, 2:11-cv-1363 (E.D.La.)

Dear Russ and Lenny:

My client, Oceanique Development Community, authorizes the attorneys of Herman Herman & Katz, LLC to sign any appropriate documents and/or pleadings to voluntarily dismiss, with prejudice, all of its claims against defendants in the above referenced cases.

Very truly yours,

MATTHEW C. GAUGHAN

/mmh