**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| =============================== | x | ============================ |
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | x | SECTION: L |
| LITIGATION | x | JUDGE FALLON |
| | x | MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL | x | |
| CASES | x | |
| | x | |
| =============================== | x | ============================ |

**PLAINTIFFS' STEERING COMMITTEE'S SUPPLEMENTAL SUBMISSION OF AN UPDATED CLASS PLAINTIFFS' SPREADSHEET OF TAISHAN PROPERTIES WITH RS MEANS FACTORS, COSTS PER SQUARE FOOT, AND EXTENDED COSTS IN CONNECTION WITH THE COURT'S FOFCOL RELATED TO THE JUNE 9, 2015 DAMAGES HEARING DATED APRIL 21, 2017 [REC. DOC. 20824]**

Pursuant to the Court's Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing dated April 21, 2017 ("Class Damages Order") [Rec. Doc. 20741], on June 20, 2017, the Plaintiffs' Steering Committee ("PSC") submitted an updated Class Plaintiffs' Spreadsheet ("Updated Spreadsheet") listing the names and addresses of Class Members who were listed on Exhibit 10/79 (which was admitted into evidence at the June 9, 2015 class damages hearing) and who, as of the date of the class damages hearing, owned a Taishan property for which square footage has been verified ("10/79 Properties") [Rec. Doc. 20824-1]. With that filing, the PSC also submitted similar spreadsheets for (1) the Reserved Properties ("RP") of Class Members, which were not included on Exhibit 10/79 due to the fact the claimant(s) (or Class Members) no longer owned the property at the time of the class damages hearing on June 9, 2015 ("Reserved Properties Spreadsheet") [Rec. Doc. 20824-3] and (2) the Additional Taishan Properties of Class Members who were included on the *Amorin* complaints, but were nevertheless omitted from the original Exhibit 10/79 spreadsheet, primarily because the

1

PSC chose to defer the resolution of objections thereto from Taishan ("Additional Taishan Properties Spreadsheet") [Rec. Doc. 20824-4].[1]  Pursuant to the Court's Class Damages Order, the PSC verified the square footage for all properties on these spreadsheets and confirmed that each of the 10/79 Properties, the Reserved Properties, and the Additional Taishan Properties had sufficient indicia of Taishan product.

In an effort to advance the resolution of a classwide remediation damages verdict, the PSC hereby submits updated information and data concerning RS Means factors, costs per square foot, and extended costs for each Taishan property listed on the Supplemental Updated Spreadsheet (attached hereto as Exhibit "A"), the Supplemental Reserved Properties Spreadsheet (attached hereto as Exhibit "C")[2], and the Supplemental Additional Taishan Properties Spreadsheet (attached hereto as Exhibit "D"), as revised.  These calculations apply to all Taishan properties regardless of whether they have been remediated by the Taishan property owners in the past, are yet to be remediated, or the Taishan property owner resolved some of their claims in whole or in part with other Defendants.  *See* Class Damages Order [Rec. Doc. 20741] at 26.  The Supplemental Composite Spreadsheet encompassing all 10/79 Properties, Reserved Properties, and Additional Taishan Properties of Class Members now contains the updated information and costs based on RS Means factors (attached hereto as Exhibit "E").

---

[1] On June 23, 2017, the PSC filed an Errata, correcting certain errors in the spreadsheets [Rec. Doc. 20837], and on July 10, 2017, the PSC filed a second Errata to correct certain other errors in the spreadsheets [Rec. Doc. 20859].

[2] Exhibit "B" to the Submission of an Updated Class Plaintiffs' Spreadsheet [Rec. Doc. 20824] was the redlined version of the Updated Spreadsheet of 10/79 Properties.  Because the Supplemental Spreadsheets are adding RS Means information and costs only and the Updated Spreadsheet did not contain that information, a redlined version is not necessary.  However, to be consistent, the labels for the Exhibits to this filing match how they were originally filed, so there is no Exhibit "B" to this submission.

The remediation damages per property were calculated by multiplying the verified under air square footage of the affected properties by the national average cost, as adjusted by the RS Means location factor. At the June 9, 2015 class damages hearing, Plaintiffs presented evidence that the remediation cost per square foot was $105.91. [Transcript at pp. 117:20-:22, 118:5-:18; Rec. Doc. 19197]. The PSC filed a Supplemental brief on December 23, 2016, which, among other things, adjusted the remediation cost per square foot to account for the subsequent increase in the costs of materials and the costs of labor. [Rec. Doc. 20613-2]. At the time of that filing, $107.83 was the 2016 remediation cost per square foot. This figure is once again adjusted to reflect the 2017 national square foot unit price, which is $109.85 with certified industrial hygienist (CIH) costs included, as set forth in the Declaration of Ronald E. Wright, P.E. dated 7/25/2017 ("Wright Decl.") (attached hereto as Exhibit "F"). The PSC provided Mr. Wright with the verified square footage data for all of the Taishan properties (10/79, RP, and Additional) on the Composite Spreadsheet, as revised [Rec. Doc. 20859-5], which Mr. Wright relied on in making the calculations of remediation damages based on "the methodology developed by [him] in prior work including for the *Germano* case." *See* Wright Decl., at ¶ 2 and Exhibit 1.b thereto.

Accordingly, the remediation and inspection and clearance cost of buildings [cost per square foot – *i.e.*, $109.85 (national average cost) x adjustment by the applicable localized cost factor x square feet of buildings] is the class remediation damages amount. The formula for the total class remediation damages amount (including CIH costs) is the multiplication of $109.85 per square foot times the zip code specific RS Means cost data location factor times the available square footage data.

In sum, if a verdict on remediation damages only were entered by the Court today, the remediation damages for the Class Members' 2,946 buildings would total $525,368,905.00,

3

leaving the amount of damages for a myriad of other claims (alternative living expenses, short sales, foreclosures, etc.) to be resolved at a later date.

Dated: July 25, 2017                    Respectfully Submitted,

By:   /s/ Leonard A. Davis
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios (on the brief)
Zachary Wool (on the brief)
Emma Kingsdorf (on the brief)
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
rbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez (deceased)[3]
Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

---

[3] Sadly, on June 8, 2017, Mr. Gonzalez passed away. Plaintiffs' Lead and Liaison Counsel will be filing a motion to substitute in his place as a PSC member Mr. Gonzalez's partner Patrick Montoya. Mr. Montoya has been involved with this litigation for many years.

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (on the brief)
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of July, 2017.

Respectfully Submitted,

By: */s/ Leonard A. Davis*
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*