## LEVIN SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

* also admitted in New Jersey
† also admitted in New York

July 27, 2017

**VIA EMAIL**

Bernard Taylor, Esquire
~~Christy Hull Eikhoff, Esquire~~
~~Alston & Bird~~
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

L. Christopher Vejnoska, Esquire
~~Orrick, Herrington & Sutcliffe LLP~~
~~The Orrick Building~~
405 Howard Street
San Francisco, CA 94105

James L. Stengel, Esquire
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, NY 10019

Re:   *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, **MDL 2047**
       **Proposal to Vacate PTO 1G & PTO 1H in Order to Move Forward
       with Omni XX Claims**

Dear Counsel:

At the outset of this MDL, the parties and the Court were faced with multiple Omni actions naming over 1,500 Defendants. Amendments to the various Omnibus complaints were expressly contemplated, and for that reason the Court required the Plaintiffs to file a Notice of Completion of Amendments to the Omni Complaints in order to trigger the deadline for filing responsive pleadings (PTO 1G). At the same time, the Court ordered that a Master Complaint be filed, and the Court appointed a Motions Committee (consisting of representatives for the Plaintiffs (Leonard Davis), the Manufacturers (Kyle Spaulding), the Homebuilders (Dorothy Wimberly), and later the Insurers (Judy Barrasso)) to organize and prioritize motions to be heard relating to the complaints (PTO 1H, Minute Entry dated 8/25/2010, and Order dated 10/25/2010). That was more than seven years ago.

Since then, the Knauf Defendants and hundreds of entities in the KPT Chinese Drywall supply chain (Suppliers, Builders, Installers, and Insurers) have settled the Chinese Drywall claims against them. At this point, the only remaining Omni complaint which has not been answered is the *Brooke* complaint (Omni XX). And, the only remaining active Defendants in the

LEVIN SEDRAN & BERMAN

Bernard Taylor, Esquire
Christy Hull Eikhoff, Esquire
L. Christopher Vejnoska, Esquire
James L. Stengel, Esquire
July 27, 2017
Page 2

---

litigation are the Taishan Defendants, which include CNBM, BNBM Group, BNBM, Taishan, and TTP. According to the Taishan Defendants, they have not answered the *Brooke* complaint in light of the requirements set forth in PTO 1G and PTO 1H, despite the fact that Plaintiffs have filed a Notice of Completion in *Brooke* in accordance with PTO 1G [Rec. Doc. 20723], and despite a request by the Plaintiffs' Steering Committee ("PSC") that the Taishan Defendants answer the complaint or otherwise plead under Rule 12. Taishan contends that no response to *Brooke* is required because the PSC moved to remand Omni XX and because an intervention complaint in *Brooke* was filed.

The PSC views Taishan's position and conduct as demonstrating an intent to further delay these already interminable proceedings. The Plaintiffs have a right to have their claims heard. Therefore, the PSC proposes that the parties in this MDL "return to regular order" by vacating Pretrial Order Nos. 1G and 1H. There is simply no need at this junction for a Master Complaint or a reconstitution of the Motions Committee consisting mostly of settled parties. The fact that Plaintiffs may file intervention complaints in *Brooke*, or further protective actions in light of the Supreme Court's recent decision in *Bristol-Myers-Squibbs*, or new Taishan complaints, is of no matter. The *Brooke* Plaintiffs have waited a very long time to proceed, and there is no reason for any further delay.

If the Taishan Defendants disagree with this proposal, the PSC intends to raise this issue with the Court at the status conference on August 3, 2017.

Respectfully,

*[signature]*
Arnold Levin
*Plaintiffs' Lead Counsel*
*Fee Committee Chair*

*[signature]*
Russ Herman
*Plaintiffs' Liaison Counsel*
*Fee Committee Co-Chair/Secretary*

/mmh