UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Abner, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action No. 11-3094 | |

## ORDER

AND NOW, on this _____ Day of _____, 2017, upon consideration of Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. The clerk is hereby directed to enter of record Plaintiffs', Cindy and Hoa Quan, *et. al.*, Omnibus Class Action Complaint (XXIX) in Intervention, Exhibit "A" to Plaintiffs' Motion to Intervene.

The Intervening Plaintiffs identified in the Complaint in Intervention, are parties to the proceedings in *Abner, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action No. 11-3094 (E.D.La.). Intervening Plaintiffs shall be deemed members of the class set forth in the *Abner* complaint.

By the Court,

_____
HONORABLE ELDON E. FALLON

1