UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA
FOR AUGUST 3, 2017 STATUS CONFERENCE**

**Joint Report**
   **Section**

      III.   OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

      V.   KNAUF REMEDIATION PROGRAM

      VI.   INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

      VII.   TAISHAN, BNBM AND CNBM DEFENDANTS

      X.   ATTORNEY FEES

      XIV.   ADDITIONAL MATTERS

      XV.   NEXT STATUS CONFERENCE