UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*Germano v. Taishan Gypsum, 09-cv-6687*<br>*Gross v. Knauf Gips KG, 09-cv-6690*<br>*Wiltz v. BNBM, 10-cv-361*<br>*Amorin v. Taishan Gypsum, 11-cv-1672*<br>*Amorin v. Taishan Gypsum, 11-cv-1395*<br>*Amorin v. Taishan Gypsum, 11-cv-1673* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## <u>CHINA NATIONAL BUILDING MATERIALS COMPANY, LIMITED'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS</u>

China National Building Materials Co., Ltd. ("CNBM Company") respectfully moves the

Court to compel discovery from Plaintiffs pursuant to Rules 26, 33, 34 and 36 of the Federal

Rules of Civil Procedure.  Good cause for compelling discovery from Plaintiffs is provided in the

accompanying memorandum of law, declaration, and exhibits.

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Eric Matthew Hairston (CA Bar No. 229892) | Donna Phillips Currault (LA Bar No. 19533) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC |
| The Orrick Building | 201 St. Charles Avenue, 40th Floor |
| 405 Howard Street | New Orleans, LA 70170-4000 |
| San Francisco, CA  94105 | Tel: (504) 582-1111 |
| Tel:  415-773-5700 | |

Email:  cvejnoska@orrick.com              Email: eeagan@gamb.law
        ehairston@orrick.com                     dcurrault@gamb.law


James L. Stengel (NY Bar No. 1800556)     Eric A. Shumsky (D.C. Bar No. 477926)
Xiang Wang (NY Bar No. 4311114)           ORRICK, HERRINGTON & SUTCLIFFE
ORRICK, HERRINGTON & SUTCLIFFE            LLP
LLP                                       Columbia Center
51 West 52nd Street                  1152 15th Street NW
New York, NY, 10019                       Washington, D.C. 20005
Tel:  212-506-5000                        Tel:  202-339-8400
Email: jstengel@orrick.com                Email:  eshumsky@orrick.com
       xiangwang@orrick.com

*Counsel for CNBM Co. Ltd.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Defendant's **Motion to Compel Discovery from Plaintiffs** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of August 2017.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
Email:  cvejnoska@orrick.com

*Counsel for CNBM Co. Ltd.*