UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Germano v. Taishan Gypsum, 09-cv-6687*<br>*Gross v. Knauf Gips KG, 09-cv-6690*<br>*Wiltz v. BNBM, 10-cv-361*<br>*Amorin v. Taishan Gypsum, 11-cv-1672*<br>*Amorin v. Taishan Gypsum, 11-cv-1395*<br>*Amorin v. Taishan Gypsum, 11-cv-1673* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant China National Building Materials Co., Ltd. ("CNBM Company") will bring the foregoing **Motion to Compel Production** for hearing before the Honorable Eldon E. Fallon, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 on August 23, 2017 at 9:00 am CST, or as soon thereafter as counsel can be heard.

In accordance with Local Rule 78.1, oral argument has been requested on this motion.

Dated: August 1, 2017

                                                Respectfully submitted,

                                                */s/ L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Eric Matthew Hairston (CA Bar No. 229892) | Donna Phillips Currault (LA Bar No. 19533) |

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Email:  cvejnoska@orrick.com
          ehairston@orrick.com

GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
Email: eeagan@gamb.law
          dcurrault@gamb.law

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:   212-506-5000
Email: jstengel@orrick.com
          xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel:  202-339-8400
Email:  eshumsky@orrick.com

*Counsel for CNBM Co. Ltd.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing **Notice of Submission of Motion to Compel Production** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of August, 2017.

                                                                 */s/ L. Christopher Vejnoska*

                                                                 L. Christopher Vejnoska (CA Bar No. 96082)
                                                                 ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                                The Orrick Building
                                                                 405 Howard Street
                                                                 San Francisco, CA  94105
                                                                 Tel.:  415-773-5700
                                                                 Fax.: 415-773-5759
                                                                E-mail:cvejnoska@orrick.com

                                                                *Counsel for CNBM Co. Ltd.*