# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO ALL CASES | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ADDITION AND ERRATA TO PLAINTIFFS' STEERING COMMITTEE'S SUPPLEMENTAL SUBMISSION OF AN UPDATED CLASS PLAINTIFFS' SPREADSHEET OF TAISHAN PROPERTIES WITH RS MEANS FACTORS, COSTS PER SQUARE FOOT, AND EXTENDED COSTS

The Plaintiffs' Steering Committee ("PSC") hereby submits an Addition and Errata to the Supplemental Submission of an Updated Class Plaintiffs' Spreadsheet of Taishan Properties RS Means Factors, Costs Per Square Foot, and Extended Costs Related to the June 9, 2015 Damages Hearing Dated April 21, 2017 [Rec. Doc. 20824]. Based upon an omission of two properties of class members (Louise Sherman and Joseph and Sandra Clarke) and a few errors found in Supplemental Exhibits A, C, and E to the PSC's Supplemental Class Damages evidence, the PSC revises these Exhibits to reflect these corrections. Revised Supplemental Exhibits A, C, and E are attached hereto. In addition, the PSC is providing the Court and Defendants with the indicia of Taishan drywall markings, as well as proof of square footage and Declarations for the Sherman property added to the Composite Spreadsheet (Exhibit E), which were not previously provided (attached hereto as Exhibit G).[1]

---

[1] Indicia of Taishan drywall markings, proof of square footage and a declaration was previously provided for the Clarke property.

Upon discovering that two properties were omitted from the Class Damages spreadsheets, the PSC provided Mr. Ronald E. Wright, P.E. with verified square footage data for the properties added to Supplemental Exhibit E, and Mr. Wright calculated the remediation, inspection, and clearance costs for these properties. A revised Affidavit of Mr. Wright is attached hereto as Exhibit F. In sum, updated remediation damages to the class of 2,948 buildings are $525,770,188. A detailed explanation of the omission and errata is as follows:

**Revised Supplemental Exhibit A- 10/79 Clean Spreadsheet**

The following property was added to the Revised Supplemental Exhibit A:

1. Sherman, Louise- 11107 Ancient Futures Drive, Tampa, FL 33647. This property was listed on Exhibit 10/79, which was introduced into the record at the June 9, 2015 class damages trial, but was previously omitted from the Updated Spreadsheet provided to the Court and the Taishan Defendants. Verified square footage and indicia of Taishan drywall is included in the PSC's submission.

Two separate claims were filed on the *Amorin* complaints for the below property. As indicated on the Revised Supplemental Exhibit A, the claimant name has been corrected to reflect a singular claimant:

1. Ocean Park- 3228 NE 4 Street Pompano Beach, FL 33069, claimant name corrected to Scott and Dawn Crawford.

**Revised Supplemental Exhibit C- Reserved Properties Spreadsheet**

Two separate claims were filed on the *Amorin* complaints for the below properties. As indicated on the Revised Supplemental Exhibit C, the claimant names have been corrected to reflect a singular claimant for each property:

2

1. Ocean Park- 3208 NE 4 Street Pompano Beach, FL 33069, claimant corrected to Keith and Linda San Filippo

2. Ocean Park- 3220 NE 4 Street Pompano Beach, FL 33069, claimant corrected to William and Sandra Siegel

3. Ocean Park- 3224 NE 4 Street Pompano Beach, FL 33069, claimant corrected to Maureen Falke

**Revised Supplemental Exhibit E- Composite Spreadsheet**

The following properties were added to the Revised Supplemental Exhibit E:

1. Clarke, Joseph and Sandra- 325 Cipriani Way, Nokomis, FL 34275 (this property was properly included on the Reserved Properties Spreadsheet (Exhibit C), but was inadvertently omitted from the Composite Spreadsheet. Indicia for this property was previously provided).

2. Sherman, Louise- 11107 Ancient Futures Drive, Tampa, FL 33647 (as stated above, this property has been added to the Updated Spreadsheet (Exhibit A) and indicia and verified square footage are being provided with this submission).

The claimant names for the following properties have been corrected for the reasons stated above as reflected on the Revised Supplemental Exhibit E:

1. Ocean Park- 3208 NE 4 Street Pompano Beach, FL 33069, claimant corrected to Keith and Linda San Filippo

2. Ocean Park- 3220 NE 4 Street Pompano Beach, FL 33069, claimant corrected to William and Sandra Siegel

3. Ocean Park- 3224 NE 4 Street Pompano Beach, FL 33069, claimant corrected to Maureen Falke

4. Ocean Park- 3228 NE 4 Street Pompano Beach, FL 33069, claimant corrected to Scott and Dawn Crawford

Dated: August 2, 2017                               Respectfully Submitted,

By:   /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

4

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios (on the brief)
Zachary Wool (on the brief)
Emma Kingsdorf (on the brief)
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
rbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (on the brief)
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of August, 2017.

    Respectfully Submitted,

    By: */s/ Leonard A. Davis*
    Leonard A. Davis
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    ldavis@hhklawfirm.com

    *Plaintiffs' Liaison Counsel MDL 2047*