UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 09-6687 (E.D.La.); *Gross, et al. v. Knauf Gips, KG, et al.,* Case No. 09-6690 (E.D.La.); *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Case No 10-361 (E.D.La.); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (E.D.La.); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (E.D.La.); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (E.D.La.) | |

## DECLARATION OF RONALD E. WRIGHT, P.E.

1. I graduated with a Bachelor of Science in Civil Engineering and a Masters of Business Administration degrees from the University of Toledo, Ohio. I am a Licensed Professional Engineer in the states of Ohio, North Carolina, South Carolina, Virginia, Maryland, Pennsylvania, New Jersey, Florida, Alabama, and Mississippi, and have expertise in property

damage and remediation consulting. I have been involved in construction, remediation, and implementation of projects for over 37 years. I am currently a principal of the firm, Berman & Wright Architecture, Engineering & Planning, LLC ("Berman & Wright"), where I have performed forensic investigations and provided opinions regarding construction issues and building problems that included developing the scope of necessary repair and establishing the cost via quotes and estimates to make the repairs. I have formed opinions regarding these construction issues by employing standard techniques based on my technical education and training, hands-on field experience including investigations of hundreds of buildings, and the subsequent remediation needed to address building problems and storm damage. I have also conducted significant research of publications and studies done by other forensic investigators and trade associations, and I have reviewed national standards and industry guidelines. I have been retained in numerous matters to provide expert opinions regarding building repair. My hourly rate for services rendered on this matter is $250/hour (expert testimony during deposition and trial at 1.5 times rate). All opinions expressed herein are expressed to a reasonable degree of certainty within my fields of expertise.

2.    Calculations to determine the remediation damages for a portion of a class of buildings in 11 states, but primarily in the Gulf and Southeastern U.S. states, were previously performed by me and my colleagues at Berman & Wright with damage calculations being made a part of my Declaration dated December 23, 2016 and most recent Declaration dated July 25, 2017. The damages were calculated based upon the methodology developed by me in prior work including for the *Germano* case. Since issuing the Declaration on July 25, 2017, PSC Counsel have revised that list of buildings by including two additional properties to the

list which makes the total properties 2,948. The two additional properties were those for 1) Joseph and Sandra Clarke at 326 Capriani Way, Nokomis, Florida of 1,688 square feet and 2) Louise Sherman at 11107 Ancient Futures Drive, Tampa, Florida of 2,713 square feet. These two properties are included with all the properties identified on the spreadsheet filed with this Declaration. Counsel has instructed me to calculate remediation damages only, and not to include Alternative Living Expenses, Loss of Use and Enjoyment, or any other form of damage associated with Chinese Drywall. The square footage data for the 2,948 buildings is presented in summary as Exhibit 1a and as a full listing in Exhibit 1b. The square footage data was developed and verified by Counsel for the PSC based on Plaintiff Fact Sheets (and attachments such as blueprints) and County Property records. Based on this data, the cumulative total in summary for the 2,948 buildings is 5,724,092 square feet (Exhibit 1a).

3. In addition to updating the number of properties, I adjusted the original $86 estimate for remediation costs to $103.63/square foot for the national average in 2017 dollars. The adjustment of these remediation costs plus the addition of the inspection and certification fees at 6.0% of the remediation costs results in a total square footage average cost in 2017 dollars of $109.85. Calculations for adjustments to the remediation cost and addition of the inspection and certification fees are provided in Exhibit 2.

4. The class damages amount = *remediation and inspection and clearance cost of buildings* [cost per square foot – i.e. $109.85 (national average cost) x adjustment by the applicable localized cost factor x square feet of buildings]. The formula for the total class remediation damages amount (including CIH costs) is the multiplication of the national average

cost of $109.85 per square foot times the zip code specific RS Means cost data location factor times the available square footage data for each building. This formula is utilized and demonstrated in the spreadsheet for Exhibit 1b. In sum, property damages to the class of 2,948 buildings as shown in Exhibits 1a and 1b are $525,770,188.

I declare under the penalty of perjury that the foregoing is true and correct.

*Ronald E. Wright*　　　　　　　　　*August 1, 2017*
Ronald E Wright, PE　　　　　　　　Date

Exhibits:
1a    Taishan Class Square Footage and Damages Summary
1b    Property Listing and Square Footage Cost Calculation
2     Cost Index and Location Factor Conversion