**EXHIBIT 1a**                      Rev. 2017-08-01

# IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

Taishan Class Square Footage and Damages Summary
ALL PROPERTIES
As of August 1, 2017

| | State | Total Verified Square Footage by State | Number of Properties with Verified Square Footage by State | Average Square Footage by State | Total Damages by State |
|---|---|---|---|---|---|
| 1. | Alabama | 447,473 | 203 | 2,204 | $41,197,599 |
| 2. | Florida | 3,399,384 | 1,722 | 1,974 | $304,480,594 |
| 3. | Georgia | 64,112 | 15 | 4,274 | $5,930,767 |
| 4. | Louisiana | 1,278,074 | 771 | 1,658 | $120,088,085 |
| 5. | Mississippi | 87,740 | 49 | 1,791 | $7,764,942 |
| 6. | North Carolina | 16,168 | 7 | 2,310 | $1,633,938 |
| 7. | Ohio | 1,679 | 1 | 1,679 | $173,374 |
| 8. | South Carolina | 2,703 | 2 | 1,352 | $270,192 |
| 9. | Tennessee | 4,360 | 3 | 1,453 | $364,016 |
| 10. | Texas | 3,200 | 1 | 3,200 | $291,776 |
| 11. | Virginia | 419,200 | 174 | 2,409 | $43,574,906 |
| 12. | Number of Properties with Verified Square Footage | | 2,948 | | |
| 13. | Square Footage Verfied for these Properties | | 5,724,092 | | |
| 14. | Average Square Footage of All Properties with Verifed Square Footage (line 13 divided by line 12) | | | 1,942 | |
| 15. | **TOTAL DAMAGES** | | | | **$525,770,188** |