**EXHIBIT 2**

**Cost Index and Location Factor Conversion**
Calculated in 2017 for CDW Class Action
As of August 1, 2017

| | | |
|---|---:|---:|
| 1. Remediation scope of work estimate updated to 2014 (/sf) | $ | 96.06 |
| 2. RS Means conversion of Remediation Scope of Work Estimate to National Average Cost (Remediation Scope of Work Estimate as a percentage of National Average Cost) | | 96% |
| 3. National Average Cost in 2014 (/sf) (line 1 divided by .96) | $ | 100.06 |
| 4. Cost Index 2014 | | 204.9 |
| 5. Cost Index June 2017 | | 212.2 |
| 6. Index 2017/ Index 2014 RS Means conversion from 2014 to 2017 dollars (line 5 divided by line 4) | | 103.56% |
| 7. National Average Cost in 2017 (/sf) (line 3 times line 6) | $ | 103.63 |
| 8. RS Means additional 6% for clearance testing (line 7 times 6%) | $ | 6.22 |
| 9. Remediation cost and inspection and clearance fees in 2017 dollars (/sf, National Average Cost) (line 7 plus line 8) | **$** | **109.85** |

10. The National Average Cost (line 10) is adjusted for location in Exhibit 2b