# Exhibit G

# Property Screening Report

## 11107 Ancient Futures Dr., Tampa, FL 33647

Screening Date:

7-25-17

Prepared for:

Louise Sherman

Report Number:

FL09-0581

CDS Inspector:

Julie Sommerville



Inspections and documentation from leading experts



July 30, 2017

Louise Sherman
11107 Ancient Futures Dr.
Tampa, FL 33647
RE: Chinese Drywall Screening Report Number FL09-0581

Ms. Sherman,

At your request, an inspection of the above referenced property (11107 Ancient Futures Dr.) was performed on July 25, 2017.  Chinese Drywall Screening, LLC is pleased to submit the enclosed report which is a professional opinion based on a visual inspection of the accessible materials and x-ray fluorescence testing of the drywall throughout the property.

Based on our visual observations of blackened electrical wires coupled with known affects from reactive drywall, CDS is of the opinion that reactive drywall is present in the above referenced property.  Drywall markings discovered are:

| No. | Drywall Mfg | Markings on Drywall | Location in home |
|-----|-------------|---------------------|------------------|
| 6 | IMG | IMG ASTM 1396 Made in China | kitchen, laundry room, most bedrooms, all 4 of the guest bedrooms, interior 2nd level ceilings. |
| 3 | C&K Gypsum | C&K Gypsum | Foyer, Garage |

Based on the size of the home with **10' average ceiling height,** we estimate that there is approximately **14,000 sf of drywall** in the home.

We trust that this report meets or exceeds your expectations.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Howard Ehrsam, P.E., LEED AP
CGC 1509717
on behalf of Chinese Drywall Screening, LLC

Enclosures: Report with Photo Exhibit



# Overview

## Overview of Subject Property



**Client**:  Louise Sherman

**Address:**  11107 Ancient Futures Dr.
            Tampa, FL 33647


**Size:** Total 2,713 sq. ft (under air)

**Exterior wall types:**  CBS - Concrete Block exterior

**Completion date:**  2008



# Summary Narrative

## Observations and Conclusions

### Observations

- Heavy blackening or "black deposits" defined to be copper sulfide by Unified Engineering File No. 4050 associated with reactive drywall were observed on the A/C evaporator coils and the external refrigerant lines.   According to the homeowner, the A/C coils were replaced in 2012.
- Blackening/ soot residue was observed on the exposed wiring of inspected receptacles and switches throughout the property.
- Blackening not observed on the control wires of the garage door opener.
- Blackening was not observed on the water heater located in the garage.
- Desilvering was observed on the mirrors.
- Walls and ceilings were tested utilizing a Thermo Fisher x-ray fluorescence (XRF) analyzer throughout the property.
  - The property has corrosive drywall with XRF readings with strontium levels varying between 400ppm - 3,600 ppm.
  - Label markings for **MDL 2047 Drywall Index No. 6 – IMG** (corrosive drywall) was observed in the kitchen, laundry room, master bedroom, all 4 of the guest bedrooms, interior 2nd level ceilings.
  - Label markings for **MDL 2047 Drywall Index No. 3  – C & K Gypsum** (corrosive drywall) was observed in foyer and garage walls.

### Conclusions

Based on our visual observations, testing, experience and current state of knowledge in the industry, Chinese Drywall Screening, LLC is of the professional opinion that reactive Chinese drywall **is** present throughout the subject property, specifically **MDL 2047 Index No. 6-IMG & MDL 2047 Index No. 3 C & K Gypsum**.

It is the intent of CDS to inform and empower the Client with enough knowledge to make the best, well informed decision that is in the best interests of the Client.  Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall.  Additional claims against parties of the real estate transaction may also be explored.

What you can do today:  Three primary items to consider for immediate action are:  1) Mortgage forbearance if applicable, 2) Property tax reduction and 3) Legal representation



regarding claims against the manufacture and parties involved in the real estate transaction.

Time is of the essence and time frames for filing claims may end.  It is critical to understand the implications with these and we recommend seeking professional consultation for details.

For owners of properties with reactive drywall, it important to understand preservation of evidence when selling or remediating as well as the importance of 3rd party verification of the remediation.  More information is available on our website or toll free at 855- CDW-Help (855-239-4357).



Exhibit A

# Certification

## Certification of the Engineer

The undersigned do hereby certify that, to the best of our knowledge and belief:

- The statements of fact contained within this report are true and correct.

- As applicable, the statements of opinions have certain limitations. It is not feasible and is impossible to confirm 100% of corrosive drywall was either removed or is not present. There are several conditions we have seen that could prevent discovery without a more exhaustive investigation.  They include, but are not limited to:
    - Low Strontium, corrosive drywall that is domestic and non-homogeneous.
    - Limited amounts of corrosive drywall in inaccessible areas or installed in a way that would seclude it from available receptacles and switches.
    - Limited amounts of high strontium drywall covered with joint compound or heavy textures hindering detection by x-ray fluorescence.
    - Variable amounts of low off-gassing drywall or drywall with corrosive recycled gypsum.

- We have no present or prospective interest in the property that is the subject of this report and we have no personal interest with respect to the parties involved. We have no bias with respect to the property that is the subject of this report or to the parties involved with this agreement.

- The information in this report is based on the existing conditions of the structures materials, documents, and information (written or verbal) supplied by the contractor, the owner or their representatives, and our observations during the inspection.

- Our compensation or engagement in this assignment is not contingent upon the development or reporting of a predetermined conclusion that favors the cause of the client, the remediator, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

- Any use of this report by any other parties without our expressed or written consent is prohibited.  Should another individual or entity rely on this analysis or its conclusions without our consent, that shall indemnify Chinese Drywall Screening, LLC, its employees, and service providers from all damages, losses, or expenses that may occur as a result of its use.

- Our report is based on information made available to us at the time of inspection.  Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of the additional information.

- The provided services and documentation have been completed to the best of our knowledge and based on current known facts regarding reactive drywall.

Howard Ehrsam, P.E., LEED AP
CGC 1509717
on behalf of Chinese Drywall Screening, LLC



# Scope of Screening

## Scope of Screening Services Performed

Chinese Drywall Screening, LLC (CDS) conducted a visual investigation of the various elements within the property for the presence of reactive drywall.

Investigative services typically include, but are not limited to:
- Verification of a sulfur attack on various components of the property
- Visual inspection of the drywall markings in respective areas of the sulfur attack
- Documentation of findings
- Samples of reactive drywall prepared for future laboratory analysis (if requested)

CDS provided the above investigation in multiple areas throughout the home. However, we cannot guarantee all types of reactive drywall within the subject property were identified.

The corroded elements along with any discovered drywall markings were documented during the inspection.  Corroded elements include, but are not limited to, electrical wiring, mechanical and plumbing lines and equipment and other items subject to the affects of reactive drywall.  Observations were recorded and photographed.   For each unique variety of drywall discovered, at least one set of markings were clearly photographed.  Refer to the narratives and photographs for details.

The inspection required removal of various sections of drywall to be utilized as visual access points.  These access points were sealed upon completion.

The following engineering report is utilized as a reference in regards to the sulfur attack on copper: Unified Engineering Report File 4050 dated March 17, 2009. Unified Engineering, Inc; 3056 Weber Drive, Aurora, IL 60502.



# Scope of Screening

## Scope of Screening Services Performed

### X-ray Florescence (XRF) for Strontium

XRF analyzers are handheld instruments used predominantly to evaluate the presence of metal constituents in building materials or other products.  XRF works by exposing a material to high energy x-rays and measuring those x-rays and comparing them to the known and unique pattern of x-rays produced by each element.  For help in identifying corrosive drywall, XRF is used to determine levels of strontium (Sr) present within the gypsum of the drywall throughout the property.

Strontium is a light metal that is a common, naturally occurring element found within the earth.  Certain geographical regions have higher concentrations than others that can translate to the origin of the raw materials.  Strontium levels above 1850 ppm have been associated with drywall of Chinese origin.  However, high levels of strontium do exist in drywall from other origins and testing must be used in conjunction with other means to produce proper conclusions.

The attenuating effects of joint compound and textures could inhibit the detection of small amounts of corrosive drywall.  Furthermore, corrosive drywall could also be present in inaccessible areas that include, but are not limited to, walls above drop ceilings, fire stopping, behind tile, behind cabinets, under raised floor systems, etc.  However, the potential for these conditions can be reduced or eliminated with proper property evaluation and corrosion evaluation.



**Photo Exhibit**
**11107 Ancient Futures Dr.**
**Tampa, FL 33647**



















**Photo Exhibit**
**11107 Ancient Futures Dr.**
**Tampa, FL 33647**



















## Photo Exhibit
## 11107 Ancient Futures Dr.
## Tampa, FL 33647



















# Photo Exhibit
## 11107 Ancient Futures Dr.
## Tampa, FL 33647

  

  

  

  



## Photo Exhibit
## 11107 Ancient Futures Dr.
## Tampa, FL 33647

  

  

  

  



# Photo Exhibit
## 11107 Ancient Futures Dr.
## Tampa, FL 33647





# Photo Exhibit
## 11107 Ancient Futures Dr.
## Tampa, FL 33647



















# Photo Exhibit
## 11107 Ancient Futures Dr.
## Tampa, FL 33647

  

  

  

  



# Photo Exhibit
## 11107 Ancient Futures Dr.
## Tampa, FL 33647



















## Photo Exhibit
## 11107 Ancient Futures Dr.
## Tampa, FL 33647

  

  

  

  

## Declaration of Correctness of Square Footage on Chinese Drywall Client(s) Property for Remediation Damages

| | |
|---|---|
| Client(s) Name: | Louise Sherman |
| Affected CDW Property Address: | 11107 Ancient Futures Drive<br>Tampa, FL  33647 |
| Verified Under Air Square Footage: | 2,713 |

I declare the information listed above is true and correct to the best of my knowledge.

6/29/17
_____
Date

_____
Attorney Signature

Attorney Name Printed:  Jimmy Doyle

Firm:  Doyle Law Firm, PC

Address:  2100 Southbridge Parkway, Suite 650

Birmingham, AL  35209



**Bob Henriquez**
**Hillsborough County Property Appraiser**

https://www.hcpafl.org/
15th Floor County Ctr.
601 E. Kennedy Blvd, Tampa, Florida 33602-4932
Ph: (813) 272-6100

# Folio: 059224-0746



## Owner Information

| | |
|---|---|
| **Owner Name** | SHERMAN LOUISE S |
| **Mailing Address** | 11107 ANCIENT FUTURES DR<br>TAMPA, FL  33647-3578 |
| **Site Address** | 11107 ANCIENT FUTURES DR, TAMPA |
| **PIN** | A-02-27-20-971-000011-00009.0 |
| **Folio** | 059224-0746 |
| **Prior PIN** | A-11-27-20-ZZZ-000001-89380.1 |
| **Prior Folio** | 059252-0100 |
| **Tax District** | TA - TAMPA |
| **Property Use** | 0100 SINGLE FAMILY R |
| **Plat Book/Page** | 110/203 |
| **Neighborhood** | 216010.00 | Heritage Isles |
| **Subdivision** | 971 | EASTON PARK PHASE 1 |

## Value Summary

| Taxing District | Market Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| County | $204,187 | $143,959 | $50,000 | $93,959 |
| Public Schools | $204,187 | $143,959 | $25,000 | $118,959 |
| Municipal | $204,187 | $143,959 | $50,000 | $93,959 |
| Other Districts | $204,187 | $143,959 | $50,000 | $93,959 |

Note: This section shows Market Value, Assessed Value, Exemptions, and Taxable Value for taxing districts. Because of changes in Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000 Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies to countywide and certain municipal millages.

## Sales Information

| Book | Page | Month | Year | Type Inst | Qualified or Unqualified | Vacant or Improved | Price |
|---|---|---|---|---|---|---|---|
| 18752 | 1269 | 07 | 2008 | WD | Qualified | Improved | $288,000 |
| 17264 | 0468 | 12 | 2006 | WD | Unqualified | Vacant | $2,738,800 |
| 12510 | 0420 | 04 | 2003 | WD | Unqualified | Vacant | $8,500,000 |

## Building Information
### Building 1

| Type | 01 | SINGLE FAMILY |
|---|---|---|
| **Year Built** | 2008 | |

### Building 1 Construction Details

| Element | Code | Construction Detail |
|---|---|---|
| Class | C | Masonry or Concrete Frame |
| Exterior Wall | 7 | Masonry Frm: Stucco |
| Exterior Wall | 6 | Wd/Mtl Frm: Stucco |
| Roof Structure | 3 | Gable or Hip |
| Roof Cover | 3 | Asphalt/Comp. Shingle |
| Interior Walls | 5 | Drywall |
| Interior Flooring | 8 | Carpet |
| Interior Flooring | 7 | Tile |
| Heat/AC | 2 | Central |
| Architectural Style | 10 | Contemporary Multi-Story |
| Condition | 3 | Average |
| Bedrooms | 6.0 | |
| Bathrooms | 3.0 | |
| Stories | 2.0 | |
| Units | 1.0 | |



### Building 1 subarea

| Area Type | Gross Area | Heated Area | Depreciated Value |
|---|---|---|---|
| FOP | 360 | | $4,666 |
| BAS | 1,083 | 1,083 | $56,143 |
| FUS | 1,083 | 1,083 | $50,544 |
| FGR | 472 | | $12,234 |
| FUS | 472 | 472 | $22,032 |
| FUS | 11 | 11 | $518 |
| FOP | 161 | | $2,074 |
| BAS | 64 | 64 | $3,318 |
| **Totals** | **3,706** | **2,713** | **$151,529** |

## Land Information - Total Acreage: 0.13

| Use Code | Description | Zone | Front | Depth | Land Type | Total Land Units | Land Value |
|---|---|---|---|---|---|---|---|
| REG3 | Res SF Class 7.75 | PD-A | 50.00 | 117.00 | SE | SF LOTS W/ EFF SIZE | 5,850.00 | $52,659 |

## Legal Description

EASTON PARK PHASE 1 LOT 9 BLOCK 11