UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE FALLON |
| ALL CASES | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**INTERIOR EXTERIOR BUILDING SUPPLY, L.P.'S
<u>MOTION FOR INJUNCTIVE RELIEF</u>**

Interior Exterior Building Supply, L.P. ("InEx"), through undersigned counsel, moves this Court for injunctive relief in the form of a restraining order or injunction, precluding, continuing, or staying litigation by Winston Burns, Jr., Wendy Burns, and Livers Construction, Inc., or their attorneys in the matter *Winston J. Burns, Jr. and Wendy Burns versus Livers Construction, Inc, et al.,* No. 2016-04002 in the Civil District Court For The Parish of Orleans, State of Louisiana. (the "Burns Litigation"). The Burns Litigation involves claims by homeowners for alleged damage caused by Chinese Drywall. The Plaintiffs in the Burns Litigation are Members of the InEx Settlement Class who did not opt out of the *InEx Settlement.* (R. Doc. 16570). All claims asserted in the Burns Litigation against defendant Livers are barred by the doctrine of *res judicata* and this Court's *Order and Judgment,* (R. Doc. 16570), because Livers is a named "Downstream Releasee" in the *InEx Settlement*. (Docs. 161911, 16191-2 & 16191-5). The *Third-Party Demand* of Livers against InEx in the Burns Litigation is similarly barred by *res judicata* and the *Order and Judgment.*

This Motion is made pursuant to the Court's inherent equitable powers, Rule 65 of the

1

Federal Rules of Civil Procedure, 28 U.S.C. §§ 1651 and 2283, and the terms of the *InEx Settlement* approved by this Court in Multi-District Litigation 2047, *In Re: Chinese-Manufactured Drywall Products Liability Litigation*. This Motion is supported by the attached memorandum of law and exhibits, and such matters as are presented at the hearing on this Motion.

**WHEREFORE,** Interior Exterior Building Supply, L.P. respectfully requests that the instant Motion be granted and requests this Court to issue a writ enjoining, precluding, continuing, or staying Winston Burns, Jr., Wendy Burns, and Livers Construction, Inc., or their attorneys in the matter *Winston J. Burns, Jr. and Wendy Burns versus Livers Construction, Inc, et al.,* No. 2016-04002 in the Civil District Court for The Parish of Orleans, State of Louisiana. Interior Exterior Building Supply, L.P. also seeks such further relief as this Court deems just, proper, and equitable.

Respectfully submitted,

/s/ Philip D. Nizialek
PHILIP D. NIZIALEK (La. Bar No. 24180)
ANDREW J. BRIEN (La. Bar No. 37051)
Carver, Darden, Koretzky, Tessier, Finn,
Blossman & Areaux, LLC
1100 Poydras Street, 3100
New Orleans, LA  70163
Phone: (504) 858-3820
Fax: (504) 585-3801
Nizialek@carverdarden.com
Brien@carverdarden.com
*Counsel for Interior/Exterior Building Supply, L.P.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of August, 2017.

**I ALSO CERTIFY** that this document is being served this day on Matthew A. Sherman, One Galleria Boulevard, Suite 1100, Metairie, Louisiana 70001, attorney for Winston J. Burns, Jr. and Wendy B. Burns; and Ron A. Austin, Esq., Jevan Felming, Esq., and Lillian Williams, Esq., Ron Austin & Associates, L.L.C., 400 Manhattan Boulevard, Harvey, Louisiana 70059, and Elton F. Duncan, III, Esq., and P. Sinnott Martin, Esq., Duncan & Sevin, L.L.C., 400 Poydras Street, 12th Floor, New Orleans, Louisiana 70130, attorneys for Livers Construction, Inc. via U.S. mail on this 7th day of August, 2017.

/s/ Philip D. Nizialek
PHILIP D. NIZIALEK

4838-1424-0844, v. 1