Civil District Court for the Parish of Orleans
STATE OF LOUISIANA

No.  2016 - 04002                                                                                    Section:  14 - I

BURNS, WINSTON J. JR.  ET AL
versus
LIVERS CONSTRUCTION INC.  ET AL

Date Case Filed:  4/21/2016

NOTICE OF SIGNING OF JUDGMENT

TO:

Matthew A Sherman Esq          32687
1 Galleria Blvd Ste 1100
Metairie          LA 70001

John D Stephens Esq            35569
1501 Milton St
Apartment B
Monroe            LA 71201

Zachary R Smith Esq            37316
1 Galleria Blvd Ste 1100
Metairie          LA 70001

In accordance with Article 1913 C.C.P., you are hereby notified that Judgment in the above entitled and numbered cause was signed on   November 7, 2016
New Orleans, Louisiana.
November 7, 2016

ENTERED ON MINUTES

NOV 09 2016

CHARLENE WILLIAMS

Tawanda Coleman, Minute Clerk
MINUTE CLERK
BY ORDER OF THE COURT

VERIFIED
11.10.16

EXHIBIT C

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2016-04002	DIVISION "I"

WINSTON J. BURNS, JR. AND WENDY B. BURNS

VERSUS

LIVERS CONSTRUCTION INC., ET AL

FILED:_____	_____
	DEPUTY CLERK

### JUDGMENT

Defendant, Livers Construction, Inc., filed Peremptory Exceptions of *Res Judicata* and Peremption ("Exceptions") on July 26, 2016. The Exceptions were heard before the Honorable Judge Piper D. Griffin on October 28, 2016. Matthew A. Sherman and Zachary R. Smith appeared on behalf of plaintiffs, and Ron Austin and John Stephens, appeared on behalf of defendant, Livers Construction, Inc.

After considering the pleadings, evidence, argument of Counsel, memoranda and the law:

**IT IS ORDERED ADJUDGED AND DECREED** that defendant, Livers Construction, Inc.'s, Peremptory Exceptions of *Res Judicata* and Peremption are **DENIED**.

Signed this _____ day of ____NOV 0 7 2016____, 2016, in New Orleans, Louisiana.

_____
JUDGE PIPER D. GRIFFIN

[Service information on following page]

ENTERED ON MINUTES

NOV 09 2016

CHARLENE WILLIAMS

**PLEASE SERVE NOTICE OF SIGNING OF JUDGMENT TO:**

**WINSTON J. BURNS, JR. AND WENDY B. BURNS**
Through their attorney of record:
Matthew A. Sherman
One Galleria Boulevard, Suite 1100
Metairie, Louisiana   70001

**LIVERS CONSTRUCTION, INC.**
Through its attorney of record:
John Stephens
400 Manhattan Boulevard
Harvey, Louisiana 70058

## RULE 9.5 CERTIFICATE

I hereby certify that I circulated this proposed Judgment to opposing counsel for defendant, Livers Construction, Inc., by electronic mail on or about October 28, 2016. Counsel for Livers Construction, Inc. had no objection(s) to the Judgment filed herein.

Certified this 31st day of October, 2016.

FILED
2016 OCT -3
CIVIL

_____
MATTHEW A. SHERMAN