CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 16-4002                                       DIVISION " "

WINSTON J. BURNS, JR. AND WENDY B. BURNS

VERSUS

LIVERS CONSTRUCTION INC. AND FIREMAND'S FUND INSURANCE COMPANY

FILED: _____          _____
                                              DEPUTY CLERK



### ANSWER AND THIRD PARTY DEMAND

NOW INTO COURT, through undersigned counsel, comes Defendant, Livers Construction, Inc., who pleads the following Answer in response to Plaintiffs' Petition for Damages. These Answers are applicable only to Livers Construction, Inc. insofar as any allegations are made against other defendants, those allegations are denied for lack of sufficient information to justify a belief therein.

1.

The allegations contained in paragraph 1 of Plaintiffs' Petition require no answer from this Respondent.

2.

The allegations contained in paragraph 2 of Plaintiffs' Petition as they relate to Livers Construction, Inc. are admitted. The remaining allegations therein require no answer from this Respondent.

3.

The allegations contained in paragraph 3 of Plaintiffs' Petition require no answer from this Respondent.

4.

The allegations contained in paragraph 4 of Plaintiffs' Petition are denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in paragraph 5 of Plaintiffs' Petition are denied for lack of sufficient information to justify a belief therein.



1



6.

The allegations contained in paragraph 6 of Plaintiffs' Petition are denied as written.

7.

The allegations contained in paragraph 7 of Plaintiffs' Petition are denied for lack of sufficient information to justify a belief therein.

8.

The allegations contained in paragraph 8 of Plaintiffs' Petition are denied for lack of sufficient information to justify a belief therein.

9.

The allegations contained in paragraph 9 of Plaintiffs' Petition are denied.

10.

The allegations contained in paragraph 10 of Plaintiffs' Petition are denied.

11.

The allegations contained in paragraph 11 of Plaintiffs' Petition do not require an answer from this Respondent.

12.

The allegations contained in paragraph 12 of Plaintiffs' Petition are denied for lack of sufficient information to justify a belief therein.

13.

The allegations contained in paragraph 13 of Plaintiffs' Petition are denied.

14.

The allegations contained in paragraph 14 of Plaintiffs' Petition are denied.

15.

The allegations contained in paragraph 15 of Plaintiffs' Petition are denied.

16.

The allegations contained in paragraph 16 of Plaintiffs' Petition do not require an answer from this Respondent.

17.

The allegations contained in paragraph 17 of Plaintiffs' Petition do not pertain to defendant, Livers Construction, Inc.; however, out of an abundance of caution, said allegations are denied for lack of sufficient information to justify a belief therein.

2

18.

The allegations contained in paragraph 18 of Plaintiffs' Petition do not pertain to defendant, Livers Construction, Inc.; however, out of an abundance of caution, said allegations are denied for lack of sufficient information to justify a belief therein.

19.

The allegations contained in paragraph 19 of Plaintiffs' Petition do not pertain to defendant, Livers Construction, Inc.; however, out of an abundance of caution, said allegations are denied for lack of sufficient information to justify a belief therein

20.

The allegations contained in paragraph 20 of Plaintiffs' Petition do not pertain to defendant, Livers Construction, Inc.; however, out of an abundance of caution, said allegations are denied for lack of sufficient information to justify a belief therein.

21.

The allegations contained in paragraph 17 of Plaintiffs' Petition do not pertain to defendant, Livers Construction, Inc.; however, out of an abundance of caution, said allegations are denied for lack of sufficient information to justify a belief therein.

22.

The allegations contained in paragraph 22 of Plaintiffs' Petition do not pertain to defendant, Livers Construction, Inc.; however, out of an abundance of caution, said allegations are denied for lack of sufficient information to justify a belief therein.

23.

The allegations contained in paragraph 23 of Plaintiffs' Petition do not pertain to defendant, Livers Construction, Inc.; however, out of an abundance of caution, said allegations are denied for lack of sufficient information to justify a belief therein.

24.

The allegations contained in paragraph 16 of Plaintiffs' Petition do not require an answer from defendant, Livers Construction, Inc.,

**AFFIRMATIVE DEFENSES**

**AND NOW,** for its Affirmative Defenses to the Petition for Damages, Livers Construction, Inc. avers as follows:

25.

Plaintiff's Petition fails to state a claim upon which relief can be granted.

26.

FURTHER, defendant, Livers Construction, Inc., avers that any damages suffered by Plaintiffs herein were caused through their own fault and/or negligence in the following nonexclusive particulars, to wit:

a.  Failing to take available action to protect their property;

b.  Failing to act as prudent persons under the circumstances; and,

c.  Any other acts of negligence which might be shown or proven at the trial of this matter.

27.

FURTHER, to the extent applicable, defendant, Livers Construction, Inc. herein pleads the affirmative defenses of *res judicata*, prescription, peremption, fault of the plaintiffs and others, error or mistake, accord and satisfaction, transaction and compromise, release, estoppel and waiver as limitation and/or bar to the claims of plaintiffs herein.

28.

Out of an abundance of caution, Defendant, Livers Construction, Inc., asserts that he presently has insufficient knowledge and information upon which to form a belief as to whether he may have additional, and as yet unstated, separate and distinct affirmative defenses available. As such, Livers Construction, Inc. hereby reserves the right to assert additional defenses in the event discovery reveals facts that render such defenses appropriate.

**NOW ASSUMING THE POSITION OF THIRD PARTY PLAINTIFF**, Livers Construction, Inc., respectfully represents:

I.

Made third party defendants herein are:

a. Interior/Exterior Building Supply, L.P. "Interior/Exterior", a Louisiana limited partnership authorized and doing business in this State, whose general partner's office is located at 727 S. Cortez Street, New Orleans, Louisiana 70119, and

b. Arch Insurance Company, a foreign insurer, authorized and doing business in the Parish of Orleans, State of Louisiana, who, upon information and belief and at all times pertinent herein, was the insurer of Interior/Exterior Building Supply, L.P.

4

II.

Interior/Exterior purchased, supplied, and sold defective Chinese drywall to installers, including Liver's Construction, Inc., that caused property damage and personal injuries in Louisiana.

III.

Livers Construction, Inc. was contracted by Winston J. Burns and Wendy B. Burns to make repairs and/or improvements, including the installation of drywall, upon the property located at 1726 Lakeshore Drive, in New Orleans, Louisiana ("the Property").

IV.

On or about April 27, 2006, Liver's Construction, Inc. entered into an agreement with Interior/Exterior to purchase drywall at a price of $3,811.79.00 (See Exhibit 1).

V.

The drywall installed by Livers Construction, Inc. throughout the Property was shipped by Interior/Exterior to the residence of plaintiffs, Winston J. Burns and Wendy B. Burns, at 1726 Lakeshore Drive, New Orleans, Louisiana (See Exhibit 2).

VI.

Interior/Exterior failed to provide Liver's Construction, Inc., or its counsel, with notice of any potential issues regarding the drywall supplied, purchased, and subsequently installed in the home of Winston J. Burns and/or Wendy B. Burns.

VII.

Interior/Exterior failed to provide Liver's Construction, Inc., or its counsel, with notice of class settlement arising from property damage and personal injuries resulting from the drywall supplied and sold by Interior Exterior.

VIII.

Upon information and belief, and at all times relevant herein, defendant, Arch Insurance Company, Inc. carried a policy of liability insurance indemnifying defendant, Interior/Exterior, against the damages complained of in the principal demand.

IX.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, *et seq.*, third party plaintiff are entitled to a certified copy of any insurance policies issued to and/or

otherwise insuring defendant, Interior/Exterior, for the claims made in the principal demand. Third party plaintiff herein requests a certified copy of any and all such policies of insurance within thirty (30) days of service of the Petition upon them.

Respectfully submitted,

RON AUSTIN & ASSOCIATES, L.L.C.

_/s/ Lillian A. Williams_
Ron A. Austin, Bar No. 23630
Jevan S. Fleming, Bar No. 26030
Lillian A. Williams, Bar No. 37358
920 4th Street
Gretna, Louisiana 70053
Telephone: (504) 227-8100
Fax: (504) 227-8122
*Attorneys for Defendant, Livers Construction, Inc.*

**PLEASE SERVE:**

**Interior/Exterior Building Supply, L.P.**
General Partner
727 S. Cortez Street
New Orleans, Louisiana 70119

**Arch Insurance Company**
Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel of record to this proceeding through the United States mail, properly addressed, postage prepaid, and/or by hand delivery, and/or facsimile and/or electronic mail on the 26th day of June, 2017.

_/s/ Lillian A. Williams_
Lillian A. Williams

6

**DUPLICATE COPY** FILED

Prepared For: LOUIS E LIVERS JR
LIVERS CONSTRUCTION

Account Number: XXXX-XXXXX5-25002

Page 4 of 10

2017 JUL -5 P 12:31

**Due in Full continued**

| Date | Description | | Amount $ |
|---|---|---|---|
| 04/24/06 | LOWES    NEW ORLEANS   LA<br>HOME IMPROVEMENT | | 88.17 |
| 04/24/06 | CRESCENT HARDWOOD SU5045234972   LA<br>BUILDING MATERIAL | | 117.21 |
| 04/25/06 | CHEVRON 0108981  NEW ORLEANS   LA<br>VIEUX CARRE CHEV<br>FUEL/MISCELLANEOUS<br>ROC No. 8189840 | | 75.00 |
| 04/25/06 | SPRINTPCS AUTOPYMT ROVERLAND PARK  KS<br>Telephone equip/serv<br>ROC No. 0005239852 | | 121.24 |
| 04/25/06 | LOWES    NEW ORLEANS , LA<br>HOME IMPROVEMENT | | 27.99 |
| 04/25/06 | CRESCENT HARDWOOD SU5045234972   LA<br>BUILDING MATERIAL | | 24.53 |
| 04/25/06 | CRESCENT HARDWOOD SU5045234972   LA<br>BUILDING MATERIAL | | 24.53 |
| 04/26/06 | LOWES    NEW ORLEANS   LA<br>HOME IMPROVEMENT | | 30.64 |
| 04/26/06 | THE HOME DEPOT 359 GRENTA   LA<br>HOME IMPROV/ACCES | | 96.70 |
| 04/26/06 | CRESCENT HARDWOOD SU5045234972<br>BUILDING MATERIAL | | 55.94 |
| 04/26/06 | CRESCENT HARDWOOD SU5045234972<br>BUILDING MATERIAL | | 48.61 |
| 04/27/06 | EFAX PLUS SERVICE  323-817-3205   CA<br>INTERNET SVC<br>ROC No. 0004365408 | | 12.95 |
| 04/27/06 | LOWES    NEW ORLEANS   LA<br>HOME IMPROVEMENT | | 100.00 |
| 04/27/06 | LOWES    NEW ORLEANS   LA<br>HOME IMPROVEMENT | | 20.85 |
| 04/27/06 | INT/EXT BLDG SUPPLY NEW ORLEANS   LA<br>MASONRY, STONEWORK, TIL | | 3,811.79 |
| 04/28/06 | HUDSON NEWS-NEW ORLEKENNER   LA<br>NEWS DEALERS/NEWSSTANDS<br>ROC No. 000026 | | 31.75 |
| 04/28/06 | THE HOME DEPOT #349 KENNER   LA<br>BUILDING SUPPLIES | | 199.95 |
| 04/28/06 | LOWES    NEW ORLEANS   LA<br>HOME IMPROVEMENT | | 24.01 |
| 04/29/06 | MTA NYCT   BROOKLYN   NY<br>MVM METROCARD | | 24.00 |
| 05/02/06 | NJT NY PENN STATION NEW YORK   NY<br>0000 | | 14.00 |
| 05/03/06 | DANNY AND CLYDES 19 HARAHAN   LA<br>SERVICE STATIONS (WITH | | 80.14 |
| 05/03/06 | ADVANCE AUTO #9798 TERRYTOWN   LA<br>ADVANCE AUTOPARTS | | 27.10 |
| 05/03/06 | PENSKE TRK LGS 71921NEW ORLEANS   LA<br>TRUCK RENTALS | | 763.39 |
| 05/05/06 | LOWES    NEW ORLEANS   LA<br>HOME IMPROVEMENT | | 4.29 |
| 05/05/06 | CRESCENT HARDWOOD SU5045234972   LA<br>BUILDING MATERIAL | | 184.12 |

Overlay (court stamp / receipt):

CIVIL DISTRICT COURT

DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

Receipt Date   7/5/2017 12:41:00 PM
Receipt Number   638482
Cashier   ehankston
Register   CDCCASH1
Case Number   2016-04002
Grand Total   $6.00
Amount Received   $6.00
Balance Due   $0.00
Change Due   $0.00

Payment/Transaction List
Cash  $6.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Exhibits (Paper) | $6.00 | $6.00 | $0.00 |

VERIFIED



FILED

2011 JUL -5 P 12: 31

CIVIL
DISTRICT COURT

# CONTRACTOR, ETC. AND "SHIP TO" RECIPIENT DOWNSTREAM INEX RELEASEES

(Downstream InEx Releasees Include Entities and Persons in Left-Hand Two Columns)

VERIFIED



EXHIBIT 2

| Custname | Shiptoname | Shiptoaddr1 | Shiptoaddr2 | Shiptocity | Ship |
|---|---|---|---|---|---|
| G. R. HARVILL, INC. | STEELWOOD LODGES | 32511 WATER VIEW DR EAST | UNIT 9 | LOXLEY | AL |
| GIBBS CONSTRUCTION LLC | GUSTE HOUSING / TRUE WALL | DANNY 247-2426 | 2226 THALIA | NEW ORLEANS | LA |
| LANAUX CONSTRUCTION CO. | LAKESHORE DR. | JIMMY | | | |
| ROY J. GROSS CONTRACTOR, INC. | 38 BRITTINY PL | ROY 415-5757 | | ARABI | LA |
| H & L CONSTR. & RENOVATION INC | H & L CONSTR. & RENOVATION I | 20366 BARBARA AVE | TOM 966-4406 | COVINGTON | LA |
| HILLSIDE BUILDERS | LAKESIDE SHOPPING | RADIO SHACK | | | LA |
| MECHANICAL CONST. CO. OF N.O. | 908 ST. LOUIS/BLK FRM TOULOU | MIKE 329-7930 | 2ND #717-3610 | NEW ORLEANS | LA |
| RONALD L. KARCHER CONST. CO. | JOHN QUINN 915-0901 | 1911 RIDGEWOOD | | METAIRIE | LA |
| KEMPER CONSTRUCTION CO., INC. | BARRET ST | LARRY | | | |
| M G M CONSTRUCTION CO INC | M G M CONSTRUCTION CO INC | TROY 416-0422 CELL | 4129 E. LOYOLA DRIVE | KENNER | LA |
| T.E. MONTGOMERY CONST. CO. | BEARD | | | MOBILE | AL |
| ARTIGUES CONSTRUCTION CO., INC | STATE FARM | 4801 GENERAL MEYER STE F | DARREN 253-1822 | ALGIERS | LA |
| NATHAN BOUDREAUX GEN. CONTR. | NATHAN BOUDREAUX GEN. CON | 1938 STEVEN GERARD | ELDON 214-9925 | NEW ORLEANS | LA |
| ELRAY KOCKE SERVICES, INC. | C&R BUILDER/ KOCKE | 25447 JUBANS ROAD | SEE DIRACTIONS | DENHAM SPRING | LA |
| CRAIG L. JERNIGAN | ALABAMA POWER IN PRICHARD | OFF HWY 45 BESIDE WATER TOWER | | PRICHARD | AL |
| HIGHLAND COMMERCIAL CONST INC | BREMEMAN | | | BELLE FOUNTAIN | AL |
| AUTRY GREER & SONS, INC. | JACK GREER | 2935 NORTH STREET | | METAIRIE | LA |
| ISACKS CONSTRUCTION CO., INC. | ISACKS CONSTRUCTION CO., INC | 327 WEST LIVINGSTON | LEONARD 833-0234 | NEW ORLEANS | LA |
| PICOU-FRADELLA CONST. CO.,INC. | TEXTRON MARINE | LESTER | 19401 CHEF MENTEUR H | NEW ORLEANS | LA |
| GOOTEE CONSTRUCTION, INC. | RITZ CARLTON HOTEL | RICHARD ROBERTS 412-8253 | W IBERVILLE ST, - OFF CAN | NEW ORLEANS | LA |
| CYPRESS COLUMNS CONST INC | OSCAR 554-7859 | | 2808 CALHOUN | NEW ORLEANS | LA |
| NOLAND CONSTRUCTION CO. | NOLAND CONSTRUCTION CO. | LOT 6 CAMBRIDGE CT | | FAIRHOPE | AL |
| JOSEPH L ARRINGTON CONST. | JOSEPH L. ARRINGTON CONST. | AVERAL CT. | | MOBILE | AL |
| MAPP CONSTRUCTION LLC | NICK 225-268-1295 | | 3071 GENTILLY | NEW ORLEANS | LA |
| COASTAL BUILDERS | COTTAGE AT POINT CLEAR | 17861 SECTION ST. | | FAIRHOPE | AL |
| BRAITHWAITE CONSTRUCTION CO. | 2400 ARAMIS | AMANDA 271-9950 | | MERAUX | LA |
| M B D CONSTRUCTION CO., INC. | MYRTON BONNER DUNCAN CONST. | | | PASS CHRISTIAN | MA |
| HACKETT CUMMINS CONST, CO.,INC | HACKETT CUMMINS CONST. CO. | 610 ST LOUIS ST | | MOBILE | AL |
| DELANEY DEVELOPMENT, INC. | DELANEY DEVELOPMENT, INC. | 1166 WEST I-65 SERVICE RD | SUITE D | MOBILE | AL |
| HERB FISHER CONST. CO., INC. | HERB FISHER CONST. CO., INC. | PHILLIPS | | MANDEVILLE | LA |
| CUSTOM DRYWALL & INTERIORS,INC | CUSTOM DRYWALL & INTERIORS | 67475 SOUTH STRAIN RD. | | MOBILE | AL |
| ROB'T J. BAGGETT, INC. | KIMBERY CLARK | JOB - 718-9301 | | CHALMETTE | LA |
| POUCHER CONSTRUCTION COMPANY | 3317 DELILLE ST | BOBBY 415-4442 | NO 2ND # | | |
| K SEY CONSTRUCTION INC | K SEY CONSTRUCTION INC | SOUTHERN ABTH | NO 2ND # | CHALMETTE | LA |
| DEROSE BUILDERS INC. | 1910 E ST. BERNARD HWY | TOMMY 421-8191 | | | |
| MELVIN PIERCE PAINTING, INC | 9 CLAIRBURN ST | | | ROBERTSDALE | AL |
| M C S CONTRACTING INC | HENNINE INOVATIONS | STYX RIVER MYLES TO LEAD IN T | | NEW ORLEANS | LA |
| LIVERS CONSTRUCTION INC | LIVERS CONSTRUCTION INC | 1726 LAKESHORE DR. | LOUIS 723-5916 | GULFPORT | MS |
| GRESCO INC | MCDONALDS | HWY 49 ACROSS FROM HOOTERS | | NEW ORLEANS | LA |
| ROCHE CONSTRUCTION CO | ROCHE CONSTRUCTION CO | 2 HAWK ST | TOM 250-3747 | AMITE | LA |
| T N T INTERIOR INC | HENDRICK | 17372 HEY 16 | | METAIRIE | LA |
| LAKE DEVELOPEMENT CONSTRUCTION | 2424-2426 DIVISION STREET | BUILDING 11 | JIM HERNANDEZ/ 382-9( | NEW ORLEANS | LA |
| HENRY B HAHN | HENRY B HAHN 352-4527 | 4153 STATE ST. DRIVE | 2ND #616-5573 | FOLEY | AL |
| SOUTHERN HOMES LLC | 1236 PENCARRO BLVD. | LOT 93 | | | |
| CRAMER'S INTERIOR SPEC. | 3915 ST CHARLES AVE. | | | PASS CHRISTIAN | MS |
| GEORGE P HOPKINS INC | GEORGE P HOPKINS INC | 122 SYCAMORE ST | TIMBER RIDGE | METAIRIE | LA |
| TERRY TEDESCO INC | 13 BERESFORD | RAWLINS 908-5867 | METAIRIE CLUB ESTATES | LAFAYETTE | LA |
| THE LEMOINE COMPANY LLC | THE CARRIAGE HOUSE CONDO | 609 SILVERSTONE RD | | FAIRHOPE | AL |
| ROBERDS CORPORATION | FAIRHOPE ART CENTER | 401 OAK AVE | | MANDEVILLE | LA |
| JOHN L CROSBY INC | LOT 277 CARDINAL | SANCTUARY | | NEW ORLEANS | LA |
| JOSEPH A VIRGADAMO CONST CO | 6744 GENERAL HAIG | JOE 239-3164 | | NEW ORLEANS | LA |
| NOLMAR CORPORATION | 1150 WICKER | | | BILOXI | MS |
| ALADDIN CONSTRUCTION CO INC | ALADDIN CONSTRUCTION CO IN | DR. ROSE OFFICE | | PERDIDO KEY | FL |
| YARCO CONTRACTORS | INNERARITY POINT | | LESLIE 985-845-3414 | MADISONVILLE | LA |
| AYMOND CONTRACTORS | LOT 64, 414 HIGHLAND OAKS SO | JULIE 985-792-0751 | BEHIND DAIQUIRIS | METAIRIE | LA |
| RENOVATIONS BY IMPASTATO | JERRY 723-0657 | 6201 AIRLINE @TREFNEY | CONTACT: JENNIFER 225 | PRAIRIEVILLE | LA |
| SUNRISE CONST. & DEV, LLC | LOT 89 | 17491 HILL DRIVE | | MANDEVILLE | LA |
| HALLMARK HOMES INC | AUTUMN WIND | LOT 67 | DWAYNE 702-1186 | BILOXI | MS |
| D N P INC | D N P INC | 670 KENNEDY LANE | | SEMMES(UNIC) | AL |
| DENNIS LANGAN CONSTRUCTION | BROWN | 20 ELIZA JORDAN RD. | | MOBILE | AL |
| ROY LEWIS CONSTRUCTION CORP. | ROY LEWIS CONST | 3180 MOFFET DR. | | | |