UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE FALLON |
| ALL CASES | * | MAG. WILKINSON |

## ORDER

Considering the foregoing *Motion for Injunctive Relief* filed by defendant Interior Exterior Building Supply, L.P.;

**IT IS HEREBY ORDERED** that InEx Class Members Winston Burns, Jr. and Wendy Burns, InEx Settling Defendant Livers Construction, Inc., and their agents and attorneys, be enjoined from litigation in the matter *Winston J. Burns, Jr. and Wendy Burns versus Livers Construction, Inc, et al.,* No. 2016-04002 in the Civil District Court for the Parish of Orleans, State of Louisiana.

**IT IS FURTHER ORDERED** that InEx Class Members Winston Burns, Jr. and Wendy Burns, InEx Settling Defendant Livers Construction, Inc., and their agents and attorneys, be enjoined from maintaining, continuing, prosecuting, and/or commencing any action, pending or future, against InEx Settling Defendants that arises from, concerns, or otherwise relates, directly or indirectly, to Chinese Drywall.

If such proceedings are not enjoined, defendant Interior Exterior Building Supply, L.P. will be irreparably injured because Interior Exterior Building Supply, L.P. has already paid out significant sums in defense of these Chinese Drywall claims, exhausted its liability insurance

covering these claims, and believed it bought peace and settlement of these claims by doing so. Therefore, Interior Exterior Building Supply, L.P. will suffer irreparable injury in being prevented from enjoying the benefit of the time, money, and effort it exerted to reach a final settlement in MDL 2047.

      New Orleans, Louisiana, this \_\_\_\_ day of _____, 2017.

                                    _____
                                    **Honorable Eldon E. Fallon**
                                    **U.S. District Court Judge**

4828-6260-1548, v. 1