UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION         MDL NO. 2047

This Document relates to:              SECTION L
Attached Schedule of Cases

                                       JUDGE FALLON
                                       MAG. WILKINSON

## EX PARTE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The law firm of Morris Bart LLC respectfully moves to withdraw as counsel for the Plaintiffs listed in the Attached Schedule of Cases in this matter. Mekel Alvarez, previously employed with the undersigned firm, is no longer associated with Morris Bart LLC.

Plaintiff is will continue to be represented by Salvadore Christina, Jr., Jennifer Crose and Matthew B. Moreland of the Becnel Law Firm, LLC. Undersigned counsel certifies that all represented plaintiffs and the attorneys at the Becnel Law Firm have been notified of this Motion to Withdraw and the Becnel Law Firm has agreed to continue to represent Plaintiff to the conclusion of this suit, such that Plaintiff will not be prejudiced by this withdrawal.

DATED: August 7, 2017              Respectfully submitted,

                                   */s/ Morris Bart*
                                   Morris Bart, III, LA Bar # 2788
                                   Betsy J. Barnes, LA Bar #19473
                                   Morris Bart LLC
                                   601 Poydras Street, 24th Floor
                                   New Orleans, Louisiana 70130
                                   Phone: (504) 599-3234
                                   Fax: (504) 599-3392