## Schedule of Cases

| Last Name | First Name | On behalf of | Case No. |
|---|---|---|---|
| **Vu** | **Jessie** | **Darian T.B. Vu** | 2:09-cv-03423 |
| **Mai** | **Kristy** | | 2:09-cv-03423 |
| **Bourg** | **Junius** | | 2:09-cv-03426 |
| **Young** | **Irvin** | | 2:09-cv-03426 |
| Chopin | Shirley | | 2:09-cv-03426 |
| Bell | Walter | | 2:09-cv-03426 |
| Breaud | Lucern | | 2:09-cv-03426 |
| Powell | Sheryl | | 2:09-cv-03426 |
| Williams | Sylvester | | 2:09-cv-03426 |
| **Davis** | **Lolita** | | 2:09-cv-03525 |
| **Wililams** | **Arnelle** | | 2:09-cv-03525 |
| Williams | Shelby | | 2:09-cv-03525 |
| **Conrad** | **Jesse** | | 2:09-cv-03525 |
| Conrad | Gelone | Asante Williams | 2:09-cv-03525 |
| Foy | Barbara | Danielle Foy, Vonda Crowley and Felton Crowley | 2:09-cv-03525 |
| **Stout** | **Kristina** | | 2:09-cv-03525 |
| **Stout** | **Michael** | **Michael Stout, Jr.** | 2:09-cv-03525 |
| Carter | Andrea | | 2:09-cv-03525 |
| **Brumfield, III** | **Ollie** | | 2:09-cv-03535 |
| **Brumfield** | **Adrianne** | **Jaylen Brumfield, Jade Brumfield and Ollie Brumfield, IV** | 2:09-cv-03535 |
| **Bryant** | **Debra** | | 2:09-cv-03634 |
| **Donnelly** | **Jerome** | | 2:09-cv-03635 |
| **Donnelly** | **Daphine** | | 2:09-cv-03635 |
| **Cassagne** | **Jordan** | **Isabelle Cassagne and Grace Cassagne** | 2:09-cv-03637 |
| **Cassagne** | **Brande** | | 2:09-cv-03637 |
| Simmons | Melinda | | 2:09-cv-03639 |
| Simmons | Andre | | 2:09-cv-03639 |
| Smith | Sidney | | 2:09-cv-03639 |
| Smith | Connie | Rachele Smith | 2:09-cv-03639 |
| Fugler | James | | 2:09-cv-03639 |
| Fugler | Jan | | 2:09-cv-03639 |
| Thymes | Alvin | | 2:09-cv-03639 |
| **Moore** | **Leon** | | 2:09-cv-03639 |
| Dunbar | Sandra | | 2:09-cv-03639 |
| **Hall** | **Mary** | | 2:09-cv-03639 |
| Hall | Lloyd | | 2:09-cv-03639 |
| **Lewis** | **Willie** | | 2:09-cv-04101 |
| Barrios | Raphael | | 2:09-cv-04101 |
| Barrios | Connie | | 2:09-cv-04101 |
| Hayes | Gloria | | 2:09-cv-04101 |
| Hayes | Lennette | Aaron Stovall and Alex Stovall | 2:09-cv-04101 |
| Glasper, Sr. | Gregg | | 2:09-cv-04101 |

## Schedule of Cases

| | | | |
|---|---|---|---|
| Glasper, Sr. | Beunker | Gregg Glasper, Jr., Markell Clasper, Markiva Glasper, Lyn Glasper, Mercedes Glasper | 2:09-cv-04101 |
| Gross | David | | 2:09-cv-04101 |
| **Gross** | **Sheryl** | **Christopher Gross and Jacqueline Gross** | 2:09-cv-04101 |
| **Evans** | **Ronald** | **Sharron Gray** | 2:09-cv-04102 |
| **Evans** | **Matthew** | | 2:09-cv-04102 |
| **Evans** | **Kareem** | | 2:09-cv-04102 |
| **Gritter, Jr.** | **Joseph V.** | | 2:09-cv-04273 |
| **Gritter** | **Catherine** | | 2:09-cv-04273 |
| **Taylor** | **Willie Mae** | | 2:09-cv-04273 |
| Canty | Honore | | 2:09-cv-04273 |
| Lance | Mark | Katelyn Lance | 2:09-cv-04273 |
| Lance | Mary Jo | | 2:09-cv-04273 |
| Lance | Tina | | 2:09-cv-04273 |
| **Bierria, Sr.** | **Nathanial** | | 2:09-cv-04273 |
| **Bierria** | **Cindy** | **Nandi Bierra and Nathanial Bierra, III** | 2:09-cv-04273 |