UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| This Document relates to: Attached Schedule of Cases | SECTION L |
| | JUDGE FALLON MAG. WILKINSON |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**

Upon consideration of Morris Bart LLC's Motion to Withdraw As Counsel, it is hereby ORDERED that the Motion is GRANTED. The law firm of Morris Bart LLC, including attorney Morris Bart, is withdrawn as counsel for Plaintiffs listed in the attached Schedule of Cases .

Entered this _____ day of _____, 2017

_____
United States District Judge