```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE:  CHINESE-MANUFACTURED    *    Docket No. 09-MDL-2047
DRYWALL PRODUCTS LIABILITY      *
LITIGATION                      *
                                *    August 3, 2017
                                *
                                *
Relates to all cases            *    Section "L"
                                *
****************************************************************


              REPORTER'S OFFICIAL TRANSCRIPT OF THE

                       STATUS CONFERENCE

              BEFORE THE HONORABLE ELDON E. FALLON,
                  UNITED STATES DISTRICT JUDGE.
```

**REPORTED BY:**    Mary Thompson, RMR, FCRR
                    500 Poydras Street, Room B275
                    New Orleans, Louisiana  70130
                    (504)589-7783
                    mary_v_thompson@laed.uscourts.gov

**OFFICIAL TRANSCRIPT**

2

**APPEARANCES:**

For the Plaintiffs:                          Levin, Sedran & Berman
                                             BY: ARNOLD LEVIN
                                             510 Walnut Street, Ste. 500
                                             Philadelphia, PA 19106


For the Defendants:                          Baker Donelson Bearman
                                             Caldwell & Berkowitz
                                             BY:  KERRY J. MILLER
                                             201 St. Charles Avenue
                                             Ste. 2400
                                             New Orleans, LA  70112


                                             Phelps Dunbar
                                             BY:  HARRY ROSENBERG
                                             365 Canal Boulevard
                                             Ste. 2000
                                             New Orleans, LA  70130

OFFICIAL TRANSCRIPT

```
 1                    P R O C E E D I N G S
 2                      (Call to order of the court.)
 3            THE COURT:  Be seated, please.
 4            Good morning, ladies and gentlemen.
 5            Call the case.
 6            THE CASE MANAGER:  MDL 2047, In Re: Chinese-
 7   Manufactured Drywall Products Liability Litigation.
 8            THE COURT:  Liaison counsel, make your appearances for
 9   the record, please.
10            MR. LEVIN:  Arnold Levin substituting for Russ Herman,
11   liaison counsel for the plaintiffs' steering committee.
12            MR. ROSENBERG:  Good morning, Judge Fallon.  Harry
13   Rosenberg for CNBM, BNBM, and Taishan as liaison counsel,
14   Your Honor.
15            MR. MILLER:  Good morning, Judge.  Kerry Miller,
16   defense liaison counsel for the Knauf defendants.
17            THE COURT:  This is our monthly status conference.  I
18   had an opportunity to meet with the lead liaison counsel for each
19   side a moment ago.  This is where we are in the litigation at
20   this point.
21            The Knauf drywall defendant has pretty much completed
22   their aspect.  We've got a couple more cases.  I have some cases
23   on appeal from the special master, but by and large that aspect
24   of the case is over with.
25            We have been focusing on the Taishan and other -- the
```

1  defendants awhile now, but it's coming sort of to a head.  We
2  have a number of issues in that particular aspect of the case.
3          And I suggested to counsel that they get together with
4  the small issues committee and list what the issues are.  If they
5  agree that those are the issues, then we're going to have to have
6  a separate person on each of those issues to come up with some
7  plan for dealing with the issues.
8          In addition, the plaintiffs will provide the defendants
9  with a list of the plaintiffs, the address of the homes of the
10 plaintiffs, and ownership of the homes of the plaintiffs so that
11 we have some feeling and some information about who is involved
12 in this particular aspect of the case.
13         Then we're going to have to have some discovery that is
14 peculiar to the remaining defendants.  Some of it has already
15 been done, and that can be given to these defendants, but other
16 discovery is still needed and we'll deal with that.
17         In the meantime, I'll be certifying some of the
18 jurisdictional issues.  That won't stop us.  We'll go forward
19 with it.  The last time that I certified the matter, we had to
20 kind of stop that aspect of the case while the circuit spoke.
21 This time we're going to continue with that aspect of the case
22 while the circuit is doing its job.  And some of the matters I
23 won't be certifying, but the jurisdictional aspects I will be.
24         Then if there are any cases that I can forward back to
25 the district courts in the various states so that they can be

**OFFICIAL TRANSCRIPT**

```
                1   remanded to the state courts, I'll be doing so.  There may be
                2   some discovery requirements even in those cases that may have to
                3   be done, but hopefully that can be done in an expedited manner.
                4             We have got to try to finish a large aspect of the case
09:12:09        5   this year because I do have some other cases that are beginning
                6   to take up my attention now.
                7             Let me hear from the parties.
                8             MR. LEVIN:  Arnold Levin.
                9             There's not much here, Your Honor.  Your Honor told us
09:12:24       10   in the liaison committee that you want us to get together and
               11   establish what the issues are.  The plaintiffs do not want -- we
               12   know the Court is aware of this.  We don't want the defendants to
               13   forget that there are motions pending on contempt damages,
               14   translations, confidentiality.  We consider that a priority and
09:12:46       15   we'll address that with the issues committee.
               16             THE COURT:  Uh-huh.
               17             MR. LEVIN:  Other than that, Your Honor gave us an
               18   October 12th meeting date as our October date.  I believe
               19   September is September 8th.
09:12:59       20             MR. MILLER:  September 8th.
               21             THE COURT:  Okay.
               22             MR. LEVIN:  Everything else is of great consequence but
               23   need not be stated here.
               24             THE COURT:  Okay.
09:13:08       25             Jake, do you have anything from the standpoint of
```

```
 1  Knauf?
 2              MR. WOODY:  Good morning, Your Honor.  Jake Woody from
 3  BrownGreer.  I do have a quick update.
 4              We have been able to, in the last month, close about
 5  250 Knauf claims.  These are claims made by Knauf for
 6  reimbursement from the Global, Banner, and Inex accounts.  We
 7  have about 95 of those types of claims remaining.  I expect that
 8  we can close them within the next month.
 9              I appreciate Knauf's help, especially Danny Dysart, to
10  resolve these issues.
11              Once we have those closed, we'll be in a good position
12  to wind down some of the open settlement funds, and I'll present
13  the parties with a plan and procedure to do that probably within
14  the next month.
15              THE COURT:  Okay.
16              MR. WOODY:  Thank you, Your Honor.
17              THE COURT:  Thank you.
18              And, Harry, bird-dog the issue of lists of the
19  claimants, because that's something that you need to have as
20  quickly as you can.
21              MR. ROSENBERG:  Yes, Your Honor.
22              THE COURT:  The names of the plaintiffs, the location
23  of their homes, the ownership of the homes, things of that
24  nature.
25              MR. ROSENBERG:  As Your Honor suggested, we'll have
```

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 1 | small groups from each side get together and discuss those issues |
| 2 | within the next fortnight while Your Honor is engaged in another |
| 3 | matter outside of the state in trial. |
| 4 |     THE COURT:  Yes. |
| 5 |     MR. ROSENBERG:  And we'll work with, of course, PSC |
| 6 | members. |
| 7 |     THE COURT:  Okay. |
| 8 |     MR. LEVIN:  Your Honor, at this time we just -- all of |
| 9 | us collectively would like to thank Janelle. |
| 10 |     THE COURT:  Yes.  This is Janelle's last meeting.  As I |
| 11 | mentioned to you all, she is going to go to the Fifth Circuit and |
| 12 | give up the search for truth to search for error. |
| 13 |     MR. LEVIN:  We're very comfortable.  Of course we're |
| 14 | appellees in the Fifth Circuit always. |
| 15 |     THE COURT:  Right. |
| 16 |     MR. LEVIN:  But that's fake news. |
| 17 |     THE COURT:  Right. |
| 18 |     And Jason Siu is going to be with us.  Jason did his |
| 19 | undergraduate at Georgetown and then his law degree in California |
| 20 | at the University of California Berkley.  He did a Fulbright in |
| 21 | Macau and he'll do well.  He has big shoes to fill, but I know |
| 22 | his feet are big so he can fill them. |
| 23 |     MR. LEVIN:  He certainly didn't go to my high school. |
| 24 |     Jason, welcome.  You're the judge's next first |
| 25 | sergeant. |

**OFFICIAL TRANSCRIPT**

```
           1              MR. ROSENBERG:  We would echo Arnie's comment as well.
           2    We appreciate working with Janelle and certainly wish her well
           3    across the street.  It's another environment.
           4              I know she's going to miss all of us and dealing with
09:15:50   5    us on a regular basis, but that's probably why Jason is not
           6    smiling at the moment.
           7              THE COURT:  Right.  That's right.
           8              Anything else from anybody?
           9              MR. LEVIN:  No, sir.
09:16:01  10              MR. ROSENBERG:  No, Your Honor.  Appreciate it.
          11              THE COURT:  Thank you very much.
          12                                     (Proceedings adjourned.)
          13
          14                              *  *  *  *
          15                            **CERTIFICATE**
          16
          17       **I hereby certify this 7th day of August, 2017, that the**
          18  **foregoing is, to the best of my ability and understanding, a true**
          19  **and correct transcript of the proceedings in the above-entitled**
          20  **matter.**
          21
          22                                 */s/ Mary V. Thompson*
          23                              _____
                                             **Official Court Reporter**
          24
          25
```

**OFFICIAL TRANSCRIPT**