UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE- MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: "L" |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | JUDGE FALLON<br>MAG. WILKINSON |

*UNOPPOSED* MOTION TO CONTINUE
AND RESET SUBMISSION DATE FOR INTERIOR
EXTERIOR BUILDING SUPPLY, L.P.'S MOTION FOR INJUNCTIVE RELIEF

**NOW INTO COURT**, through undersigned counsel, come movants, Winston Burns, Jr. and Wendy Burns, who respectfully request that this Honorable Court continue the submission date for Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief (Rec. Doc. 20891) which is currently set for Wednesday, August 23, 2017, at 9:00 a.m.  Movants intend to respond by opposing same. After discussions with opposing counsel, and at movants' request, the parties have agreed to continue and reset the submission date to October 4, 2017 at 9:00 a.m.

**WHEREFORE**, movants, Winston Burns, Jr. and Wendy Burns, pray that this Honorable Court Grant this *Unopposed* Motion to Continue and Rest Submission Date for Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief, and reset the submission date for Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief (Rec. Doc. 20891) to October 4, 2017 at 9:00 a.m.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully Submitted:

*/s/ Matthew A. Sherman*
_____
JAMES M. WILLIAMS (#26141)
MATTHEW A. SHERMAN (#32687)
ZACHARY R. SMITH (#37316)
*Chehardy, Sherman, Williams, Murray,*
*Recile, Stakelum & Hayes, L.L.P.*
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 613-4528
*Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. I further certify that I have sent the foregoing by U.S. Mail, postage pre-paid, to parties and/or their counsel who would not receive notice through the CM/ECF system.

 */s/ Matthew A. Sherman*
 MATTHEW A. SHERMAN