UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE- MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL NO. 2047<br><br>SECTION: "L"<br><br>JUDGE FALLON<br>MAG. WILKINSON |

### ORDER

Considering the foregoing *Unopposed* Motion to Continue and Reset Submission Date for Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief;

IT IS ORDERED, that movants' *Unopposed* Motion to Continue and Reset Submission Date for Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief (Rec. Doc. 20891) be, and hereby is **GRANTED,** and Interior Exterior Building Supply, L.P.'s pending Motion for Injunctive Relief is reset for a submission date of October 4, 2017 at 9:00 a.m.

Signed this _____ day of _____, 2017, in New Orleans, Louisiana.

_____
Hon. Eldon E. Fallon
United States District Judge