UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION
TO VACATE THE COURT'S AUGUST 4, 2017 ORDER GRANTING
DEFENDANTS' MOTION TO CERTIFY IMMEDIATE APPEAL
FROM THE COURT'S JURISDICTION ORDER (Rec. Doc. 20890)**

NOW INTO COURT, the Plaintiffs' Steering Committee moves on an emergency basis to vacate the Court's August 4, 2017 Order Granting Defendants' Motion to Certify Immediate Appeal from the Court's Jurisdiction Order (Rec. Doc. 20890) ("Motion to Vacate") and shows:

1)  On August 1, 2017, Defendants filed a Supplemental Motion on Jurisdiction and Class Certification Following *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County* ("*BMS*") ("Supplemental Motion on Jurisdiction") [Rec. Doc. 20882]. By agreement of the parties and approval of the Court, Plaintiffs' response is due August 31, 2017 (*see* attached emails from C. Vejnoska and the Court's law clerk).

2)  On August 14, 2017, Defendants filed a Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) in the Fifth Circuit ("1292(b) Petition") [*In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 5th Circuit Docket 17-90027] and Plaintiffs' response to the Petition is due August 28, 2017.

3)	Plaintiffs filed this Motion to Vacate because the issues that Defendants seek to put before the Fifth Circuit substantially overlap with the issues in the Supplemental Motion on Jurisdiction.  In the 1292(b) Petition, Defendants argue that the *BMS* opinion impacts on two of the three questions raised on appeal.  Furthermore, Defendants fail to inform the Fifth Circuit that they have filed the Supplemental Motion on Jurisdiction in this Court which presents substantially overlapping issues.

4)	When Defendants filed their Supplemental Motion on Jurisdiction, they rendered the Court's Order granting Defendants' Motion to Certify Immediate Appeal from the Court's Jurisdiction Order (Rec. Doc. 20890) incomplete and therefore, not amenable to appellate treatment under 1292(b).  Furthermore, allowing an appeal to proceed at this juncture will result in piecemeal appeals of the same issue which is improper, inefficient and a waste of judicial resources.

5)	Plaintiffs must respond to the 1292(b) Petition by August 28, 2017, and the Fifth Circuit could rule on that Petition at any time after that date.  Once the Fifth Circuit rules, this Court's jurisdiction to rule on the Motion to Vacate will be moot.  Moreover, depending on the Fifth Circuit's ruling, this Court's jurisdiction to rule on certain aspects of the Supplemental Motion on Jurisdiction will be uncertain.  Therefore, Plaintiffs seek an expedited ruling on this matter to avoid any potential problems.

Based upon the foregoing and for the reasons set forth in the accompanying memorandum in support, this Motion to Vacate should be granted.

Respectfully submitted,

Dated:   August 17, 2017

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819) (on the Brief)
Leonard A. Davis (LA Bar No. 14190) (on the Brief)
Stephen J. Herman (LA Bar No. 23129) (on the Brief)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the Brief)
Fred S. Longer (on the Brief)
Sandra L. Duggan (on the Brief)
Keith J. Verrier (on the Brief)
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Robert Becnel
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
rbecnel@becnellaw.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 17th day of August, 2017.

                              <u>/s/ Leonard A. Davis</u>
                              Leonard A. Davis
                              HERMAN, HERMAN & KATZ, LLC
                              820 O'Keefe Avenue
                              New Orleans, Louisiana 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              Ldavis@hhklawfirm.com
                              Plaintiffs' Liaison Counsel
                              MDL 2047

                              *Co-Counsel for Plaintiffs*

# Lillian Flemming

| | |
|---|---|
| **From:** | Janelle_Sharer@laed.uscourts.gov |
| **Sent:** | Thursday, August 17, 2017 12:37 PM |
| **To:** | Vejnoska, Christopher |
| **Cc:** | Davidson, Andrew K.; Arnold Levin; Bernard Taylor (bernard.taylor@alston.com); Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com); Donna Currault; Tim Eagan; Shumsky, Eric A.; Harry Rosenberg (1219); Jason_Siu@laed.uscourts.gov; Stengel, James; Kenny, Mike; Shapiro, Marc R.; Russ Herman; Sandy Duggan |
| **Subject:** | Re: Supplemental Motion on Jurisdiction and Class Certification Following Bristol Myers Squibb v. Superior Court |

All,

Judge Fallon agrees with the proposed schedule. The Court will issue an order with these dates shortly.

Thanks,

Janelle E. Sharer
Law Clerk to the Hon. Eldon E. Fallon
United States District Court, Eastern District of Louisiana
500 Poydras St.,
New Orleans, LA 70130
(504) 589-7545 (telephone)
(504) 589-6966 (fax)

---

| | |
|---|---|
| From: | "Vejnoska, Christopher" <cvejnoska@orrick.com> |
| To: | "Janelle_Sharer@laed.uscourts.gov" <Janelle_Sharer@laed.uscourts.gov>, "Jason_Siu@laed.uscourts.gov" <Jason_Siu@laed.uscourts.gov> |
| Cc: | Arnold Levin <ALevin@lfsblaw.com>, "RHERMAN@hhklawfirm.com" <RHERMAN@hhklawfirm.com>, Sandy Duggan <sduggan@lfsblaw.com>, "Kenny, Mike" <Mike.Kenny@alston.com>, "Bernard Taylor (bernard.taylor@alston.com)" <bernard.taylor@alston.com>, "Eikhoff, Christy Hull" <Christy.Eikhoff@alston.com>, "David Venderbush Esq. (david.venderbush@alston.com)" <david.venderbush@alston.com>, "Stengel, James" <jstengel@orrick.com>, "Shumsky, Eric A." <eshumsky@orrick.com>, "Davidson, Andrew K." <adavidson@orrick.com>, "Shapiro, Marc R." <mrshapiro@orrick.com>, Tim Eagan <EEagan@gamb.law>, Donna Currault <DCurrault@gamb.law>, "Harry Rosenberg (1219)" <Harry.Rosenberg@phelps.com> |
| Date: | 08/14/2017 03:08 PM |
| Subject: | Supplemental Motion on Jurisdiction and Class Certification Following Bristol Myers Squibb v. Superior Court |

---

Dear Janelle and Jason:

The PSC and the CNBM, BNBM, and Taishan defendants have discussed and agreed upon a recommended briefing schedule on the *Bristol-Myers Squibb* motion filed by CNBM and BNBM (Rec. Doc. 20882) and joined by Taishan (Rec. Doc. 20894):

August 31:	PSC opposition due.

Sept. 19:	Reply briefs due.

Oral argument:	The parties leave to the Court's discretion whether and when to set oral argument. If the Court wishes to hear argument on the motion in the near future – for instance,

at the Sept. 8 status conference – we will adjust our schedule accordingly, presumably by shortening both sides' briefing time.

We hope this proposed schedule meets with the Court's approval.   Thank you for your consideration.

Kind regards,

Chris


**L. Christopher Vejnoska**
Partner
Orrick


The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
T +1-415-773-5916
M +1-925-766-7677
cvejnoska@orrick.com





**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.