# EXHIBIT "B"

**Lillian Flemming**

| | |
|---|---|
| **From:** | Vejnoska, Christopher <cvejnoska@orrick.com> |
| **Sent:** | Wednesday, August 16, 2017 11:55 PM |
| **To:** | Sandy Duggan |
| **Cc:** | Arnold Levin; Russ Herman; Stengel, James; Shumsky, Eric A.; Shapiro, Marc R.; Davidson, Andrew K.; EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com); Harry Rosenberg (1219); Kenny, Mike; Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com); Fred Longer; Lenny Davis; Nicola Serianni; Keith Verrier |
| **Subject:** | RE: Bristol-Myers Squibb Motion |

Sandy, with respect, we simply do not agree that the certified appeal should be delayed.

Regards, Chris

---

**From:** Sandy Duggan [mailto:sduggan@lfsblaw.com]
**Sent:** Wednesday, August 16, 2017 3:13 PM
**To:** Vejnoska, Christopher <cvejnoska@orrick.com>
**Cc:** Arnold Levin <ALevin@lfsblaw.com>; RHERMAN@hhklawfirm.com; Stengel, James <jstengel@orrick.com>; Shumsky, Eric A. <eshumsky@orrick.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Davidson, Andrew K. <adavidson@orrick.com>; EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com) <dcurrault@gordonarata.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>; Kenny, Mike <Mike.Kenny@alston.com>; Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>; David Venderbush Esq. (david.venderbush@alston.com) <david.venderbush@alston.com>; Fred Longer <FLonger@lfsblaw.com>; Lenny Davis <ldavis@hhklawfirm.com>; Nicola Serianni <nserianni@lfsblaw.com>; Keith Verrier <KVerrier@lfsblaw.com>
**Subject:** RE: Bristol-Myers Squibb Motion

Chris - even if we adjusted the briefing schedule, that would not solve the problem of piecemeal appeals of the same jurisdictional issues. For example, your supplemental motion in the district court addresses jurisdiction over BNBM under an agency theory, which is the same issue you are attempting to appeal in the Fifth Circuit.  In addition, your petition for appeal cites BMS, but the record in the district court is not complete on that subject. All of this is occurring simultaneously. It would conserve judicial resources and be more prudent to have Judge Fallon rule on BMS first, and then you would have the opportunity to seek a review of all of your jurisdictional challenges at the same time.

Sandra L. Duggan
Of-Counsel
LEVIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 870-8258 - cell
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Vejnoska, Christopher [mailto:cvejnoska@orrick.com]
**Sent:** Wednesday, August 16, 2017 5:40 PM
**To:** Sandy Duggan
**Cc:** Arnold Levin; RHERMAN@hhklawfirm.com; Stengel, James; Shumsky, Eric A.; Shapiro, Marc R.; Davidson, Andrew K.; EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com); Harry Rosenberg (1219); Kenny, Mike; Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com); Fred Longer; Lenny Davis; Nicola Serianni; Keith Verrier
**Subject:** RE: Bristol-Myers Squibb Motion

Sandy, thank you for your email. We do not believe it is appropriate for the Court to vacate its 1292(b) certification order. If, however, you would like to expedite the briefing and argument of the *Bristol-Myers Squibb* motion, we can discuss that with you.

Regards, Chris

**From:** Sandy Duggan [mailto:sduggan@lfsblaw.com]
**Sent:** Wednesday, August 16, 2017 9:52 AM
**To:** Vejnoska, Christopher <cvejnoska@orrick.com>
**Cc:** Arnold Levin <ALevin@lfsblaw.com>; RHERMAN@hhklawfirm.com; Stengel, James <jstengel@orrick.com>; Shumsky, Eric A. <eshumsky@orrick.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Davidson, Andrew K. <adavidson@orrick.com>; EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com) <dcurrault@gordonarata.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>; Kenny, Mike <Mike.Kenny@alston.com>; Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>; David Venderbush Esq. (david.venderbush@alston.com) <david.venderbush@alston.com>; Fred Longer <FLonger@lfsblaw.com>; Lenny Davis <ldavis@hhklawfirm.com>; Nicola Serianni <nserianni@lfsblaw.com>; Keith Verrier <KVerrier@lfsblaw.com>
**Subject:** RE: Bristol-Myers Squibb Motion

Chris – in light of the filing of a supplemental motion by CNBM/BNBM/BNBM Group in support their motions to dismiss based on the Supreme Court's decision in *Bristol-Myers Squibb* ("*BMS*"), requesting that "the Court dismiss all out-of-state plaintiffs from each of the actions, dismiss BNBM from the Florida and Virginia actions where the jurisdictional bases are predicated on an agency theory, and decertify the class" [Rec. Doc. 20894], the PSC intends to file a motion to vacate the District Court's order granting Defendants' 1292(b) motion on jurisdiction [Rec. Doc. 20890]. We propose that Defendants should have an opportunity to seek permission for immediate appellate review of all jurisdictional issues after the District Court has had an opportunity to rule on the *BMS* motion. As it now stands, Defendants have sought relief in the Fifth Circuit before the District Court has ruled on the *BMS* motion.

Please treat this as an invitation to meet and confer on this issue today.  If we do not hear from you, we will assume you oppose such a motion to vacate.


Sandra L. Duggan
Of-Counsel
LEVIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 870-8258 - cell
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.


**From:** Sandy Duggan
**Sent:** Monday, August 14, 2017 11:45 AM
**To:** 'Vejnoska, Christopher'
**Cc:** Arnold Levin; RHERMAN@hhklawfirm.com; Stengel, James; Shumsky, Eric A.; Shapiro, Marc R.; Davidson, Andrew K.; EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com); Harry Rosenberg (1219); Kenny, Mike; Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com)
**Subject:** RE: Bristol-Myers Squibb Motion

Chris – your proposed briefing schedule for the jurisdictional motion is acceptable. With regard to your other motion to compel discovery, I'm not clear whether we have an agreement to defer the briefing on that motion, until you have an opportunity to review all of the materials we are diligently preparing. Specifically, it is our intention to produce to Defendants (hopefully within 10 days) a comprehensive spreadsheet that sets forth for each Plaintiff asserting claims against Taishan/BNBM/CNBM the following:
Name of Plaintiff
Address
Attorney
Omni Complaint(s)
Date of first Omni
Source (*i.e.*, 10/79, RP, Additional Taishan Property, Omni XX)
Plaintiff Profile Form
Square footage, proof of same, declaration from counsel
Product ID bucket (description of indicia, type of indicia, product markings, Taishan photo catalog number)

Ownership information from BrownGreer ("BG") (dates of ownership, type of ownership evidence, name of current owner)
Updated 2017 RS Means calculations for each property (Ronald E. Wright, P.E.)
Prior payments from the GBI and Virginia settlements

We will also make available to you a Cloud Share File with "folders" for each claimant containing the documents referenced above, except for the materials from BG. It is our understanding that BG has already made its files on ownership available to the parties.

At a later date (hopefully within a month), we will produce to you a spreadsheet of all other claimants who have dismissed (or will be dismissing) their claims against Taishan/BNBM/CNBM for lack of product ID and/or for other reasons.

As I said on our call last week, I'm available to discuss the details of this production with any representatives from your side.  Our goal is to provide you with all of the materials we have on these claims for the categories listed above.  Please let me know if you agree to stay the briefing on the motion to compel so we can determine after our production whether and to what extent the parties have any disagreements.

Thank you,

Sandra L. Duggan
Of-Counsel
LEVIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 870-8258 - cell
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Vejnoska, Christopher [mailto:cvejnoska@orrick.com]
**Sent:** Friday, August 11, 2017 5:37 PM
**To:** Sandy Duggan
**Cc:** Arnold Levin; RHERMAN@hhklawfirm.com; Stengel, James; Shumsky, Eric A.; Shapiro, Marc R.; Davidson, Andrew K.; EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com); Harry Rosenberg (1219); Kenny, Mike; Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com)
**Subject:** Bristol-Myers Squibb Motion

Sandy, on behalf of CNBM, BNBM, and Taishan, here is our proposal for a briefing schedule on the *Bristol-Myers Squibb* motion:

    August 31:        PSC opposition due.  This is the date you requested.

    Sept. 19:         Reply briefs due.

    Oral argument:     We leave to the Court's discretion whether and when to set oral argument.  If the Court wants to hear argument on the motion in the near future – for instance, at the Sept. 8 status conference – we will adjust our schedule accordingly, presumably by shortening both sides' briefing time.

    If this works for you, we will notify the Court.  As always, thanks for your courtesy and cooperation.

    Chris

**L. Christopher Vejnoska**
Partner

Orrick
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
T +1-415-773-5916
M +1-925-766-7677
cvejnoska@orrick.com



NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.