# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Plaintiffs' Steering Committee's Emergency Motion to Vacate the Court's August 4, 2017 Order Granting Defendants' Motion to Certify Immediate Appeal from the Court's Jurisdiction Order (Rec. Doc. 20890) ("1292(b) Jurisdiction Order"),

IT IS HEREBY ORDERED that the Motion is GRANTED and the 1292(b) Jurisdiction Order (Rec. Doc. 20890) is hereby Vacated.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge