UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR EXPEDITED HEARING ON
THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION
TO VACATE THE COURT'S AUGUST 4, 2017 ORDER GRANTING
DEFENDANTS' MOTION TO CERTIFY IMMEDIATE APPEAL
FROM THE COURT'S JURISDICTION ORDER (Rec. Doc. 20890)**

NOW INTO COURT, comes the Plaintiffs' Steering Committee ("PSC") who respectfully submits that on August 17, 2017, the PSC's Emergency Motion to Vacate the Court's August 4, 2017 Order Granting Defendants' Motion to Certify Immediate Appeal From the Court's Jurisdiction Order [Rec. Doc. 20898] ("Motion to Vacate") was filed with the Court.

The PSC filed this motion on an emergency basis to avoid simultaneous and overlapping jurisdictional issues pending before this Court and the Fifth Circuit. On August 1, 2017, Defendants filed a Supplemental Motion on Jurisdiction and Class Certification Following *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County* ("*BMS*") ("Supplemental Motion on Jurisdiction") [Rec. Doc. 20882]. By agreement of the parties and approval of the Court, Plaintiffs' response is due August 31, 2017.

On August 14, 2017, Defendants filed a Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) in the Fifth Circuit ("1292(b) Petition") [*In re Chinese-Manufactured Drywall*

*Prod. Liab. Litig.*, 5th Circuit Docket 17-90027] seeking *review of the same issues* Defendants raise in their Supplemental Motion on Jurisdiction.  Plaintiffs' response to the 1292(b) Petition is due August 28, 2017.  Due to the quickly approaching Fifth Circuit response deadline, the PSC requests expedited consideration and ruling on its Motion to Vacate.  Otherwise, there will be piecemeal appeals of the same jurisdictional matters.

      WHEREFORE, the PSC prays that this motion be granted and that the PSC's Emergency Motion to Vacate the Court's August 4, 2017 Order Granting Defendants' Motion to Certify Immediate Appeal From the Court's Jurisdiction Order [Rec. Doc. 20898] be heard and ruled upon before the August 28, 2017 Fifth Circuit response deadline.

                                                  Respectfully submitted,

Dated:   August 17, 2017        /s/ Russ M. Herman
                                         Russ M. Herman (LA Bar No. 6819) (on the Brief)
                                         Leonard A. Davis (LA Bar No. 14190) (on the Brief)
                                         Stephen J. Herman (LA Bar No. 23129) (on the Brief)
                                         HERMAN, HERMAN & KATZ, LLC
                                         820 O'Keefe Avenue
                                         New Orleans, Louisiana 70113
                                         Phone: (504) 581-4892
                                         Fax: (504) 561-6024
                                         RHerman@hhklawfirm.com

                                         *Plaintiffs' Liaison Counsel MDL 2047*

                                         Arnold Levin (on the Brief)
                                         Fred S. Longer (on the Brief)
                                         Sandra L. Duggan (on the Brief)
                                         Keith J. Verrier (on the Brief)
                                         Levin Sedran & Berman
                                         510 Walnut Street, Suite 500
                                         Philadelphia, PA 19106
                                         Phone: (215) 592-1500
                                         Fax: (215) 592-4663
                                         Alevin@lfsblaw.com

                                         *Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Robert Becnel
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
rbecnel@becnellaw.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

4

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 17th day of August, 2017.

<u>/s/ Leonard A. Davis</u>
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-Counsel for Plaintiffs*