UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

Considering the Motion for Expedited Hearing on The Plaintiffs' Steering Committee's Emergency Motion to Vacate the Court's August 4, 2017 Order Granting Defendants' Motion to Certify Immediate Appeal From the Court's Jurisdiction Order [Rec. Doc. 20898];

IT IS ORDERED BY THE COURT that the motion is GRANTED and The Plaintiffs' Steering Committee's Emergency Motion to Vacate the Court's August 4, 2017 Order Granting Defendants' Motion to Certify Immediate Appeal From the Court's Jurisdiction Order [Rec. Doc. 20898] is set for hearing on an expedited basis on the ___ day of August, 2017.

IT IS FURTHER ORDERED BY THE COURT that any response to The Plaintiffs' Steering Committee's Emergency Motion to Vacate the Court's August 4, 2017 Order Granting Defendants' Motion to Certify Immediate Appeal From the Court's Jurisdiction Order [Rec. Doc. 20898] must be filed on or before the ____ day of August, 2017.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge