**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Abner, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action No. 11-3094 | |

## ORDER

AND NOW, on this ___16th___ Day of ___August___, 2017, upon consideration of

Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said

motion is GRANTED.  The clerk is hereby directed to enter of record Plaintiffs', Cindy and Hoa

Quan, *et. al.*, Omnibus Class Action Complaint (XXIX) in Intervention, Exhibit "A" to

Plaintiffs' Motion to Intervene.

The Intervening Plaintiffs identified in the Complaint in Intervention, are parties to the

proceedings in *Abner, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action No. 11-3094

(E.D.La.).  Intervening Plaintiffs shall be deemed members of the class set forth in the *Abner*

complaint.

By the Court,

HONORABLE ELDON E. FALLON

1