UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   :   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION         :   SECTION L
                                      :   JUDGE FALLON
                                      :   MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has reviewed recent motions filed by the parties, and now issues the following Order.

**IT IS ORDERED** that the CNBM and BNBM Defendant's Motion to Dismiss for Lack of Jurisdiction and Class Certification, R. Doc. 20882, shall be set for submission on **September 19, 2017.** The PSC's opposition to the motion shall be submitted to the Court on or before **August 31, 2017.**

**IT IS FURTHER ORDERED** that any reply in support of these motions be submitted to the Court on or before **September 19, 2017.**

New Orleans, Louisiana, this 17th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE