## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 09-6687.** | |

## DEFENDANT TAISHAN GYPSUM CO., LTD.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR RELEASE OF BOND

Defendant Taishan Gypsum Co., Ltd. ("Taishan") seeks an order releasing the bond posted on September 15, 2010, as per ORDER of the Court (Rec. Doc. 5207) on "Germano Plaintiffs' Motion to Impose Bond Requirement on Taishan" (Rec. Doc. 4356). The bond was set in anticipated costs for the *Germano* appeal, which has now been adjudicated. Undersigned counsel received a letter from the Financial Unit of Clerk's Office requesting a motion and order for the return of said bond be submitted before the five (5) year mandate for how long funds can be held is reached and these funds are subject to being removed and unclaimed. August 15, 2017 Letter from Beth Laiche (attached as Exhibit A).

Accordingly, Taishan requests this Court grant this motion and direct the Office of the Clerk to release the $5,000 bond to Alston & Bird LLP. Alston & Bird LLP will distribute or credit these funds to Taishan as may be agreed to by Taishan.

Dated:  August 22, 2017

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana  70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*