# EXHIBIT A

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

WILLIAM W. BLEVINS
CLERK

500 POYDRAS STREET, RM C-151
NEW ORLEANS, LA 70130

August 15, 2017

Richard C. Stanley
Stanley, Reuter, Ross Thornton & Alford, LLC
909 Poydras Street - Suite 2500
New Orleans, LA 70112

RE: Civil Action MDL 2047
In Re: Chinese-Manufactured
Drywall Products Liability Litigation

Dear Mr. Stanley:

  We are writing to inform you of a $5,000 bond that was posted on behalf of your client, Taishan Gypsum in 2010. In 2015, I corresponded with a Courtney Colligan of the Hogan Lovells law firm, who was the initial depositor of the $5,000.00. Please see the attached email that was forwarded to a Bernard Taylor that completely explains the situation re: this bond.

  Our regulations require that any funds remaining in the Treasury of Court after a 5 year period are to be moved to unclaimed. These funds have now been in the Treasury over seven years and must be moved. To avoid this process, a Motion and Order directing the Clerk to disburse these funds to your client would need to be submitted within 30 days. If you need an example of how the Motion and Order should read, please let me know.

  If you have any questions, please call our office at (504) 589-7785. Your prompt attention to this matter would be appreciated.

Sincerely,

*Beth Laiche*
Financial Specialist II

cc: Enclosure



**Re: Cost Bond for MDL 2047 (Chinese Drywall)**
Taylor, Bernard    to: Colligan, Courtney L.                          12/14/2015 05:16 PM
Cc: "Spano, Frank T.", "elizabeth_laiche@laed.uscourts.gov", "Strickland, Brad", "Becker, Josh"

Courtney -
Thanks for the information. We'll discuss this with the client.  Thanks, bt

Sent from my iPhone

> On Dec 14, 2015, at 4:07 PM, Colligan, Courtney L. <courtney.colligan@hoganlovells.com> wrote:
>
>
>
> Dear Mr. Taylor:
>
> We received a call from Elizabeth Laiche in the clerk's office at E.D. La. a few weeks ago.  She brought to our attention that the Court has on its books a $5,000 bond that Hogan Lovells deposited on behalf of Taishan Gypsum in 2010. The bond was for anticipated costs for the Germano appeal, which has now been adjudicated.  In that appeal, the Court never awarded costs to either side, and therefore the bond was never touched.  Ms. Laiche thought that the bond funds could belong to Hogan Lovells, because we issued them.  However, we've reviewed our records and have determined that Taishan Gypsum reimbursed us for advancing the funds and therefore, the funds belong to them.
>
> Accordingly, we wanted to alert you that Taishan Gypsum has a $5,000 bond deposited with the Court and can recover those funds by filing a motion and proposed order with the Court.
>
> Per Ms. Laiche's request, I have copied her on this email.
>
>
> Courtney Colligan
> Senior Associate
> Hogan Lovells US LLP
> 875 Third Avenue
> New York, NY 10022
>
> Tel:
>
> +1 212 918 3000
>
> Direct:
>
> +1 212 918 3039
>
> Fax:
>
> +1 212 918 3100
>
> Email:
>
> courtney.colligan@hoganlovells.com<mailto:courtney.colligan@hoganlovells.com
>
>
>
>
> www.hoganlovells.com<http://www.hoganlovells.com>
>
> Please consider the environment before printing this e-mail.

>
>
>
>
> From: Elizabeth_Laiche@laed.uscourts.gov [mailto:Elizabeth_Laiche@laed.uscourts.gov]
> Sent: Monday, November 09, 2015 4:32 PM
> To: Colligan, Courtney L.
> Subject: Cost Bond for MDL 2047 (Chinese Drywall)
>
> Hi Courtney,
>
> As per our conversation today, attached please find the following:
>
>
> 1. A copy of the initial Motion and Order to impose bond.
>
>
> 2. A copy of the Minute Entry GRANTING.
>
>
> 3. A copy of the receipt & check from Hogan Lovells.
>
>
> If everything is settled with your client and there is no reason for us to hold these funds we need the law firm to request by Motion and Order a disbursement of these funds.
>
> If you would like to forward me a copy of the motion and order before it is electronically filed we can verify that it reads correctly. If you have any further questions, please call.
>
>
> Tks,
> Beth Laiche
> Financial Specialist II
> Eastern District of Louisiana
> 500 Poydras St.,
> New Orleans, La 70130
> (504) 589-7785
> (504) 589-7784 (fax)
>
> _____
>
> About Hogan Lovells
> Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com<http://www.hoganlovells.com>.
>
> CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.
> <Motion to Impose Bond.pdf>
> <Minute Entry GRANTED.pdf>
> <Copy of receipt & Check.pdf>

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and

MINUTE ENTRY
FALLON, J.
AUGUST 12, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: All Cases | JUDGE FALLON |
| | MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: David Zarek

Appearances:   Arnold Levin, Esq., Lenny Davis, Esq., Casey Peterson, Esq. For PSC
Neal Sivyer, Esq. For Homebuilders Steering Committee
Steve Glickstein, Esq. For Knauf
Steve Nicholas, Esq. For Mitchell Company
Ralph Hubbard, Esq. For Standard Fire Insurance Company
Jason Foote, Esq. For ASI Lloyds

I. PSC's Motion Restricting Communications With Putative Class Members,   Rec. Doc. No. 4338
    Argument - The motion is DENIED.

II. Motion to Intervene as Plaintiffs in *Payton*, Rec. Doc. No. 4346
    The motion is CONTINUED to be set for hearing at a future date by the Court.

III. Motion to Intervene as Plaintiffs in *Wiltz*, Rec. Doc. No. 4347
    The motion is CONTINUED to be set for hearing at a future date by the Court.

IV. Motion to Intervene as Plaintiffs in *Rogers*, Rec. Doc. No. 4349
    The motion is CONTINUED to be set for hearing at a future date by the Court.

V. Motion to Intervene as Plaintiffs in *Gross*, Rec. Doc. No. 4350
    The motion is CONTINUED to be set for hearing at a future date by the Court.

VI. *Germano* Plaintiffs' Motion to Impose Bond Requirement on Taishan, Rec. Doc. No. 4356
    The motion is GRANTED.  Bond is set at $5,000.00

JS10:    :40