IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 09-6687.** | |

**[PROPOSED] ORDER**

Considering *Defendant Taishan Gypsum Co., Ltd.'s Motion for Release of Bond*, and in consideration of applicable law, **IT IS ORDERED** that the motion is **GRANTED.  IT IS FURTHER ORDERED** that the Clerk of Court shall release and mail the bond to:

> Alston & Bird LLP
> ATTN: Bernard Taylor
> 1201 West Peachtree Street
> Atlanta, Georgia  30309

New Orleans, Louisiana, this ____ day of August 2017.

_____
ELDON E. FALLON
UNITED STATE DISTRICT JUDGE