# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| ============================ | x | ============================ |
|---|---|---|
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | x | SECTION: L |
| LITIGATION | x | JUDGE FALLON |
| | x | MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL | x | |
| CASES | x | |
| | x | |
| ============================ | x | ============================ |

**THE PLAINTIFFS' STEERING COMMITTEE'S SUBMISSION OF UPDATED DISCOVERY MATERIALS, DOCUMENTS, AND OTHER INFORMATION REGARDING PLANTIFFS' CLAIMS AGAINST THE TAISHAN DEFENDANTS**

In response to Defendants' prior discovery requests and pursuant to the Plaintiffs' Steering Committee's agreement to produce numerous additional materials, documents, and other information regarding the Plaintiffs' claims asserted against the Taishan Defendants, the PSC hereby submits pdf versions of the following spreadsheets:

1) An updated spreadsheet of all *Amorin* Class Members ("Updated Class Spreadsheet"), which includes the names and addresses of Class Members who were listed on Exhibit 10/79,[1] the Reserved Properties ("RP") spreadsheet,[2] the "Additional Taishan Properties"[3] spreadsheet, and/or any amendments thereto. The Updated Class Spreadsheet is attached hereto as Exhibit "A."

---

[1] This list was admitted into evidence at the June 9, 2015 class damages hearing and contains claimants who, as of the date of the class damages hearing, owned the Taishan property.

[2] These claimants were not included on Exhibit 10/79 due to the fact the Class Members no longer owned the property at the time of the class damages hearing on June 9, 2015, or for other reasons.

[3] These claimants were named on the *Amorin* complaints, but were nevertheless omitted from the original Exhibit 10/79 or the RP spreadsheet, primarily because the PSC chose to defer the resolution of objections thereto from the Taishan Defendants.

2) A spreadsheet of Omni XX Plaintiffs ("*Brooke* Spreadsheet"), which includes the names and addresses of Plaintiffs named on the *Brooke* Complaint and the *Brooke* Intervention Complaint. The *Brooke* Spreadsheet is attached hereto as Exhibit "B."

3) A composite spreadsheet of all Plaintiffs asserting claims against the Taishan Defendants ("Composite Spreadsheet"), which includes all of the *Amorin* Class Members listed on Exhibit A and all *Brooke* Plaintiffs listed on Exhibit B. The Composite Spreadsheet is attached hereto as Exhibit "C."[4]

The attached spreadsheets contain the following information regarding Plaintiffs' claims against the Taishan Defendants: (1) the name of each Plaintiff and the address of the affected property containing Taishan Chinese Drywall; (2) all omnibus complaints that include claims asserted by each Plaintiff who owns or owned the affected property; (3) the date of the earliest omnibus complaint for which a claim was filed for each affected property; (4) whether a verified Plaintiff Profile Form ("PPF") has been submitted (yes or no) for each Plaintiff; (5) verified "under air" square footage for each affected property, identification of the supporting documentation for the square footage calculations, and attorney declarations attesting to the square footage information; (6) calculations of remediation damages arrived at by multiplying the under air square footage for each affected property by the 2017 national average cost of remediation per square foot figure ($109.85), as adjusted by the RS Means factor for the

---

[4] A separate tab on the Composite Spreadsheet labeled "Dismissed and Other Claims" lists all Plaintiffs who have dismissed their claims against the Taishan Defendants or who are not pursuing their claims any further.

particular property location;[5] (7) the Taishan Product Brand(s) and Taishan Product ID Bucket(s)[6] identifying the drywall found in each affected property; (8) the photographic number(s) corresponding to the Taishan Product Identification Marking(s) identified in the Taishan Product ID Catalog[7] for each affected property; (9) the type of product indicia for each affected property; (10) the ownership status for each Plaintiff making a claim against the Taishan Defendants and a description of the documentation supporting ownership status, as determined by BrownGreer; (11) the name, address, and contact information for each Plaintiff's attorney of record, if any; and (12) all prior settlement payments received by each *Amorin* Class Member from the Knauf, Global Banner, InEx, and Virginia settlements, which information was provided by BrownGreer ("BG") and Garretson Resolution Group (redacted).[8]

In addition to the spreadsheets attached hereto, the PSC has created a Cloud Share File containing electronic "folders" for each Plaintiff asserting a claim against the Taishan Defendants. These folders contain documentation regarding square footage for each affected

---

[5] The PSC provided Mr. Ronald E. Wright, P.E. with the square footage data for each of the Taishan properties as set forth in the attached spreadsheets, which enabled him to compute the remediation damages figures. *See* Declaration of Ronald E. Wright, P.E. dated 8/22/2017, regarding the calculation of remediation damages for the *Amorin* Class Members (attached hereto as Exhibit "D"); *see also* Declaration of Ronald E. Wright, P.E. dated 8/22/2017, regarding the calculation of remediation damages for the *Brooke* Omni XX Plaintiffs (attached hereto as Exhibit "E").

[6] Bucket "A" is BNBM/Dragon Brand; Bucket "B" is C&K Gypsum; Bucket "C" is Chinese Manufacturer #2 (purple stamp); Bucket "D" is Crescent City Gypsum; Bucket "E" is DUN; Bucket "F" is IMT; Bucket "G" is ProWall; Bucket "H" is Taian Taishan or Taihe Edge Tape; Bucket "I" is Made in China[,] Meets or Exceeds ASTM 1396; Bucket "J" is Drywall 4feet[x/*]12feet[x/*]1/2inch; Bucket "K" is Venture Supply; Bucket "L" is white edge tape and/or blank boards.

[7] The PSC included in the Taishan Product ID Catalog photographs of 44 known markings and/or stamps that the PSC considers to be identifiers of Taishan Chinese Drywall installed in Plaintiffs' homes [*see* Rec. Doc. 20824-6, Exhibit F].

[8] The PSC is still in the process of obtaining the prior Knauf and GBI settlement payment information for the *Brooke* Omni XX Plaintiffs, and will supplement the *Brooke* Spreadsheet with this data once it is provided by BG.

property, attorney declarations, PPFs, and proof of product ID. The PSC will provide the Court and representatives for each Taishan Defendant, as well as Defense Liaison Counsel, with passwords and login information (*via* separate emails) in order to allow them access to this Cloud Share File. The PSC will also deliver (unredacted) excel versions of the spreadsheets attached hereto (*via* email) to the Court and the Defendants, with the understanding that the prior settlement payment information is confidential.

On BG's FTP site to which Defendants and Plaintiffs have access, BG has included proof of ownership information and prior settlement payments data.

The PSC is scheduled to meet with the Taishan Defendants to discuss all outstanding discovery issues in an effort to resolve them to the extent possible. The parties will provide the Court with a status report on these discovery issues prior to the next status conference scheduled for September 8, 2017.

Dated: August 22, 2017                  Respectfully Submitted,

By:     */s/* Leonard A. Davis
        Russ M. Herman (La Bar No. 6819) (on the brief)
        Leonard A. Davis (La Bar No. 14190) (on the brief)
        Stephen J. Herman (La Bar No. 23129)(on the brief)
        Herman, Herman & Katz, LLC
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        rherman@hhklawfirm.com
        *Plaintiffs' Liaison Counsel MDL 2047*

4

                        Arnold Levin (on the brief)
                        Fred S. Longer (on the brief)
                        Sandra L. Duggan (on the brief)
                        Levin Sedran & Berman
                        510 Walnut Street, Suite 500
                        Philadelphia, PA 19106
                        Phone: (215) 592-1500
                        Fax: (215) 592-4663
                        alevin@lfsblaw.com
                        *Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios (on the brief)
Emma Kingsdorf Schwab (on the brief)
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
rbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of August, 2017.

     Respectfully Submitted,

     By: */s/ Leonard A. Davis*
     Leonard A. Davis
     Herman, Herman & Katz, LLC
     820 O'Keefe Avenue
     New Orleans, LA 70113
     Phone: (504) 581-4892
     Fax: (504) 561-6024
     ldavis@hhklawfirm.com

     *Plaintiffs' Liaison Counsel MDL 2047*