# Exhibit "A"

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE:  CHINESE-MANUFACTURED   *      09-MD-2047
        DRYWALL PRODUCTS       *
        LIABILITY LITIGATION   *      Section L
                               *
Relates to:  All Cases         *      June 27, 2017
                               *
* * * * * * * * * * * * * * * *


                  STATUS CONFERENCE BEFORE THE
                    HONORABLE ELDON E. FALLON
                  UNITED STATES DISTRICT JUDGE


Appearances:


For the PSC:                Herman Herman & Katz, LLC
                            BY:  RUSS M. HERMAN, ESQ.
                            820 O'Keefe Avenue
                            New Orleans, Louisiana 70113

For the Knauf               Baker Donelson Bearman
Defendants:                   Caldwell & Berkowitz, PC
                            BY:  KERRY J. MILLER, ESQ.
                            201 St. Charles Avenue, Suite 3600
                            New Orleans, Louisiana 70170

For the Taishan, CNBM,      Phelps Dunbar, LLP
and BNBM Defendants:        BY:  HARRY ROSENBERG, ESQ.
                            365 Canal Street, Suite 2000
                            New Orleans, Louisiana 70130

Official Court Reporter:    Toni Doyle Tusa, CCR, FCRR
                            500 Poydras Street, HB-275
                            New Orleans, Louisiana 70130
                            (504) 589-7778



Proceedings recorded by mechanical stenography using
computer-aided transcription software.
```

<u>**PROCEEDINGS**</u>

**(June 27, 2017)**

**THE COURT:** Be seated, please.  Good morning, ladies and gentlemen.

Call the case.

**THE DEPUTY CLERK:** MDL 2047, *In Re: Chinese-Manufactured Drywall Products Liability Litigation*.

**THE COURT:** Liaison counsel make their appearance for the record, please.

**MR. HERMAN:** Good morning, Your Honor.  May it please the Court.  Russ Herman for plaintiffs.

**MR. MILLER:** Good morning, Russ.

**MR. HERMAN:** Good morning, Kerry.  How are you?

**MR. MILLER:** I'm fine.

Good morning, Judge Fallon.  Kerry Miller for the defense steering committee and the Knauf defendants.

**MR. ROSENBERG:** Good morning, Your Honor.  Harry Rosenberg as liaison counsel for CNBM, BNBM, and Taishan.

**THE COURT:** We are here today for our monthly status conference.  I have had a moment to meet with lead and liaison counsel to discuss the agenda with them.  We don't have much on the agenda today.

I mainly focus them on some kind of endgame in this particular case.  As you know, with the Knauf entities we have been distributing funds throughout a period of time now.

09:04

1  With the Taishan group, there has been no resolution, so I'm
2  focusing on methods of dealing with that.
3           As I mentioned to them, attorneys are problem
4  solvers.  At this level we have the best problem solvers in the
5  country to focus on it, so we have to figure out what to do
6  with this particular litigation.
7           One way is to try some or all of the cases.
8  It's a little more difficult because some of the omnibus
9  complaints have several thousand cases in the omnibus complaint
10 and they are mixed.  Virginia, Florida, Louisiana, and other
11 states are mixed into that, so we are going to have to kind of
12 figure out each group and we will deal with groups.
13          My thinking for the jury trials, if we can do
14 flights, we can eventually do two or three in the morning, two
15 or three in the afternoon with the same jury, maybe a four-day
16 jury trial, and let the jury focus on eight or ten cases and
17 deal with those.
18          Another way is perhaps some form of ADR, either
19 one individual looking at each case or three individuals
20 handling some kind of mediation or some form of alternate
21 dispute resolution (ADR) to resolve them.  There's other ways
22 perhaps of grouping them and trying to resolve them in groups,
23 but we have to resolve these cases.
24          The cases that are directly filed here will have
25 to stay here, but they will be applying the locus law; that is

```
09:06    1   to say, the cases from Florida that were directly filed here
         2   will be applying Florida law.  In some states you have punitive
         3   damages, other states you have redhibition damages and
         4   remediation and so forth.  So we are going to have to figure a
         5   way of grouping them and then resolving each of those groups in
         6   some form or fashion.
         7            We have about finished the Knauf cases.  We will
         8   have some reports on that.  I'm focusing on really trying to
         9   figure out an endgame for this particular case.
        10            Let's take it in the order that you have given
        11   to me from the agenda.  Pretrial orders, anything?
        12            MR. HERMAN:  May it please the Court.  Good morning,
        13   Judge Fallon.  Russ Herman for the PSC.
        14            This is Joint Report No. 91.  Nothing new under
        15   Item I, pretrial orders.
        16            Nothing new on the state/federal coordination.
        17   We met with Dawn Barrios yesterday, and there's nothing new on
        18   that.
        19            Omnibus class action complaints, we filed an
        20   intervention on June 15 for some 200 properties which is
        21   pending.  That's intervention in Omnibus XX.
        22            Then with regard to Item IV, plaintiffs' motions
        23   to establish a fee and expense fund, nothing new.
        24            Under the Knauf remediation program, Mr. Miller
        25   is here.  After Mr. Miller speaks, I do want to make a short
```

09:08  1  statement about the remediation program.
2              **MR. ROSENBERG:**  Your Honor, can I just talk with
3  Mr. Herman a minute?
4              Thank you, Your Honor.
5              **MR. MILLER:**  Kerry Miller again.  On the Knauf
6  remediation program, Your Honor, Moss has three homes under
7  construction.  Those are the last three homes to be remediated.
8              While I'm up here, I will just give you a
9  summary of what's left for Knauf before we are out of this MDL.
10 In addition to remediations, we had reimbursements of homes
11 that were already remediated.  The last disputed batch has been
12 turned over to Mr. Balhoff as the special master.  There may be
13 a dispute regarding his jurisdiction coming from the other
14 side, but Mr. Balhoff and Knauf want to get that issue resolved
15 as quickly as possible.  I don't know if that will come up to
16 you jurisdictionally or on appeal.
17             At any rate, the last remaining ARHs are in
18 Mr. Balhoff's hands right now.  That would relate, the same
19 thing, to the BrownGreer GBI payments.  Those two issues are
20 interrelated.  So resolution of one will drive the resolution
21 of the other.
22             Finally, I think the only opt-out case we have
23 left before you, given the attorney general's dismissal, is a
24 class action from the Northern District of Alabama by the name
25 of *Bennett*.  So we will be looking to turn to that in the

09:10  1  coming months.
2           **THE COURT:**  Do you see that being handled here or do
3  you see that being referred back?
4           **MR. MILLER:**  I think there are pretrial issues,
5  Your Honor, that can be handled by you, the transferee judge,
6  that will certainly narrow the issues in that case.
7           **THE COURT:**  Okay.  What I'll try to do is I will get
8  with you all and the other side, and we will figure out what
9  needs to be done here and what needs to be done when I send it
10  back.
11           You bring up Moss.  As I mentioned in our
12  smaller meeting, I think Moss has done a good job here.  I
13  think we have learned from the process that it's helpful to
14  have one group with national ties to be able to take advantage
15  of the economy of scale and things of that sort.  They have
16  gotten very good at these remediation programs, and I have seen
17  them pick up steam over the period.  They have done a good job,
18  at least from my seat in the bus, in any event.
19           **MR. MILLER:**  I appreciate that.  I will make sure and
20  pass that on.  I think Phil Adams from Moss, who used to attend
21  all these, does listen.  I think he is probably listening in,
22  and he would be appreciative too.
23           One quick observation I have on that, being
24  involved in this settlement with Moss and in some other
25  settlements.  I think one of the key factors, as you pointed

09:12  1  out, was sort of the lack of bureaucracy.  You actually had a
2  contractor who dealt with the PSC and the ombudsman, and they
3  really limited sort of the hierarchy of the chain of command.
4  So when people had issues or questions, they could quickly get
5  to the people with the answers instead of sort of being put off
6  like you would in a more bureaucratic arrangement.
7              **THE COURT:**  To get to them, we interviewed six or
8  seven contractors --
9              **MR. MILLER:**  Right.
10             **THE COURT:**  -- and got bids from each of them on
11  various properties, and they came through.  I think it worked
12  out well.
13                  As you all know, we had to have an ombudsman
14  help us with matters that came up, but I think he worked well
15  with Moss, and Moss worked well with him too.  We got rid of
16  most of those.
17             **MR. MILLER:**  I think so.  I would just like to
18  mention, too, that Moss did coordinate a lot with BrownGreer
19  because BrownGreer was essential in processing the paperwork.
20  They also did a good job to get the paperwork processed because
21  that was necessary to get the remediation working.
22             **THE COURT:**  Yes, I agree.  Thank you.
23             **MR. HERMAN:**  Your Honor, I just have one comment.
24                  In December 2012 this matter was resolved
25  essentially by settlement with regard to Knauf and others.

09:13

1   More than 2,847 work authorizations have been issued by Moss.
2   That doesn't include the other two options.  Moss really has
3   done an exceptional job, and the coordination as among
4   BrownGreer, Moss, and the ombudsman has really been the key to
5   having a working relationship among professionals that works.
6   The instances where there have been differences have been
7   resolved pretty quickly.
8              The PSC, having reviewed all of the ombudsman's
9   billings with particularity, will submit a chart to the Court
10  at the next status conference showing the activities of the
11  ombudsman as to dates, properties; and in instances where they
12  met with attorneys, they will also be listed as meetings, phone
13  calls, or emails.
14             At this juncture there have been between 8,000
15  and 9,000 communications which involve the ombudsman.  Given
16  the activity of BrownGreer along with Moss, this is as far as
17  we know -- since Your Honor has appointed an ombudsman in
18  property issues of this magnitude, it's hoped that because this
19  has worked so well that others will follow Your Honor in terms
20  of the ombudsman.
21             With regard to the remainder, there's nothing on
22  Item VII under Taishan, BNBM, and CNBM defendants.
23             Your Honor has indicated that we are to meet on
24  July 6 with reference to an endgame.  Your Honor, in accord
25  with the pretrial status conference report, which will be filed

```
09:16   1  of record, has set matters without oral argument for July 7.
        2  Your Honor will be considering those issues and whether
        3  Your Honor would require oral argument on any of those.
        4              Mr. Balhoff, Item X, has reported to
        5  Your Honor -- it's at page 20 of the status report.  He has
        6  reported to Your Honor the progress with regard to that issue.
        7              With regard to Items XI, XII, and XIII, there's
        8  nothing new.
        9              The next status conference, Your Honor, is set
       10  for August 3.  I believe Your Honor is considering
       11  September 8 --
       12         THE COURT:  It's September 8 at 9:00.
       13         MR. HERMAN:  -- at 9:00.  Is it August 3 at 2:00?
       14         THE COURT:  No, 9:00.  August 3 is at 9:00.
       15         MR. HERMAN:  That's all that we have to report today.
       16         THE COURT:  Harry, do you have anything?
       17         MR. ROSENBERG:  No, Your Honor.  Mr. Herman covered
       18  most of the topics.  Thank you, Judge.
       19         THE COURT:  Anything from anybody?  Okay, folks.
       20  I'll see you next time.  Court will stand in recess.
       21         THE DEPUTY CLERK:  All rise.
       22         (Proceedings adjourned.)
       23                           * * *
       24
       25
```

```
 1                        CERTIFICATE
 2              I, Toni Doyle Tusa, CCR, FCRR, Official Court
 3      Reporter for the United States District Court, Eastern District
 4      of Louisiana, certify that the foregoing is a true and correct
 5      transcript, to the best of my ability and understanding, from
 6      the record of proceedings in the above-entitled matter.
 7
 8
 9                              s/ Toni Doyle Tusa
                                Toni Doyle Tusa, CCR, FCRR
10                              Official Court Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```