# Exhibit "B"

*In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, **MDL 2047**
**PSC List of Issues Related to End Game Proposal**

| Issue | Status | PSC's Proposal | Defendants' Proposal | Agreement |
|---|---|---|---|---|
| Class Damages Calculations (remediation) | • FOFCOL dated 4/21/17 [Rec.Doc. 20741]<br><br>• PSC submitted Updated Spreadsheets and hard drive with evidence of remediation damages -- (i) verified under air square footage; (ii) ownership data; (iii) RS Means calculations; (iv) product ID; (v) declarations of counsel; (vi) PPFs -- for all 2,948 class members (10/79, RP, Add'l Taishan Properties) totaling $525,770,188 [Rec.Doc. 20887]<br><br>• BG/Garretson providing evidence of ownership and prior GBI & Va. settlement payments for all class members<br><br>• waiting for Taishan to contest PSC submission and/or seek set-offs | • PSC will provide Court and Defts with updated final spreadsheets for all class members by [DATE]<br><br>• Defts must submit contests and/or set-off requests by [DATE]<br><br>• Court rules on product ID buckets (see below)<br><br>• Court enters 54(b) final judgment on remediation damages | • Pltffs must produce:<br>  ➢ individual verifications<br>  ➢ status of repairs and costs of same<br>  ➢ evidence of other losses (alternative living, bankruptcies, foreclosures)<br>  ➢ assignments of damages claims<br><br>• Defts take depo of Jake Woody<br><br>• Preservation required<br><br>• Damages calculations deferred pending resolution of jurisdictional issues and dismissal/ remand of non-LA cases<br><br>• Pltffs not entitled to damages exceeding value of home | none |

| Issue | Status | PSC's Proposal | Defendants' Proposal | Agreement |
|---|---|---|---|---|
| Product ID & Square Footage | • PSC contends Taishan responsible for:<br>➢ C&K Gypsum<br>➢ Chinese Manufacturer #2 (purple stamp)<br>➢ Crescent City Gypsum<br>➢ DUN<br>➢ IMT<br>➢ ProWall<br>➢ Taian Taishan or Taihe Edge Tape<br>➢ Made in China[,] Meets or Exceeds ASTM 1396<br>➢ Drywall 4feet[x/*]12feet[x/*]1/2inch<br>➢ Venture Supply Marking or Invoice<br>➢ No Markings (White Edge Tape and/or Blank Boards)<br><br>• PSC contends BNBM responsible for:<br>➢ BNBM / Dragon Brand | • Parties meet and confer regarding attribution of 12 product "buckets" to Taishan/BNBM<br><br>• Court appoints Special Master (Cal Mayo) to recommend rulings on product "buckets" in dispute based on 44 unique markings in Taishan Product ID Catalog and other evidence<br><br>• Parties present evidence of Taishan/BNBM responsibility for each product bucket<br><br>• Court reviews Special Master recommendations de novo<br><br>• After product bucket rulings by Court, Special Master, Ombudsman, parties resolve disputes as to whether particular properties contain indicia of Taishan/BNBM CDW<br><br>• Special Master, Ombudsman, parties resolve disputes as to square footage | • Photos required<br><br>• Taishan only responsible for:<br>➢ DUN<br>➢ Venture Supply<br>➢ Taishan/Taihe on edge tape<br><br>• BNBM responsible for Dragon board (not defective) | |

| Issue | Status | PSC's Proposal | Defendants' Proposal | Agreement |
|---|---|---|---|---|
| Class Damages (attorneys' fees & other losses) | • Future phase | • Court determines attorneys' fees for class members – redhibition in LA<br><br>• Court determines punitive damages – FL<br><br>• Court appoints Special Master (Cal Mayo) to make recommendations on other losses (grouped by states) OR ADR established<br><br>• move-in/move-out may be determined on class basis<br><br>• Court determines amount of legal interest | • Damages calculations deferred pending resolution of jurisdictional issues and dismissal/ remand of non-LA cases | |
| 1292(b) motions | • Jurisdiction re agency (VA, FL) & single business enterprise (LA) granted [Rec.Doc. 20890]<br><br>• Class Damages pending<br><br>• Decertification pending | | | No stay in place |
| Jurisdiction | • CNBM/BNBM/Taishan seek dismissals of non-LA claims based on BMS [Rec. Doc. 20882; Rec. Doc. 20894] | • BMS does not apply<br><br>• Defts waived this argument<br><br>• Equity weighs in favor of Pltffs<br><br>• PSC filed protective actions<br>• S/L tolled | • All non-LA cases should be dismissed<br><br>• S/L expired | none |

| Issue | Status | PSC's Proposal | Defendants' Proposal | Agreement |
|---|---|---|---|---|
| Discovery | • CNBM motion to compel pending [Rec.Doc. 20880]<br><br>• PSC outstanding discovery to Defts | • Pltffs will provide all evidence of damages via Updated Spreadsheets and Cloud Share File for class members (see above) & Brooke Pltffs (Omni XX)<br><br>• Defts want to go back to the beginning and challenge PPFs<br><br>• Defts must answer discovery requests of PSC | • PPFs insufficient<br><br>• Declarations of counsel insufficient<br><br>• Claimant eligibility must be established<br><br>• PSC's discovery is stale | |
| Brooke claims (Omni XX) | • Complaints filed – no answer | • Defts must answer Brooke complaint – vacate 1G/1H<br><br>• Establish trial plan<br>  ➢ Expert discovery<br>  ➢ Requests for admission<br>  ➢ Discovery of Taishan witnesses<br>  ➢ Motions to compel<br>  ➢ Motions for partial s/j re liability to be heard by J. Fallon<br><br>• Remand to appropriate courts for trial of damages<br><br>• Protective actions filed – Statutes of Limitations tolled | • PTOs 1G/1H require Notice of Completion, Master Complaint<br><br>• Statutes of Limitations expired<br><br>• BMS requires dismissal of all non-LA Pltffs | |

4

| Issue | Status | PSC's Proposal | Defendants' Proposal | Agreement |
|---|---|---|---|---|
| Confidentiality | • PSC Motion to Remove Confidentiality Designations [Rec. Doc. 20598] pending | • Motion fully briefed<br><br>• Oral argument should be scheduled, if Court wants same | • | |
| Contempt | • PSC Motion to Enforce Contempt [Rec.Doc. 20032] pending<br><br>• PSC Motion to Compel profits discovery responses [Rec.Doc. 20661] pending | • Motion to Enforce fully briefed and ready for adjudication<br><br>• Oral argument on profits discovery should be scheduled, if Court wants same | • | |
| Sanctions | • PSC Motion to satisfy translation order [Rec.Doc. 20643] pending | • Motion briefed<br><br>• Oral argument should be scheduled, if Court wants same | • | |