# Exhibit "L"



Hogan
Lovells

March 22, 2011

Joe Cyr
Frank Spano
Eric Statman
Matthew Galvin
HOGAN LOVELLS US LLP
875 3rd Avenue
New York, NY 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100

**BY ECF & U.S. Mail**

Hon. Eldon E. Fallon
U.S. District Court for the Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130

RE: **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION; MDL No. 2047; THIS DOCUMENT PERTAINS TO ALL MATTERS**

Honorable Judge Fallon:

We represent Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co. Ltd. ("TTP") (together, "Defendants") in the above-captioned matter. We have prepared this submission after consulting with Plaintiff's liaison counsel to supplement our letter response dated March 7, 2011 to the Court's order on February 23, 2011 that Defendants provide information relating to their trademarks in accordance with Pre-Trial Order No. 10 and to the Photographic Examples of Chinese Drywall Markings contained on the Court's website at http://www.laed.uscourts.gov/Drywall/DrywallMarkings.htm (the "Website").

Defendants have examined the images on the Website and compared them to their records containing information about drywall sold to U.S. dimensions. The attached appendix indicates which images on the Website depict markings that are consistent with those described in Defendants' records. Because photographs of the drywall sold by Defendants in the relevant period are generally unavailable, we cannot comment with certainty as to the origins of most of the drywall pictured on the Website. Furthermore, many of the markings on the Website are ubiquitous and may have been placed on drywall by multiple manufacturers. For example, entry 16 on the website—MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD—may well represent other manufacturers' markings even where our contracts indicate that Defendants put the same or similar markings on their drywall.

2

Additionally, we have enclosed a catalog of images of trademarks and markings applicable to Defendants' products, including their drywall. However, our records indicate that these trademarks and markings were rarely applied to the drywall sold to U.S. dimensions to customer specification. In some cases, such trademarks were applied to edge sealing tape, but we understand that was usually removed prior to installation, so it may have limited utility as a means of product verification. Nevertheless, Defendants propose that these images be added to the Website and labeled Taishan Gypsum 1-9 in accordance with Pre-Trial Order No. 10.

Sincerely,

Matthew J. Galvin

cc: Lenny Davis, Esq.

Encl.

APPENDIX

## MDL-2047 Chinese Manufactured Drywall Products Liability Litigation

Comments by Defendants Taishan Gypsum Co. Ltd and Tai'an Taishan Plasterboard Co. Ltd
to the Chinese Drywall Markings: Photographic Examples, located at
http://www.laed.uscourts.gov/Drywall/DrywallMarkings.htm

| NO. ON MDL COURT WEB-SITE | CURRENT NAME ON MDL WEBSITE | TAIAN TAISHAN PLASTERBOARD CO., LTD. | TAISHAN GYPSUM CO. LTD. |
|---|---|---|---|
| 1 | Bedrock Gypsum | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 2 | Beijing New Building Materials PLC (BNBM) | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 3 | C&K Gypsum | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 4 | Crescent City Gypsum | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 5 | Dragon Brand Drywall | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 6 | IMG Drywall | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 7 | International Materials Trading (IMT) Gypsum | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 8 | Knauf Dongguan | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 9 | Knauf Tianjin | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 10 | Knauf WuHu | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |

Case 2:09-md-02047-EEF-MBN Document 20813-12 Filed 08/22/17 Page 5 of 18
Case 2:09-md-02047-EEF-JCW Document 8310-1 Filed 03/22/11 Page 2 of 6

2
APPENDIX (CONT'D)

**MDL-2047 Chinese Manufactured Drywall Products Liability Litigation**

| NO. ON MDL COURT WEB-SITE | CURRENT NAME ON MDL WEBSITE | TAIAN TAISHAN PLASTERBOARD CO., LTD. | TAISHAN GYPSUM CO. LTD. |
|---|---|---|---|
| 11 | Pro Wall | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 12 | Taihe | TTP's records indicate that it sold drywall to U.S. dimensions with the following markings:<br><br>"MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD" with edge tape similar to that depicted at entry 12 on the Website. | |
| 13 | Taian Taishan | TTP's records indicate that it sold drywall to U.S. dimensions with the following markings:<br><br>"MANUFACTURED BY: TAIAN TAISHAN PLASTERBOARD" CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 14 | Taishan | TTP records indicate that it sold drywall to U.S. dimensions with the following:<br><br>"DRYWALL 4feetX12feetX1/2inch"<br><br>However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 15 | Unknown | TTP records indicate that it sold drywall to U.S. dimensions with the following markings:<br><br>"DRYWALL 4feetX12feetX1/2inch"<br><br>However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 16 | Unknown | TTP records indicate that it sold drywall to U.S. dimensions with the following marking: | TG has no record of selling drywall to U.S. dimensions with these markings. |

Case 2:09-md-02047-EEF-MBN Document 20813-12 Filed 08/22/17 Page 6 of 18
Case 2:09-md-02047-EEF-JCW Document 8310-12 Filed 03/22/11 Page 3 of 6

3

APPENDIX (CONT'D)

**MDL-2047 Chinese Manufactured Drywall Products Liability Litigation**

| No. ON MDL COURT WEB-SITE | CURRENT NAME ON MDL WEBSITE | TAIAN TAISHAN PLASTERBOARD CO., LTD. | TAISHAN GYPSUM CO. LTD. |
|---|---|---|---|
|  |  | "MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD"<br><br>However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. |  |
| 17 | Unknown | TTP records indicate that it sold drywall to US dimensions with the following marking:<br><br>"DRYWALL 4feetX12feetX1/2inch"<br><br>However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 18 | Unknown | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 19 | Unknown | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 20 | Unknown | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 21 | Unknown | TTP records indicate that it sold drywall to US dimensions with the following marking:<br><br>"MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD"<br><br>However, TTP cannot reliably determine whether the markings depicted on entry 21 were placed on drywall sold by TTP due to the poor quality of the image. Further, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have | TG has no record of selling drywall to U.S. dimensions with markings similar to those depicted on entry 21. |

4
APPENDIX (CONT'D)

## MDL-2047 Chinese Manufactured Drywall Products Liability Litigation

| NO. ON MDL COURT WEB-SITE | CURRENT NAME ON MDL WEBSITE | TAIAN TAISHAN PLASTERBOARD CO., LTD. | TAISHAN GYPSUM CO. LTD. |
|---|---|---|---|
| | | produced drywall with these markings. | |
| 22 | Unknown | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 23 | Unknown (9th) | TTP records indicate that it sold drywall to U.S. dimensions with the following markings:<br><br>"MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD"<br><br>However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 24 | Unknown (10th) | TTP records indicate that it sold drywall to U.S. dimensions with the following markings:<br><br>"MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD"<br><br>However, TTP cannot reliably determine whether the markings depicted on entry 24 were placed on drywall sold by TTP because the image is incomplete. Further, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 25 | Unknown (11th) | TTP records indicate that it sold drywall to U.S. dimensions with the following markings:<br><br>"MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD"<br><br>However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced | TG has no record of selling drywall to U.S. dimensions with these markings. |

Case 2:09-md-02047-EEF-MBN Document 20813-12 Filed 08/22/17 Page 8 of 18
Case 2:09-md-02047-EEF-JCW Document 8310-1 Filed 03/22/11 Page 5 of 6

5
APPENDIX (CONT'D)

## MDL-2047 Chinese Manufactured Drywall Products Liability Litigation

| NO. ON MDL COURT WEB-SITE | CURRENT NAME ON MDL WEBSITE | TAIAN TAISHAN PLASTERBOARD CO., LTD. | TAISHAN GYPSUM CO. LTD. |
|---|---|---|---|
| | | drywall with these markings. | |
| 26 | Venture Supply Inc. (Tajhe/Taihe) | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG sold drywall to U.S. dimensions with the following description:<br><br>"VENTURE SUPPLY INC. MFG. TAIHE CHINA"<br><br>However, there is insufficient evidence that the drywall depicted on the images at entry 26 was sold by TG because, among other reasons, other manufacturers may have produced drywall with these markings. |
| | **Non-Chinese Manufactured Drywall** | | |
| 27 | Georgia Pacific | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 28 | Lafarge | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 29 | National Gypsum | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 30 | USG | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| | **Drywall From Unknown Origins** | | |
| 31 | Pro-Roc | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 32 | Unknown (12th) | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 33 | Unknown (13th) | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |

Case 2:09-md-02047-EEF-MBN Document 20813-12 Filed 08/22/17 Page 9 of 18
Case 2:09-md-02047-EEF-JCW Document 8310-1 Filed 03/22/11 Page 6 of 6

6
APPENDIX (CONT'D)

**MDL-2047 Chinese Manufactured Drywall Products Liability Litigation**

| No. on MDL Court Web-site | Current name on MDL website | Taian Taishan Plasterboard Co., Ltd. | Taishan Gypsum Co. Ltd. |
|---|---|---|---|
| 34 | Unknown (14th) | TTP has no record of selling drywall to U.S. dimensions with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |
| 35 | Unknown (15th) | TTP's records indicate that it sold drywall to to U.S. dimensions with the following markings:<br><br>"DRYWALL 4feetX12feetX1/2inch"<br><br>However, there is insufficient evidence to conclude that the drywall depicted in this image was sold by TTP because, among other reasons, other manufacturers may have produced drywall with these markings. | TG has no record of selling drywall to U.S. dimensions with these markings. |

# TAISHAN GYPSUM



# TAISHAN GYPSUM WANG



# TAISHAN GYPSUM



# TAISHAN GYPSUM WANG



## TAISHAN GYPSUM FIVE STAR



# TAISHAN GYPSUM WEST LAKE



# TAISHAN GYPSUM DUN



# TAISHAN GYPSUM MA



**TAISHAN GYPSUM**

法斯特