# Exhibit "M"

| | |
|---|---|
| **From:** | Vejnoska, Christopher |
| **To:** | Sandy Duggan |
| **Cc:** | Arnold Levin; RHERMAN@hhklawfirm.com; Stengel, James; Shumsky, Eric A.; Shapiro, Marc R.; Davidson, Andrew K.; EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com); Harry Rosenberg (1219); Kenny, Mike; Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com) |
| **Subject:** | RE: Bristol-Myers Squibb Motion |
| **Date:** | Tuesday, August 15, 2017 12:03:33 PM |
| **Attachments:** | image002.png |

Sandy, based on your representations, you need not file an opposition today to our motions. We do have some questions regarding the specific timing, substance, and source(s) of your anticipated responses, since this discovery (together with the "due process" information) is a necessary condition to moving forward in this litigation. We will be In touch shortly about those issues, which in turn will determine the status of our motions.

Regards, Chris

**From:** Sandy Duggan [mailto:sduggan@lfsblaw.com]
**Sent:** Tuesday, August 15, 2017 5:28 AM
**To:** Vejnoska, Christopher <cvejnoska@orrick.com>
**Cc:** Arnold Levin <ALevin@lfsblaw.com>; RHERMAN@hhklawfirm.com; Stengel, James <jstengel@orrick.com>; Shumsky, Eric A. <eshumsky@orrick.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Davidson, Andrew K. <adavidson@orrick.com>; EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com) <dcurrault@gordonarata.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>; Kenny, Mike <Mike.Kenny@alston.com>; Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>; David Venderbush Esq. (david.venderbush@alston.com) <david.venderbush@alston.com>
**Subject:** RE: Bristol-Myers Squibb Motion

Chris – following up on my email to you yesterday (below), must we respond to your motion to compel today, or are we still talking?

Regards,

Sandra L. Duggan
Of-Counsel
LEVIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 870-8258 - cell
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the

law firm of Levin Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

---

**From:** Sandy Duggan
**Sent:** Monday, August 14, 2017 11:45 AM
**To:** 'Vejnoska, Christopher'
**Cc:** Arnold Levin; RHERMAN@hhklawfirm.com; Stengel, James; Shumsky, Eric A.; Shapiro, Marc R.; Davidson, Andrew K.; EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com); Harry Rosenberg (1219); Kenny, Mike; Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com)
**Subject:** RE: Bristol-Myers Squibb Motion

Chris – your proposed briefing schedule for the jurisdictional motion is acceptable. With regard to your other motion to compel discovery, I'm not clear whether we have an agreement to defer the briefing on that motion, until you have an opportunity to review all of the materials we are diligently preparing. Specifically, it is our intention to produce to Defendants (hopefully within 10 days) a comprehensive spreadsheet that sets forth for each Plaintiff asserting claims against Taishan/BNBM/CNBM the following:
Name of Plaintiff
Address
Attorney
Omni Complaint(s)
Date of first Omni
Source (*i.e.*, 10/79, RP, Additional Taishan Property, Omni XX)
Plaintiff Profile Form
Square footage, proof of same, declaration from counsel
Product ID bucket (description of indicia, type of indicia, product markings, Taishan photo catalog number)
Ownership information from BrownGreer ("BG") (dates of ownership, type of ownership evidence, name of current owner)
Updated 2017 RS Means calculations for each property (Ronald E. Wright, P.E.)
Prior payments from the GBI and Virginia settlements

We will also make available to you a Cloud Share File with "folders" for each claimant containing the documents referenced above, except for the materials from BG. It is our understanding that BG has already made its files on ownership available to the parties.

At a later date (hopefully within a month), we will produce to you a spreadsheet of all other claimants who have dismissed (or will be dismissing) their claims against Taishan/BNBM/CNBM for lack of product ID and/or for other reasons.

As I said on our call last week, I'm available to discuss the details of this production with any representatives from your side. Our goal is to provide you with all of the materials we have on these claims for the categories listed above. Please let me know if you agree to stay the briefing on the motion to compel so we can determine after our production whether and to what extent the parties have any disagreements.

Thank you,

Sandra L. Duggan
Of-Counsel
LEVIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 870-8258 - cell
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

---

**From:** Vejnoska, Christopher [mailto:cvejnoska@orrick.com]
**Sent:** Friday, August 11, 2017 5:37 PM
**To:** Sandy Duggan
**Cc:** Arnold Levin; RHERMAN@hhklawfirm.com; Stengel, James; Shumsky, Eric A.; Shapiro, Marc R.; Davidson, Andrew K.; EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com); Harry Rosenberg (1219); Kenny, Mike; Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com)
**Subject:** Bristol-Myers Squibb Motion

Sandy, on behalf of CNBM, BNBM, and Taishan, here is our proposal for a briefing schedule on the *Bristol-Myers Squibb* motion:

  August 31:  PSC opposition due. This is the date you requested.

  Sept. 19:  Reply briefs due.

  Oral argument: We leave to the Court's discretion whether and when to set oral argument. If the Court wants to hear argument on the motion in the near future – for instance, at the Sept. 8 status conference – we will adjust our schedule accordingly, presumably by shortening both sides' briefing time.

  If this works for you, we will notify the Court. As always, thanks for your

courtesy and cooperation.

        Chris

**L. Christopher Vejnoska**
Partner

Orrick
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
T +1-415-773-5916
M +1-925-766-7677
cvejnoska@orrick.com

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.