**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| ***ALL CASES*** | **MAG. JUDGE WILKINSON** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR RECONSIDERATION OF ORDER GRANTING SEVENTH MOTION FOR DISBURSEMENT OF FUNDS**

NOW COME Parker Waichman LLP; Whitfield Bryson & Mason LLP; Pendley Baudin & Coffin; Rhine Law Firm; Luckey & Mullins; Baron & Budd, P.C.; Allison Grant, P.A.; Gentle, Turner, Sexton & Harbison, LLC; McCallum, Hoaglund, Cook & Irby, LLP; Robert and Durkee, LLP; Morris Bart, L.L.C.; Alters Law Firm, P.A.; Milstein, Jackson, Fairchild & Wade, LLP; and Yance Law Firm, LLC ("Movers") who, for the reasons fully set forth in the attached Memorandum in Support, respectfully request this Court to reconsider its Order granting the Plaintiffs' Steering Committee's Seventh Motion for Disbursement of Funds. Doc. 20896. Movers further request that after reconsideration, the Court deny the Seventh Motion for Disbursement of Funds (Doc 20889) or, alternatively, issue an order granting individually retained counsel credit for the full value of said distribution when allocating the "global amount of funds available to compensate common benefit counsel and individually retained counsel. . . ." Doc. 20257. As explained in the attached Memorandum in Support, the Order was issued prior to the noticed submission date without Movers having the opportunity to oppose and be heard.

Respectfully submitted,

**FAIRCLOTH, MELTON & SOBEL, LLC**

By: /s/ *Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)
jfaircloth@fairclothlaw.com
Brook L. Villa (LA # 31988)
bvilla@fairclothlaw.com
Franklin "Drew" Hoffmann (LA #35824)
dhoffmann@fairclothlaw.com
301 Main Street, Suite 920
Baton Rouge, LA 70801
Phone: (225) 343-9535
Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

**BARON & BUDD, P.C.**

By: /s/ *Russell W. Budd*
Russell W. Budd (TX #03312400)
rbudd@baronbudd.com
S. Ann Saucer (TX #00797885; LA #21368)
asaucer@baronbudd.com
Holly Werkema (TX # 24081202)
hwerkema@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By: /s/ *Eric D. Hoaglund*
Eric D. Hoaglund
ehoaglund@mhcilaw.com
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Phone: (205) 824-7767
Fax: (205) 824-7768

**GIEGER, LABORDE & LAPEROUSE, LLC**

By: /s/ *Victoria E. Emmerling*
Andrew A. Braun (LA #3415)
abraun@glllaw.com

**LISKA, EXNICIOS & NUNGESSER**

By: /s/ *Val Patrick Exnicios*
Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel)
vpexnicios@exnicioslaw.com
1515 Poydras Street,
14th Floor, Ste. 1400
New Orleans, LA. 70112
Phone: (504) 410-9611
Fax: (504) 410-9937

*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**ALLISON GRANT, P.A.**

By: /s/ *Allison Grant*
Allison Grant (FL #858330)
agrant@allisongrantpa.com
14 SE 4th St
Boca Raton, FL 33432-6111
Phone: 561-994-9646
Fax: 561-431-4627

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By: /s/ *K. Edward Sexton, II*
K. Edward Sexton, II
esexton@gtandslaw.com
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Phone: (205) 716-3000
Fax: (205) 716-3010

**ROBERTS AND DURKEE, LLP**

By: /s/ *C. David Durkee*
C. David Durkee
durkee@rdlawnet.com
2665 South Bayshore Drive, Suite 300
Coconut Grove, FL 33133
Phone: (305) 442-1700

Victoria E. Emmerling (LA #33117)
temmerling@glllaw.com
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Phone: (504) 561-0400
Fax: (504) 561-1011

*Attorneys for Morris Bart, L.L.C.*

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By:    /s/ *Mark Milstein*
Mark Milstein
mmilstein@mjfwlaw.com
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Phone: (310) 396-9600

**YANCE LAW FIRM, LLC**

By:    /s/ *R. Tucker Yance*
R. Tucker Yance (AL #ASB-9775-H71Y)
rty@yancelaw.com
169 Dauphin Street Suite
318 Mobile, AL 36602
Phone: (251) 432-8003
Fax: (251) 432-8009

Fax: (305) 442-2559

**ALTERS LAW FIRM, P.A.**

By:    /s/ *Jeremy W. Alters*
Jeremy W. Alters (FL #111790)
jeremy@alterslaw.com
Justin D. Grosz (FL #984000)
justin@alterslaw.com
Matthew T. Moore, Of Counsel (FL #70034)
matthew@alterslaw.com
1855 Griffin Road, Suite C470
Dania Beach, FL 33004
Phone: (305) 571-8550
Fax: (305) 571-8558