UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE OF MANUAL ATTACHMENT</u>

EXHIBIT 1 OF PRIMARY COUNSEL'S
MOTION FOR RECONSIDERATION OF ORDER GRANTING SEVENTH MOTION
FOR DISBURSEMENT OF FUNDS

| **Exhibit Number** | **Description** |
|---|---|
| 1 | Excerpts of the Deposition of Arnold Levin taken on January 26, 2017; Cover Page(s); 340:1-22 |

Respectfully submitted:

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:   /s/ *Jimmy R. Faircloth, Jr.*
 Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)
 jfaircloth@fairclothlaw.com
 Brook L. Villa (LA # 31988)
 bvilla@fairclothlaw.com
 Franklin "Drew" Hoffmann (LA #35824)
 dhoffmann@fairclothlaw.com
 301 Main Street, Suite 920
 Baton Rouge, LA 70801
 Phone: (225) 343-9535
 Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

**LISKA, EXNICIOS & NUNGESSER**

By:   /s/ *Val Patrick Exnicios*
 Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel)
 vpexnicios@exnicioslaw.com
 1515 Poydras Street,
 14th Floor, Ste. 1400
 New Orleans, LA. 70112
 Phone: (504) 410-9611
 Fax: (504) 410-9937

*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**BARON & BUDD, P.C.**

By:   /s/ *Russell W. Budd*
 Russell W. Budd (TX #03312400)
 rbudd@baronbudd.com

**ALLISON GRANT, P.A.**

By:   /s/ *Allison Grant*
 Allison Grant (FL #858330)

S. Ann Saucer (TX #00797885;
LA #21368)
asaucer@baronbudd.com
Holly Werkema (TX # 24081202)
hwerkema@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:  /s/ *Eric D. Hoaglund*
Eric D. Hoaglund
ehoaglund@mhcilaw.com
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Phone: (205) 824-7767
Fax: (205) 824-7768

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:  /s/ *Victoria E. Emmerling*
Andrew A. Braun (LA #3415)
abraun@glllaw.com
Victoria E. Emmerling (LA #33117)
temmerling@glllaw.com
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Phone: (504) 561-0400
Fax: (504) 561-1011

*Attorneys for Morris Bart, L.L.C.*

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By:  /s/ *Mark Milstein*
Mark Milstein
mmilstein@mjfwlaw.com
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Phone: (310) 396-9600

**YANCE LAW FIRM, LLC**

By:  /s/ *R. Tucker Yance*
R. Tucker Yance (AL #ASB-9775-H71Y)
rty@yancelaw.com
169 Dauphin Street Suite

agrant@allisongrantpa.com
14 SE 4th St
Boca Raton, FL 33432-6111
Phone: 561-994-9646
Fax: 561-431-4627

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By:  /s/ *K. Edward Sexton, II*
K. Edward Sexton, II
esexton@gtandslaw.com
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Phone: (205) 716-3000
Fax: (205) 716-3010

**ROBERTS AND DURKEE, LLP**

By:  /s/ *C. David Durkee*
C. David Durkee
durkee@rdlawnet.com
2665 South Bayshore Drive, Suite 300
Coconut Grove, FL 33133
Phone: (305) 442-1700
Fax: (305) 442-2559

**ALTERS LAW FIRM, P.A.**

By:  /s/ *Jeremy W. Alters*
Jeremy W. Alters (FL #111790)
jeremy@alterslaw.com
Justin D. Grosz (FL #984000)
justin@alterslaw.com
Matthew T. Moore, Of Counsel (FL #70034)
matthew@alterslaw.com
1855 Griffin Road, Suite C470
Dania Beach, FL 33004
Phone: (305) 571-8550
Fax: (305) 571-8558

318 Mobile, AL 36602
Phone: (251) 432-8003
Fax: (251) 432-8009

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Manual Attachment* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of August, 2017.

      /s/ *Jimmy R. Faircloth, Jr.*
      OF COUNSEL