UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ON MOTION FOR RECONSIDERATION OF ORDER GRANTING SEVENTH MOTION FOR DISBURSEMENT OF FUNDS

Considering the foregoing *Motion for Reconsideration of Order Granting Seventh Motion for Disbursement of Funds*:

**IT IS HEREBY ORDERED** that the Motion for Reconsideration of Order Granting the Seventh Motion for Disbursement of Funds is granted;

**IT IS FURTHER ORDERED** that upon reconsideration,

_____the Seventh Motion for Disbursement of Funds is denied

*-or-*

_____a credit in the amount of $500,000 is applied to the Knauf-Attorney Fund QSF for the purpose of allocating attorneys' fees between common benefit counsel and Primary Counsel.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge