*In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, MDL 2047

## Defendants' List of Important Remaining MDL Issues

| Issue | Question(s) | PSC's Position(s) | Defendants' Position(s) | Agreement |
|---|---|---|---|---|
| 1. *Amorin* Complaint Clean-Up | a. How will the Court address the multiple complaints filed on behalf of each claimant? | | a. Each claimant should appear in only one complaint, and only in the forum where the claimant's property is located. *See* defendants' motions regarding *Bristol-Myers Squibb*. <br><br> a. | Agreed briefing schedule proposed via email to Court. |
| 2. *Amorin* Actions After Complaint Clean-Up. | a. Defaults: what is status and scope? <br><br> b. Class: should Court decertify multi-state *Amorin* class in light of *Bristol-Myers Squibb*? | | a. Defaults: Each default as to each defendant in each complaint must be revisited in light of PTO 1(G) and 1(H), *Bristol-Myers Squibb*, and new PSC complaints. Defendants intend to file Motion to Vacate Defaults and Motion to Clarify FOFCOL regarding Defaults. <br><br> b. Class: Nationwide class improper in this context after *Bristol-Myers Squibb*. Nationwide class allegations in new complaints must be stricken. | No stay in place |

| Issue | Question(s) | PSC's Position(s) | Defendants' Position(s) | Agreement |
|---|---|---|---|---|
| 3. *Amorin* Claimants' Data and Proof. | Given that the Court has said the defendants are entitled to discovery; what is the scope of that discovery? | | Claimants must produce, via the PSC, all requested materials in their possession, not just what they have provided to their counsel. The PSC must certify production or the non-existence of all such materials. | |
| 4. *Amorin* Remand | When will *Amorin* cases be remanded, and where? | | After completion of MDL discovery and satisfaction of the requirements of PTO 1(G) and PTO 1(H) regarding Notice of Completion and Master Complaint, each case remanded for trial to forum where property at issue is located. | |
| 5. *Amorin* Claims Adjudication | How will fundamental issues like property ownership, product identification, and square footage be determined? | | Defendants have right to individual trials on these and all key issues. | |
| 6. *Amorin* Damages and Awards. | How, where, and when will the following damage claims and requested awards be addressed:<br><br>a.  Remediation.<br><br>b.  Other claimant damage claims.<br><br>c.  Attorneys' fees. | | Each trial for each individual claimant should adjudicate all categories of damages for that claimant. Trials should occur in proper (transferor) forum. | |

| Issue | Question(s) | PSC's Position(s) | Defendants' Position(s) | Agreement |
|---|---|---|---|---|
| 7. *Brooke* (Omni XX) Adjudication | What activities should be conducted in this Court in *Brooke* before its remand to the fora where the claimants' properties are located? | | Omni XX and August 1 Complaints must be corrected and cleaned up under *Bristol-Myers Squibb.*<br><br>Remand *Brooke*-related actions after PSC satisfies the requirements of PTO 1(G) and PTO 1(H) regarding Notice of Completion and Master Complaint, with responses to complaints (including Rule 12 motions) and discovery occurring in proper forum. | |
| 8. Other motions. | Sequence and timing of hearing and ruling upon following motions:<br><br>a. Motion to Enforce Contempt<br><br>b. Motion to Compel Contempt Discovery<br><br>c. Motion to Lift Confidentiality.<br><br>d. Motion for Peng Translation Plan. | | a. Enforcement of Contempt: Fully briefed and argued; ruling from Court is prerequisite to, and should eliminate need for, any further discovery.<br><br>b. Contempt Discovery: No briefing schedule set. Should be mooted by denial of Motion to Enforce | |

| Issue | Question(s) | PSC's Position(s) | Defendants' Position(s) | Agreement |
|---|---|---|---|---|
| | | | Contempt on constitutional grounds<br><br>c. Confidentiality. Will not advance case. PSC and other counsel already have access to documents.<br><br>d. Peng Translation Plan: Fully briefed. Taishan continues to request oral argument. | |