"Certification of Funds in the Registry" Treasury

PRINCIPAL: $ 5,000.00

Financial Deputy: Elucke Date: 8/22/17

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON |
| THIS DOCUMENT RELATES TO: <br><br> *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 09-6687. | |

# [PROPOSED] ORDER

Considering *Defendant Taishan Gypsum Co., Ltd.'s Motion for Release of Bond*, and in consideration of applicable law, **IT IS ORDERED** that the motion is **GRANTED**. **IT IS FURTHER ORDERED** that the Clerk of Court shall release and mail the bond to:

Alston & Bird LLP
ATTN: Bernard Taylor
1201 West Peachtree Street
Atlanta, Georgia 30309

New Orleans, Louisiana, this 23rd day of August 2017.

ELDON E. FALLON
UNITED STATE DISTRICT JUDGE