MINUTE ENTRY
FALLON, J.
AUGUST 24, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon.  Counsel for the Plaintiffs, Taishan, CNBM, and BNBM participated.  The parties discussed the status of the case.  For the full transcript of the conference, please contact Court Reporter Karen Ibos at (504) 589-7776.

1

JS10 (00:36)