# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>All Cases | |

## TAISHAN'S SUGGESTION OF NEXT STEPS IN MDL LITIGATION

Given the Court's expressed interest in identifying "groups" of cases for focused treatment, Taishan offers the following next steps for the two major case groupings in the MDL, with the end goal of remanding all claims for further adjudication and judgment:

- *Amorin*

    ### Step One:

    Resolve application of *Bristol-Myers Squibb v. Superior Court*, 137 S. Ct. 1773 (2017), to three *Amorin* Omnibus complaints and seven recently-filed, state-specific "protective actions." Defendants' pending motions to dismiss will be fully briefed on September 19, 2017, and could be orally argued thereafter.

    ### Concurrently:

    Defendants are meeting and conferring with the PSC regarding PSC's fulfillment of Defendants' outstanding discovery requests, which are a prerequisite to individual adjudication of claims and entry of judgment.

    ### Step Two:

    Upon correction of complaints and completion of discovery, *Amorin* claims will be ripe for remand to appropriate transferor courts for trial.

- *Brooke*

    ***Step One:***

    Set cut-off date for PSC to add any additional claimants.

    ***Step Two:***

    Assign all *Brooke* claimants to state-specific complaints using three *Brooke* Omnibus complaints (FL, LA, VA), five recently-filed "protective actions" (AL, GA, MS, TX), and *Abner* (CA).

    ***Step Three:***

    Remand *Brooke* cases to appropriate transferor courts with instruction for responsive pleading to be due 60 days after transfer.

Dated:  August 24, 2017

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana  70179

Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **TAISHAN'S SUGGESTION OF NEXT STEPS IN MDL LITIGATION** has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of August, 2017.

/s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*