UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

NOW COME Parker Waichman LLP; Whitfield Bryson & Mason LLP; Pendley Baudin & Coffin; Rhine Law Firm; Luckey & Mullins; Baron & Budd, P.C.; Allison Grant, P.A.; Gentle, Turner, Sexton & Harbison, LLC; McCallum, Hoaglund, Cook & Irby, LLP; Robert and Durkee, LLP; Morris Bart, L.L.C.; Alters Law Firm, P.A.; Milstein, Jackson, Fairchild & Wade, LLP; and Yance Law Firm, LLC ("Movers") who submit that on August 23, 2017, Motion for Reconsideration of Order Granting Seventh Motion for Disbursement of Funds [Rec. Doc. 20922] ("Motion for Reconsideration") was filed into the record. Exhibit 1 attached to the Motion for Reconsideration refers to or contains information that may have been designated confidential. Accordingly, movers request that Exhibit 1 attached to the Motion for Reconsideration be filed UNDER SEAL.

WHEREFORE movers pray that this motion be granted and that Exhibit 1 attached to Motion for Reconsideration of Order Granting Seventh Motion for Disbursement of Funds be filed UNDER SEAL.

Respectfully submitted,

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:    /s/ *Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)
jfaircloth@fairclothlaw.com
Brook L. Villa (LA # 31988)
bvilla@fairclothlaw.com
Franklin "Drew" Hoffmann (LA #35824)
dhoffmann@fairclothlaw.com
301 Main Street, Suite 920
Baton Rouge, LA 70801
Phone: (225) 343-9535
Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

**BARON & BUDD, P.C.**

By:    /s/ *Russell W. Budd*
Russell W. Budd (TX #03312400)
rbudd@baronbudd.com
S. Ann Saucer (TX #00797885; LA #21368)
asaucer@baronbudd.com
Holly Werkema (TX # 24081202)
hwerkema@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:    /s/ *Eric D. Hoaglund*
Eric D. Hoaglund
ehoaglund@mhcilaw.com
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Phone: (205) 824-7767
Fax: (205) 824-7768

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:    /s/ *Victoria E. Emmerling*
Andrew A. Braun (LA #3415)
abraun@glllaw.com

**LISKA, EXNICIOS & NUNGESSER**

By:    /s/ *Val Patrick Exnicios*
Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel)
vpexnicios@exnicioslaw.com
1515 Poydras Street,
14th Floor, Ste. 1400
New Orleans, LA. 70112
Phone: (504) 410-9611
Fax: (504) 410-9937

*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**ALLISON GRANT, P.A.**

By:    /s/ *Allison Grant*
Allison Grant (FL #858330)
agrant@allisongrantpa.com
14 SE 4th St
Boca Raton, FL 33432-6111
Phone: 561-994-9646
Fax: 561-431-4627

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By:    /s/ *K. Edward Sexton, II*
K. Edward Sexton, II
esexton@gtandslaw.com
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Phone: (205) 716-3000
Fax: (205) 716-3010

**ROBERTS AND DURKEE, LLP**

By:    /s/ *C. David Durkee*
C. David Durkee
durkee@rdlawnet.com
2665 South Bayshore Drive, Suite 300
Coconut Grove, FL 33133
Phone: (305) 442-1700

Victoria E. Emmerling (LA #33117)
temmerling@glllaw.com
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Phone: (504) 561-0400
Fax: (504) 561-1011

*Attorneys for Morris Bart, L.L.C.*

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By: ___/s/ *Mark Milstein*___
Mark Milstein
mmilstein@mjfwlaw.com
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Phone: (310) 396-9600

**YANCE LAW FIRM, LLC**

By: ___/s/ *R. Tucker Yance*___
R. Tucker Yance (AL #ASB-9775-H71Y)
rty@yancelaw.com
169 Dauphin Street Suite
318 Mobile, AL 36602
Phone: (251) 432-8003
Fax: (251) 432-8009

Fax: (305) 442-2559

**ALTERS LAW FIRM, P.A.**

By: ___/s/ *Jeremy W. Alters*___
Jeremy W. Alters (FL #111790)
jeremy@alterslaw.com
Justin D. Grosz (FL #984000)
justin@alterslaw.com
Matthew T. Moore, Of Counsel (FL #70034)
matthew@alterslaw.com
1855 Griffin Road, Suite C470
Dania Beach, FL 33004
Phone: (305) 571-8550
Fax: (305) 571-8558

3

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25TH day of August, 2017.

                                                                     /s/ *Jimmy R. Faircloth, Jr.*
                                                                      OF COUNSEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing *Motion for Leave to File Exhibit Under Seal*:

**IT IS HEREBY ORDERED** that the Motion is GRANTED and Exhibit 1 attached to Motion for Reconsideration of Order Granting Seventh Motion for Disbursement of Funds [Rec. Doc. 20922] be and is hereby filed UNDER SEAL;

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge