UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to Exceed Page Limitation;

IT IS ORDERED BY THE COURT that the motion is GRANTED, the PSC be and is hereby allowed to exceed page limitation as provide in the Federal Rules of Civil Procedure, and that The Plaintiffs' Steering Committee's Memorandum of Law in Opposition to Defendants' Supplemental Motion on Jurisdiction and class Certification Following *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County*, be and is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge