IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**SUPPLEMENT TO END GAME PROPOSAL OF
THE PLAINTIFFS' STEERING COMMITTEE**

Pursuant to the Court's request for information on groupings of Plaintiffs' cases, the Plaintiffs' Steering Committee ("PSC") sets forth herein and attached hereto spreadsheets listing the Plaintiffs in *Brooke* (Omni XX)[1] by state.  At the appropriate time that the Court remands the *Brooke* cases, the following information will be useful.

**Exhibit A (Louisiana):**  The *Brooke* Plaintiffs who are not part of the *Amorin* class, with affected properties in Louisiana, are listed on Exhibit "A."  This spreadsheet provides each Plaintiff's name and address, as well as Plaintiff's counsel information.

**Exhibit B (Florida):**  The *Brooke* Plaintiffs who are not part of the *Amorin* class, with affected properties in Florida, including the Plaintiffs in the Intervention Complaint in *Brooke*, *i.e.*, Peninsula II Developers, Inc., are listed on Exhibit "B."  This spreadsheet provides each Plaintiff's name and address, as well as Plaintiff's counsel information.

---

[1] Three *Brooke* actions were filed as Omni XX, in Louisiana, Florida, and Virginia.  Each *Brooke* action contains all of the *Brooke* Plaintiffs:  *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. Action No. 15-4127 (Louisiana); *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. Action No. 15-6631 (Florida); and *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. Action No. 15-6632 (Virginia).

**Exhibit C (Virginia):**  The *Brooke* Plaintiffs who are not part of the *Amorin* class, with affected properties in Virginia, are listed on Exhibit "C."  This spreadsheet provides each Plaintiff's name and address, as well as Plaintiff's counsel information.

**Exhibit D (Alabama):**  The *Brooke* Plaintiffs who are not part of the *Amorin* class, with affected properties in Alabama, are listed on Exhibit "D."  This spreadsheet provides each Plaintiff's name and address, as well as Plaintiff's counsel information.  The *Brooke* Plaintiffs with affected properties in Alabama are also named on the Omni XXVIII Complaint, which is the protective action filed on their behalf:  *Randy Bayne, et al., v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al*., 4:17-cv-01286-KOB (N.D. Ala.) (Alabama *Brooke*), which is in the process of being transferred to this MDL (*see In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, MDL 2047 (J.P.M.L. Aug. 14, 2017) (Conditional Transfer Order 34) (attached hereto as Exhibit "I").

**Exhibit E (California):**  The *Brooke* Plaintiffs who are not part of the *Amorin* class, with affected properties in California, are listed on Exhibit "E."  This spreadsheet provides each Plaintiff's name and address, as well as Plaintiff's counsel information.  The *Brooke* Plaintiffs with affected properties in California are also named on the Omni XXIX Complaint, which is the protective action filed on their behalf as an intervention complaint in *Rochell and Jose Abner, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.*, Civ. Action No. 11-3094 (intervention complaint into the *Abner* California Complaint).

**Exhibit F (Georgia):**  The *Brooke* Plaintiffs who are not part of the *Amorin* class, with affected properties in Georgia, are listed on Exhibit "F."  This spreadsheet provides each Plaintiff's name and address, as well as Plaintiff's counsel information.  The *Brooke* Plaintiffs

with affected properties in Georgia are also named on the Omni XXX Complaint, which is the protective action filed on their behalf: *Kelly Bentz, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 1:17-cv-02892-AT (N.D. Ga.) (Georgia *Brooke*), which is in the process of being transferred to this MDL (*see In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, MDL 2047 (J.P.M.L. Aug. 14, 2017) (Conditional Transfer Order 34)) (attached hereto as Exhibit "I").

**Exhibit G (Mississippi):** The *Brooke* Plaintiffs who are not part of the *Amorin* class, with affected properties in Mississippi, are listed on Exhibit "G." This spreadsheet provides each Plaintiff's name and address, as well as Plaintiff's counsel information. The *Brooke* Plaintiffs with affected properties in Mississippi are also named on the Omni XXXI Complaint, which is the protective action filed on their behalf: *Lela and Melinda Allen, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 1:17-cv-217LG-RHW (S.D. Miss.) (Mississippi *Brooke*), which is in the process of being transferred to this MDL(*see In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, MDL 2047 (J.P.M.L. Aug. 14, 2017) (Conditional Transfer Order 34) (attached hereto as Exhibit "I").

**Exhibit H (Texas):** The *Brooke* Plaintiffs who are not part of the *Amorin* class, with affected properties in Texas, are listed on Exhibit "H." This spreadsheet provides each Plaintiff's name and address, as well as Plaintiff's counsel information. The *Brooke* Plaintiffs with affected properties in Texas are also named on the Omni XXXII Complaint, which is the protective action filed on their behalf: *Kenneth D. Lochhead and Maria L. Webste, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 7:17-cv-00294 (S.D. Tex.) (Texas *Brooke*), which is in the process of being transferred to this MDL (*see In re*

*Chinese-Manufactured Drywall Prod. Liab. Litig.*, MDL 2047 (J.P.M.L. Aug. 14, 2017) (Conditional Transfer Order 34) (attached hereto as Exhibit "I").

Dated: August 31, 2017　　　　　　　　　Respectfully Submitted,

By: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

4

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
rbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of August, 2017.

                Respectfully Submitted,

                By: */s/ Leonard A. Davis*
                Leonard A. Davis
                Herman, Herman & Katz, LLC
                820 O'Keefe Avenue
                New Orleans, LA 70113
                Phone: (504) 581-4892
                Fax: (504) 561-6024
                ldavis@hhklawfirm.com

                *Plaintiffs' Liaison Counsel MDL 2047*