# EXHIBIT "A"

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A&J Home Improvement Co., Inc. (Kelly Tran) | 5760 Louis Prima Dr. East | New Orleans | LA | 70128 | Thornhill Law Firm, Fayard & Honeycutt APLC and N. Frank Elliot III, LLC | Tom Thornhill, Esq.<br>Thornhill Law Firm<br>1308 9th St<br>Slidell, LA 70458 | 800-989-2707 | tom@thornhilllawfirm.com |
| 2 | Advantage Acquisitions, LLC | 5910 Memphis St. | New Orleans | LA | 70124 | Lemmon Law Firm | Andrew Lemmon, Esq.<br>PO Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA  70057 | 985-783-6789 | andrew@lemmonlawfirm.com |
| 3 | Barnett, Bessie | 11419 Morrison Road | New Orleans | LA | 70128 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 4 | Bartholomae, James and Cynthia | 2104 Emilie Oak Drive | Meraux | LA | 70075 | Herman, Herman & Katz | Russ Herman, Esq.<br>820 O'Keefe Avenue<br>New Orleans, LA  70113 | (504) 581-4892 | rherman@hhklawfirm.com |
| 5 | Belitz, David | 3522 Baudin Street | New Orleans | LA | 70119 | Gainsburgh Benjamin | Gerald Meunier, Esq.<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163 | (504) 522-2304 | gmeunier@gainsben.com |
| 6 | Bertucci, Elizabeth | 5927 Patton Street | New Orleans | LA | 70115 | Baron & Budd, P.C. | Russell Budd, Esq.<br>Baron & Budd<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 7 | Bourlet, Joseph | 4501 Fairfield Street | Metairie | LA | 70006 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 8 | Bridges, Joe and Stephanie | 107 Finland Place | New Orleans | LA | 70131 | Steckler, LLP | Bruce Steckler, Esq.<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230 | (972) 387-4040 | Bruce@stecklerlaw.com |
| 9 | Broussard, Maria | 125-7 West Harrison Avenue | New Orleans | LA | 70124 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 10 | Brown, John and Tearny D. Brown | 4942 Goad Drive | New Orleans | LA | 70127 | Herman, Herman & Katz | Russ Herman, Esq.<br>820 O'Keefe Avenue<br>New Orleans, LA  70113 | (504) 581-4892 | rherman@hhklawfirm.com |
| 11 | C&S Properties | 3412-14 Cleveland Avenue | New Orleans | LA | 70119 | Lemmon Law Firm | Andrew Lemmon, Esq.<br>PO Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA  70057 | 985-783-6789 | andrew@lemmonlawfirm.com |
| 12 | Castoe, George | 116 Castoe Lane | Buras | LA | 70041 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 13 | Civello, Barbara | 4501 Olive | Meraux | LA | 70075 | Law Offices of Sidney D. Torres, III | Sidney D. Torres, III, Esq.<br>8301 W. Judge Perez Drive, Suite 303<br>Chalmette, LA 70043 | 504-271-8422 | storres@torres-law.com |
| 14 | Clark, Christopher | 4933 S. Prieur St. | New Orleans | LA | 70125 | Lemmon Law Firm | Andrew Lemmon, Esq.<br>PO Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA  70057 | 985-783-6789 | andrew@lemmonlawfirm.com |
| 15 | Cordier, Bonnie | 11429 Maxine Drive | New Orleans | LA | 70128 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 16 | Cross, Gregory | 284 Vintage Drive | Covington | LA | 70433 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Davis, Anita | 2513 Repose | Violet | LA | 70092 | Collins & Horsley | W. Brian Collins, Esquire<br>Collins Law Firm<br>1461 Shades Crest Road<br>Hoover, AL  35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 18 | Deibel, Estelle I. | 1609 Esteban Street | Arabi | LA | 70032 | Thornhill Law Firm, Fayard & Honeycutt APLC and N. Frank Elliot III, LLC | Tom Thornhill, Esq.<br>Thornhill Law Firm<br>1308 9th St<br>Slidell, LA 70458 | 800-989-2707 | tom@thornhilllawfirm.com |
| 19 | Dennis, Cornelius | 3514 Clematis | New Orleans | LA | 70122 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 20 | Dusset, Lisa | 2804 Cherry St. | New Orleans | LA | 70118 | Herman, Herman & Katz | Russ Herman, Esq.<br>820 O'Keefe Avenue<br>New Orleans, LA  70113 | (504) 581-4892 | rherman@hhklawfirm.com |
| 21 | Favorth, Melissa | 4900 Maid Marion Drive | New Orleans | LA | 70128 | Thornhill Law Firm, Fayard & Honeycutt APLC and N. Frank Elliot III, LLC | Tom Thornhill, Esq.<br>Thornhill Law Firm<br>1308 9th St<br>Slidell, LA 70458 | 800-989-2707 | tom@thornhilllawfirm.com |
| 22 | First National Bank | 1724-1726 Burdette Street | New Orleans | LA | 70118 | Lemmon Law Firm | Andrew Lemmon, Esq.<br>PO Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA  70057 | 985-783-6789 | andrew@lemmonlawfirm.com |
| 23 | First National Bank | 3907-3909 Civic Street | New Orleans | LA | 70001 | Lemmon Law Firm | Andrew Lemmon, Esq.<br>PO Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA  70057 | 985-783-6789 | andrew@lemmonlawfirm.com |
| 24 | First National Bank | 4315 Annunciation St. | New Orleans | LA | 70115 | Lemmon Law Firm | Andrew Lemmon, Esq.<br>PO Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA  70057 | 985-783-6789 | andrew@lemmonlawfirm.com |
| 25 | Foster, Sherman | 3000 Nancy Street | Meraux | LA | 70075 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 26 | Francois, Brandon | 1730 Leon C. Simon Drive | New Orleans | LA | 70122 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 27 | Gallardo, Henry | 3113 Fable Street | Meraux | LA | 70075 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 28 | Gilmore, Marquesa Murray | 10200 Flossmoor Dr. | New Orleans | LA | 70127 | Law Offices of Sidney D. Torres, III | Sidney D. Torres, III, Esq.<br>8301 W. Judge Perez Drive, Suite 303<br>Chalmette, LA 70043 | 504-271-8422 | storres@torres-law.com |
| 29 | Gordon, Wally | 818 Avenue B | Marrero | LA | 70072 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 30 | Green, James and Cyndee | 2809-11 Orleans Ave. | New Orleans | LA | 70119 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 31 | Gullette, Iris Marie | 8840 - 8842 Morrison Road | New Orleans | LA | 70127 | Herman, Herman & Katz | Russ Herman, Esq.<br>820 O'Keefe Avenue<br>New Orleans, LA  70113 | (504) 581-4892 | rherman@hhklawfirm.com |
| 32 | Guraya, Harmeet | 7800 Allison Road | New Orleans | LA | 70126 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 33 | Hardy, Eric | 1622 Charlton Drive | New Orleans | LA | 70122 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Held, Michael | 2701 Kenilworth Drive | St. Bernard | LA | 70085 | Law Offices of Sidney D. Torres, III | Sidney D. Torres, III, Esq. 8301 W. Judge Perez Drive, Suite 303 Chalmette, LA 70043 | 504-271-8422 | storres@torres-law.com |
| 35 | Henry, John | 3040 Sullen Place | New Orleans | LA | 70131 | The Lambert Firm | Hugh Lambert, Esq. 701 Magazine St, New Orleans LA 70130 | (504) 529-2931 | hlambert@thelambertfirm.com |
| 36 | Hernandez, Bradley | 7608 Birch Street | Violet | LA | 70043 | Law Offices of Sidney D. Torres, III | Sidney D. Torres, III, Esq. 8301 W. Judge Perez Drive, Suite 303 Chalmette, LA 70043 | 504-271-8422 | storres@torres-law.com |
| 37 | Hillard, Rochell | 7143 Dorian St. | New Orleans | LA | 70126 | Herman, Herman & Katz | Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 | (504) 581-4892 | rherman@hhklawfirm.com |
| 38 | Hueschen, Jr., Lester L. | 3118 Jackson Boulevard | Chalmette | LA | 70043 | Thornhill Law Firm, Fayard & Honeycutt APLC and N. Frank Elliot III, LLC | Tom Thornhill, Esq. Thornhill Law Firm 1308 9th St Slidell, LA 70458 | 800-989-2707 | tom@thornhilllawfirm.com |
| 39 | Ingargiola, Brenda C. | 2300 Emily Oaks Dr. | Meraux | LA | 70075 | Law Offices of Sidney D. Torres, III | Sidney D. Torres, III, Esq. 8301 W. Judge Perez Drive, Suite 303 Chalmette, LA 70043 | 504-271-8422 | storres@torres-law.com |
| 40 | JGO Properties LLC - Owner, Gary Quaintance | 203, 205 & 207 West Harrison | New Orleans | LA | 70124 | Pro Se | 205 West Harrison Avenue New Orleans, LA 70124 | 504-512-5285 | N/A |
| 41 | Jones, George | 5620 4th Street | Violet | LA | 70092 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 42 | Jones, Howard C. | 7911 Windward Court | New Orleans | LA | 70128 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 43 | Jones, Steve | 3316 Marietta Street | Chalmette | LA | 70043 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 44 | Kardon, Anna | 1726 Burdette St. | New Orleans | LA | 70118 | Lemmon Law Firm | Andrew Lemmon, Esq. PO Box 904 (mailing address) 15058 River Road Hahnville, LA 70057 | 985-783-6789 | andrew@lemmonlawfirm.com |
| 45 | Lee, Peter & Marie | 2118 State St. | New Orleans | LA | 70118 | Lemmon Law Firm | Andrew Lemmon, Esq. PO Box 904 (mailing address) 15058 River Road Hahnville, LA 70057 | 985-783-6789 | andrew@lemmonlawfirm.com |
| 46 | Mack, Jr., Betty W. and Curtis | 9834 East Rockton Circle | New Orleans | LA | 70127 | Thornhill Law Firm, Fayard & Honeycutt APLC and N. Frank Elliot III, LLC | Tom Thornhill, Esq. Thornhill Law Firm 1308 9th St Slidell, LA 70458 | 800-989-2707 | tom@thornhilllawfirm.com |
| 47 | Madary, Stephen | 8553-5 Valor Street | Chalmette | LA | 70043 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 48 | Madary, William | 1100 Perrin Drive | Arabi | LA | 70032 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 49 | Magee, Sonia | 4651 Longfellow Drive | New Orleans | LA | 70127 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 50 | Martin, Clarice | 4816 Mendez Street | New Orleans | LA | 70126 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Meehan, Scott | 2116 State St. | New Orleans | LA | 70118 | Lemmon Law Firm | Andrew Lemmon, Esq. PO Box 904 (mailing address) 15058 River Road Hahnville, LA 70057 | 985-783-6789 | andrew@lemmonlawfirm.com |
| 52 | Miller, James | 335 Olive Street | Slidell | LA | 70458 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 53 | Mills, Amanda | 5519 Charlotte Drive | New Orleans | LA | 70122 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 54 | Mott, Marcia J. and Mark A. | 2625 Prentiss Ave. | New Orleans | LA | 70122 | Thornhill Law Firm, Fayard & Honeycutt APLC and N. Frank Elliot III, LLC | Tom Thornhill, Esq. Thornhill Law Firm 1308 9th St Slidell, LA 70458 | 800-989-2707 | tom@thornhilllawfirm.com |
| 55 | Mullen, Gwendolyn | 2917 Moss Drive | Violet | LA | 70092 | Law Offices of Sidney D. Torres, III | Sidney D. Torres, III, Esq. 8301 W. Judge Perez Drive, Suite 303 Chalmette, LA 70043 | 504-271-8422 | storres@torres-law.com |
| 56 | Murphy, Susan | 2204 Jean Lafitte | Chalmette | LA | 70043 | Herman, Herman & Katz | Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 | (504) 581-4892 | rherman@hhklawfirm.com |
| 57 | NuMan, Rafeeq and Joyce | 2717-2719 Valence Street | New Orleans | LA | 70125 | The Lambert Firm | Hugh Lambert, Esq. 701 Magazine St, New Orleans LA 70130 | (504) 529-2931 | hlambert@thelambertfirm.com |
| 58 | Nunez, III, Martin | 13940 Wales Street | New Orleans | LA | 70128 | Law Offices of Sidney D. Torres, III | Sidney D. Torres, III, Esq. 8301 W. Judge Perez Drive, Suite 303 Chalmette, LA 70043 | 504-271-8422 | storres@torres-law.com |
| 59 | Nunez, III, Martin | 13942 Wales Street | New Orleans | LA | 70128 | Law Offices of Sidney D. Torres, III | Sidney D. Torres, III, Esq. 8301 W. Judge Perez Drive, Suite 303 Chalmette, LA 70043 | 504-271-8422 | storres@torres-law.com |
| 60 | Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 2205-07 St. Roch Avenue | New Orleans | LA | 70117 | Simon, Peragine, Smith & Redfearn, LLP | Robert Redfearn, Jr. 1100 Poydras St., 30th Floor New Orleans, LA 70163 | (504) 569-2030 | redfearnjr@spsr-law.com |
| 61 | Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 2521 St. Roch Avenue | New Orleans | LA | 70117 | Simon, Peragine, Smith & Redfearn, LLP | Robert Redfearn, Jr. 1100 Poydras St., 30th Floor New Orleans, LA 70163 | (504) 569-2030 | redfearnjr@spsr-law.com |
| 62 | Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 3035 General Taylor | New Orleans | LA | 70125 | Simon, Peragine, Smith & Redfearn, LLP | Robert Redfearn, Jr. 1100 Poydras St., 30th Floor New Orleans, LA 70163 | (504) 569-2030 | redfearnjr@spsr-law.com |
| 63 | Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 3320 Delachaise Street | New Orleans | LA | 70125 | Simon, Peragine, Smith & Redfearn, LLP | Robert Redfearn, Jr. 1100 Poydras St., 30th Floor New Orleans, LA 70163 | (504) 569-2030 | redfearnjr@spsr-law.com |
| 64 | Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 3815-17 Delachaise | New Orleans | LA | 70125 | Simon, Peragine, Smith & Redfearn, LLP | Robert Redfearn, Jr. 1100 Poydras St., 30th Floor New Orleans, LA 70163 | (504) 569-2030 | redfearnjr@spsr-law.com |
| 65 | Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 5319 N. Rampart Street | New Orleans | LA | 70117 | Simon, Peragine, Smith & Redfearn, LLP | Robert Redfearn, Jr. 1100 Poydras St., 30th Floor New Orleans, LA 70163 | (504) 569-2030 | redfearnjr@spsr-law.com |
| 66 | Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 629 Forstall Street | New Orleans | LA | 70117 | Simon, Peragine, Smith & Redfearn, LLP | Robert Redfearn, Jr. 1100 Poydras St., 30th Floor New Orleans, LA 70163 | (504) 569-2030 | redfearnjr@spsr-law.com |

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 67 | Preservation Alliance of New Orleans, Inc., d/b/a Preservation Resource Center of New Orleans | 820 Deslonde Street | New Orleans | LA | 70117 | Simon, Peragine, Smith & Redfearn, LLP | Robert Redfearn, Jr. 1100 Poydras St., 30th Floor New Orleans, LA 70163 | (504) 569-2030 | redfearnjr@spsr-law.com |
| 68 | Real Investments of New Orleans, LLC | 2824 Lloyds Ave. | Chalmette | LA | 70043 | Law Offices of Sidney D. Torres, III | Sidney D. Torres, III, Esq. 8301 W. Judge Perez Drive, Suite 303 Chalmette, LA 70043 | 504-271-8422 | storres@torres-law.com |
| 69 | Richardson, Ronnie | 3001-3 Daniel Drive | VIolet | LA | 70092 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 70 | Riddle, Jeanette | 4659 Lancelot Drive | New Orleans | LA | 70127 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL 35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 71 | Rosario, Ricardo | 7157 Dorian Street | New Orleans | LA | 70126 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 72 | Ross, Terrance and Rhonda | 316 Woodvine Avenue | Metairie | LA | 70005 | O'Bryon & Schnabel | Kevin O'Bryon, Esq. 1010 Common Street, Suite 1950 New Orleans, LA 70112 | (504) 799-4200 | kob@obryonlaw.com |
| 73 | Sausse, Bertrand & Cynthia | 2900 Meadow Dr. | Violet | LA | 70092 | The Lambert Firm | Hugh Lambert, Esq. 701 Magazine St, New Orleans LA 70130 | (504) 529-2931 | hlambert@thelambertfirm.com |
| 74 | Sharret, Brenda | 3625 Baudin Street | New Orleans | LA | 70119 | Gainsburgh Benjamin | Gerald Meunier, Esq. 2800 Energy Centre 1100 Poydras Street New Orleans, LA 70163 | (504) 522-2304 | gmeunier@gainsben.com |
| 75 | Sharret, Brenda | 3627 Baudin Street | New Orleans | LA | 70119 | Gainsburgh Benjamin | Gerald Meunier, Esq. 2800 Energy Centre 1100 Poydras Street New Orleans, LA 70163 | (504) 522-2304 | gmeunier@gainsben.com |
| 76 | Short, Craig and Sabrina | 206 - 208 Third St. | Chalmette | LA | 70043 | Herman, Herman & Katz | Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 | (504) 581-4892 | rherman@hhklawfirm.com |
| 77 | Smith, Sabrina | 4575 Hickerson Drive | New Orleans | LA | 70127 | Parker Waichman | Jerrold Parker, Esq. 27300 Riverview Center Blvd Bonita Springs, FL 34134 | (239) 390-1000 | jerry@yourlawyer.com |
| 78 | Sterling, Cheryl | 6711 East Hermes Street | New Orleans | LA | 70126 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 79 | Sterling, Megan | 3425 Acorn Drive | Violet | LA | 70092 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 80 | Stribling, Linda | 3500 Palmisano Blvd. | Chalmette | LA | 70043 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 81 | Sunseri, Sal and Victoria | 5714 Memphis St. | New Orleans | LA | 70124 | Steckler, LLP | Bruce Steckler, Esq. 12720 Hillcrest Road, Suite 1045 Dallas, TX 75230 | (972) 387-4040 | Bruce@stecklerlaw.com |
| 82 | Tran, Kha | 9811 Andover Drive | New Orleans | LA | 70127 | Herman, Herman & Katz | Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 | (504) 581-4892 | rherman@hhklawfirm.com |
| 83 | Treevis Investments, LLC (sold property) | 204 W. Judge Perez Drive | Chalmette | LA | 70043 | Willis & Buckley | William Buckley, Esq. 3723 Canal Street New Orleans, LA 70119 | (504) 488-6301 | bill@willisbuckley.com |

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 84 | Tucker, Phil | 3011 Clouet Street | New Orleans | LA | 70126 | Gainsburgh Benjamin | Gerald Meunier, Esq.<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 | (504) 522-2304 | gmeunier@gainsben.com |
| 85 | Washington, Eva and Edward | 4636 Donna Drive | New Orleans | LA | 70127 | The Lambert Firm | Hugh Lambert, Esq.<br>701 Magazine St,<br>New Orleans LA 70130 | (504) 529-2931 | hlambert@thelambertfirm.com |
| 86 | Washington, Lacresha | 5714 Cameron Blvd. | New Orleans | LA | 70122 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 87 | Wells, Patricia | 4701 Marque Drive | New Orleans | LA | 70127 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 88 | Wheeler, Netsy and Celestine, Relinda | 4912 Chrysler Street | New Orleans | LA | 70127 | Gainsburgh Benjamin | Gerald Meunier, Esq.<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 | (504) 522-2304 | gmeunier@gainsben.com |
| 89 | Williams, Debra Williams, Lawrence M., Jr. | 8600 Scottsdale Drive | New Orleans | LA | 70128 | Gainsburgh Benjamin | Gerald Meunier, Esq.<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 | (504) 522-2304 | gmeunier@gainsben.com |
| 90 | Williams, Marten | 2428 Magnolia Street | New Orleans | LA | 70113 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 91 | Wright Homes, LLC (Barry Wright) | 4925 Elysian Fields | New Orleans | LA | 70122 | Thornhill Law Firm, Fayard & Honeycutt APLC and N. Frank Elliot III, LLC | Tom Thornhill, Esq.<br>Thornhill Law Firm<br>1308 9th St<br>Slidell, LA 70458 | 800-989-2707 | tom@thornhilllawfirm.com |
| 92 | Yorsch, Frederick | 3404-3406 Shangri | Chalmette | LA | 70043 | Lemmon Law Firm | Andrew Lemmon, Esq.<br>PO Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA 70057 | 985-783-6789 | andrew@lemmonlawfirm.com |