# EXHIBIT "C"

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Castell, Maurice | 1049 W. 36th Street | Norfolk | VA | 23502 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 2 | CG Stony Point Townhomes, LLC | 9301 Creek's Crossing Blvd. | Richmond | VA | 23235 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 3 | CG Stony Point Townhomes, LLC | 9303 Creek's Crossing Blvd. | Richmond | VA | 23235 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 4 | CG Stony Point Townhomes, LLC | 9305 Creek's Crossing Blvd. | Richmond | VA | 23235 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 5 | CG Stony Point Townhomes, LLC | 9307 Creek's Crossing Blvd. | Richmond | VA | 23235 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 6 | CG Stony Point Townhomes, LLC | 9309 Creek's Crossing Blvd. | Richmond | VA | 23235 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 7 | CG Stony Point Townhomes, LLC | 9311 Creek's Crossing Blvd. | Richmond | VA | 23235 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 8 | CG Stony Point Townhomes, LLC | 9313 Creek's Crossing Blvd. | Richmond | VA | 23235 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 9 | CG Stony Point Townhomes, LLC | 9315 Creek's Crossing Blvd. | Richmond | VA | 23235 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 10 | Kellogg, Jarmaal and Vicki | 5801 Arden Street | Portsmouth | VA | 23703 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 11 | Overlook, LLC | 700 S. Laurel Street | Richmond | VA | 23220 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 12 | Overlook, LLC | 702 S. Laurel Street | Richmond | VA | 23220 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 13 | Overlook, LLC | 704 S. Laurel Street | Richmond | VA | 23220 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 14 | Overlook, LLC | 706 S. Laurel Street | Richmond | VA | 23220 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 15 | Overlook, LLC | 708 S. Laurel Street | Richmond | VA | 23220 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 16 | Overlook, LLC | 710 S. Laurel Street | Richmond | VA | 23220 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 17 | Overlook, LLC | 714 S. Pine Street | Richmond | VA | 23220 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 18 | Overlook, LLC | 716 S. Pine Street | Richmond | VA | 23220 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |

Plaintiffs named in *Brooke v. SASAC*, Omni XX, 15-4127 (LA), 15-6631 (FL), and 15-6632 (VA)

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Overlook, LLC | 803 Holly Street | Richmond | VA | 23220 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 20 | Overlook, LLC | 805 Holly Street | Richmond | VA | 23220 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 21 | Overlook, LLC | 807 Holly Street | Richmond | VA | 23220 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 22 | Overlook, LLC | 809 Holly Street | Richmond | VA | 23220 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 23 | South Hampton Holding, LLC | 3355 S. Military Hwy | Chesapeake | VA | 23323 | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |