# EXHIBIT "D"

Plaintiffs named in *Brooke v. SASAC* , Omni XX, 15-4127 (LA), 15-6631 (FL), and 15-6632 (VA); *Bayne v. Taishan Gypsum Co.*, Omni XXVIII, 4:17-cv-01286-KOB (NDAL) (AL *Brooke*)

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Archer, Kent & Lindsey | 10424 Gallant Road | Gallant | AL | 35972 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL  35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 2 | Bayne, Randy | 507 Thomas Ave. | Boaz | AL | 35957 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 3 | Bearden, Thomas | 951 Junkins Road | Guntersville | AL | 35976 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 4 | Bishop, Robert | 529 57th Street S | Birmingham | AL | 35212 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL  35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 5 | Brasher, Robert | 43 Pleasant Circle | Odenville | AL | 35120 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL  35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 6 | Brown, Lukas | 174 Grandview Drive | Altonna | AL | 35952 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 7 | Bruce, Patricia | 603 Darden Road | Brent | AL | 35034 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL  35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 8 | Burch, Joseph and Paula | 4670 County Road 200 | Danville | AL | 35619 | Pittman, Dutton & Hellums | Booth Samuels, Esq. 2001 Park Pl #1100 Birmingham, AL 35203 | (205) 322-8880 | BoothS@pittmandutton.com |
| 9 | Corvin, Patrick | 1495 Milner Cresent | Birmingham | AL | 35205 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL  35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 10 | Cummins, Chris | 13623 Johns Road | Vance | AL | 35490 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL  35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 11 | Curvin, Tyler | 2771 County Road 3 | Delta | AL | 36258 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 12 | Darnell, Bobby Lynn and Darnell, Lori Suzanne | 127 Hidden Lakes Drive | Boaz | AL | 35957 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 13 | Degree, Angel | 3806 Holland Court | Phenix City | AL | 36867 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 14 | Dixon, Stanley | 1715 Bristow Cove Road | Boaz | AL | 35956 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 15 | Dobbs, Kevin | 102 Camerons Way | Lincoln | AL | 35096 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 16 | Fincher, Nathan and Megan | 1700 County Road 3949 | Arley | AL | 35541 | Pittman, Dutton & Hellums | Booth Samuels, Esq. 2001 Park Pl #1100 Birmingham, AL 35203 | (205) 322-8880 | BoothS@pittmandutton.com |
| 17 | Fomby, Kenneth & Bonita | 3500 McMurry Drive | Pinson | AL | 35216 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL  35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Gossett, Kathryn | 91 Cloverdale Road | Atmore | AL | 36502 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 19 | Gregerson, John & Charlotte | 201 Roberts Lee Drive | Gadsden | AL | 35903 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL 35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 20 | Hall, Timothy & Sebrina | 1426 Marvin Pearce Road | Boaz | AL | 35957 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL 35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 21 | Harden, Ashley | 688 Highway 331 | Columbiana | AL | 35051 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 22 | Hopkins, Nancy | 1004 Shelby Forest Trace | Chelsea | AL | 35043 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 23 | Johnson, Micheal | 351 County Road 6 | Heflin | AL | 36264 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL 35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 24 | Kennedy, John | 16642 Lodge Road | Vance | AL | 35490 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 25 | King, Tracy | 238 Billy King Drive | Boaz | AL | 35956 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 26 | Lanier, Barbara | 271 Jack Floyd Street | Boaz | AL | 35956 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 27 | Lightsey, Jeff | 393 Deer Crossing Lane | Chelsea | AL | 35043 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 28 | Little, Donna | 24968 Steadfast Court | Daphne | AL | 36526 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 29 | Little, Gene | 717 North Parkell Avenue | Hueytown | AL | 35023 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 30 | Little, Zacharia | 4100 Boston Road | Adger | AL | 35006 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 31 | Marvray, Andre | 4020 Crossings Lane | Hoover | AL | 35242 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL 35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 32 | May, Linda | 905 Moonlite Drive | Odenville | AL | 35120 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 33 | McConnell, Donnie and Corbett, Steve | 3808 Holland Court | Phenix City | AL | 36867 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 34 | McConnell, Joanna | 1239 Railroad Drive | Hayden | AL | 35079 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 35 | Meacham, Richard | 10319 Route Road | Lillian | AL | 36549 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |

Case 2:09-md-02047-EEF-MBN  Document 20937-4  Filed 08/31/17  Page 4 of 4

Plaintiffs named in *Brooke v. SASAC* , Omni XX, 15-4127 (LA), 15-6631 (FL), and 15-6632 (VA); *Bayne v. Taishan Gypsum Co.*, Omni XXVIII, 4:17-cv-01286-KOB (NDAL) (AL *Brooke*)

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 36 | Mulvehill, Clarence Van | Lot 33, Green Acres Lane | Trafford | AL | 35172 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 37 | Oglesby, Velvarae | 93 Cloverdale Road | Atmore | AL | 36502 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 38 | Palmer, Ben & Kay | 320 Pine Point | Eclectic | AL | 36024 | Reeves & Mestayer | Jim Reeves, Esq. 160 Main St Biloxi, MS 39530 | (228) 374-5151 | jrr2@rmlawcall.com |
| 39 | Parmar, Shakuntla | 1543 Highland Gate Point | Hoover | AL | 35244 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 40 | Perkins, Monica and Jerry | 160 Turkey Trail Road | Odenville | AL | 35120 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 41 | Scalco, Robert | 99 Hilton Drive | Sylacuga | AL | 35151 | Collins & Horsley | W. Brian Collins, Esquire Collins Law Firm 1461 Shades Crest Road Hoover, AL 35226 | (205) 529-4988 | thecollinslawoffices@gmail.com |
| 42 | Seeburg, David | 1773 Funderburg Bend Road | Pell City | AL | 35128 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 43 | Spain, Megan | 5 Dogwood Circle | Pelham | AL | 35124 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 44 | Steele, Timothy | 3 Martin Circle | Foley | AL | 36535 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 45 | Tice, Jerri | 1971 Buttahatchee Drive | Hamilton | AL | 35570 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 46 | Walker, James B. | 11848 Arlington Boulevard | Spanish Fort | AL | 36527 | Daniell, Upton & Perry, PC, Jonathon R. Law, Esq., | Jonathan Law 30421 State Highway 181 Daphne, Alabama 36527 | (251) 625-0046 | JRL@dupm.com |
| 47 | West, Teresa | 1446 Beardens Farm Road | Woodstock | AL | 35188 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 48 | Wolfe, Lisa and Barry | 62 County Road 3943 | Arley | AL | 35541 | Pittman, Dutton & Hellums | Booth Samuels, Esq. 2001 Park Pl #1100 Birmingham, AL 35203 | (205) 322-8880 | BoothS@pittmandutton.com |
| 49 | Woodruff, David | 1745 East Main Street | Albertville | AL | 35952 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |