# EXHIBIT "E"

Plaintiffs named in *Brooke v. SASAC*, Omni XX, 15-4127 (LA), 15-6631 (FL), and 15-6632 (VA); *Abner v. Taishan Gypsum Co., Ltd.*, Omni XXIX, 11-3094 (CA Complaint Intervention)

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| **1** | La, No Thi | 9741 Reading Ave. | Garden Grove | CA | 92844 | Burdman & Ward | Scott Burdman, Esq. 6370 Lusk Blvd., Suite F203 San Diego, CA 92121 | (888) 350-9080 | sburdman@burdmanlaw.com |
| **2** | Ngo, Huy T. (Bruce) | 9731 Reading Ave. | Garden Grove | CA | 92844 | Burdman & Ward | Scott Burdman, Esq. 6370 Lusk Blvd., Suite F203 San Diego, CA 92121 | (888) 350-9080 | sburdman@burdmanlaw.com |
| **3** | Quan, Cindy;  Quan, Hoa; Le Quon Lang, Nhan | 14132 Boony Lane | Garden Grove | CA | 92843 | Burdman & Ward | Scott Burdman, Esq. 6370 Lusk Blvd., Suite F203 San Diego, CA 92121 | (888) 350-9080 | sburdman@burdmanlaw.com |