# EXHIBIT "F"

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bentz, Kelly | 308 Stalling Drive | McDonough | GA | 30252 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 2 | Blackenship, James | 275 Sagamore Cove | Sugar Hill | GA | 30518 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 3 | Cameron, Leslie and Cameron, Andy | 280 Sagamore Cove | Sugar Hill | GA | 30518 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 4 | Cecchi, Clifford | 5818 Deer Crossing Drive | Sugar Hill | GA | 30518 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 5 | Farmer, Eva Pearl | 521 Triumph Way | Winder | GA | 30680 | Gentle, Turner & Sexton | K. Edward Sexton, II 501 Riverchase Parkway East, Suite 100 Hoover, AL 35244 | (205)-716-3000 | esexton@gtandslaw.com |
| 6 | McKoy, Tony | 2046 Reserve Parkway | McDonough | GA | 30253 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 7 | Santiago, Ty | 3065 Pale Moon Place | McDonough | GA | 30253 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 8 | Shortt, Heather | 141 Andrew Court | Forsyth | GA | 31029 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 9 | Sliva, Sandra | 3408 Galloping Bend Way | Auburn | GA | 30011 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 10 | Spires, Scott | 3106 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A. Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 11 | Spires, Scott | 3108 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A. Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 12 | Spires, Scott | 3110 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A. Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 13 | Spires, Scott | 3112 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A. Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 14 | Spires, Scott | 3113 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A. Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 15 | Spires, Scott | 3114 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A. Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 16 | Spires, Scott | 3115 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A. Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 17 | Spires, Scott | 3116 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A. Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Spires, Scott | 3117 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A.  Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 19 | Spires, Scott | 3118 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A.  Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 20 | Spires, Scott | 3119 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A.  Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 21 | Spires, Scott | 3120 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A.  Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 22 | Spires, Scott | 3121 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A.  Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 23 | Spires, Scott | 3122 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A.  Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 24 | Spires, Scott | 3123 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A.  Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 25 | Spires, Scott | 3124 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A.  Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 26 | Spires, Scott | 3125 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A.  Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 27 | Spires, Scott | 3126 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A.  Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 28 | Spires, Scott | 3127 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A.  Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 29 | Spires, Scott | 3128 Bethany Lane | Waycross | GA | 31501 | Allison Grant, P.A.  Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 30 | Stuker, Richard | 5989 Grand Loop Road | Sugar Hill | GA | 30518 | Doyle Law Firm | Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 | (205) 533-9500 | jimmy@doylefirm.com |