# EXHIBIT "G"

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Adams, Francis & Susan | 110 Duthu Road | Waveland | MS | 39576 | Reeves & Mestayer | Jim Reeves, Esq.<br>160 Main St<br>Biloxi, MS 39530 | (228) 374-5151 | jrr2@rmlawcall.com |
| 2 | Allen, Lela & Melinda | 5218 Lindsey Avenue | Pass Christian | MS | 39571 | Reeves & Mestayer | Jim Reeves, Esq.<br>160 Main St<br>Biloxi, MS 39530 | (228) 374-5151 | jrr2@rmlawcall.com |
| 3 | Bolling, Jeremy | 968 Highway 29 | Wiggins | MS | 39577 | Gainsburgh Benjamin | Gerald Meunier, Esq.<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 | (504) 522-2304 | gmeunier@gainsben.com |
| 4 | Coster, Mary I | 97 Harrison Road | Bay St. Louis | MS | 39520 | Reeves & Mestayer | Jim Reeves, Esq.<br>160 Main St<br>Biloxi, MS 39530 | (228) 374-5151 | jrr2@rmlawcall.com |
| 5 | Holifield, Kent and Laurie | 87 Red Holifield Road | Laurel | MS | 39443 | Whitfield, Bryson & Mason | Dan Bryson, Esq.<br>900 W. Morgan Street<br>Raleigh, NC 27603 | 919-600-5000 | dan@wbmllp.com |
| 6 | Lott, Dolly | 2607 Nina Drive | Picayune | MS | 39466 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 7 | Merrell, Brandi | 19067 Fenton-Dedaux Road | Kiln | MS | 39556 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 8 | Palermo, Merle | 501 Clarence Avenue | Pass Christian | MS | 39571 | Reeves & Mestayer | Jim Reeves, Esq.<br>160 Main St<br>Biloxi, MS 39530 | (228) 374-5151 | jrr2@rmlawcall.com |
| 9 | Patterson, Fay | 93 Isaac Cove | Pontotoc | MS | 38863 | Reeves & Mestayer | Jim Reeves, Esq.<br>160 Main St<br>Biloxi, MS 39530 | (228) 374-5151 | jrr2@rmlawcall.com |
| 10 | Roettele, Hue | 103 Edward Avenue | Pass Christian | MS | 39571 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 11 | Roettele, Hue | 6147 Beatline Road | Pass Christian | MS | 39560 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |