# EXHIBIT "H"

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Lochhead, Kenneth D. & Webster, Maria L. | 1303 Lake View Drive | Mission | TX | 78572 | Doyle Law Firm | Jimmy Doyle, Esq.<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209 | (205) 533-9500 | jimmy@doylefirm.com |
| 2 | Norman, Marc | 29127 Hidden Lake Ct. | Magnolia | TX | 77354 | Baron & Budd, P.C. | Russell Budd, Esq.<br>Baron & Budd<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |