UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*All Cases* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**JOINDER OF CNBM COMPANY, BNBM GROUP, AND BNBM PLC IN TAISHAN'S SUGGESTION OF NEXT STEPS IN MDL LITIGATION**

CNBM Company, BNBM Group, and BNBM PLC (collectively, "CNBM and the BNBM Entities") hereby join in Taishan's Suggestion of Next Steps in MDL Litigation (Rec. Doc. 20928) and offer the following additional suggestions:

1. *Amorin*

Following satisfaction of Taishan's steps one (*BMS* complaint cleanup) and two (claimant discovery), CNBM and the BNBM Entities propose that the Court make threshold rulings regarding the viability of claims of the Louisiana homeowners properly in front of it by grouping claimants along the following characteristics.  These suggestions do not address every possible issue.  CNBM and the BNBM Entities reserve their rights to jury trials.

- Homeowner Status.
    - Categorize and evaluate claims by ownership status, including (1) those who have owned property since installation of drywall; (2) those who owned at time of installation but later sold; and (3) those who purchased after installation and either still own, or later sold.

- Product Identification.
    - Categorize by proof produced at the conclusion of claimant discovery, and group claimants who have, for example, (1) never remediated and have

intact Chinese drywall; (2) physical samples and schematics identifying the location and marking of all Chinese drywall; (3) inspection reports; (4) invoices only; (5) photographs only; and (6) claimants who produced no physical samples, photographs, or inspection reports.

- o Assess claims for compliance with Pre-Trial Order 1.

- o Determine attribution of manufacturing origin of certain product markings.

- Damages

    - o Determine compensation for proper claimants through consideration of:

        - *State Law Limits.* Damages must conform with Louisiana law for the asserted causes of action.

        - *Remediation Status.* Categorize based on remediation status, specifically (1) fully remediated; (2) partially remediated; and (3) not remediated. Damages must conform with actual and/or Louisiana costs as appropriate.

        - *Set-offs.* Damages must be reduced by any payments or benefits conferred to claimants by other settlements, insurance payments, government assistance programs, tax deductions, or any other drywall-related payment.

CNBM and the BNBM Entities agree with Taishan that the remaining *Amorin* claims should be remanded to the proper federal district courts.

2. *Brooke*

CNBM and the BNBM Entities urge the Court to remand these actions, where no party has defaulted, no discovery has been taken, and no briefing has taken place, once the PSC files the required Notice of Completion and Master Complaint.

Dated: August 31, 2017

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Eric A. Shumsky (D.C. Bar No. 477926) |
| Eric Matthew Hairston (CA Bar No. 229892) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Columbia Center |
| The Orrick Building | 1152 15th Street NW |
| 405 Howard Street | Washington, D.C. 20005 |
| San Francisco, CA  94105 | Tel:  202-339-8400 |
| Tel:  415-773-5700 | Email:  eshumsky@orrick.com |
| Email:  cvejnoska@orrick.com | |
|       ehairston@orrick.com | |

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:   212-506-5000
Email: jstengel@orrick.com
       xiangwang@orrick.com

*Counsel for CNBM Co., Ltd., BNBM (Group) Co., Ltd., and BNBM PLC*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
Email: eeagan@gordonarata.com
       dcurrault@gordonarata.com

*Counsel for CNBM Co., Ltd.*

Harry Rosenberg (LA Bar No. 11465)
Phelps Dunbar LLP
365 Canal St., Suite 2000
New Orleans, LA  70130
Tel:  (504) 566-1311
Email:  Harry.Rosenberg@Phelps.com

*Counsel for BNBM (Group) Co., Ltd., and BNBM PLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing JOINDER has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of August 2017.

      */s/ L. Christopher Vejnoska*
L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
Email:  cvejnoska@orrick.com

*Counsel for CNBM Co., Ltd., BNBM (Group) Co., Ltd., and BNBM PLC*