## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE FALLON |
| ALL CASES | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL

Interior Exterior Building Supply, L.P. ("InEx"), through undersigned counsel, moves this Court for an Order allowing Andrew J. Brien of the law firm Carver, Darden, Koretzky, Tessier, Finn, Blossman, & Areaux, L.L.C., to enroll as additional counsel on its behalf in the above captioned matter.

**WHEREFORE,** Interior Exterior Building Supply, L.P. respectfully requests that the instant Motion be granted and requests this Court to issue an Order allowing Andrew J. Brien (La. Bar No. 37051) to enroll as counsel on its behalf.

                Respectfully submitted,

                /s/ Philip D. Nizialek
                PHILIP D. NIZIALEK (La. Bar No. 24180)
                ANDREW J. BRIEN (La. Bar No. 37051)
                Carver, Darden, Koretzky, Tessier, Finn,
                Blossman & Areaux, LLC
                1100 Poydras Street, 3100
                New Orleans, LA  70163
                Phone: (504) 858-3820
                Fax: (504) 585-3801
                Nizialek@carverdarden.com
                Brien@carverdarden.com
                *Counsel for Interior/Exterior Building Supply, L.P.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of September, 2017.

/s/ Philip D. Nizialek
PHILIP D. NIZIALEK

4816-2967-6109, v. 1