UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| …………………………………………… : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

# ORDER

In light of the parties' request and impending Hurricane Irma, the monthly status conference currently scheduled on Friday, September 8, 2017 is hereby **CANCELLED**. The Court may set another monthly status conference for later this month after consultation with parties.

New Orleans, Louisiana, this 5th day of September, 2017.

_____
**ELDON E. FALLON**
United States District Judge

1