UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| ALL CASES | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

## MOTION AND INCORPORATED MEMORANDUM TO ADOPT INTERIOR EXTERIOR'S MOTION FOR INJUNCTIVE RELIEF

**COMES NOW**, Arch Insurance Company, by and through undersigned counsel, who respectfully adopts Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief [Rec. Doc. No. 20891], Interior Exterior Building Supply, L.P.'s Memorandum in Support of Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief [Rec. Doc. No. 20891-1-5], Interior Exterior Building Supply, L.P.'s proposed Order [Rec. Doc. No. 20891-6], and Interior Exterior Building Supply, L.P.'s Notice of Submission [Rec. Doc. N. 20891-7] as its own as if copied herein *in extenso*.

Arch Insurance Company is an insurer for Interior Exterior Building Supply, L.P. for the claims made for alleged defective Chinese-manufactured drywall. Arch Insurance Company avers that the legal argument presented in Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief is the same it would make; and for judicial economy and brevity Arch Insurance Company adopts Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief as its own.

**WHEREFORE,** Arch Insurance Company, respectfully prays that this Honorable Court allow Arch Insurance Company to adopt Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief as its own, and that this Honorable Court issue a writ enjoining, precluding,

continuing, or staying the Winston J. Burns, Jr., Wendy Burns, and Livers Construction, Inc., or their attorneys in the matter *Winston J. Burns, Jr. and Wendy Burns versus Livers Construction, Inc.., et al.*, No. 2016-04002 in the Civil District Court for the Parish of Orleans, State of Louisiana.  Arch Insurance Company prays for all further equable relief as deemed just, proper and equitable by this Honorable Court.

Respectfully Submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Carlina C. Eiselen (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gallowaylawfirm.com
ceiselen@gallowaylawfirm.com
*Counsel for Arch Insurance Company*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and all other counsel of record, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 5th day of September, 2017.

I further certify that on this the 5th day of September, 2017,  a copy of this Motion has been served via electronic mail, facsimile, and/or U.S. mail, postage pre-paid, upon: Matthew

Sherman, One Galleria Boulevard, Suite 1100, Metairie, Louisiana 70001, attorney for Winston J. Burn, Jr. and Wendy Burns; and Ron A. Austin, Jevan S. Felming, and Lillian A. Williams, 920 4th Street, Gretna, Louisiana 70053.

                                                  ***Richard G. Duplantier, Jr.  /s/***
                                                  RICHARD G. DUPLANTIER, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| ALL CASES | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum to Adopt Interior Exterior's Motion for Injunctive Relief filed by Arch Insurance Company:

**IT IS HEREBY ORDERED** that Arch Insurance Company as adopted the Motion for Injunctive Relief filed by Interior Exterior Building Supply, L.P., as its own.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE