UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| ALL CASES | * | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum to Adopt Interior Exterior's Motion for Injunctive Relief filed by Arch Insurance Company:

**IT IS HEREBY ORDERED** that Arch Insurance Company as adopted the Motion for Injunctive Relief filed by Interior Exterior Building Supply, L.P., as its own.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE