UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

## ORDER

The Fifth Circuit has recently issued an opinion in *In re: Depuy Orthopaedics, Inc., Pinnacle Hip Implant Prods. Liab. Litig.*, No. 17-10812 (5th Cir. 08/31/2017).  The opinion seems to discuss issues that may be relevant to the motion to dismiss (Rec. Doc. 20882) presently before this Court.  It would be helpful if the parties supplemented their briefs with a discussion of the relevance of this recent opinion.  Accordingly,

**IT IS ORDERED** that the parties submit supplemental briefs by September 29, 2017.

**IT IS FURTHER ORDERED** that an oral argument on Defendants' motion is **SCHEDULED** on October 12, 2017 following the monthly status conference.

New Orleans, Louisiana, this 5th day of September, 2017.

**ELDON E. FALLON**
United States District Judge