UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*ALL CASES* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**DECLARATION OF L. CHRISTOPHER VEJNOSKA IN SUPPORT OF DEFENDANTS' OBJECTION TO THE COURT'S ORDER VACATING ITS § 1292(b) CERTIFICATION, AND REQUEST FOR EXPEDITED RESOLUTION OF *BMS* MOTION**

I, L. Christopher Vejnoska, declare under penalty of perjury under the laws of the United States of America, that the following statements are true and correct:

1.  I am an attorney licensed to practice law in the State of California. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel for Defendants China National Building Materials Co., Ltd. ("CNBM Co."), Beijing New Materials Group Co., Ltd. ("BNBM Group") and Beijing New Building Materials Public Limited Co. ("BNBM PLC").  I respectfully submit this declaration in support of CNBM Co., BNBM Group, and BNBM PLC's objection to the Court's order vacating its expedited § 1292(b) certification, and request for expedited resolution of *BMS* motion.

2.  On August 10, 2017, Sandra Duggan, counsel for the PSC, requested that Defendants agree to extend the due date for responding to CNBM Co., BNBM Group, and BNBM Co.'s *BMS* motion until August 31, 2017.

1

3.   On August 14, 2017, I emailed chambers to apprise the Court that Defendants had agreed to the PSC's extension request, while informing the Court of Defendants' willingness to expedite the briefing schedule to accommodate oral argument, if deemed necessary.  A true and correct copy of my correspondence with chambers is attached hereto as Exhibit A.

4.   On August 16, 2017, Sandra Duggan emailed me, inquiring as to Defendants' position on Plaintiffs' proposed motion to vacate this Court's certification order.  In response, I informed Ms. Duggan that Defendants would oppose but offered to discuss the possibility of expediting the briefing and argument schedule for the *BMS* motion.  Ms. Duggan declined the request.  A true and correct copy of this correspondence with Ms. Duggan is attached hereto as Exhibit B.

5.   After receiving the PSC's emergency motion, I emailed Ms. Duggan on August 19, 2017, and again proposed an expedited briefing and argument schedule on the *BMS* motion.  Ms. Duggan again rejected Defendants' proposed schedule.  A true and correct copy of this correspondence with Ms. Duggan is attached hereto as Exhibit C.

Executed this 5th day of September 2017, in San Francisco, California.

*/s/ L. Christopher Vejnoska*
L. CHRISTOPHER VEJNOSKA