# EXHIBIT A

|         |                                                                                                                                                                                                                                                                                                                              |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **From:**   | Vejnoska, Christopher                                                                                                                                                                                                                                                                                                       |
| **Sent:**   | Monday, August 14, 2017 4:08 PM                                                                                                                                                                                                                                                                                             |
| **To:**     | Janelle_Sharer@laed.uscourts.gov; Jason_Siu@laed.uscourts.gov                                                                                                                                                                                                                                                                |
| **Cc:**     | Arnold Levin; RHERMAN@hhklawfirm.com; Sandy Duggan; Kenny, Mike; Bernard Taylor (bernard.taylor@alston.com); Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com); Stengel, James; Shumsky, Eric A.; Davidson, Andrew K.; Shapiro, Marc R.; Tim Eagan; Donna Currault; Harry Rosenberg (1219) |
| **Subject:**| Supplemental Motion on Jurisdiction and Class Certification Following Bristol Myers Squibb v. Superior Court                                                                                                                                                                                                                 |

Dear Janelle and Jason:

The PSC and the CNBM, BNBM, and Taishan defendants have discussed and agreed upon a recommended briefing schedule on the *Bristol-Myers Squibb* motion filed by CNBM and BNBM (Rec. Doc. 20882) and joined by Taishan (Rec. Doc. 20894):

    August 31:       PSC opposition due.

    Sept. 19:        Reply briefs due.

    Oral argument:    The parties leave to the Court's discretion whether and when to set oral argument.  If the Court wishes to hear argument on the motion in the near future – for instance, at the Sept. 8 status conference – we will adjust our schedule accordingly, presumably by shortening both sides' briefing time.

We hope this proposed schedule meets with the Court's approval.   Thank you for your consideration.

Kind regards,

    Chris

**L. Christopher Vejnoska**
Partner

Orrick
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
T +1-415-773-5916
M +1-925-766-7677
cvejnoska@orrick.com



2