# **EXHIBIT B**

| | |
|---|---|
| **From:** | Sandy Duggan <sduggan@lfsblaw.com> |
| **Sent:** | Wednesday, August 16, 2017 3:13 PM |
| **To:** | Vejnoska, Christopher |
| **Cc:** | Arnold Levin; RHERMAN@hhklawfirm.com; Stengel, James; Shumsky, Eric A.; Shapiro, Marc R.; Davidson, Andrew K.; EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com); Harry Rosenberg (1219); Kenny, Mike; Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com); Fred Longer; Lenny Davis; Nicola Serianni; Keith Verrier |
| **Subject:** | RE: Bristol-Myers Squibb Motion |

Chris - even if we adjusted the briefing schedule, that would not solve the problem of piecemeal appeals of the same jurisdictional issues. For example, your supplemental motion in the district court addresses jurisdiction over BNBM under an agency theory, which is the same issue you are attempting to appeal in the Fifth Circuit. In addition, your petition for appeal cites BMS, but the record in the district court is not complete on that subject. All of this is occurring simultaneously. It would conserve judicial resources and be more prudent to have Judge Fallon rule on BMS first, and then you would have the opportunity to seek a review of all of your jurisdictional challenges at the same time.

Sandra L. Duggan
Of-Counsel
LEVIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 870-8258 - cell
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Vejnoska, Christopher [mailto:cvejnoska@orrick.com]
**Sent:** Wednesday, August 16, 2017 5:40 PM
**To:** Sandy Duggan
**Cc:** Arnold Levin; RHERMAN@hhklawfirm.com; Stengel, James; Shumsky, Eric A.; Shapiro, Marc R.; Davidson, Andrew K.;

1

EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com); Harry Rosenberg (1219); Kenny, Mike; Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com); Fred Longer; Lenny Davis; Nicola Serianni; Keith Verrier
**Subject:** RE: Bristol-Myers Squibb Motion

Sandy, thank you for your email.  We do not believe it is appropriate for the Court to vacate its 1292(b) certification order.  If, however, you would like to expedite the briefing and argument of the *Bristol-Myers Squibb* motion, we can discuss that with you.

Regards, Chris

---

**From:** Sandy Duggan [mailto:sduggan@lfsblaw.com]
**Sent:** Wednesday, August 16, 2017 9:52 AM
**To:** Vejnoska, Christopher <cvejnoska@orrick.com>
**Cc:** Arnold Levin <ALevin@lfsblaw.com>; RHERMAN@hhklawfirm.com; Stengel, James <jstengel@orrick.com>; Shumsky, Eric A. <eshumsky@orrick.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Davidson, Andrew K. <adavidson@orrick.com>; EEagan@gamb.law; Donna Phillips Currault (dcurrault@gordonarata.com) <dcurrault@gordonarata.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>; Kenny, Mike <Mike.Kenny@alston.com>; Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>; David Venderbush Esq. (david.venderbush@alston.com) <david.venderbush@alston.com>; Fred Longer <FLonger@lfsblaw.com>; Lenny Davis <ldavis@hhklawfirm.com>; Nicola Serianni <nserianni@lfsblaw.com>; Keith Verrier <KVerrier@lfsblaw.com>
**Subject:** RE: Bristol-Myers Squibb Motion

Chris – in light of the filing of a supplemental motion by CNBM/BNBM/BNBM Group in support their motions to dismiss based on the Supreme Court's decision in *Bristol-Myers Squibb* ("*BMS*"), requesting that "the Court dismiss all out-of-state plaintiffs from each of the actions, dismiss BNBM from the Florida and Virginia actions where the jurisdictional bases are predicated on an agency theory, and decertify the class" [Rec. Doc. 20894], the PSC intends to file a motion to vacate the District Court's order granting Defendants' 1292(b) motion on jurisdiction [Rec. Doc. 20890].  We propose that Defendants should have an opportunity to seek permission for immediate appellate review of all jurisdictional issues after the District Court has had an opportunity to rule on the *BMS* motion.  As it now stands, Defendants have sought relief in the Fifth Circuit before the District Court has ruled on the *BMS* motion.

Please treat this as an invitation to meet and confer on this issue today.  If we do not hear from you, we will assume you oppose such a motion to vacate.

Sandra L. Duggan
Of-Counsel
LEVIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 870-8258 - cell
(215) 592-4663 - fax
www.lfsblaw.com