**EXHIBIT C**

| | |
|---|---|
| **From:** | Sandy Duggan <sduggan@lfsblaw.com> |
| **Sent:** | Monday, August 21, 2017 4:52 PM |
| **To:** | Vejnoska, Christopher |
| **Cc:** | Arnold Levin; RHERMAN@hhklawfirm.com; Lenny Davis; Kenny, Mike; Bernard Taylor (bernard.taylor@alston.com); Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com); Stengel, James; Shumsky, Eric A.; Davidson, Andrew K.; Shapiro, Marc R.; Tim Eagan; Donna Currault; Alex B. Rothenberg; Harry Rosenberg (1219) |
| **Subject:** | RE: PSC Motion to Vacate Aug. 4 Order |

Dear Chris – we certainly would like to resolve all outstanding jurisdictional issues as soon as possible. Unfortunately, we have no idea how quickly the Fifth Circuit will rule on your 1292(b) petition. Given the current posture of your filings, we do not believe that the district court will be able to issue any rulings on your BMS motion (regardless of when we file our brief in response) prior to the time we must file our 1292(b) response in the Fifth Circuit (*i.e.*, by August 28th), which is why we asked you to agree to stay your appeal. In any event, we will make every effort to respond to your BMS motion prior to August 31st, but it will not be possible to do so by the date you suggested (August 23rd). As I told you, we are diligently working towards a detailed and comprehensive production of numerous materials related to remediation damages of class plaintiffs and Brooke plaintiffs. Our goal is to provide you with a Cloud Share File and spreadsheet this week.

Regards,

Sandra L. Duggan
Of-Counsel
LEVIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 870-8258 - cell
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Vejnoska, Christopher [mailto:cvejnoska@orrick.com]
**Sent:** Saturday, August 19, 2017 12:17 PM
**To:** Sandy Duggan
**Cc:** Arnold Levin; RHERMAN@hhklawfirm.com; Lenny Davis; Kenny, Mike; Bernard Taylor (bernard.taylor@alston.com); Eikhoff, Christy Hull; David Venderbush Esq. (david.venderbush@alston.com); Stengel, James; Shumsky, Eric A.; Davidson, Andrew K.; Shapiro, Marc R.; Tim Eagan; Donna Currault; Alex B. Rothenberg; Harry Rosenberg (1219)
**Subject:** PSC Motion to Vacate Aug. 4 Order

Dear Sandy,

We received the PSC's "emergency" motion to vacate the Court's 1292(b) certification. We were surprised to learn of this characterization, particularly given the lack of outreach by the PSC concerning a briefing schedule for its motion. In any event, since one of your expressed concerns is that the district court might not rule on our *BMS* motion until after the Fifth Circuit could rule on our 1292(b) certification request, we are willing to reinstate a shorter briefing schedule for the *BMS* motion. It was, after all, the PSC that requested a 16 day delay in that schedule, postponing its opposition from August 15 until August 31. If the PSC submits its opposition by August 23, we would submit our reply by Sept. 5, and the Court could rule on the motion (with or without oral argument on September 8) after that.

Regards, Chris

**L. Christopher Vejnoska**
Partner

Orrick
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
T +1-415-773-5916
M +1-925-766-7677
cvejnoska@orrick.com



**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.