UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** *ALL CASES* | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**DECLARATION OF DONNA PHILLIPS CURRAULT IN SUPPORT OF DEFENDANTS' OBJECTION TO THE COURT'S ORDER VACATING ITS § 1292(b) CERTIFICATION, AND REQUEST FOR EXPEDITED RESOLUTION OF *BMS* MOTION**

I, Donna Phillips Currault, make the following declaration pursuant to 28 U.S.C. § 1746.

1. I am an attorney licensed to practice law in the State of Louisiana. I am a member of Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC, and am enrolled as counsel for Defendants China National Building Materials Co., Ltd ("CNBM Company"). I respectfully submit this declaration in support of Defendants' Objection To The Court's Order Vacating Its § 1292(b) Certification, and Request for Expedited Resolution of *BMS* Motion.

2. After the PSC filed its Emergency Motion to Vacate the Court's August 4, 2017, Order Granting Defendants' Motion to Certify Immediate Appeal from the Court's Jurisdiction Order on August 17, 2017 (Rec. 20898), I called chambers to speak with the law clerk regarding the pending matter. During that call, I advised the law clerk that Defendants disagreed with the PSC's characterization of the motion as an "emergency," asked that Defendants be given until

August 31, 2017, to respond, and asked for a brief call with the judge and counsel if he was considering anything sooner.

    I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 5th day of September 2017, in New Orleans, Louisiana

                                      */s/ Donna Phillips Currault*
                                      DONNA PHILLIPS CURRAULT