# EXHIBIT

# "A"

CLOSED

# United States District Court
# Southern District of West Virginia (Charleston)
# CIVIL DOCKET FOR CASE #: 2:12-cv-06950

| | |
|---|---|
| Oliver v. Ethicon, Inc. et al | Date Filed: 10/24/2012 |
| Assigned to: Judge Joseph R. Goodwin | Date Terminated: 07/27/2017 |
| Lead case: 2:12-md-02327 | Jury Demand: Plaintiff |
| Member case: (View Member Case) | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Case in other court: Minnesota, 0:12-cv-02430 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Product Liability | |

**Plaintiff**

**Sylvia Oliver**    represented by    **Charles H. Johnson**
LAW OFFICES OF CHARLES H. JOHNSON
2599 Mississippi Street
New Brighton, MN 55112
651/633-5685
Fax: 651/633-4442
Email: bdehkes@charleshjohnsonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan R. Mencel**
LAW OFFICES OF CHARLES H. JOHNSON
2599 Mississippi Street
New Brighton, MN 55112
651/633-5685
Fax: 651/633-4442
Email: jmencel@charleshjohnsonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ethicon, Inc.**
*and*    represented by    **Christy D. Jones**
BUTLER SNOW
P. O. Box 6010
Ridgeland, MS 39158-6010
601/948-5711

Fax: 601/985-4500
Email: christy.jones@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Thomas**
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824
304/414-1800
Fax: 304/414-1801
Email: dthomas@tcspllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kari L. Sutherland**
BUTLER SNOW
P. O. Box 1138
Oxford, MS 38655
901/680-7354
Fax: 901/680-7201
Email: kari.sutherland@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Aaron Kasten**
FRIDAY ELDREDGE & CLARK
Suite 2000
400 West Capitol Avenue
Little Rock, AR 72201-3522
501/376-2011
Fax: 501/376-2147
Email: mkasten@fridayfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip J. Combs**
THOMAS COMBS & SPANN
P. O. Box 3824
Charleston, WV 25338-3824
304/414-1800
Fax: 304/414-1801
Email: pcombs@tcspllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Robinson**
THOMAS COMBS & SPANN

P. O. Box 3824
Charleston, WV 25338-3824
304/414-1800
Fax: 304/414-1801
Email: srobinson@tcspllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Dickerson Young**
FRIDAY ELDREDGE & CLARK
Suite 2000
400 West Capitol Avenue
Little Rock, AR 72201-3522
501/370-1429
Fax: 501/244-5329
Email: kyoung@fridayfirm.com
*ATTORNEY TO BE NOTICED*

**William M. Gage**
BUTLER SNOW
P. O. Box 6010
Ridgeland, MS 39158-6010
601/985-4561
Fax: 601/985-4500
Email: william.gage@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson & Johnson**  represented by  **Christy D. Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kari L. Sutherland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Aaron Kasten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip J. Combs**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Robinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly Dickerson Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William M. Gage**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2012 | 1 | COMPLAINT against Ethicon, Inc., Johnson & Johnson ( Filing fee $ 350 receipt number 40067931.) assigned to Judge Ann D. Montgomery per Master List and referred to Magistrate Judge Steven E. Rau, filed by Sylvia Oliver. (Attachments: # 1 Civil Cover Sheet) (kt) [Transferred from Minnesota on 10/24/2012.] |
| 09/21/2012 | | Summons Issued as to Ethicon, Inc., Johnson & Johnson. (kt) [Transferred from Minnesota on 10/24/2012.] |
| 09/24/2012 | 2 | ORDER OF RECUSAL. Magistrate Judge Steven E. Rau recused. Case reassigned to Magistrate Judge Franklin L. Noel for all further proceedings. **NOTE:** the new case number is **12cv2430 ADM/FLN**. Please use this case number for all subsequent pleadings. Signed by Magistrate Judge Steven E. Rau on 9/24/2012. (JME) [Transferred from Minnesota on 10/24/2012.] |
| 09/25/2012 | 3 | ORDER OF RECUSAL. Magistrate Judge Franklin L. Noel recused. Case reassigned to Chief Mag. Judge Arthur J. Boylan for all further proceedings. **NOTE:** the new case number is **12cv2430 ADM/AJB**. Please use this case number for all subsequent pleadings. Signed by Magistrate Judge Franklin L. Noel on 9/25/2012. (JME) [Transferred from Minnesota on 10/24/2012.] (Entered: 09/26/2012) |
| 09/28/2012 | 4 | REQUEST FOR WAIVER of Service sent to Ethicon, Inc., Route 22 West, Somerville, NJ 08876; Johnson & Johnson, 1 Johnson & Johnson Plaza, New Brunswick, NJ 08933 on 9/28/12 by Sylvia Oliver. Waiver of Service due by 10/29/2012. (Attachments: # 1 Waiver of Summons Form, # 2 Certificate of Service)(Mencel, Jonathan) [Transferred from Minnesota on 10/24/2012.] |
| 10/24/2012 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-63), transferring case to the Southern District of West Virginia per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Joseph R. Goodwin. (akl) [Transferred from Minnesota on 10/24/2012.] |

| Date | # | Description |
|---|---|---|
| 10/24/2012 | 6 | CASE TRANSFERRED IN from the Minnesota; Case Number 0:12-cv-02430. Original file certified copy of transfer order and docket sheet received. |
| 10/25/2012 | 7 | TRANSMITTED PRETRIAL ORDER 19 (Order Amending PTO # 16, Scheduling and Rescheduling Future Status Conferences) entered on 10/23/2012 in MDL 2327 to attorneys in member case. (jap) |
| 11/02/2012 | 8 | WAIVER OF SERVICE EXECUTED. Waiver signed by Philip J. Combs, Attorney for Ethicon, Inc. on 10/29/12. Ethicon, Inc. waiver mailed on 9/28/2012, answer due 11/27/2012. (Mencel, Jonathan) |
| 11/02/2012 | 9 | WAIVER OF SERVICE EXECUTED. Waiver signed by Philip J. Combs, Attorney for Johnson & Johnson on 10/29/12. Johnson & Johnson waiver mailed on 9/28/2012, answer due 11/27/2012. (Mencel, Jonathan) |
| 11/07/2012 | 10 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by David B. Thomas on behalf of Ethicon, Inc., Johnson & Johnson. (Thomas, David) |
| 11/07/2012 | 11 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by Susan M. Robinson on behalf of Ethicon, Inc., Johnson & Johnson. (Robinson, Susan) |
| 11/07/2012 | 12 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by Philip J. Combs on behalf of Ethicon, Inc., Johnson & Johnson. (Combs, Philip) |
| 12/07/2012 | 13 | AMENDED SHORT FORM COMPLAINT filed by Sylvia Oliver against Ethicon, Inc., Johnson & Johnson,. (Mencel, Jonathan) |
| 03/23/2015 | 14 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by Christy D. Jones on behalf of Ethicon, Inc., Johnson & Johnson. (Jones, Christy) |
| 12/17/2015 | 15 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by William M. Gage on behalf of Ethicon, Inc., Johnson & Johnson. (Gage, William) |
| 02/21/2017 | 16 | VACATED PURSUANT TO 43 ORDER ENTERED 5/25/2017: PRETRIAL ORDER # 248 (Docket Control Order - Wave 5 Cases) The cases attached hereto as Exhibit A will be known as "Ethicon Wave 5 cases" and the following deadlines apply: *Scheduling Deadlines.* Plaintiff Fact Sheets due by 3/22/2017, Defendant Fact Sheets due by 4/22/2017, Deadline for written discovery requests is 6/05/2017, Expert disclosure by plaintiffs due by 5/22/2017, Expert disclosure by defendants due by 6/19/2017, Expert disclosure for rebuttal purposes due by 7/05/2017, Deposition deadline and close of discovery is 7/19/2017, Filing of Dispositive Motions due by 8/08/2017, Response to Dispositive Motions due by 8/22/2017, Reply to response to dispositive motions due by 8/29/2017, Filing of Daubert motions due by 8/15/2017, Responses to Daubert motions due by 8/29/2017, and Reply to response to Daubert motions due by 9/05/2017. *Confidential Documents.* In the event there are issues related to sealing of confidential documents that the parties are unable to resolve, they must be brought to the courts attention in a consolidated manner as follows: A |

| | | |
|---|---|---|
| | | consolidated motion to seal is due on or before 6/28/2017, any response is due 7/12/2017 and any reply is due 7/19/2017. *Venue Recommendations.* By no later than 6/30/2017, the parties shall meet and confer concerning the appropriate venue for each of the cases, and the parties shall submit joint venue recommendations to the court by 7/10/2017. Signed by Judge Joseph R. Goodwin on 2/21/2017. (cc: Clerk of the JPMDL; attys) (REF: MDL 2327; Wave 5 Cases Listed on Exhibit A) (kp) (Modified on 5/25/2017 to note order has been vacated) (ts). |
| 02/21/2017 | 17 | NOTICE OF VIDEO DEPOSITION by Ethicon, Inc., Johnson & Johnson of David Lupo on 03/09/2017 at 9:00 a.m. (Gage, William) |
| 02/21/2017 | 18 | NOTICE OF VIDEO DEPOSITION by Ethicon, Inc., Johnson & Johnson of Susan Barr on 03/09/2017 at 9:00 a.m. (Gage, William) |
| 02/21/2017 | 19 | NOTICE OF VIDEO DEPOSITION by Ethicon, Inc., Johnson & Johnson of Edwin A Diaz on 3/13/2017 at 9:00 a.m. (Sutherland, Kari) |
| 02/22/2017 | 20 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by Kimberly Dickerson Young on behalf of Ethicon, Inc., Johnson & Johnson. (Young, Kimberly) |
| 03/14/2017 | 21 | NOTICE OF VIDEO DEPOSITION by Ethicon, Inc., Johnson & Johnson of Ms. Sylvia Oliver on April 10, 2017 at 9:00 a.m. (Young, Kimberly) |
| 03/14/2017 | 22 | AMENDED NOTICE OF VIDEO DEPOSITION by Ethicon, Inc., Johnson & Johnson of Dr. Edwin A. Diaz on May 23, 2017 at 1:00 p.m. (Young, Kimberly) |
| 03/15/2017 | 23 | CROSS NOTICE OF VIDEO DEPOSITION by Sylvia Oliver of Edwin A. Diaz, M.D. on May 23, 2017 at 1:00 pm (Attachments: # 1 Exhibit 1)(Johnson, Charles) |
| 03/15/2017 | 24 | AMENDED NOTICE OF VIDEO DEPOSITION by Ethicon, Inc., Johnson & Johnson of Dr. David Lupo on May 25, 2017 at 8:30 a.m. (Young, Kimberly) |
| 03/16/2017 | 25 | NOTICE OF VIDEO DEPOSITION by Sylvia Oliver of Dr. David Lupo on May 25, 2017 at 8:30 am (Attachment: # 1 Exhibit 1)(Johnson, Charles) |
| 03/22/2017 | 26 | SECOND AMENDED NOTICE OF VIDEO DEPOSITION by Ethicon, Inc., Johnson & Johnson of Dr. David Lupo on May 16, 2017 at 2:00 p.m. (Young, Kimberly) |
| 03/22/2017 | 27 | SECOND AMENDED NOTICE OF VIDEO DEPOSITION by Ethicon, Inc., Johnson & Johnson of Dr. Edwin A. Diaz on May 30, 2017 at 1:00 p.m. (Young, Kimberly) |
| 04/05/2017 | 28 | THIRD AMENDED NOTICE OF VIDEO DEPOSITION by Ethicon, Inc., Johnson & Johnson of Dr. Edwin A. Diaz on May 30, 2017 at 1:00 p.m. (Young, Kimberly) |
| 04/07/2017 | 29 | AMENDED CROSS NOTICE OF VIDEO DEPOSITION by Sylvia Oliver of Dr. Edwin Diaz on 5/30/2017 at 1:00 pm (Attachment: # 1 Exhibit 1)(Johnson, Charles) |
| 04/07/2017 | 30 | |

| | | |
|---|---|---|
| | | AMENDED CROSS NOTICE OF VIDEO DEPOSITION by Sylvia Oliver of Dr. David Lupo on 5/16/2017 at 2:00 pm (Attachment: # 1 Exhibit 1)(Johnson, Charles) |
| 04/25/2017 | 31 | STIPULATION AND AGREEMENT OF THE PARTIES REGARDING INDEPENDENT MEDICAL EXAMINATIONS OF PLAINTIFF SYLVIA OLIVER by Ethicon, Inc., Johnson & Johnson, Sylvia Oliver (Young, Kimberly) (Modified on 4/25/2017 to add party filer) (skh). |
| 04/26/2017 | 32 | AMENDED NOTICE OF VIDEO DEPOSITION by Ethicon, Inc., Johnson & Johnson of Dr. Susan Barr on May 26, 2017 at 9:00 a.m. (Young, Kimberly) |
| 05/03/2017 | 33 | CROSS NOTICE OF VIDEO DEPOSITION by Sylvia Oliver of Susan Barr, M.D. on 5/26/2017 at 9:00am (Attachment: # 1 Exhibit 1)(Johnson, Charles) |
| 05/10/2017 | 34 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by Martin Aaron Kasten on behalf of Ethicon, Inc., Johnson & Johnson. (Kasten, Martin) |
| 05/17/2017 | 35 | MOTION by Ethicon, Inc., Johnson & Johnson to Dismiss Based on Lack of Personal Jurisdiction (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Kasten, Martin) |
| 05/17/2017 | 36 | MEMORANDUM by Ethicon, Inc., Johnson & Johnson in support of 35 MOTION by Ethicon, Inc., Johnson & Johnson to Dismiss Based on Lack of Personal Jurisdiction (Kasten, Martin) |
| 05/22/2017 | 37 | CERTIFICATE OF SERVICE by Sylvia Oliver for Designation and Disclosure of General and Case-Specific Expert Witnesses. (Johnson, Charles) |
| 05/24/2017 | 38 | UNOPPOSED MOTION by Sylvia Oliver to Remove Case from Ethicon Wave 5 (Attachment: # 1 Proposed Order)(Johnson, Charles) |
| 05/24/2017 | 39 | WITHDRAWAL by Ethicon, Inc., Johnson & Johnson of 32 Amended Notice of Video Deposition of Dr. Susan Barr (Young, Kimberly) |
| 05/24/2017 | 40 | WITHDRAWAL by Ethicon, Inc., Johnson & Johnson of 28 Third Amended Notice of Video Deposition of Dr. Edwin A. Diaz (Young, Kimberly) |
| 05/24/2017 | 41 | WITHDRAWAL by Sylvia Oliver of 33 Cross-Notice of Video Deposition of Susan Barr, MD. (Johnson, Charles) |
| 05/24/2017 | 42 | WITHDRAWAL by Sylvia Oliver of 29 Amended Cross-Notice of Video Deposition of Edwin Diaz, MD. (Johnson, Charles) |
| 05/25/2017 | 43 | ORDER granting 38 UNOPPOSED MOTION by Sylvia Oliver to Remove Case from Ethicon Wave 5, and vacating 16 Pretrial Order # 248; directing the Clerk to remove the Wave 5 flag on the docket sheet. Signed by Judge Joseph R. Goodwin on 5/25/2017. (cc: counsel of record; any unrepresented party) (ts) |
| 05/31/2017 | 44 | MEMORANDUM OF LAW by Sylvia Oliver in opposition to 35 MOTION by Ethicon, Inc., Johnson & Johnson to Dismiss Based on Lack of Personal Jurisdiction (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Johnson, Charles) |
| 06/07/2017 | 45 | |

|  |  |  |
|---|---|---|
|  |  | REPLY by Ethicon, Inc., Johnson & Johnson to 44 Memorandum In Opposition. (Kasten, Martin) (Modified on 6/7/2017 to convert event to reply to response and to correct link to #44 memorandum) (skh). |
| 06/16/2017 | 46 | PLAINTIFF FACT SHEET filed by Sylvia Oliver. (Johnson, Charles) |
| 06/16/2017 | 47 | PLAINTIFF PROFILE FORM filed by Sylvia Oliver. (Johnson, Charles) |
| 07/27/2017 | 48 | MEMORANDUM OPINION AND ORDER (Dismissing Without Prejudice for Lack of Personal Jurisdiction) granting 35 MOTION by Ethicon, Inc., Johnson & Johnson to Dismiss Based on Lack of Personal Jurisdiction; the defendants are DISMISSED without prejudice, as more fully set forth herein. Signed by Judge Joseph R. Goodwin on 7/27/2017. (cc: counsel of record; any unrepresented party) (brn) |
| 07/27/2017 | 49 | JUDGMENT ORDER In accordance with the accompanying Memorandum Opinion and Order of this date, the court ORDERS that this case be DISMISSED and STRICKEN from the docket of this court. Signed by Judge Joseph R. Goodwin on 7/27/2017. (cc: counsel of record; any unrepresented party) (brn) |
| 07/27/2017 | 50 | TRANSMITTED CERTIFIED COPY of 49 Judgment Order to counsel of record and any unrepresented party. (brn) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 09/11/2017 11:29:52 ||||
| **PACER Login:** | lfsblaw0044:2586701:4460865 | **Client Code:** | Chinese Drywall |
| **Description:** | Docket Report | **Search Criteria:** | 2:12-cv-06950 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |