# EXHIBIT

# "B"

# U.S. District Court
## Eastern District of Missouri (St. Louis)
## CIVIL DOCKET FOR CASE #: 4:17-cv-00865-AGF

Jordan et al v. Bayer Corp. et al
Assigned to: District Judge Audrey G. Fleissig
Case in other court: Circuit Court of the City of St. Louis,
                     MO, 1722-CC00173
Cause: 28:1446 Petition for Removal

Date Filed: 03/09/2017
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Laveta Jordan**                    represented by   **Eric D. Holland**
                                                      HOLLAND LAW FIRM LLC
                                                      300 N. Tucker Blvd.
                                                      Suite 801
                                                      St. Louis, MO 63101
                                                      314-241-8111
                                                      Fax: 314-241-5554
                                                      Email: eholland@allfela.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Gregory J. Bubalo**
                                                      BUBALO GOODE PLC
                                                      9300 Shelbyville Rd.
                                                      Suite 210
                                                      Louisville, KY 40222
                                                      502-753-1600
                                                      Fax: 502-753-1601
                                                      Email: gbubalo@bubalolaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Katherine Ann Dunnington**
                                                      BUBALO GOODE PLC
                                                      9300 Shelbyville Rd.
                                                      Suite 210
                                                      Louisville, KY 40222
                                                      502-753-1606
                                                      Fax: 502-753-1601
                                                      Email: kdunnington@bubalolaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Randall S. Crompton**
                                                      HOLLAND LAW FIRM LLC
                                                      300 N. Tucker Blvd.

Suite 801
St. Louis, MO 63101
314-241-8111
Fax: 314-241-5554
Email: scrompton@allfela.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Henk**                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Randall S. Crompton**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janna Laatu**                     represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Randall S. Crompton**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tymesha Hunt**                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Randall S. Crompton**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Baggett**                represented by   **Eric D. Holland**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Gregory J. Bubalo**
                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Ann Dunnington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Baird**                    represented by    **Eric D. Holland**
*TERMINATED: 07/14/2017*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Randall S. Crompton**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Blair**                    represented by    **Eric D. Holland**
*TERMINATED: 07/14/2017*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Randall S. Crompton**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meagan Brady**                    represented by    **Eric D. Holland**
*TERMINATED: 07/14/2017*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Randall S. Crompton**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darla Brown**                    represented by    **Eric D. Holland**
*TERMINATED: 07/14/2017*                              (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Clark**                  represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Randall S. Crompton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Clark**                  represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Randall S. Crompton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ajike Coates**                     represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Randall S. Crompton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ebony Cox**                        represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Randall S. Crompton**
                                                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Denbow**                     represented by   **Eric D. Holland**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Gregory J. Bubalo**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Katherine Ann Dunnington**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Randall S. Crompton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Diaz**                         represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Randall S. Crompton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dezire Diaz**                       represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Randall S. Crompton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Dischbein**                represented by   **Eric D. Holland**
                                                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory J. Bubalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Ann Dunnington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Arlene Dominguez**                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Randall S. Crompton**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Natahsa Ebarb**                       represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Randall S. Crompton**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Noelle Edwards**                      represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Randall S. Crompton**
                                                         (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacey Euells**                            represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Randall S. Crompton**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renee Ewing**                              represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Randall S. Crompton**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shalenna Fonua**                           represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Randall S. Crompton**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugenia Gall**                             represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Randall S. Crompton**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Garza**                              represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                      (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Randall S. Crompton**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iliana Gonzalez**                           represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                      (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Randall S. Crompton**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Graham**                             represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                      (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Randall S. Crompton**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Candace Grof**                              represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                      (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Randall S. Crompton**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Head**                                  represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                      (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

Randall S. Crompton
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherri Helms**                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

Randall S. Crompton
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tabatha Hicks**                   represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

Randall S. Crompton
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Javonda Hill**                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

Randall S. Crompton
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany Hodges**                  represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

Randall S. Crompton
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Hogan**                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Randall S. Crompton**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zena Moore Hollins**              represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Randall S. Crompton**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Penny Howard**                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Randall S. Crompton**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shatrica Howard**                 represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Randall S. Crompton**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristin Huerta**                  represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                             (See above for address)
                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marci Hughes**                          represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Randall S. Crompton**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Johnson**                         represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Randall S. Crompton**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenny Johnson**                         represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Randall S. Crompton**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Kamber**                          represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Randall S. Crompton**
                                                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Kearn**                           represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Randall S. Crompton**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wendy Kelley**                             represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Randall S. Crompton**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Laplant**                            represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Randall S. Crompton**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristian Lee**                             represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Randall S. Crompton**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Little**                              represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jessica Loudermilk**                            represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jennifer Marecle**                              represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Starlita McCall**                               represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Marian McGowan**                                represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Mendez**                    represented by    **Eric D. Holland**
*TERMINATED: 07/14/2017*                           (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Randall S. Crompton**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Meyers**                  represented by    **Eric D. Holland**
*TERMINATED: 07/14/2017*                           (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Randall S. Crompton**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Miruka**                   represented by    **Eric D. Holland**
*TERMINATED: 07/14/2017*                           (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Randall S. Crompton**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Mott**                 represented by    **Eric D. Holland**
*TERMINATED: 07/14/2017*                           (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Randall S. Crompton**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Nagy**
*TERMINATED: 07/14/2017*

represented by **Eric D. Holland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**April Neely**
*TERMINATED: 07/14/2017*

represented by **Eric D. Holland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Nwankwo**
*TERMINATED: 07/14/2017*

represented by **Eric D. Holland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regina O'Neal**
*TERMINATED: 07/14/2017*

represented by **Eric D. Holland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darylyne Osborne**
*TERMINATED: 07/14/2017*

represented by **Eric D. Holland**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lakesha Owens**                 represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Pagliarini**            represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelli Parr**                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Paxson**                represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Princilla Pearson**                    represented by    **Eric D. Holland**
*TERMINATED: 07/14/2017*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Randall S. Crompton**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashely Peeples**                       represented by    **Eric D. Holland**
*TERMINATED: 07/14/2017*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Randall S. Crompton**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gracelyn Pruitt**                      represented by    **Eric D. Holland**
*TERMINATED: 07/14/2017*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Randall S. Crompton**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany Queen**                        represented by    **Eric D. Holland**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Gregory J. Bubalo**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Katherine Ann Dunnington**
                                                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hilda Ramirez-Villegas**                represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Randall S. Crompton**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Randels**                      represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Randall S. Crompton**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monica Reineir**                        represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Randall S. Crompton**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Rivera**                          represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Randall S. Crompton**
                                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa Rivera**                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Randall S. Crompton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Asya Rodgers**                      represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Randall S. Crompton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Rogers**                     represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Randall S. Crompton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tabitha Ross**                      represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Randall S. Crompton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Rutan**                    represented by  **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cristina Ruvalcaba**           represented by  **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophia Silva**                 represented by  **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hollie Sledge**                represented by  **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Strickland**           represented by  **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

Randall S. Crompton
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Strickland**                                   represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                              (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Randall S. Crompton**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Sullivan**                                   represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                              (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Randall S. Crompton**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenesha Thomas**                                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                              (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Randall S. Crompton**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcelina Turcios**                                 represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                              (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Randall S. Crompton**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Ward**                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica Ware**                    represented by   **Eric D. Holland**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Gregory J. Bubalo**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Katherine Ann Dunnington**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nina Weaver**                   represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Randall S. Crompton**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Weber**                 represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Weedman**                 represented by   **Eric D. Holland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory J. Bubalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Ann Dunnington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lavena Wilkerson**                 represented by   **Eric D. Holland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory J. Bubalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Ann Dunnington**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall S. Crompton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Williams**                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Randall S. Crompton**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnnie Williams**                    represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Randall S. Crompton**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charli Zovak**                        represented by   **Eric D. Holland**
*TERMINATED: 07/14/2017*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Randall S. Crompton**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bayer Corp.**                         represented by   **W. Jason Rankin**
                                                         HEPLER BROOM
                                                         211 North Broadway
                                                         Suite 2700
                                                         St. Louis, MO 63102
                                                         314-241-6160
                                                         Fax: 314-241-6116
                                                         Email: wjr@heplerbroom.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer Healthcare LLC**                represented by

W. Jason Rankin
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer Essure, Inc.**                 represented by  **W. Jason Rankin**
*formerly known as*                                   (See above for address)
Conceptus, Inc.                                       *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer HealthCare Pharmaceuticals,**  represented by  **W. Jason Rankin**
**Inc.**                                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer A.G.**
*TERMINATED: 07/13/2017*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2017 | 1 | NOTICE OF REMOVAL from Circuit Court of the City of St. Louis, MO, case number 1722-CC00173, with receipt number 0865-5851834, in the amount of $400 Jury Demand,, filed by Bayer Corp., Bayer Essure, Inc. f/k/a Conceptus, Inc., Bayer Healthcare LLC, Bayer HealthCare Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Civil Cover Sheet, # 12 Original Filing Form )(Rankin, W.) (Entered: 03/09/2017) |
| 03/09/2017 | 2 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendants Bayer Corp., Bayer Essure, Inc. f/k/a Conceptus, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC Sent To: Plaintiff (Attachments: # 1 Attachment Notice of Removal - witouth exhibits)(Rankin, W.) (Entered: 03/09/2017) |
| 03/09/2017 | 3 | MOTION for Leave to File in Excess of Page Limitation *Their Memorandum of Law in Support of Their Motion to Dismiss* by Defendants Bayer Corp., Bayer Essure, Inc. f/k/a Conceptus, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC. (Rankin, W.) (Entered: 03/09/2017) |
| 03/09/2017 | 4 | MOTION to Dismiss for Lack of Jurisdiction by Defendants Bayer Corp., Bayer Essure, Inc. f/k/a Conceptus, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC. (Rankin, W.) (Entered: 03/09/2017) |
| 03/09/2017 | 5 | MEMORANDUM in Support of Motion re 4 MOTION to Dismiss for Lack of Jurisdiction filed by Defendants Bayer Corp., Bayer Essure, Inc. f/k/a |

| | | |
|---|---|---|
| | | Conceptus, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC. (Rankin, W.) (Entered: 03/09/2017) |
| 03/09/2017 | 6 | MEMORANDUM re 5 Memorandum in Support of Motion, by Defendants Bayer Corp., Bayer Essure, Inc. f/k/a Conceptus, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(Rankin, W.) (Entered: 03/09/2017) |
| 03/09/2017 | 7 | MOTION to Sever by Defendants Bayer Corp., Bayer Essure, Inc. f/k/a Conceptus, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC. (Rankin, W.) (Entered: 03/09/2017) |
| 03/09/2017 | 8 | MEMORANDUM in Support of Motion re 7 MOTION to Sever filed by Defendants Bayer Corp., Bayer Essure, Inc. f/k/a Conceptus, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC. (Attachments: # 1 Exhibit A)(Rankin, W.) (Entered: 03/09/2017) |
| 03/09/2017 | 9 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendants Bayer Corp., Bayer Essure, Inc. f/k/a Conceptus, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC.. (Rankin, W.) (Entered: 03/09/2017) |
| 03/10/2017 | 10 | Petition (Removal/Transfer) Received From: Circuit Court, City of St. Louis, filed by Tiffany Hodges, Javonda Hill, Michelle Weedman, Kelli Parr, Stacey Euells, Monica Reineir, Jessica Blair, Hollie Sledge, Iliana Gonzalez, Arlene Dominguez, Nancy Rivera, Dezire Diaz, Wendy Kelley, Jennifer Mott, Kenesha Thomas, Asya Rodgers, Teresa Graham, April Neely, Lakesha Owens, Noelle Edwards, Melissa Williams, Felicia Weber, Christine Clark, Tabatha Hicks, Zena Moore Hollins, Lavena Wilkerson, Cristina Ruvalcaba, Jessica Loudermilk, Erica Ware, Johnnie Williams, Amy Rutan, Princilla Pearson, Amy Head, Starlita McCall, Marci Hughes, Crystal Paxson, Michelle Nwankwo, Jenny Johnson, Ajike Coates, Dawn Diaz, Jessica Strickland, Amy Mendez, Darylyne Osborne, Jane Nagy, Vanessa Rivera, Ashely Peeples, Amber Laplant, Tammy Ward, Tabitha Ross, Natahsa Ebarb, Melissa Pagliarini, Dawn Miruka, Gracelyn Pruitt, Patricia Randels, Tiffany Queen, Jennifer Dischbein, Heather Henk, Laveta Jordan, Nina Weaver, Sherri Helms, Tina Strickland, Nicole Garza, Candace Grof, Amanda Sullivan, Ashley Rogers, Kelly Johnson, Cheryl Denbow, Hilda Ramirez-Villegas, Regina O'Neal, Jennifer Marecle, Eugenia Gall, Robin Meyers, Sophia Silva, Renee Ewing, Amber Kamber, Kristian Lee, Shalenna Fonua, Ebony Cox, Ashley Baird, Marcelina Turcios, Penny Howard, Janna Laatu, Charli Zovak, Darla Brown, Marian McGowan, Elizabeth Little, Meagan Brady, Kristin Huerta, Tymesha Hunt, Andrea Hogan, Shatrica Howard, Kimberly Kearn, Jennifer Baggett.(BAK) (Entered: 03/10/2017) |
| 03/10/2017 | | Case Opening Notification: All parties must file the Notice Regarding Magistrate Judge Jurisdiction Form consenting to or opting out of the Magistrate Judge jurisdiction. Click here for the instructions. Judge Assigned: U.S. Magistrate Judge Nannette A. Baker. (BAK) (Entered: 03/10/2017) |
| 03/10/2017 | 11 | |

| | | |
|---|---|---|
| | | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC Sent To: State Court - Executed (Rankin, W.) (Entered: 03/10/2017) |
| 03/10/2017 | 12 | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401. (CSAW) (Entered: 03/10/2017) |
| 03/16/2017 | 13 | MOTION for Leave to File in Excess of Page Limitation *their Memorandum of Law in Support of Their Motion to Remand* by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Attachments: # 1 Text of Proposed Order)(Holland, Eric) (Entered: 03/16/2017) |
| 03/16/2017 | 14 | MOTION to Remand Case to State Court to St. Louis City by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, |

| | | |
|---|---|---|
| | | Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 03/16/2017) |
| 03/16/2017 | 15 | MEMORANDUM in Support of Motion re 14 MOTION to Remand Case to State Court to St. Louis City filed by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 03/16/2017) |
| 03/16/2017 | 16 | MOTION to Stay by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, |

|            |     | Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 03/16/2017) |
|------------|-----|---------------------------------------------------------------------|
| 03/16/2017 | 17  | MEMORANDUM in Support of Motion re 16 MOTION to Stay *Proceedings and Response to Defendants Motion to Dismiss and Motion to Sever* filed by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Entered: 03/16/2017) |
| 03/23/2017 | 18  | MOTION for Leave to File in Excess of Page Limitation *re Opposition to Plaintiffs' Motion to Remand* by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC. (Rankin, W.) (Entered: 03/23/2017) |
| 03/23/2017 | 19  | RESPONSE in Opposition re 14 MOTION to Remand Case to State Court to St. Louis City filed by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC. (Rankin, W.) (Entered: 03/23/2017) |
| 03/23/2017 | 20  | RESPONSE to Motion re 16 MOTION to Stay filed by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC. (Rankin, W.) (Entered: 03/23/2017) |
| 03/29/2017 |     | Notice from Clerk instructing Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC to submit Notice regarding Magistrate Judge Jurisdiction. Click here for the instructions. (KJS) (Entered: 03/29/2017) |
| 03/29/2017 | 21  | CJRA ORDER (GJL). Magistrate Judge Nannette A. Baker termed. Case reassigned to District Judge Carol E. Jackson for all further proceedings (KJS) (Entered: 03/29/2017) |
| 03/30/2017 | 22  | REPLY to Response to Motion re 16 MOTION to Stay filed by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, |

| | | |
|---|---|---|
| | | Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 03/30/2017) |
| 03/30/2017 | 23 | REPLY to Response to Motion re 14 MOTION to Remand Case to State Court to St. Louis City filed by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 03/30/2017) |
| 04/03/2017 | 24 | MOTION for Leave to File Notice of Supplemental Authority in Support of Their Opposition to Plaintiffs' Motion to Remand by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC. (Attachments: # 1 Exhibit Exhibit A - Notice of Supplemental Authority) (Rankin, W.) (Entered: 04/03/2017) |
| | | |

| | | |
|---|---|---|
| 04/04/2017 | 25 | Docket Text ORDER: GRANTING 24 MOTION for Leave to File Notice of Supplemental Authority in Support of Their Opposition to Plaintiffs' Motion to Remand by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC.. Signed by District Judge Carol E. Jackson on 4/4/17. (KKS) (Entered: 04/04/2017) |
| 04/04/2017 | 26 | BAYERS NOTICE OF SUPPLEMENTAL AUTHORITY 19 Response in Opposition to Motion by Defendants Bayer A.G., Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals Inc., Bayer Healthcare LLC. re 14 MOTION to Remand Case to State Court to St. Louis City, (KKS) (Entered: 04/04/2017) |
| 04/11/2017 | 27 | RESPONSE to Motion re 24 MOTION for Leave to File Notice of Supplemental Authority in Support of Their Opposition to Plaintiffs' Motion to Remand filed by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 04/11/2017) |
| 05/04/2017 | 28 | NOTICE Supplemental Authority: by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla |

| | | |
|---|---|---|
| | | Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak re 14 MOTION to Remand Case to State Court to St. Louis City (Attachments: # 1 Exhibit)(Holland, Eric) (Entered: 05/04/2017) |
| 05/11/2017 | 29 | NOTICE Supplemental Authority: by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak re 14 MOTION to Remand Case to State Court to St. Louis City (Attachments: # 1 Exhibit A)(Crompton, Randall) (Entered: 05/11/2017) |
| 06/05/2017 | 30 | Docket Text ORDER: Re: 3 , 13 , 18 MOTIONS for Leave to File in Excess of Page Limitation. ORDERED: LEAVE GRANTED. Signed by District Judge Carol E. Jackson on 6/5/2017. (CBL) (Entered: 06/05/2017) |
| 06/06/2017 | 31 | MOTION for Leave to *File a Notice of Supplemental Authority in Support of Their Motion to Dismiss and in Support of Their Opposition to Plaintiffs' Motion to Remand* by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. (Attachments: # 1 Exhibit A - Notice of Supplemental Authority)(Rankin, W.) (Entered: 06/06/2017) |
| 06/07/2017 | 32 | Docket Text ORDER: GRANTING 31 MOTION for Leave to *File a Notice of Supplemental Authority in Support of Their Motion to Dismiss and in Support of Their Opposition to Plaintiffs' Motion to Remand* by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. Re: 4 14 . Signed by District Judge Carol E. Jackson on 6/7/17. (KKS) (Entered: 06/07/2017) |
| | | |

| | | |
|---|---|---|
| 06/07/2017 | 33 | DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY re 4 MOTION to Dismiss for Lack of Jurisdiction , 14 MOTION to Remand Case to State Court to St. Louis City by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. (KKS) (Entered: 06/07/2017) |
| 06/15/2017 | 34 | PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICES OF SUPPLEMENTAL AUTHORITY re: 33 by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak re 33 Supplemental, *Plaintiffs' Response to Defendants' Notice of Supplemental Authority* (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Holland, Eric) Modified on 6/16/2017 (KKS). (Entered: 06/15/2017) |
| 07/06/2017 | 35 | MOTION for Leave to File a Notice of Supplemental Authority in Support of their Motion to Dismiss and in Support of Their Opposition to Plaintiffs' Motion to Remand by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. (Attachments: # 1 Exhibit A - Defendants' Notice of Supplemental Authority)(Rankin, W.) (Entered: 07/06/2017) |
| 07/07/2017 | 36 | Docket Text ORDER: Re: 35 MOTION for Leave to File a Notice of Supplemental Authority in Support of their Motion to Dismiss and in Support of Their Opposition to Plaintiffs' Motion to Remand by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. (Attachments: # 1 Exhibit A - Defendants' Notice of Supplemental Authority)(Rankin, W.) ; ORDERED GRANTED. Signed by District Judge Carol E. Jackson on 7/7/17. (JAB) (Entered: 07/07/2017) |
| 07/07/2017 | 37 | NOTICE of Supplemental Authority by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC re 19 Response in Opposition to Motion, 4 MOTION to Dismiss for Lack of Jurisdiction (JAB) (Entered: 07/07/2017) |

| 07/13/2017 | 38 | RESPONSE re 37 Notice of Supplemental Authoriy by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) Modified text on 7/14/2017 (JAB). (Entered: 07/13/2017) |
| 07/13/2017 | 39 | AMENDED COMPLAINT against defendant All Defendants , filed by Tiffany Hodges, Javonda Hill, Michelle Weedman, Kelli Parr, Stacey Euells, Monica Reineir, Jessica Blair, Hollie Sledge, Iliana Gonzalez, Arlene Dominguez, Nancy Rivera, Dezire Diaz, Wendy Kelley, Jennifer Mott, Kenesha Thomas, Asya Rodgers, Teresa Graham, April Neely, Lakesha Owens, Noelle Edwards, Melissa Williams, Felicia Weber, Christine Clark, Tabatha Hicks, Zena Moore Hollins, Lavena Wilkerson, Cristina Ruvalcaba, Jessica Loudermilk, Erica Ware, Johnnie Williams, Amy Rutan, Princilla Pearson, Amy Head, Starlita McCall, Marci Hughes, Crystal Paxson, Michelle Nwankwo, Jenny Johnson, Ajike Coates, Dawn Diaz, Jessica Strickland, Amy Mendez, Darylyne Osborne, Jane Nagy, Vanessa Rivera, Ashely Peeples, Amber Laplant, Tammy Ward, Tabitha Ross, Natahsa Ebarb, Melissa Pagliarini, Dawn Miruka, Gracelyn Pruitt, Patricia Randels, Tiffany Queen, Jennifer Dischbein, Heather Henk, Laveta Jordan, Nina Weaver, Sherri Helms, Tina Strickland, Nicole Garza, Candace Grof, Amanda Sullivan, Ashley Rogers, Kelly Johnson, Cheryl Denbow, Hilda Ramirez-Villegas, Regina O'Neal, Jennifer Marecle, Eugenia Gall, Robin Meyers, Sophia Silva, Renee Ewing, Amber Kamber, Kristian Lee, Shalenna Fonua, Ebony Cox, Ashley Baird, Marcelina Turcios, Penny Howard, Janna Laatu, Charli Zovak, Darla Brown, Marian McGowan, Elizabeth Little, Meagan Brady, Kristin Huerta, Tymesha Hunt, Andrea Hogan, Shatrica Howard, Kimberly Kearn, Jennifer Baggett.(Holland, Eric) (Entered: 07/13/2017) |
| 07/14/2017 | 40 | MEMORANDUM AND ORDER - IT IS HEREBY ORDERED that defendants' motion to dismiss for lack of personal jurisdiction [Doc. [#4]] is granted as to the claims of all non- Missouri plaintiffs, except plaintiff Jennifer Dischbein. IT IS FURTHER ORDERED that remaining plaintiffs Laveta Jordan, Jennifer Baggett, Cheryl Denbow, Jennifer Dischbein, Tiffany Queen, Erica Ware, |

|  |  |  |
|---|---|---|
|  |  | Michelle Weedman, and Lavena Wilkerson shall have until August 1, 2017, to file an amended complaint setting forth their claims against the defendants. IT IS FURTHER ORDERED that defendants' motion to dismiss the complaint for failure to state a claim or federal preemption is denied without prejudice. IT IS FURTHER ORDERED that defendants' motion to sever [Doc. # 7 ] is denied as moot. IT IS FURTHER ORDERED that plaintiffs' motion to remand [Doc. # 14 ] is denied. IT IS FURTHER ORDERED that plaintiffs' motion to stay is denied as moot. 16 ( Response to Court due by 8/1/2017.). Signed by District Judge Carol E. Jackson on 7/14/17. (KKS) (Entered: 07/14/2017) |
| 07/17/2017 | 41 | MOTION for Discovery *to Allow Jurisdictional Discovery* by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Holland, Eric) (Entered: 07/17/2017) |
| 07/17/2017 | 42 | MEMORANDUM in Support of Motion re 41 MOTION for Discovery *to Allow Jurisdictional Discovery* filed by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, |

| | | |
|---|---|---|
| | | Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 07/17/2017) |
| 07/17/2017 | 43 | MOTION for Leave to File Amended Petition by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 07/17/2017) |
| 07/17/2017 | 44 | MEMORANDUM in Support of Motion re 43 MOTION for Leave to File Amended Petition filed by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina |

| | | |
|---|---|---|
| | | Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 07/17/2017) |
| 07/17/2017 | 45 | MOTION for Reconsideration re 40 Memorandum & Order,,,, by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 07/17/2017) |
| 07/17/2017 | 46 | MEMORANDUM in Support of Motion re 45 MOTION for Reconsideration re 40 Memorandum & Order,,,, filed by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 07/17/2017) |

| 07/21/2017 | 47 | NOTICE Intent to File Opposition: by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC re 41 MOTION for Discovery *to Allow Jurisdictional Discovery*, 45 MOTION for Reconsideration re 40 Memorandum & Order,,,, , 43 MOTION for Leave to File Amended Petition (Rankin, W.) (Entered: 07/21/2017) |
|---|---|---|
| 07/24/2017 | 48 | RESPONSE in Opposition re 45 MOTION for Reconsideration re 40 Memorandum & Order,,,, filed by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. (Rankin, W.) (Entered: 07/24/2017) |
| 07/24/2017 | 49 | MEMORANDUM re 48 Response in Opposition to Motion *Defendants' Request for Judicial Notice* by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Rankin, W.) (Entered: 07/24/2017) |
| 07/24/2017 | 50 | RESPONSE in Opposition re 43 MOTION for Leave to File Amended Petition filed by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. (Rankin, W.) (Entered: 07/24/2017) |
| 07/24/2017 | 51 | RESPONSE in Opposition re 41 MOTION for Discovery *to Allow Jurisdictional Discovery* filed by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. (Rankin, W.) (Entered: 07/24/2017) |
| 07/25/2017 | 52 | NOTICE Intent to File a Reply: by Plaintiffs Jennifer Baggett, Cheryl Denbow, Jennifer Dischbein, Laveta Jordan, Tiffany Queen, Erica Ware, Michelle Weedman, Lavena Wilkerson (Holland, Eric) (Entered: 07/25/2017) |
| 07/27/2017 | 53 | Consent MOTION for Extension of Time to File Response/Reply *in Support of Motion for Reconsideration; Motion to Allow Jurisdictional Discovery; and Motion for Leave to File Amended Petition* by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina |

| | | |
|---|---|---|
| | | Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 07/27/2017) |
| 07/28/2017 | 54 | ADMINISTRATIVE ORDER: IT IS HEREBY ORDERED that the following cases are transferred to the Honorable Audrey G. Fleissig. All hearings previously scheduled remain set unless otherwise ordered by the Court. Signed by District Judge Rodney W. Sippel on 7/28/17. (JAB) (Entered: 07/28/2017) |
| 08/01/2017 | 55 | Docket Text ORDER Re: 53 Consent Motion for Extension of Time to File Response/Reply in Support of Motion for Reconsideration; Motion to Allow Jurisdictional Discovery; and Motion for Leave to File Amended Petition by Plaintiffs Laveta Jordan, et al.; ORDERED GRANTED. Signed by District Judge Audrey G. Fleissig on August 1, 2017. (SAA) (Entered: 08/01/2017) |
| 08/14/2017 | 56 | MOTION for Leave to File in Excess of Page Limitation by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Attachments: # 1 Text of Proposed Order Proposed order)(Holland, Eric) (Entered: 08/14/2017) |
| 08/14/2017 | 57 | REPLY to Response to Motion re 41 MOTION for Discovery *to Allow Jurisdictional Discovery*, 45 MOTION for Reconsideration re 40 Memorandum & Order,,,, , 43 MOTION for Leave to File Amended Petition filed by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, |

| | | |
|---|---|---|
| | | Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Holland, Eric) (Entered: 08/14/2017) |
| 08/15/2017 | 58 | Docket Text ORDER Re: 56 Motion for Leave to File in Excess of Page Limitation by Plaintiffs Laveta Jordan, et al.; ORDERED GRANTED. Signed by District Judge Audrey G. Fleissig on August 15, 2017. (SAA) (Entered: 08/15/2017) |
| 08/18/2017 | 59 | MOTION to Seal Document 49 Memorandum, *Motion to Place Exhibits B through E to Their Opposition to Reconsider Request for Judicial Notice Under Seal* by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. (Rankin, W.) (Entered: 08/18/2017) |
| 08/18/2017 | 60 | MEMORANDUM in Support of Motion re 59 MOTION to Seal Document 49 Memorandum, *Motion to Place Exhibits B through E to Their Opposition to Reconsider Request for Judicial Notice Under Seal* filed by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. (Rankin, W.) (Entered: 08/18/2017) |
| 08/18/2017 | 61 | MOTION for Leave to File Sur-Reply Memorandum in Further Opposition to Plaintiffs' Motion for Reconsideration by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. (Attachments: # 1 Attachment Sur-Reply in Opposition to Plaintiffs' Motion for Reconsideration)(Rankin, W.) (Entered: 08/18/2017) |
| 08/21/2017 | 62 | Docket Text ORDER Re: 59 Motion to Seal Document 49 Memorandum, Motion to Place Exhibits B through E to Their Opposition to Reconsider Request for Judicial Notice Under Seal by Defendants Bayer Corp., et al.; ORDERED GRANTED. Signed by District Judge Audrey G. Fleissig on August 21, 2017. (SAA) (Entered: 08/21/2017) |
| 08/21/2017 | 63 | Docket Text ORDER Re: 61 Motion for Leave to File Sur-Reply Memorandum in Further Opposition to Plaintiffs' Motion for Reconsideration by Defendants Bayer Corp., et al.; ORDERED GRANTED. Signed by District Judge Audrey G. Fleissig on August 21, 2017. (SAA) (Entered: 08/21/2017) |
| 08/21/2017 | 64 | SURREPLY to Motion re 45 MOTION for Reconsideration re 40 Memorandum & Order,,,, filed by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC. (NEB) (Entered: 08/22/2017) |
| | | |

| | | |
|---|---|---|
| 08/25/2017 | 65 | MOTION to Unseal Document 60 Memorandum in Support of Motion, filed by Bayer Essure, Inc., Bayer Healthcare LLC, Bayer Corp., Bayer HealthCare Pharmaceuticals, Inc., 59 MOTION to Seal Document 49 Memorandum, *Motion to Place Exhibits B through E to Their Opposition to Reconsider Request for Judicial Notice Under Seal* filed by Bayer Essure, Inc., Bayer Healthcare LLC, Bayer Corp., Bayer HealthCare Pharmaceuticals, Inc. by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua, Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylene Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 08/25/2017) |
| 08/29/2017 | 66 | ENTRY of Appearance by Katherine Ann Dunnington for Plaintiffs Laveta Jordan et al. (Dunnington, Katherine) Modified on 8/30/2017 (BRP). (Entered: 08/29/2017) |
| 08/29/2017 | 67 | ENTRY of Appearance by Gregory J. Bubalo for Plaintiff Laveta Jordan et al. (Bubalo, Gregory) Modified on 8/30/2017 (BRP). (Entered: 08/29/2017) |
| 09/01/2017 | 68 | RESPONSE in Opposition re 65 MOTION to Unseal Document 60 Memorandum in Support of Motion, filed by Bayer Essure, Inc., Bayer Healthcare LLC, Bayer Corp., Bayer HealthCare Pharmaceuticals, Inc., 59 MOTION to Seal Document 49 Memorandum, *Motion to Place filed by Defendants Bayer Corp., Bayer Essure, Inc., Bayer HealthCare Pharmaceuticals, Inc., Bayer Healthcare LLC.* (Rankin, W.) (Entered: 09/01/2017) |
| 09/08/2017 | 69 | REPLY to Response to Motion re 65 MOTION to Unseal Document 60 Memorandum in Support of Motion, filed by Bayer Essure, Inc., Bayer Healthcare LLC, Bayer Corp., Bayer HealthCare Pharmaceuticals, Inc., 59 MOTION to Seal Document 49 Memorandum, *Motion to Place filed by Plaintiffs Jennifer Baggett, Ashley Baird, Jessica Blair, Meagan Brady, Darla Brown, Christine Clark, Christine Clark, Ajike Coates, Ebony Cox, Cheryl Denbow, Dawn Diaz, Dezire Diaz, Jennifer Dischbein, Arlene Dominguez, Natahsa Ebarb, Noelle Edwards, Stacey Euells, Renee Ewing, Shalenna Fonua,* |

*Eugenia Gall, Nicole Garza, Iliana Gonzalez, Teresa Graham, Candace Grof, Amy Head, Sherri Helms, Heather Henk, Tabatha Hicks, Javonda Hill, Tiffany Hodges, Andrea Hogan, Zena Moore Hollins, Penny Howard, Shatrica Howard, Kristin Huerta, Marci Hughes, Tymesha Hunt, Jenny Johnson, Kelly Johnson, Laveta Jordan, Amber Kamber, Kimberly Kearn, Wendy Kelley, Janna Laatu, Amber Laplant, Kristian Lee, Elizabeth Little, Jessica Loudermilk, Jennifer Marecle, Starlita McCall, Marian McGowan, Amy Mendez, Robin Meyers, Dawn Miruka, Jennifer Mott, Jane Nagy, April Neely, Michelle Nwankwo, Regina O'Neal, Darylyne Osborne, Lakesha Owens, Melissa Pagliarini, Kelli Parr, Crystal Paxson, Princilla Pearson, Ashely Peeples, Gracelyn Pruitt, Tiffany Queen, Hilda Ramirez-Villegas, Patricia Randels, Monica Reineir, Nancy Rivera, Vanessa Rivera, Asya Rodgers, Ashley Rogers, Tabitha Ross, Amy Rutan, Cristina Ruvalcaba, Sophia Silva, Hollie Sledge, Jessica Strickland, Tina Strickland, Amanda Sullivan, Kenesha Thomas, Marcelina Turcios, Tammy Ward, Erica Ware, Nina Weaver, Felicia Weber, Michelle Weedman, Lavena Wilkerson, Johnnie Williams, Melissa Williams, Charli Zovak. (Holland, Eric) (Entered: 09/08/2017)*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/11/2017 10:33:56 | | | |
| **PACER Login:** | lfsblaw0044:2586701:4460865 | **Client Code:** | Chinese Drywall |
| **Description:** | Docket Report | **Search Criteria:** | 4:17-cv-00865-AGF |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |