# EXHIBIT

# "C"

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:16-cv-05884-KDE-DEK

Ergon Oil Purchasing, Inc. v. Canal Barge Company, Inc. et al
Assigned to: Chief Judge Kurt D. Engelhardt
Referred to: Magistrate Judge Daniel E. Knowles, III
Demand: $2,000,000
Cause: 28:1333 Property Damage

Date Filed: 05/13/2016
Jury Demand: None
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Federal Question

**Plaintiff**

**Ergon Oil Purchasing, Inc.**    represented by    **Philip S. Brooks , Jr.**
Gordon, Arata, Montgomery & Barnett (New Orleans)
201 St. Charles Ave.
40th Floor
New Orleans, LA 70170-4000
504-582-1111
Email: pbrooks@gamb.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Joseph Kitto**
Gordon, Arata, Montgomery & Barnett (New Orleans)
201 St. Charles Ave.
40th Floor
New Orleans, LA 70170-4000
504-582-1111
Email: rkitto@gamb.law
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Canal Barge Company, Inc.**    represented by    **Wayne G. Zeringue , Jr.**
Jones Walker (New Orleans)
Place St. Charles
201 St. Charles Ave.
Suite 5100
New Orleans, LA 70170
(504) 582-8000
Email: wzeringue@joneswalker.com
*TERMINATED: 01/26/2017*
*LEAD ATTORNEY*

|  |  |
|---|---|
|  | **Wilton Ellwood Bland , III**<br>Mouledoux, Bland, Legrand & Brackett, LLC<br>One Shell Square<br>701 Poydras St.<br>Suite 4250<br>New Orleans, LA 70139<br>504-595-3000<br>Fax: 504 522 2121<br>Email: wbland@mblb.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Juan C. Obregon**<br>Mouledoux, Bland, Legrand & Brackett, LLC<br>One Shell Square<br>701 Poydras St.<br>Suite 4250<br>New Orleans, LA 70139<br>504-595-3000<br>Fax: 504-341-8115<br>Email: jobregon@mblb.com<br>*ATTORNEY TO BE NOTICED* |
|  | **Trevor Matthew Cutaiar**<br>Mouledoux, Bland, Legrand & Brackett, LLC<br>One Shell Square<br>701 Poydras St.<br>Suite 4250<br>New Orleans, LA 70139<br>504-595-3000<br>Email: tcutaiar@mblb.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Saybolt LP** represented by **David M. Stein**
Adams & Reese, LLP (New Orleans)
One Shell Square
701 Poydras St.
Suite 4500
New Orleans, LA 70139
504-585-0305
Email: david.stein@arlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Southwest Shipyard, L.P.**<br>*TERMINATED: 06/26/2017* | represented by | **Machale Andrew Miller**<br>Miller & Williamson, LLC<br>1515 Poydras St.<br>Suite 2130<br>New Orleans, LA 70112<br>504-525-9858<br>Fax: 504-525-9820<br>Email: machale@miller-llc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A Davee**<br>Greer, Herz & Adams<br>2525 S. Shore Blvd.<br>Suite 203<br>League City, TX 77573<br>409-761-4040<br>Email: bdavee@greerherz.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2016 | 1 | COMPLAINT against Canal Barge Company, Inc., Saybolt LP, Southwest Shipyard, L.P. (Filing fee $ 400 receipt number 053L-5408527) filed by Ergon Oil Purchasing, Inc.. (Attachments: # 1 Civil Cover Sheet)Attorney Philip S. Brooks, Jr added to party Ergon Oil Purchasing, Inc. (pty:selreq).(Brooks, Philip) (Entered: 05/13/2016) |
| 05/18/2016 | 2 | Request of Summons Issued as to Southwest Shipyard, L.P. filed by Ergon Oil Purchasing, Inc. re 1 Complaint,. (Brooks, Philip) (Entered: 05/18/2016) |
| 05/18/2016 | 3 | Initial Case Assignment to Chief Judge Kurt D. Engelhardt and Magistrate Judge Daniel E. Knowles, III. (jeg) (Entered: 05/18/2016) |
| 05/19/2016 | 4 | Summons Issued as to Southwest Shipyard, L.P.. (cbs) (Entered: 05/19/2016) |
| 06/03/2016 | 5 | AFFIDAVIT of Service served on Southwest Shipyard L.P. on 5/27/2016, answer due 6/17/2016. (Brooks, Philip) Modified on 6/6/2016 to edit text (cbs). (Entered: 06/03/2016) |
| 09/23/2016 | 6 | ORDER - A review of the record indicates that service of the complaint has been made upon the defendant, Southwest Shipyard, L.P., and the time to file responsive pleadings has expired. Accordingly; IT IS ORDERED that on or before October 17, 2016, plaintiff shall obtain responsive pleadings or preliminary default on the served defendant. Failure to do so shall result in the DISMISSAL of any such defendants, for failure to prosecute, without any further notice. Signed by Chief Judge Kurt D. Engelhardt on 9/23/2016.(cbs) (Entered: 09/23/2016) |
| 09/23/2016 | 7 | |

| | | |
|---|---|---|
| | | ORDER - Service has not been made upon defendants, Canal Barge Company, Inc. and Saybolt LP, Fed R. Civ. P. 4(m) provides, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 9/23/2016.(cbs) (Entered: 09/23/2016) |
| 10/17/2016 | 8 | EXPARTE/CONSENT MOTION for Extension of Time to Answer, as to 1 Complaint. by Ergon Oil Purchasing, Inc.. (Attachments: # 1 Proposed Order)(Brooks, Philip) Modified on 10/18/2016 to edit text (cbs). (Entered: 10/17/2016) |
| 10/18/2016 | 9 | ORDER granting 8 Motion for Extension of Time to Answer re 1 Complaint, as to Southwest Shipyard, L.P., answer due 11/17/2016, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 10/18/2016. (cbs) (Entered: 10/18/2016) |
| 10/21/2016 | 10 | WAIVER OF SERVICE Returned Executed; waiver sent to Saybolt LP on 5/17/2016, answer due 7/16/2016. (Brooks, Philip) Modified to correct service date on 10/24/2016 (cml). (Entered: 10/21/2016) |
| 10/21/2016 | 11 | WAIVER OF SERVICE Returned Executed; waiver sent to Canal Barge Company, Inc. on 10/21/2016, answer due 12/20/2016. (Brooks, Philip) (Entered: 10/21/2016) |
| 10/24/2016 | 12 | Correction of Docket Entry by Clerk re 10 Waiver of Service Executed. Filing attorney entered incorrect service date. The correct service date is 5/19/2016. Clerk took corrective action. No further action required. (cml) (Entered: 10/24/2016) |
| 11/17/2016 | 13 | MOTION to Dismiss for Lack of Jurisdiction by Southwest Shipyard, L.P.. Motion(s) will be submitted on 12/7/2016. (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Affidavit of Martin DeCamp, # 3 Notice of Submission, # 4 Proposed Order)Attorney Machale Andrew Miller added to party Southwest Shipyard, L.P.(pty:dft).(Miller, Machale) (Entered: 11/17/2016) |
| 11/17/2016 | 14 | EXPARTE/CONSENT Ex Parte MOTION to Appear Pro Hac Vice (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) by Southwest Shipyard, L.P.. (Attachments: # 1 Exhibit A- Declaration or Robert Davee, # 2 Exhibit Certificate of Good Standing, # 3 Exhibit EFC Form, # 4 Proposed Order)(Miller, Machale) Modified on 11/18/2016 (cml). (Entered: 11/17/2016) |
| 11/22/2016 | | Filing fee paid from Southwest Shipyard, L.P. for Machale Miller re 14 Motion to Appear Pro Hac Vice, (Filing fee $ 100 receipt number 053L-5819749) (Miller, Machale) (Entered: 11/22/2016) |
| 11/28/2016 | 15 | EXPARTE/CONSENT MOTION to Continue by Ergon Oil Purchasing, Inc.. (Attachments: # 1 Proposed Order)(Brooks, Philip) (Entered: 11/28/2016) |
| 12/02/2016 | 16 | ORDER granting 15 MOTION to Continue Submission Date re 13 MOTION to Dismiss for Lack of Jurisdiction . Motion(s) will be submitted on 12/21/2016, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 11/30/2016.(cbs) (Entered: 12/02/2016) |
| 12/06/2016 | 17 | |

| | | |
|---|---|---|
| | | ORDER granting 14 Motion to Appear Pro Hac Vice, as to Robert A Davee. Signed by Chief Judge Kurt D. Engelhardt on 11/30/2016. (Attachments: # 1 Notice to Visiting Attorneys Admitted Pro Hac Vice) (cbs) (Entered: 12/06/2016) |
| 12/13/2016 | 18 | RESPONSE/MEMORANDUM in Opposition filed by Ergon Oil Purchasing, Inc. re 13 MOTION to Dismiss for Lack of Jurisdiction . (Attachments: # 1 Exhibit)(Brooks, Philip) (Entered: 12/13/2016) |
| 12/19/2016 | 19 | EXPARTE/CONSENT MOTION for Leave to File *Reply to Plaintiffs Memorandum in Opposition* by Southwest Shipyard, L.P.. (Attachments: # 1 Proposed Pleading , # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order)(Miller, Machale) (Entered: 12/19/2016) |
| 12/21/2016 | 20 | EXPARTE/CONSENT MOTION for Extension of Time to Answer by Canal Barge Company, Inc.. (Attachments: # 1 Proposed Order)Attorney Wayne G. Zeringue, Jr added to party Canal Barge Company, Inc.(pty:dft).(Zeringue, Wayne) (Entered: 12/21/2016) |
| 12/22/2016 | 21 | ORDER granting 19 Motion for Leave to File Reply to Plaintiffs Memorandum in Opposition. Signed by Chief Judge Kurt D. Engelhardt on 12/22/2016. (cbs) (Entered: 12/22/2016) |
| 12/22/2016 | 22 | REPLY to Response to Motion filed by Southwest Shipyard, L.P. re 13 MOTION to Dismiss for Lack of Jurisdiction . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(cbs) (Entered: 12/22/2016) |
| 12/22/2016 | 23 | ORDER granting 20 Motion for Extension of Time to Answer re 1 Complaint, as to Canal Barge Company, Inc., answer due 1/10/2017. Signed by Chief Judge Kurt D. Engelhardt on 12/22/2016. (cbs) (Entered: 12/22/2016) |
| 12/22/2016 | 24 | **DUPLICATE FILING OF REC. DOC. NO. 22 - PLEASE DISREGARD** Response/Reply by Southwest Shipyard, L.P. to 18 Response/Memorandum in Opposition to Motion *Reply to Plaintiffs Memorandum in Opposition* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Miller, Machale) Modified on 12/23/2016 (cms). Modified on 12/27/2016 (cbs). (Entered: 12/22/2016) |
| 12/27/2016 | 25 | Correction of Docket Entry by Clerk re 24 Response/Reply. Please disregard the deficiency notice that was sent out. Rec. Doc. No. 24 is a duplicate of Rec. Doc. No. 22. The deficiency has been removed. (cbs) (Entered: 12/27/2016) |
| 01/17/2017 | 26 | **DEFICIENT** EXPARTE/CONSENT MOTION to Substitute Attorney. Attorney Wilton E. Bland, III to be substituted in place of Wayne G. Zeringue, Jr. by Canal Barge Company, Inc.. (Attachments: # 1 Proposed Order)(Zeringue, Wayne) Modified on 1/18/2017 (cml). (Entered: 01/17/2017) |
| 01/18/2017 | 27 | EXPARTE/CONSENT MOTION to Substitute Attorney. Attorney Wilton E. Bland, III, Trevor M. Cutaiar and Juan C. Obregon to be substituted in place of Wayne G. Zeringue, Jr. by Canal Barge Company, Inc.. (Attachments: # 1 Proposed Order)(Zeringue, Wayne) Modified on 1/19/2017 to edit text. (clc). (Entered: 01/18/2017) |
| 01/26/2017 | 28 | ORDER granting 27 Motion to Substitute Attorneys Wilton Ellwood Bland, III, Trevor Matthew Cutaiar, and Juan C. Obregon for Canal Barge Company, Inc., |

| | | |
|---|---|---|
| | | in place of Attorney Wayne G. Zeringue, Jr. Signed by Chief Judge Kurt D. Engelhardt on 1/26/2017. (cbs) (Entered: 01/26/2017) |
| 01/26/2017 | 29 | ANSWER to 1 Complaint by Canal Barge Company, Inc.(Bland, Wilton) Modified on 1/27/2017 to edit text. (clc). (Entered: 01/26/2017) |
| 06/26/2017 | 30 | ORDER and REASONS - IT IS ORDERED that "Defendant Southwest Shipyard, L.P.'s Rule 12(b)(2) Motion to Dismiss" (Rec. Doc. 13) is GRANTED. Accordingly, IT IS FURTHER ORDERED that Plaintiff Ergon Oil Purchasing, Inc.'s claims against Defendant Southwest Shipyard, L.P., be and hereby are DISMISSED WITHOUT PREJUDICE, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 6/26/2017. (cbs) (Entered: 06/26/2017) |
| 06/29/2017 | 31 | ORDER - A review of the record indicates that service of the complaint has been made upon the defendant, Saybolt LP, and the time to file responsive pleadings has expired. Accordingly; IT IS ORDERED that on or before July 21, 2017 plaintiff shall obtain responsive pleadings or preliminary default on the served defendant. Failure to do so shall result in the DISMISSAL of any such defendants, for failure to prosecute, without any further notice. Signed by Chief Judge Kurt D. Engelhardt on 6/29/2017.(cbs) (Entered: 06/29/2017) |
| 07/21/2017 | 32 | ORDER - At the joint request of plaintiff, Ergon Oil Purchasing, Inc., and defendant, Saybolt, LP, for a ten day extension, IT IS ORDERED that on or before July 31, 2017, plaintiff shall obtain responsive pleadings or preliminary default on the served defendant, Saybolt, LP. Failure to do so shall result in the DISMISSAL of the defendant, for failure to prosecute, without any further notice. Signed by Chief Judge Kurt D. Engelhardt on 7/21/2017.(cbs) (Entered: 07/21/2017) |
| 07/31/2017 | 33 | MOTION to Dismiss for Failure to State a Claim *or, in the alternative*, MOTION for Summary Judgment by Saybolt LP. Motion(s) will be submitted on 8/30/2017. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Statement of Contested/Uncontested Facts, # 8 Notice of Submission) Attorney David M. Stein added to party Saybolt LP(pty:dft).(Stein, David) Modified text on 8/1/2017 (tm). (Entered: 07/31/2017) |
| 08/01/2017 | 34 | Request/Statement of Oral Argument by Saybolt LP regarding 33 MOTION to Dismiss for Failure to State a Claim or, in the alternative, MOTION for Summary Judgment (tm) (Entered: 08/01/2017) |
| 08/01/2017 | 35 | Correction of Docket Entry by Clerk re 33 MOTION to Dismiss for Failure to State a Claim or, in the alternative, MOTION for Summary Judgment. 1) Attachments have duplicate description. For attachment, select either a category OR enter a description, selecting both will result in duplicate docket text. Clerk took corrective action. 2) Filing attorney attached a Request/Statement for Oral Argument to this motion instead of filing it as a separate entry. Clerk took corrective action by separating the request and docketing it as a separate entry. All future requests for oral argument must be filed separately. 3) Filing attorney selected incorrect event. Correct event is MOTION to Dismiss for Failure to |

| | | |
|---|---|---|
| | | State a Claim. Clerk took corrective action by changing the event. (tm) (Entered: 08/01/2017) |
| 08/21/2017 | 36 | EXPARTE/CONSENT MOTION to Continue 33 MOTION to Dismiss for Failure to State a Claim or, in the alternative, MOTION for Summary Judgment - *Unopposed Motion to Continue Submission Date* by Ergon Oil Purchasing, Inc. (Attachments: # 1 Proposed Order, # 2 Certificate of Conference)(Brooks, Philip) Modified text on 8/21/2017 (tm). (Entered: 08/21/2017) |
| 08/25/2017 | 37 | ORDER granting 36 MOTION to Continue Submission Date re 33 MOTION to Dismiss for Failure to State a Claim or, in the alternative, MOTION for Summary Judgment . Motion(s) will be submitted on 9/13/2017, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 8/25/2017.(cbs) (Entered: 08/25/2017) |
| 09/05/2017 | 38 | RESPONSE/MEMORANDUM in Opposition filed by Ergon Oil Purchasing, Inc. re 33 MOTION to Dismiss for Failure to State a Claim MOTION for Summary Judgment *of Saybolt, LP*. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Statement of Contested/Uncontested Facts, # 3 Affidavit)(Brooks, Philip) (Entered: 09/05/2017) |
| 09/07/2017 | 39 | ORDER denying 34 Request/Statement of Oral Argument filed by Saybolt LP, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 9/7/2017.(cbs) (Entered: 09/07/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/11/2017 10:35:33 | | | |
| **PACER Login:** | lfsblaw0044:2586701:4460865 | **Client Code:** | Chinese Drywall |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-05884-KDE-DEK |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |