UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:**  *Bayne v. Taishan Gypsum Co., Ltd., et al.*, N.D. Ala. Case No. 4:17-cv-01268; | JUDGE ELDON E. FALLON |
| *Macon v. Taishan Gypsum Co., Ltd., et al.*, N.D. Ala. Case No.  1:17-cv-01287; | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| *Bentz v. Taishan Gypsum Co., Ltd., et al.,* N.D. Ga. Case No. 1:17-cv-2892; | |
| *Peoples v. Taishan Gypsum Co., Ltd., et al.,* N.D. Ga. Case No. 1:17-cv-02890; | |
| *Polk v. Taishan Gypsum Co., Ltd., et al.*, S.D. Miss. Case No. 1:17-cv-216; | |
| *Allen v. Taishan Gypsum Co., Ltd., et al.*, S.D. Miss. Case No. 1:17-cv-217; | |
| *Bright v. Taishan Gypsum Co., Ltd., et al.*, D.N.C. Case No. 2:17-cv-00035; | |
| *DeOliveira v. Taishan Gypsum Co., Ltd., et al.*, D.S.C. Case No. 4:17-cv-2019; | |
| *Redden v. Taishan Gypsum Co., Ltd., et al.,* W.D. Tenn. Case No. 1:17-cv-01146; | |
| *Merlitz v. Taishan Gypsum Co., Ltd., et al.*, E.D. Tex. Case No. 5:17-cv-00140; | |
| *Lochhead v. Taishan Gypsum Co. Ltd., et al.,* S.D. Tex. Case No. 7:17-cv-00294 | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

The undersigned law firms of Orrick, Herrington & Sutcliffe LLP, Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC, and their respective individual counsel, hereby file this Notice of Appearance as counsel on behalf of Defendant China National Building Materials Company, Limited, pursuant to Local Rule 11.2 and Pre-Trial Order Nos. 1 (¶ 12), 1F, 1G, 1H and 6.  In accordance with Pre-Trial Orders 1F, 1G and 1H, by which the Court suspended all deadlines for submitting responsive pleadings until such time as the Plaintiffs' Steering Committee

files a Master Complaint, this Notice of Appearance is submitted reserving all defenses, including but not limited to, defenses relating to service of process, statutes of limitation/prescription, standing, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity and failure to state a claim upon which relief can be granted.  Defendant hereby notifies the Court and all parties that it intends to assert all jurisdictional defenses, both subject matter and personal, available to it, and in no way intends to or does waive or otherwise limit its ability to raise those defenses, whether by this notice of appearance or any other act, filing, appearance, or contention in this or any other litigation.  Nor, in submitting this notice of appearance, does Defendant concede or otherwise acknowledge the propriety of Plaintiffs' characterizations of their complaints.  It is respectfully requested that all future pleadings, documents and correspondence in connection with these actions be served upon undersigned counsel.

                                          Respectfully submitted,

                                          */s/ L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105<br>Tel:  415-773-5700<br>Email:   cvejnoska@orrick.com | Ewell E. Eagan, Jr. (LA Bar No. 5239)<br>Donna Phillips Currault (LA Bar No. 19533)<br>GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel: (504) 582-1111<br>Email: eeagan@gordonarata.com<br>        dcurrault@gordonarata.com |
| James L. Stengel (NY Bar No. 1800556)<br>Xiang Wang (NY Bar No. 4311114)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>Tel:  212-506-5000<br>Email:  jstengel@orrick.com<br>      xiangwang@orrick.com | Eric A. Shumsky (D.C. Bar No. 477926)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Columbia Center<br>1152 15th Street NW<br>Washington, D.C. 20005<br>Tel: 202-339-8400<br>Email: eshumsky@orrick.com |

                              *Counsel for CNBM Co., Ltd.*

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of September 2017.

                */s/ L. Christopher Vejnoska*
                L. Christopher Vejnoska (CA Bar No. 96082)
                ORRICK, HERRINGTON & SUTCLIFFE LLP
                The Orrick Building
                405 Howard Street
                San Francisco, CA  94105
                Tel:  415-773-5700
                Fax: 415-773-5759
                Email:  cvejnoska@orrick.com

                *Counsel for CNBM Co., Ltd.*