UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:** *Bayne v. Taishan Gypsum Co., Ltd., et al.*, N.D. Ala. Case No. 4:17-cv-01268;<br>*Macon v. Taishan Gypsum Co., Ltd., et al.*, N.D. Ala. Case No.  1:17-cv-01287;<br>*Bentz v. Taishan Gypsum Co., Ltd., et al.,* N.D. Ga. Case No. 1:17-cv-2892;<br>*Peoples v. Taishan Gypsum Co., Ltd., et al.,* N.D. Ga. Case No. 1:17-cv-02890;<br>*Polk v. Taishan Gypsum Co., Ltd., et al.*, S.D. Miss. Case No. 1:17-cv-216;<br>*Allen v. Taishan Gypsum Co., Ltd., et al.*, S.D. Miss. Case No. 1:17-cv-217;<br>*Bright v. Taishan Gypsum Co., Ltd., et al.*, D.N.C. Case No. 2:17-cv-00035;<br>*DeOliveira v. Taishan Gypsum Co., Ltd., et al.*, D.S.C. Case No. 4:17-cv-2019;<br>*Redden v. Taishan Gypsum Co., Ltd., et al.,* W.D. Tenn. Case No. 1:17-cv-01146;<br>*Merlitz v. Taishan Gypsum Co., Ltd., et al.*, E.D. Tex. Case No. 5:17-cv-00140;<br>*Lochhead v. Taishan Gypsum Co. Ltd., et al.,* S.D. Tex. Case No. 7:17-cv-00294 | MDL No. 2:09-md-02047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS**

The undersigned law firms of Orrick, Herrington & Sutcliffe LLP, Phelps Dunbar LLP, and their respective individual counsel, hereby file this Notice of Appearance as counsel on behalf of Defendant Beijing New Building Material (Group) Co., Ltd., pursuant to Local Rule 11.2 and Pre-Trial Order Nos. 1 (¶ 12), 1F, 1G, 1H and 6.  In accordance with Pre-Trial Orders 1F, 1G and 1H, by which the Court suspended all deadlines for submitting responsive pleadings until such time as the Plaintiffs' Steering Committee files a Master Complaint, this Notice of Appearance is submitted reserving all

defenses, including but not limited to, defenses relating to service of process, statutes of limitation/prescription, standing, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity and failure to state a claim upon which relief can be granted.  Defendant hereby notifies the Court and all parties that it intends to assert all jurisdictional defenses, both subject matter and personal, available to it, and in no way intends to or does waive or otherwise limit its ability to raise those defenses, whether by this notice of appearance or any other act, filing, appearance, or contention in this or any other litigation.  Nor, in submitting this notice of appearance, does Defendant concede or otherwise acknowledge the propriety of Plaintiffs' characterizations of their complaints.  It is respectfully requested that all future pleadings, documents and correspondence in connection with these actions be served upon undersigned counsel.

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Email:   cvejnoska@orrick.com

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Tel: (504) 566-1311
Email: harry.rosenberg@phelps.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Email:  jstengel@orrick.com
          xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Email: eshumsky@orrick.com

*Counsel for Beijing New Building Material (Group) Co., Ltd.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of September 2017.

              */s/ L. Christopher Vejnoska*
              L. Christopher Vejnoska (CA Bar No. 96082)
              ORRICK, HERRINGTON & SUTCLIFFE LLP
              The Orrick Building
              405 Howard Street
              San Francisco, CA  94105
              Tel:  415-773-5700
              Fax: 415-773-5759
              Email:  cvejnoska@orrick.com

              *Counsel for Beijing New Building Material (Group) Co., Ltd.*