UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court has received the Special Master's Report and Recommendations regarding attorneys' fees and expenses. Accordingly,

**IT IS ORDERED** that the parties submit their briefs and comments regarding the Report and Recommendations by September 26, 2017.

New Orleans, Louisiana, this 11th day of September, 2017.

*[signature]*

**ELDON E. FALLON**
United States District Judge