UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

**MOTION TO RECONSIDER THE COURT'S ORDER AND REASONS (R. DOC. 20933)**

**NOW INTO COURT**, through undersigned counsel, comes **DANIEL AND AMY CARTER** (hereinafter "Mr. and Mrs. Carter"), who respectfully move this Honorable Court to reconsider its Order and Reasons (R. Doc. 20933) overruling Mr. and Mrs. Carter's Objection to Special Master's Opinion and Decree (R. Doc. 20764). In support of this Motion, Mr. and Mrs. Carter have filed a Memorandum in Support of said motion contemporaneously herewith.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:   (504) 561-6775

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using

the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of September, 2017.

/s/ Joseph M. Bruno