UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## ORDER

**Considering the foregoing Motion,**

**IT IS ORDERED** that Daniel and Amy Carter's Motion to Reconsider the Court's Order and Reasons (R. Doc. 20933) is hereby GRANTED.

**IT IS FURTHER HEREBY ORDERED** that this matter be set on the ____ day of _____, 201_ at _____ a.m./p.m. before the Honorable Eldon E. Fallon at Judge Fallon's courtroom, Courtroom C456 at the Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130 for an evidentiary hearing, including testimony and oral argument, on Daniel and Amy Carter's Already Remediated Property claim.

Signed in New Orleans, Louisiana this _____ day of _____, 2017.

_____
**JUDGE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**