UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION "L" <br><br> JUDGE FALLON <br><br> MAG. WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, in accordance with Local Civil Rule 7.2 of the United States District Court for the Eastern District of Louisiana, that the Motion to Reconsider the Court's Order and Reasons (R. Doc. 20933) will be submitted for consideration on the 4th day of October, 2017 at 9:00 a.m., before United States District Judge Eldon E. Fallon, Section "L", of the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:  (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the

1

Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of September, 2017.

/s/ Joseph M. Bruno