# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| *Mitchell Co. Inc. v. Knauf Gips KG, et al.*, 09-cv-4115 | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| | Oral Argument Requested |

## PETITION FOR LEAVE TO SUBMIT
## BUILDER COUNSEL TIME TO PHILLIP GARRETT, CPA

The Builder Plaintiffs respectfully petition to Court for leave to submit time reports of their counsel, Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"), and Cunningham Bounds, LLC, (together, "Builder Counsel") to Phillip Garrett, CPA, appointed by this Court to providing accounting services in this matter.

1. Time and expense reporting in this matter is governed by Pretrial Order No. 9 (Dkt. No. 147).

2. Builder Counsel had a good faith understanding that they were not governed by the terms of PTO 9, and that it applied only to work performed on behalf of Homeowners, not work performed on behalf of Builders. Builder Counsel further believed that their own entitlement to fees, if any, would be determined at the conclusion of the litigation based upon their work performed and after a fee application to the Court.

3. That understanding and belief was based, among other things, on the fact that PTO 9 requires all work to be approved in advance by the Plaintiffs' Steering Committee, but the

1368474.3

Plaintiffs' Steering Committee is composed of attorneys representing Homeowners only.  *See* Pretrial Order No. 8 (Dkt. No. 146).  Throughout this litigation, although the Homeowners and the Builders worked together cooperatively, they did so under independent leadership teams.  *See* Pretrial Order No. 7B (appointing Builders' counsel).  That arrangement made sense, not only as a matter of prudence, but also because the Builders were defendants in many of actions filed by the Homeowners.

4. In July 2017, Arnold Levin, lead counsel for the Homeowners, requested that Builder Counsel submit time previously expended in this case.  Mr. Levin and Builder Counsel agreed that some of Builder Counsel time, specifically time spent on jurisdictional motions, discovery, and appeals, might be compensable as work performed on behalf of *both* Homeowners and Builders, and recommended that Builder Counsel submit that time to Mr. Garrett under his process.

5. Thereafter, Builder Counsel attempted to submit time to Mr. Garrett.  Counsel submitted time from the inception of this litigation to the present, with the understanding that any determination as to whether any time is compensable is premature and ultimately a matter for the Court.

6. Mr. Garrett informed Builder Counsel that late-filed time will not be accepted without Court Order.

7. Mr. Levin recommended that Builder Counsel submit a formal petition to the Court seeking such an order permitting them to submit their time, and that he would respond to it with his views on compensability of Builder Counsel time.

For these reasons, and in an abundance of caution, Builder Counsel request leave to submit time, from inception to present, to Phillip Garrett, CPA, in accordance with PTO 9.

Going forward, Builder Counsel will submit time monthly.  If the Court deems such submission inappropriate or unnecessary, or prefers that Builder Counsel follow some alternative procedure, Builder Counsel will of course follow such procedure.

    Respectfully submitted,

DATED: September 15, 2017      *s/  Elizabeth J. Cabraser*

      ELIZABETH J. CABRASER
      SARAH R. LONDON
      Lieff, Cabraser, Heimann & Bernstein, LLP
      275 Battery Street, 29th Floor
      San Francisco, California  94111-3339
      415-956-1000
      415-956-1008 (fax)

      JONATHAN D. SELBIN
      Lieff, Cabraser, Heimann & Bernstein, LLP
      250 Hudson Street, 8th Floor
      New York, New York  10013
      212-355-9500
      212-355-9592 (fax)

      STEVEN L. NICHOLAS
      Cunningham Bounds, LLC
      1601 Dauphin Street
      Mobile, Alabama  36604
      251-471-6191
      251-479-1031 (fax)

      ANDREW R. KAUFMAN
      Lieff, Cabraser, Heimann & Bernstein, LLP
      150 Fourth Avenue North, Suite 1650
      Nashville, TN 37219
      615-313-9000
      615-313-9965 (fax)

      Attorneys for Builder Plaintiffs

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing "**PETITION FOR LEAVE TO SUBMIT BUILDER COUNSEL TIME TO PHILLIP GARRETT, CPA**" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 15th day of September, 2017.

*s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser

**DEFENDANTS TO BE SERVED AS FOLLOWS:**

Knauf Gips KG
Ridham Dock, Kemsley
Sittingbourne, Kent ME9 8SR, UK

Knauf Plasterboard (Tianjin) Co., Ltd.
North Yinhe Bridge, East Jingjin Road
RC-300400 Tianjin, China

Taishan Gypsum Co. Ltd.
Dawenkou Daiyue District
RC-271026 Tai'an Shandong, China

Interior & Exterior Building Supply, L.P.
727 South Cortez Street
New Orleans, Louisiana  70119

Rightway Drywall, Inc.
c/o Michael S. Jenkins, Registered Agent
102 Samantha Drive
Bonaire, Georgia  31005

1368474.3