# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| *Mitchell Co. Inc. v. Knauf Gips KG, et al.*, 09-cv-4115 | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| | Oral Argument Requested |

## ORDER GRANTING PETITION FOR LEAVE TO SUBMIT
## BUILDER COUNSEL TIME TO PHILLIP GARRETT, CPA

Before the Court is the Builder Plaintiffs' Petition for Leave to Submit Builder Counsel Time to Phillip Garrett, CPA.

**IT IS ORDERED** that Builder Plaintiffs' Petition is GRANTED.

**IT IS FURTHER ORDERED** that Phillip Garrett, CPA accept late-submitted Builder Counsel time.

**IT IS FURTHER ORDERED** that, going forward, Builder Counsel submit time in accordance with Pretrial Order No. 9 (Dkt. No. 147).

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Hon. Eldon E. Fallon
United States District Judge