## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION OF TIME TO SUBMIT BRIEFS AND COMMENTS

NOW COME the undersigned Primary Counsel who, in accordance with Local Civil Rule 7.8, respectfully request this Court to grant an extension of time to file responsive pleadings to the Special Master's Recommendations Concerning Attorneys' Fees and Expenses (the "Recommendation"). Doc. 20950. The Recommendation (Doc. 20950) was issued September 11, 2017 and filed on September 12, 2017. After receiving the Recommendation, the Court ordered that all "parties submit their briefs and comments regarding the Report and Recommendations by September 26, 2017." Doc. 20949. This Order was clarified informally on September 13, 2017 during a phone call between the Court and the Special Master. Specifically, as conveyed by the Special Master, the Court directed that "any and all objections/comments/briefs" be filed by September 26, 2017. Exhibit A, Email from D. Balhoff, Special Master, to Marion Hutson, *et al*. (September 13, 2017).

The undersigned Primary Counsel request an Order granting a brief extension of three (3) days, up to and including September 29, 2017, to respond to the Recommendation. No previous extension of time to file responsive pleadings has been granted nor has any party filed an objection to an extension in the record. Further, an extension is necessary as a result of Hurricane Irma, particularly the forced evacuations and devastation left in its wake in the State of

Florida. Some of the parties involved in this fee allocation dispute are located in those areas of Florida heavily impacted by Hurricane Irma. Thus, a short extension is requested to allow those parties additional time to respond the Recommendation.

For the above reasons, Primary Counsel pray for an Order granting a three-day extension until September 29, 2017, to file responses to the Recommendation.

Respectfully submitted,

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:    /s/ *Jimmy R. Faircloth, Jr.*
    Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)
    jfaircloth@fairclothlaw.com
    Brook L. Villa (LA # 31988)
    bvilla@fairclothlaw.com
    Franklin "Drew" Hoffmann (LA #35824)
    dhoffmann@fairclothlaw.com
    301 Main Street, Suite 920
    Baton Rouge, LA 70801
    Phone: (225) 343-9535
    Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

**BARON & BUDD, P.C.**

By:    /s/ *Russell W. Budd*
    Russell W. Budd (TX #03312400)
    rbudd@baronbudd.com
    S. Ann Saucer (TX #00797885; LA #21368)
    asaucer@baronbudd.com
    Holly Werkema (TX # 24081202)
    hwerkema@baronbudd.com
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, TX 75219
    Phone: 214-521-3605
    Fax: 214-520-1181

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:    /s/ *Victoria E. Emmerling*

**LISKA, EXNICIOS & NUNGESSER**

By:    /s/ *Val Patrick Exnicios*
    Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel)
    vpexnicios@exnicioslaw.com
    1515 Poydras Street,
    14th Floor, Ste. 1400
    New Orleans, LA. 70112
    Phone: (504) 410-9611
    Fax: (504) 410-9937

*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**ALLISON GRANT, P.A.**

By:    /s/ *Allison Grant*
    Allison Grant (FL #858330)
    agrant@allisongrantpa.com
    14 SE 4th St
    Boca Raton, FL 33432-6111
    Phone: 561-994-9646
    Fax: 561-431-4627

**ALTERS LAW FIRM, P.A.**

By:    /s/ *Jeremy W. Alters*
    Jeremy W. Alters (FL #111790)
    jeremy@alterslaw.com
    Justin D. Grosz (FL #984000)
    justin@alterslaw.com

2

| | |
|---|---|
| Andrew A. Braun (LA #3415) | Matthew T. Moore, Of Counsel (FL #70034) |
| abraun@glllaw.com | matthew@alterslaw.com |
| Victoria E. Emmerling (LA #33117) | 1855 Griffin Road, Suite C470 |
| temmerling@glllaw.com | Dania Beach, FL 33004 |
| 701 Poydras Street, Suite 4800 | Phone: (305) 571-8550 |
| New Orleans, Louisiana 70139-4800 | Fax: (305) 571-8558 |
| Phone: (504) 561-0400 | |
| Fax: (504) 561-1011 | |

*Attorneys for Morris Bart, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of September, 2017.

                /s/ *Jimmy R. Faircloth, Jr.*
                       OF COUNSEL