# Rebecca Brown

| | |
|---|---|
| **From:** | Brook Landry Villa |
| **Sent:** | Wednesday, September 13, 2017 12:19 PM |
| **To:** | Allison Grant (agrant@allisongrantpa.com); Andrew Braun (abraun@glllaw.com); Ann Saucer (asaucer@baronbudd.com); Brian Collins ; Brook Landry Villa; Christopher Coffin (ccoffin@pbclawfirm.com); David Durkee (durkee@rdlawnet.com); David Horsley (david@edgelawyers.com); Drew Hoffmann; Edward Gibson (egibson@hgattorneys.com); Eric Hoaglund (ehoaglund@mhcilaw.com); Esther Sotolongo (esther@rdlawnet.com); Gary Mason (gmason@wbmllp.com); Gregory Weiss (gweiss@mrachek-law.com); Holly Werkema (hwerkema@baronbudd.com); Jay Dinan (jdinan@yourlawyer.com); Jeremy Alters (jeremy@alterslaw.com); Jerrold Parker (jerry@yourlawyer.com); Jimmy Doyle (jimmy@doylefirm.com); Jimmy Faircloth; Joel Rhine (jrr@rhinelawfirm.com); John Hawkins (john@hgattorneys.com); K. Edward Eddie Sexton II (esexton@gtandslaw.com); Kelsey Zeitzer (kzeitzer@exnicioslaw.com); Mark Milstein (mmilstein@majfw.com); Matt Moore (matthew@alterslaw.com); Paul Lea (paul@paullea.com); Rebecca Brown; Russell Budd (rbudd@baronbudd.com); Scott Weinstein; Stephen Mullins (smullins@luckeyandmullins.com); Theodore Leopold (tleopold@cohenmilstein.com); Tori Emmerling (temmerling@glllaw.com); Tucker Yance (rty@yancelaw.com); Val Exnicios (vpexnicios@exnicioslaw.com); William Buckley (billwblaw@bellsouth.net) |
| **Subject:** | FW: In re: Chinese Drywall Litigation |

Forwarding the below email just in case someone was left off the list.  Please ignore if you already received.

Thank you.

Brook Landry Villa
Attorney
**FAIRCLOTH, MELTON & SOBEL, LLC**
301 Main Street, Suite 920
Baton Rouge, LA  70801
(225) 343-9535 (o)
(225) 205-7819 (c)
(225) 343-9538 (f)

**CONFIDENTIALITY STATEMENT**
This electronic message contains information from Faircloth, Melton & Sobel, LLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 343-9535.

**From:** Dan Balhoff [mailto:balhoff@pbmbllc.com]
**Sent:** Wednesday, September 13, 2017 12:13 PM
**To:** Marion Hutson <MHutson@lfsblaw.com>; jeremy@alterslaw.com; RBUDD@BARONBUDD.COM; agrant@allisongrantpa.com; tleopold@cohenmilstein.com; gweiss@mrachek-law.com; jimmy@doylefirm.com; david@collinshorsley.com; esexton@gtandslaw.com; ehoaglund@mhcilaw.com; john@hgattorneys.com; paul@paullea.com; MMilstein@majfw.com; durkee@rdlawnet.com; sweinstein@forthepeople.com; Temmerling@glllaw.com; abraun@glllaw.com; Jimmy Faircloth <jfaircloth@fairclothlaw.com>; Brook Landry Villa <bvilla@fairclothlaw.com>; Drew Hoffmann <dhoffmann@fairclothlaw.com>; RichardTaylor@taylormartino.com; vpexnicios@exnicioslaw.com; billwblaw@bellsouth.net; rty@yancelaw.com; Arnold Levin <ALevin@lfsblaw.com>;

1

rherman@hhklawfirm.com; Fred Longer <FLonger@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; matthew@alterslaw.com; Jimmy Faircloth <jfaircloth@fairclothlaw.com>
**Subject:** In re: Chinese Drywall Litigation

Friends:

Jason Siu (Judge Fallon's law clerk) called me this morning.  He wanted me to tell you that the Court's September 26, 2017 deadline (R. Doc. 20949) is for any and all objections/comments/briefs.  You should not assume that there will be an opportunity for further briefing, evidence, or argument after September 26.

Thank you.

Dan Balhoff

P.S.  As you know, there are some motions that my recommendations did not address.  This is because the Court will be deciding those motions without input from me.

P.P.S.  If you know anyone who should see this that is not on the distribution list, please forward this email.

---

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**