UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER ON MOTION FOR EXTENSION
OF TIME TO SUBMIT BRIEFS AND COMMENTS

Considering the foregoing *Motion for Extension of Time to Submit Briefs and Comments*:

**IT IS HEREBY ORDERED** that the Motion for Extension of Time to Submit Briefs and Comments is granted;

**IT IS FURTHER ORDERED** that all briefs responding to the Special Master's Recommendations Concerning Attorneys' Fees and Expenses (Doc. 20950) shall be filed by September 29, 2017.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge