UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*ALL CASES* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion for Leave to File Reply With Excess Pages filed by Defendants CNBM Co., BNBM (Group) Co., Ltd., and BNBM PLC,

IT IS ORDERED that the motion is GRANTED and the attached Reply in Support of their Supplemental Motion on Jurisdiction and Class Certification Following *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco, County* is hereby filed.

New Orleans, Louisiana, this ___ day of _____, 2017

_____
ELDON E. FALLON
United States District Court Judge