UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                        MDL NO. 2047

                                                  SECTION: L

                                                  JUDGE FALLON
                                                  MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THE FEE COMMITTEE'S RESPONSE TO
PRIMARY COUNSEL'S MOTION FOR EXTENSION OF
TIME TO SUBMIT BRIEFS AND COMMENTS [REC. DOC. 20954]

On September 11, 2017, the Court issued an Order [Rec. Doc. 20949] directing that "the parties submit their briefs and comments regarding the Report and Recommendations by September 26, 2017."  On September 19, 2017, Primary Counsel ("PC") filed a Motion for Extension of Time to Submit Briefs and Comments [Rec. Doc. 20954] relating to the briefing on the Recommendation of the Special Master on Fees and Expenses [Rec. Doc. 20950].   Unfortunately, PC did not meet and confer with the Fee Committee ("FC") prior to making their filing.  The FC has no opposition to the request by the PC for an extension of time to submit their briefs and comments regarding the Report and Recommendation.  However, any such extension should apply to both the FC and PC.  Accordingly, the FC requests that an Order issue granting a three-day extension applicable to both the FC and the PC granting each until September 29, 2017 to file responses to the Special Master Recommendation.

1

Dated: September 20, 2017

Respectfully Submitted,

BY: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819) (on the Brief)
Leonard A. Davis (La Bar No. 14190) (on the Brief)
Stephen J. Herman (La Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the Brief)
Fred S. Longer (on the Brief)
Sandra L. Duggan (on the Brief)
Matthew Gaughan
Levin, Fishbein & Sedran
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**ON BEHALF OF THE FC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of September, 2017.

Respectfully Submitted,

BY:  /s/ Leonard A. Davis
       Leonard A. Davis
       Herman, Herman & Katz, LLC
       820 O'Keefe Avenue
       New Orleans, LA 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       ldavis@hhklawfirm.com

       *Plaintiffs' Liaison Counsel MDL 2047*