IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| This Document Relates to: | SECTION L JUDGE FALLON |
| Greg Descher, et ux. V. Knauf GIPS KG, et al. So. Dist. Mississippi, C.A. No. 1:17-cv-249-HSO-JCG | MAG. JUDGE WILKINSON |

**PLAINTIFFS' OPPOSITION TO CONDITIONAL TRANSFER ORDER
(ORAL AGRUMENT REQUESTED)**

Plaintiffs, GREG & MEREDITH DESCHER, file this, their Opposition to the Conditional Transfer Order entered on September 14, 2017, and in support thereof would show unto this Honorable Court the following, to-wit:

I.

It is the understanding of counsel for Plaintiffs that this Court has indicated that the litigation against Knauf has reached its conclusion, and that any cases which have not been resolved through the Knauf Settlement Program were going to be remanded back to the State Courts from whence they came.  Therefore, the transfer of this case at this late date to the MDL will serve no purpose and will needlessly delay the progress of the litigation and resolution of this case.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court will enter its Order remanding this case back to the U. S. District Court for the Southern District of Mississippi forthwith.

RESPECTFULLY SUBMITTED this, the 20th day of September, 2017.

GREG & MEREDITH DESCHER, Individually and on Behalf of Others Similarly Situated, Plaintiffs

By: _____/s/ Stephen W. Mullins_____
STEPHEN W. MULLINS

*Attorneys for Plaintiffs*

STEPHEN W. MULLINS (MS Bar No. 9772)
**Luckey & Mullins, PLLC**
Post Office Box 990
Ocean Springs, MS 39566
Telephone: 228-875-3175
Facsimile: 228-872-4719
Email: smullins@luckeyandmullins.com

OF COUNSEL:

NICHOLAS ROCKFORTE (LA Bar No. 31305)
**Pendley, Baudin & Coffin, L.L.P.**
P.O. Drawer 71
Plaquemine, Louisiana 70765-0071
Tele: 225-687-6396
Fax: 225-687-6398
Email: nrockforte@pbclawfirm.com

## CERTIFICATE OF SERVICE

I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically filed the above and foregoing Opposition with this Court using the ECF filing system which has caused notification of such filing to be sent to registered counsel of record.

THIS, the 20th day of September, 2017.

_____/s/ Stephen W. Mullins_____
STEPHEN W. MULLINS