UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE FALLON |
| ALL CASES | * | MAG. WILKINSON |

## ORDER

Considering the foregoing *Motion to Enroll Additional Counsel* filed by defendant Interior Exterior Building Supply, L.P.;

**IT IS HEREBY ORDERED** that Andrew J. Brien (La. Bar No. 37051) be and is hereby enrolled as additional counsel of record for Interior Exterior Building Supply, L.P.

**New Orleans, Louisiana, this** 19th **day of** September , **2017.**

_____
**Honorable Eldon E. Fallon**
**U.S. District Court Judge**

4852-7819-6301, v. 1