# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| *Mitchell Co. Inc. v. Knauf Gips KG, et al.*, 09-cv-4115 | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| | Oral Argument Requested |

## ORDER GRANTING PETITION FOR LEAVE TO SUBMIT BUILDER COUNSEL TIME TO PHILLIP GARRETT, CPA

Before the Court is the Builder Plaintiffs' Petition for Leave to Submit Builder Counsel Time to Phillip Garrett, CPA.

**IT IS ORDERED** that Builder Plaintiffs' Petition is GRANTED.

**IT IS FURTHER ORDERED** that Phillip Garrett, CPA accept late-submitted Builder Counsel time.

**IT IS FURTHER ORDERED** that, going forward, Builder Counsel submit time in accordance with Pretrial Order No. 9 (Dkt. No. 147).

New Orleans, Louisiana, this 20th day of September, 2017.

*/s/ Eldon E. Fallon*
Hon. Eldon E. Fallon
United States District Judge