IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ============================== | x | ============================ |
|---|---|---|
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | x | SECTION: L |
| LITIGATION | x | JUDGE FALLON |
| | x | MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL | x | |
| CASES | x | |
| | x | |
| ============================== | x | ============================ |

**THE FEE COMMITTEE'S RESPONSE TO PETITION OF BUILDER PLAINTIFFS FOR LEAVE TO SUBMIT BUILDER COUNSEL TIME TO PHILLIP GARRETT, CPA**

The Fee Committee ("FC") hereby submits this response to the Petition of the Builder Plaintiffs for Leave to Submit Builder Counsel Time to Philip Garrett, CPA [Rec. Doc. 20953].

On January 10, 2014, this Court entered Pretrial Order No. 28 [Rec. Doc. 17379] setting forth detailed guidelines for an award of attorneys' fees and cost reimbursements in connection with the Knauf, Banner, Global, InEx, L&W, and Virginia Class Settlements. In accordance with PTO 28, the FC filed a Global Fee Petition on May 16, 2014 [Rec. Doc. 17700] and interviewed applicants seeking an award of common benefit fees. The FC also filed a Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) ("Allocation Motion") [Rec. Doc. 20282]. That process is still ongoing.

The Builder Plaintiffs' Counsel have never submitted time or expenses to Mr. Garrett pursuant to PTO 9, and they did not comply with the requirements of PTO 28. As such, they cannot be considered common benefit fee applicants with regard to the Global Fee Petition or the pending Allocation Motion. However, the FC has no objection to their submission of time and

expenses to Mr. Garrett for purposes of seeking a future award of common benefit fees with regard to the ongoing litigation against the Taishan Defendants, to be determined by the Court.

Dated: September 21, 2017         Respectfully Submitted,

By:    /s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Fee Committee Co-Chair/Secretary*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
LEVIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Fee Committee Chair*

***ON BEHALF OF THE FEE COMMITTEE***

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of September, 2017.

Respectfully Submitted,

By: */s/ Leonard A. Davis*
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*