UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER ON MOTION FOR EXTENSION
OF TIME TO SUBMIT BRIEFS AND COMMENTS

Considering the foregoing *Motion for Extension of Time to Submit Briefs and Comments*:

**IT IS HEREBY ORDERED** that the Motion for Extension of Time to Submit Briefs and Comments is granted;

**IT IS FURTHER ORDERED** that all briefs responding to the Special Master's Recommendations Concerning Attorneys' Fees and Expenses (Doc. 20950) shall be filed by September 29, 2017.

New Orleans, Louisiana, this 19th day of September, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge