# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## ORDER

Upon consideration of Taishan's Motion for Leave to File Reply in Excess of Page Limits, it is hereby ORDERED BY THE COURT that the motion is GRANTED and the attached reply brief is hereby filed into the record.

New Orleans, Louisiana, this 19th day of September, 2017.

_____
ELDON E. FALLON
Judge, United States District Court