UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE- MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL NO. 2047<br><br>SECTION: "L"<br><br>JUDGE FALLON<br>MAG. WILKINSON |

*UNOPPOSED* MOTION TO CONTINUE
AND RESET SUBMISSION DATE FOR INTERIOR
EXTERIOR BUILDING SUPPLY, L.P.'S MOTION FOR INJUNCTIVE RELIEF

**NOW INTO COURT**, through undersigned counsel, come movants, Winston Burns, Jr. and Wendy Burns, who respectfully request that this Honorable Court continue the submission date for Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief (Rec. Doc. 20891) which is currently set for Wednesday, October 4, 2017, at 9:00 a.m. Movants intend to respond by opposing same. After discussions with opposing counsel, and at movants' request, the parties have agreed to continue and reset the submission date to October 18, 2017 at 9:00 a.m.

**WHEREFORE**, movants, Winston Burns, Jr. and Wendy Burns, pray that this Honorable Court Grant this *Unopposed* Motion to Continue and Rest Submission Date for Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief, and reset the submission date for Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief (Rec. Doc. 20891) to October 18, 2017 at 9:00 a.m.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully Submitted:

*/s/ Matthew A. Sherman*

---
JAMES M. WILLIAMS (#26141)
MATTHEW A. SHERMAN (#32687)
ZACHARY R. SMITH (#37316)
*Chehardy, Sherman, Williams, Murray,*
*Recile, Stakelum & Hayes, L.L.P.*
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 613-4528
*Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. I further certify that I have sent the foregoing by U.S. Mail, postage pre-paid, to parties and/or their counsel who would not receive notice through the CM/ECF system.

 */s/ Matthew A. Sherman*
 MATTHEW A. SHERMAN