UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE- MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL NO. 2047<br><br>SECTION: "L"<br><br>JUDGE FALLON<br>MAG. WILKINSON |

### ORDER

Considering the foregoing Unopposed Motion to Continue and Reset Submission Date for Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief;

IT IS ORDERED, that movants' Unopposed Motion to Continue and Reset Submission Date for Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief (Rec. Doc. 20891) be, and hereby is GRANTED, and Interior Exterior Building Supply, L.P.'s pending Motion for Injunctive Relief is reset for a submission date of October 18, 2017 at 9:00 a.m.

Signed this ____ day of _____, 2017, in New Orleans, Louisiana.

_____
Hon. Eldon E. Fallon
United States District Judge