# EXHIBIT A

| Claimant(s) | Affected Property Address | Counsel |
|---|---|---|
| Bennette, Lillie; Bennette, Jr., Joseph | 4800 Congress Street<br>New Orleans, LA  70117 | Lestelle & Lestelle, APLC |
| Bowman, Bill & Marcy | 17739 Shady Elm Avenue<br>Baton Rouge, LA 70816 | Pro Se |
| Quinn, Michael | 7301 Jade Street<br>New Orleans, LA  70124 | Pro Se |