**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  **CHINESE-MANUFACTURED** | * | **MDL 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to: All Cases** | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

**PROPOSED ORDER**

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations;

**IT IS ORDERED** that the Motion to Extinguish the Knauf Defendants' Settlement

Obligations for the three (3) Remediation Claims listed below is GRANTED.

| Claimant(s) | Affected Property Address |
|---|---|
| Bennette, Lillie; Bennette, Jr., Joseph | 4800 Congress Street New Orleans, LA  70117 |
| Bowman, Bill & Marcy | 17739 Shady Elm Avenue Baton Rouge, LA  70816 |
| Quinn, Michael | 7301 Jade Street New Orleans, LA 70124 |

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**