UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION: L |
| *ALL CASES and specifically to Hobbie, et al.) v. RCR Holdings II, LLC, et al.,* | ) ) | JUDGE FALLON |
| No. 10-1113 | ) ) ) | MAG. JUDGE WILKINSON |

## VILLA LAGO PLAINTIFFS' STAND ALONE OBJECTION TO SPECIAL MASTER'S RECOMMENDATIONS FOR FAILURE TO ADDRESS VILLA LAGO PLAINTIFFS MOTION FOR A FINAL AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS

Now comes Coastal Settlement Class Counsel ("Class Counsel") who hereby submit the following stand alone Objection to the Special Master's Recommendations filed solely out of an abundance of caution and solely in so far as the Special Master's Recommendations failed to address Class Counsel's Motion for a Final Award of Attorneys' Fees and Reimbursement of Costs (R. Doc. 20347). As noted, Class Counsel do so solely out of an abundance of caution in that there has been some degree of uncertainty as to the scope of the Special Master's charge (despite the Court's clear Orders) and that while the Special Master specifically advised undersigned Counsel that Your Honor advised the Special Master that Your Honor and not the Special Master would address Class Counsel's Villa Lago Motion, the Special Master also advised that, as per advices of Your Honor's Law Clerk, the Special Master was requested to advise all Counsel that the Court's September 29, 2017 deadline was an absolute deadline for any and all objections to the Special Master's Recommendations on the fee allocation issues. Class Counsel file the instant Objection solely to preserve their Motion if, contrary to the Special

Master's representation that Your Honor would address said Motion, it was instead Your Honor's belief that the Special Master was to address the Motion.

Dated: September 28, 2017

                                              Respectfully submitted,

                                              */s/ Val Patrick Exnicios*
                                              **VAL PATRICK EXNICIOS, T.A.  (LA Bar #19563)**
                                              **KELSEY LEIGH ZEITZER (LA BAR #37368)**
                                              *Liska, Exnicios & Nungesser*
                                              Attorneys & Counselors-at-Law
                                              1515 Poydras Street, Suite 1400
                                              New Orleans, LA 70112
                                              (504) 410-9611
                                              Fax: (504) 410-9937
                                              Vpexnicios@exnicioslaw.com
                                              Kzeitzer@exnicioslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September, 2017

                                              /s/ Val P. Exnicios
                                              Val P. Exnicios