UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

*******************************************************************************

**PARKER WAICHMAN LLP, WHITFIELD BRYSON & MASON LLP, PENDLEY BAUDIN & COFFIN, RHINE LAW FIRM, AND LUCKEY & MULLINS' STANDALONE OBJECTIONS TO SPECIAL MASTER'S RECOMMENDATIONS CONCERNING ATTORNEYS' FEES AND EXPENSES (DOC. 20950)**

Parker Waichman, LLP, Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins submit this standalone objection to the Special Master's Recommendations Concerning Attorneys' Fees and Expenses (the "Recommendation") (Doc. 20950) for the narrow purpose of objecting to the Special Master's conclusion that ". . . Objectors' Co-Liaison Counsel's fees should be borne by their own clients, not by the other Objectors." Doc. 20950 at 13, note 70.[1] As explained below, that issue was not before the Special Master and should not have been addressed in the Recommendation.

The Special Master was appointed to recommend an allocation of attorneys' fees between primary counsel and common benefit counsel. Docs. 20410, 20478. As part of his duties, he appointed Co-Liaison Counsel for those primary counsel objecting to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) (the "Allocation Motion") (Doc. 20293). Special

---

[1] Parker Waichman, LLP, Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins also join the joint objection to the Special Master's Recommendation being filed by primary counsel raising issues and assigning errors not addressed herein.

1

Master Case Management Order No. 1 ("CMO No. 1").[2] Co-Liaison Counsel, Jimmy R. Faircloth, Jr. and Val Exnicios, were appointed to "facilitate communication among the Objectors and the other interested parties involved in [the fee allocation dispute], including the Special Master." CMO No. 1 at 2.  The issue of responsibility for Co-Liaison Counsel's fees was raised by the Fee Committee only to qualify its consent to the appointment, which was noted in the Special Master's Order.  There was no request by either party that the Special Master make such a determination. Moreover, no such request has been made to the Court.

On September 13, 2017, Co-Liaison Counsel asked the Special Master to withdraw the objectionable comment.  The Special Master declined the request, but acknowledged that the issue was not briefed or argued by any party.  Exhibit A, Email from Faircloth to Balhoff, *et al.* (September 13, 2017).

A Special Master's jurisdiction extends only to those issues formally referred by the Court. *See Shafer v. Army & Air Force Exchange Service*, 376 F.3d 386, n. 3 (5th Cir. 2004).  Otherwise, any decisions and/or recommendations made on issues outside of his scope of authority and, by extension, the district court's adoption of those decisions and/or recommendations is reversible error.  *Id.* at 392-393.

For these reasons, Parker Waichman, LLP, Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins respectfully request the Court to reject the Special Master's recommendation regarding the source of payment of Co-Liaison Counsels' fees.

---

[2] *See* Doc. 20518 (entering CMO No. 1 on the record).

Respectfully submitted,

| | |
|---|---|
| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
| By:    /s/ *Jimmy R. Faircloth, Jr.* | By:    /s/ *Val Patrick Exnicios* |
|     Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645) |     Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel) |
|     jfaircloth@fairclothlaw.com |     vpexnicios@exnicioslaw.com |
|     Brook L. Villa (LA # 31988) |     1515 Poydras Street, |
|     bvilla@fairclothlaw.com |     14th Floor, Ste. 1400 |
|     Franklin "Drew" Hoffmann (LA #35824) |     New Orleans, LA. 70112 |
|     dhoffmann@fairclothlaw.com |     Phone: (504) 410-9611 |
|     412 North 4th St., Ste. 230 |     Fax: (504) 410-9937 |
|     Baton Rouge, LA 70802 | |
|     Phone: (225) 343-9535 | *Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |
|     Fax: (225) 343-9538 | |
| *Attorneys for Parker Waichman LLP* | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Parker Waichman LLP, Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, And Luckey & Mullins' Standalone Objections to Special Master's Recommendations Concerning Attorneys' Fees and Expenses (Doc. 20950)* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of September, 2017.

                                                          /s/ *Jimmy R. Faircloth, Jr.*
                                                               OF COUNSEL