## Brook Landry Villa

| | |
|---|---|
| **From:** | Dan Balhoff <balhoff@pbmbllc.com> |
| **Sent:** | Wednesday, September 13, 2017 2:42 PM |
| **To:** | Jimmy Faircloth; Marion Hutson; jeremy@alterslaw.com; RBUDD@BARONBUDD.COM; agrant@allisongrantpa.com; tleopold@cohenmilstein.com; gweiss@mrachek-law.com; jimmy@doylefirm.com; david@collinshorsley.com; esexton@gtandslaw.com; ehoaglund@mhcilaw.com; john@hgattorneys.com; paul@paullea.com; MMilstein@majfw.com; durkee@rdlawnet.com; sweinstein@forthepeople.com; Temmerling@glllaw.com; abraun@glllaw.com; Brook Landry Villa; Drew Hoffmann; RichardTaylor@taylormartino.com; vpexnicios@exnicioslaw.com; billwblaw@bellsouth.net; rty@yancelaw.com; Arnold Levin; rherman@hhklawfirm.com; Fred Longer; Sandy Duggan; Lenny Davis; matthew@alterslaw.com |
| **Subject:** | RE: In re: Chinese Drywall Litigation |

Jimmy:

You are correct in stating that the parties did not brief or argue the issue, and you may represent that to the Court in your submission (and you may attach this email if you wish).

If I were to amend my recommendations, it would be to include the additional statement (as you suggest): "This issue was not briefed or argued by any party." I am, however, concerned about opening the floodgates to even more requests to amend my recommendations. I will see what transpires over the next few days, and then I will revisit the issue.

Thank you.

Dan Balhoff

**From:** Jimmy Faircloth [mailto:jfaircloth@fairclothlaw.com]
**Sent:** Wednesday, September 13, 2017 1:56 PM
**To:** Dan Balhoff <balhoff@pbmbllc.com>; Marion Hutson <MHutson@lfsblaw.com>; jeremy@alterslaw.com; RBUDD@BARONBUDD.COM; agrant@allisongrantpa.com; tleopold@cohenmilstein.com; gweiss@mrachek-law.com; jimmy@doylefirm.com; david@collinshorsley.com; esexton@gtandslaw.com; ehoaglund@mhcilaw.com; john@hgattorneys.com; paul@paullea.com; MMilstein@majfw.com; durkee@rdlawnet.com; sweinstein@forthepeople.com; Temmerling@glllaw.com; abraun@glllaw.com; Brook Landry Villa <bvilla@fairclothlaw.com>; Drew Hoffmann <dhoffmann@fairclothlaw.com>; RichardTaylor@taylormartino.com; vpexnicios@exnicioslaw.com; billwblaw@bellsouth.net; rty@yancelaw.com; Arnold Levin <ALevin@lfsblaw.com>; rherman@hhklawfirm.com; Fred Longer <FLonger@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; matthew@alterslaw.com
**Subject:** RE: In re: Chinese Drywall Litigation

Thank you, Dan. We will notify objectors. I do not understand why the Recommendation includes the statement, "The Special Master concludes that Objectors' Co-Liaison Counsel's fees should be borne by their own clients, not by the other Objectors." (page 12-13, n 72). That issue was not identified as an issue for adjudication in our discussions leading up to the evidentiary hearing, and it was not briefed nor argued on the merits by any party. This is an issue (properly preserved in your order making the appointment) that may or may not be raised in the future before Judge Fallon. We should not have to address it for the first time as an objection to your recommendation. On behalf of my client, we respectfully request that you withdraw this recommendation sua sponte, or at least amend your recommendation to indicate that this issue was not briefed or argued by any party. Thank you,

1

EXHIBIT A

Jimmy R. Faircloth, Jr.
**Faircloth, Melton & Sobel, LLC**
jfaircloth@fairclothlaw.com

*Alexandria Office*:
105 Yorktown Drive
Alexandria, LA  71303
Phone 318-619-7755
Fax 318-619-7744

*Baton Rouge Office*:
One American Place
301 Main St., Ste. 920
Baton Rouge, LA  70801
Phone 225-343-9535
Fax 225-343-9538

CONFIDENTIALITY STATEMENT

This electronic message contains information from Faircloth, Melton & Sobel, LLC, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (318) 619-7755.

---

**From:** Dan Balhoff [mailto:balhoff@pbmbllc.com]
**Sent:** Wednesday, September 13, 2017 12:13 PM
**To:** Marion Hutson; jeremy@alterslaw.com; RBUDD@BARONBUDD.COM; agrant@allisongrantpa.com; tleopold@cohenmilstein.com; gweiss@mrachek-law.com; jimmy@doylefirm.com; david@collinshorsley.com; esexton@gtandslaw.com; ehoaglund@mhcilaw.com; john@hgattorneys.com; paul@paullea.com; MMilstein@majfw.com; durkee@rdlawnet.com; sweinstein@forthepeople.com; Temmerling@glllaw.com; abraun@glllaw.com; Jimmy Faircloth; Brook Landry Villa; Drew Hoffmann; RichardTaylor@taylormartino.com; vpexnicios@exnicioslaw.com; billwblaw@bellsouth.net; rty@yancelaw.com; Arnold Levin; rherman@hhklawfirm.com; Fred Longer; Sandy Duggan; Lenny Davis; matthew@alterslaw.com; Jimmy Faircloth
**Subject:** In re: Chinese Drywall Litigation

Friends:

Jason Siu (Judge Fallon's law clerk) called me this morning.  He wanted me to tell you that the Court's September 26, 2017 deadline (R. Doc. 20949) is for any and all objections/comments/briefs.  You should not assume that there will be an opportunity for further briefing, evidence, or argument after September 26.

Thank you.

Dan Balhoff

P.S.  As you know, there are some motions that my recommendations did not address.  This is because the Court will be deciding those motions without input from me.

P.P.S.  If you know anyone who should see this that is not on the distribution list, please forward this email.

2

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**