UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Pending before the Court is Defendants' motion to dismiss for lack of jurisdiction. *See* Rec. Doc. 20882. Plaintiffs submitted their opposition on August 30, 2017. *See* Rec. Doc. 20935. Having reviewed the parties' submissions, the Court finds it helpful if the parties would file supplemental briefs, in light of *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County, et al.*, 137 S. Ct. 1773 (2017), on the difference—if any—between mass tort actions and class actions in which every member is a named plaintiff. Accordingly,

**IT IS ORDERED** that Plaintiffs shall file this brief by October 6, 2017.

**IT IS FURTHER ORDERED** that Defendants shall file a reply by October 11, 2017.

New Orleans, Louisiana, this 28th day of September, 2017.

_____
**ELDON E. FALLON**
United States District Judge