**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED        MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                                          SECTION: L

THIS DOCUMENT RELATES TO:           JUDGE FALLON

*ALL CASES*                                          MAG. JUDGE WILKINSON

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION AND TO FILE**
**PRIMARY COUNSEL'S OBJECTIONS AND RESPONSES TO SPECIAL MASTER'S**
**RECOMMENDATIONS CONCERNING ATTORNEYS' FEES AND EXPENSES**
**(DOC. 20950)**
**UNDER SEAL IN ITS ENTIRETY**

**NOW COMES** Primary Counsel[1] who respectfully move the Court for an Order allowing

*Primary Counsel's Objections and Responses to Special Master's Recommendations Concerning*

*Attorneys' Fees and Expenses* (the "Objection") with accompanying exhibits (collectively,

**Exhibit "A"**) to be filed in its entirety under seal and in excess of the page limitation set forth in

Local Rule 7.7.  Primary Counsel submit that the Objection exceeds the page limitation allowed

by the Federal Rules of Civil Procedure and Local Rules, and Primary Counsel therefore request

leave of court to exceed page limitation set forth in Local Rule 7.7 of the Objection.  Furthermore,

Primary Counsel submit that the Objection and all exhibits attached thereto contain, quote or refer

to information that has been designated confidential by this Court or the Special Master.

Accordingly, Primary Counsel request that the Objection and exhibits thereto be filed UNDER

SEAL in its entirety.

---

[1] Primary Counsel are those individually retained counsel listed or represented in the signature block of this pleading.

**WHEREFORE** Primary Counsel pray that this motion be granted and that they be allowed

to exceed the page limitation of their Objection and further that their objection be filed UNDER

SEAL in its entirety.

Respectfully submitted:

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:     /s/ *Jimmy R. Faircloth, Jr.*
    Jimmy R. Faircloth, Jr. (Objectors' Co-
    Liaison Counsel) (LA #20645)
    jfaircloth@fairclothlaw.com
    Brook L. Villa (LA # 31988)
    bvilla@fairclothlaw.com
    Franklin "Drew" Hoffmann (LA #35824)
    dhoffmann@fairclothlaw.com
    412 N. 4th Street, Suite 230
    Baton Rouge, LA 70802
    Phone: (225) 343-9535
    Fax: (225) 343-9538

 *Attorneys for Parker Waichman LLP*

**BARON & BUDD, P.C.**

By:     /s/ *Russell W. Budd*
    Russell W. Budd (TX #03312400)
    rbudd@baronbudd.com
    S. Ann Saucer (TX #00797885;
    LA #21368)
    asaucer@baronbudd.com
    Holly Werkema (TX # 24081202)
    hwerkema@baronbudd.com
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, TX 75219
    Phone: 214-521-3605
    Fax: 214-520-1181

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:     /s/ *Eric D. Hoaglund*
    Eric D. Hoaglund
    ehoaglund@mhcilaw.com

**LISKA, EXNICIOS & NUNGESSER**

By:     /s/ *Val Patrick Exnicios*
    Val Patrick Exnicios, Esq. (Objectors' Co-
    Liaison Counsel)
    vpexnicios@exnicioslaw.com
    1515 Poydras Street,
    14th Floor, Ste. 1400
    New Orleans, LA. 70112
    Phone: (504) 410-9611
    Fax: (504) 410-9937

*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**ALLISON GRANT, P.A.**

 By:     /s/ *Allison Grant*
    Allison Grant (FL #858330)
    agrant@allisongrantpa.com
    14 SE 4th St
    Boca Raton, FL 33432-6111
    Phone: 561-994-9646
    Fax: 561-431-4627

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By:     /s/ *K. Edward Sexton, II*
    K. Edward Sexton, II
    esexton@gtandslaw.com
    501 Riverchase Parkway East, Suite 100
    Hoover, Alabama 35244
    Phone: (205) 716-3000
    Fax: (205) 716-3010

905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Phone: (205) 824-7767
Fax: (205) 824-7768

## GIEGER, LABORDE & LAPEROUSE, LLC

By: ___ /s/ *Victoria E. Emmerling* ___
  Andrew A. Braun (LA #3415)
  abraun@glllaw.com
  Victoria E. Emmerling (LA #33117)
  temmerling@glllaw.com
  701 Poydras Street, Suite 4800
  New Orleans, Louisiana 70139-4800
  Phone: (504) 561-0400
  Fax: (504) 561-1011

*Attorneys for Morris Bart, L.L.C.*

## MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP

By: ___ /s/ *Mark Milstein* ___
  Mark Milstein
  mmilstein@mjfwlaw.com
  10250 Constellation Blvd., 14th Floor
  Los Angeles, CA 90067
  Phone: (310) 396-9600

## YANCE LAW FIRM, LLC

By: ___ /s/ *R. Tucker Yance* ___
  R. Tucker Yance (AL #ASB-9775-H71Y)
  rty@yancelaw.com
  169 Dauphin Street Suite
  318 Mobile, AL 36602
  Phone: (251) 432-8003
  Fax: (251) 432-8009

## DOYLE LAW FIRM, PC

By: ___ /s/ *James V. Doyle, Jr.* ___
  James V. Doyle, Jr.
  jimmy@doylefirm.com
  2100 Southbridge Pkwy., Suite 650
  Birmingham, AL 35209
  Phone: 205-533-9500
  Fax: 205-414-7528

## ROBERTS AND DURKEE, LLP

By: ___ /s/ *C. David Durkee* ___
  C. David Durkee
  durkee@rdlawnet.com
  2665 South Bayshore Drive, Suite 300
  Coconut Grove, FL 33133
  Phone: (305) 442-1700
  Fax: (305) 442-2559

## ALTERS LAW FIRM, P.A.

By: ___ /s/ *Jeremy W. Alters* ___
  Jeremy W. Alters (FL #111790)
  jeremy@alterslaw.com
  Justin D. Grosz (FL #984000)
  justin@alterslaw.com
  Matthew T. Moore, Of Counsel (FL #70034)
  matthew@alterslaw.com
  1855 Griffin Road, Suite C470
  Dania Beach, FL 33004
  Phone: (305) 571-8550
  Fax: (305) 571-8558

## H ARTHUR EDGE, P.C.

By: ___ /s/ *David L Horsley* ___
  David L Horsley (AL #6090-I47H)
  david@edgelawyers.com
  2320 Highland Avenue
  Suite 175
  Birmingham, Alabama 35205
  Phone (205)453-0322
  Fax (205)453-0326

*Attorneys for Collins & Horsley*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing *Motion for Leave to Exceed Page Limitation and to File Primary Counsel's Objections and Responses to Special Master's Recommendations Concerning Attorneys' Fees and Expenses (Doc. 20950) Under Seal in its Entirety* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of September, 2017.


        /s/ *Jimmy R. Faircloth, Jr.*
                OF COUNSEL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED                           MDL NO. 2047
        DRYWALL PRODUCTS LIABILITY
        LITIGATION                                     SECTION: L

        THIS DOCUMENT RELATES TO:                      JUDGE FALLON

        *ALL CASES*                                    MAG. JUDGE WILKINSON

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the *Motion for Leave to Exceed Page Limitation and to File Primary Counsel's Objections and Responses to Special Master's Recommendations Concerning Attorneys' Fees and Expenses (Doc. 20950) Under Seal in its Entirety* filed by Primary Counsel;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Primary Counsel are allowed to exceed the page limitation of *Primary Counsel's Objections and Responses to Special Master's Recommendations Concerning Attorneys' Fees and Expenses*;

IT IS FURTHER ORDERED BY THE COURT that *Primary Counsel's Objections and Responses to Special Master's Recommendations Concerning Attorneys' Fees and Expenses* and accompanying exhibits shall be and is hereby filed UNDER SEALED in its entirety.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge