**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**PRIMARY COUNSEL'S OBJECTIONS AND RESPONSES TO SPECIAL MASTER'S RECOMMENDATIONS CONCERNING ATTORNEYS' FEES AND EXPENSES (DOC. 20950)**</u>

# OBJECTION AND EXHIBITS FILED UNDER SEAL IN THEIR ENTIRETY