**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**REQUEST FOR ORAL ARGUMENT ON
PRIMARY COUNSEL'S OBJECTIONS AND RESPONSES TO SPECIAL MASTER'S
<u>RECOMMENDATIONS CONCERNING ATTORNEYS' FEES AND EXPENSES</u>
(DOC. 20950)**

Pursuant to Local Rule 78.1, the following request oral argument on the *Primary Counsel's Objections and Responses to Special Master's Recommendations Concerning Attorneys' Fees and Expenses* (Doc. 20993-2) (filed in its entirety under seal).

Respectfully submitted,

| | |
|---|---|
| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
| By: ___/s/ *Jimmy R. Faircloth, Jr.*___<br>Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)<br>jfaircloth@fairclothlaw.com<br>Brook L. Villa (LA # 31988)<br>bvilla@fairclothlaw.com<br>Franklin "Drew" Hoffmann (LA #35824)<br>dhoffmann@fairclothlaw.com<br>412 N. 4th Street, Suite 230<br>Baton Rouge, LA 70802<br>Phone: (225) 343-9535<br>Fax: (225) 343-9538 | By: ___/s/ *Val Patrick Exnicios*___<br>Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel)<br>vpexnicios@exnicioslaw.com<br>1515 Poydras Street,<br>14th Floor, Ste. 1400<br>New Orleans, LA. 70112<br>Phone: (504) 410-9611<br>Fax: (504) 410-9937<br><br>*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |
| *Attorneys for Parker Waichman LLP* | |
| **BARON & BUDD, P.C.** | **ALLISON GRANT, P.A.** |
| By: ___/s/ *Russell W. Budd*___<br>Russell W. Budd (TX #03312400) | By: ___/s/ *Allison Grant*___<br>Allison Grant (FL #858330) |

1

rbudd@baronbudd.com
S. Ann Saucer (TX #00797885;
LA #21368)
asaucer@baronbudd.com
Holly Werkema (TX # 24081202)
hwerkema@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By: \_\_\_/s/ *Eric D. Hoaglund*_____
  Eric D. Hoaglund
  ehoaglund@mhcilaw.com
  905 Montgomery Highway, Suite 201
  Vestavia Hills, Alabama 35216
  Phone: (205) 824-7767
  Fax: (205) 824-7768

**GIEGER, LABORDE & LAPEROUSE, LLC**

By: \_\_\_/s/ *Victoria E. Emmerling*\_\_\_\_
  Andrew A. Braun (LA #3415)
  abraun@glllaw.com
  Victoria E. Emmerling (LA #33117)
  temmerling@glllaw.com
  701 Poydras Street, Suite 4800
  New Orleans, Louisiana 70139-4800
  Phone: (504) 561-0400
  Fax: (504) 561-1011

 *Attorneys for Morris Bart, L.L.C.*

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By: \_\_\_/s/ *Mark Milstein*_____
  Mark Milstein
  mmilstein@mjfwlaw.com
  10250 Constellation Blvd., 14th Floor
  Los Angeles, CA 90067
  Phone: (310) 396-9600

 **YANCE LAW FIRM, LLC**

 By: \_\_\_/s/ *R. Tucker Yance*_____
  R. Tucker Yance (AL #ASB-9775-H71Y)
  rty@yancelaw.com

agrant@allisongrantpa.com
14 SE 4th St
Boca Raton, FL 33432-6111
Phone: 561-994-9646
Fax: 561-431-4627

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By: \_\_\_/s/ *K. Edward Sexton, II*\_\_\_\_
  K. Edward Sexton, II
  esexton@gtandslaw.com
  501 Riverchase Parkway East, Suite 100
  Hoover, Alabama 35244
  Phone: (205) 716-3000
  Fax: (205) 716-3010

**ROBERTS AND DURKEE, LLP**

By: \_\_\_/s/ *C. David Durkee*_____
  C. David Durkee
  durkee@rdlawnet.com
  2665 South Bayshore Drive, Suite 300
  Coconut Grove, FL 33133
  Phone: (305) 442-1700
   Fax: (305) 442-2559

**ALTERS LAW FIRM, P.A.**

By: \_\_\_/s/ *Jeremy W. Alters*_____
  Jeremy W. Alters (FL #111790)
  jeremy@alterslaw.com
  Justin D. Grosz (FL #984000)
  justin@alterslaw.com
  Matthew T. Moore, Of Counsel (FL #70034)
  matthew@alterslaw.com
  1855 Griffin Road, Suite C470
  Dania Beach, FL 33004
  Phone: (305) 571-8550
   Fax: (305) 571-8558

**H ARTHUR EDGE, P.C.**

By: \_\_\_/s/ *David L Horsley*_____
  David L Horsley (AL #6090-I47H)
  david@edgelawyers.com
  2320 Highland Avenue
  Suite 175
  Birmingham, Alabama 35205

3

169 Dauphin Street Suite 318  
Mobile, AL 36602  
Phone: (251) 432-8003  
Fax: (251) 432-8009

Phone (205)453-0322  
Fax (205)453-0326

*Attorneys for Collins & Horsley*

**DOYLE LAW FIRM, PC**

By: ___/s/ *James V. Doyle, Jr.*___
    James V. Doyle, Jr.
    jimmy@doylefirm.com
    2100 Southbridge Pkwy., Suite 650
    Birmingham, AL 35209
    Phone: 205-533-9500
    Fax: 205-414-7528

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of September, 2017.

        /s/ *Jimmy R. Faircloth, Jr.*
        OF COUNSEL