UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PRIMARY COUNSEL'S MOTION FOR LEAVE TO FILE MOTION FOR ACCOUNTING AND ADJUSTMENT OF GLOBAL AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES UNDER SEAL**

NOW INTO COURT, comes Primary counsel[1], and for the reasons set forth in the memorandum attached hereto, respectfully move the Court for an Order allowing their *Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses* to be filed under seal inasmuch as it contains confidential information previously sealed by the Special Master from public disclosure.

Respectfully Submitted,

Dated: September 29, 2017

**BARON & BUDD, P.C.**

By:   /s/ *S. Ann Saucer*
S. Ann Saucer (TX #00797885; LA #21368)
asaucer@baronbudd.com
Russell W. Budd (TX #03312400)
rbudd@baronbudd.com
Holly R. Werkema (TX #24081202)
hwerkema@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

---

[1] Primary counsel are those firms listed or otherwise designated in the signature block of this pleading.

1

**ALLISON GRANT, P.A.**

By: /s/ *Allison Grant*
Allison Grant (FL #858330)
agrant@allisongrantpa.com
14 SE 4th St
Boca Raton, FL 33432-6111
Phone: 561-994-9646
Fax: 561-431-4627

**ALTERS LAW FIRM, P.A.**

By: /s/ *Jeremy W. Alters*
Jeremy W. Alters (FL #111790)
jeremy@alterslaw.com
Justin D. Grosz (FL #984000)
justin@alterslaw.com
Matthew T. Moore, Of Counsel (FL #70034)
matthew@alterslaw.com
1855 Griffin Road, Suite C470
Dania Beach, FL 33004
Phone: (305) 571-8550
Fax: (305) 571-8558

**FAIRCLOTH, MELTON & SOBEL, LLC**

By: /s/ *Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr. (LA #20645)
jfaircloth@fairclothlaw.com
Brook L. Villa (LA #31988)
bvilla@fairclothlaw.com
Franklin "Drew" Hoffmann (LA #35824)
dhoffmann@fairclothlaw.com
412 N. 4th Street, Suite 230
Baton Rouge, LA 70802
Phone: (225) 343-9535
Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

**LISKA, EXNICIOS & NUNGESSER**

By:   /s/ *Val Patrick Exnicios*
Val Patrick Exnicios, Esq.
vpexnicios@exnicioslaw.com
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA. 70112
Phone: (504) 410-9611
Fax: (504) 410-9937

*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By:   /s/ *K. Edward Sexton, II*
K. Edward Sexton, II
esexton@gtandslaw.com
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Phone: (205) 716-3000
Fax: (205) 716-3010

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:   /s/ *Eric D. Hoaglund*
Eric D. Hoaglund
ehoaglund@mhcilaw.com
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Phone: (205) 824-7767
Fax: (205) 824-7768

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By:   /s/ *Mark Milstein*
Mark Milstein
mmilstein@mjfwlaw.com
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Phone: (310) 396-9600
Fax: (310) 396-9635

3

**ROBERTS AND DURKEE, LLP**

By: __/s/ *C. David Durkee*__
C. David Durkee
durkee@rdlawnet.com
2665 South Bayshore Drive, Suite 300
Coconut Grove, FL 33133
Phone: (305) 442-1700
Fax: (305) 442-2559

**YANCE LAW FIRM, LLC**

By: __/s/ *R. Tucker Yance*__
R. Tucker Yance (AL #ASB-9775-H71Y)
rty@yancelaw.com
169 Dauphin Street Suite
318 Mobile, AL 36602
Phone: (251) 432-8003
Fax: (251) 432-8009

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of September, 2017.

/s/ S. Ann Saucer
S. Ann Saucer