UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION          MDL 2047

         SECTION: L

         JUDGE FALLON
         MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

## ORDER

CONSIDERING the Motion of Primary Counsel for Leave to File Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses Under Seal;

IT IS ORDERED BY THE COURT that the Motion is granted and Primary Counsel's Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses be filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2017.

                                            _____
                                            Eldon E. Fallon
                                            United States District Court Judge