**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*ALL CASES*
*************************************************************************

**PRIMARY COUNSEL'S MEMORANDUM IN SUPPORT OF MOTION FOR ACCOUNTING AND ADJUSTMENT OF GLOBAL AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

# FILED UNDER SEAL