**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION:  L

JUDGE FALLON
MAG. JUDGE WILKINSON

**THIS DOCUMENT RELEATES TO:**
*ALL CASES*
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**KRUPNICK CAMPBELL MALONE, ET AL.'S
MOTION FOR LEAVE TO FILE COMMENTS AND RESPONSE TO THE
SPECIAL MASTER'S RECOMMENDATION CONCERNING ATTORNEYS' FEES
AND EXPENSES UNDER SEAL**</u>

NOW INTO COURT, comes KRUPNICK CAMPBELL MALONE ET AL  and for the reasons set forth in the memorandum attached hereto, respectfully move the Court for an order allowing *Krupnick Campbell Malone Et Al.'s Comments and Response to the Special Master's Recommendation Concerning Attorneys' Fees and Expenses* to be filed under seal inasmuch as it contains confidential information previously sealed by the Special Master from public disclosure.

Respectfully submitted,

<u>/s/ Michael J. Ryan</u>
Michael J. Ryan, Esquire
Florida Bar No. 975990
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.
12 S.E. 7 Street
Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, Esquire, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of September, 2017.

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.
12 S.E. 7 Street
Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com