**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION:  L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELEATES TO:
*ALL CASES*
**************************************************************************

**KRUPNICK CAMPBELL MALONE, ET AL.'S**
**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE**
**COMMENTS AND RESPONSE TO THE SPECIAL MASTER'S RECOMMENDATION**
**CONCERNING ATTORNEYS' FEES AND EXPENSES UNDER SEAL**

The *Krupnick Campbell Malone, Et Al.'s Comments and Response to the Special Master's Recommendation Concerning Attorneys' Fees and Expenses* contains information from documents previously sealed by the Special Master in the attorneys' fee allocation proceedings. As a result, KRUPNICK CAMPBELL MALONE ET AL., respectfully requests leave to file their Comments and Response to the Special Master's Recommendation to be filed under seal.

Respectfully submitted,

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.
12 S.E. 7 Street
Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, Esquire, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of September, 2017.

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.
12 S.E. 7 Street
Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com