**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELEATES TO:
*ALL CASES*
*********************************************************************

<u>**KRUPNICK CAMPBELL MALONE, ET AL.'S**</u>
<u>**COMMENTS AND RESPONSE TO THE SPECIAL MASTER'S**</u>
<u>**RECOMMENDATION CONCERNING ATTORNEYS' FEES AND EXPENSES**</u>

# FILED UNDER SEAL