UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION:  L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELEATES TO:
*ALL CASES*
*********************************************************************

ORDER

Considering the Motion of KRUPNICK CAMPBELL MALONE ET AL., for leave to file their Comments and Response to the Special Master's Recommendation Concerning Attorneys' Fees and Expenses under seal,

IT IS ORDERED BY THE COURT that the Motion is granted and the Comments and Response to the Special Master's Recommendation Concerning Attorneys' Fees and Expenses shall be filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2017

_____

Eldon E. Fallon
United States District Court Judge