# EXHIBIT "7"

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  CHINESE-MANUFACTURED   *        Docket 09-MD-2047
             DRYWALL PRODUCTS         *
6            LIABILITY LITIGATION     *        Section L
                                      *
7                                     *        New Orleans, Louisiana
                                      *
8    Relates to:  All Cases           *        November 13, 2012
     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

9

10

                         MONTHLY STATUS CONFERENCE
11                  AND FAIRNESS HEARING BEFORE
                    THE HONORABLE ELDON E. FALLON
12                  UNITED STATES DISTRICT JUDGE

13

14   Appearances:

15
     For the Plaintiffs:            Herman Herman & Katz, LLC
16                                  BY:  RUSS M. HERMAN, ESQ.
                                    820 O'Keefe Avenue
17                                  New Orleans, Louisiana 70113

18
     For the Plaintiffs:            Levin Fishbein Sedran & Berman
19                                  BY:  ARNOLD LEVIN, ESQ.
                                    510 Walnut Street, Suite 500
20                                  Philadelphia, Pennsylvania 19106

21
     For the Defendants:            Frilot, LLC
22                                  BY:  KERRY J. MILLER, ESQ.
                                    1100 Poydras Street, Suite 3700
23                                  New Orleans, Louisiana 70163

24

25

| | | |
|---|---|---|
| 1 | For the Plaintiffs: | Rhine Law Firm, PC |
| 2 | | BY:  JOEL R. RHINE, ESQ.<br>314 Walnut Street, Suite 1000 |
| 3 | | Wilmington, North Carolina 28401 |
| 4 | For the Knauf Entities: | Kaye Scholer, LLP |
| 5 | | BY:  JAY P. MAYESH, ESQ.<br>     STEVEN GLICKSTEIN, ESQ. |
| 6 | | 425 Park Avenue<br>New York, New York 10022 |
| 7 | | |
| 8 | For Interior Exterior<br>Building Supply, LP: | Galloway Johnson Tompkins<br>  Burr & Smith |
| 9 | | BY:  RICHARD DUPLANTIER JR., ESQ.<br>701 Poydras Street, 40th Floor |
| 10 | | New Orleans, Louisiana 70139 |
| 11 | For Interior Exterior:<br>Building Supply, LP: | Carver Darden Koretzky Tessier<br>  Finn Blossman & Areaux, LLC |
| 12 | | BY:  PHILIP D. NIZIALEK, ESQ.<br>1100 Poydras Street, Suite 3100 |
| 13 | | New Orleans, Louisiana 70163 |
| 14 | | |
| 15 | For Liberty Mutual: | Choate Hall & Stewart, LLP<br>BY:  A. HUGH SCOTT, ESQ. |
| 16 | | Two International Place<br>Boston, Massachusetts 02110 |
| 17 | | |
| 18 | For L&W Supply and<br>USG Corporation: | Haynsworth Sinkler Boyd, PA<br>BY:  W. DAVID CONNER, ESQ. |
| 19 | | 75 Beattie Place, 11th Floor<br>Greenville, South Carolina 29601 |
| 20 | | |
| 21 | For the Banner Entities: | Weinberg Wheeler Hudgins<br>  Gunn & Dial, LLC |
| 22 | | BY:  NICHOLAS PANAYOTOPOULOS, ESQ.<br>3344 Peachtree Road, NE |
| 23 | | Suite 2400<br>Atlanta, Georgia 30326 |
| 24 | | |
| 25 | | |

```
 1   For the Banner Entities:      Peterson & Espino
                                   BY:  MICHAEL P. PETERSON, ESQ.
 2                                 10631 SW 88 Street, Suite 220
                                   Miami, Florida 33176
 3

 4   For Chartis:                  Quinn Emanuel Urquhart
                                     & Sullivan, LLP
 5                                 BY:  RENITA N. SHARMA, ESQ.
                                   51 Madison Avenue, 22nd Floor
 6                                 New York, New York 10010

 7

 8   For the Global Defendants:    Barrasso Usdin Kupperman
                                     Freeman & Sarver, LLC
 9                                 BY:  H. MINOR PIPES III, ESQ.
                                   909 Poydras Street, 24th Floor
10                                 New Orleans, Louisiana 70112

11   For the Home Builders:        Greenberg Traurig, LLP
                                   BY:  HILARIE BASS, ESQ.
12                                 333 SE 2nd Avenue, Suite 4400
                                   Miami, Florida 33131
13

14   For Landmark American        Deutsch Kerrigan & Stiles, LLP
     Insurance Company:            BY:  MELISSA M. LESSELL, ESQ.
15                                 755 Magazine Street
                                   New Orleans, Louisiana 70130
16

17   For The North River          Thompson Coe Cousins & Irons, LLP
     Insurance Company:            BY:  KEVIN F. RISLEY, ESQ.
18                                 One Riverway, Suite 1600
                                   Houston, Texas 77056
19

20   For Wayne Kaplan:             Milstein Adelman, LLP
                                   BY:  MARK A. MILSTEIN, ESQ.
21                                 2800 Donald Douglas Loop North
                                   Santa Monica, California 90405
22

23   For Wayne Kaplan:             Roberts & Durkee, PA
                                   BY:  C. DAVID DURKEE, ESQ.
24                                 121 Alhambra Plaza, Suite 1603
                                   Coral Gables, Florida 33134
25
```

1    Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                     500 Poydras Street, HB-406
2                                    New Orleans, Louisiana 70130
                                     (504) 589-7778
3                                    Toni_Tusa@laed.uscourts.gov

4

5

6    Proceedings recorded by mechanical stenography using
     computer-aided transcription software.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2                                                PAGE

3    Monthly Status Conference                    6

4    Fairness Hearing

5          Arnold Levin, Esq.                      21

6          Russ M. Herman, Esq.                    37

7          Kerry J. Miller, Esq.                   50

8          Jay P. Mayesh, Esq.                     58

9          Steven Glickstein, Esq.                 68

10         Richard Duplantier Jr., Esq.            75

11         Philip D. Nizialek, Esq.                79

12         A. Hugh Scott, Esq.                     81

13         W. David Conner, Esq.                   87

14         Nicholas P. Panayotopoulos, Esq.        90

15         Michael P. Peterson, Esq.               95

16         Renita N. Sharma, Esq.                  98

17         H. Minor Pipes III, Esq.                98

18         Hilarie Bass, Esq.                      113

19         Russ M. Herman, Esq.                    114

20         Melissa M. Lessell, Esq.                117

21         Kevin F. Risley, Esq.                   117

22         Mark A. Milstein, Esq.                  124

23         Russ M. Herman, Esq.                    127

24         Steven Glickstein, Esq.                 129

25

| | | |
|---|---|---|
| 08:24:04 | 1 | **MORNING SESSION** |
| 08:24:04 | 2 | **(November 13, 2012)** |
| 08:28:08 | 3 | (The following proceedings were held in open court.) |
| 08:29:54 | 4 | **THE COURT:**  Be seated, please.  Good morning, ladies |
| 08:33:55 | 5 | and gentlemen. |
| 08:33:55 | 6 | Call the case, please. |
| 08:33:57 | 7 | **THE DEPUTY CLERK:**  MDL 2047 In Re: Chinese- |
| 08:33:58 | 8 | Manufactured Drywall Products Liability Litigation. |
| 08:34:03 | 9 | **THE COURT:**  Liaison and counsel, make their |
| 08:34:05 | 10 | appearance for the record, please. |
| 08:34:08 | 11 | **MR. HERMAN:**  Good morning, Judge Fallon.  Russ Herman |
| 08:34:12 | 12 | for the plaintiffs. |
| 08:34:14 | 13 | **MR. MILLER:**  Good morning, Your Honor.  Kerry Miller |
| 08:34:15 | 14 | for the defense steering committee. |
| 08:34:17 | 15 | **THE COURT:**  We are here today for two reasons.  One |
| 08:34:19 | 16 | is the monthly status conference.  I have a full courtroom and |
| 08:34:23 | 17 | several hundred people on the phone, so please use the |
| 08:34:26 | 18 | microphones when you address the Court. |
| 08:34:30 | 19 | In addition, we have a class cert and final |
| 08:34:36 | 20 | fairness hearing following this.  I suspect the initial status |
| 08:34:43 | 21 | conference will only be about 15 or 20 minutes, maybe half an |
| 08:34:47 | 22 | hour at the most, and then we will go into the other aspect of |
| 08:34:51 | 23 | the case. |
| 08:34:51 | 24 | Before we start, I do want to take the |
| 08:34:55 | 25 | opportunity to mention that in cases of this sort, particularly |

08:35:00  1    the MDLs, we are seeing throughout the country that in addition
08:35:06  2    to the federal MDLs, we have a lot of cases that are in state
08:35:13  3    court and remain in various state courts.  It's necessary, I
08:35:21  4    think essential, that the federal court work closely with the
08:35:25  5    state courts.
08:35:26  6             I've been very fortunate in this particular case
08:35:30  7    to have some super state judges work with me and give me great
08:35:39  8    comfort in their interpretation of the law and in their
08:35:42  9    experience in handling this.
08:35:43  10             One of the first that I reached out to, and he
08:35:51  11    has been working with me for many years now, is Judge Joe
08:35:55  12    Farina.  I am happy that he has ended his career on the bench
08:36:04  13    after many, many years and now has moved into the professional
08:36:11  14    private sector.  He was a great help to me and hopefully will
08:36:16  15    continue to be a great help to me.  Judge Farina is in the
08:36:20  16    courtroom today, and I do want to take the opportunity to
08:36:22  17    mention him.
08:36:24  18             He is succeeded by Judge Bailey.  Judge Bailey
08:36:28  19    and I have also established a good working relationship, and
08:36:32  20    I'll be working closely with her.
08:36:35  21             Judge Hall, out of Virginia, has also been
08:36:40  22    helpful, and Judge Richards in Florida has lent a great hand.
08:36:45  23             Because of this collaborative effort, I think we
08:36:48  24    have been able to at least bring to bear various interests in
08:36:53  25    this case and we have been able to work together.

```
08:36:58   1              Let's start with first the status conference.
08:37:02   2   Any reports on that?
08:37:04   3              I met with counsel a moment ago, lead and
08:37:06   4   liaison, to discuss with them the proposed agenda.  We have a
08:37:11   5   number of items on the agenda that will not be necessary to go
08:37:15   6   into, but there are three or four items that we should address.
08:37:20   7        MR. HERMAN:  May it please the Court.  Judge Fallon,
08:37:23   8   Judge Farina, every lawyer in this courtroom has followed you
08:37:27   9   now for three or four years and the excellent way you handle
08:37:33  10   your docket and the lawyers.  We are not an easy group.  We
08:37:39  11   appreciate you and we are glad to have you here.
08:37:44  12              Your Honor, Joint Report 38 has been filed.
08:37:49  13   It's of record.  It's posted on your Web site for anyone that
08:37:53  14   wants to refer to it.
08:37:58  15              This morning we have a fairness hearing on the
08:38:02  16   Knauf settlement, the InEx settlement, the Banner settlement,
08:38:06  17   the L&W settlement of builders, installers, and insurers, which
08:38:12  18   generically we have called "global."
08:38:17  19              We mention in connection with the status report
08:38:21  20   that Taishan has taken an appeal to the United States
08:38:25  21   Fifth Circuit Court of Appeals on jurisdiction issues.
08:38:28  22              I'm going to call on lead counsel, Arnold Levin,
08:38:32  23   to discuss with Your Honor a couple of settlements that have
08:38:36  24   been made.  He will handle that.
08:38:42  25        MR. LEVIN:  Good morning, Your Honor.  Today I have
```

Case 2:09-md-02047-EEF-MBN   Document 20892-1   Filed 09/29/17   Page 10 of 165
Case 2:09-md-02047-EEF-MBN   Document 16392-1   Filed 12/30/12   Page 9 of 165

9

08:38:45  1   the tale of a major settlement.  We worked in Virginia with all

08:38:53  2   Taishan products to obtain relief for the Virginia residents

08:38:59  3   from the builders, suppliers, etc.  I'm happy to present for

08:39:07  4   preliminary approval a settlement today, which the yeoman's

08:39:12  5   work was done by Messrs. Serpe, Lewis, and Breit in connection

08:39:17  6   with.  I get the glory of presenting it to you.  They did the

08:39:22  7   hard work of putting it together.

08:39:25  8          I would ask preliminary approval and to certify

08:39:28  9   a settlement class, but I would ask you to defer filling in the

08:39:35  10  dates for notice, etc.  It's mostly a Virginia class, but it

08:39:39  11  will be publication.  The reason I do that is they have done

08:39:43  12  such good work that they have another settlement they are going

08:39:46  13  to fold into this particular settlement.

08:39:49  14          Does Your Honor have any questions?

08:39:52  15       THE COURT:  No.  With these matters, Virginia has

08:39:54  16  been one of the first states that this situation developed in.

08:40:00  17  Florida and Virginia were probably at the lead in that area.

08:40:06  18          The Virginia cases present a particular issue.

08:40:13  19  I've been through the Virginia cases.  We have tried several of

08:40:17  20  them now.  They were very helpful.  The trials were very

08:40:22  21  helpful in allowing the Court to formulate a protocol for the

08:40:29  22  re-establishment of the homes, and that protocol has been a

08:40:35  23  particular critical part in this whole package.  I'm happy that

08:40:39  24  Virginia is going to get some relief.  Judge Hall has been

08:40:45  25  pushing those cases, and he's done a great job.

08:40:49  1          By and large, they're in state courts.  There
08:40:49  2  are some in federal courts.  The federal cases have been sent
08:40:54  3  here, largely.  I have been working with Judge Hall in the
08:41:00  4  state cases.
08:41:01  5          As I mentioned on prior occasions, preliminary
08:41:05  6  approval simply allows the Court to issue notices and allows
08:41:11  7  the parties to opt out, so it's a necessary cog in the wheel.
08:41:22  8  It's just preliminary.  It makes no final expression of the
08:41:30  9  Court's attitude towards the settlement, so I will do that.  I
08:41:34 10  will grant preliminary approval and keep the matter open.
08:41:38 11          MR. LEVIN:  Thank you, Your Honor.
08:41:39 12          There's one additional item on the agenda for
08:41:43 13  the status conference.  It's RCR Holdings.  I would ask counsel
08:41:48 14  for the plaintiffs in that litigation to approach.
08:41:52 15          THE COURT:  Okay.
08:41:58 16          MR. RHINE:  Thank you, Your Honor.  Joel Rhine for
08:41:59 17  the plaintiffs.  It's good to see you.
08:42:04 18          As you are aware, we have got 328 units in the
08:42:09 19  Boynton Beach condominium project, and we have been checking it
08:42:13 20  away.  We have been settling with the various defendants.  We
08:42:16 21  have one defendant that is left.
08:42:20 22          The settlement that is before you is the RCR
08:42:24 23  settlement.  It's between the plaintiffs and the developer.
08:42:29 24  Materials were submitted.  The package went out.  Notice was
08:42:32 25  issued.  It was put on the Court's Web site.  We had individual

08:42:37   1   notice.  There have been no objections.  There have been no
08:42:41   2   opt-outs.  We are pleased that this money has already been
08:42:46   3   placed into escrow.  It's going to be held in the settlement
08:42:49   4   fund until we can resolve the entire matter either hopefully by
08:42:54   5   trial of -- you have got some scheduling orders that have been
08:42:58   6   proposed to you from both sides.  At the end of the day, we
08:43:03   7   hope to either be able to provide the owners with a remediation
08:43:08   8   and compensation or some combination thereof.
08:43:12   9          THE COURT:  What do you need from me, Joel?
08:43:15  10          MR. RHINE:  Just the signing of the final settlement.
08:43:18  11   The order is with it.  Thank you, Your Honor.
08:43:22  12          THE COURT:  Thank you very much.
08:43:26  13          MR. HERMAN:  Judge Fallon, I want to acknowledge that
08:43:32  14   Bob Johnston, whom you appointed to handle *pro ses*, is in the
08:43:38  15   courtroom.  He has done a terrific job throughout the
08:43:41  16   litigation.  We are going to dispense, with Your Honor's
08:43:45  17   approval and his approval, with the report.
08:43:47  18          I also want to acknowledge Dawn Barrios, who has
08:43:49  19   been communicator liaison with the state courts, who has done
08:43:57  20   an excellent job throughout.  With Your Honor's approval, we
08:44:00  21   will dispense with that report today.
08:44:03  22          I do want to acknowledge that there are more
08:44:10  23   than 60 counsel that we have been working either for or against
08:44:15  24   or with now for almost four years.  They have acted
08:44:18  25   professionally.  As the plaintiffs' steering committee that you

08:44:27  1    appointed, we appreciate their professionalism and their

08:44:31  2    cooperation.

08:44:32  3         Your Honor, the only other matter is a matter

08:44:36  4    that's now been continued until November 16 relating to the

08:44:44  5    Interior Exterior upcoming trial.

08:44:48  6         That concludes remarks, may it please the Court,

08:44:51  7    with reference to the status report.  I'll see if Mr. Miller

08:45:00  8    has anything he wants to add to it.  Thank you, Judge.

08:45:03  9         MR. MILLER:  Your Honor, nothing further with respect

08:45:04  10   to the status report.

08:45:06  11        THE COURT:  The comment about counsel, I should

08:45:09  12   respond to that.  These cases are monumental.  In this case

08:45:15  13   there's a dozen or two dozen states involved.  There are

08:45:19  14   thousands of claims.  There are the problems or issues

08:45:30  15   involving different laws, issues involving different insurance

08:45:34  16   policies.  Oftentimes in these cases we have a number of

08:45:40  17   plaintiffs, 50,000, 60,000, but we have a limited number of

08:45:45  18   defendants, one or two or three.

08:45:48  19        This case posed a challenge because there's

08:45:50  20   about 1,000 defendants in this case.  We have about 20,000 or

08:45:54  21   30,000 plaintiffs and about 1,000 defendants in this particular

08:45:58  22   case.  There are 1,400 lawyers in the case.  Just to get a

08:46:02  23   handle on those matters and to deal with them in some

08:46:06  24   professional way is challenging.  The reason it's able to be

08:46:12  25   done is because of the high quality of the lawyers who are

08:46:15  1  attracted to these cases on both sides.

08:46:18  2          The lawyers generally are very experienced.

08:46:22  3  They know how to deal with these issues.  They establish a

08:46:29  4  relationship, hopefully, with each side.  They fight very hard

08:46:33  5  for their clients, but they recognize that they have

08:46:38  6  professional responsibilities to each other and to the Court.

08:46:41  7  Because of the high quality of representation, these cases are

08:46:46  8  really able to be resolved or at least worked on in some way.

08:46:50  9  So I do recognize the importance of the lawyers and the

08:46:54  10  valuable services they contribute in these cases.

08:47:00  11          The next conference will be on Wednesday,

08:47:04  12  January 23.  I'll meet with liaison and lead counsel at 8:30

08:47:11  13  and meet with everyone else at 9:00.

08:47:16  14          Let's now move into the next phase of our

08:47:20  15  hearing.  Let me make some preliminary comments first about the

08:47:25  16  hearing so we are all on the same page just by way of

08:47:29  17  background.

08:47:31  18          The present litigation arises from alleged

08:47:36  19  property damage sustained as the result of the presence of

08:47:38  20  Chinese-manufactured drywall in homes and other buildings in a

08:47:43  21  number of states.  During about 2005 and 2006 or 2007 or 2008,

08:47:53  22  hundreds of millions of square feet of gypsum wallboard

08:47:58  23  manufactured in China were exported to the United States,

08:48:05  24  primarily along the East Coast and the Gulf states, as a result

08:48:13  25  of the exceptionally high demand of building supplies in the

08:48:17  1   aftermath of hurricanes Katrina and Rita, as well as the

08:48:21  2   general construction boom particularly in the Florida area.

08:48:27  3        The Chinese drywall was then installed in newly

08:48:30  4   constructed or reconstructed buildings.  After installation of

08:48:35  5   the drywall, owners and occupants of the properties began

08:48:40  6   noticing some unusual odors, a blackening of silver and copper

08:48:46  7   items and components, and the failure of various appliances,

08:48:51  8   including microwaves, refrigerators, air-conditioning units,

08:48:55  9   and the like.  Some also complained of health issues such as

08:49:00  10  skin and eye irritation and transitory respiratory issues and

08:49:07  11  headaches.

08:49:09  12       As a result, these property owners began filing

08:49:13  13  suit in both state and federal court against the involved

08:49:20  14  Chinese drywall manufacturers and installers.  These included

08:49:23  15  the installers, the home builders, suppliers, importers,

08:49:30  16  exporters, manufacturers, as well as insurers and various

08:49:36  17  sureties.  That's where we get the number of defendants that

08:49:42  18  are in this case.

08:49:45  19       On June 15, 2009, this Court was designated as a

08:49:50  20  transferee court for all of the federal cases involving

08:49:56  21  Chinese-manufactured drywall, creating Multidistrict

08:50:00  22  Litigation 2047.  Since the inception of the MDL, over three

08:50:06  23  years now, hundreds of lawsuits involving thousands of

08:50:11  24  individual plaintiffs and defendants have been filed, and the

08:50:17  25  cases have been consolidated before this Court.

08:50:22  1           This Court has worked to oversee this complex
08:50:25  2   litigation, including presiding over numerous regularly
08:50:30  3   scheduled hearings, monthly status conferences which were
08:50:34  4   attended by hundreds of counsel either in person or over the
08:50:39  5   phone, vetting and appointing counsel for the steering
08:50:43  6   committee, mediators, special masters, *pro se* curators,
08:50:51  7   communication and coordination with state and federal judges
08:50:54  8   who presided over related Chinese drywall litigation both from
08:50:58  9   the standpoint of the factual issues involved as well as the
08:51:03  10  motions as well as the insurance issues, including dozens of
08:51:08  11  pretrial orders which governed the procedure of the MDL as well
08:51:12  12  as, I should say, countless orders and minute entries.
08:51:18  13          We maintained a public Web site.  I really am a
08:51:21  14  believer in that.  I think one problem that we face as courts
08:51:25  15  and the judicial system in general is a feeling that there's
08:51:29  16  not as much transparency in these cases.  When people file a
08:51:36  17  suit in Virginia, it's transferred to Louisiana and they don't
08:51:39  18  hear about it any longer, or it takes them years before they
08:51:43  19  hear something.  I try to create a Web site and put everything
08:51:46  20  on the Web site.  It's accessible to everyone.  They have
08:51:51  21  transcripts of these hearings.  They have all of the pleadings,
08:51:58  22  all of the motions, all of the Court's rulings they are able to
08:52:02  23  keep in touch and read.  They also can respond to it.  I listen
08:52:06  24  to them, I hear from them, and we deal with any issues that
08:52:10  25  they raise.

08:52:12  1          I have supervised depositions that took place
08:52:16  2   either in this country or in Hong Kong, presided over at least
08:52:21  3   10 bellwether trials and proceedings as well as issued detailed
08:52:26  4   findings of fact and conclusions of law, facilitated numerous
08:52:32  5   settlement negotiations and mediations, monitored a pilot
08:52:37  6   program, a remediation process.
08:52:43  7          After the trials were finished, we were able to
08:52:46  8   develop a protocol, and then the protocol was actually placed
08:52:50  9   in pilot programs so that you could see whether or not this
08:52:54  10  protocol, which was theoretically and soundly based, was
08:53:00  11  actually practically doable.  So it was put on in practice,
08:53:08  12  that was able to be done, and then the parties were encouraged
08:53:11  13  to see if they could monetize these protocols, and that led to
08:53:22  14  at least proposed settlements.
08:53:24  15         There were really two groups.  The litigation
08:53:28  16  focused on two groups and their downstream entities, two
08:53:31  17  manufacturing groups and all of their downstream entities.  The
08:53:36  18  two groups were as follows:
08:53:39  19         The Taishan group, this group of manufacturer
08:53:44  20  defendants included really Chinese-based Taishan entities;
08:53:46  21  namely, Taishan Gypsum, which we call TG in this litigation,
08:53:52  22  and its wholly owned subsidiary Tai'an Taishan Plasterboard
08:53:56  23  (TTP), collectively known as the Taishan entities.
08:54:01  24         On September 4 of this year, the Court issued an
08:54:05  25  order and reasons denying Taishan's personal jurisdiction

08:54:10  1   challenges and its request to vacate various default judgments.
08:54:18  2   That is now, as mentioned in the status conference, before the
08:54:21  3   Fifth Circuit Court of Appeal.
08:54:23  4          The other group is the Knauf entities.  The
08:54:26  5   Knauf entities are German-based international manufacturers of
08:54:32  6   building products, including drywall, whose Chinese subsidiary,
08:54:37  7   Knauf Plasterboard Tianjin (KPT), manufactured and sold its
08:54:45  8   Chinese drywall in the United States.  The Knauf entities are
08:54:49  9   named defendants in numerous cases consolidated with this MDL
08:54:54  10  litigation and litigation in various state courts.
08:54:58  11         The Knauf entities first entered their
08:55:02  12  appearance in the MDL litigation on July 2, 2009.  On
08:55:09  13  November 2, in Pretrial Order 17, KPT agreed to a limited
08:55:15  14  waiver of service.  On March 15 and 19, 2010, the Court
08:55:21  15  presided over a bellwether trial in the *Hernandez* case
08:55:26  16  involving a homeowner's claims against KPT for defective
08:55:32  17  drywall.  For purposes of the trial, KPT stipulated that its
08:55:36  18  Chinese drywall emits certain reduced sulfur gases and drywall
08:55:42  19  emits an odor.
08:55:44  20         The Court, after the hearing, found in favor of
08:55:48  21  the plaintiffs' family in *Hernandez*, issued detailed findings
08:55:54  22  of fact and conclusions of law, and entered a judgment of over
08:55:59  23  $164,000 for that particular case.
08:56:06  24         As I mentioned earlier, a detailed remediation
08:56:10  25  protocol was fashioned based on the evidence adduced during

08:56:13  1  this trial.  Thereafter, on October 14, 2010, the Knauf
08:56:16  2  entities entered into a pilot remediation program with the
08:56:21  3  plaintiffs' steering committee in this MDL.  The program was
08:56:25  4  largely based on the remediation protocol formulated by the
08:56:29  5  Court in the *Hernandez* case.
08:56:31  6          The Knauf pilot remediation program is ongoing
08:56:37  7  and is in the process of remediating over 2,000 homes as we
08:56:41  8  speak now.  I think that's also critical in a case of this sort
08:56:46  9  if, while the claims are being litigated, we can come up with
08:56:51  10 some method of allowing the remediation process to continue so
08:56:57  11 that people don't have to wait for years before they get their
08:57:03  12 homes remediated and they get back to some semblance of
08:57:10  13 normalcy.  I think that was able to be done in this case.
08:57:16  14          At the Court's urging, the parties began working
08:57:19  15 together to monetize the program and make it available to a
08:57:22  16 broader class of plaintiffs.
08:57:26  17          On December 20, 2011, the Knauf and PSC entities
08:57:31  18 entered into a class settlement agreement which is designed to
08:57:38  19 resolve all KPT-related Chinese drywall claims.  This agreement
08:57:45  20 was the most significant, up to that point, movement toward a
08:57:52  21 global resolution of all of the Chinese drywall claims.
08:57:57  22          In addition to the Knauf settlement, numerous
08:58:00  23 defendants in the chain of commerce with the Knauf entities
08:58:04  24 have entered into class settlement agreements, the effect of
08:58:10  25 which settles almost all of the Knauf entities in the chain of

19

| | |
|---|---|
| 08:58:12 | 1 |

homeowners litigation.

These additional class action settlement agreements involve the following defendants and in most cases their insurers:  Interior Exterior Building Supply (InEx), the Banner entities, L&W Supply Corporation, USG Corporation, and a group of numerous home builders, installers, and suppliers.

The Court, after setting a hearing, granted preliminary approval to all of the settlement agreements and set a final hearing today.  This hearing has been duly noticed.  It's been promptly set.  The purpose of this hearing is to deal with the class certification issues and to determine whether the proposed settlement is fair, reasonable, and adequate.

As I indicated in my scheduling order that set this hearing, I do not intend to take live testimony, but I will allow oral presentations of counsel and reference to any exhibits.

I received extensive briefing in the course of this process.  I have read all of the briefs.  I am making them a part of the record.  Don't feel like you have to speak.  Your comments have been taken into consideration and will be taken into consideration, and they will form a part of the record.  I met last week with the interested parties after I noticed and expressed an intent to meet so we could put some structure into this process.

I'll hear first from the proponents of the

09:00:15  1   proposed settlement and then from any objectors, if there be

09:00:21  2   any, and any rebuttal thereafter.

09:00:31  3            One moment.  The Associated Press, do we have a

09:00:31  4   place for him?

09:00:37  5            MR. HERMAN:  Your Honor, may it please the Court.  We

09:00:40  6   have made room, and the gentleman is in the courtroom.

09:00:43  7            THE COURT:  I thought we had some reserved seating

09:00:46  8   for the press.  I know we have folks here from Germany.

09:00:52  9            THE DEPUTY MARSHAL:  They are setting up another

09:00:53  10  courtroom.

09:00:54  11           THE COURT:  We have a number of people.  The

09:00:57  12  Associated Press ought to be in the courtroom.  If they are

09:01:00  13  not, we should make room for them and also the German press and

09:01:03  14  any other members of the press.  I try to accommodate them.  We

09:01:10  15  are setting up another courtroom.  We'll pipe in the sound and

09:01:15  16  pipe in the video.

09:01:25  17           MR. HERMAN:  May it please the Court.  There are two

09:01:27  18  chairs right here.

09:01:29  19           THE COURT:  I'm going to have to take a 10-minute

09:01:31  20  break and meet with the marshals.  Something has come up.

09:01:34  21  10 minutes.  I'll be right back.

09:01:39  22           THE DEPUTY CLERK:  All rise.

09:01:40  23           (Recess.)

09:51:42  24           THE COURT:  Be seated, please.

09:51:43  25            I apologize for any inconvenience.  We didn't

| | | |
|---|---|---|
| 09:51:46 | 1 | expect as many people here.  We are still trying to work on |
| 09:51:49 | 2 | another courtroom to get you better conditions. |
| 09:51:53 | 3 | What I have done, I brought us up to this point, |
| 09:52:00 | 4 | I gave you some background information, and now I will hear |
| 09:52:04 | 5 | from the PSC. |
| 09:52:09 | 6 | **MR. LEVIN:**  Good morning, Your Honor.  Having heard |
| 09:52:11 | 7 | your comments, I would like to incorporate them as part of the |
| 09:52:14 | 8 | record.  It will eliminate much of what I had planned to do.  I |
| 09:52:18 | 9 | could have slept a little longer this morning.  Thank you, sir. |
| 09:52:23 | 10 | Today, class counsel and the plaintiffs' |
| 09:52:27 | 11 | steering committee and all the attorneys around this country |
| 09:52:33 | 12 | who have handled these cases are happy to report to you five |
| 09:52:39 | 13 | settlements.  It couldn't have been done without this Court. |
| 09:52:44 | 14 | It couldn't have been done without Judge Farina, who allowed |
| 09:52:48 | 15 | Mr. Glickstein and myself to be present in his courtroom |
| 09:52:51 | 16 | despite the fact that I am not a member of the Florida bar. |
| 09:52:55 | 17 | And it couldn't have been done without your law clerks Lexy |
| 09:52:59 | 18 | Butler and Sam Brandao, your secretary Ruth Laird, and your |
| 09:53:03 | 19 | deputy clerk Dean Oser. |
| 09:53:07 | 20 | But that's not all that it couldn't have been |
| 09:53:09 | 21 | done without.  It couldn't have been done without counsel for |
| 09:53:15 | 22 | the defendants and the various carriers who were extremely |
| 09:53:20 | 23 | cooperative in putting this settlement together.  That is Russ |
| 09:53:27 | 24 | Herman, myself, his staff, particularly Len Davis; my staff, |
| 09:53:34 | 25 | Fred Longer and Sandy Duggan, and most of all, Lillian Fleming, |

| | |
|---|---|
| 09:53:41 | 1 |
| 09:53:46 | 2 |
| 09:53:49 | 3 |
| 09:53:53 | 4 |
| 09:53:57 | 5 |
| 09:54:06 | 6 |
| 09:54:13 | 7 |
| 09:54:18 | 8 |
| 09:54:24 | 9 |
| 09:54:28 | 10 |
| 09:54:33 | 11 |
| 09:54:50 | 12 |
| 09:54:59 | 13 |
| 09:55:01 | 14 |
| 09:55:08 | 15 |
| 09:55:13 | 16 |
| 09:55:16 | 17 |
| 09:55:20 | 18 |
| 09:55:24 | 19 |
| 09:55:28 | 20 |
| 09:55:32 | 21 |
| 09:55:36 | 22 |
| 09:55:39 | 23 |
| 09:55:41 | 24 |
| 09:55:48 | 25 |

who was responsible for getting on the ECF and delivering
packages to you at 12:00 at night, sir.

The defendants were ably represented by Kerry
Miller, Steve Glickstein, Jay Mayesh; Banner by Mike Papantonio
[*sic*]; Jane Byrne for Chartis; Phil Nizialek, Rick Duplantier
for InEx; L&W, Dave Conner; a host of InEx carriers, Hugh Scott
and Russ Holwadel; and, most of all, the global settlement that
wrapped everything together and tied it in a nice bow, Minor
Pipes, Warren Lutz, and Joe Hinkhouse.

Your Honor, I would like to make part of this
record the 70 exhibits that we filed with the Court yesterday.
Actually, it's 78.  Exhibit 75 is a list of the exhibits that I
believe will be helpful for the Court.

There is an exhibit that is intentionally
omitted.  Mr. Herman has found an exhibit that he wants to
insert there.  He will be speaking to the Court and he will
tell you about that exhibit.

We also included as exhibits for purposes of
this hearing our brief and reply brief in support of the
settlement, which has factual averments; and having
incorporated them by reference, it eliminates much of what has
to be said at this hearing.

Your Honor, we have also given you a final
judgment order, the cleanest copy I will hand to your law clerk
now, and ask that you consider that at the close of the

09:55:52  1  hearing.

09:55:57  2          I would report to the Court that as of the

09:56:01  3  November 9 filing, in the five settlements, there were

09:56:06  4  388 opt-outs.  294 currently exist, "currently" being

09:56:18  5  November 9, because of rescissions.  That will be updated

09:56:22  6  because the opt-outs keep coming in.

09:56:27  7          The remaining objections are those of -- and

09:56:31  8  I'll do it by law firm categories -- Messrs. Durkee and

09:56:37  9  Milstein, Christopher Bandas, and North River.  I will and

09:56:46  10  Mr. Herman will handle the Durkee and Milstein and Bandas

09:56:51  11  objections.  Phil Nizialek will direct himself and the Court to

09:56:55  12  North River.

09:56:58  13          I want to state up front, as to Durkee and

09:57:02  14  Milstein and Bandas, that Durkee and Milstein have bona fide

09:57:10  15  clients in this litigation.  We may feel that their objections

09:57:16  16  are misguided, are not legally sound, but their clients are

09:57:24  17  real, just like all the other clients in this case.

09:57:28  18          There are people who have been evicted from

09:57:30  19  homes as a result of the Chinese drywall.  In Louisiana there

09:57:38  20  are victims who suffered hurricane damages in Katrina and Rita

09:57:42  21  and then were put into FEMA trailers and then were blessed or

09:57:47  22  unblessed or nonblessed with Chinese drywall.

09:57:52  23          Mr. Bandas, whose clients are somewhat

09:57:57  24  different, we'll deal with at another part of this

09:58:00  25  presentation.  They are not legitimate class members.

```
09:58:07   1        Last night, Mr. Bandas filed another paper
09:58:13   2   saying that if you allege Chinese drywall -- even if you allege
09:58:19   3   it and you have no proof of Chinese drywall in your home or, in
09:58:24   4   that case, having touched his chisels or hammers, his tools --
09:58:29   5   that's enough to be a class member.  Alleging something in
09:58:34   6   violation of Rule 11 does not make you a class member no more
09:58:40   7   than my alleging that I am 6-foot-5 puts me on the 76ers.  It
09:58:46   8   just doesn't work that way.  There has to be some sound basis
09:58:49   9   for it.
09:58:50  10        Now, the five settlements that are before you
09:59:00  11   are the Knauf settlement -- which is the major settlement in
09:59:11  12   the case.  The Knauf settlement and the German company that
09:59:18  13   owns their Chinese subsidiaries came to the table and did the
09:59:26  14   right thing.  They recognized that there was a problem.  They
09:59:32  15   owned up to it.  With the help of the Court, who told us in the
09:59:36  16   very beginning that this case has to settle with people getting
09:59:41  17   back into their homes, they provided us with the ability to get
09:59:47  18   people back into their homes and enjoy the lives that all of us
09:59:54  19   want.  We still have Taishan to consider.
10:00:01  20        There was a condition of the Knauf settlement,
10:00:04  21   and Mr. Miller explained it in the very beginning to us.  I
10:00:16  22   didn't fully grasp it, but I learned to grasp it:  We'll do all
10:00:21  23   of this and get your clients back into their homes, but you,
10:00:26  24   plaintiffs' steering committee, have the obligation on your own
10:00:33  25   to pursue what was then designated as the low-hanging fruit of
```

| | | |
|---|---|---|
| 10:00:38 | 1 | this settlement. |
| 10:00:43 | 2 | So we went after Banner, we went after InEx, we |
| 10:00:48 | 3 | went after L&W, and we went after some 1,000 builders and |
| 10:00:56 | 4 | insurance companies to obtain this low-hanging fruit for |
| 10:01:04 | 5 | Knauf's benefit so that they could remediate a home. |
| 10:01:07 | 6 | They went one step further.  As to the Knauf |
| 10:01:15 | 7 | settlement, after the relief was in place and in accordance |
| 10:01:21 | 8 | with the Third Circuit case *Prandini v. A&P*, we then negotiated |
| 10:01:27 | 9 | a counsel fee of $160 million, which included costs and was not |
| 10:01:35 | 10 | a class counsel fee, was not a common benefit counsel fee.  It |
| 10:01:39 | 11 | also included the retainer agreements of some 1,400 lawyers who |
| 10:01:46 | 12 | had Chinese drywall cases. |
| 10:01:49 | 13 | These 1,400 lawyers worked.  They are the ones |
| 10:01:53 | 14 | that went out and determined whether there was Chinese drywall |
| 10:01:59 | 15 | in a property, who the manufacturer was, and they held the |
| 10:02:05 | 16 | hands of real clients for these three or four years.  This is |
| 10:02:09 | 17 | not a coupon settlement.  This is not a windfall to the |
| 10:02:13 | 18 | litigants.  This is real, and it took a lot of work to get |
| 10:02:20 | 19 | there. |
| 10:02:21 | 20 | **THE COURT:**  What's your estimate of the value of the |
| 10:02:24 | 21 | settlement? |
| 10:02:25 | 22 | **MR. LEVIN:**  The estimate of the value of the |
| 10:02:27 | 23 | settlement, sir, is $1.1 billion inclusive of Knauf's |
| 10:02:36 | 24 | contribution, Banner's contribution, InEx's contribution, L&W, |
| 10:02:42 | 25 | and the global.  It's not all Knauf money. |

10:02:47    1          When we negotiated the $160 million fee, we had

10:02:53    2   in place the Banner settlement and the InEx settlement, and we

10:02:59    3   knew L&W was in place because that money was all Knauf money

10:03:03    4   and it was passed through at seven-fifty a square foot to

10:03:07    5   Knauf.

10:03:07    6          We knew the global settlement was to be

10:03:10    7   negotiated.  We pursued the global settlement, pursuing

10:03:17    8   pollution exclusion clauses in various insurance policies and

10:03:23    9   losing, and obtained that settlement.  Most of the builders

10:03:27   10   didn't have the money to withstand the verdicts.  We are very

10:03:33   11   proud of that settlement and very proud of what we did to

10:03:40   12   achieve that settlement.

10:03:42   13          Now, in those settlements we chose a benchmark,

10:03:47   14   which was at least your benchmark in the *Vioxx* case, that was

10:03:53   15   32 percent.  Your Honor, we don't have to say any more about

10:03:59   16   32 percent or any percentage because, as we know, that decision

10:04:06   17   will be up to you at a later date when there is a fee petition

10:04:12   18   filed.

10:04:13   19          When we negotiated for the $160 million, Knauf

10:04:19   20   knew, acknowledged, and took the position that the reason

10:04:23   21   why -- and we accepted that position -- that we took

10:04:27   22   $160 million was so that we can get additional fees in the

10:04:32   23   other cases for which our labors brought that money to Knauf.

10:04:37   24   That decision, how it works out, will be entirely up to you,

10:04:41   25   Your Honor.

10:04:42  1      **THE COURT:**  To be clear on it, I want the lawyers to

10:04:45  2  focus on their clients and to getting their clients the money

10:04:50  3  that they need to get back into their homes.  Later on at an

10:04:56  4  appropriate time, I will deal with any fees that are requested.

10:05:00  5  I will give everybody an opportunity to either oppose, object,

10:05:04  6  suggest, whatever it is, and then I will make a decision.  The

10:05:08  7  lawyers do not make a decision on fees; the Court does.  That's

10:05:12  8  what I will do.

10:05:14  9      **MR. LEVIN:**  That's what we accept, sir.

10:05:17  10          Your Honor, let me put into the record the

10:05:21  11  out-of-pocket costs that have been spent to date to get us

10:05:27  12  where we are.  They have been put up by the plaintiffs'

10:05:31  13  steering committee through assessments.  As Your Honor knows,

10:05:36  14  there are shared costs and held costs.  The shared costs are,

10:05:41  15  as of July 31, $11,285,000.  The held costs are $4,746,000.

10:05:53  16  That's about $16 million in costs my colleagues put up here to

10:05:58  17  get us where we are.  We had no help from anybody else.

10:06:07  18          In addition, in order to get the Banner

10:06:09  19  settlement -- where we thought it was a good settlement because

10:06:15  20  we picked up $53 million worth of insurance from Banner.  Had

10:06:19  21  we gone against Banner, we would have lost the insurance and

10:06:23  22  chased a judgment against Banner through bankruptcy.

10:06:26  23          Banner refused to pay the cost of notice.  My

10:06:30  24  colleagues put up $400,000 to notice the case for Banner.  In

10:06:37  25  InEx, InEx put up $100,000 and we put up $99,000.  Knauf's

10:06:47  1    funding was relatively less because there was no publication
10:06:51  2    involved because the class was active litigants.  In global,
10:06:57  3    our colleagues on the other side advanced $2.9 million to see
10:07:03  4    this settlement through.
10:07:07  5               In order to get where we are, sir, we had our
10:07:15  6    39th status conference today.  We took 234 depositions in
10:07:21  7    Hong Kong, Germany, London, New York, Virginia, Louisiana,
10:07:24  8    Florida, and other locations.  5,200 plaintiffs allege KPT
10:07:32  9    drywall.  There's over 10,000 homes that we believe, in the
10:07:37 10    entire combined Knauf, Taishan, and other Chinese
10:07:45 11    manufacturers, are in the gross complaint.
10:07:50 12               We filed the *Germano* complaint in Virginia and
10:07:55 13    went through a hearing, listed seven plaintiffs, and tried that
10:08:00 14    case.  We established, as Your Honor told us today, the pilot
10:08:08 15    program.  Then we have our settlements that I just told you
10:08:13 16    about.
10:08:16 17               As to the CPSC, Mr. Herman is going to discuss
10:08:19 18    that, and I believe Mr. Minor Pipes will discuss that because
10:08:23 19    that is important with regard to the personal injury aspects of
10:08:29 20    this case.
10:08:36 21               The settlements themselves, Your Honor -- and
10:08:42 22    I'm not going to go through each and every settlement.  They
10:08:46 23    are set forth in the briefs as to the nitty-gritty, but it
10:08:52 24    establishes complete relief here.  Not only do we get our
10:08:57 25    clients into their homes, not only do we get them into a safe

|            |    |                                                                      |
|------------|----|----------------------------------------------------------------------|
| 10:09:01   | 1  | atmosphere in their homes, but we also obtained for them             |
| 10:09:08   | 2  | move-in/move-out expenses.                                           |
| 10:09:13   | 3  |        That fund is an uncapped fund.  No matter how                  |
| 10:09:18   | 4  | many clients come in, Knauf has agreed to do the remediation.        |
| 10:09:24   | 5  | There's self-remediation, there's a cash payout, or there's          |
| 10:09:27   | 6  | complete remediation.  The counsel fees are capped.                  |
| 10:09:32   | 7  |        There's another capped fund here.  It's                        |
| 10:09:34   | 8  | $30 million that Knauf has contributed as an Other Loss Fund to      |
| 10:09:38   | 9  | cover if one can prove personal injury, and others that will         |
| 10:09:46   | 10 | make presentations today will talk to the personal injury            |
| 10:09:50   | 11 | aspects of the case.  I have something to say, but it's only on      |
| 10:09:56   | 12 | the legalistic side, not factually as to the personal injury.        |
| 10:10:01   | 13 |        It also includes damages for foreclosure, short                |
| 10:10:05   | 14 | sales, and various damages that are just not picked up by the        |
| 10:10:10   | 15 | remediation.  Some 50 percent of the global passes through to        |
| 10:10:20   | 16 | that fund too.  That was negotiated so that not only does Knauf      |
| 10:10:24   | 17 | fund that aspect of the case, but the global also funds the          |
| 10:10:27   | 18 | aspects of the case.                                                 |
| 10:10:28   | 19 |        **THE COURT:**  Let's be a little bit more specific.           |
| 10:10:30   | 20 | I've read the briefs from the people here.  The homeowner has        |
| 10:10:38   | 21 | his or her choice.  They can, number one, get complete               |
| 10:10:42   | 22 | remediation done by the builder who has been doing this for          |
| 10:10:48   | 23 | several thousand homes.  They can instead take money, a lump         |
| 10:10:57   | 24 | sum, discounted lump sum, if they wish to.  They can also,           |
| 10:11:02   | 25 | third, do it themselves and get reimbursed.                          |

| | | |
|---|---|---|
| 10:11:05 | 1 | MR. LEVIN:  That's correct. |
| 10:11:06 | 2 | THE COURT:  In addition to the reimbursing of the |
| 10:11:07 | 3 | homes or restoring the homes, they get additional expenses, |
| 10:11:12 | 4 | some move-in/move-out and other expenses if they suffered |
| 10:11:19 | 5 | foreclosures and that aspect of it.  That's open-ended in the |
| 10:11:29 | 6 | sense that however many qualify or come in for the homes, they |
| 10:11:35 | 7 | get their homes taken care of. |
| 10:11:37 | 8 | Lastly, there's a cap amount that is set aside |
| 10:11:44 | 9 | for other damages. |
| 10:11:47 | 10 | MR. LEVIN:  Yes.  In that -- I didn't mean to |
| 10:11:51 | 11 | interrupt, Your Honor. |
| 10:11:52 | 12 | THE COURT:  No, that's it. |
| 10:11:54 | 13 | MR. LEVIN:  In that Other Loss Fund, the tenants can |
| 10:12:02 | 14 | make claims for their loss of items that were damaged as a |
| 10:12:07 | 15 | result of the drywall. |
| 10:12:21 | 16 | THE COURT:  According to your report, that's free and |
| 10:12:23 | 17 | clear of any attorneys' fees.  In addition to that, the |
| 10:12:26 | 18 | attorneys get paid -- |
| 10:12:28 | 19 | MR. LEVIN:  As to anything that Knauf contributes to |
| 10:12:31 | 20 | this, that $160 million covers the attorneys' fees, other than |
| 10:12:39 | 21 | if a personal injury case is made as to the Other Loss Fund. |
| 10:12:42 | 22 | Because of the necessity of the individual attorneys going |
| 10:12:47 | 23 | through *Daubert* proceedings, they can charge attorneys' fees, |
| 10:12:50 | 24 | subject to Court approval, with regard to the personal injury |
| 10:12:54 | 25 | because, see, the *Daubert* situation will be prolix and costly. |

| | | |
|---|---|---|
| 10:13:02 | 1 | We believe that we met the constitutional |
| 10:13:05 | 2 | requirements of due process on notice.  We have given |
| 10:13:10 | 3 | Your Honor affidavits of our experts as to the scope of the |
| 10:13:16 | 4 | notice and the reach of the notice, and it was substantial.  We |
| 10:13:25 | 5 | know we did the right thing. |
| 10:13:27 | 6 | We still have an obligation here under the |
| 10:13:31 | 7 | agreement.  There are four or five lawyers, or more actually, |
| 10:13:36 | 8 | but four or five out-front lawyers on our plaintiffs' steering |
| 10:13:39 | 9 | committee that are pursuing North River for InEx for an |
| 10:13:42 | 10 | additional up to $72 million.  Your Honor knows how prolix that |
| 10:13:48 | 11 | is because you're dealing with motions and meetings and |
| 10:13:51 | 12 | conferences all the time. |
| 10:13:54 | 13 | In addition, there's a walk-away clause, as in |
| 10:13:59 | 14 | any class settlement.  Hopefully Knauf will not walk away, but |
| 10:14:06 | 15 | there are challenges here that can cause Knauf to walk away. |
| 10:14:12 | 16 | As to Durkee and Milstein, absolutely they have |
| 10:14:19 | 17 | real clients.  I have heard of belts and suspenders, but they |
| 10:14:28 | 18 | have left clients in that had Knauf property; they have opted |
| 10:14:33 | 19 | clients out that had Taishan property; and they have objected |
| 10:14:37 | 20 | to the settlement with an objector, Kaplan.  Well, there's an |
| 10:14:45 | 21 | inherent conflict there.  If they succeed with their opt-outs |
| 10:14:52 | 22 | with Taishan, their Knauf clients lose the remediation.  Now, I |
| 10:14:58 | 23 | understand it's a very complicated thing, but lawyers have to |
| 10:15:01 | 24 | make decisions, and I think they made the wrong decision here. |
| 10:15:09 | 25 | Now, as to the other objector, like Mary |

| | | |
|---|---|---|
| 10:15:18 | 1 | Poppins, he received retainers the day before the opt-out |
| 10:15:26 | 2 | period and he filed objections.  Now, he is not new, |
| 10:15:36 | 3 | Mr. Bandas, to objecting.  Down the hall with BP he is |
| 10:15:43 | 4 | objecting.  It's a cottage industry.  Justice Scalia recognized |
| 10:15:52 | 5 | it in the *Devlin* opinion.  In the Third Circuit, one of our |
| 10:16:04 | 6 | jurists just recently wrote a *Law Review* on professional |
| 10:16:09 | 7 | objectors.  It's becoming a real problem in Rule 23 |
| 10:16:16 | 8 | jurisprudence. |
| 10:16:19 | 9 | After counsel do all that they do to create a |
| 10:16:23 | 10 | settlement, they come along and attempt to throw a monkey |
| 10:16:32 | 11 | wrench into the process.  They can't argue here that there was |
| 10:16:38 | 12 | fraud or collusion on our part.  They can't argue here, in |
| 10:16:46 | 13 | accordance with the *Reed* factors of the Fifth Circuit, that the |
| 10:16:51 | 14 | complexity, expense, and likely duration of the litigation do |
| 10:16:56 | 15 | not weigh in favor of approval of the settlement. |
| 10:16:59 | 16 | This is certainly a mature tort.  They can't |
| 10:17:06 | 17 | argue that it's inadequate.  They can't argue that the stage of |
| 10:17:09 | 18 | the proceedings is not a proper time.  They can't argue that |
| 10:17:14 | 19 | the range of possible recovery is not proper.  They certainly |
| 10:17:21 | 20 | can't question our bona fides. |
| 10:17:24 | 21 | They can't question the requirements of Rule 23 |
| 10:17:31 | 22 | for a settlement class, and I would incorporate with regard to |
| 10:17:36 | 23 | that aspect of my presentation that which was done at |
| 10:17:39 | 24 | preliminary approval.  It hasn't changed.  All of the 23(a) and |
| 10:17:46 | 25 | 23(b)(3) factors have been met and the 23(e) factor has been |

10:17:51   1   met with regard to the settlement.

10:17:56   2              So what does Mr. Bandas do to become a player in

10:18:01   3   this litigation?  Well, he looks at the settlement and he looks

10:18:07   4   at Knauf and he says, I don't have a suit.  There's no absent

10:18:15   5   class members.

10:18:18   6              He looks at Banner and he said, Well, that's in

10:18:22   7   Florida.  My guys are in Texas.

10:18:27   8              He looks at InEx.  It's basically Louisiana,

10:18:30   9   Alabama, and Mississippi.

10:18:33   10             L&W is up in Tampa, Florida.

10:18:37   11             But the global is global, so I will object to

10:18:44   12   the global.

10:18:48   13             How does he do that?  He has a lawyer that works

10:18:52   14   with him.  His name is Mr. Batman.  Mr. Batman has a paralegal

10:19:01   15   or an investigator.  They go out and attempt to get and find

10:19:08   16   somebody to stand up and lodge an objection.  They have a

10:19:18   17   retainer agreement, and they give an incentive to an objector.

10:19:21   18   They say, We want to get you $5,000 if you'll be my stalking

10:19:26   19   horse, because a private attorney can't do anything in our

10:19:28   20   system of jurisprudence without having a client.  So they buy a

10:19:33   21   client.

10:19:37   22             Mr. Bandas has an office manager, Jan Petrus.

10:19:45   23   She says, Well, I got this at Lowe's.  I got my drywall.

10:19:53   24             Well, he didn't look at the participating

10:19:56   25   defendants, because if he had, he would have found out Lowe's

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
| 10:19:59 | 1  | was not a participating defendant.  He should have remembered      |
| 10:20:09 | 2  | that Ms. Petrus was an objector in the Lowe's settlement in        |
| 10:20:17 | 3  | Georgia and that he got paid off, Bandas, in a confidential        |
| 10:20:23 | 4  | agreement, which maybe he will disclose what he got, and he        |
| 10:20:26 | 5  | went away.  So all of that having come to our vision, she has      |
| 10:20:34 | 6  | pending before you a motion to withdraw.  We have attempted to     |
| 10:20:41 | 7  | serve her with a subpoena.  She can't be found.  He would not      |
| 10:20:48 | 8  | produce her, and we had to subpoena her.                           |
| 10:20:51 | 9  |           He had Ernest Vitela, who has been running all           |
| 10:20:55 | 10 | over Corpus Christi avoiding subpoena.  It reminds me of the       |
| 10:20:59 | 11 | Mafia taking to the mattresses.                                    |
| 10:21:01 | 12 |           He is left with Garcia and Soto.  What is their          |
| 10:21:09 | 13 | claim?  Well, his original objections didn't say anything about    |
| 10:21:13 | 14 | personal injury, but now he discovered *Amchem*, so he has a       |
| 10:21:18 | 15 | personal injury component to his objection.  There's no            |
| 10:21:24 | 16 | treatment.  One guy has sniffles, and he was treated in Mexico     |
| 10:21:28 | 17 | several years ago.  The other one doesn't.  They now have fear     |
| 10:21:31 | 18 | of something happening in the future, which they never had         |
| 10:21:33 | 19 | before they talked to their lawyers.  This is all in the           |
| 10:21:36 | 20 | record.  We took their deposition.  You can't believe it.  It's    |
| 10:21:41 | 21 | so absurd.                                                          |
| 10:21:44 | 22 |           What is their damages?  Well, the drywall                |
| 10:21:48 | 23 | affected their tools, which they have thrown away.                 |
| 10:21:54 | 24 |           So they have manufactured objections, and                |
| 10:21:56 | 25 | Mr. Bandas has manufactured objections in this case that he has    |

done before.  We have listed a host of his cases.  Mr. Herman
is going to speak to them after me, a little bit more about
Mr. Bandas.

          With regard to the PI aspects of the case,
because complaints alleged personal injury -- not that they
could prove personal injury -- there is a PI component so that
the defendants who put up all this money can have complete
relief and not worry about being dragged into court in another
case, especially where there's no evidence to show any PI
component in this litigation.  Mr. Herman will address that.

          I will address *Amchem*.  This is not *Amchem*.
*Amchem* was a pure personal injury case where asbestos exposure
did have a future component of injuries.  There was no question
about that.  The lawyers that handled the case for the class
also got paid up front for the opt-outs and then attempted to
give the defendants complete relief by wrapping everybody else
that had clients into a class that got less money than they got
for the opt-out.  The court, surprisingly, didn't say that was
okay.  It said that was wrong.  You just couldn't discharge it.

          But this is not a pure personal injury case.  I
would suggest, Your Honor, respectfully, that this case comes
closer to your *Murphy* decision.  This is a property damage
case.

          I started practicing law 46 years ago.  I'm
standing before you with drywall, but 46 years ago it was blue

10:24:10  1  car versus red car.  In blue car versus red car, if the fender

10:24:16  2  was damaged or the grille was damaged, you got a general

10:24:21  3  release.  The general release included personal injury.  It was

10:24:28  4  primary property damage, and the defendant wanted complete

10:24:32  5  peace and got it.  This is that kind of a case.  This is what

10:24:37  6  distinguishes it from *Amchem*.

10:24:40  7          There are 1,400 lawyers here, most of them

10:24:44  8  plaintiffs' lawyers that are handling cases for families that

10:24:48  9  they represent.  Not one of these lawyers has questioned the PI

10:24:54  10  component of this settlement.  The only lawyer that has

10:24:57  11  questioned the PI component of the settlement is Mr. Bandas,

10:25:00  12  who doesn't have a real client and doesn't really care that by

10:25:07  13  waging -- well, I won't call it what I called it in high

10:25:12  14  school.  But by waging this particular objection, he could

10:25:17  15  conceivably hold up the residents of Louisiana from getting

10:25:22  16  back into their homes after Katrina and Rita.

10:25:28  17          We know what he wants, although he has now said,

10:25:33  18  I'm not going to take a payoff.  I'm not going to wait for a

10:25:37  19  payoff.  This time it's different than every other time I have

10:25:40  20  been involved, in this litigation.

10:25:42  21          Well, with his track record, I don't believe

10:25:45  22  that and I don't accept that.

10:25:47  23          **THE COURT:**  Let's move on from Mr. Bandas.

10:25:51  24          **MR. LEVIN:**  Your Honor, I have moved on to the point

10:25:53  25  where I'm going to introduce Mr. Herman to you.

10:25:56  1          Mr. Herman.

10:26:06  2      MR. HERMAN:   Thank you, Arnie.

10:26:07  3          May it please the Court.   Judge Fallon, Judge

10:26:10  4   Farina, I have several important statements to make before I

10:26:18  5   get into the Bandas objection.

10:26:24  6          First, the fee in Knauf is $160 million, and

10:26:27  7   none of it will come out of one plaintiff's recovery.   It was

10:26:34  8   negotiated on top after the original settlement was negotiated.

10:26:39  9          Second, Arnie indicated that opt-outs keep

10:26:43  10  coming in.   Well, it's the rescissions of opt-outs that keep

10:26:47  11  coming in, not additional opt-outs.

10:26:54  12          There are more than 1,200 defendants in this

10:26:55  13  case.   Ordinarily a plaintiff attorney, may it please the

10:27:00  14  Court, would say, Gee, that's a property case.   This is going

10:27:05  15  to be easy.

10:27:06  16          I've been practicing 46 years.   It's the most

10:27:09  17  difficult case I have ever been in.   It's taken a yeoman's job

10:27:13  18  for the 1,400 lawyers that have clients to make inspections,

10:27:18  19  marshal evidence, discuss with their clients, file claims, file

10:27:25  20  plaintiff profile forms.

10:27:30  21          Now, Your Honor, I do want to offer and

10:27:34  22  introduce into the record Exhibits 1 through 78.   Exhibit 26

10:27:48  23  was reserved.   These are the receipts for, quote, something

10:27:58  24  Mr. Bandas's clients purchased from either Home Depot or

10:28:06  25  Lowe's, except you can't read them, and there's not a single

10:28:11    1   receipt that indicates the purchase of Chinese drywall.

10:28:19    2              Your Honor, I have a couple of more statements I

10:28:32    3   want to make before I get into objections.  On September 15,

10:28:51    4   2011, the government, through the Consumer Product Safety

10:28:57    5   Commission, issued final studies.  "In February 2011, the CDC

10:29:12    6   indicated that the best scientific evidence available at this

10:29:16    7   time did not support undertaking long-term health study."  So

10:29:22    8   for a period from 2006, for five years, with intense

10:29:28    9   investigation by the Consumer Product Safety Commission, by the

10:29:33   10   EPA, by the Centers for Disease Control and other authorities,

10:29:39   11   they found no long-term health risks.  That's record document

10:29:47   12   16188-1.

10:29:53   13              Earlier that year, on January 23, 2011, in

10:30:00   14   record document 16188-3, the Consumer Product Safety

10:30:10   15   Commission, the National Center for Environmental Health, and

10:30:15   16   the National Centers for Disease Control and Prevention

10:30:20   17   indicated that they had intensely investigated 11 claimed

10:30:27   18   deaths and could not find that drywall was a contributing

10:30:31   19   factor in any of them.

10:30:33   20              Now, I'm familiar with various e-mails over the

10:30:38   21   Internet and hearsay and sword rattling by folks saying, oh,

10:30:44   22   their injuries, their injuries, their injuries.  Indeed, the

10:30:48   23   only evidence of anything is that some people suffered on

10:30:51   24   occasion sniffles, some eye irritation, which was not supported

10:31:00   25   causally, but what was supported was if they moved out of the

10:31:05  1    environment those symptoms were temporary.

10:31:10  2            Now, the last document in the record I want to

10:31:13  3    refer Your Honor to before I go forward is record

10:31:20  4    document 16188-2.  I consider this one of the most important

10:31:30  5    documents in the entire litigation.  Document 16188-2, it is a

10:31:39  6    remediation guidance issued after five years by the Consumer

10:31:45  7    Product Safety Commission on September 15, 2011.

10:31:53  8            Your Honor may recall that originally the

10:31:54  9    Consumer Product Safety Commission wouldn't even meet with the

10:31:59  10   plaintiffs' steering committee.  They were meeting with

10:32:01  11   manufacturers.  The Consumer Product Safety Commission went to

10:32:09  12   China, and originally they could not inspect the Luneng mine,

10:32:11  13   which was the source of this drywall.  It was only after

10:32:18  14   Your Honor intervened and directed through the U.S. attorney

10:32:21  15   that the Consumer Product Safety Commission meet with us

10:32:25  16   face-to-face, which we did, that we began an exchange of

10:32:29  17   information and discourse with the Consumer Product Safety

10:32:32  18   Commission, which is charged with the watchdog authority of

10:32:40  19   health in this country regarding any products that are

10:32:44  20   manufactured.

10:32:48  21           That remediation guidance issued on

10:32:51  22   September 15, 2011, by the Consumer Product Safety Commission

10:32:56  23   and HUD was the final remediation protocol.  I am proud to say

10:33:06  24   that the PSC and 1,400 lawyers with clients who are not

10:33:12  25   protesting have agreed to not only a pilot program but also a

settlement which calls for more and greater remedy than the
Consumer Product Safety Commission called for in remediation.

Now, I would like to ask Regina if she would put
up my slides again.

Your Honor, 37 out of 39 status conferences --
we had 38 marked this morning, but there actually were 39.  No
protester showed up at 37 of those status conferences, neither
by phone nor in person.

I was privileged to take the first depositions
in the case in Virginia directed at installers and suppliers
who had Taishan and other drywall.  I also took the first
depositions in New York with regard to Knauf.  Now, in those
234 depositions, no one representing Mr. Soto or Mr. Garcia
showed up or asked a single question.

Go to the next line, please.  Go to the next
line.

Now, Tatum and Charlene Hernandez were clients
of our firm, and they went through a full trial from March 5 to
March 19.  Your Honor issued findings of fact and a judgment.
No objector or lawyer for an objector showed up at that trial,
nor did they show up at the previous *Germano* trial.

Your Honor directed Knauf and the plaintiffs'
steering committee at the time the first *Germano* trial was
tried and before to begin meeting to discuss resolution with
this injunction from the Court:  You must settle this case if

| | |
|---|---|
| 10:35:49 | 1 |
| 10:35:55 | 2 |
| 10:36:01 | 3 |
| 10:36:06 | 4 |
| 10:36:09 | 5 |
| 10:36:12 | 6 |
| 10:36:18 | 7 |
| 10:36:23 | 8 |
| 10:36:30 | 9 |
| 10:36:34 | 10 |
| 10:36:38 | 11 |
| 10:36:45 | 12 |
| 10:36:50 | 13 |
| 10:36:57 | 14 |
| 10:37:00 | 15 |
| 10:37:03 | 16 |
| 10:37:07 | 17 |
| 10:37:12 | 18 |
| 10:37:22 | 19 |
| 10:37:33 | 20 |
| 10:37:37 | 21 |
| 10:37:40 | 22 |
| 10:37:45 | 23 |
| 10:37:54 | 24 |
| 10:38:03 | 25 |

1  it can be settled.  We have homeless people in the Gulf states
2  who are innocent victims, and you must find a way to have these
3  homes remediated and get people back in them.
4        There were literally discussions in person, over
5  the phone, every single day.  I can remember the first
6  discussions we also had with Chartis in New York with Jane
7  Byrne and her colleagues.  So the pilot program -- actually, we
8  had two weeks of daily discussions in New York to get to a
9  pilot program.  This was after months and months of
10 negotiation.  The pilot program was based upon the crucible of
11 justice, experts, facts, who took the stand, who were
12 cross-examined, that the judge, Your Honor, had the ability to
13 view, and so we entered a pilot program.
14       May I have the next slide, please.
15       All of those, including a pilot program which
16 lasted for a couple of years, a pilot program also which
17 promised greater remediation than did the CPSC protocol,
18 resulted in the five settlements that we are here today about.
19       Ordinarily, I confess, Your Honor that I would
20 stand before Your Honor and I would be happy today.  Fairness
21 hearings are a happy time.  They are happy for lawyers that
22 have labored in the vineyard, who have acted professionally on
23 all sides, but we can't lose sight of the clients on both
24 sides.  On our side we are worried about 5,200 clients.
25       So I want to get to the Bandas objection.  I

| | |
|---|---|
| 10:38:07 | 1 |
| 10:38:13 | 2 |
| 10:38:17 | 3 |
| 10:38:21 | 4 |
| 10:38:24 | 5 |
| 10:38:27 | 6 |
| 10:38:32 | 7 |
| 10:38:38 | 8 |
| 10:38:43 | 9 |
| 10:38:46 | 10 |
| 10:38:50 | 11 |
| 10:38:54 | 12 |
| 10:38:58 | 13 |
| 10:39:03 | 14 |
| 10:39:16 | 15 |
| 10:39:19 | 16 |
| 10:39:31 | 17 |
| 10:39:35 | 18 |
| 10:39:38 | 19 |
| 10:39:43 | 20 |
| 10:39:46 | 21 |
| 10:39:52 | 22 |
| 10:39:58 | 23 |
| 10:40:03 | 24 |
| 10:40:09 | 25 |

know Arnold spoke about it.  But, Your Honor, we asked for an hour and 15 minutes, of which a half hour or so is gone.  I wouldn't take the rest of that time, but I do want to make this record clear.

First of all, as to the Durkee and Milstein clients, I have nothing really to say.  I don't understand how you can put clients in a settlement, you have other clients you take out, and then you object; it's to the detriment of some and not the others.  But that's really not for me to say because they have clients.  They have been in the litigation for some time.  They are not new to it.

Now, the question is whether Mr. Soto and Mr. Garcia, from all of the circumstances in the case, have standing under 23(e)(5).  Your Honor, they do not.

Mr. Bandas says that we have falsely accused him of extortion and phony objections.  And he says, Well, since the class definition has the word *allegation* in it, all we have to do is allege something to have standing.

However, he has never read completely the settlements because if he had, he would have understood you can't recover anything unless you have got indicia, which is spelled out, in order to enter.

Now, in the *Worrall* case in Travis County Texas, at page 3, the court found that Mr. Bandas's filing was forum shopping to circumvent and violate a settlement agreement and

| | |
|---|---|
| 10:40:15 | 1 | that he should know about standing and fee sharing with a |
| 10:40:19 | 2 | nonlawyer. |
| 10:40:20 | 3 | In *Kitech* in the district court in Dallas, |
| 10:40:25 | 4 | Bandas objected, pleading the Fifth Circuit. |
| 10:40:32 | 5 | In *Cathode Ray Tube* in California, Christopher |
| 10:40:37 | 6 | Bandas was found to be a "professional or serial objector." |
| 10:40:44 | 7 | Hull lived in Denver, but the papers and objections were filed |
| 10:40:49 | 8 | from Corpus Christi, where Mr. Bandas has his office. |
| 10:40:57 | 9 | Then in *Brown v. Walmart* in Illinois -- I want |
| 10:41:01 | 10 | to quote the court.  These are not my words.  Quote:  Bandas is |
| 10:41:06 | 11 | a Texas lawyer well known for his practice of routinely filing |
| 10:41:10 | 12 | objections in class action settlements across the country. |
| 10:41:15 | 13 | Quote:  Improperly attempting to hijack the |
| 10:41:21 | 14 | settlement from deserving class members and dedicated, |
| 10:41:25 | 15 | hard-working counsel, Bandas has filed virtually identical |
| 10:41:31 | 16 | frivolous objections in South Carolina, Iowa, Missouri, and |
| 10:41:36 | 17 | Florida. |
| 10:41:36 | 18 | In Iowa, Mr. Bandas was clearly, with his |
| 10:41:39 | 19 | co-counsel, identified as soliciting an objector. |
| 10:41:46 | 20 | In Florida, the court said that he was guilty of |
| 10:41:51 | 21 | collusion to extort, also that he did not investigate. |
| 10:42:04 | 22 | In Missouri, again Mr. Bandas -- I'm sorry.  In |
| 10:42:10 | 23 | Iowa, Mr. Bandas again was found to have been soliciting |
| 10:42:16 | 24 | objectors. |
| 10:42:20 | 25 | In *Oubliette* in Florida, he had no participation |

| | | |
|---|---|---|
| 10:42:26 | 1 | in the case whatsoever until he filed an objection, and he |
| 10:42:30 | 2 | couldn't demonstrate that he had any participation. |
| 10:42:36 | 3 | In South Carolina, he never reviewed the |
| 10:42:39 | 4 | pleadings or the record.  In *Embry* he was required to put up a |
| 10:42:48 | 5 | bond, as he was in another case. |
| 10:42:54 | 6 | Your Honor, there's a contingent fee contract |
| 10:42:57 | 7 | produced in Mr. Soto's deposition.  Item 2.2 requires an |
| 10:43:04 | 8 | objector affidavit warranting that they're benefiting from the |
| 10:43:11 | 9 | benefit, that they are entitled to standing.  In 3.2 he offers |
| 10:43:24 | 10 | $5,000 upon his recommendation to the court to an objector and |
| 10:43:31 | 11 | has his clients in 4 waive in advance any conflicts of interest |
| 10:43:37 | 12 | on his part. |
| 10:43:46 | 13 | Now, was there a lack of investigation? |
| 10:43:50 | 14 | Mr. Bandas, in a motion for discovery filed the day after or |
| 10:43:58 | 15 | within a week after his objection on behalf of his clients, |
| 10:44:03 | 16 | challenges a 40 percent contingent fee.  I don't know where |
| 10:44:09 | 17 | that came from.  It's not in this case.  He challenges a |
| 10:44:12 | 18 | 1 percent fee to class reps, a Ms. Hill.  Ms. Hill isn't in the |
| 10:44:18 | 19 | case, and there's no fee recommended to class reps.  Then he |
| 10:44:22 | 20 | says there's a $40,000 settlement fund which was reached with |
| 10:44:26 | 21 | Marathon. |
| 10:44:28 | 22 | I would like to know, if you investigate |
| 10:44:31 | 23 | something, is it still the rule, Your Honor, in this district |
| 10:44:34 | 24 | court, in the Eastern District, and the courts of our state, in |
| 10:44:38 | 25 | the federal courts, that an attorney is charged with making a |

1    representation in a pleading?  And how in a matter this serious

2    can you even deign to quote some matter that has nothing to do

3    with anything?  No wonder the objectors that he talked to

4    originally thought that the attorneys' fee was too great.  He

5    was giving them information that didn't exist.

6              Now, I know -- and I'm going to try and wind up

7    in 10 minutes, Your Honor.  The Garcia deposition of November 1

8    is record 16150-3.  The only time you heard about the

9    settlement was when Batman got him.  Batman is a lawyer that

10   shares offices with Mr. Bandas.  The first time he heard about

11   a CDW settlement was when Robin, Batman's guy Chapa, comes to

12   him and says, Oh, there's a settlement.  Come see Batman.  And

13   Batman says, Come see Mr. Bandas.

14             We used to call that in Louisiana solicitation.

15   My father told me when I started practicing 46 years ago if his

16   sons ever were guilty of solicitation, he would drum us out of

17   the firm after he used a shark skin belt on us.  I thought

18   solicitation was unethical.  I find out, no, it's not if you

19   are going to challenge a class action settlement.

20             He knew nothing about the settlement.  He didn't

21   know the value before the deposition.  He never read the

22   settlement.  He never went to Your Honor's Web site.  He didn't

23   know if he purchased drywall from any participating defendant.

24   He couldn't contest Home Depot's statement that it never sold

25   CDW, even though that's who he alleges he got the CDW from.  He

| | |
|---|---|
| 10:46:34 | 1 |
| 10:46:37 | 2 |
| 10:46:38 | 3 |
| 10:46:41 | 4 |
| 10:46:45 | 5 |
| 10:46:51 | 6 |
| 10:46:55 | 7 |
| 10:46:57 | 8 |
| 10:47:00 | 9 |
| 10:47:04 | 10 |
| 10:47:07 | 11 |
| 10:47:14 | 12 |
| 10:47:21 | 13 |
| 10:47:29 | 14 |
| 10:47:35 | 15 |
| 10:47:40 | 16 |
| 10:47:44 | 17 |
| 10:47:50 | 18 |
| 10:47:55 | 19 |
| 10:48:00 | 20 |
| 10:48:01 | 21 |
| 10:48:04 | 22 |
| 10:48:08 | 23 |
| 10:48:12 | 24 |
| 10:48:15 | 25 |

had no corrosion and no egg smell.  He has no physical problems.

His saw blades got corroded.  Well, if you knew anything about this case for the last years, you would know that only silver and copper get corroded from sulfur; saw blades don't.  That's what they allege their physical property damage is.  It's absurd.

He started worrying about his health after the lawyers told him he might have a health problem.  He has no damage to his business reputation, although he originally claimed it, and he only objected after he talked with Mr. Bandas.  And then seven days later, in record 16157-1 -- 16157-1 -- after a week he has made no inspection of any properties, including his own.  He can't attest that there's any drywall anywhere.  He produces receipts that Your Honor ordered the production of, and not one of them shows any purchase of drywall from Home Depot.  Home Depot, in its defense profile form, says it never sold, stocked, distributed any Chinese drywall in Texas or anywhere else, and he can't refute that.

What is the deal?  You have a client, you have him object to 5,200 people receiving their day in court, and you don't even send your client to make an inspection in the intervening week?

Then there's Mr. Soto, record 16150-2.  His

| | |
|---|---|
| 10:48:20 | 1 |
| 10:48:25 | 2 |
| 10:48:29 | 3 |
| 10:48:31 | 4 |
| 10:48:33 | 5 |
| 10:48:37 | 6 |
| 10:48:41 | 7 |
| 10:48:49 | 8 |
| 10:48:50 | 9 |
| 10:48:54 | 10 |
| 10:48:59 | 11 |
| 10:49:02 | 12 |
| 10:49:07 | 13 |
| 10:49:13 | 14 |
| 10:49:19 | 15 |
| 10:49:23 | 16 |
| 10:49:28 | 17 |
| 10:49:37 | 18 |
| 10:49:42 | 19 |
| 10:49:46 | 20 |
| 10:49:50 | 21 |
| 10:49:53 | 22 |
| 10:49:57 | 23 |
| 10:49:59 | 24 |
| 10:50:07 | 25 |

deposition is taken.  He met Bandas through Batman.  They work in the same office.  Batman told him about Chinese drywall.  He didn't see the settlement or the Web site.  He had no concerns from his customers.

He met Mr. Bandas in Bandas's home.  Bandas showed him photos of CDW.  In other words, he didn't show evidence of CDW to Mr. Bandas.  Mr. Bandas took photos of Chinese drywall -- we don't know where he got them from, probably off the Web site when he looked at it for the first time -- and said, Hey, this is what Chinese drywall looks like.

He has no distinct memory of buying Chinese drywall from Home Depot.  And I remind the Court Home Depot is the only -- is the only -- participating defendant or potential defendant in the global settlement to which he objects.

How did he meet Batman to get to Bandas?  He met Burt, who works for Batman.  He has no receipts.  He doesn't know if he installed drywall.  He has no smell or corrosion. He had no concerns until he talked to Batman.  He is not going to file any action for any health matter.  He doesn't have the receipts for the drills he says were corroded.  His clients never complained.  He hasn't seen a doctor for emotions.  But when he had some congestion in Mexico, he once went to a doctor.

Now, he was deposed again, in record 16157-1, six or seven days later.  Made no inspection.  Got no samples.

| | |
|---|---|
| 10:50:12 | 1 |
| 10:50:16 | 2 |
| 10:50:21 | 3 |
| 10:50:26 | 4 |
| 10:50:33 | 5 |
| 10:50:36 | 6 |
| 10:50:43 | 7 |
| 10:50:49 | 8 |
| 10:50:51 | 9 |
| 10:50:57 | 10 |
| 10:51:02 | 11 |
| 10:51:08 | 12 |
| 10:51:12 | 13 |
| 10:51:15 | 14 |
| 10:51:16 | 15 |
| 10:51:19 | 16 |
| 10:51:24 | 17 |
| 10:51:30 | 18 |
| 10:51:32 | 19 |
| 10:51:33 | 20 |
| 10:51:37 | 21 |
| 10:51:40 | 22 |
| 10:51:41 | 23 |
| 10:51:43 | 24 |
| 10:51:48 | 25 |

What is this when you file an objection which threatens over 5,000 legitimate suffering people and you don't have your proposed client at least make an inspection like these other 1,400 lawyers were required to do?

So his notes which Your Honor had produced after a hearing say, Yeah, object to the class; don't agree on what the lawyers are getting.  Here's a copy of objections; some you will know, some you won't know.

Now, Your Honor, I know that I'm upset about this.  When I was a child, a lot of people liked Superman and Batman.  I liked Captain Marvel.  Captain Marvel?  Tear off his shirt and say *shazam*, which was the first letter of the Greek heroes, and he become a superhero.  You know, he was Captain Marvel.

Mr. Bandas's history is he gets up in the morning and he yells*, Amchem.*  I'm super marvelous.  *Amchem. Amchem.*  I'll just cadger you guys.  You pay me money or I'm going to go to the Fifth Circuit or some other circuit with *Amchem.*

Well, this isn't an *Amchem* case.  We are not going to pay blood money.  Our clients are not going to pay blood money.

I'm going to close because if I didn't do this, Dawn would be upset.  It's sort of like -- and I have to say this.  The thing that disappoints me most is Mr. Bandas is a

| | |
|---|---|
| 10:51:51 | 1 | very talented, bright lawyer, and he is eloquent, but it's like |
| 10:51:56 | 2 | the *Emperor's New Clothes*.  He has all this eloquent stuff, |
| 10:52:00 | 3 | This is serious.  This is serious.  When you look at the naked |
| 10:52:04 | 4 | truth, he doesn't have a legitimate standing. |
| 10:52:07 | 5 | Shakespeare said that oratory sometimes is |
| 10:52:15 | 6 | deceiving when it seems most just.  Mercutio, in *Romeo and* |
| 10:52:21 | 7 | *Juliet*, says about a woman characterized as deceitful -- I'm |
| 10:52:33 | 8 | glad the women in this case are not deceitful -- she appears in |
| 10:52:41 | 9 | dreams through lawyers' fingers who dream of their fees.  In |
| 10:52:51 | 10 | that state she gallops night by night through their dreams. |
| 10:52:57 | 11 | Lawyers' fees are not the issue in this case. |
| 10:53:00 | 12 | They are not the issue for the PSC.  They are not the issue for |
| 10:53:04 | 13 | 1,400 lawyers and their clients who have endorsed this |
| 10:53:10 | 14 | settlement.  What is important is the remedy, the relief, and |
| 10:53:13 | 15 | the justice that these people are entitled to. |
| 10:53:19 | 16 | Most respectfully, Your Honor, I thank you for |
| 10:53:21 | 17 | giving me time to set out this argument. |
| 10:53:27 | 18 | **THE COURT:**  Okay.  With Shakespeare we will stop here |
| 10:53:30 | 19 | and take a 10-minute break and come back.  Judge Lemmon's |
| 10:53:39 | 20 | courtroom is now available. |
| 10:53:42 | 21 | (Recess.) |
| 11:10:45 | 22 | **THE COURT:**  Be seated.  As I mentioned, we have |
| 11:10:47 | 23 | streaming video and sound across the hall if you would like to |
| 11:10:51 | 24 | sit down and don't have the space. |
| 11:10:54 | 25 | **MR. HERMAN:**  Judge Fallon, I have one request.  The |

depositions, as Your Honor knows, have been taken in the last two weeks.  If Your Honor will hold the record open for the reading and signing, we will substitute with the same record numbers.  Thank you, Your Honor.

          **THE COURT:**  Let me hear now from Knauf.

          **MR. MILLER:**  Good morning, Your Honor.  Kerry Miller on behalf of KPT and the other Knauf defendants.  First off, we would like to thank the Court and Judge Farina's court and your staffs for all of the great patience and support you have shown us over the last three years.

          I would like to spend just a few minutes focusing on both the process and the outcome of the settlement, both of which I think are just great from the perspective of the system.

          I'm very happy to be a proponent of what I think is a very fair, reasonable, and adequate settlement produced by tough but professional arms-length, noncollusive negotiations between my client, my colleagues who will speak after me, and the plaintiffs' steering committee headed by Mr. Levin and Mr. Herman.

          Your Honor, in the summer of 2009, this case was MDL'd before you.  In the fall of 2009, this Court focused on several pretrial orders that were very important building blocks to the settlements we have today.  Those pretrial orders include the pretrial orders on inspections, the pretrial orders

| | |
|---|---|
| 11:12:25 | 1 |
| 11:12:30 | 2 |

1  on evidence preservation, and the pretrial orders on party

2  profile forms.

3          As Your Honor has mentioned several times, one

4  unique aspect of this case is the number of defendants that it

5  involves.  Quite frankly, when this case got MDL'd here in the

6  summer of 2009, very few people had heard of Chinese drywall.

7  There was a huge mystery as to how it got here and who was

8  involved in the chain of distribution.

9          So the profile forms, both on the plaintiff and

10  defense side, were important building blocks to, as Your Honor

11  calls it, figuring out the inventory, figuring out what we are

12  dealing with.  There were some initial projections which

13  indicated there were many more homes impacted than there are.

14  Thank God they're not more than they are because this is a

15  difficult situation.

16          This is a case, luckily for a lot of Rule 23

17  aspects, that it is not a latent defect case.  It is a patent

18  defect case by all allegations and by those of us who have

19  conducted inspections and looked at the effects of Chinese

20  drywall.

21          After entering the very important pretrial

22  orders, as has been pointed out by the Court and by the

23  plaintiffs, Your Honor conducted bellwether trials at the

24  beginning of 2010.  Also at the beginning of 2010, as

25  foreshadowed by Mr. Herman, you gave the parties instructions

| | |
|---|---|
| 11:13:48 | 1 |
| 11:13:53 | 2 |
| 11:13:57 | 3 |
| 11:14:00 | 4 |
| 11:14:04 | 5 |
| 11:14:07 | 6 |
| 11:14:10 | 7 |
| 11:14:12 | 8 |
| 11:14:15 | 9 |
| 11:14:20 | 10 |
| 11:14:24 | 11 |
| 11:14:27 | 12 |
| 11:14:29 | 13 |
| 11:14:31 | 14 |
| 11:14:37 | 15 |
| 11:14:41 | 16 |
| 11:14:45 | 17 |
| 11:14:48 | 18 |
| 11:14:53 | 19 |
| 11:14:59 | 20 |
| 11:15:01 | 21 |
| 11:15:06 | 22 |
| 11:15:10 | 23 |
| 11:15:15 | 24 |
| 11:15:18 | 25 |

to start sitting down and seeing if the case could be resolved.

Early on, as confirmed later on by the CPSC, it was not a personal injury case; it was a property damage case. But it was very important, we all understood, to begin the process of getting people back into their homes and restoring some normalcy to their lives.

So I can recall our first settlement meeting actually occurred in Miami the week of the Super Bowl. That's when the Saints played down in Miami. We had John Perry, who helped us out initially and did a great job in setting some basic settlement structure between the Knauf defendants and the plaintiffs' steering committee.

We had a number of meetings, as Mr. Herman pointed out. Those meetings culminated in a pilot program in the fall of 2010, and that leads to another unique aspect of this settlement. As we sit here at the fairness hearing and consider objections and other matters, what you have is you have pudding with proof in it. As we sit here today, over 1,000 homes, pursuant to the pilot program and to this Knauf settlement that was introduced one year later, last fall, the fall of 2007, have either been remediated or are in the process of being remediated. The trials that Your Honor entertained in 2010 were focused on the scope of repair.

So the tires have been kicked. Due diligence has been done. The relief and the recovery that's afforded to

11:15:21  1    the class is prudent.  It is fair and reasonable and adequate.

11:15:28  2    The folks that are offered the repairs that are set forth

11:15:30  3    initially in the pilot program and now into the settlement, the

11:15:34  4    response is almost unanimous.  People want it.  People like it.

11:15:38  5              There are some issues over the last couple of

11:15:41  6    years that we have tweaked, and there will be more issues to

11:15:45  7    tweak as we move forward.  Our clients have been committed to

11:15:48  8    this settlement and hope to obtain final approval from the

11:15:53  9    Court, hope for the resolution of the objections and other

11:15:56  10   issues so that relief can be afforded to the remainder of the

11:16:01  11   members of the class; that is, the Knauf class.

11:16:04  12             Your Honor, there are a couple of aspects of the

11:16:06  13   Knauf settlement that I think, again, are unique.  Number one,

11:16:10  14   in order to qualify, you have to have an inspection.  Mr. Levin

11:16:15  15   pointed out that this is not a coupon settlement or anything

11:16:18  16   close to that ilk.  This is a settlement that offers real,

11:16:20  17   tangible relief.  It is bricks and mortar; it is sticks and

11:16:26  18   bricks.  What it does is it takes the bad drywall out, puts

11:16:29  19   good drywall back in, and restores a home to a new condition.

11:16:34  20             So first off is a home would have to pass an

11:16:39  21   inspection, a Court-approved inspection, to make sure it has my

11:16:41  22   client's drywall in it that's reactive.  That drywall is then

11:16:45  23   removed pursuant to a Court-approved remediation protocol.

11:16:49  24   Once the drywall is removed and all dust is removed from the

11:16:54  25   scene -- that was a big aspect of Your Honor's trials, making

11:16:58   1   sure all the contaminants are removed -- the homeowner receives

11:17:02   2   a certificate which says this home is free of Chinese drywall

11:17:05   3   and all impacts of Chinese drywall.  After that certificate is

11:17:08   4   entered, the home is clean, it's ready to go, it's put back

11:17:13   5   together, then the new drywall comes in, the new electrical

11:17:16   6   comes in, and the home is refinished out, and the folks are

11:17:20   7   allowed to reoccupy the home.

11:17:23   8           Your Honor, in terms of the various options, all

11:17:27   9   of which are real under this settlement, under the remediation

11:17:30   10   option, the first suboption, if you will, on the remediation is

11:17:33   11   remediation done by the Moss Construction group.  Like I said,

11:17:37   12   they have now remediated over 1,000 homes.  They will begin the

11:17:42   13   process for remediating some multiunit complexes, and they have

11:17:46   14   capacity to do 150 to 200 homes a month.  We are kind of

11:17:51   15   operating at that capacity now after a pretty long run-up time.

11:17:54   16           Your Honor, by the time we are here next year,

11:17:56   17   we will probably be close to wrapping up all of the homes,

11:17:59   18   which will be a great thing, provided we get final approval and

11:18:04   19   are able to move on.

11:18:06   20           The next aspect of the remediation program is

11:18:08   21   what's called self-remediation.  Same process:  You have to

11:18:11   22   have an inspection.  You have to prove that you are going to

11:18:15   23   get the drywall out.

11:18:16   24           No one wanted, my client didn't want -- and we

11:18:19   25   were able to negotiate with the plaintiffs and obtain

11:18:21  1    preliminary approval from the Court -- a settlement by which
11:18:24  2    the drywall would remain in the homes.  That's not what society
11:18:29  3    wanted, that was not good for justice, and that was not good
11:18:31  4    for the homeowners.  Really what the homeowners wanted in this
11:18:35  5    case, they didn't want a check, they didn't want cash; they
11:18:35  6    wanted their homes restored.  That's what they are getting.
11:18:40  7         So I do think the system is well served and you
11:18:43  8    couldn't have a better settlement under Rule 23 than one that
11:18:46  9    provides recovery that is necessary.  It gets the bad drywall
11:18:51  10   out.  It puts good drywall in.  Folks are restored hopefully
11:18:55  11   with a minimal amount of disruption and inconvenience.
11:18:58  12        THE COURT:  They get their attorneys' fees paid.
11:19:00  13        MR. MILLER:  There is no deduction for attorneys'
11:19:03  14   fees.  The agreement that my client reached with the plaintiffs
11:19:05  15   and I think the agreement that the other settlements have in
11:19:06  16   place is that attorneys' fees are paid on top of the benefits
11:19:10  17   they get by getting their home repaired.  There are no
11:19:15  18   deductions made.  They don't even know that that occurs.  There
11:19:16  19   is no impact or cost.  Our fee is deducted from what they have.
11:19:20  20        What they do is they meet with the contractors.
11:19:22  21   The contractors go in, they identify the scope of the repair.
11:19:26  22   The contractor and the homeowner signs off on it so that a
11:19:30  23   contract is effected.  The homeowner then gets his
11:19:34  24   move-in/move-out expenses, arranges for alternative living.
11:19:39  25        The contractor comes in, does the work, provides

| | |
|---|---|
| 11:19:41 | 1 |
| 11:19:44 | 2 |
| 11:19:48 | 3 |
| 11:19:52 | 4 |
| 11:19:55 | 5 |
| 11:19:59 | 6 |
| 11:20:04 | 7 |
| 11:20:07 | 8 |
| 11:20:11 | 9 |
| 11:20:15 | 10 |
| 11:20:16 | 11 |
| 11:20:20 | 12 |
| 11:20:23 | 13 |
| 11:20:25 | 14 |
| 11:20:31 | 15 |
| 11:20:36 | 16 |
| 11:20:41 | 17 |
| 11:20:44 | 18 |
| 11:20:45 | 19 |
| 11:20:48 | 20 |
| 11:20:52 | 21 |
| 11:21:00 | 22 |
| 11:21:03 | 23 |
| 11:21:08 | 24 |
| 11:21:13 | 25 |

the environmental certificate, finishes the repair.  The homeowner gets back into the home and is never bothered with things such as court costs or attorneys' fees.  It's a turnkey operation for the homeowner, which we think is very important.

I know the Court has posted in the public record comments, some negative, but I think the overwhelming majority of the people who have gone through the program have been positive both to Your Honor, to Judge Farina, and to the various parties in interest in this Court.

Your Honor, a couple of different aspects of the settlement because it was meant to capture all different kinds of claims, there's a subcategory that we refer to as already remediated homes.  I mentioned the Knauf class action settlement was announced about a year ago, fall of 2011.  It was important that as of that time that homes that had not been remediated by the homeowner flowed into the settlement program, given the Court approvals and the structure we had in place there.

Some folks who had the means or the ability themselves to repair their home between 2009 and 2011 had done so.  So about 300 to 350 people who purportedly have KPT drywall in their home had remediated or begun remediation of their home prior to last fall.  In those cases the pretrial order on evidence preservation applies.  As we sit here today, we have settled more than 50 of those homes.

11:21:16  1          We now have a process in place with Mr. Herman's
11:21:18  2  office, with participation from the PSC and other plaintiff
11:21:23  3  lawyers, where information is shared.  It's provided to a Web
11:21:27  4  site, it's accessed.  We are now having meetings every second
11:21:32  5  Monday where we attempt to resolve 10 or 15 more.  So that's
11:21:35  6  well on its way.  I think in a number of months hopefully that
11:21:40  7  program will have satisfied most of those claims.
11:21:44  8          Your Honor, I will mention that with respect to
11:21:49  9  already remediated homes, there is integration between the
11:21:52  10  Knauf settlement and the Banner, InEx, and L&W settlements.
11:21:56  11  Knauf was the manufacturer.  Banner, InEx, and L&W were the
11:21:59  12  main suppliers.  So those settlements interlink insofar as,
11:22:04  13  again, the homeowner is not bothered here.  It's basically a
11:22:09  14  credit arrangement where those defendants who are responsible
11:22:12  15  for those particular homes work to fund those remediations.
11:22:15  16  It's been great working with the lawyers from InEx, L&W, and
11:22:17  17  Banner to try and satisfy the claims of all the class members,
11:22:22  18  of all the customers.
11:22:24  19          The last aspect I want to touch upon of the
11:22:27  20  Knauf settlement, which again I think makes it more than fair,
11:22:32  21  reasonable, and adequate under Rule 23, is the Other Loss Fund.
11:22:34  22  The Other Loss Fund basically covers economic losses, short
11:22:38  23  sales, foreclosures; in commercial settings, lost income; and
11:22:43  24  also personal injury claims.  Knauf has reached an agreement
11:22:48  25  with the PSC as part of its settlement to contribute

11:22:51  1   $15 million towards that fund.  The global settlement involving

11:22:54  2   the builders and installers also contributes some of those

11:22:57  3   funds into the Other Loss Fund.  That fund is going to be

11:23:01  4   created and, from that, John Perry's office is going to

11:23:05  5   function as the special master and will make recommendations on

11:23:08  6   awards for people who qualify under the Other Loss Fund.  I

11:23:12  7   expect 2013 will be filled with that activity.

11:23:15  8           The Court ultimately is the arbiter of any

11:23:18  9   appeals from remediation, already remediated homes, and the

11:23:21  10  Other Loss Fund, but so far we have been pretty successful at

11:23:25  11  working together without burdening the Court of having to

11:23:27  12  become the arbiter of those things.

11:23:29  13          As we develop even more of a track record moving

11:23:33  14  forward, I expect the same.  There has been great cooperation

11:23:36  15  amongst counsel from all quarters.  Again, Your Honor, I think

11:23:39  16  this is an extremely good settlement for both the defendants

11:23:41  17  and the plaintiffs.  It should be a hallmark, written about

11:23:45  18  Rule 23 example about how the system can work for the

11:23:49  19  litigants.  I'm very proud to be involved in it.  Thank you,

11:23:53  20  Your Honor.

11:23:54  21          Mr. Glickstein will speak on some other aspects

11:23:57  22  of the settlement -- actually Mr. Mayesh first.

11:24:05  23      MR. MAYESH:  May it please the Court.  Your Honor,

11:24:05  24  Jay Mayesh on behalf of the Knauf defendants.  I would like to

11:24:09  25  offer into evidence the exhibits which are a part of our brief.

| | |
|---|---|
| 11:24:17 | 1 |
| 11:24:20 | 2 |
| 11:24:27 | 3 |
| 11:24:29 | 4 |
| 11:24:33 | 5 |
| 11:24:39 | 6 |
| 11:24:42 | 7 |
| 11:24:46 | 8 |
| 11:24:51 | 9 |
| 11:24:55 | 10 |
| 11:25:00 | 11 |
| 11:25:05 | 12 |
| 11:25:10 | 13 |
| 11:25:15 | 14 |
| 11:25:19 | 15 |
| 11:25:24 | 16 |
| 11:25:29 | 17 |
| 11:25:35 | 18 |
| 11:25:40 | 19 |
| 11:25:44 | 20 |
| 11:25:47 | 21 |
| 11:25:52 | 22 |
| 11:25:57 | 23 |
| 11:26:02 | 24 |
| 11:26:07 | 25 |

1  I have for Your Honor and for Mr. Brandao listed those
2  90 exhibits, two CDs, one of which contains all of the
3  exhibits, the other of which contains those which are just
4  under seal still.  We are trying to get the seal lifted.
5  　　　　　THE COURT:  All right.  Thank you.
6  　　　　　MR. MAYESH:  Your Honor has often said that a fair
7  settlement has to take into account the strengths of the other
8  side in the case and that until you prepare a case for trial,
9  you really don't know your case and you don't know your
10  adversary's case.  I think in this situation, though, having
11  taken as much evidence as we have taken on these various
12  continents and having gone through the number of documents in
13  the millions that we have done, we know the case pretty well.
14  　　　　　I would like to take a moment of Your Honor's
15  time and the time of those here to talk frankly about the
16  strength of the defense case here, which is remarkable given
17  the fact that this is a concededly defective product.  People
18  might not understand, in the situation where the product is
19  admittedly defective, what are these defenses that the Knauf
20  defendants can have.
21  　　　　　First of all, I would like to say this is a case
22  of pure no fault.  This is not a negligence case.  This is not
23  a bad conduct case.  This is not a failure-to-warn case.  This
24  is one of those cases where nobody did anything wrong or could
25  have foreseen what happened.  But under the law of product

11:26:13  1   liability, which is strict liability, it remains to KPT, the

11:26:18  2   manufacturer of the products, to make those products good.

11:26:24  3          The evidence indicates that the manufacturer,

11:26:28  4   KPT, took all due care in the manufacturing of the product.

11:26:34  5   The product met all of the existing industry standards for

11:26:40  6   testing before it was delivered.  The cause was the unknown

11:26:47  7   inclusion of sulfur-bearing rock in the raw material gypsum ore

11:26:56  8   which came out of a mine particularly in Northern China.  In a

11:27:06  9   sense, this was a latent defect, meaning latent in that it was

11:27:13  10  undiscoverable and, in fact, did not even manifest itself until

11:27:19  11  this sheetrock made its way into the Gulf states of the

11:27:24  12  Southeastern United States and met with the high humidity that

11:27:30  13  we have here.

11:27:33  14          I want to emphasize that the same product

11:27:34  15  manufactured in China and used in Northern China, which was the

11:27:41  16  natural market for my client KPT, did not smell and did not

11:27:49  17  result in corrosion of copper wiring.  Inspections were made to

11:27:54  18  see if that occurred in other areas.  It's a drier climate.

11:27:58  19  It's a different climate.

11:28:04  20          So not only was this problem of odor and

11:28:09  21  off-gassing not foreseeable to anyone, as a matter of fact,

11:28:12  22  gypsum drywall has been known in the past to be an absorber of

11:28:20  23  odors.  In the formaldehyde cases, for instance, one of the

11:28:29  24  proposed fixes was to cover the formaldehyde-exuding plywood

11:28:34  25  with gypsum board, which, like when you put baking soda in a

refrigerator or talc in shoes, absorbs the odor.

So it's a simple and straightforward case of no one's fault.  It would have been ordinarily very uncomplicated because whoever ended up with the product would have sued right up the line to the Chinese mine, and it would have been an easy property damage case.  But, frankly, it became the most complicated Rule 23 case that any of us have ever been involved in.  You heard that, I think, from my colleague Mr. Herman.  I can tell you the same for me and the same for Mr. Glickstein and Mr. Miller.  It was enormously complicated.

Why?  I was thinking about it this morning. It's kind of an anomaly left over, an anachronism of the Cold War.  Here one of our greatest trading partners is China, but because of what happened in the Cold War, we don't have a treaty for judgment recognition in China, and that creates -- it really knocks our entire system of jurisdiction and redress in commercial relations into a cocked hat.  It was that cocked hat that we had to deal with in this case.

KPT, a Chinese manufacturer, had no recourse against the Luneng mine owned by the Chinese government.  That doesn't happen in China.  Consequently the folks who bought from KPT, they look to the Chinese manufacturer for their redress and they don't have any recourse.

So what does the law do with that?  Well, in fact, I think ultimately the homeowners in this case faced

| | |
|---|---|
| 11:31:00 | 1 |
| 11:31:06 | 2 |
| 11:31:13 | 3 |
| 11:31:18 | 4 |
| 11:31:24 | 5 |
| 11:31:34 | 6 |
| 11:31:39 | 7 |
| 11:31:45 | 8 |
| 11:31:52 | 9 |
| 11:31:56 | 10 |
| 11:32:05 | 11 |
| 11:32:08 | 12 |
| 11:32:13 | 13 |
| 11:32:19 | 14 |
| 11:32:25 | 15 |
| 11:32:32 | 16 |
| 11:32:36 | 17 |
| 11:32:41 | 18 |
| 11:32:46 | 19 |
| 11:32:51 | 20 |
| 11:32:56 | 21 |
| 11:33:03 | 22 |
| 11:33:07 | 23 |
| 11:33:13 | 24 |
| 11:33:19 | 25 |

absolutely impossible hurdles in actually recovering money from KPT, and that set off a frenzy looking for deep pockets in this case.

The plaintiffs' first analysis was, if we cannot recover from the Chinese Knauf company, then let us pierce the corporate veils between this group of companies such that those in Germany would be responsible for the debts of the company or companies in China.  As any lawyer would, given the ostensible facts of there being a Knauf group of companies, those companies under common and private ownership, that certainly seemed to be a dog that would hunt in this case.

There was a problem, however.  The law of every jurisdiction which has touched this case requires that to pierce the corporate veil there must be an abuse of the corporate form, and that abuse must deprive the judgment creditors or the creditors of the corporation of the assets of those corporations.  So as an element in piercing the corporate veil, you must prove some degree of corporate flimflam, some kind of Three-card Monte game where you hide the assets of one corporation with the other.  That is the road that the PSC started down, and that was what we had to defend.

Fortunately for the defense, rather than corporate flimflam or Three-card Monte, we found through 200-and-some depositions and all of these documents that just the opposite had been true; that the Knauf group ran its

| | |
|---|---|
| 11:33:23 | 1 |
| 11:33:31 | 2 |
| 11:33:40 | 3 |
| 11:33:45 | 4 |
| 11:33:48 | 5 |
| 11:33:52 | 6 |
| 11:33:58 | 7 |
| 11:34:06 | 8 |
| 11:34:09 | 9 |
| 11:34:15 | 10 |
| 11:34:24 | 11 |
| 11:34:33 | 12 |
| 11:34:39 | 13 |
| 11:34:45 | 14 |
| 11:34:53 | 15 |
| 11:34:56 | 16 |
| 11:35:02 | 17 |
| 11:35:10 | 18 |
| 11:35:13 | 19 |
| 11:35:18 | 20 |
| 11:35:25 | 21 |
| 11:35:28 | 22 |
| 11:35:31 | 23 |
| 11:35:37 | 24 |
| 11:35:45 | 25 |

companies as separately as any commonly owned group of companies which has at its top a holding company could run. The facts just wouldn't prove out for the PSC.

First of all, Knauf, the group bought an existing company in China that was owned by somebody else and then put capital into that company. Into that company. Built that company. The intercompany transactions between the Chinese company and the rest of the Knauf group of companies around the world were as clean as a Swiss watch. It had certified financial statements by PWC. There were no cash transactions which were not run through Chinese banks which monitored those transactions as loans.

The company KPT is what the Chinese call a WFOE, a wholly foreign-owned enterprise. The Chinese government watches these companies like a hawk because the Chinese government demands that the profits stay in those companies in order to be taxed. If in China you mess around with those laws, it's not like the United States where somebody sues you in a class action. You go to jail, and people have gone to jail. So there is no finagling of assets in wholly owned foreign enterprises in China.

Finally, the biggest reason, one which frankly shocked even the defense lawyers, is that the owners of KPT, the upper-level Knauf holding companies, have never taken a nickel out of that company by way of dividend, by way of

| | | |
|---|---|---|
| 11:35:50 | 1 | repayment.  Nothing has ever come out; not a dollar, not a |
| 11:35:54 | 2 | shekel, not a yuan, not an RMB.  Faced with that kind of a |
| 11:36:01 | 3 | record, no plaintiff would ever be able to say that the |
| 11:36:07 | 4 | corporate veil should be pierced from KPT to its parental |
| 11:36:15 | 5 | companies. |
| 11:36:16 | 6 | Now, there is an interesting decision in this |
| 11:36:18 | 7 | case which comes out of the European Court of Justice which I |
| 11:36:24 | 8 | think has been averred to from time to time.  Under the |
| 11:36:30 | 9 | antitrust/anticompetitive acts in the European Court of |
| 11:36:34 | 10 | Justice, there was a finding that certain of the Knauf |
| 11:36:43 | 11 | companies, those which operated in Western Europe -- about four |
| 11:36:48 | 12 | countries, I think, in Western Europe -- were termed a single |
| 11:36:55 | 13 | economic unit.  However, that had nothing to do with corporate |
| 11:37:02 | 14 | veil piercing.  The moniker of *single economic unit* is only for |
| 11:37:10 | 15 | the purpose, under the European antitrust laws, of assessing |
| 11:37:17 | 16 | the size of a penalty which the defendants would have to pay. |
| 11:37:26 | 17 | The activity that resulted in this finding took |
| 11:37:31 | 18 | place from 1992 to 1998 in Western Europe.  The Knauf group did |
| 11:37:41 | 19 | not even acquire KPT until 1999, and the manufacturing |
| 11:37:53 | 20 | activities that are at issue here did not occur until 2005.  So |
| 11:38:00 | 21 | not only was the European Court of Justice -- and we put in an |
| 11:38:04 | 22 | affidavit of a European antitrust expert in the record, |
| 11:38:11 | 23 | uncontroverted, this had nothing to do with veil piercing. |
| 11:38:22 | 24 | The plaintiffs then turned to the issue of, |
| 11:38:27 | 25 | well, was one of the other companies the agent of KPT in |

| | | |
|---|---|---|
| 11:38:32 | 1 | connection with these sales?  It turns out that the Knauf group |
| 11:38:40 | 2 | does own a company in the United States, in Indiana.  It is an |
| 11:38:44 | 3 | insulation company, fiberglass batting insulation.  That looked |
| 11:38:49 | 4 | like an attractive candidate to the plaintiffs because there |
| 11:38:54 | 5 | the assets were in the United States.  There would be no |
| 11:38:56 | 6 | problem with seeking to enforce anything in China. |
| 11:39:07 | 7 | Fortunately for the plaintiffs' position, there |
| 11:39:09 | 8 | was a small connection between the Knauf Insulation company and |
| 11:39:13 | 9 | certain of the purchases of drywall made in the United States. |
| 11:39:20 | 10 | Now, that had to do with the InEx channel of distribution. |
| 11:39:24 | 11 | InEx was a customer of Knauf Insulation for its insulation. |
| 11:39:33 | 12 | When all building supplies post-Katrina and |
| 11:39:39 | 13 | Irene were in short supply in the United States, InEx came to |
| 11:39:44 | 14 | the people it knew at Knauf Insulation and said, You guys are |
| 11:39:51 | 15 | affiliated, we know, with the Knauf companies that make |
| 11:39:53 | 16 | drywall.  Can you help us out?  Can you get us an allocation? |
| 11:39:57 | 17 | The salespeople at the Knauf Insulation company |
| 11:40:04 | 18 | located in Indiana said, We will make a call. |
| 11:40:07 | 19 | And they did, and they put together the InEx |
| 11:40:10 | 20 | buyers with the Chinese KPT manufacturer/sellers and then bowed |
| 11:40:17 | 21 | out.  That does not make for agency liability under the law, |
| 11:40:25 | 22 | again, of any jurisdiction which touches this case.  It was |
| 11:40:28 | 23 | clearly a situation where there was a disclosed principal and |
| 11:40:38 | 24 | where the activities of the Indiana company, Knauf Insulation, |
| 11:40:41 | 25 | was merely doing a favor to industry customers who were in a |

11:40:51    1    bad way for getting drywall, which, of course, as Your Honor
11:40:54    2    knows, that's how drywall could have been competitively priced,
11:40:57    3    shipped all the way from China into the United States in the
11:41:00    4    first place.  This is something that only happens when there's
11:41:05    5    an anomaly in the market and a shortage like this.
11:41:11    6              Finally, if those were not enough defenses for
11:41:16    7    the Knauf companies other than KPT, there are jurisdictional
11:41:23    8    defenses.  Your Honor knows and everyone in this courtroom
11:41:28    9    knows how the Taishan group has utilized the jurisdictional
11:41:35   10    defenses all the way to the point of Your Honor's ruling and
11:41:41   11    now their appeal to the Fifth Circuit.
11:41:49   12              KPT did not choose to assert jurisdictional
11:41:54   13    defenses, and that is because it wished to stand behind its
11:42:01   14    product.  So all of the *Sturm und Drang*, if I can use a German
11:42:10   15    phrase, that we have with chasing the Taishan entities or that
11:42:14   16    the plaintiffs have in chasing the Chinese entities did not
11:42:18   17    exist with KPT.
11:42:24   18              The other Knauf companies were not the
11:42:27   19    manufacturer of the KPT drywall, and they have perfectly
11:42:30   20    legitimate jurisdictional defenses.  If a plaintiff were to
11:42:38   21    achieve a judgment against, say, a German Knauf company which
11:42:45   22    did not manufacture the product, which does not do business in
11:42:53   23    any state of the United States, which never sold drywall into
11:42:56   24    the United States, never marketed in the United States -- if a
11:43:04   25    plaintiff were to get a judgment against one of the German

|   |   |
|---|---|
| 11:43:09 | 1 |
| 11:43:18 | 2 |
| 11:43:22 | 3 |
| 11:43:28 | 4 |
| 11:43:31 | 5 |
| 11:43:40 | 6 |
| 11:43:42 | 7 |
| 11:43:46 | 8 |
| 11:43:54 | 9 |
| 11:44:01 | 10 |
| 11:44:05 | 11 |
| 11:44:15 | 12 |
| 11:44:21 | 13 |
| 11:44:22 | 14 |
| 11:44:25 | 15 |
| 11:44:31 | 16 |
| 11:44:36 | 17 |
| 11:44:42 | 18 |
| 11:44:46 | 19 |
| 11:44:53 | 20 |
| 11:44:58 | 21 |
| 11:45:02 | 22 |
| 11:45:06 | 23 |
| 11:45:11 | 24 |
| 11:45:22 | 25 |

companies, that's just round one.  Even a final judgment after appeals is round one because that judgment would have to be taken to Germany, and not the way we take a judgment from one state to the other, fill out an affidavit and docket the judgment.  That is not what happens under the law of Germany.

Assuming a judgment under those circumstances, a plaintiff would then have to begin an independent action in Germany, and the first thing they would have to prove is that the jurisdiction of the United States court was proper jurisdiction as determined not by the law of the United States but by the law of Germany.  So there is a trial *de novo* to determine whether under German jurisdictional principles the United States court had proper jurisdiction.

Well, as Your Honor knows, the jurisdiction is based upon the same acts and practices that are necessary to prove for piercing the corporate veil.  All of these defenses would come back.  They would come back in a German court.  In order to bring that action in a German court, the U.S. judgment holder must post a bond.  That's because under the law of Germany if you lose the action, you pay the other side's fees. The loser pays in that country.  So this class would have to come up with a necessary bond to pursue what I'm sure at that point would be a multimillion-dollar judgment in Germany. That's why I say that the defenses that the Knauf group could have erected in these cases would have been almost

11:45:29  1   impenetrable, practically impenetrable.

11:45:36  2          I am a great reader of the Prussian philosopher

11:45:39  3   Karl von Clausewitz, who says, Entrench yourself behind strong

11:45:45  4   fortifications and force your enemy to seek a solution

11:45:49  5   elsewhere.

11:45:50  6          My client could have done that.  But rather than

11:45:55  7   do that and rather than stand on all of the defenses that this

11:45:59  8   peculiar situation offered it, it decided to do the right

11:46:12  9   thing.  At least from my point of view, this settlement is

11:46:15  10  exceedingly generous to this class.

11:46:18  11         Thank you, Your Honor.

11:46:19  12         MR. GLICKSTEIN:  Good morning, Your Honor.  Steve

11:46:31  13  Glickstein for Kaye Scholer on behalf of the Knauf defendants.

11:46:36  14  Mr. Miller and Mr. Mayesh put me last because they know I'm the

11:46:41  15  weakest hitter, so I'm batting ninth here.

11:46:47  16         Arnie generously thanked Kerry and myself and

11:46:53  17  Jay.  I just also wanted to mention my partner Greg Wallance,

11:46:57  18  who I think Your Honor knows was the architect of the pilot

11:47:02  19  program and saw it through its implementation for a long period

11:47:05  20  of time.  There were many others at Frilot and Kaye Scholer and

11:47:10  21  some in this courtroom.

11:47:12  22         MR. LEVIN:  Give him my regards and thanks.

11:47:19  23         MR. GLICKSTEIN:  My job, Your Honor, is to go through

11:47:24  24  the *Reed* factors and also to go through some of the objections,

11:47:27  25  but many times at a fairness hearing you tend to focus on the

| | |
|---|---|
| 11:47:35 | 1 |
| 11:47:40 | 2 |
| 11:47:44 | 3 |
| 11:47:48 | 4 |
| 11:47:53 | 5 |
| 11:47:58 | 6 |
| 11:48:06 | 7 |
| 11:48:10 | 8 |
| 11:48:18 | 9 |
| 11:48:21 | 10 |
| 11:48:25 | 11 |
| 11:48:29 | 12 |
| 11:48:32 | 13 |
| 11:48:36 | 14 |
| 11:48:41 | 15 |
| 11:48:45 | 16 |
| 11:48:54 | 17 |
| 11:49:00 | 18 |
| 11:49:04 | 19 |
| 11:49:08 | 20 |
| 11:49:15 | 21 |
| 11:49:21 | 22 |
| 11:49:27 | 23 |
| 11:49:36 | 24 |
| 11:49:40 | 25 |

objections instead of focusing on why the settlement is a good settlement.

Russ's hero was Captain Marvel.  My hero actually was my mom and dad.  My mom and dad always said focus on the positive, and the positive really is what really a decent and good settlement this is for the homeowners.

One and probably the most important *Reed* factor is how does the recovery in the settlement compare to what might be achieved in litigation?  We all know that settlements are compromises, so you don't achieve everything through a settlement that you could in litigation because there are risks to litigation.  There are costs to litigation.

This is a settlement where because, as Mr. Miller said and as Mr. Mayesh said, our clients wanted to stand behind their product and do the right thing, the homeowners got almost everything -- I would venture to say everything that they are reasonably entitled to as a result of this difficult situation.

The settlement provides that Knauf will pay to fix the home and restore it to a new condition.  That is a payment of 100 cents on the dollar of their property damage claim.  And because, as Your Honor noted several times today, the attorneys' fees come on top and not off the remediation costs -- that means that the settlement class members, the homeowners, don't have to pay their own costs, they don't have

11:49:43   1   to pay their lawyers -- every dollar that's going to
11:49:47   2   remediation is going to fix their home and it's going to be
11:49:51   3   restored.   So that is a fabulous result, I think, and it's a
11:50:00   4   result that our clients are proud of, that we stand behind.   We
11:50:06   5   want the homeowners to have their homes repaired.   We want them
11:50:10   6   to be able to move on with their lives.
11:50:16   7             In addition, as Mr. Miller said, there's the
11:50:19   8   Other Loss Fund to take care of economic loss.   That's actually
11:50:29   9   a $30 million contribution by Knauf.   On top of that
11:50:36  10   $30 million, there will be an allocation of the money that is
11:50:42  11   attributable to KPT drywall, 50 percent, from the global
11:50:46  12   settlement involving installers, builders, suppliers, and their
11:50:50  13   insurers.   That is going to be on top of the $30 million going
11:50:54  14   into the Other Loss Fund.
11:50:56  15             We have recently reached an agreement with InEx
11:51:01  16   and the PSC that an additional portion of money, depending on
11:51:06  17   the trial results that are upcoming, could come into the
11:51:11  18   Other Loss Fund from the InEx settlement.   That will be
11:51:16  19   available to address economic losses on top of the property
11:51:24  20   damage, which is already 100 percent paid for.
11:51:33  21             Much has been said about personal injury, and I
11:51:37  22   think other lawyers will talk much more about personal injury
11:51:41  23   than I will in terms of what the evidence is.   The bottom line
11:51:47  24   is while we don't believe and the government agencies --
11:51:56  25   whether it be the CPSC or the EPA or the Centers for Disease

| | |
|---|---|
| 11:51:59 | 1 |
| 11:52:04 | 2 |
| 11:52:08 | 3 |
| 11:52:13 | 4 |
| 11:52:16 | 5 |
| 11:52:23 | 6 |
| 11:52:27 | 7 |
| 11:52:30 | 8 |
| 11:52:33 | 9 |
| 11:52:40 | 10 |
| 11:52:47 | 11 |
| 11:52:54 | 12 |
| 11:52:59 | 13 |
| 11:53:02 | 14 |
| 11:53:05 | 15 |
| 11:53:09 | 16 |
| 11:53:12 | 17 |
| 11:53:15 | 18 |
| 11:53:21 | 19 |
| 11:53:27 | 20 |
| 11:53:34 | 21 |
| 11:53:39 | 22 |
| 11:53:49 | 23 |
| 11:53:53 | 24 |
| 11:54:01 | 25 |

Control or the Florida Department of Health or the Virginia
Department of Health -- don't believe that there is any
evidence of personal injury here, the Other Loss Fund does
provide a mechanism for folks who believe that they might have
a claim to try and prove it.  They have to prove it.  Their
experts would be subject to challenge, but it provides that
mechanism.  It's an outlet for them to try and prove that
claim.

So weighed against the defenses that Mr. Mayesh
talked about, this really is providing class members with full
and complete relief.  We know, of course, that the plaintiffs
and certainly Mr. Herman or Mr. Levin or anyone else on this
side of the table are not going to agree with everything that
Mr. Mayesh said.  They are not going to agree that it was
unforeseeable.  They are not going to agree that veils can't be
pierced.  They are not going to agree that they can't enforce
judgments.  But I think they will acknowledge that these are,
in fact, legitimate litigable defenses and that the plaintiffs
would face serious obstacles in attempting to overcome them and
that, in light of that, it was appropriate to reach reasonable
compromise instead of litigating it to the end, particularly in
light of the relief that is provided.

The other *Reed* factors, I think, are fairly
self-evident.  God knows, the length and duration and
difficulty of the negotiations, they were certainly

11:54:07  1    arm's-length.  I can't count how many times when, despite all

11:54:15  2    of the professionalism in the room, we were at loggerheads

11:54:19  3    because we reached impasses, but we went back at it and back at

11:54:23  4    it and back at it.

11:54:25  5              Nobody will argue about the complexity, expense,

11:54:26  6    and likely duration of this litigation.  It is something that

11:54:33  7    Your Honor noted at the outset, the extraordinary complexity

11:54:36  8    here due to the number of parties, the difficulty of the

11:54:40  9    issues, the fact that we have foreign defendants as well as

11:54:43  10   domestic defendants.

11:54:46  11             Nobody can argue seriously that this case was

11:54:51  12   not settled at an appropriate stage of the proceedings.  We are

11:54:57  13   not here with a settlement that was reached at the outset of

11:55:01  14   the case.  We are not here with a settlement that was reached

11:55:07  15   without inquiry, without discovery.  Some of the slides that

11:55:15  16   Arnie and Russ put up for Your Honor tell the story: the

11:55:19  17   hundreds of depositions; the *Germano* trial; the *Hernandez*

11:55:25  18   trial; the countless motions that were before Your Honor.  This

11:55:33  19   is a very hard-fought, toughly litigated case, and it was only

11:55:40  20   after all of the facts were discovered and reviewed and

11:55:43  21   analyzed by the parties that settlement was entered into.

11:55:50  22             I think the last *Reed* factor is what does the

11:55:58  23   class think about this.  I think this is where you get to

11:56:01  24   talking about opt-outs and objections.  The number of opt-outs

11:56:12  25   compared to the potential number of claims is very small.  We

| | | |
|---|---|---|
| 11:56:21 | 1 | are getting rescissions of opt-outs all the time as the |
| 11:56:27 | 2 | settlement is being explained perhaps to counsel and to the |
| 11:56:36 | 3 | homeowners. |
| 11:56:36 | 4 | To the Knauf settlement there were only |
| 11:56:41 | 5 | initially 11 objections, which is far less than a percent. |
| 11:56:51 | 6 | Three of those objections were resolved before we had to file |
| 11:56:58 | 7 | our response, so they are not addressed in our papers.  The |
| 11:57:02 | 8 | Amerson objection, the Hopper objection, and the Ladner |
| 11:57:07 | 9 | objection were withdrawn before our papers were due.  Since |
| 11:57:15 | 10 | that time two other objections have been withdrawn:  the Willis |
| 11:57:19 | 11 | objection and the Perricone objection. |
| 11:57:32 | 12 | In none of these objections were the homeowners |
| 11:57:36 | 13 | or their counsel paid off.  In some cases there were either |
| 11:57:42 | 14 | some ambiguities in the settlement or some questions that were |
| 11:57:46 | 15 | raised that required some additional language in the agreement. |
| 11:57:51 | 16 | I think that when we get through this process, Your Honor, in a |
| 11:57:54 | 17 | week or two we will file a supplemental agreement that contains |
| 11:58:01 | 18 | these changes, all of which are for the benefit of the class, |
| 11:58:05 | 19 | all of which are for the benefit of everyone, not for a |
| 11:58:09 | 20 | particular objector.  Then we will have the final agreement |
| 11:58:14 | 21 | ready for your approval. |
| 11:58:19 | 22 | So that leaves six objectors.  One of those six |
| 11:58:29 | 23 | is North River.  We didn't in our brief address North River's |
| 11:58:36 | 24 | objections specifically.  We adopt what the PSC and InEx have |
| 11:58:41 | 25 | said about them.  I believe, as Mr. Levin said, Mr. Nizialek |

11:58:48  1    and Mr. Scott on behalf of InEx and Liberty Mutual will be

11:58:54  2    discussing those objections.  I won't go any further with

11:58:59  3    respect to that unless it's necessary on rebuttal.

11:59:08  4            The other five objections were mostly by

11:59:14  5    individual homeowners who would have preferred to tweak one

11:59:20  6    provision or another provision of the settlement.  None of them

11:59:27  7    go to the heart of the fairness of the settlement here.  I

11:59:34  8    would ask those homeowners to recognize, as we ask the Court to

11:59:39  9    recognize, that at the end of the day, a settlement is a

11:59:46  10   compromise.

11:59:49  11           While I believe it's fair to say that we have

11:59:51  12   given, on the remediation claim, a hundred percent of what any

11:59:56  13   homeowner could want and on other claims almost everything that

12:00:01  14   any homeowner could want, there is some give-and-take in the

12:00:08  15   process; and the Court should recognize that in order to get,

12:00:14  16   sometimes the party also has to give.  The case law, of course,

12:00:20  17   recognizes that.

12:00:22  18           We briefed all of those five.  I don't think

12:00:24  19   it's necessary to repeat them here.  If Your Honor has any

12:00:28  20   questions about them, I will.

12:00:31  21           So in conclusion, I will end with where I

12:00:38  22   started.  Compared to the relief that could be obtained in

12:00:43  23   litigation, this is a great result.  We at Knauf are very proud

12:00:48  24   of what we have done, and we look forward to the day when all

12:00:53  25   of these homeowners are back in brand-new homes and the problem

|          |    |                                                                                       |
|----------|----|---------------------------------------------------------------------------------------|
| 12:01:00 | 1  | is completely fixed.  Thank you.                                                      |
| 12:01:02 | 2  | THE COURT:  Thank you.                                                                 |
| 12:01:06 | 3  | InEx is the next person.                                                               |
| 12:01:16 | 4  | MR. DUPLANTIER:  Good morning, Your Honor.  Richard                                   |
| 12:01:18 | 5  | Duplantier on behalf of Interior Exterior.  I assure you that I                       |
| 12:01:21 | 6  | am going to be a lot more brief than counsel that came before                        |
| 12:01:25 | 7  | me.                                                                                    |
| 12:01:27 | 8  | As the Court is aware, InEx is a Louisiana                                            |
| 12:01:31 | 9  | company who is merely a distributor of the drywall of Knauf and                      |
| 12:01:35 | 10 | distributed some of the Taishan drywall that was found to be                         |
| 12:01:39 | 11 | defective years after they distributed the drywall.  I am not                        |
| 12:01:43 | 12 | going to discuss in detail, but I will say that I think                              |
| 12:01:46 | 13 | Mr. Mayesh very eloquently explained that this defect in this                        |
| 12:01:51 | 14 | drywall is a condition that could not have been discovered by                        |
| 12:01:54 | 15 | Interior Exterior nor should have been discovered by                                 |
| 12:01:57 | 16 | Interior Exterior at the time that it was sold by the company.                       |
| 12:02:01 | 17 | We have continued to maintain significant                                            |
| 12:02:04 | 18 | defenses to Interior Exterior's liability in this litigation;                        |
| 12:02:09 | 19 | but despite that, we have been part of the solution and are                          |
| 12:02:13 | 20 | proud to be a part of the solution.                                                   |
| 12:02:15 | 21 | From a timing perspective, I think there needs                                       |
| 12:02:18 | 22 | to be some memories refreshed this morning.  The Court will                          |
| 12:02:21 | 23 | recall that Interior Exterior was an active participant in the                       |
| 12:02:26 | 24 | pilot remediation program.  Without our participation and the                        |
| 12:02:30 | 25 | participation of Banner in that pilot remediation program, that                      |

| | | |
|---|---|---|
| 12:02:33 | 1 | program would not have begun and it would not have led to the |
| 12:02:37 | 2 | settlement. |
| 12:02:39 | 3 | More importantly, what the Court needs to recall |
| 12:02:41 | 4 | and I think counsel all need to recall was that Interior |
| 12:02:45 | 5 | Exterior was the first defendant to enter into a global |
| 12:02:48 | 6 | settlement on behalf of the customers who had bought drywall |
| 12:02:52 | 7 | through Interior Exterior.  That first settlement is what |
| 12:02:58 | 8 | allowed the entire process of settlement to begin and allowed |
| 12:03:01 | 9 | these homeowners to achieve the results of the settlement that |
| 12:03:05 | 10 | is ongoing right now.  The InEx settlement is now part of the |
| 12:03:11 | 11 | integral, overall resolution process which allows recovery by |
| 12:03:16 | 12 | these homeowners.  This is fair and reasonable settlement. |
| 12:03:25 | 13 | I'm not going to go into great detail on the |
| 12:03:28 | 14 | *Reed* factors, but I want to briefly touch on the six *Reed* |
| 12:03:30 | 15 | factors, one being the existence of fraud and collusion.  This |
| 12:03:33 | 16 | has been clearly an arm's-length negotiation. |
| 12:03:38 | 17 | The second factor being the complexity and the |
| 12:03:41 | 18 | duration of this litigation, clearly this has been a difficult, |
| 12:03:45 | 19 | complex, international litigation that has involved many |
| 12:03:50 | 20 | lawyers, many law firms, and many parties who have been |
| 12:03:53 | 21 | spending a significant amount of time around the world |
| 12:03:57 | 22 | conducting discovery. |
| 12:03:59 | 23 | That leads us to the next *Reed* factor, and |
| 12:04:01 | 24 | that's the stage of the litigation.  This has been a complex |
| 12:04:05 | 25 | adversarial process, and it's important for the Court to |

| | |
|---|---|
| 12:04:09 | 1 |
| 12:04:12 | 2 |
| 12:04:19 | 3 |
| 12:04:22 | 4 |
| 12:04:24 | 5 |
| 12:04:29 | 6 |
| 12:04:31 | 7 |
| 12:04:35 | 8 |
| 12:04:38 | 9 |
| 12:04:42 | 10 |
| 12:04:42 | 11 |
| 12:04:45 | 12 |
| 12:04:48 | 13 |
| 12:04:51 | 14 |
| 12:04:55 | 15 |
| 12:05:01 | 16 |
| 12:05:05 | 17 |
| 12:05:08 | 18 |
| 12:05:13 | 19 |
| 12:05:20 | 20 |
| 12:05:21 | 21 |
| 12:05:24 | 22 |
| 12:05:29 | 23 |
| 12:05:33 | 24 |
| 12:05:33 | 25 |

understand that discovery has been exhaustive in that regard. We are here today after having reviewed thousands of pages of records and conducted hundreds of depositions.

The probability of success, that's an important factor, and I think Mr. Glickstein and Mr. Mayesh did a very good job of explaining why there are limitations to the recovery by these homeowners. As it relates to Interior Exterior, the laws in Louisiana and the other states in which we conduct business provide Interior Exterior significant defenses.

Under the redhibition law, if they are unable to establish that Interior Exterior knew of the defect in this drywall, the recovery of the homeowners would be significantly limited. I think the Knauf defendants have done a great job of explaining why this defect was likely not discoverable by Interior Exterior at the time that it was sold.

Despite those obstacles to recovery, Interior Exterior entered into and assigned significant policy limits insurance to the PSC and to the homeowners for the settlement process.

The range of possible recovery, the fifth factor under the *Reed* case, I think Mr. Glickstein did a good job of explaining why these homeowners are getting almost full recovery.

As to the sixth factor, the opinions of the

| | | |
|---|---|---|
| 12:05:37 | 1 | absent class members, I think that the lack of objections to |
| 12:05:41 | 2 | this settlement significantly should lead this Court to the |
| 12:05:45 | 3 | conclusion that there are not a significant number of |
| 12:05:49 | 4 | objections to this or relevant objections to this particular |
| 12:05:53 | 5 | settlement.  In fact, the InEx settlement has only really one |
| 12:05:57 | 6 | objection, and that's by North River Insurance Company.  I want |
| 12:06:01 | 7 | to address that particular objection and some other issues very |
| 12:06:05 | 8 | briefly, Your Honor. |
| 12:06:06 | 9 | As the Court is aware, subsequent to entering |
| 12:06:09 | 10 | into the settlement in April of 2011, Interior Exterior has |
| 12:06:14 | 11 | entered into two amendments to our settlement agreement.  The |
| 12:06:17 | 12 | first amendment dealt with some procedural issues, but the |
| 12:06:19 | 13 | second amendment was more significant.  We felt that the second |
| 12:06:23 | 14 | amendment was necessary in order to preserve the InEx |
| 12:06:27 | 15 | settlement; that is, the tendering of certain excess policy |
| 12:06:33 | 16 | limits to Knauf depending on the result of the upcoming trial. |
| 12:06:37 | 17 | We are not seeking an order today that the |
| 12:06:41 | 18 | second amendment is binding against North River Insurance |
| 12:06:43 | 19 | Company.  We have not sought that as part of the process.  What |
| 12:06:47 | 20 | we seek is an order from the Court and a ruling from the Court |
| 12:06:51 | 21 | that the second amendment is simply fair under Rule 23, as we |
| 12:06:58 | 22 | have explained in our brief on that issue.  We believe that the |
| 12:07:00 | 23 | second amendment is appropriate to preserve this settlement and |
| 12:07:05 | 24 | to eliminate the potential that this entire process could be |
| 12:07:10 | 25 | terminated by Knauf at the time that the termination rights can |

| | | |
|---|---|---|
| 12:07:13 | 1 | be exercised.  We felt that it was appropriate, and we have |
| 12:07:16 | 2 | explained in our brief why that second amendment was |
| 12:07:19 | 3 | appropriate. |
| 12:07:22 | 4 | The PSC, our memorandum, and the Knauf |
| 12:07:25 | 5 | memorandum have set out completely why the second amendment and |
| 12:07:29 | 6 | the entire settlement process in general are reasonable.  There |
| 12:07:33 | 7 | was a real threat of termination by the Knauf defendants if we |
| 12:07:37 | 8 | did not enter into that second amendment. |
| 12:07:40 | 9 | Now, as to the North River objections, we have |
| 12:07:42 | 10 | two points.  Number one, we have not sought to make the second |
| 12:07:49 | 11 | amendment first.  We have not sought to make the second |
| 12:07:53 | 12 | amendment binding on North River, and they can continue to |
| 12:07:55 | 13 | maintain their rights under the terms of their policy. |
| 12:07:59 | 14 | Secondly and more importantly, Your Honor, |
| 12:08:02 | 15 | North River is not a class member in the Interior Exterior |
| 12:08:08 | 16 | settlement agreement.  As a result of their not being a class |
| 12:08:13 | 17 | member, they have no standing to object to our settlement |
| 12:08:17 | 18 | process. |
| 12:08:18 | 19 | So we are asking the Court to approve the second |
| 12:08:23 | 20 | amendment and to find that the entire settlement process is |
| 12:08:28 | 21 | fair and reasonable under the circumstances.  Thank you. |
| 12:08:31 | 22 | THE COURT:  Thank you very much. |
| 12:08:33 | 23 | Banner. |
| 12:08:36 | 24 | MR. NIZIALEK:  Your Honor, if I may add to that. |
| 12:08:39 | 25 | THE COURT:  Yes.  You are speaking for InEx? |

| | | |
|---|---|---|
| 12:08:40 | 1 | **MR. NIZIALEK:** I am, Your Honor. Good afternoon, |
| 12:08:44 | 2 | Your Honor. Phil Nizialek for InEx. I just want to add one |
| 12:08:48 | 3 | bit to Mr. Duplantier's argument, and that is I want to address |
| 12:08:53 | 4 | one of the objections North River has made to the InEx |
| 12:08:56 | 5 | settlement. |
| 12:08:57 | 6 | As you recall, the InEx settlement involved the |
| 12:08:59 | 7 | tender by our primary insurers, Arch and Liberty, of their |
| 12:09:01 | 8 | policy limits over four policy years and the assignment of |
| 12:09:05 | 9 | rights to certain policy limits of four North River policies |
| 12:09:09 | 10 | over those same policy years. North River has raised an |
| 12:09:12 | 11 | objection that that assignment is not valid under the insurance |
| 12:09:17 | 12 | policy because of the anti-assignment clause in the North River |
| 12:09:21 | 13 | excess policies. |
| 12:09:22 | 14 | We would point the Court to our briefing on this |
| 12:09:25 | 15 | issue where it is clear that the Louisiana Supreme Court very |
| 12:09:27 | 16 | recently, in the *In Re*: *Katrina Breaches* cases, has held that |
| 12:09:32 | 17 | post-loss assignments of policy proceeds such as were done in |
| 12:09:37 | 18 | this settlement are indeed valid in the face of an |
| 12:09:41 | 19 | anti-assignment clause so long as that clause does not contain |
| 12:09:45 | 20 | an express and unambiguous prohibition of that assignment. |
| 12:09:50 | 21 | This is a post-loss assignment. The North River |
| 12:09:53 | 22 | clause, which is quoted extensively in our briefing, does not |
| 12:09:57 | 23 | contain such an anti-assignment clause as would prohibit this |
| 12:10:02 | 24 | assignment. We ask that the Court approve that settlement |
| 12:10:06 | 25 | notwithstanding that objection of North River. Thank you. |

| | | |
|---|---|---|
| 12:10:09 | 1 | **THE COURT:**  Thank you very much for your input. |
| 12:10:14 | 2 | Banner. |
| 12:10:16 | 3 | **MR. SCOTT:**  Your Honor, may I be heard on the North |
| 12:10:18 | 4 | River objections to the InEx? |
| 12:10:19 | 5 | **THE COURT:**  You are speaking for? |
| 12:10:19 | 6 | **MR. SCOTT:**  Hugh Scott for Liberty Mutual.  I want to |
| 12:10:22 | 7 | address the exhaustion, if I may, briefly. |
| 12:10:24 | 8 | **THE COURT:**  Yes. |
| 12:10:33 | 9 | **MR. SCOTT:**  As Your Honor knows, the InEx settlement |
| 12:10:38 | 10 | agreement provides that as part of the order we ask Your Honor |
| 12:10:43 | 11 | to enter that there be a finding that the primary insurance |
| 12:10:46 | 12 | policies -- the Liberty Mutual policies and the Arch policies, |
| 12:10:49 | 13 | that Your Honor find those policies are exhausted.  We are |
| 12:10:52 | 14 | asking for that because we are paying our entire limits.  We |
| 12:10:55 | 15 | need that protection going forward to protect the primary |
| 12:11:01 | 16 | carriers from any future claims by the class members and by |
| 12:11:05 | 17 | InEx. |
| 12:11:08 | 18 | For example, if next year, God forbid, InEx were |
| 12:11:11 | 19 | to have some kind of calamity that caused an accident and they |
| 12:11:14 | 20 | were to seek insurance coverage, we need to have it clear from |
| 12:11:19 | 21 | the primary's point of view that our policies are exhausted |
| 12:11:22 | 22 | vis-à-vis InEx. |
| 12:11:24 | 23 | That's very important to us.  We have bargained |
| 12:11:26 | 24 | for that, and that's a key part of the arrangement.  Our |
| 12:11:30 | 25 | ability to withdraw from the settlement is contingent upon our |

| | | |
|---|---|---|
| 12:11:35 | 1 | getting that piece of the order and finding that the primary |
| 12:11:39 | 2 | coverage is exhausted. |
| 12:11:42 | 3 | THE COURT:  Is there any dispute of that? |
| 12:11:45 | 4 | MR. SCOTT:  Yes, unfortunately there is, Your Honor, |
| 12:11:47 | 5 | or I wouldn't be standing here.  I regret to have to stand |
| 12:11:51 | 6 | here.  North River did file an objection.  One of the grounds |
| 12:11:56 | 7 | of the objection was that North River says the primary policies |
| 12:12:02 | 8 | are not exhausted for two reasons.  One reason they say is that |
| 12:12:07 | 9 | we are paying the money into escrow, and that doesn't count as |
| 12:12:10 | 10 | a settlement which should count toward exhaustion because we |
| 12:12:15 | 11 | are just paying into escrow.  The second thing they say is that |
| 12:12:18 | 12 | we are paying money for so-called noncovered under the |
| 12:12:23 | 13 | insurance policy claims. |
| 12:12:25 | 14 | I note that North River makes those objections |
| 12:12:28 | 15 | notwithstanding the fact that North River is not a party to any |
| 12:12:32 | 16 | of the settlement agreements at all in this case and, I think, |
| 12:12:34 | 17 | lacks standing.  But since those objections are in the record |
| 12:12:38 | 18 | and they are crucial to the primary's continued participation |
| 12:12:42 | 19 | and we want this settlement very much to go forward, I wanted |
| 12:12:46 | 20 | to take just a minute to address those objections with the |
| 12:12:50 | 21 | Court. |
| 12:12:51 | 22 | The first objection, which is we are paying into |
| 12:12:54 | 23 | escrow so it's not a settlement, is disposed of very easily by |
| 12:13:00 | 24 | the recent -- not so recent, several decades old but |
| 12:13:04 | 25 | nevertheless good law -- Supreme Court ruling in the *Paretti* |

12:13:09  1   case where the Louisiana Supreme Court said that a primary

12:13:13  2   policy exhausts when the full limits are paid to settle a claim

12:13:17  3   that's been made against the insured.

12:13:19  4           It couldn't be clearer that that's what the

12:13:21  5   Supreme Court of Louisiana meant because they said, quote, It

12:13:25  6   is self-evident that an insurer which has settled for its

12:13:30  7   policy limits has exhausted, quote/unquote, its limit of

12:13:34  8   liability under the policy.

12:13:36  9           I agree with the question you tendered about

12:13:41  10  what's the issue here.  We don't see that there's an issue, but

12:13:44  11  there's Supreme Court of Louisiana precedent squarely in place,

12:13:50  12  and that has been upheld and enforced or followed and enforced

12:13:54  13  by at least three intermediate appellate court decisions since

12:13:58  14  the *Paretti case*.  They are all cited in our brief.  I'm not

12:14:03  15  going to burden you with the citations.

12:14:05  16          The point simply is it's not as if the insurers

12:14:08  17  here, the primaries here are simply taking our policy limits

12:14:12  18  and putting them in a bucket and saying, Here, you go do

12:14:15  19  something with it.

12:14:16  20          That's not the situation that the *Paretti case*

12:14:19  21  contemplated in saying exhaustion pertains.  There's exhaustion

12:14:23  22  here because not only have we paid the policy limits, but we

12:14:27  23  have obtained a full release for our policyholder.  That is

12:14:32  24  what the policy is supposed to do, to protect the policyholder.

12:14:36  25  We have obtained those releases, and under *Paretti* we are

|       |    |
|-------|----|
| 12:14:40 | 1 |
| 12:14:41 | 2 |
| 12:14:45 | 3 |
| 12:14:49 | 4 |
| 12:14:52 | 5 |
| 12:14:56 | 6 |
| 12:14:59 | 7 |
| 12:15:03 | 8 |
| 12:15:06 | 9 |
| 12:15:10 | 10 |
| 12:15:14 | 11 |
| 12:15:17 | 12 |
| 12:15:21 | 13 |
| 12:15:24 | 14 |
| 12:15:28 | 15 |
| 12:15:29 | 16 |
| 12:15:30 | 17 |
| 12:15:34 | 18 |
| 12:15:41 | 19 |
| 12:15:48 | 20 |
| 12:15:51 | 21 |
| 12:15:55 | 22 |
| 12:15:57 | 23 |
| 12:16:02 | 24 |
| 12:16:06 | 25 |

exhausted.

The fact is that we are paying into something called an escrow account.  That doesn't change the substance of what's happening here.  We are paying contested claims.  This is the way it's done.  It's the only way it can be done in these kinds of complex cases.  Your Honor is familiar that in the *Vioxx* case there was an escrow fund.

When we pay the money into the escrow fund, if Your Honor approves this settlement, we, the insurers, will have lost all control over it.  It will be under the Court's jurisdiction.  You will decide who gets the money and how it gets paid out.  This is not a situation where we have simply gone to somebody else and said, Hey, here's some money in escrow.  We are taking a walk.  That's absolutely not what we have done here.

The second point briefly, Your Honor, the notion that we are paying noncovered claims and so we shouldn't have exhaustion here is refuted by the text of the provision in the InEx settlement agreement.  Section 1.16 makes clear that what the settlement proceeds, the full policy limits are going towards, if they are going towards the payment of claims and in settlement, one of the things we can do under policies is -- we can do two things.  We can handle a claim and make payments for covered costs or we can settle a claim.  If the settlement is reasonable, fair, and appropriate, as we ask Your Honor to find

| | | |
|---|---|---|
| 12:16:09 | 1 | here, then that settlement discharges the obligation to pay |
| 12:16:16 | 2 | primary limits just in the same way, a different kind of |
| 12:16:20 | 3 | payment though.  We are paying to settle contested claims, and |
| 12:16:24 | 4 | all of the payments are going to settle contested claims. |
| 12:16:29 | 5 | One point about that is that in the provision, |
| 12:16:30 | 6 | Section 1.16, the settlement agreement allows the primary |
| 12:16:40 | 7 | carriers to take a credit toward their payment of the full |
| 12:16:44 | 8 | policy limits, a credit to reimburse themselves for the |
| 12:16:48 | 9 | $100,000 that the primary carriers advanced towards notice |
| 12:16:52 | 10 | costs in the case.  We think those expenses would appropriately |
| 12:16:57 | 11 | count toward exhaustion. |
| 12:17:00 | 12 | To get that issue off the table and simplify the |
| 12:17:03 | 13 | matter, in our brief Arch and Liberty Mutual have waived their |
| 12:17:07 | 14 | right to recoup the advancement they made towards notice costs. |
| 12:17:13 | 15 | In effect, essentially we are tossing another $100,000 into the |
| 12:17:18 | 16 | settlement pot so it's absolutely clear under Section 1.16 that |
| 12:17:22 | 17 | every dime that we are paying is going towards settlement of a |
| 12:17:25 | 18 | contested claim. |
| 12:17:27 | 19 | Now, to the extent that North River is saying, |
| 12:17:32 | 20 | Well, maybe the people that get this money are going to take |
| 12:17:38 | 21 | the money and they are going to use it to replace the drywall, |
| 12:17:42 | 22 | and under the insurance policies replacement costs of the |
| 12:17:46 | 23 | product itself may not be covered -- in other words, to the |
| 12:17:50 | 24 | extent North River raises technical objections to what this is |
| 12:17:53 | 25 | being paid for, those have nothing to do with what's happening |

| 12:17:56 | 1 | here because we are not handling claims and paying expenses as |
| 12:18:02 | 2 | the invoices come in.  We are making a settlement of a |
| 12:18:05 | 3 | contested claim, and every penny of the primary policies are |
| 12:18:09 | 4 | going towards that.  So we think that it is absolutely clear |
| 12:18:14 | 5 | that the full amount should be credited towards exhaustion of |
| 12:18:21 | 6 | the policies. |
| 12:18:23 | 7 | Your Honor, you have to take a step back here, I |
| 12:18:26 | 8 | think, and look at what's going on in the big picture, not just |
| 12:18:31 | 9 | the InEx settlement.  The InEx settlement is one part of a |
| 12:18:36 | 10 | complex, interwoven set of settlements that are all |
| 12:18:40 | 11 | interdependent here.  North River Insurance Company is a party |
| 12:18:44 | 12 | to not one of those settlements.  North River, however, has |
| 12:18:47 | 13 | come in here with a three-page objection in which they are |
| 12:18:51 | 14 | saying that the InEx settlement should not be approved because |
| 12:18:54 | 15 | the primary carriers haven't exhausted their coverage, and they |
| 12:18:58 | 16 | are seeking a finding that we have exhausted our coverage. |
| 12:19:01 | 17 | I suggest to the Court that on the merits that |
| 12:19:05 | 18 | objection is absolutely baseless, and we ask the Court to deny |
| 12:19:10 | 19 | that objection and not allow it because to allow that objection |
| 12:19:13 | 20 | would in effect be to destroy the promise of relief for all of |
| 12:19:17 | 21 | the victims here.  We think that North River has no standing to |
| 12:19:21 | 22 | be making that kind of an objection, and we ask the Court to |
| 12:19:26 | 23 | not let that kind of result happen here. |
| 12:19:30 | 24 | THE COURT:  Thank you very much. |
| 12:19:31 | 25 | Let's take L&W at this point, and then we will |

| | |
|---|---|
| 12:19:36 | 1 |
| 12:19:38 | 2 |
| 12:19:40 | 3 |
| 12:19:56 | 4 |
| 12:19:59 | 5 |
| 12:20:03 | 6 |
| 12:20:04 | 7 |
| 12:20:05 | 8 |
| 12:20:35 | 9 |
| 12:20:36 | 10 |
| 12:20:36 | 11 |
| 12:20:41 | 12 |
| 12:20:44 | 13 |
| 12:20:45 | 14 |
| 12:20:48 | 15 |
| 12:20:54 | 16 |
| 12:20:59 | 17 |
| 12:21:05 | 18 |
| 12:21:09 | 19 |
| 12:21:11 | 20 |
| 12:21:15 | 21 |
| 12:21:17 | 22 |
| 12:21:19 | 23 |
| 12:21:21 | 24 |
| 12:21:25 | 25 |

1   break for lunch and come back and do Banner and global.

2          MR. HERMAN:  May I approach, Your Honor, with

3   counsel?

4          THE COURT:  Do you want this on the record?

5          MR. HERMAN:  It can be.  It has no substance.  It's a

6   procedural matter.

7          THE COURT:  It's logistics.

8          (Bench conference off the record.)

9          THE COURT:  L&W, anything?

10         MR. CONNER:  May it please the Court.  Your Honor,

11   David Conner for L&W Supply and USG Corporation.  I will be

12   very brief.  Thank you for the opportunity of addressing the

13   Court this morning.

14         On March 19, 2012, the PSC, USG Corporation,

15   L&W, and the Knauf defendants entered a settlement agreement

16   with respect to KPT drywall that was sold or supplied by L&W.

17   Although the number of homes with KPT drywall supplied by L&W

18   is relatively small, L&W is very proud to be a part of this

19   resolution.

20         The L&W settlement is an integral part of the

21   Knauf settlement, and that settlement has already been

22   adequately described to you by Mr. Levin, Mr. Miller, and

23   Mr. Glickstein.

24         Under the L&W settlement, the homeowner who has

25   KPT drywall supplied by L&W has their home remediated or

| 12:21:30 | 1 | qualifies for the Knauf settlement; and then under the L&W |
| 12:21:34 | 2 | settlement, L&W makes a contribution toward those costs.  It's |
| 12:21:39 | 3 | really just that simple.  The L&W homeowners' homes will be |
| 12:21:44 | 4 | resolved according to the Knauf agreement, and L&W makes its |
| 12:21:48 | 5 | contribution toward the settlement or the resolution of the |
| 12:21:51 | 6 | affected property. |
| 12:21:52 | 7 | I respectfully submit, Your Honor, that the |
| 12:21:54 | 8 | Rule 23 and *Reed* factors are met.  Those have been adequately |
| 12:21:58 | 9 | discussed by other counsel. |
| 12:21:59 | 10 | With respect to the L&W settlement, I think the |
| 12:22:03 | 11 | proof is in the result: the homeowners' homes will be |
| 12:22:05 | 12 | remediated, their expenses paid, their attorneys' fees paid. |
| 12:22:10 | 13 | On June 11, 2012, this Court granted preliminary |
| 12:22:14 | 14 | approval to the L&W settlement.  No objections were filed |
| 12:22:18 | 15 | before that hearing.  More immediate and important today, no |
| 12:22:22 | 16 | objections were filed to the L&W settlement before the hearing |
| 12:22:26 | 17 | today, and there are only seven purported opt-outs, one of |
| 12:22:30 | 18 | which has purportedly already tried to opt back in. |
| 12:22:34 | 19 | Therefore, Your Honor, we respectfully request |
| 12:22:39 | 20 | that this Court find the L&W settlement fair, reasonable, and |
| 12:22:41 | 21 | adequate, that it was entered into in good faith, without |
| 12:22:45 | 22 | collusion, and that this Court approve the settlement pursuant |
| 12:22:48 | 23 | to Federal Rule 23(e). |
| 12:22:51 | 24 | Thank you, Your Honor. |
| 12:22:52 | 25 | **THE COURT:**  I know we have got some plane issues. |

| 12:22:56 | 1 | What's the situation with Banner? |
| 12:23:04 | 2 | **MR. PANAYOTOPOULOS:**  Whatever the Court prefers is |
| 12:23:09 | 3 | fine with us, Your Honor. |
| 12:23:11 | 4 | **THE COURT:**  The Court will come back in an hour.  We |
| 12:23:13 | 5 | will stand in recess until 1:30. |
| 12:23:15 | 6 | (Lunch recess.) |
| 12:23:15 | 7 | * * * |
| 12:23:16 | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

                         **AFTERNOON SESSION**

                         **(November 13, 2012)**

                (The following proceedings were held in open court.)

          **THE COURT:**  Be seated, please.  Good afternoon,

ladies and gentlemen.  We have two more supporters of the

program.

                Banner.

          **MR. PANAYOTOPOULOS:**  Good afternoon, Your Honor.

Nick Panayotopoulos, also known as "Mike Papantonio."

          **MR. LEVIN:**  I was in another courtroom, Your Honor.

          **MR. PANAYOTOPOULOS:**  Apparently Mr. Levin can't tell

Greek lawyers apart.  It's not like we have been litigating

against each other for a couple years, right?

                Your Honor, I'm here on behalf of Banner Supply

and certain other Banner entities.  Mr. Peterson here is on

behalf of Banner Supply, Port St. Lucie, and Scott Gehring came

up for the hearing on behalf of the company today.

                The Court obviously knows the laws and has been

involved in the litigation involving Banner for a long time.

Banner has gone to trial.  Banner has been in depositions, has

progressed in this litigation for a long time.  We are

advocating that the Court approve the settlement agreement that

was reached with the PSC on the grounds that it's the best

available alternative for the Banner-related homeowners as well

as every other entity that was involved in the Banner Supply

13:34:32  1   chain.  The settlement avoids the delays that are involved with

13:34:40  2   litigation, and people can wrap it up and move on.

13:34:45  3            The expenses involved in the litigation,

13:34:47  4   obviously, the Court is familiar with.  I'm going to quickly go

13:34:50  5   on since everybody has heard a lot of this related to other

13:34:54  6   entities that are independent, Your Honor, but obviously a lot

13:34:56  7   of factors, a lot of the same issues come up, and so the Court

13:35:00  8   has already heard about the arguments.

13:35:02  9            Under the *Reed* case, for the six factors,

13:35:05  10  obviously there's no fraud or collusion.  We fought pretty hard

13:35:09  11  with our adversaries and came to what we believed was in the

13:35:13  12  best interest of our clients.

13:35:15  13           The complexity, expense, and duration of the

13:35:19  14  litigation, other counsel has already spoken about it.  It

13:35:21  15  equally applies to Banner.  I'm not going to take up the

13:35:25  16  Court's time with that.

13:35:26  17           Stage of the proceedings and amount of discovery

13:35:29  18  completed, again, we have discussed it.

13:35:31  19           Probability of success on the merits, I want to

13:35:33  20  touch on that a little bit because it's a compromise.  As

13:35:38  21  Mr. Glickstein mentioned earlier, there's pluses and minuses

13:35:41  22  that go into the process of deciding whether a settlement is

13:35:44  23  best.  In this case, unlike some of the other defendants that

13:35:49  24  have come to the settlement table, Banner and in particular

13:35:52  25  Mr. Peterson here fought very hard to get Banner's insurers to

13:35:57   1    the table.  In spite of the numerous defenses that everyone

13:36:00   2    knows about that have been involved and the various courts

13:36:03   3    finding that there is no coverage, Banner was able to negotiate

13:36:07   4    with the insurers and the PSC to bring them to the settlement

13:36:11   5    table.

13:36:12   6         If the settlement doesn't work out -- and

13:36:14   7    there's still the potential for our settlement, regardless of

13:36:17   8    what happens with the Court's opinion about approving or not

13:36:20   9    approving, because of certain opt-outs that have not yet opted

13:36:24   10   in, that our settlement could still go south.  We believe it's

13:36:27   11   the best available remedy to the homeowners and everybody

13:36:32   12   involved in the process.

13:36:34   13        The alternative for Banner, after tendering all

13:36:37   14   its insurance assets for this settlement, is unfortunately

13:36:41   15   likely going to be bankruptcy.  If this deal goes south,

13:36:46   16   there's going to be a lot less money available for the people

13:36:50   17   that are claiming against Banner.  It is, I think, to a degree

13:36:56   18   of certainty that's very, very high that if we go with the

13:37:01   19   other option, it's not going to be as favorable for the

13:37:04   20   plaintiff homeowners or the other plaintiffs against Banner.

13:37:08   21        In addition to the expenses and the additional

13:37:10   22   costs of litigation, there's the potential that something

13:37:14   23   happens with the insurance money.  Chartis counsel, one of the

13:37:19   24   insurers, is here, and she can speak on behalf of Chartis.  But

13:37:24   25   as far as Banner is concerned, the plaintiffs get a big benefit

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 13:37:27 | 1  | out of what Banner did to bring the insurers to the negotiating |
| 13:37:30 | 2  | table. |
| 13:37:34 | 3  | We have got about 88 homeowner opt-outs right |
| 13:37:39 | 4  | now, Your Honor.  A number of people have opted back in. |
| 13:37:41 | 5  | There's thousands of claimants against Banner, and out of those |
| 13:37:45 | 6  | we have got only one objection that's remaining.  That one |
| 13:37:49 | 7  | objection by Haseltine is not even truly an objection; it's |
| 13:37:53 | 8  | more like a complaint.  It's in the nature of a complaint that |
| 13:37:57 | 9  | it's insufficient money:  We would like to get more money. |
| 13:38:00 | 10 | I would like to do a lot of things, Your Honor. |
| 13:38:01 | 11 | Unfortunately, in the situation that we are in, the pot has |
| 13:38:06 | 12 | been maximized.  It's up to the Court now to decide how to |
| 13:38:10 | 13 | divide those funds amongst the different people that are |
| 13:38:13 | 14 | claiming.  We believe that having this Court to go through that |
| 13:38:17 | 15 | process is a lot fairer and a lot more equitable than having |
| 13:38:23 | 16 | willy-nilly trials happen and one plaintiff goes first, another |
| 13:38:26 | 17 | plaintiff goes next, and some people recover and some do not, |
| 13:38:29 | 18 | or through the bankruptcy option that is obviously going to be |
| 13:38:32 | 19 | the more expensive. |
| 13:38:37 | 20 | There remains a possible recovery.  I believe |
| 13:38:39 | 21 | Mr. Peterson will cover this as well.  Litigation carries a lot |
| 13:38:44 | 22 | of risks.  They may succeed.  They may not.  This is a |
| 13:38:49 | 23 | compromise.  The opinion of class counsel and class |
| 13:38:57 | 24 | representatives, obviously, the folks that are involved, the |
| 13:39:03 | 25 | vast majority has opined that this is in the best interest of |

| | | |
|---|---|---|
| 13:39:05 | 1 | the plaintiffs and all involved.  Again, there's only one |
| 13:39:08 | 2 | objection.  I don't think, frankly, it even qualifies as an |
| 13:39:12 | 3 | objection. |
| 13:39:12 | 4 | The opt-outs have also spoken.  If they don't |
| 13:39:15 | 5 | quickly move to opt back in, they are putting the entire deal |
| 13:39:20 | 6 | at risk.  I think it's time for their attorneys and the |
| 13:39:23 | 7 | opt-outs to think very hard about what they are putting at risk |
| 13:39:27 | 8 | in the Banner settlement for both the homeowners and everybody |
| 13:39:30 | 9 | else involved. |
| 13:39:33 | 10 | That's all I have, Your Honor.  The deal is |
| 13:39:38 | 11 | supported by class counsel and the vast majority of the folks |
| 13:39:42 | 12 | for a reason:  It's a good deal, and it makes sense for folks. |
| 13:39:44 | 13 | The alternative is a pretty dire one, and we hope not to go |
| 13:39:48 | 14 | there.  We would appreciate it if the Court would approve the |
| 13:39:50 | 15 | settlement. |
| 13:39:50 | 16 | **THE COURT:**  As I mentioned in the past, this case is |
| 13:39:53 | 17 | unique in the sense that there are so many defendants, but I do |
| 13:39:56 | 18 | recognize that a lot of the defendants are small suppliers and |
| 13:40:00 | 19 | mom-and-pop installers, somebody who's hanging sheetrock. |
| 13:40:07 | 20 | While that might be somebody who is a target, in actual |
| 13:40:10 | 21 | practice the problem is other than potential insurance |
| 13:40:14 | 22 | proceeds, there's nothing there behind it, which is |
| 13:40:16 | 23 | particularly true with the installers.  I've seen some of these |
| 13:40:20 | 24 | installers.  They don't work for anybody.  They install |
| 13:40:24 | 25 | sheetrock in their spare time or as a job or as a profession. |

13:40:31   1    They really are just people who install sheetrock.

13:40:35   2            MR. PANAYOTOPOULOS:  As the Court knows, the insurers

13:40:39   3    have been very successful in the litigation.  Right now they

13:40:42   4    are in the compromise mode, but if that changes, I assume they

13:40:45   5    are going to take a different position.

13:40:47   6            Thank you, Your Honor.

13:40:48   7            MR. PETERSON:  Good afternoon, Your Honor.  Mike

13:40:49   8    Peterson on behalf of the Banner entities or, as Mr. Levin

13:40:52   9    refers to me, "Mike Papantonio."

13:40:55  10            MR. LEVIN:  I didn't call you that.

13:40:55  11            MR. PETERSON:  I would have thought after $53 million

13:40:57  12    he would know my name.  Anyway, Your Honor --

13:41:02  13            MR. HERMAN:  You didn't pay enough.

13:41:04  14            MR. PETERSON:  I'm beginning to realize that.

13:41:08  15            Judge, one of the things that's become

13:41:10  16    abundantly clear in the litigation is that Banner has no

13:41:12  17    assets, but don't take our word for it.  The Court is very well

13:41:17  18    aware that the PSC has basically conducted extensive due

13:41:21  19    diligence in connection with Banner's assets, and they reached

13:41:24  20    the inescapable conclusion that we just don't have anything.

13:41:28  21    This Court has said many times in open court, in front of all

13:41:31  22    the folks that are in this room and those that are on the

13:41:34  23    phone, that you can't squeeze blood from a stone.  That's

13:41:37  24    precisely where we are at.

13:41:39  25            You know the fights we have had with our

13:41:41  1    carriers to be able to amass and come to the table with all of
13:41:45  2    our insurance money.  We did that.  That's what we have.
13:41:48  3          Judge, I would also like to point out that the
13:41:51  4    plaintiffs who remain in the Banner MDL settlement will never
13:41:54  5    recover more than they will under the auspices of this Court.
13:41:59  6    It's through a lot of hard work and diligence amongst all the
13:42:03  7    parties here that we have been able to formulate a settlement
13:42:06  8    agreement that provides the maximum that we can provide,
13:42:09  9    meaning the Banner entities, to these folks.  I hope that they
13:42:13  10   realize that.
13:42:14  11         Judge, one final point.  If you ask any of the
13:42:17  12   trial lawyers -- and there are great ones in this room -- they
13:42:23  13   will tell you there's an extreme risk in trial and in taking a
13:42:26  14   case to trial and trying a case to verdict.  A good example of
13:42:29  15   this within the context of the Chinese drywall cases is a case
13:42:34  16   that was actually tried to verdict in Fort Myers this last week
13:42:38  17   called the *Honus* case.  In that case -- it was against a
13:42:41  18   supplier similar to Banner -- the plaintiff alleged damages
13:42:44  19   associated with Chinese drywall as well as personal injury.
13:42:47  20   The jury came back with a verdict of $6,000 in total damages
13:42:53  21   awardable to the plaintiffs and awarded them nothing on the
13:42:56  22   personal injury claims.
13:42:59  23         As a result of certain monies that were
13:43:01  24   contributed by other defendants that acted as a setoff to the
13:43:04  25   verdict and an offer of judgment that was actually served, it

13:43:07  1   may be likely that the plaintiffs will actually pay the

13:43:09  2   defendants' attorneys' fees and costs.

13:43:12  3            Mr. Panayotopoulos discussed briefly the

13:43:18  4   situation with our opt-outs.  I would suggest very strongly to

13:43:24  5   our opt-outs that they consider and evaluate what has been put

13:43:26  6   on the table very seriously because, as we sit here today, this

13:43:30  7   may be their best day insofar as their potential recovery for

13:43:34  8   Chinese drywall-related claims.

13:43:36  9            Thank you, Your Honor.

13:43:36  10            **THE COURT:**  I might mention too, just so that

13:43:39  11   everybody at least has all the facts and can consider things,

13:43:45  12   one thing that the MDL panel did was to assign the cases to

13:43:52  13   this Court for resolution, but they also decided not to assign

13:44:02  14   the coverage cases to the Court.  So the coverage cases are

13:44:08  15   spread throughout maybe 26 states.

13:44:11  16            The difficulty to some extent -- or an

13:44:16  17   advantage, let me put it that way, of having one court look at

13:44:20  18   the matter is that you have some uniformity of result.  Whether

13:44:24  19   you like it or dislike it, at least you know that is the

13:44:28  20   result.

13:44:29  21            The problem with multiple courts dealing with

13:44:34  22   coverage is oftentimes you get a difference of opinions

13:44:39  23   throughout the court system.  That in itself presents problems

13:44:46  24   from the lawyers' standpoint.  There are the advantages and

13:44:50  25   disadvantages, but it presents the uncertainty there, and that

13:44:54  1  oftentimes slows matters, if not defeats matters, because you

13:45:00  2  look at the cases that are favorable to you and your opponent

13:45:04  3  looks at the cases that are favorable to them and nothing

13:45:08  4  happens.  That's at least something that has to be plugged into

13:45:14  5  your thought process.

13:45:19  6            We are finished with Banner.

13:45:22  7            **MS. SHARMA:**  Your Honor, Renita Sharma on behalf of

13:45:27  8  Chartis.  I'll be extremely brief.

13:45:29  9            As both Mr. Peterson and Mr. Panayotopoulos

13:45:31  10 mentioned, Chartis has tendered its available limits in support

13:45:35  11 of this settlement in spite of the defenses available to it.

13:45:35  12 Therefore, the complexity of litigation avoided by this

13:45:40  13 settlement is not just the complexity of litigation between the

13:45:42  14 plaintiffs and Banner, but additionally the complexities of

13:45:47  15 risks inherent in any litigation regarding Banner's insurance

13:45:51  16 assets.  For that reason and with the support of the other *Reed*

13:45:54  17 factors that Mr. Panayotopoulos discussed, Chartis joins Banner

13:45:59  18 and the PSC in seeking final approval.

13:46:03  19            **THE COURT:**  Thank you very much.

13:46:05  20            Global.  First tell us, for the record, who the

13:46:11  21 global is.

13:46:14  22            **MR. PIPES:**  Your Honor, Minor Pipes on behalf of the

13:46:15  23 participating defendants and participating insurers in the

13:46:19  24 global settlement reached with the PSC.

13:46:21  25            The global settlement is a compilation of over

| | | |
|---|---|---|
| 13:46:25 | 1 | 700 defendants.  It is made up of builders, installers, and |
| 13:46:27 | 2 | suppliers around the country as well as over a hundred of their |
| 13:46:32 | 3 | insurers.  So what it is is a compilation of, as they call it, |
| 13:46:36 | 4 | everybody else. |
| 13:46:39 | 5 | You have heard from all of the suppliers who |
| 13:46:41 | 6 | have stepped up here and told you about their rank.  These are |
| 13:46:44 | 7 | all companies that directly dealt with either the manufacturer, |
| 13:46:48 | 8 | Knauf or Taishan, or someone who dealt with those companies to |
| 13:46:53 | 9 | bring the product into this country and then to sell that |
| 13:46:56 | 10 | product. |
| 13:46:57 | 11 | The people in my deal are for the most part |
| 13:47:00 | 12 | suppliers but lower on the chain.  They are not any of what I |
| 13:47:04 | 13 | call the big four -- L&W, InEx, Venture, Banner -- which each |
| 13:47:10 | 14 | have their own deals, who had extensive dealings with the |
| 13:47:14 | 15 | Chinese companies, but instead they are usually subsuppliers or |
| 13:47:18 | 16 | somebody who somehow ended up with a much smaller amount of |
| 13:47:21 | 17 | drywall. |
| 13:47:21 | 18 | Builders around the country, a large portion of |
| 13:47:25 | 19 | the large builders -- we call them remediating builders -- |
| 13:47:27 | 20 | chose to remediate houses.  So they have a few houses they were |
| 13:47:31 | 21 | unable to remediate and participate in, but for the most part |
| 13:47:34 | 22 | those large blocks of homes that are in the builder camp are |
| 13:47:38 | 23 | not included in this, and then there's the installers that are |
| 13:47:41 | 24 | not released in the entities. |
| 13:47:45 | 25 | So I wanted to start by again thanking |

13:47:47  1  Your Honor as well as all of the other state court and federal

13:47:50  2  court judges around the country.  I would say that out of the

13:47:53  3  defendant participating installer group, we are probably the

13:47:57  4  most likely to have been litigating around the country in all

13:48:00  5  of those forums that were gracious enough to work with

13:48:03  6  Your Honor on these issues.

13:48:05  7         Obviously, liaison counsel on all sides have

13:48:08  8  been extremely professional and courteous and even the

13:48:11  9  objectors themselves.  We appreciate that work.

13:48:14  10         In looking at the *Reed* factors, I don't think

13:48:17  11  there's any question there's no fraud or collusion here.  The

13:48:21  12  builder and installer settlement, or global as it's called,

13:48:25  13  started with Your Honor ordering all of the parties to get

13:48:29  14  together and talk.  That happened in March 2010.  Your Honor

13:48:33  15  was gracious enough to allow us to meet with the

13:48:36  16  Court-appointed mediator at John Perry's office and to come up

13:48:41  17  with a proposal on how to have that conversation.

13:48:43  18         Those conversations began.  It ultimately

13:48:47  19  resulted in what was a confidential mediation program where

13:48:52  20  there was an agreement reached with the PSC on what number it

13:48:56  21  would take to resolve those portions of the liability and then

13:48:59  22  to see how many of the 1,000 defendants involved were

13:49:03  23  interested in participating in that process.

13:49:05  24         It was a long, laborious process.  You heard the

13:49:09  25  expense; it was $2.9 million when we were all through, between

| | | |
|---|---|---|
| 13:49:12 | 1 | the mediation and the notice costs.  But I'm very proud to say |
| 13:49:16 | 2 | that over 700 defendants stepped up, went all in, and decided |
| 13:49:20 | 3 | to proceed with the settlement. |
| 13:49:23 | 4 | Your Honor, we talk about the complexity of this |
| 13:49:27 | 5 | case.  You have hit on the fact that there's over 10,000 |
| 13:49:31 | 6 | claimants.  You're talking about homeowners, tenants, |
| 13:49:34 | 7 | landlords, even remediating builders.  They go from residential |
| 13:49:38 | 8 | to commercial, from individuals to businesses.  There's over |
| 13:49:42 | 9 | 1,000 defendants made up of all different groups, from |
| 13:49:45 | 10 | builders, developers, installers, suppliers, importers, and |
| 13:49:49 | 11 | manufacturers.  Importantly, these aren't like a normal MDL |
| 13:49:53 | 12 | where they are all aligned.  In this case they are all suing |
| 13:49:57 | 13 | each over.  Everybody was pointing the finger at somebody else. |
| 13:50:01 | 14 | Ultimately, they all pointed their fingers at the insurers. |
| 13:50:05 | 15 | There's over 200 insurers in this litigation |
| 13:50:06 | 16 | that have policies that touched different defendants.  Many of |
| 13:50:08 | 17 | those are involved in over 60 coverage litigations around the |
| 13:50:12 | 18 | country, many of which are not in this forum.  As I'm sure you |
| 13:50:16 | 19 | are well aware, over 20 decisions have been issued in those |
| 13:50:20 | 20 | cases finding that there is no coverage underneath those |
| 13:50:23 | 21 | policies.  There's over 15 decisions in Florida alone finding |
| 13:50:26 | 22 | no coverage because of the pollution exclusion. |
| 13:50:29 | 23 | Virginia, the Supreme Court has found there's no |
| 13:50:31 | 24 | coverage, because of the pollution exclusion, for Chinese |
| 13:50:34 | 25 | drywall.  In addition, many, if not all of those insurers have |

13:50:39  1  extensive other coverage positions that they have chosen to put

13:50:43  2  aside to try and put this to bed.

13:50:50  3          In addition to all of that, those 700 parties

13:50:53  4  decided to stand up and after two years of negotiations put

13:50:59  5  together the global settlement which allowed them to

13:51:02  6  participate at a level very similar to what has been

13:51:04  7  participated in by other people of similar rank.

13:51:09  8          The next *Reed* factor is the stage of litigation.

13:51:11  9  I don't think there's any question that this litigation, after

13:51:14  10  all of the bellwether trials, after all of the coverage

13:51:17  11  litigation, is ripe for settlement.

13:51:22  12          Probability of success.  If you look at what

13:51:23  13  happened in the insurance world, you look at the very difficult

13:51:28  14  time that the PSC and its brethren had in finding insurance

13:51:32  15  coverage, the fact that there are any number of participating

13:51:35  16  defendants who are both in bankruptcy and/or out of business in

13:51:39  17  and of themselves, the probability of success was clearly

13:51:42  18  questionable, not to mention the problem of most homeowners

13:51:46  19  being unable to match up with suppliers or installers.

13:51:50  20          They might know who their builder was, and in

13:51:53  21  many cases those builders either (1) fixed the home or (2) were

13:51:56  22  out of business, but they couldn't go beyond that because they

13:51:59  23  either didn't have contractual rights, didn't have tort

13:52:02  24  liability, didn't have time, they had lots of prescription

13:52:05  25  issues or statute of limitation issues, or in some cases simply

13:52:09  1  couldn't identify them.

13:52:11  2          Range of possible recovery.  I think it's

13:52:14  3  important to note that in almost every jurisdiction that is

13:52:17  4  touched by Chinese drywall, there's serious allocation

13:52:21  5  questions and serious comparative fault issues.  We saw that in

13:52:25  6  Florida in the *Siefert* case.  Although there was a pretty big,

13:52:29  7  newsworthy judgment that was issued, ultimately you had to come

13:52:34  8  out and decide the percentage of fault.

13:52:35  9          When you are talking about, as they call them,

13:52:37  10  the low-lying fruit, people who didn't contract to bring it in,

13:52:41  11  didn't necessarily have any idea there was a problem with this

13:52:47  12  drywall, their chance of comparative fault was extreme, and the

13:52:47  13  chances were very good that even if you got a verdict, it would

13:52:50  14  be a very small verdict.

13:52:52  15          Ultimately, the range of possible recovery, we

13:52:57  16  believe the numbers are extremely significant considering the

13:53:00  17  circumstances; especially the number of insurers who won

13:53:05  18  summary judgments, finding they had no coverage, and chose to

13:53:09  19  participate anyway.

13:53:11  20          Finally, response by the class.  As stated this

13:53:12  21  morning, there were 388 objections.  294 are left, which means

13:53:17  22  approximately 25 percent of them have rescinded those opt-outs.

13:53:24  23  Of those opt-outs, we believe a number more are still likely to

13:53:28  24  change their minds and come back into the agreement.  We are

13:53:31  25  quite proud of that fact.

13:53:33  1          As part of the global settlement, this is not
13:53:35  2    only a settlement for the class members, but it's also a
13:53:39  3    release amongst the defendants.  So all of that litigation
13:53:44  4    that's going on trying to point the fingers between carriers
13:53:46  5    and their insureds or between suppliers and installers, that's
13:53:50  6    all being resolved as part of this.  Obviously, as we all know,
13:53:54  7    sometimes the liability trial is the first step, and you
13:53:57  8    ultimately end up in indemnity trials for years to come.  Those
13:54:00  9    are all wrapped up together.  So people pay their money and go
13:54:05  10   home, and hopefully we can get more houses fixed.
13:54:11  11          As a result of all of this work, there were
13:54:14  12   eight people who stepped forward and said they objected to the
13:54:18  13   global settlement.  Now, five of those as of last night have
13:54:22  14   now withdrawn those objections.  We believe there are three
13:54:25  15   that are left.  One of them was an individual who had very
13:54:29  16   specific issues that he raised with Your Honor that are
13:54:33  17   somewhat covered by Mr. Bandas, and I'll deal with his in a
13:54:36  18   second.
13:54:36  19          The second one is Mr. Bandas, who has been
13:54:39  20   attacked wildly for his position.  I am going to deal with his
13:54:43  21   issues as they relate to bodily injury because I do believe
13:54:47  22   that is an issue this Court is interested in, and I do believe
13:54:51  23   it is an issue we should address.
13:54:53  24          The last one is to Mr. Durkee and Mr. Milstein,
13:54:54  25   who will stand up and tell you how they are in their situation.

As you know, we have been working through their issues.  I believe their issues are well covered by the briefs, so we will defer to the briefs on those issues.

The big issue that Mr. Bandas raised, we believe, is the personal injury claims.  I believe that if Your Honor looks at it, there are four very significant reasons why those are not fatal to this settlement.  First of all, it should be noted that there is simply no known long-term health effects that have been scientifically linked to Chinese drywall.

I will tell you it's not for not trying.  As Mr. Herman told you earlier, the CPSC studied this issue for five years.  The CPSC told you, in filing this in front of you, that their investigation of problem drywall has been driven by sound science and has involved HUD, the U.S. Centers for Disease Control and Prevention, and the U.S. Environmental Protection Agency as members of the Federal Interagency Task Force on Problem Drywall.

So they didn't just study issues related to health; they specifically studied it as related to drywall.  After these years of study, the Centers for Disease Control, which is the most important federal agency in dealing with how to stop there from being long-term health problems, said, The problems here are not even sufficient enough that we would conduct a long-term study.  We believe that is an extremely

| | | |
|---|---|---|
| 13:56:30 | 1 | strong position in support of this Court supporting this |
| 13:56:34 | 2 | settlement. |
| 13:56:35 | 3 | In addition to that finding, though, you have |
| 13:56:38 | 4 | findings that we have cited to you in our brief from the |
| 13:56:42 | 5 | National Center for Environmental Health, the Center for |
| 13:56:45 | 6 | Toxicology and Environmental Health, the American Industrial |
| 13:56:48 | 7 | Hygiene Association, the Florida and Virginia departments of |
| 13:56:53 | 8 | health, and numerous other very important organizations in both |
| 13:56:59 | 9 | state and federal agencies. |
| 13:57:01 | 10 | Second of all, Your Honor, the litigation here |
| 13:57:05 | 11 | has been ongoing for over three years, and in many cases the |
| 13:57:10 | 12 | drywall was installed five to seven years ago.  Yet despite |
| 13:57:14 | 13 | that, not a single case of long-term illness has been |
| 13:57:18 | 14 | identified.  Not a single court -- including this one, that has |
| 13:57:23 | 15 | tried numerous cases, and other courts that have tried cases, |
| 13:57:25 | 16 | including the one as recently as last week that Banner pointed |
| 13:57:30 | 17 | out to you -- has found that there were any issues related to |
| 13:57:33 | 18 | the effects of Chinese drywall on people's health. |
| 13:57:35 | 19 | In fact, Judge Farina, who was here this |
| 13:57:39 | 20 | morning -- I believe he is still here -- in denying an |
| 13:57:43 | 21 | objection on this very same issue in the Chinese drywall |
| 13:57:53 | 22 | *Harrell* settlement in South Florida, he found in the case of |
| 13:57:56 | 23 | future injuries there's no foundation in the scientific or |
| 13:57:58 | 24 | medical literature to support it. |
| 13:58:00 | 25 | Third, Your Honor, I would say that despite the |

13:58:03  1    absolute rejection of these claims by the scientific community,
13:58:07  2    the defendants in the global settlement as well as Banner have
13:58:11  3    set aside a portion of their funds in their allocation plans so
13:58:16  4    that in the event somebody wants to come forward and say, Wait
13:58:20  5    up, I think I'm the guy, I've got the injury, then there is
13:58:23  6    money set aside.  He can come forward.  And if he can prove
13:58:26  7    causation, then he is protected by this settlement.  It's
13:58:29  8    important that Knauf has given similar rights in their
13:58:35  9    Other Loss Fund.  So this means that despite the absolute lack
13:58:38  10   of scientific evidence to support the existence of such claims,
13:58:41  11   they are protected through the settlement.

13:58:45  12          Finally, Your Honor, I would say that unlike the
13:58:47  13   cases cited by the objectors in this case, where those
13:58:50  14   settlements dealt solely with personal injury claims, these
13:58:55  15   claims that are being settled here in their essence are
13:58:58  16   property damage claims.  They are actual claims that people
13:59:01  17   have today; they are not merely future claims.  Those people
13:59:05  18   are settling their claims.  They're getting their houses fixed.
13:59:08  19   They're getting their loss-of-use damages paid.  They are
13:59:11  20   getting their personal property claims paid.  And to the extent
13:59:16  21   they have any personal injuries, they are being dealt with as
13:59:18  22   well.

13:59:19  23          So based upon the existence of claims being
13:59:21  24   settled, we do not believe the fact that the settlement
13:59:24  25   includes future injuries is a reason to not approve these

| | |
|---|---|
| 13:59:27 | 1 |
| 13:59:33 | 2 |
| 13:59:36 | 3 |
| 13:59:39 | 4 |
| 13:59:45 | 5 |
| 13:59:48 | 6 |
| 13:59:54 | 7 |
| 13:59:59 | 8 |
| 14:00:01 | 9 |
| 14:00:06 | 10 |
| 14:00:08 | 11 |
| 14:00:09 | 12 |
| 14:00:11 | 13 |
| 14:00:17 | 14 |
| 14:00:21 | 15 |
| 14:00:24 | 16 |
| 14:00:25 | 17 |
| 14:00:30 | 18 |
| 14:00:35 | 19 |
| 14:00:43 | 20 |
| 14:00:47 | 21 |
| 14:00:53 | 22 |
| 14:01:00 | 23 |
| 14:01:06 | 24 |
| 14:01:11 | 25 |

settlements.  In fact, I believe, as Mr. Levin started off with, this is no different than any settlement where you have got property damage and you get a release for everything when you settle a case.  That is consistent with the *PPA* case, the *Serzone Products Liability* case, and the *Diet Drugs* case which we cited to Your Honor, all of which found the complete lack of scientific evidence of latent injuries weighs in favor of class approval.  So again, as Judge Farina found, we believe that it's appropriate to approve these Chinese drywall settlements despite the fact that they include a release of personal injuries.

In conclusion, we believe the settlement addresses all of the *Reed* factors.  We believe that it is fair, it is reasonable, it is adequate, and it should be approved by Your Honor.  I'm happy to answer any questions you have about our settlement.

THE COURT:  Just one thing while I have you.  We are all familiar with class actions.  In a typical class action, the plaintiffs file a class action.  The Court entertains it, appoints the committees, allows limited discovery on the question of whether or not it's a class action, then sets it for certification.  Either testimony is given or documents are filed.  The Court rules on certification, tees up a bellwether or other case dealing with the merits.  Either after that or before that, the parties enter into settlement discussions,

| | | |
|---|---|---|
| 14:01:16 | 1 | settlement is announced, then the settlement hearing goes |
| 14:01:19 | 2 | forward. |
| 14:01:21 | 3 | This case is different in that its genesis is an |
| 14:01:26 | 4 | MDL.  MDLs include all claims, individual claims as well as any |
| 14:01:35 | 5 | class actions.  It's all bundled together and put under the MDL |
| 14:01:43 | 6 | banner and you move forward.  This case has proceeded, as |
| 14:01:48 | 7 | everyone recognizes, through extensive discovery, numbers of |
| 14:01:54 | 8 | trials, pilot programs, negotiations, and a settlement is |
| 14:02:02 | 9 | announced. |
| 14:02:03 | 10 | So at this stage in the game, we don't have the |
| 14:02:11 | 11 | traditional class action.  It's a little different than a |
| 14:02:14 | 12 | traditional class action in several ways.  One, it's under the |
| 14:02:19 | 13 | umbrella of an MDL; and secondly, the question of the |
| 14:02:28 | 14 | settlement, 23(e), we are here today to deal with certification |
| 14:02:35 | 15 | as well as settlement.  It's a *two-fer*, so to speak, this |
| 14:02:45 | 16 | hearing is, because we know that 23(e) provides that claims, |
| 14:02:48 | 17 | issues, or defenses of a certified class may be settled.  A |
| 14:02:52 | 18 | certified class.  So the class hasn't been certified, we are |
| 14:02:56 | 19 | talking settlement, and the thrust of the arguments has been |
| 14:03:00 | 20 | settlement oriented. |
| 14:03:02 | 21 | Where are you with the certification aspect? |
| 14:03:07 | 22 | What's your position on that?  Is it national certification? |
| 14:03:13 | 23 | State certification?  You might speak on that. |
| 14:03:18 | 24 | **MR. PIPES:**  Your Honor, it's national certification, |
| 14:03:19 | 25 | and I believe that the brief filed by the PSC addresses all of |

14:03:25  1    those issues.  We can go through any of them you like.  I think

14:03:28  2    clearly, in each category that's required for certification of

14:03:31  3    a class, we meet those issues.

14:03:33  4                  What you have here is across the board you have

14:03:36  5    people who have Chinese drywall in their homes that is acting

14:03:41  6    very similar in every home.  You have numerosity.  You have

14:03:45  7    over 10,000.  You have issues with those homes all reacting in

14:03:49  8    the same way.

14:03:51  9                  Part of the problem that we have here in an MDL

14:03:53  10   proceeding is clearly that we have got some state court cases,

14:03:56  11   you have MDL cases, you have class action cases.  We believe

14:03:59  12   that the national class action is the only way that you can put

14:04:03  13   this to bed.  There is a huge number of participating

14:04:07  14   defendants here as well as, I think, parties in at least three,

14:04:11  15   if not the other four settlements -- I'm just not sure about

14:04:14  16   L&W -- that cross state lines.  So it becomes a problem if you

14:04:19  17   try to limit it to a state.

14:04:20  18                  I think that all of those issues are before you.

14:04:23  19   We are happy to address any specific one you like, we are happy

14:04:26  20   to provide you additional briefing if you would like, but I

14:04:29  21   think that nobody has challenged that we meet what's needed to

14:04:34  22   have a class.

14:04:35  23                  Obviously, what they have challenged is whether

14:04:38  24   or not there are parts of the settlement we should include, so

14:04:41  25   that that's what we focused on here today to try to avoid

| | | |
|---|---|---|
| 14:04:44 | 1 | wasting our time, but I'm happy to address one of the specific |
| 14:04:48 | 2 | ones if you like. |
| 14:04:49 | 3 | **THE COURT:**  The courts don't concern themselves with |
| 14:04:52 | 4 | manageability at this stage.  There's a settlement aspect to |
| 14:04:58 | 5 | it, so manageability is not the issue you usually have in the |
| 14:05:02 | 6 | typical class action. |
| 14:05:04 | 7 | I might also say that the courts are seeing more |
| 14:05:08 | 8 | of these joint motions.  The courts expressed early on some |
| 14:05:16 | 9 | concern about the joint motions, but it's clear that those |
| 14:05:21 | 10 | cases were concerned about it because of the timing.  Class |
| 14:05:27 | 11 | actions were filed and then a week later there was a settlement |
| 14:05:30 | 12 | announced and a week later there was a joint motion filed. |
| 14:05:35 | 13 | That's not the situation here.  I'm not saying there was |
| 14:05:44 | 14 | collusion in that aspect of the case either, but it was an |
| 14:05:50 | 15 | early stage. |
| 14:05:50 | 16 | Here we have been three years and thousands and |
| 14:05:53 | 17 | thousands of documents, millions of documents here, in effect, |
| 14:05:55 | 18 | and a lot of water under the bridge, so to speak, and so it's a |
| 14:05:59 | 19 | little different in this particular case. |
| 14:06:02 | 20 | **MR. PIPES:**  Your Honor, I think you are actually |
| 14:06:05 | 21 | correct.  The *Amchem* case took the manageability issue off the |
| 14:06:07 | 22 | table. |
| 14:06:07 | 23 | **THE COURT:**  Right. |
| 14:06:07 | 24 | **MR. PIPES:**  I think the other part we need to keep in |
| 14:06:10 | 25 | mind -- and I think you're absolutely correct, this is a |

| | |
|---|---|
| 14:06:11 | 1 |
| 14:06:14 | 2 |
| 14:06:19 | 3 |
| 14:06:21 | 4 |
| 14:06:24 | 5 |
| 14:06:26 | 6 |
| 14:06:29 | 7 |
| 14:06:33 | 8 |
| 14:06:36 | 9 |
| 14:06:41 | 10 |
| 14:06:42 | 11 |
| 14:06:44 | 12 |
| 14:06:47 | 13 |
| 14:06:51 | 14 |
| 14:06:59 | 15 |
| 14:07:03 | 16 |
| 14:07:07 | 17 |
| 14:07:10 | 18 |
| 14:07:14 | 19 |
| 14:07:18 | 20 |
| 14:07:24 | 21 |
| 14:07:32 | 22 |
| 14:07:35 | 23 |
| 14:07:38 | 24 |
| 14:07:42 | 25 |

1  different kind of class action, probably the most complex that
2  anybody has ever worked on, especially in this case.
3       In a normal class action, you have one big
4  defendant, maybe two or three.  Everybody knows who they are in
5  the lineup.  You decide whether or not the plaintiffs have a
6  claim against that defendant.  Here they are all suing each
7  other, so it's a little bit different in working through all of
8  those issues before you could certify a class.  We have now
9  finally figured out a way to do it.  That's why we are asking
10  to do them all together.
11       THE COURT:  One thing I was concerned about when we
12  first started the case was the average homeowner, the person
13  who has bought a house and then finds out this is a problem or
14  has rehabilitated their house following storms and finds out
15  it's a problem.  Oftentimes they have limited, if any,
16  resources because they spent it all, in some instances taking
17  it from their pension, to hurry up and get ready to repair
18  their house only to find it's Chinese drywall.
19       My concern was for those individuals to go it
20  alone, so to speak, and file claims against their builder and
21  find out that it's kind of like a great bequest in a pauper's
22  will; they win the case but have nothing because the builder
23  has no assets or the supplier has no assets.
24       These cases are not necessarily complex, but
25  expensive.  I tried a number of them.  It generally costs

14:07:47  1   something like a million dollars to try a case.  Now, if you

14:07:53  2   spent $200,000 to repair your house, it doesn't make a lot of

14:07:58  3   sense to spend a million dollars to win the case.

14:08:02  4           These cases tend to be expert driven, and it's

14:08:06  5   problematic.  So even though it's a problem and complex, the

14:08:17  6   format of having it in one jurisdiction I think is helpful to

14:08:22  7   all of the litigants.

14:08:26  8           MR. PIPES:  Your Honor, I think by definition class

14:08:27  9   actions were created to take care of a situation where it's

14:08:30  10  more expensive to try the case than what you would get out of

14:08:34  11  it.  I think you are absolutely correct that's part of the

14:08:36  12  problem.  And especially with the allocation issue, those

14:08:39  13  numbers could be significantly lower because you wouldn't be

14:08:42  14  able to recover the full amount from each defendant.  So I do

14:08:44  15  think that's why it's appropriate.  If you would like some

14:08:47  16  briefing on that, we are happy to provide you more.

14:08:49  17          THE COURT:  Let me hear from the home builders.

14:08:54  18          MR. HERMAN:  Your Honor, may I address just one

14:08:56  19  question about class action issues?

14:08:59  20          THE COURT:  Let me hear from the home builders first,

14:09:01  21  and then I'll give you a chance.

14:09:02  22          MS. BASS:  Thank you, Your Honor.  Hilarie Bass on

14:09:05  23  behalf of the home builders' steering committee.

14:09:07  24          Obviously, Your Honor, many of the home builders

14:09:09  25  have unique sets of facts as far as those that are remediating,

14:09:12  1   those that are not, but I believe that as a group the home

14:09:16  2   builders are in favor of this settlement and believe it's an

14:09:19  3   appropriate compromise.

14:09:20  4          Obviously, your concern from the beginning has

14:09:24  5   been those homes that don't fit within the Knauf settlement --

14:09:27  6   obviously, they are the Taishan homes -- and whether or not

14:09:30  7   there will prove to be enough money available for those

14:09:33  8   homeowners with Taishan board or less than 90 percent Knauf

14:09:38  9   board, whether there will be enough money from the various

14:09:41  10  settlement pots to enable them to repair the homes, and I think

14:09:44  11  it's still unclear whether or not that is the case.

14:09:48  12         Despite that concern, the home builders are, at

14:09:52  13  least for the most part, supportive of the concept that moving

14:09:58  14  forward with these five settlements is at least the best thing

14:10:00  15  that's possible right now to magnify the pot of available

14:10:06  16  proceeds for those homeowners.

14:10:08  17         **THE COURT:**  Okay.  Fine.  I did inject the question

14:10:10  18  of class action.

14:10:12  19         **MR. HERMAN:**  May it please the Court.  I will be very

14:10:14  20  brief.  Your Honor is quite correct.  I think the judgment,

14:10:16  21  finally, in *Hernandez* after trial was in the neighborhood of

14:10:20  22  $165,000, and I affirm to Your Honor as an officer of the Court

14:10:27  23  that that case cost in excess of a million dollars for that

14:10:32  24  plaintiff family to prevail.

14:10:33  25         As Mr. Pipes said originally, class actions were

14:10:36  1   to prevent consumers from the hardship of no recovery

14:10:41  2   whatsoever in cases where their claims were disproportionate to

14:10:48  3   what it would cost.

14:10:50  4           I believe Mr. Pipes has handled predominance,

14:10:54  5   manageability, numerosity, but there is something that hasn't

14:10:59  6   been said.  Originally, lead counsel Arnold Levin and I

14:11:03  7   struggled with how we were going to do this because it costs

14:11:06  8   $100,000 just to serve under the Hague Convention.  That hasn't

14:11:11  9   been said yet, but that was a real impediment to consumers, any

14:11:17  10  consumer.  How do you put up $100,000 to get service in a

14:11:21  11  $200,000 case?

14:11:22  12          We came up with the idea of an omnibus complaint

14:11:28  13  so that as a defendant was served under the Hague Convention,

14:11:32  14  you can intervene thousands of cases.  We appreciate the fact

14:11:36  15  that the Court recognized and allowed this mechanism to give

14:11:42  16  substantial justice, but I think it's important on the record

14:11:46  17  of this case that the record indicate the extraordinary

14:11:51  18  difficulty on consumers, where there are foreign nationals

14:11:57  19  involved, of having to spend $100,000 just to effect service.

14:12:03  20  I thought at this point, in terms of the question you asked

14:12:07  21  about class actions, that would be an important factor to have

14:12:11  22  on the record.

14:12:14  23          THE COURT:  That is really a complicating factor.  I

14:12:17  24  just mentioned that not necessarily only in this case, but it

14:12:21  25  troubles me that -- and we all know and hear about the world

being flat these days.  We are all aware of the fact that we are citizens of the world now and we shop in the world.

But the problem is when something happens and we have a foreign product involved, even if there are treaties involved and there are responsible parties, occasionally reaching those parties is rather expensive, service under the Hague.  It's particularly problematic for Chinese and Japanese companies because of the translation difficulties and the expense involved therein.  Each party has to then serve them, and so it's a problem.  We had to come up with something called an omnibus complaint, which you don't find in the Federal Rules anyplace.  It's a vehicle to get around this expensive method of suit.

If we have 10,000 claimants here, at least, if not 20,000 or 30,000, and everybody has to spend $100,000 or $200,000 to serve the party, it's a problem.  Somewhere along the line, either legislation or something, we have to take another look at this.  We don't mind being citizens of the world, but we want to be treated like citizens.

This completes the supporters of the settlement. I have received, as I say, a lot of paper, a lot of pleadings, a lot of briefs, all of which were well done.  I have had an opportunity to read them.  I make them part of the record.  If anyone from the objectors -- North River I have as the first one.  If you would like to speak, I would certainly be happy to

14:14:35  1    listen.

14:14:36  2            MS. LESSELL:  Your Honor, before you get to the

14:14:37  3    objectors, do you mind if I just clarify a position on the

14:14:41  4    record?

14:14:41  5            THE COURT:  Sure.  Okay.

14:14:46  6            MS. LESSELL:  Melissa Lessell on behalf of Landmark

14:14:48  7    American Insurance Company.  Like I said, this is more of a

14:14:51  8    housekeeping matter and not an objection.

14:14:53  9            We have previously requested confirmation from

14:14:55  10   the settling parties that Landmark's status remains unchanged

14:15:00  11   after the two InEx amendments.  We tried to work it out, as you

14:15:03  12   directed, on Friday, November 9, but I think just in the

14:15:07  13   busyness of preparing for this hearing, we didn't get it.  So I

14:15:11  14   just wanted to confirm on the record that it remains unchanged.

14:15:12  15           MR. LEVIN:  We want no money from you and your

14:15:14  16   client.

14:15:15  17           MS. LESSELL:  Thank you, Your Honor.

14:15:15  18           THE COURT:  Thank you.

14:15:23  19           MR. RISLEY:  Good afternoon, Your Honor.  Kevin

14:15:24  20   Risley on behalf of The North River Insurance Company.

14:15:27  21           You have heard at least two people say today

14:15:29  22   that North River does not want the Court to approve these

14:15:32  23   classwide settlements.  That's not true.  We have taken no

14:15:37  24   position on whether the settlements are fair and reasonable to

14:15:41  25   anybody other than North River.  We have objected only to the

14:15:44  1   InEx and Knauf settlements because they are the only ones that
14:15:47  2   impact us, but on those settlements we do object to the extent
14:15:51  3   they impair our rights.
14:15:53  4            Now, you have also heard from at least two
14:15:55  5   people that North River has no standing.  It's true that we are
14:15:59  6   not a class member or a settling defendant.  I wish it were
14:16:02  7   true that we had no standing because that would mean our rights
14:16:05  8   were not being affected, but they are in at least three ways:
14:16:08  9            (1)  In the assignment of $72 million of
14:16:11  10  insurance proceeds, a right to recover proceeds under four
14:16:14  11  different policies, they are being assigned not once but some
14:16:17  12  of them twice;
14:16:19  13           (2)  On the fact there's a request that the
14:16:23  14  Court declare that the coverage underlying the North River
14:16:26  15  policies is exhausted, which will trigger certain obligations
14:16:32  16  if that's binding against North River;
14:16:33  17           (3)  And now today, without advance notice or
14:16:34  18  pleadings to support it, it's set for hearing today, there's a
14:16:36  19  request to liquidate all of the damages that are being sought
14:16:39  20  against North River without the benefit of a trial or any
14:16:42  21  chance to do discovery on them.
14:16:44  22           That's how we have standing, because of the
14:16:47  23  three issues that impact us.  I think, however, there is a way
14:16:50  24  for the Court to resolve this, to take away standing from us,
14:16:54  25  as it were, and approve the settlements as they otherwise

14:16:58  1    exist.

14:17:02  2          Now, I am going to briefly talk about four

14:17:06  3    issues, three that we raised in our written submissions, our

14:17:06  4    written objections, and one of which I think has become moot,

14:17:06  5    and then an issue that has been raised today.

14:17:11  6          In the written objections, the first issue we

14:17:12  7    raised was the question of assignment from InEx to the

14:17:16  8    plaintiffs and then from the plaintiffs to Knauf.  We do not

14:17:20  9    consent to that assignment.  If the Court merely approves the

14:17:24  10   fact that it is being assigned without finding whether it's

14:17:27  11   binding against us or not, then I agree we can reserve that

14:17:32  12   fight 'til later.  But if the Court wants to make a finding

14:17:35  13   that it is binding against us now, then we do object to that

14:17:39  14   for the reasons set forth in our brief.

14:17:41  15         On the question of exhaustion that you have

14:17:42  16   heard about, one additional reason we believe there is not, in

14:17:48  17   fact, exhaustion is under the InEx settlement Chinese drywall

14:17:53  18   is defined to include board that does not react; for example,

14:17:59  19   the Knauf Wuhu board.  People who have that in their home which

14:18:03  20   have no smell, no corrosion, no problems are being paid under

14:18:08  21   the settlement as defined.  We don't believe there is

14:18:12  22   exhaustion unless there is payment of covered claims under the

14:18:12  23   policies.  That's one of our main objections.

14:18:14  24         **THE COURT:**  Don't they argue that's it's going to

14:18:18  25   happen?  If drywall is manufactured or comes from the same mine

14:18:28  1   and all of the other sheets in the room smell and this sheet

14:18:32  2   doesn't, is it their position that this sheet is just a little

14:18:39  3   bit behind the time?

14:18:40  4        MR. RISLEY:  I don't think it is because the Knauf

14:18:42  5   Wuhu board gypsum comes from another mine.  It has been tested

14:18:47  6   and found not to have a high sulfur content and not to be

14:18:47  7   reactive.  If those claimants would go to trial, they would

14:18:51  8   have to prove that their homes have been damaged, and there's

14:18:54  9   no evidence, other than the KPT and the Taishan board, that any

14:18:59  10  Chinese board does cause problems.  So they are paying claims

14:19:03  11  that on their face don't meet a definition of *occurrence* under

14:19:06  12  the policies.

14:19:07  13       Again, we relied on the briefing for that.  I

14:19:09  14  think what the Court can do if Knauf -- or excuse me.  If InEx

14:19:13  15  and their primary carriers want to agree between the two of

14:19:16  16  them that there's exhaustion, again, that's not our issue.  I

14:19:20  17  do think what's driving that issue is the primary carriers want

14:19:22  18  to be relieved of their defense obligation.  They are willing

14:19:24  19  to tender what they say are their limits.  They want to stop

14:19:28  20  having to pay defense costs.  That's between the two of them.

14:19:30  21  If that's their agreement, so be it, but you don't need to make

14:19:35  22  a finding that the exhaustion is binding against us to put that

14:19:39  23  agreement in place.

14:19:41  24       The third written objection we made was one that

14:19:44  25  when the original Knauf settlement was put before the Court,

14:19:46  1   there was some unclarity in the language about releases, which

14:19:50  2   made it sound like North River's potential claims against Knauf

14:19:54  3   were being released.  My understanding from several

14:19:57  4   conversations is under the current version, that's not correct,

14:19:59  5   we reserve those rights.  As long as the Court or Knauf would

14:20:03  6   confirm that, we will withdraw that objection.

14:20:06  7           THE COURT:  That's the way I understood the last

14:20:08  8   draft.

14:20:08  9           MR. RISLEY:  I did too.  I just wanted to make sure

14:20:11  10  that's on the record so we're all in agreement on that.

14:20:12  11          That leaves one more issue, the proposed second

14:20:17  12  amendment to the InEx settlement.  Now, the Court earlier this

14:20:20  13  morning, when it was talking in general, said that all of the

14:20:24  14  proposed settlements had been noticed and due process had been

14:20:27  15  fully satisfied.  If the Court takes up the second amended

14:20:32  16  settlement, due process goes out the window, under the bus,

14:20:35  17  into the trash, wherever you want to send it, but it doesn't

14:20:38  18  stay in the courtroom.

14:20:40  19          That proposed amendment was filed two or three

14:20:42  20  weeks ago with a request for expedited hearing.  The reason

14:20:48  21  they wanted an expedited hearing was InEx said it was afraid

14:20:51  22  that Knauf was going to walk from the settlement, and they

14:20:54  23  needed this to prevent Knauf from walking out.  The Court did

14:20:58  24  not grant an expedited hearing.  We were not given notice it

14:21:00  25  was set for submission or hearing today.  It is not on this

14:21:01  1  Court's docket today.

14:21:04  2          Now, their attempt to get around it is to say,

14:21:06  3  Well, we don't want it to be binding against North River right

14:21:09  4  now.  I'm not sure Rule 23 allows you to dissect agreements

14:21:11  5  like that and say, I'm approving it for some purposes but not

14:21:21  6  for others.

14:21:21  7          I don't think the Court can do that under

14:21:22  8  Rule 23.  Even if it could, however, there's still the question

14:21:26  9  of notice to the class members.  The way the proposed second

14:21:28  10  amendment is set up, depending on what happens to the

14:21:32  11  bellwether trial, the class members could get a $72 million

14:21:35  12  claim or a $36 million claim or zero.

14:21:41  13          Now, the Fifth Circuit decided one of the

14:21:44  14  *Katrina Breach* cases a couple years ago which involved notice

14:21:47  15  of a class settlement, and that was reversed because the notice

14:21:50  16  did not make it clear to the class members they might be

14:21:53  17  getting zero under the settlement.  Notice was given but not

14:21:57  18  clearly given that zero was a possibility.  Here you are being

14:22:00  19  asked to approve a settlement that might result in zero dollars

14:22:03  20  to class members without telling them that.

14:22:08  21          So as a basic matter of Rule 23, you have to

14:22:10  22  give notice of any settlement of this type, and the fact that

14:22:12  23  it's late in the game doesn't excuse the obligation to give

14:22:16  24  notice.

14:22:17  25          **THE COURT:**  If Knauf agrees not to walk away, is the

second mooted?

**MR. RISLEY:**  I think so, especially if it's not intended to be binding against us.  The Court heard from very good and reputable lawyers on behalf of Knauf today.  All three of them asked you to approve the settlement.  None of them even hinted that they might be willing to exercise their opt-out right by Friday because of our situation.  I would expect them to raise that possibility with the Court if it were a possibility.

So I think their request at this point that the settlements be approved pretty well moots the need for that, but it certainly takes away any claim that time is of the essence.  That was definitely the reason for the expedited request, because they were afraid Knauf might walk.  If Knauf doesn't walk, time is not a factor at all, then.

I do think though, I want to point out that while they say they don't want it to be binding against us, it really serves no purpose if it's not binding against us because with or without the second amended, InEx is going to be fully released.  They will never pay one penny of any of those liquidated damages.  That's Monopoly money to InEx at this point.  It only has value if it can be binding against North River.

That brings up the question of what will that do to the bellwether trial.  We have a trial set in less than two

| | | |
|---|---|---|
| 14:23:47 | 1 | weeks we have been preparing for, and the Court has made it |
| 14:23:50 | 2 | very clear it's a bellwether trial to give us information about |
| 14:23:53 | 3 | InEx and its conduct as a seller.  That's what we have been |
| 14:23:56 | 4 | preparing for.  It's not to assess liability against InEx. |
| 14:23:59 | 5 | It's not to determine damages. |
| 14:24:02 | 6 | But what will happen is, if the second amended |
| 14:24:05 | 7 | is considered and approved by the Court, if there's an adverse |
| 14:24:09 | 8 | ruling on us at that trial, then -- I'll be Knauf, and since I |
| 14:24:15 | 9 | will own the claims at that time will say, All right.  Now we |
| 14:24:18 | 10 | get $72 million or $36 million. |
| 14:24:20 | 11 | So you have taken what is supposed to be a |
| 14:24:24 | 12 | bellwether trial and turned it into a class damages trial. |
| 14:24:26 | 13 | That is a very strange way to do it by throwing in an amendment |
| 14:24:30 | 14 | to a settlement that's not noticed, not set for hearing, and |
| 14:24:32 | 15 | using that as a vehicle to create class damages. |
| 14:24:35 | 16 | I will say we have been working on a written |
| 14:24:38 | 17 | objection.  If the Court is going to go forward with that, we |
| 14:24:41 | 18 | would like a chance to complete that -- we need to revise it |
| 14:24:45 | 19 | based on some things today -- and submit it to the Court if the |
| 14:24:50 | 20 | Court is going to consider the second amendment. |
| 14:24:51 | 21 | **THE COURT:**  Thank you very much. |
| 14:24:55 | 22 | Anyone else for North River? |
| 14:24:59 | 23 | How about Wayne Kaplan? |
| 14:25:17 | 24 | **MR. MILSTEIN:**  Good afternoon, Your Honor.  Mark |
| 14:25:23 | 25 | Milstein of Milstein Adelman. |

14:25:24  1          **MR. DURKEE:**  David Durkee, Your Honor, on behalf of

14:25:27  2   Roberts & Durkee.

14:25:29  3          **MR. MILSTEIN:**  Your Honor, as the Court is aware, we

14:25:30  4   have filed an objection on behalf of Mr. Kaplan.  Mr. Kaplan is

14:25:33  5   a resident of West Palm Beach County in Florida.  Our objection

14:25:37  6   is as to the global settlement only.  We have set forth the

14:25:41  7   substance of the objection in the written document that we have

14:25:44  8   provided, and I don't see any reason to really go through those

14:25:47  9   issues again today.

14:25:48  10          We do want to emphasize that we are working with

14:25:51  11   various individuals in an effort to try to resolve Mr. Kaplan's

14:25:54  12   concerns.  Mr. Kaplan gave very eloquent and sincere deposition

14:25:59  13   testimony where he discussed his issues.  We think the parties

14:26:02  14   are taking those seriously, and we are going to do our best

14:26:05  15   over the coming days to try to work through those.

14:26:07  16          I did want to briefly comment.  I think lead

14:26:11  17   counsel for the PSC raised the issue of potential conflict with

14:26:14  18   both my office and Mr. Durkee's office.  We have researched

14:26:17  19   that extensively, Your Honor, and we don't believe the

14:26:20  20   authorities support that.  We didn't create this conflict.  If

14:26:24  21   there is a conflict here -- and I'm not sure there is -- it

14:26:28  22   really was created and belongs to others.  If given the

14:26:31  23   opportunity, Your Honor, we would be more than happy to brief

14:26:32  24   that for the Court.

14:26:33  25          **THE COURT:**  I'm not going to deal with that at this

| | |
|---|---|
| 14:26:35 | 1 |
| 14:26:38 | 2 |
| 14:26:39 | 3 |
| 14:26:41 | 4 |
| 14:26:45 | 5 |
| 14:26:48 | 6 |
| 14:26:50 | 7 |
| 14:26:54 | 8 |
| 14:27:01 | 9 |
| 14:27:05 | 10 |
| 14:27:08 | 11 |
| 14:27:09 | 12 |
| 14:27:10 | 13 |
| 14:27:13 | 14 |
| 14:27:17 | 15 |
| 14:27:17 | 16 |
| 14:27:20 | 17 |
| 14:27:25 | 18 |
| 14:27:29 | 19 |
| 14:27:32 | 20 |
| 14:27:33 | 21 |
| 14:27:35 | 22 |
| 14:27:38 | 23 |
| 14:27:41 | 24 |
| 14:27:42 | 25 |

1  time.  I don't see that as an issue.

2       MR. DURKEE:  Very good, Your Honor.  We just want to

3  reiterate that everything we have done on behalf of our victims

4  has been in their best interest, in good faith, and for the

5  purpose of bringing this to an orderly conclusion just like

6  this Court has.

7       THE COURT:  I hope that situation is able to be

8  worked out.  Maybe it's just a question of understanding it or

9  a little bit more specificity in the language.  If I can get

10  involved in it, let me know.

11       MR. DURKEE:  Thank you, Your Honor.

12       MR. MILSTEIN:  Thank you for your time, Your Honor,

13  and for your time and tenacity throughout the many years of

14  this litigation.  We appreciate it.

15       THE COURT:  Thank you.

16            The last objection is Mr. Bandas in Soto and

17  Garcia.  I received extensive briefing from Mr. Bandas.  As I

18  said, I'm going to make that a part of the record.  If you wish

19  to say anything, I certainly will listen to you.

20       MR. BANDAS:  No, Your Honor.  With the Court's

21  comments, we stand on our pleadings.

22       THE COURT:  Fine.  Thank you very much.

23            Those are the objectors that have written and

24  provided something.

25            Any rebuttal from any of the supporters?

| | | |
|---|---|---|
| 14:27:50 | 1 | **MR. HERMAN:**  May it please the Court.  We have no |
| 14:27:53 | 2 | rebuttal. |
| 14:27:56 | 3 | As Mr. Glickstein pointed out, we definitely do |
| 14:27:59 | 4 | not agree with learned counsel Mayesh's ideas about exposure or |
| 14:28:05 | 5 | liability, but he was very eloquent in expressing the |
| 14:28:10 | 6 | difficulties that plaintiffs would have. |
| 14:28:12 | 7 | We do want to indicate for the Court that we |
| 14:28:15 | 8 | have a hard copy and a CD of our exhibits in chambers.  We have |
| 14:28:22 | 9 | previously submitted it through the exhibit list, but we |
| 14:28:24 | 10 | formally submit those without objection. |
| 14:28:27 | 11 | **THE COURT:**  I'll keep the record open for, say, two |
| 14:28:30 | 12 | weeks to give parties an opportunity to respond in writing or |
| 14:28:34 | 13 | give me any additional briefing if you to feel you need |
| 14:28:44 | 14 | additional briefing from some of the remarks made here today. |
| 14:28:48 | 15 | Kevin, I have a date, I thought, in February to |
| 14:28:51 | 16 | deal with that motion, but -- not February.  When is it? |
| 14:28:56 | 17 | **MR. MILLER:**  Friday. |
| 14:28:59 | 18 | **THE COURT:**  Friday.  I'll deal with that.  Maybe I |
| 14:28:59 | 19 | should see you all after this hearing. |
| 14:29:02 | 20 | **MR. RISLEY:**  Friday is the deadline for motions in |
| 14:29:04 | 21 | limine, but I wasn't aware it was for anything else, but we can |
| 14:29:08 | 22 | visit. |
| 14:29:08 | 23 | **THE COURT:**  Let me visit with you all when we are |
| 14:29:12 | 24 | finished here. |
| 14:29:14 | 25 | **MR. RISLEY:**  We were given a copy of the plaintiffs' |

14:29:16 1    exhibit list a minute ago.  The second amended motion is on

14:29:20 2    there as Exhibit 68.  We certainly don't object to the Court

14:29:24 3    taking judicial notice of the filing.  We do object if it's

14:29:28 4    offered as substantive evidence.  It's not even on the list

14:29:28 5    today.  To the extent it's on any other list, we also object to

14:29:28 6    it for the same reason.

14:29:34 7         MR. MILLER:  Your Honor, just a question and a

14:29:35 8    request for clarification on a point you just made.  You said

14:29:38 9    you were going to keep the record open for a couple weeks to

14:29:41 10   allow for supplemental briefing.  Your Honor, would that

14:29:43 11   include keeping the record open for Knauf to exercise its

14:29:47 12   withdrawal rights from the settlement?

14:29:49 13        THE COURT:  For whatever reasons necessary.  The

14:29:51 14   point is that the record will remain open.  I'm not going to

14:29:56 15   continue the hearing because hopefully everybody has said

14:30:01 16   everything they need to say, but it's the same.  So the answer

14:30:04 17   is yes to your specific question.

14:30:06 18        MR. MILLER:  Thank you, Your Honor.

14:30:08 19        MR. HERMAN:  May it please the Court.  Judge Fallon,

14:30:09 20   as you know, Chris Seeger had some Hurricane Sandy problems.

14:30:17 21   Jerry Meunier, who is captain of our trial team at this

14:30:25 22   juncture, I believe is in the other courtroom listening.  We

14:30:29 23   would like to get him here so he can meet in chambers on the

14:30:33 24   issue you have asked.

14:30:35 25        THE COURT:  Fine.

14:30:36  1          Anything further?  Steve.

14:30:43  2          MR. GLICKSTEIN:  Steve Glickstein on behalf of the

14:30:44  3  Knauf defendants.  I wanted to address first the question

14:30:51  4  Your Honor asked about class certification.

14:30:54  5          I would just point Your Honor and Mr. Brandao to

14:31:02  6  the PSC's brief in response to objections -- I think it's

14:31:07  7  record 16119-2, pages 42 to 51 -- and also Mr. Pipes's brief on

14:31:17  8  behalf of the global settlement, the entirety of which I think

14:31:23  9  is addressed to the class certification issue and particularly

14:31:26 10  to some of the issues that Your Honor has raised.  That brief

14:31:31 11  is record 16117.  I would just point you in that direction

14:31:36 12  because I think it addresses frontally the class action issues

14:31:41 13  that Your Honor raised.

14:31:45 14          THE COURT:  The PSC also addressed it in their brief.

14:31:48 15  I did see all of the written materials on it, but I did want

14:31:53 16  you all to at least have an opportunity to address it verbally

14:31:57 17  because some individuals in the courtroom maybe hadn't had the

14:32:02 18  opportunity to read all the briefs.  They are quite extensive.

14:32:05 19          MR. GLICKSTEIN:  I would like to address some

14:32:08 20  questions concerning the second amendment because it was raised

14:32:15 21  by Mr. Risley.

14:32:20 22          First, I think Mr. Risley misunderstands what

14:32:28 23  the second amendment does and what the second amendment doesn't

14:32:33 24  do.  As Your Honor knows and as we said in both of our briefs

14:32:40 25  in support of the settlement and as we said numerous times on

| | |
|---|---|
| 14:32:45 | 1 |
| 14:32:55 | 2 |
| 14:33:05 | 3 |
| 14:33:09 | 4 |
| 14:33:14 | 5 |
| 14:33:23 | 6 |
| 14:33:30 | 7 |
| 14:33:34 | 8 |
| 14:33:39 | 9 |
| 14:33:50 | 10 |
| 14:33:55 | 11 |
| 14:34:01 | 12 |
| 14:34:07 | 13 |
| 14:34:16 | 14 |
| 14:34:20 | 15 |
| 14:34:23 | 16 |
| 14:34:31 | 17 |
| 14:34:36 | 18 |
| 14:34:52 | 19 |
| 14:34:53 | 20 |
| 14:35:01 | 21 |
| 14:35:08 | 22 |
| 14:35:15 | 23 |
| 14:35:21 | 24 |
| 14:35:26 | 25 |

the record beforehand, all of these settlements stand together
or fall together.  It has always been incumbent, we thought, on
all of the major defendants and all of their insurers to
participate in this process so that we could bring relief to
homeowners.  We had made crystal clear to all parties that that
included North River's excess insurer.

North River's primary insurers, Liberty Mutual
and Arch, have put in their policy limits towards settling
these claims and North River has not.  So that raised a
conundrum for the parties because our clients were adamant that
they were not going to go forward with the settlement if there
was not participation by North River.  We so notified the
Court.  We so notified the PSC.  We so notified InEx.

Our first goal was to see if we could reach an
agreement with North River.  The Court scheduled a mediation on
May 31.  That mediation failed.  So after May 31, beginning in
June, the parties began to discuss whether there was another
way of reaching a resolution that could be achieved without
North River's participation.

What we did is we researched the law.  There is
a series of cases under Louisiana law that permits an insured,
here InEx, to settle a case without the consent of the insurer
where time is of the essence, meaning there will be immediate
damage to the insured if they don't settle, where the insurer
unjustifiably declines to settle the case and settlement is

| | | |
|---|---|---|
| 14:35:35 | 1 | reasonable.  So we -- Arch, Liberty, the PSC, and InEx -- under |
| 14:35:51 | 2 | the authority of that case law, reached a high-low settlement. |
| 14:35:59 | 3 | What that settlement did was: |
| 14:36:01 | 4 | (1)  It preserves North River's ability to say |
| 14:36:10 | 5 | that its insured InEx has no liability at all, and that will be |
| 14:36:17 | 6 | tested in the upcoming trial on November 26; |
| 14:36:21 | 7 | (2)  It reserves to North River all of its |
| 14:36:26 | 8 | coverage defenses; |
| 14:36:29 | 9 | (3)  It reserves its right, if any -- and I |
| 14:36:35 | 10 | emphasize *if any* because that's a legal issue that Your Honor |
| 14:36:37 | 11 | will have to determine -- to seek indemnity from other parties. |
| 14:36:47 | 12 | The nature of the high-low settlement is as |
| 14:36:50 | 13 | follows: |
| 14:36:54 | 14 | If InEx and North River are successful in the |
| 14:36:59 | 15 | bellwether trials and InEx is found not to be liable, then |
| 14:37:05 | 16 | Knauf at that point will waive its right to terminate the |
| 14:37:11 | 17 | settlement because InEx has been found not to be liable. |
| 14:37:16 | 18 | On the other hand, if InEx is found to be liable |
| 14:37:22 | 19 | as a bad faith seller and, in addition to that, the Court |
| 14:37:29 | 20 | following trial determines the issue of solidary liability in |
| 14:37:36 | 21 | favor of the PSC, then that means in that case that InEx and, |
| 14:37:48 | 22 | subject to coverage, its insurer North River must pay the |
| 14:37:52 | 23 | entirety of the damage and be left with its right to seek |
| 14:37:57 | 24 | indemnification if it can get it. |
| 14:38:01 | 25 | In that instance the insured, under the *Babst* |

14:38:05  1  case, has agreed that there's really no reasonable prospect

14:38:10  2  that the damages, given the number of people and the cost, can

14:38:13  3  be less than the $72 million in available coverage, and so in

14:38:18  4  that case there is a $72 million settlement.

14:38:23  5          If there is an intermediate result such as a win

14:38:26  6  against some plaintiffs and not others, or if there's a win

14:38:30  7  against all plaintiffs but there's not a determination of

14:38:35  8  solidary liability, instead it's only several liability, then

14:38:38  9  there's an intermediate result of $36 million.

14:38:45  10         But what is at issue before the Court today and

14:38:52  11  what isn't at issue?  Mr. Duplantier said this, but it may be

14:38:59  12  worth slowing down what we are talking about here.  The issue

14:39:05  13  is whether the second amendment is fair to the class, because

14:39:12  14  what the second amendment does is it gets Knauf to agree not to

14:39:23  15  withdraw from its settlement based on North River's

14:39:29  16  nonparticipation.  That is obviously a huge benefit to the

14:39:34  17  class.

14:39:39  18         If ultimately it is found to be enforceable,

14:39:45  19  then it liquidates the damages because it was a good faith

14:39:48  20  settlement by the insured under circumstances which we think

14:39:53  21  enable the insured to bind its carrier because time is of the

14:39:58  22  essence and there was unjustifiable delay on the carrier's

14:40:03  23  part.  That's a benefit to the class.

14:40:11  24         So all the Court has to do now is determine

14:40:16  25  whether the second amendment is fair to the class.  As to

14:40:23   1   whether additional notice needs to be provided to the class,
14:40:27   2   the joint briefs submitted by the PSC, Knauf, and InEx on
14:40:34   3   October 23 -- unfortunately, I don't have the record number,
14:40:37   4   but pages 15 to 17 address the notice issues.  When you have an
14:40:47   5   amendment that is unilaterally beneficial to the class --
14:40:51   6   North River doesn't say there's any impairment of the class's
14:40:56   7   ability under the settlement -- there doesn't need to be a
14:40:59   8   second notice that says you have got even more benefits than
14:41:02   9   what you thought you had in the first place.
14:41:07   10          What's not at issue today?  What's not at issue
14:41:12   11  is whether or not this second amendment is binding upon
14:41:20   12  North River.  That's a coverage issue.  The agreement preserves
14:41:27   13  North River's coverage defenses.
14:41:30   14          So, yes, there is a risk, but it's a risk to
14:41:35   15  Knauf and a risk to InEx -- actually a risk to InEx and a risk
14:41:42   16  to the PSC that at the appropriate time, when the issue of
14:41:48   17  whether or not the second amendment is binding on North River,
14:41:54   18  that if the appropriate findings aren't made, that the
14:41:59   19  agreement will not be enforceable.  That's possible.
14:42:03   20          We think and we feel very confident that we will
14:42:06   21  be able to meet the test that's in the case law and that it
14:42:11   22  will be enforceable.  I guess we are putting our money where
14:42:14   23  our mouth is because we waived at least that termination right
14:42:22   24  on a bet that the facts and the law will support us in that
14:42:26   25  regard.

Case 2:09-md-02047-EEF-MBN Document 20999-7 Filed 09/20/17 Page 135 of 165

14:42:30  1          There are other contingencies in the settlement

14:42:37  2     that go beyond the North River contingencies because, as we

14:42:42  3     said, all the settlements stand or fall together.  I think

14:42:44  4     you've heard Mr. Panayotopoulos say that if certain claims,

14:42:50  5     particularly on the Taishan side, are not resolved, that they

14:42:56  6     will have too much exposure to go forward and that might cause

14:43:02  7     them to go into bankruptcy, which would or could result in

14:43:09  8     everything unraveling.

14:43:12  9          So, yeah, we still have some work ahead of us.

14:43:14  10    The fact that we presented this settlement to you today doesn't

14:43:19  11    diminish our determination to go forward.  We are and continue

14:43:25  12    to be working very hard because we think this is in the

14:43:28  13    interest of the homeowners.  We think this is in the interest

14:43:32  14    of the settling defendants.  We want it to succeed, and we will

14:43:37  15    work very hard for it to succeed.  We presented it to you

14:43:40  16    because we believe it's fair, but there are contingencies.  We

14:43:45  17    haven't waived them.  I think Your Honor just stated that

14:43:48  18    you'll provide us with an ample amount of time.  To assure that

14:43:54  19    those contingencies are fulfilled, the termination dates are

14:43:59  20    being extended.

14:44:02  21         I think what I heard Mr. Risley say is that if

14:44:12  22    North River's rights are not impaired, they agree that they

14:44:15  23    don't have standing.  I think that is, in fact, where we are

14:44:22  24    because their coverage defenses are preserved.  The InEx and

14:44:30  25    PSC members can say whether they disagree, but I think that

14:44:36  1    applies to all three issues that he addressed.

14:44:43  2            First, there's one assignment, not two

14:44:44  3    assignments.  There's an assignment of the policy under the

14:44:50  4    InEx settlement with the PSC.  I think the second assignment

14:44:55  5    that Mr. Risley referred to is not an assignment of any policy

14:44:59  6    rights but an assignment of any recovery that they obtain,

14:45:05  7    which is different.  It's an assignment not of a claim but of a

14:45:11  8    recovery.

14:45:14  9            Then there's the exhaustion issue.  The Court

14:45:16  10   has to determine whether the policy is exhausted for the

14:45:20  11   purpose of whether it's fair to the class.  And there's the

14:45:22  12   second amendment, is the second amendment fair to the class.

14:45:29  13           North River will have the opportunity -- nobody

14:45:30  14   is attempting to deny it due process -- to assert its coverage

14:45:35  15   position.  And if, in fact, at the appropriate time their

14:45:42  16   coverage positions are sustained in whole or in part, then

14:45:46  17   their coverage positions are what their coverage positions are.

14:45:50  18   They are not waived by the second amendment or anything else in

14:45:53  19   these settlements.

14:45:54  20           So at the bottom, they really don't have

14:45:59  21   standing.  What we have done is put in place a mechanism that

14:46:05  22   we think ultimately will bind North River, but today is not the

14:46:09  23   forum.  Today is not the opportunity for the Court to rule

14:46:14  24   about whether it is or isn't binding.

14:46:20  25           **THE COURT:**  What we need to do, I think you and

14:46:23  1  North River need to at least talk, and then let me know whether

14:46:33  2  there are any issues I need to resolve and what the issue or

14:46:35  3  issues are.  Then I will set something convenient with your

14:46:43  4  schedule, and we will deal with it that way.

14:46:45  5           I'm hearing some things that may moot some

14:46:49  6  things and some things that may not moot some things.  Until

14:46:53  7  you sit down and talk about what your problems are and what

14:46:56  8  their solutions are -- some of the conversation, I think I

14:47:06  9  understand it, but you may feel it's too vague and you might

14:47:09  10  want some specifics, and he may feel it's too vague and he may

14:47:14  11  need some specifics.  So I think you all ought to get together

14:47:19  12  and see where you are and let me hear from you as to whether

14:47:23  13  there is an issue or issues you need me on.

14:47:25  14           MR. RISLEY:  I just want to make it clear our

14:47:26  15  position is that that second amendment to the settlement is not

14:47:29  16  before the Court today.  I raised it only because InEx did in

14:47:32  17  their presentation, in responding to it, but certainly the

14:47:34  18  response is it's not even set for hearing today.

14:47:37  19           THE COURT:  I think he agrees with you and he feels

14:47:39  20  that may never be before the Court.  It may be something that

14:47:42  21  you have no complaint over.

14:47:44  22           MR. RISLEY:  Fair enough, Your Honor.

14:47:46  23           THE COURT:  Thank you very much.

14:47:47  24           MR. MILLER:  Your Honor, one thing real quick, just a

14:47:49  25  point of clarification.  The extension to the withdrawal

| | |
|---|---|
| 14:47:51 | 1 |
| 14:47:53 | 2 |
| 14:47:59 | 3 |
| 14:48:00 | 4 |
| 14:48:02 | 5 |
| 14:52:56 | 6 |
| 14:53:01 | 7 |

1    rights, counsel for Banner and InEx tapped me on the shoulder.

2    It applies to those two parties as well?  Global too?

3            THE COURT:  Yes.

4            All right.  Court will stand in recess.

5            THE DEPUTY CLERK:  All rise.

6            (Proceedings adjourned.)

7                            * * *

8                         **CERTIFICATE**

9            I, Toni Doyle Tusa, CCR, FCRR, Official Court

10   Reporter for the United States District Court, Eastern District

11   of Louisiana, do hereby certify that the foregoing is a true

12   and correct transcript, to the best of my ability and

13   understanding, from the record of the proceedings in the

14   above-entitled matter.

15

16

17                              *s/ Toni Doyle Tusa*
                                 Toni Doyle Tusa, CCR, FCRR
18                               Official Court Reporter

19

20

21

22

23

24

25

Case 2:09-md-02047-EEF-JCW Document 16392-7 Filed 02/10/17 Page 139 of 164

**$**

$1.1 [1] 25/23
$1.1 billion [1] 25/23
$100,000 [7] 27/25 85/9 85/15 115/8
 115/10 115/19 116/15
$11,285,000 [1] 27/15
$15 [1] 58/1
$15 million [1] 58/1
$16 [1] 27/16
$16 million [1] 27/16
$160 [6] 25/9 26/1 26/19 26/22 30/20
 37/6
$160 million [6] 25/9 26/1 26/19 26/22
 30/20 37/6
$164,000 [1] 17/23
$165,000 [1] 114/22
$2.9 [2] 28/3 100/25
$2.9 million [2] 28/3 100/25
$200,000 [3] 113/2 115/11 116/16
$30 [4] 29/8 70/9 70/10 70/13
$30 million [4] 29/8 70/9 70/10 70/13
$36 [3] 122/12 124/10 132/9
$36 million [3] 122/12 124/10 132/9
$4,746,000 [1] 27/15
$40,000 [1] 44/20
$400,000 [1] 27/24
$5,000 [2] 33/18 44/10
$53 [2] 27/20 95/11
$53 million [2] 27/20 95/11
$6,000 [1] 96/20
$72 [6] 31/10 118/9 122/11 124/10 132/3
 132/4
$72 million [6] 31/10 118/9 122/11
 124/10 132/3 132/4
$99,000 [1] 27/25

**'**

'til [1] 119/12

**0**

02110 [1] 2/16
09-MD-2047 [1] 1/5

**1**

1 percent [1] 44/18
1,000 [7] 12/20 12/21 25/3 52/19 54/12
 100/22 101/9
1,200 [1] 37/12
1,400 [8] 12/22 25/11 25/13 36/7 37/18
 39/24 48/4 49/13
1.16 [3] 84/19 85/6 85/16
10 [3] 16/3 45/7 57/5
10 minutes [1] 20/21
10,000 [4] 28/9 101/5 110/7 116/14
10-minute [2] 20/19 49/19
100 [1] 69/21
100 percent [1] 70/20
1000 [1] 2/2
10010 [1] 3/6
10022 [1] 2/6
10631 [1] 3/2
11 [4] 24/6 38/17 73/5 88/13
1100 [2] 1/22 2/12
11th [1] 2/18
121 [1] 3/24
127 [1] 5/23
129 [1] 5/24
12:00 at [1] 22/2
13 [3] 1/8 6/2 90/2
14 [1] 18/1
15 [10] 6/21 14/19 17/14 38/3 39/7 39/22
 42/2 57/5 101/21 133/4

150 [1] 54/14
1562 [1] 129/7
1600 [1] 3/21
1603 [1] 3/24
16117 [1] 129/11
16119-2 [1] 129/7
16150-2 [1] 46/25
16150-3 [1] 45/8
16157-1 [3] 46/12 46/13 47/24
16188-1 [1] 38/12
16188-2 [1] 39/5
16188-3 [1] 38/14
17 [2] 17/13 133/4
19 [3] 17/14 40/19 87/14
19106 [1] 1/20
1992 [1] 64/18
1998 [1] 64/18
1999 [1] 64/19
1:30 [1] 89/5

**2**

2,000 [1] 18/7
2.2 [1] 44/7
20 [3] 6/21 18/17 101/19
20,000 [2] 12/20 116/15
200 [2] 54/14 101/15
200-and-some [1] 62/24
2005 [2] 13/21 64/20
2006 [2] 13/21 38/8
2007 [2] 13/21 52/21
2008 [1] 13/21
2009 [6] 14/19 17/12 50/21 50/22 51/6
 56/20
2010 [7] 17/14 18/1 51/24 51/24 52/15
 52/23 100/14
2011 [9] 18/17 38/4 38/5 38/13 39/7
 39/22 56/14 56/20 78/10
2012 [5] 1/8 6/2 87/14 88/13 90/2
2013 [1] 58/7
2047 [3] 1/5 6/7 14/22
220 [1] 3/2
22nd [1] 3/5
23 [22] 13/12 32/7 32/21 32/24 32/25
 32/25 38/13 42/14 51/16 55/8 57/21
 58/18 61/7 78/21 88/8 88/23 109/14
 109/16 122/4 122/8 122/21 133/3
234 [2] 28/6 40/13
2400 [1] 2/22
24th [1] 3/9
25 percent [1] 103/22
26 [3] 37/22 97/15 131/6
2800 [1] 3/21
28401 [1] 2/2
294 [2] 23/4 103/21
29601 [1] 2/19
2nd [1] 3/12

**3**

3.2 [1] 44/9
30,000 [2] 12/21 116/15
300 [1] 56/21
30326 [1] 2/23
31 [3] 27/15 130/16 130/16
3100 [1] 2/2
314 [1] 2/2
32 percent [2] 26/15 26/16
328 [1] 10/18
33131 [1] 3/12
33134 [1] 3/24
33176 [1] 3/2
333 [1] 3/12
3344 [1] 2/22
350 [1] 56/21

37 [2] 40/5 40/7
371 [1] 3/9
38 [2] 8/12 40/6
388 [1] 103/21
388 opt-outs [1] 23/4
39 [2] 40/5 40/6
39th [1] 28/6

**4**

40 percent [1] 44/16
406 [1] 4/1
40th [1] 2/9
42 [1] 129/7
425 [1] 2/5
4400 [1] 3/12
46 [4] 35/24 35/25 37/16 45/15

**5**

5,000 [1] 48/2
5,200 [3] 28/8 41/24 46/22
50 [1] 56/25
50 percent [2] 29/15 70/11
50,000 [1] 12/17
500 [2] 1/19 4/1
504 [1] 4/2
51 [2] 3/5 129/7
510 [1] 1/19
589-7778 [1] 4/2

**6**

6-foot-5 [1] 24/7
60 [2] 11/23 101/17
60,000 [1] 12/17
68 [1] 128/2

**7**

70 [1] 22/11
700 [3] 99/1 101/2 102/3
701 [1] 2/9
70112 [1] 3/9
70113 [1] 1/17
70130 [2] 3/15 4/2
70139 [1] 2/9
70163 [2] 1/23 2/13
75 [2] 2/18 22/12
755 [1] 3/15
76ers [1] 24/7
77056 [1] 3/18
7778 [1] 4/2
78 [2] 22/12 37/22

**8**

820 [1] 1/16
88 [2] 3/2 93/3
8:30 [1] 13/12

**9**

90 exhibits [1] 59/2
90 percent [1] 114/8
90405 [1] 3/21
909 [1] 3/9
9:00 [1] 13/13

**A**

ability [7] 24/17 41/12 56/19 81/25 131/4
 133/7 137/12
able [19] 7/24 7/25 11/7 12/24 13/8
 15/22 16/7 16/12 18/13 54/19 54/25 64/3
 70/6 92/3 96/1 96/7 113/14 126/7 133/21
ably [1] 22/3
about [73] 6/1 12/11 12/20 12/20 12/21
 13/15 13/21 15/18 22/17 26/15 27/16
 28/16 34/13 35/2 35/8 35/14 41/18 41/24
 42/1 43/1 45/8 45/10 45/20 46/4 46/8

A

about... [48] 4/12 48/5 49/7 56/14 56/21
58/17 58/18 59/15 61/11 64/11 70/21
70/22 71/10 72/5 72/23 72/24 73/25
74/20 83/9 85/5 91/8 91/14 92/2 92/8
93/3 94/7 99/6 101/4 101/6 103/9 108/15
110/15 111/9 111/10 112/11 113/19
115/21 115/25 119/2 119/16 121/1 124/2
124/23 127/4 129/4 132/12 135/24 136/7
above [1] 137/14
above-entitled [1] 137/14
absent [2] 33/4 78/1
absolute [2] 107/1 107/9
absolutely [8] 31/16 62/1 84/14 85/16
86/4 86/18 111/25 113/11
absorber [1] 60/22
absorbs [1] 61/1
absurd [2] 34/21 46/7
abundantly [1] 95/16
abuse [2] 62/14 62/15
accept [2] 27/9 36/22
accepted [1] 26/21
accessed [1] 57/4
accessible [1] 15/20
accident [1] 81/19
accommodate [1] 20/14
accordance [2] 25/7 32/13
according [2] 30/16 88/4
account [2] 59/7 84/3
accused [1] 42/15
achieve [4] 26/12 66/21 69/10 76/9
achieved [2] 69/9 130/18
acknowledge [4] 11/13 11/18 11/22
71/17
acknowledged [1] 26/20
acquire [1] 64/19
across [3] 43/12 49/23 110/4
acted [3] 11/24 41/22 96/24
acting [1] 110/5
action [22] 19/2 43/12 45/19 47/19 56/13
63/19 67/7 67/18 67/20 108/18 108/19
108/21 109/11 109/12 110/11 110/12
111/6 112/1 112/3 113/19 114/18 129/12
actions [6] 108/18 109/5 111/11 113/9
114/25 115/21
active [2] 28/2 75/23
activities [2] 64/20 65/24
activity [2] 58/7 64/17
acts [2] 64/9 67/15
actual [2] 94/20 107/16
actually [16] 16/8 16/11 22/12 31/7 40/6
41/7 52/8 58/22 62/1 69/4 70/8 96/16
96/25 97/1 111/20 133/15
adamant [1] 130/10
add [3] 12/8 79/24 80/2
addition [6] 6/19 7/1 18/22 27/18 30/2
30/17 31/13 70/7 92/21 101/25 102/3
106/3 131/19
additional [14] 10/12 19/2 26/22 30/3
31/10 37/11 70/16 73/15 92/21 110/20
119/16 127/13 127/14 133/1
additionally [1] 98/14
address [18] 6/18 8/6 35/10 35/11 70/19
73/23 78/7 80/3 81/7 82/20 104/23
110/19 111/1 113/18 129/3 129/16
129/19 133/4
addressed [4] 73/7 129/9 129/14 135/1
addresses [3] 108/13 109/25 129/12
addressing [1] 87/12
adduced [1] 17/25
Adelman [2] 3/20 124/25
adequate [6] 19/12 50/16 53/1 57/21

88/21 108/14
adequately [1] 78/19
adjourned [1] 137/6
admittedly [1] 59/19
adopt [1] 73/24
advance [2] 44/11 118/17
advanced [2] 28/3 85/9
advancement [1] 85/14
advantage [1] 97/7
advantages [1] 97/24
adversarial [1] 76/25
adversaries [1] 91/11
adversary's [1] 59/10
adverse [1] 124/7
advocating [1] 90/22
affected [3] 34/23 88/6 118/8
affidavit [3] 44/8 64/22 67/4
affidavits [1] 31/3
affiliated [1] 65/15
affirm [1] 114/22
afforded [2] 52/25 53/10
afraid [2] 121/21 123/14
after [44] 7/13 14/4 16/7 17/20 19/7
19/22 25/2 25/2 25/3 25/3 25/7 32/9 35/2
36/16 37/8 39/6 39/13 41/9 44/14 44/15
45/17 46/8 46/11 46/13 48/5 50/18 51/21
54/3 54/15 67/1 72/20 75/11 77/2 92/13
95/11 102/4 102/9 102/10 105/21 108/24
114/21 117/11 127/19 130/16
aftermath [1] 14/1
afternoon [7] 80/1 90/1 90/4 90/8 95/7
117/19 124/24
again [10] 40/4 43/22 43/23 47/24 53/13
57/13 57/20 58/15 65/22 91/8 94/1
99/25 108/8 120/13 120/16 125/9
against [32] 11/23 14/13 17/16 27/21
27/22 61/20 66/21 66/25 75/1 78/8 83/3
90/13 92/17 92/20 93/5 96/17 112/6
112/20 118/16 118/20 119/11 119/13
120/22 121/2 122/3 123/3 123/17 123/18
123/22 124/4 132/6 132/7
agencies [2] 70/24 106/9
agency [3] 65/21 105/17 105/22
agenda [3] 8/4 8/5 10/12
agent [4] 64/25
ago [10] 8/3 34/17 35/24 35/25 45/15
56/14 106/12 121/20 122/14 128/1
agree [2] 48/6 71/13 71/14 71/15 71/16
83/9 119/11 120/15 127/4 132/14 134/22
agreed [4] 17/13 29/4 39/25 132/1
agreement [30] 18/18 18/19 31/7 33/17
34/4 42/25 55/14 55/15 57/24 70/15
73/15 73/17 73/20 78/11 79/6 81/10
84/19 85/6 87/15 88/4 90/22 96/8 100/20
103/24 120/21 120/23 121/10 130/15
133/12 133/19
agreements [6] 18/24 19/3 19/8 25/11
82/16 122/4
agrees [2] 122/25 136/19
ahead [1] 134/9
aided [1] 4/6
air [1] 14/8
air-conditioning [1] 14/8
Alabama [1] 33/9
Alhambra [1] 3/24
aligned [1] 101/12
all [147]
allegation [1] 42/17
allegations [1] 51/18
allege [5] 24/2 24/2 28/8 42/18 46/6
alleged [3] 13/18 35/5 96/18
alleges [1] 45/25
alleging [2] 24/5 24/7

allocation [5] 65/16 70/10 103/4 107/3
allow [5] 19/19 86/19 86/19 100/15
128/10
allowed [6] 21/14 54/7 76/8 76/8 102/5
115/15
allowing [2] 9/21 18/10
allows [6] 10/6 10/6 76/11 85/6 108/20
122/4
almost [8] 11/24 18/25 53/4 67/25 69/16
74/13 77/23 103/3
alone [1] 101/21 112/20
along [3] 13/24 32/10 116/16
already [9] 11/2 56/12 57/9 58/9 70/20
87/21 88/18 91/8 91/14
also [36] 7/19 7/21 11/18 14/9 15/23
18/8 20/13 22/18 22/23 25/11 29/1 29/13
29/17 29/24 35/15 39/25 40/11 41/6
41/16 43/21 51/24 57/24 58/2 68/17
68/24 74/16 90/9 94/4 96/3 97/13 104/2
111/7 118/4 128/5 129/7 129/14
alternative [4] 55/24 90/24 92/13 94/13
although [4] 36/17 46/10 87/17 103/6
always [2] 64/9 130/2
am [12] 7/12 15/13 19/18 21/16 24/7
39/23 68/2 75/6 75/11 80/1 104/20 119/2
amass [1] 96/1
ambiguities [1] 73/14
Amchem [11] 34/14 35/11 35/11 35/12
36/6 48/16 48/16 48/17 48/19 48/20
111/21
amended [4] 121/15 123/19 124/6 128/1
amendment [30] 78/12 78/13 78/14
78/18 78/21 78/23 79/2 79/5 79/8 79/11
79/12 79/20 121/12 121/19 122/10
124/13 124/20 129/20 129/23 129/23
132/13 132/14 132/25 133/5 133/11
133/17 135/12 135/25 135/18 136/15
amendments [2] 78/11 117/11
American [3] 3/14 106/6 117/7
Amerson [1] 73/8
amongst [4] 58/15 93/13 96/6 104/3
amount [8] 30/8 55/11 76/21 86/5 91/17
99/16 113/14 134/18
ample [1] 134/18
anachronism [1] 61/12
analysis [1] 62/4
analyzed [1] 72/21
and/or [1] 102/16
announced [4] 56/14 109/1 109/9 111/12
anomaly [2] 61/12 66/5
another [17] 9/12 20/9 20/15 21/2 23/24
24/1 29/7 35/8 44/5 52/15 74/6 85/15
90/10 93/16 116/18 120/5 130/17
answer [2] 108/15 128/16
anti [3] 80/12 80/19 80/23
anti-assignment [3] 80/12 80/19 80/23
anticompetitive [1] 64/9
antitrust [3] 64/9 64/15 64/22
antitrust/anticompetitive [1] 64/9
any [74] 8/2 9/14 15/18 15/24 19/15 20/1
20/2 20/2 20/14 20/25 26/15 26/16 27/4
30/17 31/14 35/9 38/19 39/19 44/2 44/11
45/23 46/13 46/15 46/16 46/19 47/19
47/19 58/8 61/7 61/23 62/8 63/1 65/22
66/23 71/2 74/2 74/12 74/14 74/19 81/16
82/3 82/15 96/11 98/15 99/12 100/11
102/9 102/15 103/11 106/17 107/21
108/2 108/15 109/4 110/1 110/19 112/15
115/9 118/20 120/9 122/22 123/12
123/20 125/8 126/25 126/25 127/13
128/5 131/9 131/10 133/6 135/5 135/6
136/2

## A

anybody [4] 27/19 94/24 112/2 117/25
anyone [5] 8/13 60/21 71/12 116/24 124/22
anyplace [1] 116/12
anything [17] 12/8 30/19 33/19 34/13 38/23 42/21 45/3 46/4 53/15 59/24 65/6 87/9 95/20 126/19 127/21 129/1 135/18
anyway [2] 95/12 103/19
anywhere [2] 46/15 46/19
apart [1] 90/12
apologize [1] 20/25
Apparently [1] 90/11
appeal [3] 8/20 17/3 66/11
appeals [3] 8/21 58/9 67/2
appearance [2] 6/10 17/12
Appearances [1] 1/14
appears [1] 49/8
appellate [1] 83/13
appliances [1] 14/7
applies [4] 56/24 91/15 135/1 137/2
appointed [3] 11/14 12/1 100/16
appointing [1] 15/5
appoints [1] 108/20
appreciate [6] 8/11 12/1 94/14 100/9 115/14 126/14
approach [2] 10/14 87/2
appropriate [13] 27/4 71/20 72/12 78/23 79/1 79/3 84/25 108/9 113/15 114/3 133/16 133/18 135/15
appropriately [1] 85/10
approval [18] 9/4 9/8 10/6 10/10 11/17 11/17 11/20 19/8 30/24 32/15 32/24 53/8 54/18 55/1 73/21 88/14 98/18 108/8
approvals [1] 56/17
approve [11] 79/19 80/24 88/22 90/22 94/14 107/25 108/9 117/22 118/25 122/19 123/5
approved [6] 53/21 53/23 86/14 108/14 123/11 124/7
approves [2] 84/9 119/9
approving [3] 92/8 92/9 122/5
approximately [1] 103/22
April [1] 78/10
arbiter [2] 58/8 58/12
Arch [5] 80/7 81/12 85/13 130/8 131/1
architect [1] 68/18
are [304]
area [2] 9/17 14/2
areas [1] 60/18
Areaux [1] 2/11
aren't [2] 101/11 133/18
argue [8] 32/11 32/12 32/17 32/17 32/18 72/5 72/11 119/24
argument [2] 49/17 80/3
arguments [2] 91/8 109/19
arises [1] 13/18
arm's [2] 72/1 76/16
arm's-length [2] 72/1 76/16
arms [1] 50/17
arms-length [1] 50/17
Arnie [4] 37/2 37/9 68/16 72/16
ARNOLD [4] 1/19 8/22 42/1 115/6
around [11] 21/11 63/9 63/17 76/21 99/2 99/18 100/2 100/4 101/17 116/12 122/2
arrangement [2] 57/14 81/24
arranges [1] 55/24
as [205]
asbestos [1] 35/12
aside [4] 30/8 102/2 107/3 107/6
ask [13] 9/8 9/9 10/13 22/25 40/3 74/8 74/8 80/24 81/10 84/25 86/18 86/22

96/11
asked [11] 43/11 70/22 72/17 120/4
123/5 128/24 129/4
asking [5] 79/19 81/14 112/9
aspect [12] 6/22 29/17 30/5 32/23 51/4 52/15 53/25 54/20 57/19 109/21 111/4 111/14
aspects [8] 28/19 29/11 29/18 35/4 51/7 53/12 56/10 58/21
assert [2] 66/12 135/14
assess [1] 124/4
assessing [1] 64/15
assessments [1] 27/13
assets [10] 62/16 62/19 63/20 65/5 92/14 95/17 95/19 98/16 112/23 112/23
assign [2] 97/12 97/13
assigned [3] 77/18 118/11 119/10
assignment [17] 80/8 80/11 80/12 80/19 80/20 80/21 80/23 80/24 118/9 119/7 119/9 135/2 135/3 135/4 135/5 135/6 135/7
assignments [2] 80/17 135/3
associated [3] 20/3 20/12 96/19
Association [1] 106/7
assume [1] 95/4
Assuming [1] 67/6
assure [2] 75/5 134/18
at [113]  6/22 7/24 9/17 11/6 13/8 13/12 13/13 16/2 16/14 18/14 22/2 22/2 22/22 22/25 23/4 26/14 26/17 27/3 32/23 33/3 33/4 33/6 33/8 33/23 33/24 38/6 40/7 40/10 40/20 40/21 40/23 42/24 47/9 48/3 49/3 51/19 51/23 51/24 52/16 54/15 58/10 63/2 64/20 65/14 65/17 67/22 68/9 68/20 68/25 72/2 72/3 72/3 72/4 72/7 72/12 72/13 74/9 74/23 75/16 77/6 78/25 82/16 83/13 86/8 86/25 94/6 94/7 95/24 97/11 97/17 97/19 98/2 98/3 98/4 100/10 100/16 101/13 101/14 102/6 102/12 102/13 105/6 109/10 110/14 111/4 114/12 114/14 115/20 116/14 116/18 117/21 118/4 118/8 123/10 123/15 123/21 124/8 124/9 125/25 128/21 129/16 131/16 132/10 132/11 133/10 133/10 133/16 133/23 135/15 135/20 136/1
Atlanta [1] 2/23
atmosphere [1] 29/1
attacked [1] 104/20
attempt [4] 32/10 33/15 57/5 122/2
attempted [2] 34/6 35/15
attempting [3] 43/13 71/19 135/14
attended [1] 15/4
attest [1] 46/14
attitude [1] 10/9
attorney [4] 33/19 37/13 39/14 44/25
attorneys [4] 21/11 30/18 30/22 94/6
attorneys' [11] 30/17 30/20 30/23 45/4 55/12 55/13 55/16 56/3 69/23 88/12 97/2
attracted [1] 13/1
attractive [1] 65/4
attributable [1] 70/11
auspices [1] 96/5
authorities [2] 38/10 125/20
authority [2] 39/18 131/2
available [12] 18/15 38/6 49/20 70/19 90/24 92/11 92/16 98/10 98/11 114/7 114/15 132/3
Avenue [4] 1/16 2/5 3/5 3/12
average [1] 112/12
averments [1] 22/20
averred [1] 64/8
avoid [1] 110/25

avoided [1] 98/12
avoiding [1] 99/16
avoids [1] 91/9
awardable [1] 96/21
awarded [1] 96/21
awards [1] 58/6
aware [8] 10/18 75/8 78/9 95/18 101/19 116/1 125/3 127/21
away [9] 10/20 31/13 31/14 31/15 34/5 34/23 118/24 122/25 123/12

## B

Babst [1] 131/25
back [27] 18/12 20/21 24/17 24/18 24/23 27/3 36/16 41/3 49/19 52/5 53/19 54/4 56/2 67/17 67/17 72/3 72/3 72/4 74/25 86/7 87/1 88/18 89/4 93/4 94/5 96/20 103/24
background [2] 13/17 21/4
bad [5] 53/18 55/9 59/23 66/1 131/19
Bailey [2] 7/18 7/18
baking [1] 60/25
Bandas [40] 23/9 23/10 23/14 23/23 24/1 32/3 33/2 33/22 34/3 34/25 35/3 36/11 36/23 37/5 41/25 42/15 43/4 43/6 43/8 43/10 43/15 43/18 43/22 43/23 44/14 45/10 45/13 46/12 47/1 47/5 47/5 47/7 47/7 47/15 48/25 104/17 104/19 105/4 126/16 126/17
Bandas's [4] 37/24 42/24 47/5 48/15
bankruptcy [5] 27/22 92/15 93/18 102/16 134/7
banks [1] 63/11
banner [54] 2/20 3/1 8/16 19/5 22/4 25/2 26/2 27/18 27/20 27/21 27/22 27/23 27/24 33/6 57/10 57/11 57/17 75/25 79/23 81/2 87/1 89/1 90/7 90/14 90/15 90/16 90/19 90/20 90/20 90/24 90/25 91/15 91/24 92/3 92/13 92/17 92/20 92/25 93/1 93/5 94/8 95/8 95/16 96/4 96/9 96/18 98/6 98/14 98/17 99/13 106/16 107/2 109/6 137/1
Banner's [4] 25/24 91/25 95/19 98/15
Banner-related [1] 90/24
bar [1] 21/16
bargained [1] 81/23
Barrasso [1] 3/7
Barrios [1] 11/18
based [10] 16/10 16/20 17/5 17/25 18/4 41/10 67/15 107/23 124/19 132/15
baseless [1] 86/18
basic [2] 52/11 122/21
basically [4] 33/8 57/13 57/22 95/18
basis [1] 24/8
BASS [2] 3/11 113/22
Batman [12] 33/14 33/14 45/9 45/9 45/12 45/13 47/1 47/2 47/15 47/16 47/18 48/11
Batman's [1] 45/11
batting [2] 65/3 68/15
be [150]
Beach [2] 10/19 125/5
bear [1] 7/24
bearing [1] 60/7
Beattie [1] 2/18
became [1] 61/6
because [82] 7/23 12/19 12/25 13/7 23/5 23/6 26/3 26/16 27/19 28/1 28/2 28/18 30/22 30/25 31/11 33/19 33/25 35/5 42/10 42/20 48/23 51/14 56/11 61/4 61/14 63/15 65/4 66/13 67/2 67/19 68/14 69/11 69/13 69/22 72/3 80/12 81/14 82/10 83/5 83/22 86/1 86/14 86/19 91/20 92/9 97/6 98/1 101/22 101/24 102/22

**B**

because... [32] 110/21 105/15 111/10
112/16 112/22 113/13 115/7 116/8 118/1
118/7 118/22 120/4 122/15 123/7 123/14
123/18 128/15 129/12 129/17 129/20
130/10 131/10 131/17 132/13 132/19
132/21 133/23 134/2 134/12 134/16
134/24 136/16
become [5] 33/2 48/13 58/12 95/15
119/4
becomes [1] 110/16
becoming [1] 32/7
bed [2] 102/2 110/13
been [112] 7/6 7/11 7/21 7/24 7/25 8/12
8/24 9/16 9/19 9/22 9/24 10/2 10/3 10/19
10/20 11/1 11/1 11/2 11/5 11/9 11/23
12/4 14/24 14/25 19/9 19/10 19/20 21/13
21/14 21/17 21/20 21/21 23/18 27/11
27/12 29/22 32/25 32/25 34/9 36/20
37/16 37/17 42/10 43/23 50/1 51/22
52/21 52/24 52/25 53/7 56/15 57/16
58/10 58/14 60/22 61/3 61/5 61/7 62/25
64/8 66/2 67/25 70/21 73/10 75/14 75/15
75/19 76/16 76/18 76/20 76/24 77/1 83/3
83/12 87/21 88/8 90/12 90/18 90/20 92/2
93/12 95/3 96/7 97/5 100/4 100/8 101/19
102/6 104/19 105/1 105/9 105/14 106/11
106/13 109/18 109/19 111/16 114/5
115/6 115/9 117/6 120/5 120/8 121/14
121/14 124/1 124/3 124/16 126/4 130/2
131/17
before [35] 1/11 6/24 10/22 14/25 15/18
17/2 18/11 24/10 32/1 34/6 34/19 35/1
35/25 37/4 38/3 39/3 40/24 41/20 45/21
50/22 60/6 72/18 73/6 73/9 75/6 88/15
88/16 108/25 110/18 112/8 117/2 120/25
132/10 136/16 136/20
beforehand [1] 130/1
began [6] 14/5 14/12 18/14 39/16 100/18
130/17
begin [5] 40/24 52/4 54/12 67/7 76/8
beginning [7] 24/16 24/21 51/24 51/24
95/14 114/4 130/16
begun [2] 56/22 76/1
behalf [23] 44/15 50/7 58/24 68/13 74/1
75/5 76/6 90/14 90/16 90/17 92/24 95/8
98/7 98/22 113/23 117/6 117/20 123/4
125/1 125/4 126/3 129/2 129/8
behind [6] 66/13 68/3 69/15 70/4 94/22
120/3
being [26] 18/9 23/4 35/8 52/22 62/9
73/2 76/15 76/17 79/16 85/25 102/19
104/6 105/23 107/15 107/21 107/23
116/1 116/18 118/8 118/11 118/19
119/10 119/20 121/3 122/18 134/20
believe [40] 22/13 28/9 28/18 31/1 34/20
36/21 70/24 71/2 71/4 73/25 74/11 78/22
92/10 93/14 93/20 103/16 103/23 104/14
104/21 104/22 105/2 105/5 105/5 105/25
106/20 107/24 108/1 108/8 108/12
108/13 109/25 110/11 114/1 114/2 115/4
119/16 119/21 125/19 128/22 134/16
believed [1] 91/11
believer [1] 15/14
bellwether [10] 16/3 17/15 51/23 102/10
108/23 122/11 123/25 124/2 124/12
131/15
belongs [1] 125/22
belt [1] 45/17
belts [1] 31/17
bench [2] 7/12 87/8
benchmark [2] 26/13 26/14

beneficial [1] 133/5
benefit [15] 52/20 53/7 76/13 78/19
92/25 118/20 132/16 132/23
benefiting [1] 44/8
benefits [2] 55/16 133/8
bequest [1] 112/21
Berman [1] 1/18
best [11] 38/6 90/23 91/12 91/23 92/11
93/25 97/7 114/14 125/14 126/4 137/12
bet [1] 133/24
better [2] 21/2 55/8
between [14] 10/23 50/18 52/11 56/20
57/9 62/6 63/7 65/8 98/13 100/25 104/4
104/5 120/15 120/20
beyond [2] 102/22 134/2
big [7] 53/25 86/8 92/25 99/13 103/6
105/4 112/3
biggest [1] 63/22
billion [1] 25/23
bind [2] 132/21 135/22
binding [14] 78/18 79/12 118/16 119/11
119/13 120/22 122/3 123/3 123/17
123/18 123/22 133/11 133/17 135/24
bit [7] 29/19 35/2 80/3 91/20 112/7 120/3
126/9
blackening [1] 14/6
blades [2] 46/3 46/6
blessed [1] 23/21
blocks [3] 50/24 51/10 99/22
blood [3] 48/21 48/22 95/23
Blossman [1] 2/11
blue [2] 35/25 36/1
board [9] 60/25 110/4 114/8 114/9
119/18 119/19 120/5 120/9 120/10
Bob [1] 11/14
bodily [1] 104/21
bona [2] 23/14 32/20
bond [3] 44/5 67/19 67/22
boom [1] 14/2
Boston [1] 2/16
both [16] 11/6 13/1 14/13 15/8 41/23
50/12 50/13 51/9 56/8 58/16 94/8 98/9
102/16 106/8 125/18 129/24
bothered [2] 56/2 57/13
bottom [2] 70/23 135/20
bought [4] 61/21 63/4 76/6 112/13
bow [1] 22/8
bowed [1] 65/20
Bowl [1] 52/8
Boyd [1] 2/17
Boynton [1] 10/19
Boynton Beach [1] 10/19
BP [1] 32/3
brand [1] 74/25
brand-new [1] 74/25
Brandao [3] 21/18 59/1 129/5
Breach [1] 122/14
Breaches [1] 80/16
break [3] 20/20 49/19 87/1
Breit [1] 9/5
brethren [1] 102/14
bricks [3] 53/17 53/18
bridge [1] 111/18
brief [20] 22/19 22/19 58/25 73/23 75/6
78/22 79/2 83/14 85/13 87/12 98/8 106/4
109/25 114/20 119/14 125/23 129/6
129/7 129/10 129/14
briefed [1] 74/18
briefing [10] 19/17 80/14 80/22 110/20
113/16 120/13 126/17 127/13 127/14
128/10
briefly [7] 76/14 78/8 81/7 84/16 97/3
119/2 125/16

briefs [9] 19/18 28/23 29/20 105/2 105/3
105/13 118/23 129/22 130/1
bright [1] 49/9
bring [7] 7/24 67/18 92/4 93/1 99/9
103/10 130/4
bringing [1] 126/5
brings [1] 123/24
broader [1] 18/16
brought [2] 21/3 26/23
Brown [1] 43/9
bucket [1] 83/18
builder [6] 29/22 99/22 100/12 102/20
112/20 112/22
builders [21] 3/11 8/17 9/3 14/15 19/6
25/3 26/9 58/2 70/12 99/1 99/18 99/19
99/19 101/7 101/10 102/21 113/17
113/20 113/24 114/2 114/12
builders' [1] 113/23
building [8] 2/8 2/11 13/25 17/6 19/4
50/23 51/10 65/12
buildings [2] 13/20 14/4
Built [1] 63/6
bundled [1] 109/5
burden [1] 83/15
burdening [1] 58/11
Burr [1] 2/8
Burt [1] 47/16
bus [1] 121/16
business [5] 46/10 66/22 77/9 102/16
102/22
businesses [1] 101/8
busyness [1] 117/13
but [111] 8/6 9/9 9/10 12/17 13/5 19/14
21/20 23/16 24/22 24/23 28/23 29/1
29/11 29/17 31/8 31/14 31/17 31/23
33/11 34/14 35/20 35/25 36/14 38/25
39/25 40/6 41/23 42/1 42/3 42/9 43/7
47/21 49/1 50/17 52/4 56/6 58/10 59/25
61/6 61/14 67/11 68/6 68/25 71/6 71/17
72/3 75/12 75/19 76/14 78/12 82/17
82/24 83/10 83/22 91/6 92/24 94/17 95/4
95/17 97/13 97/25 98/14 99/12 99/15
99/21 101/1 102/22 104/2 110/20 111/1
111/9 111/14 112/22 112/24 114/1 115/5
115/9 115/16 115/24 116/3 116/19
117/12 118/2 118/8 118/11 119/12
120/21 121/17 122/5 122/17 123/12
124/6 127/5 127/9 127/16 127/21 127/21
128/16 129/15 132/7 132/10 132/11
133/4 133/14 134/16 134/25 135/6 135/7
135/22 136/9 136/17
Butler [1] 21/18
buy [1] 33/20
buyers [1] 65/20
buying [1] 47/11
Byrne [2] 22/5 41/7

**C**

cadger [1] 48/17
calamity [1] 81/19
California [2] 3/21 43/5
call [12] 6/6 8/22 16/21 36/13 45/14
63/13 65/18 95/10 99/3 99/13 99/19
103/9
called [9] 8/18 36/13 40/2 54/21 82/12
84/3 96/17 100/12 116/10
calls [2] 40/1 51/11
came [9] 24/13 44/17 60/8 65/13 75/6
90/16 91/11 96/20 115/12
camp [1] 99/22
can [53] 11/4 15/23 18/9 26/22 29/9
29/21 29/23 29/24 30/13 30/23 31/15
35/7 41/1 41/5 42/7 45/2 52/7 53/10

C

can... [35] 58/18 59/20 61/6 65/16 65/16
66/14 72/11 78/25 79/12 84/5 84/22
84/23 84/23 84/24 87/5 91/2 92/24 96/8
97/11 104/10 107/6 107/6 110/1 110/12
115/14 119/11 120/14 122/7 123/22
126/9 127/21 128/23 131/24 132/2
134/25
can't [20] 32/11 32/12 32/16 37/2 32/18
32/20 32/21 33/19 34/7 34/20 37/25
41/23 42/21 46/14 46/19 71/15 71/16
72/1 90/11 95/23
candidate [1] 65/4
cannot [1] 62/4
cap [1] 30/8
capacity [2] 54/14 54/15
capital [1] 63/6
capped [2] 29/6 29/7
captain [5] 48/11 48/11 48/14 69/3
128/21
Captain Marvel [4] 48/11 48/11 48/14
69/3
capture [1] 56/11
car [4] 36/1 36/1 36/1 36/1
card [2] 62/19 62/23
care [5] 30/7 36/12 60/4 70/8 113/9
career [1] 7/12
Carolina [2] 2/2 2/19 43/16 44/3
carrier [1] 132/21
carrier's [1] 132/22
carriers [10] 21/22 22/6 81/16 85/7 85/9
86/15 96/1 104/10 120/15 120/17
carries [1] 93/21
Carver [1] 2/11
case [135] 6/6 6/23 7/6 7/25 12/12 12/19
12/20 12/22 12/22 14/18 17/15 17/23
18/5 18/8 18/13 23/17 24/4 24/12 24/16
25/8 26/14 27/24 28/14 28/20 29/11
29/17 29/18 30/21 34/25 35/4 35/9 35/12
35/14 35/20 35/21 35/23 36/5 37/13
37/14 37/17 40/10 40/25 42/13 42/23
44/1 44/5 44/17 44/19 46/4 48/20 49/8
49/11 50/21 51/4 51/5 51/16 51/17 51/18
52/1 52/3 52/3 55/5 59/8 59/8 59/9 59/10
59/13 59/16 59/21 59/22 59/23 59/23
61/2 61/6 61/7 61/18 61/25 62/3 62/11
62/13 64/7 65/22 72/11 72/14 72/19
74/16 77/22 82/16 83/1 83/14 83/20 84/7
85/10 91/9 91/23 94/16 96/14 96/14
96/15 96/17 96/17 101/5 101/12 103/6
106/13 106/22 107/13 108/4 108/4 108/5
108/5 108/24 109/3 109/6 111/14 111/19
111/21 112/2 112/12 112/22 113/1 113/3
113/10 114/11 114/23 115/11 115/17
115/24 130/22 130/25 131/2 131/21
132/1 132/4 133/21
cases [53] 1/8 6/25 7/2 9/18 9/19 9/25
10/2 10/4 12/12 12/16 13/1 13/7 13/10
14/20 14/25 15/16 17/9 19/3 21/12 25/12
26/23 35/1 36/8 56/23 59/24 60/23 67/25
73/13 80/16 84/6 96/15 97/12 97/14
97/14 98/2 98/3 101/20 102/21 102/25
106/11 106/15 106/15 107/13 110/10
110/11 110/11 111/10 112/24 113/4
115/2 115/14 122/14 130/21
cash [3] 29/5 55/5 63/10
categories [1] 23/8
category [1] 110/2
Cathode [1] 43/5
causally [1] 38/25
causation [1] 107/7
cause [4] 31/15 60/6 120/10 134/6
caused [1] 81/19
CCD [6] 41/1 41/7 43/9 47/24 48/1 48/4
CD [1] 127/8
CDC [1] 38/5
CDs [1] 59/2
CDW [5] 45/11 45/25 45/25 47/6 47/7
Center [3] 38/15 106/5 106/5
Centers [5] 38/10 38/16 70/25 105/15
105/21
cents [1] 69/21
cert [1] 6/19
certain [10] 17/18 64/10 65/9 78/15 80/9
90/15 92/9 96/23 118/15 134/4
certainly [10] 32/16 32/19 62/10 71/12
71/25 116/25 123/12 126/19 128/2
136/17
certainty [1] 92/18
certificate [1] 54/2 54/3 56/1 137/8
certification [11] 19/11 108/22 108/23
109/14 109/21 109/22 109/23 109/24
110/2 129/4 129/9
certified [4] 63/10 109/17 109/18 109/18
certify [3] 9/8 112/8 137/11
chain [5] 18/23 18/25 51/8 91/1 99/12
challenge [1] 12/19 45/19 71/6
challenged [2] 110/21 110/23
challenges [4] 17/1 31/15 44/16 44/17
challenging [1] 12/24
chambers [2] 127/8 128/23
chance [4] 103/12 113/21 118/21 124/18
chances [1] 103/13
change [2] 84/3 103/24
changed [1] 32/24
changes [7] 37/18 95/4
channel [1] 65/10
Chapa [1] 45/11
characterized [1] 49/7
charge [1] 30/23
charged [2] 39/18 44/25
Charlene [1] 40/17
Chartis [8] 3/4 22/5 41/6 92/23 92/24
98/8 98/10 98/17
chased [1] 40/17
chasing [2] 66/15 66/16
check [1] 55/5
checking [1] 10/19
child [1] 48/10
China [14] 13/23 39/12 60/8 60/15 60/15
61/13 61/15 61/21 62/8 63/5 63/17 63/21
65/6 66/3
CHINESE [58] 1/5 6/7 13/20 14/3 14/14
14/21 15/8 16/20 17/6 17/8 17/18 18/19
18/21 23/19 23/22 24/2 24/3 24/13 25/12
25/14 28/10 38/1 46/19 47/2 47/8 47/10
47/11 51/6 51/19 54/2 54/3 61/5 61/19
61/20 61/22 62/5 63/8 63/11 63/13 63/14
63/15 65/20 66/16 96/15 96/19 97/8
99/15 101/24 103/9 105/9 106/18 106/21
108/9 110/5 112/18 116/7 119/17 120/17
Chinese-based [1] 16/20
CHINESE-MANUFACTURED [3] 1/5
13/20 14/21
chisels [1] 24/4
Choate [1] 2/14
choice [1] 29/21
choose [1] 66/12
chose [3] 26/13 99/20 103/18
chosen [1] 102/1
Chris [1] 128/20
Christi [2] 34/10 43/8
Christopher [2] 23/9 43/5
circuit [10] 8/21 17/3 25/8 32/5 32/13
43/4 48/18 48/18 66/11 122/13
48/20 72/23 standard [3] 133/6 107/21
103/17 132/20
circumvent [1] 42/25
citations [1] 83/15
cited [4] 83/14 106/4 107/13 108/6
citizens [3] 116/2 116/18 116/19
claim [13] 34/13 69/22 71/5 71/8 74/12
83/2 84/23 84/24 85/18 86/3 112/6
122/12 122/12 123/12 135/7
claimants [4] 93/5 101/6 116/14 120/7
claimed [2] 38/17 46/11
claiming [2] 92/17 93/14
claims [45] 12/14 17/16 18/9 18/19 18/21
30/14 37/19 56/12 57/7 57/17 57/24
72/25 74/13 81/16 82/13 84/4 84/17
84/21 85/3 85/4 86/1 96/22 97/8 105/5
107/17 107/10 107/14 107/16 107/16
107/16 107/17 107/18 107/20 107/23
109/4 109/4 109/16 112/20 115/2 119/22
120/10 121/2 124/9 130/9 134/4
clarification [2] 128/8 136/25
clarify [1] 117/3
class [91] 6/19 9/9 9/10 18/16 18/18
18/24 19/2 19/11 21/10 23/25 24/5 24/6
25/10 28/2 31/14 32/22 33/5 35/14 35/17
42/17 43/12 43/14 44/18 44/19 45/19
48/6 53/1 53/11 53/11 56/13 57/17 63/19
67/21 68/10 69/24 71/10 72/23 73/18
78/1 79/15 79/16 81/16 93/23 93/23
94/11 103/20 104/2 108/7 108/18 108/18
108/19 108/21 109/5 109/11 109/12
109/17 109/18 109/18 110/3 110/11
110/12 110/22 111/6 111/10 112/1 112/3
112/8 113/8 113/19 114/18 114/25
115/21 118/6 122/9 122/11 122/15
122/16 122/20 124/12 124/15 129/4
129/9 129/12 132/13 132/17 132/23
132/25 133/1 133/5 135/11 135/12
class's [1] 133/6
classwide [1] 117/23
clause [6] 31/13 80/12 80/19 80/19 80/22
80/23
clauses [1] 26/8
Clausewitz [1] 68/3
clean [2] 54/4 63/9
cleanest [1] 22/24
clear [14] 27/1 30/17 42/4 80/15 81/20
84/19 85/16 86/4 95/16 111/9 122/16
124/2 130/5 136/14
clearer [1] 83/4
clearly [8] 43/18 65/23 76/16 76/18
102/17 110/2 110/10 122/18
clerk [2] 21/19 22/24
clerks [1] 21/17
client [12] 33/20 33/21 36/12 46/21 46/23
48/3 50/18 54/24 55/14 60/16 68/6
117/16
client's [1] 53/22
clients [37] 13/5 23/15 23/16 23/17 23/23
24/23 25/16 27/2 27/2 28/25 29/4 31/17
31/18 31/19 31/22 35/17 37/18 37/19
37/24 39/24 40/17 41/23 41/24 42/6 42/7
42/7 42/10 44/11 44/15 47/20 48/20 48/21
49/13 53/7 69/14 70/4 91/12 130/10
climate [2] 60/18 60/19
close [4] 22/25 48/23 53/16 54/17
closely [2] 7/4 7/20
closer [1] 35/22
Clothes [1] 49/2
co [1] 43/19
co-counsel [1] 43/19
Coast [1] 13/24

Case 2:09-md-02047-EEF-MBN    Document 15992-1    Filed 11/09/12    Page 143 of 165

C

cocked [2] 61/17 61/17
Coe [1] 3/17
cog [1] 10/7
Cold [2] 61/13 61/14
Cold War [1] 61/13
collaborative [1] 7/23
colleague [1] 61/8
colleagues [5] 27/16 27/24 28/3 41/7 50/18
collectively [1] 16/23
collusion [7] 32/12 43/21 76/15 88/22 91/10 100/11 111/14
combination [1] 11/8
combined [1] 28/10
come [30] 18/9 20/20 29/4 30/6 32/10 34/5 37/7 45/12 45/13 49/19 64/1 67/17 67/17 67/22 69/23 70/17 86/2 86/13 87/1 89/4 91/7 91/24 96/1 100/16 103/7 103/24 104/8 107/4 107/6 116/10
comes [8] 35/21 45/11 54/5 54/6 55/25 64/7 119/25 120/5
comfort [1] 7/8
comment [2] 12/11 125/16
comments [5] 13/15 19/20 21/7 56/6 126/21
commerce [1] 18/23
commercial [3] 57/23 61/17 101/8
Commission [10] 38/5 38/9 38/15 39/7 39/9 39/11 39/15 39/18 39/22 40/2
committed [1] 53/7
committee [13] 6/14 11/25 15/6 18/3 21/11 24/24 27/13 31/9 39/10 40/23 50/19 52/12 113/23
committees [1] 108/20
common [2] 25/10 62/10
commonly [1] 63/1
communication [1] 15/7
communicator [1] 11/19
community [1] 107/1
companies [22] 25/4 62/6 62/8 62/9 62/10 63/1 63/2 63/8 63/15 63/16 63/24 64/5 64/11 64/25 65/15 66/7 66/18 67/1 99/7 99/8 99/15 116/8
company [27] 3/14 3/17 24/12 62/5 62/7 63/2 63/5 63/6 63/6 63/7 63/8 63/13 63/25 65/2 65/3 65/8 65/17 65/24 66/21 75/9 75/16 78/6 78/19 86/11 90/17 117/7 117/20
comparative [2] 103/5 103/12
compare [1] 69/8
compared [2] 72/25 74/22
compensation [1] 11/8
competitively [1] 66/2
compilation [2] 98/25 99/3
complained [1] 14/9 47/21
complaint [7] 28/11 28/12 93/8 93/8 115/12 116/11 136/21
complaints [1] 35/5
complete [9] 28/24 29/6 29/21 35/7 35/16 36/4 71/11 108/6 124/18
completed [1] 91/18
completely [3] 42/19 75/1 79/5
completes [1] 116/20
complex [8] 15/1 76/19 76/24 84/6 86/10 112/1 112/24 113/5
complexes [1] 54/13
complexities [1] 98/14
complexity [8] 32/14 72/5 72/7 76/17 91/13 98/12 98/13 101/4
complicated [3] 31/23 61/7 61/10

complicating [1] 115/23
component [1] 120/21
36/10 36/11
components [1] 14/7
compromise [6] 71/21 74/10 91/20 93/23 95/4 114/3
compromises [1] 69/10
computer [1] 4/6
computer-aided [1] 4/6
concededly [1] 59/17
conceivably [1] 36/15
concept [1] 114/13
concern [5] 111/3 111/9 112/19 114/4 114/12
concerned [3] 92/25 111/10 112/11
concerning [1] 129/20
concerns [3] 47/3 47/18 125/12
concludes [1] 12/6
conclusion [5] 74/21 78/3 95/20 108/12 126/5
conclusions [2] 16/4 17/22
condition [4] 24/20 53/19 69/20 75/14
conditioning [1] 14/8
conditions [1] 21/2
condominium [1] 10/19
conduct [4] 59/23 77/9 105/25 124/3
conducted [4] 51/19 51/23 77/3 95/18
conducting [1] 76/22
conference [9] 1/10 6/16 6/21 8/1 10/13 13/11 17/2 28/6 87/8
conferences [4] 15/3 31/12 40/5 40/7
confess [1] 41/19
confident [1] 133/20
confidential [2] 34/3 100/19
confirm [2] 117/14 121/6
confirmation [1] 117/9
confirmed [1] 52/2
conflict [4] 31/21 125/17 125/20 125/21
conflicts [1] 44/11
congestion [1] 47/22
connection [5] 8/19 9/5 65/1 65/8 95/19
CONNER [3] 2/18 22/6 87/11
consent [2] 119/9 130/22
Consequently [1] 61/21
consider [7] 22/25 24/19 39/4 52/17 97/5 97/11 124/20
consideration [2] 19/20 19/21
considered [1] 124/7
considering [1] 103/16
consistent [1] 108/4
consolidated [2] 14/25 17/9
constitutional [1] 31/1
constructed [1] 14/4
construction [1] 14/2 54/11
consumer [11] 38/4 38/9 38/14 39/6 39/9 39/11 39/15 39/17 39/22 40/2 115/10
consumers [3] 115/1 115/9 115/18
contain [2] 80/19 80/23
contains [3] 59/2 59/3 73/17
contaminants [1] 54/1
contemplated [1] 83/21
content [1] 120/6
contest [1] 45/24
contested [5] 84/4 85/3 85/4 85/18 86/3
context [1] 96/15
continents [1] 59/12
contingencies [4] 134/1 134/2 134/16 134/19
contingent [3] 44/6 44/16 81/25
continue [5] 7/15 18/10 79/12 128/15 134/11
continued [1] 12/4 75/17 82/18
contract [3] 44/6 55/23 103/10

contractor [2] 55/22 55/25
contractors [3] 55/5 114/5 141
contractual [1] 102/23
contribute [2] 13/10 57/25
contributed [2] 29/8 96/24
contributes [2] 30/19 58/2
contributing [1] 38/18
contribution [6] 25/24 25/24 25/24 70/9 88/2 88/5
control [6] 38/10 38/16 71/1 84/10 105/16 105/21
conundrum [1] 130/10
convenient [1] 136/3
Convention [2] 115/8 115/13
conversation [2] 100/17 136/8
conversations [2] 100/18 121/4
cooperation [2] 12/2 58/14
cooperative [1] 21/23
coordination [1] 15/7
copper [3] 14/6 46/5 60/17
copy [4] 22/24 48/7 127/8 127/25
Coral [1] 3/24
corporate [9] 62/6 62/14 62/15 62/17 62/18 62/23 64/4 64/13 67/16
corporation [7] 2/18 19/5 19/5 62/16 62/20 87/11 87/14
corporations [1] 62/17
Corpus [2] 34/10 43/8
Corpus Christi [2] 34/10 43/8
correct [7] 30/1 111/21 111/25 113/11 114/20 121/4 137/12
corroded [2] 46/3 46/5 47/20
corrosion [4] 46/1 47/17 60/17 119/20
cost [5] 27/23 55/19 114/23 115/3 132/2
costly [1] 30/25
costs [22] 25/9 27/11 27/14 27/14 27/15 27/16 56/3 69/12 69/24 69/25 84/24 85/10 85/14 85/22 88/2 92/22 97/2 101/1 112/25 115/7 120/20
cottage [1] 32/4
could [31] 16/9 16/13 19/23 21/9 25/5 35/6 36/14 38/18 39/12 52/1 59/24 63/2 66/2 67/24 68/6 69/11 70/17 74/13 74/14 74/22 75/14 78/24 92/10 112/8 113/13 122/8 122/11 130/4 130/14 130/18 134/7
couldn't [12] 21/13 21/14 21/17 21/20 21/21 35/19 44/2 45/24 55/8 83/4 102/22 103/1
counsel [35] 6/9 8/3 8/22 10/13 11/23 12/11 13/12 15/4 15/5 19/11 21/24 25/9 25/10 25/10 29/6 32/9 43/15 43/19 58/15 73/2 73/13 75/6 76/4 87/3 88/9 91/14 92/23 93/23 94/11 100/7 115/6 125/17 127/4 137/1
count [2] 72/1 82/9 82/10 85/11
countless [2] 15/12 72/18
countries [1] 64/12
country [12] 7/1 16/2 21/11 39/19 43/12 67/21 99/2 99/9 99/18 100/2 100/4 101/18
County [2] 42/23 125/5
couple [9] 8/23 38/2 41/16 53/5 53/12 56/10 90/13 122/14 128/9
coupon [2] 25/17 53/15
course [4] 19/17 66/1 71/11 74/16
court [168]
Court's [9] 10/9 10/25 15/22 18/14 84/10 91/16 92/8 122/1 126/20
Court-appointed [1] 100/16
Court-approved [2] 53/21 53/23
courteous [1] 100/8
courtroom [17] 6/16 7/16 8/8 11/15 20/6 20/10 20/12 20/15 21/2 21/15 49/20 66/8

**C**

courtroom... [5] 68/21 90/10 121/18
128/22 129/17
courts [15] 7/3 7/5 10/1 10/2 11/19 15/14
17/10 44/24 44/25 92/2 97/21 106/15
111/3 111/7 111/8
Cousins [1] 3/17
cover [3] 29/6 60/24 93/21
coverage [27] 81/20 82/2 86/15 86/16
92/3 97/14 97/14 97/22 101/17 101/20
101/22 101/24 102/1 102/10 102/15
103/18 118/14 131/8 131/22 132/3
133/12 133/13 134/24 135/14 135/16
135/17 135/18
covered [5] 84/24 85/23 104/17 105/2
119/22
covers [2] 30/20 57/22
CPSC [6] 28/17 41/17 52/2 70/25 105/12
105/13
create [4] 15/19 32/9 124/15 125/20
created [2] 58/4 113/9 125/22
creates [1] 61/15
creating [1] 14/21
credit [3] 57/14 85/7 85/8
credited [1] 86/5
creditors [2] 62/16 62/16
critical [2] 9/23 18/8
cross [2] 41/12 110/16
cross-examined [1] 41/12
crucial [1] 82/18
crucible [1] 41/10
crystal [1] 130/5
culminated [1] 52/14
curators [1] 15/6
current [1] 121/4
currently [2] 23/4 23/4
customer [1] 65/11
customers [4] 47/4 57/18 65/25 76/6

**D**

dad [2] 69/4 69/4
daily [1] 41/8
Dallas [1] 43/3
damage [13] 13/19 35/22 36/4 46/7
46/10 52/3 61/6 69/21 70/20 107/16
108/3 130/24 131/23
damaged [4] 30/14 36/2 36/2 120/8
damages [15] 23/20 29/13 29/14 30/9
34/22 96/18 96/20 107/19 118/19 123/21
124/5 124/12 124/15 132/2 132/19
Darden [1] 2/11
date [3] 26/17 27/11 127/15
dates [2] 9/10 134/19
Daubert [1] 30/23 30/25
Dave [1] 22/6
DAVID [4] 2/18 3/23 87/11 125/1
Davis [1] 21/24
Dawn [2] 11/18 48/24
day [8] 11/6 32/1 41/5 44/14 46/22 74/9
74/24 97/7
days [4] 46/12 47/25 116/1 125/15
de [1] 67/11
de novo [1] 67/11
deadline [1] 127/20
deal [20] 12/23 13/3 15/24 19/10 23/24
27/4 46/21 61/18 92/15 94/5 94/10 94/12
99/11 104/17 104/20 109/14 125/25
127/16 127/18 136/4
dealing [5] 31/11 51/12 97/21 105/22
108/24
dealings [1] 99/14
deals [1] 99/14

dealt [5] 78/12 99/7 99/8 107/14 107/21
Dean [2] 13/1 20/25
deaths [1] 38/18
debts [1] 62/7
decades [1] 82/24
deceitful [2] 49/7 49/8
deceiving [1] 49/6
December [1] 18/17
December 20 [1] 18/17
decent [1] 69/6
decide [4] 84/11 93/12 103/8 112/5
decided [5] 68/8 97/13 101/2 102/4
122/13
deciding [1] 91/22
decision [7] 26/16 26/24 27/6 27/7 31/24
35/22 64/6
decisions [4] 31/24 83/13 101/19 101/21
declare [1] 118/14
declines [1] 130/25
dedicated [1] 43/14
deducted [1] 55/19
deduction [1] 55/13
deductions [1] 55/18
deep [1] 62/22
default [1] 17/1
defeats [1] 19/4
defect [6] 51/17 51/18 60/9 75/13 77/12
77/15
defective [4] 17/16 59/17 59/19 75/11
defend [1] 62/21
defendant [13] 10/21 34/1 36/4 45/23
47/13 47/14 76/5 100/3 112/4 112/6
113/14 115/13 118/6
defendants [49] 1/21 3/7 10/20 12/18
12/20 12/21 14/17 14/24 16/20 17/9
18/23 19/3 21/22 22/3 33/25 35/7 35/16
37/12 50/7 51/4 52/11 57/14 58/16 58/24
59/20 64/16 68/13 72/9 72/10 77/14 79/7
87/15 91/23 94/17 94/18 96/24 98/23
99/1 100/22 101/2 101/9 101/16 102/16
104/3 107/2 110/14 129/3 130/3 134/14
defendants' [1] 97/2
defense [8] 6/14 46/18 51/10 59/16
62/22 63/23 120/18 120/20
defenses [19] 59/19 66/6 66/8 66/10
66/13 66/20 67/16 67/24 68/7 71/9 71/18
75/18 77/10 92/1 98/11 109/17 131/8
133/13 134/24
defer [2] 9/9 105/3
defined [2] 119/18 119/21
definitely [2] 123/13 127/3
definition [3] 42/17 113/8 120/11
degree [2] 62/18 92/17
deign [1] 45/2
delay [1] 132/22
delays [1] 91/1
delivered [1] 60/6
delivering [1] 22/1
demand [1] 13/25
demands [1] 63/16
demonstrate [1] 44/2
Denver [1] 43/7
deny [2] 86/18 135/14
denying [2] 16/25 106/20
Department [2] 71/1 71/2
departments [1] 106/7
depending [3] 70/16 78/16 122/10
deposed [1] 47/24
deposition [6] 34/20 44/7 45/7 45/21 47/1
125/12
depositions [10] 16/1 28/6 40/9 40/12
40/13 50/1 62/24 72/17 77/3 90/20
Depot [5] 37/24 46/17 46/17 47/12 47/12

Depot's [1] 45/24
Depot[3] 24/21 73/5
deputy [1] 21/49
described [1] 87/22
deserving [1] 43/14
designated [2] 14/19 24/25
designed [1] 18/18
despite [9] 21/16 72/1 75/19 77/17
106/12 106/25 107/9 108/10 114/12
destroy [1] 86/20
detail [2] 75/12 76/13
detailed [3] 16/3 17/21 17/24
determination [2] 132/7 134/11
determine [6] 19/11 67/12 124/5 131/11
132/24 135/10
determined [2] 25/14 67/10
determines [1] 131/20
detriment [1] 42/8
Deutsch [1] 3/14
develop [1] 16/8 58/13
developed [1] 9/16
developer [1] 10/23
developers [1] 101/10
Devlin [1] 32/5
Dial [1] 2/21
did [39] 9/6 24/13 26/11 31/5 35/13 38/7
39/16 40/21 41/17 43/21 47/15 52/10
59/24 60/10 60/16 60/16 64/18 64/20
65/19 66/12 66/16 66/22 77/5 77/22 79/8
82/6 93/1 96/2 97/12 114/17 121/9
121/23 122/16 125/16 129/15 129/15
130/20 131/3 136/16
didn't [27] 20/25 24/22 26/10 30/10
33/24 34/13 35/18 45/5 45/20 45/22 47/3
47/6 48/23 54/24 55/5 55/5 73/23 95/10
95/13 102/23 102/23 102/24 103/10
103/11 105/19 117/13 125/20
Diet [1] 108/5
Diet Drugs [1] 108/5
difference [1] 97/22
different [20] 12/15 12/15 23/24 36/19
56/10 56/11 60/19 85/2 93/13 95/5 101/9
101/16 108/2 109/3 109/11 111/19 112/1
112/7 118/11 135/7
difficult [5] 37/17 51/15 69/18 76/18
102/13
difficulties [2] 116/8 127/6
difficulty [4] 71/25 72/8 97/16 115/18
diligence [3] 52/24 95/19 96/6
dime [1] 85/17
diminish [1] 134/11
dire [1] 94/13
direct [1] 23/11
directed [4] 39/14 40/10 40/22 117/12
direction [1] 129/11
directly [1] 99/7
disadvantages [1] 97/25
disagree [1] 134/25
disappoints [1] 48/25
discharge [1] 35/19
discharges [1] 85/1
disclose [1] 34/4
disclosed [1] 65/23
discounted [1] 29/24
discourse [1] 39/17
discoverable [1] 77/15
discovered [4] 34/14 72/20 75/14 75/15
discovery [8] 44/14 72/15 76/22 77/1
91/17 108/20 109/7 118/21
discuss [8] 8/4 8/23 28/17 28/18 37/19
40/24 75/12 130/17
discussed [5] 88/9 91/18 97/3 98/7
125/13

**D**

discussing [1] 74/2
discussions [4] 41/4 41/6 41/8 108/25 105/21
Disease [5] 38/10 38/16 70/25 105/16 105/21
dislike [1] 97/19
dispense [2] 11/16 11/21
disposed [1] 82/23
disproportionate [1] 115/2
dispute [1] 82/3
disruption [1] 55/11
dissect [1] 122/4
distinct [1] 47/11
distinguishes [1] 36/6
distributed [3] 46/18 75/10 75/11
distribution [2] 51/8 65/10
distributor [1] 75/9
district [4] 1/1 1/2 1/12 43/3 44/23 44/24 137/10 137/10
divide [1] 93/13
dividend [1] 63/25
do [80] 6/24 7/16 9/11 10/9 11/9 11/22 13/9 19/14 20/3 21/8 23/8 24/22 27/7 27/8 28/24 28/25 29/4 29/25 32/9 32/9 32/14 33/2 33/13 33/19 37/21 42/3 42/14 42/18 45/2 48/4 48/23 54/14 55/7 55/20 61/24 64/13 64/23 65/10 66/22 66/7 68/8 69/15 83/18 83/24 84/22 84/23 85/25 87/1 87/4 93/10 93/17 94/17 104/21 104/22 107/24 112/9 112/10 113/14 115/7 115/10 117/3 118/2 118/21 119/8 119/13 120/14 120/17 122/7 123/16 123/24 124/13 125/10 125/14 127/3 127/7 128/3 129/24 132/24 135/25 137/11
doable [1] 16/11
docket [4] 1/5 8/10 67/4 122/1
doctor [2] 47/21 47/23
document [6] 38/11 38/14 39/2 39/4 39/5 125/7
document 16188-2 [1] 39/4
documents [6] 39/5 59/12 62/24 108/22 111/17 111/17
does [22] 9/14 24/6 27/7 29/16 33/2 33/13 53/18 55/25 61/24 65/2 65/21 66/22 69/8 71/3 72/22 80/19 80/22 117/22 119/18 120/10 129/23 132/14
doesn't [20] 24/8 34/17 36/12 36/12 47/16 47/19 49/4 61/21 82/9 84/3 92/6 113/2 120/2 121/17 122/23 123/15 129/23 133/6 133/7 134/10
dog [1] 62/11
doing [2] 29/22 65/25
dollar [1] 64/1 67/23 69/21 70/1
dollars [4] 113/1 113/3 114/23 122/19
domestic [1] 72/10
don't [55] 15/17 18/11 19/19 26/15 33/4 36/21 36/22 42/6 44/16 46/6 46/23 47/8 48/2 48/6 49/24 55/18 59/9 59/9 61/14 61/23 69/10 69/25 69/25 70/24 71/2 74/18 83/10 94/2 94/4 94/24 95/17 95/20 100/10 102/9 109/10 111/3 114/5 116/11 116/18 119/21 119/24 120/4 120/11 120/21 122/3 122/7 123/17 125/8 125/19 126/1 128/2 130/24 133/3 134/23 135/20
Donald [1] 3/21
done [31] 9/5 9/19 9/25 11/15 11/19 12/25 16/12 18/13 21/3 21/13 21/14 21/17 21/21 21/21 29/22 32/23 35/1 52/25 54/11 56/20 59/13 68/6 74/24 77/14 80/17 84/5 84/5 84/15 116/22 126/3 135/21

**Douglas** [1] 3/21
down [2] 122/12 136/7
downstream [2] 16/16 16/17
Doyle [4] 4/1 137/9 137/17 137/17
dozen [2] 12/13 12/13
dozens [1] 15/10
draft [1] 121/8
dragged [1] 35/8
Drang [1] 66/14
dream [1] 49/9
dreams [2] 49/9 49/10
drier [1] 60/18
driven [2] 105/14 113/4
driving [1] 120/17
Drugs [1] 108/5
drum [1] 45/16
drywall [91] 1/5 6/8 13/20 14/3 14/5 14/14 14/21 15/8 17/6 17/8 17/17 17/18 17/18 18/19 18/21 23/19 23/22 24/2 24/3 25/12 25/14 28/9 30/15 33/23 34/22 35/25 38/1 38/18 39/13 40/11 45/23 46/15 46/17 46/19 47/2 47/8 47/10 47/12 47/17 51/6 51/20 53/18 53/19 53/22 53/22 53/24 54/2 54/3 54/5 54/23 55/2 55/9 55/10 56/22 60/22 65/9 65/16 66/1 66/2 66/19 66/23 70/11 75/9 75/10 75/11 75/14 76/6 77/13 85/21 87/16 87/17 87/25 96/15 96/19 97/8 99/17 101/25 103/4 103/12 105/10 105/14 105/18 105/20 106/12 106/18 106/21 108/9 110/5 112/18 119/17 119/25
drywall-related [1] 97/8
due [9] 31/2 52/24 60/4 72/8 73/9 95/18 121/14 121/16 135/14
Duggan [1] 21/25
duly [1] 19/9
DUPLANTIER [4] 2/8 22/5 75/5 132/11
Duplantier's [1] 80/3
duration [5] 32/14 71/24 72/6 76/18 91/13
during [2] 13/21 17/25
Durkee [11] 3/23 3/23 23/8 23/10 23/13 23/14 31/16 42/5 104/24 125/1 125/2
Durkee's [1] 125/18
dust [1] 53/24

**E**

e-mails [1] 38/20
each [10] 13/4 13/6 28/22 90/13 99/13 101/13 110/2 112/6 113/14 116/9
earlier [5] 17/24 38/13 91/21 105/12 121/12
early [3] 52/2 111/8 111/15
easily [1] 82/23
East [1] 13/24
EASTERN [3] 1/2 44/24 137/10
easy [3] 8/10 37/15 61/5
ECF [1] 22/1
economic [5] 57/22 64/13 64/14 70/8 70/19
effect [5] 18/24 85/15 86/20 111/17 115/19
effected [1] 55/23
effects [5] 51/19 105/9 106/18
effort [2] 7/23 125/11
egg [1] 46/1
eight [1] 104/12
either [16] 11/4 11/7 11/23 15/4 16/2 27/5 37/24 52/21 73/13 99/7 102/21 102/23 108/22 108/24 111/14 116/17
ELDON [1] 1/11

**electrical** [1] 54/5
eliminate [2] 21/8 78/24
eliminates [1] 22/21
eloquent [4] 49/1 49/2 125/12 127/5
eloquently [1] 75/13
else [13] 13/13 27/17 35/16 46/19 63/5 71/12 84/13 94/9 99/4 101/13 124/22 127/21 135/18
elsewhere [1] 68/5
Emanuel [1] 3/4
Embry [1] 44/4
emits [2] 17/18 17/19
emotions [1] 47/21
Emperor's [1] 49/2
emphasize [3] 60/14 125/10 131/10
enable [2] 114/10 132/21
encouraged [1] 16/12
end [5] 11/6 71/21 74/9 74/21 104/8
ended [4] 7/12 30/5 61/4 99/16
endorsed [1] 49/13
enemy [1] 68/4
enforce [2] 65/6 71/16
enforceable [3] 132/18 133/19 133/22
enforced [2] 83/12 83/12
enjoy [1] 24/18
enormously [1] 61/10
enough [9] 24/5 66/6 95/13 100/5 100/15 105/24 114/7 114/9 136/22
enter [5] 42/22 76/5 79/8 81/11 108/25
entered [12] 17/11 17/22 18/2 18/18 18/24 41/13 54/4 72/21 77/18 78/11 87/15 88/21
entering [2] 51/21 78/9
enterprise [1] 63/14
enterprises [1] 63/21
entertained [1] 52/22
entertains [1] 108/19
entire [10] 11/4 28/10 39/5 61/16 76/8 78/24 79/6 79/20 81/14 94/5
entirely [1] 26/24
entirety [2] 129/8 131/23
entities [23] 2/4 2/20 3/1 16/16 16/17 16/20 16/23 17/4 17/5 17/8 17/11 18/2 18/17 18/23 18/25 19/5 66/15 66/16 90/15 91/6 95/8 96/9 99/24
entitled [4] 44/9 49/15 69/17 137/14
entity [1] 90/25
Entrench [1] 68/3
entries [1] 15/12
environment [1] 39/1
environmental [5] 38/15 56/1 105/16 106/5 106/6
EPA [2] 38/10 70/25
equally [1] 91/15
equitable [1] 93/15
erected [1] 67/25
Ernest [1] 34/9
escrow [8] 11/3 82/9 82/11 82/23 84/3 84/7 84/8 84/14
especially [5] 35/9 103/17 112/2 113/12 123/2
Espino [1] 3/1
ESQ [21] 1/16 1/19 1/22 2/1 2/4 2/5 2/8 2/12 2/15 2/18 2/21 3/1 3/5 3/8 3/11 3/14 3/17 3/20 3/23 5/23 5/24
essence [4] 107/15 123/13 130/23 132/22
essential [1] 7/4
essentially [1] 85/15
establish [2] 13/3 77/12
established [2] 7/19 28/14
establishes [1] 28/24

**E**

establishment [1] 9/22
estimate [2] 25/20 25/22
etc [2] 9/3 9/10
Europe [3] 64/11 64/12 64/18
European [5] 64/7 64/9 64/15 64/21
64/22
evaluate [1] 97/5
even [24] 24/2 39/9 45/2 45/25 46/23
55/18 58/13 60/10 63/23 64/19 67/1 93/7
94/2 100/8 101/7 103/13 105/24 113/5
116/4 122/8 123/5 128/4 133/8 136/18
event [1] 107/4
ever [6] 37/17 45/16 61/7 64/1 64/3
112/2
every [12] 8/8 28/22 36/19 41/5 57/4
62/12 70/1 85/17 86/3 90/25 103/3 110/6
everybody [11] 27/5 35/16 91/5 92/11
94/8 97/11 99/4 101/13 112/4 116/15
128/15
everyone [6] 13/13 15/20 66/8 73/19
92/1 109/7
everything [11] 15/19 22/8 69/10 69/16
69/17 71/13 74/13 108/3 126/3 128/16
134/8
evicted [1] 23/18
evidence [17] 17/25 35/9 37/19 38/6
38/23 47/7 51/1 56/24 58/25 59/11 60/3
70/23 71/3 107/10 108/7 120/9 128/4
evident [2] 71/24 83/6
examined [1] 41/12
example [4] 58/18 81/18 96/14 119/18
exceedingly [1] 68/10
excellent [2] 8/9 11/20
except [1] 37/25
exceptionally [1] 13/25
excess [4] 78/15 80/13 114/23 130/6
exchange [1] 39/16
exclusion [3] 26/8 101/22 101/24
excuse [2] 120/14 122/23
exercise [2] 123/6 128/11
exercised [1] 79/1
exhausted [10] 81/13 81/21 82/2 82/8
83/7 84/1 86/15 86/16 118/15 135/10
exhaustion [13] 81/7 82/10 83/21 83/21
84/18 85/11 86/5 119/15 119/17 119/22
120/16 120/22 135/9
exhaustive [1] 77/1
exhausts [1] 83/2
exhibit [8] 22/12 22/14 22/15 22/17 37/22
127/9 128/1 128/2
Exhibit 26 [1] 37/22
Exhibit 75 [1] 22/12
exhibits [19] 19/16 22/11 22/12 22/18
37/22 58/25 59/2 59/3 127/8
exist [4] 23/4 45/5 66/17 119/1
existence [3] 76/15 107/10 107/23
existing [2] 60/5 63/5
expect [4] 21/1 58/7 58/14 123/7
expedited [4] 121/20 121/21 121/24
123/13
expense [5] 32/14 72/5 91/13 100/25
116/9
expenses [9] 29/2 30/3 30/4 55/24 85/10
86/1 88/12 91/3 92/21
expensive [5] 93/19 112/25 113/10 116/6
116/12
experience [1] 7/9
experienced [1] 13/2
expert [2] 64/22 113/4
experts [3] 31/3 41/11 71/6
explained [5] 24/21 73/2 75/13 78/22
79/2
explaining [3] 77/23 98/5 127/23
exported [1] 13/23
exporters [1] 14/16
exposure [3] 35/12 127/4 134/6
express [1] 80/20
expressed [2] 19/23 111/8
expressing [1] 127/5
expression [1] 10/8
extended [1] 134/20
extension [1] 136/25
extensive [7] 19/17 95/18 99/14 102/1
109/7 126/17 129/18
extensively [2] 80/22 125/19
extent [6] 85/19 85/24 97/16 107/20
118/2 128/5
Exterior [17] 2/7 2/11 12/5 19/4 75/5
75/15 75/16 75/23 76/5 76/7 77/8 77/9
77/12 77/16 77/18 78/10 79/15
Exterior's [1] 75/18
extort [1] 43/21
extortion [1] 42/16
extraordinary [2] 72/7 115/17
extreme [2] 96/13 103/12
extremely [6] 21/22 58/16 98/8 100/8
103/16 105/25
exuding [1] 60/24
eye [2] 14/10 38/24

**F**

fabulous [1] 70/3
face [6] 15/14 39/16 39/16 71/19 80/18
120/11
face-to-face [1] 39/16
faced [2] 61/25 64/2
facilitated [1] 16/4
fact [29] 16/4 17/22 21/16 40/19 59/17
60/10 60/21 61/25 71/18 72/9 78/5 82/15
84/2 101/5 102/15 103/25 106/19 107/24
108/1 108/10 115/14 116/1 118/13
119/10 119/17 122/22 134/10 134/23
135/15
factor [13] 32/25 38/19 69/7 72/22 76/17
76/23 77/5 77/21 77/25 102/8 115/21
115/23 123/15
factors [12] 32/13 32/25 68/24 71/23
76/14 76/15 88/8 91/7 91/9 98/17 100/10
108/13
facts [7] 41/11 62/9 63/3 72/20 97/11
113/25 133/24
factual [2] 15/9 22/20
factually [1] 29/12
failed [1] 130/16
failure [2] 14/7 59/23
failure-to-warn [1] 59/23
fair [19] 9/12 50/16 53/1 57/20 59/6
74/11 76/12 78/21 79/21 84/25 88/20
108/13 117/24 132/13 132/25 134/16
135/11 135/12 136/22
fairer [1] 93/15
fairly [1] 71/23
fairness [1] 1/11 6/20 8/15 41/20 52/16
68/25 74/7
faith [4] 88/21 126/4 131/19 132/19
fall [8] 50/22 52/15 52/20 52/21 56/14
56/23 130/2 134/3
FALLON [7] 1/11 6/11 8/7 11/13 37/3
49/25 128/19
falsely [1] 42/15
familiar [4] 38/20 84/6 91/4 108/18
families [1] 36/8
family [2] 17/21 114/24
far [4] 58/10 73/5 92/25 113/25
Farina [8] 7/12 7/15 8/8 21/14 37/4 56/8
56/11 58/8
Farina's [1] 50/8
fashioned [1] 17/25
fatal [1] 105/7
father [1] 45/15
fault [5] 59/22 61/3 103/5 103/8 103/12
favor [1] 17/20 32/15 65/25 108/7 114/2
131/21
favorable [3] 92/19 98/2 98/3
FCRR [3] 4/1 137/9 137/17
fear [1] 34/17
February [3] 38/5 127/15 127/16
February 2011 [1] 38/5
federal [14] 7/2 7/4 10/2 10/2 14/13
14/20 15/7 44/25 88/23 100/1 105/17
105/22 106/9 116/11
fee [13] 25/9 25/10 25/10 26/1 26/7
37/6 43/1 44/6 44/16 44/18 44/19 45/4
55/19
feel [6] 19/19 23/15 127/13 133/20 136/9
136/10
feeling [1] 15/15
feels [1] 136/19
fees [17] 26/22 27/4 27/7 29/6 30/17
30/20 30/23 49/9 49/11 55/12 55/14
55/16 56/3 67/20 69/23 88/12 97/2
feet [1] 13/22
felt [2] 78/13 79/1
FEMA [1] 23/21
fender [1] 36/1
fer [1] 109/15
few [3] 50/11 51/6 99/20
fiberglass [1] 65/3
fide [1] 23/14
fides [1] 32/20
fifth [8] 8/21 17/3 32/13 43/4 48/18 66/11
77/21 122/13
Fifth Circuit [7] 8/21 17/3 32/13 43/4
48/18 66/11 122/13
fifty [1] 26/4
fight [2] 13/4 119/12
fights [1] 95/25
figured [1] 112/9
figuring [2] 51/11 51/11
file [10] 15/16 37/19 37/19 47/19 48/1
73/6 73/17 82/6 108/19 112/20
filed [19] 8/12 14/24 22/1 24/1 26/18
28/12 32/2 43/7 43/15 44/1 44/14 88/14
88/16 108/23 109/25 111/11 111/12
121/19 125/4
filing [6] 14/12 23/3 42/24 43/11 105/13
128/3
fill [1] 67/4
filled [1] 58/7
filling [1] 9/9
finagling [1] 63/20
final [13] 6/19 10/8 11/10 19/9 22/3
38/5 39/23 53/8 54/18 67/1 73/20 96/11
98/18
finally [6] 63/22 66/6 103/20 107/12
112/9 114/21
financial [1] 63/10
find [11] 33/15 38/18 41/2 45/18 79/20
81/13 84/25 88/20 112/18 112/21 116/11
finding [14] 64/10 64/17 81/11 82/1
86/16 92/3 101/20 101/21 102/14 103/18
106/3 119/10 119/12 120/22
findings [5] 16/4 17/21 40/19 106/4
133/18
finds [2] 112/13 112/14
fine [4] 89/3 114/17 126/22 128/25
finger [1] 101/13

## F

fingers [3] 48/9 116/14 116/14
finished [3] 16/7 98/6 127/24
finishes [1] 56/1
Finn [1] 2/11
firm [4] 2/1 23/8 40/18 45/17
firms [1] 76/20
first [43] 7/10 8/1 9/16 13/15 17/11 19/25
 37/6 40/9 40/11 40/23 41/5 42/5 45/10
 47/9 48/12 50/7 52/7 53/20 54/10 58/22
 59/21 62/4 63/4 66/4 67/8 76/5 76/7
 78/12 79/11 82/22 93/16 98/20 104/7
 105/7 112/12 113/20 116/24 119/6 129/3
 129/22 130/14 133/9 135/2
Fishbein [1] 1/18
fit [1] 114/5
five [14] 21/2 22/3 24/10 31/7 31/8 38/8
 39/6 41/18 74/4 74/18 104/13 105/13
 106/12 114/14
fix [2] 69/20 70/2
fixed [4] 75/1 102/21 104/10 107/18
fixes [1] 60/24
flat [1] 116/1
Fleming [1] 21/25
flimflam [2] 62/18 62/23
Floor [2] 2/9 2/18 3/5 3/9
Florida [19] 3/2 3/12 3/24 7/22 9/17 14/2
 21/16 28/8 33/7 33/10 43/17 43/20 43/25
 71/1 101/21 103/6 106/7 106/22 125/5
flowed [1] 56/16
focus [3] 27/2 68/25 69/4
focused [4] 16/16 50/22 52/23 110/25
focusing [2] 50/12 69/1
fold [1] 9/13
folks [13] 20/8 38/21 53/2 54/6 55/10
 56/19 61/21 71/4 93/24 94/11 94/12
 95/22 96/9
followed [2] 8/8 83/12
following [6] 6/3 6/20 19/3 90/3 112/14
 131/20
follows [2] 16/18 131/13
foot [2] 24/7 26/4
forbid [1] 81/18
force [2] 68/4 105/18
foreclosure [1] 29/13
foreclosures [2] 30/5 57/23
foregoing [1] 137/11
foreign [5] 63/14 63/21 72/9 115/18
 116/4
foreign-owned [1] 63/14
foreseeable [1] 60/21
foreseen [1] 59/25
foreshadowed [1] 51/25
form [3] 19/21 46/18 62/15
formaldehyde [2] 60/23 60/24
formaldehyde-exuding [1] 60/24
formally [1] 127/10
format [1] 113/6
forms [3] 37/20 51/2 51/9
formulate [2] 9/21 96/7
formulated [1] 18/4
Fort [1] 96/16
Fort Myers [1] 96/16
forth [4] 28/23 53/2 119/14 125/6
fortifications [1] 68/4
fortunate [1] 7/6
Fortunately [2] 62/22 65/7
forum [3] 42/24 101/18 135/23
forums [1] 100/5
forward [16] 39/3 53/7 58/14 74/24 81/15
 82/19 104/12 107/4 107/6 109/2 109/6
 114/14 124/17 130/11 134/6 134/11

fought [3] 72/19 91/10 91/25
found [26] 15/10 20/23 35/18 35/18 41/1
 42/23 43/6 43/23 75/10 101/23
 106/17 106/22 108/6 108/8 120/6 131/15
 131/17 131/18 132/18
foundation [1] 106/23
four [14] 8/6 8/9 11/24 25/16 31/7 31/8
 64/11 80/8 80/9 99/13 105/6 110/15
 118/10 119/2
frankly [5] 59/15 61/6 63/22 94/2
fraud [4] 32/12 76/15 91/10 100/11
Fred [1] 21/25
free [2] 30/16 54/2
Freeman [1] 3/8
frenzy [1] 64/2
Friday [5] 117/12 123/7 127/17 127/18
 127/20
Frilot [2] 1/21 68/20
frivolous [1] 43/16
front [5] 23/13 31/8 35/15 95/21 105/13
frontally [1] 129/12
fruit [3] 24/25 25/4 103/10
fulfilled [1] 134/19
full [10] 6/16 40/18 71/10 77/23 83/2
 83/23 84/20 85/7 86/5 113/14
fully [3] 24/22 121/15 123/19
function [1] 58/5
fund [25] 11/4 29/3 29/3 29/7 29/8 29/16
 29/17 30/13 30/21 44/20 57/15 57/21
 57/22 58/1 58/3 58/3 58/6 58/10 70/8
 70/14 70/18 71/3 84/7 84/8 107/9
funding [1] 28/1
funds [4] 29/17 58/3 93/13 107/3
further [4] 12/9 25/6 74/2 129/1
future [6] 34/18 35/13 81/16 106/23
 107/17 107/25

## G

Gables [1] 3/24
gallops [1] 49/10
Galloway [1] 2/7
game [3] 62/19 109/10 122/23
Garcia [5] 34/12 40/13 42/13 45/7
 126/17
gases [1] 17/18
gassing [1] 60/21
gave [3] 21/4 51/25 125/12
Gee [1] 37/14
Gehring [1] 90/16
general [6] 14/2 15/15 36/2 36/3 79/6
 121/13
generally [2] 13/2 112/25
generically [1] 8/18
generous [1] 68/10
generously [1] 68/16
genesis [1] 109/3
gentleman [1] 2/6
gentlemen [2] 6/5 90/5
Georgia [2] 2/23 34/3
German [9] 17/5 20/13 24/12 66/14
 66/21 66/25 67/12 67/17 67/18
German-based [1] 17/5
Germano [4] 28/12 40/21 40/23 72/17
Germany [9] 20/8 28/7 62/7 67/3 67/5
 67/8 67/11 67/20 67/23
get [64] 9/5 9/24 12/22 14/17 18/11
 18/12 21/2 24/17 24/23 25/18 26/22 27/3
 27/11 27/17 27/18 28/5 28/24 28/25
 29/21 29/25 30/3 30/7 30/18 33/15 33/18
 37/5 38/3 41/3 41/8 41/25 46/5 47/15
 54/18 54/23 55/12 55/17 59/4 65/16
 66/25 72/23 73/16 74/15 85/12 85/20
 91/25 92/25 93/9 97/22 100/13 104/10

108/3 112/17 113/10 115/10 116/12
 117/3 117/7 118/3 122/1 123/25 126/9
 128/23 131/24 136/11
gets [7] 48/15 55/9 55/23 56/2 84/11
 84/12 132/14
getting [16] 22/1 24/16 27/2 36/15 48/7
 52/5 55/6 55/17 66/1 73/1 77/23 82/1
 107/18 107/19 107/20 122/17
give [14] 7/7 27/5 33/17 35/16 68/22
 74/14 74/16 113/21 115/15 122/22
 122/23 124/2 127/12 127/13
give-and-take [1] 74/14
given [14] 22/23 31/2 56/17 59/16 62/8
 74/12 107/8 108/22 121/24 122/17
 122/18 125/22 127/25 132/2
giving [2] 45/5 49/17
glad [2] 8/11 49/8
GLICKSTEIN [13] 2/5 5/24 21/15 22/4
 58/21 61/9 68/13 77/5 77/22 87/23 91/21
 127/3 129/2
global [30] 3/7 8/18 18/21 22/7 25/25
 26/6 26/7 28/2 29/15 29/17 33/11 33/11
 33/12 47/14 58/1 70/11 76/5 87/1 98/20
 98/21 98/24 98/25 100/12 102/5 104/1
 104/13 107/2 125/6 129/8 137/2
glory [1] 9/6
go [37] 6/22 8/5 28/22 33/15 39/3 40/15
 40/15 48/18 54/4 55/21 63/19 68/23
 68/24 74/2 74/7 76/13 82/19 83/18 91/4
 91/22 92/10 92/18 93/14 94/13 101/7
 102/22 104/9 110/1 112/19 120/7 124/17
 125/8 130/11 134/2 134/6 134/7 134/11
goal [1] 130/14
God [3] 51/14 71/24 81/18
goes [5] 92/15 93/16 93/17 109/1 121/16
going [68] 8/22 9/12 9/24 11/3 11/16
 20/19 28/17 28/22 30/22 35/2 36/18
 36/18 36/25 37/14 45/6 45/19 47/18
 48/18 48/21 48/21 48/23 54/22 58/3 58/4
 70/1 70/2 70/2 70/13 70/13 71/3 71/14
 71/15 71/16 75/6 75/12 76/13 81/15
 83/15 84/20 84/21 85/4 85/17 85/20
 85/21 86/4 86/8 91/4 91/15 92/15 92/16
 92/19 93/18 95/5 104/4 104/20 115/7
 119/2 119/24 121/22 123/19 124/17
 124/20 125/14 125/25 126/18 128/9
 128/14 130/11
gone [7] 27/21 42/2 56/7 59/12 63/19
 84/13 90/20
good [37] 6/4 6/11 6/13 7/19 8/25 9/12
 10/17 21/6 27/19 50/6 53/19 55/3 55/3
 55/10 58/16 60/2 68/12 69/1 69/6 75/4
 77/6 77/22 80/1 82/25 88/21 90/4 90/8
 94/12 95/7 96/14 103/13 117/19 123/4
 124/24 126/2 126/4 132/19
got [28] 10/18 11/5 33/23 33/23 34/3
 34/4 35/15 35/17 35/17 36/2 36/5 42/21
 45/9 45/25 46/3 47/8 47/25 51/5 51/7
 69/16 88/25 93/3 93/6 103/13 107/5
 108/3 110/10 133/8
governed [1] 15/11
government [5] 38/4 61/20 63/14 63/16
 70/24
gracious [2] 100/5 100/15
grant [2] 10/10 121/24
granted [2] 19/7 88/13
grasp [2] 24/22 24/22
great [18] 7/7 7/14 7/15 7/22 9/25 45/4
 50/9 50/13 52/10 54/18 57/16 58/14 68/2
 74/23 76/13 77/14 96/12 112/21
greater [2] 40/1 41/17
greatest [1] 61/13
Greek [2] 48/12 90/12

G

Greenberg [1] 1/11
Greenville [1] 2/19
Greg [1] 68/17
grille [1] 36/2
gritty [1] 28/23
gross [1] 28/11
grounds [2] 82/6 90/23
group [18] 8/10 16/19 16/19 17/4 19/6
54/11 62/6 62/9 62/25 63/1 63/4 63/8
64/18 65/1 66/9 67/24 100/3 114/1
groups [5] 16/15 16/16 16/17 16/18
101/9
guess [1] 133/22
guidance [2] 39/6 39/21
guilty [2] 43/20 45/16
Gulf [3] 13/24 41/1 60/11
Gunn [1] 2/21
guy [3] 34/16 45/11 107/5
guys [3] 33/7 48/17 65/14
gypsum [6] 13/22 16/21 60/7 60/22
60/25 120/5

H

had [64] 10/25 20/7 21/8 25/12 26/1
27/17 27/20 28/5 31/18 31/19 33/25 34/8
34/9 34/18 35/17 38/17 40/6 40/11 41/6
41/8 41/12 42/20 43/25 44/2 46/1 47/3
47/18 47/22 48/5 51/6 52/9 52/13 56/15
56/17 56/19 56/20 56/22 61/18 61/19
62/21 62/25 63/9 64/13 64/23 65/10
67/13 73/6 76/6 95/25 99/14 102/14
102/24 103/7 103/18 104/15 116/10
116/22 118/7 121/14 121/14 128/20
129/17 130/5 133/9
hadn't [1] 129/17
Hague [3] 115/8 115/13 116/7
half [2] 6/21 42/2
hall [6] 2/14 7/21 9/24 10/3 32/3 49/23
hallmark [1] 58/17
hammers [1] 24/4
hand [3] 7/22 22/24 131/18
handle [6] 8/9 8/24 11/14 12/23 23/10
84/23
handled [3] 21/12 35/14 115/4
handling [3] 7/9 36/8 86/1
hands [1] 25/16
hanging [3] 24/25 25/4 94/19
happen [5] 61/21 86/23 93/16 119/25
124/6
happened [4] 59/25 61/14 100/14 102/13
happening [3] 34/18 84/4 85/25
happens [7] 66/4 67/5 92/8 92/23 98/4
116/3 122/10
happy [15] 7/12 9/3 9/23 21/12 41/20
41/21 41/21 50/15 108/15 110/19 110/19
111/1 113/16 116/25 125/23
hard [11] 9/7 13/4 43/15 72/19 91/10
91/25 94/7 96/6 127/8 134/12 134/15
hard-fought [1] 72/19
hard-working [1] 43/15
hardship [1] 115/1
Harrell [1] 106/22
has [147]
Haseltine [1] 93/7
hasn't [5] 32/24 47/21 109/18 115/5
115/8
hat [2] 61/17 61/18
have [342]
haven't [2] 86/15 134/17
having [16] 21/6 22/20 24/4 33/20 34/5
57/4 58/11 59/10 59/12 77/2 93/14 93/15

97/17 113/6 115/19 120/20
Hawthorne [2] 1/11 2/4
Haynsworth [1] 2/17
HB [1] 4/1
HB-406 [1] 4/1
he [129] 7/10 7/12 7/14 7/18 8/24 11/15
12/8 22/15 22/16 22/16 32/1 32/2 32/2
32/3 33/3 33/3 33/4 33/6 33/6 33/8 33/13
33/13 33/24 33/25 33/25 34/1 34/3 34/4
34/4 34/4 34/7 34/9 34/12 34/14 34/14
34/16 34/25 36/14 36/17 36/17 42/16
42/19 42/20 42/20 43/1 43/20 43/21
43/25 44/1 44/1 44/2 44/3 44/4 44/5 44/9
44/17 44/19 45/3 45/4 45/10 45/16 45/17
45/20 45/20 45/21 45/22 45/22 45/23
45/24 45/25 45/25 45/25 46/1 46/8 46/9
46/9 46/10 46/11 46/11 46/13 46/14
46/15 46/19 47/1 47/2 47/3 47/5 47/6
47/8 47/9 47/11 47/14 47/15 47/15 47/16
47/16 47/17 47/17 47/18 47/18 47/18
47/19 47/20 47/22 47/22 47/22 47/24
48/13 48/13 48/15 48/16 49/1 49/2 49/4
95/12 104/16 106/20 106/22 107/6 107/6
107/7 125/13 127/5 128/23 135/1 136/10
136/10 136/19 136/19
he's [1] 9/25
headaches [1] 14/11
headed [1] 50/19
health [17] 14/9 38/7 38/11 38/15 39/19
46/8 46/9 47/19 71/1 71/2 105/8 105/20
105/23 106/5 106/6 106/8 106/18
hear [10] 15/18 15/19 15/24 19/25 21/4
50/5 113/17 113/20 115/25 136/12
heard [17] 21/6 31/17 45/8 45/10 51/6
61/8 81/3 91/5 91/8 99/5 100/24 117/21
118/4 119/16 123/3 134/4 134/21
hearing [34] 1/11 6/20 8/15 13/15 13/16
17/20 19/7 19/9 19/9 19/10 19/14 22/19
22/22 23/1 28/13 48/6 52/16 68/25 88/15
88/16 90/17 109/1 109/16 117/13 118/18
121/20 121/21 121/24 121/25 124/14
127/19 128/15 136/5 136/18
hearings [3] 15/3 15/21 41/21
hearsay [1] 38/21
heart [1] 74/7
held [7] 6/3 11/3 25/15 27/14 27/15
80/16 90/3
help [5] 7/14 7/15 24/15 27/17 65/16
helped [1] 52/10
helpful [5] 7/22 9/20 9/21 22/13 113/6
her [6] 7/20 29/21 34/7 34/8 34/8 41/7
here [85] 6/15 8/11 10/3 20/8 20/18 21/1
27/16 28/24 29/7 29/20 31/15 31/24
32/11 32/12 36/7 41/18 49/18 51/5 51/7
52/16 52/18 54/16 56/24 57/13 59/15
59/16 60/13 61/13 64/20 68/15 71/3 72/8
72/13 72/14 74/7 74/19 77/2 82/5 82/6
83/10 83/17 83/17 83/18 83/22 84/4
84/15 84/18 85/1 86/1 86/7 86/11 86/13
86/21 86/23 90/14 90/15 91/25 92/24
96/7 97/6 99/6 100/11 105/24 106/10
106/19 106/20 107/15 109/14 110/4
110/9 110/14 110/25 111/13 111/16
111/17 112/6 116/14 122/18 125/21
127/14 127/24 128/23 130/22 132/12
here's [2] 48/7 84/13
hereby [1] 137/11
Herman [19] 1/15 1/15 1/16 5/23 6/11
21/24 22/15 23/10 28/17 35/1 35/10
36/25 37/1 50/20 51/25 52/13 61/8 71/12
105/12
Herman's [1] 57/1
Hernandez [6] 17/15 17/21 18/5 40/17

72/17 114/21
Heroes's [1] 63/25 66/2
heroes [1] 48/13
Hey [2] 47/10 84/13
hide [1] 62/19
high [9] 12/25 13/7 13/25 36/13 60/12
92/18 120/6 131/2 131/12
high-low [2] 131/2 131/12
hijack [1] 43/13
HILARIE [2] 3/11 113/22
Hill [2] 44/18 44/18
him [12] 7/17 20/4 33/14 42/15 45/9
45/12 46/9 46/22 47/2 47/6 68/22 128/23
himself [1] 23/11
Hinkhouse [1] 22/9
hinted [1] 123/6
his [35] 7/12 11/17 21/15 21/24 24/4
24/4 29/21 33/14 34/13 34/15 35/1 36/21
43/8 43/11 43/18 44/10 44/11 44/12
44/15 44/15 45/15 46/3 46/8 46/10 46/14
46/25 47/4 47/20 48/5 48/11 55/23
104/17 104/20 104/20 125/13
history [1] 48/15
hit [1] 101/5
hitter [1] 68/15
hold [2] 36/15 50/2
holder [1] 67/19
holding [2] 63/2 63/24
Holdings [1] 10/13
Holwadel [1] 22/7
home [36] 3/11 14/15 19/6 24/3 25/5
37/24 45/24 46/17 46/17 47/5 47/12
47/12 53/19 53/20 54/2 54/4 54/6 54/7
55/17 56/2 56/20 56/22 56/23 69/20 70/2
87/25 102/21 104/10 110/6 113/17
113/20 113/23 113/24 114/1 114/12
119/19
Home Depot [5] 37/24 46/17 46/17 47/12
47/12
Home Depot's [1] 45/24
homeless [1] 41/1
homeowner [13] 29/20 54/1 55/22 55/23
56/2 56/4 56/16 57/13 74/13 74/14 87/24
93/3 112/12
homeowner's [1] 17/16
homeowners [29] 19/1 55/4 55/4 61/25
69/6 69/16 69/25 70/5 73/3 73/12 74/5
74/8 74/25 76/9 76/12 77/7 77/13 77/19
77/23 90/24 92/11 92/20 94/8 101/6
102/18 114/8 114/16 130/5 134/13
homeowners' [2] 88/3 88/11
homes [45] 9/22 13/20 18/7 18/12 23/19
24/17 24/18 24/23 27/3 28/9 28/25 29/1
29/23 30/3 30/3 30/6 30/7 36/16 41/3
51/13 52/5 52/19 54/12 54/14 54/17 55/2
55/6 56/13 56/15 56/25 57/9 57/15 58/9
70/5 74/25 87/17 88/3 88/11 99/22 110/5
110/7 114/5 114/6 114/10 120/8
Hong [2] 16/2 28/7
Hong Kong [2] 16/2 28/7
Honor [157]
Honor's [6] 11/16 11/20 45/22 53/25
59/14 66/10
HONORABLE [1] 1/11
Honus [1] 96/17
hope [6] 11/7 53/8 53/9 94/13 96/9 126/7
hopefully [8] 7/14 11/4 13/4 31/14 55/10
57/6 104/10 128/15
Hopper [1] 73/8
horse [1] 33/19
host [2] 22/6 35/1
hour [4] 6/22 42/2 42/2 89/4
house [4] 112/13 112/14 112/18 113/2

**H**

housekeeping [1] 117/8
houses [4] 99/20 99/20 104/10 107/18
Houston [1] 3/18
how [24] 13/3 26/24 29/3 31/10 33/13
42/6 45/1 47/15 51/7 58/18 66/2 66/9
69/8 72/1 84/11 93/12 100/17 100/22
104/25 105/22 115/7 115/10 118/22
124/23
however [7] 30/6 42/19 62/12 64/13
86/12 118/23 122/8
HUD [2] 39/23 105/15
Hudgins [1] 2/20
huge [3] 51/7 110/13 132/16
HUGH [3] 2/15 22/6 81/6
Hull [1] 43/7
humidity [1] 60/12
hundred [3] 6/17 74/12 99/2
hundreds [5] 13/22 14/23 15/4 72/17
77/3
hunt [1] 62/11
hurdles [1] 62/1
hurricane [2] 23/20 128/20
hurricanes [1] 14/1
hurry [1] 112/17
Hygiene [1] 106/7

**I**

I'll [13] 7/20 12/7 13/12 19/25 20/21 23/8
48/17 98/8 104/17 113/21 124/8 127/11
127/18
I'm [42] 8/22 9/3 9/23 20/19 28/22 35/24
36/18 36/18 36/25 38/20 43/22 45/6 48/9
48/16 48/17 48/23 49/7 50/15 58/19
67/22 68/14 68/15 76/13 83/14 90/14
91/4 91/15 95/14 101/1 101/18 107/5
108/15 110/15 111/1 111/13 122/4 122/5
125/21 125/25 126/18 128/14 136/5
I've [6] 7/6 9/19 29/20 37/16 94/23 107/5
idea [1] 103/11 115/12
ideas [1] 127/4
identical [1] 43/15
identified [2] 43/19 106/14
identify [2] 55/21 103/1
if [115] 12/7 16/13 18/9 20/1 20/12 24/2
24/2 29/9 29/24 30/4 30/21 31/21 33/18
33/25 36/1 38/25 40/3 40/25 42/20 44/22
45/15 45/18 45/23 46/3 47/17 48/23
49/23 50/2 52/1 54/10 60/18 62/4 63/17
66/6 66/14 66/20 66/24 67/20 74/19
77/11 79/7 79/24 81/7 81/18 83/16 84/8
84/21 84/24 92/6 92/15 92/18 94/4 94/14
95/4 96/11 98/1 101/25 102/12 103/13
105/5 107/6 110/15 110/16 110/20 111/2
112/15 113/1 113/15 116/4 116/14
116/14 116/23 116/25 117/3 118/16
119/9 119/12 119/25 120/7 120/14
120/14 120/21 121/15 122/8 122/25
123/2 123/8 123/14 123/18 123/22 124/6
124/7 124/17 124/19 125/20 125/22
126/9 126/18 127/13 128/23 130/11
130/14 130/24 131/9 131/10 131/14
131/18 131/24 132/5 132/6 132/18
133/18 134/4 134/21 135/15
III [1] 3/8
ilk [1] 53/16
Illinois [1] 43/9
illness [1] 106/13
immediate [2] 88/15 130/23
impact [3] 55/19 118/2 118/23
impacted [1] 51/13
impacts [1] 54/3

impair [1] 118/3
impaired [1] 118/19
impairment [1] 133/6
impasses [1] 72/3
impediment [1] 115/9
impenetrable [2] 68/1 68/1
implementation [1] 68/19
importance [1] 13/9
important [21] 28/19 37/4 39/4 49/14
50/23 51/10 51/21 52/4 56/4 56/15 69/7
76/25 77/4 81/23 88/15 103/3 105/22
106/8 107/8 115/16 115/21
importantly [3] 76/3 79/14 101/11
importers [2] 14/15 101/10
impossible [1] 62/1
Improperly [1] 43/13
in [618]
In Re [1] 80/16
inadequate [1] 32/17
incentive [1] 33/17
inception [1] 14/22
include [6] 50/25 108/10 109/4 110/24
119/18 128/11
included [8] 14/14 16/20 22/18 25/9
25/11 36/3 99/23 130/6
includes [2] 29/13 107/25
including [8] 14/8 15/2 15/10 17/6 41/15
46/14 106/14 106/16
inclusion [1] 60/7
inclusive [1] 25/23
income [1] 57/23
inconvenience [2] 20/25 55/11
incorporate [2] 21/7 32/22
incorporated [1] 22/21
incumbent [1] 130/2
indeed [2] 38/22 80/18
indemnification [1] 131/24
indemnity [2] 104/8 131/11
independent [2] 67/7 91/6
Indiana [3] 65/2 65/18 65/24
indicate [2] 115/17 127/7
indicated [5] 19/13 37/9 38/6 38/17 51/13
indicates [2] 38/1 60/3
indicia [1] 42/21
individual [6] 10/25 14/24 30/22 74/5
104/15 109/4
individuals [4] 101/8 112/19 125/11
129/17
Industrial [1] 106/6
industry [3] 32/4 60/5 65/25
inescapable [1] 95/20
InEx [67] 8/16 19/4 22/6 22/6 25/2 26/2
27/25 27/25 31/9 33/8 57/10 57/11 57/16
65/10 65/11 65/13 65/19 70/15 70/18
73/24 74/1 75/3 75/8 76/10 78/5 78/14
79/25 80/2 80/4 80/6 81/4 81/9 81/17
81/18 81/22 84/19 86/9 86/9 86/14 99/13
117/11 118/1 119/7 119/17 120/14
121/12 121/21 123/19 123/21 124/3
124/4 130/13 130/22 131/1 131/5 131/14
131/15 131/17 131/18 131/21 133/2
133/15 133/15 134/24 135/4 136/16
137/1
InEx's [1] 25/24
information [5] 21/4 39/17 45/5 57/3
124/2
inherent [2] 31/21 98/15
initial [2] 6/20 51/12
initially [3] 52/10 53/3 73/5
inject [1] 114/17
injunction [1] 40/25
injuries [9] 35/13 38/22 38/22 38/22
106/23 107/21 107/25 108/7 108/11

injury [24] 28/19 29/9 29/10 29/12 30/21
30/24 31/3 31/5 31/6 31/9 31/12 35/20
36/3 52/3 57/24 70/21 70/22 71/3 96/19
96/22 104/21 105/5 107/5 107/14
innocent [1] 41/2
input [1] 81/1
inquiry [1] 72/15
insert [1] 22/16
insofar [1] 57/12 97/7
inspect [1] 39/12
inspection [8] 46/13 46/23 47/25 48/3
53/14 53/21 53/21 54/22
inspections [4] 37/18 50/25 51/19 60/17
install [2] 94/24 95/1
installation [1] 14/4
installed [3] 14/3 47/17 106/12
installer [2] 100/3 100/12
installers [15] 8/17 14/14 14/15 19/6
40/10 58/2 70/12 94/19 94/23 94/24 99/1
99/23 101/10 102/19 104/5
instance [2] 60/23 131/25
instances [1] 112/16
instead [5] 29/23 69/1 71/21 99/15 132/8
instructions [1] 51/25
insufficient [1] 93/9
insulation [8] 65/3 65/3 65/8 65/11 65/11
65/14 65/17 65/24
insurance [27] 3/14 3/17 12/15 15/10
25/4 26/8 27/20 27/21 77/19 78/6 78/18
80/11 81/11 81/20 82/13 85/22 86/11
92/14 92/23 94/21 96/2 98/15 102/13
102/14 117/7 117/20 118/10
insured [7] 83/3 130/21 130/24 131/5
131/25 132/20 132/21
insureds [1] 104/5
insurer [5] 83/6 130/6 130/22 130/24
131/22
insurers [20] 8/17 14/16 19/4 70/13 80/7
83/16 84/9 91/25 92/4 92/24 93/1 95/2
98/23 99/3 101/14 101/15 101/25 103/17
130/3 130/7
integral [2] 76/11 87/20
integration [1] 57/9
intend [1] 19/14
intended [1] 123/3
intense [1] 38/8
intensely [1] 38/17
intent [1] 19/23
intentionally [1] 22/14
Interagency [1] 105/17
intercompany [1] 63/7
interdependent [1] 86/11
interest [7] 44/11 56/9 91/12 93/25 126/4
134/13 134/13
interested [3] 19/22 100/23 104/22
interesting [1] 64/6
interests [1] 7/24
Interior [18] 2/7 2/11 12/5 19/4 75/5
75/15 75/16 75/18 75/23 76/4 76/7 77/7
77/9 77/12 77/16 77/17 78/10 79/15
Interior Exterior [1] 75/16
interlink [1] 57/12
intermediate [3] 83/13 132/5 132/9
international [2] 2/15 17/5 76/19
Internet [1] 38/21
interpretation [1] 7/8
interrupt [1] 30/11
intervene [1] 115/14
intervened [1] 39/14
intervening [1] 46/24
interwoven [1] 86/10
into [64] 6/22 7/13 8/6 9/13 11/3 13/14
18/2 18/18 18/24 19/20 19/21 19/23

**I**

Ind... [52] 23/21 24/17 24/18 24/23 27/3
27/10 28/25 28/25 32/11 35/8 35/17
36/16 37/5 37/22 38/3 52/5 53/3 56/2
56/16 58/3 58/25 59/7 60/11 61/17 63/6
63/6 66/3 66/23 70/14 70/17 72/21 76/5
76/13 77/18 78/10 78/11 79/8 82/9 82/11
82/22 84/2 84/8 85/15 88/21 91/22 98/4
99/9 103/24 108/25 121/17 124/12 134/7
introduce [2] 36/25 37/22
introduced [1] 52/20
inventory [1] 51/11
investigate [2] 43/21 44/22
investigated [1] 38/17
investigation [3] 38/9 44/13 105/14
investigator [1] 33/15
invoices [1] 86/2
involve [1] 19/3
involved [28] 12/13 14/13 15/9 28/2
36/20 51/8 58/19 61/7 76/19 80/6 90/19
90/25 91/1 91/3 92/2 92/12 93/24 94/1
94/9 100/22 101/17 105/15 115/19 116/4
116/5 116/9 122/14 126/10
involves [1] 51/5
involving [8] 12/15 12/15 14/20 14/23
17/16 58/1 70/12 90/19
Iowa [3] 43/16 43/18 43/23
Irene [1] 65/13
Irons [1] 3/17
irritation [2] 14/10 38/24
is [413]
isn't [4] 44/18 48/20 132/11 135/24
issue [41] 9/18 10/6 49/11 49/12 49/12
64/20 64/24 78/22 80/15 83/10 83/10
85/12 104/22 104/23 105/4 105/12
106/21 111/5 111/21 113/12 119/5 119/6
120/16 120/17 121/11 125/17 126/1
128/24 129/9 131/10 131/20 132/10
132/11 132/12 133/10 133/10 133/12
133/16 135/9 136/2 136/13
issued [10] 10/25 16/3 16/24 17/21 38/5
39/6 39/21 40/19 101/19 103/7
issues [47] 8/21 12/14 12/15 13/3 14/9
14/10 15/9 15/10 15/24 19/11 53/5 53/6
53/10 72/9 78/7 78/12 88/25 91/7 100/6
102/25 102/25 103/5 104/16 104/21
105/1 105/2 105/3 105/19 106/17 109/17
110/1 110/3 110/7 110/18 112/8 113/19
118/23 119/3 125/13 125/13 129/10
129/12 133/4 135/1 136/2 136/3 136/13
it [284]
it's [126] 7/3 8/13 8/13 9/10 10/7 10/8
10/13 10/17 10/23 11/3 12/24 15/17
15/20 19/10 22/12 25/25 29/7 29/11
31/23 32/4 32/7 32/17 33/8 34/20 36/19
37/10 37/16 37/17 42/8 44/17 45/18 46/7
48/24 49/1 54/4 54/4 56/3 57/3 57/4
57/13 57/16 60/18 60/19 61/2 61/12
63/18 70/2 70/3 71/7 74/3 74/11 74/19
76/25 82/23 83/16 84/5 84/5 85/16 87/5
87/7 88/2 90/12 90/23 92/10 92/10 92/19
93/7 93/8 93/9 93/12 94/6 94/12 96/6
100/12 103/2 104/2 105/11 107/7 108/9
108/21 109/5 109/11 109/12 109/15
109/24 111/9 111/18 112/7 112/15
112/18 112/21 113/4 113/5 113/9 113/15
114/2 114/11 115/16 116/7 116/10
116/12 116/16 118/5 118/18 119/10
119/24 122/23 123/2 123/18 124/2 124/4
124/5 126/8 128/3 128/4 128/5 128/16
129/6 132/8 133/14 134/16 135/7 135/11
136/9 136/10 136/18

item [2] 10/12 44/7
items [6] 9/23 42/7 86/3 86/8 86/14 86/17
its [32] 16/22 17/1 17/7 17/17 46/17 57/6
57/25 60/11 62/25 63/2 64/4 65/11 66/13
68/19 83/6 83/7 88/4 92/14 98/10 102/14
109/3 124/8 125/11 131/5 131/7 131/9
131/16 131/22 131/23 132/15 132/21
135/14
itself [3] 60/10 85/23 97/23

**J**

jail [2] 63/19 63/20
Jan [1] 33/22
Jane [2] 22/5 41/6
January [1] 13/12 38/13
January 23 [2] 13/12 38/13
Japanese [1] 116/7
JAY [4] 2/4 22/4 58/24 68/17
Jerry [1] 128/21
job [10] 9/25 11/15 11/20 37/17 52/10
68/23 77/6 77/14 77/22 94/25
Joe [2] 7/11 22/9
JOEL [3] 2/1 10/16 11/9
John [3] 52/9 58/4 100/16
Johnson [1] 2/7
Johnston [1] 11/14
joins [1] 98/17
joint [5] 8/12 111/8 111/9 111/12 133/2
JR [1] 2/8
judge [28] 1/12 6/11 7/11 7/15 7/18 7/18
7/21 7/22 8/7 8/8 9/24 10/3 11/13 12/8
21/14 37/3 37/3 41/12 49/19 49/25 50/8
56/8 95/15 96/3 96/11 106/19 108/8
128/19
Judge Fallon [6] 6/11 8/7 11/13 37/3
49/25 128/19
Judge Farina [2] 7/15 8/8 21/14
Judge Hall [1] 10/3
Judge Lemmon's [1] 49/19
judges [3] 7/7 15/7 100/2
judgment [18] 17/22 22/24 27/22 40/19
61/15 62/15 66/21 66/25 67/1 67/2 67/3
67/5 67/6 67/18 67/23 96/25 103/7
114/20
judgments [3] 17/1 71/17 103/18
judicial [2] 15/15 128/3
Juliet [1] 49/7
July [2] 17/12 27/15
July 2 [1] 17/12
July 31 [2] 27/15
juncture [1] 128/22
June [3] 14/19 88/13 130/17
June 11 [1] 88/13
June 15 [1] 14/19
jurisdiction [12] 8/21 16/25 61/16 62/13
65/22 67/9 67/10 67/13 67/14 84/11
103/3 113/6
jurisdictional [5] 66/7 66/9 66/12 66/20
67/12
jurisprudence [2] 32/8 33/20
jurists [1] 32/6
jury [1] 96/20
just [51] 10/8 11/10 12/22 13/16 23/17
24/8 28/15 29/14 32/6 35/19 46/7 49/6
50/11 50/13 59/3 62/24 63/3 67/1 68/17
80/2 82/11 82/20 85/2 86/8 88/3 95/1
95/20 97/10 98/13 105/19 108/17 110/15
113/18 115/8 115/19 115/24 117/3
117/12 117/14 120/2 121/9 126/2 126/5
126/8 128/7 128/8 129/5 129/11 134/17
135/6 135/13
justice [8] 32/4 41/11 49/15 55/3 64/7
64/10 64/21 115/16

Justice Scalia [1] 32/4

**K**

Kaplan [7] 3/20 3/23 31/20 124/23 125/4
125/4 125/12
Kaplan's [1] 125/11
Karl [1] 68/3
Katrina [6] 14/1 23/20 36/16 65/12 80/16
122/14
Katz [1] 1/15
Kaye [3] 2/4 68/13 68/20
keep [8] 10/10 15/23 23/6 37/9 37/10
111/24 127/11 128/9
keeping [1] 128/11
Kerrigan [1] 3/14
KERRY [5] 1/22 6/13 22/3 50/6 68/16
KEVIN [3] 3/17 117/19 127/15
key [1] 81/24
kicked [1] 52/24
kind [11] 36/5 54/14 61/12 62/19 64/2
81/19 85/2 86/22 86/23 112/1 112/21
kinds [2] 56/11 84/6
Kitech [1] 43/3
Knauf [107] 2/4 8/16 17/4 17/5 17/7 17/8
17/11 18/1 18/6 18/17 18/22 18/23 18/25
24/11 24/12 24/20 25/6 25/25 26/3 26/5
26/19 26/23 28/10 29/4 29/8 29/16 30/9
31/14 31/15 31/18 31/22 33/4 37/6 40/12
40/22 50/5 50/7 52/11 52/19 53/11 53/13
56/13 57/10 57/11 57/20 57/24 58/24
59/19 62/5 62/9 62/25 63/4 63/8 63/24
64/10 64/18 65/1 65/8 65/11 65/14 65/15
65/17 65/24 66/7 66/18 66/21 67/24
68/13 69/19 70/9 73/4 74/23 75/9 77/14
78/16 78/25 79/4 79/7 87/15 87/21 88/1
88/4 99/8 107/8 114/5 114/8 118/1 119/8
119/19 120/4 120/14 120/25 121/2 121/5
121/22 121/23 122/25 123/4 123/14
123/14 124/8 128/11 129/3 131/16
132/14 133/2 133/15
Knauf's [3] 25/5 25/23 27/25
knew [7] 26/3 26/6 26/20 45/20 46/3
65/14 77/12
knocks [1] 61/16
know [40] 13/3 20/8 26/16 31/5 36/17
42/1 43/1 44/16 44/22 45/6 45/21 45/23
46/4 47/8 47/17 48/8 48/8 48/9 48/13
55/18 56/5 59/9 59/9 59/13 65/15 68/14
69/9 71/11 88/25 95/12 95/25 97/19
102/20 104/6 105/1 109/16 115/25
126/10 128/20 136/1
known [5] 16/23 43/11 60/22 90/9 105/8
knows [15] 27/13 31/10 50/1 66/2 66/8
66/9 67/14 68/18 71/24 81/9 90/18 92/2
95/2 112/4 129/24
Kong [1] 16/2 28/7
Koretzky [1] 2/11
KPT [29] 17/7 17/13 17/16 17/17 18/19
28/8 50/7 56/21 60/1 60/4 60/16 61/19
61/22 62/2 63/13 63/23 64/4 64/19 64/25
65/20 66/7 66/12 66/17 66/19 70/11
87/16 87/17 87/25 120/9
KPT-related [1] 18/19
Kupperman [1] 3/7

**L**

labored [1] 41/22
laborious [1] 100/24
labors [1] 26/23
lack [4] 44/13 78/1 107/9 108/6
lacks [1] 82/17
ladies [2] 6/4 90/5
Ladner [1] 73/8

**L**

Laird [1] 21/18
landlords [1] 101/7
Landmark [2] 3/14 117/6
Landmark's [1] 117/10
language [3] 73/15 121/1 126/9
large [4] 10/1 99/18 99/19 99/22
largely [2] 10/3 18/4
last [18] 19/22 24/1 39/2 46/4 50/1 50/10
52/20 53/5 56/23 57/19 68/14 72/22
96/16 104/13 104/24 106/16 121/7
126/16
lasted [1] 41/16
Lastly [1] 30/8
late [1] 122/23
latent [4] 51/17 60/9 60/9 108/7
later [9] 26/17 27/3 46/12 47/25 52/2
52/20 111/11 111/12 119/12
law [26] 2/1 7/8 16/4 17/22 21/17 22/24
23/8 32/6 35/24 59/25 61/24 62/12 65/21
67/5 67/10 67/11 67/19 74/16 76/20
77/11 82/25 130/20 131/21 131/2 133/21
133/24
laws [5] 12/15 63/18 64/15 77/8 90/18
lawsuits [1] 14/23
lawyer [8] 8/8 33/13 36/10 40/20 43/11
45/9 49/1 62/8
lawyers [33] 8/10 12/22 12/25 13/2 13/9
25/11 25/13 27/1 27/7 31/7 31/8 31/23
34/19 35/14 36/7 36/8 36/9 37/18 39/24
41/21 46/9 48/4 48/7 49/13 57/3 57/16
63/23 70/1 70/22 76/20 90/12 96/12
123/4
lawyers' [3] 49/9 49/11 97/24
lead [7] 8/3 8/22 9/17 13/12 78/2 115/6
125/16
leads [2] 52/15 76/23
learned [2] 24/22 127/4
least [21] 7/24 13/8 16/2 16/14 26/14
48/3 68/9 83/13 97/11 97/19 98/4 110/14
114/13 114/14 116/14 117/21 118/4
118/8 129/16 133/23 136/1
leaves [2] 73/22 121/11
led [2] 16/13 76/1
left [7] 10/21 31/18 34/12 61/12 103/21
104/15 131/23
legal [1] 131/10
legalistic [1] 29/12
legally [1] 23/16
legislation [1] 116/17
legitimate [5] 23/25 48/2 49/4 66/20
71/18
Lemmon's [1] 49/19
Len [1] 21/24
length [4] 50/17 71/24 72/1 76/16
lent [1] 7/22
less [7] 28/1 35/17 73/5 92/16 114/8
123/25 132/3
LESSELL [2] 3/14 117/6
let [12] 13/15 27/10 50/5 62/5 86/23
97/17 113/17 113/2 126/10 127/23
136/1 136/12
Let's [5] 8/1 13/14 29/19 36/23 86/25
letter [1] 48/12
level [2] 63/24 102/6
Levin [12] 1/18 1/19 8/22 50/19 53/14
71/12 73/25 87/22 90/11 95/8 108/1
115/6
Lewis [1] 9/5
Lexy [1] 21/17
liability [17] 1/6 6/8 60/1 60/1 65/21

75/18 83/8 100/21 102/24 104/7 108/5
126/2 127/21 127/23 132/7 132/11
liable [3] 131/15 131/17 131/18
liaison [5] 6/9 8/4 11/19 13/12 100/7
Liberty [8] 2/14 74/1 80/7 81/6 81/12
85/13 130/7 131/1
lifted [1] 59/4
light [2] 71/20 71/22
like [48] 14/9 19/19 21/7 22/10 23/17
31/25 40/3 44/22 47/10 48/3 48/24 49/1
49/23 50/8 50/11 53/4 54/11 58/24 59/14
59/21 60/25 63/15 63/18 65/4 66/5 90/12
93/8 93/9 93/10 96/3 97/19 101/11 110/1
110/19 110/20 111/2 112/21 113/1
113/15 116/19 116/25 117/7 121/2 122/5
124/18 126/5 128/23 129/19
liked [2] 48/10 48/11
likely [7] 32/14 72/6 77/15 92/15 97/1
104/4 103/23
Lillian [1] 21/25
limine [1] 127/21
limit [2] 83/7 110/17
limitation [1] 102/25
limitations [1] 77/6
limited [5] 12/17 17/13 77/14 108/20
112/15
limits [15] 77/18 78/16 80/8 80/9 81/14
83/2 83/7 83/17 83/22 84/20 85/2 85/8
98/10 120/19 130/8
line [5] 40/15 40/16 61/5 70/23 116/17
lines [1] 110/16
lineup [1] 112/5
linked [1] 105/9
liquidate [1] 118/19
liquidated [1] 123/21
liquidates [1] 132/19
list [5] 22/12 127/9 128/1 128/4 128/5
listed [3] 28/13 35/1 59/1
listen [3] 15/23 117/1 126/19
listening [1] 128/22
literally [1] 41/4
literature [1] 106/24
litigable [1] 71/18
litigants [4] 25/18 28/2 58/19 113/7
litigated [2] 18/9 72/19
litigating [3] 71/21 90/12 100/4
litigation [50] 1/6 6/8 10/14 11/16 13/18
14/22 15/2 15/8 16/15 16/21 17/10 17/10
17/12 19/1 23/15 32/14 33/3 35/10 36/20
39/5 42/10 69/9 69/11 69/12 69/12 72/6
74/23 75/18 76/18 76/19 76/24 90/19
90/21 91/2 91/3 91/14 92/22 93/21 95/3
95/16 98/12 98/13 98/15 101/15 102/8
102/9 102/11 104/3 106/10 126/14
Litigation 2047 [1] 14/22
litigations [1] 101/17
little [9] 21/9 29/19 35/2 91/20 109/11
111/19 112/7 120/2 126/9
live [1] 19/14
lived [1] 43/7
lives [3] 24/18 52/6 70/6
living [1] 55/24
LLC [5] 1/15 1/21 2/11 2/21 3/8
LLP [7] 2/4 2/14 3/4 3/11 3/14 3/17 3/20
loans [1] 63/12
located [1] 65/18
locations [1] 28/8
lodge [1] 33/16
loggerheads [1] 72/2
logistics [1] 87/7
London [1] 28/7
long [13] 38/7 38/11 54/15 68/19 80/19
90/19 90/21 100/24 105/8 105/23 105/25

106/13 121/5
106/19 117/3
105/24 105/4 105/22 105/23
105/25 106/19
longer [3] 15/18 21/9 21/25
look [10] 33/24 49/3 61/22 74/24 86/8
97/17 98/2 102/12 102/13 116/18
looked [3] 47/9 51/19 65/3
looking [2] 62/2 100/10
looks [7] 33/3 33/3 33/6 33/8 47/10 98/3
105/6
Loop [1] 3/21
lose [3] 31/22 41/23 67/20
loser [1] 67/21
losing [1] 26/9
loss [18] 29/8 30/13 30/14 30/21 57/21
57/22 58/3 58/6 58/10 70/8 70/8 70/14
70/18 71/3 80/17 80/21 107/9 107/19
loss-of-use [1] 107/19
losses [2] 57/22 70/19
lost [3] 27/21 57/23 84/10
lot [20] 7/2 25/18 48/10 51/16 75/6 91/5
91/6 91/7 92/16 93/10 93/15 93/15 93/21
94/18 96/6 111/18 113/2 116/21 116/21
116/22
lots [1] 102/24
LOUISIANA [23] 1/2 1/7 1/17 1/23 2/9
2/13 3/9 3/15 4/2 15/17 23/19 28/7 33/8
36/15 45/14 75/8 77/8 80/15 83/1 83/5
83/11 130/21 137/11
low [5] 24/25 25/4 103/10 131/2 131/12
low-hanging [2] 24/25 25/4
low-lying [1] 103/10
Lowe's [4] 33/23 33/25 34/2 37/25
lower [2] 99/12 113/13
LP [2] 2/8 2/11
Lucie [1] 90/16
luckily [1] 51/16
lump [2] 29/23 29/24
lunch [2] 87/1 89/6
Luneng [2] 39/12 61/20
Lutz [1] 22/9
lying [1] 103/10

**M**

made [22] 8/24 20/6 30/21 31/24 46/13
47/25 55/18 60/11 60/17 65/9 80/4 83/3
85/14 99/1 101/9 120/24 121/2 124/1
127/14 128/8 130/5 133/18
Madison [1] 3/5
Mafia [1] 34/11
Magazine [1] 3/15
magnify [1] 114/15
mails [1] 38/20
main [2] 57/12 119/23
maintain [2] 75/17 79/13
maintained [1] 15/13
major [3] 9/1 24/11 130/3
majority [3] 56/6 93/25 94/11
make [34] 6/9 13/15 18/15 20/13 22/10
24/6 27/6 27/7 29/10 30/14 31/24 37/4
37/18 38/3 42/3 46/23 48/3 53/21 58/5
60/2 65/15 65/18 65/21 79/10 79/11
84/23 113/2 116/23 119/12 120/21 121/9
122/16 126/18 136/14
makes [7] 10/8 57/20 82/14 84/19 88/2
88/4 94/12
making [5] 19/18 44/25 53/25 86/2 86/22
manageability [4] 111/4 111/5 111/21
115/5
manager [1] 33/22
manifest [1] 60/10
manufacture [1] 66/22
manufactured [11] 1/5 6/8 13/20 13/23

**M**

manufactured... [1] 14/21 17/7 34/24 34/25 39/20 60/15 119/25
manufacturer [10] 16/19 25/15 57/11 60/2 60/3 61/19 61/22 65/20 66/19 99/7
manufacturer/sellers [1] 65/20
manufacturers [6] 14/14 14/16 17/5 28/11 39/11 101/11
manufacturing [3] 16/17 60/4 64/19
many [23] 7/11 7/13 7/13 21/1 29/4 30/6 51/13 68/20 68/25 72/1 76/19 76/20 76/20 94/17 95/21 100/22 101/16 101/18 101/25 102/21 106/11 113/24 126/13
Marathon [1] 44/21
March [5] 17/14 40/18 40/19 87/14 100/14
March 15 [1] 17/14
March 19 [2] 40/19 87/14
March 2010 [1] 100/14
March 5 [1] 40/18
MARK [2] 3/20 124/24
marked [1] 40/6
market [2] 60/16 66/5
marketed [1] 66/24
marshal [1] 37/19
marshals [1] 20/20
Marvel [4] 48/11 48/11 48/14 69/3
marvelous [1] 48/16
Mary [1] 31/25
Massachusetts [1] 2/16
master [1] 58/5
masters [1] 15/6
match [1] 102/19
material [1] 60/7
materials [2] 10/24 129/15
matter [15] 10/10 11/4 12/3 12/3 29/3 45/1 45/2 47/19 60/21 85/13 87/6 97/18 117/8 122/21 137/14
matters [5] 9/15 12/23 52/17 98/1 98/1
mattresses [1] 34/11
mature [1] 32/16
maximized [1] 93/12
maximum [1] 96/8
may [35] 8/7 12/6 20/5 20/17 23/15 37/3 37/13 39/8 41/14 58/23 79/24 81/3 81/7 85/23 87/2 87/10 93/22 93/22 97/1 97/7 109/17 113/18 114/19 127/1 128/19 130/16 130/16 132/11 136/5 136/6 136/9 136/10 136/10 136/20 136/20
May 31 [1] 130/16
maybe [8] 6/21 34/4 85/20 97/15 112/4 126/8 127/18 129/17
MAYESH [10] 2/4 22/4 58/22 58/24 68/14 69/14 71/9 71/14 75/13 77/5
Mayesh's [1] 127/4
MD [1] 1/5
MDL [14] 6/7 14/22 15/11 17/9 17/12 18/3 96/4 97/12 101/11 109/4 109/5 109/13 110/9 110/11
MDL'd [2] 50/22 51/5
MDLs [3] 7/1 7/2 109/4
me [34] 7/7 7/7 7/11 7/14 7/15 11/9 13/15 24/7 27/10 34/10 35/2 42/9 45/15 48/17 48/25 49/17 50/5 50/18 61/9 68/14 75/7 95/9 97/17 113/17 113/20 115/25 120/14 126/10 127/13 127/23 136/1 136/12 136/13 137/1
mean [2] 30/10 118/7
meaning [3] 60/9 96/9 130/23
means [5] 56/19 69/24 103/21 107/9 131/21
meant [2] 56/11 83/5

mechanical [1] 4/5
mechanism [7] 123/17 123/25 124/8 124/12 124/16 124/22 124/24
mediation [4] 100/19 101/1 130/15 130/16
mediations [1] 16/5
mediator [1] 100/16
mediators [1] 15/6
medical [1] 106/24
meet [14] 13/12 13/13 19/23 20/20 39/9 39/15 47/15 55/20 100/15 110/3 110/21 120/11 128/23 133/21
meeting [3] 39/10 40/24 52/7
meetings [4] 31/11 52/13 52/14 57/4
MELISSA [2] 3/14 117/6
member [6] 21/16 24/5 24/6 79/15 79/17 118/6
members [17] 20/14 23/25 33/5 43/14 53/11 57/17 69/24 71/10 78/1 81/16 104/2 105/17 122/9 122/11 122/16 122/20 134/25
memorandum [2] 79/4 79/5
memories [1] 75/22
memory [1] 47/11
mention [6] 6/25 7/17 8/19 57/8 68/17 97/10 102/18
mentioned [10] 10/5 17/2 17/24 49/22 51/3 56/13 91/21 94/16 98/10 115/24
Mercutio [1] 49/6
merely [4] 65/25 75/9 107/17 119/9
merits [3] 86/17 91/19 108/24
mess [1] 63/17
Messrs [1] 23/8
Messrs. [1] 9/5
Messrs. Serpe [1] 9/5
met [11] 8/3 19/22 31/1 32/25 33/1 47/1 47/5 47/15 60/5 60/12 88/8
method [2] 18/10 116/12
Meunier [1] 128/21
Mexico [2] 34/16 47/22
Miami [4] 3/2 3/12 52/8 52/9
MICHAEL [1] 3/1
microphones [1] 6/18
microwaves [1] 14/8
might [5] 46/9 59/18 69/9 71/4 94/20 97/10 102/20 109/23 111/7 122/16 122/19 123/6 123/14 123/16 136/9
Mike [4] 22/4 90/9 95/7 95/9
MILLER [11] 1/22 6/13 12/7 22/4 24/21 50/6 61/10 68/14 69/14 70/7 87/22
million [28] 25/9 26/1 26/19 26/22 27/16 27/20 28/3 29/8 30/21 31/10 37/6 58/1 70/9 70/10 70/13 95/11 100/25 113/1 113/3 114/23 118/9 122/11 122/12 124/10 124/10 132/3 132/4 132/9
millions [3] 13/22 59/13 111/17
Milstein [11] 3/20 3/20 23/9 23/10 23/14 23/14 31/16 42/5 104/24 124/25 124/25
mind [3] 111/25 116/18 117/3
minds [1] 103/24
mine [6] 39/12 60/8 61/5 61/20 119/25 120/5
minimal [1] 55/11
MINOR [4] 3/8 22/8 28/18 98/22
minuses [1] 91/21
minute [5] 15/12 20/19 49/19 82/20 128/1
minutes [5] 6/21 20/21 42/2 45/7 50/11
misguided [1] 23/16
Mississippi [1] 33/9
Missouri [2] 43/16 43/22
misunderstands [1] 129/22
mode [1] 95/4
mom [3] 69/4 69/4 94/19

mom-and-pop [1] 94/19
moment [3] 29/4 30/13 61/10
Monday [1] 57/5
monetize [2] 16/13 18/15
money [35] 11/2 25/25 26/3 26/3 26/10 26/23 27/2 29/23 35/7 35/17 48/17 48/21 48/22 62/1 70/10 70/16 82/9 82/12 84/8 84/11 84/13 85/20 85/21 92/16 92/23 93/9 93/9 96/2 104/9 107/6 114/7 114/9 117/15 123/21 133/22
Monica [1] 3/21
monies [1] 96/23
moniker [1] 64/14
monitored [2] 16/5 63/12
monkey [1] 32/10
Monopoly [1] 123/21
Monte [2] 62/19 62/23
month [1] 54/14
monthly [3] 1/10 6/16 15/3
months [3] 41/9 41/9 57/6
monumental [1] 12/12
moot [3] 119/4 136/5 136/6
mooted [1] 123/1
moots [1] 123/11
more [38] 11/22 24/6 26/15 29/19 31/7 35/2 37/12 38/2 40/1 51/13 51/14 53/6 56/25 57/5 57/20 58/13 70/22 75/6 76/3 78/13 79/14 88/15 90/5 93/8 93/9 93/15 93/19 96/5 103/23 104/10 111/7 113/10 113/16 117/7 121/11 125/23 126/14
morning [19] 6/1 6/4 6/11 6/13 8/15 8/25 21/6 21/9 40/6 48/16 50/6 61/11 68/12 75/4 75/22 87/13 103/21 106/20 121/13
mortar [1] 53/17
Moss [1] 54/11
most [22] 6/22 18/20 19/3 21/25 22/7 26/9 36/7 37/16 39/4 48/25 49/6 49/16 57/7 61/6 69/7 99/11 99/21 100/4 102/18 105/22 112/1 114/13
mostly [2] 9/10 74/4
motion [5] 34/6 44/14 111/12 127/16 128/1
motions [7] 15/10 15/22 31/11 72/18 111/8 111/9 127/20
mouth [1] 133/23
move [14] 13/14 29/2 29/2 30/4 30/4 36/23 53/7 54/19 55/24 55/24 70/6 91/2 94/5 109/6
move-in/move-out [3] 29/2 30/4 55/24
moved [3] 7/13 36/24 38/25
movement [1] 18/20
moving [2] 58/13 114/13
Mr [2] 40/13 46/25
Mr. [109] 12/7 21/15 22/15 23/10 23/23 24/1 24/21 28/17 28/18 32/3 33/2 33/14 33/14 33/22 34/25 35/1 35/3 35/10 36/11 36/23 36/25 37/1 37/24 40/13 42/12 42/13 42/15 42/24 43/8 43/18 43/22 43/23 44/7 44/14 45/10 45/13 46/12 47/5 47/7 47/7 48/15 48/25 50/19 50/20 51/25 52/13 53/14 57/1 58/21 58/22 59/1 61/8 61/9 61/10 68/14 68/14 69/14 69/14 70/7 71/9 71/12 71/12 71/14 73/25 73/25 74/1 75/13 77/5 77/5 77/22 80/3 87/22 87/22 87/23 90/11 90/15 91/21 91/25 93/21 95/8 97/3 98/9 98/17 104/7 104/19 104/24 104/24 105/4 105/12 108/1 114/25 115/4 115/14 122/4 125/11 125/12 125/18 126/16 126/17 127/3 129/5 129/7 129/21 129/22 132/11 134/4 134/21 135/5
Mr. Bandas [27] 23/23 24/1 32/3 33/2 33/22 34/25 35/3 36/11 36/23 42/15 43/8

# M

Mr. Bandas's [16] 43/18 43/22 43/23 44/14 45/10 45/13 46/12 47/5 47/7 47/7 48/25 104/17 104/19 105/4 126/16 126/17
Mr. Bandas's [3] 37/24 42/24 48/15
Mr. Batman [2] 33/14 33/14
Mr. Brandao [2] 59/1 129/5
Mr. Duplantier [1] 132/11
Mr. Duplantier's [1] 80/3
Mr. Durkee [1] 104/24
Mr. Durkee's [1] 125/18
Mr. Garcia [2] 40/13 42/13
Mr. Glickstein [8] 21/15 58/21 61/9 77/5 77/22 87/23 91/21 127/3
Mr. Herman [13] 22/15 23/10 28/17 35/1 35/10 36/25 37/1 50/20 51/25 52/13 61/8 71/12 105/12
Mr. Herman's [1] 57/1
Mr. Kaplan [3] 125/4 125/4 125/12
Mr. Kaplan's [1] 125/11
Mr. Levin [8] 50/19 53/14 71/12 73/25 87/22 90/11 95/8 108/1
Mr. Mayesh [7] 58/22 68/14 69/14 71/9 71/14 75/13 77/5
Mr. Miller [7] 12/7 24/21 61/10 68/14 69/14 70/7 87/22
Mr. Milstein [1] 104/24
Mr. Minor [1] 28/18
Mr. Nizialek [1] 73/25
Mr. Panayotopoulos [4] 97/3 98/9 98/17 134/4
Mr. Peterson [4] 90/15 91/25 93/21 98/9
Mr. Pipes [2] 114/25 115/4
Mr. Pipes's [1] 129/7
Mr. Risley [4] 129/21 129/22 134/21 135/5
Mr. Scott [1] 74/1
Mr. Soto [1] 42/12
Mr. Soto's [1] 44/7
Ms [1] 44/18
Ms. [2] 34/2 44/18
Ms. Hill [1] 44/18
Ms. Petrus [1] 34/2
much [17] 11/12 15/16 21/8 22/21 59/11 70/21 70/22 79/22 81/1 82/19 86/24 98/19 99/16 122/21 126/22 134/6 136/23
Multidistrict [1] 14/21
multimillion [1] 67/23
multimillion-dollar [1] 67/23
multiple [1] 97/21
multiunit [1] 54/13
Murphy [1] 35/22
must [7] 40/25 41/2 62/14 62/15 62/18 67/19 131/22
Mutual [6] 2/14 74/1 81/6 81/12 85/13 130/7
my [33] 19/13 21/24 24/7 27/16 27/23 32/23 33/7 33/18 33/23 40/4 43/10 45/15 50/18 50/18 53/21 54/24 55/14 60/16 61/8 68/6 68/9 68/17 68/22 68/23 69/3 69/4 69/4 95/12 99/11 112/19 121/3 125/18 137/12
Myers [1] 96/16
myself [3] 21/15 21/24 68/16
mystery [1] 51/7

# N

naked [1] 49/3
name [2] 33/14 95/12
named [1] 17/9
namely [1] 16/21

national [6] 38/15 38/16 106/5 109/22 109/25 119/21
nationals [1] 115/18
natural [1] 60/16
nature [2] 93/8 131/12
NE [1] 2/22
necessarily [3] 103/11 112/24 115/24
necessary [10] 7/3 8/5 10/7 55/9 67/15 67/22 74/3 74/19 78/14 128/13
necessity [1] 30/22
need [17] 11/9 27/3 76/4 81/15 81/20 111/24 120/21 123/11 124/18 127/13 128/16 133/7 135/25 136/1 136/2 136/11 136/13
needed [2] 110/21 121/23
needs [3] 75/21 76/3 133/1
negative [1] 56/6
negligence [1] 59/22
negotiate [2] 54/25 92/3
negotiated [7] 25/8 26/1 26/7 26/19 29/16 37/8 37/8
negotiating [1] 93/1
negotiation [2] 41/10 76/16
negotiations [5] 16/5 50/17 71/25 102/4 109/8
neighborhood [1] 114/21
neither [1] 40/7
never [15] 34/18 42/19 44/3 45/21 45/22 45/24 46/18 47/21 56/2 63/24 66/23 66/24 96/14 123/20 136/20
nevertheless [1] 82/25
new [24] 1/7 1/17 1/23 2/6 2/6 2/9 2/13 3/6 3/6 3/9 3/15 4/2 28/7 32/2 40/17 41/6 41/8 42/11 49/2 53/19 54/5 54/5 69/20 74/25
New York [4] 28/7 40/12 41/6 41/8
newly [1] 14/3
newsworthy [1] 103/7
next [12] 13/11 13/14 40/15 40/15 41/14 54/16 54/20 75/3 76/23 81/18 93/17 102/8
nice [1] 22/8
NICHOLAS [1] 2/21
Nick [1] 90/9
nickel [1] 63/25
night [5] 22/2 24/1 49/10 49/10 104/13
nilly [1] 93/16
ninth [1] 68/15
nitty [1] 28/23
nitty-gritty [1] 28/23
NIZIALEK [5] 2/12 22/5 23/11 73/25 80/2
no [78] 9/15 10/8 11/1 11/1 24/3 24/6 27/17 28/1 29/3 30/12 33/4 34/15 35/9 35/13 38/11 40/6 40/13 40/20 43/25 44/19 45/3 45/18 46/1 46/1 46/1 46/9 46/13 47/3 47/11 47/16 47/17 47/18 47/25 47/25 54/9 54/11 54/15 57/1 59/22 61/2 61/19 63/10 63/20 64/3 65/5 79/17 86/21 87/5 88/14 88/15 91/10 92/3 95/16 100/11 101/20 101/22 101/23 103/18 105/8 106/23 108/2 112/23 112/23 115/1 117/15 117/23 118/5 118/7 119/20 119/20 119/20 120/9 123/18 126/20 127/1 131/5 132/1 136/21
nobody [5] 59/24 72/5 72/11 110/21 135/13
nonblessed [1] 23/22
noncollusive [1] 50/17
noncovered [2] 82/12 84/17
none [4] 37/7 73/12 74/6 123/5
nonlawyer [1] 43/2
nonparticipation [1] 132/16
nor [3] 40/8 40/21 75/15

normal [2] 101/11 112/3
north [1] 80/7
North [61] 2/25 3/7 3/21 23/9 23/12 31/9 73/23 73/23 78/6 78/18 79/9 79/12 79/15 80/4 80/9 80/10 80/12 80/21 80/25 81/3 82/6 82/7 82/14 82/15 85/19 85/24 86/11 86/12 86/21 116/24 117/20 117/22 117/25 118/5 118/14 118/16 118/20 121/2 122/3 123/23 124/22 130/6 130/7 130/9 130/12 130/15 130/19 131/4 131/7 131/14 131/22 132/15 133/6 133/12 133/13 133/17 134/2 134/22 135/13 135/22 136/1
North River [45] 23/9 23/12 31/9 73/23 78/6 78/18 79/9 79/15 80/4 80/9 80/10 80/12 80/21 80/25 82/6 82/7 82/14 82/15 85/19 85/24 86/11 86/12 86/21 116/24 117/20 117/22 117/25 118/5 118/14 118/20 121/2 122/3 123/23 124/22 130/9 130/12 130/15 131/7 131/14 131/22 133/6 133/12 133/17 134/2 135/13 135/22 136/1
North River's [9] 73/23 121/2 130/6 130/7 130/19 131/4 132/15 133/13 134/22
Northern [2] 60/8 60/15
not [243]
note [2] 82/14 103/3
noted [3] 69/22 72/7 105/8
notes [1] 48/5
nothing [12] 12/9 42/6 45/2 45/20 64/1 64/13 64/23 85/25 94/22 96/21 98/3 112/22
notice [23] 9/10 10/24 11/1 27/23 27/24 31/2 31/4 31/4 85/9 85/14 101/1 118/17 121/24 122/9 122/14 122/15 122/17 122/22 122/24 128/3 133/1 133/4 133/8
noticed [4] 19/9 19/22 121/14 124/14
notices [1] 10/6
noticing [1] 14/6
notified [3] 130/12 130/13 130/13
notion [1] 84/16
notwithstanding [2] 80/25 82/15
November [10] 1/8 6/2 12/4 17/13 23/3 23/5 45/7 90/2 117/12 131/6
November 1 [1] 45/7
November 16 [1] 12/4
November 2 [1] 17/13
November 26 [1] 131/6
November 9 [3] 23/3 23/5 117/12
novo [1] 67/11
now [65] 7/11 7/13 8/9 9/20 11/24 12/4 13/14 14/23 17/2 18/8 21/4 22/25 24/10 26/13 31/22 31/25 32/2 34/14 34/17 36/17 37/21 38/20 39/2 40/3 40/12 40/17 42/12 42/23 44/13 45/6 47/24 48/9 49/20 50/5 53/3 54/12 54/15 57/1 57/4 64/6 65/10 66/11 76/10 76/10 79/9 85/19 93/4 93/12 95/3 104/13 104/14 112/8 113/1 114/15 116/2 118/4 118/17 119/2 119/13 121/12 122/2 122/4 122/13 124/9 132/24
number [27] 8/5 12/16 12/17 13/21 14/17 20/11 29/21 51/4 52/13 53/13 57/6 59/12 72/8 72/24 72/25 78/3 79/10 87/17 93/4 100/20 102/15 103/17 103/23 110/13 112/25 132/2 133/3
numbers [4] 50/4 103/16 109/7 113/13
numerosity [2] 110/6 115/5
numerous [9] 15/2 16/4 17/9 18/22 19/6 92/1 106/8 106/15 129/25

# O

O'Keefe [1] 1/16

# O

object [11] 27/3 33/17 42/8 46/22 48/6
79/17 118/2 119/13 128/2 128/3 128/5
objected [5] 31/19 43/4 46/11 104/12
117/25
objecting [2] 32/3 32/4
objection [40] 33/16 34/15 36/14 37/5
41/25 44/1 44/15 48/1 73/8 73/8 73/9
73/11 73/11 78/6 78/7 80/11 80/25 82/6
82/7 82/22 86/13 86/18 86/19 86/19
86/22 93/6 93/7 93/7 94/2 94/3 106/21
117/8 120/24 121/6 124/17 125/4 125/5
125/7 126/16 127/10
objections [44] 11/1 23/7 23/11 23/15
32/2 34/13 34/24 34/25 38/3 42/16 43/7
43/12 43/16 48/7 52/17 53/9 68/24 69/1
72/24 73/5 73/6 73/10 73/12 73/24 74/2
74/4 78/1 78/4 78/4 79/9 80/4 81/4 82/14
82/17 82/20 85/24 88/14 88/16 103/21
104/14 119/4 119/6 119/23 129/6
objector [11] 31/20 31/25 33/17 34/2
40/20 40/20 43/6 43/19 44/8 44/10 73/20
objectors [10] 20/1 32/7 43/24 45/3
73/22 100/9 107/13 116/24 117/3 126/23
objects [1] 47/14
obligation [5] 24/24 31/6 85/1 120/18
122/23
obligations [1] 118/15
obstacles [2] 71/19 77/17
obtain [5] 9/2 25/4 53/8 54/25 135/6
obtained [5] 26/9 29/1 74/22 83/23 83/25
obviously [5] 90/18 91/4 91/6 91/10
93/18 93/24 100/7 104/6 110/23 113/24
114/4 114/6 132/16
occasion [1] 38/24
occasionally [1] 116/5
occasions [1] 10/5
occupants [1] 14/5
occur [1] 64/20
occurred [2] 52/8 60/18
occurrence [1] 120/11
occurs [1] 55/18
October [2] 18/1 133/3
October 14 [1] 18/1
October 23 [1] 133/3
odor [3] 17/19 60/20 61/1
odors [2] 14/6 60/23
off [14] 34/3 47/9 48/11 50/7 53/20 55/22
60/21 62/2 69/23 73/13 85/12 87/8 108/1
111/21
off-gassing [1] 60/21
offer [3] 37/21 58/25 96/25
offered [3] 53/2 68/8 128/4
offers [2] 44/9 53/16
office [8] 33/22 43/8 47/2 57/2 58/4
100/16 125/18 125/18
officer [1] 114/22
offices [1] 45/10
Official [3] 4/1 137/9 137/18
often [1] 59/6
oftentimes [4] 12/16 97/22 98/1 112/15
oh [2] 38/21 45/12
okay [5] 10/15 35/19 49/18 114/17 117/5
old [1] 82/24
omitted [1] 22/15
omnibus [2] 115/12 116/11
on [191]
once [3] 47/22 53/24 118/11
one [85] 3/18 6/15 7/10 9/16 10/12 10/21
12/18 15/14 20/3 25/6 29/9 29/21 32/5
34/16 34/17 36/9 37/7 39/4 40/13 46/16
49/25 51/3 52/20 53/13 54/24 55/8 59/2

59/24 60/23 61/13 62/19 63/22 64/25
65/6 65/7 66/18 67/8 68/9 71/2 71/6 72/5
76/15 78/5 79/10 80/2 80/4 82/6 82/8
84/22 85/5 86/9 86/12 88/17 92/23 93/6
93/6 93/16 94/1 94/13 95/15 96/11 97/12
97/17 104/15 104/19 104/24 106/14
106/16 108/17 109/12 110/19 111/1
112/3 112/11 113/6 113/18 116/25 119/4
119/16 119/23 120/24 121/11 122/13
122/15 123/2 136/24
one's [1] 61/3
ones [4] 25/13 96/12 111/2 118/1
ongoing [3] 18/6 76/10 106/11
only [37] 6/21 12/3 28/24 28/25 29/11
29/16 36/10 38/23 39/13 39/25 45/8 46/5
46/11 47/13 47/13 60/20 64/14 64/21
66/4 72/19 73/4 78/5 83/22 84/5 88/17
93/6 94/1 104/2 110/12 112/18 115/24
117/25 118/1 123/22 125/6 132/8 136/16
open [10] 6/3 10/10 30/5 50/2 90/3 95/21
127/11 128/9 128/11 128/14
open-ended [1] 30/5
operated [1] 64/11
operating [1] 54/15
operation [1] 56/4
opined [1] 93/25
opinion [3] 32/5 92/8 93/23
opinions [2] 77/25 97/22
opponent [1] 98/2
opportunity [11] 6/25 7/16 27/5 87/12
116/23 125/23 127/12 129/16 129/18
135/13 135/23
oppose [1] 27/5
opposite [1] 62/25
opt [26] 10/7 11/2 23/4 23/6 31/21 32/1
35/15 35/18 37/9 37/10 37/11 72/24
72/24 73/1 88/17 88/18 92/9 93/3 94/4
94/5 94/7 97/4 97/5 103/22 103/23 123/6
opt-out [3] 32/1 35/18 123/6
opt-outs [19] 11/2 23/6 31/21 35/15 37/9
37/10 37/11 72/24 72/24 73/1 88/17 92/9
93/3 94/4 94/7 97/4 97/5 103/22 123/6
opted [3] 31/18 92/9 93/4
option [3] 54/10 92/19 93/18
options [1] 54/8
or [144]
oral [1] 19/15
oratory [1] 49/5
order [18] 11/1 16/25 17/13 19/13 22/24
27/18 28/5 42/22 53/14 56/24 63/17
67/18 74/15 78/14 78/17 78/20 81/10
82/1
ordered [1] 46/16
ordering [1] 100/13
orderly [1] 116/5
orders [9] 11/5 15/11 15/12 50/23 50/24
50/25 50/25 51/1 51/22
ordinarily [3] 37/13 41/19 61/3
ore [1] 60/7
organizations [1] 106/8
oriented [1] 109/20
original [3] 34/13 37/8 120/25
originally [6] 39/8 39/12 45/4 46/10
114/25 115/6
Orleans [8] 1/7 1/17 1/23 2/9 2/13 3/9
3/15 4/2
Oser [1] 21/19
ostensible [1] 62/8
other [88] 6/22 12/3 13/6 13/20 17/4
20/14 23/17 26/23 28/3 28/8 28/10 29/8
30/4 30/9 31/13 30/20 30/21 31/25 34/17
36/19 38/10 40/11 42/7 47/6 48/3 48/18
50/7 52/17 53/9 55/15 57/2 57/21 57/22

58/3 58/6 58/10 58/21 59/3 59/7 60/18
60/21 63/4 64/8 65/8 65/21 67/1 69/20 70/8
70/14 70/18 70/22 71/3 71/23 73/10 74/4
74/13 77/8 78/7 85/23 88/9 90/13 90/15
90/25 91/5 91/14 91/23 92/19 92/20
94/21 96/24 98/16 100/1 102/1 102/7
106/8 106/15 107/9 108/24 110/15
111/24 112/7 117/25 120/1 120/9 128/5
128/22 131/11 131/18 134/1
Other Loss [2] 70/18 107/9
others [6] 29/9 42/9 68/20 122/6 125/22
132/6
otherwise [1] 118/25
Oubliette [1] 43/25
ought [2] 20/12 136/11
our [81] 13/14 22/9 26/23 28/3 28/5
28/15 28/24 31/3 31/8 32/3 32/12 32/20
33/19 34/5 40/18 41/24 44/24 48/21 52/7
53/7 55/19 58/25 61/13 61/16 69/14 70/4
73/7 73/7 73/9 73/23 75/24 78/11 78/22
79/2 79/4 79/17 80/7 80/14 80/22 81/14
81/21 81/24 81/25 83/14 83/17 83/23
85/13 86/16 91/11 91/12 92/7 92/10
95/17 95/25 96/2 97/4 97/5 106/4 108/16
111/1 118/3 118/7 119/3 119/3 119/14
119/23 120/16 123/7 125/5 125/14 126/3
126/21 127/8 128/21 129/24 130/10
130/14 133/22 133/23 134/11 136/14
out [66] 7/10 7/21 10/7 10/24 25/14
26/24 27/11 29/2 30/14 31/8 31/19 32/1
33/15 33/25 35/18 37/7 38/25 40/5 42/8
42/22 45/16 45/18 49/17 51/11 51/11
51/22 52/10 52/14 53/15 53/18 54/6
54/23 55/10 55/24 60/8 63/3 63/25 64/1
64/7 65/1 65/16 65/21 67/4 79/5 84/12
92/6 93/1 93/5 96/3 100/2 102/16 102/22
103/8 106/17 112/9 112/13 112/14
112/21 113/10 117/11 121/16 121/23
123/6 123/16 126/8 127/3
out-front [1] 31/8
out-of-pocket [1] 27/11
outcome [1] 50/12
outlet [1] 71/7
outs [20] 11/2 23/4 23/6 31/21 35/15
37/9 37/10 37/11 72/24 72/24 73/1 88/17
92/9 93/3 94/4 94/7 97/4 97/5 103/22
103/23
outset [2] 72/7 72/13
over [35] 14/22 15/2 15/4 15/8 16/2
17/15 17/22 18/7 28/9 34/10 38/20 41/4
48/1 50/10 52/18 53/5 54/12 61/12 80/8
80/10 84/10 98/25 99/2 101/2 101/5
101/8 101/13 101/15 101/17 101/19
101/21 106/11 110/7 125/15 136/21
overall [1] 76/11
overcome [1] 71/19
oversee [1] 15/1
overwhelming [1] 56/6
own [6] 24/24 46/14 65/2 69/25 99/14
124/9
owned [7] 16/22 24/15 61/20 63/1 63/5
63/14 63/20
owners [4] 11/7 14/5 14/12 63/23
ownership [1] 62/10
owns [1] 24/13

# P

PA [2] 2/17 3/23
package [2] 9/23 10/24
packages [1] 22/2
page [4] 5/2 13/16 42/24 86/13
page 3 [1] 42/24
pages [3] 77/2 129/7 133/4

P

P [2] 21/8

paid [16] 30/16 34/3 35/15 53/12 55/16 70/20 73/13 83/2 83/22 84/12 85/25 88/12 88/12 107/19 107/20 119/20

Palm [1] 125/5

PANAYOTOPOULOS [6] 2/21 90/9 97/3 98/9 98/17 134/4

panel [1] 97/12

Papantonio [3] 22/4 90/9 95/9

paper [2] 24/1 116/21

papers [3] 43/7 73/7 73/9

paralegal [1] 33/14

parental [1] 64/4

Paretti [4] 82/25 83/14 83/20 83/25

Park [1] 2/5

part [31] 9/23 19/19 19/21 21/7 22/10 23/24 32/12 44/12 57/25 58/25 75/19 75/20 76/10 78/19 81/10 81/24 86/9 87/18 87/20 99/11 99/21 104/1 104/6 110/9 111/24 113/11 114/13 116/23 126/18 132/23 135/16

participant [1] 75/23

participate [4] 99/21 102/6 103/19 130/4

participated [1] 102/7

participating [10] 33/24 34/1 45/23 47/13 98/23 98/23 100/3 100/23 102/15 110/13

participation [8] 43/25 44/2 57/2 75/24 75/25 82/18 130/12 130/19

particular [13] 7/6 9/13 9/18 9/23 12/21 17/23 36/14 57/15 73/20 78/4 78/7 91/24 111/19

particularly [9] 6/25 14/2 21/24 60/8 71/21 94/23 116/7 129/9 134/5

parties [24] 10/7 16/12 18/14 19/22 51/25 56/9 72/8 72/21 76/20 96/7 100/13 102/3 108/25 110/14 116/5 116/6 117/10 125/13 127/12 130/5 130/10 130/17 131/11 137/2

partner [1] 68/17

partners [1] 61/13

parts [1] 110/24

party [6] 51/1 74/16 82/15 86/11 116/9 116/16

pass [1] 53/20

passed [1] 26/4

passes [1] 29/15

past [2] 60/22 94/16

patent [1] 51/17

patience [1] 50/9

pauper's [1] 112/21

pay [17] 27/23 48/17 48/21 48/21 64/16 67/20 69/19 69/25 70/1 84/8 85/1 95/13 97/1 104/9 120/20 123/20 131/22

paying [12] 81/14 82/9 82/11 82/12 82/22 84/2 84/4 84/17 85/3 85/17 86/1 120/10

payment [5] 69/21 84/21 85/3 85/7 119/22

payments [2] 84/23 85/4

payoff [1] 36/18 36/19

payout [1] 29/5

pays [1] 67/21

PC [1] 1/15

peace [1] 36/5

Peachtree [1] 2/22

peculiar [1] 68/8

penalty [1] 64/16

pending [1] 34/6

Pennsylvania [1] 1/20

penny [2] 86/3 123/20

pension [1] 112/17

people [45]  6/17 15/16 18/11 20/11 21/7 23/18 24/16 24/18 29/20 38/23 41/1 41/3 46/23 47/18 48/4 48/17 50/23 51/9 53/2 53/4 56/7 56/21 58/6 59/17 63/19 65/14 85/20 91/2 92/16 93/4 93/13 93/17 95/1 99/11 102/7 103/10 104/9 104/12 107/16 107/17 110/5 117/21 118/5 119/19 132/2

people's [1] 106/18

percent [11] 26/15 26/16 29/15 44/16 44/18 70/11 70/20 73/5 74/12 103/22 114/8

percentage [2] 26/16 103/8

perfectly [1] 66/19

perhaps [1] 73/2

period [3] 32/2 38/8 68/19

permits [1] 130/21

Perricone [1] 73/11

Perry [1] 52/9

person [5] 13/4 40/8 41/4 75/3 112/12

personal [26] 16/25 28/19 29/9 29/10 29/12 30/21 30/24 34/14 34/15 35/5 35/6 35/12 35/20 36/3 52/3 57/24 70/21 70/22 71/3 96/19 96/22 105/5 107/14 107/20 107/21 108/10

perspective [2] 50/13 75/21

pertains [1] 83/21

Peterson [7] 3/1 3/1 90/15 91/25 93/21 95/8 98/9

petition [1] 26/17

Petrus [2] 33/22 34/2

phase [1] 13/14

Phil [3] 22/5 23/11 80/2

Philadelphia [1] 1/20

PHILIP [1] 2/12

philosopher [1] 68/2

phone [5] 6/17 15/5 40/8 41/5 95/23

phony [1] 42/16

photos [2] 47/6 47/7

phrase [1] 66/15

physical [2] 46/1 46/6

PI [5] 35/4 35/6 35/9 36/9 36/11

picked [2] 27/20 29/14

picture [1] 86/8

piece [1] 82/1

pierce [2] 62/5 62/14

pierced [2] 64/4 71/16

piercing [4] 62/7 64/14 64/23 67/16

pilot [19] 16/5 16/9 18/2 18/6 28/14 39/25 41/7 41/9 41/10 41/13 41/15 41/16 52/14 52/19 53/3 68/18 75/24 75/25 109/8

pipe [2] 20/15 20/16

PIPES [6] 3/8 22/9 28/18 98/22 114/25 115/4

Pipes's [1] 129/7

place [16] 2/15 2/18 16/1 20/4 25/7 26/2 26/3 55/16 56/17 57/1 64/18 66/4 83/11 120/23 133/9 135/21

placed [1] 11/3 16/8

plaintiff [13] 37/13 37/20 51/9 57/2 64/3 66/20 66/25 67/7 92/20 93/16 93/17 96/18 114/24

plaintiff's [1] 37/7

plaintiffs [36] 1/15 1/18 2/1 6/12 10/14 10/17 10/23 12/17 12/21 14/24 18/16 28/8 28/13 51/23 54/25 55/14 58/17 64/24 65/4 66/16 71/11 71/18 92/20 92/25 94/1 96/4 96/21 97/1 98/14 108/19 112/5 119/8 119/8 127/6 132/6 132/7

plaintiffs' [15] 11/25 17/21 18/3 21/10 24/24 27/12 31/8 36/8 39/10 40/22 50/19 52/12 62/4 65/7 127/25

plane [1] 88/25

planned [1] 21/8

Plasterboard [2] 16/22 17/7

played [1] 52/9

player [1] 33/2

Plaza [1] 3/24

pleading [2] 43/4 45/1

pleadings [5] 15/21 44/4 116/21 118/18 126/21

please [19]  6/4 6/6 6/10 6/17 8/7 12/6 20/5 20/17 20/24 37/3 37/13 40/15 41/4 58/23 87/10 90/4 114/19 127/1 128/19

pleased [1] 11/2

plugged [1] 98/4

pluses [1] 91/21

plywood [1] 60/24

pocket [1] 27/11

pockets [1] 62/2

point [25]  18/20 21/3 36/24 66/10 67/23 68/9 80/14 81/21 83/16 84/16 85/5 86/25 96/3 96/11 104/4 115/20 123/10 123/16 123/22 128/8 128/14 129/5 129/11 131/16 136/25

pointed [6] 51/22 52/14 53/15 101/14 106/16 127/3

pointing [1] 101/13

points [1] 79/10

policies [20]  12/16 26/8 80/9 80/13 81/12 81/12 81/12 81/13 81/21 82/7 84/22 85/22 86/3 86/16 101/21 118/11 118/15 119/23 120/12

policy [22]  77/18 78/15 79/13 80/8 80/8 80/9 80/10 80/12 80/17 82/13 83/2 83/7 83/8 83/17 83/22 83/24 84/20 85/8 130/8 135/3 135/5 135/10

policyholder [2] 83/23 83/24

pollution [3] 26/8 101/22 101/24

pop [1] 94/19

Poppins [1] 32/1

Port [1] 90/16

portion [3] 70/16 99/18 107/3

portions [1] 100/21

posed [1] 12/19

position [12] 26/20 26/21 65/7 95/5 104/20 106/1 109/22 117/3 117/24 120/2 135/15 136/15

positions [4] 102/1 135/16 135/17 135/17

positive [3] 56/8 69/5 69/5

possibility [3] 122/18 123/8 123/9

possible [7] 32/19 77/21 93/20 103/2 103/15 114/15 133/19

post [4] 65/12 67/19 80/17 80/21

post-Katrina [1] 65/12

post-loss [2] 80/17 80/21

posted [2] 8/13 56/5

pot [3] 85/16 93/11 114/15

potential [9] 47/13 72/25 78/24 92/7 92/22 94/2 97/7 121/2 125/17

pots [1] 114/10

Poydras [5] 1/22 2/9 2/12 3/9 4/1

PPA [1] 108/4

practically [2] 16/11 68/1

practice [3] 16/11 43/11 94/21

practices [1] 67/15

practicing [3] 35/24 37/16 45/15

Prandini [1] 25/8

precedent [1] 83/11

precisely [1] 95/24

predominance [1] 115/4

preferred [1] 74/5

prefers [1] 89/2

preliminary [10]  9/4 9/8 10/5 10/8 10/10 13/15 19/8 32/24 55/1 88/13

## P

prepare [1] 95/8
preparing [3] 117/13 124/1 124/4
prescription [1] 102/24
presence [1] 13/19
present [4] 9/3 9/18 13/18 21/15
presentation [3] 23/25 32/23 136/17
presentations [2] 19/15 29/10
presented [2] 134/10 134/15
presenting [1] 9/6
presents [2] 97/23 97/25
preservation [2] 51/1 56/24
preserve [2] 78/14 78/23
preserved [1] 134/24
preserves [1] 131/4 133/12
presided [3] 15/8 16/2 17/15
presiding [1] 15/2
press [5] 20/3 20/8 20/12 20/13 20/14
pretrial [9] 15/11 17/13 50/23 50/24
50/25 50/25 51/1 51/21 56/23
pretty [7] 54/15 58/10 59/13 91/10 94/13
103/6 123/11
prevail [1] 114/24
prevent [1] 115/1 121/23
Prevention [2] 38/16 105/16
previous [1] 40/21
previously [2] 117/9 127/9
priced [1] 66/2
primaries [1] 83/17
primarily [1] 13/24
primary [15] 36/4 80/7 81/11 81/15 82/1
82/7 83/1 85/2 85/6 85/9 86/3 86/15
120/15 120/17 130/7
primary's [2] 81/21 82/18
principal [1] 65/23
principles [1] 67/12
prior [2] 10/5 56/23
private [3] 7/14 33/19 62/10
privileged [1] 40/9
pro [2] 11/14 15/6
pro se [1] 15/6
pro ses [1] 11/14
probability [4] 77/4 91/19 102/12 102/17
probably [6] 9/17 47/9 54/17 69/7 100/3
112/1
problem [23] 15/14 24/14 32/7 46/9
60/20 62/12 65/6 74/25 94/21 97/21
102/18 103/11 105/14 105/18 110/9
110/16 112/13 112/15 113/5 113/12
116/3 116/10 116/16
problematic [2] 113/5 116/7
problems [9] 12/14 46/2 97/23 105/23
105/24 119/20 120/10 128/20 136/7
procedural [2] 78/12 87/6
procedure [1] 15/11
proceed [1] 101/3
proceeded [1] 109/6
proceeding [1] 110/10
proceedings [10] 4/5 6/3 16/3 30/23
32/18 72/12 90/3 91/17 137/6 137/13
proceeds [6] 80/17 84/20 94/22 114/16
118/10 118/10
process [34] 16/6 18/7 18/10 19/18
19/24 31/2 32/11 50/12 52/5 52/21 54/13
54/21 57/1 73/16 74/15 76/8 76/11 76/25
77/20 78/19 78/24 79/6 79/18 79/20
91/22 92/12 93/15 98/5 100/23 100/24
121/14 121/16 130/4 135/14
produce [1] 34/8
produced [3] 44/7 48/5 50/16
produces [1] 46/15
product [24] 38/4 38/9 38/14 39/7 39/9

39/11 39/15 39/17 39/22 40/2 59/17
59/18 59/25 60/1 70/5 70/7 71/6 71/19
66/2 69/15 85/23 99/9 99/10 116/4
production [1] 46/16
products [8] 1/5 6/8 9/2 17/6 39/19 60/2
60/2 108/5
profession [1] 94/25
professional [7] 7/13 12/24 13/6 32/6
43/6 50/17 100/8
professionalism [2] 12/1 72/2
professionally [2] 11/25 41/22
profile [4] 37/20 46/18 51/2 51/9
profits [1] 63/16
program [26] 16/6 18/2 18/3 18/6 18/15
28/15 39/25 41/7 41/9 41/10 41/13 41/15
41/16 52/14 52/19 53/3 54/20 56/7 56/16
57/7 68/19 75/24 75/25 76/1 90/6 100/19
programs [2] 16/9 109/8
progressed [1] 90/21
prohibit [1] 80/23
prohibition [1] 80/20
project [1] 10/19
projections [1] 51/12
prolix [2] 30/25 31/10
promise [1] 86/20
promised [1] 41/17
promptly [1] 19/10
proof [3] 24/3 52/18 88/11
proper [4] 32/18 32/19 67/9 67/13
properties [2] 14/5 46/14
property [17] 13/19 14/12 25/15 31/18
31/19 35/22 36/4 37/14 46/6 52/3 61/6
69/21 70/19 88/6 107/16 107/20 108/3
proponent [1] 50/15
proponents [1] 19/25
proposal [1] 100/17
proposed [11] 8/4 11/6 16/14 19/12 20/1
48/3 60/24 121/11 121/14 121/19 122/9
prospect [1] 132/1
protect [2] 81/15 83/24
protected [2] 107/7 107/11
protection [2] 81/15 105/17
protester [1] 40/7
protesting [1] 39/25
protocol [10] 9/21 9/22 16/8 16/8 16/10
17/25 18/4 39/23 41/17 53/23
protocols [1] 16/13
proud [10] 26/11 26/11 39/23 58/19 70/4
74/23 75/20 87/18 101/1 103/25
prove [13] 29/9 35/6 54/22 62/18 63/3
67/8 67/16 71/5 71/5 71/7 107/6 114/7
120/8
provide [7] 11/7 71/4 77/9 96/8 110/20
113/16 134/18
provided [7] 24/17 54/18 57/3 71/22
125/8 126/24 133/1
provides [7] 55/9 55/25 69/19 71/6 81/10
96/8 109/16
providing [4] 71/10
provision [4] 74/6 74/6 84/18 85/5
prudent [1] 53/1
Prussian [1] 68/2
PSC [30] 18/17 21/5 39/24 49/12 57/2
57/25 62/20 63/3 70/16 73/24 77/19 79/4
87/14 90/23 92/4 95/18 98/18 98/24
100/20 102/14 109/25 125/17 129/14
130/13 131/1 131/21 133/2 133/16
134/25 135/4
PSC's [1] 129/6
public [2] 15/13 56/5
publication [2] 9/11 28/1
pudding [1] 52/18
purchase [2] 38/1 46/17

purchased [2] 37/24 45/23
purchases [1] 65/9
pure [3] 35/12 35/20 59/22
purported [1] 88/17
purportedly [2] 56/21 88/18
purpose [5] 19/10 64/15 123/18 126/5
135/11
purposes [3] 17/17 22/18 122/5
pursuant [3] 52/19 53/23 88/22
pursue [2] 24/25 67/22
pursued [1] 26/7
pursuing [1] 26/7 31/9
pushing [1] 9/25
put [34] 10/25 15/19 16/11 19/23 23/21
27/10 27/12 27/16 27/24 27/25 27/25
35/7 40/3 42/7 44/4 54/4 60/25 63/6
64/21 65/19 68/14 72/16 97/5 97/17
102/1 102/2 102/4 109/5 110/12 115/10
120/22 120/25 130/8 135/21
puts [3] 24/7 53/18 55/10
putting [6] 9/7 21/23 83/18 94/5 94/7
133/22
PWC [1] 63/10

## Q

qualifies [2] 88/1 94/2
qualify [3] 30/6 53/14 58/6
quality [2] 12/25 13/7
quarters [1] 58/15
question [21] 32/20 32/21 35/13 40/14
42/12 83/9 100/11 102/9 108/21 109/13
113/19 114/17 115/20 119/7 119/15
122/8 123/24 126/8 128/7 128/17 129/3
questionable [1] 102/18
questioned [2] 36/9 36/11
questions [6] 9/14 73/14 74/20 103/5
108/15 129/20
quick [1] 136/24
quickly [2] 91/4 94/5
Quinn [1] 3/4
quite [4] 51/5 103/25 114/20 129/18
quote [7] 37/23 43/10 43/10 43/13 45/2
83/5 83/7
quote/unquote [1] 83/7
quoted [1] 80/22

## R

raise [2] 15/25 123/8
raised [13] 73/15 80/10 104/16 105/4
119/3 119/5 119/7 125/17 129/10 129/13
129/20 130/9 136/16
raises [1] 85/24
ran [1] 62/25
range [4] 32/19 77/21 103/2 103/15
rank [2] 99/6 102/7
rather [4] 62/22 68/6 68/7 116/6
rattling [1] 38/21
raw [1] 60/7
Ray [1] 43/5
RCR [2] 10/13 10/22
re [4] 1/5 6/7 9/22 80/16
re-establishment [1] 9/22
reach [3] 31/4 71/20 130/14
reached [13] 7/10 44/20 55/14 57/24
70/15 72/3 72/13 72/14 90/23 95/19
98/24 100/20 131/2
reaching [1] 116/6 130/18
react [1] 119/18
reacting [1] 110/7
reactive [2] 53/22 120/7
read [8] 15/23 19/18 29/20 37/25 42/19
45/21 116/23 129/18
reader [1] 68/2

R

reading [1] 50/3
ready [3] 54/4 73/21 112/17
real [11] 23/17 25/16 25/18 31/17 32/7
 36/12 53/16 54/9 79/7 115/9 136/24
realize [2] 95/14 96/10
really [22] 18/8 15/13 16/15 16/20 36/12
 42/6 42/9 55/4 59/9 61/16 69/5 69/5
 71/10 78/5 88/3 95/1 115/23 123/18
 125/8 125/22 132/1 135/20
reason [13] 9/11 12/24 26/20 63/22 82/8
 94/12 98/16 107/25 119/16 121/20
 123/13 125/8 128/6
reasonable [14] 19/12 50/16 53/1 57/21
 71/20 76/12 79/6 79/21 84/25 88/20
 108/14 117/24 131/1 132/1
reasonably [1] 69/17
reasons [6] 6/15 16/25 82/8 105/6
 119/14 128/13
rebuttal [4] 20/2 74/3 126/25 127/2
recall [6] 39/8 52/7 75/23 76/3 76/4 80/6
receipt [1] 38/1
receipts [4] 37/23 46/15 47/16 47/20
received [4] 19/17 32/1 116/21 126/17
receives [1] 54/1
receiving [1] 46/22
recent [2] 82/24 82/24
recently [2] 32/6 70/15 80/16 106/16
recess [5] 20/23 49/21 89/5 89/6 137/4
recognition [1] 61/15
recognize [6] 13/5 13/9 74/8 74/9 74/15
 94/18
recognized [3] 24/14 32/4 115/15
recognizes [2] 74/17 109/7
recommendation [1] 44/10
recommendations [1] 58/5
recommended [1] 44/19
reconstructed [1] 14/4
record [47] 6/10 8/13 19/19 19/21 21/8
 22/11 27/10 34/20 36/21 37/22 38/11
 38/14 39/2 39/3 42/4 44/4 45/8 46/12
 46/25 47/24 50/2 50/3 56/5 58/13 64/3
 64/22 82/17 87/4 87/8 98/20 115/16
 115/17 115/22 116/23 117/4 117/14
 121/10 126/18 127/11 128/9 128/11
 128/14 129/7 129/11 130/1 133/3 137/13
recorded [1] 4/5
records [1] 77/3
recoup [1] 85/14
recourse [2] 61/19 61/23
recover [6] 42/21 62/5 93/17 96/5 113/14
 118/10
recovering [1] 62/1
recovery [18] 32/19 37/7 52/25 55/9 69/8
 76/11 77/7 77/13 77/17 77/21 77/24
 93/20 97/7 103/2 103/15 115/1 135/6
 135/8
red [2] 36/1 36/1
redhibition [1] 77/11
redress [2] 61/16 61/23
reduced [1] 17/18
Reed [15] 32/13 68/24 69/7 71/23 72/22
 76/14 76/14 76/23 77/22 88/8 91/9 98/16
 100/10 102/8 108/13
refer [3] 8/14 39/3 56/12
reference [3] 12/7 19/15 22/21
referred [1] 135/5
refers [1] 95/9
refinished [1] 54/6
refreshed [1] 75/22
refrigerator [1] 61/1
refrigerators [1] 14/8

refused [1] 27/23
refuse [1] 65/20
refuted [1] 84/18
regard [8] 28/19 30/24 32/22 33/1 35/4
 40/12 77/1 133/25
regarding [2] 39/19 98/15
regardless [1] 92/7
regards [1] 68/22
Regina [1] 40/3
regret [1] 82/5
regularly [1] 15/2
rehabilitated [1] 112/14
reimburse [1] 85/8
reimbursed [1] 29/25
reimbursing [1] 30/2
reiterate [1] 126/3
rejection [1] 78/4
relate [1] 104/21
related [8] 15/8 18/19 90/24 91/5 97/8
 105/19 105/20 106/17
relates [2] 1/8 77/7
relating [1] 12/4
relations [1] 61/17
relationship [2] 7/19 13/4
relatively [2] 28/1 87/18
release [6] 36/3 36/3 83/23 104/3 108/3
 108/10
released [3] 99/24 121/3 123/20
releases [2] 83/25 121/1
relevant [1] 78/4
relied [1] 120/13
relief [15] 9/2 9/24 25/7 28/24 35/8 35/16
 49/14 52/25 53/10 53/17 71/11 71/22
 74/22 86/20 130/4
relieved [1] 120/18
remain [4] 7/3 55/2 96/4 128/14
remainder [1] 53/10
remaining [2] 23/7 93/6
remains [4] 60/1 93/20 117/10 117/14
remarkable [1] 59/16
remarks [2] 12/6 127/14
remediate [3] 25/5 99/20 99/21
remediated [12] 18/12 41/3 52/21 52/22
 54/12 56/13 56/16 56/22 57/9 58/9 87/25
 88/12
remediating [5] 18/7 54/13 99/19 101/7
 113/25
remediation [31] 11/7 16/6 17/24 18/2
 18/4 18/6 18/10 29/4 29/5 29/6 29/15
 29/22 31/22 39/6 39/21 39/23 40/2 41/17
 53/23 54/9 54/10 54/11 54/20 54/21
 56/22 58/9 69/23 70/2 74/12 75/24 75/25
remediations [1] 57/15
remedy [3] 40/1 49/14 92/11
remember [1] 41/5
remembered [1] 34/1
remind [1] 47/12
reminds [1] 34/10
removed [4] 53/23 53/24 53/24 54/1
RENITA [2] 3/5 98/7
reoccupy [1] 54/7
repair [7] 52/23 55/21 56/1 56/20 112/17
 113/2 114/10
repaired [2] 55/17 70/5
repairs [1] 53/2
repayment [1] 64/1
repeat [1] 74/19
replace [1] 85/21
replacement [1] 85/22
reply [1] 22/19
report [9] 8/12 8/19 11/17 11/21 12/7
 12/10 21/12 23/2 30/16
Report 38 [1] 8/12

Reporter [3] 4/1 137/10 137/18
represent [1] 36/9
representation [2] 13/7 45/1
representatives [1] 93/24
represented [1] 22/3
representing [1] 40/13
reps [4] 44/18 44/19
reputable [1] 123/4
reputation [1] 46/10
request [9] 17/1 49/25 88/19 118/13
 118/19 121/20 123/10 123/14 128/8
requested [2] 27/4 117/9
required [4] 44/4 48/4 73/15 110/2
requirements [2] 31/2 32/21
requires [2] 44/7 62/13
rescinded [1] 103/22
rescissions [3] 23/5 37/10 73/1
researched [2] 125/18 130/20
reserve [2] 119/11 121/5
reserved [2] 20/7 37/23
reserves [2] 131/7 131/9
resident [1] 125/5
residential [1] 101/7
residents [2] 9/2 36/15
resolution [8] 18/21 40/24 53/9 76/11
 87/19 88/5 97/13 130/18
resolve [7] 11/4 18/19 57/5 100/21
 118/24 125/11 136/2
resolved [6] 13/8 52/1 73/6 88/4 104/6
 134/5
resources [1] 112/16
respect [5] 12/9 57/8 74/3 87/16 88/10
respectfully [4] 35/21 49/16 88/7 88/19
respiratory [1] 14/10
respond [3] 12/12 15/23 127/12
responding [1] 53/17
response [5] 53/4 73/7 103/20 129/6
 136/18
responsibilities [1] 13/6
responsible [4] 22/1 57/14 62/7 116/5
rest [2] 42/3 63/8
restore [1] 69/20
restored [3] 55/6 55/10 70/3
restores [1] 53/19
restoring [2] 30/3 52/5
result [22] 13/19 13/24 14/12 23/19
 30/15 60/17 69/17 70/3 70/4 74/23 78/16
 79/16 86/23 88/11 96/23 97/18 97/20
 104/11 122/19 132/5 132/9 134/7
resulted [3] 41/18 64/17 100/19
results [2] 70/17 76/9
retainer [2] 25/11 33/17
retainers [1] 32/1
reversed [1] 122/15
Review [1] 32/6
reviewed [3] 44/3 72/20 77/2
revise [1] 124/18
Rhine [3] 2/1 2/1 10/16
RICHARD [2] 2/8 75/4
Richards [1] 7/22
Rick [1] 22/5
right [24] 20/18 20/21 24/14 31/5 59/5
 61/4 68/8 69/15 76/10 85/14 90/13 93/3
 95/3 111/23 114/15 118/10 122/3 123/7
 124/9 131/9 131/16 131/23 133/23 137/4
rights [12] 78/25 79/13 80/9 102/23
 107/8 118/3 118/7 121/5 128/12 134/22
 135/6 137/1
ripe [1] 102/11
rise [2] 20/22 137/5
risk [8] 94/6 94/7 96/13 133/14 133/14
 133/15 133/15 133/15

R

risks [4] 38/1 69/11 83/22 96/15

RISLEY [6] 3/17 117/20 129/21 129/22 134/21 135/5

Rita [3] 14/1 23/20 36/16

River [50] 3/17 23/9 23/12 31/9 73/23 78/6 78/18 79/9 79/12 79/15 80/4 80/9 80/10 80/12 80/21 80/25 81/4 82/6 82/7 82/14 82/15 85/19 85/24 86/11 86/12 86/21 116/24 117/20 117/22 117/25 118/5 118/14 118/16 118/20 122/3 123/23 124/22 130/9 130/12 130/15 131/7 131/14 131/22 133/6 133/12 133/17 134/2 135/13 135/22 136/1

River's [9] 73/23 121/2 130/6 130/7 130/19 131/4 132/15 133/13 134/22

Riverway [1] 3/18

RMB [1] 64/2

road [2] 2/22 62/20

Roberts [2] 3/23 125/2

Robin [1] 45/11

rock [1] 60/7

Romeo [1] 49/6

room [6] 20/6 20/13 72/2 95/22 96/12 120/1

round [2] 67/1 67/2

routinely [1] 43/11

rule [16] 24/6 32/7 32/21 44/23 51/16 55/8 57/21 58/18 61/7 78/21 88/8 88/23 122/4 122/8 122/21 135/23

Rule 11 [1] 24/6

Rule 23 [10] 32/7 32/21 51/16 55/8 58/18 61/7 78/21 88/8 122/8 122/21

rules [2] 108/23 116/11

ruling [4] 66/10 78/20 82/25 124/8

rulings [1] 15/22

run [3] 54/15 63/2 63/11

run-up [1] 54/15

running [1] 34/9

RUSS [6] 1/16 5/23 6/11 21/23 22/7 72/16

Russ's [1] 69/3

Ruth [1] 21/18

S

safe [1] 28/25

Safety [10] 38/4 38/9 38/14 39/7 39/9 39/11 39/15 39/17 39/22 40/2

said [38] 22/22 33/6 35/19 36/17 43/20 47/10 49/5 54/11 59/6 65/14 65/18 69/4 69/11 69/14 70/7 70/21 71/14 73/25 73/25 83/1 83/5 84/13 95/21 104/12 105/23 114/25 115/6 115/9 117/7 121/13 121/21 126/18 128/8 128/15 129/24 129/25 132/11 134/3

Saints [1] 6/17

sales [3] 29/14 57/23 65/1

salespeople [1] 65/17

Sam [1] 21/18

same [17] 13/16 47/2 50/3 54/21 58/14 60/14 61/9 61/9 67/15 80/10 85/2 91/7 106/21 110/8 119/25 128/6 128/16

samples [1] 47/25

Sandy [2] 21/25 128/20

Santa [1] 3/21

Sarver [1] 3/8

satisfied [2] 57/7 121/15

satisfy [1] 57/17

saw [4] 46/3 46/5 68/19 103/5

say [44] 15/12 26/15 29/11 33/18 34/13 35/18 37/14 39/23 42/6 42/9 48/6 48/12 48/24 59/21 64/3 66/21 67/24 69/16

74/11 75/12 82/8 82/11 100/2 101/1 100/25 107/4 112/22 113/4 116/24 117/21 120/19 122/2 122/5 123/17 124/9 124/16 126/19 127/11 128/16 131/4 133/6 134/4 134/21 134/25

saying [7] 24/2 38/21 83/18 83/21 85/19 86/14 111/13

says [14] 22/5 23/23 42/15 42/16 44/20 45/12 45/13 46/18 47/20 49/7 54/2 68/3 82/7 133/8

Scalia [1] 32/4

scene [1] 53/25

schedule [1] 136/4

scheduled [2] 15/3 130/15

scheduling [2] 11/5 19/13

Scholer [3] 2/4 68/13 68/20

school [1] 36/14

science [1] 105/15

scientific [5] 38/6 106/23 107/1 107/10 108/7

scientifically [1] 105/9

scope [3] 31/3 52/23 55/21

SCOTT [5] 2/15 22/6 74/1 81/6 90/16

se [2] 3/12 15/6

seal [2] 59/4 59/4

seated [4] 6/4 20/24 49/22 90/4

seating [1] 20/7

second [41] 37/9 57/4 76/17 78/13 78/13 78/18 78/21 78/23 79/2 79/5 79/8 79/10 79/11 79/19 82/11 84/16 104/18 104/19 106/10 121/11 121/15 122/9 123/1 123/19 124/6 124/20 128/1 129/20 129/23 129/23 132/13 132/14 132/25 133/8 133/11 133/17 135/4 135/12 135/12 135/18 136/15

secondly [2] 79/14 109/13

secretary [1] 21/18

Section [4] 1/6 84/19 85/6 85/16

Section 1.16 [3] 84/19 85/6 85/16

sector [1] 7/14

Sedran [1] 1/18

see [18] 10/17 12/7 16/9 16/13 28/3 30/25 45/12 45/13 47/3 60/18 83/10 100/22 125/8 126/1 127/19 129/15 130/14 136/12

Seeger [1] 128/20

seeing [3] 7/1 52/1 111/7

seek [5] 68/4 78/20 81/20 131/11 131/23

seeking [4] 65/6 78/17 86/16 98/18

seemed [1] 62/11

seems [1] 49/6

seen [2] 47/21 94/23

self [4] 29/5 54/21 71/24 83/6

self-evident [1] 71/24 83/6

self-remediation [2] 29/5 54/21

sell [1] 99/9

seller [2] 124/3 131/19

sellers [1] 65/20

semblance [1] 18/12

send [2] 46/23 121/17

sense [5] 30/6 60/9 94/12 94/17 113/3

sent [1] 10/2

separately [1] 63/1

September [4] 16/24 38/3 39/7 39/22

September 15 [3] 38/3 39/7 39/22

September 4 [1] 16/24

serial [1] 43/6

series [1] 130/21

serious [6] 45/1 49/3 49/3 71/19 103/4 103/5

seriously [3] 72/11 97/6 125/14

Serpe [1] 9/5

serve [4] 34/7 115/8 116/9 116/16

served [3] 55/7 96/25 115/13

service [4] 17/14 115/10 115/19 116/6

services [1] 13/10

Serzone [1] 108/5

ses [1] 11/14

SESSION [2] 6/1 90/1

set [21] 19/9 19/10 19/13 28/23 30/8 49/17 53/2 62/2 79/5 86/10 107/3 107/6 118/18 119/14 121/25 122/10 123/25 124/14 125/6 136/3 136/18

setoff [1] 96/24

sets [2] 108/21 113/25

setting [4] 19/7 20/9 20/15 52/10

settings [1] 57/23

settle [10] 24/16 40/25 83/2 84/24 85/3 85/4 108/4 130/22 130/24 130/25

settled [7] 41/1 56/25 72/12 83/6 107/15 107/24 109/17

settlement [248]

settlements [33] 8/23 16/14 21/13 23/3 24/10 26/13 28/15 28/21 41/18 42/20 43/12 50/24 55/15 57/10 57/12 69/9 86/10 86/12 107/14 108/1 108/9 110/15 114/14 117/23 117/24 118/1 118/2 118/25 121/14 123/11 130/1 134/3 135/19

settles [1] 18/25

settling [6] 10/20 107/18 117/10 118/6 130/8 134/14

seven [6] 26/4 28/13 46/12 47/25 88/17 106/12

seven-fifty [1] 26/4

several [12] 6/17 9/19 29/23 34/17 37/4 50/23 51/3 69/22 82/24 109/12 121/3 132/8

Shakespeare [2] 49/5 49/18

shared [3] 27/14 27/14 57/3

shares [1] 45/10

sharing [1] 43/1

shark [1] 45/17

SHARMA [2] 3/5 98/7

shazam [1] 48/12

she [7] 33/23 34/5 34/7 40/3 49/8 49/10 92/24

sheet [2] 120/1 120/2

sheetrock [4] 60/11 94/19 94/25 95/1

sheets [1] 120/1

shekel [1] 64/2

shipped [1] 66/3

shirt [1] 48/12

shocked [1] 63/23

shoes [1] 61/1

shop [1] 116/2

shopping [1] 42/25

short [3] 29/13 57/22 65/13

shortage [1] 66/5

should [19] 8/6 12/11 15/12 20/13 34/1 43/1 58/17 64/4 74/15 75/15 78/2 82/10 86/5 86/14 104/23 105/8 108/14 110/24 127/19

shoulder [1] 137/1

shouldn't [1] 84/17

show [3] 35/9 40/21 47/6

showed [4] 40/7 40/14 40/20 47/6

shown [1] 50/9

shows [1] 46/16

sic [1] 22/5

side [8] 13/4 28/3 29/12 41/24 51/10 59/8 71/13 134/5

side's [1] 67/20

sides [5] 11/6 13/1 41/23 41/24 100/7

Siefert [1] 103/6

# S

Case 2:09-md-02047-EEF-MBN Document 16392-1 Filed 09/26/12 Page 159 of 165

sight [1] 41/23

significant [9] 18/20 75/17 76/21 77/9 77/18 78/3 78/13 103/16 105/6

significantly [3] 77/13 78/2 113/13

signing [1] 11/10 50/3

signs [1] 55/22

silver [2] 14/6 46/5

similar [5] 96/18 102/6 102/7 107/8 110/6

simple [2] 61/2 88/3

simplify [1] 85/12

simply [1] 10/6 78/21 83/16 83/17 84/12 102/25 105/8

since [7] 14/22 42/16 73/9 82/17 83/13 91/5 124/8

sincere [1] 125/12

single [7] 37/25 40/14 41/5 64/12 64/14 106/13 106/14

Sinkler [1] 2/17

sir [5] 21/9 22/2 25/23 27/9 28/5

sit [6] 49/24 52/16 52/18 56/24 97/6 136/7

site [9] 8/13 10/25 15/13 15/19 15/20 45/22 47/3 47/9 57/4

sitting [1] 52/1

situation [18] 9/16 30/25 51/15 59/10 59/18 65/23 68/8 69/18 83/20 84/12 89/1 93/11 97/4 104/25 111/13 113/9 123/7 126/7

six [5] 47/25 73/22 73/22 76/14 91/9

sixth [1] 77/25

size [1] 64/16

skin [2] 14/10 45/17

slept [1] 21/9

slide [1] 41/14

slides [2] 40/4 72/15

slowing [1] 132/12

slows [1] 98/1

small [5] 65/8 72/25 87/18 94/18 103/14

smaller [1] 99/16

smell [5] 46/1 47/17 60/16 119/20 120/1

Smith [1] 2/8

sniffles [2] 34/16 38/24

so [115] 6/17 10/7 10/9 13/9 13/16 16/9 16/11 18/10 19/23 25/2 25/5 26/22 29/16 33/2 33/11 33/20 34/5 34/14 34/21 34/24 35/6 38/7 41/7 41/13 41/25 42/2 48/5 51/9 52/7 52/24 53/10 53/20 55/7 55/22 56/21 56/21 57/5 57/12 58/10 60/20 61/2 61/24 62/17 63/20 64/20 66/14 67/11 67/21 68/15 69/10 70/3 71/9 73/7 73/22 74/21 79/19 80/19 82/12 82/23 82/24 84/17 85/16 86/4 91/7 94/17 97/10 97/14 99/3 99/20 99/25 104/3 104/9 105/2 105/19 107/3 107/9 107/23 108/8 109/10 109/15 109/18 110/16 110/24 111/5 111/18 111/18 112/7 112/20 113/5 113/14 115/13 116/10 117/13 120/10 120/21 121/10 122/21 123/2 123/10 124/11 128/16 128/23 130/4 130/9 130/12 130/13 130/13 130/16 131/1 132/3 132/24 133/14 134/9 135/20 136/11

so-called [1] 82/12

society [1] 55/2

soda [1] 60/25

software [1] 4/6

sold [7] 17/7 45/24 46/18 66/23 75/16 77/16 87/16

solely [1] 107/14

solicitation [3] 45/14 45/16 45/18

soliciting [2] 43/19 43/23

solidary [2] 131/20 132/8

solibon [2] 2/10 132/20

solutions [1] 136/8

some [85] 7/7 9/24 10/2 11/5 11/8 12/23 13/8 13/15 14/6 14/9 18/10 18/12 19/23 20/7 21/4 24/8 25/3 25/11 29/15 30/4 38/23 38/24 42/8 42/11 45/2 47/22 48/7 48/8 48/18 51/12 52/6 52/10 53/5 54/13 56/6 56/19 58/2 58/21 62/18 62/18 62/24 68/21 68/24 72/15 73/13 73/14 73/14 73/15 74/14 75/10 75/22 78/7 78/12 81/19 84/13 88/25 91/23 93/17 93/17 94/23 97/16 97/18 102/25 110/10 111/8 112/16 113/15 118/11 121/1 122/5 124/19 127/14 128/20 129/10 129/17 129/19 132/6 134/9 136/5 136/5 136/6 136/6 136/8 136/10 136/11

somebody [9] 33/16 63/5 63/18 84/13 94/19 94/20 99/16 101/13 107/4

somehow [1] 99/16

someone [1] 99/8

something [22] 15/19 20/20 24/5 29/11 34/18 37/23 42/18 44/23 66/4 72/6 83/19 84/2 92/22 98/4 113/1 115/5 116/3 116/10 116/17 126/24 136/3 136/20

sometimes [3] 49/5 74/16 104/7

somewhat [2] 23/23 104/17

Somewhere [1] 116/16

sons [1] 45/16

sorry [1] 43/22

sort [3] 6/25 18/8 48/24

Soto [5] 34/12 40/13 42/12 46/25 126/16

Soto's [1] 44/17

sought [4] 78/19 79/10 79/11 118/19

sound [6] 20/15 23/16 24/8 49/23 105/15 121/2

soundly [1] 16/10

source [1] 39/13

south [6] 2/19 43/16 44/3 92/10 92/15 106/22

South Carolina [2] 43/16 44/3

Southeastern [1] 60/12

space [1] 49/24

spare [1] 94/25

speak [11] 18/8 19/19 35/2 50/18 58/21 92/24 109/15 109/23 111/18 112/20 116/25

speaking [3] 22/16 79/25 81/5

special [2] 15/6 58/5

specific [5] 29/19 104/16 110/19 111/1 128/17

specifically [2] 73/24 105/20

specificity [1] 126/9

specifics [2] 136/10 136/11

spelled [1] 42/22

spend [4] 50/11 113/3 115/19 116/15

spending [1] 76/21

spent [3] 27/11 112/16 113/2

spite [2] 92/1 98/11

spoke [1] 42/1

spoken [2] 91/14 94/4

spread [1] 87/10

square [2] 13/22 26/4

squarely [1] 83/11

squeeze [1] 95/23

St. [1] 90/16

St. Lucie [1] 90/16

staff [2] 21/24 21/24

staffs [1] 50/9

stage [8] 32/17 72/12 76/24 91/17 102/8 109/10 111/4 111/15

stalking [1] 33/18

stand [15] 33/16 41/11 41/20 66/13 68/7

69/15 70/4 82/5 89/5 102/4 104/25

solidson [2] 2/10 133/12 132/20

standards [1] 80/5

standing [16] 35/25 42/14 42/18 43/1 44/9 49/4 79/17 82/5 82/17 86/21 118/5 118/7 118/22 118/24 134/23 135/21

standpoint [2] 15/9 97/24

start [4] 6/24 8/1 52/1 99/25

started [8] 35/24 45/15 46/8 62/21 74/22 100/13 108/1 112/12

state [21] 7/2 7/3 7/5 7/7 10/1 10/4 11/9 14/13 15/7 17/10 23/13 44/24 49/10 66/23 67/4 100/1 106/9 109/23 110/10 110/16 110/17

stated [2] 103/20 134/17

statement [1] 45/24

statements [3] 37/4 38/2 63/10

states [27] 1/1 1/12 8/20 9/16 12/13 13/21 13/23 13/24 17/8 41/1 60/1 60/12 63/18 65/2 65/5 65/9 65/13 66/3 66/23 66/24 66/24 67/9 67/10 67/13 77/8 97/15 137/10

status [14] 1/10 6/16 6/20 8/1 8/19 10/13 12/7 12/10 15/3 17/2 28/6 40/5 40/7 117/10

statute [1] 102/25

stay [2] 63/16 121/18

steering [13] 6/14 11/25 15/5 18/3 21/11 24/24 27/13 31/8 39/10 40/23 50/9 52/12 113/23

stenography [1] 4/5

step [3] 25/6 86/7 104/7

stepped [3] 99/6 101/2 104/12

Steve [4] 22/4 68/12 129/1 129/2

STEVEN [2] 2/5 5/24

Stewart [1] 2/14

sticks [1] 53/17

Stiles [1] 3/14

still [12] 21/1 24/19 31/6 44/23 59/4 92/7 92/10 103/23 106/20 114/11 122/8 134/9

stipulated [1] 17/17

stocked [1] 46/18

stone [1] 95/23

stop [3] 62/9 48 105/23 120/19

storms [1] 112/14

story: [1] 72/16

story: the [1] 72/16

straightforward [1] 61/2

strange [1] 124/13

streaming [1] 49/23

Street [9] 1/19 1/22 2/2 2/9 2/12 3/2 3/9 3/15 4/1

strength [1] 59/16

strengths [1] 59/7

strict [1] 60/1

strong [2] 68/3 106/1

strongly [1] 97/4

structure [3] 19/23 52/11 56/17

struggled [1] 115/7

studied [2] 105/12 105/20

studies [1] 38/5

study [4] 38/7 105/19 105/21 105/25

stuff [1] 49/2

Sturm [1] 66/14

subcategory [1] 56/12

subject [3] 30/24 71/6 131/22

submission [1] 121/25

submissions [1] 119/3

submit [3] 88/7 124/19 127/10

submitted [3] 10/24 127/9 133/2

suboption [1] 54/10

subpoena [3] 34/7 34/8 34/10

subsequent [1] 78/9

**S**

subsidiaries [1] 24/13
subsidiary [2] 16/22 17/6
substance [3] 84/3 87/5 125/7
substantial [2] 31/4 115/16
substantive [1] 128/4
substitute [1] 50/3
subsuppliers [1] 99/15
succeed [4] 31/21 93/22 134/14 134/15
succeeded [1] 7/18
success [4] 77/4 91/19 102/12 102/17
successful [3] 58/10 95/3 131/14
such [8] 9/12 14/9 56/3 62/6 80/17 80/23
  107/10 132/5
sued [1] 61/4
sues [1] 63/18
suffered [3] 23/20 30/4 38/23
suffering [1] 48/2
sufficient [1] 105/24
suggest [4] 27/6 35/21 86/17 97/4
suing [2] 101/12 112/6
suit [4] 14/13 15/17 33/4 116/13
Suite [9] 1/19 1/22 2/2 2/12 2/22 3/2 3/12
  3/18 3/24
sulfur [4] 17/18 46/5 60/7 120/6
sulfur-bearing [1] 60/7
Sullivan [1] 3/4
sum [2] 29/24 29/24
summary [1] 103/18
summer [2] 50/21 51/6
super [3] 7/7 48/16 52/8
superhero [1] 48/13
Superman [1] 48/10
supervised [1] 16/1
supplemental [2] 73/17 128/10
supplied [3] 87/16 87/17 87/25
supplier [2] 96/18 112/23
suppliers [13] 9/3 14/15 19/6 40/10 57/12
  70/12 94/18 99/2 99/5 99/12 101/10
  102/19 104/5
supplies [2] 13/25 65/12
supply [10] 2/8 2/11 2/17 19/4 19/5 65/13
  87/11 90/14 90/16 90/25
support [12] 22/19 38/7 50/9 98/10 98/16
  106/1 106/24 107/10 118/18 125/20
  129/25 133/24
supported [3] 38/24 38/25 94/11
supporters [3] 90/5 116/20 126/25
supporting [1] 106/1
supportive [1] 114/13
supposed [2] 83/24 124/11
Supreme [6] 80/15 82/25 83/3 83/5
  83/11 101/23
Supreme Court [6] 80/15 82/25 83/1 83/5
  83/11 101/23
sure [9] 53/21 54/1 67/22 101/18 110/15
  117/5 121/9 122/4 125/21
sureties [1] 14/17
surprisingly [1] 35/18
suspect [1] 6/20
suspenders [1] 31/17
sustained [2] 13/19 135/16
SW [1] 3/2
Swiss [1] 63/9
sword [1] 38/21
symptoms [1] 39/1
system [7] 15/15 33/20 50/14 55/7 58/18
  61/16 97/23

**T**

table [10] 24/13 71/13 85/12 91/24 92/1
  92/5 93/2 96/1 97/6 111/22

Tai'an [1] 16/22
Tai'anese [10] 16/12 16/14 16/15 16/17
  16/22 16/23 24/19 28/10 31/19 31/22
  40/11 66/9 66/15 75/10 99/8 114/6 114/8
  120/9 134/5
Taishan's [1] 16/25
take [27] 6/24 7/16 19/14 20/19 29/23
  36/18 40/9 42/3 42/8 49/19 59/7 59/14
  67/3 70/8 74/14 82/20 85/7 85/20 86/7
  86/25 91/15 95/5 95/17 100/21 113/9
  116/17 118/24
taken [13] 8/20 19/20 19/20 30/7 37/17
  47/1 50/1 59/11 59/11 63/24 67/3 117/23
  124/11
takes [4] 15/18 53/18 121/15 123/12
taking [7] 34/11 83/17 84/14 96/13
  112/16 125/14 128/3
talc [1] 61/1
tale [1] 9/1
talented [1] 49/1
talk [8] 29/10 59/15 70/22 100/14 101/4
  119/2 136/1 136/7
talked [5] 34/19 45/3 46/11 47/18 71/10
talking [6] 72/24 101/6 103/9 109/19
  121/13 132/12
Tampa [1] 33/10
tangible [1] 53/17
tapped [1] 137/1
target [1] 94/20
Task [1] 105/17
Tatum [1] 40/17
taxed [1] 63/17
team [1] 128/21
Tear [1] 48/11
technical [1] 85/24
tees [1] 108/23
tell [8] 22/17 61/9 72/16 90/11 96/13
  98/20 104/25 105/11
telling [1] 122/20
temporary [1] 39/1
tenacity [1] 126/13
tenants [2] 30/13 101/6
tend [2] 68/25 113/4
tender [2] 80/7 120/19
tendered [2] 83/9 98/10
tendering [2] 78/15 92/13
term [6] 38/7 38/11 105/8 105/23 105/25
  106/13
termed [1] 64/12
terminate [1] 131/16
terminated [1] 78/25
termination [4] 78/25 79/7 133/23 134/19
terms [4] 54/8 70/23 79/13 115/20
terrific [1] 11/15
Tessier [1] 2/11
test [1] 133/21
tested [2] 120/5 131/6
testimony [3] 19/14 108/22 125/13
testing [1] 60/6
Texas [5] 3/18 33/7 42/23 43/11 46/19
text [1] 84/18
TG [1] 16/21
than [33] 11/23 24/7 30/20 35/17 36/19
  37/12 40/1 41/17 51/13 51/14 55/8 56/25
  57/20 62/22 66/7 68/6 68/7 70/23 73/5
  75/6 93/15 94/21 96/5 108/2 109/11
  113/10 114/8 117/25 120/9 123/25
  125/23 132/3 133/8
thank [36] 10/11 10/16 11/11 11/12 12/8
  21/9 37/2 49/16 50/4 50/8 51/14 58/19
  59/5 68/11 75/1 75/2 79/21 79/22 80/25
  81/1 86/24 87/12 88/24 95/6 97/9 98/19
  113/22 117/17 117/18 124/21 126/11

126/12 126/15 126/22 128/18 136/23
  thanking [1] 99/25
thanks [1] 68/22
that [766]
that's [74] 12/4 14/17 18/8 21/20 24/5
  27/7 27/9 27/16 30/1 30/5 30/12 30/16
  33/6 37/14 38/11 42/9 45/2 46/6 52/8
  52/25 53/22 55/2 55/6 57/5 66/2 67/1
  67/19 67/24 70/1 70/8 76/24 77/4 78/6
  81/23 81/24 83/3 83/4 83/20 84/4 92/18
  93/6 94/10 95/15 95/23 96/2 98/4 104/4
  104/5 110/2 110/25 111/3 112/9 113/11
  113/15 114/15 117/23 118/16 118/22
  119/23 119/24 120/16 120/20 120/21
  121/4 121/7 121/10 123/21 124/3 124/14
  131/10 132/23 133/12 133/19 133/23
  their [123] 6/9 7/8 7/8 12/1 12/1 13/5
  16/16 16/17 17/11 18/11 19/4 23/15
  23/16 24/13 24/17 24/18 24/23 27/2 27/2
  27/3 28/25 29/1 30/7 30/14 31/21 31/22
  34/12 34/19 34/20 34/22 34/23 36/16
  37/19 38/22 38/22 38/22 46/6 46/22 49/9
  49/10 49/13 52/5 52/6 55/6 55/12 55/17
  56/20 56/22 56/23 61/22 66/11 69/15
  69/21 69/25 70/1 70/2 70/5 70/6 70/12
  71/5 73/13 79/13 79/13 79/16 80/7 85/7
  85/13 86/15 87/25 88/12 88/12 94/6
  94/25 97/7 97/7 99/2 99/6 99/14 101/14
  102/20 103/12 103/24 104/5 104/9
  104/25 105/1 105/2 105/14 107/3 107/3
  107/8 107/15 107/18 107/18 107/19
  107/20 110/5 112/14 112/17 112/18
  112/20 115/2 119/19 120/2 120/8 120/11
  120/15 120/18 120/19 120/21 122/2
  123/6 123/10 126/4 129/14 130/3 130/8
  134/24 135/15 135/17 135/17 136/8
  136/17
  them [55] 8/4 9/20 12/23 15/18 15/24
  15/24 19/18 20/13 20/14 21/7 22/21
  28/25 29/1 35/2 36/7 37/25 38/19 41/3
  45/5 46/16 47/8 70/5 71/7 71/19 73/25
  74/6 74/19 74/20 83/18 92/4 96/21 98/3
  99/19 102/5 103/1 103/9 103/22 104/15
  110/1 112/10 112/25 114/10 116/9
  116/23 116/23 118/12 118/21 120/16
  120/20 122/20 123/5 123/5 123/7 134/7
  134/17
  themselves [7] 28/21 29/25 56/20 85/8
  100/9 102/17 111/3
  then [54] 6/22 14/3 16/8 16/12 20/1
  23/21 23/21 24/25 25/8 27/6 28/15 35/15
  42/8 43/9 44/19 46/12 46/25 53/22 54/5
  55/23 62/5 63/6 64/24 65/20 67/7 73/20
  85/1 86/25 88/1 99/9 99/23 100/21 107/5
  107/7 108/21 109/1 111/11 112/13
  113/21 116/9 119/5 119/8 119/11 119/13
  123/15 124/8 131/15 131/21 132/8
  132/19 135/9 135/16 136/1 136/3
  theoretically [1] 16/10
  there [131] 8/6 10/1 11/1 11/1 11/22
  12/13 12/14 12/22 16/15 20/1 20/17
  22/14 22/16 23/3 23/18 23/19 24/8 24/14
  24/20 25/14 25/19 26/17 27/14 28/1 31/7
  31/15 31/21 32/11 35/6 35/13 36/7 37/12
  40/6 41/4 44/13 51/7 51/12 51/13 51/13
  53/5 53/6 53/12 55/13 55/17 55/18 56/18
  57/9 58/14 62/9 62/12 62/14 63/10 63/20
  64/6 64/10 65/4 65/5 65/7 65/23 66/7
  67/11 68/20 69/11 69/12 70/10 71/2 73/4
  73/13 74/14 75/21 77/6 78/3 79/6 81/11
  82/3 82/4 84/7 88/17 92/3 93/20 94/14
  94/17 94/22 96/12 97/24 97/25 100/20

**T**

there.. [44] 10/16 102/15 103/6 103/11
103/21 104/11 104/14 105/6 105/8
105/23 106/17 107/5 110/13 110/24
111/11 111/12 111/13 114/7 114/9 115/5
115/18 116/4 116/5 118/23 119/16
119/21 119/22 121/1 125/21 125/21
128/2 130/11 130/17 130/20 130/23
132/4 132/5 132/22 133/7 133/14 134/1
134/16 136/2 136/13

there's [64] 10/12 12/12 12/19 15/15
28/9 29/5 29/5 29/5 29/7 30/8 31/13
31/20 33/4 34/15 35/9 37/25 44/6 44/19
44/20 45/12 46/14 46/25 56/12 66/4 70/7
83/10 83/11 83/21 91/10 91/21 92/7
92/16 92/22 93/5 94/1 94/22 96/13 99/23
100/11 100/11 101/5 101/8 101/15
101/21 101/23 102/9 103/4 106/23 111/4
118/13 118/18 120/8 120/16 122/8 124/7
132/1 132/6 132/7 132/9 133/6 135/2
135/3 135/9 135/11

thereafter [2] 18/1 20/2

Therefore [2] 88/19 98/12

therein [1] 116/9

thereof [1] 11/8

these [57] 9/15 12/12 12/16 13/1 13/3
13/7 13/10 14/12 14/14 15/16 15/21
16/13 19/2 21/12 25/13 25/16 36/9 37/23
41/2 43/10 48/3 49/15 59/11 59/19 62/24
63/15 65/1 67/16 67/25 71/17 73/12
73/18 74/25 76/9 76/12 77/7 77/23 84/6
94/23 96/9 99/6 100/6 101/11 105/21
107/1 107/14 107/25 108/9 111/8 112/24
113/4 114/14 116/1 117/22 130/1 130/9
135/19

they [219]

they're [5] 10/1 44/8 51/14 107/18
107/19

thing [14] 24/14 31/5 31/23 48/25 54/18
67/8 68/9 69/15 82/11 97/12 108/17
112/11 114/14 136/24

things [12] 56/3 58/12 84/22 84/23 93/10
95/15 97/11 124/19 136/5 136/6 136/6
136/6

think [97] 7/4 7/23 15/14 18/8 18/13
31/24 50/13 50/15 53/13 55/7 55/15 56/4
56/6 57/6 57/20 58/15 59/10 61/8 61/25
64/8 64/12 68/18 70/3 70/22 71/17 71/23
72/22 72/23 72/23 73/16 74/18 75/12
75/21 76/4 77/5 77/14 77/22 78/1 82/16
85/10 86/4 86/8 86/21 88/10 92/17 94/2
94/6 94/7 100/10 102/9 103/2 107/5
110/1 110/14 110/18 110/21 111/20
111/24 111/25 113/6 113/8 113/11
113/15 114/10 114/20 115/16 117/12
118/23 119/4 120/4 120/14 120/17 122/7
123/2 123/10 123/16 125/13 125/16
129/6 129/8 129/12 129/22 132/20
133/20 134/3 134/12 134/13 134/17
134/21 134/23 134/25 135/4 135/22
135/25 136/8 136/11 136/19

thinking [1] 61/11

third [5] 25/8 29/25 32/5 106/25 120/24

Third Circuit [2] 25/8 32/5

this [285]

Thompson [1] 3/17

those [99] 9/25 12/23 23/7 26/13 39/1
40/7 40/12 41/15 50/24 51/18 52/14
56/23 56/25 57/7 57/12 57/14 57/15
57/15 58/2 58/12 59/1 59/3 59/15 59/24
60/2 62/6 62/9 62/17 63/12 63/16 63/17
64/11 66/6 67/6 73/6 73/22 74/2 74/8

74/18 77/17 80/10 81/13 82/14 82/17
87/13 88/10 88/15 88/17 89/24 91/7
93/5 93/13 95/22 99/8 99/22 100/5
100/18 100/21 101/17 101/19 101/20
101/25 102/3 102/21 103/22 103/23
104/8 104/13 104/14 105/3 105/7 107/13
107/17 110/1 110/3 110/7 110/18 111/9
112/8 112/19 113/12 113/25 114/1 114/5
114/7 114/16 116/6 118/2 120/7 121/5
123/20 125/8 125/14 125/15 126/23
127/10 134/19 137/2

though [6] 45/25 59/10 85/3 106/3 113/5
123/16

thought [10] 20/7 27/19 45/4 45/17 95/11
98/5 115/20 127/15 130/2 133/9

thousand [1] 29/23

thousands [7] 12/14 14/23 77/2 93/5
111/16 111/17 115/14

threat [1] 79/7

threatens [1] 48/1

three [22] 8/6 8/9 12/18 14/22 25/16
50/10 62/19 62/23 73/6 83/13 86/13
104/14 106/11 110/14 111/16 112/4
118/8 118/23 119/12 121/19 123/4 135/1

Three-card [2] 62/19 62/23

three-page [1] 86/13

through [38] 9/19 26/4 27/13 27/22 28/4
28/13 28/22 29/15 30/23 37/22 38/4
39/14 40/18 47/1 49/9 49/10 56/7 59/12
62/23 63/11 68/19 68/23 68/24 69/10
73/16 76/7 93/14 93/18 96/6 100/25
105/1 107/11 109/7 110/1 112/7 125/8
125/15 127/9

throughout [6] 7/1 11/15 11/20 97/15
97/23 126/13

throw [1] 32/10

throwing [1] 124/13

thrown [1] 34/23

thrust [1] 109/19

Tianjin [1] 17/7

tied [1] 22/8

time [48] 27/4 31/12 32/18 36/19 36/19
38/7 40/23 41/21 42/3 42/11 45/8 45/10
47/10 49/17 54/15 54/16 56/15 59/15
59/15 64/8 64/8 68/20 73/1 73/10 75/16
76/21 77/16 78/25 90/19 90/21 91/16
94/6 94/25 102/14 102/24 111/1 120/3
123/12 123/15 124/9 126/1 126/12
126/13 130/23 132/21 133/16 134/18
135/15

times [6] 51/3 68/25 69/22 72/1 95/21
129/25

timing [2] 75/21 111/10

tires [1] 52/24

today [43] 6/15 7/16 8/25 9/4 11/21 19/9
21/10 28/6 28/14 29/10 41/18 41/20
50/24 52/18 56/24 69/22 72/2 78/17
88/15 88/17 90/17 97/6 107/17 109/14
110/25 117/21 118/17 118/18 119/5
121/25 122/1 123/4 124/19 125/9 127/14
128/5 132/10 133/10 134/10 135/22
135/23 136/16 136/18

together [17] 7/25 9/7 18/15 21/23 22/8
54/5 58/11 65/19 100/14 102/5 104/9
109/5 112/10 130/1 130/2 134/3 136/11

told [9] 24/15 28/14 28/15 45/15 46/9
47/2 99/6 105/12 105/13

Tompkins [1] 2/7

Toni [5] 4/1 4/3 137/9 137/17 137/17

too [8] 29/16 45/4 97/10 121/9 134/6
136/9 136/10 137/2

took [12] 16/1 25/18 26/20 26/21 28/6
34/20 40/11 41/11 47/7 60/4 64/17

111/21

top [7] 37/8 55/16 63/2 69/23 70/9 70/13
70/19

tort [2] 32/16 102/23

tossing [1] 85/15

total [1] 96/20

touch [4] 15/23 57/19 76/14 91/20

touched [4] 24/4 62/13 101/16 103/4

touches [1] 65/22

tough [1] 50/17

toughly [1] 72/19

toward [6] 18/20 82/10 85/7 85/11 88/2
88/5

towards [10] 10/9 58/1 84/21 84/21 85/9
85/14 85/17 86/4 86/5 130/8

Toxicology [1] 106/6

track [2] 36/21 58/13

trading [1] 61/13

traditional [2] 109/11 109/12

trailers [1] 23/21

transactions [3] 63/7 63/11 63/12

transcript [1] 137/12

transcription [1] 4/6

transcripts [1] 15/21

transferee [1] 14/20

transferred [1] 15/17

transitory [1] 14/10

translation [1] 116/8

transparency [1] 15/16

trash [1] 121/17

Traurig [1] 3/11

Travis [1] 42/23

treated [2] 34/16 116/19

treaties [1] 116/4

treatment [1] 34/16

treaty [1] 61/15

trial [33] 11/5 12/5 17/15 17/17 18/1
40/18 40/20 40/21 40/23 59/8 67/11
70/17 72/17 72/18 78/16 90/20 96/12
96/13 96/14 104/7 114/21 118/20 120/7
122/11 123/25 123/25 124/2 124/8
124/12 124/12 128/21 131/6 131/20

trials [11] 9/20 16/3 16/7 51/23 52/22
53/25 93/16 102/10 104/8 109/8 131/15

tried [9] 9/19 28/13 40/24 88/18 96/16
106/15 106/15 112/25 117/11

trigger [1] 118/15

troubles [1] 115/25

true [6] 62/25 94/23 117/23 118/5 118/7
137/11

truly [1] 93/7

truth [1] 49/4

try [13] 15/19 20/14 45/6 57/17 71/5 71/7
102/2 110/17 110/25 113/1 113/10
125/11 125/15

trying [5] 21/1 59/4 96/14 104/4 105/11

TTP [1] 16/23

Tube [1] 43/5

turned [2] 64/24 124/12

turnkey [1] 56/3

turns [1] 65/1

Tusa [5] 4/1 4/3 137/9 137/17 137/17

tweak [2] 53/7 74/5

tweaked [1] 53/6

twice [1] 118/12

two [32] 2/15 6/15 12/13 12/18 16/15
16/16 16/16 16/18 20/17 41/8 50/2 59/2
73/10 73/17 78/11 79/10 82/8 84/23 90/5
102/4 109/15 112/4 117/11 117/21 118/4
120/15 120/20 121/19 123/25 127/11
135/2 137/2

two-fer [1] 109/15

**T**

type [1] 122/22
typical [2] 108/18 111/6

**U**

U.S [3] 67/18 105/15 105/16
U.S. [1] 39/14
U.S. attorney [1] 39/14
ultimately [9] 58/8 61/25 100/18 101/14
103/7 103/15 104/8 132/18 135/22
umbrella [1] 109/13
unable [3] 77/11 99/21 102/19
unambiguous [1] 80/20
unanimous [1] 53/4
unblessed [1] 23/22
uncapped [1] 29/3
uncertainty [1] 97/25
unchanged [2] 117/10 117/14
unclarity [1] 121/1
unclear [1] 114/11
uncomplicated [1] 61/3
uncontroverted [1] 64/23
und [1] 66/14
under [55] 31/6 42/14 54/9 54/9 55/8
57/21 58/6 59/4 59/25 62/10 64/8 64/15
65/21 67/5 67/6 67/12 67/19 77/11 77/22
78/21 79/13 79/21 80/11 82/12 83/8
83/25 84/10 84/22 85/16 85/22 87/24
88/1 91/9 96/5 109/5 109/12 111/18
115/8 115/13 116/6 118/10 119/17
119/20 119/22 120/17 121/4 121/16
122/7 122/17 130/21 131/1 131/25
132/20 133/7 135/3
underlying [1] 118/14
underneath [1] 101/20
understand [5] 31/23 42/6 59/18 77/1
136/9
understanding [3] 121/3 126/8 137/13
understood [3] 42/20 52/4 121/7
undertaking [1] 38/7
undiscoverable [1] 60/10
unethical [1] 45/18
unforeseeable [1] 71/15
unfortunately [4] 82/4 92/14 93/11 133/3
uniformity [1] 97/18
unilaterally [1] 133/5
unique [5] 51/4 52/15 53/13 94/17
113/25
unit [2] 64/13 64/14
UNITED [19] 1/1 1/12 8/20 13/23 17/8
60/12 63/18 65/2 65/5 65/9 65/13 66/3
66/23 66/24 66/24 67/9 67/10 67/13
137/10
United States [16] 8/20 13/23 17/8 60/12
63/18 65/2 65/5 65/9 65/13 66/3 66/23
66/24 66/24 67/9 67/10 67/13
units [2] 10/18 14/8
unjustifiable [1] 132/22
unjustifiably [1] 130/25
unknown [1] 60/6
unless [3] 42/21 74/3 119/22
unlike [2] 91/23 107/12
unquote [1] 83/7
unraveling [1] 134/8
until [10] 11/4 12/4 44/1 47/18 59/8
60/10 64/19 64/20 89/5 136/6
unusual [1] 14/6
up [62] 18/9 18/20 20/9 20/15 20/20 21/3
23/13 24/15 26/17 26/24 27/12 27/16
27/20 27/24 27/25 27/25 29/14 31/10
33/10 33/16 35/7 35/15 36/15 40/4 40/7
40/14 40/20 40/21 44/4 45/6 48/15 54/15

54/17 61/4 61/5 67/22 72/16 90/17 91/2
91/7 91/24 94/21 95/20 95/22 97/1 97/10
101/2 101/9 102/4 102/19 104/8 104/9
104/25 107/5 108/23 112/17 115/10
115/12 116/10 121/15 122/10 123/24
upcoming [4] 12/5 70/17 78/16 131/6
updated [1] 23/5
upheld [1] 83/12
upon [7] 41/10 44/10 57/19 67/15 81/25
107/23 133/11
upper [1] 63/24
upper-level [1] 63/24
upset [2] 48/9 48/24
urging [1] 18/14
Urquhart [1] 3/4
us [37] 21/3 24/15 24/17 24/18 24/21
27/11 27/17 28/14 39/15 45/16 45/17
50/10 51/18 52/10 61/7 62/5 65/16 65/16
76/23 81/23 89/3 98/20 100/15 118/2
118/23 118/24 119/11 119/13 120/22
123/3 123/17 123/18 124/2 124/8 133/24
134/9 134/18
Usdin [1] 3/7
use [4] 6/17 66/14 85/21 107/19
used [3] 45/14 45/17 60/15
USG [4] 2/18 19/5 87/11 87/14
USG Corporation [2] 19/5 87/14
using [2] 4/5 124/15
usually [2] 99/15 111/5
utilized [1] 66/9

**V**

vacate [1] 17/1
vague [2] 136/9 136/10
valid [2] 80/11 80/18
valuable [1] 13/10
value [4] 25/20 25/22 45/21 123/22
various [17] 7/3 7/24 10/20 14/7 14/16
17/1 17/10 21/22 26/8 29/14 38/20 54/8
56/9 59/11 92/2 114/9 125/11
vast [2] 93/25 94/11
vehicle [2] 116/12 124/15
veil [6] 62/14 62/18 64/4 64/14 64/23
67/16
veils [2] 62/6 71/15
venture [2] 69/16 99/13
verbally [1] 129/16
verdict [6] 96/14 96/16 96/20 96/25
103/13 103/14
verdicts [2] 126/10
version [1] 121/4
versus [2] 36/1 36/1
very [68] 7/6 9/20 9/20 11/12 13/2 13/4
24/16 24/21 26/11 31/23 49/1
50/15 50/16 50/23 51/6 51/21 52/4 56/4
58/19 61/3 72/19 72/25 74/23 75/13 77/5
78/7 79/22 80/15 81/1 81/23 82/19 82/23
86/24 87/12 87/18 91/25 92/18 92/18
94/7 95/3 95/17 97/4 97/6 98/19 101/1
102/6 102/13 103/13 103/14 104/15
105/6 106/8 106/21 110/6 114/19 123/3
124/2 124/13 124/21 125/12 126/2
126/22 127/5 133/20 134/12 134/15
136/23
vetting [1] 15/5
victims [4] 23/20 41/2 86/21 126/3
video [2] 20/16 49/23
view [3] 41/13 68/9 81/21
vineyard [1] 41/22
violate [1] 42/25
violation [1] 24/6
Vioxx [2] 26/14 84/7
Virginia [16] 7/21 9/1 9/2 9/10 9/15 9/17

9/18 9/19 9/24 15/17 28/7 28/12 40/10
40/11 79/16 85/12
virtually [1] 43/15
vis [2] 81/22 81/22
vis-à-vis [1] 81/22
vision [1] 34/5
visit [2] 127/22 127/23
Vitela [1] 34/9
von [1] 68/3
von Clausewitz [1] 68/3

**W**

waging [2] 36/13 36/14
wait [3] 18/11 36/18 107/4
waive [2] 44/11 131/16
waived [4] 85/13 133/23 134/17 135/18
waiver [1] 17/14
walk [8] 31/13 31/14 31/15 84/14 121/22
122/25 123/14 123/15
walk-away [1] 31/13
walking [1] 121/23
Wallance [1] 68/17
wallboard [1] 13/22
Walmart [1] 43/9
Walnut [1] 1/19 2/2
want [51] 6/24 7/16 11/13 11/18 11/22
23/13 24/19 27/1 33/18 37/21 38/3 39/2
41/25 42/3 43/9 53/4 54/24 55/5 55/5
57/19 60/14 70/5 70/5 74/13 74/14 76/14
78/6 80/2 80/3 81/6 82/19 87/4 91/19
116/19 117/15 117/22 120/15 120/17
120/19 121/17 122/3 123/16 123/17
125/10 125/16 126/2 127/7 129/15
134/14 136/10 136/14
wanted [13] 36/4 54/24 55/3 55/4 55/6
68/17 69/14 82/19 99/25 117/14 121/9
121/21 129/3
wants [6] 8/14 12/8 22/15 36/17 107/4
119/12
War [2] 61/13 61/14
warn [1] 59/23
warranting [1] 44/8
Warren [1] 22/9
was [203]
wasn't [1] 127/21
wasting [1] 111/1
watch [1] 63/9
watchdog [1] 39/18
watches [1] 63/15
water [1] 111/18
way [27] 8/9 12/24 13/8 13/16 24/8 41/2
57/6 60/11 63/25 63/25 66/1 66/3 66/10
67/3 84/5 84/5 85/2 97/17 110/8 110/12
112/9 118/23 121/7 122/9 124/13 130/18
136/4
Wayne [3] 3/20 3/23 124/23
ways [2] 109/12 118/8
we [431]
we'll [3] 20/15 23/24 24/22
we're [1] 121/10
weakest [1] 68/15
Web [9] 8/13 10/25 15/13 15/19 15/20
45/22 47/3 47/9 57/3
Wednesday [1] 13/11
week [10] 19/22 44/15 46/13 46/24 52/8
73/17 96/16 106/16 111/11 111/12
weeks [6] 41/8 50/2 121/20 124/1 127/12
128/9
weigh [1] 32/15
weighed [1] 71/9
weighs [1] 108/7
Weinberg [1] 2/20
well [45] 14/1 14/16 15/9 15/10 15/11

W

well... [40] 16/3 19/7 20/3 33/6 33/23
33/24 34/13 34/22 36/13 36/21 37/10
42/16 43/11 46/3 48/20 55/7 57/6 59/13
61/24 64/25 67/14 72/9 85/20 90/24
93/21 95/17 96/19 99/2 100/1 101/19
105/2 107/2 107/22 109/4 109/15 110/14
116/22 122/3 123/11 137/2
went [15]  10/24 25/2 25/2 25/3 25/3 25/6
25/14 28/13 34/5 39/11 40/18 45/22
47/22 72/3 101/2
were [94]  6/3 9/17 9/20 9/20 10/24 13/23
15/3 16/7 16/7 16/12 16/15 16/18 21/22
22/3 23/3 23/21 23/21 30/14 39/1 39/10
40/6 40/17 41/4 41/11 43/7 45/16 47/20
48/4 50/23 51/10 51/12 51/13 52/23
54/25 57/11 60/17 63/9 63/10 63/11
64/12 65/5 65/13 65/25 66/6 66/18 66/20
66/25 68/20 71/25 72/2 72/18 72/20 73/4
73/6 73/9 73/9 73/12 73/13 73/14 74/4
80/17 81/18 81/20 88/14 88/16 90/3
96/23 99/20 100/5 100/22 100/25 102/21
103/13 103/21 104/11 106/17 111/10
111/11 113/9 114/25 115/2 115/7 116/22
118/6 118/8 118/25 121/3 121/24 123/8
123/14 127/25 128/9 130/10 130/11
West [1] 125/5
Western [3] 64/11 64/12 64/18
WFOE [1] 63/13
what [94]  11/9 21/3 21/8 22/21 24/25
26/11 27/8 27/9 33/2 34/4 34/12 34/22
36/5 36/13 36/17 38/25 46/6 46/21 47/10
48/1 48/6 49/14 50/15 51/11 52/17 53/18
55/2 55/4 55/6 55/19 55/20 59/19 59/25
61/14 61/24 62/21 63/13 67/5 67/22 69/5
69/8 70/23 72/22 73/24 74/12 74/24 76/3
76/7 78/19 83/4 83/24 84/14 84/19 85/24
91/11 92/8 93/1 94/7 96/2 97/5 99/3
99/12 100/19 100/20 102/6 102/12 110/4
110/23 110/25 113/10 115/3 120/14
120/19 122/10 123/24 124/3 124/6
124/11 129/22 129/23 130/20 131/3
132/10 132/11 132/12 132/14 133/9
134/21 135/17 135/21 135/25 136/2
136/7 136/7
what's [12]  25/20 54/21 83/10 84/4 85/25
86/8 89/1 109/22 110/21 120/17 133/10
133/10
whatever [3]  27/6 89/2 128/13
whatsoever [2]  44/1 115/2
wheel [1]  10/7
Wheeler [1]  2/20
when [35]  6/18 15/16 26/1 26/17 26/19
45/9 45/11 45/15 47/9 47/22 48/1 48/10
49/3 49/6 51/5 52/9 60/25 65/12 66/4
72/1 73/16 74/24 83/2 84/8 100/25 103/9
108/3 112/11 116/3 120/25 121/13
127/16 127/23 133/4 133/16
where [41]  14/17 27/12 27/17 27/19 28/5
35/9 35/12 36/25 43/8 44/16 47/8 57/3
57/5 57/14 59/18 59/24 62/19 63/18
65/23 65/24 69/13 72/23 74/21 80/15
83/1 84/12 95/24 100/19 101/12 107/13
108/2 109/21 113/9 115/2 115/18 125/13
130/23 130/24 133/22 134/23 136/12
wherever [1]  121/17
whether [28]  16/9 19/11 25/14 42/12
67/12 70/25 91/22 97/18 108/21 110/23
112/5 114/6 114/9 114/11 117/24 119/10
130/17 132/13 132/25 133/1 133/11
133/17 134/25 135/10 135/11 135/23
136/1 136/12

which [93]  8/17 9/4 15/3 15/11 16/10
16/20 19/4 22/20 25/7 11 25/24 26/11
26/14 26/23 32/23 34/4 34/18 34/23
38/24 39/13 39/16 39/18 40/1 41/15
41/16 42/2 42/21 44/20 47/14 48/1 48/5
48/12 50/13 51/3 52/14 54/9 54/18 55/1
56/4 57/20 58/25 59/2 59/3 59/3 59/16
60/1 60/8 60/15 60/25 62/13 63/2 63/11
63/11 63/22 64/7 64/7 64/11 64/16 65/22
66/1 66/21 66/22 66/23 70/20 73/5 73/18
73/19 76/11 77/8 80/22 82/10 82/22 83/6
86/13 88/18 94/22 99/13 101/18 102/5
103/21 105/22 108/5 108/6 116/11
116/22 118/15 119/4 119/19 121/1
122/14 129/8 132/20 134/7 135/7
while [6]  18/9 70/24 74/11 94/20 108/17
123/17
who [69]  11/18 11/19 12/25 15/8 21/12
21/14 21/22 22/1 23/18 23/20 24/25
25/11 25/15 29/22 34/9 35/7 36/12 39/24
40/11 41/2 41/11 41/11 41/22 45/25
47/16 49/9 49/13 50/18 51/7 51/18 52/9
56/7 56/19 56/21 57/14 58/6 61/21 65/25
68/3 68/18 71/4 74/5 76/6 76/20
84/11 87/24 94/20 95/1 96/4 98/20 99/5
99/8 99/14 99/16 102/16 102/20 103/10
103/17 104/12 104/15 104/19 104/25
106/19 110/5 112/4 112/13 119/19
128/21
who's [1]  94/19
whoever [1]  61/4
whole [2]  9/23 135/16
wholly [3]  16/22 63/14 63/20
whom [1]  11/14
whose [2]  17/6 23/23
why [12]  26/21 61/11 67/24 69/1 77/6
77/15 77/23 79/2 79/5 105/7 112/9
113/15
wildly [1]  104/20
will [115]  6/21 6/22 7/14 8/5 8/24 9/11
10/9 10/10 11/21 13/11 19/15 19/20
19/21 21/4 21/8 22/13 22/16 22/16 22/24
23/5 23/9 23/10 23/11 26/17 26/24 27/4
27/5 27/6 27/8 28/18 29/9 29/10 30/25
31/14 33/11 34/4 35/10 35/11 37/7 48/8
49/18 50/2 50/3 50/18 53/6 54/10 54/12
54/17 54/18 57/7 57/8 58/5 58/7 58/21
65/18 69/19 70/10 70/18 70/22 70/23
71/17 72/5 73/17 73/20 74/1 74/20 74/21
75/12 75/22 84/9 84/10 84/11 86/25
87/11 88/3 88/11 89/4 89/5 93/21 96/4
96/5 96/13 97/1 104/25 105/2 105/11
112/22 114/7 114/9 114/19 118/15 121/6
123/20 123/24 124/6 124/9 124/9 124/16
126/19 128/14 130/23 131/5 131/11
131/16 133/19 133/20 133/22 133/24
134/6 134/14 135/13 135/22 136/3 136/4
137/4
willing [2]  120/18 123/6
Willis [1]  73/10
willy [1]  93/16
willy-nilly [1]  93/16
Wilmington [1]  2/2
win [4]  112/22 113/3 132/5 132/6
wind [1]  45/6
windfall [1]  25/17
window [1]  121/16
wiring [1]  60/17
wish [3]  29/24 118/6 126/18
wished [1]  66/13
withdraw [4]  34/6 81/25 121/6 132/15
withdrawal [2]  128/12 136/25
withdrawn [3]  73/9 73/10 104/14

within [3]  44/15 96/15 114/5
without [9] 20/13 21/8 32/4 34/9 41/25
21/21 33/20 58/11 72/15 72/15 75/24
88/21 118/17 118/20 119/10 122/20
123/19 127/10 130/18 130/22
withstand [1]  26/10
woman [1]  49/7
women [1]  49/8
won [1]  103/17
won't [3]  36/13 48/8 74/2
wonder [1]  45/3
word [2]  42/17 95/17
words [3]  43/10 47/6 85/23
work [23]  7/4 7/7 7/25 9/5 9/7 9/12 21/1
24/8 25/18 47/1 55/25 57/15 58/18 92/6
94/24 96/6 100/5 100/9 104/11 117/11
125/15 134/9 134/15
worked [6]  9/1 13/8 15/1 25/13 112/2
126/8
working [14]  7/11 7/19 7/20 10/3 11/23
18/14 43/15 57/16 58/11 105/1 112/7
124/16 125/10 134/12
works [3]  26/24 33/13 47/16
world [7]  63/9 76/21 102/13 115/25
116/2 116/2 116/19
Worrall [1]  42/23
worried [1]  41/24
worry [1]  35/8
worrying [1]  46/8
worth [2]  27/20 132/12
would [93]  9/8 9/9 10/13 21/7 22/10 23/2
27/21 32/22 33/25 34/7 35/21 37/14 40/3
40/3 41/19 41/20 42/20 44/22 45/16 46/4
48/24 49/23 50/8 50/11 53/20 55/2 58/24
59/14 59/21 61/3 61/4 61/5 62/7 62/8
62/11 64/3 64/16 65/5 67/2 67/7 67/8
67/17 67/17 67/21 67/23 67/25 69/16
71/6 71/19 74/5 74/8 76/1 76/1 77/13
80/14 80/23 85/10 86/20 93/9 93/10
94/14 94/14 95/11 95/12 96/3 97/4 100/2
100/21 103/13 105/24 106/25 107/12
110/20 113/10 113/15 115/3 115/21
116/25 116/25 118/7 120/7 120/7 121/5
123/7 124/18 125/23 127/6 128/10
128/23 129/5 129/11 129/19 134/7
wouldn't [5]  39/9 42/3 63/3 82/5 113/13
wrap [1]  91/2
wrapped [2]  22/8 104/9
wrapping [2]  35/16 54/17
wrench [1]  32/11
writing [1]  127/12
written [9]  58/17 119/3 119/4 119/6
120/24 124/16 125/7 126/23 129/15
wrong [3]  31/24 35/19 59/24
wrote [1]  32/6
Wuhu [2]  119/19 120/5

Y

yeah [2]  48/6 134/9
year [6]  16/24 38/13 52/20 54/16 56/14
81/18
years [32]  7/11 7/13 8/9 11/24 14/23
15/18 18/11 25/16 34/17 35/24 35/25
37/16 38/8 39/6 41/16 45/15 46/4 50/10
53/6 75/11 80/8 80/10 90/13 102/4 104/8
105/13 105/21 106/11 106/12 111/16
122/14 126/13
yells [1]  48/16
yeoman's [2]  9/4 37/17
yes [7]  30/10 79/25 81/8 82/4 128/17
133/14 137/3
yesterday [1]  22/11
yet [3]  92/9 106/12 115/9

## Y

York [8]  2/6 2/6 3/6 3/6 28/7 40/12 41/6
 41/8
you [258]
you'll [2]  33/18 134/18
you're [3]  31/11 101/6 111/25
you've [1]  134/4
your [197]
Your Honor [142]
Your Honor's [6]  11/16 11/20 45/22
 53/25 59/14 66/10
yourself [1]  68/3
yuan [1]  64/2

## Z

zero [4]  122/12 122/17 122/18 122/19