# EXHIBIT "8"

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  CHINESE MANUFACTURED          *    Docket 09-MD-2047
             DRYWALL PRODUCTS              *
6            LIABILITY LITIGATION          *    January 4, 2013
                                           *
7    This Document Relates to All Cases    *    9:00 a.m.
     * * * * * * * * * * * * * * * * * *

8

9

10                   SHOW CAUSE HEARING BEFORE THE
                     HONORABLE ELDON E. FALLON
11                   UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   For the Plaintiffs:          Herman Herman Katz & Cotlar
                                  BY:  RUSS M. HERMAN, ESQ.
15                                BY:  LEONARD A. DAVIS, ESQ.
                                  820 O'Keefe Avenue
16                                New Orleans, Louisiana 70113

17

18   For the Plaintiffs:          Levin, Fishbein, Sedran & Berman
                                  BY:  FRED LONGER, ESQ.
19                                510 Walnut Street, Suite 500
                                  Philadelphia, Pennsylvania 19106
20

21
     For the Insurers:            Barrasso, Usdin, Kupperman,
22                                  Freeman & Sarver
                                  BY:  H. MINOR PIPES, ESQ.
23                                909 Poydras Street
                                  24th Floor
24                                New Orleans, Louisiana  70112

25

                 JODI SIMCOX, RMR, FCRR – OFFICIAL COURT REPORTER
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA

1   <u>APPEARANCES</u>:

2   For Banner:                    Weinberg, Wheeler, Hudgins,
                                     Gunn & Dial
3                                  BY:  NICHOLAS PANAYOTOPOULOS, ESQ.
                                   3344 Peachtree Road
4                                  Suite 2400
                                   Atlanta, Georgia  30326
5

6
    For Certain                    Rumberger, Kirk & Caldwell
7   Contractor/Installer           BY:  ROBERT FITZSIMMONS, ESQ.
    Defendants:                    80 S.W. 8th Street
8                                  Suite 3000
                                   Miami, Florida  33101
9

10
    For Certain Installer          Plauché, Smith & Nieset, L.L.C.
11  Defendants:                    BY:  H. DAVID VAUGHAN, II, ESQ.
                                   1123 Pithon Street
12                                 Post Office Drawer 1705
                                   Lake Charles, Louisiana 70602-1705
13

14
    Official Court Reporter:       Jodi Simcox, RMR, FCRR
15                                 500 Poydras Street
                                   Room B-406
16                                 New Orleans, Louisiana 70130
                                   (504) 589-7780
17                                 jodi_simcox@laed.uscourts.gov

18

19  Proceedings recorded by mechanical stenography, transcript

20  produced by computer.

21

22

23

24

25

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1                          **<u>PROCEEDINGS</u>**

2                        **(January 4, 2013)**

3                              ******

4          (OPEN COURT)

5

6          **THE COURT:**  Be seated, please.

7          Good morning, ladies and gentlemen.

8          Call the case, please.

9          **THE DEPUTY CLERK:**  MDL-2047, *In re:  Chinese*

10   *Manufactured Drywall Products Liability Litigation.*

11          **THE COURT:**  Would liaison and lead counsel make their

12   appearance for the record.

13          **MR. HERMAN:**  May it please the Court, Judge Fallon,

14   Russ Herman for Plaintiff's Steering Committee.  I understand

15   that lead counsel, Arnold Levin, will attempt to call in, and

16   that Fred Longer will attempt to call in.

17          **THE COURT:**  I think they're on the line.

18          **MR. LONGER:**  Your Honor, Fred Longer is on the line.

19   Arnold is in India, Your Honor, on vacation and I don't know if

20   he'll be able to call in or not.

21          **THE COURT:**  Okay.

22          **MR. HERMAN:**  May it please the Court, I spoke with

23   Arnold last night and he's going to make every attempt to call

24   in.

25          **THE COURT:**  Nick, do you want to make your

1   appearance?

2             **MR. PANAYOTOPOULOS:**  Good morning, Your Honor.  Nick

3   Panayotopoulos on behalf of certain Banner entities.

4             **THE COURT:**  Okay.

5             **MR. FITZSIMMONS:**  Good morning, Your Honor.  Bob

6   Fitzsimmons on behalf of the contractor/installers.

7             **MR. PIPES:**  Minor Pipes on behalf of the insurers.

8             **THE COURT:**  Just by way of background, on June the

9   4th, 2012, the Court entered an order setting a fairness

10   hearing establishing a stay of litigation in favor of the

11   settling parties and certain claim deadlines and certain

12   deadlines relevant to opt-outs for the various settlements.  We

13   put all of the settlements, the fairness hearings at one time,

14   all the various settlements and we gave deadlines for opt-outs.

15             The June 4th order required that any class

16   member wishing to opt out of any of the class settlements that

17   were the subject of the fairness hearing, including the Banner

18   settlement, must notify the person specified in the preliminary

19   approval orders for their particular settlements in writing,

20   which is required by Rule 23, no later than September 28th,

21   2012.

22             The order further required that the opt-out

23   notice must set forth the full name and current address of the

24   person electing to opt out; the address of the property

25   allegedly damaged by the Chinese Drywall, and/or the address of

1  the property from which the class member alleges injurious

2  exposure to the Chinese Drywall, to the best of the class

3  member's knowledge; the identity of the suppliers, if known,

4  installers, builders, developers, and their insurers, again, if

5  known; or any other defendant or insurers which the class

6  member intend to pursue in his or her claim.

7              The Court's been advised that certain builders

8  and installers sent conditional opt-outs of the Banner

9  settlement by submitting opt-out requests from the Banner

10 settlement that would be effective only to the extent that a

11 downstream purchaser of certain services also opted out of the

12 Banner settlement and/or the builders, installers, suppliers

13 and participating insurers of that global settlement.

14             Some of the entities seeking to conditionally

15 opt out of the Banner settlement failed to provide any

16 information, and certainly they didn't complete the forms,

17 including the address of the affected property.

18             It seemed to me at that point that something had

19 to be done because we were coordinating all of these

20 settlements, and because there were so many parties involved,

21 that it wasn't unfair to require them, the person opting out,

22 to tell us what they were opting out from and what property was

23 affected and who their installers were.

24             As I mentioned several times in this litigation,

25 it's unusual, in effect, that many MDLs, you have numbers of

1   ==plaintiffs, but there are a limited number of defendants, two==

2   ==or three, sometimes even one; in this particular case, I have==

3   ==over a thousand defendants.==  We're trying to pull together this

4   material and this deal that everybody seems to be interested

5   in, but there's opt-outs, but I need to know which portion of

6   the opt-out that you're opting out from, because we put all of

7   these settlements together.

8                   Accordingly, the Court entered a second order on

9   December 21st, 2012, which set a deadline for 4:00 Central

10  Standard Time on December 31st for all entities to ensure that

11  they had provided complete and correct forms and information.

12  The December 21st order set this hearing for any entities who

13  did not provide complete and correct information by the

14  deadlines to show cause why they didn't do it.

15                  In other words, we're here this morning because

16  of the fact that I haven't received the full information from

17  certain entities and I wanted to get those entities focused on

18  this to find out why it hasn't been done.

19                  So I'll hear from the parties now.

20         MR. HERMAN:  May it please the Court, good morning,

21  Judge Fallon.  Russ Herman for the PSC.  Happy New Year to

22  everyone.

23                  Judge, what has transpired in the last two weeks

24  of the year is we have received multiple types of notices, some

25  by fax, some by e-mail, many by hard copy, FedEx.  Our office

 1   has attempted to send whatever we get to Kerry Miller's office,
 2   to Steve Glickstein's office.
 3             And what has happened is, I may get notice that
 4   doesn't go to anyone else, Arnold may get notice that doesn't
 5   go to anyone else, we all may get notices that go to everybody,
 6   and we're attempting to compile those.  And Fred Longer in
 7   Arnold's office is making a chart that then has to go to Minor,
 8   go to Kerry's office, go to Steve's office, all of the parties
 9   involved, to input additional information.  That's in progress.
10   A draft was sent around late yesterday.  It will probably be
11   Tuesday or Wednesday of next week.
12             I can generally say that a lot of progress has
13   been made.  There have been a number of opt-outs that are
14   subject to a complete recision.  There are a number of
15   conditional opt-outs, and I'll defer to Minor and Kyle to
16   report their views.
17             But I can say that the deadlines which Your
18   Honor set have been effective, and the impression that I have
19   is that they have been complied with.  It's now a question of
20   giving Your Honor a concrete report that Your Honor can rely
21   on.  Having said that, I'll turn this over to Nick and Minor
22   and Kyle.
23             **MR. PANAYOTOPOULOS:**  Good morning, again, Your Honor.
24             **THE COURT:**  Good morning.
25             **MR. PANAYOTOPOULOS:**  Nick Panayotopoulos.

1      Your Honor summed it up better than I could have

2 about what's happened and the history of the Court's orders and

3 the instructions that it gave to the parties trying to get a

4 complete picture.

5      What my clients have been looking for is

6 certainty to understand what the picture is.  And because

7 there's multiple settlements, the global settlement is

8 impacting my client's decisions.

9      What we've asked for, and I think the Court has

10 given, is instructing the folks that wanted to opt out

11 conditionally to give us certain information.  We held out and

12 didn't object in the beginning giving them sufficient time to

13 do some research.

14      Now that they've had lots of time to do the

15 research, we asked them to provide the information about what

16 underlying property, what homeowner property is at issue.

17 These builders or installers which filed these conditional

18 opt-outs have this information about what homes did they

19 install the Chinese Drywall in.  So we believe that they're

20 able to get it.

21      Most of the folks have complied.  I'm happy to

22 report that we've got -- an overwhelming majority has complied

23 and provided us the addresses that relate to their opt-outs.

24 We've got a list for the Court that -- where we summed up all

25 of the information and either there's no properties tied to the

1  conditional opt-out, or there's one or two or three properties
2  that are tied to those addresses.  We have no problems with
3  those folks.  And they either confirmed since the Court's
4  December 21st order that we were correct, or they just didn't
5  say anything.
6              Which related to those properties, I'm going to
7  hand the Court an exhibit, and we ask that the Court strike the
8  conditional opt-outs if there's no properties connected to
9  them; if there are properties connected to them, then limit the
10 opt-outs to those specific properties where the information was
11 provided.
12             We also ask the Court for an order to formally
13 strike any opt-outs, though, where the PSC and everybody else
14 has received notices of recision just to clarify the picture
15 that they're no longer in contention.
16             That leaves us with the homeowners, with the
17 opt-outs -- the conditional opt-outs that are non-compliant.
18 I've spoken with counsel -- there's three or four counsel that
19 are involved -- and what these folks have done, Your Honor, is
20 they've tried to reserve certain rights that we believe the
21 Court didn't allow for them, and the law doesn't allow for
22 them.
23             They're trying to reserve the right to later
24 enlarge the scope of the conditional opt-out, and that causes
25 us a lot of concern.  We don't think that's fair to us.  So

1   what we're asking the Court to do is based on this show cause

2   hearing, whoever shows up and says something, where they want

3   to make some reservation, we ask the Court not allow a

4   reservation, because Banner will not be able to evaluate what's

5   out there.

6            We think that the parties have sufficient

7   information where they could provide based on which homeowners

8   have opted out, and knowing from their business whether they

9   provided drywall to that particular homeowner.  We think they

10  have sufficient information, they can make the decision.

11  Banner does not, and would not, know what its exposure is.

12           Finally, there's one last category, Your Honor.

13  If there have been conditional opt-outs filed listing a

14  particular property -- homeowner property, but that homeowner

15  property never opted out, or has since rescinded it's opt-out,

16  we ask that the Court strike that conditional opt-out since the

17  condition has not been met.

18           That's all I have, Your Honor.

19           **THE COURT:**  Anything else?

20           Bob, do you have anything to add?

21           **MR. FITZSIMMONS:**  Your Honor, the concern of the

22  contractor/installers is the uncertainty of not knowing what

23  opt-outs are remaining.  Unlike InEX, the Banner settlement

24  does not provide any protection or release to the installers or

25  contractors that were the clients of Banner.

1          So we take nothing from that settlement and

2     opted out in order to protect our rights.  Should someone opt

3     out of the global settlement, we wanted to have the ability to

4     go after Banner for indemnification for providing it.  And

5     since the deadlines were similar, we had to opt out

6     prematurely.

7          The issue for us was we wanted to facilitate

8     Banner by giving them a list or just limiting the number of

9     opt-outs to the entities or properties that opted out of the

10    global settlement.  We didn't know what they were.  And on that

11    settlement, I was supposed to get a notice of the opt-outs of

12    the global settlement; I've got zero.

13         We've been compiling information.  Russ has

14    already talked about the information.  Minor has been putting

15    list after list after list.  We have gone through that list and

16    identified what installer is involved in each property.  I

17    think there's less than 10 that it's uncertain.  Nobody knows

18    where they came from or who the installer is, and we have

19    provided that information to Banner.

20         The real issue here, and the contingency is, is

21    if there is a property that has, for whatever reason, a

22    scrivener's error, or whatever it is, and they didn't get

23    notice is not bound by the release, or the borrower that would

24    come forth through the global settlement, we want to retain

25    rights to seek indemnification from our supplier.

1          So I think the issue here is:  Do we carry that

2   risk as contractors/installers or does Banner?  We have

3   identified and provided all the information we can based on the

4   information that's been provided.

5          I've gone through Minor's list.  I've gone

6   through all the opt-outs that have been filed and tried to put

7   them together.  They're still not perfect.  They have my

8   clients in Florida putting drywall in in Pennsylvania.  I mean,

9   it's not 100 percent accurate.

10          So we're worried about whatever mistakes are out

11   there, we don't want to be bound by those mistakes, which is

12   what Banner is seeking.  If there's an error, it falls back on

13   us to go back to.  We suggest that that's inappropriate.

14          **THE COURT:**  Do we know whether any exists?

15          **MR. PANAYOTOPOULOS:**  Banner has no way of knowing,

16   Your Honor.  Because the installers would know --

17          **THE COURT:**  Right.

18          **MR. PANAYOTOPOULOS:**  -- if there's additional ones,

19   we would not.

20          **THE COURT:**  Bob, do the installers know?  I mean,

21   they should know one way or the other.  You installed the

22   product.

23          **MR. FITZSIMMONS:**  Well, we don't want to list every

24   property that we installed Banner drywall into.  What we

25   attempted to do was list every property that has been

1   identified as opting out of the global settlement that we got

2   brought the Banner drywall.  So we're trying to list it.  We

3   should just opt-out -- and I'm not even sure we're supposed to

4   list all the properties.  We have to list our address.

5              But the point is, is we're trying to be helpful

6   by saying, any information that we got from Minor or from the

7   PSC that a property opted out, we identified if that's one of

8   ours, and we want to restrict our opt-out to assist them only

9   to that property.

10             The concern is if there is some uncertainty,

11  there are errors still in these lists, that there's a property

12  that gets missed, we don't want to bear the risk of being

13  responsible for that.

14        **THE COURT:**  How do we stand with that, Minor?  Are

15  there any out there?

16        **MR. PIPES:**  Your Honor, we're not aware of any.  Let

17  me tell you the easiest thing we can do.  This is truly a risk

18  problem, and I understand both sides of it.

19             We have put together a list between the PSC,

20  Steve Glickstein and Kerry Miller's offices, and my office of

21  every opt-out that we're aware of in the global settlement.  It

22  has been disseminated to the world.  And I say that very

23  nicely, but I think everybody has seen it.  And I give them

24  updates every time there's a recision on where we stand.

25             We started out with 403 opt-outs in the global,

1    we're down to about 260.  So we've done a very good job of

2    cutting that list down.

3              I think that the concern is what happens if one

4    of two situations occur:  Either, one, somebody comes forward a

5    year from now and says, "I mailed it and maybe they never

6    delivered it."  Nobody ever got it in the world; or, two, they

7    challenge the notice and say, "I would have opted out, but I

8    never got notice," even though we spent $3 million noticing

9    everyone.

10             So I think the risk that Bob's talking about is

11   the risk that somebody comes forward later and says, "I should

12   have been on the list," and nobody's ever seen an opt-out.  I

13   think our answer is, under the law, the chance of that is very,

14   very difficult to get over.  And because Banner's put all of

15   its money up, and because Banner has a chance to blow up this

16   entire deal, we think that that risk should not be on Banner

17   and blow up everything.

18             So I've told Bob, "Look, I think at the end of

19   the day, we will all support you and say that opt-out never

20   showed up."

21             But assuming that we're limited to the 403

22   opt-outs, which is now down to 260, we know a lot about it.

23   What we know comes from both the plaintiffs and the defendants.

24   And I've told Bob, "Look, your clients should be able to run

25   the addresses, because those all have address, and say, 'Did I

1   touch this property?'  And if you did, include it in your
2   conditional opt-out; if you didn't, then you should rescind
3   your opt-out."

4                    And I think that's where we are, Your Honor.
5              **MR. VAUGHAN:**  Good morning, Your Honor.
6              **THE COURT:**  Good morning.
7              **MR. VAUGHAN:**  My name is H. David Vaughan, II.  I
8   sent you a note before the hearing to explain my situation.  I
9   did not intend to say anything, actually, today.  I represent a
10  group of 14 installers.  I'll just name one of them for the
11  record, First Drywall, LLC, and several others.
12             **THE COURT:**  Okay.
13             **MR. VAUGHAN:**  Our position is a little bit unique.
14  And the only reason I'm standing up to say anything is because
15  I think Banner counsel has said something that's not exactly --
16  not intentionally, but not exactly fully correct, and I want
17  the Court to understand this.
18                    Some of my clients simply no longer exist.  Just
19  a few of them are no longer out there.  The reason I'm here for
20  them is because they had insurance and the insurer is paying me
21  to show up and defend them to the best of my ability, and I've
22  done that throughout these proceedings.
23                    But when it comes to these lists with the
24  opt-outs -- some of which do not -- the homeowners did not list
25  the full, you know, everything that they're supposed to list,

1   like the installer and the builder and everybody involved --

2   I've sent all those lists around to all of my clients that I

3   can reach, but some of them are simply unreachable and do not

4   exist.  And as the Court has noted before, some of them are

5   very unsophisticated and are not responsive, frankly, as much

6   as I could wish for.

7             So it is a risk issue.  If a homeowner comes

8   forward in the future and it turns out that this homeowner was

9   installed by one of my clients and I just couldn't find that

10  out because this installer no longer exists, you know, should

11  Banner not be available for indemnification purposes?

12            The only reason I'm speaking is to let the Court

13  know that we do not fully agree that we, the installer, always

14  has the best information.  Banner sometimes knows where they

15  supply to.

16            THE COURT:  Yes.  The installers present a particular

17  problem because oftentimes they're mom-and-pop installers; and

18  sometimes, at least in our area, we had installers who came

19  from other countries oftentimes, and I don't know where they

20  are.  I'm not saying that -- I think many of them did a

21  wonderful job, but that was -- we saw that in roofs as well as

22  internal areas, and I can see that that presents a particular

23  problem.

24            But we can't get hung up in what potential might

25  happen in the future.  Everybody was really worried about this

1   Mayan calendar, and that was certainly a risk, I suppose.  Some

2   people went all the way to France to hedge that risk, but it

3   was a risk that wasn't there.  So we've got to focus on the

4   practical, and that's the big issue that I'm dealing with.

5           **MR. VAUGHAN:**  And let me add for the record, Your

6   Honor, that I hope none of this concern comes to pass.  Because

7   as I stand here right now, we're aware for none of my clients

8   that none of them are Banner-installed to our knowledge.

9           Thank you, Judge.

10          **MR. PIPES:**  Your Honor, let me add one point.  There

11  are some plaintiffs who gave us opt-out forms that didn't

12  provide information and we've contacted the large majority of

13  them and got that information.

14          A lot of these people are three, four years in

15  the litigation and they may have told me, "Minor, we have

16  absolutely no idea who the installer was and I'm not chasing an

17  installer."  So I told everybody, "Look, if it's an 'NA,' it

18  means *not applicable*, they're not going after an installer.

19  They couldn't identify anybody.  I think they're going to have

20  prescription problems if they try."

21          But it really is sort of the boogeyman problem

22  of, "What happens if years from now something happens?"  And I

23  don't know that we can deal with that in our settlement.

24          **THE COURT:**  Well, the only way you can deal with it

25  is that I dismiss the claims.  I just will dismiss the claims.

18

1    Now, the question of whether or not if they show up, if Rip Van

2    Winkle wakes up in 20 years and comes in and says he had this

3    house, I guess he's going to have to first of all show that I

4    shouldn't have dismissed his claim.

5              **MR. PIPES:**  I think that's right, Your Honor.

6              **MR. FITZSIMMONS:**  So that we're clear, we did look at

7    all the addresses of the information that's available.  That's

8    not the issue.  The issue is the Mayan calendar ending and the

9    risk of that, and the question is:  Who should bear that risk?

10             **THE COURT:**  Yes.

11             **MR. FITZSIMMONS:**   I just think the resolution would

12   be, we both should share it equally, not one party over the

13   other.

14             **THE COURT:**  Well either that or just dismiss the

15   claims.  If the claims are dismissed then nobody has a risk.

16             **MR. HERMAN:**  May it please the Court.  I've listened

17   to understand Mr. Vaughan's concern.  I understand Bob's

18   concern.  However, there has to be finality.  Notice has been

19   given, Your Honor has issued several orders and deadlines.

20             It seems to me that in any matter, particularly

21   a complex matter, an MDL matter, there are always concerns

22   about what's going to happen in the future.  The question is

23   whether or not those concerns are procedurally or substantively

24   viable.

25             From the PSC's point of view, we believe that

1    notice was adequate; it was reasonable; it was court-approved;

2    it went out.  And, secondly, Your Honor's orders are well

3    publicized.  They were part of a status conference report, and

4    orders that were filed in the record, available on the Web

5    site.

6              And when we're dealing with over 1,200

7    defendants, and some are impecunious or they've gone out of

8    business, once the notice goes out and it's been complied with,

9    and Your Honor's orders have been well noticed, well received

10   and complied with, it seems to me that the future is not an

11   uncertain future.  The future doesn't have a great deal of risk

12   that we're talking about.

13             THE COURT:  Yes.  Not only that, but there's two

14   areas -- and I know, and you're proper in focusing, all of you

15   all, on the class action aspect of the case, and the 23, and

16   things of that nature, but overriding all of that is the MDL

17   umbrella, and I'm the MDL judge, the transferee judge, in this

18   umbrella.

19             When I issue an order to anybody who comes

20   within that sphere to do something, I don't do it lightly; and

21   if they don't do it, I ask them another time and another time

22   and another time.  But it comes time when they haven't

23   complied, I dismiss the case, not from the standpoint of

24   whatever it is, but just the fact that they have not complied

25   with the Court's orders, and they haven't at this point.

1          So whether or not they could or might or would

2    have had they known, you know, it's not unusual, for example,

3    in a case -- this is not applicable in this particular case --

4    but oftentimes after a period of litigation, issue a *Lone Pine*

5    order; that is to say, I require every claimant to give me a

6    letter from a doctor saying that "I'm sick and my sickness is

7    related to this incident."

8          And if they don't do it after cajoling and

9    ordering, and whatever it is, I dismiss their claim, simply

10   because they didn't follow my orders, not because they didn't

11   have an illness, but they didn't follow the orders.  So you

12   have to bring finality to this.  That's one of the things that

13   litigation is aimed at, finality.  I don't do it willy nilly.

14   I don't do it immediately.  We give people enough time, and I'm

15   aware that many of them are not sophisticated, but this has

16   been going on now long enough.

17         We've had press throughout the country that have

18   been writing about this case.  Everybody if they turn on

19   television or turn on the radio or look at the newspapers have

20   to know something about it; and if they haven't come forward

21   then, I see no reason not to dismiss their claims, so that they

22   won't have a claim.  Period.  So nobody has a risk.  That's the

23   way I see it.

24         File whatever motion and I'll give the people an

25   opportunity to respond to it, but that's my thinking on it.

1          **MR. HERMAN:**  Judge Fallon, I just have one other

2    comment, and I really want to confer with Arnold Levin.  As

3    Your Honor is aware, liaison and/or lead counsel in these MDLs

4    has traditionally objected to dismissals with prejudice because

5    we recognize in a representative capacity that we have certain

6    obligations.

7               However, in this situation, the inclination is

8    for the benefit of some 4,000 homeowners who are affected, or

9    property owners who are affected, and because finality is

10   necessary, and because the installers/contractors are

11   represented, the insurers are represented, the insurers have a

12   responsibility to their insureds, when Your Honor decides to

13   act upon motions of dismissal, in this particular situation, I

14   do not believe that we are going to object to dismissals with

15   prejudice.

16              And I will notify Bob Johnston, who handles the

17   pro se's, in advance.  I'm only forecasting that this might

18   happen.

19          **THE COURT:**  Yes.  Then on another note, it's not

20   unusual for the PSC to ask that I dismiss it without prejudice,

21   but I've always overruled that request and dismissed them with

22   prejudice, and nobody's appealed.

23              But, again, in a case of this sort, particularly

24   it's important in a case of this sort, where there are

25   thousands of defendants, they have to know if they've put up

1   money, or if they've done what they need to do, that it's off

2   their books now.   It's not fair to keep them hanging.

3                     It's the same way with the insurance companies.

4   They've got to be able to clean their books, clean their

5   reserves.  I mean, we can't keep these insurers on the hook

6   forever because something might happen.  They may find another

7   calendar.  We may be dying in another year.

8             **MR. HERMAN:**  I notice your courtroom personnel have

9   had some concern when Your Honor made that statement just now.

10  It may be that the safest call -- well, we'll address it after

11  the motions are filed.

12                     Thank you.

13            **THE COURT:**  All right.

14            **MR. PIPES:**  Your Honor, Nick and Bob and I talked.  I

15  think we'll be able to craft a judgment that takes care of

16  everything we're in agreement on.  If we have any

17  disagreements, we'll talk to Your Honor.  But we think we can

18  craft something we're all comfortable with.

19            **THE COURT:**  All right.  Anybody else from the

20  audience wish to address the Court and say anything?  Because I

21  have this in open court to afford everybody an opportunity to

22  say whatever they need to say.

23                     Okay, folks.  Thank you very much, and everybody

24  have a Happy New Year.

25            **MR. PIPES:**  Thank you, Your Honor.

1          **MR. LONGER:**  Thank you, Your Honor.

2          **THE DEPUTY CLERK:**  All rise.

3          (WHEREUPON, the proceedings were concluded.)

4                            *****

5                         <u>**CERTIFICATE**</u>

6          I, Jodi Simcox, RMR, FCRR, Official Court Reporter

7  for the United States District Court, Eastern District of

8  Louisiana, do hereby certify that the foregoing is a true and

9  correct transcript, to the best of my ability and

10 understanding, from the record of the proceedings in the

11 above-entitled and numbered matter.

12

13

14                         *s/Jodi Simcox, RMR, FCRR*
                           Jodi Simcox, RMR, FCRR
15                         Official Court Reporter

16

17

18

19

20

21

22

23

24

25

$
$3 [1]  14/8
$3 million [1]  14/8

'
'Did [1]  14/25
'NA,' [1]  17/17

0
09-MD-2047 [1]  1/5

1
1,200 [1]  19/6
10 [1]  11/17
100 percent [1]  12/9
1123 [1]  2/11
14 [1]  15/10
1705 [2]  2/12 2/12
19106 [1]  1/19

2
20 [1]  18/2
2012 [3]  4/9 4/21 6/9
2013 [2]  1/6 3/2
2047 [2]  1/5 3/9
21st [1]  6/9
23 [2]  4/20 19/15
2400 [1]  2/4
24th [1]  1/23
260 [2]  14/1 14/22
28th [1]  4/20

3
3000 [1]  2/8
30326 [1]  2/4
33101 [1]  2/8
3344 [1]  2/3

4
4,000 [1]  21/8
403 [2]  13/25 14/21
406 [1]  2/15
4:00 Central [1]  6/9
4th [1]  4/9

5
500 [2]  1/19 2/15
504 [1]  2/16
510 [1]  1/19
589-7780 [1]  2/16

7
70112 [1]  1/24
70113 [1]  1/16
70130 [1]  2/16
70602-1705 [1]  2/12
7780 [1]  2/16

8
80 [1]  2/7
820 [1]  1/15
8th [1]  2/7

9
909 [1]  1/23
9:00 [1]  1/7

A
a.m [1]  1/7
ability [3]  11/3 15/21 23/9
able [6]  3/20 8/20 10/4 14/24 22/4 22/15
about [13]  8/2 8/15 8/18 11/14 12/10
  14/1 14/10 14/22 16/25 18/22 19/12

20/18 20/20
above [2]  3/11
above-entitled [1]  23/11
absolutely [1]  17/16
Accordingly [1]  6/8
accurate [1]  12/9
act [1]  21/13
action [1]  19/15
actually [1]  15/9
add [3]  10/20 17/5 17/10
additional [2]  7/9 12/18
address [8]  4/23 4/24 4/25 5/17 13/4
  14/25 22/10 22/20
addresses [4]  8/23 9/2 14/25 18/7
adequate [1]  19/1
advance [1]  21/17
advised [1]  5/7
affected [4]  5/17 5/23 21/8 21/9
afford [1]  7/7
after [7]  11/4 11/15 11/15 17/18 20/4
  20/8 22/10
again [3]  5/4 7/23 21/23
agree [1]  16/13
agreement [1]  22/16
aimed [1]  20/13
all [28]
allegedly [1]  4/25
alleges [1]  5/1
allow [3]  9/21 9/21 10/3
already [1]  11/14
also [2]  5/11 9/12
always [3]  16/13 18/21 21/21
and/or [3]  4/5 5/12 21/3
another [6]  19/21 19/21 19/22 21/19
  22/6 22/7
answer [1]  14/13
any [4]  4/15 4/16 5/5 5/15 6/12 9/13
  10/24 12/14 13/6 13/15 13/16 18/20
  22/16
anybody [3]  17/19 19/19 22/19
anyone [2]  7/4 7/5
anything [6]  9/5 10/19 10/20 15/9 15/14
  22/20
appealed [1]  21/22
appearance [2]  3/12 4/1
APPEARANCES [2]  1/13 2/1
applicable [2]  17/18 20/3
approval [1]  4/19
approved [1]  19/1
are [33]
area [1]  16/18
areas [2]  16/22 19/14
Arnold [3]  3/15 3/19 3/23 7/4 21/2
Arnold's [1]  7/7
around [2]  7/10 16/2
as [10]  5/24 12/2 13/1 16/4 16/5 16/6
  16/21 16/21 17/7 21/2
ask [6]  9/7 9/12 10/3 10/16 19/21 21/20
asked [2]  8/9 8/15
asking [1]  10/1
aspect [1]  19/15
assist [1]  13/8
assuming [1]  14/21
Atlanta [1]  2/4
attempt [3]  3/15 3/16 3/23
attempted [2]  7/1 12/25
attempting [1]  7/6
audience [1]  22/20
available [2]  16/11 18/7 19/4
Avenue [1]  1/15
aware [5]  13/16 13/21 17/7 20/15 21/3

B
B-406 [1]  2/15

back [2]  12/12 12/13
Banner [25]
Banner's [1]  14/14
Banner-installed [1]  17/8
Barrasso [1]  1/21
based [3]  10/1 10/7 12/3
be [18]  3/6 3/20 5/10 5/19 6/4 7/10 10/4
  12/11 13/5 14/16 14/24 16/11 18/12
  18/18 22/4 22/7 22/10 22/15
bear [2]  13/12 18/9
because [22]  5/19 5/20 6/6 6/15 8/6
  10/4 12/16 14/14 14/15 14/25 15/14
  15/20 16/10 16/17 17/6 20/10 20/10
  21/4 21/9 21/10 22/6 22/20
been [21]  5/7 6/18 7/13 7/13 7/18 7/19
  8/5 10/13 10/17 11/13 11/14 12/4 12/6
  12/25 13/22 14/12 18/18 19/8 19/9
  20/16 20/18
before [3]  1/10 15/8 16/4
beginning [1]  8/12
behalf [3]  4/3 4/6 4/7
being [1]  13/12
believe [4]  8/19 9/20 18/25 21/14
benefit [1]  21/8
Berman [1]  1/18
best [4]  5/2 15/21 16/14 23/9
better [1]  8/1
between [1]  13/19
big [1]  17/4
bit [1]  15/13
blow [2]  14/15 14/17
Bob [7]  4/5 10/20 12/20 14/18 14/24
  21/16 22/14
Bob's [2]  14/10 18/17
boogeyman [1]  17/21
books [2]  22/2 22/4
borrower [1]  11/23
both [3]  13/18 14/23 18/12
bound [2]  11/23 12/11
bring [1]  20/12
brought [1]  13/2
builder [1]  16/1
builders [4]  5/4 5/7 5/12 8/17
business [2]  10/8 19/8

C
cajoling [1]  20/8
Caldwell [1]  2/6
calendar [3]  17/1 18/8 22/7
call [6]  3/8 3/15 3/16 3/20 3/23 22/10
came [2]  11/18 16/18
can [11]  7/12 7/17 7/20 10/10 12/3
  13/17 16/3 16/22 17/23 17/24 22/17
can't [2]  16/24 22/5
capacity [1]  21/5
care [1]  22/15
carry [1]  12/1
case [9]  3/8 6/2 9/15 19/23 20/3 20/3
  20/18 21/23 21/24
Cases [1]  1/7
category [1]  10/12
cause [3]  1/10 6/14 10/1
causes [1]  9/24
Central [1]  6/9
certain [11]  2/6 2/10 4/3 4/11 4/11 5/7
  5/11 6/17 8/11 9/20 21/5
certainly [2]  5/16 17/1
certainty [1]  8/6
CERTIFICATE [1]  23/5
certify [1]  23/8
challenge [1]  14/7
chance [2]  14/13 14/15

**C**

Charles [1]  2/12
chart [1]  7/7
chasing [1]  17/16
CHINESE [5]  1/5 3/9 4/25 5/2 8/19
claim [5]  4/11 5/6 18/4 20/9 20/22
claimant [1]  20/5
claims [8]  17/25 17/25 18/15 18/15
20/21
clarify [1]  9/14
class [6]  4/15 4/16 5/1 5/2 5/5 19/15
clean [2]  22/4 22/4
clear [1]  18/6
client's [1]  8/8
clients [8]  8/5 10/25 12/8 14/24 15/18
16/2 16/9 17/7
come [2]  11/24 20/20
comes [9]  14/4 14/11 14/23 15/23 16/7
17/6 18/2 19/19 19/22
comfortable [2]  22/18
comment [1]  21/2
Committee [1]  3/14
companies [1]  22/3
compile [1]  7/6
compiling [1]  11/13
complete [5]  5/16 6/11 6/13 7/14 8/4
complex [1]  18/21
compliant [1]  9/17
complied [7]  7/19 8/21 8/22 19/8 19/10
19/23 19/24
computer [1]  2/20
concern [8]  9/25 10/21 13/10 14/3 17/6
18/17 18/18 22/9
concerns [2]  18/21 18/23
concluded [1]  23/3
concrete [1]  7/20
condition [1]  10/17
conditional [10]  5/8 7/15 8/17 9/1 9/8
9/17 9/24 10/13 10/16 15/2
conditionally [2]  5/14 8/11
confer [1]  21/2
conference [1]  19/3
confirmed [1]  9/3
connected [2]  9/8 9/9
contacted [1]  17/12
contention [1]  9/15
contingency [1]  11/20
contractor [3]  2/7 4/6 10/22
Contractor/Installer [1]  2/7
contractor/installers [2]  4/6 10/22
contractors [3]  10/25 12/2 21/10
contractors/installers [1]  12/2
coordinating [1]  5/19
copy [1]  6/25
correct [5]  6/11 6/13 9/4 15/16 23/9
Cotlar [1]  1/14
could [4]  8/1 10/7 16/6 20/1
couldn't [2]  16/9 17/19
counsel [6]  3/11 3/15 9/18 9/18 15/15
21/3
countries [1]  16/19
country [1]  20/17
court [27]
Court's [4]  5/7 8/2 9/3 19/25
court-approved [1]  19/1
courtroom [1]  22/8
craft [2]  22/15 22/18
current [1]  4/23
cutting [1]  14/2

**D**

damaged [1]  4/25

DAVID [2]  2/11 5/7
DAVIS [1]  2/11
day [1]  14/19
deadline [1]  6/9
deadlines [7]  4/11 4/12 4/14 6/14 7/17
11/5 18/19
deal [5]  6/4 14/16 17/23 17/24 19/11
dealing [2]  17/4 19/6
December [4]  6/9 6/10 6/12 9/4
December 21st [1]  6/9
December 21st order [2]  6/12 9/4
December 31st for [1]  6/10
decides [1]  21/12
decision [1]  10/10
decisions [1]  22/6
defend [1]  15/21
defendant [1]  6/6
defendants [7]  2/7 2/11 6/1 6/3 14/23
19/7 21/25
defer [1]  7/15
delivered [1]  14/19
developers [1]  5/4
Dial [1]  2/2
did [7]  6/13 8/18 15/1 15/9 15/24 16/20
18/6
didn't [12]  5/16 6/14 8/12 9/4 9/21 11/10
11/22 15/2 17/11 20/10 20/10 20/11
difficult [1]  14/14
disagreements [1]  22/17
dismiss [7]  17/25 17/25 18/14 19/23
20/9 20/21 21/20
dismissal [1]  21/13
dismissals [2]  21/4 21/14
dismissed [3]  18/4 18/15 21/21
disseminated [1]  13/22
DISTRICT [5]  1/1 1/2 1/11 23/7 23/7
do [24]
Docket [1]  1/5
doctor [1]  20/6
Document [1]  1/7
does [3]  10/11 10/24 12/2
doesn't [4]  7/4 7/4 9/21 19/11
don't [12]  3/19 9/25 12/11 12/23 13/12
16/19 17/23 19/20 19/21 20/8 20/13
20/14
done [6]  5/19 6/18 9/19 14/1 15/22 22/1
down [3]  14/1 14/2 14/22
downstream [1]  5/11
draft [1]  7/10
Drawer [1]  2/12
drywall [10]  1/5 3/10 4/25 5/2 8/19 10/9
12/8 12/24 13/2 15/11
dying [1]  22/7

**E**

e-mail [1]  6/25
each [1]  11/16
easiest [1]  13/17
EASTERN [1]  1/2 23/7
effect [1]  5/25
effective [2]  5/10 7/18
either [4]  8/25 9/3 14/4 18/14
ELDON [1]  1/10
electing [1]  4/24
else [5]  7/4 7/5 9/13 10/19 22/19
end [1]  14/18
ending [1]  18/8
enlarge [1]  9/24
enough [2]  20/14 20/16
ensure [1]  6/10
entered [2]  4/9 6/8
entire [1]  14/16
entities [7]  4/3 5/14 6/10 6/12 6/17 6/17

11/9
equal [1]  18/12
equally [1]  18/12
error [2]  11/22 12/12
errors [1]  13/11
ESQ [7]  1/14 1/15 1/18 1/22 2/3 2/7
2/11
establishing [1]  4/10
evaluate [1]  10/4
even [5]  6/2 13/3 14/8
ever [2]  14/6 14/12
every [6]  3/23 12/23 12/25 13/21 13/24
20/5
everybody [10]  6/4 7/5 9/13 13/23 16/1
16/25 17/17 20/18 22/21 22/23
everyone [2]  6/22 14/9
everything [3]  14/17 15/25 22/16
exactly [2]  15/15 15/16
example [1]  20/2
exhibit [1]  9/7
exist [2]  15/18 16/4
exists [2]  12/14 16/10
explain [1]  15/8
exposure [2]  5/2 10/11
extent [1]  5/10

**F**

facilitate [1]  11/7
fact [2]  6/16 19/24
failed [1]  5/15
fair [2]  9/25 22/2
fairness [3]  4/9 4/13 4/17
FALLON [4]  1/10 3/13 6/21 21/1
falls [1]  12/12
favor [1]  4/10
fax [1]  6/25
FCRR [4]  2/14 23/6 23/14 23/14
FedEx [1]  6/25
few [1]  15/19
File [1]  20/24
filed [5]  8/17 10/13 12/6 19/4 22/11
finality [4]  18/18 20/12 20/13 21/9
Finally [1]  10/12
find [3]  6/18 16/9 22/6
first [2]  15/11 18/3
Fishbein [1]  1/18
FITZSIMMONS [2]  2/7 4/6
Floor [1]  1/23
Florida [2]  2/8 12/8
focus [1]  17/3
focused [1]  6/17
focusing [1]  19/14
folks [5]  8/10 8/21 9/3 9/19 22/23
follow [2]  20/10 20/11
forecasting [1]  21/17
foregoing [1]  23/8
forever [1]  22/6
formally [1]  9/12
forms [3]  5/16 6/11 17/11
forth [4]  4/23 11/24
forward [4]  14/4 14/11 16/8 20/20
four [2]  9/18 17/14
France [1]  17/2
frankly [1]  16/5
FRED [4]  1/18 3/16 3/18 7/6
Freeman [1]  1/22
full [3]  4/23 6/16 15/25
fully [2]  15/16 16/13
further [1]  4/22
future [6]  16/8 16/25 18/22 19/10 19/11
19/11

**G**

gave [3]  4/14 8/3 17/11

**G**

generally [1]  7/12
gentlemen [1]  3/7
Georgia [1]  2/4
get [11]  6/17 7/1 7/3 7/4 7/5 8/3 8/20
  11/11 11/22 14/14 16/24
gets [1]  13/12
give [5]  8/11 13/23 20/5 20/14 20/24
given [2]  8/10 18/19
giving [3]  7/20 8/12 11/8
Glickstein [1]  13/20
Glickstein's [1]  7/2
global [9]  5/13 8/7 11/3 11/10 11/12
  11/24 13/1 13/21 13/25
go [8]  7/4 7/5 7/5 7/7 7/8 7/8 11/4 12/13
goes [1]  19/8
going [8]  3/23 9/6 17/18 17/19 18/3
  18/22 20/16 21/14
gone [4]  11/15 12/5 12/5 19/7
good [9]  3/7 4/2 4/5 6/20 7/23 7/24 14/1
  15/5 15/6
got [10]  8/22 8/24 11/12 13/1 13/6 14/6
  14/8 17/3 17/13 22/4
great [1]  19/11
group [1]  15/10
guess [1]  18/3
Gunn [1]  2/2

**H**

had [10]  5/18 6/11 8/14 11/5 15/20
  16/18 18/2 20/2 20/17 22/9
hand [1]  9/7
handles [1]  21/16
hanging [1]  22/2
happen [4]  16/25 18/22 21/18 22/6
happened [2]  7/3 8/2
happens [3]  14/3 17/22 17/22
happy [3]  6/21 8/21 22/24
hard [1]  6/25
has [28]
hasn't [1]  6/18
have [52]
haven't [4]  6/16 19/22 19/25 20/20
Having [1]  7/21
he [1]  18/2
he'll [1]  3/20
he's [2]  3/23 18/3
hear [1]  6/19
hearing [6]  1/10 4/10 4/17 6/12 10/2
  15/8
hearings [1]  4/13
hedge [1]  17/2
held [1]  8/11
helpful [1]  13/5
her [1]  5/6
here [5]  6/15 11/20 12/1 15/19 17/7
hereby [1]  23/8
Herman [5]  1/14 1/14 1/14 3/14 6/21
his [2]  5/6 18/4
history [1]  8/2
homeowner [6]  8/16 10/9 10/14 10/14
  16/7 16/8
homeowners [4]  9/16 10/7 15/24 21/8
homes [1]  8/18
Honor [28]
Honor's [2]  19/2 19/9
HONORABLE [1]  1/10
hook [1]  22/5
hope [1]  17/6
house [1]  18/3
How [1]  13/14
However [2]  18/18 21/7

Hudgins [1]  2/2
Hung [1]  16/24

**I**

I'll [5]  6/19 7/15 7/21 15/10 20/24
I'm [13]  8/21 9/6 13/3 15/14 15/19 16/12
  16/20 17/4 17/16 19/17 20/6 20/14
  21/17
I've [10]  9/18 11/12 12/5 12/5 14/18
  14/24 15/21 16/2 18/16 21/21
idea [1]  17/16
identified [4]  11/16 12/3 13/1 13/7
identify [1]  17/19
identity [1]  5/3
II [2]  2/11 15/17
illness [1]  20/11
immediately [1]  20/14
impacting [1]  8/8
impecunious [1]  19/7
important [1]  21/24
impression [1]  7/18
inappropriate [1]  12/13
incident [1]  20/7
inclination [1]  21/7
include [1]  15/1
including [4]  4/17 5/17
indemnification [3]  11/4 11/25 16/11
India [1]  3/19
InEX [1]  10/23
information [22]  5/16 6/11 6/13 6/16 7/9
  8/11 8/15 8/18 8/25 9/10 10/7 10/10
  11/13 11/14 11/19 12/3 12/4 13/6 16/14
  17/12 17/13 18/7
injurious [1]  5/1
input [1]  7/9
install [1]  8/19
installed [4]  12/21 12/24 16/9 17/8
installer [10]  2/7 2/10 11/16 11/18 16/1
  16/10 16/13 17/16 17/17 17/5 17/10
installers [16]  4/6 5/4 5/8 5/12 5/23 8/17
  10/22 10/24 12/2 12/16 12/20 15/10
  16/16 16/17 16/18 21/10
installers/contractors [1]  21/10
instructing [1]  8/10
instructions [1]  8/3
insurance [2]  15/20 22/3
insureds [1]  21/12
insurer [1]  15/20
insurers [8]  1/21 4/7 5/4 5/5 5/13 21/11
  21/11 22/5
intend [2]  5/6 15/9
intentionally [1]  15/16
interested [1]  6/4
internal [1]  16/22
involved [5]  5/20 7/9 9/19 11/16 16/1
is [60]
issue [10]  8/16 11/7 11/20 12/1 16/7
  17/4 18/8 18/8 19/19 20/4
issued [1]  18/19
it [52]
it's [13]  5/25 7/19 10/15 11/17 12/9
  17/17 19/8 20/2 21/19 21/24 22/1 22/2
  22/3
its [2]  10/11 14/15

**J**

January [2]  1/6 3/2
job [2]  14/1 16/21
jodi [5]  2/14 2/17 23/6 23/14 23/14
Johnston [1]  21/16
judge [8]  1/11 3/13 6/21 6/23 17/9 19/17
  19/17 21/1
judgment [1]  22/15

June [2]  4/8 4/15
jungle [1]  16/16
just [14]  4/8 9/4 9/14 11/8 13/3 15/10
  15/18 16/9 17/25 18/11 18/14 19/24
  21/1 22/9

**K**

Katz [1]  1/14
keep [2]  22/2 22/5
Kerry [2]  7/1 13/20
Kerry's [1]  7/8
Kirk [1]  2/4
know [19]  3/19 6/5 10/11 11/10 12/14
  12/16 12/20 12/21 14/22 14/23 15/25
  16/10 16/13 16/19 17/23 19/14 20/2
  20/20 21/25
knowing [3]  10/8 10/22 12/15
knowledge [2]  5/3 17/8
known [3]  5/3 5/5 20/2
knows [2]  11/17 16/14
Kupperman [1]  1/21
Kyle [2]  7/15 7/22

**L**

L.L.C [1]  2/10
ladies [1]  3/7
laed.uscourts.gov [1]  2/17
Lake [1]  2/12
large [1]  17/12
last [3]  3/23 6/23 10/12
late [1]  7/10
later [3]  4/20 9/23 14/11
law [2]  9/21 14/13
lead [3]  3/11 3/15 21/3
least [1]  16/18
leaves [1]  9/16
LEONARD [1]  1/15
less [1]  11/17
let [4]  13/16 16/12 17/5 17/10
letter [1]  20/6
Levin [3]  1/18 3/15 21/2
LIABILITY [2]  1/6 3/10
liaison [2]  3/11 21/3
lightly [1]  19/20
like [1]  16/1
limit [1]  9/9
limited [2]  6/1 14/21
limiting [1]  11/8
line [2]  3/17 3/18
list [17]  8/24 11/8 11/15 11/15 11/15
  11/15 12/5 12/23 12/25 13/2 13/4 13/4
  13/19 14/2 14/12 15/24 15/25
listened [1]  18/16
listing [1]  10/13
lists [3]  13/11 15/23 16/2
litigation [7]  1/6 3/10 4/10 5/24 17/15
  20/4 20/13
little [1]  15/13
LLC [1]  15/11
Lone [1]  20/4
long [1]  20/16
longer [8]  1/18 3/16 3/18 7/6 9/15 15/18
  15/19 16/10
look [5]  14/18 14/24 17/17 18/6 20/19
looking [1]  8/5
lot [4]  7/12 9/25 14/22 17/14
lots [1]  8/14
LOUISIANA [6]  1/2 1/16 1/24 2/12 2/16
  23/8

**M**

made [2]  7/13 22/9
mail [1]  6/25

## M

mailed [1]  14/5
majority [2]  8/22 17/12
make [5]  3/11 3/23 3/25 10/3 10/10
making [1]  7/7
MANUFACTURED [2]  1/5 3/10
many [5]  5/20 5/25 6/25 16/20 20/15
material [1]  6/4
matter [4]  18/20 18/21 18/21 23/11
may [11]  3/13 3/22 6/20 7/3 7/4 7/5
   17/15 18/16 22/6 22/7 22/10
Mayan [2]  17/1 18/8
maybe [1]  14/5
MD [1]  1/5
MDL [4]  3/9 18/21 19/16 19/17
MDL-2047 [1]  3/9
MDLs [2]  5/25 21/3
me [5]  5/18 13/17 15/20 17/5 17/10
   17/15 18/20 19/10 20/5
mean [5]  12/8 12/20 22/5
means [1]  17/18
mechanical [1]  2/19
member [3]  4/16 5/1 5/6
member's [1]  5/3
mentioned [1]  5/24
met [1]  10/17
Miami [1]  2/8
might [4]  16/24 20/1 21/17 22/6
Miller's [2]  7/1 13/20
million [1]  14/8
MINOR [9]  1/22 4/7 7/7 7/15 7/21 11/14
   13/6 13/14 17/15
Minor's [1]  12/5
missed [1]  13/12
mistakes [2]  12/10 12/11
mom [1]  16/17
mom-and-pop [1]  16/17
money [2]  14/15 22/1
morning [9]  3/7 4/2 4/5 6/15 6/20 7/23
   7/24 15/5 15/6
Most [1]  8/21
motion [1]  20/24
motions [2]  21/13 22/11
Mr. [1]  18/17
Mr. Vaughan's [1]  18/17
much [2]  16/5 22/23
multiple [2]  6/24 8/7
must [2]  4/18 4/23
my [15]  8/5 8/8 12/7 13/20 15/7 15/8
   15/18 15/21 16/2 16/9 17/7 20/6 20/10
   20/25 23/9

## N

name [3]  4/23 15/7 15/10
nature [1]  19/16
necessary [1]  21/10
need [3]  6/5 22/1 22/22
never [4]  10/15 14/5 14/8 14/19
New [5]  1/16 1/24 2/16 6/21 22/24
newspapers [1]  20/19
next [1]  7/11
nicely [1]  13/23
NICHOLAS [1]  2/3
Nick [5]  3/25 4/2 7/21 7/25 22/14
Nieset [1]  2/10
night [1]  3/23
nilly [1]  20/13
no [11]  4/20 8/25 9/2 9/8 9/15 12/15
   15/18 15/19 16/10 17/16 20/21
nobody [4]  11/17 14/6 18/15 20/22
nobody's [2]  14/12 21/22
non [1]  9/17

non-compliant [1]  9/17
none [1]  17/21
not [47]
note [2]  15/8 21/19
noted [1]  16/4
nothing [1]  11/1
notice [11]  4/23 7/3 7/4 11/11 11/23
   14/7 14/8 18/18 19/1 19/8 22/8
noticed [1]  19/9
notices [3]  6/24 7/5 9/14
noticing [1]  14/8
notify [2]  4/18 21/16
now [11]  6/19 7/19 8/14 14/5 14/22 17/7
   17/22 18/1 20/16 22/2 22/9
number [4]  6/1 7/13 7/14 11/8
numbered [1]  23/11
numbers [1]  5/25

## O

O'Keefe [1]  1/15
object [2]  8/12 21/14
objected [1]  21/4
obligations [1]  21/6
occur [1]  14/4
off [1]  22/1
office [8]  2/12 6/25 7/1 7/2 7/7 7/8 7/8
   13/20
offices [1]  13/20
Official [3]  2/14 23/6 23/15
oftentimes [1]  16/17 16/19 20/4
Okay [4]  3/21 4/4 15/12 22/23
once [1]  19/8
one [14]  4/13 6/2 9/1 10/12 12/21 13/7
   14/3 14/4 15/10 16/9 17/10 18/12 20/12
   21/1
ones [1]  12/18
only [7]  5/10 13/8 15/14 16/12 17/24
   19/13 21/17
open [2]  3/4 22/21
opportunity [2]  20/25 22/21
opt [42]
opt-out [15]  4/22 5/9 6/6 9/1 9/24 10/15
   10/16 13/3 13/8 13/21 14/12 14/19 15/2
   15/3 17/11
opt-outs [21]  4/12 4/14 5/8 6/5 7/13 7/15
   8/18 8/23 9/8 9/10 9/13 9/17 10/7 10/13
   10/23 11/9 11/11 12/6 13/25 14/22
   15/24
opted [7]  5/11 10/8 10/15 11/2 11/9 13/7
   14/7
opting [4]  5/21 5/22 6/6 13/1
order [10]  4/9 4/15 4/22 6/8 6/12 9/4
   9/12 11/2 11/9 19/20 20/5
ordering [1]  20/9
orders [9]  4/19 8/2 18/19 19/2 19/4 19/9
   19/25 20/10 20/11
Orleans [3]  1/16 1/24 2/16
other [6]  5/5 6/15 12/21 16/19 18/13
   21/1
others [1]  15/11
our [10]  6/25 11/2 11/25 13/4 13/8 14/13
   15/13 16/18 17/8 17/23
ours [1]  13/8
out [44]
outs [21]  4/12 4/14 5/8 6/5 7/13 7/15
   8/18 8/23 9/8 9/10 9/13 9/17 10/7 10/13
   10/23 11/9 11/11 12/6 13/25 14/22
   15/24
over [6]  6/3 7/21 14/14 18/12 19/6
overriding [1]  19/16
overruled [1]  21/21
overwhelming [1]  8/22
owners [1]  21/9

## P

PANAYOTOPOULOS [3]  2/3 4/3 7/25
part [1]  19/3
participating [1]  5/13
particular [8]  4/19 6/2 10/9 10/14 16/16
   16/22 20/3 21/13
particularly [2]  18/20 21/23
parties [6]  4/11 5/20 6/19 7/8 8/3 10/6
party [1]  18/12
pass [1]  17/6
paying [1]  15/20
Peachtree [1]  2/3
Pennsylvania [2]  1/19 12/8
people [4]  17/2 17/14 20/14 20/24
percent [1]  12/9
perfect [1]  12/7
period [2]  20/4 20/22
person [3]  4/18 4/24 5/21
personnel [1]  22/8
Philadelphia [1]  1/19
picture [3]  8/4 8/6 9/14
Pine [1]  20/4
PIPES [2]  1/22 4/7
Pithon [1]  2/11
Plaintiff's [1]  3/14
plaintiffs [5]  1/14 1/18 6/1 14/23 17/11
Plauché [1]  2/10
please [6]  3/6 3/8 3/13 3/22 6/20 18/16
point [5]  5/18 13/5 17/10 18/25 19/25
pop [1]  16/17
portion [1]  6/5
position [1]  15/13
Post [1]  2/12
potential [1]  16/24
Poydras [1]  1/23 2/15
practical [1]  17/4
prejudice [4]  21/4 21/15 21/20 21/22
preliminary [1]  4/18
prematurely [1]  11/6
prescription [1]  17/20
present [1]  16/16
presents [1]  16/22
press [1]  20/17
pro [1]  21/17
probably [1]  7/10
problem [4]  13/18 16/17 16/23 17/21
problems [2]  9/2 17/20
procedurally [1]  18/23
proceedings [5]  2/19 3/1 15/22 23/3
   23/10
produced [1]  2/20
product [1]  12/22
PRODUCTS [2]  1/5 3/10
progress [2]  7/9 7/12
proper [1]  19/14
properties [8]  8/25 9/1 9/6 9/8 9/9 9/10
   11/9 13/4
property [18]  4/24 5/1 5/17 5/22 8/16
   8/16 10/14 10/14 10/15 11/16 11/21
   12/24 12/25 13/7 13/9 13/11 15/1 21/9
protect [1]  11/2
protection [1]  10/24
provide [6]  5/15 6/13 8/15 10/7 10/24
   17/12
provided [7]  6/11 8/23 9/11 10/9 11/19
   12/3 12/4
providing [1]  11/4
PSC [5]  6/21 9/13 13/7 13/19 21/20
PSC's [1]  18/25
publicized [1]  19/3
pull [1]  6/3
purchaser [1]  5/11

**P**

purposes [1] 16/11
pursue [1] 5/6
put [6] 4/13 6/6 12/6 13/19 14/14 21/25
putting [2] 11/14 12/8

**Q**

question [4] 7/19 18/1 18/9 18/22

**R**

radio [1] 20/19
re [2] 1/5 3/9
reach [1] 16/3
real [1] 11/20
really [3] 16/25 17/21 21/2
reason [5] 11/21 15/14 15/19 16/12 20/21
reasonable [1] 19/1
received [4] 6/16 6/24 9/14 19/9
recision [3] 7/14 9/14 13/24
recognize [1] 21/5
record [5] 3/12 15/11 17/5 19/4 23/10
recorded [1] 2/19
relate [1] 8/23
related [2] 9/6 20/7
Relates [1] 1/7
release [2] 10/24 11/23
relevant [1] 4/12
rely [1] 7/20
remaining [1] 10/23
report [4] 7/16 7/20 8/22 19/3
Reporter [3] 2/14 23/6 23/15
represent [1] 15/9
representative [1] 21/5
represented [2] 21/11 21/11
request [1] 21/21
requests [1] 5/9
require [5] 5/21 20/5
required [3] 4/15 4/20 4/22
rescind [1] 15/2
rescinded [1] 10/15
research [2] 8/13 8/15
reservation [2] 10/3 10/4
reserve [2] 9/20 9/23
reserves [1] 22/5
resolution [1] 18/11
respond [1] 20/25
responsibility [1] 21/12
responsible [1] 13/13
responsive [1] 16/5
restrict [1] 13/8
retain [1] 11/24
right [6] 9/23 12/17 17/7 18/5 22/13 22/19
rights [3] 9/20 11/2 11/25
Rip [1] 3/9
rise [1] 23/2
risk [15] 12/2 13/12 13/17 14/10 14/11 14/16 16/7 17/1 17/2 17/3 18/9 18/9 18/15 19/11 20/22
RMR [4] 2/14 23/6 23/14 23/10
Road [1] 2/3
ROBERT [1] 2/7
roofs [1] 16/21
Room [1] 2/15
Rule [1] 4/20
Rumberger [1] 2/6
run [1] 14/24
RUSS [4] 1/14 3/14 6/21 11/13

**S**

S.W [1] 2/7
s/Jodi [1] 23/14

safest [1] 22/10
said [2] 3/15 9/15
same [1] 22/3
Sarver [1] 1/22
saw [1] 16/21
say [13] 7/12 7/17 9/5 13/22 14/7 14/19 14/25 15/9 15/14 20/5 22/20 22/22 22/22
saying [3] 13/6 16/20 20/6
says [4] 10/2 14/5 14/11 18/2
scope [1] 9/24
scrivener's [1] 11/22
se's [1] 21/17
seated [1] 3/6
second [1] 6/8
secondly [1] 19/2
Sedran [1] 1/18
see [3] 16/22 20/21 20/23
seek [1] 11/25
seeking [2] 5/14 12/12
seemed [1] 5/18
seems [3] 6/4 18/20 19/10
seen [2] 13/23 14/12
send [1] 7/1
sent [4] 5/8 7/10 15/8 16/2
September [1] 4/20
September 28th [1] 4/20
services [1] 4/20
set [4] 4/23 6/9 6/12 7/18
setting [1] 4/9
settlement [17] 4/18 5/9 5/10 5/12 5/13 5/15 8/7 10/23 11/1 11/3 11/10 11/11 11/12 11/24 13/1 13/17 17/23
settlements [8] 4/12 4/13 4/14 4/16 4/19 5/20 6/7 8/7
settling [1] 4/11
several [3] 5/24 15/11 18/19
share [1] 18/12
should [10] 11/2 12/21 13/3 14/11 14/16 14/24 15/2 16/10 18/9 18/12
shouldn't [1] 18/4
show [6] 1/10 6/14 10/1 15/21 18/1 18/3
showed [1] 14/20
shows [1] 10/2
sick [1] 20/6
sickness [1] 20/6
sides [1] 13/18
simcox [5] 2/14 2/17 23/6 23/14 23/14
similar [1] 11/5
simply [3] 15/18 16/3 20/9
since [4] 9/3 10/15 10/16 11/5
site [1] 19/5
situation [3] 15/8 21/7 21/13
situations [1] 14/4
Smith [1] 2/10
so [19] 5/20 6/19 8/19 9/25 11/1 12/1 12/10 13/2 14/1 14/10 16/7 17/3 17/17 18/6 20/1 20/11 20/21 20/22
some [15] 5/14 6/24 6/25 8/13 10/3 13/10 15/18 15/24 16/3 16/4 17/1 17/11 19/7 21/8 22/9
somebody [2] 14/4 14/11
someone [1] 11/2
something [8] 5/18 10/2 15/15 17/22 19/20 20/20 22/6 22/18
sometimes [6] 2/16 14/14 16/18
sophisticated [1] 20/15
sort [3] 17/21 21/23 21/24
speaking [1] 16/12
specific [1] 9/10
specified [1] 4/18
spent [1] 14/8
sphere [1] 19/20

spoke [1] 3/22
stand [3] 13/14 13/24 17/7
Standard [1] 6/10
standing [1] 15/14
standpoint [1] 19/23
started [1] 13/25
statement [1] 22/9
STATES [3] 1/1 1/11 23/7
status [1] 19/3
stay [1] 4/10
Steering [1] 3/14
stenography [1] 2/19
Steve [2] 7/2 13/20
Steve's [1] 7/8
still [2] 12/7 13/11
Street [5] 1/19 1/23 2/7 2/11 2/15
strike [3] 9/7 9/13 10/16
subject [2] 4/17 7/14
submitting [1] 5/9
substantively [1] 18/23
sufficient [3] 8/12 10/6 10/10
suggest [1] 12/13
Suite [3] 1/19 2/4 2/8
summed [2] 8/1 8/24
supplier [1] 11/25
suppliers [2] 5/3 5/12
supply [1] 16/15
support [1] 14/19
suppose [1] 17/1
supposed [3] 11/11 13/3 15/25
sure [1] 13/3

**T**

take [1] 11/1
takes [1] 22/15
talk [1] 22/17
talked [2] 11/14 22/14
talking [2] 14/10 19/12
television [1] 20/19
tell [2] 5/22 13/17
than [3] 4/20 8/1 11/17
Thank [5] 17/9 22/12 22/23 22/25 23/1
that [136]
that's [15] 7/9 9/25 10/18 12/4 12/13 13/7 15/4 15/15 17/4 18/5 18/7 18/7 20/12 20/22 20/25
their [13] 3/11 4/19 5/4 5/22 7/16 8/23 10/8 20/9 20/21 21/12 22/2 22/4 22/4
them [24]
then [6] 7/7 9/9 15/2 18/15 20/21 21/19
there [19] 5/20 6/1 7/13 7/14 9/9 10/5 10/13 11/21 12/11 13/10 13/1 13/15 13/15 15/19 17/3 17/10 18/18 18/21 21/24
there's [13] 6/5 8/7 8/25 9/1 9/8 9/18 10/12 11/17 12/12 12/18 13/11 13/24 19/13
these [11] 5/19 6/7 8/17 8/17 9/19 13/11 15/22 15/23 17/14 21/3 22/5
they [45]
they're [9] 3/17 8/19 9/15 9/23 12/7 15/25 16/17 17/18 17/19
they've [6] 8/14 9/20 19/7 21/25 22/1 22/4
thing [1] 13/17
things [2] 19/16 20/12
think [21] 3/17 8/9 9/25 10/6 10/9 11/17 12/1 13/23 14/3 14/10 14/13 14/16 14/18 15/4 15/15 16/20 17/19 18/5 18/11 22/15 22/17
thinking [1] 20/25
this [34]

## T

those [10]  6/17 7/6 9/2 9/3 9/6 9/10
12/11 14/25 16/2 18/23
though [2]  9/13 14/8
thousand [1]  6/3
thousands [1]  21/25
three [4]  6/2 9/1 9/18 17/14
through [4]  11/15 11/24 12/5 12/6
throughout [2]  15/22 20/17
tied [2]  8/25 9/2
time [10]  4/13 6/10 8/12 8/14 13/24
19/21 19/21 19/22 19/22 20/14
times [1]  5/24
today [1]  15/9
together [4]  6/3 6/7 12/7 13/19
told [4]  14/18 14/24 17/15 17/17
touch [1]  15/1
traditionally [1]  21/4
transcript [2]  2/19 23/9
transferee [1]  19/17
transpired [1]  6/23
tried [2]  9/20 12/6
true [1]  23/8
truly [1]  13/17
try [1]  17/20
trying [5]  6/3 8/3 9/23 13/2 13/5
Tuesday [1]  7/11
turn [3]  7/21 20/18 20/19
turns [1]  16/8
two [6]  6/1 6/23 9/1 14/4 14/6 19/13
types [1]  6/24

## U

umbrella [2]  19/17 19/18
uncertain [2]  11/17 19/11
uncertainty [2]  10/22 13/10
under [1]  14/13
underlying [1]  8/16
understand [6]  3/14 8/6 13/18 15/17
18/17 18/17
understanding [1]  23/10
unfair [1]  5/21
unique [1]  15/13
UNITED [3]  1/1 1/11 23/7
Unlike [1]  10/23
unreachable [1]  16/3
unsophisticated [1]  16/5
unusual [3]  5/25 20/2 21/20
up [13]  8/1 8/24 10/2 14/15 14/15 14/17
14/20 15/14 15/21 16/24 18/1 18/2
21/25
updates [1]  13/24
upon [1]  21/13
us [9]  5/22 8/11 8/23 9/16 9/25 9/25
11/7 12/13 17/11
Usdin [1]  1/21

## V

vacation [1]  3/19
Van [1]  18/1
various [2]  4/12 4/14
VAUGHAN [2]  2/11 15/7
Vaughan's [1]  18/17
very [6]  13/22 14/1 14/13 14/14 16/5
22/23
viable [1]  18/24
view [1]  18/25
views [1]  7/16

## W

wakes [1]  18/2
Walnut [1]  1/19
want [9]  3/25 10/2 11/24 12/11 12/23

13/8 13/12 15/16 21/2
wanted [1]  10/25
was [15]  5/22 7/10 9/10 11/7 11/11
12/25 16/8 16/21 16/25 17/1 17/3 17/16
19/1 19/1 19/1
wasn't [2]  5/21 17/3
way [7]  4/8 12/15 12/21 17/2 17/24
20/23 22/3
we [76]
we'll [3]  22/10 22/15 22/17
we're [18]  6/3 6/15 7/6 10/1 12/10 13/2
13/3 13/5 13/16 13/21 14/1 14/21 17/7
18/6 19/6 19/12 22/16 22/18
we've [8]  8/9 8/22 8/24 11/13 14/1 17/3
17/12 20/17
Web [1]  19/4
Wednesday [1]  7/11
week [1]  7/11
weeks [1]  6/23
Weinberg [1]  2/2
well [8]  12/23 16/21 17/24 18/14 19/2
19/9 19/9 22/10
went [2]  17/2 19/2
were [12]  4/17 5/19 5/20 5/22 5/23 9/4
10/25 11/5 11/10 19/3 19/4 23/3
what [23]  5/22 5/22 6/23 7/3 8/5 8/6 8/9
8/15 8/16 8/18 9/19 10/1 10/11 10/22
11/10 11/16 12/12 12/24 14/3 14/23
16/24 17/22 22/1
what's [3]  8/2 10/4 18/22
whatever [8]  7/1 11/21 11/22 12/10
19/24 20/9 20/24 22/22
Wheeler [1]  2/2
when [6]  15/23 19/6 19/19 19/22 21/12
22/9
where [11]  8/24 9/10 9/13 10/2 10/7
11/18 13/24 15/4 16/14 16/19 21/24
WHEREUPON [1]  23/3
whether [5]  10/8 12/14 18/1 18/23 20/1
which [12]  4/20 5/1 5/5 6/5 6/9 7/17 8/17
9/6 10/7 12/11 14/22 15/24
who [11]  5/23 6/12 11/18 16/18 17/11
17/16 18/9 19/19 21/8 21/9 21/16
whoever [1]  10/2
why [2]  6/14 6/18
will [7]  3/15 3/16 7/10 10/4 14/19 17/25
21/16
willy [1]  20/13
Winkle [1]  18/2
wish [2]  16/6 22/20
wishing [1]  4/16
within [1]  19/20
without [1]  21/20
won't [1]  20/22
wonderful [1]  16/21
words [1]  6/15
world [2]  13/22 14/6
worried [2]  12/10 16/25
would [9]  3/11 5/10 10/11 11/23 12/16
12/19 14/7 18/11 20/1
writing [2]  4/19 20/18

## Y

year [5]  6/21 6/24 14/5 22/7 22/24
years [3]  17/14 17/22 18/2
Yes [4]  16/16 18/10 19/13 21/19
yesterday [1]  7/10
you [21]  3/25 5/25 10/20 12/21 13/17
14/19 15/1 15/2 15/2 15/8 15/25 16/10
17/9 17/24 19/14 20/2 20/11 22/12
22/23 22/25 23/1
you're [2]  6/6 19/14
your [35]

## Z

zero [1]  11/12