# EXHIBIT "10"

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3   IN RE: CHINESE-MANUFACTURED      )
     DRYWALL PRODUCTS                 )
 4   LIABILITY LITIGATION             )
                                      )
 5                                    ) CIVIL NO. 09-MD-2047 "L"
                                      )
 6                                    ) NEW ORLEANS, LOUISIANA
                                      ) October 24, 2013
 7                                    ) 9:00 A.M.
     THIS DOCUMENT RELATES TO:        )
 8                                    ) Monthly Status Conference
     ALL CASES                        )  & Motions
 9                                    )
     *******************************

10

11

12           TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

13          HEARD BEFORE THE HONORABLE ELDON E. FALLON

                    UNITED STATES DISTRICT JUDGE
14

15

16

17

18   SUSAN A. ZIELIE, RMR, FCRR
     OFFICIAL COURT REPORTER:
19   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
20   500 POYDRAS STREET, ROOM B406
     NEW ORLEANS, LA 70130
21   susan_zielie@laed.uscourts.gov
     504.589.7781
22

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.

24

25
```

```
 1    APPEARANCES:

 2

 3    Special Master:               LYNN C. GREER, ESQ.
                                    BrownGreer, PLC
 4                                  250 Rocketts Way
                                    Richmond VA 23231
 5                                  804.521.7299

 6    For the AG:                   DAWN M. BARRIOS, ESQ.
                                    Barrios Kingsdorf & Casteix LLP
 7                                  One Shell Square
                                    701 Poydras Street, Suite 3650
 8                                  New Orleans LA 70139-3650
                                    barrios@bkc-law.com
 9                                  504.524.3300

10    For the Plaintiff:            RUSS M. HERMAN, ESQ.
                                    LEONARD A. DAVIS, ESQ.
11                                  Herman Herman & Katz, LLC
                                    820 O'Keefe Avenue
12                                  New Orleans LA 70113
                                    504.581.4892
13
                                    ARNOLD LEVIN, ESQ.
14                                  LEVIN, FISHBEIN, SEDRAN & BERMAN
                                    510 WALNUT STREET, SUITE 500
15                                  PHILADELPHIA, PA 19106

16                                  DANIEL E. BECNEL, III
                                    Becnel Law Firm, LLC
17                                  106 West Seventh Street
                                    PO Drawer H
18                                  Reserve LA 70084
                                    985.536.1186
19                                  becket@becnellaw.com

20

21

22

23

24

25
```

```
 1    APPEARANCES-2

 2

 3    For the Defendant:            KERRY J. MILLER, ESQ.
                                    Frilot, LLC
 4                                  Energy Centre
                                    1100 Poydras Street
 5                                  Suite 3700
                                    New Orleans LA 70163-3700
 6                                  504.599.8000
                                    kmiller@frilot.com
 7

      Arbitrator:                   ROBERT MURRAY JOHNSTON, ESQ.
 8                                  Law Offices of
                                      Robert M. Johnston, LLC
 9                                  400 Poydras Street
                                    Suite 2450
10                                  New Orleans LA 70130
                                    504.561.7799
11                                  rmj@ahhelaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              NEW ORLEANS, LOUISIANA; THURSDAY, OCTOBER 24, 2013    08:50AM

 2                            9:00 A.M.                              08:50AM

 3              THE COURT:  Have a seat.  Good morning, ladies and   09:09AM

 4     gentlemen.                                                    09:09AM

 5                    Call the case, please.                        09:09AM

 6              CASE MANAGER:  Case No. MDL 2047, in re:  Chinese    09:09AM

 7     Drywall Manufacturers Liability Litigation.                  09:09AM

 8              THE COURT:  Counsel, note your appearance for the    09:09AM

 9     record.                                                       09:09AM

10              MR. MILLER:  Good morning, Your Honor.  Kerry Miller on 09:09AM

11     behalf of Knauf and the Defense Steering Committee.          09:09AM

12              MR. HERMAN:  May it please the Court, good morning,  09:09AM

13     Judge Fallon.  Russ Herman on behalf of plaintiffs.          09:09AM

14              THE COURT:  We're today for our monthly status      09:09AM

15     conference.  We have a number of people on the phone so please 09:09AM

16     use the microphone.                                          09:09AM

17                    I met with liaison/lead counsel to discuss the 09:09AM

18     agenda with them.  We'll take them in the orders proposed.   09:09AM

19                    Pretrial Orders, No. 1, is the first item.    09:09AM

20     Anything on that?                                            09:09AM

21              MR. HERMAN:  No, Your Honor.                        09:09AM

22                    But, may it please the Court, I'd like to report 09:09AM

23     on the new depository for the record.                        09:10AM

24                    The new depository has accommodations for trial 09:10AM

25     prep, for mock juries.  It is 8,627 square feet.  It's within 09:10AM
```

```
 1   four blocks of the courthouse.  It's $14 and -- excuse me -- $17   09:10AM
 2   per square foot, which is below market.  Market right now for      09:10AM
 3   similar space in the central district is $20 per square foot.      09:10AM
 4              The term of the lease is 42 months beginning            09:10AM
 5   November 1st.  However, we were able to negotiate an opt-out       09:10AM
 6   after 18 months, figuring that hopefully Chinese Drywall and       09:11AM
 7   VIOXX will be resolved by then, or at least the need will be       09:11AM
 8   resolved.                                                          09:11AM
 9              We've purchased a new server based upon activities      09:11AM
10   that I'm not going to recite in both Drywall and in VIOXX.         09:11AM
11              And we plan to move into that space the first week      09:11AM
12   in November.                                                       09:11AM
13        THE COURT:  Let's make sure that's Bull Garret, CPA,          09:11AM
14   understands what the arrangements are so that he can keep the      09:11AM
15   records as to how much is charged to VIOXX and how much is         09:11AM
16   charged to Drywall.                                                09:11AM
17        MR. HERMAN:  Yes, Your Honor.  I had one conference           09:11AM
18   with Mr. Garrett about that previously.  We're going to meet       09:11AM
19   after this conference.                                             09:11AM
20              Presently, the recommendation, subject to his          09:12AM
21   review, is that the initial cost be divided 50/50 because of       09:12AM
22   ongoing activities in both, but it be revisited in three months.   09:12AM
23   And, depending upon what rulings there are in the Fifth Circuit,   09:12AM
24   what happens with the ongoing administration of settlement in      09:12AM
25   Drywall and in VIOXX, attorney generals' matters, what I'll term   09:12AM
```

```
 1    as the Oldfather matters and consumer settlement issues, it may    09:12AM
 2    be that this has to be adjusted at the end of about three          09:12AM
 3    months, depending on what Your Honor's orders are.  But we will    09:12AM
 4    meet today.                                                        09:12AM
 5              Initially, the recommendation because of activity        09:12AM
 6    ongoing in both cases, is --                                       09:12AM
 7         THE COURT:  The interesting thing to me in this               09:12AM
 8    situation is, this is the first time we put a number of cases      09:13AM
 9    into the same cost sharing facility, and I'm interested in         09:13AM
10    seeing how that works.  Because there is some interest in even     09:13AM
11    having different judges participate in that type of an             09:13AM
12    arrangement.  And, if it works well, that can be done.  If it      09:13AM
13    doesn't, then it's going to be difficult.                         09:13AM
14              What about employees for the facility?                   09:13AM
15         MR. HERMAN:  All those -- there's only one full-time          09:13AM
16    employee and one administrator, and those costs are divided.      09:13AM
17         THE COURT:  Okay.  Great.                                     09:13AM
18         MR. HERMAN:  Just one other footnote based upon Your          09:13AM
19    Honor's interest and concern.  The joint depository was in         09:13AM
20    effect necessitated by Katrina/Rita, and has virtually worked      09:13AM
21    well since 2006.  Even though the costs are shared, the            09:14AM
22    information is kept separately and can only be accessed            09:14AM
23    separately.                                                        09:14AM
24              There is some crossover between the two                  09:14AM
25    court-appointed plaintiff steering committees.  But the            09:14AM
```

1    committees are different, they operate differently.    09:14AM

2              And we can accommodate a meeting of up to 40    09:14AM

3    lawyers in one place in this new depository.  And, the    09:14AM

4    depository's also set up for the latest in video conferencing,    09:14AM

5    which we have not had to pay extra for.    09:14AM

6              The projected cost, once -- it's a net-net-net    09:14AM

7    lease, which is usually about $4,300 a month with the extras.    09:14AM

8              And so, we'll make a report, we'll meet with Mr.    09:15AM

9    Garrett today and we will we'll be prepared at each status    09:15AM

10   conference meeting in Drywall and each status conference meeting    09:15AM

11   in VIOXX to give separate reports to Your Honor as to what is    09:15AM

12   going on on a monthly basis.    09:15AM

13        THE COURT:  The big problem historically in these cases    09:15AM

14   -- and it's true not only in these cases but throughout the    09:15AM

15   country in a similar cases -- is cost.  And attention really has    09:15AM

16   to be focused on methods of minimizing the costs because they    09:15AM

17   just get out of hand.  And that has some bad situations not only    09:15AM

18   for the litigants but the lawyers, and it excludes certain    09:15AM

19   lawyers who cannot maybe participate in those costs.    09:15AM

20             So, all of those devices, I know I've talked or    09:15AM

21   people have talked to me from Virginia and a couple of other    09:15AM

22   places, that they're interested in seeing whether or not    09:16AM

23   depositories can be jointly used even in different cases if    09:16AM

24   there's some sort of wall that can be technologically done so    09:16AM

25   that they can have some confidence that their case is different    09:16AM

```
 1    than the other and nobody knows what's happening and so forth.    09:16AM

 2    So I'm interested in seeing what happens in this one.             09:16AM

 3              MR. HERMAN:  The primary additional cost is, what we've 09:16AM

 4    learned is we need a much bigger server.  But, when you divide    09:16AM

 5    that cost, it really isn't particularly significant.             09:16AM

 6              And we frankly looked at maybe a sharing with the       09:17AM

 7    BP PSC, but the volume there is so great that it just wasn't      09:17AM

 8    practical.                                                        09:17AM

 9              THE COURT:  I understand.                               09:17AM

10              State court trial settings, anything on that?          09:17AM

11              MR. HERMAN:  At page 5, II --                          09:17AM

12              THE COURT:  I think Dawn is getting up.                09:17AM

13              MS. BARRIOS:  Good morning, Your Honor.  Dawn Barrios  09:17AM

14    to report on state court cases.                                  09:17AM

15              As far as Virginia goes, the Ramirez and Torres        09:17AM

16    settlements have all been disbursed.                             09:17AM

17              We're now working on the class settlement.  And        09:17AM

18    before you is a motion to approve the real property claim form   09:17AM

19    and to set the deadlines.  And we'd appreciate if that could be  09:17AM

20    issued as soon as possible because we want to get those claim    09:18AM

21    forms to go out.                                                 09:18AM

22              We also have trials in both Virginia, and Mr.          09:18AM

23    Victor Diaz has an ongoing trial.                               09:18AM

24              THE COURT:  When is the trial in Florida?             09:18AM

25              MR. MILLER:  Your Honor, I think -- Kerry Miller for   09:18AM
```

```
 1  Knauf.                                                            09:18AM

 2              They picked a jury late yesterday afternoon.  So I    09:18AM

 3  think they're doing openings today, this morning.                09:18AM

 4         THE COURT:  Okay.  Anything about the class actions        09:18AM

 5  under this?                                                       09:18AM

 6         MR. HERMAN:  No, Your Honor.  There's a full report on     09:18AM

 7  those, but nothing new to add.                                   09:18AM

 8              THE COURT:  Anything on the motions to establish      09:18AM

 9  the litigation expense fund?                                     09:18AM

10         MR. HERMAN:  Nothing new on that, Your Honor.             09:18AM

11         THE COURT:  Anything to report on the pilot program?      09:18AM

12         MR. MILLER:  Yes, Your Honor.  Kerry Miller for Knauf.    09:18AM

13              On the pilot program which is evolved into the       09:19AM

14  remediation program under the class action settlement, homes     09:19AM

15  continue to be remediated on a regular basis.                    09:19AM

16              Your Honor, we have in court with us today Joe       09:19AM

17  Harris and Phil Adams from Moss that have appeared several times  09:19AM

18  before.  At the last status conference, we met over at Herman,   09:19AM

19  Herman & Katz with Russ and Lenny and Arnold and Fred and other  09:19AM

20  involved lawyers.  And, to the extent that there are issues with  09:19AM

21  homeowners that are in the pilot program or were in the pilot    09:19AM

22  program or want to be in the pilot program and the homeowners    09:19AM

23  and counsel can benefit, from speaking with Moss, they're here   09:19AM

24  today for the next couple hours.  They're available.  Someone    09:19AM

25  wants to walk outside after the conference is over and discuss   09:19AM
```

| | | |
|---|---|---|
| 1 | issues, they can set up calls, set up meetings.  Whatever it | 09:19AM |
| 2 | takes.  Because, as Your Honor pointed out in chambers, dealing | 09:20AM |
| 3 | with these homes and home repairs, early communication is the | 09:20AM |
| 4 | key. | 09:20AM |
| 5 | THE COURT:  Yeah.  First, let me thank Moss's people | 09:20AM |
| 6 | for being here.  As I mentioned at the earlier conference, I've | 09:20AM |
| 7 | gotten a lot of good letters from people saying that they're | 09:20AM |
| 8 | satisfied with the work and the work's being done well. | 09:20AM |
| 9 | You have to remember that you're dealing with | 09:20AM |
| 10 | people's homes; and, next to their families, probably their | 09:20AM |
| 11 | homes are their most valuable possession, and they have a lot of | 09:20AM |
| 12 | emotional attachment to it.  It's not just looked upon by | 09:20AM |
| 13 | families as a couple of bricks and sticks.  It's their memories | 09:20AM |
| 14 | and everything else.  So they're very, very sensitive about it. | 09:20AM |
| 15 | And I think it would be helpful to have periodic meetings | 09:20AM |
| 16 | arranged so that, if anybody has any issue, they know they can | 09:20AM |
| 17 | talk with somebody about them.  And communication in this | 09:20AM |
| 18 | situation is probably more significant or as significant as | 09:20AM |
| 19 | fixing your home so that they know what's happening.  So I urge | 09:21AM |
| 20 | you all to do that. | 09:21AM |
| 21 | MR. MILLER:  Your Honor, I think what we're going to | 09:21AM |
| 22 | try to do, because the monthly status conferences provide a | 09:21AM |
| 23 | regular opportunity -- and we'll probably build this into the | 09:21AM |
| 24 | report -- is either the afternoon before a conference or the | 09:21AM |
| 25 | morning and afternoon after a conference, we'll have those folks | 09:21AM |

| | |
|---|---|
| 1 | available.  And they can even meet here they courthouse or Russ | 09:21AM |
| 2 | can host or I can host over at my office. | 09:21AM |
| 3 | THE COURT:  Right.  And I'll put that in the website so | 09:21AM |
| 4 | that everybody knows that they can at least come to the people | 09:21AM |
| 5 | who are doing the work. | 09:21AM |
| 6 | All right.  INEX, Banner, Knauf global | 09:21AM |
| 7 | settlements, anything on that? | 09:21AM |
| 8 | MR. MILLER:  One more thing, Your Honor, on this issue, | 09:21AM |
| 9 | on the issue of remediations.  The ombudsman has also played a | 09:21AM |
| 10 | role.  We met with Moss and the ombudsman at the last status | 09:21AM |
| 11 | conference.  We're in touch.  And that's right part of this | 09:21AM |
| 12 | overall process in terms of communication, early communication | 09:21AM |
| 13 | and getting issues straight.  So it's really working well, I | 09:22AM |
| 14 | think. | 09:22AM |
| 15 | THE COURT:  That's fine. | 09:22AM |
| 16 | All right.  Shared -- | 09:22AM |
| 17 | MR. BECNEL:  I want to compliment Moss, after we had | 09:22AM |
| 18 | the initial meeting in your office with Russ and others, when we | 09:22AM |
| 19 | had some problems, they changed up.  And, now, the last 120 | 09:22AM |
| 20 | homes that our office has done, we've assigned two of my | 09:22AM |
| 21 | lawyers, they go meet with not only the homeowner but Moss | 09:22AM |
| 22 | representatives at least five times, during the beginning, | 09:22AM |
| 23 | middle and end, to make sure there's no problems.  And Moss has | 09:22AM |
| 24 | been magnificent, and I'd like the Court to know that. | 09:22AM |
| 25 | THE COURT:  Good.  Thank you. | 09:22AM |

1          And I think you're right, Danny, from the                09:22AM

2    standpoint of keeping in touch with them, I think it's very     09:22AM

3    helpful.                                                         09:22AM

4          MR. HERMAN:  I want to compliment Danny and his firm.     09:23AM

5    Early on, when we were asked where are these claims, Danny's     09:23AM

6    office was assigned, with a gentleman from my office, to assist  09:23AM

7    lawyers and homeowners in making inspections.  And I believe     09:23AM

8    they've made perhaps 60, 70 inspections early in this case,      09:23AM

9    which showed the eventual numbers of what we were dealing with.  09:23AM

10         Your Honor, I believe the next matter is No. 7,           09:23AM

11   INEX, Banner, Knauf, L&W and global settlements, all those       09:23AM

12   representatives are in the courtroom or on the phone.            09:23AM

13         The deadline for submission of claims is tomorrow,        09:23AM

14   October 25th, 2013.  BrownGreer is here.  Lynn Greer will make a 09:24AM

15   report fully to Your Honor.  And I'm going to recommend that the 09:24AM

16   PowerPoint, which BrownGreer has developed and will be shown in  09:24AM

17   the courtroom with Your Honor's permission, be made part of the  09:24AM

18   website because the deadline is tomorrow.                        09:24AM

19         There are two new CAP orders and a Knauf Fourth           09:24AM

20   Amendment order pending.                                         09:24AM

21         And I'd like to at this time introduce to someone        09:24AM

22   very familiar to the Court and everyone in the courtroom, Lynn   09:24AM

23   Greer from BrownGreer, to make her report.                       09:24AM

24         MS. GREER:  Good morning, Your Honor.  Lynn Greer from    09:25AM

25   BrownGreer, and we are honored to sever have as the              09:25AM

1    administrator in this case.                                    09:25AM

2              Your Honor, this is our monthly report.  And, as     09:25AM

3    Mr. Herman said tomorrow, tomorrow is the claims filing        09:25AM

4    deadline.  And what I'd like to do is to show Your Honor and to 09:25AM

5    those present, and for those on the phone I'll read the numbers, 09:25AM

6    where we are in terms of claims that have been registered and  09:25AM

7    also those that have been submitted.                           09:25AM

8              So, as of yesterday -- we updated the data last      09:25AM

9    night because there's been a lot of activity over the last few 09:25AM

10   days, particularly in terms of claims submitted.  As of last   09:25AM

11   night, there were 10,298 claimants who are registered in the   09:25AM

12   program.  The breakdown of 8,533 represented by counsel, 1,765  09:25AM

13   pro se claimants.                                              09:26AM

14             The properties that those claimants are registered   09:26AM

15   are greater than the number of claimants registered.  18,501   09:26AM

16   properties have been registered.  And then the claims, because 09:26AM

17   there's yet again more claims that can be registered per       09:26AM

18   complainant and property, 26,376 claims that have been         09:26AM

19   registered so far.                                            09:26AM

20             The claims that have been filed as of yesterday      09:26AM

21   are 11,017 claims, and these are claims that have actually been 09:26AM

22   submitted either in hard copy claim form or electronically by  09:26AM

23   the portal.  And these are ones that have been submitted.      09:26AM

24             We encourage people -- obviously, with tomorrow's    09:26AM

25   deadline, it is very important that claims go ahead and be     09:26AM

1   submitted.  We understand that there is so much paperwork and            09:26AM

2   documentation that needs to be submitted to make a complete              09:26AM

3   claim, but we want everybody to get the claims in.  And there            09:26AM

4   are procedures in place where we will work with claimants whose          09:27AM

5   claims are incomplete to give them notice of exactly what is             09:27AM

6   missing and also give them an opportunity to cure.  So, if               09:27AM

7   anyone at this point is holding out for that last document don't         09:27AM

8   wait, they need to go ahead and get it to us.                            09:27AM

9            There are another 1,461 claims that are currently               09:27AM

10  being worked.  We can tell in the database when a claim has been         09:27AM

11  started and when it is being worked.  So a total of 12,478               09:27AM

12  claims have either already been submitted or are in progress.            09:27AM

13           Since the last status conference, Your Honor can                09:27AM

14  see a great deal of activity.  There have been over 9,000 new            09:27AM

15  claims submitted since September the 17th.  Another 127 started.         09:27AM

16  You'll see some negative numbers in the column of In Progress            09:27AM

17  Claims.  And that is because we've sort of hit the ultimate             09:27AM

18  limit of claims that have been started and then those have moved         09:27AM

19  over into the submitted column.  So there are activity on                09:27AM

20  another 9,346 claims since the last status conference.                   09:27AM

21           And that is, Your Honor, very typical.  As a                    09:28AM

22  deadline approaches, you do see an uptick in the activity.               09:28AM

23           THE COURT:  What is miscellaneous?                              09:28AM

24           MS. GREER:  Miscellaneous, there is a provision in the          09:28AM

25  settlement agreement that is just a catch-all.  A lot of what            09:28AM

1   we're seeing in that category are with personal property damage          09:28AM
2   claims.  It's a very vague category.  What we're going to look           09:28AM
3   at as soon as the deadline passes is a way to bucket these               09:28AM
4   claims by subject matter and work with the parties to try to             09:28AM
5   assess how best to review those.  Some of those will be excluded         09:28AM
6   claims under the settlement agreement.  But the majority of              09:28AM
7   those, from what we're seeing so far, are personal property             09:28AM
8   damage claims.                                                           09:28AM
9              This slide, Your Honor, shows in terms of                     09:28AM
10  percentages where we are with submissions in progress and                09:28AM
11  remaining claims.  So we start with the numbers that I began             09:28AM
12  with, 10,298 registered claimants.  Of those claimants, we have          09:28AM
13  submissions from 42 percent.  Another 6 percent of claims are in         09:28AM
14  progress.  And the other 45 percent of the claimants are                 09:29AM
15  remaining; they have not either begun claims or submitted them.          09:29AM
16  Registered affected properties, 18,501.  38 percent of the               09:29AM
17  property or 7,178 properties have been submitted.  6 percent             09:29AM
18  again in progress, with about 55 percent of the properties               09:29AM
19  remaining to be submitted.                                               09:29AM
20             The registered claims, 26,376, 42 percent of those            09:29AM
21  claims have been submitted, another 6 percent in progress, and           09:29AM
22  47 percent remaining.                                                    09:29AM
23             So, Your Honor, you'll see, there are still high              09:29AM
24  percentage of claims that have not even been started.  So,               09:29AM
25  again, it is not uncommon even, in the last 48 hours before a            09:29AM

1   deadline, to see the numbers shift significantly.  So we would          09:29AM

2   anticipate that these number percent will increase greatly.             09:29AM

3           I also want to mention, the deadline is midnight               09:29AM

4   Central Time tomorrow night.  So it's not close of business; it         09:30AM

5   is midnight Central Time tomorrow.                                      09:30AM

6           Just as a general summary, most of our focus has               09:30AM

7   been on intake and getting the claim into the system, talk to           09:30AM

8   claimants who have questions.  But we have begun the review             09:30AM

9   process.  We have already looked at 68 percent of the                   09:30AM

10  remediation claims that have been submitted to figure out if            09:30AM

11  there's documentation that is enough to make them eligible for          09:30AM

12  remediation.  We have begun the reviews on the global Banner            09:30AM

13  INEX repair relocation expense claims and we have begun the             09:30AM

14  process where we are issuing notices to claimants.  We have             09:30AM

15  developed, as we have in other cases, Your Honor, electronic            09:30AM

16  notices that are realtime notices that go to the claimants who          09:30AM

17  are represented by counsel and those who are pro se as well that        09:30AM

18  tells them if they are incomplete, tells them if they are               09:30AM

19  denied.  And they can respond to that also electronically on the        09:30AM

20  portal.                                                                 09:30AM

21          We've issued 99 denial notices.  And those have                09:30AM

22  gone exclusively to claimants who we can tell from the database         09:31AM

23  have already participated in the pilot program or have also self        09:31AM

24  -remediated.  And that's data that we have and those are --             09:31AM

25  everyone was very good about submitting all of their claims and         09:31AM

| | | |
|---|---|---|
| 1 | yet there are some that have already been taken care of.  And so | 09:31AM |
| 2 | we've issued denial notices on some of those that we've reviewed | 09:31AM |
| 3 | so far. | 09:31AM |
| 4 | We've gone ahead and issued 106 incomplete notices | 09:31AM |
| 5 | because any were submitted either with no documentation or | 09:31AM |
| 6 | indica of Chinese drywall, no proof of class membership, no | 09:31AM |
| 7 | evidence of ownership, or a combination of these reasons. | 09:31AM |
| 8 | And the notices that we issue, Your Honor, tell | 09:31AM |
| 9 | the complainant what is missing and what they need to do fix it. | 09:31AM |
| 10 | So we try to be very specific.  We are open obviously for | 09:31AM |
| 11 | suggestions if there are ways that the notice can be made even | 09:31AM |
| 12 | more specific.  But our goal is to tell people what to do; not | 09:31AM |
| 13 | just tell them what is wrong and without a solution. | 09:31AM |
| 14 | Claimants have begun responding to notices, so | 09:31AM |
| 15 | that the system seems to be working. | 09:31AM |
| 16 | Again, we are available if someone has a question | 09:32AM |
| 17 | about what they need to do in response to a notice. | 09:32AM |
| 18 | Since the last status conference, we have worked | 09:32AM |
| 19 | with the parties to establish two additional claims | 09:32AM |
| 20 | administration procedures. | 09:32AM |
| 21 | CAP 2013-4 set a time -- we were seeing and Knauf | 09:32AM |
| 22 | was seeing instances whose homeowners whose claims had been | 09:32AM |
| 23 | remediated were waiting a very long to voice concerns about | 09:32AM |
| 24 | specific pieces of their remediation.  So this CAP 2013-4 sets a | 09:32AM |
| 25 | time where a claimant who has a remediated claim can come | 09:32AM |

1  forward and voice concerns about the work that was done.                    09:32AM

2            CAP 2013-5 sets forth the appeal procedure, which                 09:32AM

3  basically gives claimants 30 days after they receive a denial               09:32AM

4  notice or an eligibility notice, if there's something wrong with            09:32AM

5  that notice from their standpoint, to appeal that decision.  And            09:32AM

6  then we will look at it, see if there's anything that we missed             09:32AM

7  or that has been clarified.  Claimants are given an opportunity             09:33AM

8  to submit whatever documentation they want.                                 09:33AM

9            And, if we're not able to resolve it, then it will               09:33AM

10  go to the Special Master for resolution.                                   09:33AM

11            Your Honor, this slide, which we will make                       09:33AM

12  available and this presentation we will make available on our              09:33AM

13  website, and I know that this will also be available on the                09:33AM

14  Court's website -- this slide details the various ways that                09:33AM

15  claimants and their attorneys can call us with questions.                  09:33AM

16            We do provide updates.  The website is                           09:33AM

17  www3.browngreer.com/drywall.                                               09:33AM

18            We have an in-box that is                                        09:33AM

19  cdwquestions@browngreer.com.  We have answered over 3,500                  09:33AM

20  questions so far that have come to this question in-box email.             09:33AM

21            We do offer online claims tutorials if there is                  09:33AM

22  anyone at this point who has questions about how to actually               09:33AM

23  file a claim.  These tutorials will walk anyone through that to            09:33AM

24  be able to clarify how to submit a.                                        09:33AM

25            Claim posting of CAPS is also on the website.  We                09:33AM

1    have all of the CAPS listed.                                          09:34AM

2                 The telephone number a toll-free number if anyone        09:34AM

3    is having problems today or tomorrow in terms of submission of        09:34AM

4    claims should call 866-866-1729.                                      09:34AM

5                 And the other things that we do for outreach, Your       09:34AM

6    Honor, is send email blasts whenever there's an important             09:34AM

7    development.  We send out notices.  And then we also work with        09:34AM

8    Mr. Johnston, the pro se curator, to help with outreach for the       09:34AM

9    pro se claimants.                                                     09:34AM

10                And this last slide, Your Honor, just summarizes         09:34AM

11   the contact information.                                              09:34AM

12                And I did just want to repeat, if anyone is having       09:34AM

13   a problem over the next two days, if there's something about a        09:34AM

14   claim that is making it hard to submit, a question that they          09:34AM

15   can't answer so the system isn't allowing them to move forward,       09:34AM

16   for example, they should just call us and we will be working          09:34AM

17   with them.  We have people standing by to be able to address          09:34AM

18   those questions on the eve of this deadline.                          09:34AM

19            THE COURT:  Do you have any feel for where the claims        09:34AM

20   are coming from, which state or states?                               09:34AM

21            MS. GREER:  We really haven't done that analysis.  We        09:35AM

22   can certainly do that and provide that to the Court.                  09:35AM

23            THE COURT:  Okay.  We've got to make sure that               09:35AM

24   somebody's beating the bushes and shaking the tree from the           09:35AM

25   plaintiffs' committee.  So let's get together some group that is      09:35AM

| | |
|---|---|
| 1 | able to make the necessary calls and see if we can get as many | 09:35AM |
| 2 | people into this program as possible. | 09:35AM |
| 3 | Thank you very much.  Appreciate your work. | 09:35AM |
| 4 | MR. HERMAN:  Your Honor, may it please the Court, in | 09:35AM |
| 5 | connection and supplementary to this report, Mr. Davis reminds | 09:35AM |
| 6 | me that late registrations will be accepted until midnight | 09:35AM |
| 7 | tomorrow night, CSD.  So if there are registrants that haven't | 09:35AM |
| 8 | registered past the registration date, they still will be | 09:35AM |
| 9 | allowed by all parties to register before the deadline.  And | 09:35AM |
| 10 | that the October 25th deadline is for all deadlines. | 09:36AM |
| 11 | Also, Your Honor, I wanted to make sure the record | 09:36AM |
| 12 | was clear on the lease.  It's actually $17.52 a square foot. | 09:36AM |
| 13 | And the base rent is $3,710. | 09:36AM |
| 14 | In addition, we did request in a meeting with | 09:36AM |
| 15 | BrownGreer within the last two weeks that at a point when the | 09:36AM |
| 16 | registration is over, to give all of us, particularly the Court, | 09:36AM |
| 17 | some idea, if they're able to, as to how many of these claims by | 09:36AM |
| 18 | percentage are probably repetitive or duplicate filings, how | 09:36AM |
| 19 | many are mixed as between Taishan and Knauf, and how many claims | 09:36AM |
| 20 | really have no relationship to this program. | 09:37AM |
| 21 | Right now, the projection is approximately 12,000 | 09:37AM |
| 22 | properties including the pilot program.  That's a substantial | 09:37AM |
| 23 | number, in excess of what we originally thought would be the | 09:37AM |
| 24 | product of the settlement. | 09:37AM |
| 25 | MR. LEVIN:  Mr. Davis not only speaks to Mr. Herman but | 09:37AM |

```
 1    he also speaks to me.                                        09:37AM

 2              With regard to the late registrants, Your Honor, I 09:37AM

 3    don't know if you should do it by the bench or we should give 09:37AM

 4    you an order just to formally extend it to October 25th.     09:37AM

 5         THE COURT:  Let's do an order so that we have it in the 09:37AM

 6    record.                                                      09:37AM

 7         MR. LEVIN:  Thank you, sir.                             09:37AM

 8         THE COURT:  Anything on the shared costs of Taishan?    09:37AM

 9         MR. MILLER:  Your Honor, before we move in that         09:37AM

10    direction, I'd just like to offer a brief comment.  Kerry Miller 09:37AM

11    on behalf of Knauf.                                          09:38AM

12              Mr. Herman's commented about October 25th being    09:38AM

13    the deadlines of all deadlines.  I think that's an appropriate 09:38AM

14    way to put it.                                               09:38AM

15              With respect to the Knauf settlement, as Your      09:38AM

16    Honor is aware, we had a pilot program and then a class      09:38AM

17    settlement.  And then, earlier this year in the summertime, we 09:38AM

18    agreed to the new claims settlement, and those were claims that 09:38AM

19    popped up between December 2011 and August I think of this year. 09:38AM

20    A big chunk of them came from Bob Johnston.  They were claims 09:38AM

21    from pro ses that he had been collecting for the last 18 months. 09:38AM

22    And so it's about 300, 325 of those.                         09:38AM

23              And those have been inspected, reviewed and        09:38AM

24    they're getting into the remediation pipeline now.  Moss is out 09:38AM

25    doing some field visits, cost estimate, things of that nature. 09:38AM
```

1   So it's being folded in the overall remediation program.      09:38AM

2              But, October 25th -- I just want to be clear        09:38AM

3   because sometimes we get calls from plaintiff's counsel as to  09:38AM

4   whether or not Knauf is going to take any new claims because   09:38AM

5   that might be a factor into whether or not that particular     09:39AM

6   counsel takes on a new case.  And I just want to be fair and   09:39AM

7   open with everyone, Your Honor, and the answer is no.  As of   09:39AM

8   October 25th, Knauf is not going to entertain new claims.  And 09:39AM

9   so that's the answer.  That's the answer from me, that's been  09:39AM

10  communicated over to Herman and Herman & Katz and Arnold's firm. 09:39AM

11  SO that's the answer that they're going to get from lead and   09:39AM

12  liaison counsel.  So I just wanted to be clear so that it's    09:39AM

13  known on the record, Knauf is not going to entertain voluntarily 09:39AM

14  any claims that pop up after October 25th.                     09:39AM

15              THE COURT:  Okay.                                  09:39AM

16              MR. BECNEL:  Judge, we have a couple of clients, and 09:39AM

17  our office talked to Lenny yesterday about them.  And I'm      09:39AM

18  concerned only because they have Knauf non-reactive drywall.   09:40AM

19  They self-remediated prior to this program starting.  But, now, 09:40AM

20  because they have to disclose, trying to sell their house, that 09:40AM

21  they had Knauf, nobody will buy it.  So what we need to try to 09:40AM

22  come up with is some sort of certification from Knauf or even  09:40AM

23  from Moss that this is non-toxic drywall, that had has nothing 09:40AM

24  to do with the Chinese Drywall.  But, the minute you say Chinese 09:40AM

25  Drywall, you become tainted.                                   09:40AM

```
 1                    So I don't know what to do about that.  But, if we      09:40AM

 2    dismiss it, I don't want people like that to be in a catch-22           09:40AM

 3    because they didn't know it was non-destructive reactive.  And          09:41AM

 4    we need to do something to clear them and other people that             09:41AM

 5    might be in the same boat that they are.  Some certification.           09:41AM

 6         THE COURT:  That ought to be able to be done.  Because             09:41AM

 7    we did that once in another similar issue, that that's what the         09:41AM

 8    person got.                                                             09:41AM

 9                    With the contaminated drywall, part of the program      09:41AM

10    is to give a certification.  With non-contaminated drywall,             09:41AM

11    there's some sort of stigma, issue.  Particularly we find that          09:41AM

12    in the cases where it's a condominium and one of condominiums           09:41AM

13    doesn't have any problems, no problem drywall, and all the other        09:41AM

14    condominiums have been repaired and replaced, and it's sometimes        09:41AM

15    an issue.                                                               09:42AM

16                    That ought to be done.  Kerry, I know you can work      09:42AM

17    with Danny on that and figure out some program.                        09:42AM

18         MR. BECNEL:  And it shouldn't be very many of them.  I             09:42AM

19    know of two.                                                            09:42AM

20         THE COURT:  The same inspecting group should be able to            09:42AM

21    go through it and say it's certified, it's okay.  We ought to be        09:42AM

22    able to do that.                                                        09:42AM

23                    Get with Moss, Danny, after this conference and         09:42AM

24    get their input on it.                                                  09:42AM

25         MR. BECNEL:  Yes.                                                  09:42AM
```

1    MR. MILLER:  The issue is, if there are known claims as    09:42AM

2  of tomorrow -- and sounds like Danny knows the addresses of the    09:42AM

3  plaintiff's he's taking about -- get those to us.  I think    09:42AM

4  what's talking about is either a lower case KTP issue or    09:42AM

5  something that's analogous to it.    09:42AM

6    THE COURT:  I think he's talking about KTP that is not    09:42AM

7  contaminated.    09:42AM

8    MR. MILLER:  We had an issue like that in Alabama; they    09:42AM

9  are actually in the settlement, they are part of the INEX    09:42AM

10  settlement because INEX did no have that reactive component.  So    09:43AM

11  there's a place for them somewhere.    09:43AM

12    MR. BECNEL:  They are looking for certificates so they    09:43AM

13  can give to their real estate people to sell their homes.    09:43AM

14    MR. MILLER:  We had some folks in Alabama.    09:43AM

15    MR. BECNEL:  They filed suit in the one of the Omni    09:43AM

16  complaints.  They self-remediated, and then they discovered it    09:43AM

17  was nonreactive.  And so they even took their air conditioning    09:43AM

18  coils and sent them off to take a look, see what's going on.    09:43AM

19    MR. MILLER:  Like I say, I think there's place for    09:43AM

20  them.  We dealt with this in Alabama.    09:43AM

21    So I think Kyle can give you the template and give    09:43AM

22  you the certification that the home is free of all Chinese    09:43AM

23  Drywall, reactive Chinese Drywall.    09:43AM

24    MR. BECNEL:  That's correct.    09:43AM

25    THE COURT:  All right.  Let's go to the next one.    09:43AM

| | | |
|---|---|---|
| 1 | MR. HERMAN:  Your Honor, page 14, VIII. | 09:43AM |
| 2 | Nothing new. | 09:43AM |
| 3 | THE COURT:  About Taishan defendants? | 09:43AM |
| 4 | MR. HERMAN:  With Taishan, there was an oral argument | 09:44AM |
| 5 | before the Fifth Circuit.  What the Fifth Circuit will do, I | 09:44AM |
| 6 | don't think would be fair to predict. | 09:44AM |
| 7 | But I can say, for Arnold and myself and for Tom, | 09:44AM |
| 8 | Owen, that it was a panel well versed in the briefs, the | 09:44AM |
| 9 | arguments.  And we would expect an opinion hopefully by January. | 09:44AM |
| 10 | And we'll just have to wait on that. | 09:44AM |
| 11 | As regards other appeals which are pending, we're | 09:44AM |
| 12 | working on those briefs, as I'm sure the defendants are.  We | 09:44AM |
| 13 | don't have a date.  There's a pending motion for consolidation | 09:44AM |
| 14 | that has not been acted upon. | 09:44AM |
| 15 | And, of course, if anything should occur in any of | 09:45AM |
| 16 | those cases, we'll immediately report to Your Honor and then to | 09:45AM |
| 17 | the body of attorneys. | 09:45AM |
| 18 | With respect to -- | 09:45AM |
| 19 | THE COURT:  Venture supply. | 09:45AM |
| 20 | MR. HERMAN:  There's nothing new.  There's a full | 09:45AM |
| 21 | report regarding Venture Supply and for Porter Blaine, who are | 09:45AM |
| 22 | principally in Virginia, imported Taishan Chinese Drywall. | 09:45AM |
| 23 | THE COURT:  And the Hobbie issue is gone, page 11. | 09:45AM |
| 24 | MR. HERMAN:  Yes, Your Honor.  You've issued an order | 09:45AM |
| 25 | and the QSF has been filed. | 09:45AM |

| | | |
|---|---|---|
| 1 | MR. MILLER:  Excuse me, Russ. | 09:45AM |
| 2 | On that point, Your Honor, Hobbie, we spoke did in | 09:45AM |
| 3 | chambers prior to the meeting. | 09:45AM |
| 4 | One of the issues that we have there in terms of | 09:45AM |
| 5 | being able to do the remediation now that we have the settlement | 09:45AM |
| 6 | funds being available by virtue of Your Honor's order and the | 09:46AM |
| 7 | establishment of the QSFs.  There are a handful of absentee | 09:46AM |
| 8 | owners and we're going to need to have a receiver appointed to | 09:46AM |
| 9 | provide access through the association to those units.  Because | 09:46AM |
| 10 | there's no underlying state court case, we'd like to file the | 09:46AM |
| 11 | receivership papers before Your Honor, and will do so promptly | 09:46AM |
| 12 | so it doesn't hold up the remediation. | 09:46AM |
| 13 | THE COURT:  Let's do that, and I'll issue that order | 09:46AM |
| 14 | for appointing a receiver for that purpose. | 09:46AM |
| 15 | MR. MILLER:  Thank you, Judge. | 09:46AM |
| 16 | MR. HERMAN:  Your Honor, at this juncture, I'd like to | 09:46AM |
| 17 | thank counsel for INEX, L&W for insurers and Banner, also | 09:46AM |
| 18 | liaison for the homeowners who have cooperated fully in | 09:46AM |
| 19 | resolving any matters arising out of the settlement and have | 09:46AM |
| 20 | participated in the settlement. | 09:46AM |
| 21 | THE COURT:  Okay.  Plaintiff profile forms, anything on | 09:46AM |
| 22 | that? | 09:46AM |
| 23 | MR. HERMAN:  There's nothing new on that. | 09:46AM |
| 24 | THE COURT:  Frequently asked questions, I know we need | 09:47AM |
| 25 | to do a review of that because the whole texture of the | 09:47AM |

```
 1   litigation has changed.                                    09:47AM

 2          MR. HERMAN:  We'll talk to Bob Johnston, we'll talk to  09:47AM

 3   the various liaison counsel, BrownGreer.                   09:47AM

 4          THE COURT:  Get me some suggestions and I'll add to it,  09:47AM

 5   because we're in a different mode now than we were originally.  09:47AM

 6          We have some matters set for hearing which I'll     09:47AM

 7   have to deal with later.  There's a motion in a couple of areas.  09:47AM

 8          MR. SIVYER:  Yes, Your Honor.  You wanted us to go into  09:47AM

 9   your chambers to address the Farly matter.                 09:47AM

10          THE COURT:  Right.                                  09:47AM

11          MR. SIVYER:  Neal Sivyer, by the way.               09:47AM

12          Mr. Magdish is here somewhere presumably, and I'll  09:47AM

13   direct him over to your chambers.                          09:47AM

14          MR. MILLER:  Kerry Miller for Knauf.                09:47AM

15          One of the other matters that we had, motions that  09:47AM

16   we had set for today, was the approval of the Fourth Amendment  09:48AM

17   to the Knauf/PSC settlement agreement.                     09:48AM

18          THE COURT:  I didn't get in objection to that.      09:48AM

19          Is there any?                                       09:48AM

20          (No response.)                                      09:48AM

21          THE COURT:  I'll grant that motion.                 09:48AM

22          MR. MILLER:  Thank you, Judge.                      09:48AM

23          THE COURT:  Anything on the pro se?                 09:48AM

24          MR. MILLER:  Bob Johnston is here to make a report.  09:48AM

25          MR. JOHNSTON:  Good morning, Your Honor.  Bob Johnston,  09:48AM
```

1   curator for pro se plaintiffs.                                    09:48AM

2                I have provided the Court with.                     09:48AM

3           THE COURT:  I have received it.                          09:48AM

4           MR. JOHNSTON:  -- status Report No. 20.                  09:48AM

5                That's a lot, but we've covered an awful lot of     09:48AM

6   distance in terms of that.                                      09:48AM

7           THE COURT:  You have.                                    09:48AM

8           MR. JONSTON:  With regard to the extension by the Court  09:48AM

9   to October 25th for the claim filing that you've heard so much   09:48AM

10  about and certainly know very well, I had talked to Russ Herman  09:48AM

11  and my office sent out -- and also BrownGreer -- and we received 09:48AM

12  from BrownGreer on or just before October 9 a list of 720 pro se 09:49AM

13  plaintiffs who had not gotten into or completed the claim filing 09:49AM

14  form.                                                           09:49AM

15               And so what I did was to send out 720              09:49AM

16  communications to them that, a copy of which is attached to the  09:49AM

17  status report, the first sentence telling them about the        09:49AM

18  extension and the second essentially says if you do not submit  09:49AM

19  your claim form to BrownGreer by October 25th, quote:  You will  09:49AM

20  not be able to pursue Chinese Drywall claims.  And I felt it was 09:49AM

21  very important to make it as strong as possibly I could.        09:49AM

22               As a result of that and as the result of a         09:49AM

23  communication that BrownGreer sent out with my name saying call  09:49AM

24  Bob Johnston if you have questions, in the last 30 days, we've   09:50AM

25  had in excess of 400 calls.  And we've handled them.  I've      09:50AM

```
 1   handled quite a significant number of them.  And I think it's        09:50AM

 2   been very beneficial.                                                09:50AM

 3            THE COURT:  I think it has been very successful.            09:50AM

 4            JUDGE JONES:  I just wrote the Court's comments down        09:50AM

 5   about the strong emotional attachment that homeowners have with      09:50AM

 6   regard to the Chinese Drywall being in their property.  And          09:50AM

 7   that's a factor in our communications back, to get them able to      09:50AM

 8   go from A to Z.  And we've done our best to beat the bushes and      09:50AM

 9   shake the trees, as you say.                                         09:50AM

10            I've just had a brief conversation with Kerry              09:50AM

11   Miller.  Since the Bean settlement on August 12th, I've had at       09:50AM

12   least half a dozen or thereabouts individuals who had just found     09:51AM

13   out that they have Knauf, and we've done what we've done over        09:51AM

14   the long period of time that I've been the curator plaintiff         09:51AM

15   profile form and inspection reports.  And, it's been pretty          09:51AM

16   clear to me that October 25th is in stone now, and we will just      09:51AM

17   deal accordingly with the pro ses that we've received                09:51AM

18   communications with.  And I think it's been a beneficial             09:51AM

19   situation all the way around.  But it has been a significant         09:51AM

20   uptick in that.                                                      09:51AM

21            THE COURT:  Thanks very much.  Thanks for your help.        09:51AM

22   You have a done yoman's service.                                     09:51AM

23            Anything on the physical evidence?                          09:51AM

24            MR. HERMAN:  Judge Fallon, from time to time, we get        09:51AM

25   requests infrequently regarding the destruction of evidence.        09:51AM
```

1    We've been reluctant to say anything other than there's a                09:52AM

2    Pretrial Order in effect, please read it, because of the                 09:52AM

3    complexity of this case.  And, until we see what the mixed board         09:52AM

4    is and what the Fifth Circuit may rule, we've uniformly said we          09:52AM

5    think you ought to maintain -- except in a couple of instances           09:52AM

6    where everyone agrees -- the physical evidence of whatever the           09:52AM

7    defective drywall is.  Other than that, there's nothing to say.          09:52AM

8              As regards the entry of preliminary defaults at                09:52AM

9    page 22, Article 17, lead counsel Arnold Levin will address the          09:52AM

10   Court.                                                                    09:52AM

11        MR. LEVIN:  As you know, you've entered preliminary                 09:52AM

12   defaults in several of the Chinese drywall cases and at least            09:52AM

13   one of the parent corporations of the Taishan defendants.                09:53AM

14             We are continuing to invest in service.  Because              09:53AM

15   of the nature of personal jurisdiction and at least some                 09:53AM

16   believing that it's individually linked to each jurisdiction, we         09:53AM

17   now have lawsuits in every jurisdiction where Taishan came in.           09:53AM

18   We've intervened every plaintiff in every case in every one of          09:53AM

19   those jurisdictions, and we continue to make service.  Despite           09:53AM

20   the fact that the Chinese defendants are attempting to avoid             09:53AM

21   service, like longshoreman who are subpoena by running down the          09:53AM

22   stairs, and they think they're doing a very effective job.  They         09:53AM

23   will not accept service.  If ink has had a period in it, instead         09:53AM

24   of no period, they change addresses on us.  And these are major          09:53AM

25   corporations.  And counsel says they're very concerned about             09:54AM

1    these litigants when they speak to the Fifth Circuit.  They          09:54AM

2    don't seem to be as concerned over in China.                        09:54AM

3              I just want to state on the record that this is          09:54AM

4    going on, it's an ongoing process and there will be several          09:54AM

5    motions filed before Your Honor.                                     09:54AM

6         THE COURT:  That's a continuing process.  And just, not        09:54AM

7    only is it a difficult, but it's very, very expensive.  I mean,     09:54AM

8    you're looking at six figures every time you serve something.       09:54AM

9    Something has to be done with that, legislatively, I'm sure.         09:54AM

10        MR. HERMAN:  Your Honor, a matter did come up as sort          09:54AM

11   of a collateral issue, cost issue, before the Fifth Circuit, and    09:54AM

12   it's briefed somewhere, that the PSC spent approximately $1         09:54AM

13   million on a default.  Probably the most expensive default in       09:54AM

14   all the jurisprudence.  And this $100,000 that it takes every       09:55AM

15   time to serve through the Hague and then ignoring the Hague is      09:55AM

16   so contradictory that I don't know if we're ever going to get it    09:55AM

17   remedied.  But it's very frustrating.                               09:55AM

18             The next --                                               09:55AM

19        THE COURT:  Remediated homes, anything?                       09:55AM

20        MR. MILLER:  Just briefly, Your Honor.  Kerry Miller on       09:55AM

21   that point.                                                         09:55AM

22             As we reported at the last conference, we had a          09:55AM

23   process this fall with Lenny Davis where he got involved because   09:55AM

24   we a certain portion of already remediated homes that weren't      09:55AM

25   complete files.  They lacked some of the documentation.            09:55AM

1    So we met with counsel and I think had productive                    09:55AM

2    sessions, identifying what was lacking, showing a model file,        09:55AM

3    showing how we keep the binders organized in terms of various        09:55AM

4    sections, the board composition, the contractor quote, the           09:55AM

5    pictures, the cancelled checks, so on and so forth.  So that         09:56AM

6    process seems to be working a little bit better.                     09:56AM

7    In connection with my earlier statements about                       09:56AM

8    Moss being available for monthly meetings on remediation, Moss       09:56AM

9    also gives us, Knauf, some guidance on construction cost issues      09:56AM

10   and whether or not, for an already remediated home, if the          09:56AM

11   drywall remediation protocol was followed.  So these monthly        09:56AM

12   meetings with Moss is also an opportunity for Moss to speak with    09:56AM

13   us about the stages of the deficiencies in the construction        09:56AM

14   documents or disputes regarding whether or not a protocol was      09:56AM

15   followed.  It would also be an opportunity maybe not to resolve    09:56AM

16   the claim but to advance the process in making that resolution.    09:56AM

17   THE COURT:  All right.  Fine.                                        09:56AM

18   Anything on the Lafarge entities?                                    09:56AM

19   MR. HERMAN:  Not at this time, Your Honor.                          09:57AM

20   We'd like to again, with regard to counsel for                      09:57AM

21   Banner, INEX, L&W and insurers, just indicate that they've been    09:57AM

22   cooperative.  And, in the event some issue comes up once these     09:57AM

23   settlements proceed, I have every feeling that, with Knauf, we     09:57AM

24   can, just in a telephone conference, resolve whatever the issues  09:57AM

25   are.                                                                09:57AM

```
 1              I appreciate the fact that in something this      09:57AM

 2   complex that all counsel, all liaison counsel and all counsel  09:57AM

 3   representing these various parties, have acted so professionally  09:57AM

 4   and in such way as they represented, as they should, very      09:57AM

 5   tenaciously their client's interests but at the same time were  09:57AM

 6   instrumental in getting us where we are today, Your Honor.     09:57AM

 7              THE COURT:  Well, you've heard me say that before, but  09:58AM

 8   these cases are challenging, MDLs are particularly challenging,  09:58AM

 9   but the reason they work is because of the quality and       09:58AM

10   professionalism of the lawyers involved in these types of cases.  09:58AM

11   Otherwise, they wouldn't work at all.  You've got a case like  09:58AM

12   this where we have over 20,000 claimants, but we have over 1,000  09:58AM

13   defendants in this case, insurance agents from all over the    09:58AM

14   world.  And it really takes a skill to handle them, and the    09:58AM

15   lawyers have provided that in this case.                       09:58AM

16              The next meeting is the November meeting, which is  09:58AM

17   November the 21st.                                             09:58AM

18              The December date available would be December       09:58AM

19   19th.  But, if we can't do that, some time in January would be  09:58AM

20   the next one for me.  December 19th, is there any problem?     09:58AM

21              MR. LEVIN:  It's not available for me, but perhaps  09:58AM

22   Russ.                                                          09:59AM

23              MR. HERMAN:  It's not available for me, but I'm certain  09:59AM

24   that Mr. Davis will make himself available.  If they don't send  09:59AM

25   him to Russia, he should be available.                         09:59AM
```

1          THE COURT:  Anything for December 19th from the    09:59AM

2   defendants?                                               09:59AM

3               November 21st, I'll see you all then.  And then   09:59AM

4   December 19th.                                            09:59AM

5               Court's in recess.                            09:59AM

6               (10:00 a.m., proceedings concluded.)          09:59AM

7

8

9                         CERTIFICATE

10

11

12          I, Susan A. Zielie, Official Court Reporter, do hereby
    certify that the foregoing transcript is correct.

13

14

15                         /S/ SUSAN A. ZIELIE, FCRR

16                         _____
                                Susan A. Zielie, FCRR

17

18

19

20

21

22

23

24

25

**$**

**$100,000** [1] - 30:14
**$14** [1] - 4:1
**$17** [1] - 4:1
**$17.52** [1] - 19:12
**$20** [1] - 4:3
**$3,710** [1] - 19:13
**$4,300** [1] - 6:7

**/**

**/S** [1] - 33:14

**0**

**08-CR-140** [1] - 1:6

**1**

**1** [2] - 3:19, 30:12
**1,000** [1] - 32:12
**1,461** [1] - 13:9
**1,765** [1] - 12:12
**10,298** [2] - 12:11, 14:12
**106** [2] - 2:18, 16:4
**10:00** [1] - 33:6
**11** [1] - 24:23
**11,017** [1] - 12:21
**1100** [1] - 2:14
**12,000** [1] - 19:21
**12,478** [1] - 13:11
**120** [1] - 10:19
**127** [1] - 13:15
**12th** [1] - 28:11
**14** [1] - 24:1
**17** [1] - 29:9
**17th** [1] - 13:15
**18** [2] - 4:6, 20:21
**18,501** [2] - 12:15, 14:16
**19th** [4] - 32:19, 32:20, 33:1, 33:4
**1st** [1] - 4:5

**2**

**20** [1] - 27:4
**20,000** [1] - 32:12
**2006** [1] - 5:21
**2011** [1] - 20:19
**2013** [3] - 1:6, 3:1, 11:14
**2013-4** [2] - 16:21, 16:24
**2013-5** [1] - 17:2
**2047** [1] - 3:6
**21st** [2] - 32:17, 33:3
**22** [1] - 29:9

**23231** [1] - 2:3
**24** [2] - 1:6, 3:1
**2450** [1] - 2:23
**250** [1] - 2:3
**25th** [10] - 11:14, 19:10, 20:4, 20:12, 21:2, 21:8, 21:14, 27:9, 27:19, 28:16
**26,376** [2] - 12:18, 14:20

**3**

**3,500** [1] - 17:19
**30** [2] - 17:3, 27:24
**300** [1] - 20:22
**325** [1] - 20:22
**3650** [1] - 2:6
**3700** [1] - 2:14
**38** [1] - 14:16

**4**

**40** [1] - 6:2
**400** [2] - 2:22, 27:25
**406** [1] - 1:21
**42** [3] - 4:4, 14:13, 14:20
**45** [1] - 14:14
**47** [1] - 14:22
**48** [1] - 14:25

**5**

**5** [1] - 7:11
**50/50** [1] - 4:21
**500** [1] - 1:21
**504.524.3300** [1] - 2:8
**504.561.7799** [1] - 2:24
**504.581.4892** [1] - 2:11
**504.589.7781** [1] - 1:23
**504.599.8000** [1] - 2:15
**55** [1] - 14:18

**6**

**6** [3] - 14:13, 14:17, 14:21
**60** [1] - 11:8
**68** [1] - 15:9

**7**

**7** [1] - 11:10
**7,178** [1] - 14:17
**70** [1] - 11:8

**70084** [1] - 2:19
**701** [1] - 2:6
**70113** [1] - 2:11
**70130** [2] - 1:22, 2:23
**70139-3650** [1] - 2:7
**70163-3700** [1] - 2:14
**720** [2] - 27:12, 27:15

**8**

**8,533** [1] - 12:12
**8,627** [1] - 3:25
**804.521.7299** [1] - 2:4
**820** [1] - 2:10
**866-866-1729** [1] - 18:4

**9**

**9** [1] - 27:12
**9,000** [1] - 13:14
**9,346** [1] - 13:20
**985.536.1186** [1] - 2:19
**99** [1] - 15:21
**9:00** [1] - 3:2

**A**

**a.m** [1] - 33:6
**A.M** [1] - 3:2
**able** [12] - 4:5, 17:9, 17:24, 18:17, 19:1, 19:17, 22:6, 22:20, 22:22, 25:5, 27:20, 28:7
**absentee** [1] - 25:7
**accept** [1] - 29:23
**accepted** [1] - 19:6
**access** [1] - 25:9
**accessed** [1] - 5:22
**accommodate** [1] - 6:2
**accommodations** [1] - 3:24
**accordingly** [1] - 28:17
**acted** [2] - 24:14, 32:3
**action** [1] - 8:14
**actions** [1] - 8:4
**activities** [2] - 4:9, 4:22
**activity** [5] - 5:5, 12:9, 13:14, 13:19, 13:22
**Adams** [1] - 8:17
**add** [2] - 8:7, 26:4
**addition** [1] - 19:14
**additional** [2] - 7:3, 16:19
**address** [3] - 18:17,

26:9, 29:9
**addresses** [2] - 23:2, 29:24
**adjusted** [1] - 5:2
**administration** [2] - 4:24, 16:20
**administrator** [2] - 5:16, 12:1
**advance** [1] - 31:16
**affected** [1] - 14:16
**afternoon** [3] - 8:2, 9:24, 9:25
**AG** [1] - 2:5
**agenda** [1] - 3:18
**agents** [1] - 32:13
**agreed** [1] - 20:18
**agreement** [3] - 13:25, 14:6, 26:17
**agrees** [1] - 29:6
**ahead** [3] - 12:25, 13:8, 16:4
**aided** [1] - 1:25
**air** [1] - 23:17
**Alabama** [3] - 23:8, 23:14, 23:20
**allowed** [1] - 19:9
**allowing** [1] - 18:15
**Amendment** [2] - 11:20, 26:16
**analogous** [1] - 23:5
**analysis** [1] - 18:21
**answer** [5] - 18:15, 21:7, 21:9, 21:11
**answered** [1] - 17:19
**anticipate** [1] - 15:2
**appeal** [2] - 17:2, 17:5
**appeals** [1] - 24:11
**appearance** [1] - 3:8
**APPEARANCES** [1] - 2:1
**appeared** [1] - 8:17
**appointed** [2] - 5:25, 25:8
**appointing** [1] - 25:14
**appreciate** [3] - 7:19, 19:3, 32:1
**approaches** [1] - 13:22
**appropriate** [1] - 20:13
**approval** [1] - 26:16
**approve** [1] - 7:18
**Arbitrator** [1] - 2:21
**areas** [1] - 26:7
**argument** [1] - 24:4
**arguments** [1] - 24:9
**arising** [1] - 25:19
**Arnold** [3] - 8:19, 24:7, 29:9

**Arnold's** [1] - 21:10
**arranged** [1] - 9:16
**arrangement** [1] - 5:12
**arrangements** [1] - 4:14
**Article** [1] - 29:9
**assess** [1] - 14:5
**assigned** [2] - 10:20, 11:6
**assist** [1] - 11:6
**association** [1] - 25:9
**AT** [1] - 1:4
**attached** [1] - 27:16
**attachment** [2] - 9:12, 28:5
**attempting** [1] - 29:20
**attention** [1] - 6:15
**attorney** [1] - 4:25
**attorneys** [2] - 17:15, 24:17
**August** [2] - 20:19, 28:11
**available** [13] - 8:24, 10:1, 16:16, 17:12, 17:13, 25:6, 31:8, 32:18, 32:21, 32:23, 32:24, 32:25
**Avenue** [1] - 2:10
**avoid** [1] - 29:20
**aware** [1] - 20:16
**awful** [1] - 27:5

**B**

**bad** [1] - 6:17
**Banner** [5] - 10:6, 11:11, 15:12, 25:17, 31:21
**BARRIOS** [2] - 2:5, 7:13
**Barrios** [2] - 2:5, 7:13
**barrios@bkc** [1] - 2:7
**barrios@bkc-law.com** [1] - 2:7
**base** [1] - 19:13
**based** [2] - 4:9, 5:18
**basis** [2] - 6:12, 8:15
**Bean** [1] - 28:11
**beat** [1] - 28:8
**beating** [1] - 18:24
**becket@becnellaw.com** [1] - 2:20
**BECNEL** [8] - 2:17, 10:17, 21:16, 22:18, 22:25, 23:12, 23:15, 23:24
**Becnel** [1] - 2:17
**become** [1] - 21:25
**BEFORE** [1] - 1:11

**began** [1] - 14:11
**beginning** [2] - 4:4, 10:22
**begun** [5] - 14:15, 15:8, 15:12, 15:13, 16:14
**behalf** [3] - 3:11, 3:13, 20:11
**below** [1] - 4:2
**bench** [1] - 20:3
**beneficial** [2] - 28:2, 28:18
**benefit** [1] - 8:23
**best** [2] - 14:5, 28:8
**better** [1] - 31:6
**between** [3] - 5:24, 19:19, 20:19
**big** [2] - 6:13, 20:20
**bigger** [1] - 7:4
**binders** [1] - 31:3
**bit** [1] - 31:6
**Blaine** [1] - 24:21
**blasts** [1] - 18:6
**blocks** [1] - 4:1
**board** [2] - 29:3, 31:4
**boat** [1] - 22:5
**Bob** [5] - 20:20, 26:2, 26:24, 26:25, 27:24
**body** [1] - 24:17
**box** [2] - 17:18, 17:20
**BP** [1] - 7:7
**breakdown** [1] - 12:12
**bricks** [1] - 9:13
**brief** [2] - 20:10, 28:10
**briefed** [1] - 30:12
**briefly** [1] - 30:20
**briefs** [2] - 24:8, 24:12
**BrownGreer** [11] - 2:2, 11:14, 11:16, 11:23, 11:25, 19:15, 26:3, 27:11, 27:12, 27:19, 27:23
**bucket** [1] - 14:3
**build** [1] - 9:23
**Bull** [1] - 4:13
**bushes** [2] - 18:24, 28:8
**business** [1] - 15:4
**buy** [1] - 21:21

## C

**cancelled** [1] - 31:5
**cannot** [1] - 6:19
**CAP** [4] - 11:19, 16:21, 16:24, 17:2
**CAPS** [2] - 17:25, 18:1
**care** [1] - 16:1
**case** [13] - 3:5, 3:6, 6:25, 11:8, 12:1,

21:6, 23:4, 25:10, 29:3, 29:18, 32:11, 32:13, 32:15
**Case** [1] - 1:6
**CASE** [1] - 3:6
**cases** [13] - 5:6, 5:8, 6:13, 6:14, 6:15, 6:23, 7:14, 15:15, 22:12, 24:16, 29:12, 32:8, 32:10
**Casteix** [1] - 2:5
**catch** [1] - 13:25
**catch-22** [1] - 22:2
**catch-all** [1] - 13:25
**category** [2] - 14:1, 14:2
**cdwquestions@ browngreer.com** [1] - 17:19
**Central** [2] - 15:4, 15:5
**central** [1] - 4:3
**Centre** [1] - 2:13
**certain** [4] - 18:8, 30:24, 32:23
**certainly** [2] - 18:22, 27:10
**CERTIFICATE** [1] - 33:9
**certificates** [1] - 23:12
**certification** [4] - 21:22, 22:5, 22:10, 23:22
**certified** [1] - 22:21
**certify** [1] - 33:12
**challenging** [2] - 32:8
**chambers** [4] - 9:2, 25:3, 26:9, 26:13
**change** [1] - 29:24
**changed** [2] - 10:19, 26:1
**charged** [2] - 4:15, 4:16
**checks** [1] - 31:5
**China** [1] - 30:2
**Chinese** [12] - 3:6, 4:6, 16:6, 21:24, 23:22, 23:23, 24:22, 27:20, 28:6, 29:12, 29:20
**chunk** [1] - 20:20
**Circuit** [6] - 4:23, 24:5, 29:4, 30:1, 30:11
**claim** [14] - 7:18, 7:20, 12:22, 13:3, 13:10, 15:7, 16:25, 17:23, 17:25, 18:14, 27:9, 27:13, 27:19, 31:16
**claimant** [1] - 16:25
**claimants** [18] - 12:11, 12:13, 12:14, 12:15, 13:4, 14:12, 14:14,

15:8, 15:14, 15:16, 15:22, 16:14, 17:3, 17:7, 17:15, 18:9, 32:12
**claims** [47] - 11:5, 11:13, 12:3, 12:6, 12:10, 12:16, 12:17, 12:18, 12:20, 12:21, 12:25, 13:3, 13:5, 13:9, 13:12, 13:15, 13:18, 13:20, 14:2, 14:4, 14:6, 14:8, 14:11, 14:13, 14:15, 14:20, 14:21, 14:24, 15:10, 15:13, 15:25, 16:19, 16:22, 17:21, 18:4, 18:19, 19:17, 19:19, 20:18, 20:20, 21:4, 21:8, 21:14, 23:1, 27:20
**Claims** [1] - 13:17
**clarified** [1] - 17:7
**clarify** [1] - 17:24
**class** [5] - 7:17, 8:4, 8:14, 16:6, 20:16
**clear** [5] - 19:12, 21:2, 21:12, 22:4, 28:16
**client's** [1] - 32:5
**clients** [1] - 21:16
**close** [1] - 15:4
**coils** [1] - 23:18
**collateral** [1] - 30:11
**collecting** [1] - 20:21
**column** [2] - 13:16, 13:19
**combination** [1] - 16:7
**coming** [1] - 18:20
**comment** [1] - 20:10
**commented** [1] - 20:12
**comments** [1] - 28:4
**Committee** [1] - 3:11
**committee** [1] - 18:25
**committees** [2] - 5:25, 6:1
**communicated** [1] - 21:10
**communication** [5] - 9:3, 9:17, 10:12, 27:23
**communications** [3] - 27:16, 28:7, 28:18
**complainant** [2] - 12:18, 16:9
**complaints** [1] - 23:16
**complete** [2] - 13:2, 30:25
**completed** [1] - 27:13
**complex** [1] - 32:2
**complexity** [1] - 29:3

**compliment** [2] - 10:17, 11:4
**component** [1] - 23:10
**composition** [1] - 31:4
**Computer** [1] - 1:25
**Computer-aided** [1] - 1:25
**concern** [1] - 5:19
**concerned** [3] - 21:18, 29:25, 30:2
**concerns** [2] - 16:23, 17:1
**concluded** [1] - 33:6
**conditioning** [1] - 23:17
**condominium** [1] - 22:12
**condominiums** [2] - 22:12, 22:14
**Conference** [1] - 1:7
**conference** [17] - 3:15, 4:17, 4:19, 6:10, 8:18, 8:25, 9:6, 9:24, 9:25, 10:11, 13:13, 13:20, 16:18, 22:23, 30:22, 31:24
**conferences** [1] - 9:22
**conferencing** [1] - 6:4
**confidence** [1] - 6:25
**connection** [2] - 19:5, 31:7
**consolidation** [1] - 24:13
**construction** [2] - 31:9, 31:13
**consumer** [1] - 5:1
**contact** [1] - 18:11
**contaminated** [3] - 22:9, 22:10, 23:7
**continue** [2] - 8:15, 29:19
**continuing** [2] - 29:14, 30:6
**contractor** [1] - 31:4
**contradictory** [1] - 30:16
**conversation** [1] - 28:10
**cooperated** [1] - 25:18
**cooperative** [1] - 31:22
**copy** [2] - 12:22, 27:16
**corporations** [2] - 29:13, 29:25
**correct** [2] - 23:24, 33:12
**cost** [9] - 4:21, 5:9, 6:6, 6:15, 7:3, 7:5, 20:25, 30:11, 31:9
**costs** [5] - 5:16, 5:21,

6:16, 6:19, 20:8
**Counsel** [1] - 3:8
**counsel** [16] - 3:17, 8:23, 12:12, 15:17, 21:3, 21:6, 21:12, 25:17, 26:3, 29:9, 29:25, 31:1, 31:20, 32:2
**country** [1] - 6:15
**couple** [6] - 6:21, 8:24, 9:13, 21:16, 26:7, 29:5
**course** [1] - 24:15
**COURT** [48] - 1:2, 3:3, 3:8, 3:14, 4:13, 5:7, 5:17, 6:13, 7:9, 7:12, 7:24, 8:4, 8:8, 8:11, 9:5, 10:3, 10:15, 10:25, 13:23, 18:19, 18:23, 20:5, 20:8, 21:15, 22:6, 22:20, 23:6, 23:25, 24:3, 24:19, 24:23, 25:13, 25:21, 25:24, 26:4, 26:10, 26:18, 26:21, 26:23, 27:3, 27:7, 28:3, 28:21, 30:6, 30:19, 31:17, 32:7, 33:1
**court** [5] - 5:25, 7:10, 7:14, 8:16, 25:10
**Court** [12] - 1:20, 3:12, 3:22, 10:24, 11:22, 18:22, 19:4, 19:16, 27:2, 27:8, 29:10, 33:11
**Court's** [3] - 17:14, 28:4, 33:5
**court-appointed** [1] - 5:25
**courthouse** [2] - 4:1, 10:1
**courtroom** [3] - 11:12, 11:17, 11:22
**covered** [1] - 27:5
**CPA** [1] - 4:13
**crossover** [1] - 5:24
**CSD** [1] - 19:7
**curator** [3] - 18:8, 27:1, 28:14
**cure** [1] - 13:6

## D

**damage** [2] - 14:1, 14:8
**DANIEL** [1] - 2:17
**Danny** [5] - 11:1, 11:4, 22:17, 22:23, 23:2
**Danny's** [1] - 11:5

**data** [2] - 12:8, 15:24
**database** [2] - 13:10, 15:22
**date** [3] - 19:8, 24:13, 32:18
**DAVIS** [1] - 2:9
**Davis** [4] - 19:5, 19:25, 30:23, 32:24
**Dawn** [2] - 7:12, 7:13
**DAWN** [1] - 2:5
**days** [4] - 12:10, 17:3, 18:13, 27:24
**deadline** [11] - 11:13, 11:18, 12:4, 12:25, 13:22, 14:3, 15:1, 15:3, 18:18, 19:9, 19:10
**deadlines** [4] - 7:19, 19:10, 20:13
**deal** [3] - 13:14, 26:7, 28:17
**dealing** [3] - 9:2, 9:9, 11:9
**dealt** [1] - 23:20
**December** [6] - 20:19, 32:18, 32:20, 33:1, 33:4
**decision** [1] - 17:5
**default** [2] - 30:13
**defaults** [2] - 29:8, 29:12
**defective** [1] - 29:7
**Defendant** [1] - 2:12
**defendants** [6] - 24:3, 24:12, 29:13, 29:20, 32:13, 33:2
**Defense** [1] - 3:11
**deficiencies** [1] - 31:13
**denial** [3] - 15:21, 16:2, 17:3
**denied** [1] - 15:19
**depositories** [1] - 6:23
**depository** [4] - 3:23, 3:24, 5:19, 6:3
**depository's** [1] - 6:4
**despite** [1] - 29:19
**destruction** [1] - 28:25
**destructive** [1] - 22:3
**details** [1] - 17:14
**developed** [2] - 11:16, 15:15
**development** [1] - 18:7
**devices** [1] - 6:20
**Diaz** [1] - 7:23
**different** [5] - 5:11, 6:1, 6:23, 6:25, 26:5
**differently** [1] - 6:1

**difficult** [2] - 5:13, 30:7
**direct** [1] - 26:13
**direction** [1] - 20:10
**disbursed** [1] - 7:16
**disclose** [1] - 21:20
**discovered** [2] - 23:16
**discuss** [2] - 3:17, 8:25
**dismiss** [1] - 22:2
**disputes** [1] - 31:14
**distance** [1] - 27:6
**district** [1] - 4:3
**DISTRICT** [3] - 1:2, 1:3, 1:12
**divide** [1] - 7:4
**divided** [2] - 4:21, 5:16
**document** [1] - 13:7
**documentation** [5] - 13:2, 15:11, 16:5, 17:8, 30:25
**documents** [1] - 31:14
**done** [13] - 5:12, 6:24, 9:8, 10:20, 17:1, 18:21, 22:6, 22:16, 28:8, 28:13, 28:22, 30:9
**down** [2] - 28:4, 29:21
**dozen** [1] - 28:12
**Drawer** [1] - 2:18
**drywall** [9] - 16:6, 21:18, 21:23, 22:9, 22:10, 22:13, 29:7, 29:12, 31:11
**Drywall** [13] - 3:7, 4:6, 4:10, 4:16, 4:25, 6:10, 21:24, 21:25, 23:23, 24:22, 27:20, 28:6
**duplicate** [1] - 19:18
**during** [1] - 10:22

## E

**early** [4] - 9:3, 10:12, 11:5, 11:8
**EASTERN** [1] - 1:3
**effect** [2] - 5:20, 29:2
**effective** [1] - 29:22
**either** [6] - 9:24, 12:22, 13:12, 14:15, 16:5, 23:4
**ELDON** [1] - 1:11
**electronic** [1] - 15:15
**electronically** [2] - 12:22, 15:19
**eligibility** [1] - 17:4
**eligible** [1] - 15:11
**email** [2] - 17:20, 18:6

**emotional** [2] - 9:12, 28:5
**employee** [1] - 5:16
**employees** [1] - 5:14
**encourage** [1] - 12:24
**end** [2] - 5:2, 10:23
**Energy** [1] - 2:13
**entered** [1] - 29:11
**entertain** [2] - 21:8, 21:13
**entities** [1] - 31:18
**entry** [1] - 29:8
**ESQ** [6] - 2:2, 2:5, 2:9, 2:9, 2:12, 2:21
**essentially** [1] - 27:18
**establish** [2] - 8:8, 16:19
**establishment** [1] - 25:7
**estate** [1] - 23:13
**estimate** [1] - 20:25
**eve** [1] - 18:18
**event** [1] - 31:22
**eventual** [1] - 11:9
**evidence** [4] - 16:7, 28:23, 28:25, 29:6
**evolved** [1] - 8:13
**exactly** [1] - 13:5
**example** [1] - 18:16
**except** [1] - 29:5
**excess** [2] - 19:23, 27:25
**excluded** [1] - 14:5
**excludes** [1] - 6:18
**exclusively** [1] - 15:22
**excuse** [2] - 4:1, 25:1
**expect** [1] - 24:9
**expense** [2] - 8:9, 15:13
**expensive** [2] - 30:7, 30:13
**extend** [1] - 20:4
**extension** [2] - 27:8, 27:18
**extent** [1] - 8:20
**extra** [1] - 6:5
**extras** [1] - 6:7

## F

**facility** [2] - 5:9, 5:14
**fact** [2] - 29:20, 32:1
**factor** [2] - 21:5, 28:7
**fair** [2] - 21:6, 24:6
**fall** [1] - 30:23
**FALLON** [1] - 1:11
**Fallon** [2] - 3:13, 28:24
**familiar** [1] - 11:22

**families** [2] - 9:10, 9:13
**far** [5] - 7:15, 12:19, 14:7, 16:3, 17:20
**Farly** [1] - 26:9
**FCRR** [3] - 1:20, 33:14, 33:15
**feet** [1] - 3:25
**felt** [1] - 27:20
**few** [1] - 12:9
**field** [1] - 20:25
**Fifth** [6] - 4:23, 24:5, 29:4, 30:1, 30:11
**figure** [2] - 15:10, 22:17
**figures** [1] - 30:8
**figuring** [1] - 4:6
**file** [3] - 17:23, 25:10, 31:2
**filed** [4] - 12:20, 23:15, 24:25, 30:5
**files** [1] - 30:25
**filing** [3] - 12:3, 27:9, 27:13
**filings** [1] - 19:18
**fine** [2] - 10:15, 31:17
**Firm** [1] - 2:17
**firm** [2] - 11:4, 21:10
**first** [5] - 3:19, 4:11, 5:8, 9:5, 27:17
**five** [1] - 10:22
**fix** [1] - 16:9
**fixing** [1] - 9:19
**Florida** [1] - 7:24
**focus** [1] - 15:6
**focused** [1] - 6:16
**folded** [1] - 21:1
**folks** [2] - 9:25, 23:14
**followed** [2] - 31:11, 31:15
**foot** [3] - 4:2, 4:3, 19:12
**footnote** [1] - 5:18
**FOR** [1] - 1:2
**foregoing** [1] - 33:12
**form** [6] - 7:18, 12:22, 27:14, 27:19, 28:15
**formally** [1] - 20:4
**forms** [2] - 7:21, 25:21
**forth** [3] - 7:1, 17:2, 31:5
**forward** [2] - 17:1, 18:15
**four** [1] - 4:1
**Fourth** [2] - 11:19, 26:16
**frankly** [1] - 7:6
**Fred** [1] - 8:19
**free** [2] - 18:2, 23:22

**frequently** [1] - 25:24
**Frilot** [1] - 2:13
**frustrating** [1] - 30:17
**full** [3] - 5:15, 8:6, 24:20
**full-time** [1] - 5:15
**fully** [2] - 11:15, 25:18
**fund** [1] - 8:9
**funds** [1] - 25:6

## G

**Garret** [1] - 4:13
**Garrett** [2] - 4:18, 6:9
**general** [1] - 15:6
**generals'** [1] - 4:25
**gentleman** [1] - 11:6
**gentlemen** [1] - 3:4
**given** [1] - 17:7
**global** [3] - 10:6, 11:11, 15:12
**goal** [1] - 16:12
**grant** [1] - 26:21
**great** [3] - 5:17, 7:7, 13:14
**greater** [1] - 12:15
**greatly** [1] - 15:2
**GREER** [4] - 2:2, 11:24, 13:24, 18:21
**Greer** [3] - 11:14, 11:23, 11:24
**group** [2] - 18:25, 22:20
**guidance** [1] - 31:9

## H

**Hague** [1] - 30:15
**half** [1] - 28:12
**hand** [1] - 6:17
**handful** [1] - 25:7
**handle** [1] - 32:14
**handled** [2] - 27:25, 28:1
**hard** [2] - 12:22, 18:14
**Harris** [1] - 8:17
**HB** [1] - 1:21
**heard** [2] - 27:9, 32:7
**hearing** [1] - 26:6
**help** [2] - 18:8, 28:21
**helpful** [2] - 9:15, 11:3
**hereby** [1] - 33:11
**HERMAN** [23] - 2:9, 3:12, 3:21, 4:17, 5:15, 5:18, 7:3, 7:11, 8:6, 8:10, 11:4, 19:4, 24:1, 24:4, 24:20, 24:24, 25:16, 25:23, 26:2, 28:24, 30:10, 31:19, 32:23

**herman** [1] - 2:10
**Herman** [9] - 2:10, 3:13, 8:18, 8:19, 12:3, 19:25, 21:10, 27:10
**Herman's** [1] - 20:12
**high** [1] - 14:23
**himself** [1] - 32:24
**historically** [1] - 6:13
**hit** [1] - 13:17
**Hobbie** [2] - 24:23, 25:2
**hold** [1] - 25:12
**holding** [1] - 13:7
**home** [4] - 9:3, 9:19, 23:22, 31:10
**homeowner** [1] - 10:21
**homeowners** [6] - 8:21, 8:22, 11:7, 16:22, 25:18, 28:5
**homes** [8] - 8:14, 9:3, 9:10, 9:11, 10:20, 23:13, 30:19, 30:24
**Honor** [46] - 3:10, 3:21, 4:17, 6:11, 7:13, 7:25, 8:6, 8:10, 8:12, 8:16, 9:2, 9:21, 10:8, 11:10, 11:15, 11:24, 12:2, 12:4, 13:13, 13:21, 14:9, 14:23, 15:15, 16:8, 17:11, 18:6, 18:10, 19:4, 19:11, 20:2, 20:9, 20:16, 21:7, 24:1, 24:16, 24:24, 25:2, 25:11, 25:16, 26:8, 26:25, 30:5, 30:10, 30:20, 31:19, 32:6
**Honor's** [4] - 5:3, 5:19, 11:17, 25:6
**HONORABLE** [1] - 1:11
**honored** [1] - 11:25
**hopefully** [2] - 4:6, 24:9
**host** [2] - 10:2
**hours** [2] - 8:24, 14:25
**house** [1] - 21:20

## I

**idea** [1] - 19:17
**identifying** [1] - 31:2
**ignoring** [1] - 30:15
**II** [1] - 7:11
**III** [1] - 2:17
**immediately** [1] - 24:16

**important** [3] - 12:25, 18:6, 27:21
**imported** [1] - 24:22
**IN** [2] - 1:2, 1:6
**in-box** [2] - 17:18, 17:20
**including** [1] - 19:22
**incomplete** [3] - 13:5, 15:18, 16:4
**increase** [1] - 15:2
**indica** [1] - 16:6
**indicate** [1] - 31:21
**individually** [1] - 29:16
**individuals** [1] - 28:12
**INEX** [7] - 10:6, 11:11, 15:13, 23:9, 23:10, 25:17, 31:21
**information** [2] - 5:22, 18:11
**infrequently** [1] - 28:25
**initial** [2] - 4:21, 10:18
**ink** [1] - 29:23
**input** [1] - 22:24
**inspected** [1] - 20:23
**inspecting** [1] - 22:20
**inspection** [1] - 28:15
**inspections** [2] - 11:7, 11:8
**instances** [2] - 16:22, 29:5
**instead** [1] - 29:23
**instrumental** [1] - 32:6
**insurance** [1] - 32:13
**insurers** [2] - 25:17, 31:21
**intake** [1] - 15:7
**interest** [2] - 5:10, 5:19
**interested** [3] - 5:9, 6:22, 7:2
**interesting** [1] - 5:7
**interests** [1] - 32:5
**intervened** [1] - 29:18
**introduce** [1] - 11:21
**invest** [1] - 29:14
**involved** [3] - 8:20, 30:23, 32:10
**issue** [15] - 9:16, 10:8, 10:9, 16:8, 22:7, 22:11, 22:15, 23:1, 23:4, 23:8, 24:23, 25:13, 30:11, 31:22
**issued** [5] - 7:20, 15:21, 16:2, 16:4, 24:24
**issues** [7] - 5:1, 8:20, 9:1, 10:13, 25:4,

31:9, 31:24
**issuing** [1] - 15:14
**item** [1] - 3:19

## J

**January** [2] - 24:9, 32:19
**job** [1] - 29:22
**Joe** [1] - 8:16
**JOHNSTON** [3] - 2:21, 26:25, 27:4
**Johnston** [7] - 2:22, 18:8, 20:20, 26:2, 26:24, 26:25, 27:24
**joint** [1] - 5:19
**jointly** [1] - 6:23
**JONES** [1] - 28:4
**JONSTON** [1] - 27:8
**judge** [1] - 21:16
**Judge** [4] - 3:13, 25:15, 26:22, 28:24
**JUDGE** [2] - 1:12, 28:4
**judges** [1] - 5:11
**juncture** [1] - 25:16
**juries** [1] - 3:25
**jurisdiction** [3] - 29:15, 29:16, 29:17
**jurisdictions** [1] - 29:19
**jurisprudence** [1] - 30:14
**jury** [1] - 8:2

## K

**Katrina/Rita** [1] - 5:20
**Katz** [3] - 2:10, 8:19, 21:10
**keep** [2] - 4:14, 31:3
**keeping** [1] - 11:2
**kept** [1] - 5:22
**Kerry** [8] - 3:10, 7:25, 8:12, 20:10, 22:16, 26:14, 28:10, 30:20
**KERRY** [1] - 2:12
**key** [1] - 9:4
**Kingsdorf** [1] - 2:5
**kmiller@frilot.com** [1] - 2:16
**Knauf** [20] - 3:11, 8:1, 8:12, 10:6, 11:11, 11:19, 16:21, 19:19, 20:11, 20:15, 21:4, 21:8, 21:13, 21:18, 21:21, 21:22, 26:14, 28:13, 31:9, 31:23
**Knauf/PSC** [1] - 26:17
**known** [2] - 21:13, 23:1

**knows** [3] - 7:1, 10:4, 23:2
**KTP** [2] - 23:4, 23:6
**Kyle** [1] - 23:21

## L

**L&W** [3] - 11:11, 25:17, 31:21
**LA** [5] - 2:7, 2:11, 2:15, 2:19, 2:23
**lacked** [1] - 30:25
**lacking** [1] - 31:2
**ladies** [1] - 3:3
**Lafarge** [1] - 31:18
**last** [16] - 8:18, 10:10, 10:19, 12:8, 12:9, 12:10, 13:7, 13:13, 13:20, 14:25, 16:18, 18:10, 19:15, 20:21, 27:24, 30:22
**late** [3] - 8:2, 19:6, 20:2
**latest** [1] - 6:4
**Law** [2] - 2:17, 2:21
**law.com** [1] - 2:7
**lawsuits** [1] - 29:17
**lawyers** [8] - 6:3, 6:18, 6:19, 8:20, 10:21, 11:7, 32:10, 32:15
**lead** [2] - 21:11, 29:9
**learned** [1] - 7:4
**lease** [3] - 4:4, 6:7, 19:12
**least** [6] - 4:7, 10:4, 10:22, 28:12, 29:12, 29:15
**legislatively** [1] - 30:9
**Lenny** [3] - 8:19, 21:17, 30:23
**LEONARD** [1] - 2:9
**letters** [1] - 9:7
**LEVIN** [2] - 19:25, 20:7, 29:11, 32:21
**Levin** [1] - 29:9
**Liability** [1] - 3:7
**LIABILITY** [1] - 1:6
**liaison** [4] - 21:12, 25:18, 26:3, 32:2
**liaison/lead** [1] - 3:17
**limit** [1] - 13:18
**linked** [1] - 29:16
**list** [1] - 27:12
**listed** [1] - 18:1
**litigants** [2] - 6:18, 30:1
**litigation** [2] - 8:9, 26:1
**LITIGATION** [1] - 1:6
**Litigation** [1] - 3:7

**LLC** [4] - 2:10, 2:13, 2:17, 2:22
**LLP** [1] - 2:5
**longshoreman** [1] - 29:21
**look** [3] - 14:2, 17:6, 23:18
**looked** [3] - 7:6, 9:12, 15:9
**looking** [2] - 23:12, 30:8
**LOUISIANA** [2] - 1:3, 3:1
**Louisiana** [1] - 1:22
**lower** [1] - 23:4
**Lynn** [3] - 11:14, 11:22, 11:24
**LYNN** [1] - 2:2

## M

**magdish** [1] - 26:12
**magnificent** [1] - 10:24
**maintain** [1] - 29:5
**major** [1] - 29:24
**majority** [1] - 14:6
**MANAGER** [1] - 3:6
**Manufacturers** [1] - 3:7
**market** [2] - 4:2
**Master** [2] - 2:2, 17:10
**matter** [4] - 11:10, 14:4, 26:9, 30:10
**matters** [5] - 4:25, 5:1, 25:19, 26:6, 26:15
**MDL** [1] - 3:6
**MDLs** [1] - 32:8
**mean** [1] - 30:7
**meet** [5] - 4:18, 5:4, 6:8, 10:1, 10:21
**meeting** [8] - 6:2, 6:10, 10:18, 19:14, 25:3, 32:16
**meetings** [4] - 9:1, 9:15, 31:8, 31:12
**membership** [1] - 16:6
**memories** [1] - 9:13
**mention** [1] - 15:3
**mentioned** [1] - 9:6
**met** [4] - 3:17, 8:18, 10:10, 31:1
**methods** [1] - 6:16
**microphone** [1] - 3:16
**middle** [1] - 10:23
**midnight** [2] - 15:3, 15:5, 19:6
**might** [2] - 21:5, 22:5
**Miller** [7] - 3:10, 7:25, 8:12, 20:10, 26:14,

28:11, 30:20
**MILLER** [17] - 2:12, 3:10, 7:25, 8:12, 9:21, 10:8, 20:9, 23:1, 23:8, 23:14, 23:19, 25:1, 25:15, 26:14, 26:22, 26:24, 30:20
**million** [1] - 30:13
**minimizing** [1] - 6:16
**minute** [1] - 21:24
**miscellaneous** [2] - 13:23, 13:24
**missed** [1] - 17:6
**missing** [2] - 13:6, 16:9
**mixed** [2] - 19:19, 29:3
**mock** [1] - 3:25
**mode** [1] - 26:5
**model** [1] - 31:2
**month** [1] - 6:7
**Monthly** [1] - 1:7
**monthly** [6] - 3:14, 6:12, 9:22, 12:2, 31:8, 31:11
**months** [5] - 4:4, 4:6, 4:22, 5:3, 20:21
**morning** [8] - 3:3, 3:10, 3:12, 7:13, 8:3, 9:25, 11:24, 26:25
**Moss** [12] - 8:17, 8:23, 10:10, 10:17, 10:21, 10:23, 21:23, 22:23, 31:8, 31:12
**moss** [1] - 20:24
**Moss's** [1] - 9:5
**most** [3] - 9:11, 15:6, 30:13
**motion** [4] - 7:18, 24:13, 26:7, 26:21
**Motions** [1] - 1:7
**motions** [3] - 8:8, 26:15, 30:5
**move** [3] - 4:11, 18:15, 20:9
**moved** [1] - 13:18
**MR** [54] - 3:10, 3:12, 3:21, 4:17, 5:15, 5:18, 7:3, 7:11, 7:25, 8:6, 8:10, 8:12, 9:21, 10:8, 10:17, 11:4, 19:4, 19:25, 20:7, 20:9, 21:16, 22:18, 22:25, 23:1, 23:8, 23:12, 23:14, 23:15, 23:19, 23:24, 24:1, 24:4, 24:20, 24:24, 25:1, 25:15, 25:16, 25:23, 26:2, 26:8, 26:11, 26:14, 26:22,

26:24, 26:25, 27:4, 27:8, 28:24, 29:11, 30:10, 30:20, 31:19, 32:21, 32:23
**MS** [4] - 7:13, 11:24, 13:24, 18:21
**MURRAY** [1] - 2:21

**N**

**name** [1] - 27:23
**nature** [2] - 20:25, 29:15
**Neal** [1] - 26:11
**necessary** [1] - 19:1
**necessitated** [1] - 5:20
**need** [9] - 4:7, 7:4, 13:8, 16:9, 16:17, 21:21, 22:4, 25:8, 25:24
**needs** [1] - 13:2
**negative** [1] - 13:16
**negotiate** [1] - 4:5
**net** [3] - 6:6
**net-net-net** [1] - 6:6
**NEW** [2] - 1:4, 3:1
**new** [15] - 3:23, 3:24, 4:9, 6:3, 8:7, 8:10, 11:19, 13:14, 20:18, 21:4, 21:6, 21:8, 24:2, 24:20, 25:23
**New** [5] - 1:22, 2:7, 2:11, 2:15, 2:23
**next** [8] - 8:24, 9:10, 11:10, 18:13, 23:25, 30:18, 32:16, 32:20
**night** [4] - 12:9, 12:11, 15:4, 19:7
**nobody** [2] - 7:1, 21:21
**non** [4] - 21:18, 21:23, 22:3, 22:10
**non-contaminated** [1] - 22:10
**non-destructive** [1] - 22:3
**non-reactive** [1] - 21:18
**non-toxic** [1] - 21:23
**nonreactive** [1] - 23:17
**note** [1] - 3:8
**nothing** [9] - 8:7, 8:10, 21:23, 24:2, 24:20, 25:23, 29:7
**notice** [6] - 13:5, 16:11, 16:17, 17:4, 17:5
**notices** [9] - 15:14,

15:16, 15:21, 16:2, 16:4, 16:8, 16:14, 18:7
**November** [5] - 4:5, 4:12, 32:16, 32:17, 33:3
**number** [8] - 3:15, 5:8, 12:15, 15:2, 18:2, 19:23, 28:1
**numbers** [5] - 11:9, 12:5, 13:16, 14:11, 15:1

**O**

**O'Keefe** [1] - 2:10
**objection** [1] - 26:18
**obviously** [2] - 12:24, 16:10
**occur** [1] - 24:15
**OCTOBER** [1] - 3:1
**October** [12] - 1:6, 11:14, 19:10, 20:4, 20:12, 21:2, 21:8, 21:14, 27:9, 27:12, 27:19, 28:16
**OF** [2] - 1:3, 1:10
**offer** [2] - 17:21, 20:10
**office** [7] - 10:2, 10:18, 10:20, 11:6, 21:17, 27:11
**Offices** [1] - 2:21
**Official** [1] - 1:20, 33:11
**Oldfather** [1] - 5:1
**ombudsman** [2] - 10:9, 10:10
**Omni** [1] - 23:15
**once** [3] - 6:6, 22:7, 31:22
**One** [1] - 2:6
**one** [16] - 4:17, 5:15, 5:16, 5:18, 6:3, 7:2, 10:8, 22:12, 23:15, 23:25, 25:4, 26:15, 29:13, 29:18, 32:20
**ones** [1] - 12:23
**ongoing** [5] - 4:22, 4:24, 5:6, 7:23, 30:4
**online** [1] - 17:21
**open** [2] - 16:10, 21:7
**openings** [1] - 8:3
**operate** [1] - 6:1
**opinion** [1] - 24:9
**opportunity** [5] - 9:23, 13:6, 17:7, 31:12, 31:15
**opt** [1] - 4:5
**opt-out** [1] - 4:5
**oral** [1] - 24:4

**order** [6] - 11:20, 20:4, 20:5, 24:24, 25:6, 25:13
**Order** [1] - 29:2
**orders** [3] - 3:18, 5:3, 11:19
**Orders** [1] - 3:19
**organized** [1] - 31:3
**originally** [2] - 19:23, 26:5
**ORLEANS** [2] - 1:4, 3:1
**Orleans** [5] - 1:22, 2:7, 2:11, 2:15, 2:23
**otherwise** [1] - 32:11
**ought** [4] - 22:6, 22:16, 22:21, 29:5
**outreach** [2] - 18:5, 18:8
**outside** [1] - 8:25
**overall** [2] - 10:12, 21:1
**Owen** [1] - 24:8
**owners** [1] - 25:8
**ownership** [1] - 16:7

**P**

**page** [4] - 7:11, 24:1, 24:23, 29:9
**panel** [1] - 24:8
**papers** [1] - 25:11
**paperwork** [1] - 13:1
**parent** [1] - 29:13
**part** [4] - 10:11, 11:17, 22:9, 23:9
**participate** [2] - 5:11, 6:19
**participated** [2] - 15:23, 25:20
**particular** [1] - 21:5
**particularly** [5] - 7:5, 12:10, 19:16, 22:11, 32:8
**parties** [4] - 14:4, 16:19, 19:9, 32:3
**passes** [1] - 14:3
**past** [1] - 19:8
**pay** [1] - 6:5
**pending** [3] - 11:20, 24:11, 24:13
**people** [12] - 3:15, 6:21, 9:5, 9:7, 10:4, 12:24, 16:12, 18:17, 19:2, 22:2, 22:4, 23:13
**people's** [1] - 9:10
**per** [3] - 4:2, 4:3, 12:17
**percent** [11] - 14:13,

14:14, 14:16, 14:17, 14:18, 14:20, 14:21, 14:22, 15:2, 15:9
**percentage** [2] - 14:24, 19:18
**percentages** [1] - 14:10
**perhaps** [2] - 11:8, 32:21
**period** [3] - 28:14, 29:23, 29:24
**periodic** [1] - 9:15
**permission** [1] - 11:17
**person** [1] - 22:8
**personal** [3] - 14:1, 14:7, 29:15
**Phil** [1] - 8:17
**phone** [3] - 3:15, 11:12, 12:5
**physical** [2] - 28:23, 29:6
**picked** [1] - 8:2
**pictures** [1] - 31:5
**pieces** [1] - 16:24
**pilot** [8] - 8:11, 8:13, 8:21, 8:22, 15:23, 19:22, 20:16
**pipeline** [1] - 20:24
**place** [4] - 6:3, 13:4, 23:11, 23:19
**places** [1] - 6:22
**Plaintiff** [1] - 2:9
**plaintiff** [4] - 5:25, 25:21, 28:14, 29:18
**plaintiff's** [2] - 21:3, 23:3
**plaintiffs** [3] - 3:13, 27:1, 27:13
**plaintiffs'** [1] - 18:25
**plan** [1] - 4:11
**played** [1] - 10:9
**PLC** [1] - 2:2
**PO** [1] - 2:18
**point** [5] - 13:7, 17:22, 19:15, 25:2, 30:21
**pointed** [1] - 9:2
**pop** [1] - 21:14
**popped** [1] - 20:19
**portal** [2] - 12:23, 15:20
**Porter** [1] - 24:21
**portion** [1] - 30:24
**possession** [1] - 9:11
**possible** [2] - 7:20, 19:2
**possibly** [1] - 27:21
**posting** [1] - 17:25
**PowerPoint** [1] - 11:16
**Poydras** [4] - 1:21,

2:6, 2:14, 2:22
**practical** [1] - 7:8
**predict** [1] - 24:6
**preliminary** [2] - 29:8, 29:11
**prep** [1] - 3:25
**prepared** [1] - 6:9
**present** [1] - 12:5
**presentation** [1] - 17:12
**presently** [1] - 4:20
**presumably** [1] - 26:12
**Pretrial** [1] - 29:2
**pretrial** [1] - 3:19
**pretty** [1] - 28:15
**previously** [1] - 4:18
**primary** [1] - 7:3
**principally** [1] - 24:22
**pro** [9] - 12:13, 15:17, 18:8, 18:9, 20:21, 26:23, 27:1, 27:12, 28:17
**problem** [4] - 6:13, 18:13, 22:13, 32:20
**problems** [4] - 10:19, 10:23, 18:3, 22:13
**procedure** [1] - 17:2
**procedures** [2] - 13:4, 16:20
**proceed** [1] - 31:23
**proceedings** [1] - 33:6
**PROCEEDINGS** [1] - 1:10
**Proceedings** [1] - 1:25
**process** [8] - 10:12, 15:9, 15:14, 30:4, 30:6, 30:23, 31:6, 31:16
**product** [1] - 19:24
**productive** [1] - 31:1
**PRODUCTS** [1] - 1:6
**professionalism** [1] - 32:10
**professionally** [1] - 32:3
**profile** [2] - 25:21, 28:15
**program** [16] - 8:11, 8:13, 8:14, 8:21, 8:22, 12:12, 15:23, 19:2, 19:20, 19:22, 20:16, 21:1, 21:19, 22:9, 22:17
**progress** [5] - 13:12, 14:10, 14:14, 14:18, 14:21
**Progress** [1] - 13:16
**projected** [1] - 6:6

**projection** [1] - 19:21
**promptly** [1] - 25:11
**proof** [1] - 16:6
**properties** [6] - 12:14, 12:16, 14:16, 14:17, 14:18, 19:22
**property** [6] - 7:18, 12:18, 14:1, 14:7, 14:17, 28:6
**proposed** [1] - 3:18
**protocol** [2] - 31:11, 31:14
**provide** [4] - 9:22, 17:16, 18:22, 25:9
**provided** [2] - 27:2, 32:15
**provision** [1] - 13:24
**PSC** [2] - 7:7, 30:12
**purchased** [1] - 4:9
**purpose** [1] - 25:14
**pursue** [1] - 27:20
**put** [3] - 5:8, 10:3, 20:14

**Q**

**QSF** [1] - 24:25
**QSFs** [1] - 25:7
**quality** [1] - 32:9
**questions** [7] - 15:8, 17:15, 17:20, 17:22, 18:18, 25:24, 27:24
**quite** [1] - 28:1
**quote** [2] - 27:19, 31:4

**R**

**Ramirez** [1] - 7:15
**RE** [1] - 1:6
**re** [1] - 3:6
**reactive** [4] - 21:18, 22:3, 23:10, 23:23
**read** [2] - 12:5, 29:2
**real** [2] - 7:18, 23:13
**really** [6] - 6:15, 7:5, 10:13, 18:21, 19:20, 32:14
**realtime** [1] - 15:16
**reason** [1] - 32:9
**reasons** [1] - 16:7
**receive** [1] - 17:3
**received** [3] - 27:3, 27:11, 28:17
**receiver** [2] - 25:8, 25:14
**receivership** [1] - 25:11
**recess** [1] - 33:5
**recite** [1] - 4:10
**recommend** [1] -

11:15
**recommendation** [2] - 4:20, 5:5
**record** [6] - 3:9, 3:23, 19:11, 20:6, 21:13, 30:3
**Recorded** [1] - 1:25
**records** [1] - 4:15
**regard** [4] - 20:2, 27:8, 28:6, 31:20
**regarding** [3] - 24:21, 28:25, 31:14
**regards** [2] - 24:11, 29:8
**register** [1] - 19:9
**registered** [11] - 12:6, 12:11, 12:14, 12:15, 12:16, 12:17, 12:19, 14:12, 14:16, 14:20, 19:8
**registrants** [2] - 19:7, 20:2
**registration** [2] - 19:8, 19:16
**registrations** [1] - 19:6
**regular** [2] - 8:15, 9:23
**relationship** [1] - 19:20
**relocation** [1] - 15:13
**reluctant** [1] - 29:1
**remaining** [4] - 14:11, 14:15, 14:19, 14:22
**remediated** [9] - 8:15, 15:24, 16:23, 16:25, 21:19, 23:16, 30:19, 30:24, 31:10
**remediation** [10] - 8:14, 15:10, 15:12, 16:24, 20:24, 21:1, 25:5, 25:12, 31:8, 31:11
**remediations** [1] - 10:9
**remedied** [1] - 30:17
**remember** [1] - 9:9
**reminds** [1] - 19:5
**rent** [1] - 19:13
**repair** [1] - 15:13
**repaired** [1] - 22:14
**repairs** [1] - 9:3
**repeat** [1] - 18:12
**repetitive** [1] - 19:19
**replaced** [1] - 22:14
**report** [14] - 3:22, 6:8, 7:14, 8:6, 8:11, 9:24, 11:15, 11:23, 12:2, 19:5, 24:16, 24:21, 26:24, 27:17
**Report** [1] - 27:4

**reported** [1] - 30:22
**Reporter** [2] - 1:20, 33:11
**reports** [2] - 6:11, 28:15
**representatives** [1] - 10:22, 11:12
**represented** [3] - 12:12, 15:17, 32:4
**representing** [1] - 32:3
**request** [1] - 19:14
**requests** [1] - 28:25
**Reserve** [1] - 2:19
**resolution** [2] - 17:10, 31:16
**resolve** [3] - 17:9, 31:15, 31:24
**resolved** [2] - 4:7, 4:8
**resolving** [1] - 25:19
**respect** [2] - 20:15, 24:18
**respond** [1] - 15:19
**responding** [1] - 16:14
**response** [2] - 16:17, 26:20
**result** [2] - 27:22
**review** [4] - 4:21, 14:5, 15:8, 25:25
**reviewed** [2] - 16:2, 20:23
**reviews** [1] - 15:12
**revisited** [1] - 4:22
**Richmond** [1] - 2:3
**rmj@ahhelaw.com** [1] - 2:24
**ROBERT** [1] - 2:8
**Robert** [1] - 2:22
**Rocketts** [1] - 2:3
**role** [1] - 10:10
**RPR** [1] - 1:20
**rule** [1] - 29:4
**rulings** [1] - 4:23
**running** [1] - 29:21
**Russ** [7] - 3:13, 8:19, 10:1, 10:18, 25:1, 27:10, 32:22
**RUSS** [1] - 2:9
**Russia** [1] - 32:25

**S**

**satisfied** [1] - 9:8
**se** [7] - 12:13, 15:17, 18:8, 18:9, 26:23, 27:1, 27:12
**seat** [1] - 3:3
**second** [1] - 27:18
**sections** [1] - 31:4

**see** [10] - 13:14, 13:16, 13:22, 14:23, 15:1, 17:6, 19:1, 23:18, 29:3, 33:3
**seeing** [7] - 5:10, 6:22, 7:2, 14:1, 14:7, 16:21, 16:22
**seem** [1] - 30:2
**self** [3] - 15:23, 21:19, 23:16
**self-remediated** [2] - 21:19, 23:16
**sell** [2] - 21:20, 23:13
**send** [4] - 18:6, 18:7, 27:15, 32:24
**sensitive** [1] - 9:14
**sent** [3] - 23:18, 27:11, 27:23
**sentence** [1] - 27:17
**separate** [1] - 6:11
**separately** [2] - 5:22, 5:23
**September** [1] - 13:15
**serve** [2] - 30:8, 30:15
**server** [2] - 4:9, 7:4
**service** [5] - 28:22, 29:14, 29:19, 29:21, 29:23
**ses** [2] - 20:21, 28:17
**sessions** [1] - 31:2
**set** [7] - 6:4, 7:19, 9:1, 16:21, 26:6, 26:16
**sets** [2] - 16:24, 17:2
**settings** [1] - 7:10
**settlement** [17] - 4:24, 5:1, 7:17, 8:14, 13:25, 14:6, 19:24, 20:15, 20:17, 20:18, 23:9, 23:10, 25:5, 25:19, 25:20, 26:17, 28:11
**settlements** [4] - 7:16, 10:7, 11:11, 31:23
**Seventh** [1] - 2:18
**sever** [1] - 11:25
**several** [3] - 8:17, 29:12, 30:4
**shake** [1] - 28:9
**shaking** [1] - 18:24
**shared** [3] - 5:21, 10:16, 20:8
**sharing** [2] - 5:9, 7:6
**Shell** [1] - 2:6
**shift** [1] - 15:1
**show** [1] - 12:4
**showed** [1] - 11:9
**showing** [2] - 31:2, 31:3
**shown** [1] - 11:16
**shows** [1] - 14:9

**significant** [5] - 7:5, 9:18, 28:1, 28:19
**significantly** [1] - 15:1
**similar** [3] - 4:3, 6:15, 22:7
**situation** [3] - 5:8, 9:18, 28:19
**situations** [1] - 6:17
**SIVYER** [2] - 26:8, 26:11
**Sivyer** [1] - 26:11
**six** [1] - 30:8
**skill** [1] - 32:14
**slide** [4] - 14:9, 17:11, 17:14, 18:10
**SO** [1] - 21:11
**solution** [1] - 16:13
**someone** [3] - 8:24, 11:21, 16:16
**sometimes** [2] - 21:3, 22:14
**somewhere** [3] - 23:11, 26:12, 30:12
**soon** [2] - 7:20, 14:3
**sort** [5] - 6:24, 13:17, 21:22, 22:11, 30:10
**sounds** [1] - 23:2
**space** [2] - 4:3, 4:11
**speaking** [1] - 8:23
**speaks** [2] - 19:25, 20:1
**Special** [1] - 17:10
**special** [1] - 2:2
**specific** [3] - 16:10, 16:12, 16:24
**spent** [1] - 30:12
**square** [4] - 3:25, 4:2, 4:3, 19:12
**Square** [1] - 2:6
**stages** [1] - 31:13
**stairs** [1] - 29:22
**standing** [1] - 18:17
**standpoint** [2] - 11:2, 17:5
**start** [1] - 14:11
**started** [4] - 13:11, 13:15, 13:18, 14:24
**starting** [1] - 21:19
**state** [5] - 7:10, 7:14, 18:20, 25:10, 30:3
**statements** [1] - 31:7
**states** [1] - 18:20
**STATES** [2] - 1:2, 1:12
**status** [11] - 3:14, 6:9, 6:10, 8:18, 9:22, 10:10, 13:13, 13:20, 16:18, 27:4, 27:17
**Status** [1] - 1:7
**steering** [1] - 5:25

**Steering** [1] - 3:11
**Stenography** [1] - 1:25
**sticks** [1] - 9:13
**stigma** [1] - 22:11
**still** [2] - 14:23, 19:8
**stone** [1] - 28:16
**straight** [1] - 10:13
**Street** [5] - 1:21, 2:6, 2:14, 2:18, 2:22
**strong** [2] - 27:21, 28:5
**subject** [2] - 4:20, 14:4
**submission** [2] - 11:13, 18:3
**submissions** [2] - 14:10, 14:13
**submit** [4] - 17:8, 17:24, 18:14, 27:18
**submitted** [15] - 12:7, 12:10, 12:22, 12:23, 13:1, 13:2, 13:12, 13:15, 13:19, 14:15, 14:17, 14:19, 14:21, 15:10, 16:5
**submitting** [1] - 15:25
**subpoena** [1] - 29:21
**substantial** [1] - 19:22
**successful** [1] - 28:3
**suggestions** [2] - 16:11, 26:4
**suit** [1] - 23:15
**Suite** [3] - 2:6, 2:14, 2:23
**summarizes** [1] - 18:10
**summary** [1] - 15:6
**summertime** [1] - 20:17
**supplementary** [1] - 19:5
**supply** [1] - 24:19
**Supply** [1] - 24:21
**Susan** [2] - 33:11, 33:15
**SUSAN** [2] - 1:20, 33:14
**susan_zielie@laed. uscourts.gov** [1] - 1:22
**system** [3] - 15:7, 16:15, 18:15

**T**

**tainted** [1] - 21:25
**Taishan** [7] - 19:19, 20:8, 24:3, 24:4, 24:22, 29:13, 29:17

**technologically** [1] - 6:24
**telephone** [2] - 18:2, 31:24
**template** [1] - 23:21
**tenaciously** [1] - 32:5
**term** [2] - 4:4, 4:25
**terms** [8] - 10:12, 12:6, 12:10, 14:9, 18:3, 25:4, 27:6, 31:3
**texture** [1] - 25:25
**THE** [50] - 1:2, 1:3, 1:11, 3:3, 3:8, 3:14, 4:13, 5:7, 5:17, 6:13, 7:9, 7:12, 7:24, 8:4, 8:8, 8:11, 9:5, 10:3, 10:15, 10:25, 13:23, 18:19, 18:23, 20:5, 20:8, 21:15, 22:6, 22:20, 23:6, 23:25, 24:3, 24:19, 24:23, 25:13, 25:21, 25:24, 26:4, 26:10, 26:18, 26:21, 26:23, 27:3, 27:7, 28:3, 28:21, 30:6, 30:19, 31:17, 32:7, 33:1
**thereabouts** [1] - 28:12
**they've** [2] - 11:8, 31:21
**three** [2] - 4:22, 5:2
**throughout** [1] - 6:14
**THURSDAY** [1] - 3:1
**today** [9] - 3:14, 5:4, 6:9, 8:3, 8:16, 8:24, 18:3, 26:16, 32:6
**together** [1] - 18:25
**toll** [1] - 18:2
**toll-free** [1] - 18:2
**Tom** [1] - 24:7
**tomorrow** [9] - 11:13, 11:18, 12:3, 15:4, 15:5, 18:3, 19:7, 23:2
**tomorrow's** [1] - 12:24
**took** [1] - 23:17
**Torres** [1] - 7:15
**total** [1] - 13:11
**touch** [2] - 10:11, 11:2
**toxic** [1] - 21:23
**TRANSCRIPT** [1] - 1:10
**transcript** [1] - 33:12
**tree** [1] - 18:24
**trees** [1] - 28:9
**trial** [4] - 3:24, 7:10, 7:23, 7:24
**trials** [1] - 7:22

**true** [1] - 6:14
**try** [4] - 9:22, 14:4, 16:10, 21:21
**trying** [1] - 21:20
**tutorials** [2] - 17:21, 17:23
**two** [7] - 5:24, 10:20, 11:19, 16:19, 18:13, 19:15, 22:19
**type** [1] - 5:11
**types** [1] - 32:10
**typical** [1] - 13:21

**U**

**ultimate** [1] - 13:17
**uncommon** [1] - 14:25
**under** [3] - 8:5, 8:14, 14:6
**underlying** [1] - 25:10
**uniformly** [1] - 29:4
**UNITED** [2] - 1:2, 1:12
**units** [1] - 25:9
**up** [12] - 6:2, 6:4, 7:12, 9:1, 10:19, 20:19, 21:14, 21:22, 25:12, 30:10, 31:22
**updated** [1] - 12:8
**updates** [1] - 17:16
**uptick** [2] - 13:22, 28:20
**urge** [1] - 9:19

**V**

**VA** [1] - 2:3
**vague** [1] - 14:2
**valuable** [1] - 9:11
**various** [4] - 17:14, 26:3, 31:3, 32:3
**venture** [1] - 24:19
**Venture** [1] - 24:21
**versed** [1] - 24:8
**Victor** [1] - 7:23
**video** [1] - 6:4
**VIII** [1] - 24:1
**VIOXX** [6] - 1:6, 4:7, 4:10, 4:15, 4:25, 6:11
**Virginia** [4] - 6:21, 7:15, 7:22, 24:22
**virtually** [1] - 5:20
**virtue** [1] - 25:6
**visits** [1] - 20:25
**voice** [2] - 16:23, 17:1
**volume** [1] - 7:7
**voluntarily** [1] - 21:13

**W**

**wait** [2] - 13:8, 24:10
**waiting** [1] - 16:23
**walk** [2] - 8:25, 17:23
**wall** [1] - 6:24
**wants** [1] - 8:25
**ways** [2] - 16:11, 17:14
**website** [6] - 10:3, 11:18, 17:13, 17:14, 17:16, 17:25
**week** [1] - 4:11
**weeks** [1] - 19:15
**West** [1] - 2:18
**whole** [1] - 25:25
**work's** [1] - 9:8
**works** [2] - 5:10, 5:12
**world** [1] - 32:14
**wrote** [1] - 28:4
**www3.browngreer. com/drywall** [1] - 17:17

**Y**

**year** [2] - 20:17, 20:19
**yesterday** [4] - 8:2, 12:8, 12:20, 21:17
**yoman's** [1] - 28:22

**Z**

**ZIELIE** [2] - 1:20, 33:14
**Zielie** [2] - 33:11, 33:15