# EXHIBIT "11"

```
 1                   UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF LOUISIANA

 3   IN RE: CHINESE-MANUFACTURED     )
     DRYWALL PRODUCTS                )
 4   LIABILITY                       )
     LITIGATION                      )
 5                                   ) CIVIL DKT NO. 09-MD-2047 "L"
                                     ) MONTHLY STATUS CONFERENCE
 6                                   ) THURSDAY, JANUARY 16, 2014
     This document relates to:       ) 9:00 A.M.
 7   ALL CASES                       )
     ********************************

 8

 9

              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
10
             HEARD BEFORE THE HONORABLE ELDON E. FALLON
11
                   UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20   SUSAN A. ZIELIE, RMR, FCRR
     OFFICIAL COURT REPORTER
21   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
22   500 POYDRAS STREET, ROOM B406
     NEW ORLEANS, LA 70130
23   susan_zielie@laed.uscourts.gov
     laedcourtreporter@gmail.com
24   504.589.7781

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
```

```
 1   APPEARANCES:

 2   FOR THE STATE/FEDERAL
     COORDINATION COMMITTEE:          BARRIOS, KINGSDORF & CASTEIX
 3                                    BY:  DAWN BARRIOS, ESQ.
                                      701 POYDRAS STREET, SUITE 3600
 4                                    NEW ORLEANS, LA 70139
                                      504.524.3300
 5
     PRO SE CURATOR:                  ROBERT MURRAY JOHNSTON, ESQ.
 6                                    LAW OFFICES OF
                                        ROBERT M. JOHNSTON, LLC
 7                                    400 POYDRAS STREET
                                      SUITE 2450
 8                                    NEW ORLEANS LA 70130
                                      504.561.7799
 9
     FOR THE PLAINTIFFS'
10   STEERING COMMITTEE:              HERMAN HERMAN KATZ
                                      BY:  RUSS HERMAN, ESQ.
11                                         LEONARD A. DAVIS, ESQ.
                                      820 O'KEEFE AVENUE
12                                    NEW ORLEANS, LA 70113
                                      504.581.4892
13
     THE PLAINTIFFS:                  LEVIN, FISHBEIN, SEDRAN & BERMAN
14                                    BY:  ARNOLD LEVIN, ESQ.
                                      510 WALNUT STREET, SUITE 500
15                                    PHILADELPHIA, PA 19106
                                      877.822.1011
16
     FOR VIRGINIA:                    LAW OFFICES OF RICHARD SERPE, PC
17                                    BY:  RICHARD SERPE, ESQ.
                                      580 E. MAIN STREET
18                                    #310
                                      NORFOLK VA 23510
19                                    757.233.0009

20

21

22

23

24

25
```

```
 1    APPEARANCES -2

 2    FOR DEFENDANT KNAUF              FRILOT, LLC
         DEFENSE STEERING COMMITTEE:   BY:  KERRY J. MILLER, ESQ.
 3                                     ENERGY CENTRE
                                       1100 POYDRAS STREET
 4                                     SUITE 3700
                                       NEW ORLEANS, LA 70163
 5                                     504.599.8000

 6    FOR HOME BUILDERS:              STONE PIGMAN
                                       BY:  DOROTHY H. WIMBERLY, ESQ.
 7                                     546 Carondelet Street
                                       New Orleans LA 70130
 8                                     504.593.0849
                                       dwimberly@stonepigman.com

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          NEW ORLEANS, LOUISIANA; THURSDAY, DECEMBER 2, 2010      07:57AM

 2                            9:00 A.M.                            07:57AM

 3                     (COURT CALLED TO ORDER)                    07:57AM

 4          THE COURT:  Be seated, please.  Good morning, ladies  09:03AM

 5   and gentlemen.                                               09:03AM

 6               Let's call the case, please.                     09:03AM

 7          CASE MANAGER:  MDL 09-2047, in re:  Chinese           09:03AM

 8   Manufactured Drywall Products Liability Litigation.          08:56AM

 9          THE COURT:  Counsel, make your appearance for the     09:03AM

10   record.                                                      09:03AM

11          MR. HERMAN:  Make it please the Court, Russ Herman on 09:03AM

12   behalf of plaintiffs.                                        09:03AM

13          MR. MILLER:  Good morning, Your Honor.  Kerry Miller on 09:03AM

14   behalf of Knauf and the Defense Steering Committee.          09:03AM

15          THE COURT:  We have a number of people in the         09:03AM

16   courtroom, and about a hundred people on the line, so please use 09:03AM

17   the podium.                                                  09:03AM

18               I met with liaison lead counsel a moment ago to  09:03AM

19   discuss the agenda with them.  We have the proposed agenda and a 09:03AM

20   couple of other issues that we need to discuss today.        09:03AM

21               First, the pretrial orders, anything on pretrial 09:03AM

22   orders?                                                      09:03AM

23          MR. HERMAN:  May it please the Court, Your Honor has  09:03AM

24   entered PTO-28 regarding a fee procedure.  We understand from 09:03AM

25   Ms. Wimberly this morning that there are other folks who are 09:04AM
```

1   interested in having -- filing with Your Honor an application          09:04AM

2   for an additional PTO or amended PTO in that regard.                   09:04AM

3          THE COURT:  All right.  I'll deal with that when it             09:04AM

4   comes up.                                                              09:04AM

5              As I mentioned in the conference, I've done a               09:04AM

6   number of opinions on fees procedure.  I think the importance in       09:04AM

7   trying to set and evaluate a fee is to have some procedure that        09:04AM

8   people go through.  And, of course, in these MDLs, it's                09:04AM

9   important to have some structure.  I appoint various committees;       09:04AM

10  but I tell these committees that, anybody who's interested in          09:04AM

11  working on the case, they should create subcommittees and allow        09:04AM

12  them to work on it.                                                    09:05AM

13             Most of the time, it involves plaintiffs, because          09:05AM

14  the defendants in these MDLs are generally one or two defendants       09:05AM

15  and thousands and thousands of plaintiffs.  So it generally            09:05AM

16  deals with the plaintiffs.                                             09:05AM

17             And I want people who are not on the committee to          09:05AM

18  feel like they have an opportunity to perform common benefit           09:05AM

19  work.  So it has to be structured so that their work goes              09:05AM

20  through the various committees so that there's some uniformity         09:05AM

21  for work so that it is truly common benefit.                           09:05AM

22             In this case, it poses a little different                  09:05AM

23  situation, because we have about 1,000 defendants in this case.        09:05AM

24  So I've had to create various committees and not only from the         09:05AM

25  plaintiffs' standpoint but also from the defendants' standpoint.       09:05AM

1    As I understand, the proposal to amend the

2 pretrial order is from one of the defendant areas.  They feel

3 that they have performed common benefit work which enured to the

4 benefit of everyone, and they want some recognition at the end.

5 They should file whatever they need to file, I will take a look

6 at it, give everybody an opportunity to speak on it.

7    I thought the first Pretrial Order that I issued

8 covered all of those situations, but I'll hear from them at the

9 appropriate time.

10    Anything on state court actions?  State court

11 trial settings?

12    MR. HERMAN:  Ms. Wimberly is here, and also Ms. Barrios

13 on items 2 and 3, state court trial settings and state/federal

14 coordination.

15    THE COURT:  Anything?

16    MS. WIMBERLY:  Your Honor, before we move on, I just

17 wanted to make it clear that the proposed amendments that we'll

18 be submitting to the Court deal with nontraditional plaintiffs,

19 such as some of the builders who in fact acted or had the same

20 type of role as the plaintiff homeowner following repairs and

21 assignments.  While it is certainly an unusual situation and the

22 various sides, it's been like that from day one, with kind of

23 conflicts in interest in positions.

24    And, we understand the plaintiffs' position, but

25 we will be presenting a proposed order to the Court and would

```
 1   ask that, after receiving it, that the Court perhaps schedule a      09:07AM
 2   conference in the near future.  We don't want to do anything to      09:07AM
 3   hold up or change the deadlines in Pretrial 28 and would be          09:07AM
 4   prepared to move in conjunction with those same deadlines.           09:08AM
 5           THE COURT:  All right.  I'll talk with you about it.  I      09:08AM
 6   have several issues that might be able to be resolved, the           09:08AM
 7   amount of the fee and then secondly from whence the fee comes.       09:08AM
 8   If it's a common benefit to the defendants, perhaps the             09:08AM
 9   defendants ought to pay the fee.  If it's a common benefit in        09:08AM
10   general, then maybe some situation.  But I'll focus on that when     09:08AM
11   it's appropriate.                                                    09:08AM
12           State court trial settings or state/federal                  09:08AM
13   coordination, anything?                                             09:08AM
14       MS. BARRIOS:  Yes, Your Honor.  I just have one matter           09:08AM
15   to discuss, and that's the Miami-Dade case that's going to trial    09:08AM
16   February 10th.  And that's supposed to last two weeks.              09:08AM
17           The other two trials are in Virginia.  And,                  09:08AM
18   because Mr. Serpe is here, I'm going to ask him to address the       09:08AM
19   Court on the details of those two trials.                           09:08AM
20       MR. SERPE:  Good morning, Your Honor.  Richard Serpe            09:08AM
21   for the plaintiffs in two matters now set for trial.  One is set    09:09AM
22   April 14th.  I'd once again like to thank my fellow members of      09:09AM
23   the PSC, this is coordinated effort.  Dawn Barrios is handling      09:09AM
24   the plaintiffs' discovery, responses, depositions, et cetera.       09:09AM
25   And we anticipate that trial going three days.                      09:09AM
```

```
1              We have a new trial set, Your Honor, at which is    09:09AM
2    September 15, 2014.  Your Honor will know the plaintiff Preston  09:09AM
3    and Rachel McKellar were one of the seven families that         09:09AM
4    intervened in the original default trial.  Since they obtained  09:09AM
5    their judgment in 2010, of course, there's been an appeal of    09:09AM
6    that judgment.  Without the resources to have recovered, they've 09:09AM
7    gone through foreclosure and then bankruptcy.  We got permission 09:09AM
8    from the bankruptcy trustee, who is joining us as a plaintiff,  09:09AM
9    and bringing this case against the installer of the Chinese     09:09AM
10   drywall in their home.  That case is set for September 15th,    09:09AM
11   2014, again, with the coordination, state-federal coordination, 09:09AM
12   and the PSC's endeavors to bring a successful conclusion.       09:09AM
13           THE COURT:  Is that Judge Hall there?                   09:10AM
14           MR. SERPE:  Yes, Judge Hall.                            09:10AM
15           THE COURT:  Thank you so much.                          09:10AM
16              I've been in touch with the judges who are dealing   09:10AM
17   with the cases.  They're very experienced.  And we're trying to 09:10AM
18   coordinate a bit so that we can proceed and they can also       09:10AM
19   proceed in this particular case.                                09:10AM
20           Omnibus class actions, anything on that?                09:10AM
21           MR. HERMAN:  Your Honor, at page 5, omnibus class       09:10AM
22   action complaints, IV, there have been additional motions to    09:10AM
23   dismiss.  Five have been filed in the Peyton matter on January  09:10AM
24   15th, and we anticipates a number of more motions to dismiss.   09:10AM
25   We've been in consultation in the last two weeks with various   09:10AM
```

1   attorneys representing parties who believe under the terms of          09:10AM

2   the settlement the clients' matters as defendants should be           09:11AM

3   dismissed.  And we'll be bringing those to the Court's attention      09:11AM

4   when they're ready for hearing, Your Honor.                           09:11AM

5              THE COURT:  Okay.                                          09:11AM

6              We talked about the motion to establish                    09:11AM

7   plaintiffs' litigation fee and expense fund.  I think that's          09:11AM

8   what that last Pretrial Order discussed.                              09:11AM

9              MR. HERMAN:  Correct, Your Honor.                          09:11AM

10             THE COURT:  Pilot program, anything on that?               09:11AM

11             MR. HERMAN:  It continues, under the pilot program, a      09:11AM

12  continuance into the settlement, Your Honor.  And there will be       09:11AM

13  another meeting today to attempt to resolve any differences.          09:11AM

14             I think it's fair to say that now that Moss has            09:11AM

15  had substantial experience, the matters seem to be going much         09:12AM

16  more smoothly.  And I don't think there's any other report to         09:12AM

17  make, unless Mr. Miller has something to add.                         09:12AM

18             MR. MILLER:  No, Your Honor.  I think that, certainly,     09:12AM

19  what Mr. Herman said is accurate.                                     09:12AM

20             I would just say again that Phil Adams from Moss           09:12AM

21  is here as part of the regular status conference.  To the extent      09:12AM

22  there are issues or disputes, he heads back to Russ's office          09:12AM

23  afterwards and spends a couple of hours talking about those with      09:12AM

24  the ombudsman and the interested attorneys.  I think Lenny is         09:12AM

25  going to continue to update people on that.                           09:12AM

1    But, if there's a thought that that's been                09:12AM

2    beneficial, has been beneficial, I would encourage counsel to    09:12AM

3    avail themselves of that opportunity.                           09:12AM

4        THE COURT:  Yes.                                            09:12AM

5            With regard to the ombudsman, we're beginning to       09:12AM

6    have some issues with self-remediated homes and it's beginning  09:12AM

7    to have perhaps some conflicts.  Those issues generally involve, 09:12AM

8    on the self-remediated homes, the individual getting material   09:13AM

9    together, getting documentation, whatever exists, getting it    09:13AM

10   together so that they can then meet and talk about it.  The     09:13AM

11   question is whether or not the ombudsman is available to those  09:13AM

12   individuals.                                                    09:13AM

13           The program didn't call for the ombudsman to be        09:13AM

14   available for those individuals; but we are discussing some     09:13AM

15   potential for those individuals, if they are interested in      09:13AM

16   talking or utilizing the services of an ombudsman, to figure out 09:13AM

17   whether or not we can come up with some kind of other program   09:13AM

18   for them whereby they themselves pay for the ombudsman and get  09:13AM

19   some benefit out of it.  That's not really formulated or        09:13AM

20   finalized yet, but we're at least working in that direction.    09:13AM

21   We're aware that there are some issues that are out there with  09:13AM

22   people who have self-remediated homes, and we're trying to      09:14AM

23   respond to those issues.                                        09:14AM

24       MR. HERMAN:  Your Honor, VII, page 12, BrownGreer has a     09:14AM

25   report they'd like to present to the Court.                     09:14AM

| | | |
|---|---|---|
| 1 | Also, there are unopposed motions to establish | 09:14AM |
| 2 | qualified settlement funds in various of the settlements, and | 09:14AM |
| 3 | those are unopposed. | 09:14AM |
| 4 | BrownGreer, I believe, has a report at this time. | 09:14AM |
| 5 | MR. WOODY:  Good morning, Your Honor.  My name is Jake | 09:14AM |
| 6 | Woody.  I'm from BrownGreer.  I am here to give our status | 09:14AM |
| 7 | report for this month. | 09:14AM |
| 8 | The total claims filed so far are 21,159.  The | 09:15AM |
| 9 | bulk of those or the majority of those are what we call Global, | 09:15AM |
| 10 | Banner and IN/EX repair relocation claims.  Those are claims | 09:15AM |
| 11 | made against either the Global settlement, the Banner settlement | 09:15AM |
| 12 | or the IN/EX or a combination of all three.  There's 12,026 of | 09:15AM |
| 13 | those. | 09:15AM |
| 14 | The remaining claims are much smaller in number | 09:15AM |
| 15 | made against the various other loss provisions of the Knauf and | 09:15AM |
| 16 | other settlement agreements.  There were 1,339 Knauf remediation | 09:15AM |
| 17 | claims.  Most of those had already been dealt with through the | 09:15AM |
| 18 | pilot program. | 09:15AM |
| 19 | The other large number I'd like to mention is the | 09:15AM |
| 20 | miscellaneous claims, there is 3,804 of those.  Those are | 09:15AM |
| 21 | submitted pursuant to section I believe 4.7.1.1 of the Knauf | 09:15AM |
| 22 | agreement which allows the Court and the special master to | 09:15AM |
| 23 | consider claims not specifically enumerated and not excluded. | 09:16AM |
| 24 | And I have a breakdown of what we've found of those so far in a | 09:16AM |
| 25 | minute. | 09:16AM |

1          We are well along in our review progress.  We've

2    reviewed 94 percent of the Knauf remediation claims, 50 percent

3    of the 12,000 Global, Banner IN/EX claims, 16 percent of the

4    miscellaneous claims and 40 percent of the bodily injury.

5          I do want to mention that, since the last status

6    conference on December 17th, we've done 4,525 reviews.  So we're

7    making great progress and moving as quickly as we can to get

8    these reviews completed.

9          I'll go quickly through the results of our Knauf

10   remediation reviews.

11         About a third, 422, we denied because they'd

12   already been remediated and were therefore moot.  Another third

13   are incomplete for various reasons, and we've issued notices to

14   those people explaining the reasons for their incompleteness and

15   giving them options as far as curing that incompleteness.  It's

16   mainly for one of the three or four main proof elements that

17   they have failed to provide us.  The remaining claims are in

18   various stages of remediation already, either they've been

19   inspected by the program inspectors and simply need a Moss

20   estimate.  And 82 are far enough long that all they need to do

21   is return the work authorization to get on Moss's schedule or to

22   elect one of the other remediation options.

23         We've reviewed 6,662 of the Global, Banner, IN/EX

24   claims.  We've found that about 56 percent of those to be

25   eligible.  Six percent, we denied because they had assigned

1  their claim mostly to remediating Banner and therefore no longer                09:17AM

2  have the right to bring the claim.  And 2,124, 35 percent, are                   09:18AM

3  incomplete.  And, again, we've issued notices to them explaining                 09:18AM

4  what they need to do to fix the problem.                                         09:18AM

5              And a very small number, three percent, fit into                     09:18AM

6  what I'll call the Other category, which simply means that they                  09:18AM

7  need further review from us.  And we're working through those to                 09:18AM

8  get them into eligible, denial or incomplete.                                    09:18AM

9              I'd like to break down the population of the                         09:18AM

10 Global, Banner, IN/EX claim population, if I could, into three                   09:18AM

11 main categories:  Homeowners, Remediating Builders and Knauf.                    09:18AM

12             Homeowners, individual homeowners, submitted 4,547                   09:18AM

13 claims.  We've reviewed 88 percent of those.  We put those first                 09:18AM

14 in an effort to get those done as quickly possible and notify                    09:18AM

15 people of any deficiencies.                                                      09:18AM

16             Remediating Builders submitted 2,931 claims.  And                    09:18AM

17 we're 71 percent complete, reviews complete of those.                            09:18AM

18             And Knauf submitted 4,538.  Those are pursuant to                    09:19AM

19 assignments that they received through the pilot program where                   09:19AM

20 they remediated the home and the homeowner signs a release and                   09:19AM

21 assigns the right to bring this claim to Knauf.  And we have                      09:19AM

22 4,538 of those.                                                                  09:19AM

23             We haven't started review of those.  Those reviews                   09:19AM

24 will go quickly simply because we have so much data because of                   09:19AM

25 the pilot program already.  So we've done the hard work already.                 09:19AM

1    The hard work was the homeowner claims, because they come to us    09:19AM

2    essentially as a blank slate and we have to fill in the blanks.    09:19AM

3    And we're almost finished with that.  We have about 500 to go    09:19AM

4    and finish that within the next week or so, I believe.    09:19AM

5              So, although we've done 50 percent of the 12,000    09:19AM

6    claims, we're farther along than that in reality.    09:19AM

7              This slide is a breakdown of where the eligible    09:19AM

8    claims fit in terms of settlement agreements.    09:19AM

9              As you can see, the bulk, about half of the    09:20AM

10   claims, are simply in the Global settlement, which means that    09:20AM

11   they've proved that a participating builder, supplier or    09:20AM

12   installer is in their supply chain.  There's 1,794 of those.    09:20AM

13   There are 300 that have proved simply that Banner is their    09:20AM

14   supplier and therefore they are only in the Banner settlement.    09:20AM

15   1,067 have proved Banner and some combination of one of the    09:20AM

16   Global participants.  106 are IN/EX only.  And 90 are IN/EX and    09:20AM

17   Global.    09:20AM

18             And I list the square footage on here.  The total    09:20AM

19   square footage of all the claims so far is 7,225,676.  I list    09:20AM

20   that number because that is how we will, when we've finished our    09:20AM

21   reviews, determine the pro rata distribution.  I'll take the    09:20AM

22   total square footages of eligible claims in a particular    09:20AM

23   settlement, divide the funds by the total square footage and    09:20AM

24   come up with a per square foot number, we will then just    09:21AM

25   multiply the area square footage of the home by that number to    09:21AM

1    come up with the compensation number.                                        09:21AM

2              I mentioned the Miscellaneous Claims.  We've begun                  09:21AM

3    our review of those.  Of the claimants that have stated a basis              09:21AM

4    for their claim, 230 are property damage claims.  Generally,                 09:21AM

5    that's HVAC systems, electronics, jewelry and sometimes                      09:21AM

6    furniture.  However, two-thirds of all the claims we've reviewed             09:21AM

7    so far have either not given us a basis for the claim or                     09:21AM

8    provided an unclear reason.  We will issue an incompleteness                 09:21AM

9    notice to them and ask for clarification.  If they fail to give              09:21AM

10   it to us, we'll eventually deny the claim.  But we'll give them              09:21AM

11   ample opportunity to provide us with a basis for the claim.                  09:21AM

12             We have issued 2,000 notices total so far.  1,300                  09:21AM

13   are incomplete notices.  733 are denial.                                     09:21AM

14             I wanted to take a minute and provide some                         09:22AM

15   clarification on our incompleteness procedure.  When we                      09:22AM

16   determine a claim is incomplete, we issue an incomplete notice,              09:22AM

17   which is a deadline 25 days after the notice.  And, as I                     09:22AM

18   mentioned, we explain in the notice why the claim is incomplete              09:22AM

19   and what we need to cure the incompleteness.  If we don't                    09:22AM

20   receive a response, we issue a follow-up incompleteness notice.              09:22AM

21   The claimants have five days to respond to that.  If we don't                09:22AM

22   receive a response to that notice, we'll issue an incompleteness             09:22AM

23   denial.  And the claimants have 30 days after that notice to                 09:22AM

24   appeal that result.  So the total time to secure an                          09:22AM

25   incompleteness is 60 days, and we issue three written notices of             09:22AM

1     incompleteness during that time.                                              09:22AM

2               The parties did agree on a new claims                               09:22AM

3     administrator procedure since the last status conference.  This               09:22AM

4     is claims administrator procedure 6.  We call it Miscellaneous                09:22AM

5     Claims Processing Provisions.  It provides for five important                 09:22AM

6     deadlines that I'd like to mention.                                           09:23AM

7               The first deadline expired yesterday.  That was                     09:23AM

8     the deadline to supplement claims filing.  People who had filed               09:23AM

9     at least one claim, they could file another.  That deadline                   09:23AM

10    expired yesterday.  We did file this with the Court early in                  09:23AM

11    January, emailed to everyone in our database, and worked with                 09:23AM

12    the pro se curator to make sure that pro ses were aware of this               09:23AM

13    guideline.  And we received a fairly small number of additional               09:23AM

14    claims.                                                                       09:23AM

15              The second deadline is what we'll call claims                       09:23AM

16    created after the October 25th deadline.  These are -- the best               09:23AM

17    example of these are people who were foreclosed upon after the                09:23AM

18    deadline and therefore have a foreclosure claim they can file.                09:23AM

19    They could not have filed this before the deadline because they               09:23AM

20    still owned the home.  Now they can file it because they have                 09:23AM

21    been foreclosed on after the deadline.  They have until February              09:23AM

22    28, 2014 to file those claims.                                                09:23AM

23              The third deadline is for claims assigned after                     09:23AM

24    the October 25th deadline.  This applies mainly to Knauf.  And,               09:24AM

25    again, it's because of their continuing work through the pilot                09:24AM

1    program to remediate homes.  When the homeowner signs a release,    09:24AM

2    there's an assignment in that release that allows Knauf to bring    09:24AM

3    Global, Banner, IN-EX claims.  And Knauf has until February 28,    09:24AM

4    2014 to make those claims out.    09:24AM

5            The fourth deadline, and what is an important one,    09:24AM

6    is the deadline, for people who already have a work    09:24AM

7    authorization packet from Moss, to return it.  And that deadline    09:24AM

8    is February 15th, 2014.  So, if Moss has issued a work    09:24AM

9    authorization packet to people and they've been sitting on it,    09:24AM

10   they need to return it to Moss by February 15 of 2014.    09:24AM

11           Finally, we've come up with a procedure for people    09:24AM

12   who have misfiled their claim; that, they filed a foreclosure    09:24AM

13   claim and they really should have filed a remediation claim,    09:24AM

14   we'll notify them of their error and give them 30 days to fix    09:24AM

15   it.    09:25AM

16           Finally, our contact information remains the same.    09:25AM

17   Our web address is www3browngreer.com/drywall.  Our email    09:25AM

18   address is cdwquestions@browngreer.com.  Out telephone number is    09:25AM

19   866-866-1729.  And we can be contacted by mail at PO Box 25401,    09:25AM

20   Richmond, Virginia 23260.    09:25AM

21           THE COURT:  There's a couple of issues that have come    09:25AM

22   up.    09:25AM

23           One is with the Other Loss Claims.  There's been    09:25AM

24   some concern, some people are in extremis, they either have been    09:25AM

25   foreclosed on or in a bad financial situation and have asked    09:25AM

1     about whether their claims for Other Loss Claims can be                09:25AM

2     expedited.                                                             09:25AM

3                 The issue is a little more complicated than it             09:25AM

4     seems in that that portion of the settlement is a fixed fund,          09:25AM

5     unlike the other portions of the settlement.  The other claims        09:26AM

6     are a fixed fund.  And, to decide how much each claim gets, it's       09:26AM

7     going to depend upon how many claimants make claims for those          09:26AM

8     other losses and what their other losses are.  That's totalled        09:26AM

9     up.  And then, if it's less than the amount, there's no problem,       09:26AM

10    everybody gets 100 percent of it, of the approved amounts.  If         09:26AM

11    the total is more than that cap -- which we hope it won't be --        09:26AM

12    but, if it's more, then everybody's going to have to take a            09:26AM

13    proportional hit on their particular claim.  But we won't know         09:26AM

14    that until everybody gets in.                                          09:26AM

15                What's the situation there and when do you expect          09:26AM

16    to be able to at least make some decision on how to disburse           09:27AM

17    that fund, even if it's a partial disbursement?                        09:27AM

18        MR. WOODY:  The Other Loss Claims sometimes require a              09:27AM

19    pretty significant amount of documentation.                            09:27AM

20                We're going through all those.  They go very               09:27AM

21    quickly.  They aren't very many of them, as compared to the            09:27AM

22    global claims.  We're going through them and notifying people of       09:27AM

23    incompleteness so that we can get everybody on the path toward         09:27AM

24    either getting incompleteness denials or submitting all the            09:27AM

25    documents that we need so that we can do calculations and work         09:27AM

1   with the special master to get those done.                    09:27AM

2            The initial review of those, what I'll call the      09:27AM

3   completeness review, goes very quickly.  We're half way through 09:27AM

4   the bodily injury reviews.  Took us only a few days to get     09:27AM

5   there.  And, as we complete the Global/Banner/IN-EX claims, all 09:27AM

6   the people that are working on that will turn to the Other Loss 09:27AM

7   Claims and perform those reviews.  And it will go quickly.  I   09:27AM

8   think that we will be in a position to start sending claims to  09:28AM

9   the special master by March 1st.                               09:28AM

10       THE COURT:  March 1st for the other losses, you expect   09:28AM

11   to release those to the special master so that some distribution 09:28AM

12   can be made?                                                   09:28AM

13       MR. WOODY:  I do.  It might not be all of them, but      09:28AM

14   we'll start with the ones that are complete and have complied  09:28AM

15   with the settlement agreement and given us everything we need to 09:28AM

16   be able to send those starting March 1st.                     09:28AM

17       THE COURT:  It's really important, folks, that you get   09:28AM

18   the information in that's necessary, because a delay in that   09:28AM

19   will cause not only you to be delayed but also everyone else to 09:28AM

20   be delayed in those Other Loss Claims.  So, if you have any    09:28AM

21   question on it, talk to your attorneys.  If the attorneys have 09:28AM

22   any issue on it, get to liaison counsel and they'll get the    09:28AM

23   answers for you.                                               09:28AM

24       MR. WOODY:  Thank you, sir.                              09:28AM

25            I believe Matt Garrison has a presentation on the    09:28AM

| | |
|---|---|
| 1 | Virginia settlements. | 09:29AM |
| 2 |        THE COURT:  All right, Matt. | 09:29AM |
| 3 |        MR. GARRISON:  Hello, Your Honor. | 09:29AM |
| 4 |        THE COURT:  Hello, Matt. | 09:29AM |
| 5 |        MR. GARRISON:  Do a quick laptop switch here. | 09:29AM |
| 6 |         (Pause in proceedings.) | 09:29AM |
| 7 |        MR. GARRISON:  I'm on a borrowed laptop, Your Honor.  I | 09:29AM |
| 8 | apologize. | 09:29AM |
| 9 |        THE COURT:  Compliment you on moving into the tech | 09:29AM |
| 10 | world. | 09:30AM |
| 11 |        MR. GARRISON:  This is my first status report in | 09:30AM |
| 12 | Chinese Drywall.  But, if memory serves me correct, this is my | 09:30AM |
| 13 | 28th status report to you, and only my second PowerPoint.  But | 09:30AM |
| 14 | it's refreshing to speak to you about something besides Medicare | 09:30AM |
| 15 | and Medicaid and drug liens in a drug product case. | 09:30AM |
| 16 |        Your Honor, since this is my first status report | 09:30AM |
| 17 | regarding the Virginia-based matters, I'll go through a quick | 09:30AM |
| 18 | summary of the status, a little bit of an overview about the | 09:30AM |
| 19 | real property and claims and the Other Loss Claims, some of the | 09:30AM |
| 20 | proof standards and the like and communications and just simply | 09:30AM |
| 21 | next steps and timelines. | 09:30AM |
| 22 |        There's a quick summary of the key accomplishments | 09:30AM |
| 23 | to date.  Because, as you know, the Virginia-based settlements | 09:30AM |
| 24 | are moving on a slightly different timeline. | 09:30AM |
| 25 |        The allocation plan was approved by this Court on | 09:30AM |

1    July 9th of 2013.  During that timeframe also, I think it's          09:30AM

2    worth noting, we did complete the administration of all the          09:30AM

3    nonclass Torres and Ramirez settlements.                             09:31AM

4             We then established the qualified settlement fund           09:31AM

5    accounts here for the Virginia-based settlements.  And then we       09:31AM

6    finalized the real property claim forms.  They were approved by      09:31AM

7    this Court in October of 2013.  And then, just a couple short        09:31AM

8    weeks later, we issued 700 real property claim forms.                09:31AM

9             The Other Loss Claim forms have been finalized and          09:31AM

10   approved by this Court on December 9th.  Those are now out, are      09:31AM

11   being requested.  But the real property claims forms had a           09:31AM

12   submission deadline of December 16th of 2013.  So that deadline      09:31AM

13   has passed.                                                          09:31AM

14            We have issued 91 Other Loss Claims forms as of             09:31AM

15   January 9th, but there's a couple more months left for claimants     09:31AM

16   to submit those.                                                     09:31AM

17            So, with respect to real property claims, the real          09:31AM

18   property claims fund accounts for 80 percent of the available        09:32AM

19   funds.  The allocation plan is based off square footage.             09:32AM

20            As I mentioned, there were 700 potential class              09:32AM

21   members identified by class counsel.  We issued those claim          09:32AM

22   forms to all the class members identified.  The deadline has         09:32AM

23   passed, and we received 346 real property claims forms.              09:32AM

24            There were no late submissions.  There was no               09:32AM

25   request for extensions.  So we consider the 246 to be the            09:32AM

09:32AM
09:32AM
09:32AM
09:32AM
09:32AM
09:32AM
09:32AM
09:32AM
09:33AM
09:33AM
09:33AM
09:33AM
09:33AM
09:33AM
09:33AM
09:33AM
09:33AM
09:33AM
09:33AM
09:33AM
09:33AM
09:33AM
09:34AM
09:34AM
09:34AM

1   universe with which we're working.  And we have begun the review

2   process.

3            It's somewhat early to give any meaningful

4   statistics because we've only done the initial review for 200 of

5   the claims.  So it's just basic name and address and counsel and

6   verifying the affected property address.

7            We are going to begin the detailed review process,

8   and we will have completed that largely through the balance of

9   January and February.  We will issue deficiency notices.  Follow

10  that typical procedure of a deficiency notice and cure

11  allocation and a chance for reconsideration or appeal based off

12  our allocation findings.

13           Across the four Virginia-based settlements, there

14  are 60 possible defendants.  They are basically through five

15  major buckets:  The nationwide insureds, the builder's mutual,

16  the Porter Blaine and Venture, the Tobin and the J&M Drywall

17  Company.  So those are the five major buckets but all

18  consolidated into four of the settlements.

19           The claim form instructed the class members to

20  identify any and all defendants which with whom they believe

21  they have claims, and so you'll see that the numbers here that

22  summarize what we've received so far just in the 200 that we've

23  reviewed.  As you see, 40 percent against the nationwide group.

24  58 percent against Porter Blaine.  30 percent on the Tobin

25  Trading.  8 percent installers.  31 percent builders.  And then

1    a 20 percent bucket of Other, which we are still working          09:34AM

2    through.                                                          09:34AM

3              So that's a quick overview of the real property.        09:34AM

4              With respect to Other Loss, the other loss             09:34AM

5    accounts for the additional 20 percent of total funds in each     09:34AM

6    settlement.  The allocation will be based off our determination   09:34AM

7    for each of the types of loss.  Each of those types of loss has   09:34AM

8    a very defined proof standard and we will follow that.  We'll     09:34AM

9    also use the typical insurance type adjusting schedules to get    09:34AM

10   at the various types of values through the other losses           09:34AM

11   submitted.                                                        09:34AM

12             We've only issued 91 claims forms as of January         09:34AM

13   9th.  There are other loss claims forms that will be issued by    09:34AM

14   plaintiffs' counsel directly.  So it's too early to give you a    09:35AM

15   final count.  And, as mentioned, the deadline for submission is   09:35AM

16   March 17th.                                                       09:35AM

17             The other types of loss that are eligible:             09:35AM

18   Pre-remediation alternative living expenses, foreclosure, sales   09:35AM

19   and mitigation, tenant losses, bodily injury, personal property.  09:35AM

20   And there is a bucket of other loss that allows the special       09:35AM

21   master some discretion if it's equitable and should be            09:35AM

22   considered as an other loss type.                                 09:35AM

23             So, just off the sampling of what we've seen in         09:35AM

24   terms of requested claims forms, this graph gives you a little    09:35AM

25   bit of information as to what types of other losses are coming     09:35AM

1   in in the Virginia-based settlements.  8 percent, roughly, in 09:35AM

2   foreclosure.  Sales and mitigation 7.5.  Alternative living 09:35AM

3   expenses, 20 percent.  Tenant losses, 8 percent.  Bodily injury, 09:35AM

4   10.5.  Personal property, 38.5.  And other or not designated, 09:35AM

5   you see two different groups there.  And, again, the numbers add 09:36AM

6   up to more than 100 percent because people can request more than 09:36AM

7   one type of claims form. 09:36AM

8              So we have a dedicated email account set up for 09:36AM

9   potential class members and their class counsel to communicate 09:36AM

10  with us.  We've received 30 email inquiries to date.  They're 09:36AM

11  commonly questions about just assistance on completing the 09:36AM

12  claims form and also just confirmation that the information 09:36AM

13  transmitted has been received. 09:36AM

14             We host weekly conference calls with all the 09:36AM

15  counsel involved. 09:36AM

16             And we have regular communication with BrownGreer 09:36AM

17  to ensure that we're consistent with respect to where we need to 09:36AM

18  be between BrownGreer matters and the four Virginia-based 09:36AM

19  settlement matters. 09:36AM

20             Upcoming milestones.  We'll complete the real 09:36AM

21  property claims review.  As mentioned, initial review's nearing 09:36AM

22  completion.  Full reviews will take place in the next couple 09:37AM

23  months. 09:37AM

24             We have an expedited process where we want to get 09:37AM

25  the money distributed as quickly as possible and the real 09:37AM

1    property claims, and then we will be on a separate, slightly    09:37AM

2    delayed, track for other losses.  I don't want to say slightly    09:37AM

3    delayed, that sounds pejorative.  I'll say a later track for the    09:37AM

4    other claims so we can get the money out on the real property.    09:37AM

5            So we'll issue the deficiency notices probably    09:37AM

6    before I see this Court next and with the status report.  And    09:37AM

7    then we'll have gone through the cure period.  And my hope is,    09:37AM

8    early in spring here, in the next couple months, we'll be in a    09:37AM

9    position to distribute funds for real property.    09:37AM

10            So I mentioned the expedited process.  We're    09:37AM

11   committed to a fast timeline for the payments.    09:37AM

12            And, to sum up, on current status, 346 total    09:37AM

13   claims.  Deep into the initial review process.  And the Other    09:37AM

14   Loss Claim form submissions process.    09:38AM

15            That's it, Your Honor.    09:38AM

16       THE COURT:  Okay.  One of the reasons I have the claims    09:38AM

17   administrators come is to get the report so that you can see the    09:38AM

18   report.  But, also, they're available after the conference for    09:38AM

19   anyone having any questions, specific questions to them.  So, if    09:38AM

20   you do have any homeowner out there or any attorney representing    09:38AM

21   anyone, they're available to you for a discussion after the    09:38AM

22   meeting.    09:38AM

23            Thank you very much.    09:38AM

24       MR. HERMAN:  May it please the Court, Your Honor,    09:38AM

25   BrownGreer's slides, PowerPoints, are submitted for the record    09:38AM

1   so that they can be looked at by anyone involved in the 09:38AM

2   litigation, claimant attorney, et cetera.  We'd like to ask Matt 09:38AM

3   Garrison to please have his PowerPoints in the status 09:38AM

4   conferences submitted for the record if they haven't been. 09:39AM

5          Your Honor has already addressed at page 25 09:39AM

6   already remediated homes.  Just want to state that Mr. Miller 09:39AM

7   and Mr. Davis and our offices and Moss representatives will be 09:39AM

8   meeting following this conference to resolve some scheduled 09:39AM

9   matters under consideration. 09:39AM

10         THE COURT:  With regard to the Moss representatives, 09:39AM

11  it's oftentimes they've come into a neighborhood and they begin 09:39AM

12  -- they have all the paperwork for a particular home, and they 09:39AM

13  begin remediating or begin working on that particular home. 09:39AM

14  They know there are other homes in that same neighborhood, but 09:39AM

15  those homes haven't gotten all of the material in.  So, 09:39AM

16  oftentimes, Moss representatives will contact those individuals 09:39AM

17  and say:  We're in the neighborhood, we can get to your home, 09:39AM

18  please send in your material.  That's consistent with what the 09:40AM

19  Court's interested in doing; namely, to expedite their work in 09:40AM

20  the neighborhood.  So it makes some sense for them to be in the 09:40AM

21  neighborhood and be able to work on the next home or the home 09:40AM

22  down the street immediately if they get the paperwork in, rather 09:40AM

23  than have to wait for a month or two and then go back to that 09:40AM

24  same neighborhood.  It just is helpful for them to feel free to 09:40AM

25  at least contact the neighbor and say give me the material.  So 09:40AM

| | | |
|---|---|---|
| 1 | I hope any lawyer doesn't take offense with them being | 09:40AM |
| 2 | interested in expediting the remediation to the homeowner, to | 09:40AM |
| 3 | their client.  So that's what's been happening. | 09:40AM |
| 4 | MR. HERMAN:  Your Honor -- | 09:41AM |
| 5 | THE COURT:  You want to say something? | 09:41AM |
| 6 | MR. LEVIN:  I'm getting ready for the next one, Your | 09:41AM |
| 7 | Honor. | 09:41AM |
| 8 | MR. HERMAN:  Do you have your computer? | 09:41AM |
| 9 | THE COURT:  He said, what's that? | 09:41AM |
| 10 | MR. HERMAN:  Yes, he did. | 09:41AM |
| 11 | It's one of those things Lenny has in front of | 09:41AM |
| 12 | him. | 09:41AM |
| 13 | MR. LEVIN:  I still call it a machine. | 09:41AM |
| 14 | MR. HERMAN:  Your Honor, at page 13, I think counsel | 09:41AM |
| 15 | should recall that the claims administrative procedures, what we | 09:41AM |
| 16 | call CAPS, C-A-Ps, listed on the report at page 13, the last of | 09:41AM |
| 17 | the six was issued January 2nd, 2014.  These are the procedures | 09:41AM |
| 18 | upon which BrownGreer evaluates claims, receives them, et | 09:41AM |
| 19 | cetera.  All have been subject to the Court's approval.  And | 09:41AM |
| 20 | those folks wishing to submit claims or who have issues should | 09:42AM |
| 21 | access on the Court's website or on BrownGreer's website the CAP | 09:42AM |
| 22 | orders.  And, again, the last of which, 2013-6, went into effect | 09:42AM |
| 23 | and was approved on January 2nd, 2014. | 09:42AM |
| 24 | Lastly, in this section, Your Honor, following the | 09:42AM |
| 25 | hearing today, there's no opposition to the qualified settlement | 09:42AM |

```
 1  funds, which the deadline or the motion was set for hearing      09:42AM

 2  today.                                                           09:42AM

 3              At this time, lead counsel, our IT expert, Mr.       09:42AM

 4  Levin, will speak to the appeals.                                09:42AM

 5          THE COURT:  Okay.  And that's dealing with Taishan,      09:43AM

 6  non--                                                            09:43AM

 7          MR. LEVIN:  Yes, Your Honor.                             09:43AM

 8              Remaining appeals in the Fifth Circuit are being     09:43AM

 9  heard on February 5th.  And they're being heard not in New       09:43AM

10  Orleans, but we've been notified, in Houston.  We do not have    09:43AM

11  the panels yet.  That comes out approximately a week before.     09:43AM

12              There are three appeals.  They have been             09:43AM

13  consolidate.                                                     09:43AM

14              Mitchell is a Florida appeal of a builder.           09:43AM

15              We have the gross indeterminate defendant appeal.    09:43AM

16              And then we have Wiltz, which is a Taishan appeal,   09:43AM

17  where plaintiff in Wiltz has Taishan product in their home.      09:43AM

18  Those appeals will be heard.                                     09:43AM

19          THE COURT:  Which state is the Wiltz in?  Virginia       09:43AM

20  or --                                                            09:43AM

21          MR. LEVIN:  Here in Louisiana.  Gross and Wiltz are in   09:43AM

22  Louisiana.  Mitchell is in Florida.                              09:43AM

23              I might go to page 24 with regard to the             09:44AM

24  preliminary defaults now.                                        09:44AM

25              Russ reminded me that Taishan has counsel, Mr.       09:44AM
```

1    Owen.  And, although Taishan never appears, he does appear.  So          09:44AM

2    perhaps he wants to say something.                                       09:44AM

3              THE COURT:  Tom, anything?                                      09:44AM

4              MR. OWEN:  I don't have anything.  It's, under the             09:44AM

5    other appeal, I don't know what Mr. Levin has to say about               09:44AM

6    preliminary defaults.                                                    09:44AM

7              MR. LEVIN:  You will.                                           09:44AM

8                   We filed a fourth motion for preliminary defaults         09:44AM

9    this week.                                                               09:44AM

10                  Your Honor, what has happened here is, it's a             09:44AM

11   degree of Chinese water torture.  We keep filing complaints             09:44AM

12   against Taishan.  They keep changing their names.  They change          09:44AM

13   comas to periods.  And, none of which really is relevant, and           09:45AM

14   they duck service that way.                                              09:45AM

15                  There are three complaints, the ameren complaints.        09:45AM

16   They have been filed purposefully in Virginia where Taishan             09:45AM

17   appears, in Florida where Taishan appears and Louisiana where           09:45AM

18   Taishan appears.  These are three jurisdictions that have been          09:45AM

19   targeted by Taishan for their products to enter into domestic           09:45AM

20   homes in the United States, predominantly in those areas because        09:45AM

21   of Hurricane Katrina.  And, each of these cases, we have made           09:45AM

22   service or are attempting to make service, that's practically           09:45AM

23   complete.  Despite the fact that it's ameren class action, in           09:45AM

24   each of these jurisdictions, we have filed an intervention              09:45AM

25   complaint with all of the Taishan plaintiffs, and no matter            09:45AM

1    where their homes are, so that every Taishan plaintiff has a                   09:46AM

2    claim pending in the three jurisdictions where Taishan was                     09:46AM

3    extremely active.                                                              09:46AM

4              Those complaints are going to be defaulted unless                    09:46AM

5    they come in and seek to open it up or at least discuss them                   09:46AM

6    with us.                                                                       09:46AM

7              In addition, we've sued their principals in each                     09:46AM

8    of those complaints.                                                           09:46AM

9              Hopefully, by the time we complete this costly and                   09:46AM

10   prolixed process, we will have every Taishan home in three                     09:46AM

11   jurisdictions with service.  And, hopefully, by then, we'll have               09:46AM

12   an opinion from the Fifth Circuit.                                             09:46AM

13             THE COURT:  Tom, anything in response?  Tom.                         09:46AM

14             MR. OWEN:  Tom Owen on behalf of the TG and TTP.                     09:46AM

15             Part of the issue is, as I saw the filing come                       09:46AM

16   across for the fourth preliminary default, I reviewed it as                    09:46AM

17   similar to the third preliminary default, which was also filed                 09:47AM

18   during the stay that's been in place as to TG and TTP, and                     09:47AM

19   viewed this as an issue that we were going to resolve and get                  09:47AM

20   addressed after the appeal is done to determine whether or not                 09:47AM

21   Louisiana, Virginia or Florida have jurisdiction over the case                 09:47AM

22   and then how we're going to proceed moving forward.  Again, we                 09:47AM

23   haven't had a chance to discuss how any of that -- with the PSC                09:47AM

24   before it was filed or after it was filed.  So that was our view               09:47AM

25   of this preliminary default motion.                                            09:47AM

| | | |
|---|---|---|
| 1 | THE COURT:  It wouldn't hurt for you to at least begin | 09:47AM |
| 2 | your discussions with them even if it's tentative and dependent | 09:47AM |
| 3 | upon the Fifth Circuit.  At least you can get some discussions. | 09:47AM |
| 4 | And maybe you ought to bring in some of your people that have | 09:47AM |
| 5 | visited with us before, both here and in China, to keep them | 09:47AM |
| 6 | current so that they don't have to start from ground zero if | 09:47AM |
| 7 | matters work against them. | 09:48AM |
| 8 | MR. OWEN:  I'll communicate that to them, Your Honor. | 09:48AM |
| 9 | MR. HERMAN:  Your Honor, may it please the Court, I do | 09:48AM |
| 10 | have to make one comment in response. | 09:48AM |
| 11 | The IN/EX trial, which was conducted in this | 09:48AM |
| 12 | court, and the evidence submitted in that trial came after the | 09:48AM |
| 13 | briefing periods in the appeals that are currently before the | 09:48AM |
| 14 | Court.  Dependent upon the Fifth Circuit ruling -- and I don't | 09:48AM |
| 15 | want to get into the substance or argue it -- it is possible | 09:48AM |
| 16 | that those rulings will not be dispositive, should they dismiss | 09:48AM |
| 17 | for some reason jurisdiction over Louisiana, the Louisiana | 09:48AM |
| 18 | complaints. | 09:49AM |
| 19 | MR. OWEN:  And, Your Honor, our only point is that, | 09:49AM |
| 20 | until we get those rulings -- that's the reason for the stay. | 09:49AM |
| 21 | And, again, if the PSC wants to continue to serve these things | 09:49AM |
| 22 | in the meantime, that's their prerogative.  But my understanding | 09:49AM |
| 23 | was that we were going to wait until we get the Fifth Circuit | 09:49AM |
| 24 | ruling. | 09:49AM |
| 25 | MR. HERMAN:  That's correct. | 09:49AM |

```
 1        Your Honor, there's one other issue -- first of    09:49AM
 2   all, I do want to state on the record, the cataphora claim   09:49AM
 3   against PSC members was resolved as of yesterday and is being   09:49AM
 4   papered now.  It was a unanimous vote of the PSC members to   09:49AM
 5   resolve it.  There will be certain funds returned as a result.   09:49AM
 6   The settlement's being paid out of a bond and excess money will   09:49AM
 7   come back.    09:49AM
 8        I bring that up for a second reason.  The issue of   09:49AM
 9   the continuing activities of Mr. Johnston, Robert Johnston as   09:49AM
10   pro se, it came up at the last status conference, and how    09:50AM
11   payment for those services will be made post-settlement.  And I   09:50AM
12   believe that, if Your Honor would entertain Mr. Miller, Mr.   09:50AM
13   Johnston and I following this hearing, there may be a solution   09:50AM
14   to that that the Court might consider, which I believe may    09:50AM
15   satisfy everyone.    09:50AM
16        THE COURT:  Okay.  Yeah, I think it's important,   09:50AM
17   because I think Mr. Johnston's services have been very helpful   09:50AM
18   to the litigants.    09:50AM
19        There are litigants who either don't know    09:50AM
20   attorneys, don't want to talk to attorneys, but have a lot of   09:50AM
21   questions.  And, instead of them calling the Court and asking   09:50AM
22   questions, and then we're not able to respond to them because we   09:50AM
23   can't talk to one litigant without the presence of the other   09:50AM
24   litigant, we send them to Mr. Johnston, who can service them and   09:50AM
25   talk to them.  And many people have responded and said they   09:51AM
```

| | | |
|---|---|---|
| 1 | appreciate that opportunity.  I think, in these cases, we all | 09:51AM |
| 2 | have to recognize that there are individuals whose claim -- they | 09:51AM |
| 3 | don't have enough information to even go to an attorney, and so | 09:51AM |
| 4 | they need somebody to talk to.  And that's why I appointed Bob | 09:51AM |
| 5 | to handle these cases.  And he's done a good job, and he | 09:51AM |
| 6 | deserves to be paid by it.  So I'll support his efforts to get | 09:51AM |
| 7 | remunerated for the work that he's done. | 09:51AM |
| 8 | Anything else that we need to talk about? | 09:51AM |
| 9 | MR. MILLER:  Yes, Your Honor.  Briefly.  Kerry Miller | 09:51AM |
| 10 | for Knauf. | 09:51AM |
| 11 | Just a reminder that, after this conference, | 09:51AM |
| 12 | certain defendants have inquired with me as to the status of the | 09:51AM |
| 13 | Louisiana AG's claim in this MDL.  And David Black, who | 09:51AM |
| 14 | represents the AG's office, is here.  I spoke with David back in | 09:52AM |
| 15 | December.  Chrissy Calogero put us together, about getting the | 09:52AM |
| 16 | interested parties that are involved in that lawsuit together | 09:52AM |
| 17 | for a brief status conference, just to discuss the status of the | 09:52AM |
| 18 | case. | 09:52AM |
| 19 | THE COURT:  Yes.  I would like to talk with you all. | 09:52AM |
| 20 | We received a copy of an opinion by the United States Supreme | 09:52AM |
| 21 | Court, not on this issue, but perhaps some relevant issues, that | 09:52AM |
| 22 | came out a day or two ago, which you might be interested in at | 09:52AM |
| 23 | least talking about. | 09:52AM |
| 24 | There are two things that I wanted to bring up. | 09:52AM |
| 25 | There's a defendant's motion for summary judgment, a | 09:52AM |

| | | |
|---|---|---|
| 1 | non-settling defendant.  It has been filed some time ago, and | 09:52AM |
| 2 | it's going to be -- they wanted to have a date for hearing. | 09:52AM |
| 3 | It's document 15878 filed on behalf of JVP Drywall and Finish, | 09:52AM |
| 4 | Inc.  I will set it for the next status conference and a later | 09:53AM |
| 5 | response from the plaintiffs' committee on this particular | 09:53AM |
| 6 | issue. | 09:53AM |
| 7 | There's also another matter that's a motion to | 09:53AM |
| 8 | extend the claim submission deadline.  I just received that | 09:53AM |
| 9 | motion.  I'll need some response from the plaintiffs' committee | 09:53AM |
| 10 | on that. | 09:53AM |
| 11 | We have extended deadlines along the way, | 09:53AM |
| 12 | recognizing some complications.  But you get to a point where | 09:53AM |
| 13 | you have to adhere to those deadlines because it has a back-up | 09:53AM |
| 14 | effect and stops the whole group from recovering.  So that's why | 09:53AM |
| 15 | I've been very careful in trying to encourage everybody to meet | 09:53AM |
| 16 | the deadlines.  And we've extended them.  It's a question of | 09:53AM |
| 17 | whether to extend it further.  But I will listen to the parties | 09:54AM |
| 18 | and make that decision. | 09:54AM |
| 19 | Anything further from anyone? | 09:54AM |
| 20 | MR. MILLER:  Your Honor, Kerry Miller again.  Just to | 09:54AM |
| 21 | be clear on the Louisiana AG issue, I think we're going to meet | 09:54AM |
| 22 | in your chambers in the conference room.  So builder lawyers and | 09:54AM |
| 23 | supplier lawyers are in that case. | 09:54AM |
| 24 | THE COURT:  The next meeting is February 20th.  And the | 09:54AM |
| 25 | following meeting is March 13, 2014. | 09:54AM |

1          Anything from anyone for the good of the order?          09:54AM

2          All right, folks.          09:54AM

3          MR. DAVIS:  Your Honor, just one item.  On No. 14,          09:54AM

4    there is a motion to authorize to deposit of settlement funds          09:54AM

5    after the status conference.          09:54AM

6          THE COURT:  There hasn't been any objection to that.          09:54AM

7    I'll grant that motion.          09:54AM

8          Thank you very much.  Court will stand in recess.          09:54AM

9          CASE MANAGER:  All rise.          09:54AM

10          (9:55 a.m., proceedings concluded.)          09:54AM

11

12

13                          CERTIFICATE

14

15

16        I, Susan A. Zielie, Official Court Reporter, do hereby
     certify that the foregoing transcript is correct.

17

18                          /S/ SUSAN A. ZIELIE, FCRR

19                          _____
                              Susan A. Zielie, FCRR

20

21

22

23

24

25

## #

**#310** [1] - 2:18

## /

**/S** [1] - 35:18

## 0

**09-2047** [1] - 4:7
**09-MD-2047** [1] - 1:5

## 1

**1,000** [1] - 5:23
**1,067** [1] - 14:15
**1,300** [1] - 15:12
**1,339** [1] - 11:16
**1,794** [1] - 14:12
**10.5** [1] - 24:4
**100** [2] - 18:10, 24:6
**106** [1] - 14:16
**10th** [1] - 7:16
**1100** [1] - 3:3
**12** [1] - 10:24
**12,000** [2] - 12:3, 14:5
**12,026** [1] - 11:12
**13** [3] - 27:14, 27:16, 34:25
**14** [1] - 35:3
**14th** [1] - 7:22
**15** [2] - 8:2, 17:10
**15878** [1] - 34:3
**15th** [3] - 8:10, 8:24, 17:8
**16** [2] - 1:6, 12:3
**16th** [1] - 21:12
**17th** [2] - 12:6, 23:16
**19106** [1] - 2:15
**1st** [3] - 19:9, 19:10, 19:16

## 2

**2** [3] - 3:1, 4:1, 6:13
**2,000** [1] - 15:12
**2,124** [1] - 13:2
**2,931** [1] - 13:16
**20** [3] - 23:1, 23:5, 24:3
**200** [2] - 22:4, 22:22
**2010** [2] - 4:1, 8:5
**2013** [3] - 21:1, 21:7, 21:12
**2013-6** [1] - 27:22
**2014** [10] - 1:6, 8:2, 8:11, 16:22, 17:4, 17:8, 17:10, 27:17, 27:23, 34:25

**20th** [1] - 34:24
**21,159** [1] - 11:8
**230** [1] - 15:4
**23260** [1] - 17:20
**23510** [1] - 2:18
**24** [1] - 28:23
**2450** [1] - 2:7
**246** [1] - 21:25
**25** [2] - 15:17, 26:5
**25401** [1] - 17:19
**25th** [2] - 16:16, 16:24
**28** [3] - 7:3, 16:22, 17:3
**28th** [1] - 20:13
**2nd** [2] - 27:17, 27:23

## 3

**3** [1] - 6:13
**3,804** [1] - 11:20
**30** [4] - 15:23, 17:14, 22:24, 24:10
**300** [1] - 14:13
**31** [1] - 22:25
**346** [2] - 21:23, 25:12
**35** [1] - 13:2
**3600** [1] - 2:3
**3700** [1] - 3:4
**38.5** [1] - 24:4

## 4

**4,525** [1] - 12:6
**4,538** [2] - 13:18, 13:22
**4,547** [1] - 13:12
**4.7.1.1** [1] - 11:21
**40** [2] - 12:4, 22:23
**400** [1] - 2:7
**422** [1] - 12:11

## 5

**5** [1] - 8:21
**50** [2] - 12:2, 14:5
**500** [3] - 1:22, 2:14, 14:3
**504.524.3300** [1] - 2:4
**504.561.7799** [1] - 2:8
**504.581.4892** [1] - 2:12
**504.589.7781** [1] - 1:24
**504.593.0849** [1] - 3:8
**504.599.8000** [1] - 3:5
**510** [1] - 2:14
**546** [1] - 3:7
**56** [1] - 12:24
**58** [1] - 22:24
**580** [1] - 2:17

**5th** [1] - 28:9

## 6

**6** [1] - 16:4
**6,662** [1] - 12:23
**60** [2] - 15:25, 22:14

## 7

**7,225,676** [1] - 14:19
**7.5** [1] - 24:2
**700** [2] - 21:8, 21:20
**701** [1] - 2:3
**70113** [1] - 2:12
**70130** [3] - 1:22, 2:8, 3:7
**70139** [1] - 2:4
**70163** [1] - 3:4
**71** [1] - 13:17
**733** [1] - 13:11
**757.233.0009** [1] - 2:19

## 8

**8** [3] - 22:25, 24:1, 24:3
**80** [1] - 21:18
**82** [1] - 12:20
**820** [1] - 2:11
**866-866-1729** [1] - 17:19
**877.822.1011** [1] - 2:15
**88** [1] - 13:13

## 9

**90** [1] - 14:16
**91** [2] - 21:14, 23:12
**94** [1] - 12:2
**9:00** [2] - 1:6, 4:2
**9:55** [1] - 35:10
**9th** [4] - 21:1, 21:10, 21:15, 23:13

## A

**A.M** [2] - 1:6, 4:2
**a.m** [1] - 35:10
**able** [5] - 7:6, 18:16, 19:16, 26:21, 32:22
**access** [1] - 27:21
**accomplishments** [1] - 20:22
**account** [1] - 24:8
**accounts** [3] - 21:5, 21:18, 23:5
**accurate** [1] - 9:19

**acted** [1] - 6:19
**action** [2] - 8:22, 29:23
**actions** [2] - 6:10, 8:20
**active** [1] - 30:3
**activities** [1] - 32:9
**Adams** [1] - 9:20
**add** [2] - 9:17, 24:5
**addition** [1] - 30:7
**additional** [4] - 5:2, 8:22, 16:13, 23:5
**address** [5] - 7:18, 17:17, 17:18, 22:5, 22:6
**addressed** [2] - 26:5, 30:20
**adhere** [1] - 34:13
**adjusting** [1] - 23:9
**administration** [1] - 21:2
**administrative** [1] - 27:15
**administrator** [2] - 16:3, 16:4
**administrators** [1] - 25:17
**affected** [1] - 22:6
**afterwards** [1] - 9:23
**AG** [1] - 34:21
**AG's** [2] - 33:13, 33:14
**agenda** [2] - 4:19
**ago** [3] - 4:18, 33:22, 34:1
**agree** [1] - 16:2
**agreement** [2] - 11:22, 19:15
**agreements** [2] - 11:16, 14:8
**AIDED** [1] - 1:25
**ALL** [1] - 1:7
**allocation** [5] - 20:25, 21:19, 22:11, 22:12, 23:6
**allow** [1] - 5:11
**allows** [3] - 11:22, 17:2, 23:20
**almost** [1] - 14:3
**alternative** [2] - 23:18, 24:2
**amend** [1] - 6:1
**amended** [1] - 5:2
**amendments** [1] - 6:17
**ameren** [2] - 29:15, 29:23
**amount** [3] - 7:7, 18:9, 18:19
**amounts** [1] - 18:10
**ample** [1] - 15:11

**answers** [1] - 19:23
**anticipate** [1] - 7:25
**anticipates** [1] - 8:24
**apologize** [1] - 20:8
**appeal** [8] - 8:5, 15:24, 22:11, 28:14, 28:15, 28:16, 29:5, 30:20
**appeals** [5] - 28:4, 28:8, 28:12, 28:18, 31:13
**appear** [1] - 29:1
**appearance** [1] - 4:9
**APPEARANCES** [2] - 2:1, 3:1
**application** [1] - 5:1
**applies** [1] - 16:24
**appoint** [1] - 5:9
**appointed** [1] - 33:4
**appreciate** [1] - 33:1
**appropriate** [2] - 6:9, 7:11
**approval** [1] - 27:19
**approved** [5] - 18:10, 20:25, 21:6, 21:10, 27:23
**April** [1] - 7:22
**area** [1] - 14:25
**areas** [2] - 6:2, 29:20
**argue** [1] - 31:15
**ARNOLD** [1] - 2:14
**assigned** [2] - 12:25, 16:23
**assignment** [1] - 17:2
**assignments** [2] - 6:21, 13:19
**assigns** [1] - 13:21
**assistance** [1] - 24:11
**attempt** [1] - 9:13
**attempting** [1] - 29:22
**attention** [1] - 9:3
**attorney** [3] - 35:20, 26:2, 33:3
**attorneys** [6] - 9:1, 9:24, 19:21, 32:20
**authorization** [3] - 12:21, 17:7, 17:9
**authorize** [1] - 35:4
**avail** [1] - 10:3
**available** [5] - 10:11, 10:14, 21:18, 25:18, 25:21
**AVENUE** [1] - 2:11
**aware** [2] - 10:21, 16:12

## B

**B406** [1] - 1:22
**back-up** [1] - 34:13
**bad** [1] - 17:25

**balance** [1] - 22:8
**bankruptcy** [2] - 8:7, 8:8
**Banner** [10] - 11:10, 11:11, 12:3, 12:23, 13:1, 13:10, 14:13, 14:14, 14:15, 17:3
**BARRIOS** [3] - 2:2, 2:3, 7:14
**Barrios** [2] - 6:12, 7:23
**based** [9] - 20:17, 20:23, 21:5, 21:19, 22:11, 22:13, 23:6, 24:1, 24:18
**basic** [1] - 22:5
**basis** [3] - 15:3, 15:7, 15:11
**BEFORE** [1] - 1:10
**begin** [5] - 22:7, 26:11, 26:13, 31:17
**beginning** [2] - 10:5, 10:6
**begun** [2] - 15:2, 22:1
**behalf** [4] - 4:12, 4:14, 30:14, 34:3
**beneficial** [2] - 10:2
**benefit** [7] - 5:18, 5:21, 6:3, 6:4, 7:8, 7:9, 10:19
**BERMAN** [1] - 2:13
**best** [1] - 16:16
**between** [1] - 24:18
**bit** [3] - 8:18, 20:18, 23:25
**Black** [1] - 33:13
**Blaine** [2] - 22:16, 22:24
**blank** [1] - 14:2
**blanks** [1] - 14:2
**Bob** [1] - 33:4
**bodily** [4] - 12:4, 19:4, 23:19, 24:3
**bond** [1] - 32:6
**borrowed** [1] - 20:7
**Box** [1] - 17:19
**break** [1] - 13:9
**breakdown** [2] - 11:24, 14:7
**brief** [1] - 33:17
**briefing** [1] - 31:13
**briefly** [1] - 33:9
**bring** [7] - 8:12, 13:2, 13:21, 17:2, 31:4, 32:8, 33:24
**bringing** [2] - 8:9, 9:3
**BrownGreer** [6] - 10:24, 11:4, 11:6, 24:16, 24:18, 27:18
**BrownGreer's** [2] -

25:25, 27:21
**bucket** [2] - 23:1, 23:20
**buckets** [2] - 22:15, 22:17
**builder** [3] - 14:11, 28:14, 34:22
**builder's** [1] - 22:15
**builders** [2] - 6:19, 22:25
**BUILDERS** [1] - 3:6
**Builders** [2] - 13:11, 13:16
**bulk** [2] - 11:9, 14:9
**BY** [8] - 1:25, 1:25, 2:3, 2:10, 2:14, 2:17, 3:2, 3:6

---

# C

**C-A-Ps** [1] - 27:16
**calculations** [1] - 18:25
**CALLED** [1] - 4:3
**Calogero** [1] - 33:15
**cap** [1] - 18:11
**CAP** [1] - 27:21
**CAPS** [1] - 27:16
**careful** [1] - 34:15
**Carondelet** [1] - 3:7
**case** [12] - 4:6, 5:11, 5:22, 5:23, 7:15, 8:9, 8:10, 8:19, 20:15, 30:21, 33:18, 34:23
**CASE** [2] - 4:7, 35:9
**cases** [4] - 8:17, 29:21, 33:1, 33:5
**CASES** [1] - 1:7
**CASTEIX** [1] - 2:2
**cataphora** [1] - 32:2
**categories** [1] - 13:11
**category** [1] - 13:6
**cdwquestions@ browngreer.com** [1] - 17:18
**CENTRE** [1] - 3:3
**certain** [2] - 32:5, 33:12
**certainly** [2] - 6:21, 9:18
**CERTIFICATE** [1] - 35:13
**certify** [1] - 35:16
**cetera** [3] - 7:24, 26:2, 27:19
**chain** [1] - 14:12
**chambers** [1] - 34:22
**chance** [2] - 22:11, 30:23
**change** [2] - 7:3,

29:12
**changing** [1] - 29:12
**China** [1] - 31:5
**Chinese** [4] - 4:7, 8:9, 20:12, 29:11
**CHINESE** [1] - 1:3
**CHINESE-MANUFACTURED** [1] - 1:3
**Chrissy** [1] - 33:15
**Circuit** [5] - 28:8, 30:12, 31:3, 31:14, 31:23
**CIVIL** [1] - 1:5
**claim** [26] - 13:1, 13:2, 13:10, 13:21, 15:4, 15:7, 15:10, 15:11, 15:16, 15:18, 16:9, 16:18, 17:12, 17:13, 18:6, 18:13, 21:6, 21:8, 21:21, 22:19, 30:2, 32:2, 33:2, 33:13, 34:8
**Claim** [2] - 21:9, 25:14
**claimant** [1] - 26:2
**claimants** [5] - 15:3, 15:21, 15:23, 18:7, 21:15
**claims** [57] - 11:8, 11:10, 11:14, 11:17, 11:20, 11:23, 12:2, 12:3, 12:4, 12:17, 12:24, 13:13, 13:16, 14:1, 14:6, 14:8, 14:10, 14:19, 14:22, 15:4, 15:6, 16:2, 16:4, 16:8, 16:14, 16:15, 16:22, 16:23, 17:3, 17:4, 18:1, 18:5, 18:7, 18:22, 19:5, 19:8, 20:19, 21:11, 21:17, 21:18, 21:23, 22:5, 23:24, 24:7, 24:12, 24:21, 25:1, 25:4, 25:13, 25:16, 27:15, 27:18, 27:20
**Claims** [9] - 15:2, 16:5, 17:23, 18:1, 18:18, 19:7, 19:20, 20:19, 21:14
**clarification** [2] - 15:9, 15:15
**class** [9] - 8:20, 8:21, 21:20, 21:21, 21:22, 22:19, 24:9, 29:23
**clear** [2] - 6:17, 34:21
**client** [1] - 27:3
**clients'** [1] - 9:2

**comas** [1] - 29:13
**combination** [2] - 11:12, 14:15
**coming** [1] - 23:25
**comment** [1] - 31:10
**committed** [1] - 25:11
**committee** [3] - 5:17, 34:5, 34:9
**COMMITTEE** [3] - 2:2, 2:10, 3:2
**Committee** [1] - 4:14
**committees** [4] - 5:9, 5:10, 5:20, 5:24
**common** [5] - 5:18, 5:21, 6:3, 7:8, 7:9
**commonly** [1] - 24:11
**communicate** [1] - 24:9, 31:8
**communication** [1] - 24:16
**communications** [1] - 20:20
**Company** [1] - 22:17
**compared** [1] - 18:21
**compensation** [1] - 15:1
**complaint** [1] - 29:25
**complaints** [7] - 8:22, 29:11, 29:15, 30:4, 30:8, 31:18
**complete** [8] - 13:17, 19:5, 19:14, 21:2, 24:20, 29:23, 30:9
**completed** [2] - 12:8, 22:8
**completeness** [1] - 19:3
**completing** [1] - 24:11
**completion** [1] - 24:22
**complicated** [1] - 18:3
**complications** [1] - 34:12
**complied** [1] - 19:14
**compliment** [1] - 20:9
**computer** [1] - 27:8
**COMPUTER** [1] - 1:25
**COMPUTER-AIDED** [1] - 1:25
**concern** [1] - 17:24
**concluded** [1] - 35:10
**conclusion** [1] - 8:12
**conducted** [1] - 31:11
**conference** [14] - 5:5, 7:2, 9:21, 12:6, 16:3, 24:14, 25:18, 26:8, 32:10, 33:11, 33:17, 34:4, 34:22, 35:5
**CONFERENCE** [2] - 1:5, 1:9
**conferences** [1] - 26:4

**comas** [1] - 29:13
**confirmation** [1] - 24:12
**conflicts** [2] - 6:23, 10:7
**conjunction** [1] - 7:4
**consider** [3] - 11:23, 21:25, 32:14
**consideration** [1] - 26:9
**considered** [1] - 23:22
**consistent** [2] - 24:17, 26:18
**consolidate** [1] - 28:13
**consolidated** [1] - 22:18
**consultation** [1] - 8:25
**contact** [3] - 17:16, 26:16, 26:25
**contacted** [1] - 17:19
**continuance** [1] - 9:12
**continue** [2] - 9:25, 31:21
**continues** [1] - 9:11
**continuing** [2] - 16:25, 32:9
**coordinate** [1] - 8:18
**coordinated** [1] - 7:23
**coordination** [4] - 6:14, 7:13, 8:11
**COORDINATION** [1] - 2:2
**copy** [1] - 33:20
**correct** [4] - 9:9, 20:12, 31:25, 35:16
**costly** [1] - 30:9
**counsel** [12] - 4:9, 4:18, 10:2, 19:22, 21:21, 22:5, 23:14, 24:9, 24:15, 27:14, 28:3, 28:25
**count** [1] - 23:15
**couple** [7] - 4:20, 9:23, 17:21, 21:7, 21:15, 24:22, 25:8
**course** [2] - 5:8, 8:5
**court** [6] - 4:3, 6:10, 6:13, 7:12, 31:12
**COURT** [33] - 1:1, 1:20, 1:21, 4:4, 4:9, 4:15, 5:3, 6:15, 7:5, 8:13, 8:15, 9:5, 9:10, 10:4, 17:21, 19:10, 19:17, 20:2, 20:4, 20:9, 25:16, 26:10, 27:5, 27:9, 28:5, 28:19, 29:3, 30:13, 31:1, 32:16, 33:19, 34:24, 35:6
**Court** [21] - 4:11, 4:23,

6:18, 6:25, 7:1, 7:19, 10:25, 11:22, 16:10, 20:25, 21:7, 21:10, 25:6, 25:24, 31:9, 31:14, 32:14, 32:21, 33:21, 35:8, 35:15
**Court's** [4] - 9:3, 26:19, 27:19, 27:21
**courtroom** [1] - 4:16
**covered** [1] - 6:8
**create** [2] - 5:11, 5:24
**created** [1] - 16:16
**CURATOR** [1] - 2:5
**curator** [1] - 16:12
**cure** [3] - 15:19, 22:10, 25:7
**curing** [1] - 12:15
**current** [2] - 25:12, 31:6

### D

**Dade** [1] - 7:15
**damage** [1] - 15:4
**data** [1] - 13:24
**database** [1] - 16:11
**date** [3] - 20:23, 24:10, 34:2
**David** [2] - 33:13, 33:14
**Davis** [1] - 26:7
**DAVIS** [2] - 2:11, 35:3
**Dawn** [1] - 7:23
**DAWN** [1] - 2:3
**days** [7] - 7:25, 15:17, 15:21, 15:23, 15:25, 17:14, 19:4
**deadline** [20] - 15:17, 16:7, 16:8, 16:9, 16:15, 16:16, 16:18, 16:19, 16:21, 16:23, 16:24, 17:5, 17:6, 17:7, 21:12, 21:22, 23:15, 28:1, 34:8
**deadlines** [6] - 7:3, 7:4, 16:6, 34:11, 34:13, 34:16
**deal** [2] - 5:3, 6:18
**dealing** [2] - 8:16, 28:5
**deals** [1] - 5:16
**dealt** [1] - 11:17
**DECEMBER** [1] - 4:1
**December** [4] - 12:6, 21:10, 21:12, 33:15
**decide** [1] - 18:6
**decision** [2] - 18:16, 34:18
**dedicated** [1] - 24:8
**deep** [1] - 25:13

**default** [4] - 8:4, 30:16, 30:17, 30:25
**defaulted** [1] - 30:4
**defaults** [3] - 28:24, 29:6, 29:8
**DEFENDANT** [1] - 3:2
**defendant** [3] - 6:2, 28:15, 34:1
**defendant's** [1] - 33:25
**defendants** [9] - 5:14, 5:23, 7:8, 7:9, 9:2, 22:14, 22:20, 33:12
**defendants'** [1] - 5:25
**Defense** [1] - 4:14
**DEFENSE** [1] - 3:2
**deficiencies** [1] - 13:15
**deficiency** [3] - 22:9, 22:10, 25:5
**defined** [1] - 23:8
**degree** [1] - 29:11
**delay** [1] - 19:18
**delayed** [4] - 19:19, 19:20, 25:2, 25:3
**denial** [3] - 13:8, 15:13, 15:23
**denials** [1] - 18:24
**denied** [2] - 12:11, 12:25
**deny** [1] - 15:10
**dependent** [2] - 31:2, 31:14
**deposit** [1] - 35:4
**depositions** [1] - 7:24
**deserves** [1] - 33:6
**designated** [1] - 24:4
**despite** [1] - 29:23
**detailed** [1] - 22:7
**details** [1] - 7:19
**determination** [1] - 23:6
**determine** [3] - 14:21, 15:16, 30:20
**differences** [1] - 9:13
**different** [3] - 5:22, 20:24, 24:5
**direction** [1] - 10:20
**directly** [1] - 23:14
**disburse** [1] - 18:16
**disbursement** [1] - 18:17
**discovery** [1] - 7:24
**discretion** [1] - 23:21
**discuss** [6] - 4:19, 4:20, 7:15, 30:5, 30:23, 33:17
**discussed** [1] - 9:8
**discussing** [1] - 10:14

**discussion** [1] - 25:21
**discussions** [2] - 31:2, 31:3
**dismiss** [3] - 8:23, 8:24, 31:16
**dismissed** [1] - 9:3
**dispositive** [1] - 31:16
**disputes** [1] - 9:22
**distribute** [1] - 25:9
**distributed** [1] - 24:25
**distribution** [2] - 14:21, 19:11
**DISTRICT** [5] - 1:1, 1:2, 1:11, 1:21, 1:21
**divide** [1] - 14:23
**DKT** [1] - 1:5
**document** [2] - 1:6, 34:3
**documentation** [2] - 10:9, 18:19
**documents** [1] - 18:25
**domestic** [1] - 29:19
**done** [10] - 5:5, 12:6, 13:14, 13:25, 14:5, 19:1, 22:4, 30:20, 33:5, 33:7
**DOROTHY** [1] - 3:6
**down** [2] - 13:9, 26:22
**drug** [2] - 20:15
**drywall** [1] - 8:10
**Drywall** [4] - 4:8, 20:12, 22:16, 34:3
**DRYWALL** [1] - 1:3
**duck** [1] - 29:14
**during** [3] - 16:1, 21:1, 30:18
**dwimberly@ stonepigman.com** [1] - 3:8

### E

**early** [4] - 16:10, 22:3, 23:14, 25:8
**EASTERN** [2] - 1:2, 1:21
**effect** [2] - 27:22, 34:14
**effort** [2] - 7:23, 13:14
**efforts** [1] - 33:6
**either** [6] - 11:11, 12:18, 15:7, 17:24, 18:24, 32:19
**ELDON** [1] - 1:10
**elect** [1] - 12:22
**electronics** [1] - 15:5
**elements** [1] - 12:16
**eligible** [5] - 12:25, 13:8, 14:7, 14:22, 23:17

**email** [3] - 17:17, 24:8, 24:10
**emailed** [1] - 16:11
**encourage** [2] - 10:2, 34:15
**end** [1] - 6:4
**endeavors** [1] - 8:12
**ENERGY** [1] - 3:3
**ensure** [1] - 24:17
**enter** [1] - 29:19
**entered** [1] - 4:24
**entertain** [1] - 32:12
**enumerated** [1] - 11:23
**enured** [1] - 6:3
**equitable** [1] - 23:21
**error** [1] - 17:14
**ESQ** [8] - 2:3, 2:5, 2:10, 2:11, 2:14, 2:17, 3:2, 3:6
**essentially** [1] - 14:2
**establish** [2] - 9:6, 11:1
**established** [1] - 21:4
**estimate** [1] - 12:20
**et** [3] - 7:24, 26:2, 27:18
**evaluate** [1] - 5:7
**evaluates** [1] - 27:18
**eventually** [1] - 15:10
**evidence** [1] - 31:12
**EX** [2] - 17:3, 19:5
**example** [1] - 16:17
**excess** [1] - 32:6
**excluded** [1] - 11:23
**exists** [1] - 10:9
**expect** [2] - 18:15, 19:10
**expedite** [1] - 26:19
**expedited** [3] - 18:2, 24:24, 25:10
**expediting** [1] - 27:2
**expense** [1] - 9:7
**expenses** [2] - 23:18, 24:3
**experience** [1] - 9:15
**experienced** [1] - 8:17
**expert** [1] - 28:3
**expired** [2] - 16:7, 16:10
**explain** [1] - 15:18
**explaining** [2] - 12:14, 13:3
**extend** [2] - 34:8, 34:17
**extended** [2] - 34:11, 34:16
**extensions** [1] - 21:25
**extent** [1] - 9:21

**extremely** [1] - 30:3
**extremis** [1] - 17:24

### F

**fact** [2] - 6:19, 29:23
**fail** [1] - 15:9
**failed** [1] - 12:17
**fair** [1] - 9:14
**fairly** [1] - 16:13
**FALLON** [1] - 1:10
**families** [1] - 8:3
**far** [8] - 11:8, 11:24, 12:15, 12:20, 14:19, 15:7, 15:12, 22:22
**fast** [1] - 25:11
**FCRR** [3] - 1:20, 35:18, 35:19
**February** [8] - 7:16, 16:21, 17:3, 17:8, 17:10, 22:9, 28:9, 34:24
**federal** [1] - 8:11
**fee** [6] - 4:24, 5:7, 7:7, 7:9, 9:7
**fees** [1] - 5:6
**fellow** [1] - 7:22
**few** [1] - 19:4
**Fifth** [5] - 28:8, 30:12, 31:3, 31:14, 31:23
**figure** [1] - 10:16
**file** [7] - 6:5, 16:9, 16:10, 16:18, 16:20, 16:22
**filed** [14] - 8:23, 11:8, 16:8, 16:19, 17:12, 17:13, 29:8, 29:16, 29:24, 30:17, 30:24, 34:1, 34:3
**filing** [4] - 5:1, 16:8, 29:11, 30:15
**fill** [1] - 14:2
**final** [1] - 23:15
**finalized** [3] - 10:20, 21:6, 21:9
**finally** [2] - 17:11, 17:16
**financial** [1] - 17:25
**findings** [1] - 22:12
**finish** [1] - 14:4
**Finish** [1] - 34:3
**finished** [2] - 14:3, 14:20
**first** [7] - 4:21, 6:7, 13:13, 16:7, 20:11, 20:16, 32:1
**FISHBEIN** [1] - 2:13
**fit** [2] - 13:5, 14:8
**five** [5] - 8:23, 15:21, 16:5, 22:14, 22:17

**fix** [2] - 13:4, 17:14
**fixed** [2] - 18:4, 18:6
**Florida** [4] - 28:14, 28:22, 29:17, 30:21
**focus** [1] - 7:10
**folks** [4] - 4:25, 19:17, 27:20, 35:2
**follow** [3] - 15:20, 22:9, 23:8
**follow-up** [1] - 15:20
**following** [5] - 6:20, 26:8, 27:24, 32:13, 34:25
**foot** [1] - 14:24
**footage** [5] - 14:18, 14:19, 14:23, 14:25, 21:19
**footages** [1] - 14:22
**FOR** [5] - 2:2, 2:9, 2:16, 3:2, 3:6
**foreclosed** [3] - 16:17, 16:21, 17:25
**foreclosure** [5] - 8:7, 16:18, 17:12, 23:18, 24:2
**foregoing** [1] - 35:16
**form** [4] - 22:19, 24:7, 24:12, 25:14
**forms** [10] - 21:6, 21:8, 21:9, 21:11, 21:14, 21:22, 21:23, 23:12, 23:13, 23:24
**formulated** [1] - 10:19
**forward** [1] - 30:22
**four** [4] - 12:16, 22:13, 22:18, 24:18
**fourth** [3] - 17:5, 29:8, 30:16
**free** [1] - 26:24
**FRILOT** [1] - 3:2
**front** [1] - 27:11
**full** [1] - 24:22
**fund** [6] - 9:7, 18:4, 18:6, 18:17, 21:4, 21:18
**funds** [8] - 11:2, 14:23, 21:19, 23:5, 25:9, 28:1, 32:5, 35:4
**furniture** [1] - 15:6
**future** [1] - 7:2

### G

**Garrison** [2] - 19:25, 26:3
**GARRISON** [4] - 20:3, 20:5, 20:7, 20:11
**general** [1] - 7:10
**generally** [4] - 5:14,

5:15, 10:7, 15:4
**gentlemen** [1] - 4:5
**given** [2] - 15:7, 19:15
**global** [1] - 18:22
**Global** [9] - 11:9, 11:11, 12:3, 12:23, 13:10, 14:10, 14:16, 14:17, 17:3
**Global/Banner/IN** [1] - 19:5
**Global/Banner/IN-EX** [1] - 19:5
**grant** [1] - 35:7
**graph** [1] - 23:24
**great** [1] - 12:7
**gross** [2] - 28:15, 28:21
**ground** [1] - 31:6
**group** [2] - 22:23, 34:14
**groups** [1] - 24:5
**guideline** [1] - 16:13

### H

**half** [2] - 14:9, 19:3
**Hall** [2] - 8:13, 8:14
**handle** [1] - 33:5
**handling** [1] - 7:23
**hard** [2] - 13:25, 14:1
**heads** [1] - 9:22
**hear** [1] - 6:8
**HEARD** [1] - 1:10
**heard** [3] - 28:9, 28:18
**hearing** [5] - 9:4, 27:25, 28:1, 32:13, 34:2
**hello** [2] - 20:3, 20:4
**helpful** [2] - 26:24, 32:17
**hereby** [1] - 35:15
**Herman** [2] - 4:11, 9:19
**HERMAN** [17] - 2:10, 2:10, 4:11, 4:23, 6:12, 8:21, 9:9, 9:11, 10:24, 25:24, 27:4, 27:8, 27:10, 27:14, 31:9, 31:25
**hit** [1] - 18:13
**hold** [1] - 7:3
**HOME** [1] - 3:6
**home** [8] - 8:10, 13:20, 14:25, 16:20, 26:12, 26:13, 26:17, 26:17, 30:10
**homeowner** [6] - 6:20, 13:20, 14:1, 17:1, 25:20, 27:2
**homeowners** [3] -

13:11, 13:12
**homes** [9] - 10:6, 10:8, 10:22, 17:1, 26:6, 26:14, 26:15, 29:20, 30:1
**Honor** [35] - 4:13, 4:23, 5:1, 6:16, 7:14, 7:20, 8:1, 8:2, 8:21, 9:4, 9:9, 9:12, 9:18, 10:24, 11:5, 20:3, 20:7, 20:16, 25:15, 25:24, 26:5, 27:4, 27:7, 27:14, 27:24, 28:7, 29:10, 31:8, 31:9, 31:19, 32:1, 32:12, 33:9, 34:20, 35:3
**HONORABLE** [1] - 1:10
**hope** [3] - 18:11, 25:7, 27:1
**hopefully** [2] - 30:9, 30:11
**host** [1] - 24:14
**hours** [1] - 9:23
**Houston** [1] - 28:10
**hundred** [1] - 4:16
**Hurricane** [1] - 29:21
**hurt** [1] - 31:1
**HVAC** [1] - 15:5

### I

**identified** [2] - 21:21, 21:22
**identify** [1] - 22:20
**immediately** [1] - 26:22
**importance** [1] - 5:6
**important** [5] - 5:9, 16:5, 17:5, 19:17, 32:16
**IN** [2] - 1:3, 17:3
**IN-EX** [1] - 17:3
**IN/EX** [8] - 11:10, 11:12, 12:3, 12:23, 13:10, 14:16, 31:11
**Inc** [1] - 34:4
**incomplete** [7] - 12:13, 13:3, 13:8, 15:13, 15:16, 15:18
**incompleteness** [11] - 12:14, 12:15, 15:8, 15:15, 15:19, 15:20, 15:22, 15:25, 16:1, 18:23, 18:24
**indeterminate** [1] - 28:15
**individual** [2] - 10:8, 13:12

**individuals** [5] - 10:12, 10:14, 10:15, 26:16, 33:2
**information** [5] - 17:16, 19:18, 23:25, 24:12, 33:3
**initial** [4] - 19:2, 22:4, 24:21, 25:13
**injury** [4] - 12:4, 19:4, 23:19, 24:3
**inquired** [1] - 33:12
**inquiries** [1] - 24:10
**inspected** [1] - 12:19
**inspectors** [1] - 12:19
**installer** [2] - 8:9, 14:12
**installers** [1] - 22:25
**instead** [1] - 32:21
**instructed** [1] - 22:19
**insurance** [1] - 23:9
**insureds** [1] - 22:15
**interest** [1] - 6:23
**interested** [8] - 5:1, 5:10, 9:24, 10:15, 26:19, 27:2, 33:16, 33:22
**intervened** [1] - 8:4
**intervention** [1] - 29:24
**involve** [1] - 10:7
**involved** [3] - 24:15, 26:1, 33:16
**involves** [1] - 5:13
**issue** [16] - 15:8, 15:16, 15:20, 15:22, 15:25, 18:3, 19:22, 22:9, 25:5, 30:15, 30:19, 32:1, 32:8, 33:21, 34:6, 34:21
**issued** [11] - 6:7, 12:13, 13:3, 15:12, 17:8, 21:8, 21:14, 21:21, 23:12, 23:13, 27:17
**issues** [10] - 4:20, 7:6, 9:22, 10:6, 10:7, 10:21, 10:23, 17:21, 27:20, 33:21
**IT** [1] - 28:3
**item** [1] - 35:3
**items** [1] - 6:13
**IV** [1] - 8:22

### J

**J&M** [1] - 22:16
**Jake** [1] - 11:5
**JANUARY** [1] - 1:6
**January** [7] - 8:23, 16:11, 21:15, 22:9,

23:12, 27:17, 27:23
**jewelry** [1] - 15:5
**job** [1] - 33:5
**JOHNSTON** [2] - 2:5, 2:6
**Johnston** [4] - 32:9, 32:13, 32:24
**Johnston's** [1] - 32:17
**joining** [1] - 8:8
**JUDGE** [1] - 1:11
**Judge** [2] - 8:13, 8:14
**judges** [1] - 8:16
**judgment** [3] - 8:5, 8:6, 33:25
**July** [1] - 21:1
**jurisdiction** [2] - 30:21, 31:17
**jurisdictions** [4] - 29:18, 29:24, 30:2, 30:11
**JVP** [1] - 34:3

### K

**Katrina** [1] - 29:21
**KATZ** [1] - 2:10
**keep** [3] - 29:11, 29:12, 31:5
**KERRY** [1] - 3:2
**Kerry** [3] - 4:13, 33:9, 34:20
**key** [1] - 20:22
**kind** [2] - 6:22, 10:17
**KINGSDORF** [1] - 2:2
**KNAUF** [1] - 3:2
**Knauf** [13] - 4:14, 11:15, 11:16, 11:21, 12:2, 12:9, 13:11, 13:18, 13:21, 16:24, 17:2, 17:3, 33:10

### L

**LA** [6] - 1:22, 2:4, 2:8, 2:12, 3:4, 3:7
**ladies** [1] - 4:4
**laedcourtreporter@ gmail.com** [1] - 1:23
**laptop** [2] - 20:5, 20:7
**large** [1] - 11:19
**largely** [1] - 22:8
**last** [8] - 7:16, 8:25, 9:8, 12:5, 16:3, 27:16, 27:22, 32:10
**lastly** [1] - 27:24
**late** [1] - 21:24
**LAW** [2] - 2:6, 2:16
**lawsuit** [1] - 33:16
**lawyer** [1] - 27:1
**lawyers** [2] - 34:22,

34:23
**lead** [2] - 4:18, 28:3
**least** [8] - 10:20, 16:9, 18:16, 26:25, 30:5, 31:1, 31:3, 33:23
**left** [1] - 21:15
**Lenny** [2] - 9:24, 27:11
**LEONARD** [1] - 2:11
**less** [1] - 18:9
**Levin** [2] - 28:4, 29:5
**LEVIN** [7] - 2:13, 2:14, 27:6, 27:13, 28:7, 28:21, 29:7
**LIABILITY** [1] - 1:4
**Liability** [1] - 4:8
**liaison** [2] - 4:18, 19:22
**liens** [1] - 20:15
**line** [1] - 4:16
**list** [2] - 14:18, 14:19
**listed** [1] - 27:16
**listen** [1] - 34:17
**litigant** [2] - 32:23, 32:24
**litigants** [2] - 32:18, 32:19
**litigation** [2] - 9:7, 26:2
**LITIGATION** [1] - 1:4
**Litigation** [1] - 4:8
**living** [2] - 23:18, 24:2
**LLC** [2] - 2:6, 3:2
**look** [1] - 6:5
**looked** [1] - 26:1
**Loss** [10] - 17:23, 18:1, 18:16, 19:6, 19:20, 20:19, 21:9, 21:14, 23:4, 25:14
**loss** [8] - 11:15, 23:4, 23:7, 23:13, 23:17, 23:20, 23:22
**losses** [8] - 18:8, 19:10, 23:10, 23:19, 23:25, 24:3, 25:2
**Louisiana** [8] - 28:21, 28:22, 29:17, 30:21, 31:17, 33:13, 34:21
**LOUISIANA** [3] - 1:2, 1:21, 4:1

## M

**machine** [1] - 27:13
**mail** [1] - 17:19
**MAIN** [1] - 2:17
**main** [2] - 12:16, 13:11
**major** [2] - 22:15, 22:17
**majority** [1] - 11:9
**MANAGER** [2] - 4:7,

35:9
**MANUFACTURED** [1] - 1:3
**Manufactured** [1] - 4:8
**March** [5] - 19:9, 19:10, 19:16, 23:16, 34:25
**master** [5] - 11:22, 19:1, 19:9, 19:11, 23:21
**material** [4] - 10:8, 26:15, 26:18, 26:25
**Matt** [4] - 19:25, 20:2, 20:4, 26:2
**matter** [4] - 7:14, 8:23, 29:25, 34:7
**matters** [8] - 7:21, 9:2, 9:15, 20:17, 24:18, 24:19, 26:9, 31:7
**McKellar** [1] - 8:3
**MDL** [2] - 4:7, 33:13
**MDLs** [2] - 5:8, 5:14
**meaningful** [1] - 22:3
**means** [2] - 13:6, 14:10
**meantime** [1] - 31:22
**MECHANICAL** [1] - 1:25
**Medicaid** [1] - 20:15
**Medicare** [1] - 20:14
**meet** [2] - 10:10, 34:15, 34:21
**meeting** [5] - 9:13, 25:22, 26:8, 34:24, 34:25
**members** [7] - 7:22, 21:21, 21:22, 22:19, 24:9, 32:3, 32:4
**memory** [1] - 20:12
**mention** [3] - 11:19, 12:5, 16:6
**mentioned** [7] - 5:5, 15:2, 15:18, 21:20, 23:15, 24:21, 25:10
**met** [1] - 4:18
**Miami** [1] - 7:15
**Miami-Dade** [1] - 7:15
**might** [5] - 7:6, 19:13, 28:23, 32:14, 33:22
**milestones** [1] - 24:20
**MILLER** [5] - 3:2, 4:13, 9:18, 33:9, 34:20
**Miller** [6] - 4:13, 9:17, 26:6, 32:12, 33:9, 34:20
**minute** [2] - 11:25, 15:14
**Miscellaneous** [2] - 15:2, 16:4
**miscellaneous** [2] -

11:20, 12:4
**misfiled** [1] - 17:12
**Mitchell** [2] - 28:14, 28:22
**mitigation** [2] - 23:19, 24:2
**moment** [1] - 4:18
**money** [3] - 24:25, 25:4, 32:6
**month** [2] - 11:7, 26:23
**MONTHLY** [1] - 1:5
**months** [3] - 21:15, 24:23, 25:8
**moot** [1] - 12:12
**morning** [5] - 4:4, 4:13, 4:25, 7:20, 11:5
**Moss** [9] - 9:14, 9:20, 12:19, 17:7, 17:8, 17:10, 26:7, 26:10, 26:16
**Moss's** [1] - 12:21
**most** [2] - 5:13, 11:17
**mostly** [1] - 13:1
**motion** [9] - 9:6, 28:1, 29:8, 30:25, 33:25, 34:7, 34:9, 35:4, 35:7
**motions** [3] - 8:22, 8:24, 11:1
**move** [2] - 6:16, 7:4
**moving** [4] - 12:7, 20:9, 20:24, 30:22
**MR** [38] - 4:11, 4:13, 4:23, 6:12, 7:20, 8:14, 8:21, 9:9, 9:11, 9:18, 10:24, 11:5, 18:18, 19:13, 19:24, 20:3, 20:5, 20:7, 20:11, 25:24, 27:4, 27:6, 27:8, 27:10, 27:13, 27:14, 28:7, 28:21, 29:4, 29:7, 30:14, 31:8, 31:9, 31:19, 31:25, 33:9, 34:20, 35:3
**MS** [2] - 6:16, 7:14
**multiply** [1] - 14:25
**MURRAY** [1] - 2:5
**mutual** [1] - 22:15

## N

**name** [2] - 11:5, 22:5
**namely** [1] - 26:19
**names** [1] - 29:12
**nationwide** [2] - 22:15, 22:23
**near** [1] - 7:2

**nearing** [1] - 24:21
**necessary** [1] - 19:18
**need** [14] - 4:20, 6:5, 12:19, 12:20, 13:4, 13:7, 15:19, 17:10, 18:25, 19:15, 24:17, 33:4, 33:8, 34:9
**neighbor** [1] - 26:25
**neighborhood** [6] - 26:11, 26:14, 26:17, 26:20, 26:21, 26:24
**never** [1] - 29:1
**new** [2] - 8:1, 16:2
**New** [2] - 3:7, 28:9
**NEW** [6] - 1:22, 2:4, 2:8, 2:12, 3:4, 4:1
**next** [9] - 14:4, 20:21, 24:22, 25:6, 25:8, 26:21, 27:6, 34:4, 34:24
**NO** [1] - 1:5
**non** [2] - 28:6, 34:1
**non-settling** [1] - 34:1
**nonclass** [1] - 21:3
**none** [1] - 29:13
**nontraditional** [1] - 6:18
**NORFOLK** [1] - 2:18
**notice** [8] - 15:9, 15:16, 15:17, 15:18, 15:20, 15:22, 15:23, 22:10
**notices** [7] - 12:13, 13:3, 15:12, 15:13, 15:25, 22:9, 25:5
**notified** [1] - 28:10
**notify** [2] - 13:14, 17:14
**notifying** [1] - 18:22
**noting** [1] - 21:2
**number** [12] - 4:15, 5:6, 8:24, 11:14, 11:19, 13:5, 14:20, 14:24, 14:25, 15:1, 16:13, 17:18
**numbers** [2] - 22:21, 24:5

## O

**O'KEEFE** [1] - 2:11
**objection** [1] - 35:6
**obtained** [1] - 8:4
**October** [3] - 16:16, 16:24, 21:7
**OF** [5] - 1:2, 1:9, 1:21, 2:6, 2:16
**offense** [1] - 27:1
**office** [2] - 9:22, 33:14
**OFFICES** [2] - 2:6,

2:16
**offices** [1] - 26:7
**Official** [1] - 35:15
**OFFICIAL** [1] - 1:20
**oftentimes** [2] - 26:11, 26:16
**ombudsman** [6] - 9:24, 10:5, 10:11, 10:13, 10:16, 10:18
**omnibus** [2] - 8:20, 8:21
**once** [1] - 7:22
**one** [20] - 5:14, 6:2, 6:22, 7:14, 7:21, 8:3, 12:16, 12:22, 14:15, 16:9, 17:5, 17:23, 24:7, 25:16, 27:6, 27:11, 31:10, 32:1, 32:23, 35:3
**ones** [1] - 19:14
**open** [1] - 30:5
**opinion** [2] - 30:12, 33:20
**opinions** [1] - 5:6
**opportunity** [5] - 5:18, 6:6, 10:3, 15:11, 33:1
**opposition** [1] - 27:25
**options** [2] - 12:15, 12:22
**order** [3] - 6:2, 6:25, 35:1
**ORDER** [1] - 4:3
**Order** [2] - 6:7, 9:8
**orders** [3] - 4:21, 4:22, 27:22
**original** [1] - 8:4
**ORLEANS** [6] - 1:22, 2:4, 2:8, 2:12, 3:4, 4:1
**Orleans** [2] - 3:7, 28:10
**ought** [2] - 7:9, 31:4
**overview** [2] - 20:18, 23:3
**Owen** [2] - 29:1, 30:14
**OWEN** [4] - 29:4, 30:14, 31:8, 31:19
**owned** [1] - 16:20

## P

**PA** [1] - 2:15
**packet** [2] - 17:7, 17:9
**page** [6] - 8:21, 10:24, 26:5, 27:14, 27:16, 28:23
**paid** [2] - 32:6, 33:6
**panels** [1] - 28:11
**papered** [1] - 32:4

**paperwork** [2] - 26:12, 26:22
**part** [2] - 9:21, 30:15
**partial** [1] - 18:17
**participants** [1] - 14:16
**participating** [1] - 14:11
**particular** [6] - 8:19, 14:22, 18:13, 26:12, 26:13, 34:5
**parties** [4] - 9:1, 16:2, 33:16, 34:17
**passed** [2] - 21:13, 21:23
**path** [1] - 18:23
**Pause** [1] - 20:6
**pay** [2] - 7:9, 10:18
**payment** [1] - 32:11
**payments** [1] - 25:11
**PC** [1] - 2:16
**pejorative** [1] - 25:3
**pending** [1] - 30:2
**people** [19] - 4:15, 4:16, 5:8, 5:17, 9:25, 10:22, 12:14, 13:15, 16:8, 16:17, 17:6, 17:9, 17:11, 17:24, 18:22, 19:6, 24:6, 31:4, 32:25
**per** [1] - 14:24
**percent** [24] - 12:2, 12:3, 12:4, 12:24, 12:25, 13:2, 13:5, 13:13, 13:17, 14:5, 18:10, 21:18, 22:23, 22:24, 22:25, 23:1, 23:5, 24:1, 24:3, 24:6
**perform** [2] - 5:18, 19:7
**performed** [1] - 6:3
**perhaps** [5] - 7:1, 7:8, 10:7, 29:2, 33:21
**period** [1] - 25:7
**periods** [2] - 29:13, 31:13
**permission** [1] - 8:7
**personal** [2] - 23:19, 24:4
**Peyton** [1] - 8:23
**Phil** [1] - 9:20
**PHILADELPHIA** [1] - 2:15
**PIGMAN** [1] - 3:6
**pilot** [6] - 9:10, 9:11, 11:18, 13:19, 13:25, 16:25
**place** [2] - 24:22, 30:18

**plaintiff** [5] - 6:20, 8:2, 8:8, 28:17, 30:1
**plaintiffs** [7] - 4:12, 5:13, 5:15, 5:16, 6:18, 7:21, 29:25
**PLAINTIFFS** [1] - 2:13
**plaintiffs'** [7] - 5:25, 6:24, 7:24, 9:7, 23:14, 34:5, 34:9
**PLAINTIFFS'** [1] - 2:9
**plan** [2] - 20:25, 21:19
**PO** [1] - 17:19
**podium** [1] - 4:17
**point** [2] - 31:19, 34:12
**population** [2] - 13:9, 13:10
**Porter** [2] - 22:16, 22:24
**portion** [1] - 18:4
**portions** [1] - 18:5
**poses** [1] - 5:22
**position** [3] - 6:24, 19:8, 25:9
**positions** [1] - 6:23
**possible** [4] - 13:14, 22:14, 24:25, 31:15
**post** [1] - 32:11
**post-settlement** [1] - 32:11
**potential** [3] - 10:15, 21:20, 24:9
**PowerPoint** [1] - 20:13
**PowerPoints** [2] - 25:25, 26:3
**POYDRAS** [4] - 1:22, 2:3, 2:7, 3:3
**practically** [1] - 29:22
**pre** [1] - 23:18
**pre-remediation** [1] - 23:18
**predominantly** [1] - 29:20
**preliminary** [6] - 28:24, 29:6, 29:8, 30:16, 30:17, 30:25
**prepared** [1] - 7:4
**prerogative** [1] - 31:22
**presence** [1] - 32:23
**present** [1] - 10:25
**presentation** [1] - 19:25
**presenting** [1] - 6:25
**Preston** [1] - 8:2
**Pretrial** [3] - 6:7, 7:3, 9:8
**pretrial** [3] - 4:21, 6:2
**pretty** [1] - 18:19
**principals** [1] - 30:7

**PRO** [1] - 2:5
**pro** [4] - 14:21, 16:12, 32:10
**problem** [2] - 13:4, 18:9
**procedure** [8] - 4:24, 5:6, 5:7, 15:15, 16:3, 16:4, 17:11, 22:10
**procedures** [2] - 27:15, 27:17
**proceed** [3] - 8:18, 8:19, 30:22
**PROCEEDINGS** [2] - 1:9, 1:25
**proceedings** [2] - 20:6, 35:10
**process** [7] - 22:2, 22:7, 24:24, 25:10, 25:13, 25:14, 30:10
**Processing** [1] - 16:5
**PRODUCED** [1] - 1:25
**product** [2] - 20:15, 28:17
**products** [1] - 29:19
**PRODUCTS** [1] - 1:3
**Products** [1] - 4:8
**program** [9] - 9:10, 9:11, 10:13, 10:17, 11:18, 12:19, 13:19, 13:25, 17:1
**progress** [2] - 12:1, 12:7
**prolixed** [1] - 30:10
**proof** [3] - 12:16, 20:20, 23:8
**property** [16] - 15:4, 20:19, 21:6, 21:8, 21:11, 21:17, 21:18, 21:23, 22:6, 23:3, 23:19, 24:4, 24:21, 25:1, 25:4, 25:9
**proportional** [1] - 18:13
**proposal** [1] - 6:1
**proposed** [3] - 4:19, 6:17, 6:25
**proved** [3] - 14:11, 14:13, 14:15
**provide** [3] - 12:17, 15:11, 15:14
**provided** [1] - 15:8
**provides** [1] - 16:5
**provisions** [1] - 11:15
**Provisions** [1] - 16:5
**Ps** [1] - 27:16
**PSC** [5] - 7:23, 30:23, 31:21, 32:3, 32:4
**PSC's** [1] - 8:12
**PTO** [2] - 5:2
**PTO-28** [1] - 4:24

**purposefully** [1] - 29:16
**pursuant** [2] - 11:21, 13:18
**put** [2] - 13:13, 33:15

**Q**

**qualified** [3] - 11:2, 21:4, 27:25
**questions** [5] - 24:11, 25:19, 32:21, 32:22
**quick** [4] - 20:5, 20:17, 20:22, 23:3
**quickly** [8] - 12:7, 12:9, 13:14, 13:24, 18:21, 19:3, 19:7, 24:25

**R**

**Rachel** [1] - 8:3
**Ramirez** [1] - 21:3
**rata** [1] - 14:21
**rather** [1] - 26:22
**re** [1] - 4:7
**RE** [1] - 1:3
**ready** [2] - 9:4, 27:6
**real** [12] - 20:19, 21:6, 21:8, 21:11, 21:17, 21:23, 23:3, 24:20, 24:25, 25:4, 25:9
**reality** [1] - 14:6
**really** [4] - 10:19, 17:13, 19:17, 29:13
**reason** [4] - 15:8, 31:17, 31:20, 32:8
**reasons** [3] - 12:13, 12:14, 25:16
**receive** [2] - 15:20, 15:22
**received** [8] - 13:19, 16:13, 21:23, 22:22, 24:10, 24:13, 33:20, 34:8
**receives** [1] - 27:18
**receiving** [1] - 7:1
**recess** [1] - 35:8
**recognition** [1] - 6:4
**recognize** [1] - 33:2
**recognizing** [1] - 34:12
**reconsideration** [1] - 22:11
**record** [4] - 4:10, 25:25, 26:4, 32:2
**RECORDED** [1] - 1:25
**recovered** [1] - 8:6
**recovering** [1] - 34:14
**refreshing** [1] - 20:14

**regard** [4] - 5:2, 10:5, 26:10, 28:23
**regarding** [2] - 4:24, 20:17
**regular** [2] - 9:21, 24:16
**relates** [1] - 1:6
**release** [4] - 13:20, 17:1, 17:2, 19:11
**relevant** [2] - 29:13, 33:21
**relocation** [1] - 11:10
**remaining** [3] - 11:14, 12:17, 28:8
**remains** [1] - 17:16
**remediate** [1] - 17:1
**remediated** [6] - 10:6, 10:8, 10:22, 12:12, 13:20, 26:6
**Remediating** [1] - 13:11
**remediating** [3] - 13:1, 13:16, 26:13
**remediation** [8] - 11:16, 12:2, 12:10, 12:18, 12:22, 17:13, 23:18, 27:2
**reminded** [1] - 28:25
**reminder** [1] - 33:11
**remunerated** [1] - 33:7
**repair** [1] - 11:10
**repairs** [1] - 6:20
**report** [9] - 9:16, 10:25, 11:4, 11:7, 20:11, 20:13, 20:16, 25:6, 25:17, 25:18, 27:16
**REPORTER** [1] - 1:20
**Reporter** [1] - 35:15
**representatives** [3] - 26:7, 26:10, 26:16
**representing** [2] - 9:1, 25:20
**represents** [1] - 33:14
**request** [2] - 21:25, 24:6
**requested** [2] - 21:11, 23:24
**require** [1] - 18:18
**resolve** [4] - 9:13, 26:8, 30:19, 32:5
**resolved** [2] - 7:6, 32:3
**resources** [1] - 8:6
**respect** [3] - 21:17, 23:4, 24:17
**respond** [3] - 10:23, 15:21, 32:22
**responded** [1] - 32:25

**response** [6] - 15:20, 15:22, 30:13, 31:10, 34:5, 34:9
**responses** [1] - 7:24
**result** [2] - 15:24, 32:5
**results** [1] - 12:9
**return** [3] - 12:21, 17:7, 17:10
**returned** [1] - 32:5
**review** [11] - 12:1, 13:7, 13:23, 15:3, 19:2, 19:3, 22:1, 22:4, 22:7, 24:21, 25:13
**review's** [1] - 24:21
**reviewed** [6] - 12:2, 12:23, 13:13, 15:6, 22:23, 30:16
**reviews** [9] - 12:6, 12:8, 12:10, 13:17, 13:23, 14:21, 19:4, 19:7, 24:22
**RICHARD** [2] - 2:16, 2:17
**Richard** [1] - 7:20
**Richmond** [1] - 17:20
**rise** [1] - 35:9
**RMR** [1] - 1:20
**Robert** [1] - 32:9
**ROBERT** [2] - 2:5, 2:6
**role** [1] - 6:20
**ROOM** [1] - 1:22
**room** [1] - 34:22
**roughly** [1] - 24:1
**ruling** [2] - 31:14, 31:24
**rulings** [2] - 31:16, 31:20
**RUSS** [1] - 2:10
**Russ** [2] - 4:11, 28:25
**Russ's** [1] - 9:22

## S

**sales** [2] - 23:18, 24:2
**sampling** [1] - 23:23
**satisfy** [1] - 32:15
**saw** [1] - 30:15
**schedule** [2] - 7:1, 12:21
**scheduled** [1] - 26:8
**schedules** [1] - 23:9
**SE** [1] - 2:5
**se** [2] - 16:12, 32:10
**seated** [1] - 4:4
**second** [3] - 16:15, 20:13, 32:8
**secondly** [1] - 7:7
**section** [2] - 11:21, 27:24

**secure** [1] - 15:24
**SEDRAN** [1] - 2:13
**see** [6] - 14:9, 22:21, 22:23, 24:5, 25:6, 25:17
**seek** [1] - 30:5
**seem** [1] - 9:15
**self** [3] - 10:6, 10:8, 10:22
**self-remediated** [3] - 10:6, 10:8, 10:22
**send** [3] - 19:16, 26:18, 32:24
**sending** [1] - 19:8
**sense** [1] - 26:20
**separate** [1] - 25:1
**September** [2] - 8:2, 8:10
**SERPE** [4] - 2:16, 2:17, 7:20, 8:14
**Serpe** [2] - 7:18, 7:20
**serve** [1] - 31:21
**serves** [1] - 20:12
**service** [5] - 29:14, 29:22, 30:11, 32:24
**services** [3] - 10:16, 32:11, 32:17
**ses** [1] - 16:12
**set** [8] - 5:7, 7:21, 8:1, 8:10, 24:8, 28:1, 34:4
**settings** [3] - 6:11, 6:13, 7:12
**settlement** [19] - 9:2, 9:12, 11:2, 11:11, 11:16, 14:8, 14:10, 14:14, 14:23, 18:4, 18:5, 19:15, 21:4, 23:6, 24:19, 27:25, 32:11, 35:4
**settlement's** [1] - 32:6
**settlements** [8] - 11:2, 20:1, 20:23, 21:3, 21:5, 22:13, 22:18, 24:1
**settling** [1] - 34:1
**seven** [1] - 8:3
**several** [1] - 7:6
**short** [1] - 21:7
**sides** [1] - 6:22
**significant** [1] - 18:19
**signs** [2] - 13:20, 17:1
**similar** [1] - 30:17
**simply** [6] - 12:19, 13:6, 13:24, 14:10, 14:13, 20:20
**sitting** [1] - 17:9
**situation** [5] - 5:23, 6:21, 7:10, 17:25, 18:15

**situations** [1] - 6:8
**six** [2] - 12:25, 27:17
**slate** [1] - 14:2
**slide** [1] - 14:7
**slides** [1] - 25:25
**slightly** [3] - 20:24, 25:1, 25:2
**small** [2] - 13:5, 16:13
**smaller** [1] - 11:14
**smoothly** [1] - 9:16
**solution** [1] - 32:13
**sometimes** [2] - 15:5, 18:18
**somewhat** [1] - 22:3
**sounds** [1] - 25:3
**special** [5] - 11:22, 19:1, 19:9, 19:11, 23:20
**specific** [1] - 25:19
**specifically** [1] - 11:23
**spends** [1] - 9:23
**spring** [1] - 25:8
**square** [7] - 14:18, 14:19, 14:22, 14:23, 14:24, 14:25, 21:19
**stages** [1] - 12:18
**stand** [1] - 35:8
**standard** [1] - 23:8
**standards** [1] - 20:20
**standpoint** [1] - 5:25
**start** [3] - 19:8, 19:14, 31:6
**started** [1] - 13:23
**starting** [1] - 19:16
**state** [8] - 6:10, 6:13, 7:12, 8:11, 26:6, 28:19, 32:2
**state-federal** [1] - 8:11
**STATE/FEDERAL** [1] - 2:2
**state/federal** [2] - 6:13, 7:12
**States** [2] - 29:20, 33:20
**STATES** [3] - 1:1, 1:11, 1:21
**statistics** [1] - 22:4
**STATUS** [2] - 1:5, 1:9
**status** [17] - 9:21, 11:6, 12:5, 16:3, 20:11, 20:13, 20:16, 20:18, 25:6, 25:12, 26:3, 32:10, 33:12, 33:17, 34:4, 35:5
**stay** [2] - 30:18, 31:20
**Steering** [1] - 4:14
**STEERING** [2] - 2:10, 3:2
**STENOGRAPHY** [1] - 1:25

**steps** [1] - 20:21
**still** [3] - 16:20, 23:1, 27:13
**STONE** [1] - 3:6
**stops** [1] - 34:14
**STREET** [1] - 1:22, 2:3, 2:7, 2:14, 2:17, 3:3
**Street** [1] - 3:7
**street** [1] - 26:22
**structure** [1] - 5:9
**structured** [1] - 5:19
**subcommittees** [1] - 5:11
**subject** [1] - 27:19
**submission** [3] - 21:12, 23:15, 34:8
**submissions** [2] - 21:24, 25:14
**submit** [2] - 21:16, 27:20
**submitted** [8] - 11:21, 13:12, 13:16, 13:18, 23:11, 25:25, 26:4, 31:12
**submitting** [2] - 6:18, 18:24
**substance** [1] - 31:15
**substantial** [1] - 9:15
**successful** [1] - 8:12
**sued** [1] - 30:7
**SUITE** [4] - 2:3, 2:7, 2:14, 3:4
**sum** [1] - 25:12
**summarize** [1] - 22:22
**summary** [3] - 20:18, 20:22, 33:25
**supplement** [1] - 16:8
**supplier** [3] - 14:11, 14:14, 34:23
**supply** [1] - 14:12
**support** [1] - 33:6
**supposed** [1] - 7:16
**Supreme** [1] - 33:20
**SUSAN** [1] - 1:20, 35:18
**Susan** [2] - 35:15, 35:19
**susan_zielie@laed. uscourts.gov** [1] - 1:23
**switch** [1] - 20:5
**systems** [1] - 15:5

## T

**Taishan** [14] - 28:5, 28:16, 28:17, 28:25, 29:1, 29:12, 29:16, 29:17, 29:18, 29:19,

29:25, 30:1, 30:2, 30:10
**targeted** [1] - 29:19
**tech** [1] - 20:9
**telephone** [1] - 17:18
**tenant** [2] - 23:19, 24:3
**tentative** [1] - 31:2
**terms** [3] - 9:1, 14:8, 23:24
**TG** [2] - 30:14, 30:18
**THE** [33] - 1:10, 2:2, 2:9, 4:4, 4:9, 4:15, 5:3, 6:15, 7:5, 8:13, 8:15, 9:5, 9:10, 10:4, 17:21, 19:10, 19:17, 20:2, 20:4, 20:9, 25:16, 26:10, 27:5, 27:9, 28:5, 28:19, 29:3, 30:13, 31:1, 32:16, 33:19, 34:24, 35:6
**themselves** [2] - 10:3, 10:18
**therefore** [4] - 12:12, 13:1, 14:14, 16:18
**they've** [5] - 8:6, 12:18, 14:11, 17:9, 26:11
**third** [4] - 12:11, 12:12, 16:23, 30:17
**thirds** [1] - 15:6
**thousands** [2] - 5:15
**three** [11] - 7:25, 11:12, 12:16, 13:5, 13:10, 15:25, 28:12, 29:15, 29:18, 30:2, 30:10
**THURSDAY** [2] - 1:6, 4:1
**timeframe** [1] - 21:1
**timeline** [2] - 20:24, 25:11
**timelines** [1] - 20:21
**TO** [1] - 4:3
**Tobin** [2] - 22:16, 22:24
**today** [4] - 4:20, 9:13, 27:25, 28:2
**together** [4] - 10:9, 10:10, 33:15, 33:16
**Tom** [4] - 29:3, 30:13, 30:14
**took** [1] - 19:4
**Torres** [1] - 21:3
**torture** [1] - 29:11
**total** [9] - 11:8, 14:18, 14:22, 14:23, 15:12, 15:24, 18:11, 23:5, 25:12

**totalled** [1] - 18:8
**touch** [1] - 8:16
**toward** [1] - 18:23
**track** [2] - 25:2, 25:3
**Trading** [1] - 22:25
**transcript** [1] - 35:16
**TRANSCRIPT** [2] - 1:9, 1:25
**TRANSCRIPTION** [1] - 1:25
**transmitted** [1] - 24:13
**trial** [10] - 6:11, 6:13, 7:12, 7:15, 7:21, 7:25, 8:1, 8:4, 31:11, 31:12
**trials** [2] - 7:17, 7:19
**truly** [1] - 5:21
**trustee** [1] - 8:8
**trying** [4] - 5:7, 8:17, 10:22, 34:15
**TTP** [2] - 30:14, 30:18
**turn** [1] - 19:6
**two** [11] - 5:14, 7:16, 7:17, 7:19, 7:21, 8:25, 15:6, 24:5, 26:23, 33:22, 33:24
**two-thirds** [1] - 15:6
**type** [4] - 6:20, 23:9, 23:22, 24:7
**types** [5] - 23:7, 23:10, 23:17, 23:25
**typical** [1] - 22:10, 23:9

## U

**unanimous** [1] - 32:4
**unclear** [1] - 15:8
**under** [4] - 9:1, 9:11, 26:9, 29:4
**uniformity** [1] - 5:20
**United** [2] - 29:20, 33:20
**UNITED** [3] - 1:1, 1:11, 1:21
**universe** [1] - 22:1
**unless** [2] - 9:17, 30:4
**unlike** [1] - 18:5
**unopposed** [2] - 11:1, 11:3
**unusual** [1] - 6:21
**up** [17] - 5:4, 7:3, 10:17, 14:24, 15:1, 15:20, 17:11, 17:22, 18:9, 24:6, 24:8, 25:12, 30:5, 32:8, 32:10, 33:24, 34:13
**upcoming** [1] - 24:20
**update** [1] - 9:25
**utilizing** [1] - 10:16

## V

**VA** [1] - 2:18
**values** [1] - 23:10
**various** [10] - 5:9, 5:20, 5:24, 6:22, 8:25, 11:2, 11:15, 12:13, 12:18, 23:10
**Venture** [1] - 22:16
**verifying** [1] - 22:6
**view** [1] - 30:24
**viewed** [1] - 30:19
**VII** [1] - 10:24
**Virginia** [12] - 7:17, 17:20, 20:1, 20:17, 20:23, 21:5, 22:13, 24:1, 24:18, 28:19, 29:16, 30:21
**VIRGINIA** [1] - 2:16
**Virginia-based** [6] - 20:17, 20:23, 21:5, 22:13, 24:1, 24:18
**visited** [1] - 31:5
**vote** [1] - 32:4

## W

**wait** [2] - 26:23, 31:23
**WALNUT** [1] - 2:14
**wants** [2] - 29:2, 31:21
**water** [1] - 29:11
**web** [1] - 17:17
**website** [2] - 27:21
**week** [3] - 14:4, 28:11, 29:9
**weekly** [1] - 24:14
**weeks** [3] - 7:16, 8:25, 21:8
**whence** [1] - 7:7
**whereby** [1] - 10:18
**whole** [1] - 34:14
**Wiltz** [4] - 28:16, 28:17, 28:19, 28:21
**Wimberly** [2] - 4:25, 6:12
**WIMBERLY** [2] - 3:6, 6:16
**wishing** [1] - 27:20
**WOODY** [4] - 11:5, 18:18, 19:13, 19:24
**Woody** [1] - 11:6
**world** [1] - 20:10
**worth** [1] - 21:2
**written** [1] - 15:25
**www3browngreer. com/drywall** [1] - 17:17

## Y

**yesterday** [3] - 16:7, 16:10, 32:3

## Z

**zero** [1] - 31:6
**Zielie** [2] - 35:15, 35:19
**ZIELIE** [2] - 1:20, 35:18