# EXHIBIT "12"

1                       UNITED STATES DISTRICT COURT

2                       EASTERN DISTRICT OF LOUISIANA

3

4       ******************************************************************

5       IN RE:  CHINESE-MANUFACTURED
        DRYWALL PRODUCTS
6       LIABILITY LITIGATION

7                                      CIVIL DOCKET NO. 09-MD-2047 "L"
                                       NEW ORLEANS, LOUISIANA
08:52:16 8                             THURSDAY, FEBRUARY 20, 2014, 9:00 A.M.

9

        THIS DOCUMENT RELATES TO
10      ALL CASES

11      ******************************************************************

12

13                   TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
                     HEARD BEFORE THE HONORABLE ELDON E. FALLON
14                       UNITED STATES DISTRICT JUDGE

15

16      APPEARANCES:

17

18      FOR THE PLAINTIFFS'
        LIAISON COUNSEL:              HERMAN HERMAN KATZ
19                                    BY:  RUSS M. HERMAN, ESQUIRE
                                           LEONARD A. DAVIS, ESQUIRE
20                                    820 O'KEEFE AVENUE
                                      NEW ORLEANS LA  70113
21

22                                    GAINSBURGH BENJAMIN DAVID MEUNIER
                                      AND WARSHAUER
23                                    BY:  GERALD E. MEUNIER, ESQUIRE
                                      2800 ENERGY CENTRE
24                                    1100 POYDRAS STREET, SUITE 2800
                                      NEW ORLEANS LA  70163
25

                              **OFFICIAL TRANSCRIPT**

```
1   APPEARANCES CONTINUED:

2

3   FOR THE STATE/FEDERAL
    COORDINATION COMMITTEE:    BARRIOS, KINGSDORF & CASTEIX
4                              BY:  DAWN M. BARRIOS, ESQUIRE
                               701 POYDRAS STREET, SUITE 3650
5                              NEW ORLEANS LA 70139

6

7   FOR THE DEFENDANTS'
    LIAISON COUNSEL:           FRILOT
8                              BY:  KERRY MILLER, ESQUIRE
                                    KYLE A. SPAULDING, ESQUIRE
9                              ENERGY CENTRE, 36TH FLOOR
                               1100 POYDRAS STREET
10                             NEW ORLEANS LA  70163

11

12  FOR THE CONSTRUCTORS/
    INSTALLERS:                RUMBERGER, KIRK & CALDWELL
13                             BY:  ROBERT V. FITZSIMMONS, ESQUIRE
                               BRICKELL BAYVIEW CENTRE, SUITE 3000
14                             80 S.W. 8TH STREET
                               POST OFFICE BOX 01-9041
15                             MIAMI, FL 33101

16

17  FOR TAISHAN GYPSUM CO.
    LTD.:                      STANLEY, REUTER, ROSS, THORNTON
18                             & ALFORD
                               BY:  THOMAS P. OWEN, JR., ESQUIRE
19                             909 POYDRAS STREET, SUITE 2500
                               NEW ORLEANS, LA  70112
20

21

22  FOR THE INSURERS'          BARRASSO USDIN KUPPERMAN
    STEERING COMMITTEE:        FREEMAN & SARVER
                               BY:  H. MINOR PIPES, III, ESQUIRE
23                             LL&E TOWER, SUITE 1800
                               909 POYDRAS STREET
24                             NEW ORLEANS, LA 70112

25
```

**OFFICIAL TRANSCRIPT**

3

```
 1    APPEARANCES CONTINUED:

 2

 3    PRO SE CURATOR:            LAW OFFICES OF ROBERT M. JOHNSTON
                                BY:  ROBERT M. JOHNSTON, ESQUIRE
 4                              400 POYDRAS STREET, SUITE 2450
                                NEW ORLEANS, LA 70130
 5

 6

 7    FOR THE SPECIAL MASTER:    BROWNGREER
                                BY:  JACOB WOODY, ESQUIRE
 8                              250 ROCKETTS WAY
                                RICHMOND, VA 23231
 9

10
      ALSO PRESENT:             DANIEL BECNEL, ESQUIRE
11                              DAVID BLACK, ESQUIRE
                                PHILLIP A. GARRETT, CPA
12

13

14    OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
15                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
16                              NEW ORLEANS, LA  70130
                                (504) 589-7779
17                              Cathy_Pepper@laed.uscourts.gov

18
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
19    PRODUCED BY COMPUTER.

20

21

22

23

24

25
```

09:14:51

**OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2

3

4     AGENDA ITEMS                                    PAGE

5

6     TWO MOTIONS FOR EXTENSION OF TIME FOR THE CLAIM FORM

7     DEADLINE........................................    7

8     GRANT THOSE......................................    7

9     PRETRIAL ORDERS.................................    7

10    PRETRIAL ORDERS PTO 28, 28 A AND PTO 9..........    7

11    STATE COURT TRIAL SETTINGS......................   11

12    STATE/FEDERAL COORDINATION......................   11

13    OMNIBUS CLASS...................................   11

14    OMNIBUS CLASS ACTION............................   12

15    ORDER HAS BEEN ENTERED IN *GERMANO* BY THE

16    FIFTH CIRCUIT COURT OF APPEALS..................   12

17    ANTICIPATE A JUDGMENT DEBTOR RULE AND SOME

18    INVESTIGATION OF CNBM, BNBM AND JP MORGAN AND THE

19    CHINESE GOVERNMENT WITH REGARD TO THEIR OWNERSHIP

20    AND DIRECTION IN THE JUDGMENT DEBTOR............   14

21    PILOT PROGRAM...................................   14

22    SHARED COST FUNDS...............................   25

23    TAISHAN DEFENDANTS..............................   26

24    VENTURE SUPPLY AND PORTER BLAINE................   26

25    *HOBBIE*........................................   27

                       **OFFICIAL TRANSCRIPT**

1   THE MATTER HAS BEEN RESOLVED AND MAY BE REMOVED FROM

2   THE NEXT STATUS CONFERENCE REPORT.................... 27

3   PROFILE FORMS....................................... 28

4   FREQUENTLY ASKED QUESTIONS.......................... 28

5   MATTERS SET FOR HEARING HAVE BEEN RESOLVED.......... 28

6   *PRO SE* CLAIMANTS.................................... 28

7   ALREADY REMEDIATED HOMES............................ 30

8   THE NEXT MEETING IS MARCH 13TH...................... 31

9   THE FOLLOWING MEETING IS APRIL 17TH................. 31

10  ETHICS ISSUE........................................ 31

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **P-R-O-C-E-E-D-I-N-G-S**

2                THURSDAY, FEBRUARY 20, 2014

3              M O R N I N G   S E S S I O N

4                  (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.

8          THE COURT:  Be seated, please.  Good morning, ladies

9   and gentlemen.

10          VOICES:  Good morning, Your Honor.

11          THE COURT:  Call the case, please.

12          THE DEPUTY CLERK:  MDL Number 2047, *In re:*

13   *Chinese-Manufactured Drywall Products Liability Litigation*.

14          THE COURT:  Counsel, make your appearances for the

15   record, please.

16          MR. MILLER:  Good morning, Your Honor.  May it please

17   the Court.  Kerry Miller on behalf of Knauf and the

18   Defense Steering Committee.

19          MR. HERMAN:  May it please the Court.  Good morning,

20   Judge Fallon.  Russ Herman, a Tulane law graduate.

21              I've just been told by my colleague,

22   Mr. Johnston, that he thinks our Law Review is better than the

23   LSU Law Review, notwithstanding the author, which he obviously

24   did not read.

25          MR. JOHNSTON:  Well, you and I did not make Law Review,

**OFFICIAL TRANSCRIPT**

09:12:33  1    but we got close.

09:12:34  2          MR. HERMAN:  We got close to each other.

09:12:34  3          MR. JOHNSTON:  I don't know whether that's good for the

09:12:34  4    case.

09:12:37  5          THE COURT:  Close is only good for horseshoes.

09:12:45  6          I met with liaison counsel a moment ago to

09:12:48  7    discuss some issues.  One of the issues that we talked about

09:12:51  8    was the two motions for extension of time for the claim form

09:12:59  9    deadline.  There is no opposition to that, so I'll grant those

09:13:05  10   issues.

09:13:05  11         One thing we hadn't talked about, that I want to

09:13:09  12   bring to everybody's attention, is that it's come to my

09:13:11  13   attention that some attorneys are writing other counsels'

09:13:20  14   clients.  That's a serious issue.

09:13:23  15         I know that these days mass mailings go out, but

09:13:31  16   the attorneys have to be conscious of that.

09:13:34  17         So my ethics committee is investigating those

09:13:40  18   charges and will be giving to the Court a thorough report in

09:13:49  19   order for me to act on those issues.  So just a heads-up to

09:13:52  20   everybody.  Just be conscious of that.

09:13:55  21         All right.  The first issue is Pretrial Orders.

09:13:57  22         MR. HERMAN:  May it please the Court.  Judge Fallon,

09:14:06  23   Pretrial Orders PTO 28, 28 A and PTO 9, if read together,

09:14:13  24   really relate to -- at this juncture, to timekeeping.

09:14:17  25         Mr. Garrett is here.  There was a February 14th

                                **OFFICIAL TRANSCRIPT**

09:14:22 1   cutoff.  It may be that Mr. Garrett should make whatever

09:14:29 2   comments he has at this time.

09:14:32 3        THE COURT:  All right.

09:14:32 4        MR. HERMAN:  I know it's a bit out of order.

09:14:34 5        MR. GARRETT:  At this point, Your Honor --

09:14:34 6        THE COURT:  Phil, do you want to come up to speak,

09:14:40 7   because we've got people on the line that ought to hear you,

09:14:44 8   too.

09:14:51 9        MR. GARRETT:  Phillip A. Garrett, CPA, appointed by the

09:14:54 10  Court.

09:14:55 11       At this point, Your Honor, PTO 28 had two dates.

09:14:58 12  It had a date of February 14th for both filing any amended or

09:15:02 13  modified time and expense submissions, as well as the

09:15:06 14  February 14th deadline to file all the claims listings.

09:15:09 15       We have had a couple of firms -- a few firms that

09:15:12 16  have asked for an extension.  We've given them a matter of a

09:15:16 17  couple of days.

09:15:16 18       At this point, we have three or four hundred

09:15:19 19  submissions that we are in the process of trying to get

09:15:22 20  reviewed by Tuesday, the 25th, and are getting that done.

09:15:25 21       We've had about 61 firms send us in the listings

09:15:30 22  of the claims.  Those are being put into a master list right

09:15:35 23  now for the Court.

09:15:35 24       So everything is kind of in process right now.

09:15:38 25  In the last three or four days, we have been working night and

**OFFICIAL TRANSCRIPT**

09:15:41  1    day trying to get this stuff done.  We'll be working through

09:15:43  2    the weekend to try to get it done by Tuesday.

09:15:46  3            The next deadline, after my deadline of

09:15:51  4    February 25th, is the March 7th for the affidavits.  So between

09:15:55  5    February 25th -- or February 26th, whatever date the

09:15:58  6    information is finally finalized -- and March 7th, everybody

09:16:02  7    will have a chance to go in and review their time.

09:16:04  8            We may have rejected some submissions.  If they

09:16:07  9    feel like we have been unfair in the rejection, they can

09:16:10  10   resubmit to us or contact us to discuss the matter.

09:16:15  11           That's kind of where we are.

09:16:16  12           THE COURT:  Is it reducing the hours in general?

09:16:19  13           MR. GARRETT:  In general, I think that you'll see a

09:16:22  14   20 to 25 percent reduction in all of the hours.

09:16:24  15           We've had, you know, a couple of firms increase a

09:16:28  16   couple hundred hours, very, very small, but we've had some

09:16:31  17   firms decrease their hours by as much as 50 percent.

09:16:35  18           THE COURT:  Just a word on that.  The reporting is very

09:16:40  19   significant, very important.  I've tried to come up with some

09:16:45  20   categories that make sense in the real world as to the hours

09:16:49  21   that you put in and the type of work that's being done.  That's

09:16:54  22   helpful to me in determining the appropriate fee, common

09:17:00  23   benefit fee that a person or a firm is entitled to.

09:17:05  24           In these cases, what I've tried to do, as you all

09:17:10  25   know -- you need committees, obviously, to deal with the

**OFFICIAL TRANSCRIPT**

09:17:13  1  litigation.  In this case, we have 1400 lawyers, so without a
09:17:18  2  committee, you couldn't handle it.
09:17:19  3         So committees are significant, but I don't want
09:17:23  4  to limit the work, the common benefit work only to that
09:17:27  5  committee.  So I tell that committee, the steering committee,
09:17:32  6  to appoint subcommittees of individuals who are not on the
09:17:38  7  Plaintiffs' Steering Committee, but who want to do work, common
09:17:42  8  benefit work that will assist the overall project.
09:17:48  9         I encourage those individuals, anybody interested
09:17:53 10  in doing common benefit work, to sign up and do it, but they
09:17:58 11  have to log their time appropriately and have to send it in to
09:18:01 12  the Court-appointed CPA.
09:18:04 13         I meet with the CPA every month, and he gives me
09:18:08 14  a report of the hours, the numbers of hours, what's being done
09:18:14 15  in those hours, and the funds, common benefit funds, that
09:18:19 16  people are putting up.
09:18:20 17         I discuss them with him.  If I see any issue,
09:18:24 18  then I contact liaison counsel in the area, and I direct him to
09:18:30 19  handle that particular issue, or at least call that individual,
09:18:34 20  and, if necessary, the Court gets involved in it.
09:18:36 21         But at the end of the litigation, I meet again
09:18:40 22  with the CPA, and he gives me a summary of everything.  That's
09:18:48 23  very helpful to me in determining the common benefit fees to be
09:18:51 24  given.  I just don't pick it out of the air; I have some
09:18:55 25  process that I go about doing it.

**OFFICIAL TRANSCRIPT**

09:19:02 1                    Mention was made of law review.  I did an article

09:19:05 2       in the present issue of the LSU Law Review dealing with common

09:19:10 3       benefit fees, if anybody is interested in at least the process

09:19:13 4       that I've worked out.

09:19:15 5                    It's very important that they also be accurate.

09:19:19 6       I know that plaintiff lawyers have difficulty.  They don't have

09:19:24 7       the experience and the training that defense lawyers have in

09:19:29 8       keeping time and registering time.  Defense lawyers are expert

09:19:37 9       at it.  Plaintiff lawyers haven't had that much experience.  So

09:19:42 10      I encourage them to keep accurate time.

09:19:47 11                   Thank you, Phil.

09:19:49 12           MR. HERMAN:  May it please the Court, that Louisiana

09:19:52 13      Law Review is Volume 74, Winter 2014, Number 2.

09:20:01 14      That's Volume 74, Winter 2014, Number 2.  It's titled *Common*

09:20:07 15      *Benefit Fees in Multidistrict Litigation*, by His Honor,

09:20:13 16      Judge Fallon.

09:20:13 17                   Your Honor, the next --

09:20:15 18           THE COURT:  State court trial settings, anything?

09:20:17 19           MR. HERMAN:  Nothing new.

09:20:18 20                   I've checked with Ms. Barrios.  There is nothing

09:20:22 21      new on state/federal coordination.

09:20:24 22           THE COURT:  Omnibus class?

09:20:27 23           MR. HERMAN:  We might mention, I'm not sure if the

09:20:30 24      State of Louisiana Attorney General is here, but they need to

09:20:33 25      file a Plaintiff Profile Form.

                              **OFFICIAL TRANSCRIPT**

09:20:38   1          THE COURT:  Anybody here representing the Attorney

09:20:40   2    Generals?

09:20:42   3          MR. BLACK:  Yes.

09:20:43   4          THE COURT:  If you'd like, we can meet, also,

09:20:50   5    afterwards and discuss any issues that you have.

09:20:51   6          MR. BLACK:  David Black for the State of Louisiana.

09:20:58   7              We are in the process of trying to come up with a

09:21:01   8    modified form.  The profile forms are not set up for claims

09:21:06   9    like ours.  But we'll have something in the next few days.

09:21:08  10          THE COURT:  All right.  If you can meet with defense

09:21:14  11    counsel just to see -- we're dealing with, at this point, at

09:21:18  12    least, potential remand, so some of that issue is --

09:21:25  13          MR. BLACK:  On that issue, just to address it directly,

09:21:27  14    I think we should set up a briefing schedule for addressing the

09:21:33  15    *Optronics* case.

09:21:33  16          THE COURT:  Why don't you stay around, and we'll talk

09:21:35  17    at the end of the meeting, and I'll get your feelings on it.

09:21:38  18              Thank you.

09:21:39  19          MR. HERMAN:  Your Honor, Mr. Davis will be here for the

09:21:41  20    Plaintiffs' Steering Committee after the session today, with

09:21:49  21    someone from Mr. Miller's office, to discuss that.

09:21:51  22              Omnibus class action, as Your Honor is aware,

09:21:58  23    dismissals have been filed on an ongoing basis.

09:22:02  24              I'm going to skip ahead and just indicate, if I

09:22:05  25    might, out of turn, that the order has been entered in *Germano*

**OFFICIAL TRANSCRIPT**

09:22:11 1   by the Fifth Circuit Court of Appeals.  Recently, we argued

09:22:16 2   before Judges Smith, DeMoss --

09:22:24 3          THE COURT:  And Higginson.

09:22:26 4          MR. HERMAN:  -- and Higginson, three-judge panel of the

09:22:30 5   Fifth Circuit, regarding the other jurisdiction question that

09:22:32 6   relates to Taishan *Mitchell, Wiltz* and *Gross*.

09:22:43 7          THE COURT:  Anything from Taishan as to what's going to

09:22:46 8   happen from the present opinion you asked for?

09:22:53 9          MR. OWEN:  Tom Owen, on behalf of the Taishan

09:22:56 10  defendants.

09:22:56 11          We're still communicating with our client as to

09:22:59 12  what the next steps are in *Germano* now that the mandate has

09:23:05 13  been issued by the Fifth Circuit, the Fifth Circuit proceedings

09:23:06 14  are done; so, the only step that would be left is whether or

09:23:09 15  not to take a writ to the Supreme Court, which we haven't made

09:23:13 16  a decision on yet.

09:23:15 17          Then we're just still waiting for the decision in

09:23:17 18  *Gross* and *Wiltz* and *Mitchell*, which I would anticipate we'd

09:23:23 19  probably get in the next -- probably about two months.

09:23:27 20  Usually, it's within about 90 days.

09:23:29 21          THE COURT:  The issue that's going to present itself,

09:23:33 22  at least from your standpoint, with *Germano* is that they

09:23:36 23  affirmed the Court's judgment in it, and so the plaintiffs are

09:23:43 24  probably going to be interested in collecting that judgment

09:23:47 25  now.

**OFFICIAL TRANSCRIPT**

09:23:49  1          As I say, I guess they would look to ships first

09:23:55  2     to see whether or not a company has any interest in any vessels

09:24:00  3     coming to the United States.  So you have to at least think

09:24:06  4     about that because I would have the authority to seize those

09:24:12  5     vessels, so I don't want you to be surprised if it happens.

09:24:17  6          MR. OWEN:  No, we've advised the client regarding

09:24:19  7     whether or not the judgment is executable or not, so those

09:24:23  8     issues are at the forefront.

09:24:26  9          MR. HERMAN:  Your Honor, may it please the Court.

09:24:29 10          On that issue, just so everyone has notice,

09:24:31 11     particularly my colleague, we would anticipate a judgment

09:24:34 12     debtor rule and some investigation of CNBM, BNBM and JP Morgan

09:24:43 13     and the Chinese government with regard to their ownership and

09:24:46 14     direction in the judgment debtor.

09:24:50 15          THE COURT:  All right.  The pilot program, anything on

09:24:54 16     that?

09:24:56 17          MR. MILLER:  Your Honor, Kerry Miller on behalf of

09:25:01 18     Knauf.

09:25:01 19          No, things continue to go well.

09:25:04 20          CAP Number 6 which was issued by BrownGreer dealt

09:25:08 21     with the turning in of work authorization forms.  That's what

09:25:13 22     triggers the actual work in the field on fixing the houses, the

09:25:17 23     turning in of the work authorization forms.

09:25:20 24          CAP Number 6 was issued by BrownGreer late last

09:25:23 25     year.  It actually came out on January 2nd.  What CAP Number 6

**OFFICIAL TRANSCRIPT**

09:25:29  1    said was for all work authorizations that were in hand as of

09:25:32  2    January 2nd, they had to be turned in as of February 15, which

09:25:36  3    was last Saturday.

09:25:37  4            That was a good, effective way to get a lot of

09:25:40  5    the old work authorizations in, to get them in the queue, into

09:25:43  6    the pilot program.

09:25:44  7            I talked with Jake Woody at BrownGreer.  We're

09:25:48  8    going to ask for a new CAP -- I think this will be CAP

09:25:52  9    Number 8 -- which will say for all work authorizations that

09:25:54 10    were issued after January 2nd, we would like to see those come

09:25:58 11    in the later of either the end of this month or middle of March

09:26:04 12    or 30 days after issuance of the work authorization.

09:26:07 13            Your Honor, that would apply to the pilot program

09:26:11 14    claims, as well as to the new Knauf settlement claims.  It

09:26:17 15    interrelates pretty well with the work that BrownGreer is doing

09:26:20 16    on the *Banner* and *INEX* and *L&W* settlement, because those are

09:26:20 17    open settlements anyway.  So we think that makes a lot of

09:26:20 18    sense.

09:26:25 19            But all is going well, according to plan.

09:26:28 20        THE COURT:  All right.  Good.

09:26:29 21            Yes, Dan.

09:26:30 22        MR. BECNEL:  Judge, I have to take issue with that.

09:26:33 23            As you know, we sent our lawyers at least five or

09:26:37 24    six times to everybody's house.  We have two houses with two

09:26:42 25    lieutenants from the New Orleans Police Department that are

**OFFICIAL TRANSCRIPT**

09:26:45  1    going through the process.  It's a nightmare.

09:26:49  2                    From the last time we met with you and Mr. Herman

09:26:52  3    and counsel, we solved a lot of the problems, but now it looks

09:26:56  4    like they've got new people trying to do the work, and they

09:27:00  5    really don't know what they are doing.

09:27:02  6                    It's really causing a problem.  It's causing us

09:27:05  7    to have to keep going back and getting into fights with

09:27:09  8    contractors that basically don't know what they are doing.

09:27:12  9         THE COURT:  Yes.  Moss is here still?

09:27:15 10         MR. BECNEL:  Well, Lennie got a letter, and Lennie is

09:27:18 11    going to meet with them, but I wanted you to know that

09:27:20 12    everything is not going well.

09:27:21 13         THE COURT:  Okay.  It's important to bring those things

09:27:24 14    up and see whether we can handle them or not.

09:27:26 15                    That's why Moss is present at each meeting, so

09:27:29 16    that after the meeting, you ought to stay around, Danny, and

09:27:33 17    talk with the Moss representatives, or anybody else.

09:27:33 18         MR. BECNEL:  Yeah, well, the people doing the

09:27:33 19    inspections, Your Honor.

09:27:37 20         THE COURT:  Yes, okay.

09:27:37 21         MR. HERMAN:  As usual, after every status conference,

09:27:42 22    and sometimes in the interim, there are meetings with Moss and

09:27:46 23    lawyers and clients that have these issues.  There is one

09:27:50 24    scheduled today at our offices with Moss on Danny's clients

09:27:56 25    following this conference.

**OFFICIAL TRANSCRIPT**

THE COURT:  Okay.  Let's get with Moss and see if it can be worked out.  If it can't, then get it to me, and we'll work it out.

It's important that if you have any issues, that you bring them up so that we can deal with them.  I don't want anybody just to sit on them and just be seething and angry with it.  We should be able to fix them, so bring them up, and we'll see what we can do with them.

MR. HERMAN:  If it please the Court, really, the next issue would be a report -- or is a report by BrownGreer in a very capsuled form.

It's my understanding that they should be able to complete their work by the end of February.  There will be another 30-day period for determination of eligible claims, but, by April, there is a strong probability, rather than a hope or a wish, that we can begin payments.

The QSF fund checks were delivered by the Clerk's Office, and they've been sent to Esquire Bank in the proper amounts for deposit.

If Your Honor would entertain BrownGreer at this moment.

THE COURT:  Yes, let's hear from Jake.

MR. WOODY:  Good morning, Your Honor.  My name is Jake Woody from BrownGreer, the settlement administrator for the Chinese Drywall Settlement Program.  I'm here to give my

**OFFICIAL TRANSCRIPT**

09:29:50 1  monthly report.

09:29:51 2        The number of claims filed remains fairly static

09:29:55 3  at 21,465.  The number occasionally goes up by a very small

09:30:00 4  amount, depending on motions for late filing and things like

09:30:04 5  that; but, in large part, the number is set and does not

09:30:08 6  change.

09:30:08 7        The bulk of those claims are what we call *Global,*

09:30:11 8  *Banner* and *INEX* repair and relocation expenses.  There's

09:30:16 9  12,160 of those.  Those are claims for payment from the *Global,*

09:30:22 10 *Banner* and *INEX* settlements, pro rata payments based on the

09:30:27 11 square footage of the home.

09:30:28 12       The remaining claims are either other loss claim,

09:30:32 13 bodily injury, tenant loss, things like that, or Knauf

09:30:37 14 remediation.  The numbers of those are, as you can see, much

09:30:40 15 smaller than 12,000.

09:30:41 16       We continue to work hard on reviews and have made

09:30:45 17 significant progress.  To date, we've reviewed 10,473 claims.

09:30:49 18 Since the last status conference in January, we've reviewed

09:30:53 19 2,251 claims.

09:30:55 20       We're largely through with Knauf remediation

09:31:00 21 claims, tenant loss claims and bodily injury claims.  We should

09:31:04 22 be finished with the other other-loss claims in very short

09:31:09 23 order.  The number of those claims, as I've just showed you, is

09:31:12 24 fairly small, and we can work through those quickly.

09:31:15 25       THE COURT:  What is the miscellaneous?

**OFFICIAL TRANSCRIPT**

09:31:18  1      MR. WOODY:  Miscellaneous claims are -- there is a

09:31:20  2  provision in the Knauf agreement that allows the Special Master

09:31:23  3  and the Court to consider any claim that's not specifically

09:31:27  4  excluded or that's not set out in the settlement agreement.

09:31:29  5      In large part, the claims we've received as

09:31:32  6  miscellaneous claims are personal property claims, things of

09:31:35  7  that nature.

09:31:36  8      We've reviewed, as you can see, 61 percent of the

09:31:41  9  *Global*, *Banner*, *INEX* claims.  That number is a little

09:31:45 10  misleading, as I'll show you on this slide.

09:31:47 11      The *Global*, *Banner* and *INEX* claims break down

09:31:50 12  into two basic categories:  The Knauf claims that they are

09:31:54 13  making pursuant to an assignment they've received, where

09:31:57 14  they've remediated those homes in the pilot program and

09:31:59 15  received the right to bring these *Global*, *Banner*, *INEX* claims.

09:32:04 16      The other category is the homeowner/builder

09:32:09 17  claims.  There's 7,622 homeowner or builder claims, and we've

09:32:10 18  reviewed 97 percent of those.  We have about 200 remaining and

09:32:13 19  should finish those this week.

09:32:15 20      We have not formally reviewed any of the Knauf

09:32:19 21  claims, although we've looked at them and have been in

09:32:22 22  discussions with Frilot about what those claims look like and

09:32:24 23  what else we need to complete those claims.

09:32:26 24      THE COURT:  What are they?  How do they look?  What do

09:32:29 25  they look like?

**OFFICIAL TRANSCRIPT**

09:32:30 1    MR. WOODY:  The Knauf claims?

09:32:31 2    THE COURT:  The Knauf claims.

09:32:33 3    MR. WOODY:  They look good.  We already have a lot of

09:32:36 4 data on them because of the pilot program.  We have the square

09:32:40 5 footage.  We have a lot of information about the homes.

09:32:42 6        From the profile forms, we have a lot of

09:32:44 7 information about builder, supplier and installer.

09:32:46 8        There are some profile forms that were incomplete

09:32:50 9 when they were submitted to us and don't list the builder or

09:32:54 10 the supplier/installer, so we're working with them; but,

09:32:56 11 largely, they look good, and most of that is because we had so

09:32:59 12 much data on them to start with.

09:33:01 13        The results of the *Global*, *Banner*, *INEX* claims

09:33:06 14 are on this slide.  4,644 are eligible.  392 are denied.  We

09:33:15 15 denied those claims because, in large part, they had been

09:33:19 16 assigned to a remediating builder, and the builder has the

09:33:21 17 right to bring those claims, not the homeowner.

09:33:24 18        2,389 are incomplete.  We have communicated to

09:33:27 19 all those homeowners via a notice that they're incomplete and

09:33:31 20 what they're incomplete for and what they need to submit to us.

09:33:35 21 Many have responded, as I'll show you in one second.

09:33:38 22        This slide is a rough breakdown of the total

09:33:43 23 under air square footage of the eligible homes.  Right now,

09:33:46 24 it's about 9.8 million square feet.

09:33:52 25        Of course, when we go to calculate the pro rata

**OFFICIAL TRANSCRIPT**

09:33:53  1   settlement distribution, we'll have to break it down by

09:33:55  2   settlement, so it won't be 9.8 million for every settlement.

09:33:59  3   We'll break it down a little further.

09:34:01  4          As we continue to review claims and receive

09:34:03  5   responses to incompleteness notices and move claims to the

09:34:07  6   eligible category, we get a better idea of the total square

09:34:11  7   footage in each settlement.

09:34:12  8          The Knauf remediation review results are on this

09:34:18  9   slide.  There are 1,319 completed reviews, 519 we denied

09:34:24 10   because they had already been remediated through the pilot

09:34:28 11   program and the claim was moot.

09:34:30 12          The remaining are either in some stage of

09:34:32 13   remediation already, whether they need to send us a work

09:34:36 14   authorization or Moss needs to do their workup, and then the

09:34:41 15   remaining are incomplete.

09:34:42 16          As I mentioned, we've issued notices to them and

09:34:45 17   asked for more data from them.

09:34:46 18          The numbers of Moss estimates and work

09:34:50 19   authorizations will continue to go down as we receive those

09:34:54 20   documents, but those homes are in the pipeline and are

09:34:57 21   scheduled to be remediated at some point in the future.

09:35:00 22          We have issued to date 8,228 notices.  This slide

09:35:08 23   breaks down the categories of those notices.

09:35:12 24          Late last month, we issued about 4,000

09:35:15 25   eligibility notices to *Global*, *Banner* and *INEX* claims.  Those

**OFFICIAL TRANSCRIPT**

notices explained what they submitted on the claim form and what we were able to verify from their documents that they submitted.

We ask that people accept those notices.  If they agree, they have 30 days to accept; or, if they disagree for any reason, they can file an appeal within 30 days, and we'll look at the claim and see if we can agree with them or if it needs to go to the Special Master.

There are almost 2,600 incompleteness notices in *Global*, *Banner*, *INEX*.  We have issued follow-up incompleteness notices, meaning that the 25 days to respond has expired for those, and we give them one more notice telling them what they still need to give us, and give them five days to give us those documents.

We have received a number of documents from claimants in response to incompleteness notices.  This slide details our review of those documents.

As you can see, about 349 of the GBI claimants remain incomplete after submitting something to us, whether they cured one reason and left one incomplete, or they didn't give us anything that suffices to [inaudible].  When that happens, we issue them a follow-up incompleteness notice, tell them that they are still incomplete, and ask for those documents.

However, about 410 of those claimants were able

09:36:43  1   to cure the incompleteness and move from incomplete to

09:36:47  2   eligible.  This is a good thing.

09:36:48  3        Five were denied because, between the time we

09:36:51  4   issued the incompleteness notice and the time we got the

09:36:54  5   documents, they had assigned their claim, I think, to Knauf.

09:36:59  6        This slide just details real quickly the

09:37:04  7   incompleteness process.  People have 25 days to respond to an

09:37:08  8   incompleteness notice.  If they don't respond, we'll issue a

09:37:13  9   follow-up, they have five days.  If they don't respond to that,

09:37:16 10   we'll issue an incompleteness denial, and they have 30 days to

09:37:20 11   appeal that denial, giving them a total of 60 days to respond

09:37:23 12   to the incompleteness notice and attempt to cure it.

09:37:29 13        As always, our contact information remains the

09:37:31 14   same.  Our web portal is at ww3.browngreer.com/drywall.  Our

09:37:40 15   e-mail inbox is CDWQuestions@BrownGreer.com, and our number is

09:37:44 16   (866)866-1729.  We ask that if anybody has any questions or

09:37:48 17   concerns, please contact us by any of those methods.

09:37:52 18        As Mr. Herman mentioned, we hope to be able to

09:37:56 19   complete at least the *Global*, *Banner*, *INEX* process in April.

09:38:00 20        I want to encourage people to either accept an

09:38:03 21   eligibility notice or respond to an incompleteness notice or

09:38:07 22   appeal if they disagree.  The sooner that we get a response to

09:38:10 23   our notice, the sooner that we can bucket a claim into the

09:38:13 24   correct category and figure out the pro rata distribution.  The

09:38:17 25   longer the process draws out, the longer it takes for us to do

09:38:20  1    that, and the longer it takes to make payments.

09:38:22  2         THE COURT:  Now, when a claim is complete, what happens

09:38:24  3    then?

09:38:27  4         MR. WOODY:  Well, if it's completed as eligible, then

09:38:30  5    they are eligible, and we can add their square footage to the

09:38:33  6    square footage pool that we use to divide up the settlement

09:38:33  7    funds to reach the pro rata distribution.

09:38:41  8              If it's complete in our eyes and it's denied,

09:38:42  9    then they either are incomplete and never cured it, or they

09:38:47  10   assigned the claim.  If the appeal time runs out on that, we're

09:38:50  11   going to close the claim, and they have no further remedy with

09:38:53  12   us.  We'll exclude their square footage from the pro rata

09:39:00  13   distribution.

09:39:01  14             At the end of the program, they will either be

09:39:04  15   eligible or denied.  There's no other category.

09:39:05  16             The sooner that we can figure out the number of

09:39:06  17   eligible square footage, the sooner that we can make those

09:39:10  18   payments, but we can't do that until people either respond to

09:39:13  19   us by accepting an eligibility notice or give us documents that

09:39:17  20   we need to complete the claim.

09:39:19  21        THE COURT:  What about the CAP funds, or the other

09:39:25  22   injuries?

09:39:26  23        MR. WOODY:  We've been reviewing those, as I mentioned.

09:39:29  24   Those are separate from the *Global*, *Banner*, *INEX* claims.  We'll

09:39:34  25   be able to make payments on them independent of the *Global*,

**OFFICIAL TRANSCRIPT**

09:39:37  1    *Banner* payments.

09:39:38  2             We have been talking with the Special Master, and

09:39:40  3    I've given him access to our portal.  We'll start sending him

09:39:45  4    other loss claims before the end of this month, for him to make

09:39:48  5    a determination of what those are -- if they are eligible, if

09:39:52  6    he agrees with us, and what the compensation amounts will be

09:39:54  7    for those.  We'll work with him to complete that process.

09:39:58  8             THE COURT:  When do you anticipate getting this whole

09:40:01  9    thing over?

09:40:02 10             MR. WOODY:  I think that, barring any extraordinary

09:40:04 11    appeals that last a long time, we should be able to make a

09:40:08 12    substantial payment in April.

09:40:10 13             There may be some stragglers that we have to make

09:40:13 14    a second payment later, if there is an appeal or something like

09:40:16 15    that, but I think, in large part, we should be able to

09:40:20 16    distribute a significant amount of money within the next 60 to

09:40:25 17    90 days.

09:40:27 18             Thank you, Your Honor.

09:40:28 19             THE COURT:  Thank you.

09:40:30 20             MR. HERMAN:  Your Honor, may it please, with respect to

09:40:36 21    the shared cost funds, a resolution was reached in the

09:40:44 22    *Cataphora* matter, which returns substantial funds from that

09:40:48 23    matter to be placed where it should be.  It's anticipated that

09:40:59 24    because of that we will not need any future assessments, at

09:41:04 25    least for the immediate future.

**OFFICIAL TRANSCRIPT**

09:41:06  1          With regard to the Taishan defendants, as I
09:41:13  2    indicated, the matter was heard in the Fifth Circuit with
09:41:24  3    Judge Smith presiding, Judges DeMoss and Higginson.
09:41:26  4          Mr. Cyr and Mr. Spano argued on behalf of the
09:41:30  5    Taishan defendants.
09:41:32  6          Mr. Levin and I would like to acknowledge the
09:41:36  7    extensive work done by the appeal team:  From his office,
09:41:41  8    Sandy Duggan and Fred Longer; from ours, Leonard Davis; from
09:41:49  9    Mr. Irpino's office, Mr. Irpino and Pearl; from Mr. Seeger's
09:41:55 10    office, Scott George.
09:41:56 11          We would also like to thank Mr. Meunier, as a
09:42:01 12    representative of the PSC, for attending that oral argument.
09:42:10 13          We anticipate, perhaps within the next three
09:42:13 14    months, to get an opinion from that panel.
09:42:16 15          THE COURT:  Anything on Venture?
09:42:20 16          MR. HERMAN:  With Venture Supply and Porter Blaine, I
09:42:24 17    believe that Ms. Barrios has been asked to address that.
09:42:29 18          MS. BARRIOS:  Thank you, Mr. Herman.
09:42:30 19          Good morning, Your Honor.
09:42:31 20          Mr. Garretson and Mr. Serpe could not appear
09:42:35 21    today.  They would plan, with your permission, to attend every
09:42:38 22    other status conference.
09:42:40 23          Given the small nature of that settlement, they
09:42:44 24    didn't want to come down unnecessarily, and so they asked me to
09:42:48 25    do the alternating months.

                          **OFFICIAL TRANSCRIPT**

09:42:50  1          There are two types of claims, as you recall.
09:42:52  2  There is a real property claim and an other loss claim.
09:42:55  3          There are approximately 347 of the real property
09:42:59  4  claims that have been filed.  The review has been complete.
09:43:04  5          Deficiencies are being reviewed right now.  In
09:43:07  6  the process of doing so, the Garretson Resolution Group found
09:43:12  7  about 30 claimants that did not provide any indicia that they
09:43:18  8  got drywall from any of their participating defendants.
09:43:21  9  According to their addresses, some in Louisiana, some in
09:43:24 10  Florida, some in Georgia, Alabama, they may be more properly
09:43:29 11  before Your Honor.
09:43:31 12          So Jake Woody, from BrownGreer, and Ben Brower
09:43:35 13  (spelled phonetically), from Garretson Resolution Group, and
09:43:38 14  myself and class counsel had a conference call yesterday, and
09:43:41 15  they are working together very well to iron that out.
09:43:44 16          It appears as though, at first blush, those
09:43:46 17  80 would be before Your Honor because they've already filed
09:43:50 18  claims here.
09:43:50 19          As regarding the other loss fund, those claims
09:43:54 20  forms aren't due until March 17th.  They, of course, anticipate
09:43:59 21  most of them being filed the last week.
09:44:01 22          Thank you, Your Honor.
09:44:02 23          THE COURT:  Anything on *Hobbie*?
09:44:03 24          MR. HERMAN:  Your Honor, that matter has been resolved
09:44:07 25  and may be removed from the next status conference report.

09:44:12  1          With respect to profile forms, Your Honor has

09:44:15  2     already addressed that.

09:44:16  3          Nothing new on frequently asked questions.  It

09:44:21  4     seems that we're getting very few questions, and either

09:44:25  5     BrownGreer or Mr. Johnston or someone from our office is

09:44:31  6     responding to those as they come in.

09:44:32  7          The matters set for hearing have been resolved.

09:44:40  8          With respect to *pro se* claimants, we've had

09:44:42  9     several inquiries since the last status conference.  We've

09:44:46 10     referred those inquiries to Mr. Johnston, who is here; in some

09:44:54 11     instances, to BrownGreer.

09:44:55 12          Mr. Johnston is here to make his report.

09:45:05 13          MR. JOHNSTON:  Your Honor, Bob Johnston, curator for

09:45:07 14     the *pro se* plaintiffs in this matter.

09:45:11 15          As Russ just indicated to you -- first of all,

09:45:15 16     I've filed my 24th consecutive report to the Court, but in

09:45:21 17     there I added that over the last month or so I have had a

09:45:29 18     number of communications, both from *pro se* plaintiffs and

09:45:34 19     attorneys, I just think simply to tell you that the stories are

09:45:41 20     sort of generally the same:  We didn't know about the fact that

09:45:46 21     we had Knauf drywall on our property until we tried to sell it

09:45:52 22     the first week of January, for example, and in comes an

09:45:56 23     inspector, and there it is.

09:45:57 24          I want the Court simply to know that the number

09:46:01 25     of individuals that have, either through counsel or directly,

**OFFICIAL TRANSCRIPT**

09:46:07 1    contacted me are probably less than 10.

09:46:11 2            The only thing I wanted to tell the Court is, is

09:46:15 3    that, as, certainly, you know, my assignment in the Court's

09:46:19 4    Order is to assist and help, but I do not have an

09:46:23 5    attorney-client relationship.

09:46:23 6            So with regard to that, I feel that the Court

09:46:27 7    should know that there may be motions filed by attorneys that

09:46:31 8    relate to this issue.  I know what the position at Knauf is, I

09:46:36 9    respect that, but I also know what the position is of the

09:46:40 10   counsel who have the ethical obligations to represent the

09:46:44 11   client.  Essentially, they will provide to the Court, as I've

09:46:48 12   been told, the reality that these individuals had no knowledge

09:46:53 13   until after October 25th.

09:46:54 14           So all I want to do is to notify the Court.  If

09:47:00 15   you don't see any of that, that's fine, but I think, from what

09:47:04 16   my communications have been with, particularly, counsel, that

09:47:10 17   you are likely to be seeing some motions.

09:47:11 18        THE COURT:  All right.  Well, if you'll get a list of

09:47:12 19   those and we can take a look at them a little more closely,

09:47:16 20   that will be helpful.

09:47:19 21        MR. JOHNSTON:  I will provide a list to both

09:47:22 22   Kerry Miller, to Russ or Lennie.  May I then copy the Court

09:47:27 23   with those names as well?

09:47:28 24        THE COURT:  Yes.  Yes.  That would be helpful, so that

09:47:31 25   I keep an eye on that.

**OFFICIAL TRANSCRIPT**

09:47:33  1          It's one thing if we have five or six or seven.

09:47:36  2     It's another thing if we have 5,000, 7,000, that kind of thing.

09:47:41  3          MR. JOHNSTON:  Don't worry about 5,000.

09:47:42  4          THE COURT:  All right.  Thanks very much for your help.

09:47:46  5          MR. HERMAN:  Your Honor, I'm sorry, the only other

09:47:47  6     issue that's come up, and we have been contacted, is when are

09:47:51  7     we going to get paid.  We've referred them to BrownGreer in

09:47:55  8     those instances.

09:47:57  9          Your Honor, with respect to already remediated

09:48:01 10     homes, I'm going to ask Mr. Davis to address that.  He's had

09:48:05 11     some discussions on that.

09:48:10 12          MR. DAVIS:  Your Honor, we met with Knauf recently to

09:48:14 13     discuss the already remediated homes.  You may recall that

09:48:18 14     there are a number of them that are remaining to be resolved.

09:48:22 15          The Court asked us to put a plan in place to get

09:48:25 16     those resolved.  We have an agreement with Knauf, so that we

09:48:30 17     will be notifying the various counsel who still have already

09:48:34 18     remediated homes sometime in March, after Mardi Gras, and

09:48:40 19     setting up meetings, either by teleconference, in face to face,

09:48:43 20     or by phone, to address what the deficiency may be and try to

09:48:49 21     get them together, so that we can get some movement on those

09:48:53 22     and get those addressed and hopefully resolved.

09:48:56 23          THE COURT:  Do you have the ombudsman involved in this

09:48:59 24     also?

09:49:00 25          MR. DAVIS:  Not yet, Your Honor.  If we see a need for

**OFFICIAL TRANSCRIPT**

09:49:02  1    that, we certainly will.  At this point, I think it's a matter

09:49:06  2    of getting the parties together and curing some deficiency

09:49:10  3    production of some of the information, but if the ombudsman is

09:49:15  4    needed by anyone, we certainly will --

09:49:19  5            THE COURT:  I received a letter recently from the

09:49:21  6    Duplessis family, and I contacted you and also the ombudsman.

09:49:25  7    They are on it now, and hopefully that issue will be handled.

09:49:31  8            MR. DAVIS:  Thank you.

09:49:32  9            THE COURT:  Anything else from anybody?

09:49:34 10            MR. HERMAN:  Not on the schedule.

09:49:37 11            THE COURT:  Anything from anyone in the audience?

09:49:41 12                 The next meeting is March 13th.  The following

09:49:43 13    meeting, again, is April 7th.

09:49:47 14                 Lastly --

09:49:48 15            MR. HERMAN:  Excuse me, Your Honor, may it please --

09:49:52 16            THE COURT:  April 17th, excuse me.  April 17th and

09:49:55 17    March 13th.

09:49:56 18                 Again, on the ethics issue, the Court takes it

09:50:00 19    seriously, so please, everybody, be heads up on that.

09:50:05 20                 Court will stand in recess.  I would like to see

09:50:07 21    the Attorney Generals, and let me see you, Kerry, and some

09:50:12 22    representative from the PSC.

        23                 (WHEREUPON, at 9:50 a.m., Court was in recess.)

        24                            *    *    *

        25

**OFFICIAL TRANSCRIPT**

1                          REPORTER'S CERTIFICATE

2

3           I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter of the State of

5    Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                          *s/Cathy Pepper*

13                          Cathy Pepper, CRR, RMR, CCR
                            Certified Realtime Reporter
14                          Registered Merit Reporter
                            Official Court Reporter
15                          United States District Court
                            Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                            **OFFICIAL TRANSCRIPT**

## 0

**01-9041** [1] - 2:14
**09-MD-2047** [1] - 1:7

## 1

**1,319** [1] - 21:9
**10** [1] - 29:1
**10,473** [1] - 18:17
**11** [3] - 4:11, 4:12, 4:13
**1100** [2] - 1:24, 2:9
**12** [2] - 4:14, 4:16
**12,000** [1] - 18:15
**12,160** [1] - 18:9
**13th** [2] - 31:12, 31:17
**13TH.....................** [1] - 5:8
**14** [2] - 4:20, 4:21
**1400** [1] - 10:1
**14th** [3] - 7:25, 8:12, 8:14
**15** [1] - 15:2
**17th** [3] - 27:20, 31:16
**17TH.................** [1] - 5:9
**1800** [1] - 2:23

## 2

**2** [2] - 11:13, 11:14
**2,251** [1] - 18:19
**2,389** [1] - 20:18
**2,600** [1] - 22:9
**20** [3] - 1:8, 6:2, 9:14
**200** [1] - 19:18
**2014** [4] - 1:8, 6:2, 11:13, 11:14
**2047** [1] - 6:12
**21,465** [1] - 18:3
**23231** [1] - 3:8
**2450** [1] - 3:4
**24th** [1] - 28:16
**25** [4] - 4:22, 9:14, 22:11, 23:7
**250** [1] - 3:8
**2500** [1] - 2:19
**25th** [4] - 8:20, 9:4, 9:5, 29:13
**26** [2] - 4:23, 4:24
**26th** [1] - 9:5
**27** [2] - 4:25, 5:2
**28** [9] - 4:10, 5:3, 5:4, 5:5, 5:6, 7:23, 8:11
**2800** [2] - 1:23, 1:24
**2nd** [3] - 14:25, 15:2,

15:10

## 3

**30** [6] - 5:7, 15:12, 22:5, 22:6, 23:10, 27:7
**30-day** [1] - 17:14
**3000** [1] - 2:13
**31** [3] - 5:8, 5:9, 5:10
**33101** [1] - 2:15
**347** [1] - 27:3
**349** [1] - 22:18
**3650** [1] - 2:4
**36TH** [1] - 2:9
**392** [1] - 20:14

## 4

**4,000** [1] - 21:24
**4,644** [1] - 20:14
**400** [1] - 3:4
**410** [1] - 22:25

## 5

**5,000** [2] - 30:2, 30:3
**50** [1] - 9:17
**500** [1] - 3:15
**504** [1] - 3:16
**519** [1] - 21:9
**589-7779** [1] - 3:16

## 6

**6** [3] - 14:20, 14:24, 14:25
**60** [2] - 23:11, 25:16
**61** [2] - 8:21, 19:8

## 7

**7** [4] - 4:7, 4:8, 4:9, 4:10
**7,000** [1] - 30:2
**7,622** [1] - 19:17
**701** [1] - 2:4
**70112** [2] - 2:19, 2:24
**70113** [1] - 1:20
**70130** [2] - 3:4, 3:16
**70139** [1] - 2:5
**70163** [2] - 1:24, 2:10
**74** [2] - 11:13, 11:14
**7th** [3] - 9:4, 9:6, 31:13

## 8

**8** [1] - 15:9
**8,228** [1] - 21:22
**80** [2] - 2:14, 27:17
**820** [1] - 1:20
**866)866-1729** [1] - 23:16
**8TH** [1] - 2:14

## 9

**9** [1] - 7:23
**9.............** [1] - 4:10
**9.8** [2] - 20:24, 21:2
**90** [2] - 13:20, 25:17
**909** [2] - 2:19, 2:23
**97** [1] - 19:18
**9:00** [1] - 1:8
**9:50** [1] - 31:23

## A

**A.M** [1] - 1:8
**a.m** [1] - 31:23
**ability** [1] - 32:8
**able** [8] - 17:7, 17:12, 22:2, 22:25, 23:18, 24:25, 25:11, 25:15
**above-entitled** [1] - 32:9
**accept** [3] - 22:4, 22:5, 23:20
**accepting** [1] - 24:19
**access** [1] - 25:3
**according** [2] - 15:19, 27:9
**accurate** [2] - 11:5, 11:10
**acknowledge** [1] - 26:6
**act** [1] - 7:19
**action** [1] - 12:22
**ACTION....................** ............ [1] - 4:14
**actual** [1] - 14:22
**add** [1] - 24:5
**added** [1] - 28:17
**address** [4] - 12:13, 26:17, 30:10, 30:20
**addressed** [1] - 28:2, 30:22
**addresses** [1] - 27:9
**addressing** [1] - 12:14
**administrator** [1] - 17:24
**advised** [1] - 14:6

**affidavits** [1] - 9:4
**affirmed** [1] - 13:23
**afterwards** [1] - 12:5
**AGENDA** [1] - 4:4
**ago** [1] - 7:6
**agree** [2] - 22:5, 22:7
**agreement** [3] - 19:2, 19:4, 30:16
**agrees** [1] - 25:6
**ahead** [1] - 12:24
**air** [2] - 10:24, 20:23
**Alabama** [1] - 27:10
**ALFORD** [1] - 2:18
**ALL** [1] - 1:10
**allows** [1] - 19:2
**almost** [1] - 22:9
**ALREADY** [1] - 5:7
**ALSO** [1] - 3:10
**alternating** [1] - 26:25
**amended** [1] - 8:12
**amount** [2] - 18:4, 25:16
**amounts** [2] - 17:19, 25:6
**AND** [8] - 1:22, 4:10, 4:17, 4:18, 4:20, 4:24, 5:1
**angry** [1] - 17:6
**anticipate** [5] - 13:18, 14:11, 25:8, 26:13, 27:20
**ANTICIPATE** [1] - 4:17
**anticipated** [1] - 25:23
**anyway** [1] - 15:17
**appeal** [6] - 22:6, 23:11, 23:22, 24:10, 25:14, 26:7
**Appeals** [1] - 13:1
**appeals** [1] - 25:11
**APPEALS..................** ....] [1] - 4:16
**appear** [1] - 26:20
**APPEARANCES** [3] - 1:16, 2:1, 3:1
**appearances** [1] - 6:14
**apply** [1] - 15:13
**appoint** [1] - 10:6
**appointed** [2] - 8:9, 10:12
**appropriate** [1] - 9:22
**appropriately** [1] - 10:11
**April** [6] - 17:15, 23:19, 25:12, 31:13, 31:16
**APRIL** [1] - 5:9
**area** [1] - 10:18
**argued** [2] - 13:1, 26:4

**argument** [1] - 26:12
**article** [1] - 11:1
**ASKED** [1] - 5:4
**assessments** [1] - 25:24
**assigned** [3] - 20:16, 23:5, 24:10
**assignment** [2] - 19:13, 29:3
**assist** [2] - 10:8, 29:4
**attempt** [1] - 23:12
**attend** [1] - 26:21
**attending** [1] - 26:12
**attention** [2] - 7:12, 7:13
**Attorney** [3] - 11:24, 12:1, 31:21
**attorney** [1] - 29:5
**attorney-client** [1] - 29:5
**attorneys** [4] - 7:13, 7:16, 28:19, 29:7
**audience** [1] - 31:11
**author** [1] - 6:23
**authority** [1] - 14:4
**authorization** [4] - 14:21, 14:23, 15:12, 21:14
**authorizations** [4] - 15:1, 15:5, 15:9, 21:19
**AVENUE** [1] - 1:20
**aware** [1] - 12:22

## B

**Bank** [1] - 17:18
**Banner** [12] - 15:16, 18:8, 18:10, 19:9, 19:11, 19:15, 20:13, 21:25, 22:10, 23:19, 24:24, 25:1
**BARRASSO** [1] - 2:21
**barring** [1] - 25:10
**Barrios** [1] - 11:20
**BARRIOS** [3] - 2:3, 2:4, 26:18
**barrios** [1] - 26:17
**based** [1] - 18:10
**basic** [1] - 19:12
**basis** [1] - 12:23
**BAYVIEW** [1] - 2:13
**BE** [1] - 5:1
**BECNEL** [4] - 3:10, 15:22, 16:10, 16:18
**BEEN** [3] - 4:15, 5:1, 5:5
**BEFORE** [1] - 1:13
**begin** [1] - 17:16

behalf [4] - 6:17, 13:9, 14:17, 26:4
Ben [1] - 27:12
benefit [7] - 9:23, 10:4, 10:8, 10:10, 10:15, 10:23, 11:3
Benefit [1] - 11:15
BENJAMIN [1] - 1:22
best [1] - 32:8
better [2] - 6:22, 21:6
between [2] - 9:4, 23:3
bit [1] - 8:4
BLACK [4] - 3:11, 12:3, 12:6, 12:13
Black [1] - 12:6
Blaine [1] - 26:16
BLAINE.................... [1] - 4:24
blush [1] - 27:16
BNBM [4] - 4:18, 14:12
Bob [1] - 28:13
bodily [2] - 18:13, 18:21
BOX [1] - 2:14
break [2] - 19:11, 21:1, 21:3
breakdown [1] - 20:22
breaks [1] - 21:23
BRICKELL [1] - 2:13
briefing [1] - 12:14
bring [6] - 7:12, 16:13, 17:5, 17:7, 19:15, 20:17
Brower [1] - 27:12
BrownGreer [11] - 14:20, 14:24, 15:7, 15:15, 17:10, 17:20, 17:24, 27:12, 28:5, 28:11, 30:7
BROWNGREER [1] - 3:7
bucket [1] - 23:23
builder [5] - 19:17, 20:7, 20:9, 20:16
bulk [1] - 18:7
BY [12] - 1:19, 1:23, 2:4, 2:8, 2:13, 2:18, 2:22, 3:3, 3:7, 3:18, 3:19, 4:15

**C**

calculate [1] - 20:25
CALDWELL [1] - 2:12
CALLED [1] - 6:4
CAP [6] - 14:20, 14:24, 14:25, 15:8, 24:21
capsuled [1] - 17:11

case [4] - 6:11, 7:4, 10:1, 12:15
CASES [1] - 1:10
cases [1] - 9:24
CASTEIX [1] - 2:3
Cataphora [1] - 25:22
categories [3] - 9:20, 19:12, 21:23
category [4] - 19:16, 21:6, 23:24, 24:15
CATHY [1] - 3:14
Cathy [2] - 32:3, 32:13
cathy_Pepper@laed. uscourts.gov [1] - 3:17
Cathy_Pepper@laed .uscourts.gov [1] - 32:15
causing [2] - 16:6
CCR [2] - 3:14, 32:13
CDWQuestions@ BrownGreer.com [1] - 23:15
CENTRE [1] - 1:23, 2:9, 2:13
certainly [3] - 29:3, 31:1, 31:4
CERTIFICATE [1] - 32:1
CERTIFIED [1] - 3:14
Certified [3] - 32:3, 32:4, 32:13
certify [1] - 32:7
chance [1] - 9:7
change [1] - 18:6
charges [1] - 7:18
checked [1] - 11:20
checks [1] - 17:17
Chinese [3] - 6:13, 14:13, 17:25
CHINESE [2] - 1:5, 4:19
Chinese-Manufactured [1] - 6:13
CHINESE-MANUFACTURED [1] - 1:5
CIRCUIT [1] - 4:16
Circuit [5] - 13:1, 13:5, 13:13, 26:2
CIVIL [1] - 1:7
claim [14] - 7:8, 18:12, 19:3, 21:11, 22:1, 22:7, 23:5, 23:23, 24:2, 24:10, 24:11, 24:20, 27:2
CLAIM [1] - 4:6
claimants [5] - 22:16, 22:18, 22:25, 27:7,

28:8
CLAIMANTS.............. ...................... [1] - 5:6
claims [44] - 8:14, 8:22, 12:8, 15:14, 17:14, 18:2, 18:7, 18:9, 18:12, 18:17, 18:19, 18:21, 18:22, 18:23, 19:1, 19:5, 19:6, 19:9, 19:11, 19:12, 19:15, 19:17, 19:21, 19:22, 19:23, 20:1, 20:2, 20:13, 20:15, 20:17, 21:4, 21:5, 21:25, 24:24, 25:4, 27:1, 27:4, 27:18, 27:19
CLASS [1] - 4:14
class [3] - 11:22, 12:22, 27:14
CLASS........................ .................... [1] - 4:13
CLERK [2] - 6:7, 6:12
Clerk's [1] - 17:17
client [4] - 13:11, 14:6, 29:5, 29:11
clients [3] - 7:14, 16:23, 16:24
close [4] - 7:1, 7:2, 7:5, 24:11
closely [1] - 29:19
CNBM [4] - 4:18, 14:12
CO [1] - 2:17
colleague [2] - 6:21, 14:11
collecting [1] - 13:24
coming [1] - 14:3
comments [1] - 8:2
Committee [2] - 6:18, 10:7, 12:20
COMMITTEE [2] - 2:3, 2:22
committee [1] - 7:17, 10:2, 10:5
committees [2] - 9:25, 10:3
Common [1] - 11:14
common [7] - 9:22, 10:4, 10:7, 10:10, 10:15, 10:23, 11:2
communicated [1] - 20:18
communicating [1] - 13:11
communications [2] - 28:18, 29:16
company [1] - 14:2
compensation [1] -

25:6
complete [8] - 17:13, 19:23, 23:19, 24:2, 24:8, 24:20, 25:7, 27:4
completed [2] - 21:9, 24:4
COMPUTER [1] - 3:19
concerns [1] - 23:17
conference [7] - 16:21, 16:25, 18:18, 26:22, 27:14, 27:25, 28:9
CONFERENCE [2] - 1:13, 5:2
conscious [2] - 7:16, 7:20
consecutive [1] - 28:16
consider [1] - 19:3
CONSTRUCTORS [1] - 2:12
contact [4] - 9:10, 10:18, 23:13, 23:17
contacted [3] - 29:1, 30:6, 31:6
continue [4] - 14:19, 18:16, 21:4, 21:19
CONTINUED [2] - 2:1, 3:1
contractors [1] - 16:8
coordination [1] - 11:21
COORDINATION [1] - 2:3
COORDINATION....... .................... [1] - 4:12
copy [1] - 29:22
correct [2] - 23:24, 32:7
COST [1] - 4:22
cost [1] - 25:21
COUNSEL [2] - 1:18, 2:7
counsel [10] - 6:14, 7:6, 10:18, 12:11, 16:3, 27:14, 28:25, 29:10, 29:16, 30:17
counsels' [1] - 7:13
couple [4] - 8:15, 8:17, 9:15, 9:16
course [2] - 20:25, 27:20
COURT [46] - 1:1, 3:14, 4:11, 4:16, 6:4, 6:8, 6:11, 6:14, 7:5, 8:3, 8:6, 9:12, 9:18, 11:18, 11:22, 12:1, 12:4, 12:10, 12:16, 13:3, 13:7, 13:21,

14:15, 15:20, 16:9, 16:13, 16:20, 17:1, 17:22, 18:25, 19:24, 20:2, 24:2, 24:21, 25:8, 25:19, 26:15, 27:23, 29:18, 29:24, 30:4, 30:23, 31:5, 31:9, 31:11, 31:16
Court [29] - 6:17, 6:19, 7:18, 7:22, 8:10, 8:23, 10:12, 10:20, 11:12, 13:1, 13:15, 14:9, 17:9, 19:3, 28:16, 28:24, 29:2, 29:6, 29:11, 29:14, 29:22, 30:15, 31:18, 31:23, 32:4, 32:5, 32:6, 32:14, 32:15
court [2] - 11:18, 31:20
Court's [2] - 13:23, 29:3
Court-appointed [1] - 10:12
CPA [5] - 3:11, 8:9, 10:12, 10:13, 10:22
CRR [2] - 3:14, 32:13
curator [1] - 28:13
CURATOR [1] - 3:3
cure [2] - 23:1, 23:12
cured [2] - 22:20, 24:9
curing [1] - 31:2
cutoff [1] - 8:1
Cyr [1] - 26:4

**D**

Dan [1] - 15:21
DANIEL [1] - 3:10
Danny [1] - 16:16
Danny's [1] - 16:24
data [3] - 20:4, 20:12, 21:17
date [4] - 8:12, 9:5, 18:17, 21:22
dates [1] - 8:11
David [1] - 12:6
DAVID [2] - 1:22, 3:11
DAVIS [4] - 1:19, 30:12, 30:25, 31:8
Davis [3] - 12:19, 26:8, 30:10
DAWN [1] - 2:4
days [15] - 7:15, 8:17, 8:25, 12:9, 13:20, 15:12, 22:5, 22:6, 22:11, 22:13, 23:7, 23:9, 23:10, 23:11, 25:17

deadline [4] - 7:9, 8:14, 9:3
DEADLINE................. ......................... [1] - 4:7
deal [2] - 9:25, 17:5
dealing [2] - 11:2, 12:11
dealt [1] - 14:20
DEBTOR [1] - 4:17
debtor [2] - 14:12, 14:14
DEBTOR................ [1] - 4:20
decision [2] - 13:16, 13:17
decrease [1] - 9:17
defendants [4] - 13:10, 26:1, 26:5, 27:8
DEFENDANTS' [1] - 2:7
DEFENDANTS.......... ......................... [1] - 4:23
Defense [1] - 6:18
defense [3] - 11:7, 11:8, 12:10
deficiencies [1] - 27:5
deficiency [2] - 30:20, 31:2
delivered [1] - 17:17
DeMoss [2] - 13:2, 26:3
denial [2] - 23:10, 23:11
denied [6] - 20:14, 20:15, 21:9, 23:3, 24:8, 24:15
Department [1] - 15:25
deposit [1] - 17:19
DEPUTY [2] - 6:7, 6:12
details [2] - 22:17, 23:6
determination [2] - 17:14, 25:5
determining [2] - 9:22, 10:23
difficulty [1] - 11:6
direct [1] - 10:18
direction [1] - 14:14
DIRECTION [1] - 4:20
directly [2] - 12:13, 28:25
disagree [2] - 22:5, 23:22
discuss [6] - 7:7, 9:10, 10:17, 12:5, 12:21,

30:13
discussions [2] - 19:22, 30:11
dismissals [1] - 12:23
distribute [1] - 25:16
distribution [4] - 21:1, 23:24, 24:7, 24:13
DISTRICT [3] - 1:1, 1:2, 1:14
Esquire [1] - 17:18
District [3] - 32:6, 32:15
divide [1] - 24:6
DOCKET [1] - 1:7
DOCUMENT [1] - 1:9
documents [8] - 21:20, 22:2, 22:14, 22:15, 22:17, 22:24, 23:5, 24:19
done [7] - 8:20, 9:1, 9:2, 9:21, 10:14, 13:14, 26:7
down [6] - 19:11, 21:1, 21:3, 21:19, 21:23, 26:24
draws [1] - 23:25
drywall [2] - 27:8, 28:21
Drywall [2] - 6:13, 17:25
DRYWALL [1] - 1:5
due [1] - 27:20
Duggan [1] - 26:8
Duplessis [1] - 31:6

E

e-mail [1] - 23:15
EASTERN [1] - 1:2
Eastern [1] - 32:6
effective [1] - 15:4
either [10] - 15:11, 18:12, 21:12, 23:20, 24:9, 24:14, 24:18, 28:4, 28:25, 30:19
ELDON [1] - 1:13
eligibility [3] - 21:25, 23:21, 24:19
eligible [10] - 17:14, 20:14, 20:23, 21:6, 23:2, 24:4, 24:5, 24:15, 24:17, 25:5
encourage [1] - 10:9, 11:10, 23:20
end [6] - 10:21, 12:17, 15:11, 17:13, 24:14, 25:4
ENERGY [2] - 1:23, 2:9
entered [1] - 12:25

ENTERED [1] - 4:15
entertain [1] - 17:20
entitled [2] - 9:23, 32:9
ESQUIRE [13] - 1:19, 1:19, 1:23, 2:4, 2:8, 2:8, 2:13, 2:18, 2:22, 3:3, 3:7, 3:10, 3:11
Esquire [1] - 17:18
essentially [1] - 29:11
estimates [1] - 21:18
ethical [1] - 29:10
ETHICS [1] - 5:10
ethics [2] - 7:17, 31:18
example [1] - 28:22
exclude [1] - 24:12
excluded [1] - 19:4
excuse [2] - 31:15, 31:16
executable [1] - 14:7
expense [1] - 8:13
expenses [1] - 18:8
experience [2] - 11:7, 11:9
expert [1] - 11:8
expired [1] - 22:12
explained [1] - 22:1
EXTENSION [1] - 4:6
extension [2] - 7:8, 8:16
extensive [1] - 26:7
extraordinary [1] - 25:10
eye [1] - 29:25
eyes [1] - 24:8

F

face [2] - 30:19
fact [1] - 28:20
fairly [2] - 18:2, 18:24
FALLON [1] - 1:13
Fallon [3] - 6:20, 7:22, 11:16
family [1] - 31:6
February [8] - 7:25, 8:12, 8:14, 9:4, 9:5, 15:2, 17:13
FEBRUARY [2] - 1:8, 6:2
fee [2] - 9:22, 9:23
feelings [1] - 12:17
fees [2] - 10:23, 11:3
Fees [1] - 11:15
feet [1] - 20:24
few [3] - 8:15, 12:9, 28:4
field [1] - 14:22
FIFTH [1] - 4:16

Fifth [5] - 13:1, 13:5, 13:13, 26:2
fights [1] - 16:7
figure [2] - 23:24, 24:16
file [3] - 8:14, 11:25, 22:6
filed [7] - 12:23, 18:2, 27:4, 27:17, 27:21, 28:16, 29:7
filing [2] - 8:12, 18:4
finalized [1] - 9:6
finally [1] - 9:6
fine [1] - 29:15
finish [1] - 19:19
finished [1] - 18:22
firm [1] - 9:23
firms [5] - 8:15, 8:21, 9:15, 9:17
first [5] - 7:21, 14:1, 27:16, 28:15, 28:22
FITZSIMMONS [1] - 2:13
five [5] - 15:23, 22:13, 23:3, 23:9, 30:1
fix [1] - 17:7
fixing [1] - 14:22
FL [1] - 2:15
FLOOR [1] - 2:9
Florida [1] - 27:10
follow [3] - 22:10, 22:22, 23:9
follow-up [3] - 22:10, 22:22, 23:9
following [2] - 16:25, 31:12
FOLLOWING [1] - 5:9
footage [8] - 18:11, 20:5, 20:23, 21:7, 24:5, 24:6, 24:12, 24:17
FOR [10] - 1:18, 2:3, 2:7, 2:12, 2:17, 2:21, 3:7, 4:6, 5:5
forefront [1] - 14:8
foregoing [1] - 32:7
FORM [1] - 4:6
Form [1] - 11:25
form [4] - 7:8, 12:8, 17:11, 22:1
formally [1] - 19:20
forms [7] - 12:8, 14:21, 14:23, 20:6, 20:8, 27:20, 28:1
FORMS...................... ..................... [1] - 5:3
four [2] - 8:18, 8:25
Fred [1] - 26:8
FREEMAN [1] - 2:22
frequently [1] - 28:3

FREQUENTLY [1] - 5:4
Frilot [1] - 19:22
FRILOT [1] - 2:7
FROM [1] - 5:1
fund [2] - 17:17, 27:19
funds [6] - 10:15, 24:7, 24:21, 25:21, 25:22
FUNDS...................... ............. [1] - 4:22
future [3] - 21:21, 25:24, 25:25

G

GAINSBURGH [1] - 1:22
Garretson [3] - 26:20, 27:6, 27:13
Garrett [3] - 7:25, 8:1, 8:9
GARRETT [4] - 3:11, 8:5, 8:9, 9:13
GBI [1] - 22:18
General [1] - 11:24
general [2] - 9:12, 9:13
generally [1] - 28:20
Generals [2] - 12:2, 31:21
gentlemen [1] - 6:9
George [1] - 26:10
Georgia [1] - 27:10
GERALD [1] - 1:23
Germano [3] - 12:25, 13:12, 13:22
GERMANO [1] - 4:15
given [4] - 8:16, 10:24, 25:3, 26:23
Global [11] - 18:7, 18:9, 19:9, 19:11, 19:15, 20:13, 21:25, 22:10, 23:19, 24:24, 24:25
government [1] - 14:13
GOVERNMENT [1] - 4:19
graduate [1] - 6:20
GRANT [1] - 4:8
grant [1] - 7:9
Gras [1] - 30:18
Gross [2] - 13:6, 13:18
Group [2] - 27:6, 27:13
guess [1] - 14:1
GYPSUM [1] - 2:17

## H

**hand** [1] - 15:1
**handle** [3] - 10:2, 10:19, 16:14
**handled** [1] - 31:7
**hard** [1] - 18:16
**HAS** [2] - 4:15, 5:1
**HAVE** [1] - 5:5
**HB406** [1] - 3:15
**heads** [2] - 7:19, 31:19
**heads-up** [1] - 7:19
**hear** [2] - 8:7, 17:22
**heard** [1] - 26:2
**HEARD** [1] - 1:13
**HEARING** [1] - 5:5
**hearing** [1] - 28:7
**help** [2] - 29:4, 30:4
**helpful** [4] - 9:22, 10:23, 29:20, 29:24
**hereby** [1] - 32:6
**HERMAN** [21] - 1:18, 1:19, 6:19, 7:2, 7:22, 8:4, 11:12, 11:19, 11:23, 12:19, 13:4, 14:9, 16:21, 17:9, 25:20, 26:16, 27:24, 30:5, 31:10, 31:15
**Herman** [4] - 6:20, 16:2, 23:18, 26:18
**Higginson** [3] - 13:3, 13:4, 26:3
**Hobbie** [1] - 27:23
**HOBBIE**......................
......................... [1] - 4:25
**home** [1] - 18:11
**homeowner** [2] - 19:17, 20:17
**homeowner/builder** [1] - 19:16
**homeowners** [1] - 20:19
**homes** [7] - 19:14, 20:5, 20:23, 21:20, 30:10, 30:13, 30:18
**HOMES**......................
......[1] - 5:7
**Honor** [28] - 6:10, 6:16, 8:5, 8:11, 11:15, 11:17, 12:19, 12:22, 14:9, 14:17, 15:13, 16:19, 17:20, 17:23, 25:18, 25:20, 26:19, 27:11, 27:17, 27:22, 27:24, 28:1, 28:13, 30:5, 30:9, 30:12, 30:25, 31:15
**HONORABLE** [1] -

1:13
**hope** [2] - 17:16, 23:18
**hopefully** [2] - 30:22, 31:7
**horseshoes** [1] - 7:5
**hours** [8] - 9:12, 9:14, 9:16, 9:17, 9:20, 10:14, 10:15
**house** [1] - 15:24
**houses** [2] - 14:22, 15:24
**hundred** [2] - 8:18, 9:16

## I

**idea** [1] - 21:6
**Ill** [1] - 2:22
**immediate** [1] - 25:25
**important** [4] - 9:19, 11:5, 16:13, 17:4
**IN** [3] - 1:5, 4:15, 4:20
**inaudible]** [1] - 22:21
**inbox** [1] - 23:15
**incomplete** [10] - 20:8, 20:18, 20:19, 20:20, 21:15, 22:19, 22:20, 22:23, 23:1, 24:9
**incompleteness** [12] - 21:5, 22:9, 22:11, 22:16, 22:22, 23:1, 23:4, 23:7, 23:8, 23:10, 23:12, 23:21
**increase** [1] - 9:15
**independent** [1] - 24:25
**indicate** [1] - 12:24
**indicated** [2] - 26:2, 28:15
**indicia** [1] - 27:7
**individual** [1] - 10:19
**individuals** [4] - 10:6, 10:9, 28:25, 29:12
**INEX** [11] - 15:16, 18:8, 18:10, 19:9, 19:11, 19:15, 20:13, 21:25, 22:10, 23:19, 24:24
**information** [5] - 9:6, 20:5, 20:7, 23:13, 31:3
**injuries** [1] - 24:22
**injury** [2] - 18:13, 18:21
**inquiries** [2] - 28:9, 28:10
**inspections** [1] - 16:19

**inspector** [1] - 28:23
**installer** [1] - 20:7
**INSTALLERS'** [1] - 2:12
**instances** [2] - 28:11, 30:8
**INSURERS'** [1] - 2:21
**interest** [1] - 14:2
**interested** [3] - 10:9, 11:3, 13:24
**interim** [1] - 16:22
**interrelates** [1] - 15:15
**investigating** [1] - 7:17
**INVESTIGATION** [1] - 4:18
**investigation** [1] - 14:12
**involved** [2] - 10:20, 30:23
**iron** [1] - 27:15
**Irpino** [1] - 26:9
**Irpino's** [1] - 26:9
**IS** [2] - 5:8, 5:9
**issuance** [1] - 15:12
**issue** [18] - 7:14, 7:21, 10:17, 10:19, 11:2, 12:12, 12:13, 13:21, 14:10, 15:22, 17:10, 22:22, 23:8, 23:10, 29:8, 30:6, 31:7, 31:18
**ISSUE**.........................
......................... [1] - 5:10
**issued** [9] - 13:13, 14:20, 14:24, 15:10, 21:16, 21:22, 21:24, 22:10, 23:4
**issues** [8] - 7:7, 7:10, 7:19, 12:5, 14:8, 16:23, 17:4
**ITEMS** [1] - 4:4
**itself** [1] - 13:21

## J

**JACOB** [1] - 3:7
**Jake** [4] - 15:7, 17:22, 17:24, 27:12
**January** [5] - 14:25, 15:2, 15:10, 18:18, 28:22
**JOHNSTON** [7] - 3:3, 3:3, 6:25, 7:3, 28:13, 29:21, 30:3
**Johnston** [5] - 6:22, 28:5, 28:10, 28:12, 28:13
**JP** [2] - 4:18, 14:12

**JR** [1] - 2:18
**judge** [2] - 13:4, 15:22
**JUDGE** [1] - 1:14
**Judge** [4] - 6:20, 7:22, 11:16, 26:3
**Judges** [2] - 13:2, 26:3
**judgment** [5] - 13:23, 13:24, 14:7, 14:11, 14:14
**JUDGMENT** [2] - 4:17, 4:20
**juncture** [1] - 7:24
**jurisdiction** [1] - 13:5

## K

**KATZ** [1] - 1:18
**keep** [3] - 11:10, 16:7, 29:25
**keeping** [1] - 11:8
**KERRY** [1] - 2:8
**Kerry** [4] - 6:17, 14:17, 29:22, 31:21
**kind** [3] - 8:24, 9:11, 30:2
**KINGSDORF** [1] - 2:3
**KIRK** [1] - 2:12
**Knauf** [16] - 6:17, 14:18, 15:14, 18:13, 18:20, 19:2, 19:12, 19:20, 20:1, 20:2, 21:8, 23:5, 28:21, 29:8, 30:12, 30:16
**knowledge** [1] - 29:12
**KUPPERMAN** [1] - 2:21
**KYLE** [1] - 2:8

## L

**L&W** [1] - 15:16
**LA** [8] - 1:20, 1:24, 2:5, 2:10, 2:19, 2:24, 3:4, 3:16
**ladies** [1] - 6:8
**large** [4] - 18:5, 19:5, 20:15, 25:15
**largely** [2] - 18:20, 20:11
**last** [10] - 8:25, 14:24, 15:3, 16:2, 18:18, 21:24, 25:11, 27:21, 28:9, 28:17
**lastly** [1] - 31:14
**late** [3] - 14:24, 18:4, 21:24
**LAW** [1] - 3:3

**law** [2] - 6:20, 11:1
**Law** [5] - 6:22, 6:23, 6:25, 11:2, 11:13
**lawyers** [7] - 10:1, 11:6, 11:7, 11:8, 11:9, 15:23, 16:23
**least** [8] - 10:19, 11:3, 12:12, 13:22, 14:3, 15:23, 23:19, 25:25
**left** [2] - 13:14, 22:20
**Lennie** [3] - 16:10, 29:22
**LEONARD** [1] - 1:19
**Leonard** [1] - 26:8
**less** [1] - 29:1
**letter** [2] - 16:10, 31:5
**Levin** [1] - 26:6
**Liability** [1] - 6:13
**LIABILITY** [1] - 1:6
**liaison** [2] - 7:6, 10:18
**LIAISON** [2] - 1:18, 2:7
**lieutenants** [1] - 15:25
**likely** [1] - 29:17
**limit** [1] - 10:4
**line** [1] - 8:7
**list** [4] - 8:22, 20:9, 29:18, 29:21
**listings** [2] - 8:14, 8:21
**Litigation** [2] - 6:13, 11:15
**litigation** [2] - 10:1, 10:21
**LITIGATION** [1] - 1:6
**LL&E** [1] - 2:23
**log** [1] - 10:11
**look** [8] - 14:1, 19:22, 19:24, 19:25, 20:3, 20:11, 22:7, 29:19
**looked** [1] - 19:21
**looks** [1] - 16:3
**loss** [7] - 18:12, 18:13, 18:21, 18:22, 25:4, 27:2, 27:19
**Louisiana** [6] - 11:12, 11:24, 12:6, 27:9, 32:5, 32:6
**LOUISIANA** [2] - 1:2, 1:7
**LSU** [2] - 6:23, 11:2
**LTD** [1] - 2:17

## M

**mail** [1] - 23:15
**mailings** [1] - 7:15
**mandate** [1] - 13:12
**Manufactured** [1] - 6:13

MANUFACTURED [1] - 1:5
March [7] - 9:4, 9:6, 15:11, 27:20, 30:18, 31:12, 31:17
MARCH [1] - 5:8
Mardi [2] - 30:18
mass [1] - 7:15
Master [3] - 19:2, 22:8, 25:2
master [1] - 8:22
MASTER [1] - 3:7
MATTER [1] - 5:1
matter [9] - 8:16, 9:10, 25:22, 25:23, 26:2, 27:24, 28:14, 31:1, 32:9
matters [1] - 28:7
MATTERS [1] - 5:5
MAY [1] - 5:1
MDL [1] - 6:12
meaning [1] - 22:11
MECHANICAL [1] - 3:18
meet [5] - 10:13, 10:21, 12:4, 12:10, 16:11
meeting [5] - 12:17, 16:15, 16:16, 31:12, 31:13
MEETING [2] - 5:8, 5:9
meetings [2] - 16:22, 30:19
mention [2] - 11:1, 11:23
mentioned [3] - 21:16, 23:18, 24:23
Merit [2] - 32:4, 32:14
MERIT [1] - 3:15
met [3] - 7:6, 16:2, 30:12
methods [1] - 23:17
MEUNIER [2] - 1:22, 1:23
Meunier [1] - 26:11
MIAMI [1] - 2:15
middle [1] - 15:11
might [2] - 11:23, 12:25
Miller [3] - 6:17, 14:17, 29:22
MILLER [3] - 2:8, 6:16, 14:17
Miller's [1] - 12:21
million [2] - 20:24, 21:2
MINOR [1] - 2:22
miscellaneous [3] - 18:25, 19:1, 19:6
misleading [1] - 19:10

Mitchell [2] - 13:6, 13:18
modified [2] - 8:13, 12:8
moment [2] - 7:6, 17:21
money [1] - 25:16
month [5] - 10:13, 15:11, 21:24, 25:4, 28:17
monthly [1] - 18:1
months [3] - 13:19, 26:14, 26:25
moot [1] - 21:11
MORGAN [1] - 4:18
Morgan [1] - 14:12
morning [6] - 6:8, 6:10, 6:16, 6:19, 17:23, 26:19
moss [1] - 16:9
Moss [5] - 16:15, 16:17, 16:22, 16:24, 17:1, 21:14, 21:18
most [2] - 20:11, 27:21
motions [4] - 7:8, 18:4, 29:7, 29:17
MOTIONS [1] - 4:6
move [2] - 21:5, 23:1
movement [1] - 30:21
MR [46] - 6:16, 6:19, 6:25, 7:2, 7:3, 7:22, 8:4, 8:5, 8:9, 9:13, 11:12, 11:19, 11:23, 12:3, 12:6, 12:13, 12:19, 13:4, 13:9, 14:6, 14:9, 14:17, 15:22, 16:10, 16:18, 16:21, 17:9, 17:23, 19:1, 20:1, 20:3, 24:4, 24:23, 25:10, 25:20, 26:16, 27:24, 28:13, 29:21, 30:3, 30:5, 30:12, 30:25, 31:8, 31:10, 31:15
MS [1] - 26:18
Multidistrict [1] - 11:15

## N

name [1] - 17:23
names [1] - 29:23
nature [2] - 19:7, 26:23
necessary [1] - 10:20
need [9] - 9:25, 11:24, 19:23, 20:20, 21:13, 22:13, 24:20, 25:24,

30:25
needed [1] - 31:4
needs [2] - 21:14, 22:8
never [1] - 24:9
NEW [9] - 1:7, 1:20, 1:24, 2:5, 2:10, 2:19, 2:24, 3:4, 3:16
New [1] - 15:25
new [6] - 11:19, 11:21, 15:8, 15:14, 16:4, 28:3
next [10] - 9:3, 11:17, 12:9, 13:12, 13:19, 17:9, 25:16, 26:13, 27:25, 31:12
NEXT [2] - 5:2, 5:8
night [1] - 8:25
nightmare [1] - 16:1
NO [1] - 1:7
nothing [3] - 11:19, 11:20, 28:3
notice [11] - 14:10, 20:19, 22:12, 22:22, 23:4, 23:8, 23:12, 23:21, 23:23, 24:19
notices [10] - 21:5, 21:16, 21:22, 21:23, 21:25, 22:1, 22:4, 22:9, 22:11, 22:16
notify [1] - 29:14
notifying [1] - 30:17
notwithstanding [1] - 6:23
number [11] - 18:2, 18:3, 18:5, 18:23, 19:9, 22:15, 23:15, 24:16, 28:18, 28:24, 30:14
Number [7] - 6:12, 11:13, 11:14, 14:20, 14:24, 14:25, 15:9
numbered [1] - 32:9
numbers [3] - 10:14, 18:14, 21:18

## O

O'KEEFE [1] - 1:20
obligations [1] - 29:10
obviously [2] - 6:23, 9:25
occasionally [1] - 18:3
October [1] - 29:13
OF [6] - 1:2, 1:13, 3:3, 4:6, 4:16, 4:18
OFFICE [1] - 2:14
Office [1] - 17:18
office [5] - 12:21,

26:7, 26:9, 26:10, 28:5
OFFICES [1] - 3:3
offices [1] - 16:24
Official [2] - 32:5, 32:14
OFFICIAL [1] - 3:14
old [1] - 15:5
ombudsman [3] - 30:23, 31:3, 31:6
OMNIBUS [2] - 4:13, 4:14
omnibus [2] - 11:22, 12:22
one [8] - 7:7, 7:11, 16:23, 20:21, 22:12, 22:20, 30:1
ongoing [1] - 12:23
open [1] - 15:17
opinion [2] - 13:8, 26:14
opposition [1] - 7:9
Optronics [2] - 12:15
oral [1] - 26:12
ORDER [2] - 4:15, 6:4
order [4] - 7:19, 8:4, 12:25, 18:23
Order [1] - 29:4
ORDERS [1] - 4:10
Orders [2] - 7:21, 7:23
ORDERS.................
................ [1] - 4:9
ORLEANS [9] - 1:7, 1:20, 1:24, 2:5, 2:10, 2:19, 2:24, 3:4, 3:16
Orleans [1] - 15:25
other-loss [1] - 18:22
ought [2] - 8:7, 16:16
overall [1] - 10:8
Owen [1] - 13:9
OWEN [2] - 2:18, 13:9, 14:6
OWNERSHIP [1] - 4:19
ownership [1] - 14:13

## P

PAGE [1] - 4:4
paid [1] - 30:7
panel [2] - 13:4, 26:14
part [4] - 18:5, 19:5, 20:15, 25:15
participating [1] - 27:8
particular [1] - 10:19
particularly [2] - 14:11, 29:16
parties [1] - 31:2

payment [3] - 18:9, 25:12, 25:14
payments [6] - 17:16, 18:10, 24:1, 24:18, 24:25, 25:1
Pearl [1] - 26:9
people [8] - 8:7, 10:16, 16:4, 16:18, 22:4, 23:7, 23:20, 24:18
PEPPER [1] - 3:14
Pepper [2] - 32:3, 32:12, 32:13
percent [4] - 9:14, 9:17, 19:8, 19:18
perhaps [1] - 26:13
period [1] - 17:14
permission [1] - 26:21
person [1] - 9:23
personal [1] - 19:6
Phil [2] - 8:6, 11:11
PHILLIP [1] - 3:11
Phillip [1] - 8:9
phone [1] - 30:20
phonetically [1] - 27:13
pick [1] - 10:24
pilot [6] - 14:15, 15:6, 15:13, 19:14, 20:4, 21:10
PILOT [1] - 4:21
pipeline [1] - 21:20
PIPES [1] - 2:22
place [1] - 30:15
placed [1] - 25:23
plaintiff [2] - 11:6, 11:9
Plaintiff [1] - 11:25
plaintiffs [3] - 13:23, 28:14, 28:18
Plaintiffs' [1] - 10:7, 12:20
PLAINTIFFS' [1] - 1:18
plan [3] - 15:19, 26:21, 30:15
point [6] - 8:5, 8:11, 8:18, 12:11, 21:21, 31:1
Police [1] - 15:25
pool [1] - 24:6
portal [2] - 23:14, 25:3
Porter [1] - 26:16
PORTER [1] - 4:24
position [2] - 29:8, 29:9
POST [1] - 2:14
potential [1] - 12:12
POYDRAS [7] - 1:24, 2:4, 2:9, 2:19, 2:23, 3:4, 3:15

present [4] - 11:2, 13:8, 13:21, 16:15
PRESENT [1] - 3:10
presiding [1] - 26:3
Pretrial [2] - 7:21, 7:23
PRETRIAL [2] - 4:9, 4:10
pretty [1] - 15:15
pro [8] - 18:10, 20:25, 23:24, 24:7, 24:12, 28:8, 28:14, 28:18
PRO [2] - 3:3, 5:6
probability [1] - 17:15
problem [1] - 16:6
problems [1] - 16:3
PROCEEDINGS [3] - 1:13, 3:18, 6:1
proceedings [2] - 13:13, 32:9
process [11] - 8:19, 8:24, 10:25, 11:3, 12:7, 16:1, 23:7, 23:19, 23:25, 25:7, 27:6
PRODUCED [1] - 3:19
production [1] - 31:3
Products [1] - 6:13
PRODUCTS [1] - 1:5
Profile [1] - 11:25
profile [4] - 12:8, 20:6, 20:8, 28:1
PROFILE [1] - 5:3
Program [1] - 17:25
program [7] - 14:15, 15:6, 15:13, 19:14, 20:4, 21:11, 24:14
PROGRAM...............
.......................... [1] - 4:21
progress [1] - 18:17
project [1] - 10:8
proper [1] - 17:18
properly [1] - 27:10
property [4] - 19:6, 27:2, 27:3, 28:21
provide [3] - 27:7, 29:11, 29:21
provision [1] - 19:2
PSC [2] - 26:12, 31:22
PTO [5] - 4:10, 7:23, 8:11
pursuant [1] - 19:13
put [3] - 8:22, 9:21, 30:15
putting [1] - 10:16

## Q

QSF [1] - 17:17

questions [3] - 23:16, 28:3, 28:4
QUESTIONS..............
............... [1] - 5:4
queue [1] - 15:5
quickly [2] - 18:24, 23:6

## R

rata [5] - 18:10, 20:25, 23:24, 24:7, 24:12
rather [1] - 17:15
RE [1] - 1:5
re [1] - 6:12
reach [1] - 24:7
reached [1] - 25:21
read [2] - 6:24, 7:23
real [4] - 9:20, 23:6, 27:2, 27:3
reality [1] - 29:12
really [4] - 7:24, 16:5, 16:6, 17:9
Realtime [2] - 32:3, 32:13
REALTIME [1] - 3:14
reason [2] - 22:6, 22:20
receive [2] - 21:4, 21:19
received [5] - 19:5, 19:13, 19:15, 22:15, 31:5
recently [2] - 13:1, 30:12, 31:5
recess [2] - 31:20, 31:23
record [2] - 6:15, 32:8
RECORDED [1] - 3:18
reducing [1] - 9:12
reduction [1] - 9:14
referred [2] - 28:10, 30:7
REGARD [1] - 4:19
regard [3] - 14:13, 26:1, 29:6
regarding [3] - 13:5, 14:6, 27:19
REGISTERED [1] - 3:15
Registered [1] - 32:3
registered [1] - 32:14
registering [1] - 11:8
rejected [1] - 9:8
rejection [1] - 9:9
relate [2] - 7:24, 29:8
relates [1] - 13:6
RELATES [1] - 1:9
relationship [1] - 29:5

relocation [1] - 18:8
remain [1] - 22:19
remaining [5] - 18:12, 19:18, 21:12, 21:15, 30:14
remains [2] - 18:2, 23:13
remand [1] - 12:12
REMEDIATED [1] - 5:7
remediated [6] - 19:14, 21:10, 21:21, 30:9, 30:13, 30:18
remediating [1] - 20:16
remediation [4] - 18:14, 18:20, 21:8, 21:13
remedy [1] - 24:11
removed [1] - 27:25
REMOVED [1] - 5:1
repair [1] - 18:8
report [8] - 7:18, 10:14, 17:10, 18:1, 27:25, 28:12, 28:16
REPORT.................
... [1] - 5:2
REPORTER [3] - 3:14, 3:14, 3:15
Reporter [7] - 32:3, 32:4, 32:5, 32:13, 32:14, 32:14
REPORTER'S [1] - 32:1
reporting [1] - 9:18
represent [1] - 29:10
representative [2] - 26:12, 31:22
representatives [1] - 16:17
representing [1] - 12:1
resolution [1] - 25:21
Resolution [2] - 27:6, 27:13
RESOLVED [1] - 5:1
resolved [5] - 27:24, 28:7, 30:14, 30:16, 30:22
RESOLVED.......... [1] - 5:5
respect [5] - 25:20, 28:1, 28:8, 29:9, 30:9
respond [7] - 22:11, 23:7, 23:8, 23:9, 23:11, 23:21, 24:18
responded [1] - 20:21
responding [1] - 28:6
response [2] - 22:16,

23:22
responses [1] - 21:5
resubmit [1] - 9:10
results [2] - 20:13, 21:8
returns [1] - 25:22
REUTER [1] - 2:17
Review [5] - 6:22, 6:23, 6:25, 11:2, 11:13
review [6] - 9:7, 11:1, 21:4, 21:8, 22:17, 27:4
reviewed [7] - 8:20, 18:17, 18:18, 19:8, 19:18, 19:20, 27:5
reviewing [1] - 24:23
reviews [2] - 18:16, 21:9
RICHMOND [1] - 3:8
rise [1] - 6:7
RMR [2] - 3:14, 32:13
ROBERT [3] - 2:13, 3:3, 3:3
ROCKETTS [1] - 3:8
ROOM [1] - 3:15
ROSS [1] - 2:17
rough [1] - 20:22
RULE [1] - 4:17
rule [1] - 14:12
RUMBERGER [1] - 2:12
runs [1] - 24:10
RUSS [1] - 1:19
Russ [3] - 6:20, 28:15, 29:22

## S

S.W [1] - 2:14
s/Cathy [1] - 32:12
Sandy [1] - 26:8
SARVER [1] - 2:22
Saturday [1] - 15:3
schedule [2] - 12:14, 31:10
scheduled [2] - 16:24, 21:21
Scott [1] - 26:10
SE [2] - 3:3, 5:6
se [3] - 28:8, 28:14, 28:18
seated [1] - 6:8
second [2] - 20:21, 25:14
see [16] - 9:13, 10:17, 12:11, 14:2, 15:10, 16:14, 17:1, 17:8, 18:14, 19:8, 22:7,

22:18, 29:15, 30:25, 31:20, 31:21
Seeger's [1] - 26:9
seeing [1] - 29:17
seething [1] - 17:6
seize [1] - 14:4
sell [1] - 28:21
send [3] - 8:21, 10:11, 21:13
sending [1] - 25:3
sense [2] - 9:20, 15:18
sent [2] - 15:23, 17:18
separate [1] - 24:24
serious [1] - 7:14
seriously [1] - 31:19
Serpe [1] - 26:20
session [1] - 12:20
SET [1] - 5:5
set [5] - 12:8, 12:14, 18:5, 19:4, 28:7
setting [1] - 30:19
settings [1] - 11:18
SETTINGS.................
......... [1] - 4:11
settlement [10] - 15:14, 15:16, 17:24, 19:4, 21:1, 21:2, 21:7, 24:6, 26:23
Settlement [1] - 17:25
settlements [2] - 15:17, 18:10
seven [1] - 30:1
several [1] - 28:9
shared [1] - 25:21
SHARED [1] - 4:22
ships [1] - 14:1
short [1] - 18:22
show [2] - 19:10, 20:21
showed [1] - 18:23
sign [1] - 10:10
significant [4] - 9:19, 10:3, 18:17, 25:16
simply [2] - 28:19, 28:24
sit [1] - 17:6
six [2] - 15:24, 30:1
skip [1] - 12:24
slide [7] - 19:10, 20:14, 20:22, 21:9, 21:22, 22:16, 23:6
small [4] - 9:16, 18:3, 18:24, 26:23
smaller [1] - 18:15
Smith [2] - 13:2, 26:3
solved [1] - 16:3
SOME [1] - 4:17
someone [2] - 12:21, 28:5

**sometime** [1] - 30:18
**sometimes** [1] - 16:22
**sooner** [4] - 23:22, 23:23, 24:16, 24:17
**sorry** [1] - 30:5
**sort** [1] - 28:20
**Spano** [1] - 26:4
**SPAULDING** [1] - 2:8
**Special** [3] - 19:2, 22:8, 25:2
**SPECIAL** [1] - 3:7
**specifically** [1] - 19:3
**spelled** [1] - 27:13
**square** [9] - 18:11, 20:4, 20:23, 20:24, 21:6, 24:5, 24:6, 24:12, 24:17
**stage** [1] - 21:12
**stand** [1] - 31:20
**standpoint** [1] - 13:22
**STANLEY** [1] - 2:17
**start** [2] - 20:12, 25:3
**STATE** [1] - 4:11
**state** [1] - 11:18
**State** [3] - 11:24, 12:6, 32:4
**STATE/FEDERAL** [2] - 2:3, 4:12
**state/federal** [1] - 11:21
**States** [3] - 14:3, 32:5, 32:15
**STATES** [2] - 1:1, 1:14
**static** [1] - 18:2
**status** [5] - 16:21, 18:18, 26:22, 27:25, 28:9
**STATUS** [2] - 1:13, 5:2
**stay** [2] - 12:16, 16:16
**Steering** [3] - 6:18, 10:7, 12:20
**STEERING** [1] - 2:22
**steering** [1] - 10:5
**STENOGRAPHY** [1] - 3:18
**step** [1] - 13:14
**steps** [1] - 13:12
**still** [6] - 13:11, 13:17, 16:9, 22:13, 22:23, 30:17
**stories** [1] - 28:19
**stragglers** [1] - 25:13
**STREET** [8] - 1:24, 2:4, 2:9, 2:14, 2:19, 2:23, 3:4, 3:15
**strong** [1] - 17:15
**stuff** [1] - 9:1
**subcommittees** [1] - 10:6

**submissions** [3] - 8:13, 8:19, 9:8
**submit** [1] - 20:20
**submitted** [3] - 20:9, 22:1, 22:3
**submitting** [1] - 22:19
**substantial** [2] - 25:12, 25:22
**suffices** [1] - 22:21
**SUITE** [6] - 1:24, 2:4, 2:13, 2:19, 2:23, 3:4
**summary** [1] - 10:22
**supplier** [1] - 20:7
**supplier/installer** [1] - 20:10
**Supply** [1] - 26:16
**SUPPLY** [1] - 4:24
**Supreme** [1] - 13:15
**surprised** [1] - 14:5

### T

**TAISHAN** [2] - 2:17, 4:23
**Taishan** [5] - 13:6, 13:7, 13:9, 26:1, 26:5
**team** [1] - 26:7
**teleconference** [1] - 30:19
**tenant** [2] - 18:13, 18:21
**THE** [58] - 1:13, 1:18, 2:3, 2:7, 2:12, 2:21, 3:7, 4:6, 4:15, 4:18, 4:20, 5:1, 5:2, 5:8, 5:9, 6:7, 6:8, 6:11, 6:12, 6:14, 7:5, 8:3, 8:6, 9:12, 9:18, 11:18, 11:22, 12:1, 12:4, 12:10, 12:16, 13:3, 13:7, 13:21, 14:15, 15:20, 16:9, 16:13, 16:20, 17:1, 17:22, 18:25, 19:24, 20:2, 24:2, 24:21, 25:8, 25:19, 26:15, 27:23, 29:18, 29:24, 30:4, 30:23, 31:5, 31:9, 31:11, 31:16
**THEIR** [1] - 4:19
**they've** [5] - 16:4, 17:18, 19:13, 19:14, 27:17
**thinks** [1] - 6:22
**THIS** [1] - 1:9
**THOMAS** [1] - 2:18
**THORNTON** [1] - 2:17
**thorough** [1] - 7:18

**THOSE**......................
.................. [1] - 4:8
**three** [4] - 8:18, 8:25, 13:4, 26:13
**three-judge** [1] - 13:4
**THURSDAY** [2] - 1:8, 6:2
**TIME** [1] - 4:6
**timekeeping** [1] - 7:24
**titled** [1] - 11:14
**TO** [3] - 1:9, 4:19, 6:4
**today** [3] - 12:20, 16:24, 26:21
**together** [4] - 7:23, 27:15, 30:21, 31:2
**Tom** [1] - 13:9
**total** [3] - 20:22, 21:6, 23:11
**TOWER** [1] - 2:23
**training** [1] - 11:7
**transcript** [1] - 32:7
**TRANSCRIPT** [2] - 1:13, 3:18
**TRIAL** [1] - 4:11
**trial** [1] - 11:18
**tried** [3] - 9:19, 9:24, 28:21
**triggers** [1] - 14:22
**true** [1] - 32:7
**try** [2] - 9:2, 30:20
**trying** [4] - 8:19, 9:1, 12:7, 16:4
**Tuesday** [2] - 8:20, 9:2
**Tulane** [1] - 6:20
**turn** [1] - 12:25
**turned** [1] - 15:2
**turning** [2] - 14:21, 14:23
**TWO** [1] - 4:6
**two** [7] - 7:8, 8:11, 13:19, 15:24, 19:12, 27:1
**type** [1] - 9:21
**types** [1] - 27:1

### U

**under** [1] - 20:23
**unfair** [1] - 9:9
**UNITED** [2] - 1:1, 1:14
**United** [3] - 14:3, 32:5, 32:15
**unnecessarily** [1] - 26:24
**up** [19] - 7:19, 8:6, 9:19, 10:10, 10:16, 12:7, 12:8, 12:14, 16:14, 17:5, 17:7, 18:3, 22:10, 22:22,

23:9, 24:6, 30:6, 30:19, 31:19
**USDIN** [1] - 2:21
**usual** [1] - 16:21

### V

**VA** [1] - 3:8
**various** [1] - 30:17
**Venture** [2] - 26:15, 26:16
**VENTURE** [1] - 4:24
**verify** [1] - 22:2
**vessels** [2] - 14:2, 14:5
**via** [1] - 20:19
**VOICES** [1] - 6:10
**Volume** [2] - 11:13, 11:14

### W

**waiting** [1] - 13:17
**WARSHAUER** [1] - 1:22
**WAY** [1] - 3:8
**web** [1] - 23:14
**week** [3] - 19:19, 27:21, 28:22
**weekend** [1] - 9:2
**WHEREUPON** [1] - 31:23
**whole** [1] - 25:8
**Wiltz** [2] - 13:6, 13:18
**Winter** [2] - 11:13, 11:14
**wish** [1] - 17:16
**WITH** [1] - 4:19
**Woody** [3] - 15:7, 17:24, 27:12
**WOODY** [8] - 3:7, 17:23, 19:1, 20:1, 20:3, 24:4, 24:23, 25:10
**word** [1] - 9:18
**workup** [1] - 21:14
**world** [1] - 9:20
**worry** [1] - 30:3
**writ** [1] - 13:15
**writing** [1] - 7:13
**ww3.browngreer. com/drywall** [1] - 23:14

### Y

**year** [1] - 14:25
**yesterday** [1] - 27:14