# EXHIBIT "14"

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3
     *****************************************************************
4

     IN RE:  CHINESE-MANUFACTURED
5    DRYWALL PRODUCTS
     LIABILITY LITIGATION
6
                               CIVIL DOCKET NO. 09-MD-2047 "L"
7                              NEW ORLEANS, LOUISIANA
                               TUESDAY, OCTOBER 6, 2015, at 4:00 P.M.
8

9    THIS DOCUMENT RELATES TO
     ALL CASES
10
     *****************************************************************
11

12              TRANSCRIPT OF MOTION HEARING PROCEEDINGS
             HEARD BEFORE THE HONORABLE ELDON E. FALLON
13                  UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16

17   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:            HERMAN HERMAN KATZ
18                               BY:  LEONARD A. DAVIS, ESQUIRE
                                 820 O'KEEFE AVENUE
19                               NEW ORLEANS, LA  70113

20

21                               LEVIN, FISHBEIN, SEDRAN & BERMAN
                                 BY:  ARNOLD LEVIN, ESQUIRE
22                                    SANDRA L. DUGGAN, ESQUIRE
                                 510 WALNUT STREET, SUITE 500
23                               PHILADELPHIA, PA 19106

24

25

                            **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              GAINSBURGH BENJAMIN DAVID
                               MEUNIER AND WARSHAUER
4                              BY:  GERALD E. MEUNIER, ESQUIRE
                                    RACHEL A. STERNLIEB, ESQUIRE
5                              2800 ENERGY CENTRE
                               1100 POYDRAS STREET, SUITE 2800
6                              NEW ORLEANS, LA  70163

7

                               COLSON HICKS EIDSON COLSON
8                              MATTHEWS MARTINEZ GONZALEZ
                               KALBAC & KANE
9                              BY:  ERVIN A. GONZALEZ, ESQUIRE
                               255 ALHAMBRA CIRCLE, PENTHOUSE
10                             CORAL GABLES, FL 33134

11

12   FOR TAISHAN GYPSUM CO.,
     LTD, AND TAI'AN TAISHAN
13   PLASTERBOARD CO., LTD.:   ALSTON & BIRD
                               BY:  CHRISTINA H. EIKHOFF, ESQUIRE
14                                  BERNARD TAYLOR, SR., ESQUIRE
                               ONE ATLANTIC CENTER
15                             1201 WEST PEACHTREE STREET
                               ATLANTA, GA 30309
16

17

     FOR BEIJING NEW BUILDING
18   MATERIALS PUBLIC LIMITED
     COMPANY AND BEIJING NEW
19   BUILDING MATERIAL (GROUP)
     COMPANY LIMITED
20   (COLLECTIVELY, "BNBM"):   DENTONS US
                               BY:  MICHAEL H. BARR, ESQUIRE
21                             1221 AVENUE OF THE AMERICAS
                               NEW YORK, NY  10020
22

23

24

25

                         **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3    CHINA NATIONAL BUILDING
      MATERIALS GROUP CORPORATION
 4    AND CHINA NATIONAL BUILDING
      MATERIALS COMPANY LIMITED
 5    (COLLECTIVELY, "CNBM"):        ORRICK HERRINGTON & SUTCLIFFE
                                     BY:  JAMES L. STENGEL, ESQUIRE
 6                                   51 WEST 52ND STREET
                                     NEW YORK, NY 10019
 7

 8
                                     ORRICK HERRINGTON & SUTCLIFFE
 9                                   BY:  L. CHRISTOPHER VEJNOSKA, ESQ.
                                     THE ORRICK BUILDING
10                                   405 HOWARD STREET
                                     SAN FRANCISCO, CA   94105
11

12
      FOR THE TAISHAN, BNBM
13    ENTITIES AND CNBM ENTITIES
      LIAISON COUNSEL:               PHELPS DUNBAR
14                                   BY:  HARRY ROSENBERG, ESQUIRE
                                     365 CANAL STREET, SUITE 2000
15                                   NEW ORLEANS, LA  70130

16
      ALSO PRESENT:                  SCOTT GEORGE, ESQUIRE
17

18
      OFFICIAL COURT REPORTER:       CATHY PEPPER, CRR, RMR, CCR
19                                   CERTIFIED REALTIME REPORTER
                                     CERTIFIED MERIT REPORTER
20                                   500 POYDRAS STREET, ROOM B406
                                     NEW ORLEANS, LA   70130
21                                   (504) 589-7779
                                     Cathy_Pepper@laed.uscourts.gov
22

23    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
      PRODUCED BY COMPUTER.
24

25
```

**OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2

3       SPEAKERS                                              PAGE

4

5       THE COURT.........................................    5

6       MR. VEJNOSKA......................................   12

7       THE COURT.........................................   27

8       MR. VEJNOSKA......................................   27

9       MR. LEVIN.........................................   29

10      THE COURT.........................................   32

11      MR. LEVIN.........................................   32

12      MR. VEJNOSKA......................................   32

13      THE COURT.........................................   33

14

15

16

17

18

19

20

21

22

23

24

25

                          **OFFICIAL TRANSCRIPT**

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                TUESDAY, OCTOBER 6, 2015

3             M O R N I N G   S E S S I O N

4                (COURT CALLED TO ORDER)

5

6

15:59:29   7           THE DEPUTY CLERK:  All rise.

16:00:14   8           THE COURT:  Be seated, please.  Good afternoon, ladies

16:00:14   9   and gentlemen.

16:00:14  10           VOICES:  Good afternoon, Your Honor.

16:00:15  11           THE COURT:  Would counsel make your appearance for the

16:00:17  12   record, please.

16:00:17  13           MR. LEVIN:  Arnold Levin for the Plaintiffs' Steering

16:00:19  14   Committee, Your Honor.

16:00:21  15           MR. VEJNOSKA:  Good afternoon, Your Honor.

16:00:22  16   Chris Vejnoska for CNBM Group, joined by Jim Stengel,

16:00:29  17   Alex Rothenberg, and Donna Currault.

16:00:29  18           THE COURT:  Thank you.

16:00:33  19           Just for the record, do you want to call the

16:00:34  20   case, Dean.

16:00:35  21           THE DEPUTY CLERK:  MDL 09-2047, In re:  Chinese

16:00:41  22   Manufactured Drywall Products Liability Litigation.

16:00:45  23           THE COURT:  Okay.  We've had the appearance of counsel.

16:00:47  24           Let me make just some general comments on this

16:00:57  25   matter.  The MDL issues, as I see them, oftentimes are

                          **OFFICIAL TRANSCRIPT**

16:00:58  1    different than the regular case.  They are different than the

16:01:01  2    regular case primarily because of the numbers that are

16:01:03  3    involved.

16:01:03  4        In this particular case, I had maybe 20, 30,000

16:01:12  5    claimants, but the unusual aspect in this case is, unlike other

16:01:15  6    MDLs that I've had where I've had 1 or 2 or 4 or 5 defendants,

16:01:21  7    I have 1,000 defendants in this case.  The number of lawyers,

16:01:24  8    and it's still counting, is 1,400 lawyers.  So I try to do

16:01:31  9    things as efficiently as possible, and those numbers, primarily

16:01:38  10   numbers of lawyers, numbers of claimants even, numbers of

16:01:41  11   defendants, create logistical issues.

16:01:43  12        I try to minimize the time that counsel takes on

16:01:48  13   the matter getting to and from the Court.  I try not to have

16:01:53  14   every discovery issue held in open court because I recognize

16:01:58  15   that most of you here today are from places other than

16:02:02  16   New Orleans.  It takes you two days for every motion that you

16:02:06  17   come to argue before me, and the motions may take 20 or

16:02:11  18   30 minutes.  It doesn't make a lot of sense to me to spend the

16:02:15  19   time flying in, staying in a hotel to come to court to argue

16:02:19  20   for 20 or 30 minutes.  It's not good for you; it's not good for

16:02:23  21   your clients, so I try to do things more efficiently.

16:02:29  22        I also feel that it's been my practice -- and

16:02:32  23   it's not because the magistrates here are not capable.  We have

16:02:36  24   some of the best magistrates around the country, but in these

16:02:40  25   types of cases, I try to do the discovery myself because it's

16:02:44  1   been my experience that if I allow the magistrate to do it, the

16:02:48  2   magistrate has to have a hearing, the magistrate has to write

16:02:51  3   an opinion.  Every motion is appealed to me.  I have to read

16:02:58  4   his opinion, have argument again a second time, and then write

16:03:03  5   an opinion the second time.  It just takes time, effort, and

16:03:08  6   expense.  It doesn't make a lot of sense to me to do it that

16:03:11  7   way, so I try to do it myself.

16:03:13  8          Now, I also try to minimize the expense of the

16:03:18  9   attorneys because it's easy for me to have it in open court.  I

16:03:28  10   mean, I live here, so it's easy for me to do it in court.  I do

16:03:29  11   it for you all for the benefit of you as easily as I can.

16:03:32  12          I expect counsel, when they have a discovery

16:03:38  13   issue, that they meet and confer.  I don't care whether you do

16:03:41  14   it in person, whether you do it by Skype, whether you do it by

16:03:45  15   telephone conferencing, whether you do it by telephone, some

16:03:50  16   kind of method of doing it that's easier for you.

16:03:55  17          Talk about it.  Meet and confer.  See whether the

16:03:57  18   issue can be resolved between and among counsel.  If it can't

16:04:02  19   be, then I expect counsel, the aggrieved party, to write me a

16:04:09  20   letter telling me what problem is.  Cc the opposing counsel.

16:04:13  21   Then I expect the opposing counsel to write an opposition,

16:04:17  22   cc-ing his opposing counsel or her opposing counsel.

16:04:21  23          I immediately convene a conference.  I always

16:04:23  24   have a court reporter.  I hear from the parties.  I've read the

16:04:26  25   letter.  I understand the issues.  I've been living with this

**OFFICIAL TRANSCRIPT**

16:04:29  1   case for a while.  I understand the issues.  I hear from each

16:04:34  2   side to tell me what you've written in a letter or expand on

16:04:39  3   what you've written in a letter, and then I try to rule as

16:04:41  4   quickly as I can, oftentimes on the same telephone conference

16:04:46  5   but it's all a record.

16:04:49  6            I say a *letter* because it's easier for you to

16:04:52  7   write a letter than it is to write a formal brief.  If you want

16:04:55  8   to call it a *brief*, do a brief.  If you want me to have every

16:04:59  9   motion in court, I'll have every motion in court.  But I can't

16:05:04 10   have every motion following or at the beginning of a monthly

16:05:09 11   conference.  It's too much.  I mean, it's too long in between.

16:05:14 12            You give me an issue and I'll give you an answer

16:05:17 13   within 24 hours, if not sooner, so that you can move on with

16:05:21 14   the case.  That's the reason I have this, but somehow or

16:05:25 15   another, I'm afraid it's breaking down here.

16:05:27 16            I don't know whether the breaking down is because

16:05:29 17   there is no meet and confer.  I don't know whether the breaking

16:05:33 18   down is because of a concern that this is, quote, "informal."

16:05:37 19   It's not informal.  It's formal in the sense that everything

16:05:43 20   goes in the record.  I have a court reporter present.  They

16:05:49 21   take your comments down, my comments down, and I file in it the

16:05:55 22   record, just as I would here.

16:05:58 23            So if it's the feeling of either party or both

16:06:03 24   parties that you want motions in court, I'll set the motions in

16:06:07 25   court, and we'll do it on a weekly basis.  You can fly in and

**OFFICIAL TRANSCRIPT**

16:06:11  1   I'll hear from you in open court and I'll rule.

16:06:14  2           So give that some thought.  If you feel that it

16:06:19  3   works, fine.  If you feel that this a motion that I ought to

16:06:24  4   hear in open court, I'll hear it in open court because it's

16:06:29  5   easier for me to do it in open court than it is on the phone,

16:06:33  6   but I do it on the phone for your benefit.  It's not written in

16:06:39  7   stone.  If you want it another way, I'll try to accommodate

16:06:43  8   you.

16:06:43  9           Now, we're here today for a motion of CNBM to

16:06:52 10   reconsider the Court's minute entry resetting a briefing

16:06:55 11   schedule for its motion to dismiss.

16:06:57 12           By way of background, CNBM's motion to dismiss is

16:07:03 13   really based on the argument that they are entitled to

16:07:05 14   sovereign immunity under the Sovereign Immunities Act.  That

16:07:11 15   act is peculiar in the sense that if they get sovereign

16:07:14 16   immunity, they don't only get sovereign immunity from the

16:07:18 17   judgment, they get sovereign immunity from the process itself.

16:07:21 18           The reason for that is it's unfair, Congress

16:07:28 19   felt, to have a person who has immunity to have to undergo the

16:07:36 20   expense and the trouble and the difficulty and the delay in

16:07:40 21   discovering the case when they have sovereign immunity.  So the

16:07:44 22   sovereign community goes to the process as well as the judgment

16:07:48 23   involved.

16:07:52 24           I set a hearing date on the motion in December.

16:07:57 25   I recognize that this a motion that ought to be held and heard

16:08:03  1   as quickly as possible.  The reason I put it in December is

16:08:07  2   because of the peculiarities of fact pattern in this particular

16:08:12  3   case.

16:08:16  4         The Sovereign Immunity Act is pretty specific.  I

16:08:20  5   think courts have interpreted it the same way.  There is no

16:08:23  6   difficulty in reading it or interpreting it, but it also

16:08:27  7   contains certain exceptions -- commercial activity exception,

16:08:33  8   tort exception, and other exceptions.  This particular case

16:08:38  9   presents some peculiar issues that may or may not affect the

16:08:45 10   exceptions, and if the exception is applicable, then the Act is

16:08:49 11   not applicable.

16:08:50 12         It seemed to me that it was fair to have some

16:08:53 13   discovery, jurisdictional discovery, not from the standpoint of

16:08:57 14   the intricacies of the facts, other than the relationship of

16:09:03 15   the parties involved, to see whether or not there was any

16:09:13 16   convincing argument that could be made on the applicability of

16:09:17 17   the exception.  So I set the hearing date in December, as I

16:09:21 18   say, to allow time for some discovery, limited to the

16:09:25 19   applicability of the Act in view of the various factual issues

16:09:30 20   involved.

16:09:30 21         Now, with that, discovery depositions took place

16:09:34 22   in Hong Kong a short time ago, a couple of days or weeks ago.

16:09:40 23   During the depositions, certain information was revealed for

16:09:45 24   the first time, which raised issues of spoliation, which raised

16:09:52 25   issues of adverse inferences, and raised issues of possible

16:09:56 1   penalties, serious issues.

16:09:58 2           So it seemed to me that it was fair for the

16:10:00 3   parties, particularly the defendant involved, which was focused

16:10:04 4   primarily on Taishan, to have an evidentiary hearing to see

16:10:09 5   what the whole scope of this issue was, to see whether or not

16:10:14 6   spoliation, which is a very harsh doctrine, would be

16:10:22 7   applicable.

16:10:23 8           I set the evidentiary hearing to get this full

16:10:26 9   picture, and the focus, as I say, was primarily on Taishan's

16:10:34 10  actions, but the information produced or to be produced,

16:10:40 11  because when I heard from the parties it was still in the

16:10:43 12  process of becoming -- it potentially had some relevance to the

16:10:51 13  applicability of the exceptions to FSIA.

16:10:56 14          So it seemed to me that the parties might want to

16:10:59 15  discuss whether or not this new information was applicable at

16:11:05 16  all to the arguments.  I felt that if I didn't do that,

16:11:10 17  whatever the result would be, I would have a motion to

16:11:14 18  reconsider based on new evidence, new evidence which came out

16:11:18 19  of the hearing.

16:11:19 20          So I was trying to shortcut that by saying, let's

16:11:23 21  have the spoliation hearing.  Take a look at that material,

16:11:28 22  both sides, and tell me whether or not it's relevant.  That was

16:11:32 23  the reason for it.

16:11:34 24          So I didn't want to move the hearing date because

16:11:39 25  I'm conscious of the fact that these issues ought to be

**OFFICIAL TRANSCRIPT**

16:11:43 1    resolved as quickly as possible, and I was trying to maintain

16:11:46 2    the hearing date, but I did elongate the briefing schedule.

16:11:53 3            Now, I elongated it for the plaintiffs, but I

16:11:59 4    didn't elongate it long for the defendants.  I understand that

16:12:04 5    that may have created a problem, and so it seemed to me that I

16:12:10 6    ought to at least hear from CNBM at this time.  CNBM wants me

16:12:17 7    to reconsider the dates, and so that's why we're here today.

16:12:25 8            I'll hear from the plaintiffs.

16:12:27 9        MR. VEJNOSKA:  Thank you, Your Honor.  Again,

16:12:35 10   Chris Vejnoska appearing for CNBM Group, and it is CNBM Group

16:12:41 11   that is the party moving here today and is the party seeking

16:12:45 12   reconsideration.

16:12:46 13           Your Honor, Mr. Rothenberg is going to pass

16:12:49 14   out -- we have some slides which we would like to give to the

16:12:54 15   Court and all the parties.  I'll tell you that those slides

16:12:57 16   actually have embedded in them some videos.  I'll also reassure

16:13:02 17   Your Honor that we are not going to show you those videos now,

16:13:05 18   and I'll especially reassure Madam Court Reporter, who will,

16:13:10 19   I'm sure, appreciate that.  However, Mr. Rothenberg will also

16:13:13 20   be handing out to all the parties a thumb drive which will have

16:13:17 21   the actual clips in them in case you want to see them for

16:13:22 22   yourself.

16:13:22 23           Your Honor, I would also start by saying that we

16:13:27 24   do appreciate your effort to manage massive litigation and the

16:13:32 25   efficiencies, and we appreciate the fact that you did give us

**OFFICIAL TRANSCRIPT**

16:13:35 1   this opportunity to come and talk to you because this is very

16:13:39 2   important to us.

16:13:40 3          We filed this motion, Your Honor, because what

16:13:44 4   was advertised as a *dispute* with Taishan Gypsum about one of

16:13:53 5   Taishan Gypsum's former employees somehow and suddenly took a

16:13:58 6   sharp turn, to our way of thinking, a turn off the road and

16:14:02 7   ended up changing the briefing schedule of CNBM Group's very

16:14:08 8   specific jurisdictional challenge here, despite the fact that

16:14:11 9   the PSC has not shown any connection whatsoever between that

16:14:15 10  employee and our FSIA motion.

16:14:19 11         One of the things I want to do today is just very

16:14:22 12  quickly to show you, it's difficult sometimes, as I'm sure you

16:14:27 13  can appreciate, to demonstrate a negative, but I'm going to

16:14:29 14  show you there has been no such applicable connection to

16:14:33 15  CNBM Group and, more particularly, to CNBM Group's FSIA

16:14:39 16  challenge.

16:14:39 17         So, Your Honor, two weeks ago you held a

16:14:44 18  telephone conference.  I appreciate your comments that it

16:14:47 19  really was not meant to be informal.  Your Honor made clear at

16:14:51 20  the outset of the call what the subject of that discussion was,

16:14:57 21  a former Taishan employees named Peng Wenlong, his whereabouts,

16:15:04 22  and what happened to his computer, period, end of story.

16:15:09 23         Then, Your Honor, the next day you issued an

16:15:12 24  amended order.  Again you made clear what the subject was,

16:15:17 25  spoliation, as Your Honor has talked about, that is, what

16:15:19  1    happened to Mr. Peng's computer, where Mr. Peng was, whether he

16:15:24  2    was available or not, and possible penalties associated with

16:15:29  3    that, and you set a November 10th hearing.

16:15:31  4         However, the Court added something at the end, as

16:15:36  5    you're well aware.  This is why we're here.  Extended the PSC's

16:15:40  6    time to respond to our sovereign immunity motion because, and I

16:15:44  7    quote, "The November 10th hearing may affect the PSC's

16:15:50  8    response."

16:15:50  9         Again, Your Honor, just to make sure that we are

16:15:54 10    clear about this, because the PSC seems to have raised some

16:15:58 11    objection to how we raised this issue with you, this issue was

16:16:02 12    raised via an e-mail with Your Honor.  If you go back and look

16:16:06 13    at that e-mail, it has 10 points in it.  None of them have

16:16:09 14    anything to do with CNBM Group.  At the very end there is

16:16:12 15    thrown in there the possibility that they may want to change

16:16:15 16    the schedule.  Frankly, Your Honor, they don't want to have

16:16:19 17    this hearing heard.  They say that all the time.

16:16:20 18         What happened was to some extent informal, and to

16:16:25 19    Your Honor's point, we did try to respond by letter.  I don't

16:16:28 20    know if you're aware, we actually submitted two letters.  They

16:16:30 21    both were rejected and we were told by the Clerk of Court that

16:16:35 22    we needed to file a motion for reconsideration.

16:16:37 23         So the point is with this sort of process, which

16:16:44 24    involved an e-mail and then a telephonic conference, we think

16:16:48 25    that what was done was done in way that the Court's ruling was

**OFFICIAL TRANSCRIPT**

16:16:53  1    based on incorrect, unsubstantiated, and misleading allegations

16:16:58  2    and speculation.

16:17:01  3              Neither CNBM Group nor, more importantly,

16:17:05  4    Your Honor, this court was given the opportunity to test those

16:17:07  5    allegations.  Indeed, as we just showed and we just saw, the

16:17:12  6    Court clearly understood going into this telephonic conference

16:17:15  7    that it was dealing with something very different than what

16:17:18  8    came out of it.

16:17:18  9              So CNBM Group has made a unique argument here,

16:17:22 10    Your Honor, and you're well aware of that.  No one else is

16:17:25 11    making this sovereign immunity claim.  Your Honor has

16:17:28 12    acknowledged previously when we discussed this in chambers that

16:17:30 13    the companies, the CNBM companies, the Taishan companies, and

16:17:36 14    the BNBM companies are all separate entities.  It's

16:17:42 15    inappropriate for the PSC to prejudge that a Taishan employee

16:17:45 16    might, just might have something relevant to say about a

16:17:48 17    defense that is not even raised by the company that he used to

16:17:51 18    work for and he no longer works for.

16:17:53 19              So, Your Honor, just three quick points I would

16:17:59 20    like to talk with you.  First, the November 10th hearing, as

16:18:01 21    I've said, is about Taishan.  It's about Mr. Peng.  It's about

16:18:05 22    his computers.  It's about his documents.

16:18:08 23              There is no evidence at all in the record

16:18:11 24    anywhere that CNBM Group knows anything about any of those

16:18:16 25    topics.  There is absolutely no showing anywhere that Mr. Peng

**OFFICIAL TRANSCRIPT**

16:18:21  1    has any information about our sovereign immunity defense.

16:18:24  2         Second, the PSC has had ample time, and will have

16:18:29  3    still more time, to investigate our FSIA defense.  It has

16:18:34  4    extremely limited rights on FSIA anyway, as Your Honor has

16:18:39  5    said.

16:18:39  6         I want to point out, they have already taken a

16:18:42  7    three-day deposition of our CNBM Group's corporate

16:18:45  8    representative.  They then insisted that they needed a two-day

16:18:49  9    deposition of the general manager of CNBM Group and we produced

16:18:52 10    that.  Then, as Your Honor just said, in Hong Kong there was a

16:18:57 11    two-day deposition of the chairman of the board of CNBM Group.

16:19:01 12         I will submit to you that is not only already

16:19:03 13    enough discovery, that is more than they are entitled to.

16:19:06 14    Saying that Mr. Peng may have something to do with this is

16:19:09 15    actually contrary to the limitations that Congress and the

16:19:12 16    Fifth Circuit have placed upon their rights to discover our

16:19:15 17    defense.

16:19:15 18         Finally, Your Honor, the new briefing schedule,

16:19:19 19    as we'll point out, is manifestly unfair because, as Your Honor

16:19:23 20    correctly pointed out, that you elongated theirs and you

16:19:27 21    actually truncated ours.

16:19:28 22         So, Your Honor, the first point, the

16:19:31 23    November 10th evidentiary hearing is about Mr. Peng.  It has

16:19:33 24    nothing to do with CNBM Group.  It has nothing to do with our

16:19:38 25    FSIA defense.  It is about Taishan; it's not about CNBM Group.

**OFFICIAL TRANSCRIPT**

16:19:43 1   You don't have to take my word for that, Your Honor.  I'm going

16:19:46 2   to show you the PSC's words.

16:19:48 3          Your Honor, these words, I'm not taking them out

16:19:55 4   of context.  These are the words that the PSC has submitted to

16:19:59 5   the Court in response to our motion for reconsideration.

16:20:03 6          So, here is the PSC's description of the issue it

16:20:10 7   raised, "The whereabouts of Mr. Peng Wenlong and his computer

16:20:15 8   used to conduct sales."

16:20:20 9          Here is the PSC's justification, Your Honor, for

16:20:23 10  changing the briefing schedule, "Discovery abuses by

16:20:31 11  Taishan Gypsum," nobody else, "that included a spoliation claim

16:20:34 12  and possible perjury by its witnesses," not CNBM Group's

16:20:38 13  witnesses.

16:20:39 14         In fact, Mr. Herman sent you an e-mail after

16:20:41 15  Mr. Song's deposition in Hong Kong that prompted this call

16:20:45 16  telling that you there had been no issue and everything had

16:20:49 17  gone swimmingly.

16:20:49 18         Finally, how does the PSC say Mr. Peng fits into

16:20:55 19  the FSIA jigsaw puzzle?  Well, Your Honor, I've read their

16:21:00 20  papers several times trying to answer that critical question.

16:21:04 21  The briefs throw a lot of things at the wall that have nothing

16:21:09 22  to do with CNBM Group or sovereign immunity:  The number of

16:21:13 23  BNBM appointees on Taishan's board.  Conversations with

16:21:20 24  Hogan Lovells back in 2010 that involved neither CNBM Group nor

16:21:24 25  Mr. Peng.

**OFFICIAL TRANSCRIPT**

16:21:25 1         Eventually, Your Honor, they do list three

16:21:30 2  supposed areas of inquiry that they say Mr. Peng may be able to

16:21:34 3  help them, quote, "uncover the truth about."

16:21:40 4         It's in this passage here, Your Honor.  First

16:21:43 5  one:  Who was responsible for Taishan Gypsum's decision not to

16:21:47 6  appear for the debtor's exam?

16:21:49 7         Issue two:  What Mr. Peng discussed with various

16:21:52 8  officers, and here we're only concerned, obviously, with CNBM

16:21:57 9  Group's officers.

16:21:57 10         Third:  Why Mr. Peng told Hogan Lovells that

16:22:01 11  Taishan affiliates arguably included some of the defendants

16:22:05 12  here in this courtroom today.

16:22:07 13         Your Honor, we can dispose of that third argument

16:22:10 14  very quickly.  While I'm sure that nobody in this courtroom

16:22:13 15  completely agrees with each other about what an affiliate is, I

16:22:16 16  am fairly certain that Your Honor is not going to find relevant

16:22:20 17  the uninformed opinion of a Chinese nonlawyer about what you,

16:22:25 18  as a U.S. federal district court judge, meant when you said

16:22:31 19  *affiliate*.

16:22:32 20         At most, Your Honor, they might want to try to

16:22:35 21  argue that whatever Mr. Peng tells them can be an admission

16:22:39 22  against interest against his former employer.  I'm not going to

16:22:42 23  take any position on that.  It hardly has anything at all to do

16:22:45 24  with CNBM Group's FSIA motion.

16:22:48 25         So that leaves us with two issues.  Who is

**OFFICIAL TRANSCRIPT**

16:22:50  1    responsible for the withdrawal and what Mr. Peng discussed with

16:22:53  2    the CNBM Group officers.  But on those two issues, Your Honor,

16:22:56  3    the PSC has not told you something very important.  We already

16:23:01  4    know the answers to those questions.  They have been discovered

16:23:03  5    and discovered to death.  Mr. Peng is unlikely to add anything

16:23:07  6    to those.

16:23:08  7          Let's start with who made the decision that

16:23:14  8    Taishan should withdraw from this litigation or, as they put it

16:23:18  9    more narrowly, not appear for the debtor's examination.  Let's

16:23:22 10    skip for now the fact that this cannot be relevant to an FSIA

16:23:26 11    claim.  This is not commercial activity, Your Honor, no matter

16:23:30 12    what you find here happened factually.  Nor is it a tort.

16:23:35 13          Let's just examine what the PSC needs Mr. Peng to

16:23:41 14    answer this question.  There are no inferences that the Court

16:23:46 15    needs to draw.  It has asked Taishan, it has asked CNBM Group

16:23:52 16    this very question.

16:23:53 17          Mr. Che, Taishan's 30(b)(6) witness.  What does

16:23:58 18    he say?  He says, "The decision to withdraw from the case was

16:24:02 19    made by Taishan's board of directors.

16:24:05 20          Mr. Jia.  "Who made that decision?"

16:24:08 21          "Taishan's board of directors."

16:24:11 22          Next one.  Mr. Cao, who is CNBM Group's general

16:24:16 23    manager.  To his knowledge, Taishan gypsum made that decision.

16:24:22 24          Now, also mentioned, Your Honor, in your

16:24:25 25    telephone call of a couple weeks ago, there is a reference to

**OFFICIAL TRANSCRIPT**

16:24:29 1  the fact that CNBM Group held a directors meeting, a board of

16:24:36 2  directors meeting and that it received a report about the

16:24:39 3  Taishan decision to withdraw.

16:24:41 4       The PSC appears to suggest, Your Honor, that a

16:24:47 5  resolution passed by that body meant that Taishan's decision

16:24:54 6  actually was made by CNBM Group.  Further, and more

16:24:57 7  mysteriously, Your Honor, they cite this as proof -- I want to

16:25:03 8  quote here -- that CNBM Group orchestrated their response of

16:25:07 9  the Taishan defendants from the very beginning.

16:25:09 10      First, Your Honor, there is absolutely no proof

16:25:11 11 that the CNBM Group orchestrated anything at any time about

16:25:15 12 this litigation and certainly not at the time we're talking

16:25:19 13 about.  But, in fact, the PSC knows that this allegation also

16:25:23 14 is not true.

16:25:25 15      The PSC has asked numerous witnesses this very

16:25:28 16 question, and every single witness has not only testified under

16:25:33 17 oath that Taishan made its own decision but that CNBM Group

16:25:38 18 merely received a report as a shareholder and that it then did

16:25:45 19 what I have to assume is exactly what the plaintiffs would say

16:25:49 20 CNBM Group should have done if it was going to respect Taishan

16:25:52 21 as an individual entity.  It merely respected that decision.

16:25:56 22 It did not influence it.  It did not take any action on it.

16:26:00 23      Mr. Song, deposed in Hong Kong a couple weeks

16:26:06 24 ago, the chairman of the board.  He was pressed on this and he

16:26:10 25 tried to turn the resolution into not just respecting but

**OFFICIAL TRANSCRIPT**

support.  Like he said, "It is not support but rather respect, respect the decision made by Taishan Gypsum.  This is a decision made by Taishan Gypsum."

Again, Mr. Cao.  He said, "At the board meeting, the board was notified of the progress of the lawsuit.  There was a resolution passed by the board of directors."

Pause here for a second, Your Honor.  Again, good corporate hygiene.  Exactly what we would expect of an American company and exactly what you'll find the Chinese companies do.

"The resolution states that it respects the opinion of CNBM Company, Limited, as well as the decision of Taishan Gypsum."

Now, the PSC did establish that Mr. Peng did, in fact, speak to one officer.  I'll come back to this in a second, though.

All the evidence, though, therefore, Your Honor, on this is that from numerous witnesses that only Taishan made this decision.  The plaintiffs may not like it.  They may want to keep looking for that Black Swan witness who is going to say something different, but it is not a basis to extend the briefing schedule on the basis of what may happen if they can just find somebody who will say something.

Here is the resolution, Your Honor.  It respects Taishan's decision not to appear, not to appeal, not to participate.  It respects Taishan's decision.

**OFFICIAL TRANSCRIPT**

16:27:55  1          The second issue, Your Honor, is the

16:28:00  2    conversations that Mr. Peng had with CNBM Group officers.

16:28:04  3    Again, they said they need to know but they already do because

16:28:08  4    they have already asked, for instance, CNBM Group's 30(b)(6)

16:28:12  5    witness.

16:28:12  6          What did she say?  "I don't know about this

16:28:14  7    Mr. Peng."

16:28:14  8          "You've never heard of him?"

16:28:15  9          "I don't know him."

16:28:16 10          They asked Mr. Song, the chairman of the board of

16:28:22 11    the CNBM Group.  He's not familiar with Mr. Peng.

16:28:28 12          And I asked Mr. Cao, "Did you ever meet with him

16:28:33 13    to discuss the litigation before Judge Fallon?"

16:28:35 14          "No."

16:28:36 15          "Did you request anyone to meet with him about

16:28:39 16    that litigation?"

16:28:40 17          "No."

16:28:44 18          Now, the PSC did, in fact, establish that

16:28:47 19    Mr. Peng did speak with an officer.  It was an officer of a

16:28:52 20    completely different company.  That was Mr. Jia.  What did they

16:28:57 21    establish?  That while Mr. Peng was at Taishan, employed by

16:29:01 22    Taishan, that the chairman of Taishan told him that it was the

16:29:05 23    board of directors of Taishan's decision to withdraw from this

16:29:08 24    litigation.

16:29:09 25          So in short, Your Honor, they have had ample

**OFFICIAL TRANSCRIPT**

discovery on this issue too and this justification for needing to hear from Mr. Peng before they can brief this motion.  There is no evidence to support any claim that CNBM Group had any involvement in what they've pointed out as the justifications for needing to talk with him.

Now, beyond this, Your Honor, there are various and sundry other allegations made.  I just want to talk about one of them, which is this 2010 Joint Defense Agreement.

Plaintiffs claim that this means, this 2010 Joint Defense Agreement somehow meant that CNBM Group was privy -- that's their word -- to all of Mr. Peng's information.  Paragraph 19 there, Your Honor, I've highlighted it, the sentence.  "This Agreement does not grant any right of any party to control, influence, or to be consulted."

Next one.  Paragraph 5 of that same JDA, "Nothing in the Agreement...shall be deemed to impose any obligation upon any party to disclose Joint Defense Information."

Frankly, Your Honor, it is a vanilla, standard Joint Defense Agreement.  It does not give one party the right to look at the other party's documents, much less to influence their performance in litigation.

Your Honor, we have pointed this out numerous times.  We have said this in our e-mail to you.  We've said this in the briefs we've filed and this argument keeps being made.

**OFFICIAL TRANSCRIPT**

16:30:51  1          So in summary, Your Honor, this is a longstanding

16:30:58  2    dispute.  I'm sorry that it exists but it's a dispute between

16:31:02  3    Taishan Gypsum and the plaintiffs about Mr. Peng, where he is

16:31:06  4    and what has happened to his computer.  Maybe it's also about

16:31:09  5    what Mr. Jia knew and when; although, they've asked him that.

16:31:14  6          But it is not -- there is no showing of any

16:31:18  7    connection of any of those issues with CNBM Group.  Even if

16:31:22  8    there were, they have not shown that any of that has anything

16:31:25  9    to do with our sovereign immunity defense.

16:31:29  10          So they have not shown and cannot show that

16:31:36  11   CNBM Group even knows who Mr. Peng is, much less where he is or

16:31:42  12   where his documents are or what has happened to his computer.

16:31:47  13          Now, Your Honor, you might say that's all very

16:31:52  14   interesting.  I hope it's at least mildly interesting, but you

16:31:58  15   may also say why do we care?

16:32:01  16          First, Your Honor, there is no need to change the

16:32:07  17   schedule.  There is no showing of any linkage between Mr. Peng

16:32:10  18   and CNBM Group and CNBM Group's FSIA defense.

16:32:18  19          The PSC has already had ample discovery, in fact,

16:32:23  20   as I said, discovery that we would submit respectfully is far

16:32:26  21   in excess of the very limited amount that Congress and the

16:32:29  22   Fifth Circuit says it's entitled to.

16:32:31  23          I also want to note, Your Honor, that this Peng

16:32:36  24   argument is not the first time we've heard this argument.

16:32:40  25   After three days of a 30(b)(6) deposition, we were told that

**OFFICIAL TRANSCRIPT**

16:32:44 1    they needed to talk to Mr. Cao as the general manager before

16:32:49 2    they could brief this motion, so we produced him for two days.

16:32:54 3           He was asked all these questions, affiliates,

16:32:59 4    doing business, commercial activity, etcetera, the same

16:33:02 5    questions that Ms. Zhou as the 30(b)(6) deposition designee was

16:33:08 6    asked.

16:33:08 7           After two days of deposing Mr. Cao, they then

16:33:13 8    insisted that they could not proceed unless we produced

16:33:16 9    Mr. Song, and we just finished those two days in Hong Kong.

16:33:19 10          Your Honor, left to their own devices, I have no

16:33:23 11   doubt if they get Mr. Peng they are going to find somebody else

16:33:26 12   they need to talk with.  Anything to defer this hearing.

16:33:29 13          The proposed change is just not necessary,

16:33:34 14   Your Honor.  It is unfair to CNBM Group.

16:33:39 15          Now, we appeared in March, Your Honor, and

16:33:43 16   between the middle of March when we appeared and the middle of

16:33:48 17   June when we filed our motion, we did all the necessary work.

16:33:51 18   We talked to our clients, we got declarations, we retained

16:33:56 19   expert witnesses, we gathered documents, and, Your Honor, we

16:34:00 20   then had to wait to file until we thought that the Court was

16:34:05 21   going to permit us to do so, given Your Honor's initial ruling

16:34:09 22   that we should submit ourselves to discovery and not submit

16:34:14 23   defensive motions.

16:34:15 24          The briefing schedule that we then negotiated

16:34:22 25   with the PSC was after our three months, they got four and a

**OFFICIAL TRANSCRIPT**

16:34:28 1   half months to respond.  The new schedule now not only gives

16:34:32 2   them another month, five and a half months, but it gives us

16:34:37 3   one week to file a reply.  We apparently touched a nerve when

16:34:42 4   we said it's over the Thanksgiving holiday.  Forget the

16:34:45 5   Thanksgiving holiday.  In this case, we all work all the time.

16:34:51 6          But this has real consequences for us,

16:34:55 7   Your Honor.  We know what we're going to get from the PSC.

16:34:58 8   We've seen it, for instance, in response to our motion to

16:35:05 9   vacate the contempt order.  We're going to get a very long

16:35:06 10  brief.  We're going to get I don't know how many exhibits

16:35:09 11  attached to it.  We're not going to think they are relevant,

16:35:12 12  but we are going to need to look at them.

16:35:13 13         We have a client, Your Honor.  We need to

16:35:16 14  translate this for our client and send it to them.  We need --

16:35:19 15  anything we're going to file, we need to translate and send it

16:35:22 16  to them for their approval, again, exactly as I'm sure the

16:35:25 17  Court would expect any good lawyer to do with his or her

16:35:28 18  client.

16:35:28 19         So, giving us a week is just untenable,

16:35:36 20  Your Honor, particularly in the context where they have had

16:35:41 21  ample time to do this discovery already, they've got more than

16:35:44 22  enough time to write their brief, and they've gotten more

16:35:49 23  discovery than they are entitled to under the law.

16:35:53 24         Your Honor, we would have no objection should

16:35:57 25  Your Honor conclude after the November 10th hearing that

16:36:00 1  something has happened that militates them being able to file a
16:36:06 2  supplemental brief.  They do that, you can then give them that
16:36:10 3  extra two weeks that you had proposed, we'll have to respond to
16:36:13 4  that and we'll do our best on that, but there is no reason why
16:36:17 5  they can't be ready -- they are probably ready now -- there is
16:36:19 6  no reason why they can't be ready at the end of this month to
16:36:22 7  file an opposition to a brief that they have had since June.
16:36:26 8              Thank you, Your Honor.
16:36:27 9       THE COURT:  How much time do you think you would need
16:36:28 10 to properly respond?  Because I do understand it and I take
16:36:36 11 your point about Thanksgiving, too.  That's sort of a family
16:36:40 12 vacation, a family day and that's important.  What's reasonable
16:36:43 13 as you see it?
16:36:45 14      MR. VEJNOSKA:  Well, Your Honor, we tried to negotiate
16:36:46 15 what we thought was reasonable.  A month was reasonable.
16:36:50 16 Your Honor, I want to be very, very clear, moving the hearing
16:36:54 17 date is a nonstarter for our client.
16:36:56 18              We have explained to them what the law is.  We
16:37:03 19 have had to explain to them each time we go back and say we
16:37:06 20 have to produce another witness.  We say we have to do this
16:37:11 21 because we have to show our good faith to this court, but we
16:37:14 22 have now produced these three.  They understand that there are
16:37:17 23 limits here.
16:37:18 24              Your Honor, every week, every day, every month
16:37:20 25 that this discovery continues costs our client a lot of money.

**OFFICIAL TRANSCRIPT**

16:37:25  1    Now, that is not -- I understand that is not the determinant,

16:37:28  2    but moving that is, therefore, a nonstarter for that.

16:37:33  3              This is why we say, Your Honor, that we think the

16:37:34  4    best possible schedule is the one that we did meet and confer

16:37:40  5    about and it took us weeks and we worked it out.  We worked it

16:37:44  6    out so well that when Mr. Herman told me, "I'm going to be in

16:37:48  7    Egypt and I'm going to come back and I'm sure my team is going

16:37:52  8    to have written something and it's going to be excellent, but

16:37:52  9    I'm still going to want to look at it and put my imprint on it.

16:37:55 10    I may need a little extra time.  Chris, what can you do for

16:37:58 11    me?"

16:37:59 12              I said, "Russ, you just call me and if you need a

16:38:02 13    couple extra days, there is no problem with that."  That is

16:38:04 14    what is in our schedule.  They have four and a half months to

16:38:07 15    respond, plus, if he needs it, another couple of days.  That

16:38:10 16    then gives us a month.  We can then respond to that.  If they

16:38:14 17    have got something they think that comes out of -- I keep

16:38:14 18    pointing here because it's an evidentiary hearing -- if some

16:38:17 19    witness sits up there and says something that Your Honor agrees

16:38:22 20    merits allowing them to supplement their briefing, then so be

16:38:25 21    it.  But my suggestion, Your Honor, with all due respect, is we

16:38:29 22    should keep that original hearing schedule.

16:38:32 23              THE COURT:  Okay.  Thank you for your comments.  I

16:38:34 24    appreciate it.

16:38:35 25              Let me hear your response.

**OFFICIAL TRANSCRIPT**

16:38:37  1          MR. LEVIN:  When I prepared for this, I thought it was

16:38:47  2     much ado about nothing.  I still think it is.  Your Honor, that

16:38:53  3     briefing schedule was set in place before the disaster in

16:38:59  4     Hong Kong, which led us to call the Court.  It's before we

16:39:03  5     found out that there was a computer that was missing, that it

16:39:07  6     may have been destroyed.  It was before we found out that there

16:39:11  7     were personal files that were taken from Taishan to a new

16:39:16  8     employer.  It was before we found out that the new employer

16:39:18  9     that nobody ever knew existed and who they were was the wife of

16:39:27 10     Chairman Jia.

16:39:30 11          Now, Mr. Vejnoska knows more about Mr. Peng than

16:39:35 12     I know about Mr. Peng.  He probably knows more about Mr. Peng

16:39:40 13     than anybody in this courtroom because in 2010, we weren't

16:39:46 14     there but he was there, and his name and Peng's name are on the

16:39:52 15     same blocks of conversations or communications in the

16:39:59 16     Hogan Lovells materials that have been provided to the Court,

16:40:04 17     the privileged log.

16:40:06 18          He sounds like a very fair guy and he is a very

16:40:10 19     fair guy, but he knows how to practice law the way he wants to

16:40:14 20     practice law.  He talks about all these depositions.  What he

16:40:18 21     doesn't tell you is that 90 percent of the documents produced

16:40:22 22     by his clients were produced after the 30(b)(6) depositions.

16:40:30 23          And the involvement of CNBM Group over the BNBM

16:40:40 24     entities and Taishan is so clear that it's amazing that we

16:40:47 25     found out all of this information with the machine

**OFFICIAL TRANSCRIPT**

16:40:49 1  translations, which, quite frankly, if he can send something to

16:40:53 2  us with a machine translation, he can do the same with his

16:40:56 3  clients in a week.

16:40:57 4       We have determined that CNBM Group controlled

16:41:06 5  BNBM and Taishan, controlled their business activities, which

16:41:11 6  is very relevant to the December 8th hearing.

16:41:13 7       It's outrageous -- and I don't use that term

16:41:17 8  often -- to come in here and say, after what we have been

16:41:22 9  through for the last four months, that CNBM Group is

16:41:29 10 simon-pure.  They are not.  They were involved in everything

16:41:33 11 that happened in this litigation.  They control Taishan.  Their

16:41:38 12 reports go right up to CNBM.

16:41:41 13      Before the judgment debtor hearing, Your Honor,

16:41:45 14 they sent a communication through BNBM, don't use e-mails,

16:41:52 15 company e-mails.  Use personal e-mails and don't put your money

16:41:55 16 in New York banks.  Do you know why?  Because New York's

16:42:01 17 highest court has said that a bank sitting in New York could be

16:42:05 18 attached for funds in a subsidiary outside of the country.

16:42:10 19      They didn't rule 11 nothing to allow Taishan to

16:42:15 20 do what Taishan did to my clients and to this court as a matter

16:42:20 21 of respect.  That may be a Chinese word for *control*.  If you

16:42:28 22 read the depositions, you'll see that they handle things a lot

16:42:31 23 differently than we do.

16:42:35 24      Respect 11 to nothing.  When Chairman Jai never

16:42:39 25 appeared before a CNBM Group board in his life, and he was

**OFFICIAL TRANSCRIPT**

16:42:46  1  dragged before them by BNBM to appear and tell them what is

16:42:51  2  going on with regard to the Taishan litigation, he said, "Well,

16:42:55  3  you know, I'll give you a status report.  We believe in

16:42:57  4  everything.  We respect your decision 11 to nothing."

16:43:01  5          These are not independent boards.  They are

16:43:04  6  interlocking.  They talk about Taishan.  The board of directors

16:43:10  7  approved it.  Three members of the board of directors, three of

16:43:15  8  five, are appointed by BNBM.  They control each other.  They

16:43:20  9  even call themselves *controlling shareholders*.

16:43:24 10          It's unbelievable what we've established, and

16:43:28 11  it's all part of the same cabal, the same cabal that's doing

16:43:33 12  business in the United States and doing business selling

16:43:36 13  drywall in the United States and controlled all the way down

16:43:42 14  the line.

16:43:43 15          One witness said -- he was a vice-president of

16:43:48 16  CNBM, "What do you do?"

16:43:51 17          He says, "Well, I look after the investments in

16:43:54 18  BNBM."

16:43:55 19          "What does BNBM do?"

16:43:58 20          "They look after the investments in Taishan."

16:44:01 21          Three members of the five.  And it goes all the

16:44:03 22  way down.  To deny it is beyond belief.  It's beyond

16:44:11 23  peradventure.

16:44:12 24          What we've determined with Peng -- we don't know

16:44:16 25  what Peng said.  We are probably the only one in this

16:44:22  1    courtroom, the plaintiffs, that have no idea of what Peng said

16:44:24  2    but he did say a lot.

16:44:26  3            He called them *affiliates*.  He knew what he was

16:44:28  4    doing, and he said that the decision to withdraw from the

16:44:31  5    litigation had to be made at the highest levels by CNBM and

16:44:37  6    BNBM.  We see they did make it 11 to zip.

16:44:42  7            Peng has spoken to them.  They have the knowledge

16:44:45  8    of what Peng said.  In November we may able to be a find out

16:44:49  9    more about Peng, and we're entitled to that information to meet

16:44:54 10    our burden on December 8th, sir.

16:44:57 11        THE COURT:  Your argument, though, is focused on the

16:45:01 12    substance of the issue and I'm not there yet.  That's the

16:45:07 13    argument from both of you all from December.  What's the reason

16:45:12 14    for more time?

16:45:14 15        MR. LEVIN:  I have a suggestion.  Mr. Vejnoska gave my

16:45:18 16    colleague, Mr. Herman, two days.  Let's give them two days.  We

16:45:27 17    need that time.

16:45:31 18        THE COURT:  Any response, Chris?

16:45:34 19        MR. VEJNOSKA:  Yes, Your Honor.  Very quickly.

16:45:43 20            They talk about a disaster.  The disaster,

16:45:46 21    supposed disaster was Mr. Jia's deposition, Mr. Peng, nothing

16:45:52 22    to do with CNBM Group.

16:45:54 23            Privileged log.  They did find one entry where my

16:45:58 24    name and Mr. Peng's name appear on the same list.  I've never

16:46:03 25    met Mr. Peng.  I have no idea who he is and what it was.  If

**OFFICIAL TRANSCRIPT**

16:46:05  1    you look at the description, and that's all I can say because

16:46:09  2    it wasn't from our log, it says about retention of counsel,

16:46:13  3    when we represented BNBM, Your Honor, not CNBM Group.

16:46:18  4         Pretty much everything else that I heard was -- I

16:46:26  5    might not agree with Your Honor's description as a *substantive*,

16:46:30  6    but it was about the so-called *merits*.  I didn't hear any

16:46:35  7    connection at all with Mr. Peng.

16:46:37  8         I heard arguments about who controls whom.  I

16:46:40  9    heard arguments about who sits on which boards.  I heard

16:46:44 10    arguments about New York banks.  Mr. Peng -- they don't even

16:46:49 11    try to say he had anything to do with that.

16:46:51 12         One last point, Your Honor, very important.  We

16:46:54 13    have not filed a Rule 12 motion in *Germano*.  We have reserved

16:46:58 14    our rights to do so should the Court extend the contempt order

16:47:04 15    jurisdiction to CNBM Group and the other CNBM companies.

16:47:08 16         But there is no 12(b)(6) -- I'm sorry, there is

16:47:12 17    no -- there is no Rule 12 motion yet filed in *Germano* by us.

16:47:19 18    Why?  We're not a party in *Germano*.  CNBM Group is not a party

16:47:23 19    in *Germano*.

16:47:24 20         So all of this stuff about contempt, about the

16:47:28 21    debtor's exam, about who made what decision may be interesting.

16:47:32 22    Maybe at some point Your Honor will decide whether it does or

16:47:35 23    does not go to contempt.  It has nothing to do with CNBM

16:47:39 24    Group's FSIA motion, Your Honor.  Thank you.

16:47:42 25         THE COURT:  Okay.  Let me look over the dates again

**OFFICIAL TRANSCRIPT**

16:47:48  1    with the comments that counsel made, and I'll make a decision

16:47:52  2    very shortly on it.  I appreciate your comments.  I thank

16:47:56  3    everybody for their briefs.

16:47:58  4                    Court will stand in recess.

5              (WHEREUPON, at 4:47 p.m., the proceedings were

6    concluded.)

7                              *    *    *

8

9

10                        REPORTER'S CERTIFICATE

11

12         I, Cathy Pepper, Certified Realtime Reporter, Registered

13    Merit Reporter, Certified Court Reporter in and for the State

14    of Louisiana, Official Court Reporter for the United States

15    District Court, Eastern District of Louisiana, do hereby

16    certify that the foregoing is a true and correct transcript to

17    the best of my ability and understanding from the record of the

18    proceedings in the above-entitled and numbered matter.

19

20

21                        *s/Cathy Pepper*

22                        Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
23                        Registered Merit Reporter
                          Official Court Reporter
24                        United States District Court
                          Cathy_Pepper@laed.uscourts.gov
25

**OFFICIAL TRANSCRIPT**

**0**

09-2047 [1] - 5:21
09-MD-2047 [1] - 1:6

**1**

1 [1] - 6:6
1,000 [1] - 6:7
1,400 [1] - 6:8
10 [1] - 14:13
10019 [1] - 3:6
10020 [1] - 2:21
10th [5] - 14:3, 14:7, 15:20, 16:23, 26:25
11 [4] - 30:19, 30:24, 31:4, 32:6
1100 [1] - 2:5
12 [3] - 4:6, 33:13, 33:17
12(b)(6) [1] - 33:16
1201 [1] - 2:15
1221 [1] - 2:21
19 [1] - 23:12
19106 [1] - 1:23

**2**

2 [1] - 6:6
20 [3] - 6:4, 6:17, 6:20
2000 [1] - 3:14
2010 [4] - 17:24, 23:8, 23:9, 29:13
2015 [2] - 1:7, 5:2
24 [1] - 8:13
255 [1] - 2:9
27 [2] - 4:7, 4:8
2800 [2] - 2:5, 2:5
29 [1] - 4:9

**3**

30 [2] - 6:18, 6:20
30(b)(6) [5] - 19:17, 22:4, 24:25, 25:5, 29:22
30,000 [1] - 6:4
30309 [1] - 2:15
32 [3] - 4:10, 4:11, 4:12
33 [1] - 4:13
33134 [1] - 2:10
365 [1] - 3:14

**4**

4 [1] - 6:6
405 [1] - 3:10
4:00 [1] - 1:7
4:47 [1] - 34:5

**5**

5 [3] - 4:5, 6:6, 23:15
500 [2] - 1:22, 3:20
504 [1] - 3:21
51 [1] - 3:6
510 [1] - 1:22
52ND [1] - 3:6
589-7779 [1] - 3:21

**6**

6 [2] - 1:7, 5:2

**7**

70113 [1] - 1:19
70130 [2] - 3:15, 3:20
70163 [1] - 2:6

**8**

820 [1] - 1:18
8th [2] - 30:6, 32:10

**9**

90 [1] - 29:21
94105 [1] - 3:10

**A**

ability [1] - 34:17
able [3] - 18:2, 27:1, 32:8
above-entitled [1] - 34:18
absolutely [2] - 15:25, 20:10
abuses [1] - 17:10
accommodate [1] - 9:7
acknowledged [1] - 15:12
Act [4] - 9:14, 10:4, 10:10, 10:19
act [1] - 9:15
action [1] - 20:22
actions [1] - 11:10
activities [1] - 30:5
activity [3] - 10:7, 19:11, 25:4
actual [1] - 12:21
add [1] - 19:5
added [1] - 14:4
admission [1] - 18:21
ado [1] - 29:2
adverse [1] - 10:25
advertised [1] - 13:4
affect [2] - 10:9, 14:7
affiliate [2] - 18:15, 18:19
affiliates [3] - 18:11, 25:3, 32:3
afraid [1] - 8:15
afternoon [3] - 5:8, 5:10, 5:15
aggrieved [1] - 7:19
ago [5] - 10:22, 13:17, 19:25, 20:24
agree [1] - 33:5
Agreement [4] - 23:8, 23:10, 23:13, 23:19
Agreement...shall [1] - 23:16
agrees [2] - 18:15, 28:19
Alex [1] - 5:17
ALHAMBRA [1] - 2:9
ALL [1] - 1:9
allegation [1] - 20:13
allegations [3] - 15:1, 15:5, 23:7
allow [3] - 7:1, 10:18, 30:19
allowing [1] - 28:20
ALSO [1] - 3:16
ALSTON [1] - 2:13
amazing [1] - 29:24
amended [1] - 13:24
American [1] - 21:8
AMERICAS [1] - 2:21
amount [1] - 24:21
ample [4] - 16:2, 22:25, 24:19, 26:21
AND [5] - 2:3, 2:12, 2:18, 3:4, 3:13
answer [3] - 8:12, 17:20, 19:14
answers [1] - 19:4
anyway [1] - 16:4
appeal [1] - 21:24
appealed [1] - 7:3
appear [5] - 18:6, 19:9, 21:24, 31:1, 32:24
appearance [1] - 5:11,
5:23
APPEARANCES [3] - 1:15, 2:1, 3:1
appeared [3] - 25:15, 25:16, 30:25
appearing [1] - 12:10
applicability [3] - 10:16, 10:19, 11:13
applicable [5] - 10:10, 10:11, 11:7, 11:15, 13:14
appointed [1] - 31:8
appointees [1] - 17:23
appreciate [7] - 12:19, 12:24, 12:25, 13:13, 13:18, 28:24, 34:2
approval [1] - 26:16
approved [1] - 31:7
areas [1] - 18:2
arguably [1] - 18:11
argue [6] - 6:17, 6:19, 18:21
argument [10] - 7:4, 9:13, 10:16, 15:9, 18:13, 23:24, 24:24, 32:11, 32:13
arguments [4] - 11:16, 33:8, 33:9, 33:10
ARNOLD [1] - 1:21
Arnold [1] - 5:13
aspect [1] - 6:5
associated [1] - 14:2
assume [1] - 20:19
ATLANTA [1] - 2:15
ATLANTIC [1] - 2:14
attached [1] - 26:11, 30:18
attorneys [1] - 7:9
available [1] - 14:2
AVENUE [2] - 1:18, 2:21
aware [3] - 14:5, 14:20, 15:10

**B**

B406 [1] - 3:20
background [1] - 9:12
bank [1] - 30:17
banks [2] - 30:16, 33:10
BARR [1] - 2:20
based [3] - 9:13, 11:18, 15:1
basis [3] - 8:25, 21:20, 21:21
becoming [1] - 11:12
BEFORE [1] - 1:12
beginning [2] - 8:10,
20:9
BEIJING [2] - 2:17, 2:18
belief [1] - 31:22
benefit [2] - 7:11, 9:6
BENJAMIN [1] - 2:3
BERMAN [1] - 1:21
BERNARD [1] - 2:14
best [4] - 6:24, 27:4, 28:4, 34:17
between [6] - 7:18, 8:11, 13:9, 24:2, 24:17, 25:16
beyond [2] - 23:6, 31:22
BIRD [1] - 2:13
Black [1] - 21:19
blocks [2] - 29:15
BNBM [12] - 3:12, 15:14, 17:23, 29:23, 30:5, 30:14, 31:1, 31:8, 31:18, 31:19, 32:6, 33:3
board [4] - 16:11, 17:23, 19:19, 19:21, 20:1, 20:24, 21:4, 21:5, 21:6, 22:10, 22:23, 30:25, 31:6, 31:7
boards [2] - 31:5, 33:9
body [1] - 20:5
breaking [3] - 8:15, 8:16, 8:17
brief [9] - 8:7, 8:8, 23:2, 25:2, 26:10, 26:22, 27:2, 27:7
briefing [9] - 9:10, 12:2, 13:7, 16:18, 17:10, 21:21, 25:24, 28:20, 29:3
briefs [3] - 17:21, 23:24, 34:3
BUILDING [5] - 2:17, 2:19, 3:3, 3:4, 3:9
burden [1] - 32:10
business [4] - 25:4, 30:5, 31:12
BY [11] - 1:18, 1:21, 2:4, 2:9, 2:13, 2:20, 3:5, 3:9, 3:14, 3:23, 3:23

**C**

CA [1] - 3:10
cabal [2] - 31:11
CALLED [1] - 5:4
CANAL [1] - 3:14
cannot [2] - 19:10,

**24:10**

**Cao** [5] - 19:22, 21:4, 22:12, 25:1, 25:7

**capable** [1] - 6:23

**care** [2] - 7:13, 24:15

**case** [14] - 5:20, 6:1, 6:2, 6:4, 6:5, 6:7, 8:1, 8:14, 9:21, 10:3, 10:8, 12:21, 19:18, 26:5

**cases** [1] - 6:25

**CASES** [1] - 1:9

**CATHY** [1] - 3:18

**Cathy** [2] - 34:12, 34:22

**Cathy_Pepper@laed .uscourts.gov** [2] - 3:21, 34:24

**cc** [2] - 7:20, 7:22

**cc-ing** [1] - 7:22

**CCR** [2] - 3:18, 34:22

**CENTER** [1] - 2:14

**CENTRE** [1] - 2:5

**certain** [3] - 10:7, 10:23, 18:16

**certainly** [1] - 20:12

**CERTIFICATE** [1] - 34:10

**CERTIFIED** [2] - 3:19, 3:19

**Certified** [3] - 34:12, 34:13, 34:22

**certify** [1] - 34:16

**chairman** [4] - 16:11, 20:24, 22:10, 22:22

**Chairman** [2] - 29:10, 30:24

**challenge** [2] - 13:8, 13:16

**chambers** [1] - 15:12

**change** [3] - 14:15, 24:16, 25:13

**changing** [2] - 13:7, 17:10

**Che** [1] - 19:17

**CHINA** [2] - 3:3, 3:4

**CHINESE** [1] - 1:4

**Chinese** [4] - 5:21, 18:17, 21:9, 30:21

**CHINESE-MANUFACTURED** [1] - 1:4

**Chris** [4] - 5:16, 12:10, 28:10, 32:18

**CHRISTINA** [1] - 2:13

**CHRISTOPHER** [1] - 3:9

**CIRCLE** [1] - 2:9

**Circuit** [2] - 16:16, 24:22

**cite** [1] - 20:7

**CIVIL** [1] - 1:6

**claim** [5] - 15:11, 17:11, 19:11, 23:3, 23:9

**claimants** [2] - 6:5, 6:10

**clear** [5] - 13:19, 13:24, 14:10, 27:16, 29:24

**clearly** [1] - 15:6

**CLERK** [2] - 5:7, 5:21

**Clerk** [1] - 14:21

**client** [5] - 26:13, 26:14, 26:18, 27:17, 27:25

**clients** [5] - 6:21, 25:18, 29:22, 30:3, 30:20

**clips** [1] - 12:21

**CNBM** [58] - 3:13, 5:16, 9:9, 12:6, 12:10, 13:7, 13:15, 14:14, 15:3, 15:9, 15:13, 15:24, 16:7, 16:9, 16:11, 16:24, 16:25, 17:12, 17:22, 17:24, 18:8, 18:24, 19:2, 19:15, 19:22, 20:1, 20:6, 20:8, 20:11, 20:17, 20:20, 21:11, 22:2, 22:4, 22:11, 23:3, 23:10, 24:7, 24:11, 24:18, 25:14, 29:23, 30:4, 30:9, 30:12, 30:25, 31:16, 32:5, 32:22, 33:3, 33:15, 33:18, 33:23

**CNBM's** [1] - 9:12

**CO** [2] - 2:12, 2:13

**colleague** [1] - 32:16

**COLLECTIVELY** [2] - 2:20, 3:5

**COLSON** [2] - 2:7

**comments** [5] - 5:24, 8:21, 13:18, 28:23, 34:1, 34:2

**commercial** [3] - 10:7, 19:11, 25:4

**Committee** [1] - 5:14

**communication** [1] - 30:14

**communications** [1] - 29:15

**community** [1] - 9:22

**companies** [6] - 15:13, 15:14, 21:9, 33:15

**COMPANY** [3] - 2:18,

**2:19, 3:4**

**Company** [1] - 21:11

**company** [4] - 15:17, 21:9, 22:20, 30:15

**completely** [2] - 18:15, 22:20

**computer** [6] - 13:22, 14:1, 17:7, 24:4, 24:12, 29:5

**COMPUTER** [1] - 3:23

**computers** [1] - 15:22

**concern** [1] - 8:18

**concerned** [1] - 18:8

**conclude** [1] - 26:25

**concluded** [1] - 34:6

**conduct** [1] - 17:8

**confer** [4] - 7:13, 7:17, 8:17, 28:4

**conference** [6] - 7:23, 8:4, 8:11, 13:18, 14:24, 15:6

**conferencing** [1] - 7:15

**Congress** [3] - 9:18, 16:15, 24:21

**connection** [4] - 13:9, 13:14, 24:7, 33:7

**conscious** [1] - 11:25

**consequences** [1] - 26:6

**consulted** [1] - 23:14

**contains** [1] - 10:7

**contempt** [4] - 26:9, 33:14, 33:20, 33:23

**context** [2] - 17:4, 26:20

**CONTINUED** [2] - 2:1, 3:1

**continues** [1] - 27:25

**contrary** [1] - 16:15

**control** [4] - 23:14, 30:11, 30:21, 31:8

**controlled** [3] - 30:4, 30:5, 31:13

**controlling** [1] - 31:9

**controls** [1] - 33:8

**convene** [1] - 7:23

**conversations** [3] - 17:23, 22:2, 29:15

**convincing** [1] - 10:16

**CORAL** [1] - 2:10

**corporate** [2] - 16:7, 21:8

**CORPORATION** [1] - 3:3

**correct** [1] - 34:16

**correctly** [1] - 16:20

**costs** [1] - 27:25

**counsel** [12] - 5:11, 5:23, 6:12, 7:12,

**7:18, 7:19, 7:20, 7:21, 7:22, 33:2, 34:1**

**COUNSEL** [2] - 1:17, 3:13

**counting** [1] - 6:8

**country** [2] - 6:24, 30:18

**couple** [5] - 10:22, 19:25, 20:23, 28:13, 28:15

**COURT** [12] - 1:1, 3:18, 5:4, 5:8, 5:11, 5:18, 5:23, 27:9, 28:23, 32:11, 32:18, 33:25

**Court** [18] - 6:13, 12:15, 12:18, 14:4, 14:21, 15:6, 17:5, 19:14, 25:20, 26:17, 29:4, 29:16, 33:14, 34:13, 34:14, 34:15, 34:23, 34:24

**court** [20] - 6:14, 6:19, 7:9, 7:10, 7:24, 8:9, 8:20, 8:24, 8:25, 9:1, 9:4, 9:5, 15:4, 18:18, 27:21, 30:17, 30:20, 34:4

**Court's** [2] - 9:10, 14:25

**COURT.....................
..................... [4] -** 4:5, 4:7, 4:10, 4:13

**courtroom** [4] - 18:12, 18:14, 29:13, 32:1

**courts** [1] - 10:5

**create** [1] - 6:11

**created** [1] - 12:5

**critical** [1] - 17:20

**CRR** [2] - 3:18, 34:22

**Currault** [1] - 5:17

---

**D**

**date** [5] - 9:24, 10:17, 11:24, 12:2, 27:17

**dates** [2] - 12:7, 33:25

**DAVID** [1] - 2:3

**DAVIS** [1] - 1:18

**days** [10] - 6:16, 10:22, 24:25, 25:2, 25:7, 25:9, 28:13, 28:15, 32:16

**dealing** [1] - 15:7

**Dean** [1] - 5:20

**death** [1] - 19:5

**debtor** [1] - 30:13

**debtor's** [3] - 18:6,

**19:9, 33:21**

**December** [6] - 9:24, 10:1, 10:17, 30:6, 32:10, 32:13

**decide** [1] - 33:22

**decision** [20] - 18:5, 19:7, 19:18, 19:20, 19:23, 20:3, 20:5, 20:17, 20:21, 21:2, 21:3, 21:11, 21:18, 21:24, 21:25, 22:23, 31:4, 32:4, 33:21, 34:1

**declarations** [1] - 25:18

**deemed** [1] - 23:16

**defendant** [1] - 11:3

**defendants** [6] - 6:6, 6:7, 6:11, 12:4, 18:11, 20:9

**Defense** [4] - 23:8, 23:10, 23:17, 23:19

**defense** [7] - 15:17, 16:1, 16:3, 16:17, 16:25, 24:9, 24:18

**defensive** [1] - 25:23

**defer** [1] - 25:12

**delay** [1] - 9:20

**demonstrate** [1] - 13:13

**DENTONS** [1] - 2:20

**deny** [1] - 31:22

**deposed** [1] - 20:23

**deposing** [1] - 25:7

**deposition** [7] - 16:7, 16:9, 16:11, 17:15, 24:25, 25:5, 32:21

**depositions** [5] - 10:21, 10:23, 29:20, 29:22, 30:22

**DEPUTY** [2] - 5:7, 5:21

**description** [3] - 17:6, 33:1, 33:5

**designee** [1] - 25:5

**despite** [1] - 13:8

**destroyed** [1] - 29:6

**determinant** [1] - 28:1

**determined** [2] - 30:4, 31:24

**devices** [1] - 25:10

**different** [5] - 6:1, 15:7, 21:20, 22:20

**differently** [1] - 30:23

**difficult** [1] - 13:12

**difficulty** [2] - 9:20, 10:6

**directors** [8] - 19:19, 19:21, 20:1, 20:2, 21:6, 22:23, 31:6,

31:7
**disaster** [4] - 29:3, 32:20, 32:21
**disclose** [1] - 23:17
**discover** [1] - 16:16
**discovered** [2] - 19:4, 19:5
**discovering** [1] - 9:21
**Discovery** [1] - 17:10
**discovery** [15] - 6:14, 6:25, 7:12, 10:13, 10:18, 10:21, 16:13, 23:1, 24:19, 24:20, 25:22, 26:21, 26:23, 27:25
**discuss** [2] - 11:15, 22:13
**discussed** [3] - 15:12, 18:7, 19:1
**discussion** [1] - 13:20
**dismiss** [2] - 9:11, 9:12
**dispose** [1] - 18:13
**dispute** [3] - 13:4, 24:2
**DISTRICT** [3] - 1:1, 1:1, 1:13
**District** [3] - 34:15, 34:24
**district** [1] - 18:18
**DOCKET** [1] - 1:6
**doctrine** [1] - 11:6
**DOCUMENT** [1] - 1:9
**documents** [5] - 15:22, 23:20, 24:12, 25:19, 29:21
**done** [3] - 14:25, 20:20
**Donna** [1] - 5:17
**doubt** [1] - 25:11
**down** [7] - 8:15, 8:16, 8:18, 8:21, 31:13, 31:22
**dragged** [1] - 31:1
**draw** [1] - 19:15
**drive** [1] - 12:20
**Drywall** [1] - 5:22
**drywall** [1] - 31:13
**DRYWALL** [1] - 1:5
**due** [1] - 28:21
**DUGGAN** [1] - 1:22
**DUNBAR** [1] - 3:13
**during** [1] - 10:23

## E

**e-mail** [5] - 14:12, 14:13, 14:24, 17:14, 23:23

**e-mails** [3] - 30:14, 30:15
**easier** [3] - 7:16, 8:6, 9:5
**easily** [1] - 7:11
**EASTERN** [1] - 1:1
**Eastern** [1] - 34:15
**easy** [2] - 7:9, 7:10
**efficiencies** [1] - 12:25
**efficiently** [2] - 6:9, 6:21
**effort** [2] - 7:5, 12:24
**Egypt** [1] - 28:7
**EIDSON** [1] - 2:7
**EIKHOFF** [1] - 2:13
**either** [1] - 8:23
**ELDON** [1] - 1:12
**elongate** [2] - 12:2, 12:4
**elongated** [2] - 12:3, 16:20
**embedded** [1] - 12:16
**employed** [1] - 22:21
**employee** [2] - 13:10, 15:15
**employees** [2] - 13:5, 13:21
**employer** [3] - 18:22, 29:8
**end** [4] - 13:22, 14:4, 14:14, 27:6
**ended** [1] - 13:7
**ENERGY** [1] - 2:5
**entities** [2] - 15:14, 29:24
**ENTITIES** [2] - 3:13
**entitled** [6] - 9:13, 16:13, 24:22, 26:23, 32:9, 34:18
**entity** [1] - 20:21
**entry** [2] - 9:10, 32:23
**ERVIN** [1] - 2:9
**especially** [1] - 12:18
**ESQ** [1] - 3:9
**ESQUIRE** [12] - 1:18, 1:21, 1:22, 2:4, 2:4, 2:9, 2:13, 2:14, 2:20, 3:5, 3:14, 3:16
**establish** [3] - 21:13, 22:18, 22:21
**established** [1] - 31:10
**etcetera** [1] - 25:4
**eventually** [1] - 18:1
**evidence** [5] - 11:18, 15:23, 21:16, 23:3
**evidentiary** [4] - 11:4, 11:8, 16:23, 28:18
**exactly** [4] - 20:19,

21:8, 21:9, 26:16
**exam** [2] - 18:6, 33:21
**examination** [1] - 19:9
**examine** [1] - 19:13
**excellent** [1] - 28:8
**exception** [4] - 10:7, 10:8, 10:10, 10:17
**exceptions** [4] - 10:7, 10:8, 10:10, 11:13
**excess** [1] - 24:21
**exhibits** [1] - 26:10
**existed** [1] - 29:9
**exists** [1] - 24:2
**expand** [1] - 8:2
**expect** [5] - 7:12, 7:19, 7:21, 21:8, 26:17
**expense** [3] - 7:6, 7:8, 9:20
**experience** [1] - 7:1
**expert** [1] - 25:19
**explain** [1] - 27:19
**explained** [1] - 27:18
**extend** [2] - 21:20, 33:14
**extended** [1] - 14:5
**extent** [1] - 14:18
**extra** [3] - 27:3, 28:10, 28:13
**extremely** [1] - 16:4

## F

**fact** [11] - 10:2, 11:25, 12:25, 13:8, 17:14, 19:10, 20:1, 20:13, 21:14, 22:18, 24:19
**facts** [1] - 10:14
**factual** [1] - 10:19
**factually** [1] - 19:12
**fair** [4] - 10:12, 11:2, 29:18, 29:19
**fairly** [1] - 18:16
**faith** [1] - 27:21
**FALLON** [1] - 1:12
**Fallon** [1] - 22:13
**familiar** [1] - 22:11
**family** [2] - 27:11, 27:12
**far** [1] - 24:20
**federal** [1] - 11:16
**felt** [2] - 9:19, 11:16
**Fifth** [2] - 16:16, 24:22
**file** [7] - 8:21, 14:22, 25:20, 26:3, 26:15, 27:1, 27:7
**filed** [5] - 13:3, 23:24, 25:17, 33:13, 33:17
**files** [1] - 29:7
**finally** [2] - 16:18,

17:18
**fine** [1] - 9:3
**finished** [1] - 25:9
**first** [7] - 10:24, 15:20, 16:22, 18:4, 20:10, 24:16, 24:24
**FISHBEIN** [1] - 1:21
**fits** [1] - 17:18
**five** [3] - 26:2, 31:8, 31:21
**FL** [1] - 2:10
**fly** [1] - 8:25
**flying** [1] - 6:19
**focus** [1] - 11:9
**focused** [2] - 11:3, 32:11
**following** [1] - 8:10
**FOR** [4] - 1:17, 2:12, 2:17, 3:12
**foregoing** [1] - 34:16
**forget** [1] - 26:4
**formal** [2] - 8:7, 8:19
**former** [3] - 13:5, 13:21, 18:22
**four** [3] - 25:25, 28:14, 30:9
**FRANCISCO** [1] - 3:10
**frankly** [3] - 14:16, 23:18, 30:1
**FSIA** [11] - 11:13, 13:10, 13:15, 16:3, 16:4, 16:25, 17:19, 18:24, 19:10, 24:18, 33:24
**full** [1] - 11:8
**funds** [1] - 30:18

## G

**GA** [1] - 2:15
**GABLES** [1] - 2:10
**GAINSBURGH** [1] - 2:3
**gathered** [1] - 25:19
**general** [4] - 5:24, 16:9, 19:22, 25:1
**gentlemen** [1] - 5:9
**GEORGE** [1] - 3:16
**GERALD** [1] - 2:4
**Germano** [4] - 33:13, 33:17, 33:18, 33:19
**given** [2] - 15:4, 25:21
**GONZALEZ** [2] - 2:8, 2:9
**grant** [1] - 23:13
**Group** [38] - 5:16, 12:10, 13:15, 14:14, 15:3, 15:9, 15:24, 16:9, 16:11, 16:24,

16:25, 17:22, 17:24, 19:2, 19:15, 20:1, 20:6, 20:8, 20:11, 20:17, 20:20, 22:2, 22:11, 23:3, 23:10, 24:7, 24:11, 24:18, 25:14, 29:23, 30:4, 30:9, 30:25, 32:22, 33:3, 33:15, 33:18
**GROUP** [2] - 2:19, 3:3
**Group's** [13] - 13:7, 13:15, 16:7, 17:12, 18:9, 18:24, 19:22, 22:4, 24:18, 33:24
**guy** [2] - 29:18, 29:19
**GYPSUM** [1] - 2:12
**gypsum** [1] - 19:23
**Gypsum** [6] - 13:4, 17:11, 21:2, 21:3, 21:12, 24:3
**Gypsum's** [2] - 13:5, 18:5

## H

**half** [3] - 26:1, 26:2, 28:14
**handing** [1] - 12:20
**handle** [1] - 30:22
**hardly** [1] - 18:23
**HARRY** [1] - 3:14
**harsh** [1] - 11:6
**hear** [10] - 7:24, 8:1, 9:1, 9:4, 12:6, 12:8, 23:2, 28:25, 33:6
**heard** [9] - 9:25, 11:11, 14:17, 22:8, 24:24, 33:4, 33:8, 33:9
**HEARD** [1] - 1:12
**hearing** [21] - 7:2, 9:24, 10:17, 11:4, 11:8, 11:19, 11:21, 11:24, 12:2, 14:3, 14:7, 14:17, 15:20, 16:23, 25:12, 26:25, 27:16, 28:18, 28:22, 30:6, 30:13
**HEARING** [1] - 1:12
**held** [4] - 6:14, 9:25, 13:17, 20:1
**help** [1] - 18:3
**hereby** [1] - 34:15
**HERMAN** [2] - 1:17
**Herman** [3] - 17:14, 28:6, 32:16
**HERRINGTON** [2] - 3:5, 3:8
**HICKS** [1] - 2:7

**highest** [2] - 30:17, 32:5
**highlighted** [1] - 23:12
**Hogan** [3] - 17:24, 18:10, 29:16
**holiday** [2] - 26:4, 26:5
**Hong** [6] - 10:22, 16:10, 17:15, 20:23, 25:9, 29:4
**Honor** [75] - 5:10, 5:14, 5:15, 12:9, 12:13, 12:17, 12:23, 13:3, 13:17, 13:19, 13:23, 13:25, 14:9, 14:12, 14:16, 15:4, 15:10, 15:11, 15:19, 16:4, 16:10, 16:18, 16:19, 16:22, 17:1, 17:3, 17:9, 17:19, 18:1, 18:4, 18:13, 18:16, 18:20, 19:2, 19:11, 19:24, 20:4, 20:7, 20:10, 21:7, 21:16, 21:23, 22:1, 22:25, 23:6, 23:12, 23:18, 23:22, 24:1, 24:13, 24:16, 24:23, 25:10, 25:14, 25:15, 25:19, 26:7, 26:13, 26:20, 26:24, 26:25, 27:8, 27:14, 27:16, 27:24, 28:3, 28:19, 28:21, 29:2, 30:13, 32:19, 33:3, 33:12, 33:22, 33:24
**Honor's** [3] - 14:19, 25:21, 33:5
**HONORABLE** [1] - 1:12
**hope** [1] - 24:14
**hotel** [1] - 6:19
**hours** [1] - 8:13
**HOWARD** [1] - 3:10
**hygiene** [1] - 21:8

## I

**idea** [2] - 32:1, 32:25
**immediately** [1] - 7:23
**Immunities** [1] - 9:14
**immunity** [11] - 9:14, 9:16, 9:17, 9:19, 9:21, 14:6, 15:11, 16:1, 17:22, 24:9
**Immunity** [1] - 10:4
**important** [4] - 13:2, 19:3, 27:12, 33:12
**importantly** [1] - 15:3
**impose** [1] - 23:16

**imprint** [1] - 28:9
**IN** [1] - 1:4
**inappropriate** [1] - 15:15
**included** [2] - 17:11, 18:11
**incorrect** [1] - 15:1
**indeed** [1] - 15:5
**independent** [1] - 31:5
**individual** [1] - 20:21
**inferences** [2] - 10:25, 19:14
**influence** [3] - 20:22, 23:14, 23:20
**informal** [4] - 8:18, 8:19, 13:19, 14:18
**Information** [1] - 23:17
**information** [7] - 10:23, 11:10, 11:15, 16:1, 23:11, 29:25, 32:9
**ing** [1] - 7:22
**initial** [1] - 25:21
**inquiry** [1] - 18:2
**insisted** [2] - 16:8, 25:8
**instance** [2] - 22:4, 26:8
**interest** [1] - 18:22
**interesting** [3] - 24:14, 33:21
**interlocking** [1] - 31:6
**interpreted** [1] - 10:5
**interpreting** [1] - 10:6
**intricacies** [1] - 10:14
**investigate** [1] - 16:3
**investments** [2] - 31:17, 31:20
**involved** [8] - 6:3, 9:23, 10:15, 10:20, 11:3, 14:24, 17:24, 30:10
**involvement** [2] - 23:4, 29:23
**issue** [13] - 6:14, 7:13, 7:18, 8:12, 11:5, 14:11, 17:6, 17:16, 18:7, 22:1, 23:1, 32:12
**issued** [1] - 13:23
**issues** [14] - 5:25, 6:11, 7:25, 8:1, 10:9, 10:19, 10:24, 10:25, 11:1, 11:25, 18:25, 19:2, 24:7
**itself** [1] - 9:17

## J

**Jai** [1] - 30:24
**JAMES** [1] - 3:5
**JDA** [1] - 23:15
**Jia** [4] - 19:20, 22:20, 24:5, 29:10
**Jia's** [1] - 32:21
**jigsaw** [1] - 17:19
**Jim** [1] - 5:16
**joined** [1] - 5:16
**Joint** [4] - 23:8, 23:10, 23:17, 23:19
**judge** [1] - 18:18
**Judge** [1] - 22:13
**JUDGE** [1] - 1:13
**judgment** [3] - 9:17, 9:22, 30:13
**June** [2] - 25:17, 27:7
**jurisdiction** [1] - 33:15
**jurisdictional** [2] - 10:13, 13:8
**justification** [2] - 17:9, 23:1
**justifications** [1] - 23:4

## K

**KALBAC** [1] - 2:8
**KANE** [1] - 2:8
**KATZ** [1] - 1:17
**keep** [3] - 21:19, 28:17, 28:22
**keeps** [1] - 23:24
**kind** [1] - 7:16
**knowledge** [2] - 19:23, 32:7
**knows** [6] - 15:24, 20:13, 24:11, 29:11, 29:12, 29:19
**Kong** [6] - 10:22, 16:10, 17:15, 20:23, 25:9, 29:4

## L

**LA** [4] - 1:19, 2:6, 3:15, 3:20
**ladies** [1] - 5:8
**last** [2] - 30:9, 33:12
**law** [4] - 26:23, 27:18, 29:19, 29:20
**lawsuit** [1] - 21:5
**lawyer** [1] - 26:17
**lawyers** [3] - 6:7, 6:8, 6:10

**least** [2] - 12:6, 24:14
**leaves** [1] - 18:25
**led** [1] - 29:4
**left** [1] - 25:10
**LEONARD** [1] - 1:18
**less** [2] - 23:20, 24:11
**letter** [7] - 7:20, 7:25, 8:2, 8:3, 8:6, 8:7, 14:19
**letters** [1] - 14:20
**levels** [1] - 32:5
**Levin** [1] - 5:13
**LEVIN** [5] - 1:21, 1:21, 5:13, 29:1, 32:15
**LEVIN.........................
...............** [2] - 4:9, 4:11
**Liability** [1] - 5:22
**LIABILITY** [1] - 1:5
**LIAISON** [2] - 1:17, 3:13
**life** [1] - 30:25
**limitations** [1] - 16:15
**limited** [3] - 10:18, 16:4, 24:21
**Limited** [1] - 21:11
**LIMITED** [3] - 2:18, 2:19, 3:4
**limits** [1] - 27:23
**line** [1] - 31:14
**linkage** [1] - 24:17
**list** [2] - 18:1, 32:24
**Litigation** [1] - 5:22
**litigation** [10] - 12:24, 19:8, 20:12, 22:13, 22:16, 22:24, 23:21, 30:11, 31:2, 32:5
**LITIGATION** [1] - 1:5
**live** [1] - 7:10
**living** [1] - 7:25
**log** [3] - 29:17, 32:23, 33:2
**logistical** [1] - 6:11
**longstanding** [1] - 24:1
**look** [9] - 11:21, 14:12, 23:20, 26:12, 28:9, 31:17, 31:20, 33:1, 33:25
**looking** [1] - 21:19
**Louisiana** [2] - 34:14, 34:15
**LOUISIANA** [2] - 1:1, 1:7
**Lovells** [3] - 17:24, 18:10, 29:16
**LTD** [2] - 2:12, 2:13

## M

**machine** [2] - 29:25, 30:2
**Madam** [1] - 12:18
**magistrate** [3] - 7:1, 7:2
**magistrates** [2] - 6:23, 6:24
**mail** [5] - 14:12, 14:13, 14:24, 17:14, 23:23
**mails** [3] - 30:14, 30:15
**maintain** [1] - 12:1
**manage** [1] - 12:24
**manager** [3] - 16:9, 19:23, 25:1
**manifestly** [1] - 16:19
**Manufactured** [1] - 5:22
**MANUFACTURED** [1] - 1:4
**March** [2] - 25:15, 25:16
**MARTINEZ** [1] - 2:8
**massive** [1] - 12:24
**MATERIAL** [1] - 2:19
**material** [1] - 11:21
**MATERIALS** [3] - 2:18, 3:3, 3:4
**matter** [5] - 5:25, 6:13, 19:11, 30:20, 34:18
**MATTHEWS** [1] - 2:8
**MDL** [2] - 5:21, 5:25
**MDLs** [1] - 6:6
**mean** [2] - 7:10, 8:11
**means** [1] - 23:9
**meant** [4] - 13:19, 18:18, 20:5, 23:10
**MECHANICAL** [1] - 3:23
**meet** [7] - 7:13, 7:17, 8:17, 22:12, 22:15, 28:4, 32:9
**meeting** [3] - 20:1, 20:2, 21:4
**members** [2] - 31:7, 31:21
**mentioned** [1] - 19:24
**merely** [2] - 20:18, 20:21
**Merit** [2] - 34:13, 34:23
**MERIT** [1] - 3:19
**merits** [2] - 28:20, 33:6
**met** [1] - 32:25
**method** [1] - 7:16

**MEUNIER** [2] - 2:3, 2:4
**MICHAEL** [1] - 2:20
**middle** [2] - 25:16
**might** [6] - 11:14, 15:16, 18:20, 24:13, 33:5
**mildly** [1] - 24:14
**militates** [1] - 27:1
**minimize** [2] - 6:12, 7:8
**minute** [1] - 9:10
**minutes** [2] - 6:18, 6:20
**misleading** [1] - 15:1
**missing** [1] - 29:5
**money** [2] - 27:25, 30:15
**month** [5] - 26:2, 27:6, 27:15, 27:24, 28:16
**monthly** [1] - 8:10
**months** [5] - 25:25, 26:1, 26:2, 28:14, 30:9
**most** [2] - 6:15, 18:20
**MOTION** [1] - 1:12
**motion** [25] - 6:16, 7:3, 8:9, 8:10, 9:3, 9:9, 9:11, 9:12, 9:24, 9:25, 11:17, 13:3, 13:10, 14:6, 14:22, 17:5, 18:24, 23:2, 25:2, 25:17, 26:8, 33:13, 33:17, 33:24
**motions** [4] - 6:17, 8:24, 25:23
**move** [2] - 8:13, 11:24
**moving** [3] - 12:11, 27:16, 28:2
**MR** [12] - 4:6, 4:8, 4:9, 4:11, 4:12, 5:13, 5:15, 12:9, 27:14, 29:1, 32:15, 32:19
**mysteriously** [1] - 20:7

## N

**name** [4] - 29:14, 32:24
**named** [1] - 13:21
**narrowly** [1] - 19:9
**NATIONAL** [2] - 3:3, 3:4
**necessary** [2] - 25:13, 25:17
**need** [11] - 22:3, 24:16, 25:12, 26:12, 26:13, 26:14, 26:15,

27:9, 28:10, 28:12, 32:17
**needed** [2] - 14:22, 16:8, 25:1
**needing** [2] - 23:1, 23:5
**needs** [3] - 19:13, 19:15, 28:15
**negative** [1] - 13:13
**negotiate** [1] - 27:14
**negotiated** [1] - 25:24
**nerve** [1] - 26:3
**never** [3] - 22:8, 30:24, 32:24
**New** [5] - 6:16, 30:16, 30:17, 33:10
**NEW** [9] - 1:7, 1:19, 2:6, 2:17, 2:18, 2:21, 3:6, 3:15, 3:20
**new** [7] - 11:15, 11:18, 16:18, 26:1, 29:7, 29:8
**next** [3] - 13:23, 19:22, 23:15
**NO** [1] - 1:6
**nobody** [3] - 17:11, 18:14, 29:9
**none** [1] - 14:13
**nonlawyer** [1] - 18:17
**nonstarter** [2] - 27:17, 28:2
**note** [1] - 24:23
**Nothing** [1] - 23:15
**nothing** [9] - 16:24, 17:21, 29:2, 30:19, 30:24, 31:4, 32:21, 33:23
**notified** [1] - 21:5
**November** [6] - 14:3, 14:7, 15:20, 16:23, 26:25, 32:8
**number** [2] - 6:7, 17:22
**numbered** [1] - 34:18
**numbers** [5] - 6:2, 6:9, 6:10
**numerous** [3] - 20:15, 21:17, 23:22
**NY** [2] - 2:21, 3:6

## O

**O'KEEFE** [1] - 1:18
**oath** [1] - 20:17
**objection** [2] - 14:11, 26:24
**obligation** [1] - 23:16
**obviously** [1] - 18:8
**OCTOBER** [2] - 1:7,

5:2
**OF** [3] - 1:1, 1:12, 2:21
**officer** [3] - 21:14, 22:19
**officers** [4] - 18:8, 18:9, 19:2, 22:2
**Official** [2] - 34:14, 34:23
**OFFICIAL** [1] - 3:18
**often** [1] - 30:8
**oftentimes** [2] - 5:25, 8:4
**one** [15] - 13:4, 13:11, 15:10, 18:5, 19:22, 21:14, 23:8, 23:15, 23:19, 26:3, 28:4, 31:15, 31:25, 32:23, 33:12
**ONE** [1] - 2:14
**open** [6] - 6:14, 7:9, 9:1, 9:4, 9:5
**opinion** [5] - 7:3, 7:4, 7:5, 18:17, 21:11
**opportunity** [2] - 13:1, 15:4
**opposing** [4] - 7:20, 7:21, 7:22
**opposition** [2] - 7:21, 27:7
**orchestrated** [2] - 20:8, 20:11
**ORDER** [1] - 5:4
**order** [3] - 13:24, 26:9, 33:14
**original** [1] - 28:22
**ORLEANS** [5] - 1:7, 1:19, 2:6, 3:15, 3:20
**Orleans** [1] - 6:16
**ORRICK** [3] - 3:5, 3:8, 3:9
**ought** [4] - 9:3, 9:25, 11:25, 12:6
**ourselves** [1] - 25:22
**outrageous** [1] - 30:7
**outset** [1] - 13:20
**outside** [1] - 30:18
**own** [2] - 20:17, 25:10

## P

**P.M** [1] - 1:7
**p.m** [1] - 34:5
**PA** [1] - 1:23
**PAGE** [1] - 4:3
**papers** [1] - 17:20
**paragraph** [2] - 23:12, 23:15
**part** [1] - 31:11
**participate** [1] - 21:25

**particular** [3] - 6:4, 10:2, 10:8
**particularly** [2] - 11:3, 13:15, 26:20
**parties** [8] - 7:24, 8:24, 10:15, 11:3, 11:11, 11:14, 12:15, 12:20
**party** [9] - 7:19, 8:23, 12:11, 23:14, 23:17, 23:19, 33:18
**party's** [1] - 23:20
**pass** [1] - 12:13
**passage** [1] - 18:4
**passed** [2] - 20:5, 21:6
**pattern** [1] - 10:2
**pause** [1] - 21:7
**PEACHTREE** [1] - 2:15
**peculiar** [2] - 9:15, 10:9
**peculiarities** [1] - 10:2
**penalties** [2] - 11:1, 14:2
**Peng** [41] - 13:21, 14:1, 15:21, 15:25, 16:14, 16:23, 17:7, 17:18, 17:25, 18:2, 18:7, 18:10, 18:21, 19:1, 19:5, 19:13, 21:13, 22:2, 22:7, 22:11, 22:19, 22:21, 23:2, 24:3, 24:11, 24:17, 24:23, 25:11, 29:11, 29:12, 31:24, 31:25, 32:1, 32:7, 32:8, 32:9, 32:21, 32:25, 33:7, 33:10
**Peng's** [4] - 14:1, 23:11, 29:14, 32:24
**PENTHOUSE** [1] - 2:9
**Pepper** [3] - 34:12, 34:21, 34:22
**PEPPER** [1] - 3:18
**peradventure** [1] - 31:23
**percent** [1] - 29:21
**performance** [1] - 23:21
**period** [1] - 13:22
**perjury** [1] - 17:12
**permit** [1] - 25:21
**person** [2] - 7:14, 9:19
**personal** [2] - 29:7, 30:15
**PHELPS** [1] - 3:13
**PHILADELPHIA** [1] - 1:23
**phone** [2] - 9:5, 9:6
**picture** [1] - 11:9

**place** [2] - 10:21, 29:3
**placed** [1] - 16:16
**places** [1] - 6:15
**plaintiffs** [7] - 12:3, 12:8, 20:19, 21:18, 23:9, 24:3, 32:17
**Plaintiffs'** [1] - 5:13
**PLAINTIFFS'** [1] - 1:17
**PLASTERBOARD** [1] - 2:13
**plus** [1] - 28:15
**point** [8] - 14:19, 14:23, 16:6, 16:19, 16:22, 27:11, 33:12, 33:22
**pointed** [2] - 16:20, 23:4, 33:22
**pointing** [1] - 28:18
**points** [2] - 14:13, 15:19
**position** [1] - 18:23
**possibility** [1] - 14:15
**possible** [7] - 6:9, 10:1, 10:25, 12:1, 14:2, 17:12, 28:4
**potentially** [1] - 11:12
**POYDRAS** [2] - 2:5, 3:20
**practice** [3] - 6:22, 29:19, 29:20
**prejudge** [1] - 15:15
**prepared** [1] - 29:1
**PRESENT** [1] - 3:16
**present** [1] - 8:20
**presents** [1] - 10:9
**president** [1] - 31:15
**pressed** [1] - 20:24
**pretty** [2] - 10:4, 33:4
**previously** [1] - 15:12
**primarily** [4] - 6:2, 6:9, 11:4, 11:9
**privileged** [2] - 29:17, 32:23
**privy** [1] - 23:11
**problem** [3] - 7:20, 12:5, 28:13
**proceed** [1] - 25:8
**PROCEEDINGS** [3] - 1:12, 3:23, 5:1
**proceedings** [2] - 34:5, 34:18
**process** [4] - 9:17, 9:22, 11:12, 14:23
**produce** [1] - 27:20
**produced** [8] - 11:10, 16:9, 25:2, 25:8, 27:22, 29:21, 29:22
**PRODUCED** [1] - 3:23
**PRODUCTS** [1] - 1:5
**Products** [1] - 5:22

**progress** [1] - 21:5
**prompted** [1] - 17:15
**proof** [2] - 20:7, 20:10
**properly** [1] - 27:10
**proposed** [2] - 25:13, 27:3
**provided** [1] - 29:16
**PSC** [16] - 13:9, 14:10, 15:15, 15:15, 16:2, 17:4, 17:18, 19:3, 19:13, 20:4, 20:13, 20:15, 21:13, 22:18, 24:19, 25:25, 26:7
**PSC's** [5] - 14:5, 14:7, 17:2, 17:6, 17:9
**PUBLIC** [1] - 2:18
**pure** [1] - 30:10
**put** [4] - 10:1, 19:8, 28:9, 30:15
**puzzle** [1] - 17:19

## Q

**questions** [3] - 19:4, 25:3, 25:5
**quick** [1] - 15:19
**quickly** [6] - 8:4, 10:1, 12:1, 13:12, 18:14, 32:19
**quite** [1] - 30:1
**quote** [4] - 8:18, 14:7, 18:3, 20:8

## R

**RACHEL** [1] - 2:4
**raised** [8] - 10:24, 10:25, 14:10, 14:11, 14:12, 15:17, 17:7
**rather** [1] - 21:1
**re** [1] - 5:21
**RE** [1] - 1:4
**read** [4] - 7:3, 7:24, 17:19, 30:22
**reading** [1] - 10:6
**ready** [3] - 27:5, 27:6
**real** [1] - 26:6
**really** [2] - 9:13, 13:19
**REALTIME** [1] - 3:19
**Realtime** [2] - 34:12, 34:22
**reason** [7] - 8:14, 9:18, 10:1, 11:23, 27:4, 27:6, 32:13
**reasonable** [1] - 27:12, 27:15
**reassure** [2] - 12:16, 12:18

**received** [2] - 20:2, 20:18
**recess** [1] - 34:4
**recognize** [2] - 6:14, 9:25
**reconsider** [3] - 9:10, 11:18, 12:7
**reconsideration** [2] - 12:12, 14:22, 17:5
**record** [7] - 5:12, 5:19, 8:5, 8:20, 8:22, 15:23, 34:17
**RECORDED** [1] - 3:23
**reference** [1] - 19:25
**regard** [1] - 31:2
**Registered** [1] - 34:12
**registered** [1] - 34:23
**regular** [2] - 6:1, 6:2
**rejected** [1] - 14:21
**RELATES** [1] - 1:9
**relationship** [1] - 10:14
**relevance** [1] - 11:12
**relevant** [6] - 11:22, 15:16, 18:16, 19:10, 26:11, 30:6
**reply** [1] - 26:3
**report** [3] - 20:2, 20:18, 31:3
**REPORTER** [3] - 3:18, 3:19, 3:19
**Reporter** [8] - 12:18, 34:12, 34:13, 34:14, 34:22, 34:23, 34:23
**reporter** [2] - 7:24, 8:20
**REPORTER'S** [1] - 34:10
**reports** [1] - 30:12
**representative** [1] - 16:8
**represented** [1] - 33:3
**request** [2] - 22:15
**reserved** [1] - 33:13
**resetting** [1] - 9:10
**resolution** [5] - 20:5, 20:25, 21:6, 21:10, 21:23
**resolved** [2] - 7:18, 12:1
**respect** [7] - 20:20, 21:1, 21:2, 28:21, 30:21, 30:24, 31:4
**respected** [1] - 20:21
**respectfully** [1] - 24:20
**respecting** [1] - 20:25
**respects** [3] - 21:10, 21:23, 21:25
**respond** [7] - 14:6,

14:19, 26:1, 27:3, 27:10, 28:15, 28:16
**response** [6] - 14:8, 17:5, 20:8, 26:8, 28:25, 32:18
**responsible** [2] - 18:5, 19:1
**result** [1] - 11:17
**retained** [1] - 25:18
**retention** [1] - 33:2
**revealed** [1] - 10:23
**rights** [3] - 16:4, 16:16, 33:14
**rise** [1] - 5:7
**RMR** [2] - 3:18, 34:22
**road** [1] - 13:6
**ROOM** [1] - 3:20
**ROSENBERG** [1] - 3:14
**Rothenberg** [3] - 5:17, 12:13, 12:19
**rule** [3] - 8:3, 9:1, 30:19
**Rule** [2] - 33:13, 33:17
**ruling** [2] - 14:25, 25:21
**Russ** [1] - 28:12

## S

**s/Cathy** [1] - 34:21
**sales** [1] - 17:8
**SAN** [1] - 3:10
**SANDRA** [1] - 1:22
**saw** [1] - 15:5
**schedule** [14] - 9:11, 12:2, 13:7, 14:16, 16:18, 17:10, 21:21, 24:17, 25:24, 26:1, 28:4, 28:14, 28:22, 29:3
**scope** [1] - 11:5
**SCOTT** [1] - 3:16
**seated** [1] - 5:8
**second** [6] - 7:4, 7:5, 16:2, 21:7, 21:15, 22:1
**SEDRAN** [1] - 1:21
**see** [9] - 5:25, 7:17, 10:15, 11:4, 11:5, 12:21, 27:13, 30:22, 32:6
**seeking** [1] - 12:11
**selling** [1] - 31:12
**send** [3] - 26:14, 26:15, 30:1
**sense** [4] - 6:18, 7:6, 8:19, 9:15
**sent** [2] - 17:14, 30:14

**sentence** [1] - 23:13
**separate** [1] - 15:14
**serious** [1] - 11:1
**set** [6] - 8:24, 9:24, 10:17, 11:8, 14:3, 29:3
**several** [1] - 17:20
**shareholder** [1] - 20:18
**shareholders** [1] - 31:9
**sharp** [1] - 13:6
**short** [2] - 10:22, 22:25
**shortcut** [1] - 11:20
**shortly** [1] - 11:22
**show** [6] - 12:17, 13:12, 13:14, 17:2, 24:10, 27:21
**showed** [1] - 15:5
**showing** [5] - 15:25, 24:6, 24:17
**shown** [3] - 13:9, 24:8, 24:10
**side** [1] - 8:2
**sides** [1] - 11:22
**simon** [1] - 30:10
**simon-pure** [1] - 30:10
**single** [1] - 20:16
**sits** [2] - 28:19, 33:9
**sitting** [1] - 30:17
**skip** [1] - 19:10
**Skype** [1] - 7:14
**slides** [2] - 12:14, 12:15
**so-called** [1] - 33:6
**sometimes** [1] - 13:12
**Song** [3] - 20:23, 22:10, 25:9
**Song's** [1] - 17:15
**sooner** [1] - 8:13
**sorry** [2] - 24:2, 33:16
**sort** [2] - 14:23, 27:11
**sounds** [1] - 29:18
**sovereign** [11] - 9:14, 9:15, 9:16, 9:17, 9:21, 9:22, 14:6, 15:11, 16:1, 17:22, 24:9
**Sovereign** [2] - 9:14, 10:4
**SPEAKERS** [1] - 4:3
**specific** [2] - 10:4, 13:8
**speculation** [1] - 15:2
**spend** [1] - 6:18
**spoken** [1] - 32:7
**spoliation** [5] - 10:24,

11:6, 11:21, 13:25, 17:11
**SR** [1] - 2:14
**stand** [1] - 34:4
**standard** [1] - 23:18
**standpoint** [1] - 10:13
**start** [2] - 12:23, 19:7
**State** [1] - 34:13
**STATES** [2] - 1:1, 1:13
**States** [4] - 31:12, 31:13, 34:14, 34:24
**states** [1] - 21:10
**status** [1] - 31:3
**staying** [1] - 6:19
**Steering** [1] - 5:13
**STENGEL** [1] - 3:5
**Stengel** [1] - 5:16
**STENOGRAPHY** [1] - 3:23
**STERNLIEB** [1] - 2:4
**still** [5] - 6:8, 11:11, 16:3, 28:9, 29:2
**stone** [1] - 9:7
**story** [1] - 13:22
**STREET** [7] - 1:22, 2:5, 2:15, 3:6, 3:10, 3:14, 3:20
**stuff** [1] - 33:20
**subject** [2] - 13:20, 13:24
**submit** [4] - 16:12, 24:20, 25:22
**submitted** [2] - 14:20, 17:4
**subsidiary** [1] - 30:18
**substance** [1] - 32:12
**substantive** [1] - 33:5
**suddenly** [1] - 13:5
**suggest** [1] - 20:4
**suggestion** [2] - 28:21, 32:15
**SUITE** [3] - 1:22, 2:5, 3:14
**summary** [1] - 24:1
**sundry** [1] - 23:7
**supplement** [1] - 28:20
**supplemental** [1] - 27:2
**support** [2] - 21:1, 23:3
**supposed** [2] - 18:2, 32:21
**SUTCLIFFE** [2] - 3:5, 3:8
**Swan** [1] - 21:19
**swimmingly** [1] - 17:17

## T

**TAI'AN** [1] - 2:12
**Taishan** [35] - 11:4, 13:4, 13:5, 13:21, 15:13, 15:15, 15:21, 16:25, 17:11, 18:5, 18:11, 19:8, 19:15, 19:23, 20:3, 20:9, 20:17, 20:20, 21:2, 21:3, 21:12, 21:17, 22:21, 22:22, 24:3, 29:7, 29:24, 30:5, 30:11, 30:19, 30:20, 31:2, 31:6, 31:20
**TAISHAN** [3] - 2:12, 2:12, 3:12
**Taishan's** [9] - 11:9, 17:23, 19:17, 19:19, 19:21, 20:5, 21:24, 21:25, 22:23
**talks** [1] - 29:20
**TAYLOR** [1] - 2:14
**team** [1] - 28:7
**telephone** [5] - 7:15, 8:4, 13:18, 19:25
**telephonic** [2] - 14:24, 15:6
**term** [1] - 30:7
**test** [1] - 15:4
**testified** [1] - 20:16
**Thanksgiving** [3] - 26:4, 26:5, 27:11
**THE** [20] - 1:12, 1:17, 2:21, 3:9, 3:12, 4:5, 4:7, 4:10, 4:13, 5:7, 5:8, 5:11, 5:18, 5:21, 5:23, 27:9, 28:23, 32:11, 32:18, 33:25
**theirs** [1] - 16:20
**themselves** [1] - 31:9
**therefore** [2] - 21:16, 28:2
**they've** [4] - 23:4, 24:5, 26:21, 26:22
**thinking** [1] - 13:6
**third** [2] - 18:10, 18:13
**THIS** [1] - 1:9
**three** [9] - 15:19, 16:7, 18:1, 24:25, 25:25, 27:22, 31:7, 31:21
**three-day** [1] - 16:7
**throw** [1] - 17:21
**thrown** [1] - 14:15
**thumb** [1] - 12:20
**TO** [2] - 1:9, 5:4
**today** [6] - 6:15, 9:9, 12:7, 12:11, 13:11, 18:12

**took** [3] - 10:21, 13:5, 28:5
**topics** [1] - 15:25
**tort** [2] - 10:8, 19:12
**touched** [1] - 26:3
**transcript** [1] - 34:16
**TRANSCRIPT** [2] - 1:12, 3:23
**translate** [2] - 26:14, 26:15
**translation** [1] - 30:2
**translations** [1] - 30:1
**tried** [2] - 20:25, 27:14
**trouble** [1] - 9:20
**true** [2] - 20:14, 34:16
**truncated** [1] - 16:21
**truth** [1] - 18:3
**try** [12] - 6:8, 6:12, 6:13, 6:21, 6:25, 7:7, 7:8, 8:3, 9:7, 14:19, 18:20, 33:11
**trying** [3] - 11:20, 12:1, 17:20
**TUESDAY** [2] - 1:7, 5:2
**turn** [3] - 13:6, 20:25
**two** [14] - 6:16, 13:17, 14:20, 16:8, 16:11, 18:7, 18:25, 19:2, 25:2, 25:7, 25:9, 27:3, 32:16
**two-day** [2] - 16:8, 16:11
**types** [1] - 6:25

## U

**U.S** [1] - 18:18
**unbelievable** [1] - 31:10
**uncover** [1] - 18:3
**under** [3] - 9:14, 20:16, 26:23
**undergo** [1] - 9:19
**understood** [1] - 15:6
**unfair** [1] - 9:18, 16:19, 25:14
**uninformed** [1] - 18:17
**unique** [1] - 15:9
**United** [4] - 31:12, 31:13, 34:14, 34:24
**UNITED** [2] - 1:1, 1:13
**unless** [1] - 25:8
**unlike** [1] - 6:5
**unlikely** [1] - 19:5
**unsubstantiated** [1] - 15:1
**untenable** [1] - 26:19

**unusual** [1] - 6:5
**up** [3] - 13:7, 28:19, 30:12
**US** [1] - 2:20

## V

**vacate** [1] - 26:9
**vacation** [1] - 27:12
**vanilla** [1] - 23:18
**various** [3] - 10:19, 18:7, 23:6
**Vejnoska** [4] - 5:16, 12:10, 29:11, 32:15
**VEJNOSKA** [5] - 3:9, 5:15, 12:9, 27:14, 32:19
**VEJNOSKA.............. .................** [3] - 4:6, 4:8, 4:12
**via** [1] - 14:12
**vice** [1] - 31:15
**vice-president** [1] - 31:15
**videos** [2] - 12:16, 12:17
**view** [1] - 10:19
**VOICES** [1] - 5:10

## W

**wait** [1] - 25:20
**wall** [1] - 17:21
**WALNUT** [1] - 1:22
**wants** [2] - 12:6, 29:19
**WARSHAUER** [1] - 2:3
**week** [4] - 26:3, 26:19, 27:24, 30:3
**weekly** [1] - 8:25
**weeks** [6] - 10:22, 13:17, 19:25, 20:23, 27:3, 28:5
**Wenlong** [2] - 13:21, 17:7
**WEST** [2] - 2:15, 3:6
**whatsoever** [1] - 13:9
**whereabouts** [2] - 13:21, 17:7
**WHEREUPON** [1] - 34:5
**whole** [1] - 11:5
**wife** [1] - 29:9
**withdraw** [5] - 19:8, 19:18, 20:3, 22:23, 32:4
**withdrawal** [1] - 19:1
**witness** [7] - 19:17, 20:16, 21:19, 22:5,

27:20, 28:19, 31:15
**witnesses** [5] - 17:12, 17:13, 20:15, 21:17, 25:19
**word** [3] - 17:1, 23:11, 30:21
**words** [3] - 17:2, 17:3, 17:4
**works** [2] - 9:3, 15:18
**write** [7] - 7:2, 7:4, 7:19, 7:21, 8:7, 26:22
**written** [4] - 8:2, 8:3, 9:6, 28:8

## Y

**YORK** [2] - 2:21, 3:6
**York** [3] - 30:16, 30:17, 33:10
**York's** [1] - 30:16
**yourself** [1] - 12:22

## Z

**Zhou** [1] - 25:5
**zip** [1] - 32:6

## "

**"BNBM"** [1] - 2:20
**"CNBM"** [1] - 3:5