# EXHIBIT "15"

1

1      UNITED STATES DISTRICT COURT

2      EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  CHINESE MANUFACTURED        *    Docket 09-MD-2047
                DRYWALL PRODUCTS            *
6               LIABILITY LITIGATION        *    January 23, 2013
                                            *
7    This Document Relates to All Cases  *    9:00 a.m.
     * * * * * * * * * * * * * * * * * *

8

9

10            MONTHLY STATUS CONFERENCE BEFORE
             THE HONORABLE ELDON E. FALLON
11             UNITED STATES DISTRICT JUDGE

12

13   <u>APPEARANCES</u>:

14   For the Plaintiffs:          Herman Herman Katz & Cotlar
                                  BY:  RUSS M. HERMAN, ESQ.
15                                BY:  LEONARD A. DAVIS, ESQ.
                                  820 O'Keefe Avenue
16                                New Orleans, Louisiana 70113

17

18
                                  Levin, Fishbein, Sedran & Berman
19                                BY:  ARNOLD LEVIN, ESQ.
                                  510 Walnut Street
20                                Suite 500
                                  Philadelphia, Pennsylvania 19106
21

22
     For Knauf Entities:          Frilot, LLC
23                                BY:  KYLE SPAULDING, ESQ.
                                  1100 Poydras Street, Suite 3700
24                                New Orleans, Louisiana 70163

25

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2

1  <u>APPEARANCES</u>:

2  For the Homebuilders:        Stone Pigman Walther,
                                  Wittmann & Hutchinson
3                               BY:  DOROTHY WIMBERLY, ESQ.
                                546 Carondelet Street
4                               New Orleans, Louisiana 70130

5

6  For the Insurers:            Barrasso, Usdin, Kupperman,
                                  Freeman & Sarver
7                               BY:  H. MINOR PIPES, ESQ.
                                909 Poydras Street
8                               24th Floor
                                New Orleans, Louisiana  70112

9

10
   For State/Federal            Barrios, Kingsdorf & Casteix, LLP
11 Committee:                   BY:  DAWN M. BARRIOS, ESQ.
                                701 Poydras Street
12                              Suite 3650
                                New Orleans, Louisiana 70139

13

14
   Pro Se Curator:              Law Offices of Robert M. Johnston,
15                                LLC
                                BY:  ROBERT M. JOHNSTON, ESQ.
16                              400 Poydras Street
                                Suite 2450
17                              New Orleans, Louisiana 70130

18

19 Official Court Reporter:     Jodi Simcox, RMR, FCRR
                                500 Poydras Street
20                              Room B-406
                                New Orleans, Louisiana 70130
21                              (504) 589-7780

22

   Proceedings recorded by mechanical stenography, transcript
23 produced by computer.

24

25

1                              **PROCEEDINGS**

2                            **(January 23, 2013)**

3                                  ******

4            (OPEN COURT)

5

6            **THE COURT:**  Be seated, please.

7                    Good morning, ladies and gentlemen.

8                    Let's call the case, please.

9            **THE DEPUTY CLERK:**  MDL-2047, *In re:  Chinese Drywall*

10   *Manufactured Drywall Products Liability Litigation.*

11           **THE COURT:**  Will liaison counsel make their

12   appearance for the record, please.

13           **MR. SPAULDING:**  Good morning, Your Honor.  Kyle

14   Spaulding on behalf of Kerry Miller, the defense liaison

15   counsel.

16           **MR. HERMAN:**  May it please the Court, good morning,

17   Judge Fallon.  Russ Herman on behalf of plaintiffs.

18           **THE COURT:**  Okay.  We have a number of people on the

19   phone, so please use the microphones.

20                    We're here today for our monthly status

21   conference in this matter.  I've met with the parties to get

22   some flavor as to issues that are presented today.  I received

23   from them a proposed agenda and I'll take it in the order

24   that's on the proposed agenda.

25                    Any issues of pretrial orders?

 1            **MR. HERMAN:**  Nothing new, Your Honor.

 2            **THE COURT:**  State court trial settings?

 3            **MR. HERMAN:**  Ms. Barrios is here to make a report.

 4            **THE COURT:**  Okay.

 5            **MS. BARRIOS:**  Thank you, Mr. Herman.

 6                  Good morning, Your Honor.  In Roman Numeral

 7    II of the cases set before Judge Hall, the first three cases,

 8    *Berry*, *Page* and *Wood*, Mr. Serpe successfully settled those.

 9    They were to go to trial at the beginning of this month.

10                  The next three cases, *Lawlor*, *Matulenas* and

11    *Bollenberg*, the expert reports were exchanged yesterday.  We're

12    in the process of setting up depositions.

13                  But I did receive a note from Mr. Serpe on what

14    he would like me to say about his Virginia cases.

15            **THE COURT:**  Okay.

16            **MS. BARRIOS:**  Is that okay, Mr. Levin?

17            **MR. LEVIN:**  Yes.

18            **MS. BARRIOS:**  Your Honor, with respect to Virginia,

19    to recap, we are moving forward with the four class settlements

20    approved by the Court last week and notice is being prepared

21    for the class.

22                  Richard Serpe and several PSC members are

23    continuing to move forward with the number of trials against

24    defendants who are not covered by these class settlements.  The

25    first such trial was to begin last week in Norfolk but was

1  settled on the eve of trial.  The PSC is presenting an order on

2  that settlement to the Court this morning.

3         There are eight additional trials set, including

4  two in April of this year.  The PSC designated experts for both

5  of these cases yesterday and discovery is continuing.

6         And, number five, Mr. Serpe is working really

7  hard.

8         **THE COURT:**  Okay.

9         **MS. BARRIOS:**  Thank you, Your Honor.

10         **MR. LEVIN:**  I concur with that.

11         Your Honor, with regard to the settlement that's

12  going to be presented today that hasn't been docketed yet, it's

13  a non-class settlement.  It involves a defined group of

14  plaintiffs, all of which have a dealing with a certain entity.

15  We have treated it as if it's a class settlement, even though

16  it's not pursuant to Rule 23.

17         So as to counsel fees, we're using the voluntary

18  order, subject to Your Honor's holding a hearing, and that the

19  counsel fees would be consistent with your award in the main

20  case so that they're parallel.

21         **THE COURT:**  I have discussed this matter over the

22  period with Judge Hall and I will be consulting with her and

23  dealing with the matter.  She's done a great job in this

24  particular case and it's very helpful to the MDL, and I

25  appreciate it.

6

1          **MR. HERMAN:**  Your Honor, I received an e-mail from

2   Mr. Levin, but I dare not burden the Court with it.

3          **THE COURT:**  Okay.  Anything with insurance issues?

4          **MR. HERMAN:**  Minor is here.  He may wish to make a

5   report.

6          **MR. PIPES:**  No, Your Honor, nothing.

7          **THE COURT:**  Okay.  Fine.  I really appreciate Minor's

8   work.  He's really brought this aspect of the case together,

9   and it was a tremendous undertaking.  As I've mentioned several

10  times, oftentimes in these cases, an MDL case, you have a

11  number of plaintiffs obviously, but there are one or two or

12  three or four defendants.  In this particular case, there's a

13  thousand defendants and so many of them are insurance; and to

14  bring all of those folks together was a monumental undertaking,

15  and we have Minor to thank for that.

16          I appreciate, it Minor.

17          **MR. HERMAN:**  Your Honor, the homebuilders fees and

18  costs --

19          **THE COURT:**  Homebuilders fees and costs.

20          **MR. HERMAN:**  Ms. Wimberly is here as liaison counsel.

21          **THE COURT:**  Dorothy, do you have anything on that?

22          **MS. WIMBERLY:**  Nothing new, Your Honor.

23          **THE COURT:**  Okay.

24          **MR. HERMAN:**  And also here, Ms. Wimberly under

25  state/federal coordination, and I don't believe there's

1  anything new on that.

2          THE COURT:  Okay.  Class action complaints.  Anything

3  new with the omnibus?

4          MR. HERMAN:  Nothing new on that, Your Honor.

5          THE COURT:  Plaintiffs' motion?

6          MR. HERMAN:  Nothing new on that, Your Honor.

7          THE COURT:  And the pilot program?

8          MR. HERMAN:  The pilot program's proceeding and there

9  will be a meeting with Kyle and Mr. Ecuyer and myself

10  afterwards as to one issue.  There are no other issues.

11          THE COURT:  Let me speak on the pilot program.

12          Just the historical purposes, I think a problem

13  with MDLs oftentimes, particularly MDLs that involve class

14  actions as part of the MDL, is that if the matter is resolved

15  there's a lot of procedure to deal with with the class actions.

16  There's fairness hearings and notice and things of that sort,

17  and it's time consuming; and you do the best you can with it,

18  but notwithstanding Herculean efforts of the lawyers, it takes

19  time.

20          The good thing about the pilot program is that

21  while this is proceeding, and before the settlement program has

22  been approved, the pilot program proceeds.  So people who are

23  in emergency situations get their homes remedied, even before

24  the settlement is perfected.  The pilot program has helped in

25  that way.  It's obviously helped in giving some structure to

1  the theoretical basis of settlements to see how brick and

2  mortar works out with the theory part.

3          All of us know that an architect can build a

4  plan, but until you build it, you're not sure what it's going

5  to look like with all the particulars.  So that aspect of the

6  pilot program is helpful.

7          But it is also helpful because we've had

8  thousands of homes now repaired while the settlement

9  discussions were proceeding.  Even before the settlement

10  program has been ratified or accepted, those individuals are

11  back in their homes and their families are on their way to a

12  normal life, and so that aspect of it has been helpful.  I

13  think future MDLs ought to look to pilot programs and see

14  whether or not that can be a part of their resolution process.

15          Anything with the term sheets?

16          **MR. HERMAN:**  No, Your Honor.

17          **THE COURT:**  Knauf defendants?

18          **MR. HERMAN:**  Nothing new.

19          **THE COURT:**  Taishan defendants?

20          I know that there's an appeal.  Both sides get

21  together and make sure that you have in the record the material

22  that you need in the record.  I have a lot of depositions that

23  I have gone through and used in my opinion.  So make sure that

24  if you need those, you can get them from me and I'll send them

25  over to the Court of Appeal.  I know you have a briefing

1    schedule now, and hopefully argument will be forthcoming

2    shortly.

3            **MR. HERMAN:**  Your Honor, recently, we've had an

4    inquiry as to some non-parties as to the *Germano* trial and

5    Taishan.  The joint report No. 40, page 14, Item No. 11, is

6    posted on Your Honor's Web site, for those that want to see the

7    history.

8            With regard to No. 12, Interior Exterior, I

9    should say, Your Honor, that there is nothing new, expect that

10   there was a trial before Your Honor, a bellwether, between --

11   or among Interior Exterior and North River on the one side and

12   Plaintiff's Steering Committee and other plaintiffs' counsel on

13   the other.  It was well tried on both sides.  And Interior

14   Exterior and North River prevailed and the PSC will not be

15   taking any sort of appeal or writ from that matter.

16           I did want to state that for the record because

17   it's not in the status report, but I did want to clarify that

18   for the record.

19           **THE COURT:**  Right.  That's a tool that has been used,

20   and it probably developed with many of the counsel out there

21   with Propulsid and Vioxx and now with Chinese Drywall, and

22   other cases throughout the country.  But I think we've found

23   that bellwether cases serve a purpose.  They're a good tool to

24   try to focus everybody's attention on specific issues.

25           They're not the be-all/end-all, but it is one of

1   those aspects that's very helpful to counsel.  You can think

2   about a case, all of us who have been doing it for years, you

3   can plan a case and you think you know everything that's going

4   to happen, you put that case on and invariably there's

5   something that you hadn't thought of that comes into play.  So

6   it's just very helpful to you.

7              This case was tried well by both sides.  I felt

8   the jury understood the issues.  We picked a jury with

9   questionnaires.  Everybody had an opportunity to voir dire them

10  extensively and present their evidence, and the result was the

11  result.  So I think it moved this case along, and I appreciate

12  the help of counsel on it.

13             Let's see.  Banner defendants, anything?

14        MR. HERMAN:  Yes, Your Honor.  Representatives of

15  Banner and installers will be meeting shortly after this.  They

16  have one matter to resolve.

17        THE COURT:  Right.  We have a minor matter to

18  resolve.  I met initially with the parties.  They're going to

19  be talking before they leave today and if it can't be resolved,

20  then they'll present it to me and I'll resolve it.

21             XIV, Venture Supply --

22        MR. HERMAN:  Yes, Your Honor.  That involves Venture

23  Supply and Porter Blaine defendants, principally in Virginia,

24  and Taishan issues, and I have no comment and nothing further.

25        THE COURT:  L&W?

1        **MR. HERMAN:**  Your Honor, there's a proposed

2   settlement with L&W before Your Honor.

3              **THE COURT:**  Right.

4                    The plaintiff and defendant profile forms,

5   anything on that?

6              **MR. HERMAN:**  Nothing new on that, Your Honor.

7              **THE COURT:**  RCR Holdings, Hobbie?

8              **MR. HERMAN:**  Nothing new, Your Honor.

9                    Nothing new until we get to Item No. 20.

10             **THE COURT:**  Okay.

11             **MR. HERMAN:**  And Mr. Bob Johnston is here with regard

12  to pro se's.

13             **THE COURT:**  All right.

14             **MR. JOHNSTON:**  Good morning, Your Honor.  Bob

15  Johnston, pro se curator.

16             **THE COURT:**  Good morning, Bob.

17             **MR. JOHNSTON:**  I have provided the Court with the

18  Curator's Status Report No. 11, which is in the record.  As I

19  do most times that I'm here, I give the number of pro se

20  plaintiffs.  That number is now 82.  And as I usually say, I do

21  not see that as an extraordinary number, but that is for the

22  parties' and the Court's consideration.

23                   Since the fairness hearing in November, there

24  has been, understandably, an increase in the communications by

25  pro se's to me.  I take all those calls.  I do my best to

1  explain and assist; I laud your qualities as a judge; and at

2  the end, hopefully, I've gotten the individuals to appreciate

3  that all things happen in due course.

4              But I think everything is going well.  I have

5  nothing else that I really feel I need to report to the Court.

6              **THE COURT:**  All right.  The pro se's in this

7  particular case are particularly important because they're

8  dealing with their homes.  So they're very upset and very

9  anxious and they need somebody to talk to, and I appreciate the

10 work that you've done.

11             I've gotten feedback.  They're very appreciative

12 of your kindness, and your explanation is very helpful to them.

13 They've been able to communicate with you as opposed to some

14 machine where it tells them to press 2 and press 3 and press 4.

15 They can ask you questions and, therefore, they can tell their

16 family and friends what's happening.  So I do appreciate your

17 work.

18             At the fairness hearing or before the fairness

19 hearing, we had some objections.  The fairness hearing

20 proceeded.  I held it open to allow some objectors to withdraw.

21 Just about all the objectors have now withdrawn.  We have two

22 or three pro se that have not, so I'll be issuing my opinion

23 very shortly on the fairness hearing.  I don't see any

24 particular stumbling block to it.  All of the objectors'

25 concerns have been dealt with and I'm moving forward with it.

```
 1                    But, again, thanks for your good work.
 2            MR. JOHNSTON:  Thank you, Your Honor.
 3            THE COURT:  The settlement agreement, any --
 4            MR. HERMAN:  Yes.  May it please the Court, I want to
 5    thank Mr. Johnston for what he's done.  Typically, we're
 6    getting calls from folks who inquire of liaison counsel certain
 7    issues.  Some are represented by attorneys, after we make an
 8    inquiry, and it would not be professionally proper for us to
 9    speak with them.  So we refer them back to their own attorneys
10    or we refer them to Mr. Johnston, and they really have done an
11    excellent job in this case.
12                    With regard to Item No. 21, there's a history at
13    pages 24, 25 and 26 of settlement agreements in the MDL.  We
14    want to commend all the attorneys who have been involved with
15    various parties for the last -- really the last six weeks and
16    accelerating in the last three weeks.
17                    Your Honor's made available your services.  We
18    want to thank Sam for what he's done.  And Your Honor's also
19    made available his courtroom and there have been almost daily
20    meetings of one sort or another among or between various
21    parties which have really moved this matter along.  A number of
22    objections have been withdrawn, and the number of opt-outs has
23    been reduced considerably.
24                    And on behalf of all parties, we want to thank
25    Your Honor and Sam for the attention which you've given us and
```

1    making yourself, and this courtroom, available during some
2    times in which we know the federal judiciary has other matters
3    before it.
4          **THE COURT:**  The difficulty, as I mentioned, with this
5    particular case are just the number of parties and number of
6    moving parts.  I decided to get everybody together the last
7    week for three days to work on some of the particulars of the
8    issue.  So about 100 people were able to make their schedules
9    convenient so that they could be here, and they stayed for
10   three days and worked out most, if not all, of the problems.
11         It's a mixed bag in a sense, and I gave it a lot
12   of thought before we set it up.  Because when you get everybody
13   together, sometimes the focus is on the other person and they
14   say, "Well, my settlement may be good, but his settlement's a
15   little better and, therefore, I want that settlement because it
16   would be better for me."
17         I'm talking really about the defendants at this
18   stage.  That's a particular problem because then they lose
19   sight of what they're there for.  They're there to get the best
20   settlement for their client, not to get the best settlement for
21   somebody else's client, and that's a problem.
22         But the advantage is, is that when you get those
23   types of individuals, who are capable, competent, brain power
24   in an office, in a court, they begin to work things out that
25   are insurmountable because you bring to bear a lot of

1   experience and a lot of brain power, and I think that that was

2   the effect of that conference.

3              As a result, a lot of these issues really fell

4   by the wayside or were able to be handled by the competent

5   counsel that participated in this process.  So it was very

6   helpful.

7              **MR. HERMAN:**  Your Honor, as liaison counsel, and on

8   behalf of Arnold Levin, who's lead counsel for plaintiffs, at

9   this point I'd be remiss if I didn't mention Minor Pipes, Kerry

10  Miller, Steve Glickstein, and representatives of Banner, both

11  Nick and Mike and others, who have been working diligently.

12             We appreciate the fact that Knauf brought its

13  three principals from Germany to New Orleans last week, and

14  that Knauf also had Moss bring its three principals last week.

15  It always helps when you're dealing with principals as well as

16  lawyers.  So on behalf of all the plaintiffs in this matter, I

17  want to thank those folks.

18             We're often adversaries, but things happen when

19  folks work together across a table.  I appreciate their

20  professionalism and the attention that they brought to this

21  matter.

22             **THE COURT:**  Anything on XXIII, entry of preliminary

23  defaults?

24             **MR. HERMAN:**  No, sir.

25             **THE COURT:**  Already remediated homes, there's an

1   issue there, and I should address it.  There's some already
2   remediated homes.  There's some issues with the remediating
3   process.  That, with the pilot program, I mentioned about the
4   pilot program, how helpful that has been.  But one aspect of
5   the pilot program that is really the foundation, the stylobate,
6   for the whole structure is its finality and a certain amount of
7   quickness that has to be a part of it.
8                 There's no sense in having a pilot program if
9   there's no way to resolve any issues that come out of the pilot
10  program with some finality and the pilot program goes on and on
11  and on and on and on.  That's not the purpose of the pilot
12  program.
13                So we've created, with the pilot program, an
14  ombudsman, somebody who, when you run into difficulty, the
15  parties can call the ombudsman and say, "This is a difficult
16  problem, can you solve it for us?"  And the ombudsman comes in
17  and makes the recommendation and solves the problem.
18                Then we tried to plug in some due process.  What
19  if you don't like the way the ombudsman says it ought to be
20  solved, either side?  You have a right then to ask for a quick
21  mediation, which goes immediately, within a week.  It can be
22  handled by a special master who listens to each side and then
23  issues a finding.  But that finding then has to be final,
24  because the purpose of the pilot program is to get it done.
25                So once that process is gone through, I do

1   expect the parties then to live with that process.  If Moss is

2   told that they have to do whatever the ombudsman and whatever

3   the mediator has heard and discussed and resolved, then I

4   expect them to do it.  Hopefully, that will move this process

5   forward.

6                   All right.  The next status conference is on

7   March 13th.

8            **MR. HERMAN:**  That's correct, Your Honor.

9            **THE COURT:**  All right.  March 13th.

10                  Anything else from anyone in the room?

11                  Again, thank you very much.

12           **MR. HERMAN:**  Your Honor, it's February 27th.

13           **THE COURT:**  I'm sorry.  The next one is

14  February 27th, but the one after that is in March.  The next

15  meeting is February 27th and then March the 13th.

16                  February's after Mardi Gras and after the Super

17  Bowl.  Hopefully, we'll still be here as a community.

18           **MR. HERMAN:**  Your Honor, I hope that this matter's

19  resolved before the Ides of March.

20           **THE COURT:**  Right.  Beware of the Ides of March.

21                  Thank you very much, folks.

22                  (WHEREUPON, the proceedings were concluded.)

23

24

25

1                          *****

2                      **<u>CERTIFICATE</u>**

3          I, Jodi Simcox, RMR, FCRR, Official Court Reporter

4  for the United States District Court, Eastern District of

5  Louisiana, do hereby certify that the foregoing is a true and

6  correct transcript, to the best of my ability and

7  understanding, from the record of the proceedings in the

8  above-entitled and numbered matter.

9

10

11                          *s/Jodi Simcox, RMR, FCRR*
                            Jodi Simcox, RMR, FCRR
12                          Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

**0**

09-MD-2047 [1]  1/5

**1**

100 [1]  14/8
11 [2]  9/5 11/18
1100 [1]  1/23
12 [1]  9/8
13th [3]  17/7 17/9 17/15
14 [1]  9/5
19106 [1]  1/20

**2**

20 [1]  11/9
2013 [2]  1/6 3/2
2047 [2]  1/5 3/9
21 [1]  13/12
23 [3]  1/6 3/2 5/16
24 [1]  13/13
2450 [1]  2/16
24th [1]  2/8
25 [1]  13/13
26 [1]  13/13
27th [2]  17/12 17/14

**3**

3650 [1]  2/12
3700 [1]  1/23

**4**

40 [1]  9/5
400 [1]  2/16
406 [1]  2/20

**5**

500 [2]  1/20 2/19
504 [1]  2/21
510 [1]  1/19
546 [1]  2/3
589-7780 [1]  2/21

**7**

701 [1]  2/11
70112 [1]  2/8
70113 [1]  1/16
70130 [3]  2/4 2/17 2/20
70139 [1]  2/12
70163 [1]  1/24
7780 [1]  2/21

**8**

82 [1]  11/20
820 [1]  1/15

**9**

909 [1]  2/7
9:00 [1]  1/7

**A**

a.m [1]  1/7
ability [1]  18/6
able [3]  12/13 14/8 15/4
about [7]  4/14 7/20 10/2 12/21 14/8
 14/17 16/3
above [1]  18/8
above-entitled [1]  18/8
accelerating [1]  13/16
accepted [1]  8/10
across [1]  15/19
action [1]  7/2
actions [2]  7/14 7/15
additional [1]  5/3
address [1]  16/1

advantage [1]  14/22
advertisement [1]  12/9
after [5]  10/15 13/7 17/14 17/16 17/16
afterwards [1]  7/10
again [2]  13/1 17/11
against [1]  4/23
agenda [2]  3/23 3/24
agreement [1]  13/3
agreements [1]  13/13
all [20]
allow [1]  12/20
almost [1]  13/19
along [2]  10/11 13/21
already [2]  15/25 16/1
also [4]  6/24 8/7 13/18 15/14
always [1]  15/15
among [2]  9/11 13/20
amount [1]  16/6
another [1]  17/14
anxious [1]  12/9
any [5]  3/25 9/15 12/23 13/3 16/9
anyone [1]  17/10
anything [9]  6/3 6/21 7/1 7/2 8/15 10/13
 11/5 15/22 17/10
appeal [3]  8/20 8/25 9/15
appearance [1]  3/12
APPEARANCES [2]  1/13 2/1
appreciate [9]  5/25 6/7 6/16 10/11 12/2
 12/9 12/16 15/12 15/19
appreciative [1]  12/11
approved [2]  4/20 7/22
April [1]  5/4
architect [1]  8/3
are [16]  3/22 4/19 4/22 4/24 5/3 6/11
 6/13 7/10 7/22 8/10 8/11 12/7 13/7 14/5
 14/23 14/25
argument [1]  9/1
ARNOLD [2]  1/19 15/8
as [20]
ask [2]  12/15 16/20
aspect [4]  6/8 8/5 8/12 16/4
aspects [1]  10/1
assist [1]  12/1
attention [3]  9/24 13/25 15/20
attorneys [3]  13/7 13/9 13/14
available [3]  13/17 13/19 14/1
Avenue [1]  1/15
award [1]  5/19

**B**

B-406 [1]  2/20
back [2]  8/11 13/9
bag [1]  14/11
Banner [3]  10/13 10/15 15/10
Barrasso [1]  2/6
Barrios [3]  2/10 2/11 4/3
basis [1]  8/1
be [24]
be-all/end-all [1]  9/25
bear [1]  14/25
because [8]  8/7 9/16 12/7 14/12 14/15
 14/18 14/25 16/24
been [15]  5/12 7/22 8/10 8/12 9/19 10/2
 11/24 12/13 12/25 13/14 13/19 13/22
 13/23 15/11 16/4
before [1]  1/10 4/7 7/21 7/23 8/9 9/10
 10/19 11/2 12/18 14/3 14/12 17/19
begin [2]  4/25 14/24
beginning [1]  4/9
behalf [5]  3/14 3/17 13/24 15/8 15/16
being [1]  4/20
believe [1]  6/25
bellwether [2]  9/10 9/23

Berman [1]  1/18
best [5]  7/17 11/25 14/19 14/20 18/6
better [2]  14/15 14/16
between [2]  9/10 13/20
Beware [1]  17/20
Blaine [1]  10/23
block [1]  12/24
Bob [3]  11/11 11/14 11/16
Bollenberg [1]  4/11
both [5]  5/4 8/20 9/13 10/7 15/10
Bowl [1]  17/17
brain [2]  14/23 15/1
brick [1]  8/1
briefing [1]  8/25
bring [3]  6/14 14/25 15/14
brought [3]  6/8 15/12 15/20
build [2]  8/3 8/4
burden [1]  6/2

**C**

call [2]  3/8 16/15
calls [2]  11/25 13/6
can [11]  7/17 8/3 8/14 8/24 10/1 10/3
 12/15 12/15 16/15 16/16 16/21
can't [1]  10/19
capable [1]  14/23
Carondelet [1]  2/3
case [14]  3/8 5/20 5/24 6/8 6/10 6/12
 10/2 10/3 10/4 10/7 10/11 12/7 13/11
 14/5
cases [9]  1/7 4/7 4/7 4/10 4/14 5/5 6/10
 9/22 9/23
Casteix [1]  2/10
certain [3]  5/14 13/6 16/6
CERTIFICATE [1]  18/2
certify [1]  18/5
CHINESE [3]  1/5 3/9 9/21
clarify [1]  9/17
class [8]  4/19 4/21 4/24 5/13 5/15 7/2
 7/13 7/15
client [2]  14/20 14/21
come [1]  16/9
comes [2]  10/5 16/16
commend [1]  13/14
comment [1]  10/24
Committee [2]  2/11 9/12
communicate [1]  12/13
communications [1]  11/24
community [1]  17/17
competent [2]  14/23 15/4
complaints [1]  7/2
computer [1]  2/23
concerns [1]  12/25
concluded [1]  17/22
concur [1]  5/10
conference [4]  1/10 3/21 15/2 17/6
considerably [1]  13/23
consideration [1]  11/22
consistent [1]  5/19
consulting [1]  5/22
consuming [1]  7/17
continuing [2]  4/23 5/5
convenient [1]  14/9
coordination [1]  6/25
correct [2]  17/8 18/6
costs [2]  6/18 6/19
Cotlar [1]  1/14
could [1]  14/9
counsel [13]  3/11 3/15 5/17 5/19 6/20
 9/12 9/20 10/1 10/12 13/6 15/5 15/7
 15/8
country [1]  9/22

**C**

course [1] 12/3
court [16] 1/1 2/19 3/4 3/16 4/2 4/20 5/2
6/2 8/25 11/17 12/5 13/4 14/24 18/3
18/4 18/12
Court's [1] 11/22
courtroom [2] 13/19 14/1
covered [1] 4/24
created [1] 16/13
curator [2] 2/14 11/15
Curator's [1] 11/18

**D**

daily [1] 13/19
dare [1] 6/2
DAVIS [1] 1/15
DAWN [1] 2/11
days [2] 14/7 14/10
deal [1] 7/15
dealing [4] 5/14 5/23 12/8 15/15
dealt [1] 12/25
decided [1] 14/6
defaults [1] 15/23
defendant [1] 11/4
defendants [8] 4/24 6/12 6/13 8/17 8/19
10/13 10/23 14/17
defense [1] 3/14
defined [1] 5/13
depositions [2] 4/12 8/22
designated [1] 5/4
developed [1] 9/20
did [3] 4/13 9/16 9/17
didn't [1] 15/9
difficult [1] 16/15
difficulty [2] 14/4 16/14
diligently [1] 15/11
dire [1] 10/9
discovery [1] 5/5
discussed [2] 5/21 17/3
discussions [1] 8/9
DISTRICT [5] 1/1 1/2 1/11 18/4 18/4
do [10] 6/21 7/17 11/19 11/20 11/25
12/16 16/25 17/2 17/4 18/5
Docket [1] 1/5
docketed [1] 5/12
Document [1] 1/7
doing [1] 15/9
don't [3] 6/25 12/23 16/19
done [6] 5/23 12/10 13/5 13/10 13/18
16/24
DOROTHY [2] 2/3 6/21
DRYWALL [4] 1/5 3/9 3/10 9/21
due [2] 12/3 16/18
during [1] 14/1

**E**

e-mail [1] 6/1
each [1] 16/22
EASTERN [2] 1/2 18/4
Ecuyer [1] 7/9
effect [1] 15/2
efforts [1] 7/18
eight [1] 5/3
either [1] 16/20
ELDON [1] 1/10
else [2] 12/5 17/10
else's [1] 14/21
emergency [1] 7/23
end [2] 9/25 12/2
Entities [1] 1/22
entitled [1] 18/8
entity [1] 5/14

entry [1] 15/22
equitable [1] 15/13
2/11 2/15
eve [1] 5/1
even [3] 5/15 7/23 8/9
everybody [1] 10/9 14/6 14/12
everybody's [1] 9/24
everything [1] 10/3 12/4
evidence [1] 10/10
excellent [1] 13/11
exchanged [1] 4/11
expect [3] 9/9 17/1 17/4
experience [1] 15/1
expert [1] 4/11
experts [1] 5/4
explain [1] 12/1
explanation [1] 12/12
extensively [1] 10/10
Exterior [3] 9/8 9/11 9/14
extraordinary [1] 11/21

**F**

fact [1] 15/12
fairness [6] 7/16 11/23 12/18 12/18
12/19 12/23
FALLON [2] 1/10 3/17
families [1] 8/11
family [1] 12/1
FCRR [4] 2/19 18/3 18/11 18/11
February [3] 17/12 17/14 17/15
February 27th [2] 17/12 17/14
February 27th and [1] 17/15
February's [1] 17/16
federal [3] 2/10 6/25 14/2
feedback [1] 12/11
feel [1] 12/5
fees [4] 5/17 5/19 6/17 6/19
fell [1] 15/3
felt [1] 10/7
final [1] 16/23
finality [2] 16/6 16/10
finding [2] 16/23 16/23
Fine [1] 6/7
first [2] 4/7 4/25
Fishbein [1] 1/18
five [1] 5/6
flavor [1] 3/22
Floor [1] 2/8
focus [2] 9/24 14/13
folks [5] 6/14 13/6 15/17 15/19 17/21
foregoing [1] 18/5
forms [1] 11/4
forthcoming [1] 9/1
forward [4] 4/19 4/23 12/25 17/5
found [1] 9/22
foundation [1] 16/5
four [2] 4/19 6/12
Freeman [1] 2/6
friends [1] 12/16
Frilot [1] 1/22
further [1] 10/24
future [1] 8/13

**G**

gave [1] 14/11
gentlemen [1] 3/7
Germano [1] 9/4
Germany [1] 15/13
get [11] 3/21 7/23 8/20 8/24 11/9 14/6
14/12 14/19 14/20 14/22 16/24
getting [1] 13/6
give [1] 11/19
given [1] 13/25

giving [1] 7/25
go [1] 4/9
goes [2] 16/10 16/21
going [5] 5/12 8/4 10/3 10/18 12/4
gone [2] 8/23 16/25
good [10] 3/7 3/13 3/16 4/6 7/20 9/23
11/14 11/16 13/1 14/14
gotten [2] 12/2 12/11
Gras [1] 17/16
great [1] 5/23
group [1] 5/13

**H**

had [5] 8/7 9/3 10/9 12/19 15/14
hadn't [1] 10/5
Hall [2] 4/7 5/22
handled [2] 15/4 16/22
happen [3] 10/4 12/3 15/18
happening [1] 12/16
hard [1] 5/7
has [12] 7/21 7/24 8/10 8/12 9/19 11/24
13/22 14/2 16/4 16/7 16/23 17/3
hasn't [1] 5/12
have [29]
having [1] 16/8
he [2] 4/14 6/4
he's [6] 6/8 13/5 13/18
heard [1] 17/3
hearing [6] 5/18 11/23 12/18 12/19
12/19 12/23
hearings [1] 7/16
held [1] 12/20
help [1] 10/12
helped [2] 7/24 7/25
helpful [9] 5/24 8/6 8/7 8/12 10/1 10/6
12/12 15/6 16/4
helps [1] 15/15
her [1] 16/2
Herculean [1] 7/18
here [9] 3/20 4/3 6/4 6/20 6/24 11/11
11/19 14/9 17/17
hereby [1] 18/5
Herman [5] 1/14 1/14 1/14 3/17 4/5
his [3] 4/14 13/19 14/14
historical [1] 7/12
history [2] 9/7 13/12
Hobbie [1] 11/7
holding [1] 5/18
Holdings [1] 11/7
homebuilders [3] 2/2 6/17 6/19
homes [6] 7/23 8/8 8/11 12/8 15/25 16/2
Honor [29]
Honor's [4] 5/18 9/6 13/17 13/18
HONORABLE [1] 1/10
hope [1] 17/18
hopefully [4] 9/1 12/2 17/4 17/17
how [2] 8/1 16/4
Hutchinson [1] 2/2

**I**

I'd [1] 15/9
I'll [4] 3/23 8/24 10/20 12/22
I'm [4] 11/19 12/25 14/17 17/13
I've [4] 3/21 6/9 12/2 12/11
Ides [2] 17/19 17/20
II [1] 4/7
II of [1] 4/7
immediately [1] 16/21
important [1] 12/7
including [1] 5/3
increase [1] 11/24
individuals [3] 8/10 12/2 14/23

## I

initially [1]  10/18
inquire [1]  13/6
inquiry [2]  9/4 13/8
installers [1]  10/15
insurance [2]  6/3 6/13
Insurers [1]  2/6
insurmountable [1]  14/25
Interior [3]  9/8 9/11 9/13
invariably [1]  10/4
involve [1]  7/13
involved [1]  13/14
involves [2]  5/13 10/22
is [38]
issue [3]  7/10 14/8 16/1
issues [12]  3/22 3/25 6/3 7/10 9/24 10/8 10/24 13/7 15/3 16/2 16/9 16/23
issuing [1]  12/22
it [41]
it's [11]  5/12 5/15 5/16 5/24 7/17 7/25 8/4 9/17 10/6 14/11 17/12
Item [3]  9/5 11/9 13/12
its [3]  15/12 15/14 16/6

## J

January [2]  1/6 3/2
job [2]  5/23 13/11
Jodi [4]  2/19 18/3 18/11 18/11
Johnston [6]  2/14 2/15 11/11 11/15 13/5 13/10
joint [1]  9/5
judge [5]  1/11 3/17 4/7 5/22 12/1
judiciary [1]  14/2
jury [2]  10/8 10/8
just [4]  7/12 10/6 12/21 14/5

## K

Katz [1]  1/14
Kerry [2]  3/14 15/9
kindness [1]  12/12
Kingsdorf [1]  2/10
Knauf [4]  1/22 8/17 15/12 15/14
know [5]  8/3 8/20 8/25 10/3 14/2
Kupperman [1]  2/6
KYLE [3]  1/23 3/13 7/9

## L

ladies [1]  3/7
last [8]  4/20 4/25 13/15 13/15 13/16 14/6 15/13 15/14
laud [1]  12/1
Law [1]  2/14
Lawlor [1]  4/10
lawyers [2]  7/18 15/16
lead [1]  15/8
leave [1]  10/19
LEONARD [1]  1/15
Let [1]  7/11
Let's [2]  3/8 10/13
Levin [5]  1/18 1/19 4/16 6/2 15/8
LIABILITY [2]  1/6 3/10
liaison [5]  3/11 3/14 6/20 13/6 15/7
life [1]  8/12
like [3]  4/14 8/5 16/19
listens [1]  16/22
LITIGATION [2]  1/6 3/10
little [1]  14/15
live [1]  17/1
LLC [2]  1/22 2/15
LLP [1]  2/10
look [2]  8/5 8/13
lose [1]  14/18
lot [6]  7/15 8/22 14/11 14/25 15/1 15/3

## M

machine [1]  12/14
made [2]  13/17 13/19
mail [1]  6/1
main [1]  5/19
make [7]  3/11 4/3 6/4 8/21 8/23 13/7 14/8
makes [1]  16/17
making [1]  14/1
MANUFACTURED [2]  1/5 3/10
many [2]  6/13 9/20
March [6]  17/7 17/9 17/14 17/15 17/19 17/20
March 13th [2]  17/7 17/9
Mardi [1]  17/16
master [1]  17/3
material [1]  8/21
matter [11]  3/21 5/21 5/23 7/14 9/15 10/16 10/17 13/21 15/16 15/21 18/8
matter's [1]  17/18
matters [1]  14/2
Matulenas [1]  4/10
may [4]  3/16 6/4 13/4 14/14
MD [1]  1/5
MDL [5]  3/9 5/24 6/10 7/14 13/13
MDL-2047 [1]  3/9
MDLs [3]  7/13 7/13 8/13
me [6]  4/14 7/11 8/24 10/20 11/25 14/16
mechanical [1]  2/22
mediation [1]  16/21
mediator [1]  17/3
meeting [1]  7/9 10/15 17/15
meetings [1]  13/20
members [1]  4/22
mention [1]  15/9
mentioned [3]  6/9 14/4 16/3
met [2]  3/21 10/18
microphones [1]  3/19
Mike [1]  15/11
Miller [2]  3/14 15/10
minor [2]  6/4 6/15 6/16 10/17 15/9
Minor's [1]  6/7
mixed [1]  14/11
month [1]  4/9
monthly [2]  1/10 3/20
monumental [1]  6/14
morning [7]  3/7 3/13 3/16 4/6 5/2 11/14 11/16
mortar [1]  8/2
Moss [1]  15/14 17/1
most [2]  11/19 14/10
motion [1]  7/5
move [2]  4/23 17/4
moved [2]  10/11 13/21
moving [3]  4/19 12/25 14/6
Mr. [10]  4/5 4/8 4/13 4/16 5/6 6/2 7/9 11/11 13/5 13/10
Mr. Bob [1]  11/11
Mr. Ecuyer [1]  7/9
Mr. Herman [1]  4/5
Mr. Johnston [2]  13/5 13/10
Mr. Levin [2]  4/16 6/2
Mr. Serpe [3]  4/8 4/13 5/6
Ms. [3]  4/3 6/20 6/24
Ms. Barrios [1]  4/3
Ms. Wimberly [2]  6/20 6/24
much [2]  17/11 17/21
my [5]  8/23 11/25 12/22 14/14 18/6
myself [1]  7/9

## N

need [4]  8/22 8/24 12/5 12/9
new [19]
next [4]  4/10 17/6 17/13 17/14
Nick [1]  15/11
no [13]  6/6 7/10 8/16 9/5 9/5 9/8 10/24 11/9 11/18 13/12 15/24 16/8 16/9
non [2]  5/13 9/4
non-class [1]  5/13
non-parties [1]  9/4
Norfolk [1]  4/25
normal [1]  8/12
North [2]  9/11 9/14
not [44]  4/24 5/16 6/2 8/4 8/14 9/14 9/17 9/25 11/21 12/22 13/8 14/10 14/20 16/11
note [1]  4/13
nothing [12]  4/1 6/6 6/22 7/4 7/6 8/18 9/9 10/24 11/6 11/8 11/9 12/5
notice [2]  4/20 7/16
notwithstanding [1]  7/18
November [1]  11/23
now [5]  8/8 9/1 9/21 11/20 12/21
number [11]  3/18 4/23 5/6 6/11 11/19 11/20 11/21 13/22 13/22 14/5 14/5
numbered [1]  18/8
Numeral [1]  4/6

## O

O'Keefe [1]  1/15
objections [2]  12/19 13/22
objectors [2]  12/20 12/21
objectors' [1]  12/24
obviously [2]  6/11 7/25
office [1]  14/24
Offices [1]  2/14
Official [3]  2/19 18/3 18/12
often [1]  15/18
oftentimes [2]  6/10 7/13
okay [10]  3/18 4/4 4/15 4/16 5/8 6/3 6/7 6/23 7/2 11/10
ombudsman [5]  16/14 16/15 16/16 16/19 17/2
omnibus [1]  7/3
once [1]  16/25
one [9]  6/11 7/10 9/11 9/25 10/16 13/20 16/4 17/13 17/14
open [1]  3/4 12/20
opinion [2]  8/23 12/22
opportunity [1]  10/9
opposed [1]  12/13
opt [1]  13/22
opt-outs [1]  13/22
order [3]  3/23 5/1 5/18
orders [1]  3/25
Orleans [8]  1/16 1/24 2/4 2/8 2/12 2/17 2/20 15/13
other [6]  7/10 9/12 9/13 9/22 14/2 14/13
others [1]  15/11
ought [2]  8/13 16/19
our [1]  3/20
out [5]  8/2 9/20 14/10 14/24 16/9
outs [1]  13/22
over [2]  5/21 8/25
own [1]  13/9

## P

page [2]  4/8 9/5
pages [1]  13/13
parallel [1]  5/20
part [4]  7/14 8/2 8/14 16/7
participated [1]  15/5

**P**

particular [6]  5/24 6/12 12/7 12/24 14/5
14/18
particularly [2]  7/13 12/7
particulars [2]  8/5 14/7
parties [9]  3/21 9/4 10/18 13/15 13/21
13/24 14/5 16/15 17/1
parties' [1]  11/22
parts [1]  14/6
Pennsylvania [1]  1/20
people [3]  3/18 7/22 14/8
perfected [1]  7/24
period [1]  5/22
person [1]  14/13
Philadelphia [1]  1/20
phone [1]  3/19
picked [1]  10/8
Pigman [1]  2/2
pilot [17]  7/7 7/8 7/11 7/20 7/22 7/24 8/6
8/13 16/3 16/4 16/5 16/8 16/9 16/10
16/11 16/13 16/24
PIPES [2]  2/7 15/9
plaintiff [1]  11/4
Plaintiff's [1]  9/12
plaintiffs [7]  1/14 3/17 5/14 6/11 11/20
15/8 15/16
plaintiffs' [2]  7/5 9/12
plan [2]  8/4 10/3
play [1]  10/5
please [6]  3/6 3/8 3/12 3/16 3/19 13/4
plug [1]  16/18
point [1]  15/9
Porter [1]  10/23
posted [1]  9/6
power [2]  14/23 15/1
Poydras [5]  1/23 2/7 2/11 2/16 2/19
preliminary [1]  15/22
prepared [1]  4/20
present [2]  10/10 10/20
presented [2]  3/22 5/12
presenting [1]  5/1
press [3]  12/14 12/14 12/14
pretrial [1]  3/25
prevailed [1]  9/14
principally [1]  10/23
principals [3]  15/13 15/14 15/15
pro [7]  2/14 11/12 11/15 11/19 11/25
12/6 12/22
probably [1]  9/20
problem [5]  7/12 14/18 14/21 16/16
16/17
problems [1]  14/10
procedure [1]  7/15
proceeded [1]  12/20
proceeding [3]  7/8 7/21 8/9
proceedings [4]  2/22 3/1 17/22 18/7
proceeds [1]  7/22
process [8]  4/12 8/14 15/5 16/3 16/18
16/25 17/1 17/4
produced [1]  2/23
PRODUCTS [2]  1/5 3/10
professionalism [1]  15/20
professionally [1]  13/8
profile [1]  11/4
program [17]  7/7 7/11 7/20 7/21 7/22
7/24 8/6 8/10 16/3 16/4 16/5 16/8 16/10
16/10 16/12 16/13 16/24
program's [1]  7/8
programs [1]  8/13
proper [1]  13/8
proposed [3]  3/23 3/24 11/1
Propulsid [1]  9/21

provided [1]  11/17
PSC [1]  2/12
purpose [3]  9/23 16/11 16/24
purposes [1]  7/12
pursuant [1]  5/16
put [1]  10/4

**Q**

qualities [1]  12/1
questionnaires [1]  10/9
questions [1]  12/15
quick [1]  16/20
quickness [1]  16/7

**R**

ratified [1]  8/10
RCR [1]  11/7
re [2]  1/5 3/9
really [10]  5/6 6/7 6/8 12/5 13/10 13/15
13/21 14/17 15/3 16/5
recap [1]  4/19
receive [1]  4/13
received [2]  3/22 6/1
recently [1]  9/3
recommendation [1]  16/17
record [7]  3/12 8/21 8/22 9/16 9/18
11/18 18/7
recorded [1]  2/22
reduced [1]  13/23
refer [1]  13/9 13/10
regard [4]  5/11 9/8 11/11 13/12
Relates [1]  1/7
remediated [2]  15/25 16/2
remediating [1]  16/2
remedied [1]  7/23
remiss [1]  15/9
repaired [1]  8/8
report [6]  4/3 6/5 9/5 9/17 11/18 12/5
Reporter [3]  2/19 18/3 18/12
reports [1]  4/11
representatives [2]  10/14 15/10
represented [1]  13/7
resolution [1]  8/14
resolve [4]  10/16 10/18 10/20 16/9
resolved [4]  7/14 10/19 17/3 17/19
respect [1]  4/18
result [3]  10/10 10/11 15/3
Richard [1]  4/22
right [9]  9/19 10/17 11/3 11/13 12/6
16/20 17/6 17/9 17/20
River [2]  9/11 9/14
RMR [4]  2/19 18/3 18/11 18/11
Robert [2]  2/14 2/15
Roman [1]  4/6
room [2]  2/20 17/10
Rule [1]  5/16
run [1]  16/14
RUSS [2]  1/14 3/17

**S**

s/Jodi [1]  18/11
Sam [2]  13/18 13/25
Sarver [1]  2/6
say [5]  4/14 9/9 11/20 14/14 16/15
says [1]  16/19
schedule [1]  9/1
schedules [1]  14/8
se [2]  2/14 11/15 11/19 12/22
se's [3]  11/12 11/25 12/6
seated [1]  3/6
Sedran [1]  1/18
see [6]  8/1 8/13 9/6 10/13 11/21 12/23
send [1]  8/24

sense [2]  14/11 16/8
serve [1]  9/23
services [1]  13/17
set [3]  4/7 5/3 14/12
setting [1]  4/12
settings [1]  4/2
settled [2]  4/8 5/1
settlement [15]  5/2 5/11 5/13 5/15 7/21
7/24 8/8 8/9 11/2 13/3 13/13 14/14
14/15 14/20 14/20
settlement's [1]  14/14
settlements [3]  4/19 4/24 8/1
several [2]  4/22 6/9
She's [1]  5/23
sheets [1]  8/15
shortly [3]  9/2 10/15 12/23
should [2]  9/9 16/1
side [3]  9/11 16/20 16/22
sides [3]  8/20 9/13 10/7
sight [1]  14/19
Simcox [4]  2/19 18/3 18/11 18/11
Since [1]  11/23
sir [1]  15/24
site [1]  9/6
situations [1]  7/23
six [1]  13/15
so [20]
solve [1]  16/16
solved [1]  16/20
solves [1]  16/17
some [13]  3/22 7/25 9/4 12/13 12/19
12/20 13/7 14/1 14/7 16/1 16/2 16/10
16/18
somebody [3]  12/9 14/21 16/14
something [1]  10/5
sometimes [1]  14/13
sorry [1]  17/13
sort [3]  7/16 9/15 13/20
SPAULDING [2]  1/23 3/14
speak [2]  7/11 13/9
special [1]  16/22
specific [1]  9/24
stage [1]  14/18
state [4]  2/10 4/2 6/25 9/16
state/federal [2]  2/10 6/25
STATES [3]  1/1 1/11 18/4
status [5]  1/10 3/20 9/17 11/18 17/6
stayed [1]  14/9
Steering [1]  9/12
stenography [1]  2/22
Steve [1]  15/10
still [1]  17/17
Stone [1]  2/2
Street [7]  1/19 1/23 2/3 2/7 2/11 2/16
2/19
structure [2]  7/25 16/6
stumbling [1]  12/24
stylobate [1]  16/5
subject [1]  5/18
successfully [1]  4/8
such [1]  4/25
Suite [4]  1/20 1/23 2/12 2/16
Super [1]  17/16
Supply [2]  10/21 10/23
sure [3]  8/4 8/21 8/23

**T**

table [1]  15/19
Taishan [3]  8/19 9/5 10/24
take [2]  3/23 11/25
takes [1]  7/18
taking [1]  9/15

# T

talk [1]  12/9
talking [2]  10/19 14/17
tell [1]  12/15
tells [1]  12/14
term [1]  8/15
thank [10]  4/5 5/9 6/15 13/2 13/5 13/18 13/24 15/17 17/11 17/21
thanks [1]  13/1
that [72]
that's [9]  3/24 5/11 9/19 10/1 10/3 14/18 14/21 16/11 17/8
their [13]  3/11 7/23 8/11 8/11 8/11 8/14 10/10 12/8 12/15 13/9 14/8 14/20 15/19
them [11]  3/23 6/13 8/24 8/24 10/9 12/12 12/14 13/9 13/9 13/10 17/4
then [9]  10/20 14/18 16/18 16/20 16/22 16/23 17/1 17/3 17/15
theoretical [1]  8/1
theory [1]  8/2
there [12]  5/3 6/11 7/8 7/10 9/9 9/10 9/20 11/23 13/19 14/19 14/19 16/1
there's [13]  6/12 6/25 7/15 7/16 8/20 10/4 11/1 13/12 15/25 16/1 16/2 16/8 16/9
therefore [2]  12/15 14/15
these [4]  4/24 5/5 6/10 15/3
they [14]  4/9 10/15 10/19 12/9 12/15 12/15 13/10 14/9 14/9 14/13 14/18 14/24 15/20 17/2
they'll [1]  10/20
they're [9]  5/20 9/23 9/25 10/18 12/7 12/8 12/11 14/19 14/19
They've [1]  12/13
thing [1]  7/20
things [4]  7/16 12/3 14/24 15/18
think [8]  7/12 8/13 9/22 10/1 10/3 10/11 12/4 15/1
this [26]
those [9]  4/8 6/14 8/10 8/24 9/6 10/1 11/25 14/22 15/17
though [1]  5/15
thought [2]  10/5 14/12
thousand [1]  6/13
thousands [1]  8/8
three [9]  4/7 4/10 6/12 12/22 13/16 14/7 14/10 15/13 15/14
through [2]  8/23 16/25
throughout [1]  9/22
time [2]  7/17 7/19
times [3]  6/10 11/19 14/2
today [4]  3/20 3/22 5/12 10/19
together [6]  6/8 6/14 8/21 14/6 14/13 15/19
told [1]  17/2
tool [2]  9/19 9/23
transcript [2]  2/22 18/6
treated [1]  5/15
tremendous [1]  6/9
trial [6]  4/2 4/9 4/25 5/1 9/4 9/10
trials [2]  4/23 5/3
tried [3]  9/13 10/7 16/18
true [1]  18/5
try [1]  9/24
two [3]  5/4 6/11 12/21
types [1]  14/23
Typically [1]  13/5

# U

under [1]  6/24
understandably [1]  11/24
understanding [1]  18/7

understood [1]  10/8
unfortunately [1]  13/9
UNITED [3]  1/1 1/11 18/4
until [2]  8/4 11/9
up [2]  4/12 14/12
upset [1]  12/8
us [5]  8/3 10/2 13/8 13/25 16/16
Usdin [2]  2/6
use [1]  3/19
used [2]  8/23 9/19
using [1]  5/17
usually [1]  11/20

# V

various [2]  13/15 13/20
Venture [2]  10/21 10/22
very [11]  5/24 10/1 10/6 12/8 12/8 12/11 12/12 12/23 15/5 17/11 17/21
Vioxx [1]  9/21
Virginia [3]  4/14 4/18 10/23
voir [1]  10/9
voluntary [1]  5/17

# W

Walnut [1]  1/19
Walther [1]  2/2
want [9]  9/6 9/16 9/17 13/4 13/14 13/18 13/24 14/15 15/17
was [10]  4/25 4/25 6/9 6/14 9/10 9/13 10/7 10/10 15/1 15/5
way [4]  7/25 8/11 16/9 16/19
wayside [1]  15/4
we [19]
we'll [1]  17/17
we're [5]  3/20 4/11 5/17 13/5 15/18
we've [4]  8/7 9/3 9/22 16/13
Web [1]  9/6
week [6]  4/20 4/25 14/7 15/13 15/14 16/21
weeks [2]  13/15 13/16
well [5]  9/13 10/7 12/4 14/14 14/15 15/15
were [6]  4/9 4/11 8/9 14/8 15/4 17/22
what [6]  4/13 8/4 13/5 13/18 14/19 16/18
what's [1]  12/16
whatever [2]  17/2 17/2
when [5]  14/12 14/22 15/15 15/18 16/14
where [1]  12/14
WHEREUPON [1]  17/22
whether [1]  8/14
which [6]  5/14 11/18 13/21 13/25 14/2 16/21
while [2]  7/21 8/8
who [9]  4/24 7/22 10/2 13/6 13/14 14/23 15/11 16/14 16/22
who's [1]  15/8
whole [1]  16/6
will [7]  3/11 5/22 7/9 9/1 9/14 10/15 17/4
WIMBERLY [3]  2/3 6/20 6/24
wish [1]  6/4
withdraw [1]  12/20
withdrawn [2]  12/21 13/22
within [1]  16/21
Wittmann [1]  2/2
Wood [1]  4/8
work [7]  6/8 12/10 12/17 13/1 14/7 14/24 15/19
worked [1]  14/10
working [2]  5/6 15/11
works [1]  8/2
would [4]  4/14 5/19 13/8 14/16
writ [1]  9/15

# X

XIV [1]  10/21
XXIII [1]  15/22

# Y

year [1]  5/4
years [1]  10/2
Yes [4]  4/17 10/14 10/22 13/4
yesterday [2]  4/11 5/5
yet [1]  5/12
you [31]
you're [2]  8/4 15/15
you've [2]  12/10 13/25
your [40]
yourself [1]  14/1