# EXHIBIT "17"

```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3       ******************************************************

 4   IN RE: CHINESE-MANUFACTURED
     DRYWALL PRODUCTS LIABILITY
 5   LITIGATION

 6                         CIVIL DOCKET NO. 09-MD-2047-EEF-JCW
                          NEW ORLEANS, LOUISIANA
 7                        THURSDAY, JANUARY 20, 2011, 9:00 A.M.

 8   THIS DOCUMENT RELATES TO
     ALL CASES
 9
         ******************************************************
10

11               TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
             HEARD BEFORE THE HONORABLE ELDON E. FALLON
12                     UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15

16   FOR THE PLAINTIFFS:      LEVIN, FISHBEIN, SEDRAN & BERMAN
                              BY:  ARNOLD LEVIN, ESQUIRE
17                            510 WALNUT STREET, SUITE 500
                              PHILADELPHIA PA 19106
18

19                            COLSON HICKS EIDSON
                              BY:  PATRICK S. MONTOYA, ESQUIRE
20                            225 ALHAMBRA CIRCLE, PENTHOUSE
                              CORAL GABLES FL  33134
21

22                            BARON & BUDD, P.C.
                              BY:  BRUCE W. STECKLER, ESQUIRE
23                            3102 OAK LAWN AVENUE, SUITE 1100
                              DALLAS TX 75219
24

25
```

09:01AM

```
 1   APPEARANCES CONTINUED:

 2

 3                            PODHURST ORSECK
                             BY:  ROBERT C. JOSEFSBERG, ESQUIRE
 4                           CITY NATIONAL BANK BUILDING
                             25 WEST FLAGLER STREET, SUITE 800
 5                           MIAMI FL  33130

 6

 7                           GAINSBURGH BENJAMIN DAVID MEUNIER AND
                                  WARSHAUER
                             BY:  GERALD E. MEUNIER, ESQUIRE
 8                           2800 ENERGY CENTRE
                             1100 POYDRAS STREET, SUITE 2800
 9                           NEW ORLEANS LA  70163

10

11                           LAW OFFICES OF ROBERT M. BECNEL
                             BY:  ROBERT M. BECNEL, ESQ.
                             425 WEST AIRLINE HIGHWAY, SUITE B
12                           LAPLACE, LA 70068

13

14                           LAMBERT & NELSON
                             BY:  HUGH P. LAMBERT, ESQUIRE
                                  CAYLE PETERSON, ESQUIRE
15                           701 MAGAZINE STREET
                             NEW ORLEANS LA  70130

16

17                           IRPINO LAW FIRM
                             BY:  ANTHONY IRPINO, ESQUIRE
18                           ONE CANAL PLACE
                             365 CANAL STREET, SUITE 2990
19                           NEW ORLEANS LA  70130

20

21                           SEEGER WEISS
                             BY:  JEFFREY S. GRAND, ESQUIRE
                             550 BROAD STREET, SUITE 920
22                           NEWARK NJ  07102

23

24

25
```

1    APPEARANCES CONTINUED:

2

3    FOR THE DEFENDANTS:        FRILOT
                                BY:  KERRY MILLER, ESQUIRE
4                               ENERGY CENTRE, 36TH FLOOR
                                1100 POYDRAS STREET
5                               NEW ORLEANS LA  70163

6

                                KAYE SCHOLER
7                               BY:  GREGORY J. WALLANCE, ESQUIRE
                                     STEVEN GLICKSTEIN, ESQUIRE
8                               425 PARK AVENUE
                                NEW YORK NY  10022
9

10                              GALLOWAY, JOHNSON, TOMPKINS,
                                BURR & SMITH
11                              BY:  RICHARD G. DUPLANTIER, JR., ESQUIRE
                                701 POYDRAS STREET
12                              SUITE 4040 ONE SHELL SQUARE
                                NEW ORLEANS LA 70139

13

14                              HOGAN LOVELLS
                                BY:  FRANK T. SPANO, ESQUIRE
15                              875 THIRD AVENUE
                                NEW YORK NY  10022

16

17                              WEINBERG WHEELER HUDGINS GUNN & DIAL
                                BY:  NICHOLAS P. PANAYOTOPOULOS, ESQUIRE
18                              3344 PEACHTREE ROAD, SUITE 2400
                                ATLANTA GA  30326

19

20                              RUMBERGER, KIRK & CALDWELL
                                BY:  ROBERT V. FITZSIMMONS, ESQUIRE
21                                   MONICA C. SEGURA, ESQUIRE
                                BRICKWELL BAYVIEW CENTRE, SUITE 3000
22                              80 S. W. 8TH STREET, SUITE 3000
                                MIAMI FL  33101

23

24

25

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE HOMEBUILDERS'
     AND INSTALLERS'
 4   STEERING COMMITTEE:      STONE PIGMAN WALTHER WITTMANN
                              BY:  DOROTHY H. WIMBERLY, ESQUIRE
 5                            546 CARONDELET STREET
                              NEW ORLEANS LA  70130
 6

 7                            SIVYER BARLOW & WATSON
                              BY:  NEAL A. SIVYER, ESQUIRE
 8                            SUNTRUST FINANCIAL CENTRE
                              401 EAST JACKSON STREET, SUITE 2225
 9                            TAMPA FL  33602

10

                              GREENGERG TRAURIG
11                            BY:  HILARIE BASS, ESQUIRE
                              333 AVENUE OF THE AMERICAS
12                            MIAMI FL  33131

13

     FOR THE STATE/FEDERAL
14   COORDINATION COMMITTEE: BARRIOS, KINGSDORF & CASTEIX
                              BY:  DAWN M. BARRIOS, ESQUIRE
15                            701 POYDRAS STREET, SUITE 3650
                              NEW ORLEANS LA 70139
16

17

     FOR THE INSURERS'       BARRASSO USDIN KUPPERMAN
18   STEERING COMMITTEE:     FREEMAN & SARVER
                             BY:  JUDY Y. BARRASSO, ESQUIRE
19                               H. MINOR PIPES, III, ESQUIRE
                             LL&E TOWER, SUITE 1800
20                           909 POYDRAS STREET
                             NEW ORLEANS LA 70112
21

22   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 500 POYDRAS STREET, ROOM B406
23                               NEW ORLEANS LA 70130
                                 (504) 589-7779
24

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
25   PRODUCED BY COMPUTER.
```

1                              **I N D E X**

2

3    AGENDA ITEMS                                              PAGE

4

5    PRETRIAL ORDERS.......................................   8

6    PROPERTY INSPECTIONS..................................   9

7    PLAINTIFF AND DEFENDANT PROFILE FORMS.................  10

8    PRESERVATION ORDER....................................  10

9    STATE/FEDERAL COORDINATION ...........................  10

10   MOTIONS IN THE MDL....................................  12

11   DISCOVERY ISSUES......................................  12

12   FREEDOM OF INFORMATION ACT............................  14

13   TRIAL SETTINGS IN FEDERAL COURT.......................  14

14   FILINGS IN THE MDL....................................  15

15   DEFAULT JUDGMENTS.....................................  15

16   INSURANCE ISSUES......................................  15

17   SERVICE OF PLEADINGS ELECTRONICALLY...................  16

18   MASTER COMPLAINTS.....................................  17

19   SPECIAL MASTER........................................  18

20   CLASS ACTION COMPLAINT ON INDETERMINATE DEFENDANTS.....  18

21   KNAUF GIPS PERSONAL JURISDICTION MATTER...............  19

22   FREQUENTLY ASKED QUESTIONS............................  19

23   OMNIBUS CLASS ACTION COMPLAINTS.......................  19

24   MATTERS SET FOR HEARING...............................  21

25   LITIGATION EXPENSE FUND...............................  21

1  PLAINTIFFS' COMMITTEE................................  21

2  MEDIATION...........................................  21

3  CLASS CERTIFICATION MOTIONS.........................  22

4  PRETRIAL ORDER 1H...................................  22

5  PILOT PROGRAM.......................................  22

6  NEW ITEMS...........................................  26

7  STIPULATION OF SERVICE..............................  26

8  NEXT STATUS CONFERENCE IS FEBRUARY 23RD AT 9 O'CLOCK...  28

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **P-R-O-C-E-E-D-I-N-G-S**

09:01AM 2          THURSDAY, JANUARY 20, 2011

09:01AM 3          M O R N I N G   S E S S I O N

09:01AM 4              (COURT CALLED TO ORDER)

09:01AM 5

09:01AM 6

09:24AM 7          THE DEPUTY CLERK:  Everyone rise.

09:24AM 8          THE COURT:  Be seated, please.  Good morning, ladies and

09:24AM 9   gentlemen.  Call the case, please.

09:24AM 10          THE DEPUTY CLERK:  MDL No. 2047, *In Re:  Chinese*

09:24AM 11   *Drywall*.

09:24AM 12          THE COURT:  Would counsel make their appearances for the

09:24AM 13   record, please.

09:24AM 14          MR. LEVIN:  Yes, sir.  Arnold Levin for the Plaintiffs'

09:24AM 15   Steering Committee, sir.

09:24AM 16          THE COURT:  Who is for the defendants?

09:24AM 17          MR. MILLER:  I'm coming.  I'm taking the long way.

09:24AM 18   Kerry Miller on behalf of the Defense Steering Committee,

09:24AM 19   Your Honor.

09:24AM 20          THE COURT:  We're here today for our monthly status

09:24AM 21   conference.  I have a number of people on the phone, so please

09:24AM 22   use the microphones.  I apologize for the inconvenience this

09:24AM 23   morning with the security.  Things have changed a bit since

09:24AM 24   Arizona, and we have some increased security concerns.

09:25AM 25              I met with the parties, the liaison and lead

09:25AM 1  counsel, and discussed with them preliminarily the proposed

09:25AM 2  agenda and the motions.  I'll first take the proposed agenda, and

09:25AM 3  if there are any motions, we'll take that after we have a short

09:25AM 4  break.

09:25AM 5          First, with the proposed agenda, the pretrial

09:25AM 6  orders.

09:25AM 7          MR. LEVIN:  There is nothing on pretrial orders,

09:25AM 8  Your Honor, other than pretrial order 8-A was entered by the

09:25AM 9  Court establishing the Plaintiffs' Steering Committee and two new

09:25AM 10 members.

09:25AM 11         THE COURT:  One new matter, I had received a number of

09:25AM 12 requests by various corporations, mom-and-pop, for lack of a

09:25AM 13 better term, corporations which were installers or builders, and

09:26AM 14 they have gone bankrupt or have limited assets, and they've filed

09:26AM 15 motions or inquired about the pro se representation.

09:26AM 16         As you know, we can't have pro se representation of

09:26AM 17 a corporation -- that's not allowed -- but at the same time,

09:26AM 18 these corporations are now either nonexistent or in bankruptcy or

09:26AM 19 closed, and I don't wish to impose any additional fees on these

09:26AM 20 individuals.

09:26AM 21         So what I'm going to do is direct them to liaison

09:26AM 22 counsel for the builders, and then we'll see how many there are,

09:26AM 23 and perhaps we can group them in a group and then appoint

09:26AM 24 somebody to represent that group so that we minimize any costs

09:26AM 25 and, at the same time, satisfy our requirements under the law.

09:26AM  1          Property inspections is the next item.

09:26AM  2          MR. LEVIN:  I believe there is nothing, really, on

09:26AM  3   property inspections, but I think Your Honor wanted to make a

09:27AM  4   note of the remediation program.

09:27AM  5          THE COURT:  Yes, I did.  There are a couple of issues

09:27AM  6   here.  We've had a lot of property inspections, and that's part

09:27AM  7   of the settlement program with Knauf that's gone into affect, or

09:27AM  8   at least the pilot program, and the inspections have been made

09:27AM  9   and certain documents have been received, but we haven't had any

09:27AM 10   remediation work, and that's where we have to focus on, to get

09:27AM 11   remediation work on the ground.

09:27AM 12          There is a lot happening in this litigation.  Those

09:27AM 13   in this room, perhaps, know what's happening -- a lot of action

09:27AM 14   going back and forth -- but the public doesn't know, and the

09:27AM 15   homeowners don't know because they have just seen their homes

09:27AM 16   inspected, and they are waiting for the next step.  Well, it's

09:27AM 17   time for them to get some help with their particular homes.  So

09:28AM 18   I've tried to expedite that in two ways:

09:28AM 19          One is we have a number of homes in the Slidell

09:28AM 20   area.  They have been inspected.  They are ready to go.  So I've

09:28AM 21   ordered mediation on Monday for those particular homes, and we

09:28AM 22   will hopefully wrap up those 20 and start the program

09:28AM 23   immediately.

09:28AM 24          I've also asked Knauf to pick some homes that are

09:28AM 25   ready and to put those individuals at the top of the list, if

09:28AM 1   they can move from their homes as quickly as possible, because

09:28AM 2   they have a certain period of time when they can move from the

09:28AM 3   home and allow the remediation to commence.  Some individuals are

09:29AM 4   ready to move tomorrow or the next day.  In that type situation,

09:29AM 5   then perhaps they should go to the head of the class and get

09:29AM 6   their homes remediated immediately.  So we're working on that

09:29AM 7   program to at least get some things done.

09:29AM 8            The next item is plaintiff and defendant profile

09:29AM 9   forms.  Anything there?

09:29AM 10           MR. LEVIN:  There is nothing new there, Your Honor.

09:29AM 11           THE COURT:  Preservation order anything?

09:29AM 12           MR. LEVIN:  Nothing new.

09:29AM 13           State/federal coordination Ms. Barrios will handle.

09:29AM 14           THE COURT:  Okay.

09:29AM 15           MR. LEVIN:  Most people don't know it, but she does a

09:29AM 16  lot more than this in the litigation.

09:29AM 17           THE COURT:  I know she does.

09:29AM 18           MS. BARRIOS:  Thank you, Mr. Levin.

09:29AM 19           Good morning, Judge, Dawn Barrios for the

09:29AM 20  State/Federal Committee.  I've brought today for Your Honor, and

09:29AM 21  I'll give to all the parties, a CD containing all of the remands

09:29AM 22  through CTO Number 20.  Besides these state court cases that are

09:29AM 23  listed in the joint report, I would like to bring to Your Honor's

09:29AM 24  attention a couple of other matters.

09:29AM 25           I've been informed very kindly by Taishan's

09:30AM 1  national counsel of all of the cases in state court which have

09:30AM 2  been served by Taishan.  There is three cases:  One is in CDC;

09:30AM 3  the plaintiffs' attorney is Mr. Jim Gardener, and he's working

09:30AM 4  with the Plaintiffs' Steering Committee.  The other is Lenoir

09:30AM 5  Homes in Miami, Dade County, and, of course, Ms. Hilarie Baas is

09:30AM 6  working with the MDL as well; and the other is a case in Alabama,

09:30AM 7  *Alexander v. Building Materials*, and Mr. Long and Mr. Serpe have

09:30AM 8  been in touch with the plaintiffs' attorney there.  So we have

09:30AM 9  the coordination on all cases that Taishan has been served in.

09:30AM 10        The other matter --

09:30AM 11        THE COURT:  In that particular matter, I've been

09:30AM 12 discussing these issues with the state courts in those cases as

09:30AM 13 well as other cases, and what we're trying to do is coordinate,

09:30AM 14 and it's been very helpful to me to have the state courts express

09:31AM 15 a willingness to work with the MDL, and, of course, I am more

09:31AM 16 than willing to work with them to coordinate our schedule with

09:31AM 17 their busy schedules.

09:31AM 18        What we're trying to do is to have discovery

09:31AM 19 proceed at the same time, and we're looking into the possibility

09:31AM 20 of having class cert motions at the same time so that either they

09:31AM 21 can come over here or monitor it by either television hookup or

09:31AM 22 telephonic hookup, and we can do our class cert hearings one time

09:31AM 23 so that you don't have to have a class cert hearing here in

09:31AM 24 federal court and then next week or next month have the same

09:31AM 25 class cert hearing in state court.  So we're trying to coordinate

09:31AM 1    that, and hopefully we'll be able to do it.  I think that's good

09:31AM 2    for the litigants.  I know it's good for the attorneys, but

09:31AM 3    hopefully it will be also efficient for the various courts

09:32AM 4    involved.

09:32AM 5         MS. BARRIOS:  Yes, Your Honor, the various state judges

09:32AM 6    have been accommodating and very responsive whenever I seek some

09:32AM 7    further information.

09:32AM 8              As far as Virginia goes, Mr. Serpe has reported

09:32AM 9    that Judge Hall has consolidated all the *Chinese Drywall* cases

09:32AM 10   before her.  There is a declaratory judgment action pending in

09:32AM 11   Virginia federal court on coverage issue.  There is an appeal on

09:32AM 12   the homeowners coverage issue, which will be heard in March, and

09:32AM 13   on December 6th of last year, Venture Supply is attempting

09:32AM 14   service on Taishan through the Hague Convention.

09:32AM 15             We also found out through some media coverage that

09:32AM 16   there are some Colorado cases, so I reached out and discovered

09:32AM 17   that both of the Colorado cases pending in state court are just

09:32AM 18   coverage issues between the insurer.

09:32AM 19             Thank you, Your Honor.

09:32AM 20        THE COURT:  Thank you very much.

09:32AM 21             We have motions in the MDL.  I'll take those after

09:32AM 22   our hearing.

09:32AM 23             Any discovery issues?

09:32AM 24        MR. LEVIN:  Just that with regard to the motions,

09:33AM 25   Your Honor, you'll take our Motion to Compel as against Taishan

09:33AM  1   at the close of the hearing?

09:33AM  2          THE COURT:  Right.  Yes.

09:33AM  3          MR. LEVIN:  The report --

09:33AM  4          THE COURT:  Discovery issues.

09:33AM  5          MR. LEVIN:  -- is that we have taken the deposition of

09:33AM  6   Isabel Knauf in Hong Kong and the deposition of Grunke,

09:33AM  7   Mr. Grunke, in Frankfurt, and we're discussing additional

09:33AM  8   depositions but they have not been scheduled.  We can take one

09:33AM  9   thing out of order.  We took the deposition of Mark Norris from

09:33AM 10   the Knauf entities in Hong Kong.  It did not finish on time.

09:33AM 11   It's not important as to why.  We're beyond that.  We're going to

09:33AM 12   probably finish the deposition by telephonic hookup.  Speaking

09:33AM 13   for the plaintiffs, I have no more than a half hour of questions

09:33AM 14   there.

09:33AM 15          THE COURT:  If something pops up, get me on the line.

09:33AM 16   Let's not terminate the deposition.  Get me on the line, or I'll

09:34AM 17   monitor the deposition, and if any issues come up, I'll rule

09:34AM 18   immediately either telephonically, or we can set up television

09:34AM 19   depositions, if that's of interest to you also.

09:34AM 20          MR. LEVIN:  Additionally, Your Honor, if I may interject

09:34AM 21   here, we're in the process of scheduling jurisdictional

09:34AM 22   depositions as to Taishan entities in Hong Kong, and they've

09:34AM 23   offered them in the first week of April.  We feel that this train

09:34AM 24   is leaving the station, and we want them to catch up with -- we

09:34AM 25   don't want them to be the caboose.  We would like to take those

09:34AM 1    depositions earlier than that, but that will be part of the

09:34AM 2    Motion to Compel.

09:34AM 3            THE COURT:  Okay.  Anything on Freedom of Information

09:34AM 4    Act?

09:34AM 5            MR. LEVIN:  Nothing new, sir.

09:34AM 6            THE COURT:  Trial settings in federal court.  I've

09:34AM 7    talked to the parties from Interior Exterior.  I've set the weeks

09:35AM 8    of May 23rd, June 20th, July 18th, for trials either in one or

09:35AM 9    more of the cases involving Interior Exterior.  I'm meeting with

09:35AM 10   them in the near future, as well as with the plaintiffs, to talk

09:35AM 11   about the scheduling orders and the cases that will be set for

09:35AM 12   trial on those particular dates.

09:35AM 13           One issue that I do want to address is that in some

09:35AM 14   of these matters there are insurance issues, which is also on our

09:35AM 15   list here, and the issue that the insurance company is facing is

09:35AM 16   both substantive as well as procedural.  They are taking the

09:36AM 17   position that they are not formally or shouldn't be formally

09:36AM 18   before the Court because the Court has no personal jurisdiction

09:36AM 19   or jurisdiction over them.  There are also some substantive

09:36AM 20   matters.

09:36AM 21           I really would like to get to some of the

09:36AM 22   substantive before we deal with jurisdictional issues.  What I'm

09:36AM 23   trying to do and what I'm willing to do is to reserve their

09:36AM 24   rights.  I need their input for some of the substantive matters,

09:36AM 25   I need their input to make some decisions that I think are

09:36AM 1   significant in the case, and they need to participate in that,

09:36AM 2   but I don't want them to waive or give up any of their rights to

09:36AM 3   take the position that the Court has no jurisdiction over them.

09:36AM 4          So I want to give them and make sure that they have

09:36AM 5   some comfort in the fact that by giving me some of their comments

09:36AM 6   about the substantive issues, they are not waiving their

09:36AM 7   procedural rights.  They are just giving me the benefit of their

09:37AM 8   views on some substantive matters, and I'll preserve any of their

09:37AM 9   rights to take the position that the Court has no jurisdiction

09:37AM 10  over them.  So I want to make sure that they understand that.

09:37AM 11  I'll have the parties stipulate to that effect, if that's

09:37AM 12  necessary.

09:37AM 13         MR. LEVIN:  We certainly will stipulate to that on

09:37AM 14  behalf of the Plaintiffs' Steering Committee.

09:37AM 15         THE COURT:  Filings in the MDL.

09:37AM 16         MR. LEVIN:  Nothing new, Your Honor.

09:37AM 17         THE COURT:  Default judgments, anything?

09:37AM 18         MR. LEVIN:  Well, we have that one default judgment that

09:37AM 19  we're going to argue after the conference.

09:37AM 20         THE COURT:  Right.  I talked about insurance issues.  Is

09:37AM 21  there anything more on that?

09:37AM 22         MR. LEVIN:  Yes.  Your Honor had a ruling in the

09:37AM 23  homeowners litigation.  Despite our strenuous disagreement with

09:37AM 24  Your Honor's ruling, we've decided to withdraw the cases, and

09:38AM 25  we're in the process of getting permission from the individual

09:38AM 1   plaintiff's counsel, we've set up a procedure where, if they want

09:38AM 2   to object to the dismissal of their case with prejudice, they

09:38AM 3   notify us so that we can notify the Court.  I believe they will

09:38AM 4   be dismissed, sir.

09:38AM 5        THE COURT:  Okay.  Fine.  There is also, FCCI has

09:38AM 6   indicated that they intend to file a request for an interlocutory

09:38AM 7   appeal when I issue the judgment.  I duly note that, and when I

09:38AM 8   do issue the judgment I'll let them make their position known and

09:38AM 9   I'll hear from them.  I don't need any oral argument on it, but

09:38AM 10  I'll hear from the plaintiffs and then I'll make that decision.

09:38AM 11       Service of pleadings electronically.

09:38AM 12       MR. LEVIN:  There's nothing new on that, Your Honor.

09:38AM 13       One thing that is new is we have been able to serve

09:38AM 14  the Knauf entities by serving Mr. Miller, which expedites things,

09:39AM 15  and it's working.  They got a lot of paper in the last month.  We

09:39AM 16  would like to have that agreement with Taishan.

09:39AM 17       THE COURT:  Yes.  I think that, frankly, would be

09:39AM 18  helpful, because one problem that we had to get over initially in

09:39AM 19  this particular case is the census of the case.  When we started

09:39AM 20  out, neither side, neither the plaintiffs nor the defendants,

09:39AM 21  just looking at it from a two-sided issue and all of the people

09:39AM 22  associated with both of those sides, really didn't have a feeling

09:39AM 23  for the census.  How many cases are we dealing with?  How many

09:39AM 24  board feet are we dealing with, and where are they?  How many

09:39AM 25  claims are there?  Things of that sort.

09:39AM  1          So it wasn't an easy thing to work through, but in

09:40AM  2  this process, with Knauf's agreement, I think we were, we were

09:40AM  3  able to expedite the matter, and they were better able to get a

09:40AM  4  census of their litigation, and I think it moved the case faster

09:40AM  5  than it would have otherwise.

09:40AM  6          MR. MILLER:  Yes, Your Honor, that's right, and I would

09:40AM  7  recommend the process.  A compromise that my client reached with

09:40AM  8  the PSC was to accept service so that they don't have to go

09:40AM  9  through the time and the expense of doing that, in exchange for

09:40AM 10  the appointment of BrownGreer as a Special Master to confirm

09:40AM 11  product ID.

09:40AM 12          THE COURT:  Right.

09:40AM 13          MR. MILLER.  So that we could further refine the census.

09:40AM 14  And I think there is a mutuality of interest there.

09:40AM 15          THE COURT:  Yes, I think that that's a key thing.  I

09:40AM 16  don't think it's fair for a defendant to come into the litigation

09:40AM 17  when they don't even know their total exposure, and so I have to

09:40AM 18  recognize that.  This is a way of dealing with it, and I think

09:41AM 19  that in a case of this sort it's helpful to all sides if we get

09:41AM 20  our hands around it and find out what the total census is.  It

09:41AM 21  worked with Knauf, and hopefully it will work with Taishan.

09:41AM 22          MR. LEVIN:  Thank you, Your Honor.

09:41AM 23          THE COURT:  Master complaints, anything?

09:41AM 24          MR. LEVIN:  Well, we're still filing omnibus complaints.

09:41AM 25  The master complaint is not ready until all the interventions are

09:41AM  1    in place.

09:41AM  2              THE COURT:  Yes, this case has posed a challenge for

09:41AM  3    pleadings, and they have to invent things that you don't find in

09:41AM  4    the Federal Rules, like the omnibus complaint.  We had to figure

09:41AM  5    out a way of having claims grouped.  The parties had to figure

09:41AM  6    out a way of dealing with that, and both sides, all of the

09:41AM  7    interested parties suggested that we deal with it in the form of

09:42AM  8    an omnibus complaint so that all of the claims that are of the

09:42AM  9    same type we can put into an omnibus complaint.  That helps us

09:42AM 10    also with the census.

09:42AM 11              Once we get everybody into the litigation, then

09:42AM 12    perhaps a master complaint may or may not be in order to group

09:42AM 13    the issues so that we're dealing with issues one time as opposed

09:42AM 14    to a number of times.

09:42AM 15              All of these things are procedural, they are not

09:42AM 16    substantive, but the procedure makes it more efficient and

09:42AM 17    effective, and that's what we have been doing.

09:42AM 18              Special Master.

09:42AM 19         MR. LEVIN:  I think I've addressed the master, unless

09:42AM 20    you have any other questions.

09:42AM 21         THE COURT:  No, I think that that was very helpful to us

09:42AM 22    in this particular case.  BrownGreer is very efficient, and they

09:42AM 23    will be able to be of great assistance in that regard.

09:42AM 24         MR. LEVIN:  With regard to the class action complaint on

09:43AM 25    the indeterminate defendants, we have a motion for preliminary

09:43AM 1    default pending.  We have no entries of appearance for them;

09:43AM 2    nevertheless, it appears that Taishan's counsel tells us he has

09:43AM 3    an interest, even though there is no papers filed, no entry of

09:43AM 4    appearance, and I believe Your Honor deferred that motion till

09:43AM 5    after the conference.

09:43AM 6             THE COURT:  Yes.  I'll deal with that after the

09:43AM 7    conference.

09:43AM 8                  Knauf Gips personal jurisdiction matter.

09:43AM 9             MR. LEVIN:  We're dealing with that, Your Honor.

09:43AM 10            THE COURT:  And no frequently asked questions?  No

09:43AM 11   additional ones?

09:43AM 12                 As all of us know, we've established a web site for

09:43AM 13   this particular case, and when I get questions from the people

09:43AM 14   who participate, or at least pull up the web site, and we then

09:43AM 15   post those frequently asked questions on a portion of the web

09:44AM 16   site so that individuals can go to that area and click on it and

09:44AM 17   find the answers to their questions.  If they have a new

09:44AM 18   question, they can then call in, and hopefully I'll put that up

09:44AM 19   as a frequently asked question also.

09:44AM 20            MR. LEVIN:  The omnibus class action complaints, they

09:44AM 21   have been filed and intervention complaints have been filed, and

09:44AM 22   since the last conference, the PSC has filed an Omnibus 7

09:44AM 23   complaint against the Taishan entities, which are growing because

09:44AM 24   we have determined that a lot of the markings that we couldn't

09:44AM 25   figure out who the manufacturer was -- this is the problem with

09:44AM  1   the default judgments, too -- are Taishan entities, and we've

09:44AM  2   moved those plaintiffs from the indeterminate defendant

09:44AM  3   complaint, Omni 3, to Omni 7, along with additional Taishan

09:45AM  4   plaintiffs, which there are substantial.

09:45AM  5           The PSC is now in the process of formulating an

09:45AM  6   Omni 8 complaint, which is against the Knauf entities and some

09:45AM  7   builders with them.  The plaintiffs are predominantly Texas

09:45AM  8   residents; although, there are residents in Louisiana and

09:45AM  9   Florida, but that will be predominantly Texas residents.

09:45AM 10           THE COURT:  Yes, we're getting some cases from Texas,

09:45AM 11   and also, I understand there are a few cases in Colorado now and

09:45AM 12   in other states.  We have about 15 or 20 states that are involved

09:45AM 13   in this litigation so far.

09:45AM 14           As you can see, the scope of the litigation is

09:45AM 15   rather daunting.  I have in this particular case nearly a

09:45AM 16   thousand defendants.  A thousand defendants.  We may have about

09:45AM 17   20,000 or so plaintiffs.  The case presents challenges because I

09:45AM 18   have 1,200 lawyers in this particular case.  We have a thousand

09:46AM 19   defendants, 20,000 or so plaintiffs, and 1,200 lawyers.  So you

09:46AM 20   can see the challenge that that poses from a logistical

09:46AM 21   standpoint, an organizational standpoint.

09:46AM 22           The cases of this magnitude could not be handled

09:46AM 23   without talented lawyers on each side, and it's been very helpful

09:46AM 24   to me in this particular case to have quality lawyers presenting

09:46AM 25   this particular case.  It's been able to be managed because of

09:46AM 1  their efforts.

09:46AM 2        Matters set for hearing.  Litigation expense fund.

09:46AM 3        MR. LEVIN:  That's just staying there, Your Honor.

09:46AM 4  We're not pushing it at this point.

09:46AM 5        THE COURT:  I did the appointment of the plaintiffs'

09:46AM 6  committee.

09:46AM 7        Mediation.  What is the status of the *Banner*

09:47AM 8  matter?  Anything there?

09:47AM 9        MR. LEVIN:  Well, somebody will stand up, if I'm

09:47AM 10 speaking out of -- that I shouldn't be.

09:47AM 11        In a public conference with Your Honor we went

09:47AM 12 through, two weeks ago, a term sheet that we proposed.  We

09:47AM 13 reduced it to writing.  We sent it to Banner.  We received a

09:47AM 14 response from Banner last night.  I've got to take it up with my

09:47AM 15 plaintiffs' committee.  We're moving the ball very close.  Within

09:47AM 16 field goal range.

09:47AM 17        THE COURT:  Okay.

09:47AM 18        MR. LEVIN:  Probably, we could, even on the fourth down,

09:47AM 19 go for a touchdown, but there is a few things that we have to do,

09:47AM 20 that we have to clear up, and until we do that, I don't think

09:47AM 21 Banner wants me to go any further.

09:48AM 22        THE COURT:  Okay.  Fine, just get it to me by Monday or

09:48AM 23 Tuesday --

09:48AM 24        MR. LEVIN:  Absolutely, Your Honor.

09:48AM 25        THE COURT:  -- so that I can hear from you as to that.

09:48AM 1    Hopefully that will resolve.

09:48AM 2              Class certification motions?

09:48AM 3         MR. LEVIN:  The *Germano* motion, which is a Taishan

09:48AM 4    motion, we're deferring because we believe we should deal with

09:48AM 5    the jurisdictional issues, the depositions, the documents, the

09:48AM 6    motions to compel, and put that on the back table.

09:48AM 7              The three other motions for class certification,

09:48AM 8    INEX, Knauf, Banner, Your Honor has scheduled them for hearings

09:48AM 9    June 1, 2, and 3.  We have a schedule for discovery.  We're

09:48AM 10   meeting next week on the scope of discovery.  I don't think we'll

09:48AM 11   have a problem there.  Most of -- we all know what class

09:48AM 12   discovery is, and there will be a substitution of class

09:48AM 13   representative because one of the class representatives qualified

09:48AM 14   for the pilot program.  We lost him, but we'll put somebody else

09:49AM 15   in.

09:49AM 16        THE COURT:  Okay.  All right.  If any issues come up

09:49AM 17   there, get to me on the phone, and I'll hear from both sides and

09:49AM 18   resolve the issues, as sometimes problems crop up with class

09:49AM 19   certification discovery.  Let's not bog down in that.

09:49AM 20             Pretrial order 1H, anything on that?

09:49AM 21        MR. LEVIN:  Nothing sir.

09:49AM 22        THE COURT:  How about the pilot program, any status on

09:49AM 23   the pilot program?

09:49AM 24        MR. LEVIN:  Greg?

09:49AM 25        MR. WALLANCE:  Good morning, Your Honor,

09:49AM  1    Gregory Wallance, Kaye Scholer, for the Knauf entities.

09:49AM  2              Your Honor, I think we've made very good progress,

09:49AM  3    off to a good start.  We have qualified about 175 homes for the

09:49AM  4    program.  That means that they -- those homes have now been given

09:49AM  5    over to our contractor, Moss and Associates.  Approximately 80 of

09:49AM  6    those homes have been inspected and bid out by subcontractors.

09:50AM  7    We're assembling, for those 80 homes, work authorizations, and in

09:50AM  8    some cases the work authorizations have gone out for review by

09:50AM  9    the homeowners, their counsel, and by Knauf.  Once those

09:50AM 10    authorizations are signed, then it's just a matter of scheduling

09:50AM 11    the work, giving the owner -- if the owner is still occupying the

09:50AM 12    house -- move-out notice and then commencing construction work.

09:50AM 13              We are hopeful that between the efforts we're

09:50AM 14    making on the Slidell homes and some very, very positive

09:50AM 15    discussions that we had yesterday with Your Honor and with the

09:50AM 16    PSC regarding moving forward on at least those that are closest

09:50AM 17    to starting work, particularly where the homeowner may no longer

09:50AM 18    be occupying, then I'm hopeful that within a very short time

09:50AM 19    you're going to see some shovels flying and some hammers, and I

09:50AM 20    think there is going to be some visible results of the very, very

09:50AM 21    substantial effort that we've all made over the last six or

09:51AM 22    seven months.

09:51AM 23              THE COURT:  I appreciate your work on it.  It's been

09:51AM 24    very helpful to have you coordinate the matter.  I would suggest

09:51AM 25    that, as we go along, oftentimes you're dealing with a number of

09:51AM 1   plaintiff lawyers and a number of plaintiff counsel, and we

09:51AM 2   really need from the Plaintiffs' Steering Committee the

09:51AM 3   designation of one person who can handle that, and we need that

09:51AM 4   person to be the expeditor so that you can go to that person and

09:51AM 5   say, this is a problem I have in this home in Florida or this

09:51AM 6   home in Virginia or the home in Louisiana or Mississippi, and

09:51AM 7   then that expeditor can handle the matter, as opposed to your

09:51AM 8   trying to flesh out who is the lawyer in charge of that

09:51AM 9   particular case.

09:51AM 10          Also from your standpoint, you're going to have

09:51AM 11  some people that need to answer some homeowners who have

09:52AM 12  complaints or some suggestions or whatever it is, and they need

09:52AM 13  to talk to somebody, and it's not going to be enough that they

09:52AM 14  can call "the company."  They need some name that they can call,

09:52AM 15  e.g., call John or call Paul or something of that sort, so that

09:52AM 16  that person is responsible for handling that complaint.

09:52AM 17          MR. WALLANCE:  Your Honor, we're going to put that in

09:52AM 18  place, and I am speaking to Moss this afternoon, and we will be

09:52AM 19  providing a name tomorrow to the PSC to furnish to the attorneys

09:52AM 20  representing the homeowners.

09:52AM 21          And, Your Honor, if I may, I don't want to leave

09:52AM 22  the impression that we are content with 175 homes or that we're

09:52AM 23  content ultimately with the 300 homes that are the intended

09:52AM 24  target of the pilot program.  We're in the process of laying the

09:52AM 25  groundwork to expand the pilot program well beyond several

09:52AM 1  hundred homes.

09:52AM 2         There are a number of mediations, negotiations,

09:52AM 3  discussions alluded to earlier that, while there are a lot of

09:53AM 4  moving parts, if they all come together, I think over the course

09:53AM 5  of the next 6 to 12 months you're going to see a very rapid

09:53AM 6  expansion of the pilot program.

09:53AM 7         In that regard, I would urge all of the attorneys

09:53AM 8  who are listening in on this who represent homeowners who haven't

09:53AM 9  furnished through the PSC documentation that would qualify their

09:53AM 10  homes for this program to do so, and we will act on it.  We have

09:53AM 11  engaged with every attorney who has furnished us that kind of

09:53AM 12  documentation.  There is a process to go through, but we're

09:53AM 13  committed to that engagement.

09:53AM 14      MR. LEVIN:  We basically agree with everything

09:53AM 15  Mr. Wallance has said, but 6 to 12 months is not going to do it.

09:53AM 16  We've got to move a lot faster than that.  We've got people that

09:53AM 17  are out of their homes, can't get into their homes, and they've

09:53AM 18  waited already 18 months, and 12 months just doesn't do it,

09:53AM 19  Your Honor.

09:53AM 20      THE COURT:  No, I agree with that.  We do have to move

09:54AM 21  faster, and I think that Greg sees that.  I think what he was

09:54AM 22  saying, that hopefully the whole matter can be resolved in a very

09:54AM 23  short time.

09:54AM 24      MR. WALLANCE:  Your Honor, I'm talking about -- I'm

09:54AM 25  talking about more than a few hundred homes when I use that time

09:54AM 1   period.  I'm talking about --

09:54AM 2          THE COURT:  Yes, right.  You're talking about the whole

09:54AM 3   thing.

09:54AM 4          MR. WALLANCE:  -- about the substantial critical mass

09:54AM 5   that will break, if you will allow me to use the expression,

09:54AM 6   break the back on the case, at least as against the Knauf

09:54AM 7   entities.

09:54AM 8          THE COURT:  Yes, I see in the future that there is an

09:54AM 9   indication that we may be coming into a closing aspect, or end

09:54AM 10  game at least from Knauf, and that's important for the other

09:54AM 11  defendants to kind of take a look at because they have now a

09:54AM 12  concrete program that they can look at, they should know their

09:54AM 13  census, and the insurance companies that are behind them should

09:55AM 14  be able to evaluate their situation, and hopefully we can move

09:55AM 15  this entire litigation to completion.

09:55AM 16         MR. WALLANCE:  Thank you, Your Honor.

09:55AM 17         THE COURT:  Thank you very much.

09:55AM 18         MR. LEVIN:  Regarding the new items, sir.

09:55AM 19         THE COURT:  Yes, the new items, stipulation of service.

09:55AM 20  We've talked about that.

09:55AM 21         MR. MILLER:  On that point, I'm sorry, Your Honor, I

09:55AM 22  forgot to mention earlier, the deadline to get the indicia in to

09:55AM 23  BrownGreer is February the 4th.  It's in the order, but I just

09:55AM 24  want to highlight it while we're here.

09:55AM 25         THE COURT:  Right, okay.

09:55AM 1          MR. LEVIN:  Along those lines, what has to go to

09:55AM 2     BrownGreer is as follows:  Much of the indicia has been sent to

09:55AM 3     our office.  It was sent pursuant to a court order.  We are in

09:55AM 4     the process of getting that in order to deliver to BrownGreer.

09:55AM 5     So the plaintiffs' counsel do not have to duplicate what they've

09:55AM 6     given us.  That does not mean that it's been determined to be

09:55AM 7     adequate.  They should supplement, if they have to supplement,

09:56AM 8     and I encourage them to supplement with BrownGreer.

09:56AM 9          Knauf accumulated a lot of indicia with regard to

09:56AM 10    the pilot program, lawyers that attempted to schedule mediations,

09:56AM 11    and gave them to Knauf and Knauf's counsel.  That information is

09:56AM 12    not being turned over by Knauf because there was no court order

09:56AM 13    involved in that.  And as to that particular indicia, they

09:56AM 14    must -- the plaintiff's attorney must send that to BrownGreer.

09:56AM 15         If there are clients who are not on an Omni

09:56AM 16    complaint as yet, they can send it to BrownGreer after the Omni

09:56AM 17    complaint is filed, or they can expedite it by sending it to

09:56AM 18    BrownGreer and noting that the plaintiff is not on an Omni

09:56AM 19    complaint as yet, but it's very important that all plaintiff's

09:57AM 20    counsel know that date and get this information in because

09:57AM 21    this -- getting this information in is going to advance the wall

09:57AM 22    to the ultimate resolution of this case.

09:57AM 23         THE COURT:  All right.  So if anybody and any plaintiff

09:57AM 24    counsel needs some clarification on that, get the liaison or lead

09:57AM 25    counsel, and they will be able to meet with you and consult

09:57AM  1   further with you on that.

09:57AM  2              Our next status conference is February 23rd, and

09:57AM  3   I'll meet with the liaison and lead counsel early on and then

09:57AM  4   have the open matter at 9 o'clock.

09:57AM  5              I'll take a quick break here and return for

09:57AM  6   motions.  Anything from anybody that I haven't talked about?

09:57AM  7   I've had these matters in open court for that reason.

09:57AM  8              I've also, as I mentioned, made some reappointments

09:57AM  9   and new appointments to the committee.  Those new individuals who

09:57AM 10   are newly on the Plaintiff's Steering Committee, I welcome you to

09:58AM 11   the litigation.  I look forward to working with you on this

09:58AM 12   matter and urge that you be conscious of team effort.  I think

09:58AM 13   that that makes it work.

09:58AM 14              With class action individuals, the Court is

09:58AM 15   responsible under Rule 23 to pick a qualified person.  That

09:58AM 16   individual generally carries the ball in a class action.  An MDL

09:58AM 17   is little different.  There are both class actions and multiple

09:58AM 18   cases involved.  You need talented people, just as you do in

09:58AM 19   class actions, but in addition, the MDL needs individuals who

09:58AM 20   pull the wagon together in teams, and that is very critical, and

09:58AM 21   I know that this group is aware of that and will continue to do

09:58AM 22   so.

09:58AM 23              MR. LEVIN:  Thank you, Your Honor.

09:58AM 24              THE COURT:  I'll be back in 10 minutes.  Court will

09:58AM 25   stand in recess.

10:00AM 1          (WHEREUPON, at 10:00 a.m. the status conference was

10:00AM 2   concluded.)

3                            *    *    *

4

5

6                       REPORTER'S CERTIFICATE

7

8       I, Cathy Pepper, Certified Realtime Reporter, Registered

9   Merit Reporter, Registered Professional Reporter, Certified Court

10  Reporter of the State of Louisiana, Official Court Reporter for

11  the United States District Court, Eastern District of Louisiana,

12  do hereby certify that the foregoing is a true and correct

13  transcript, to the best of my ability and understanding, from the

14  record of the proceedings in the above-entitled and numbered

15  matter.

16

17

18                              *s/Cathy Pepper*_____

19                              Cathy Pepper, CRR, RMR, CCR

20                              Official Court Reporter

21                              United States District Court

22

23

24

25

**0**

**07102** [1] - 2:22
**09-MD-2047-EEF-JCW** [1] - 1:6

**1**

**1** [1] - 22:9
**1,200** [2] - 20:18, 20:19
**10** [4] - 5:7, 5:8, 5:9, 28:24
**10022** [2] - 3:8, 3:15
**10:00** [1] - 29:1
**1100** [3] - 1:23, 2:8, 3:4
**12** [5] - 5:10, 5:11, 25:5, 25:15, 25:18
**14** [2] - 5:12, 5:13
**15** [4] - 5:14, 5:15, 5:16, 20:12
**16** [1] - 5:17
**17** [1] - 5:18
**175** [2] - 23:3, 24:22
**18** [3] - 5:19, 5:20, 25:18
**1800** [1] - 4:19
**18th** [1] - 14:8
**19** [3] - 5:21, 5:22, 5:23
**19106** [1] - 1:17
**1H** [1] - 22:20
**1H............................
........** [1] - 6:4

**2**

**2** [1] - 22:9
**20** [5] - 1:7, 7:2, 9:22, 10:22, 20:12
**20,000** [2] - 20:17, 20:19
**2011** [2] - 1:7, 7:2
**2047** [1] - 7:10
**20th** [1] - 14:8
**21** [4] - 5:24, 5:25, 6:1, 6:2
**22** [3] - 6:3, 6:4, 6:5
**2225** [1] - 4:8
**225** [1] - 1:20
**23** [1] - 28:15
**23RD** [1] - 6:8
**23rd** [2] - 14:8, 28:2
**2400** [1] - 3:18
**25** [1] - 2:4
**26** [2] - 6:6, 6:7

**28** [1] - 6:8
**2800** [2] - 2:8, 2:8
**2990** [1] - 2:18

**3**

**3** [2] - 20:3, 22:9
**300** [1] - 24:23
**3000** [2] - 3:21, 3:22
**30326** [1] - 3:18
**3102** [1] - 1:23
**33101** [1] - 3:22
**33130** [1] - 2:5
**33131** [1] - 4:12
**33134** [1] - 1:20
**333** [1] - 4:11
**3344** [1] - 3:18
**33602** [1] - 4:9
**365** [1] - 2:18
**3650** [1] - 4:15
**36TH** [1] - 3:4

**4**

**401** [1] - 4:8
**4040** [1] - 3:12
**425** [2] - 2:11, 3:8
**4th** [1] - 26:23

**5**

**500** [2] - 1:17, 4:22
**504** [1] - 4:23
**510** [1] - 1:17
**546** [1] - 4:5
**550** [1] - 2:21
**589-7779** [1] - 4:23

**6**

**6** [2] - 25:5, 25:15
**6th** [1] - 12:13

**7**

**7** [2] - 19:22, 20:3
**70068** [1] - 2:12
**701** [3] - 2:15, 3:11, 4:15
**70112** [1] - 4:20
**70130** [2] - 2:15, 2:19, 4:5, 4:23
**70139** [2] - 3:12, 4:15
**70163** [2] - 2:9, 3:5
**75219** [1] - 1:23

**8**

**8** [1] - 5:5, 20:6
**8-A** [1] - 8:8
**80** [3] - 3:22, 23:5, 23:7
**800** [1] - 2:4
**875** [1] - 3:15
**8TH** [1] - 3:22

**9**

**9** [3] - 5:6, 6:8, 28:4
**909** [1] - 4:20
**920** [1] - 2:21
**9:00** [1] - 1:7

**A**

**a.m** [1] - 29:1
**A.M** [1] - 1:7
**ability** [1] - 29:13
**able** [8] - 12:1, 16:13, 17:3, 18:23, 20:25, 26:14, 27:25
**above-entitled** [1] - 29:14
**Absolutely** [1] - 21:24
**accept** [1] - 17:8
**accommodating** [1] - 12:6
**accumulated** [1] - 27:9
**act** [1] - 25:10
**Act** [1] - 14:4
**ACT..........................
.** [1] - 5:12
**action** [6] - 9:13, 12:10, 18:24, 19:20, 28:14, 28:16
**ACTION** [2] - 5:20, 5:23
**actions** [2] - 28:17, 28:19
**addition** [1] - 28:19
**additional** [4] - 8:19, 13:7, 19:11, 20:3
**additionally** [1] - 13:20
**address** [1] - 14:13
**addressed** [1] - 18:19
**adequate** [1] - 27:7
**advance** [1] - 27:21
**affect** [1] - 9:7
**afternoon** [1] - 24:18
**agenda** [3] - 8:2, 8:5
**AGENDA** [1] - 5:3

**ago** [1] - 21:12
**agree** [2] - 25:14, 25:20
**agreement** [2] - 16:16, 17:2
**AIRLINE** [1] - 2:11
**Alabama** [1] - 11:6
**Alexander** [1] - 11:7
**ALHAMBRA** [1] - 1:20
**ALL** [1] - 1:8
**allow** [2] - 10:3, 26:5
**allowed** [1] - 8:17
**alluded** [1] - 25:3
**AMERICAS** [1] - 4:11
**AND** [3] - 2:6, 4:3, 5:7
**answer** [1] - 24:11
**answers** [1] - 19:17
**ANTHONY** [1] - 2:17
**apologize** [1] - 7:22
**appeal** [2] - 12:11, 16:7
**appearance** [2] - 19:1, 19:4
**APPEARANCES** [4] - 1:14, 2:1, 3:1, 4:1
**appearances** [1] - 7:12
**appoint** [1] - 8:23
**appointment** [2] - 17:10, 21:5
**appointments** [1] - 28:9
**appreciate** [1] - 23:23
**April** [1] - 13:23
**area** [2] - 9:20, 19:16
**argue** [1] - 15:19
**argument** [1] - 16:9
**Arizona** [1] - 7:24
**ARNOLD** [1] - 1:16
**Arnold** [1] - 7:14
**ASKED** [1] - 5:22
**aspect** [1] - 26:9
**assembling** [1] - 23:7
**assets** [1] - 8:14
**assistance** [1] - 18:23
**associated** [1] - 23:5
**Associates** [1] - 23:5
**AT** [1] - 6:8
**ATLANTA** [1] - 3:18
**attempted** [1] - 27:10
**attempting** [1] - 12:13
**attention** [1] - 10:24
**attorney** [4] - 11:3, 11:8, 25:11, 27:14
**attorneys** [3] - 12:2, 24:19, 25:7
**authorizations** [3] - 23:7, 23:8, 23:10
**AVENUE** [4] - 1:23,

3:8, 3:15, 4:11
**aware** [1] - 28:21

**B**

**B406** [1] - 4:22
**Baas** [1] - 11:5
**ball** [2] - 21:15, 28:16
**BANK** [1] - 2:4
**bankrupt** [1] - 8:14
**bankruptcy** [1] - 8:18
**Banner** [5] - 21:7, 21:13, 21:14, 21:21, 22:8
**BARLOW** [1] - 4:7
**BARON** [1] - 1:22
**BARRASSO** [2] - 4:17, 4:18
**Barrios** [2] - 10:13, 10:19
**BARRIOS** [4] - 4:14, 4:14, 10:18, 12:5
**BASS** [1] - 4:11
**BAYVIEW** [1] - 3:21
**BECNEL** [2] - 2:10, 2:11
**BEFORE** [1] - 1:11
**behalf** [2] - 7:18, 15:14
**behind** [1] - 26:13
**benefit** [1] - 15:7
**BENJAMIN** [1] - 2:6
**BERMAN** [1] - 1:16
**best** [1] - 29:13
**better** [2] - 8:13, 17:3
**between** [2] - 12:18, 23:13
**beyond** [2] - 13:11, 24:25
**bid** [1] - 23:6
**bit** [1] - 7:23
**board** [1] - 16:24
**bog** [1] - 22:19
**break** [4] - 8:4, 26:5, 26:6, 28:5
**BRICKWELL** [1] - 3:21
**bring** [1] - 10:23
**BROAD** [1] - 2:21
**brought** [1] - 10:20
**BrownGreer** [9] - 17:10, 18:22, 26:23, 27:2, 27:4, 27:8, 27:14, 27:16, 27:18
**BRUCE** [1] - 1:22
**BUDD** [1] - 1:22
**builders** [3] - 8:13, 8:22, 20:7
**Building** [1] - 11:7

**BUILDING** [1] - 2:4
**BURR** [1] - 3:10
**busy** [1] - 11:17
**BY** [22] - 1:16, 1:19, 1:22, 2:3, 2:7, 2:11, 2:14, 2:17, 2:21, 3:3, 3:7, 3:11, 3:14, 3:17, 3:20, 4:4, 4:7, 4:11, 4:14, 4:18, 4:24, 4:25

**C**

**caboose** [1] - 13:25
**CALDWELL** [1] - 3:20
**CALLED** [1] - 7:4
**CANAL** [2] - 2:18, 2:18
**CARONDELET** [1] - 4:5
**carries** [1] - 28:16
**case** [19] - 7:9, 11:6, 15:1, 16:2, 16:19, 17:4, 17:19, 18:2, 18:22, 19:13, 20:15, 20:17, 20:18, 20:24, 20:25, 24:9, 26:6, 27:22
**cases** [18] - 10:22, 11:1, 11:2, 11:9, 11:12, 11:13, 12:9, 12:16, 12:17, 14:9, 14:11, 15:24, 16:23, 20:10, 20:11, 20:22, 23:8, 28:18
**CASES** [1] - 1:8
**CASTEIX** [1] - 4:14
**catch** [1] - 13:24
**Cathy** [2] - 29:8, 29:19
**CATHY** [1] - 4:22
**CAYLE** [1] - 2:14
**CCR** [2] - 4:22, 29:19
**CD** [1] - 10:21
**CDC** [1] - 11:2
**census** [7] - 16:19, 16:23, 17:4, 17:13, 17:20, 18:10, 26:13
**CENTRE** [4] - 2:8, 3:4, 3:21, 4:8
**cert** [4] - 11:20, 11:22, 11:23, 11:25
**certain** [2] - 9:9, 10:2
**certainly** [1] - 15:13
**CERTIFICATE** [1] - 29:6
**CERTIFICATION** [1] - 6:3
**certification** [3] - 22:2, 22:7, 22:19
**Certified** [2] - 29:8,

29:9
**certify** [1] - 29:12
**challenge** [2] - 18:2, 20:20
**challenges** [1] - 20:17
**changed** [1] - 7:23
**charge** [1] - 24:8
**CHINESE** [1] - 1:4
**Chinese** [2] - 7:10, 12:9
**CHINESE-MANUFACTURED** [1] - 1:4
**CIRCLE** [1] - 1:20
**CITY** [1] - 2:4
**CIVIL** [1] - 1:6
**claims** [3] - 16:25, 18:5, 18:8
**clarification** [1] - 27:24
**class** [17] - 10:5, 11:20, 11:22, 11:23, 11:25, 18:24, 19:20, 22:2, 22:7, 22:11, 22:12, 22:13, 22:18, 28:14, 28:16, 28:17, 28:19
**CLASS** [3] - 5:20, 5:23, 6:3
**clear** [1] - 21:20
**CLERK** [2] - 7:7, 7:10
**click** [1] - 19:16
**client** [1] - 17:7
**clients** [1] - 27:15
**close** [2] - 13:1, 21:15
**closed** [1] - 8:19
**closest** [1] - 23:16
**closing** [1] - 26:9
**Colorado** [3] - 12:16, 12:17, 20:11
**COLSON** [1] - 1:19
**comfort** [1] - 15:5
**coming** [2] - 7:17, 26:9
**commence** [1] - 10:3
**commencing** [1] - 23:12
**comments** [1] - 15:5
**committed** [1] - 25:13
**committee** [3] - 21:6, 21:15, 28:9
**Committee** [8] - 7:15, 7:18, 8:9, 10:20, 11:4, 15:14, 24:2, 28:10
**COMMITTEE** [3] - 4:4, 4:14, 4:18
**COMMITTEE............ .................... [1] - 6:1
**companies** [1] - 26:13

**company** [2] - 14:15, 24:14
**Compel** [2] - 12:25, 14:2
**compel** [1] - 22:6
**complaint** [13] - 17:25, 18:4, 18:8, 18:9, 18:12, 18:24, 19:23, 20:3, 20:6, 24:16, 27:16, 27:17, 27:19
**COMPLAINT** [1] - 5:20
**complaints** [5] - 17:23, 17:24, 19:20, 19:21, 24:12
**COMPLAINTS........... ............ [1] - 5:23
**COMPLAINTS........... .......................... [1] - 5:18
**completion** [1] - 26:15
**compromise** [1] - 17:7
**COMPUTER** [1] - 4:25
**concerns** [1] - 7:24
**concluded** [1] - 29:2
**concrete** [1] - 26:12
**conference** [8] - 7:21, 15:19, 19:5, 19:7, 19:22, 21:11, 28:2, 29:1
**CONFERENCE** [2] - 1:11, 6:8
**confirm** [1] - 17:10
**conscious** [1] - 28:12
**consolidated** [1] - 12:9
**construction** [1] - 23:12
**consult** [1] - 27:25
**containing** [1] - 10:21
**content** [2] - 24:22, 24:23
**continue** [1] - 28:21
**CONTINUED** [3] - 2:1, 3:1, 4:1
**contractor** [1] - 23:5
**Convention** [1] - 12:14
**coordinate** [4] - 11:13, 11:16, 11:25, 23:24
**coordination** [2] - 10:13, 11:9
**COORDINATION** [2] - 4:14, 5:9
**CORAL** [1] - 1:20
**corporation** [1] - 8:17
**corporations** [3] - 8:12, 8:13, 8:18
**correct** [1] - 29:12
**costs** [1] - 8:24
**counsel** [14] - 7:12,

8:1, 8:22, 11:1, 16:1, 19:2, 23:9, 24:1, 27:5, 27:11, 27:20, 27:24, 27:25, 28:3
**County** [1] - 11:5
**couple** [2] - 9:5, 10:24
**course** [3] - 11:5, 11:15, 25:4
**Court** [12] - 8:9, 14:18, 15:3, 15:9, 16:3, 28:14, 29:9, 29:10, 29:11, 29:20, 29:21
**COURT** [47] - 1:1, 4:22, 7:4, 7:8, 7:12, 7:16, 7:20, 8:11, 9:5, 10:11, 10:14, 10:17, 11:11, 12:20, 13:2, 13:4, 13:15, 14:3, 14:6, 15:15, 15:17, 15:20, 16:5, 16:17, 17:12, 17:15, 17:23, 18:2, 18:21, 19:6, 19:10, 20:10, 21:5, 21:17, 21:22, 21:25, 22:16, 22:22, 23:23, 25:20, 26:2, 26:8, 26:17, 26:19, 26:25, 27:23, 28:24
**court** [11] - 10:22, 11:1, 11:24, 11:25, 12:11, 12:17, 14:6, 27:3, 27:12, 28:7, 28:24
**COURT..................... . [1] - 5:13
**courts** [3] - 11:12, 11:14, 12:3
**coverage** [4] - 12:11, 12:12, 12:15, 12:18
**critical** [2] - 26:4, 28:20
**crop** [1] - 22:18
**CRR** [2] - 4:22, 29:19
**CTO** [1] - 10:22

**D**

**Dade** [1] - 11:5
**DALLAS** [1] - 1:23
**date** [1] - 27:20
**dates** [1] - 14:12
**daunting** [1] - 20:15
**DAVID** [1] - 2:6
**Dawn** [1] - 10:19
**DAWN** [1] - 4:14
**deadline** [1] - 26:22
**deal** [4] - 14:22, 18:7, 19:6, 22:4
**dealing** [7] - 16:23,

16:24, 17:18, 18:6, 18:13, 19:9, 23:25
**December** [1] - 12:13
**decided** [1] - 15:24
**decision** [1] - 16:10
**decisions** [1] - 14:25
**declaratory** [1] - 12:10
**DEFAULT** [1] - 5:15
**default** [4] - 15:17, 15:18, 19:1, 20:1
**defendant** [2] - 10:8, 17:16, 20:2
**DEFENDANT** [1] - 5:7
**DEFENDANTS** [1] - 3:3
**defendants** [7] - 7:16, 16:20, 18:25, 20:16, 20:19, 26:11
**DEFENDANTS.... [1] - 5:20
**Defense** [1] - 7:18
**deferred** [1] - 19:4
**deferring** [1] - 22:4
**deliver** [1] - 27:4
**deposition** [6] - 13:5, 13:6, 13:9, 13:12, 13:16, 13:17
**depositions** [5] - 13:8, 13:19, 13:22, 14:1, 22:5
**DEPUTY** [2] - 7:7, 7:10
**designation** [1] - 24:3
**despite** [1] - 15:23
**determined** [2] - 19:24, 27:6
**DIAL** [1] - 3:17
**different** [1] - 28:17
**direct** [1] - 8:21
**disagreement** [1] - 15:23
**discovered** [1] - 12:16
**DISCOVERY** [1] - 5:11
**discovery** [7] - 11:18, 12:23, 13:4, 22:9, 22:10, 22:12, 22:19
**discussed** [1] - 8:1
**discussing** [2] - 11:12, 13:7
**discussions** [2] - 23:15, 25:3
**dismissal** [1] - 16:2
**dismissed** [1] - 16:4
**DISTRICT** [3] - 1:1, 1:1, 1:12
**District** [3] - 29:11, 29:21
**DOCKET** [1] - 1:6
**DOCUMENT** [1] - 1:8
**documentation** [2] - 25:9, 25:12

documents [2] - 9:9, 22:5
done [1] - 10:7
DOROTHY [1] - 4:4
down [2] - 21:18, 22:19
Drywall [2] - 7:11, 12:9
DRYWALL [1] - 1:4
duly [1] - 16:7
DUPLANTIER [1] - 3:11
duplicate [1] - 27:5

**E**

e.g [1] - 24:15
early [1] - 28:3
EAST [1] - 4:8
EASTERN [1] - 1:1
Eastern [1] - 29:11
easy [1] - 17:1
effect [1] - 15:11
effective [1] - 18:17
efficient [3] - 12:3, 18:16, 18:22
effort [2] - 23:21, 28:12
efforts [2] - 21:1, 23:13
EIDSON [1] - 1:19
either [5] - 8:18, 11:20, 11:21, 13:18, 14:8
ELDON [1] - 1:11
electronically [1] - 16:11
ELECTRONICALLY.. ................ [1] - 5:17
encourage [1] - 27:8
end [1] - 26:9
ENERGY [2] - 2:8, 3:4
engaged [1] - 25:11
engagement [1] - 25:13
entered [1] - 8:8
entire [1] - 26:15
entities [8] - 13:10, 13:22, 16:14, 19:23, 20:1, 20:6, 23:1, 26:7
entitled [1] - 29:14
entries [1] - 19:1
entry [1] - 19:3
ESQ [1] - 2:11
ESQUIRE [23] - 1:16, 1:19, 1:22, 2:3, 2:7, 2:14, 2:14, 2:17, 2:21, 3:3, 3:7, 3:7,

3:11, 3:14, 3:17, 3:20, 3:21, 4:4, 4:7, 4:11, 4:14, 4:18, 4:19
established [1] - 19:12
establishing [1] - 8:9
evaluate [1] - 26:14
exchange [1] - 17:9
expand [1] - 24:25
expansion [1] - 25:6
expedite [3] - 9:18, 17:3, 27:17
expedites [1] - 16:14
expeditor [2] - 24:4, 24:7
EXPENSE [1] - 5:25
expense [2] - 17:9, 21:2
exposure [1] - 17:17
express [1] - 11:14
expression [1] - 26:5
Exterior [2] - 14:7, 14:9

**F**

facing [1] - 14:15
fact [1] - 15:5
fair [1] - 17:16
FALLON [1] - 1:11
far [2] - 12:8, 20:13
faster [2] - 17:4, 25:16, 25:21
FCCI [1] - 16:5
FEBRUARY [1] - 6:8
February [2] - 26:23, 28:2
FEDERAL [1] - 5:13
federal [3] - 11:24, 12:11, 14:6
Federal [1] - 18:4
fees [1] - 8:19
feet [1] - 16:24
few [3] - 20:11, 21:19, 25:25
field [1] - 21:16
figure [1] - 18:4, 18:5, 19:25
file [1] - 16:6
filed [6] - 8:14, 19:3, 19:21, 19:22, 27:17
filing [1] - 17:24
FILINGS [1] - 5:14
filings [1] - 15:15
FINANCIAL [1] - 4:8
fine [2] - 16:5, 21:22
finish [2] - 13:10, 13:12

FIRM [1] - 2:17
first [3] - 8:2, 8:5, 13:23
FISHBEIN [1] - 1:16
FITZSIMMONS [1] - 3:20
FL [5] - 1:20, 2:5, 3:22, 4:9, 4:12
FLAGLER [1] - 2:4
flesh [1] - 24:8
FLOOR [1] - 3:4
Florida [2] - 20:9, 24:5
flying [1] - 23:19
focus [1] - 9:10
follows [1] - 27:2
FOR [6] - 1:16, 3:3, 4:3, 4:13, 4:17, 5:24
foregoing [1] - 29:12
forgot [1] - 25:2
form [1] - 18:7
formally [2] - 14:17
forms [1] - 10:9
FORMS................. [1] - 5:7
formulating [1] - 20:5
forth [1] - 9:14
forward [2] - 23:16, 28:11
fourth [1] - 21:18
FRANK [1] - 3:14
Frankfurt [1] - 13:7
frankly [1] - 16:17
FREEDOM [1] - 5:12
Freedom [1] - 14:3
FREEMAN [1] - 4:18
FREQUENTLY [1] - 5:22
frequently [3] - 19:10, 19:15, 19:19
FRILOT [1] - 3:3
fund [1] - 21:2
FUND.......................... ...... [1] - 5:25
furnish [1] - 24:19
furnished [2] - 25:9, 25:11
future [2] - 14:10, 26:8

**G**

GA [1] - 3:18
GABLES [1] - 1:20
GAINSBURGH [1] - 2:6
GALLOWAY [1] - 3:10
game [1] - 26:10
Gardener [1] - 11:3
generally [1] - 28:16
gentlemen [1] - 7:9

GERALD [1] - 2:7
Germano [1] - 22:3
Gips [1] - 19:8
GIPS [1] - 5:21
given [2] - 23:4, 27:6
GLICKSTEIN [1] - 3:7
goal [1] - 21:16
GRAND [1] - 2:21
great [1] - 18:23
GREENGERG [1] - 4:10
Greg [2] - 22:24, 25:21
GREGORY [1] - 3:7
Gregory [1] - 23:1
ground [1] - 9:11
groundwork [1] - 24:25
group [5] - 8:23, 8:24, 18:12, 28:21
grouped [1] - 18:5
growing [1] - 19:23
Grunke [1] - 13:6, 13:7
GUNN [1] - 3:17

**H**

Hague [1] - 12:14
half [1] - 13:13
Hall [1] - 12:9
hammers [1] - 23:19
handle [3] - 10:13, 24:3, 24:7
handled [1] - 20:22
handling [1] - 24:16
hands [1] - 17:20
head [1] - 10:5
hear [4] - 16:9, 16:10, 21:25, 22:17
heard [1] - 12:12
HEARD [1] - 1:11
hearing [5] - 11:23, 11:25, 12:22, 13:1, 21:2
HEARING.................. ............. [1] - 5:24
hearings [2] - 11:22, 22:8
help [1] - 9:17
helpful [6] - 11:14, 16:18, 17:19, 18:21, 20:23, 23:24
helps [1] - 18:9
hereby [1] - 29:12
HICKS [1] - 1:19
highlight [1] - 26:24
HIGHWAY [1] - 2:11
HILARIE [1] - 4:11
Hilarie [1] - 11:5

HOGAN [1] - 3:14
home [4] - 10:3, 24:5, 24:6
HOMEBUILDERS' [1] - 4:3
homeowner [1] - 23:17
homeowners [7] - 9:15, 12:12, 15:23, 23:9, 24:11, 24:20, 25:8
Homes [1] - 11:5
homes [19] - 9:15, 9:17, 9:19, 9:21, 9:24, 10:1, 10:6, 23:3, 23:4, 23:6, 23:7, 23:14, 24:22, 24:23, 25:1, 25:10, 25:17, 25:25
Hong [3] - 13:6, 13:10, 13:22
Honor [30] - 7:19, 8:8, 9:3, 10:10, 10:20, 12:5, 12:19, 12:25, 13:20, 15:16, 15:22, 16:12, 17:6, 17:22, 19:4, 19:9, 21:3, 21:11, 21:24, 22:8, 22:25, 23:2, 23:15, 24:17, 24:21, 25:19, 25:24, 26:16, 26:21, 28:23
Honor's [2] - 10:23, 15:24
HONORABLE [1] - 1:11
hookup [3] - 11:21, 11:22, 13:12
hopeful [2] - 23:13, 23:18
hopefully [8] - 9:22, 12:1, 12:3, 17:21, 19:18, 22:1, 25:22, 26:14
hour [1] - 13:13
house [1] - 23:12
HUDGINS [1] - 3:17
HUGH [1] - 2:14
hundred [2] - 25:1, 25:25

**I**

ID [1] - 17:11
III [1] - 4:19
immediately [3] - 9:23, 10:6, 13:18
important [3] - 13:11, 26:10, 27:19

**impose** [1] - 8:19
**impression** [1] - 24:22
**IN** [4] - 1:4, 5:10, 5:13, 5:14
**inconvenience** [1] - 7:22
**increased** [1] - 7:24
**indeterminate** [2] - 18:25, 20:2
**INDETERMINATE** [1] - 5:20
**indicated** [1] - 16:6
**indication** [1] - 26:9
**indicia** [4] - 26:22, 27:2, 27:9, 27:13
**individual** [2] - 15:25, 28:16
**individuals** [7] - 8:20, 9:25, 10:3, 19:16, 28:9, 28:14, 28:19
**INEX** [1] - 22:8
**Information** [1] - 14:3
**information** [3] - 12:7, 27:11, 27:20, 27:21
**INFORMATION** [1] - 5:12
**informed** [1] - 10:25
**input** [2] - 14:24, 14:25
**inquired** [1] - 8:15
**inspected** [3] - 9:16, 9:20, 23:6
**inspections** [4] - 9:1, 9:3, 9:6, 9:8
**INSPECTIONS**.........
..................... [1] - 5:6
**installers** [1] - 8:13
**INSTALLERS'** [1] - 4:3
**INSURANCE** [1] - 5:16
**insurance** [4] - 14:14, 14:15, 15:20, 26:13
**insurer** [1] - 12:18
**INSURERS'** [1] - 4:17
**intend** [1] - 16:6
**intended** [1] - 24:23
**interest** [3] - 13:19, 17:14, 19:3
**interested** [1] - 18:7
**Interior** [2] - 14:7, 14:9
**interject** [1] - 13:20
**interlocutory** [1] - 16:6
**intervention** [1] - 19:21
**interventions** [1] - 17:25
**invent** [1] - 18:3
**involved** [4] - 12:4, 20:12, 27:13, 28:18

**involving** [1] - 14:9
**IRPINO** [2] - 2:17, 2:17
**IS** [1] - 6:8
**Isabel** [1] - 13:6
**issue** [7] - 12:11, 12:12, 14:13, 14:15, 16:7, 16:8, 16:21
**issues** [15] - 9:5, 11:12, 12:18, 12:23, 13:4, 13:17, 14:14, 14:22, 15:6, 15:20, 18:13, 22:5, 22:16, 22:18
**ISSUES**....................
.................. [2] - 5:11, 5:16
**item** [2] - 9:1, 10:8
**items** [2] - 26:18, 26:19
**ITEMS** [1] - 5:3
**ITEMS**.......................
..................... [1] - 6:6

## J

**JACKSON** [1] - 4:8
**JANUARY** [2] - 1:7, 7:2
**JEFFREY** [1] - 2:21
**Jim** [1] - 11:3
**John** [1] - 24:15
**JOHNSON** [1] - 3:10
**joint** [1] - 10:23
**JOSEFSBERG** [1] - 2:3
**JR** [1] - 3:11
**Judge** [2] - 10:19, 12:9
**JUDGE** [1] - 1:12
**judges** [1] - 12:5
**judgment** [4] - 12:10, 15:18, 16:7, 16:8
**judgments** [2] - 15:17, 20:1
**JUDGMENTS**............
..................... [1] - 5:15
**JUDY** [1] - 4:18
**July** [1] - 14:8
**June** [2] - 14:8, 22:9
**JURISDICTION** [1] - 5:21
**jurisdiction** [5] - 14:18, 14:19, 15:3, 15:9, 19:8
**jurisdictional** [3] - 13:21, 14:22, 22:5

## K

**Kaye** [1] - 23:1
**KAYE** [1] - 3:6
**Kerry** [1] - 7:18
**KERRY** [1] - 3:3
**key** [1] - 17:15
**kind** [2] - 25:11, 26:11
**kindly** [1] - 10:25
**KINGSDORF** [1] - 4:14
**KIRK** [1] - 3:20
**KNAUF** [1] - 5:21
**Knauf** [16] - 9:7, 9:24, 13:6, 13:10, 16:14, 17:21, 19:8, 20:6, 22:8, 23:1, 23:9, 26:6, 26:10, 27:9, 27:11, 27:12
**Knauf's** [2] - 17:2, 27:11
**known** [1] - 16:8
**Kong** [3] - 13:6, 13:10, 13:22
**KUPPERMAN** [1] - 4:17

## L

**LA** [10] - 2:9, 2:12, 2:15, 2:19, 3:5, 3:12, 4:5, 4:15, 4:20, 4:23
**lack** [1] - 8:12
**ladies** [1] - 7:8
**LAMBERT** [2] - 2:13, 2:14
**LAPLACE** [1] - 2:12
**last** [5] - 12:13, 16:15, 19:22, 21:14, 23:21
**LAW** [2] - 2:10, 2:17
**law** [1] - 8:25
**LAWN** [1] - 1:23
**lawyer** [1] - 24:8
**lawyers** [6] - 20:18, 20:19, 20:23, 20:24, 24:1, 27:10
**laying** [1] - 24:24
**lead** [3] - 7:25, 27:24, 28:3
**least** [6] - 9:8, 10:7, 19:14, 23:16, 26:6, 26:10
**leave** [1] - 24:21
**leaving** [1] - 13:24
**Lenoir** [1] - 11:4
**LEVIN** [35] - 1:16, 1:16, 7:14, 8:7, 9:2, 10:10, 10:12, 10:15,

12:24, 13:3, 13:5, 13:20, 14:5, 15:13, 15:16, 15:18, 15:22, 16:12, 17:22, 17:24, 18:19, 18:24, 19:9, 19:20, 21:3, 21:9, 21:18, 21:24, 22:3, 22:21, 22:24, 25:14, 26:18, 27:1, 28:23
**Levin** [2] - 7:14, 10:18
**LIABILITY** [1] - 1:4
**liaison** [4] - 7:25, 8:21, 27:24, 28:3
**limited** [1] - 8:14
**line** [2] - 13:15, 13:16
**lines** [1] - 27:1
**list** [2] - 9:25, 14:15
**listed** [1] - 10:23
**listening** [1] - 25:8
**litigants** [1] - 12:2
**litigation** [11] - 9:12, 10:16, 15:23, 17:4, 17:16, 18:11, 20:13, 20:14, 21:2, 26:15, 28:11
**LITIGATION** [2] - 1:5, 5:25
**LL&E** [1] - 4:19
**logistical** [1] - 20:20
**look** [3] - 26:11, 26:12, 28:11
**looking** [2] - 11:19, 16:21
**lost** [1] - 22:14
**LOUISIANA** [2] - 1:1, 1:6
**Louisiana** [4] - 20:8, 24:6, 29:10, 29:11
**LOVELLS** [1] - 3:14

## M

**MAGAZINE** [1] - 2:15
**magnitude** [1] - 20:22
**managed** [1] - 20:25
**MANUFACTURED** [1] - 1:4
**manufacturer** [1] - 19:25
**March** [1] - 12:12
**Mark** [1] - 13:9
**markings** [1] - 19:24
**mass** [1] - 26:4
**Master** [2] - 17:10, 18:18
**master** [4] - 17:23, 17:25, 18:12, 18:19
**MASTER** [1] - 5:18
**MASTER**....................

.................... [1] - 5:19
**Materials** [1] - 11:7
**matter** [13] - 8:11, 11:10, 11:11, 17:3, 19:8, 21:8, 23:10, 23:24, 24:7, 25:22, 28:4, 28:12, 29:15
**MATTER**............... [1] - 5:21
**matters** [5] - 10:24, 14:14, 14:20, 14:24, 15:8, 21:2, 28:7
**MATTERS** [1] - 5:24
**MDL** [7] - 7:10, 11:6, 11:15, 12:21, 15:15, 28:16, 28:19
**MDL**.........................
......... [2] - 5:10, 5:14
**mean** [1] - 27:6
**means** [1] - 23:4
**MECHANICAL** [1] - 4:24
**media** [1] - 12:15
**mediation** [2] - 9:21, 21:7
**MEDIATION**..............
......................... [1] - 6:2
**mediations** [2] - 25:2, 27:10
**meet** [2] - 27:25, 28:3
**meeting** [2] - 14:9, 22:10
**members** [1] - 8:10
**mention** [1] - 26:22
**mentioned** [1] - 28:8
**Merit** [1] - 29:9
**met** [1] - 7:25
**MEUNIER** [2] - 2:6, 2:7
**Miami** [1] - 11:5
**MIAMI** [3] - 2:5, 3:22, 4:12
**microphones** [1] - 7:22
**MILLER** [5] - 3:3, 7:17, 17:6, 17:13, 26:21
**Miller** [2] - 7:18, 16:14
**minimize** [1] - 8:24
**MINOR** [1] - 4:19
**minutes** [1] - 28:2
**Mississippi** [1] - 24:6
**mom** [1] - 8:12
**mom-and-pop** [1] - 8:12
**Monday** [2] - 9:21, 21:22
**MONICA** [1] - 3:21
**monitor** [2] - 11:21,

13:17
**month** [2] - 11:24, 16:15
**monthly** [1] - 7:20
**months** [5] - 23:22, 25:5, 25:15, 25:18
**MONTOYA** [1] - 1:19
**morning** [4] - 7:8, 7:23, 10:19, 22:25
**Moss** [2] - 23:5, 24:18
**Most** [1] - 10:15
**most** [1] - 22:11
**Motion** [2] - 12:25, 14:2
**motion** [4] - 18:25, 19:4, 22:3, 22:4
**MOTIONS** [1] - 5:10
**motions** [10] - 8:2, 8:3, 8:15, 11:20, 12:21, 12:24, 22:2, 22:6, 22:7, 28:6
**MOTIONS..................**
**..........** [1] - 6:3
**move** [7] - 10:1, 10:2, 10:4, 23:12, 25:16, 25:20, 26:14
**move-out** [1] - 23:12
**moved** [2] - 17:4, 20:2
**moving** [3] - 21:15, 23:16, 25:4
**MR** [42] - 7:14, 7:17, 8:7, 9:2, 10:10, 10:12, 10:15, 12:24, 13:3, 13:5, 13:20, 14:5, 15:13, 15:16, 15:18, 15:22, 16:12, 17:6, 17:13, 17:22, 17:24, 18:19, 18:24, 19:9, 19:20, 21:3, 21:9, 21:18, 21:24, 22:3, 22:21, 22:24, 22:25, 24:17, 25:14, 25:24, 26:4, 26:16, 26:18, 26:21, 27:1, 28:23
**MS** [2] - 10:18, 12:5
**multiple** [1] - 28:17
**must** [2] - 27:14
**mutuality** [1] - 17:14

**N**

**name** [2] - 24:14, 24:19
**NATIONAL** [1] - 2:4
**national** [1] - 11:1
**NEAL** [1] - 4:7
**near** [1] - 14:10
**nearly** [1] - 20:15

**necessary** [1] - 15:12
**need** [10] - 14:24, 14:25, 15:1, 16:9, 24:2, 24:3, 24:11, 24:12, 24:14, 28:18
**needs** [2] - 27:24, 28:19
**negotiations** [1] - 25:2
**NELSON** [1] - 2:13
**nevertheless** [1] - 19:2
**NEW** [13] - 1:6, 2:9, 2:15, 2:19, 3:5, 3:8, 3:12, 3:15, 4:5, 4:15, 4:20, 4:23, 6:6
**new** [13] - 8:9, 8:11, 10:10, 10:12, 14:5, 15:16, 16:12, 16:13, 19:17, 26:18, 26:19, 28:9
**NEWARK** [1] - 2:22
**newly** [1] - 28:10
**NEXT** [1] - 6:8
**next** [9] - 9:1, 9:16, 10:4, 10:8, 11:24, 22:10, 25:5, 28:2
**NICHOLAS** [1] - 3:17
**night** [1] - 21:14
**NJ** [1] - 2:22
**NO** [1] - 1:6
**nonexistent** [1] - 8:18
**Norris** [1] - 13:9
**note** [2] - 9:4, 16:7
**nothing** [8] - 8:7, 9:2, 10:10, 10:12, 14:5, 15:16, 16:12, 22:21
**notice** [1] - 23:12
**notify** [1] - 16:3
**noting** [1] - 27:18
**number** [7] - 7:21, 8:11, 9:19, 18:14, 23:25, 24:1, 25:2
**Number** [1] - 10:22
**numbered** [1] - 29:14
**NY** [2] - 3:8, 3:15

**O**

**o'clock** [1] - 28:4
**O'CLOCK..** [1] - 6:8
**OAK** [1] - 1:23
**object** [1] - 16:2
**occupying** [2] - 23:11, 23:18
**OF** [7] - 1:1, 1:11, 2:10, 4:11, 5:12, 5:17, 6:7
**offered** [1] - 13:23
**office** [1] - 27:3

**OFFICES** [1] - 2:10
**Official** [2] - 29:10, 29:20
**OFFICIAL** [1] - 4:22
**oftentimes** [1] - 23:25
**Omni** [6] - 20:3, 20:6, 27:15, 27:16, 27:18
**OMNIBUS** [1] - 5:23
**omnibus** [5] - 17:24, 18:4, 18:8, 18:9, 19:20
**Omnibus** [1] - 19:22
**ON** [1] - 5:20
**once** [2] - 18:11, 23:9
**ONE** [2] - 2:18, 3:12
**one** [13] - 8:11, 9:19, 11:2, 11:22, 13:8, 14:8, 14:13, 15:18, 16:13, 16:18, 18:13, 22:13, 24:3
**ones** [1] - 19:11
**open** [2] - 28:4, 28:7
**opposed** [2] - 18:13, 24:7
**oral** [1] - 16:9
**ORDER** [2] - 6:4, 7:4
**order** [9] - 8:8, 10:11, 13:9, 18:12, 22:20, 26:23, 27:3, 27:4, 27:12
**ORDER....................**
**..............** [1] - 5:8
**ordered** [1] - 9:21
**orders** [3] - 8:6, 8:7, 14:11
**ORDERS..................**
**....................** [1] - 5:5
**organizational** [1] - 20:21
**ORLEANS** [10] - 1:6, 2:9, 2:15, 2:19, 3:5, 3:12, 4:5, 4:15, 4:20, 4:23
**ORSECK** [1] - 2:3
**otherwise** [1] - 17:5
**owner** [2] - 23:11

**P**

**P.C** [1] - 1:22
**PA** [1] - 1:17
**PAGE** [1] - 5:3
**PANAYOTOPOULOS** [1] - 3:17
**paper** [1] - 16:15
**papers** [1] - 19:3
**PARK** [1] - 3:8
**part** [2] - 9:6, 14:1
**participate** [2] - 15:1,

19:14
**particular** [13] - 9:17, 9:21, 11:11, 14:12, 16:19, 18:22, 19:13, 20:15, 20:18, 20:24, 20:25, 24:9, 27:13
**particularly** [1] - 23:17
**parties** [6] - 7:25, 10:21, 14:7, 15:11, 18:5, 18:7
**parts** [1] - 25:4
**PATRICK** [1] - 1:19
**Paul** [1] - 24:15
**PEACHTREE** [1] - 3:18
**pending** [3] - 12:10, 12:17, 19:1
**PENTHOUSE** [1] - 1:20
**people** [7] - 7:21, 10:15, 16:21, 19:13, 24:11, 25:16, 28:18
**PEPPER** [1] - 4:22
**Pepper** [3] - 29:8, 29:18, 29:19
**perhaps** [4] - 8:23, 9:13, 10:5, 18:12
**period** [2] - 10:2, 26:1
**permission** [1] - 15:25
**person** [5] - 24:3, 24:4, 24:16, 28:15
**PERSONAL** [1] - 5:21
**personal** [2] - 14:18, 19:8
**PETERSON** [1] - 2:14
**PHILADELPHIA** [1] - 1:17
**phone** [2] - 7:21, 22:17
**pick** [2] - 9:24, 28:15
**PIGMAN** [1] - 4:4
**pilot** [8] - 9:8, 22:14, 22:22, 22:23, 24:24, 24:25, 25:6, 27:10
**PILOT** [1] - 6:5
**PIPES** [1] - 4:19
**PLACE** [1] - 2:18
**place** [2] - 18:1, 24:18
**PLAINTIFF** [1] - 5:7
**plaintiff** [5] - 10:8, 24:1, 27:18, 27:23
**Plaintiff's** [1] - 28:10
**plaintiff's** [3] - 16:1, 27:14, 27:19
**PLAINTIFFS** [1] - 1:16
**plaintiffs** [9] - 13:13, 14:10, 16:10, 16:20, 20:2, 20:4, 20:7, 20:17, 20:19
**plaintiffs'** [5] - 11:3,

11:8, 21:5, 21:15, 27:5
**PLAINTIFFS'** [1] - 6:1
**Plaintiffs'** [5] - 7:14, 8:9, 11:4, 15:14, 24:2
**pleadings** [2] - 16:11, 18:3
**PLEADINGS** [1] - 5:17
**PODHURST** [1] - 2:3
**point** [2] - 21:4, 26:21
**pop** [1] - 8:12
**pops** [1] - 13:15
**portion** [1] - 19:15
**posed** [1] - 18:2
**poses** [1] - 20:20
**position** [4] - 14:17, 15:3, 15:9, 16:8
**positive** [1] - 23:14
**possibility** [1] - 11:19
**possible** [1] - 10:1
**post** [1] - 19:15
**POYDRAS** [6] - 2:8, 3:4, 3:11, 4:15, 4:20, 4:22
**predominantly** [2] - 20:7, 20:9
**prejudice** [1] - 16:2
**preliminarily** [1] - 8:1
**preliminary** [1] - 18:25
**presenting** [1] - 20:24
**presents** [1] - 20:17
**PRESERVATION** [1] - 5:8
**preservation** [1] - 10:11
**preserve** [1] - 15:8
**pretrial** [4] - 8:5, 8:7, 8:8, 22:20
**PRETRIAL** [2] - 5:5, 6:4
**pro** [2] - 8:15, 8:16
**problem** [4] - 16:18, 19:25, 22:11, 24:5
**problems** [1] - 22:18
**procedural** [3] - 14:16, 15:7, 18:15
**procedure** [2] - 16:1, 18:16
**proceed** [1] - 11:19
**PROCEEDINGS** [3] - 1:11, 4:24, 7:1
**proceedings** [1] - 29:14
**process** [8] - 13:21, 15:25, 17:2, 17:7, 20:5, 24:24, 25:12, 27:4
**PRODUCED** [1] - 4:25
**product** [1] - 17:11

**PRODUCTS** [1] - 1:4
**Professional** [1] - 29:9
**profile** [1] - 10:8
**PROFILE** [1] - 5:7
**program** [15] - 9:4, 9:7, 9:8, 9:22, 10:7, 22:14, 22:22, 22:23, 23:4, 24:24, 24:25, 25:6, 25:10, 26:12, 27:10
**PROGRAM**..............
...................... [1] - 6:5
**progress** [1] - 23:2
**PROPERTY** [1] - 5:6
**property** [3] - 9:1, 9:3, 9:6
**proposed** [4] - 8:1, 8:2, 8:5, 21:12
**providing** [1] - 24:19
**PSC** [6] - 17:8, 19:22, 20:5, 23:16, 24:19, 25:9
**public** [2] - 9:14, 21:11
**pull** [2] - 19:14, 28:20
**pursuant** [1] - 27:3
**pushing** [1] - 21:4
**put** [6] - 9:25, 18:9, 19:18, 22:6, 22:14, 24:17

## Q

**qualified** [3] - 22:13, 23:3, 28:15
**qualify** [1] - 25:9
**quality** [1] - 20:24
**questions** [6] - 13:13, 18:20, 19:10, 19:13, 19:15, 19:17
**QUESTIONS**..............
................... [1] - 5:22
**quick** [1] - 28:5
**quickly** [1] - 10:1

## R

**range** [1] - 21:16
**rapid** [1] - 25:5
**rather** [1] - 20:15
**RE** [1] - 1:4
**Re** [1] - 7:10
**reached** [2] - 12:16, 17:7
**ready** [4] - 9:20, 9:25, 10:4, 17:25

**really** [4] - 9:2, 14:21, 16:22, 24:2
**Realtime** [1] - 29:8
**reappointments** [1] - 28:8
**reason** [1] - 28:7
**received** [3] - 8:11, 9:9, 21:13
**recess** [1] - 28:25
**recognize** [1] - 17:18
**recommend** [1] - 17:7
**record** [2] - 7:13, 29:14
**RECORDED** [1] - 4:24
**reduced** [1] - 21:13
**refine** [1] - 17:13
**regard** [5] - 12:24, 18:23, 18:24, 25:7, 27:9
**regarding** [2] - 23:16, 26:18
**Registered** [2] - 29:8, 29:9
**RELATES** [1] - 1:8
**remands** [1] - 10:21
**remediated** [1] - 10:6
**remediation** [4] - 9:4, 9:10, 9:11, 10:3
**report** [2] - 10:23, 13:3
**reported** [1] - 12:8
**REPORTER** [1] - 4:22
**Reporter** [6] - 29:8, 29:9, 29:10, 29:20
**REPORTER'S** [1] - 29:6
**represent** [2] - 8:24, 25:8
**representation** [2] - 8:15, 8:16
**representative** [1] - 22:13
**representatives** [1] - 22:13
**representing** [1] - 24:20
**request** [1] - 16:6
**requests** [1] - 8:12
**requirements** [1] - 8:25
**reserve** [1] - 14:23
**residents** [3] - 20:8, 20:9
**resolution** [1] - 27:22
**resolve** [2] - 22:1, 22:18
**resolved** [1] - 25:22
**response** [1] - 21:14
**responsible** [2] - 24:16, 28:15
**responsive** [1] - 12:6

**results** [1] - 23:20
**return** [1] - 28:5
**review** [1] - 23:8
**RICHARD** [1] - 3:11
**rights** [4] - 14:24, 15:2, 15:7, 15:9
**rise** [1] - 7:7
**RMR** [2] - 4:22, 29:19
**ROAD** [1] - 3:18
**ROBERT** [4] - 2:3, 2:10, 2:11, 3:20
**ROOM** [1] - 4:22
**room** [1] - 9:13
**rule** [1] - 13:17
**Rule** [1] - 28:15
**Rules** [1] - 23:19
**ruling** [2] - 15:22, 15:24
**RUMBERGER** [1] - 3:20

## S

**s/Cathy** [1] - 29:18
**SARVER** [1] - 4:18
**satisfy** [1] - 8:25
**schedule** [3] - 11:16, 22:9, 27:10
**scheduled** [2] - 13:8, 22:8
**schedules** [1] - 11:17
**scheduling** [3] - 13:21, 14:11, 23:10
**SCHOLER** [1] - 3:6
**Scholer** [1] - 3:7
**scope** [2] - 20:14, 22:10
**se** [2] - 8:15, 8:16
**seated** [1] - 7:8
**security** [2] - 7:23, 7:24
**SEDRAN** [1] - 1:16
**see** [6] - 8:22, 20:14, 20:20, 23:19, 25:5, 26:8
**SEEGER** [1] - 2:20
**seek** [1] - 12:6
**sees** [1] - 25:21
**SEGURA** [1] - 3:21
**send** [2] - 27:14, 27:16
**sending** [1] - 27:17
**sent** [3] - 21:13, 27:2, 27:3
**Serpe** [2] - 11:7, 12:8
**serve** [1] - 16:13
**served** [2] - 11:2, 11:9
**service** [4] - 12:14, 16:11, 17:8, 26:19
**SERVICE** [1] - 5:17

**SERVICE**...................
............. [1] - 6:7
**serving** [1] - 16:14
**set** [5] - 13:18, 14:7, 14:11, 16:1, 21:2
**SET** [1] - 5:24
**settings** [1] - 14:6
**SETTINGS** [1] - 5:13
**settlement** [1] - 9:7
**seven** [1] - 23:22
**several** [1] - 24:25
**sheet** [1] - 21:12
**SHELL** [1] - 3:12
**short** [3] - 8:3, 23:18, 25:23
**shovels** [1] - 23:19
**side** [2] - 16:20, 20:23
**sided** [1] - 16:21
**sides** [4] - 16:22, 17:19, 18:6, 22:17
**signed** [1] - 23:10
**significant** [1] - 15:1
**site** [3] - 19:12, 19:14, 19:16
**situation** [1] - 10:4, 26:14
**SIVYER** [2] - 4:7, 4:7
**six** [1] - 23:21
**Slidell** [2] - 9:19, 23:14
**SMITH** [1] - 3:10
**sometimes** [1] - 22:18
**sorry** [1] - 26:21
**sort** [3] - 16:25, 17:19, 24:15
**SPANO** [1] - 3:14
**speaking** [3] - 13:12, 21:10, 24:18
**SPECIAL** [1] - 5:19
**Special** [2] - 17:10, 18:18
**SQUARE** [1] - 3:12
**stand** [2] - 21:9, 28:25
**standpoint** [2] - 20:21, 24:10
**start** [2] - 9:22, 23:3
**started** [1] - 16:19
**starting** [1] - 23:17
**State** [1] - 29:10
**state** [7] - 10:22, 11:1, 11:12, 11:14, 11:25, 12:5, 12:17
**STATE/FEDERAL** [2] - 4:13, 5:9
**state/federal** [1] - 10:13
**State/Federal** [1] - 10:20
**STATES** [2] - 1:1, 1:12

**states** [2] - 20:12
**States** [2] - 29:11, 29:21
**station** [1] - 13:24
**status** [5] - 7:20, 21:7, 22:22, 28:2, 29:1
**STATUS** [2] - 1:11, 6:8
**staying** [1] - 21:3
**STECKLER** [1] - 1:22
**STEERING** [2] - 4:4, 4:18
**Steering** [7] - 7:15, 7:18, 8:9, 11:4, 15:14, 24:2, 28:10
**STENOGRAPHY** [1] - 4:24
**step** [1] - 9:16
**STEVEN** [1] - 3:7
**still** [2] - 17:24, 23:11
**stipulate** [2] - 15:11, 15:13
**STIPULATION** [1] - 6:7
**stipulation** [1] - 26:19
**STONE** [1] - 4:4
**STREET** [14] - 1:17, 2:4, 2:8, 2:15, 2:18, 2:21, 3:4, 3:11, 3:22, 4:5, 4:8, 4:15, 4:20, 4:22
**strenuous** [1] - 15:23
**subcontractors** [1] - 23:6
**substantial** [3] - 20:4, 23:21, 26:4
**substantive** [7] - 14:16, 14:19, 14:22, 14:24, 15:6, 15:8, 18:16
**substitution** [1] - 22:12
**suggest** [1] - 23:24
**suggested** [1] - 18:7
**suggestions** [1] - 24:12
**SUITE** [14] - 1:17, 1:23, 2:4, 2:8, 2:11, 2:18, 2:21, 3:12, 3:18, 3:21, 3:22, 4:8, 4:15, 4:19
**SUNTRUST** [1] - 4:8
**supplement** [2] - 27:7, 27:8
**Supply** [1] - 12:13

## T

**table** [1] - 22:6
**Taishan** [11] - 11:2,

11:9, 12:14, 12:25, 13:22, 16:16, 17:21, 19:23, 20:1, 20:3, 22:3
**Taishan's** [2] - 10:25, 19:2
**talented** [2] - 20:23, 28:18
**TAMPA** [1] - 4:9
**target** [1] - 24:24
**team** [1] - 28:12
**teams** [1] - 28:20
**telephonic** [2] - 11:22, 13:12
**telephonically** [1] - 13:18
**television** [2] - 11:21, 13:18
**term** [2] - 8:13, 21:12
**terminate** [1] - 13:16
**Texas** [3] - 20:7, 20:9, 20:10
**THE** [55] - 1:11, 1:16, 3:3, 4:3, 4:11, 4:13, 4:17, 5:10, 5:14, 7:7, 7:8, 7:10, 7:12, 7:16, 7:20, 8:11, 9:5, 10:11, 10:14, 10:17, 11:11, 12:20, 13:2, 13:4, 13:15, 14:3, 14:6, 15:15, 15:17, 15:20, 16:5, 16:17, 17:12, 17:15, 17:23, 18:2, 18:21, 19:6, 19:10, 20:10, 21:5, 21:17, 21:22, 21:25, 22:16, 22:22, 23:23, 25:20, 26:2, 26:8, 26:17, 26:19, 26:25, 27:23, 28:24
**they've** [4] - 8:14, 13:22, 25:17, 27:5
**THIRD** [1] - 3:15
**THIS** [1] - 1:8
**thousand** [3] - 20:16, 20:18
**three** [2] - 11:2, 22:7
**THURSDAY** [2] - 1:7, 7:2
**TO** [2] - 1:8, 7:4
**today** [2] - 7:20, 10:20
**together** [2] - 25:4, 28:20
**tomorrow** [2] - 10:4, 24:19
**TOMPKINS** [1] - 3:10
**took** [1] - 13:9
**top** [1] - 9:25
**total** [2] - 17:17, 17:20
**touch** [1] - 11:8

**touchdown** [1] - 21:19
**TOWER** [1] - 4:19
**train** [1] - 13:23
**transcript** [1] - 29:13
**TRANSCRIPT** [2] - 1:11, 4:24
**TRAURIG** [1] - 4:10
**trial** [2] - 14:6, 14:12
**TRIAL** [1] - 5:13
**trials** [1] - 14:8
**tried** [1] - 9:18
**true** [1] - 29:12
**trying** [5] - 11:13, 11:18, 11:25, 14:23, 24:8
**Tuesday** [1] - 21:23
**turned** [1] - 27:12
**two** [4] - 8:9, 9:18, 16:21, 21:12
**two-sided** [1] - 16:21
**TX** [1] - 1:23
**type** [2] - 10:4, 18:9

# U

**ultimate** [1] - 27:22
**ultimately** [1] - 24:23
**under** [2] - 8:25, 28:15
**United** [2] - 29:11, 29:21
**UNITED** [2] - 1:1, 1:12
**unless** [1] - 18:19
**up** [14] - 9:22, 13:15, 13:17, 13:18, 13:24, 15:2, 16:1, 19:14, 19:18, 21:9, 21:14, 21:20, 22:16, 22:18
**urge** [2] - 25:7, 28:12
**USDIN** [1] - 4:17

# V

**various** [3] - 8:12, 12:3, 12:5
**Venture** [1] - 12:13
**views** [1] - 15:8
**Virginia** [3] - 12:8, 12:11, 24:6
**visible** [1] - 23:20

# W

**wagon** [1] - 28:20
**waited** [1] - 25:18
**waiting** [1] - 9:16
**waive** [1] - 15:2
**waiving** [1] - 15:6
**wall** [1] - 27:21

**WALLANCE** [6] - 3:7, 22:25, 24:17, 25:24, 26:4, 26:16
**Wallance** [2] - 23:1, 25:15
**WALNUT** [1] - 1:17
**WALTHER** [1] - 4:4
**wants** [1] - 21:21
**WARSHAUER** [1] - 2:7
**WATSON** [1] - 4:7
**ways** [1] - 9:18
**web** [3] - 19:12, 19:14, 19:15
**week** [3] - 11:24, 13:23, 22:10
**weeks** [2] - 14:7, 21:12
**WEINBERG** [1] - 3:17
**WEISS** [1] - 2:20
**welcome** [1] - 28:10
**WEST** [2] - 2:4, 2:11
**WHEELER** [1] - 3:17
**WHEREUPON** [1] - 29:1
**whole** [2] - 25:22, 26:2
**willing** [2] - 11:16, 14:23
**willingness** [1] - 11:15
**WIMBERLY** [1] - 4:4
**wish** [1] - 8:19
**withdraw** [1] - 15:24
**WITTMANN** [1] - 4:4
**wrap** [1] - 9:22
**writing** [1] - 21:13

# Y

**year** [1] - 12:13
**yesterday** [1] - 23:15
**YORK** [2] - 3:8, 3:15