# EXHIBIT "18"

```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3   IN RE: CHINESE-MANUFACTURED    )
     DRYWALL PRODUCTS LIABILITY     )
 4   LITIGATION                     )
                                    ) CIVIL DKT NO.09-MD-2047-EEF-JCW
 5                                  ) SECTION "L"
                                    ) NEW ORLEANS, LOUISIANA
 6                                  ) JANUARY 15, 2013
                                    ) 9:00 A.M.
 7   THIS DOCUMENT RELATES TO:      )
                                    )
 8   ROBERT C. PATE, AS TRUSTEE     )
     FOR THE CHINESE DRYWALL TRUST  )
 9                                  )
     vs.                            )
10                                  )
     AMERICAN INTERNATIONAL         )
11   SPECIALTY LINES INSURANCE      )
     COMPANY, FCCI COMMERCIAL       )
12   INSURANCE COMPANY, FCCI        )
     INSURANCE COMPANY, ET AL       )
13                                  )
     2:09-CV-07791 (E.D. LA.)       )
14   ******************************

15

16        TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

17       HEARD BEFORE THE HONORABLE ELDON E. FALLON

18                  UNITED STATES DISTRICT JUDGE

19


20
     APPEARANCES:
21
     FOR THE PLAINTIFFS'
22   STEERING COMMITTEE:           HERMAN HERMAN KATZ & COTLAR
                                   BY:  RUSS HERMAN, ESQUIRE
23                                 820 O'KEEFE AVENUE
                                   NEW ORLEANS, LA 70113
24

25
```

                         OFFICIAL TRANSCRIPT
                   SUSAN A. ZIELIE, CRR, RMR, FCRR

```
 1   APPEARANCES CONTINUED:

 2
     THE PLAINTIFFS:              DANIEL BECNEL, ESQUIRE
 3                                425 W. AIRLINE HIGHWAY
                                  SUITE B
 4                                LAPLACE, LA 70086

 5
                                  LEVIN, FISHBEIN, SEDRAN & BERMAN
 6                                BY:  ARNOLD LEVIN, ESQUIRE
                                  510 WALNUT STREET, SUITE 500
 7                                PHILADELPHIA, PA 19106

 8

 9   DEFENDANT:                   Frilot, LLC
                                  BY:  KERRY J. MILLER, ESQUIRE
10                                ENERGY CENTRE
                                  1100 POYDRAS STREET
11                                SUITE 3700
                                  NEW ORLEANS, LA 70163

12

13   FOR THE STATE/FEDERAL
     COORDINATION COMMITTEE:      BARRIOS, KINGSDORF & CASTEIX
14                                BY:  DAWN BARRIOS, ESQUIRE
                                  701 POYDRAS STREET, SUITE 3600
15                                NEW ORLEANS, LA 70139

16
     ALSO APPEARING:              STEVE GLICKSTEIN, ESQUIRE
17

18
     OFFICIAL COURT REPORTER:     SUSAN A. ZIELIE, RMR, FCRR
19                                UNITED STATES DISTRICT COURT
                                  EASTERN DISTRICT OF LOUISIANA
20                                500 POYDRAS STREET, ROOM B406
                                  NEW ORLEANS, LA 70130
21                                susan_zielie@laed.uscourts.gov
                                  504.589.7781
22

23

24   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER AIDED TRANSCRIPTION.
25
```

```
 1                NEW ORLEANS, LOUISIANA; JANUARY 15, 2013        07:57AM
 2                            9:00 A.M.                           07:57AM
 3                       (COURT CALLED TO ORDER)                  07:58AM
 4                                                                07:58AM
 5          THE COURT:  Good morning, ladies and gentlemen.       09:05AM
 6               Let's call the cases, please.                    09:05AM
 7          THE CLERK:  MDL No. 2047, in re:  Chinese Drywall     09:05AM
 8   Products Litigation.                                         09:05AM
 9          THE COURT:  Counsel make their appearance for the     09:05AM
10   record.                                                      09:05AM
11          MR. MILLER:  Good morning, Your Honor.  It's Kerry    09:05AM
12   Miller on behalf of the Defense Steering Committee.          09:06AM
13          MR. HERMAN:  May it please the Court, good morning,   09:06AM
14   Judge Fallon.  Russ Herman for plaintiffs.                   09:06AM
15          THE COURT:  All right.  Folks, first, I want to welcome 09:06AM
16   everybody and thank you for being here.                      09:06AM
17               This case, we're getting to a point now where we 09:06AM
18   have to bring it into focus and end it.  All of these things 09:06AM
19   have a beginning, a middle and an end.  I like the beginning of 09:06AM
20   the middle, a middle and an end, but not a beginning and a   09:06AM
21   muddle and an end because it gets muddled and you don't have an 09:06AM
22   end.  The biggest problem that MDLs have is they just sit there 09:06AM
23   and they become warehouses for cases and more and more expenses 09:06AM
24   are plugged in, more and more time goes by, nothing is done. 09:06AM
25   Litigants get angry, they get angry with their attorneys, they 09:06AM
```

| | | |
|---|---|---|
| 1 | get angry with the principals, they get angry with the Court and | 09:06AM |
| 2 | the system in general. | 09:07AM |
| 3 | So my thinking on these matters is, I know they're | 09:07AM |
| 4 | complex, I know they're problematic, but we've got to move them. | 09:07AM |
| 5 | So, we can move them either by trying to resolve them, or we can | 09:07AM |
| 6 | move them by trial. | 09:07AM |
| 7 | So, the discovery process has proceeded well.  The | 09:07AM |
| 8 | parties have a good feeling on it.  In this particular case, | 09:07AM |
| 9 | we've had the opportunity to have pilot programs, we've had the | 09:07AM |
| 10 | opportunity to see how much costs are involved and things of | 09:07AM |
| 11 | that sort.  And we really have to now bring it to a conclusion. | 09:07AM |
| 12 | And I know I'm speaking to the choir, because you all have been | 09:07AM |
| 13 | doing yoman work, and this case is a massive undertaking.  ==More== | 09:07AM |
| 14 | ==often than not, there's a number of plaintiffs always in these== | 09:07AM |
| 15 | ==cases, but there's a manageable number of defendants, sometimes== | 09:07AM |
| 16 | ==one, sometimes two or three.  But in this case we have a== | 09:07AM |
| 17 | ==thousand defendants in addition to thousands of plaintiffs.  So== | 09:08AM |
| 18 | ==it's very complex.==  And it takes good lawyering to try to wade | 09:08AM |
| 19 | through this thicket and to come up with some solutions.  And, | 09:08AM |
| 20 | we've had the benefit of good lawyering, you folks out there. | 09:08AM |
| 21 | And that's the best thing going for us in this particular case. | 09:08AM |
| 22 | I need you to put your collective heads together | 09:08AM |
| 23 | today and hopefully we can resolve it.  These are complex | 09:08AM |
| 24 | issues, but it's like a puzzle.  We've got to put this puzzle | 09:08AM |
| 25 | together.  And we've got a good picture on the box so that we | 09:08AM |

1  can follow it, we show the parts.  We've had a lot of help from
2  everybody in this room to try to resolve this matter, and I
3  really urge you to do so.  I've scheduled my day that I can be
4  of assistance to you if you feel I can be of assistance.  I'm
5  just a couple of feet away, just come in and talk with me about
6  it.
7           We've tried to structure this.  I've met with the
8  parties.  I've met with many of you out there to get a feel for
9  your particular issues, and they will be addressed.  We've tried
10 to work up a schedule so that you won't be inconvenienced, or
11 the inconvenience will be lesser.  And, hopefully, we'll be able
12 to get through this today and put this aspect of the case to
13 bed.  And then see where we are with the Taishan entities.
14          It's across the street, as you know.  There's I
15 think a panel has been organized for the case.  But I don't
16 think that any argument or anything of that sort has been
17 scheduled yet.  But, it is moving along properly, and hopefully
18 we'll hear something soon on that.
19          Again, I urge you all to look at this matter and
20 see if we can put an end to it today.  My concern, as you've
21 heard me sing this song before, is that, if we keep this too
22 long percolating, it's going to be more problematic than trying
23 to resolve it now.  We're looking at a case that is primarily,
24 if not exclusively, probably exclusively, property damage.  But,
25 you keep people under stress for years, and it becomes something

| | | |
|---|---|---|
| 1 | that's not only property damage, and then the whole complexion | 09:10AM |
| 2 | changes.  So let's see if we can finish it up today. | 09:10AM |
| 3 | So we've got scheduled rooms.  If you need extra | 09:11AM |
| 4 | courtrooms, I'll have that available to you.  So, Steve, you and | 09:11AM |
| 5 | -- you all are in charge of it. | 09:11AM |
| 6 | MR. LEVIN:  Good morning, Your Honor. | 09:11AM |
| 7 | Since everybody is here and there was a notice of | 09:11AM |
| 8 | a motion filed, if I may, I'd like to ask that anybody want to | 09:11AM |
| 9 | address the Virginia settlements, or have an objection to | 09:11AM |
| 10 | preliminary approval being granted today? | 09:11AM |
| 11 | THE COURT:  We have had that motion.  I've posted it. | 09:11AM |
| 12 | I've looked it over.  It's proper.  I haven't heard anything | 09:11AM |
| 13 | from anyone.  So I will preliminarily approve it. | 09:11AM |
| 14 | MR. LEVIN:  We can set the notice then, Your Honor. | 09:11AM |
| 15 | MR. GLICKSTEIN:  Your Honor, just one other thing on | 09:11AM |
| 16 | the schedule, is that, I think Mr. Pipes, who is the insurance | 09:11AM |
| 17 | liaison counsel, wanted to get the renaissance folks together | 09:11AM |
| 18 | after the meeting with Mr. Dirkey.  And so, somewhere around 10, | 09:12AM |
| 19 | 10:15, the renaissance common participants stay here and can | 09:12AM |
| 20 | meet with Mr. Pipes so that we can get that started. | 09:12AM |
| 21 | THE COURT:  Okay.  All right. | 09:12AM |
| 22 | Well, let's get started.  If you all need any | 09:12AM |
| 23 | coffee or anything... | 09:12AM |
| 24 | THE CLERK:  All rise. | 09:12AM |
| 25 | (9:13 a.m., proceedings concluded.) | 09:12AM |

09:12AM

OFFICIAL TRANSCRIPT
SUSAN A. ZIELIE, CRR, RMR, FCRR

```
 1                         CERTIFICATE                              09:13AM
 2
 3
        I, Susan A. Zielie, Official Court Reporter, do hereby
 4  certify that the foregoing transcript is correct.
 5
 6
                                    /S/ SUSAN A. ZIELIE, FCRR
 7                                  _____
                                      Susan A. Zielie, FCRR
 8
```

**/**

/S [1] - 8:6

**1**

10 [1] - 6:18
10:15 [1] - 6:19
1100 [1] - 2:10
15 [2] - 1:6, 3:1
19106 [1] - 2:7

**2**

2012 [1] - 3:1
2013 [1] - 1:6
2047 [1] - 3:7
2:09-CV-07791 [1] - 1:13

**3**

3600 [1] - 2:14
3700 [1] - 2:11

**4**

425 [1] - 2:3

**5**

500 [2] - 2:6, 2:20
504.589.7781 [1] - 2:21
510 [1] - 2:6

**7**

70086 [1] - 2:4
701 [1] - 2:14
70113 [1] - 1:23
70130 [1] - 2:20
70139 [1] - 2:15
70163 [1] - 2:11

**8**

820 [1] - 1:23

**9**

9:00 [2] - 1:6, 3:2
9:13 [1] - 6:25

**A**

A.M [2] - 1:6, 3:2
a.m [1] - 6:25
able [1] - 5:11
addition [1] - 4:17
address [1] - 6:9

addressed [1] - 5:9
AIDED [1] - 2:24
AIRLINE [1] - 2:3
AL [1] - 1:12
aMERICAN [1] - 1:10
angry [4] - 3:25, 4:1
anything.. [1] - 6:23
appearance [1] - 3:9
APPEARANCES [2] - 1:20, 2:1
APPEARING [1] - 2:16
approval [1] - 6:10
approve [1] - 6:13
argument [1] - 5:16
ARNOLD [1] - 2:6
AS [1] - 1:8
aspect [1] - 5:12
assistance [2] - 5:4
attorneys [1] - 3:25
available [1] - 6:4
AVENUE [1] - 1:23

**B**

B406 [1] - 2:20
BARRIOS [2] - 2:13, 2:14
BECNEL [1] - 2:2
become [1] - 3:23
becomes [1] - 5:25
bed [1] - 5:13
BEFORE [1] - 1:17
beginning [3] - 3:19, 3:20
behalf [1] - 3:12
benefit [1] - 4:20
BERMAN [1] - 2:5
best [1] - 4:21
biggest [1] - 3:22
box [1] - 4:25
bring [2] - 3:18, 4:11
BY [6] - 1:22, 2:6, 2:9, 2:14, 2:24, 2:24

**C**

CALLED [1] - 3:3
case [8] - 3:17, 4:8, 4:13, 4:16, 4:21, 5:12, 5:15, 5:23
cases [3] - 3:6, 3:23, 4:15
CASTEIX [1] - 2:13
CENTRE [1] - 2:10
CERTIFICATE [1] - 8:1
certify [1] - 8:4
changes [1] - 6:2
charge [1] - 6:5
CHINESE [2] - 1:3, 1:8

Chinese [1] - 3:7
CHINESE-MANUFACTURED [1] - 1:3
choir [1] - 4:12
CIVIL [1] - 1:4
CLERK [2] - 3:7, 6:24
coffee [1] - 6:23
collective [1] - 4:22
COMMERCIAL [1] - 1:11
COMMITTEE [2] - 1:22, 2:13
Committee [1] - 3:12
common [1] - 6:19
COMPANY [3] - 1:11, 1:12, 1:12
complex [3] - 4:4, 4:18, 4:23
complexion [1] - 6:1
COMPUTER [1] - 2:24
concern [1] - 5:20
concluded [1] - 6:25
conclusion [1] - 4:11
CONFERENCE [1] - 1:16
CONTINUED [1] - 2:1
COORDINATION [1] - 2:13
correct [1] - 8:4
costs [1] - 4:10
COTLAR [1] - 1:22
counsel [2] - 3:9, 6:17
couple [1] - 5:5
COURT [8] - 1:1, 2:18, 2:19, 3:5, 3:9, 3:15, 6:11, 6:21
cOURT [1] - 3:3
Court [3] - 3:13, 4:1, 8:3
courtrooms [1] - 6:4

**D**

damage [2] - 5:24, 6:1
DANIEL [1] - 2:2
DAWN [1] - 2:14
DEFENDANT [1] - 2:9
defendants [2] - 4:15, 4:17
Defense [1] - 3:12
dirkey [1] - 6:18
discovery [1] - 4:7
DISTRICT [5] - 1:1, 1:2, 1:18, 2:19, 2:19
DKT [1] - 1:4
DOCUMENT [1] - 1:7
done [1] - 3:24
Drywall [1] - 3:7

DRYWALL [2] - 1:3, 1:8

**E**

E.D [1] - 1:13
EASTERN [2] - 1:2, 2:19
either [1] - 4:5
ELDON [1] - 1:17
end [6] - 3:18, 3:19, 3:20, 3:21, 3:22, 5:20
ENERGY [1] - 2:10
entities [1] - 5:13
ESQUIRE [6] - 1:22, 2:2, 2:6, 2:9, 2:14, 2:16
ET [1] - 1:12
exclusively [2] - 5:24
expenses [1] - 3:23
extra [1] - 6:3

**F**

FALLON [1] - 1:17
Fallon [1] - 3:14
FCCI [2] - 1:11, 1:12
FCRR [3] - 2:18, 8:6, 8:7
feet [1] - 5:5
filed [1] - 6:8
finish [1] - 6:2
first [1] - 3:15
FISHBEIN [1] - 2:5
focus [1] - 3:18
folks [3] - 3:15, 4:20, 6:17
follow [1] - 5:1
FOR [3] - 1:8, 1:21, 2:13
foregoing [1] - 8:4
Frilot [1] - 2:9

**G**

general [1] - 4:2
gentlemen [1] - 3:5
GLICKSTEIN [2] - 2:16, 6:15
granted [1] - 6:10

**H**

heads [1] - 4:22
hear [1] - 5:18
HEARD [1] - 1:17
heard [2] - 5:21, 6:12
help [1] - 5:1
hereby [1] - 8:3

Herman [1] - 3:14
HERMAN [4] - 1:22, 1:22, 3:13
HIGHWAY [1] - 2:3
Honor [4] - 3:11, 6:6, 6:14, 6:15
HONORABLE [1] - 1:17
hopefully [3] - 4:23, 5:11, 5:17

**I**

IN [1] - 1:3
inconvenience [1] - 5:11
inconvenienced [1] - 5:10
insurance [1] - 6:16
INSURANCE [3] - 1:11, 1:12, 1:12
INTERNATIONAL [1] - 1:10
involved [1] - 4:10
issues [2] - 4:24, 5:9

**J**

JANUARY [2] - 1:6, 3:1
Judge [1] - 3:14
JUDGE [1] - 1:18

**K**

KATZ [1] - 1:22
keep [2] - 5:21, 5:25
KERRY [1] - 2:9
Kerry [1] - 3:11
KINGSDORF [1] - 2:13

**L**

LA [6] - 1:13, 1:23, 2:4, 2:11, 2:15, 2:20
ladies [1] - 3:5
LAPLACE [1] - 2:4
lawyering [2] - 4:18, 4:20
lesser [1] - 5:11
LEVIN [4] - 2:5, 2:6, 6:6, 6:14
LIABILITY [1] - 1:3
liaison [1] - 6:17
LINES [1] - 1:11
litigants [1] - 3:25
Litigation [1] - 3:8
LITIGATION [1] - 1:4
LLC [1] - 2:9

| | | | | |
|---|---|---|---|---|
| **look** [1] - 5:19<br>**looked** [1] - 6:12<br>**looking** [1] - 5:23<br>**LOUISIANA** [4] - 1:2, 1:5, 2:19, 3:1<br><br>**M**<br><br>**manageable** [1] - 4:15<br>**MANUFACTURED** [1] - 1:3<br>**massive** [1] - 4:13<br>**matter** [2] - 5:2, 5:19<br>**matters** [1] - 4:3<br>**MDL** [1] - 3:7<br>**MDLs** [1] - 3:22<br>**MECHANICAL** [1] - 2:24<br>**meet** [1] - 6:20<br>**meeting** [1] - 6:18<br>**met** [2] - 5:7, 5:8<br>**middle** [3] - 3:19, 3:20<br>**MILLER** [2] - 2:9, 3:11<br>**Miller** [1] - 3:12<br>**morning** [4] - 3:5, 3:11, 3:13, 6:6<br>**motion** [2] - 6:8, 6:11<br>**move** [3] - 4:4, 4:5, 4:6<br>**moving** [1] - 5:17<br>**MR** [5] - 3:11, 3:13, 6:6, 6:14, 6:15<br>**muddle** [1] - 3:21<br>**muddled** [1] - 3:21<br><br>**N**<br><br>**need** [3] - 4:22, 6:3, 6:22<br>**NEW** [6] - 1:5, 1:23, 2:11, 2:15, 2:20, 3:1<br>**NO.09-MD-2047-EEF-JCW** [1] - 1:4<br>**nothing** [1] - 3:24<br>**notice** [2] - 6:7, 6:14<br>**number** [2] - 4:14, 4:15<br><br>**O**<br><br>**O'KEEFE** [1] - 1:23<br>**objection** [1] - 6:9<br>**OF** [3] - 1:2, 1:16, 2:19<br>**Official** [1] - 8:3<br>**OFFICIAL** [1] - 2:18<br>**often** [1] - 4:14<br>**one** [2] - 4:16, 6:15<br>**opportunity** [2] - 4:9, 4:10<br>**ORDER** [1] - 3:3<br>**organized** [1] - 5:15 | **ORLEANS** [6] - 1:5, 1:23, 2:11, 2:15, 2:20, 3:1<br><br>**P**<br><br>**PA** [1] - 2:7<br>**panel** [1] - 5:15<br>**participants** [1] - 6:19<br>**particular** [3] - 4:8, 4:21, 5:9<br>**parties** [2] - 4:8, 5:8<br>**parts** [1] - 5:1<br>**PATE** [1] - 1:8<br>**people** [1] - 5:25<br>**percolating** [1] - 5:22<br>**PHILADELPHIA** [1] - 2:7<br>**picture** [1] - 4:25<br>**pilot** [1] - 4:9<br>**Pipes** [1] - 6:16<br>**pipes** [1] - 6:20<br>**plaintiffs** [3] - 3:14, 4:14, 4:17<br>**PLAINTIFFS** [1] - 2:2<br>**PLAINTIFFS'** [1] - 1:21<br>**plugged** [1] - 3:24<br>**point** [1] - 3:17<br>**posted** [1] - 6:11<br>**POYDRAS** [3] - 2:10, 2:14, 2:20<br>**preliminarily** [1] - 6:13<br>**preliminary** [1] - 6:10<br>**primarily** [1] - 5:23<br>**principals** [1] - 4:1<br>**problem** [1] - 3:22<br>**problematic** [2] - 4:4, 5:22<br>**proceeded** [1] - 4:7<br>**proceedings** [1] - 6:25<br>**PROCEEDINGS** [2] - 1:16, 2:24<br>**process** [1] - 4:7<br>**PRODUCED** [1] - 2:24<br>**PRODUCTS** [1] - 1:3<br>**Products** [1] - 3:8<br>**programs** [1] - 4:9<br>**proper** [1] - 6:12<br>**properly** [1] - 5:17<br>**property** [2] - 5:24, 6:1<br>**put** [4] - 4:22, 4:24, 5:12, 5:20<br>**puzzle** [2] - 4:24<br><br>**R**<br><br>**RE** [1] - 1:3<br>**re** [1] - 3:7<br>**really** [2] - 4:11, 5:3 | **record** [1] - 3:10<br>**RECORDED** [1] - 2:24<br>**RELATES** [1] - 1:7<br>**renaissance** [2] - 6:17, 6:19<br>**REPORTER** [1] - 2:18<br>**Reporter** [1] - 8:3<br>**resolve** [4] - 4:5, 4:23, 5:2, 5:23<br>**rise** [1] - 6:24<br>**RMR** [1] - 2:18<br>**ROBERT** [1] - 1:8<br>**ROOM** [1] - 2:20<br>**room** [1] - 5:2<br>**rooms** [1] - 6:3<br>**Russ** [1] - 3:14<br>**RUSS** [1] - 1:22<br><br>**S**<br><br>**schedule** [2] - 5:10, 6:16<br>**scheduled** [3] - 5:3, 5:17, 6:3<br>**SECTION** [1] - 1:5<br>**SEDRAN** [1] - 2:5<br>**see** [4] - 4:10, 5:13, 5:20, 6:2<br>**set** [1] - 6:14<br>**settlements** [1] - 6:9<br>**show** [1] - 5:1<br>**sing** [1] - 5:21<br>**sit** [1] - 3:22<br>**solutions** [1] - 4:19<br>**sometimes** [2] - 4:15, 4:16<br>**somewhere** [1] - 6:18<br>**song** [1] - 5:21<br>**soon** [1] - 5:18<br>**sort** [2] - 4:11, 5:16<br>**speaking** [1] - 4:12<br>**SPECIALTY** [1] - 1:11<br>**started** [2] - 6:20, 6:22<br>**STATE/FEDERAL** [1] - 2:13<br>**STATES** [3] - 1:1, 1:18, 2:19<br>**STATUS** [1] - 1:16<br>**stay** [1] - 6:19<br>**STEERING** [1] - 1:22<br>**Steering** [1] - 3:12<br>**STENOGRAPHY** [1] - 2:24<br>**Steve** [1] - 6:4<br>**STEVE** [1] - 2:16<br>**street** [1] - 5:14<br>**STREET** [4] - 2:6, 2:10, 2:14, 2:20<br>**stress** [1] - 5:25 | **structure** [1] - 5:7<br>**SUITE** [4] - 2:3, 2:6, 2:11, 2:14<br>**Susan** [2] - 8:3, 8:7<br>**SUSAN** [2] - 2:18, 8:6<br>**susan_zielie@laed.uscourts.gov** [1] - 2:21<br>**system** [1] - 4:2<br><br>**T**<br><br>**Taishan** [1] - 5:13<br>**THE** [11] - 1:8, 1:17, 1:21, 2:13, 3:5, 3:7, 3:9, 3:15, 6:11, 6:21, 6:24<br>**thicket** [1] - 4:19<br>**thinking** [1] - 4:3<br>**thousand** [1] - 4:17<br>**thousands** [1] - 4:17<br>**three** [1] - 4:16<br>**TO** [2] - 1:7, 3:3<br>**today** [5] - 4:23, 5:12, 5:20, 6:2, 6:10<br>**together** [3] - 4:22, 4:25, 6:17<br>**transcript** [1] - 8:4<br>**TRANSCRIPT** [2] - 1:16, 2:24<br>**TRANSCRIPTION** [1] - 2:24<br>**trial** [1] - 4:6<br>**tried** [2] - 5:7, 5:9<br>**TRUST** [1] - 1:8<br>**TRUSTEE** [1] - 1:8<br>**try** [2] - 4:18, 5:2<br>**trying** [2] - 4:5, 5:22<br>**two** [1] - 4:16<br><br>**U**<br><br>**under** [1] - 5:25<br>**undertaking** [1] - 4:13<br>**UNITED** [3] - 1:1, 1:18, 2:19<br>**up** [3] - 4:19, 5:10, 6:2<br>**urge** [2] - 5:3, 5:19<br><br>**V**<br><br>**Virginia** [1] - 6:9<br>**vs** [1] - 1:9<br><br>**W**<br><br>**wade** [1] - 4:18<br>**WALNUT** [1] - 2:6<br>**warehouses** [1] - 3:23<br>**welcome** [1] - 3:15 | **whole** [1] - 6:1<br><br>**Y**<br><br>**years** [1] - 5:25<br>**yoman** [1] - 4:13<br><br>**Z**<br><br>**Zielie** [2] - 8:3, 8:7<br>**ZIELIE** [2] - 2:18, 8:6 |