# EXHIBIT "19"

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4      *****************************************************************

 5      IN RE:  CHINESE-MANUFACTURED
        DRYWALL PRODUCTS
 6      LIABILITY LITIGATION

 7                              CIVIL DOCKET NO. 09-MD-2047 "L"
                                NEW ORLEANS, LOUISIANA
 8                              TUESDAY, AUGUST 20, 2013, 9:00 A.M.
        THIS DOCUMENT RELATES TO
 9      ALL CASES

10      *****************************************************************

11

12                    TRANSCRIPT OF STATUS CONFERENCE AND
                         FAIRNESS HEARING PROCEEDINGS
                    HEARD BEFORE THE HONORABLE ELDON E. FALLON
13                       UNITED STATES DISTRICT JUDGE

14

        APPEARANCES:
15

16

        FOR THE PLAINTIFFS'
17      LIAISON COUNSEL:            HERMAN HERMAN KATZ
                                    BY:  RUSS M. HERMAN, ESQUIRE
18                                  LEONARD A. DAVIS, ESQUIRE
                                    820 O'KEEFE AVENUE
19                                  NEW ORLEANS LA  70113

20
                                    LEVIN, FISHBEIN, SEDRAN & BERMAN
21                                  BY:  ARNOLD LEVIN, ESQUIRE
                                    510 WALNUT STREET, SUITE 500
22                                  PHILADELPHIA, PA 19106

23
        FOR THE STATE/FEDERAL
24      COORDINATION COMMITTEE:     BARRIOS, KINGSDORF & CASTEIX
                                    BY:  DAWN M. BARRIOS, ESQUIRE
25                                  701 POYDRAS STREET, SUITE 3650
                                    NEW ORLEANS LA 70139
```

08:58:43

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE DEFENDANTS'
      LIAISON COUNSEL:            FRILOT
 4                                BY:  KERRY MILLER, ESQUIRE
                                  ENERGY CENTRE, 36TH FLOOR
 5                                1100 POYDRAS STREET
                                  NEW ORLEANS LA  70163
 6

 7

 8    FOR THE HOMEBUILDERS'
      AND INSTALLERS'
      STEERING COMMITTEE:         STONE PIGMAN WALTHER WITTMANN
 9                                BY:  DOROTHY H. WIMBERLY, ESQUIRE
                                  546 CARONDELET STREET
10                                NEW ORLEANS LA  70130

11

12                                GREENBERG TRAURIG
                                  BY:  HILARIE BASS, ESQUIRE
13                                     ADAM FOSLID, ESQUIRE
                                  333 AVENUE OF THE AMERICAS
14                                MIAMI, FL 33131

15

16    FOR THE INSURERS'           BARRASSO USDIN KUPPERMAN
      STEERING COMMITTEE:          FREEMAN & SARVER
17                                 BY:  H. MINOR PIPES, III, ESQUIRE
                                   LL&E TOWER, SUITE 1800
18                                 909 POYDRAS STREET
                                   NEW ORLEANS, LA 70112
19

20
      FOR INTERIOR EXTERIOR
21    BUILDING SUPPLY, LP:         GALLOWAY JOHNSON TOMPKINS
                                   BURR & SMITH
22                                 BY:  RICHARD DUPLANTIER JR., ESQUIRE
                                   ONE SHELL SQUARE
23                                 701 POYDRAS STREET, SUITE 4040
                                   NEW ORLEANS, LA  70139
24

25
```

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE CONSTRUCTORS/
      INSTALLERS:                   RUMBERGER, KIRK & CALDWELL
 4                                  BY:  ROBERT V. FITZSIMMONS, ESQUIRE
                                    BRICKELL BAYVIEW CENTRE, SUITE 3000
 5                                  80 S.W. 8TH STREET
                                    POST OFFICE BOX 01-9041
 6                                  MIAMI, FL 33101

 7

 8    FOR TAIAN TAISHAN
      PLASTERBOARD CO.,
 9    LTD.:                         STANLEY, REUTER, ROSS, THORNTON
                                    & ALFORD
10                                  BY:  THOMAS P. OWEN, JR., ESQUIRE
                                    909 POYDRAS STREET, SUITE 2500
11                                  NEW ORLEANS, LA  70112

12

13                                  STONE PIGMAN WALTHER WITTMANN
                                    BY:  DOROTHY H. WIMBERLY, ESQUIRE
14                                  546 CARONDELET STREET
                                    NEW ORLEANS LA  70130
15

16

17    OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                    CERTIFIED REALTIME REPORTER
18                                  CERTIFIED MERIT REPORTER
                                    500 POYDRAS STREET, ROOM B406
19                                  NEW ORLEANS, LA  70130
                                    (504) 589-7779
20                                  Cathy_Pepper@laed.uscourts.gov

21

22    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER.

23

24

25

                              OFFICIAL TRANSCRIPT
```

1                          **I N D E X**

2

3     AGENDA ITEMS                                    PAGE

4

5     PRETRIAL ORDERS....................................   6

6     STATE COURT TRIAL SETTINGS.........................   7

7     STATE/FEDERAL COORDINATION.........................   7

8     MOTIONS............................................   8

9     OMNI FILING OF AUGUST 19TH.........................   8

10    MOTIONS TO DISMISS.................................   8

11    MOTION TO REMOVE DEFENDANTS........................   9

12    TWO MOTIONS THAT ARE MOTIONS TO DISMISS............  10

13    PILOT PROGRAM......................................  12

14    SETTLEMENT AGREEMENT...............................  12

15    ROMAN NUMERAL VII..................................  15

16    CLAIMS SUBMISSION PROCESS..........................  16

17    SHARED COSTS FUND..................................  21

18    TAISHAN DEFENDANTS.................................  21

19    VENTURE SUPPLY.....................................  23

20    QSF MOTIONS........................................  23

21    *HOBBIE*...........................................  30

22    ITEM 14............................................  30

23    PRO SE CLAIMANTS...................................  30

24    PHYSICAL EVIDENCE..................................  31

25    ALREADY REMEDIATED HOMES...........................  31

                        **OFFICIAL TRANSCRIPT**

1    THE NEXT MEETING IN SEPTEMBER IS SEPTEMBER 17TH......   34

2    THE OCTOBER MEETING IS THURSDAY, OCTOBER 24TH........   34

3    FAIRNESS HEARING.....................................   34

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

08:58:43
08:58:43
08:58:43
08:58:43
08:58:43
09:03:27
09:03:46
09:03:47
09:03:49
09:03:52
09:03:55
09:03:57
09:04:04
09:04:07
09:04:11
09:04:13
09:04:15
09:04:18
09:04:19
09:04:21
09:04:24
09:04:26
09:04:30
09:04:36
09:04:40

1           **P-R-O-C-E-E-D-I-N-G-S**

2         TUESDAY, AUGUST 20, 2013

3       M O R N I N G   S E S S I O N

4       (COURT CALLED TO ORDER)

5

6

7       THE DEPUTY CLERK:  All rise.

8       THE COURT:  Be seated.  Call the case, please.

9       THE DEPUTY CLERK:  *MDL 2047, In re:*

10 *Chinese-manufactured Drywall Products Liability Litigation.*

11      THE COURT:  Liaison counsel, make your appearance for

12 the record, please.

13      MS. BASS:  Hilarie Bass from Greenberg Traurig on

14 behalf of the Home Builders Steering Committee, Your Honor.

15      MR. MILLER:  Good morning, Your Honor.  Kerry Miller,

16 Defense Steering Committee.

17      MR. HERMAN:  Good morning, Judge Fallon.  Russ Herman

18 on behalf of plaintiffs.

19      THE COURT:  We're here for our monthly status

20 conference.  Please use the microphone because we have several

21 hundred people on the phone.

22       I met with liaison lead counsel a moment ago just

23 to discuss the logistics of the meeting.  I'll take them in the

24 orders or the groupings that has been suggested.

25       Let's start with the pretrial orders.  Anything

                   **OFFICIAL TRANSCRIPT**

09:04:43  1    on that?

09:04:44  2          MR. MILLER:  No, Your Honor.

09:04:47  3          THE COURT:  How about state court trial settings?

09:04:51  4    Anything?

09:04:52  5          MR. HERMAN:  I believe in that connection, Homebuilders

09:04:58  6    report that there is an appeal hearing.

09:05:01  7          MS. BASS:  Yes, Your Honor.  On the 27th of this month

09:05:04  8    there will be an appellate argument before the Third District

09:05:09  9    Court of Appeals in Florida in the *Lennar v Taishan* case.  It's

09:05:12  10   an appeal of Judge Farina's order finding jurisdiction over

09:05:13  11   Taishan.  Thank you.

09:05:15  12         THE COURT:  As we all know, the case really had been

09:05:19  13   grouped at least by manufactures into two areas:  One is the

09:05:25  14   Knauf subsidiary/Chinese subsidiary, and the other is the

09:05:32  15   Taishan and the other China groups.

09:05:35  16             The case was settled with Knauf and the

09:05:39  17   plaintiffs and all others involved, but the other case against

09:05:48  18   Taishan is on appeal, both in the Fifth Circuit as well as the

09:05:53  19   state court and the state circuit, and the state circuit is

09:05:57  20   going to go first on their argument, followed by the

09:06:01  21   Fifth Circuit here in New Orleans.

09:06:04  22         MR. HERMAN:  May it please the Court, first of all,

09:06:13  23   Ms. Barrios is here to report on state/federal coordination.

09:06:21  24         MS. BARRIOS:  Thank you, Mr. Herman.  Good morning,

09:06:23  25   Your Honor.  Dawn Barrios for the Plaintiff Steering Committee

**OFFICIAL TRANSCRIPT**

09:06:26  1    and State Liaison Counsel.

09:06:28  2            Judge Hall conducted a hearing on August 13th on

09:06:30  3    the two settlements in *Ramirez* and *Torres,* and we believe those

09:06:37  4    are pretty much complete.  The committee that's working on

09:06:40  5    this, the Virginia counsel, we now turn our attention to the

09:06:43  6    class settlement so that we can move that along.

09:06:45  7            Judge Hall has two more trial settings, and

09:06:49  8    hopefully March of 2014 will be her last case.

09:06:53  9            Thank you, Your Honor.

09:06:54  10           THE COURT:  Thank you very much.

09:06:56  11           MR. HERMAN:  Judge Fallon, there are a number of

09:07:01  12    motions, and there are two actual divisions within the status

09:07:08  13    report at page 5, Roman Numeral IV, and at page 6, and there is

09:07:20  14    Roman Numeral XXIV at page 18.  These motions are set for

09:07:29  15    hearing today.  Another one, based upon an Omni filing of

09:07:37  16    August 19th, and that's also -- I apologize, Your Honor, for

09:07:44  17    the organization today -- that's also page 10 at page 7

09:07:48  18    [verbatim].

09:07:49  19           As regards the various motions to dismiss, two

09:07:59  20    have been filed in connection with settlements, and would

09:08:07  21    Your Honor like to defer those to the end or do you want to

09:08:10  22    hear them now?

09:08:10  23           THE COURT:  I'll do it now.  It would be easier.  We've

09:08:14  24    got the Motion to Remove Defendants from the *Global*.

09:08:22  25           MR. PIPES:  Your Honor.  Minor Pipes on behalf of the

**OFFICIAL TRANSCRIPT**

09:08:28 1   Insurance Liaison Counsel.

09:08:31 2          Your Honor, we have three motions.  We'll do the

09:08:33 3   first one.  Motion to Remove Defendants.

09:08:36 4          As Your Honor is well aware, in the *Global*

09:08:37 5   settlement there were approximately 700 parties that have

09:08:41 6   participated in the *Global* settlement.  Not surprisingly, two

09:08:44 7   of them -- actually we expected more -- by the time it came to

09:08:47 8   fund their money, for one reason or another couldn't do so.

09:08:50 9          They are F & L Development and Coastal Living

09:08:53 10  Homes.  F & L Development sent Your Honor a letter that the

09:08:56 11  reason they are non funding was they have an opt-out related to

09:08:57 12  a home at issue, so they chose to not participate.

09:09:01 13         The second was *Coastal* Living Homes, which was a

09:09:03 14  small shop that ended up closing business, as I understand it

09:09:06 15  from their lawyers, who were unable to fund, who we've asked

09:09:10 16  that they just be removed as listed as participating defendants

09:09:13 17  so they don't get the benefits of the settlement that they

09:09:16 18  chose not to participate in.

09:09:17 19         It will not change the amount of funding of the

09:09:20 20  settlement.  It will not change the amount the class will get.

09:09:22 21  Simply if people have a claim against either of those entities,

09:09:25 22  instead of having a participating defendant, they have a

09:09:29 23  nonparticipating defendant, and they can use choose to sue them

09:09:32 24  if they want to.

09:09:33 25         THE COURT:  Any objection to that?

**OFFICIAL TRANSCRIPT**

09:09:35  1        MR. PIPES:  There is no objections, Your Honor.

09:09:36  2        THE COURT:  I'll grant those two motions and with the

09:09:38  3    understanding that it doesn't affect the settlement in any way,

09:09:41  4    but at the same time those individuals who are no longer

09:09:45  5    involved in the settlement do not have the protection of the

09:09:49  6    bar, so they can be sued in a procedure by anyone.  As long as

09:09:55  7    the defendant understands that and doesn't feel that they have

09:10:02  8    some protection, then that's fine.

09:10:05  9        MR. PIPES:  Your Honor, the second set of motions,

09:10:08 10    there is two motions that are motions to dismiss.  As you

09:10:11 11    recall in the *Global* settlement as well as the other

09:10:13 12    settlements that you've approved, there was a time period for

09:10:15 13    the removal or dismissal of cases.

09:10:18 14            We have been working diligently for months now.

09:10:20 15    I think yesterday there was 13 motions to dismiss in the Omni

09:10:25 16    complaints.  Those are not ready to be heard because we want to

09:10:28 17    set them for hearing in case anybody has some objections.

09:10:31 18            The ones that are set to be heard are what we

09:10:33 19    call *the nonOmni MDL cases*.  We have not received any objection

09:10:37 20    to those.  There are two groups.  We will send your clerk an

09:10:43 21    Order with the proposed attachments just to make sure they are

09:10:47 22    correct.  The two groups are ones where the entire case gets

09:10:50 23    dismissed because everyone participated or ones where there is

09:10:53 24    a partial dismissal because there are still some live

09:10:56 25    defendants who are not participating defendants, and we have

**OFFICIAL TRANSCRIPT**

09:10:58  1   not received any objection to that as a joint motion.

09:11:01  2        MR. HERMAN:  May it please the Court, on behalf of

09:11:04  3   plaintiffs, we're familiar with all of the motions that have

09:11:08  4   been dismissed, and with respect to representations by

09:11:11  5   Mr. Pipes and Your Honor's comments, the plaintiffs have no

09:11:13  6   objection to any of the dismissals so designated.

09:11:18  7        MR. PIPES:  Your Honor, one last thing.  We did run

09:11:20  8   these things by the clerk.  As you know, we have a new clerk.

09:11:23  9   We didn't want to make a mess for them.  They are seeing them.

09:11:27 10   They've approved them.  They don't have a problem with the

09:11:29 11   format or the way we're trying to do this.

09:11:31 12        THE COURT:  All right.  Thanks very much.  I understand

09:11:33 13   the issues.

09:11:34 14        MR. HERMAN:  May it please the Court, while we're

09:11:37 15   talking about clerks and mess that has been deposited with

09:11:40 16   Sam Brandao now for quite some time, of course, he has been

09:11:45 17   outstanding.  He has an excellent, excellent command of both

09:11:53 18   the law and, I might say, he is courteous.  He's very easy for

09:12:02 19   all sides to work with, and he's always been available on

09:12:07 20   weekends, at nights and whenever.

09:12:08 21        So we wish, on behalf of all counsel, Sam

09:12:17 22   Godspeed.  He's going to Judge Wiener of the Fifth Circuit, and

09:12:22 23   he will continue his career of excellence, we're certain, at

09:12:26 24   the Fifth Circuit.

09:12:27 25        THE COURT:  As I mentioned, Sam is leaving me.  He does

**OFFICIAL TRANSCRIPT**

09:12:30  1   start at the Fifth Circuit.  He's leaving the search for truth

09:12:34  2   and will start the search for error at the Fifth Circuit.

09:12:40  3              Our new clerk is Chrissy Calogero.  She's

09:12:44  4   starting next week officially when Sam leaves.  I look forward

09:12:51  5   to working with her, and I also thank Sam for his work.

09:12:55  6         MR. HERMAN:  I might indicate for the bar that she

09:13:00  7   comes from a very distinguished jurist, the former Chief

09:13:04  8   Justice Pascal Calogero, Jr., of the Louisiana Supreme Court;

09:13:10  9   so, we welcome you.

09:13:11 10              Your Honor, with regard to the next issue, and

09:13:20 11   what I would like to do is, if Your Honor will permit, there is

09:13:28 12   nothing new under Article V at page 7.

09:13:33 13              There is really at page 8 the pilot program, but

09:13:41 14   in connection with the various matters that are before

09:13:50 15   Your Honor, including a settlement agreement that has been

09:13:56 16   reached and that we still have some papering to do but it's

09:14:03 17   been filed, I think at this particular juncture it might speed

09:14:06 18   the process along if Kerry Miller, who is lead counsel for

09:14:12 19   Knauf, addresses the Court and those assembled on various

09:14:19 20   issues.

09:14:20 21         THE COURT:  Okay.

09:14:20 22         MR. MILLER:  Thank you, Russ.  Good morning,

09:14:23 23   Your Honor.  Actually the introduction was entirely appropriate

09:14:28 24   page wise because on page 9 of the Joint Status Report, I'm

09:14:36 25   sorry, page 10 of the Joint Status Report under Section VII we

**OFFICIAL TRANSCRIPT**

discuss the settlement of the *Beane* complaint, which is the new
claims against Knauf complaint.  That settlement was filed with
Your Honor.  It's not a class action settlement; it's an
inventory settlement, and it was filed with Your Honor last
Monday.

Your Honor, that settlement agreement attached a
couple of different sets of exhibits to it.  Exhibit A are
homes in which the indicia provided with the home, that is, the
proof of Knauf Tianjin drywall was provided and has been
reviewed, and it satisfied the review process such that it is
ready for an inspection.  It gets a confirmatory inspection.
If, in fact, it qualifies from the inspection, it will then be
provided with the various remediation options that are set
forth in the *Beane* settlement which are the same as they were
in the class action settlement in terms of remediation options.

There was a long list of Exhibit B claimants
which meant that provided some information, but it wasn't
specific enough to get them to go to the inspection.  Now,
because many of these claimants came in on July 31st, it wasn't
that their indicia was not good, there just wasn't adequate
time to review it.  So what I would like to do, Your Honor, is
provide some information on the precise type of indicia we're
looking for to expedite this process.

By the way, the response has been tremendous.
Only shortly over a week ago, Russ and Lennie's office provided

09:16:13  1   this information to the various lawyers who were involved in

09:16:17  2   the *Beane* complaint, and I've received probably 50 e-mails with

09:16:22  3   attached information; so, we're having a review session on

09:16:25  4   Thursday where we're going to look at the Exhibit B

09:16:31  5   supplemental data that's come in over the last nine days.  I

09:16:35  6   looked at some, and I know that some will comply, many will

09:16:35  7   comply.

09:16:38  8           So by next Monday lawyers will start to get

09:16:41  9   e-mails saying, "Your clients were on Exhibit B and are now in

09:16:45 10   Exhibit A.  We'll be in contact about setting up inspections."

09:16:49 11   As we talked about last time with Your Honor, there may also be

09:16:52 12   town hall meetings where groups can come together, sign up for

09:16:56 13   inspections, and learn more about the program at town hall

09:16:59 14   meetings in Florida, in Alabama, on the Mississippi Gulf Coast

09:17:01 15   and here in Louisiana because the *Beane* complaint -- the

09:17:04 16   plaintiffs in the *Beane* complaint are spread from Houston all

09:17:07 17   the way to south Florida.

09:17:09 18           Your Honor, specifically in terms of those that

09:17:11 19   are on Exhibit B and are looking to provide specific indicia, I

09:17:16 20   would like to say two things:  Number 1 is give us all the

09:17:19 21   pictures you have, and Number 2 is the key picture that we're

09:17:22 22   looking for is, in blue dot matrix printing on the back of the

09:17:26 23   drywall board, the word *Tianjin*, T-I-A-N-J-I-N.

09:17:33 24           If anybody has any questions about what picture

09:17:35 25   they are looking for, please contact my office, and we'll send

**OFFICIAL TRANSCRIPT**

09:17:39  1   you the picture of what we want.  Because Knauf manufactures
09:17:44  2   drywall all over the world, simply saying *Knauf* does not
09:17:48  3   satisfy the indicia process alone.  We need *Tianjin China*.  If
09:17:53  4   you send us photos of *Tianjin China,* that gets you to
09:17:55  5   Exhibit A.
09:17:55  6            THE COURT:  That's the wholly owned subsidiary of
09:17:59  7   Knauf.  That's the reason for that.
09:18:02  8            MR. MILLER:  Correct.  Thank you.
09:18:08  9            MR. HERMAN:  Judge Fallon, on August 16th, in
09:18:13 10   connection with Kerry Miller's remarks on behalf of Knauf, more
09:18:20 11   than 40 law firms representing 225 properties were notified,
09:18:28 12   and we will be setting conferences today.  A number of those
09:18:32 13   attorneys have come in today, and we appreciate the attention
09:18:36 14   that they've given this matter and their willingness to come in
09:18:40 15   so that we can set these meetings up.
09:18:44 16            THE COURT:  These are already remediated homes?
09:18:46 17            MR. HERMAN:  Yes, Your Honor.
09:18:50 18            Your Honor, BrownGreer is here, and also in
09:18:55 19   connection with Roman Numeral VII, and at this point I believe
09:19:06 20   that it would be appropriate for BrownGreer, whose
09:19:12 21   representative is here, to address the Court.
09:19:15 22            I can say that for the last three weeks there
09:19:19 23   have been numerous conferences both in person and by phone
09:19:27 24   among the various parties with BrownGreer, and as usual we've
09:19:34 25   had excellent cooperation, and so I would like to ask the

09:19:40 1    representative of BrownGreer to make a report at this time.

09:19:42 2            THE COURT:  Okay.  Fine.  While he's walking up to the

09:19:45 3    podium, let me say that BrownGreer has been designated the

09:19:49 4    settlement administrator for the *Chinese Drywall* settlement

09:19:54 5    program.  In these types of programs, you need some

09:19:59 6    professional to keep track of all of the various parts and

09:20:05 7    making sure that the same procedures are applied to everyone,

09:20:11 8    not that everyone gets the same amount, but the same procedures

09:20:15 9    are applied, and then to keep track of all of those funds and

09:20:22 10   who gets what and so forth.  BrownGreer has been selected by

09:20:26 11   the parties and approved by the Court.

09:20:29 12           MR. WOODY:  Thank you.  Your Honor, my name is

09:20:31 13   Jake Woody.  I'm from BrownGreer.  I wanted to give you a

09:20:35 14   report on the status in the claims submission process.

09:20:38 15           THE COURT:  Yes.

09:20:38 16           MR. WOODY:  As Your Honor knows, there was a

09:20:40 17   registration period associated with all *Chinese Drywall*

09:20:43 18   settlements.  That period closed on July 9.  There were over

09:20:47 19   16,000 properties registered with us.  The claims process

09:20:52 20   opened on May 27.

09:20:55 21           All claim forms are available on our on-line

09:20:59 22   portal for filing and have been since May 27.  However, to date

09:21:02 23   we've only received 788 completed claims.  Given the volume of

09:21:08 24   addresses registered, we are expecting quite a few more claims.

09:21:12 25           I want to emphasize to everybody here and on the

09:21:14 1   phone that they need to get those claims submitted as soon as

09:21:17 2   possible.  The claims period closes on September 30, 2013,

09:21:22 3   which is only 40 days from now.

09:21:25 4        THE COURT:  That's important, particularly if the

09:21:28 5   census is at least 16, 17,000 people or homes and we've only

09:21:35 6   gotten 700, so you have a lot of people out there just waiting.

09:21:40 7        It's important that those who are waiting file

09:21:46 8   the necessary materials so that you're not just too late or

09:21:52 9   delinquent to participate in the program.

09:21:55 10       MR. WOODY:  Yes, Your Honor.

09:21:56 11       Given our interaction with claimants and law

09:22:00 12  firms, we believe that some of the delay may be due to

09:22:04 13  uncertainty about documents that are required to be submitted

09:22:07 14  along with the claim.  I want to emphasize to everybody that

09:22:11 15  needs to file a claim that we cannot tell you right now whether

09:22:15 16  your documents satisfy the claims submission protocol.  We

09:22:18 17  cannot tell that until you submit your claim.

09:22:22 18       I want to emphasize that if you submit a claim

09:22:25 19  that is in some way incomplete, you will have a chance to cure

09:22:29 20  any deficiency, and we will tell you what we need from you, and

09:22:33 21  we will give you time to give it to us.

09:22:35 22       I also want to emphasize that we have been

09:22:37 23  working with the builders, suppliers, installers to fill in as

09:22:42 24  many gaps as we can as it relates to the supply chain

09:22:46 25  information for individual properties.  We will use information

09:22:49 1    that we gather from these third parties as part of our review,

09:22:54 2    and we will tell people when we have new information about

09:22:57 3    their property.

09:22:59 4         The information that we get from third parties

09:23:02 5    will be a rebuttable presumption and will allow us to bucket

09:23:07 6    homes into the correct settlement agreement and will also

09:23:12 7    supply the indicia that we need to prove that they are part of

09:23:14 8    that settlement, but we cannot do all of that until we get the

09:23:18 9    claim; so, we need the claims in our system so that we can

09:23:21 10   begin reaching out to those third parties to try and fill in as

09:23:24 11   many gaps as we can.

09:23:26 12        I also want to emphasize that we have linked

09:23:31 13   about 5,000 properties to our pilot program database where

09:23:35 14   we've collected information over the past few years, and we've

09:23:37 15   imported over 70,000 documents into our settlement program

09:23:41 16   database; so, if you are uncertain about whether documents

09:23:45 17   exist, I encourage people to check their claim to see if we

09:23:50 18   have imported documents into there.

09:23:51 19        If people believe that their claim should be

09:23:54 20   linked to an already existing claim in our pilot program

09:23:57 21   database, contact us at cdwquestions@BrownGreer.com.  We will

09:24:04 22   investigate and link those claims and import those documents

09:24:07 23   over.  Once we import them, claimants will not have to give

09:24:11 24   them to us again.  They will be there and they will be part of

09:24:14 25   it.

**OFFICIAL TRANSCRIPT**

09:24:14  1    THE COURT:  Give me some, so I can post on my web site,
09:24:19  2  too, some addresses that you need the parties to contact or the
09:24:24  3  links that you need them to contact.  I will put that on our
09:24:30  4  web site.
09:24:32  5    MR. WOODY:  I also want to make everybody aware of our
09:24:35  6  on-line claim tutorial, our video that walk you through all
09:24:38  7  steps of the claim filing process.  They are prerecorded.  We
09:24:43  8  will make live tutorials available on request to anybody that
09:24:48  9  has any procedural question about how to file a claim, and I
09:24:51 10  will give you the address.  I've provided the links to those
09:24:54 11  tutorials to Sam, and you can post those on the Court's web
09:24:59 12  site.
09:25:00 13    THE COURT:  Okay.
09:25:01 14    MR. WOODY:  So in short Your Honor, we encourage
09:25:03 15  claimants to submit a claim as soon as possible.  We will
09:25:06 16  review it.  We've begun reviews already.  We'll start notifying
09:25:10 17  people of review decisions shortly, but we cannot fill in gaps
09:25:14 18  or tell people what's missing until we get those claims.
09:25:17 19    THE COURT:  We're going to have to keep in touch with
09:25:19 20  the plaintiffs committee so they can get the word out also and
09:25:22 21  start whatever they need to do, the same way with the
09:25:26 22  defendants so that we can make sure that everybody hears about
09:25:30 23  it.
09:25:30 24    I'm glad you brought it to the Court's attention.
09:25:32 25  I'll do what I can with the web site, but at the same time we

**OFFICIAL TRANSCRIPT**

09:25:36  1    may need some individuals to call and urge the parties to make

09:25:41  2    claims.

09:25:43  3                MR. WOODY:  Thank you, Your Honor.

09:25:43  4                THE COURT:  Thank you very much.

09:25:46  5                     What's the next item on the agenda?

09:25:48  6                MR. HERMAN:  Your Honor, I would like to amplify

09:25:54  7    BrownGreer's remarks for the benefit of our claimants and their

09:25:59  8    attorneys who may be listening in, who may access the

09:26:05  9    transcript from today on Your Honor's web site.

09:26:08 10                     There are some ways that you can accumulate the

09:26:13 11    evidence or indicia that you'll need.  If you haven't filled

09:26:18 12    out a Plaintiff Profile Form, it's listed on the Court's web

09:26:24 13    site.  It will help you be a guide to the type of evidence

09:26:28 14    that's needed.  Photographs, inspection reports, square foot

09:26:35 15    measurements, contractor's reports, and perhaps contracts, if

09:26:44 16    they have been entered into but not executed, all may form

09:26:49 17    evidence which is very helpful in getting these claims filed

09:26:54 18    and processed.

09:26:56 19                     I want to emphasize that there are only 40 days

09:27:01 20    left in which to do this, so many of these properties are

09:27:08 21    registered and haven't had complete inspections or any

09:27:12 22    inspections, and I suggest that that be done right away and

09:27:17 23    that photographs be taken if they haven't been taken.

09:27:22 24                THE COURT:  You ought to make some kind of effort to

09:27:26 25    see who has complied and who has not and put somebody on it to

**OFFICIAL TRANSCRIPT**

09:27:30 1    give them a call or talk to the lawyer or something, whatever

09:27:34 2    is necessary to get them moving.

09:27:37 3             MR. HERMAN:  I'm hopeful that in the next couple of

09:27:41 4    days we can contact BrownGreer and at least get a list of the

09:27:47 5    type of indicia that are needed and have those go out to these

09:27:56 6    registrants with the bold print on one page that says that you

09:28:00 7    must do this by date certain.

09:28:02 8             We'll follow up, Your Honor.

09:28:08 9             THE COURT:  Okay.  Next item is shared costs fund?

09:28:14 10            MR. HERMAN:  I'm sorry.

09:28:16 11            THE COURT:  Shared costs fund.

09:28:16 12            MR. HERMAN:  There is no issue there, Your Honor.

09:28:18 13            THE COURT:  What about Taishan defendants?

09:28:20 14            MR. HERMAN:  Your Honor, Arnold Levin and Tom Owen from

09:28:26 15   Mr. Stanley's office are going to speak to that.

09:28:33 16            MR. LEVIN:  Your Honor, there are four appeals

09:28:34 17   pending -- *Germano*, and then three are consolidated, *Wiltz*,

09:28:39 18   *Gross* and *Mitchell*.

09:28:40 19            The *Germano* appeal has been listed for argument

09:28:43 20   before the Fifth Circuit the week of October 7th.  There has

09:28:46 21   been no consolidation of *Germano* with the other appeals to

09:28:52 22   date.

09:28:52 23            It's my understanding that Mr. Owen and I are

09:28:56 24   going to discuss, after the conclusion of this conference, what

09:29:01 25   we can agree on stating to the Fifth Circuit.  The issue is

**OFFICIAL TRANSCRIPT**

09:29:05 1    basically, as I see it, whether we go forward with *Germano* with

09:29:10 2    the panel and argue the other three later on.  They are not

09:29:14 3    ready for argument because briefing is not complete.  Whether

09:29:18 4    we ask the Fifth Circuit to consolidate all four and lose the

09:29:22 5    October 7th date, and how much time is involved in the appeal

09:29:28 6    for argument, we have a big difference on how much time is

09:29:34 7    needed for the argument.  We don't see that we need two days.

09:29:38 8    We think 30 minutes is enough.  We'll have to discuss that with

09:29:44 9    Mr. Owen.

09:29:45 10          THE COURT:  Yes.  As I understand it, as counsel said,

09:29:51 11   three of them are consolidated.  One of them is not.  The only

09:29:55 12   issue with not being consolidated is if you have two panels

09:30:00 13   deciding the cases, that can be problematic if you have one

09:30:03 14   panel going one way and another panel on the same issues going

09:30:08 15   another way and the way you are at that point other than having

09:30:11 16   an en banc.

09:30:13 17          If it it's the same panel, I don't think there is

09:30:16 18   going to be a problem.  I don't know how that is going to work.

09:30:19 19   But the big issue, of course, is time.  When you have them all

09:30:23 20   consolidated and you know and I know you get 20 minutes each

09:30:27 21   side to argue your case and also deal with questions that come

09:30:34 22   up, sometimes it's a difficult situation; so, I understand that

09:30:40 23   you may need more time, but I don't know the amount of time.

09:30:45 24          MR. LEVIN:  There is sufficient briefing.  Extensions

09:30:48 25   and page limitations have been granted.  The briefs are very

09:30:51 1   similar.  Reading them is like *Ground Hog Day*.  I would believe

09:30:57 2   that the Fifth Circuit has the issues and knows the facts by

09:31:00 3   now no matter what panel.

09:31:04 4        MR. OWEN:  Tom Owen on behalf of the Taishan

09:31:06 5   defendants.  I think we're on the same page, and we're trying

09:31:10 6   to figure out a way to logistically make it as simple as

09:31:14 7   possible to see if we can work on getting on the same appeal

09:31:18 8   panel.

09:31:19 9        We have a little bit of hiccup now that they are

09:31:22 10  tentatively scheduled for oral argument.  We are just trying to

09:31:26 11  make sure that we have enough time for oral argument, and we

09:31:29 12  are going to try to work that out, and hopefully by the time we

09:31:30 13  come to the next conference --

09:31:32 14       THE COURT:  That is out of my jurisdiction.

09:31:35 15       MR. OWEN:  Thank you.

09:31:36 16       MR. LEVIN:  We thank you for what you've done within

09:31:38 17  your jurisdiction, Your Honor.

09:31:39 18       THE COURT:  Venture Supply, anything on that?

09:31:43 19       MR. HERMAN:  Your Honor, if I might, before we get to

09:31:45 20  that, as a reflection of how complicated this case has been, I

09:31:55 21  would like to address the QSF motions that are before you.  I

09:32:04 22  also want to indicate that with regard to the Virginia

09:32:08 23  settlements, Matt Garretson will provide the claims management.

09:32:18 24       In Virginia there are four settlements, but there

09:32:22 25  are eight QSFs.  In the MDL there are five settlements but

**OFFICIAL TRANSCRIPT**

09:32:26  1   there are 16 QSFs.  Ordinarily in these cases, you might have

09:32:33  2   three or four total.  The multiplicity of QSFs are so that the

09:32:42  3   Court may be constantly aware of what's deposited in the funds

09:32:47  4   and at the same time that funds will not be released without

09:32:52  5   the Court's supervision and order.

09:32:58  6          In that connection, Esquire Bank, a depository of

09:33:08  7   a number of the QSFs, has been advised to appear with its

09:33:12  8   executives at the next status conference.

09:33:15  9          In connection with the remediation fund, which is

09:33:22 10   sometimes described as *the $50 million fund* that's replenished

09:33:28 11   every time that a $25 million level in that fund is reached,

09:33:35 12   that's at U.S. Bank, and we'll notify U.S. Bank to appear

09:33:40 13   before Your Honor at the next conference.

09:33:42 14          There is also a $200 million letter of credit.

09:33:51 15   The PSC has outside counsel.  We've done due diligence on

09:34:00 16   Deutsche Bank.  We'll be submitting our due diligence under

09:34:04 17   seal to Your Honor.  We're satisfied Deutsche Bank is a

09:34:11 18   satisfactory bank to issue the letter of credit.  We hope to

09:34:15 19   have final negotiation on that letter of credit certainly by

09:34:21 20   mid week, but we will also request that Deutsche Bank send a

09:34:30 21   representative to court as we next convene.

09:34:33 22          We also understand from the Court that the Court

09:34:39 23   appointed CPA Phil Garrett, who will be instructed by

09:34:44 24   Your Honor as to what Your Honor requires in terms of a

09:34:50 25   monitoring and assessing not only these accounts but also the

**OFFICIAL TRANSCRIPT**

09:34:54  1    costs.

09:34:54  2         THE COURT:  Okay.  Let me speak on those issues.  In

09:34:59  3    many MDLs you have one defendant, so if the case is settled,

09:35:07  4    then that defendant puts money up into a qualified settlement

09:35:13  5    fund because not only is the settlement necessary but the

09:35:18  6    payout of the settlement is necessary, and it gets complicated

09:35:21  7    because of the numbers of people involved in these particular

09:35:24  8    claims.

09:35:25  9         It's not like writing one check for one person.

09:35:28 10    It's writing a check for 50,000 people or 30,000 people, and so

09:35:32 11    you need the funds in one particular place so that those funds

09:35:41 12    in the qualified settlement fund, the QSF, can then be

09:35:44 13    withdrawn to pay the people who actually get the claims or are

09:35:49 14    entitled to the claims.

09:35:49 15         This case has been made more complicated by the

09:35:54 16    fact that there are about 1,000 defendants.  Usually there is

09:35:59 17    one defendant, maybe two, maybe three.  This case has 1,000

09:36:02 18    defendants.  So many of these defendants' downstream people,

09:36:10 19    downstream insurers and so forth have entered into the

09:36:13 20    settlement, but those funds have to be segregated in some way.

09:36:18 21         So we have independent QSFs for the various

09:36:24 22    settlement funds, and then those settlement funds will be then

09:36:31 23    put into a checking account to pay out, but at least there

09:36:36 24    needs some mechanism for tracing the funds.

09:36:39 25         Now, for those of you who have handled these

                              **OFFICIAL TRANSCRIPT**

09:36:42  1     cases with me before know that one of the first people that I

09:36:49  2     appoint is a CPA to work with the Court.  It's a

09:36:57  3     court-appointed CPA.

09:36:58  4             With regard to the time that is put on the case,

09:37:03  5     the expenses that's put on the case, the people who put in the

09:37:07  6     time, put in the expenses -- I'm not talking only about the

09:37:12  7     committee; I'm talking about subcommittees and everything.  In

09:37:16  8     some cases that I've handled we have had a hundred, 150 lawyers

09:37:21  9     participate in the common benefit fee.  In this case, we have

09:37:24 10     about the same amount, if not more than that, participate in or

09:37:29 11     can participate in the settlement in the common benefit fee

09:37:35 12     and, in turn, the common benefit cost at the end of the case.

09:37:41 13             I need some method of tracking what time has been

09:37:44 14     put in and what expense has been put in; so, I appoint a CPA

09:37:48 15     for that purpose.  Anybody who puts in time or puts in the

09:37:56 16     common benefit expenses then reports that to the CPA.  I meet

09:38:01 17     with the CPA monthly.  He gives to me a report of who put in

09:38:10 18     the time, who put in the expense, and he gives me various

09:38:16 19     methods of reporting it, the most to the least, or which firms,

09:38:22 20     and so forth and so on.  I meet and talk with him about that

09:38:26 21     every month so that I am kept advised of the expenses and time

09:38:32 22     put in the case and who is putting it in and who is putting up

09:38:35 23     the money.

09:38:37 24             In addition to that material that I do in all

09:38:42 25     MDLs, I'm now having him look over these QSFs to report to me.

**OFFICIAL TRANSCRIPT**

I want to know how much funds are in them, where they are,
where the funds are, who is receiving monies from those
particular funds, and also how much the banks are charging for
housing those funds and doing the logistics because the QSFs
often say the banks will charge reasonable fees.  I don't know
what reasonable fees are, so I'm going to have the bank report
on what their fees are as the fees are paid out and so that I
can keep in touch with that and determine whether or not they
are reasonable or not, but I have to have some mechanism for
doing that.

         So it's problematic in this case, as I say,
because instead of having one or two QSFs, it looks like we're
going to wind up with a couple of hundred QSFs or at least
several dozen of them; so, it gets a little more complicated,
but I'm sure we'll work through them.

         MR. HERMAN:  Your Honor, we've have had a number of
inquiries by attorneys who have individual clients, and I would
just like to make one statement for the record and make it
clear.  Judge Fallon has egis of all fees.  He has not made a
determination as to what the ultimate fee would be, that is,
the total fee, nor a division as between contract fees, that
is, contracts that lawyers have with their individual
claimants, clients, and common benefit fees.

         We don't anticipate that this is going to occur
for some time because the remediation fund is an uncapped fund.

09:40:44 1   We do not know what that will ultimately be, and I just want to

09:40:50 2   point out for those of us who have fee contracts or common

09:40:56 3   benefit claims, that that is not going to be determined until

09:41:02 4   some time down the line, but we have endeavored, with regard to

09:41:06 5   QSFs of those funds, to have very safe on all the QSFs and safe

09:41:17 6   on these, and hopefully the interest income will exceed

09:41:26 7   whatever fees Judge Fallon approves so there won't be a

09:41:31 8   diminution.

09:41:32 9        With regard to those QSFs, Judge Fallon,

09:41:38 10  Leonard Davis has worked on I don't know how many iterations

09:41:43 11  for about three months, and Leonard may want to address this

09:41:47 12  QSF issue.

09:41:49 13       MR. DAVIS:  Your Honor, I'll be very brief.

09:41:55 14       There were two motions, each filed on the 19th of

09:41:57 15  this month.  One of them involved the Virginia settlements, and

09:42:02 16  the other involved the five settlements that were before the

09:42:06 17  MDL.  Each of those set forth various QSFs, repair remediation,

09:42:11 18  other loss per attorney's fees.  There is a total of 21 QSFs

09:42:17 19  being established.

09:42:18 20       Those documents have been reviewed in advance of

09:42:22 21  filing by the depository bank, Esquire Bank, by BrownGreer, by

09:42:30 22  the Garretson firm, by the Knauf defendants, by Minor Pipes, by

09:42:35 23  a number of other folks, including Phil Garrett.  They all were

09:42:41 24  reviewed.  Comments were provided by various folks.  They have

09:42:47 25  been sent to Your Honor by filing yesterday, as I mentioned.

**OFFICIAL TRANSCRIPT**

09:42:52 1          The idea is to have the QSFs put in place so that

09:42:56 2     we can now start implementing the flow of money in the

09:43:00 3     settlement.  So, for instance, by way of example, in the *Global*

09:43:04 4     resolution, Minor Pipes' office is holding X number of dollars

09:43:10 5     that under the settlement agreement need to be provided over.

09:43:13 6     Once the QSFs are put in place and established, then

09:43:18 7     Esquire Bank will take those funds and put them in the

09:43:22 8     appropriate QSF.  All that will be done pursuant to motion and

09:43:28 9     order.

09:43:28 10         THE COURT:  Yes.  Again, that's the reason for the QSFs

09:43:34 11    because in a normal case where you have one defendant and one

09:43:37 12    plaintiff, the case is settled and the releases are signed, and

09:43:41 13    the releases are swapped for a check, and that's the end of the

09:43:45 14    case.

09:43:45 15         This particular case is so complex that rather

09:43:52 16    than have the defendants keep the money in their pocket until

09:43:56 17    they get the releases, it's put in the bank and housed in the

09:44:01 18    bank.  Then when the releases and the amounts are determined as

09:44:05 19    to who gets what, those amounts are paid but there is no

09:44:12 20    slippage.  Of course, the amounts are rather substantial and

09:44:15 21    they come from various sources, and so they need to be pooled

09:44:19 22    together so that this matter can be resolved.

09:44:23 23         MR. DAVIS:  All of those bank statements will go to

09:44:26 24    Phil Garrett so he will have the ability to report to the

09:44:29 25    Court.

**OFFICIAL TRANSCRIPT**

09:44:29  1          THE COURT:  What's the next item?  *Hobbie*.  Anything on
09:44:32  2    that?
09:44:33  3          MR. HERMAN:  Your Honor, there is a fairness hearing
09:44:36  4    set today for final approval of the settlement regarding claims
09:44:43  5    against *Coastal Construction of South Florida*.  We generically
09:44:50  6    called this *the Villa Lago matter*.  As I understand it,
09:44:54  7    Your Honor would like to take that last.
09:44:57  8          THE COURT:  Yes.
09:44:58  9          MR. HERMAN:  So I'll move on, Your Honor, if that's
09:45:02 10    permissible.
09:45:02 11          THE COURT:  Yes.
09:45:04 12          MR. HERMAN:  Under item 14, Minor Pipes has already
09:45:11 13    reported and, of course, acted with regard to those matters.
09:45:14 14              With regard *Pro Se* claimants, Mr. Robert Johnston
09:45:20 15    isn't here today, but he has been consulted on everything that
09:45:24 16    has happened since the last status conference, including notice
09:45:28 17    on the already remediated claims.
09:45:32 18          THE COURT:  With regard to that, I occasionally receive
09:45:35 19    letters from *pro se* people inquiring, and I send them to meet
09:45:41 20    with Mr. Johnston or to liaison counsel.
09:45:44 21              I'm getting some letters from individuals who
09:45:48 22    have Taishan drywall in their home, and they are asking can
09:45:57 23    they get some federal funds from the *Knauf* settlement?  Well,
09:46:02 24    the answer is they cannot because they don't have Knauf board.
09:46:08 25    They have Taishan board.  It's a different defendant.

09:46:12  1          To take from the plaintiffs who have Knauf board

09:46:18  2   and give it to the plaintiffs who do not have Knauf board is

09:46:22  3   something that the Court or either the system can't abide by.

09:46:30  4   At least the individual ought to receive some response, and

09:46:34  5   many times those are the things that *pro se* counsel has to deal

09:46:41  6   with or liaison counsel has to deal with, and I'm getting more

09:46:45  7   of those now that involve Taishan board.

09:46:53  8          Any physical evidence?

09:46:55  9       MR. HERMAN:  Nothing new.

09:46:56 10          Your Honor, we have, I have discussed personally

09:47:01 11   with Mr. Johnston that there seems to be some confusion out

09:47:07 12   there as between those that are among those that have pure

09:47:12 13   Taishan board and those that have mixed board, and we've

09:47:15 14   endeavored to point out whether they are *pro se* or whether they

09:47:20 15   are represented by counsel, that there is a difference as

09:47:24 16   regards how those can be handled.

09:47:27 17          With respect to, Your Honor, I believe the next

09:47:31 18   thing is actually the already remediated homes which Mr. Miller

09:47:39 19   has addressed and, I think, has some additional remarks.

09:47:46 20       MR. MILLER:  Not really, Your Honor, but --

09:47:48 21       MR. HERMAN:  I'm sorry.

09:47:49 22       MR. MILLER:  We're going to be moving into the *Coastal*

09:47:51 23   fairness hearing, I think, in the next couple of minutes as we

09:47:54 24   near the end of the agenda, but if anybody here has questions

09:47:58 25   about the already remediated homes meeting process to make sure

                    **OFFICIAL TRANSCRIPT**

09:48:01 1    that the proof meets the requirements so that those cases can

09:48:06 2    proceed or about the indicia in connection with the new claim

09:48:10 3    settlement, Garrett Thalgott and Rene Merino from my office are

09:48:15 4    here.  They are happy to meet outside in the hallway, set up

09:48:17 5    meetings, provide samples of pictures, that kind of thing that

09:48:20 6    we're looking for.

09:48:21 7           THE COURT:  Yes.  That's important.

09:48:21 8                We've got a large number of people who couldn't

09:48:25 9    or didn't wait for their homes to be remediated through the

09:48:29 10   program.  They went forward.  They had the assets to do so, the

09:48:34 11   willingness to do so, the capital to do so and they did it, but

09:48:39 12   that doesn't mean that they've given up their claims.  They

09:48:42 13   have an opportunity now to get paid for the material for what

09:48:48 14   they expended, but they have to have some proof of what they

09:48:55 15   have expended.

09:48:56 16                That's really critical and if they have pictures,

09:49:00 17   if they have other contracts or if they can get their

09:49:05 18   contractor to give them information, they can recover, and

09:49:10 19   that's what we're talking about with the already remediated

09:49:14 20   homes.  If you have any questions, you can consult with counsel

09:49:19 21   afterward here.

09:49:22 22                Ready for the fairness hearing?

09:49:23 23           MR. HERMAN:  Your Honor, may I inquire as to whether

09:49:26 24   your courtroom is available.

09:49:28 25           MR. BECNEL:  Judge, one thing --

**OFFICIAL TRANSCRIPT**

09:49:28  1          THE COURT:  Just one second.  I think Danny has an

09:49:28  2     issue.

09:49:29  3          MR. BECNEL:  Judge, one of the things, I think, with

09:49:31  4     only 40 days left --

09:49:31  5          THE COURT REPORTER:  Could you use the microphone,

09:49:31  6     please.

09:49:52  7          MR. BECNEL:  With only 40 days left, one of the

09:49:55  8     problems that I see someone like Jeremy Epstein or three or

09:50:01  9     four lawyers in my office have been in more of these homes than

09:50:04 10     almost anybody else.  We ought to set up -- whether it's on

09:50:08 11     your web site -- people to volunteer to deal with people who

09:50:13 12     are calling that Mr. Johnston by himself can't possibly handle

09:50:18 13     this because, as you know, every time there is a rush toward

09:50:22 14     the end, that's when everybody shows up.

09:50:26 15          We could at least have somebody with knowledge, a

09:50:30 16     lawyer, go to those homes because we have been running around

09:50:34 17     back and forth between the four states where the bulk of the

09:50:37 18     homes are, and show them the identities of what's compensatible

09:50:44 19     and what is not and try and explain it so that they don't get

09:50:48 20     caught short and we somehow get criticized at the end when they

09:50:53 21     start filing complaints.

09:50:54 22          Not that it's our fault, but I would suggest to

09:50:58 23     the Court that maybe it gets volunteers who would want to serve

09:51:02 24     in those capacities, and you handle the, if we get paid for

09:51:05 25     that or not paid for that, handle it the way the Court wants

**OFFICIAL TRANSCRIPT**

09:51:08  1    to.

09:51:09  2           THE COURT:  Okay.  That's an important point, but I

09:51:13  3    think we need to make an effort, that's what I was trying to

09:51:16  4    do, and that's one method of doing that.

09:51:20  5           Liaison counsel, why don't you meet with Danny,

09:51:23  6    get some ideas and we will structure something.

09:51:25  7           MR. HERMAN:  We will do that, Your Honor.  I think

09:51:28  8    Danny points out a legitimate problem, and we'll involve

09:51:36  9    Mr. Johnston in it.

09:51:38 10           I don't want to get into a situation where we are

09:51:44 11    seeking to advise claimants directly who are represented and

09:51:49 12    where we undertake to become *pro se* attorneys ourselves, but I

09:51:55 13    think we can work around that and follow-up with Danny Becnel

09:52:01 14    and Mr. Johnston later in the week.  He'll be back mid week and

09:52:07 15    we'll do that.

09:52:07 16           THE COURT:  All right.  Okay.  The fairness hearing is

09:52:13 17    next.  Anything else other than that?

09:52:14 18           MR. HERMAN:  I don't believe we have anything else on

09:52:19 19    the agenda.

09:52:24 20           MR. LEVIN:  The October meeting, Your Honor.

09:52:27 21           THE COURT:  The next meeting in September is

09:52:30 22    September 17th, and the October meeting is Thursday,

09:52:32 23    October 24th.  October 24th.

09:52:35 24           Okay.  Let's now go into the fairness hearing.

09:52:43 25           MR. HERMAN:  May it please the Court, Gary Mason, who

                              **OFFICIAL TRANSCRIPT**

09:52:46 1    is lead counsel.

09:52:52 2         MR. MASON:  May it please the Court, Gary Mason,

09:52:55 3    Your Honor.

09:52:55 4         Your Honor recalls that I was here last April for

09:52:58 5    the preliminary approval of what we generically call *the*

09:53:04 6    *Villa Lago case* which is in Florida.  I would like to fill the

09:53:07 7    Court in as to what's happened since then and to set this up

09:53:10 8    for final approval.

09:53:12 9         Since we were last here, Your Honor entered the

09:53:16 10   preliminary approval order which allowed is us to go ahead with

09:53:19 11   notice to the class.  The notice program is complete.  It

09:53:22 12   consisted of several components.  First was direct notice and

09:53:26 13   most importantly direct notice.

09:53:28 14        We sent out over 717 direct notices to a variety

09:53:33 15   of addresses.  We directly notified all the units, just current

09:53:39 16   to present owner, whoever is in every unit.  We were able to

09:53:44 17   track down the current owners, wherever they may live.  If we

09:53:47 18   had alternative addresses, we hit them.  If they were in

09:53:50 19   New York or California they got a mailing there.

09:53:53 20        Prior owners, people who lost these units due to

09:53:55 21   foreclosure, we tracked those individuals down as well as

09:54:00 22   tenants, which is probably one of the hardest categories, but

09:54:03 23   we were able to not only endeavor to notify through e-mail

09:54:07 24   current tenants but as well prior tenants, that we asked our

09:54:11 25   class members to provide us with lists of people that they had

1   rented to in the past, and we endeavored to get the best

2   addresses we could for those people and noticed them as well.

3           In addition, Your Honor, we published notices in

4   a variety of publications -- in *The West Palm Beach Post*,

5   *The South Florida Sun Sentinel*, and *The Miami Post*.  We had a

6   we site.

7           Last, Your Honor, although -- albeit somewhat

8   delayed, we sent out CAFA notice.  I don't know if Your Honor

9   is aware of that from our papers, we were slightly delayed in

10  sending out the CAFA notice to where routinely and ideally I

11  would be up here with the CAFA notice behind us; unfortunately,

12  I'm not and the CAFA notice period will not be over now until

13  October 12th.

14          THE COURT:  How do we deal with that?

15          MR. MASON:  I would suggest, Your Honor, that we not

16  enter the final approval order until October 12th, and we can

17  remind the Court as that date approaches -- October 12th.

18  We'll have to wait for that date to go by the Federal Rules.

19          It doesn't have any substantive impact on where

20  we are because, as I'll talk about in just a second, there is

21  still a certain amount of time it's going to take to get the

22  funding in place that's beyond *Coastal* and what we're doing

23  here today with *Banner* and *Global* and that funding; so, I think

24  the timing is going to be pretty much the same, and it's not

25  going to cause very much delay.

**OFFICIAL TRANSCRIPT**

09:55:33  1              The response, Your Honor, to the settlement has
09:55:36  2     been overwhelmingly favorable.  Not only do we have the --
09:55:40  3     mostly the questions that we get from our clients and our class
09:55:43  4     members is when is remediation going to begin?  There isn't any
09:55:48  5     real substantive objection, except for one which I'll address
09:55:51  6     momentarily.
09:55:52  7              THE COURT:  What's the census of that?  How many
09:55:54  8     people?
09:55:55  9              MR. MASON:  There is 326 units.  And, you know, that's
09:56:01 10     really what the focus of the settlement is on.  Of course, the
09:56:04 11     settlement embraces a lot more than that because we have
09:56:07 12     tenants that can make claims and prior owners, but what we're
09:56:10 13     trying to do, obviously, is remediate these units, and that's
09:56:13 14     our highest priority.  The comments that we've largely got is
09:56:17 15     of the ilk of when is it going to start.
09:56:21 16              There have been no exclusions whatsoever from the
09:56:23 17     settlement.  We did get one objection from a Mr. Gordon Polovin
09:56:30 18     and his wife.  I'll address that just momentarily, Your Honor.
09:56:34 19     I understand the objection.  I'm sympathetic to it.
09:56:37 20              This is someone who has a unit that is
09:56:40 21     unimpacted.  You know, we have inspected this particular unit
09:56:43 22     many times, but there are about 60 units that we've inspected
09:56:49 23     as our clients or other lawyers inspected as their clients, and
09:56:53 24     we are just not finding any identifiable Chinese drywall.  It's
09:57:00 25     just chance as you go through a large building like this.

                              **OFFICIAL TRANSCRIPT**

09:57:03 1     These individuals, as represented by Mr. Polovin,

09:57:05 2 are unhappy because they will not get the -- some new

09:57:08 3 appliances and new carpet, new paint when this whole

09:57:12 4 remediation process is through.  But as I've explained to them,

09:57:15 5 what they will get is a building that is no longer associated

09:57:18 6 with Chinese drywall.

09:57:20 7     In a sense, Your Honor, we all know their claim,

09:57:22 8 it's a stigma claim, and we all have our opinion about stigma

09:57:26 9 claims, but we all probably can agree they are weak claims if

09:57:29 10 they are claims all.  We don't have a way to deal with that

09:57:32 11 legally.

09:57:32 12     As Your Honor said, if you have Taishan, you

09:57:35 13 can't make a claim against Knauf.  If you don't have any

09:57:39 14 product, unfortunately the system doesn't abide these claims at

09:57:39 15 all.

09:57:43 16     There is a $150,000 fund that's allocated between

09:57:47 17 *RCR's* units and our units, so it's roughly $75,000 that will be

09:57:52 18 available for people like Mr. Polovin.  We will at the

09:57:57 19 appropriate time set up a claims process where unaffected unit

09:58:01 20 owners can submit what kind of disturbances, loss of use of

09:58:05 21 enjoyment they have suffered during the remediation process.

09:58:08 22 We'll evaluate those claims.  We'll make a proposal of how the

09:58:10 23 money should be submitted, which we will submit to the Court at

09:58:13 24 the appropriate time.  There is some compensation that's

09:58:15 25 available for claimants like Mr. Polovin.

           **OFFICIAL TRANSCRIPT**

09:58:17  1          THE COURT:  Also, sometimes those individuals,
09:58:20  2     particularly in a unit, they are not able to get a certificate
09:58:26  3     showing that their unit is free and clear; whereas, other
09:58:32  4     people who have had the defective Chinese drywall installed in
09:58:39  5     their units not only get all of the appliances and all of the
09:58:42  6     units are taken care of, but they get a certificate.  Those
09:58:47  7     individuals who did not have Chinese drywall are able also to
09:58:52  8     get some certificate that they ought to be aware of.
09:58:56  9          Now, there is a different certificate but it's a
09:58:59 10     certificate that is issued to those individuals saying that
09:59:03 11     their unit has been inspected and their unit is free of any
09:59:07 12     problematic drywall and that there is some certificate or that.
09:59:16 13     They are aware of that too that's something they can get.
09:59:23 14          MR. MASON:  That's right, Your Honor.  For the nonKnauf
09:59:23 15     units we have built that into the settlement budget.  Of
09:59:25 16     course, they already have in hand inspection reports that say
09:59:28 17     we can't find any products.  That's absolutely right,
09:59:28 18     Your Honor.
09:59:31 19          Where we are now, as we sit here today, in this
09:59:35 20     period of delay while we have to wait until you can make the
09:59:41 21     final order, we can take advantage of that time by working with
09:59:43 22     the PSC, the Esquire, and BrownGreer and get our -- one more
09:59:47 23     QSF, I suppose, set up for what they call *the Villa Lago*
09:59:52 24     *settlement fund*.
09:59:53 25          We will be filing our motion with the Court, you

09:59:55 1   know, relatively soon to transfer the $4.8 million from the

09:59:59 2   prior *RCR* settlement.  That money needs to be poured into this

10:00:03 3   new fund.  When the 7.2 million becomes available from this

10:00:07 4   settlement, the *Coastal* settlement, that will -- we don't need

10:00:10 5   the Court's authorization for that.  That will just be pursuant

10:00:13 6   to the settlement agreement that's being approved here.  That

10:00:16 7   will be deposited.

10:00:17 8           We will then be working with the PSC and

10:00:22 9   Kerry Miller to facilitate the money coming from the *Global* and

10:00:28 10  the *Banner* settlements as well, again, into this fund.  No

10:00:32 11  monies will go from this fund at any point.  You know,

10:00:35 12  eventually a lot of this money will work its way relatively

10:00:38 13  quickly to the remediation fund so that work will continue

10:00:43 14  apace, but none of that will happen without the appropriate

10:00:46 15  motions and orders filed by the Court; so, as the Court said

10:00:49 16  earlier, everything can be appropriately tracked.

10:00:52 17          We're meeting constantly with Kerry and Kyle and

10:00:56 18  Knauf representatives and Moss representatives so that we can

10:01:00 19  proceed.  It's important for the Court to note that work

10:01:03 20  product, work authorizations have all been sent to all the unit

10:01:08 21  owners.  That process is underway.

10:01:10 22          Knauf has been very cooperative about trying to

10:01:14 23  start this remediation with Knauf units.  It looks like we are

10:01:17 24  on track to start, boots on the ground remediation of this

10:01:20 25  project maybe as early as October.

**OFFICIAL TRANSCRIPT**

10:01:22  1          We're trying to catch up with the nonKnauf units,

10:01:24  2    to get that money in place and get that process forward, and

10:01:27  3    we're having meetings as early as, I think, this morning to

10:01:31  4    discuss how we can continue to facilitate moving ahead with

10:01:34  5    both the Knauf units and the Knauf nonunits to make this

10:01:39  6    project go ahead as quickly as possible.

10:01:41  7          THE COURT:  You really need to move it as quickly as

10:01:43  8    possible because the amounts allocated are really, to some

10:01:52  9    extent, the amounts can change.  With the market going up,

10:01:59 10    expenses go up.  So if they can get it done now, the people

10:02:04 11    will do better than if they wait too long to get it done,

10:02:08 12    they'll find out that the amount allocated doesn't cut it, and

10:02:12 13    that's a problem that we don't want to deal with.

10:02:16 14          MR. MASON:  Moss has pointed that out to us,

10:02:16 15    Your Honor.

10:02:16 16          THE COURT:  Yes.

10:02:16 17          MR. MASON:  We are trying to cooperate with them so

10:02:16 18    they can hold to their estimate.

10:02:20 19          Your Honor, before I sit down, my co-counsel and

10:02:22 20    the counsel who represents *RCR* just wants to make a few

10:02:25 21    observations.

10:02:25 22          THE COURT:  Sure.

10:02:26 23          MR. WEISS:  Good morning, Your Honor.  Greg Weiss on

10:02:28 24    behalf of plaintiffs as well, and I would just briefly say we

10:02:31 25    have been working with Moss.  I've taken the lead personally to

**OFFICIAL TRANSCRIPT**

10:02:33 1    meet with them several times over the last few months to

10:02:36 2    develop a construction plan.

10:02:37 3            We will start construction immediately upon the

10:02:39 4    approval of this court.  We already had in place the mechanisms

10:02:42 5    to get the permits for the work to be done.  We've already sent

10:02:45 6    out modified work authorizations for this, and Moss has already

10:02:49 7    viewed and received and approved those; so, we get hope to get

10:02:52 8    approval and get started on those as soon as possible.

10:02:54 9            THE COURT:  Any problem or issue or anticipated problem

10:02:58 10   with CAFA approval?  Does anybody indicate any issue there?

10:03:03 11           MR. LEVIN:  Your Honor, they were duly notified in the

10:03:06 12   *Banner*, *Global*.  They had no problem.

10:03:09 13           THE COURT:  This is nothing new to them.

10:03:11 14           MR. LEVIN:  No.  They have no problem.

10:03:12 15           THE COURT:  Okay.

10:03:14 16           MR. LEVIN:  Your Honor, may I make a statement for the

10:03:16 17   PSC.

10:03:16 18           THE COURT:  Yes.

10:03:16 19           MR. LEVIN:  The PSC obviously supports this settlement,

10:03:19 20   and the PSC will support the funding of the settlements from

10:03:23 21   the various buckets in the QSF.  The problem that we foresee,

10:03:29 22   and it's not a problem, is a lot was done here to put this

10:03:35 23   settlement together, and Minor Pipes had a lot to do with it,

10:03:40 24   and we supported everything that he did; nevertheless, money

10:03:43 25   changed hands, and there is no analysis with regard to counsel

**OFFICIAL TRANSCRIPT**

10:03:47  1    fees in the settlement paper as to the common benefit
10:03:51  2    attorneys.
10:03:52  3            We are working with Mr. Pipes to submit a
10:03:56  4    statement to the Court with regard to that.  We don't -- there
10:03:59  5    is no urgency in that because, as Russ has told the Court,
10:04:03  6    and -- well, not told the Court, the Court told Russ, but Russ
10:04:07  7    told everybody else that counsel fees is for another day down
10:04:11  8    the road; so, that shouldn't hold anybody back.  But it is a
10:04:15  9    prolix process with them.  But at the same time, there is money
10:04:21 10    going to be in the *Banner* settlement, there is money going to
10:04:23 11    be in the *Global* QSF, and we will support the withdrawals of
10:04:27 12    those funds pursuant to Mr. Garrett's report to you.
10:04:31 13        THE COURT:  Any comment by the objector, any comment by
10:04:36 14    anyone regarding Mr. Gordon Polovin's objection?
10:04:43 15            As was stated, this objection is not really an
10:04:47 16    objection to the settlement.  It's more of the fact that this
10:04:53 17    objector did not have drywall in their apartment.  They see all
10:05:01 18    of the other apartments that have had drywall being repaired
10:05:09 19    and their apartment has not been repaired.  The reason, of
10:05:12 20    course, is they don't have the problematic drywall.  So it's
10:05:16 21    hard to justify taking out good drywall to put good drywall in
10:05:26 22    and giving them all new appliances when they have not been
10:05:31 23    affected, have not been contaminated.
10:05:35 24            So I urge the objector to contact counsel, talk
10:05:41 25    about the funds available for other injury funds that they may

**OFFICIAL TRANSCRIPT**

10:05:49 1   participate in, and also an inspection certificate.  That can

10:05:54 2   be helpful too.  If they wish to sell their apartment later on

10:05:58 3   they can present that certificate just as the people who have

10:06:02 4   had problematic drywall.

10:06:06 5             Hearing nothing from anyone else, it seems to me

10:06:08 6   to be a good settlement, appropriately noticed, and I will

10:06:14 7   approve it and issue my approval on or about October 12th.

10:06:21 8             MR. MASON:  Thank you, Your Honor.

10:06:22 9             MR. MILLER:  Your Honor, Kerry Miller for Knauf.  It

10:06:26 10  has been alluded to in the presentations but we're going to try

10:06:29 11  and use your conference room to have more of an operational

10:06:32 12  phone call as the folks have talked about.

10:06:35 13            Greg and Moss really have taken the lead in

10:06:37 14  talking about kicking off the Knauf units first.  Knauf

10:06:43 15  prepared to fund its remediation of its units.  We then have

10:06:49 16  some mixed units and then some Taishan only units.

10:06:53 17            In general, there are three sources of funds to

10:06:56 18  cover this settlement.  Number 2, your settlements with *Banner*

10:06:58 19  and *Global,* and Number 3, money from *Coastal* and some other

10:07:01 20  players that are just for this particular development.  So we

10:07:04 21  would like to kind of have an operational meeting.

10:07:07 22            The CAFA delay was unfortunate but we would like

10:07:10 23  to see if we would be able to work around that so there is a

10:07:14 24  steady flow of funds so the remediation is quick and seamless.

10:07:19 25            THE COURT:  That makes sense.

                              **OFFICIAL TRANSCRIPT**

10:07:19  1        MR. HERMAN:  Your Honor, first I would like to
10:07:21  2   acknowledge the work that Mr. Mason and Mr. Weiss have done.
10:07:24  3   They have been at it for a while now and appreciate their
10:07:28  4   efforts.  They coordinated with Andy Levin for the PSC and with
10:07:35  5   Kerry Miller.
10:07:37  6        At this juncture, may it please the Court, I
10:07:41  7   would like to reiterate that Mr. Miller's office and our office
10:07:47  8   are making ourselves available primarily in New Orleans and in
10:07:52  9   Florida, if necessary, to meet with me that have questions
10:07:58 10   about the already remediated homes, indicia, etcetera.
10:08:07 11   Hopefully they will contact us as soon as possible because we
10:08:12 12   would like to get through this process within a week to ten
10:08:15 13   days at most.
10:08:16 14        THE COURT:  Okay.  Give that information to me.  I'll
10:08:19 15   post that on the web site and urge people to contact you also.
10:08:23 16        MR. HERMAN:  Yes, Your Honor.
10:08:23 17        THE COURT:  All right.  Thank you very much.  Court
10:08:25 18   will stand in recess.
10:08:27 19        THE DEPUTY CLERK:  All rise.
         20        (WHEREUPON, at 10:08 a.m. the proceedings were
         21   concluded.)
         22                    *    *    *
         23
         24
         25

**OFFICIAL TRANSCRIPT**

1                          REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter of the State of

5    Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                              *s/Cathy Pepper*_____

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Registered Merit Reporter
                                Official Court Reporter
15                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                            **OFFICIAL TRANSCRIPT**

## $

**$150,000** [1] - 38:16
**$200** [1] - 24:14
**$25** [1] - 24:11
**$50** [1] - 24:10
**$75,000** [1] - 38:17

## 0

**01-9041** [1] - 3:5
**09-MD-2047** [1] - 1:7

## 1

**1** [1] - 14:20
**1,000** [2] - 25:16, 25:17
**10** [3] - 4:12, 8:17, 12:25
**10:08** [1] - 45:20
**1100** [1] - 2:5
**12** [2] - 4:13, 4:14
**12th** [4] - 36:13, 36:16, 36:17, 44:7
**13** [1] - 10:15
**13th** [1] - 8:2
**14** [1] - 30:12
**14............................** 
............. [1] - 4:22
**15** [1] - 4:15
**150** [1] - 26:8
**16** [3] - 4:16, 17:5, 24:1
**16,000** [1] - 16:19
**16th** [1] - 15:9
**17,000** [1] - 17:5
**17th** [1] - 34:22
**17TH.....** [1] - 5:1
**18** [1] - 8:14
**1800** [1] - 2:17
**19106** [1] - 1:22
**19th** [2] - 8:16, 28:14
**19TH..........................** 
[1] - 4:9

## 2

**2** [2] - 14:21, 44:18
**20** [3] - 1:8, 6:2, 22:20
**2013** [3] - 1:8, 6:2, 17:2
**2014** [1] - 8:8
**2047** [1] - 6:9
**21** [3] - 4:17, 4:18, 28:18
**225** [1] - 15:11

**23** [2] - 4:19, 4:20
**24th** [2] - 34:23
**24TH.......** [1] - 5:2
**2500** [1] - 3:10
**27** [2] - 16:20, 16:22
**27th** [1] - 7:7

## 3

**3** [1] - 44:19
**30** [5] - 4:21, 4:22, 4:23, 17:2, 22:8
**30,000** [1] - 25:10
**3000** [1] - 3:4
**31** [2] - 4:24, 4:25
**31st** [1] - 13:19
**326** [1] - 37:9
**33101** [1] - 3:6
**33131** [1] - 2:14
**333** [1] - 2:13
**34** [3] - 5:1, 5:2, 5:3
**3650** [1] - 1:25
**36TH** [1] - 2:4

## 4

**4.8** [1] - 40:1
**40** [5] - 15:11, 17:3, 20:19, 33:4, 33:7
**4040** [1] - 2:23

## 5

**5** [1] - 8:13
**5,000** [1] - 18:13
**50** [1] - 14:2
**50,000** [1] - 25:10
**500** [2] - 1:21, 3:18
**504** [1] - 3:19
**510** [1] - 1:21
**546** [2] - 2:9, 3:14
**589-7779** [1] - 3:19

## 6

**6** [2] - 4:5, 8:13
**60** [1] - 37:22

## 7

**7** [4] - 4:6, 4:7, 8:17, 12:12
**7.2** [1] - 40:3
**70,000** [1] - 18:15
**700** [2] - 9:5, 17:6
**701** [2] - 1:25, 2:23

**70112** [2] - 2:18, 3:11
**70113** [1] - 1:19
**70130** [3] - 2:10, 3:14, 3:19
**70139** [1] - 1:25, 2:23
**70163** [1] - 2:5
**717** [1] - 35:14
**788** [1] - 16:23
**7th** [2] - 21:20, 22:5

## 8

**8** [4] - 4:8, 4:9, 4:10, 12:13
**80** [1] - 3:5
**820** [1] - 1:18
**8TH** [1] - 3:5

## 9

**9** [3] - 4:11, 12:24, 16:18
**909** [2] - 2:18, 3:10
**9:00** [1] - 1:8

## A

**a.m** [1] - 45:20
**A.M** [1] - 1:8
**abide** [2] - 31:3, 38:14
**ability** [2] - 29:24, 46:8
**able** [5] - 35:16, 35:23, 39:2, 39:7, 44:23
**above-entitled** [1] - 46:9
**absolutely** [1] - 39:17
**access** [1] - 20:8
**account** [1] - 25:23
**accounts** [1] - 24:25
**accumulate** [1] - 20:10
**acknowledge** [1] - 45:2
**acted** [1] - 30:13
**action** [2] - 13:3, 13:15
**actual** [1] - 8:12
**ADAM** [1] - 2:13
**addition** [2] - 26:24, 36:3
**additional** [1] - 31:19
**address** [6] - 15:21, 19:10, 23:21, 28:11, 37:5, 37:18
**addressed** [1] - 31:19
**addresses** [6] - 12:19, 16:24, 19:2, 35:15, 35:18, 36:2

**adequate** [1] - 13:20
**administrator** [1] - 16:4
**advance** [1] - 28:20
**advantage** [1] - 39:21
**advise** [1] - 34:11
**advised** [2] - 24:7, 26:21
**affect** [1] - 10:3
**affected** [1] - 43:23
**agenda** [3] - 20:5, 31:24, 34:19
**AGENDA** [1] - 4:3
**ago** [2] - 6:22, 13:25
**agree** [2] - 21:25, 38:9
**agreement** [5] - 12:15, 13:6, 18:6, 29:5, 40:6
**AGREEMENT............**
**.................** [1] - 4:14
**ahead** [3] - 35:10, 41:4, 41:6
**Alabama** [1] - 14:14
**albeit** [1] - 36:7
**ALFORD** [1] - 3:9
**ALL** [1] - 1:9
**allocated** [3] - 38:16, 41:8, 41:12
**allow** [1] - 18:5
**allowed** [1] - 35:10
**alluded** [1] - 44:10
**almost** [1] - 33:10
**alone** [1] - 15:3
**ALREADY** [1] - 4:25
**alternative** [1] - 35:18
**AMERICAS** [1] - 2:13
**amount** [7] - 9:19, 9:20, 16:8, 22:23, 26:10, 36:21, 41:12
**amounts** [5] - 29:18, 29:19, 29:20, 41:8, 41:9
**amplify** [1] - 20:6
**analysis** [1] - 42:25
**AND** [2] - 1:11, 2:8
**Andy** [1] - 45:4
**answer** [1] - 30:24
**anticipate** [1] - 27:24
**anticipated** [1] - 42:9
**apace** [1] - 40:14
**apartment** [3] - 43:17, 43:19, 44:2
**apartments** [1] - 43:18
**apologize** [1] - 8:16
**appeal** [6] - 7:6, 7:10, 7:18, 21:19, 22:5, 23:7
**appeals** [2] - 21:16,

21:21
**Appeals** [1] - 7:9
**appear** [2] - 24:7, 24:12
**appearance** [1] - 6:11
**APPEARANCES** [3] - 1:14, 2:1, 3:1
**appellate** [1] - 7:8
**appliances** [3] - 38:3, 39:5, 43:22
**applied** [2] - 16:7, 16:9
**appoint** [2] - 26:2, 26:14
**appointed** [2] - 24:23, 26:3
**appreciate** [2] - 15:13, 45:3
**approaches** [1] - 36:17
**appropriate** [6] - 12:23, 15:20, 29:8, 38:19, 38:24, 40:14
**appropriately** [2] - 40:16, 44:6
**approval** [9] - 30:4, 35:5, 35:8, 35:10, 36:16, 42:4, 42:8, 42:10, 44:7
**approve** [1] - 44:7
**approved** [5] - 10:12, 11:10, 16:11, 40:6, 42:7
**approves** [1] - 28:7
**April** [1] - 35:4
**ARE** [1] - 4:12
**areas** [1] - 7:13
**argue** [2] - 22:2, 22:21
**argument** [8] - 7:8, 7:20, 21:19, 22:3, 22:6, 22:7, 23:10, 23:11
**ARNOLD** [1] - 1:21
**Arnold** [1] - 21:14
**Article** [1] - 12:12
**assembled** [1] - 12:19
**assessing** [1] - 24:25
**assets** [1] - 32:10
**associated** [2] - 16:17, 38:5
**attached** [2] - 13:6, 14:3
**attachments** [1] - 10:21
**attention** [3] - 8:5, 15:13, 19:24
**attorney's** [1] - 28:18
**attorneys** [5] - 15:13, 20:8, 27:17, 34:12, 43:2

**AUGUST** [3] - 1:8, 4:9, 6:2
**August** [3] - 8:2, 8:16, 15:9
**authorization** [1] - 40:5
**authorizations** [2] - 40:20, 42:6
**available** [9] - 11:19, 16:21, 19:8, 32:24, 38:18, 38:25, 40:3, 43:25, 45:8
**AVENUE** [2] - 1:18, 2:13
**aware** [6] - 9:4, 19:5, 24:3, 36:9, 39:8, 39:13

## B

**B406** [1] - 3:18
**banc** [1] - 22:16
**bank** [6] - 24:18, 27:6, 28:21, 29:17, 29:18, 29:23
**Bank** [8] - 24:6, 24:12, 24:16, 24:17, 24:20, 28:21, 29:7
**banks** [2] - 27:3, 27:5
**Banner** [5] - 36:23, 40:10, 42:12, 43:10, 44:18
**bar** [2] - 10:6, 12:6
**BARRASSO** [1] - 2:16
**Barrios** [2] - 7:23, 7:25
**BARRIOS** [3] - 1:24, 1:24, 7:24
**based** [1] - 8:15
**Bass** [1] - 6:13
**BASS** [3] - 2:12, 6:13, 7:7
**BAYVIEW** [1] - 3:4
**Beach** [1] - 36:4
**Beane** [5] - 13:1, 13:14, 14:2, 14:15, 14:16
**BECNEL** [3] - 32:25, 33:3, 33:7
**Becnel** [1] - 34:13
**become** [1] - 34:12
**becomes** [1] - 40:3
**BEFORE** [1] - 1:12
**begin** [2] - 18:10, 37:4
**begun** [1] - 19:16
**behalf** [8] - 6:14, 6:18, 8:25, 11:2, 11:21, 15:10, 23:4, 41:24
**behind** [1] - 36:11

**benefit** [8] - 20:7, 26:9, 26:11, 26:12, 26:16, 27:23, 28:3, 43:1
**benefits** [1] - 9:17
**BERMAN** [1] - 1:20
**best** [2] - 36:1, 46:8
**better** [1] - 41:11
**between** [4] - 27:21, 31:12, 33:17, 38:16
**beyond** [1] - 36:22
**big** [2] - 22:6, 22:19
**bit** [1] - 23:9
**blue** [1] - 14:22
**board** [8] - 14:23, 30:24, 30:25, 31:1, 31:2, 31:7, 31:13
**bold** [1] - 21:6
**boots** [1] - 40:24
**BOX** [1] - 3:5
**Brandao** [1] - 11:16
**BRICKELL** [1] - 3:4
**brief** [1] - 28:13
**briefing** [2] - 22:3, 22:24
**briefly** [1] - 41:24
**briefs** [1] - 22:25
**brought** [1] - 19:24
**BrownGreer** [10] - 15:18, 15:20, 15:24, 16:1, 16:3, 16:10, 16:13, 21:4, 28:21, 39:22
**BrownGreer's** [1] - 20:7
**bucket** [1] - 18:5
**buckets** [1] - 42:21
**budget** [1] - 39:15
**builders** [1] - 17:23
**Builders** [1] - 6:14
**building** [2] - 37:25, 38:5
**BUILDING** [1] - 2:21
**built** [1] - 39:15
**bulk** [1] - 33:17
**BURR** [1] - 2:21
**business** [1] - 9:14
**BY** [13] - 1:17, 1:21, 1:24, 2:4, 2:9, 2:12, 2:17, 2:22, 3:4, 3:10, 3:13, 3:21, 3:22

## C

**CAFA** [6] - 36:8, 36:10, 36:11, 36:12, 42:10, 44:22
**CALDWELL** [1] - 3:3
**California** [1] - 35:19

**CALLED** [1] - 6:4
**Calogero** [2] - 12:3, 12:8
**cannot** [5] - 17:15, 17:17, 18:8, 19:17, 30:24
**capacities** [1] - 33:24
**capital** [1] - 32:11
**care** [1] - 39:6
**career** [1] - 11:23
**CARONDELET** [2] - 2:9, 3:14
**carpet** [1] - 38:3
**case** [24] - 6:8, 7:9, 7:12, 7:16, 7:17, 8:8, 10:17, 10:22, 22:21, 23:20, 25:3, 25:15, 25:17, 26:4, 26:5, 26:9, 26:12, 26:22, 27:11, 29:11, 29:12, 29:14, 29:15, 35:6
**cases** [7] - 10:13, 10:19, 22:13, 24:1, 26:1, 26:8, 32:1
**CASES** [1] - 1:9
**CASTEIX** [1] - 1:24
**catch** [1] - 41:1
**categories** [1] - 35:22
**Cathy** [2] - 46:3, 46:13
**CATHY** [1] - 3:17
**Cathy_Pepper@laed .uscourts.gov** [2] - 3:20, 46:15
**caught** [1] - 33:20
**CCR** [2] - 3:17, 46:13
**cdwquestions@ BrownGreer.com** [1] - 18:21
**census** [2] - 17:5, 37:7
**CENTRE** [2] - 2:4, 3:4
**certain** [3] - 11:23, 21:7, 36:21
**certainly** [1] - 24:19
**CERTIFICATE** [1] - 46:1
**certificate** [8] - 39:2, 39:6, 39:8, 39:9, 39:10, 39:12, 44:1, 44:3
**Certified** [3] - 46:3, 46:4, 46:13
**CERTIFIED** [2] - 3:17, 3:18
**certify** [1] - 46:7
**chain** [1] - 17:24
**chance** [2] - 17:19, 37:25
**change** [3] - 9:19, 9:20, 41:9
**changed** [1] - 42:25

**charge** [1] - 27:5
**charging** [1] - 27:3
**check** [4] - 18:17, 25:9, 25:10, 29:13
**checking** [1] - 25:23
**Chief** [1] - 12:7
**China** [3] - 7:15, 15:3, 15:4
**CHINESE** [1] - 1:5
**Chinese** [7] - 6:10, 16:4, 16:17, 37:24, 38:6, 39:4, 39:7
**CHINESE-MANUFACTURED** [1] - 1:5
**Chinese-manufactured** [1] - 6:10
**choose** [1] - 9:23
**chose** [2] - 9:12, 9:18
**Chrissy** [1] - 12:3
**Circuit** [10] - 7:18, 7:21, 11:22, 11:24, 12:1, 12:2, 21:20, 21:25, 22:4, 23:2
**circuit** [2] - 7:19
**CIVIL** [1] - 1:7
**claim** [18] - 9:21, 16:21, 17:14, 17:15, 17:17, 17:18, 18:9, 18:17, 18:19, 18:20, 19:6, 19:7, 19:9, 19:15, 32:2, 38:7, 38:8, 38:13
**claimants** [10] - 13:16, 13:19, 17:11, 18:23, 19:15, 20:7, 27:23, 30:14, 34:11, 38:25
**CLAIMANTS.............. ...................** [1] - 4:23
**claims** [28] - 13:2, 16:14, 16:19, 16:23, 16:24, 17:1, 17:2, 17:16, 18:9, 18:22, 19:18, 20:2, 20:17, 23:23, 25:8, 25:13, 25:14, 28:3, 30:4, 30:17, 32:12, 37:12, 38:9, 38:10, 38:14, 38:19, 38:22
**CLAIMS** [1] - 4:16
**class** [7] - 8:6, 9:20, 13:3, 13:15, 35:11, 35:25, 37:3
**clear** [2] - 27:19, 39:3
**CLERK** [3] - 6:7, 6:9, 45:19
**clerk** [4] - 10:20, 11:8, 12:3

**clerks** [1] - 11:15
**clients** [6] - 14:9, 27:17, 27:23, 37:3, 37:23
**closed** [1] - 16:18
**closes** [1] - 17:2
**closing** [1] - 9:14
**CO** [1] - 3:8
**co** [1] - 41:19
**co-counsel** [1] - 41:19
**Coast** [1] - 14:14
**Coastal** [7] - 9:9, 9:13, 30:5, 31:22, 36:22, 40:4, 44:19
**collected** [1] - 18:14
**coming** [1] - 40:9
**command** [1] - 11:17
**comment** [1] - 43:13
**comments** [3] - 11:5, 28:24, 37:14
**committee** [3] - 8:4, 19:20, 26:7
**COMMITTEE** [3] - 1:24, 2:8, 2:16
**Committee** [3] - 6:14, 6:16, 7:25
**common** [7] - 26:9, 26:11, 26:12, 26:16, 27:23, 28:2, 43:1
**compensatible** [1] - 33:18
**compensation** [1] - 38:24
**complaint** [5] - 13:1, 13:2, 14:2, 14:15, 14:16
**complaints** [2] - 10:16, 33:21
**complete** [4] - 8:4, 20:21, 22:3, 35:11
**completed** [1] - 16:23
**complex** [1] - 29:15
**complicated** [4] - 23:20, 25:6, 25:15, 27:14
**complied** [1] - 20:25
**comply** [2] - 14:6, 14:7
**components** [1] - 35:12
**COMPUTER** [1] - 3:22
**concluded** [1] - 45:21
**conclusion** [1] - 21:24
**conducted** [1] - 8:2
**CONFERENCE** [1] - 1:11
**conference** [7] - 6:20, 21:24, 23:13, 24:8, 24:13, 30:16, 44:11
**conferences** [2] -

15:12, 15:23
**confirmatory** [1] -
13:11
**confusion** [1] - 31:11
**connection** [8] - 7:5,
8:20, 12:14, 15:10,
15:19, 24:6, 24:9,
32:2
**consisted** [1] - 35:12
**consolidate** - 22:4
**consolidated** [4] -
21:17, 22:11, 22:12,
22:20
**consolidation** [1] -
21:21
**constantly** [2] - 24:3,
40:17
**construction** [2] -
42:2, 42:3
**Construction** [1] -
30:5
**CONSTRUCTORS** [1]
- 3:3
**consult** [1] - 32:20
**consulted** [1] - 30:15
**contact** [9] - 14:10,
14:25, 18:21, 19:2,
19:3, 21:4, 43:24,
45:11, 45:15
**contaminated** [1] -
43:23
**continue** [3] - 11:23,
40:13, 41:4
**CONTINUED** [2] - 2:1,
3:1
**contract** [1] - 27:21
**contractor** [1] - 32:18
**contractor's** [1] -
20:15
**contracts** [4] - 20:15,
27:22, 28:2, 32:17
**convene** [1] - 24:21
**cooperate** [1] - 41:17
**cooperation** [1] -
15:25
**cooperative** [1] -
40:22
**coordinated** [1] - 45:4
**COORDINATION** [1] -
1:24
**coordination** [1] -
7:23
**COORDINATION.......
.................** [1] - 4:7
**correct** [4] - 10:22,
15:8, 18:6, 46:7
**cost** [1] - 26:12
**costs** [3] - 21:9, 21:11,
25:1
**COSTS** [1] - 4:17

**counsel** [19] - 6:11,
6:22, 8:5, 11:21,
12:18, 22:10, 24:15,
30:20, 31:5, 31:6,
31:15, 32:20, 34:5,
35:1, 41:19, 41:20,
42:25, 43:7, 43:24
**Counsel** [2] - 8:1, 9:1
**COUNSEL** [2] - 1:17,
2:3
**couple** [4] - 13:7,
21:3, 27:13, 31:23
**course** [7] - 11:16,
22:19, 29:20, 30:13,
37:10, 39:16, 43:20
**COURT** [58] - 1:1,
3:17, 4:6, 6:4, 6:8,
6:11, 6:19, 7:3, 7:12,
8:10, 8:23, 9:25,
10:2, 11:12, 11:25,
12:21, 15:6, 15:16,
16:2, 16:15, 17:4,
19:1, 19:13, 19:19,
20:4, 20:24, 21:9,
21:11, 21:13, 22:10,
23:14, 23:18, 25:2,
29:10, 30:1, 30:8,
30:11, 30:18, 32:7,
33:1, 33:5, 34:2,
34:16, 34:21, 36:14,
37:7, 39:1, 41:7,
41:16, 41:22, 42:9,
42:13, 42:15, 42:18,
43:13, 44:25, 45:14,
45:17
**court** [6] - 7:3, 7:19,
24:21, 26:3, 42:4,
45:17
**Court** [35] - 7:9, 7:22,
11:2, 11:14, 12:8,
12:19, 15:21, 16:11,
24:3, 24:22, 26:2,
29:25, 31:3, 33:23,
33:25, 34:25, 35:2,
35:7, 36:17, 38:23,
39:25, 40:15, 40:19,
43:4, 43:5, 43:6,
45:6, 46:4, 46:5,
46:6, 46:14, 46:15
**Court's** [5] - 19:11,
19:24, 20:12, 24:5,
40:5
**court-appointed** [1] -
26:3
**courteous** [1] - 11:18
**courtroom** [1] - 32:24
**cover** [1] - 44:18
**CPA** [6] - 24:23, 26:2,
26:3, 26:14, 26:16,
26:17

**credit** [3] - 24:14,
24:18, 24:19
**critical** [1] - 32:16
**criticized** [1] - 33:20
**CRR** [2] - 3:17, 46:13
**cure** [1] - 17:19
**current** [3] - 35:15,
35:17, 35:24
**cut** [1] - 41:12

## D

**Danny** [4] - 33:1, 34:5,
34:8, 34:13
**data** [1] - 14:5
**database** [3] - 18:13,
18:16, 18:21
**date** [6] - 16:22, 21:7,
21:22, 22:5, 36:17,
36:18
**DAVIS** [3] - 1:18,
28:13, 29:23
**Davis** [1] - 28:10
**DAWN** [1] - 1:24
**Dawn** [1] - 7:25
**days** [8] - 14:5, 17:3,
20:19, 21:4, 22:7,
33:4, 33:7, 45:13
**deal** [7] - 22:21, 31:5,
31:6, 33:11, 36:14,
38:10, 41:13
**deciding** [1] - 22:13
**decisions** [1] - 19:17
**defective** [1] - 39:4
**defendant** [8] - 9:22,
9:23, 10:7, 25:3,
25:4, 25:17, 29:11,
30:25
**Defendants** [2] - 8:24,
9:3
**defendants** [10] -
9:16, 10:25, 19:22,
21:13, 23:5, 25:16,
25:18, 28:22, 29:16
**defendants'** [1] -
25:18
**DEFENDANTS'** [1] -
2:3
**DEFENDANTS...........
.............** [1] - 4:11
**DEFENDANTS..........
.....................** [1] -
4:18
**Defense** [1] - 6:16
**defer** [1] - 8:21
**deficiency** [1] - 17:20
**delay** [4] - 17:12,
36:25, 39:20, 44:22
**delayed** [2] - 36:8,

36:9
**delinquent** [1] - 17:9
**deposited** [3] - 11:15,
24:3, 40:7
**depository** [1] - 24:6,
28:21
**DEPUTY** [3] - 6:7, 6:9,
45:19
**described** [1] - 24:10
**designated** [2] - 11:6,
16:3
**determination** [1] -
27:20
**determine** [1] - 27:8
**determined** [2] - 28:3,
29:18
**Deutsche** [3] - 24:16,
24:17, 24:20
**develop** [1] - 42:2
**development** [1] -
44:20
**Development** [2] - 9:9,
9:10
**difference** [2] - 22:6,
31:15
**different** [3] - 13:7,
30:25, 39:9
**difficult** [1] - 22:22
**diligence** [2] - 24:15,
24:16
**diligently** [1] - 10:14
**diminution** [1] - 28:8
**direct** [3] - 35:12,
35:13, 35:14
**directly** [2] - 34:11,
35:15
**discuss** [5] - 6:23,
13:1, 21:24, 22:8,
41:4
**discussed** [1] - 31:10
**dismiss** [3] - 8:19,
10:10, 10:15
**DISMISS..............** [1] -
4:12
**DISMISS...................
.............** [1] - 4:10
**dismissal** [2] - 10:13,
10:24
**dismissals** [1] - 11:6
**dismissed** [2] - 10:23,
11:4
**distinguished** [1] -
12:7
**District** [4] - 7:8, 46:6,
46:15
**DISTRICT** [3] - 1:1,
1:2, 1:13
**disturbances** [1] -
38:20
**division** [1] - 27:21

**divisions** [1] - 8:12
**DOCKET** [1] - 1:7
**DOCUMENT** [1] - 1:8
**documents** [7] -
17:13, 17:16, 18:15,
18:16, 18:18, 18:22,
28:20
**dollars** [1] - 29:4
**done** [9] - 20:22,
23:16, 24:15, 29:8,
41:10, 41:11, 42:5,
42:22, 45:2
**DOROTHY** [2] - 2:9,
3:13
**dot** [1] - 14:22
**down** [5] - 28:4, 35:17,
35:21, 41:19, 43:7
**downstream** [2] -
25:18, 25:19
**dozen** [1] - 27:14
**drywall** [15] - 13:9,
14:23, 15:2, 30:22,
37:24, 38:6, 39:4,
39:7, 39:12, 43:17,
43:18, 43:20, 43:21,
44:4
**Drywall** [3] - 6:10,
16:4, 16:17
**DRYWALL** [1] - 1:5
**due** [4] - 17:12, 24:15,
24:16, 35:20
**duly** [1] - 42:11
**DUPLANTIER** [1] -
2:22
**during** [1] - 38:21

## E

**e-mail** [1] - 35:23
**e-mails** [2] - 14:2, 14:9
**early** [2] - 40:25, 41:3
**easier** [1] - 8:23
**Eastern** [1] - 46:6
**EASTERN** [1] - 1:2
**easy** [1] - 11:18
**effort** [2] - 20:24, 34:3
**efforts** [1] - 45:4
**egis** [1] - 27:19
**eight** [1] - 23:25
**either** [2] - 9:21, 31:3
**ELDON** [1] - 1:12
**embraces** [1] - 37:11
**emphasize** [6] - 16:25,
17:14, 17:18, 17:22,
18:12, 20:19
**en** [1] - 22:16
**encourage** [2] - 18:17,
19:14
**end** [8] - 8:21, 26:12,

29:13, 31:24, 33:14, 33:20
**endeavor** [1] - 35:23
**endeavored** [3] - 28:4, 31:14, 36:1
**ended** [1] - 9:14
**ENERGY** [1] - 2:4
**enjoyment** [1] - 38:21
**enter** [1] - 36:16
**entered** [3] - 20:16, 25:19, 35:9
**entire** [1] - 10:22
**entirely** [1] - 12:23
**entities** [1] - 9:21
**entitled** [2] - 25:14, 46:9
**Epstein** [1] - 33:8
**error** [1] - 12:2
**ESQUIRE** [13] - 1:17, 1:18, 1:21, 1:24, 2:4, 2:9, 2:12, 2:13, 2:17, 2:22, 3:4, 3:10, 3:13
**Esquire** [4] - 24:6, 28:21, 29:7, 39:22
**established** [2] - 28:19, 29:6
**estimate** [1] - 41:18
**etcetera** [1] - 45:10
**evaluate** [1] - 38:22
**eventually** [1] - 40:12
**evidence** [4] - 20:11, 20:13, 20:17, 31:8
**EVIDENCE**................
................... [1] - 4:24
**example** [1] - 29:3
**exceed** [1] - 28:6
**excellence** [1] - 11:23
**excellent** [3] - 11:17, 15:25
**except** [1] - 37:5
**exclusions** [1] - 37:16
**executed** [1] - 20:16
**executives** [1] - 24:8
**Exhibit** [7] - 13:7, 13:16, 14:4, 14:9, 14:10, 14:19, 15:5
**exhibits** [1] - 13:7
**exist** [1] - 18:17
**existing** [1] - 18:20
**expected** [1] - 9:7
**expecting** [1] - 16:24
**expedite** [1] - 13:23
**expended** [2] - 32:14, 32:15
**expense** [2] - 26:14, 26:18
**expenses** [5] - 26:5, 26:6, 26:16, 26:21, 41:10

**explain** [1] - 33:19
**explained** [1] - 38:4
**extensions** [1] - 22:24
**extent** [1] - 41:9
**EXTERIOR** [1] - 2:20

## F

**facilitate** [2] - 40:9, 41:4
**fact** [3] - 13:12, 25:16, 43:16
**facts** [1] - 23:2
**fairness** [5] - 30:3, 31:23, 32:22, 34:16, 34:24
**FAIRNESS** [2] - 1:12, 5:3
**Fallon** [6] - 6:17, 8:11, 15:9, 27:19, 28:7, 28:9
**FALLON** [1] - 1:12
**familiar** [1] - 11:3
**Farina's** [1] - 7:10
**fault** [1] - 33:22
**favorable** [1] - 37:2
**federal** [1] - 30:23
**Federal** [1] - 36:18
**fee** [5] - 26:9, 26:11, 27:20, 27:21, 28:2
**fees** [11] - 27:5, 27:6, 27:7, 27:19, 27:21, 27:23, 28:7, 28:18, 43:1, 43:7
**few** [4] - 16:24, 18:14, 41:20, 42:1
**Fifth** [10] - 7:18, 7:21, 11:22, 11:24, 12:1, 12:2, 21:20, 21:25, 22:4, 23:2
**figure** [1] - 23:6
**file** [3] - 17:7, 17:15, 19:9
**filed** [7] - 8:20, 12:17, 13:2, 13:4, 20:17, 28:14, 40:15
**FILING** [1] - 4:9
**filing** [7] - 8:15, 16:22, 19:7, 28:21, 28:25, 33:21, 39:25
**fill** [4] - 17:23, 18:10, 19:17, 35:6
**filled** [1] - 20:11
**final** [5] - 24:19, 30:4, 35:8, 36:16, 39:21
**fine** [2] - 10:8, 16:2
**firm** [1] - 28:22
**firms** [3] - 15:11, 17:12, 26:19

**first** [7] - 7:20, 7:22, 9:3, 26:1, 35:12, 44:14, 45:1
**FISHBEIN** [1] - 1:20
**FITZSIMMONS** [1] - 3:4
**five** [2] - 23:25, 28:16
**FL** [2] - 2:14, 3:6
**FLOOR** [1] - 2:4
**Florida** [7] - 7:9, 14:14, 14:17, 30:5, 35:6, 36:5, 45:9
**flow** [2] - 29:2, 44:24
**focus** [1] - 37:10
**folks** [3] - 28:23, 28:24, 44:12
**follow** [2] - 21:8, 34:13
**follow-up** [1] - 34:13
**followed** [1] - 7:20
**foot** [1] - 20:14
**FOR** [8] - 1:16, 1:23, 2:3, 2:7, 2:16, 2:20, 3:3, 3:8
**foreclosure** [1] - 35:21
**foregoing** [1] - 46:7
**foresee** [1] - 42:21
**Form** [1] - 20:12
**form** [1] - 20:16
**format** [1] - 11:11
**former** [1] - 27:2
**forms** [1] - 16:21
**forth** [6] - 13:14, 16:10, 25:19, 26:20, 28:17, 33:17
**forward** [4] - 12:4, 22:1, 32:10, 41:2
**FOSLID** [1] - 2:13
**four** [6] - 21:16, 22:4, 23:24, 24:2, 33:9, 33:17
**free** [2] - 39:3, 39:11
**FREEMAN** [1] - 2:16
**FRILOT** [1] - 2:3
**fund** [18] - 9:8, 9:15, 21:9, 21:11, 24:9, 24:10, 24:11, 25:5, 25:12, 27:25, 38:16, 39:24, 40:3, 40:10, 40:11, 40:13, 44:15
**FUND**......................
.......... [1] - 4:17
**funding** [5] - 9:11, 9:19, 36:22, 36:23, 42:20
**funds** [21] - 16:9, 24:3, 24:4, 25:11, 25:20, 25:22, 25:24, 27:1, 27:2, 27:3, 27:4, 28:5, 29:7, 30:23,

43:12, 43:25, 44:17, 44:24

## G

**GALLOWAY** [1] - 2:21
**gaps** [3] - 17:24, 18:11, 19:17
**Garretson** [2] - 23:23, 28:22
**Garrett** [4] - 24:23, 28:23, 29:24, 32:3
**Garrett's** [1] - 43:12
**Gary** [2] - 34:25, 35:2
**gather** [1] - 18:1
**general** [1] - 44:17
**generically** [2] - 30:5, 35:5
**Germano** [4] - 21:17, 21:19, 21:21, 22:1
**given** [4] - 15:14, 16:23, 17:11, 32:12
**glad** [1] - 19:24
**Global** [10] - 8:24, 9:4, 9:6, 10:11, 29:3, 36:23, 40:9, 42:12, 43:11, 44:19
**Godspeed** [1] - 11:22
**Gordon** [2] - 37:17, 43:14
**grant** [1] - 10:2
**granted** [1] - 22:25
**Greenberg** [1] - 6:13
**GREENBERG** [1] - 2:12
**Greg** [2] - 41:23, 44:13
**Gross** [1] - 21:18
**ground** [1] - 40:24
**Ground** [1] - 23:1
**grouped** [1] - 7:13
**groupings** [1] - 6:24
**groups** [4] - 7:15, 10:20, 10:22, 14:12
**guide** [1] - 20:13
**Gulf** [1] - 14:14

## H

**Hall** [2] - 8:2, 8:7
**hall** [2] - 14:12, 14:13
**hallway** [1] - 32:4
**hand** [1] - 39:16
**handle** [3] - 33:12, 33:24, 33:25
**handled** [3] - 25:25, 26:8, 31:16
**hands** [1] - 42:25
**happy** [1] - 32:4

**hard** [1] - 43:21
**hardest** [1] - 35:22
**hear** [1] - 8:22
**HEARD** [1] - 1:12
**heard** [2] - 10:16, 10:18
**hearing** [10] - 7:6, 8:2, 8:15, 10:17, 30:3, 31:23, 32:22, 34:16, 34:24, 44:5
**HEARING** [1] - 1:12
**HEARING**................
................... [1] - 5:3
**hears** [1] - 19:22
**help** [1] - 20:13
**helpful** [2] - 20:17, 44:2
**hereby** [1] - 46:6
**Herman** [2] - 6:17, 7:24
**HERMAN** [30] - 1:17, 1:17, 6:17, 7:5, 7:22, 8:11, 11:2, 11:14, 12:6, 15:9, 15:17, 20:6, 21:3, 21:10, 21:12, 21:14, 23:19, 27:16, 30:3, 30:9, 30:12, 31:9, 31:21, 32:23, 34:7, 34:18, 34:25, 45:1, 45:16
**hiccup** [1] - 23:9
**highest** [1] - 37:14
**HILARIE** [1] - 2:12
**Hilarie** [1] - 6:13
**himself** [1] - 33:12
**hit** [1] - 35:18
**Hobbie** [1] - 30:1
**HOBBIE**....................
.......................... [1] - 4:21
**Hog** [1] - 23:1
**hold** [2] - 41:18, 43:8
**holding** [1] - 29:4
**Home** [1] - 6:14
**home** [3] - 9:12, 13:8, 30:22
**Homebuilders** [1] - 7:5
**HOMEBUILDERS'** [1] - 2:7
**homes** [11] - 13:8, 15:16, 17:5, 18:6, 31:18, 31:25, 32:9, 32:20, 33:9, 33:16, 33:18, 45:10
**Homes** [2] - 9:10, 9:13
**HOMES**....................
...... [1] - 4:25
**Honor** [77] - 6:14, 6:15, 7:2, 7:7, 7:25,

8:9, 8:16, 8:21, 8:25,
9:2, 9:4, 9:10, 10:1,
10:9, 11:7, 12:10,
12:11, 12:15, 12:23,
13:3, 13:4, 13:6,
13:21, 14:11, 14:18,
15:17, 15:18, 16:12,
16:16, 17:10, 19:14,
20:3, 20:6, 21:8,
21:12, 21:14, 21:16,
23:17, 23:19, 24:13,
24:17, 24:24, 27:16,
28:13, 28:25, 30:3,
30:7, 30:9, 31:10,
31:17, 31:20, 32:23,
34:7, 34:20, 35:3,
35:4, 35:9, 36:3,
36:7, 36:8, 36:15,
37:1, 37:18, 38:7,
38:12, 39:14, 39:18,
41:15, 41:19, 41:23,
42:11, 42:16, 44:8,
44:9, 45:1, 45:16
**Honor's** [2] - 11:5,
20:9
**HONORABLE** [1] -
1:12
**hope** [2] - 24:18, 42:7
**hopeful** [1] - 21:3
**hopefully** [4] - 8:8,
23:12, 28:6, 45:11
**housed** [1] - 29:17
**housing** [1] - 27:4
**Houston** [1] - 14:16
**hundred** [3] - 6:21,
26:8, 27:13

### I

**idea** [1] - 29:1
**ideally** [1] - 36:10
**ideas** [1] - 34:6
**identifiable** [1] - 37:24
**identities** [1] - 33:18
**III** [1] - 2:17
**ilk** [1] - 37:15
**immediately** [1] - 42:3
**impact** [1] - 36:19
**implementing** [1] -
29:2
**import** [2] - 18:22,
18:23
**important** [5] - 17:4,
17:7, 32:7, 34:2,
40:19
**importantly** [1] - 35:13
**imported** [2] - 18:15,
18:18
**IN** [2] - 1:5, 5:1

**including** [3] - 12:15,
28:23, 30:16
**income** [1] - 28:6
**incomplete** [1] - 17:19
**independent** [1] -
25:21
**indicate** [3] - 12:6,
23:22, 42:10
**indicia** [10] - 13:8,
13:20, 13:22, 14:19,
15:3, 18:7, 20:11,
21:5, 32:2, 45:10
**individual** [4] - 17:25,
27:17, 27:22, 31:4
**individuals** [8] - 10:4,
20:1, 30:21, 35:21,
38:1, 39:1, 39:7,
39:10
**information** [11] -
13:17, 13:22, 14:1,
14:3, 17:25, 18:2,
18:4, 18:14, 32:18,
45:14
**injury** [1] - 43:25
**inquire** [1] - 32:23
**inquiries** [1] - 27:17
**inquiring** [1] - 30:19
**inspected** [4] - 37:21,
37:22, 37:23, 39:11
**inspection** [7] - 13:11,
13:12, 13:18, 20:14,
39:16, 44:1
**inspections** [4] -
14:10, 14:13, 20:21,
20:22
**installed** [1] - 39:4
**INSTALLERS** [1] - 3:3
**installers** [1] - 17:23
**INSTALLERS'** [1] - 2:8
**instance** [1] - 29:3
**instead** [2] - 9:22,
27:12
**instructed** [1] - 24:23
**Insurance** [1] - 9:1
**insurers** [1] - 25:19
**INSURERS'** [1] - 2:16
**interaction** [1] - 17:11
**interest** [1] - 28:6
**INTERIOR** [1] - 2:20
**introduction** [1] -
12:23
**inventory** [1] - 13:4
**investigate** [1] - 18:22
**involve** [2] - 31:7, 34:8
**involved** [7] - 7:17,
10:5, 14:1, 22:5,
25:7, 28:15, 28:16
**IS** [2] - 5:1, 5:2
**issue** [12] - 9:12,
12:10, 21:12, 21:25,

22:12, 22:19, 24:18,
28:12, 33:2, 42:9,
42:10, 44:7
**issued** [1] - 39:10
**issues** [5] - 11:13,
12:20, 22:14, 23:2,
25:2
**ITEM** [1] - 4:22
**item** [4] - 20:5, 21:9,
30:1, 30:12
**ITEMS** [1] - 4:3
**iterations** [1] - 28:10
**IV** [1] - 8:13

### J

**Jake** [1] - 16:13
**Jeremy** [1] - 33:8
**JOHNSON** [1] - 2:21
**Johnston** [6] - 30:14,
30:20, 31:11, 33:12,
34:9, 34:14
**joint** [1] - 11:1
**Joint** [2] - 12:24,
12:25
**JR** [2] - 2:22, 3:10
**Jr** [1] - 12:8
**JUDGE** [1] - 1:13
**judge** [2] - 8:2, 15:9
**Judge** [10] - 6:17,
7:10, 8:7, 8:11,
11:22, 27:19, 28:7,
28:9, 32:25, 33:3
**July** [2] - 13:19, 16:18
**juncture** [2] - 12:17,
45:6
**jurisdiction** [3] - 7:10,
23:14, 23:17
**jurist** [1] - 12:7
**Justice** [1] - 12:8
**justify** [1] - 43:21

### K

**KATZ** [1] - 1:17
**keep** [5] - 16:6, 16:9,
19:19, 27:8, 29:16
**kept** [1] - 26:21
**KERRY** [1] - 2:4
**Kerry** [7] - 6:15, 12:18,
15:10, 40:9, 40:17,
44:9, 45:5
**key** [1] - 14:21
**kicking** [1] - 44:14
**kind** [4] - 20:24, 32:5,
38:20, 44:21
**KINGSDORF** [1] -
1:24

**KIRK** [1] - 3:3
**Knauf** [23] - 7:14,
7:16, 12:19, 13:2,
13:9, 15:1, 15:2,
15:7, 15:10, 28:22,
30:23, 30:24, 31:1,
31:2, 38:13, 40:18,
40:22, 40:23, 41:5,
44:9, 44:14
**knowledge** [1] - 33:15
**knows** [2] - 16:16,
23:2
**KUPPERMAN** [1] -
2:16
**Kyle** [1] - 40:17

### L

**LA** [9] - 1:19, 1:25,
2:5, 2:10, 2:18, 2:23,
3:11, 3:14, 3:19
**Lago** [3] - 30:6, 35:6,
39:23
**large** [2] - 32:8, 37:25
**largely** [1] - 37:14
**last** [12] - 8:8, 11:7,
13:4, 14:5, 14:11,
15:22, 30:7, 30:16,
35:4, 35:9, 36:7,
42:1
**late** [1] - 17:8
**law** [3] - 11:18, 15:11,
17:11
**lawyer** [2] - 21:1,
33:16
**lawyers** [7] - 9:15,
14:1, 14:8, 26:8,
27:22, 33:9, 37:23
**lead** [5] - 6:22, 12:18,
35:1, 41:25, 44:13
**learn** [1] - 14:13
**least** [8] - 7:13, 17:5,
21:4, 25:23, 26:19,
27:13, 31:4, 33:15
**leaves** [1] - 12:4
**leaving** [2] - 11:25,
12:1
**left** [3] - 20:20, 33:4,
33:7
**legally** [1] - 38:11
**legitimate** [1] - 34:8
**Lennar** [1] - 7:9
**Lennie's** [1] - 13:25
**Leonard** [2] - 28:10,
28:11
**LEONARD** [1] - 1:18
**letter** [4] - 9:10, 24:14,
24:18, 24:19
**letters** [2] - 30:19,

30:21
**level** [1] - 24:11
**LEVIN** [10] - 1:20,
1:21, 21:16, 22:24,
23:16, 34:20, 42:11,
42:14, 42:16, 42:19
**Levin** [2] - 21:14, 45:4
**LIABILITY** [1] - 1:6
**Liability** [1] - 6:10
**Liaison** [2] - 8:1, 9:1
**LIAISON** [2] - 1:17, 2:3
**liaison** [5] - 6:11, 6:22,
30:20, 31:6, 34:5
**limitations** [1] - 22:25
**line** [3] - 16:21, 19:6,
28:4
**link** [1] - 18:22
**linked** [2] - 18:12,
18:20
**links** [2] - 19:3, 19:10
**list** [2] - 13:16, 21:4
**listed** [3] - 9:16, 20:12,
21:19
**listening** [1] - 20:8
**lists** [1] - 35:25
**Litigation** [1] - 6:10
**LITIGATION** [1] - 1:6
**live** [3] - 10:24, 19:8,
35:17
**Living** [2] - 9:9, 9:13
**LL&E** [1] - 2:17
**logistically** [1] - 23:6
**logistics** [2] - 6:23,
27:4
**look** [3] - 12:4, 14:4,
26:25
**looked** [1] - 14:6
**looking** [5] - 13:23,
14:19, 14:22, 14:25,
32:6
**looks** [2] - 27:12,
40:23
**lose** [1] - 22:4
**loss** [2] - 28:18, 38:20
**lost** [1] - 35:20
**LOUISIANA** [2] - 1:2,
1:7
**Louisiana** [4] - 12:8,
14:15, 46:5, 46:6
**LP** [1] - 2:21
**LTD** [1] - 3:9

### M

**mail** [1] - 35:23
**mailing** [1] - 35:19
**mails** [2] - 14:2, 14:9
**management** [1] -
23:23

**MANUFACTURED** [1] - 1:5

**manufactured** [1] - 6:10

**manufactures** [2] - 7:13, 15:1

**March** [1] - 8:8

**market** [1] - 41:9

**Mason** [3] - 34:25, 35:2, 45:2

**MASON** [7] - 35:2, 36:15, 37:9, 39:14, 41:14, 41:17, 44:8

**material** [2] - 26:24, 32:13

**materials** [1] - 17:8

**matrix** [1] - 14:22

**Matt** [1] - 23:23

**matter** [5] - 15:14, 23:3, 29:22, 30:6, 46:9

**matters** [2] - 12:14, 30:13

**MDL** [4] - 6:9, 10:19, 23:25, 28:17

**MDLs** [2] - 25:3, 26:25

**mean** [1] - 32:12

**meant** [1] - 13:17

**measurements** [1] - 20:15

**MECHANICAL** [1] - 3:21

**mechanism** [2] - 25:24, 27:9

**mechanisms** [1] - 42:4

**meet** [7] - 26:16, 26:20, 30:19, 32:4, 34:5, 42:1, 45:9

**MEETING** [2] - 5:1, 5:2

**meeting** [7] - 6:23, 31:25, 34:20, 34:21, 34:22, 40:17, 44:21

**meetings** [5] - 14:12, 14:14, 15:15, 32:5, 41:3

**meets** [1] - 32:1

**members** [2] - 35:25, 37:4

**mentioned** [2] - 11:25, 28:25

**Merino** [1] - 32:3

**Merit** [2] - 46:4, 46:14

**MERIT** [1] - 3:18

**mess** [2] - 11:9, 11:15

**met** [1] - 6:22

**method** [2] - 26:13, 34:4

**methods** [1] - 26:19

**Miami** [1] - 36:5

**MIAMI** [2] - 2:14, 3:6

**microphone** [2] - 6:20, 33:5

**mid** [2] - 24:20, 34:14

**might** [5] - 11:18, 12:6, 12:17, 23:19, 24:1

**MILLER** [8] - 2:4, 6:15, 7:2, 12:22, 15:8, 31:20, 31:22, 44:9

**Miller** [6] - 6:15, 12:18, 31:18, 40:9, 44:9, 45:5

**Miller's** [2] - 15:10, 45:7

**million** [5] - 24:10, 24:11, 24:14, 40:1, 40:3

**MINOR** [1] - 2:17

**Minor** [5] - 8:25, 28:22, 29:4, 30:12, 42:23

**minutes** [3] - 22:8, 22:20, 31:23

**missing** [1] - 19:18

**Mississippi** [1] - 14:14

**Mitchell** [2] - 21:18

**mixed** [2] - 31:13, 44:16

**modified** [1] - 42:6

**moment** [1] - 6:22

**momentarily** [2] - 37:6, 37:18

**Monday** [2] - 13:5, 14:8

**money** [14] - 9:8, 25:4, 26:23, 29:2, 29:16, 38:23, 40:2, 40:9, 40:12, 41:2, 42:24, 43:9, 43:10, 44:19

**monies** [2] - 27:2, 40:11

**monitoring** [1] - 24:25

**month** [3] - 7:7, 26:21, 28:15

**monthly** [2] - 6:19, 26:17

**months** [3] - 10:14, 28:11, 42:1

**morning** [6] - 6:15, 6:17, 7:24, 12:22, 41:3, 41:23

**Moss** [5] - 40:18, 41:14, 41:25, 42:6, 44:13

**most** [3] - 26:19, 35:13, 45:13

**mostly** [1] - 37:3

**MOTION** [1] - 4:11

**Motion** [1] - 8:24

**motion** [4] - 9:3, 11:1, 29:8, 39:25

**MOTIONS** [3] - 4:10, 4:12

**motions** [13] - 8:12, 8:14, 8:19, 9:2, 10:2, 10:9, 10:10, 10:15, 11:3, 23:21, 28:14, 40:15

**MOTIONS..................
........................** [1] - 4:20

**MOTIONS..................
...........................** [1] - 4:8

**move** [3] - 8:6, 30:9, 41:7

**moving** [3] - 21:2, 31:22, 41:4

**MR** [67] - 6:15, 6:17, 7:2, 7:5, 7:22, 8:11, 8:25, 10:1, 10:9, 11:2, 11:7, 11:14, 12:6, 12:22, 15:8, 15:9, 15:17, 16:12, 16:16, 17:10, 19:5, 19:14, 20:3, 20:6, 21:3, 21:10, 21:12, 21:14, 21:16, 22:24, 23:4, 23:15, 23:16, 23:19, 27:16, 28:13, 29:23, 30:3, 30:9, 30:12, 31:9, 31:20, 31:21, 31:22, 32:23, 32:25, 33:3, 33:7, 34:7, 34:18, 34:20, 34:25, 35:2, 36:15, 37:9, 39:14, 41:14, 41:17, 41:23, 42:11, 42:14, 42:16, 42:19, 44:8, 44:9, 45:1, 45:16

**MS** [3] - 6:13, 7:7, 7:24

**multiplicity** [1] - 24:2

**must** [1] - 21:7

**N**

**name** [1] - 16:12

**near** [1] - 31:24

**necessary** [5] - 17:8, 21:2, 25:5, 25:6, 45:9

**need** [20] - 15:3, 16:5, 17:1, 17:20, 18:7, 18:9, 19:2, 19:3, 19:21, 20:1, 20:11, 22:7, 22:23, 25:11, 26:13, 29:5, 29:21,

34:3, 40:4, 41:7

**needed** [3] - 20:14, 21:5, 22:7

**needs** [3] - 17:15, 25:24, 40:2

**negotiation** [1] - 24:19

**nevertheless** [1] - 42:24

**New** [3] - 7:21, 35:19, 45:8

**new** [13] - 11:8, 12:3, 12:12, 13:1, 18:2, 31:9, 32:2, 38:2, 38:3, 40:3, 42:13, 43:22

**NEW** [1] - 1:7, 1:19, 1:25, 2:5, 2:10, 2:18, 2:23, 3:11, 3:14, 3:19

**NEXT** [1] - 5:1

**next** [15] - 12:4, 12:10, 14:8, 20:5, 21:3, 21:9, 23:13, 24:8, 24:13, 24:21, 30:1, 31:17, 31:23, 34:17, 34:21

**nights** [1] - 11:20

**nine** [1] - 14:5

**NO** [1] - 1:7

**non** [1] - 9:11

**none** [1] - 40:14

**nonKnauf** [2] - 39:14, 41:1

**nonOmni** [1] - 10:19

**nonparticipating** [1] - 9:23

**nonunits** [1] - 41:5

**normal** [1] - 29:11

**note** [1] - 40:19

**nothing** [4] - 12:12, 31:9, 42:13, 44:5

**notice** [9] - 30:16, 35:11, 35:12, 35:13, 36:8, 36:10, 36:11, 36:12

**noticed** [2] - 36:2, 44:6

**notices** [1] - 35:14, 36:3

**notified** [3] - 15:11, 35:15, 42:11

**notify** [2] - 24:12, 35:23

**notifying** [1] - 19:16

**number** [7] - 8:11, 15:12, 24:7, 27:16, 28:23, 29:4, 32:8

**Number** [4] - 14:20, 14:21, 44:18, 44:19

**numbered** [1] - 46:9

**numbers** [1] - 25:7

**Numeral** [3] - 8:13, 8:14, 15:19

**NUMERAL** [1] - 4:15

**numerous** [1] - 15:23

**O**

**O'KEEFE** [1] - 1:18

**objection** [10] - 9:25, 10:19, 11:1, 11:6, 37:5, 37:17, 37:19, 43:14, 43:15, 43:16

**objections** [2] - 10:1, 10:17

**objector** [3] - 43:13, 43:17, 43:24

**observations** [1] - 41:21

**obviously** [2] - 37:13, 42:19

**occasionally** [1] - 30:18

**occur** [1] - 27:24

**October** [11] - 21:20, 22:5, 34:20, 34:22, 34:23, 36:13, 36:16, 36:17, 40:25, 44:7

**OCTOBER** [2] - 5:2

**OF** [4] - 1:2, 1:11, 2:13, 4:9

**OFFICE** [1] - 3:5

**office** [8] - 13:25, 14:25, 21:15, 29:4, 32:3, 33:9, 45:7

**OFFICIAL** [1] - 3:17

**Official** [2] - 46:5, 46:14

**officially** [1] - 12:4

**often** [1] - 27:5

**OMNI** [1] - 4:9

**Omni** [2] - 8:15, 10:15

**on-line** [2] - 16:21, 19:6

**once** [2] - 18:23, 29:6

**one** [29] - 7:13, 8:15, 9:3, 9:8, 11:7, 21:6, 22:11, 22:13, 22:14, 25:3, 25:9, 25:11, 25:17, 26:1, 27:12, 27:18, 28:15, 29:11, 32:25, 33:1, 33:3, 33:7, 34:4, 35:22, 37:5, 37:17, 39:22

**ONE** [1] - 2:22

**ones** [3] - 10:18, 10:22, 10:25

**opened** [1] - 16:20

**operational** [2] -

44:11, 44:21
**opinion** [1] - 38:8
**opportunity** [1] -
32:13
**opt** [1] - 9:11
**opt-out** [1] - 9:11
**options** [2] - 13:13,
13:15
**oral** [2] - 23:10, 23:11
**ORDER** [1] - 6:4
**Order** [1] - 10:21
**order** [6] - 7:10, 24:5,
29:9, 35:10, 36:16,
39:21
**orders** [3] - 6:24, 6:25,
40:15
**ORDERS**...................
.................. [1] - 4:5
**ordinarily** [1] - 24:1
**organization** [1] - 8:17
**ORLEANS** [10] - 1:7,
1:19, 1:25, 2:5, 2:10,
2:18, 2:23, 3:11,
3:14, 3:19
**Orleans** [2] - 7:21,
45:8
**ought** [4] - 20:24,
31:4, 33:10, 39:8
**ourselves** [2] - 34:12,
45:8
**outside** [2] - 24:15,
32:4
**outstanding** [1] -
11:17
**overwhelmingly** [1] -
37:2
**OWEN** [3] - 3:10, 23:4,
23:15
**Owen** [4] - 21:14,
21:23, 22:9, 23:4
**owned** [1] - 15:6
**owner** [1] - 35:16
**owners** [5] - 35:17,
35:20, 37:12, 38:20,
40:21

## P

**PA** [1] - 1:22
**page** [13] - 8:13, 8:14,
8:17, 12:12, 12:13,
12:24, 12:25, 21:6,
22:25, 23:5
**PAGE** [1] - 4:3
**paid** [5] - 27:7, 29:19,
32:13, 33:24, 33:25
**paint** [1] - 38:3
**Palm** [1] - 36:4
**panel** [6] - 22:2, 22:14,

22:17, 23:3, 23:8
**panels** [1] - 22:12
**paper** [1] - 43:1
**papering** [1] - 12:16
**papers** [1] - 36:9
**part** [3] - 18:1, 18:7,
18:24
**partial** [1] - 10:24
**participate** [7] - 9:12,
9:18, 17:9, 26:9,
26:10, 26:11, 44:1
**participated** [2] - 9:6,
10:23
**participating** [3] -
9:16, 9:22, 10:25
**particular** [7] - 12:17,
25:7, 25:11, 27:3,
29:15, 37:21, 44:20
**particularly** [2] - 17:4,
39:2
**parties** [8] - 9:5,
15:24, 16:11, 18:1,
18:4, 18:10, 19:2,
20:1
**parts** [1] - 16:6
**Pascal** [1] - 12:8
**past** [2] - 18:14, 36:1
**pay** [2] - 25:13, 25:23
**payout** [1] - 25:6
**pending** [1] - 21:17
**people** [29] - 6:21,
9:21, 17:5, 17:6,
18:2, 18:17, 18:19,
19:17, 19:18, 25:7,
25:10, 25:13, 25:18,
26:1, 26:5, 30:19,
32:8, 33:11, 35:20,
35:25, 36:2, 37:8,
38:18, 39:4, 41:10,
44:3, 45:15
**PEPPER** [1] - 3:17
**Pepper** [3] - 46:3,
46:12, 46:13
**per** [1] - 28:18
**perhaps** [1] - 20:15
**period** [6] - 10:12,
16:17, 16:18, 17:2,
36:12, 39:20
**permissible** [1] -
30:10
**permit** [1] - 12:11
**permits** [1] - 42:5
**person** [2] - 15:23,
25:9
**personally** [2] - 31:10,
41:25
**Phil** [3] - 24:23, 28:23,
29:24
**PHILADELPHIA** [1] -
1:22

**phone** [4] - 6:21,
15:23, 17:1, 44:12
**photographs** [2] -
20:14, 20:23
**photos** [1] - 15:4
**PHYSICAL** [1] - 4:24
**physical** [1] - 31:8
**picture** [3] - 14:21,
14:24, 15:1
**pictures** [3] - 14:21,
32:5, 32:16
**PIGMAN** [2] - 2:8, 3:13
**pilot** [3] - 12:13,
18:13, 18:20
**PILOT** [1] - 4:13
**pipes** [2] - 11:5, 43:3
**Pipes** [4] - 8:25,
28:22, 30:12, 42:23
**PIPES** [5] - 2:17, 8:25,
10:1, 10:9, 11:7
**Pipes'** [1] - 29:4
**place** [6] - 25:11, 29:1,
29:6, 36:22, 41:2,
42:4
**plaintiff** [1] - 29:12
**Plaintiff** [2] - 7:25,
20:12
**plaintiffs** [9] - 6:18,
7:17, 11:3, 11:5,
14:16, 19:20, 31:1,
31:2, 41:24
**PLAINTIFFS'** [1] - 1:16
**plan** [1] - 42:2
**PLASTERBOARD** [1]
- 3:8
**players** [1] - 44:20
**pocket** [1] - 29:16
**podium** [1] - 16:3
**point** [6] - 15:19,
22:15, 28:2, 31:14,
34:2, 40:11
**pointed** [1] - 41:14
**points** [1] - 34:8
**Polovin** [4] - 37:17,
38:1, 38:18, 38:25
**Polovin's** [1] - 43:14
**pooled** [1] - 29:21
**portal** [1] - 16:22
**possible** [7] - 17:2,
19:15, 23:7, 41:6,
41:8, 42:8, 45:11
**possibly** [1] - 33:12
**Post** [2] - 36:4, 36:5
**post** [3] - 19:1, 19:11,
45:15
**POST** [1] - 3:5
**poured** [1] - 40:2
**POYDRAS** [6] - 1:25,
2:5, 2:18, 2:23, 3:10,
3:18

**precise** [1] - 13:22
**preliminary** [2] - 35:5,
35:10
**prepared** [1] - 44:15
**prerecorded** [1] - 19:7
**present** [2] - 35:16,
44:3
**presentations** [1] -
44:10
**presumption** [1] -
18:5
**pretrial** [1] - 6:25
**PRETRIAL** [1] - 4:5
**pretty** [2] - 8:4, 36:24
**primarily** [1] - 45:8
**print** [1] - 21:6
**printing** [1] - 14:22
**priority** [1] - 37:14
**Pro** [1] - 30:14
**PRO** [1] - 4:23
**pro** [4] - 30:19, 31:5,
31:14, 34:12
**problem** [10] - 11:10,
22:18, 34:8, 41:13,
42:9, 42:12, 42:14,
42:21, 42:22
**problematic** [5] -
22:13, 27:11, 39:12,
43:20, 44:4
**problems** [1] - 33:8
**procedural** [1] - 19:9
**procedure** [1] - 10:6
**procedures** [2] - 16:7,
16:8
**proceed** [2] - 32:2,
40:19
**PROCEEDINGS** [3] -
1:12, 3:21, 6:1
**proceedings** [2] -
45:20, 46:9
**process** [15] - 12:18,
13:10, 13:23, 15:3,
16:14, 16:19, 19:7,
31:25, 38:4, 38:19,
38:21, 40:21, 41:2,
43:9, 45:12
**PROCESS**.................
.......... [1] - 4:16
**processed** [1] - 20:18
**PRODUCED** [1] - 3:22
**product** [2] - 38:14,
40:20
**Products** [1] - 6:10
**PRODUCTS** [1] - 1:5
**products** [1] - 39:17
**professional** [1] - 16:6
**Profile** [1] - 20:12
**program** [9] - 12:13,
14:13, 16:5, 17:9,
18:13, 18:15, 18:20,

32:10, 35:11
**PROGRAM**................
...................... [1] -
4:13
**programs** [1] - 16:5
**project** [2] - 40:25,
41:6
**prolix** [1] - 43:9
**proof** [3] - 13:9, 32:1,
32:14
**properties** [5] - 15:11,
16:19, 17:25, 18:13,
20:20
**property** [1] - 18:3
**proposal** [1] - 38:22
**proposed** [1] - 10:21
**protection** [2] - 10:5,
10:8
**protocol** [1] - 17:16
**prove** [1] - 18:7
**provide** [5] - 13:22,
14:19, 23:23, 32:5,
35:25
**provided** [8] - 13:8,
13:9, 13:13, 13:17,
13:25, 19:10, 28:24,
29:5
**PSC** [7] - 24:15, 39:22,
40:8, 42:17, 42:19,
42:20, 45:4
**publications** [1] - 36:4
**published** [1] - 36:3
**pure** [1] - 31:12
**purpose** [1] - 26:15
**pursuant** [3] - 29:8,
40:5, 43:12
**put** [18] - 19:3, 20:25,
25:23, 26:4, 26:5,
26:6, 26:14, 26:17,
26:18, 26:22, 29:1,
29:6, 29:7, 29:17,
42:22, 43:21
**puts** [3] - 25:4, 26:15
**putting** [2] - 26:22

## Q

**QSF** [8] - 4:20, 23:21,
25:12, 28:12, 29:8,
39:23, 42:21, 43:11
**QSFs** [17] - 23:25,
24:1, 24:2, 24:7,
25:21, 26:25, 27:4,
27:12, 27:13, 28:5,
28:9, 28:17, 28:18,
29:1, 29:6, 29:10
**qualified** [2] - 25:4,
25:12
**qualifies** [1] - 13:12

**questions** [6] - 14:24, 22:21, 31:24, 32:20, 37:3, 45:9
**quick** [1] - 44:24
**quickly** [3] - 40:13, 41:6, 41:7
**quite** [2] - 11:16, 16:24

## R

**Ramirez** [1] - 8:3
**rather** [2] - 29:15, 29:20
**RCR** [2] - 40:2, 41:20
**RCR's** [1] - 38:17
**RE** [1] - 1:5
**re** [1] - 6:9
**reached** [2] - 12:16, 24:11
**reaching** [1] - 18:10
**reading** [1] - 23:1
**ready** [4] - 10:16, 13:11, 22:3, 32:22
**real** [1] - 37:5
**really** [9] - 7:12, 12:13, 31:20, 32:16, 37:10, 41:7, 41:8, 43:15, 44:13
**REALTIME** [1] - 3:17
**Realtime** [2] - 46:3, 46:13
**reason** [5] - 9:8, 9:11, 15:7, 29:10, 43:19
**reasonable** [3] - 27:5, 27:6, 27:9
**rebuttable** [1] - 18:5
**receive** [2] - 30:18, 31:4
**received** [5] - 10:19, 11:1, 14:2, 16:23, 42:7
**receiving** [1] - 27:2
**recess** [1] - 45:18
**record** [3] - 6:12, 27:18, 46:8
**RECORDED** [1] - 3:21
**recover** [1] - 32:18
**reflection** [1] - 23:20
**regard** [10] - 12:10, 23:22, 26:4, 28:4, 28:9, 30:13, 30:14, 30:18, 42:25, 43:4
**regarding** [2] - 30:4, 43:14
**regards** [2] - 8:19, 31:16
**registered** [4] - 16:19, 16:24, 20:21, 46:14

**Registered** [1] - 46:3
**registrants** [1] - 21:6
**registration** [1] - 16:17
**reiterate** [1] - 45:7
**related** [1] - 9:11
**relates** [1] - 17:24
**RELATES** [1] - 1:8
**relatively** [2] - 40:1, 40:12
**released** [1] - 24:4
**releases** [4] - 29:12, 29:13, 29:17, 29:18
**remarks** [3] - 15:10, 20:7, 31:19
**remediate** [1] - 37:13
**REMEDIATED** [1] - 4:25
**remediated** [7] - 15:16, 30:17, 31:18, 31:25, 32:9, 32:19, 45:10
**remediation** [11] - 13:13, 13:15, 24:9, 27:25, 28:17, 37:4, 38:4, 38:21, 40:13, 40:23, 40:24, 44:15, 44:24
**remind** [1] - 36:17
**removal** [1] - 10:13
**Remove** [2] - 8:24, 9:3
**REMOVE** [1] - 4:11
**removed** [1] - 9:16
**Rene** [1] - 32:3
**rented** [1] - 36:1
**repair** [1] - 28:17
**repaired** [2] - 43:18, 43:19
**replenished** [1] - 24:10
**Report** [2] - 12:24, 12:25
**report** [10] - 7:6, 7:23, 8:13, 16:1, 16:14, 26:17, 26:25, 27:6, 29:24, 43:12
**reported** [1] - 30:13
**REPORTER** [4] - 3:17, 3:17, 3:18, 33:5
**Reporter** [7] - 46:3, 46:4, 46:5, 46:13, 46:14, 46:14
**REPORTER'S** [1] - 46:1
**reporting** [1] - 26:19
**reports** [4] - 20:14, 20:15, 26:16, 39:16
**representations** [1] - 11:4
**representative** [3] -

15:21, 16:1, 24:21
**representatives** [2] - 40:18
**represented** [3] - 31:15, 34:11, 38:1
**representing** [1] - 15:11
**represents** [1] - 41:20
**request** [2] - 19:8, 24:20
**required** [1] - 17:13
**requirements** [1] - 32:1
**requires** [1] - 24:24
**resolution** [1] - 29:4
**resolved** [1] - 29:22
**respect** [2] - 11:4, 31:17
**response** [3] - 13:24, 31:4, 37:1
**REUTER** [1] - 3:9
**review** [6] - 13:10, 13:21, 14:3, 18:1, 19:16, 19:17
**reviewed** [3] - 13:10, 28:20, 28:24
**reviews** [1] - 19:16
**RICHARD** [1] - 2:22
**rise** [2] - 6:7, 45:19
**RMR** [2] - 3:17, 46:13
**road** [1] - 43:8
**ROBERT** [1] - 3:4
**Robert** [1] - 30:14
**ROMAN** [1] - 4:15
**Roman** [3] - 8:13, 8:14, 15:19
**room** [1] - 44:11
**ROOM** [1] - 3:18
**ROSS** [1] - 3:9
**roughly** [1] - 38:17
**routinely** [1] - 36:10
**Rules** [1] - 36:18
**RUMBERGER** [1] - 3:3
**run** [1] - 11:7
**running** [1] - 33:16
**rush** [1] - 33:13
**Russ** [6] - 6:17, 12:22, 13:25, 43:5, 43:6
**RUSS** [1] - 1:17

## S

**S.W** [1] - 3:5
**s/Cathy** [1] - 46:12
**safe** [2] - 28:5
**Sam** [6] - 11:16, 11:21, 11:25, 12:4, 12:5, 19:11

**samples** [1] - 32:5
**SARVER** [1] - 2:16
**satisfactory** [1] - 24:18
**satisfied** [2] - 13:10, 24:17
**satisfy** [2] - 15:3, 17:16
**scheduled** [1] - 23:10
**Se** [1] - 30:14
**SE** [1] - 4:23
**se** [4] - 30:19, 31:5, 31:14, 34:12
**seal** [1] - 24:17
**seamless** [1] - 44:24
**search** [2] - 12:1, 12:2
**seated** [1] - 6:8
**second** [4] - 9:13, 10:9, 33:1, 36:20
**Section** [1] - 12:25
**SEDRAN** [1] - 1:20
**see** [8] - 18:17, 20:25, 22:1, 22:7, 23:7, 33:8, 43:17, 44:23
**seeing** [1] - 11:9
**seeking** [1] - 34:11
**segregated** [1] - 25:20
**selected** [1] - 16:10
**sell** [1] - 44:2
**send** [5] - 10:20, 14:25, 15:4, 24:20, 30:19
**sending** [1] - 36:10
**sense** [2] - 38:7, 44:25
**sent** [6] - 9:10, 28:25, 35:14, 36:8, 40:20, 42:5
**Sentinel** [1] - 36:5
**September** [3] - 17:2, 34:21, 34:22
**SEPTEMBER** [2] - 5:1
**serve** [1] - 33:23
**session** [1] - 14:3
**set** [13] - 8:14, 10:9, 10:17, 10:18, 13:13, 15:15, 28:17, 30:4, 32:4, 33:10, 35:7, 38:19, 39:23
**sets** [1] - 13:7
**setting** [2] - 14:10, 15:12
**settings** [2] - 7:3, 8:7
**SETTINGS.................
.........** [1] - 4:6
**settled** [3] - 7:16, 25:3, 29:12
**settlement** [51] - 8:6, 9:5, 9:6, 9:17, 9:20, 10:3, 10:5, 10:11, 12:15, 13:1, 13:2,

13:3, 13:4, 13:6, 13:14, 13:15, 16:4, 18:6, 18:8, 18:15, 25:4, 25:5, 25:6, 25:12, 25:20, 25:22, 26:11, 29:3, 29:5, 30:4, 30:23, 32:3, 37:1, 37:10, 37:11, 37:17, 39:15, 39:24, 40:2, 40:4, 40:6, 42:19, 42:23, 43:1, 43:10, 43:16, 44:6, 44:18
**SETTLEMENT** [1] - 4:14
**settlements** [12] - 8:3, 8:20, 10:12, 16:18, 23:23, 23:24, 23:25, 28:15, 28:16, 40:10, 42:20, 44:18
**several** [4] - 6:20, 27:14, 35:12, 42:1
**shared** [2] - 21:9, 21:11
**SHARED** [1] - 4:17
**SHELL** [1] - 2:22
**shop** [1] - 9:14
**short** [2] - 19:14, 33:20
**shortly** [2] - 13:25, 19:17
**show** [1] - 33:18
**showing** [1] - 39:3
**shows** [1] - 33:14
**side** [1] - 22:21
**sides** [1] - 11:19
**sign** [1] - 14:12
**signed** [1] - 29:12
**similar** [1] - 23:1
**simple** [1] - 23:6
**simply** [2] - 9:21, 15:2
**sit** [2] - 39:19, 41:19
**site** [9] - 19:1, 19:4, 19:12, 19:25, 20:9, 20:13, 33:11, 36:6, 45:15
**situation** [2] - 22:22, 34:10
**slightly** [1] - 36:9
**slippage** [1] - 29:20
**small** [1] - 9:14
**SMITH** [1] - 2:21
**someone** [2] - 33:8, 37:20
**sometimes** [3] - 22:22, 24:10, 39:1
**somewhat** [1] - 36:7
**soon** [5] - 17:1, 19:15, 40:1, 42:8, 45:11
**sorry** [3] - 12:25,

21:10, 31:21
**sources** [2] - 29:21, 44:17
**south** [1] - 14:17
**South** [2] - 30:5, 36:5
**specific** [2] - 13:18, 14:19
**specifically** [1] - 14:18
**speed** [1] - 12:17
**spread** [1] - 14:16
**square** [1] - 20:14
**SQUARE** [1] - 2:22
**stand** [1] - 45:18
**STANLEY** [1] - 3:9
**Stanley's** [1] - 21:15
**start** [12] - 6:25, 12:1, 12:2, 14:8, 19:16, 19:21, 29:2, 33:21, 37:15, 40:23, 40:24, 42:3
**started** [1] - 42:8
**starting** [1] - 12:4
**State** [2] - 8:1, 46:4
**state** [4] - 7:3, 7:19
**STATE** [1] - 4:6
**state/federal** [1] - 7:23
**STATE/FEDERAL** [2] - 1:23, 4:7
**statement** [3] - 27:18, 42:16, 43:4
**statements** [1] - 29:23
**States** [2] - 46:5, 46:15
**STATES** [2] - 1:1, 1:13
**states** [1] - 33:17
**stating** [1] - 21:25
**Status** [2] - 12:24, 12:25
**STATUS** [1] - 1:11
**status** [5] - 6:19, 8:12, 16:14, 24:8, 30:16
**steady** [1] - 44:24
**STEERING** [2] - 2:8, 2:16
**Steering** [3] - 6:14, 6:16, 7:25
**STENOGRAPHY** [1] - 3:21
**steps** [1] - 19:7
**stigma** [2] - 38:8
**still** [3] - 10:24, 12:16, 36:21
**STONE** [2] - 2:8, 3:13
**STREET** [10] - 1:21, 1:25, 2:5, 2:9, 2:18, 2:23, 3:5, 3:10, 3:14, 3:18
**structure** [1] - 34:6
**subcommittees** [1] - 26:7

**SUBMISSION** [1] - 4:16
**submission** [2] - 16:14, 17:16
**submit** [6] - 17:17, 17:18, 19:15, 38:20, 38:23, 43:3
**submitted** [3] - 17:1, 17:13, 38:23
**submitting** [1] - 24:16
**subsidiary** [2] - 7:14, 15:6
**subsidiary/Chinese** [1] - 7:14
**substantial** [1] - 29:20
**substantive** [2] - 36:19, 37:5
**sue** [1] - 9:23
**sued** [1] - 10:6
**suffered** [1] - 38:21
**sufficient** [1] - 22:24
**suggest** [3] - 20:22, 33:22, 36:15
**suggested** [1] - 6:24
**SUITE** [6] - 1:21, 1:25, 2:17, 2:23, 3:4, 3:10
**Sun** [1] - 36:5
**supervision** [1] - 24:5
**supplemental** [1] - 14:5
**suppliers** [1] - 17:23
**SUPPLY** [1] - 2:21
**Supply** [1] - 23:18
**supply** [2] - 17:24, 18:7
**SUPPLY.....................
.................** [1] - 4:19
**support** [2] - 42:20, 43:11
**supported** [1] - 42:24
**supports** [1] - 42:19
**suppose** [1] - 39:23
**Supreme** [1] - 12:8
**surprisingly** [1] - 9:6
**swapped** [1] - 29:13
**sympathetic** [1] - 37:19
**system** [3] - 18:9, 31:3, 38:14

**T**

**T-I-A-N-J-I-N** [1] - 14:23
**TAIAN** [1] - 3:8
**Taishan** [12] - 7:9, 7:11, 7:15, 7:18, 21:13, 23:4, 30:22, 30:25, 31:7, 31:13,

38:12, 44:16
**TAISHAN** [2] - 3:8, 4:18
**ten** [1] - 45:12
**tenants** [4] - 35:22, 35:24, 37:12
**tentatively** [1] - 23:10
**terms** [3] - 13:15, 14:18, 24:24
**Thalgott** [1] - 32:3
**THAT** [1] - 4:12
**THE** [67] - 1:12, 1:16, 1:23, 2:3, 2:7, 2:13, 2:16, 3:3, 5:1, 5:2, 6:7, 6:8, 6:9, 6:11, 6:19, 7:3, 7:12, 8:10, 8:23, 9:25, 10:2, 11:12, 11:25, 12:21, 15:6, 15:16, 16:2, 16:15, 17:4, 19:1, 19:13, 19:19, 20:4, 20:24, 21:9, 21:11, 21:13, 22:10, 23:14, 23:18, 25:2, 29:10, 30:1, 30:8, 30:11, 30:18, 32:7, 33:1, 33:5, 34:2, 34:16, 34:21, 36:14, 37:7, 39:1, 41:7, 41:16, 41:22, 42:9, 42:13, 42:15, 42:18, 43:13, 44:25, 45:14, 45:17, 45:19
**they've** [3] - 11:10, 15:14, 32:12
**third** [3] - 18:1, 18:4, 18:10
**Third** [1] - 7:8
**THIS** [1] - 1:8
**THOMAS** [1] - 3:10
**THORNTON** [1] - 3:9
**three** [10] - 9:2, 15:22, 21:17, 22:2, 22:11, 24:2, 25:17, 28:11, 33:8, 44:17
**Thursday** [1] - 14:4, 34:22
**THURSDAY** [1] - 5:2
**Tianjin** [4] - 13:9, 14:23, 15:3, 15:4
**timing** [1] - 36:24
**TO** [5] - 1:8, 4:10, 4:11, 4:12, 6:4
**today** [9] - 8:15, 8:17, 15:12, 15:13, 20:9, 30:4, 30:15, 36:23, 39:19
**together** [3] - 14:12, 29:22, 42:23
**Tom** [2] - 21:14, 23:4

**TOMPKINS** [1] - 2:21
**Torres** [1] - 8:3
**total** [3] - 24:2, 27:21, 28:18
**touch** [2] - 19:19, 27:8
**toward** [1] - 33:13
**TOWER** [1] - 2:17
**town** [2] - 14:12, 14:13
**tracing** [1] - 25:24
**track** [4] - 16:6, 16:9, 35:17, 40:24
**tracked** [2] - 35:21, 40:16
**tracking** [1] - 26:13
**transcript** [2] - 20:9, 46:7
**TRANSCRIPT** [2] - 1:11, 3:21
**transfer** [1] - 40:1
**Traurig** [1] - 6:13
**TRAURIG** [1] - 2:12
**tremendous** [1] - 13:24
**trial** [2] - 7:3, 8:7
**TRIAL** [1] - 4:6
**true** [1] - 46:7
**truth** [1] - 12:1
**try** [4] - 18:10, 23:12, 33:19, 44:10
**trying** [8] - 11:11, 23:5, 23:10, 34:3, 37:13, 40:22, 41:1, 41:17
**TUESDAY** [2] - 1:8, 6:2
**turn** [2] - 8:5, 26:12
**tutorial** [1] - 19:6
**tutorials** [2] - 19:8, 19:11
**TWO** [1] - 4:12
**two** [16] - 7:13, 8:3, 8:7, 8:12, 8:19, 9:6, 10:2, 10:10, 10:20, 10:22, 14:20, 22:7, 22:12, 25:17, 27:12, 28:14
**type** [3] - 13:22, 20:13, 21:5
**types** [1] - 16:5

**U**

**U.S** [2] - 24:12
**ultimate** [1] - 27:20
**ultimately** [1] - 28:1
**unable** [1] - 9:15
**unaffected** [1] - 38:19
**uncapped** [1] - 27:25
**uncertain** [1] - 18:16

**uncertainty** [1] - 17:13
**under** [5] - 12:12, 12:25, 24:16, 29:5, 30:12
**undertake** [1] - 34:12
**underway** [1] - 40:21
**unfortunate** [1] - 44:22
**unfortunately** [2] - 36:11, 38:14
**unhappy** [1] - 38:2
**unimpacted** [1] - 37:21
**unit** [9] - 35:16, 37:20, 37:21, 38:19, 39:2, 39:3, 39:11, 40:20
**UNITED** [2] - 1:1, 1:13
**United** [2] - 46:5, 46:15
**units** [17] - 35:15, 35:20, 37:9, 37:13, 37:22, 38:17, 39:5, 39:6, 39:15, 40:23, 41:1, 41:5, 44:14, 44:15, 44:16
**up** [22] - 9:14, 14:10, 14:12, 15:15, 16:2, 21:8, 22:22, 25:4, 26:22, 27:13, 32:4, 32:12, 33:10, 33:14, 34:13, 35:7, 36:11, 38:19, 39:23, 41:1, 41:9, 41:10
**urge** [3] - 20:1, 43:24, 45:15
**urgency** [1] - 43:5
**USDIN** [1] - 2:16
**usual** [1] - 15:24

**V**

**variety** [1] - 35:14, 36:4
**various** [13] - 8:19, 12:14, 12:19, 13:13, 14:1, 15:24, 16:6, 25:21, 26:18, 28:17, 28:24, 29:21, 42:21
**Venture** [1] - 23:18
**VENTURE** [1] - 4:19
**verbatim]** [1] - 8:18
**video** [1] - 19:6
**viewed** [1] - 42:7
**VII** [2] - 12:25, 15:19
**VII.............................
....** [1] - 4:15
**Villa** [1] - 30:6, 35:6, 39:23
**Virginia** [4] - 8:5,

23:22, 23:24, 28:15
**volume** [1] - 16:23
**volunteer** [1] - 33:11
**volunteers** [1] - 33:23

# W

**wait** [4] - 32:9, 36:18,
39:20, 41:11
**waiting** [2] - 17:6, 17:7
**walk** [1] - 19:6
**walking** [1] - 16:2
**WALNUT** [1] - 1:21
**WALTHER** [2] - 2:8,
3:13
**wants** [2] - 33:25,
41:20
**ways** [1] - 20:10
**weak** [1] - 38:9
**web** [8] - 19:1, 19:4,
19:11, 19:25, 20:9,
20:12, 33:11, 45:15
**week** [7] - 12:4, 13:25,
21:20, 24:20, 34:14,
45:12
**weekends** [1] - 11:20
**weeks** [1] - 15:22
**WEISS** [1] - 41:23
**Weiss** [2] - 41:23, 45:2
**welcome** [1] - 12:9
**West** [1] - 36:4
**whatsoever** [1] -
37:16
**whereas** [1] - 39:3
**WHEREUPON** [1] -
45:20
**whole** [1] - 38:3
**wholly** [1] - 15:6
**Wiener** [1] - 11:22
**wife** [1] - 37:18
**willingness** [2] -
15:14, 32:11
**Wiltz** [1] - 21:17
**WIMBERLY** [2] - 2:9,
3:13
**wind** [1] - 27:13
**wise** [1] - 12:24
**wish** [2] - 11:21, 44:2
**withdrawals** [1] -
43:11
**withdrawn** [1] - 25:13
**WITTMANN** [2] - 2:8,
3:13
**WOODY** [6] - 16:12,
16:16, 17:10, 19:5,
19:14, 20:3
**Woody** [1] - 16:13
**word** [2] - 14:23,
19:20

**world** [1] - 15:2
**writing** [2] - 25:9,
25:10

# X

**XXIV** [1] - 8:14

# Y

**years** [1] - 18:14
**yesterday** [2] - 10:15,
28:25
**York** [1] - 35:19

**OFFICIAL TRANSCRIPT**