UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the *Motion for Leave to Exceed Page Limitation and to File Primary Counsel's Objections and Responses to Special Master's Recommendations Concerning Attorneys' Fees and Expenses (Doc. 20950) Under Seal in its Entirety* filed by Primary Counsel;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Primary Counsel are allowed to exceed the page limitation of *Primary Counsel's Objections and Responses to Special Master's Recommendations Concerning Attorneys' Fees and Expenses*;

IT IS FURTHER ORDERED BY THE COURT that *Primary Counsel's Objections and Responses to Special Master's Recommendations Concerning Attorneys' Fees and Expenses* and accompanying exhibits shall be and is hereby filed UNDER SEALED in its entirety.

New Orleans, Louisiana, this  2nd  day of         October        , 2017.

_____
Eldon E. Fallon
United States District Court Judge