UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO. 09-02047 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "L" (5) |

### ORDER

The Court has received Primary Counsel's request for oral argument on its objections to the Special Master's recommendations concerning attorneys' fees and expenses. Rec. Doc. 20994. Because the Court has before it ample submissions, records and exhibits, including Primary Counsel's 139-page response, and because Primary Counsel has already had two prior opportunities before the Fee Committee and Special Master to advocate its positions, oral argument is not needed at this time. Accordingly,

**IT IS ORDERED** that Primary Counsel's request (Rec. Doc. 20994) is **DENIED**.

New Orleans, Louisiana, this 2nd day of October, 2017.

_____
**ELDON E. FALLON**
United States District Judge