UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING the Motion of Primary Counsel for Leave to File Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses Under Seal;

IT IS ORDERED BY THE COURT that the Motion is granted and Primary Counsel's Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses be filed UNDER SEAL.

New Orleans, Louisiana, this  2nd  day of   October  , 2017.

_____
Eldon E. Fallon
United States District Court Judge

1