UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*DeOliveira, et al v. Taishan Gypsum Co., Ltd., et al*<br>Case No. 17-8291 | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summons and Complaint (XXV) in the above captioned matter on Bernard Taylor, Esquire on September 28, 2017 via Federal Express pursuant to Court Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566). See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: October 2, 2017

                                                           /s/ Arnold Levin
Arnold Levin, Esquire
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of October, 2017.

                                                /s/ Arnold Levin
                                                Arnold Levin, Esquire

# EXHIBIT A

# LEVIN SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

* also admitted in New Jersey
† also admitted in New York

September 28, 2017

**Via Federal Express**
Bernard Taylor
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

> RE: **Chinese Drywall Litigation**
> ***DeOliveira, et al v. Taishan Gypsum Co., Ltd, et al***
> **No. 17-8291 (Omni Complaint XXV)**

Dear Mr. Taylor:

Pursuant to the Court's Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566), enclosed please find the Summonses and Complaint for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. for the above action.

Should you have any questions, please feel free to contact me.

Very truly yours,

ARNOLD LEVIN

AL:jsl
Enclosures

**IMPORTANT!**
FedEx is closely monitoring Tropical Storm Maria. Learn More

## FedEx® Tracking

**770371995159**

Ship date:
Thu 9/28/2017

Actual delivery:
Fri 9/29/2017 9:03 am

**Delivered**
Signed for by: P.HINCKSON

Levin Sedran & Berman
SUITE 500
510 WALNUT STREET
PHILADELPHIA, PA US 19106
215 592-1500

Alston & Bird LLP
Bernard Taylor, Esquire
1201 West Peachtree Street
ATLANTA, GA US 30309
215 592-1500

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 9/29/2017 - Friday | | |
| 9:03 am | Delivered | ATLANTA, GA |
| 7:24 am | On FedEx vehicle for delivery | ATLANTA, GA |
| 6:53 am | At local FedEx facility | ATLANTA, GA |
| 4:42 am | At destination sort facility | ATLANTA, GA |
| 2:49 am | Departed FedEx location | MEMPHIS, TN |
| 12:27 am | Arrived at FedEx location | MEMPHIS, TN |
| 9/28/2017 - Thursday | | |
| 11:10 pm | Shipment exception<br>Delay beyond our control | PHILADELPHIA, PA |
| 9:00 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 6:55 pm | Picked up | PHILADELPHIA, PA |
| 1:22 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 770371995159 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | cdw - DeOliveira XXV | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | Standard transit | 9/29/2017 by 3:00 pm |

**FedEx.**                                    Search or tracking number   Sub

**Customer Focus**            **Featured Services**                **Companies**            **Follow FedEx**                 United States - English
New Customer Center           FedEx Delivery Manager               FedEx Express
Small Business Center         FedEx Critical Inventory Logistics   FedEx Ground
Service Guide                 FedEx SameDay                        FedEx Office
Customer Support              FedEx Home Delivery                  FedEx Freight
                              FedEx TechConnect                    FedEx Custom Critical
**Company Information**       FedEx HealthCare Solutions           FedEx Trade Networks
About FedEx                   Online Retail Solutions              FedEx Cross Border
Careers                       Packaging Services                   FedEx Supply Chain
Investor Relations            Ancillary Clearance Services
Subscribe to FedEx email
                              **Other Resources**
                              FedEx Compatible
                              Developer Resource Center
                              FedEx Ship Manager Software
                              FedEx Mobile

© FedEx 1995-2017                                    Careers | Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=770371995159||201...   9/29/2017