UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Mertlitz v. Taishan Gypsum Co., Ltd., et al*<br>*Case No. 17-8293* | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summons and Complaint (XXVII) in the above captioned matter on L. Christopher Vejnoska, Esquire on September 28, 2017 via Federal Express pursuant to Court Order dated November 9, 2015 (Rec. Doc. No. 19713). See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: October 2, 2017

                                                   Arnold Levin, Esquire
                                                   Levin Sedran & Berman
                                                   510 Walnut Street
                                                   Suite 500
                                                   Philadelphia, PA 19106
                                                   Phone: (215) 592-1500
                                                   Fax: (215) 592-4663
                                                   Alevin@lfsblaw.com

                                                   *Plaintiffs' Lead Counsel MDL 2047*

# EXHIBIT A

# LEVIN SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

* also admitted in New Jersey
† also admitted in New York

September 28, 2017

*Via Federal Express*
L. Christopher Vejnoska
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

  RE: **Chinese Drywall Litigation**
     ***Mertlitz v. Taishan Gypsum Co., Ltd, et al***
     *No. 17-8293 (Omni Complaint XXVII)*

Dear Mr. Vejnoska:

  Pursuant to the Court's Order dated November 9, 2015 (Rec. Doc. No. 19713), enclosed please find the Summonses and Complaint for your clients, China National Building Material Co., Ltd., Beijing New Building Materials Public Limited Co. and Beijing New Building Materials Group Co., Ltd. for the above action.

  Should you have any questions, please feel free to contact me.

           Very truly yours,

           **ARNOLD LEVIN**

AL:jsl
Enclosures

