UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO. 09-02047 |
| THIS DOCUMENT RELATES TO:  ALL CASES | SECTION "L" (5) |

### ORDER

The Court has received Primary Counsel's motion for accounting and adjustment of global award of attorneys' fees and reimbursement of expenses.  Rec. Doc. 21003.  Accordingly,

**IT IS ORDERED** that the Fee Committee shall file its response by October 14, 2017.

**IT IS FURTHER ORDERED** that Primary Counsel shall file its reply by October 19, 2017.

New Orleans, Louisiana, this 3rd date of October, 2017.

_____
**ELDON E. FALLON**
United States District Judge