FILED

2016 OCT 20 A 10: 13

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
CIVIL COURT

STATE OF LOUISIANA

NO. 2016-04002                                                              DIVISION "I"

BURNS, WINSTON J. JR. ET AL

VERSUS

LIVERS CONSTRUCTION INC. ET AL

FILED:_____        _____
                                         DEPUTY CLERK

### AFFIDAVIT OF WINSTON J. BURNS, JR.

STATE OF LOUISIANA
PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, personally came and appeared:

WINSTON J. BURNS, JR.

who, after being duly sworn, did depose and state the following:

1. On or about April 9, 1998, he and his wife, Wendy Burns (hereinafter collectively, "Plaintiffs"), purchased their home, located at 1726 Lakeshore Drive, in New Orleans, Louisiana (hereafter, the "Property"). The Property faces north towards Lakeshore Drive and is a two-story structure over a concrete-slab foundation. The Property's exterior walls are covered with brick, and the roof is a built-up flat roof. Upon information and belief, the Property was constructed sometime in 1961.

2. In August of 2005, during Hurricane Katrina, the roof blew off of the Property allowing rain to soak the interior of the structure. As a result of this damage, extensive repairs were required, including, but not limited to, removal and replacement of the drywall, floor coverings, and appliances.

3. Plaintiffs retained Livers Construction, Inc. (hereinafter, "Defendant") to perform all the repair work to the Property in response to the damages sustained during Hurricane Katrina.

4. From August of 2005 until July of 2007, the Property was uninhabitable and Plaintiffs were forced to reside elsewhere. To the best of their recollection, Plaintiffs moved back into the Property on or about July 1, 2007, with their minor daughter.

EXHIBIT 1

5. October 30, 2015, was the first time Plaintiffs had definite confirmation that the Property was contaminated with Chinese Drywall.

6. During the time in which Plaintiffs were experiencing problems with the Property, Plaintiffs attempted to reach out to Defendant regarding the issues. Defendant either ignored Plaintiffs' plea to help resolve the issues or refused to remediate the problems.

7. Plaintiffs have now learned that during this time, upon information and belief, Defendant had specific knowledge about the possibility of the existence of Chinese drywall to the Property, yet Defendant concealed this information from them.

8. Plaintiffs have also recently learned that during this time, upon information and belief, Defendant knew of the existence of MDL 2047 and its applicability to the Chinese drywall installed in the Property, yet Defendant concealed this information from them as well.

9. As a result of the actions of Defendant, Plaintiffs have sustained significant damages, and of this date, Defendant has failed and/or refused to make or pay for any repairs to the Property.

_____
WINSTON J. BURNS, JR.

SWORN AND SUBSCRIBED BEFORE ME
THIS 18th DAY OF OCTOBER, 2016.

_____
NOTARY PUBLIC

Patrick R. Follette
NOTARY PUBLIC
State of Louisiana
My Commission Is Issued for Life
La. Bar Roll No: 34547
Notary ID No: 137668