NO. 2016-C-1221

COURT OF APPEAL, FOURTH CIRCUIT

STATE OF LOUISIANA

WINSTON J. BURNS, JR. AND WENDY BURNS

VERSUS

LIVERS CONSTRUCTION, INC. AND FIREMAN'S FUND INSURANCE COMPANY

IN RE: LIVERS CONSTRUCTION, INC.

APPLYING FOR: SUPERVISORY WRIT

DIRECTED TO: HONORABLE PIPER D. GRIFFIN
CIVIL DISTRICT COURT, ORLEANS PARISH
DIVISION "I-14", 2016-04002

**WRIT DENIED**

The Relator, Livers Construction, Inc., seeks review of the trial court's November 7, 2016 judgment, which denied the Relator's peremptory exceptions of peremption and *res judicata*. The Relator's writ is denied.

New Orleans, Louisiana this 12th day of December, 2016.

_____
JUDGE ROSEMARY LEDET

_____
JUDGE TERRI F. LOVE

_____
JUDGE JOY COSSICH LOBRANO

A TRUE COPY
NEW ORLEANS
DEC 12 2016
Justin L. Woods CLERK
COURT OF APPEAL FOURTH CIRCUIT

EXHIBIT 2



Office Of The Clerk
## Court of Appeal, Fourth Circuit
State of Louisiana

400 Royal Street
Third Floor

Justin I. Woods
Clerk of Court

JoAnn Veal
Chief Deputy Clerk of Court

Mailing Address:
410 Royal Street
New Orleans, Louisiana
70130-2199
(504) 412-6001
FAX (504) 412-6019

## NOTICE OF JUDGMENT AND
## CERTIFICATE OF MAILING

I CERTIFY THAT A COPY OF THE WRIT DISPOSITION IN THE BELOW-NUMBERED MATTER HAS BEEN MAILED ON OR DELIVERED THIS DAY **12/12/2016** TO THE TRIAL JUDGE, COUNSEL OF RECORD AND ALL PARTIES NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

JIW/rmj
**JUSTIN I. WOODS
CLERK OF COURT**

### 2016-C-1221

Jevan Fleming
Ron Anthony Austin
RON AUSTIN & ASSOCIATES, LLC
400 Manhattan Boulevard
Harvey, LA 70058-

John D. Stephens
RON AUSTIN & ASSOCIATES, LLC
400 Manhattan Blvd.
Harvey, LA 70058-

James McClendon Williams
CHEHARDY, SHERMAN, ELLIS,
MURRAY, RECILE, GRIFFITH,
STAKELUM & HAYES, LLP
One Galleria Blvd.
Suite 1100
Metairie, LA 70001-

Matthew A. Sherman
CHEHARDY SHERMAN ELLIS MURRAY
RECILE GRIFFITH STAKELUM & HAYES,
L.L.P.
One Galleria Bouldevard
Suite 1100
Metairie, LA 70001-