# The Supreme Court of the State of Louisiana

WINSTON J. BURNS, JR. AND WENDY BURNS

NO.  2017-CC-0048

VS.

LIVERS CONSTRUCTION, INC. AND FIREMAN'S FUND INSURANCE COMPANY

- - - - - -

IN RE: Livers Construction, Inc.; - Defendant; Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. I, No. 2016-04002; to the Court of Appeal, Fourth Circuit, No. 2016-C-1221;

- - - - -

**February 17, 2017**

Denied.

SJC
JLW
GGG
MRC
JDH
JTG

Supreme Court of Louisiana
February 17, 2017

_____
Deputy Clerk of Court
For the Court

EXHIBIT 3