UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR OCTOBER 12, 2017 STATUS CONFERENCE**

**Joint Report**
   **Section**

      III.    OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

      V.    KNAUF REMEDIATION PROGRAM

      VI.    INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

      VII.    TAISHAN, BNBM AND CNBM DEFENDANTS

      X.    ATTORNEY FEES

      XIV.    NEXT STATUS CONFERENCE