# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) |
| | MDL No. 2047 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO ALL CASES** | JUDGE FALLON MAG. JUDGE WILKINSON |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY TAYLOR MORRISON ENTITIES

Subject to the requirements of Pretrial Order No. 1(J), dated March 20, 2015, Taylor-Woodrow Communities at Vasari, LLC, Taylor Morrison Construction Company, Taylor Morrison Services, Inc., Morrison Homes, Inc., Taylor Morrison of Florida, Inc., Morrison Homes, Inc., Taylor Morrison, Inc., Taylor Woodrow Homes Central Florida Division, LLC, Taylor Woodrow, Inc., Taylor Woodrow at Vasari, LLC., Taylor Woodrow Homes Florida, Inc., Taylor Woodrow Homes-Southwest, Florida Division, LLC, together with all affiliates and subsidiaries (collectively, "Taylor Morrison") hereby gives notice of its intention to dispose of the physical evidence that Taylor Morrison was previously preserving from the following property or properties:

See Attached list of addresses.

Any person or entity wishing to inspect this physical evidence or, in the case of the owner of the property, take possession of this physical evidence at their own expense, must do so within thirty (30) days of the date of this notice upon reasonable notice to Taylor Morrison by contacting: Neal A. Sivyer, Esq. by telephone at: (813) 221-4242 or by e-mail at nsivyer@sbwlegal.com. Upon the expiration of the thirty-day period, Taylor Morrison may dispose of such physical evidence.

Dated: October 11, 2017

        Respectfully submitted,

        /S Neal A. Sivyer_____
        Neal A. Sivyer
        Florida Bar No. 373745
        **SIVYER BARLOW & WATSON, P.A.**
        401 E. Jackson Street, Suite 2225
        Tampa, Florida 33602
        Telephone:  (813) 221-4242
        Facsimile:   (813) 227-8598

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 11, 2017, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq. by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

        s/Neal A. Sivyer_____
        Neal A. Sivyer

LIST OF ADDRESSES FOR DISPOSAL OF EVIDENCE

10109 37th Court East, Parrish, Florida 34219
10110 41st Court East, Parrish, Florida 34219
10288 Via Siena Court, Unit 202, Bonita Springs, Florida 34135
11007 Carrara Court, Unit 101, Bonita Springs, Florida 34135
11007 Carrara Court, Unit 102, Bonita Springs, Florida 34135
11019 Carrara Court, Unit 101, Bonita Springs, Florida 34135
11019 Carrara Court, Unit 102, Bonita Springs, Florida 34135
11019 Carrara Court, Unit 201, Bonita Springs, Florida 34135
11019 Carrara Court, Unit 202, Bonita Springs, Florida 34135
1146 Nashville Drive, Wesley Chapel, Florida 33544
11939 Avalon Preserve Boulevard, Fort Myers, Florida 33908
11945 Avalon Preserve Boulevard, Fort Myers, Florida 33908
12085 Via Siena Court, Unit 101, Bonita Springs, Florida 34135
12085 Via Siena Court, Unit 201, Bonita Springs, Florida 34135
12085 Via Siena Court, Unit 202, Bonita Springs, Florida 34135
1263 Nashville Drive, Wesley Chapel, Florida 33544
14456 Dolce Vista Road, Unit 201, Fort Myers, Florida 33908
14456 Dolce Vista Road, Unit 203, Fort Myers, Florida 33908
14501 Abaco Lakes Drive, Unit 202, Fort Myers, Florida 33908
14501 Abaco Lakes Drive, Unit 204, Fort Myers, Florida 33908
14507 Abaco Lakes Drive, Unit 104, Fort Myers, Florida 33908
14507 Abaco Lakes Drive, Unit 202, Fort Myers, Florida 33908
14513 Abaco Lakes Drive, Unit 103, Fort Myers, Florida 33908
14513 Abaco Lakes Drive, Unit 104, Fort Myers, Florida 33908
14513 Abaco Lakes Drive, Unit 106, Fort Myers, Florida 33908
14513 Abaco Lakes Drive, Unit 205, Fort Myers, Florida 33908
14514 Dolce Vista Road, Unit 101, Fort Myers, Florida 33908
14519 Abaco Lakes Drive, Unit 103, Fort Myers, Florida 33908
14519 Abaco Lakes Drive, Unit 204, Fort Myers, Florida 33908
14520 Dolce Vista Road, Unit 101, Fort Myers, Florida 33908
14531 Abaco Lakes Drive, Unit 201, Fort Myers, Florida 33908
14531 Abaco Lakes Drive, Unit 206, Fort Myers, Florida 33908
14537 Abaco Lakes Drive, Unit 106, Fort Myers, Florida 33908
14537 Abaco Lakes Drive, Unit 202, Fort Myers, Florida 33908
14537 Abaco Lakes Drive, Unit 203, Fort Myers, Florida 33908
14539 Dolce Vista Road, Unit 101, Fort Myers, Florida 33908
14539 Dolce Vista Road, Unit 102, Fort Myers, Florida 33908
14539 Dolce Vista Road, Unit 103, Fort Myers, Florida 33908
14539 Dolce Vista Road, Unit 201, Fort Myers, Florida 33908
14539 Dolce Vista Road, Unit 202, Fort Myers, Florida 33908
14539 Dolce Vista Road, Unit 203, Fort Myers, Florida 33908
14542 Dolce Vista Road, Unit 102, Fort Myers, Florida 33908
14545 Dolce Vista Road, Unit 101, Fort Myers, Florida 33908
14545 Dolce Vista Road, Unit 102, Fort Myers, Florida 33908

LIST OF ADDRESSES FOR DISPOSAL OF EVIDENCE

14545 Dolce Vista Road, Unit 103, Fort Myers, Florida 33908
14545 Dolce Vista Road, Unit 201, Fort Myers, Florida 33908
14545 Dolce Vista Road, Unit 203, Fort Myers, Florida 33908
14551 Dolce Vista Road, Unit 101, Fort Myers, Florida 33908
14551 Dolce Vista Road, Unit 102, Fort Myers, Florida 33908
14551 Dolce Vista Road, Unit 103, Fort Myers, Florida 33908
14551 Dolce Vista Road, Unit 201, Fort Myers, Florida 33908
14551 Dolce Vista Road, Unit 202, Fort Myers, Florida 33908
14551 Dolce Vista Road, Unit 203, Fort Myers, Florida 33908
14556 Dolce Vista Road, Unit 102, Fort Myers, Florida 33908
14556 Dolce Vista Road, Unit 202, Fort Myers, Florida 33908
15035 Skip Jack Loop, Bradenton, Florida 34202
1507 Damaris Place, Lutz, Florida 33548
1515 Amarone Place, Lutz, Florida 33548
15212 Skip Jack Loop, Bradenton, Florida 34202
15306 Skip Jack Loop, Bradenton, Florida 34202
15308 Skip Jack Loop, Bradenton, Florida 34202
16097 Thornwood Drive, Fort Myers, Florida 33908
2014 128th Avenue East, Parrish, Florida 34219
2019 128th Avenue East, Parrish, Florida 34219
20703 Tisbury Lane, North Fort Myers, Florida 33917
2071 Valparaiso Blvd, North Fort Myers, Florida 33917
20971 Skyler Drive, North Fort Myers, Florida 33917
20975 Skyler Drive, North Fort Myers, Florida 33917
21315 Morning Mist Way, Land O' Lakes, Florida 34637
2304 Fountain Grass Drive, Valrico, Florida 33594
28352 Altessa Way, Bonita Springs, Florida 34135
28474 Altessa Way, Unit 101, Bonita Springs, Florida 34135
28474 Altessa Way, Unit 102, Bonita Springs, Florida 34135
28479 Altessa Way, Unit 101, Bonita Springs, Florida 34135
28479 Altessa Way, Unit 102, Bonita Springs, Florida 34135
28479 Altessa Way, Unit 201, Bonita Springs, Florida 34135
3391 Via Montana Way, North Fort Myers, Florida 33917
3602 Summerwind Circle, Bradenton, Florida 34209
3605 Summerwind Circle, Bradenton, Florida 34209
3611 Summerwind Circle, Bradenton, Florida 34209
3627 101st East Avenue, Parrish, Florida 34219
3637 Summerwind Circle, Bradenton, Florida 34209
3665 Summerwind Circle, Bradenton, Florida 34209
3718 101st Avenue, Parrish, FL 34219
3743 Summerwind Circle, Bradenton, Florida 34209
3777 Rain Forest Court, Bradenton, Florida 34209
4450 Amberly Oaks Court, Tampa, Florida 33614
5303 72nd Street East, Palmetto, Florida 34221

LIST OF ADDRESSES FOR DISPOSAL OF EVIDENCE

5932 Parkset Drive, Lithia, Florida 33547
6202 Blue Runner Ct, Bradenton, Florida 34202
7160 50th Avenue Circle East, Palmetto, Florida 34221
7161 50th Avenue Circle East, Palmetto, Florida 34221
7167 50th Avenue Circle East, Palmetto, Florida 34221
7184 50th Avenue Circle East, Palmetto, Florida 34221
7207 53rd Place East, Palmetto, Florida 34221
7224 51st Terrace East, Palmetto, Florida 34221
7835 Foxgrove Drive, Land O' Lakes, Florida 34637
9206 McDaniel Lane, Sarasota, Florida 34240