UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

### REPORT BY THE SETTLEMENT ADMINISTRATOR FOR THE CHINESE DRYWALL SETTLEMENT PROGRAM

### STATUS REPORT NO. 47 DATED OCTOBER 11, 2017

The Settlement Administrator for the Chinese Drywall Settlement Program (the "Settlement Program") submits this Status Report to inform the Court of the status of the Chinese Drywall Settlement Program as of October 11, 2017. The Settlement Administrator will provide additional information as requested by the Court.

**I.    STIPEND LIST**

On December 17, 2014, the Court issued an Order granting the Fee Committee's inspection costs and hold back motion pursuant to Pre-Trial Order No. 28(E) and accepted the recommendation of the Fee Committee that a reasonable stipend of $1,000.00 per property for those properties where KPT Chinese Drywall is present, including homes with mixed board that includes KPT Chinese Drywall. The Court further accepted the Fee Committee's recommendation that for those properties with non-KPT Chinese Drywall only, a reasonable stipend should be $150.00 per property (See Rec. Doc. 18215). The stipend payment applies to eligible Chinese Drywall properties that are in the MDL Settlements.

To date, the Settlement Administrator has issued a total of $4,755,050.00 in stipend payments, which is 94% of the total stipend payment amount. Firms must submit a complete

1

Stipend Verification Form, a Counsel Wire Instruction Form and a W-9 in order to receive a stipend payment.

## II.   PTO 30(A)

On May 23, 2017, the court issued PTO 30(a), which directed the Special Master, Matthew Garretson of the Garretson Resolution Group, Inc. ("GRG"), to issue stipends payments in the Four Virginia-Based Class Settlements in the amount of $246,550.00 from the attorneys' fees and costs fund.  In addition, the Court ordered the payment of outstanding invoices to GRG in the amount of $33,500.00 from the attorneys' fees and costs fund.  On June 20, 2017, the Settlement Administrator issued these payments from the attorneys' fees and costs fund.

## III.   PTO 28(F)

On May 25, 2016, the Court issued PTO 28(f), which obligated the Settlement Administrator to distribute to all individual plaintiffs' counsel a listing setting forth the actual recovery amount of each claimant represented by that particular individual plaintiffs' counsel, as well as the total amount of recovery paid to all claimants. Any individual plaintiffs' counsel for individual claimants who disputed the actual recovery amount for a particular claimant were required to submit an objection by June 17, 2016, to BrownGreer and Class Counsel.  BrownGreer and Class Counsel received objections from several firms and are in the process of reviewing the objections to determine accuracy.  If BrownGreer determines that the actual recovery amount should be updated, it will issue a revised listing to the affected counsel.

## IV.   STATUS OF CLAIMS

The Settlement Administrator opened the Settlement Program on March 27, 2013 following the Court's Order requiring registration of claims.  The registration period closed on

October 25, 2013 after several deadline extensions. Claim forms became available for both online and hard copy submission on May 27, 2013 and were available until the October 25, 2013 claims filing deadline. Claimants filed a total of 22,786 claims with the Settlement Program. The Settlement Administrator has completed review of all submitted claims. Table 1 provides details of payments issued for Global, Banner, InEx Repair and Relocation claims to date. The Settlement Administrator has issued $1,113,035.21 in Global, Banner, InEx payments since the last status conference.

| | Table 1. Global, Banner, InEx Payments (As of 10/11/2017) | | | |
|---|---|---|---|---|
| **Row** | **Settlement Fund** | **# of Claims Paid** | **Total Disbursement** | **Remaining Funds** |
| **1.** | Banner | 4,837 | $28,654,487.51 | $3,753,488.28 |
| **2.** | InEx | 2,229 | $1,723,900.47 | $344,385.64 |
| **3.** | Global | 8,057 | $37,228,585.35 | $4,503,035.21 |
| **4.** | **Total** | **15,123** | **$67,606,973.33** | **$8,600,909.13** |

Table 2 provides details on total Other Loss payments.

| | Table 2. Other Loss Payment Summary (As of 10/11/2017) | | |
|---|---|---|---|
| **Row** | **Claim Type** | **# of Claims Paid** | **Total Disbursement** |
| **1.** | Bodily Injury | 134 | $122,037.56 |
| **2.** | Foreclosure or Short Sale | 697 | $18,971,247.28 |
| **3.** | Lost Rent, Use, or Sales | 1,236 | $6,173,523.50 |
| **4.** | Miscellaneous | 2,407 | $6,019,994.42 |
| **5.** | Pre-Remediation Alternative Living Expenses | 524 | $6,905,173.38 |
| **6.** | Tenant Loss | 26 | $60,711.23 |
| **7.** | **Total** | **5,024** | **$38,252,687.37** |

V.   SPECIAL MASTER AWARD APPEALS

The Court has ruled on all Other Loss appeals. The total amount awarded by the Special Master and the Court for remaining Other Loss claims is $40,291,128.98. The total amount

available for disbursement is $17,339,830.82. Because the total of all remaining Other Loss awards is greater than the amount available for disbursement, the Settlement Administrator has applied Section 4.7.4.5 of the Third Amended Knauf Settlement Agreement, which provides "[i]f the total of all Approved Claims for Other Loss Fund benefits is more than the amount deposited in the Other Loss Fund, each claim shall be decreased pro rata so that the distribution does not exceed the amount in the Fund less Administrative Expenses." Accordingly, the Settlement Administrator has calculated the pro rata amount to be 43.0363% of the award amount for each claimant. On August 2, 2016, the Settlement Administrator sent checks totaling $17,182,434.31 by mail to counsel for each claimant who had returned the necessary payment documentation, or directly to claimants who are unrepresented. These payments are the final payments to be made from the Other Loss Fund.

## VI.    OUTSTANDING PAYMENTS

At the November 2016 Status Conference, the Settlement Administrator reported to the Court that there were a number of Settlement Program checks that had expired without being cashed. The Court requested that the Settlement Administrator work with the PSC to resolve these outstanding payments. The Settlement Administrator has voided and reissued all outstanding expired checks. The Settlement Administrator will continue to re-issue checks as necessary.

## VII.   REMEDIATION PROGRAM

The remediation program is nearing completion and is expected to close in 2017. A total of 53 properties remain open in the program. Table 3 provides a summary of the open properties.

| **Table 3. Open Remediation Program Properties** (As of 10/11/2017) |||
|---|---|---|
| **Row** | **Remediation Settlement Option** | **# of Properties** |
| 1. | Option 1 - Program Contractor Remediation | 3 |
| 2. | Option 2 - Self-Remediation | 23 |
| 3. | Option 3 - Cash-Out | 27 |
| 4. | Option Not Selected | 1 |
| **5.** | **Total** | **53** |

Pursuant to Claims Administrator Procedure 2014-9, the Settlement Administrator held back 3% of all GBI payments. The funds remaining in the GBI accounts will need to be distributed on a pro rata basis to eligible GBI claimants. The Settlement Administrator cannot calculate the amount remaining until all initial GBI payments have been issued, including payments owed to Knauf pursuant to an assignment from a homeowner whose home is remediated by Knauf. As noted above, there are 4 properties awaiting Option 1 remediation. Knauf is also reviewing records of properties that have remediated during the life of the program to ensure that GBI assignment payments are accurate. Once this process is complete, the Settlement Administrator will submit the final GBI payment calculation to the Court and the Parties, and if approved, distribute all remaining GBI funds to eligible GBI claimants.

## VIII. CONCLUSION

The Settlement Administrator offers this Report to ensure that the Court is informed of the status of the Program to date. If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

                Respectfully submitted,

                \_\_/s/ Jacob Woody_____
                Lynn Greer, Esquire (Va. Bar No. 29211)
                Jacob S. Woody, Esquire (Va. Bar No. 77485)
                BrownGreer, PLC
                250 Rocketts Way
                Richmond, VA 23231
                Telephone:  (804) 521-7200
                Facsimile:  (804) 521-7299
                lgreer@browngreer.com
                jswoody@browngreer.com

                *Settlement Administrator for the Chinese Drywall Settlement Program*

**CERTIFICATE OF SERVICE**

I hereby certify that the above pleading will be served on by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of October 2017.

   /s/Jacob Woody
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*