MINUTE ENTRY
FALLON, J.
OCTOBER 12, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:   Russ Herman, Esq. and Arnold Levin, Esq. for Plaintiffs
James Stengel, Esq. for Defendants CNBM Company, BNBM (Group) Co. Ltd. and BNBM PLC
Christine Eikhoff, Esq. for Defendants Taishan Defendants

Motion of Defendants, CNBM Company, BNBM (Group) Co. Ltd. and BNBM PLC, to Dismiss for Lack of Jurisdictions and Class Certification   (20882)

After argument – Motion was taken under submisson

JS10:  1:02