UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | JUDGE FALLON |
| ALL CASES | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * *

### INTERIOR EXTERIOR BUILDING SUPPLY, L.P.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION FOR INJUNCTIVE RELIEF, SUPPLEMENTAL MEMORANDUM IN SUPPORT, AND SUPPLEMENTAL ORDER

**NOW INTO COURT**, through undersigned counsel, comes Interior Exterior Building Supply, L.P. ("InEx"), who respectfully requests this Honorable Court to grant it leave to file the attached *Supplemental Motion for Injunctive Relief, Supplemental Memorandum in Support* of its *Motion for Injunctive Relief* [Rec. Doc. No. 20891], and the accompanying *Supplemental Order* granting same for the following reasons, *to wit*:

1. InEx seeks to clarify the unopposed relief sought in its *Motion for Injunctive Relief* considering the Burns' *Opposition* to InEx's *Motion for Injunctive Relief*;

2. InEx seeks to supplement the *Proposed Order* with the *Supplemental Order* corresponding to the above clarification;

3. The *Motion for Injunctive Relief* has not been set for hearing by the Court.

WHEREFORE, Interior Exterior Building Supply, L.P. prays that it be granted leave to file the attached *Supplemental Motion for Injunctive Relief,* the attached *Supplemental Memorandum in Support,* and the attached *Supplemental Order* granting same.

1

Respectfully submitted,

/s/ Philip D. Nizialek
PHILIP D. NIZIALEK (La. Bar No. 24180)
ANDREW J. BRIEN (La. Bar No. 37051)
Carver, Darden, Koretzky, Tessier, Finn,
Blossman & Areaux, LLC
1100 Poydras Street, 3100
New Orleans, LA  70163
Phone: (504) 585-3800
Fax: (504) 585-3801
Nizialek@carverdarden.com
Brien@carverdarden.com
*Counsel for Interior/Exterior Building Supply, L.P.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of October, 2017.

**I ALSO CERTIFY** that this document is being served this day on Matthew A. Sherman, One Galleria Boulevard, Suite 1100, Metairie, Louisiana 70001, attorney for Winston J. Burns, Jr. and Wendy B. Burns; and Ron A. Austin, Esq., Jevan Felming, Esq., and Lillian Williams, Esq., Ron Austin & Associates, L.L.C., 400 Manhattan Boulevard, Harvey, Louisiana 70059, and Elton F. Duncan, III, Esq., and P. Sinnott Martin, Esq., Duncan & Sevin, L.L.C., 400 Poydras Street, 12th Floor, New Orleans, Louisiana 70130, attorneys for Livers Construction, Inc. via U.S. mail on this 12th day of October, 2017.

/s/ Philip D. Nizialek
PHILIP D. NIZIALEK

4825-6598-8689, v. 1