UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE FALLON |
| ALL CASES | * | MAG. WILKINSON |

## ORDER

Considering the foregoing *Motion for Leave to File Supplemental Motion for Injunctive Relief, Supplemental Memorandum in Support, and Supplemental Order* filed by defendant Interior Exterior Building Supply, L.P.;

**IT IS HEREBY ORDERED** that Interior Exterior Building Supply, L.P.'s *Motion for Leave to File Supplemental Motion for Injunctive Relief, Supplemental Memorandum in Support, and Supplemental Order* is GRANTED and the *Supplemental Motion for Injunctive Relief*, *Supplemental Memorandum in Support*, and *Supplemental Order* are hereby filed.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
**Honorable Eldon E. Fallon
U.S. District Court Judge**

4818-6809-5825, v. 1