## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | JUDGE FALLON |
| ALL CASES | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT ON INTERIOR EXTERIOR BUILDING SUPPLY, L.P.'S MOTION FOR INJUNCTIVE RELIEF (DOC. 20891)

**NOW INTO COURT**, through undersigned counsel, comes Interior Exterior Building Supply, L.P. ("InEx"), who respectfully requests, pursuant to Local Rule 78.1, oral argument on its *Motion for Injunctive Relief* [Rec. Doc. No. 20891], which has been submitted for consideration before this Court on October 18, 2017 at 9:00 a.m. InEx requests oral argument to more fully address any questions the Court may have concerning its motion.

Respectfully submitted,

/s/ Philip D. Nizialek
PHILIP D. NIZIALEK (La. Bar No. 24180)
ANDREW J. BRIEN (La. Bar No. 37051)
Carver, Darden, Koretzky, Tessier, Finn,
Blossman & Areaux, LLC
1100 Poydras Street, 3100
New Orleans, LA 70163
Phone: (504) 585-3800
Fax: (504) 585-3801
Nizialek@carverdarden.com
Brien@carverdarden.com
*Counsel for Interior/Exterior Building Supply, L.P.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of October, 2017.

/s/ Philip D. Nizialek
PHILIP D. NIZIALEK

4821-3017-3777, v. 1