UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| ALL CASES | * | JUDGE FALLON MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO INTERVENE AND ADOPT INTERIOR EXTERIOR'S MOTION FOR INJUNCTIVE RELIEF

**NOW INTO COURT**, through undersigned counsel, comes Livers Construction, Inc., who move to intervene in the above captioned action and adopt Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief (R. Doc. 20891), Interior Exterior Building Supply, L.P.'s Memorandum in Support of Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief (R. Doc. 20891-1-5), Interior Exterior Building Supply, L.P.'s Proposed Order (R. Doc. 20891-6), and Interior Exterior Building Supply, L.P.'s Notice of Submission (R. Doc. 20891-7) for the reasons set forth in the accompanying Memorandum in Support.

Respectfully submitted,

**DUNCAN & SEVIN, L.L.C.**

_/s/ Elton F. Duncan III_

**ELTON F. DUNCAN III, T.A. (LA 14967)**
**P. SINNOTT MARTIN (#37218)**
400 Poydras Street, Suite 1200
New Orleans, LA 70130
Telephone: (504) 524-5566
Facsimile: (504) 524-9003
E-Mail: eduncan@duncansevin.com

E-Mail: smartin@duncansevin.com
**Attorneys for Defendant Livers Construction, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, via e-mail, through CM/ECF electronic filing, this 12th day of October, 2017.

_____

2