UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO.  2047 |
| | * * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| ALL CASES | * | JUDGE FALLON MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE AND ADOPT INTERIOR EXTERIOR'S MOTION FOR INJUNCTIVE RELIEF**

**MAY IT PLEASE THE COURT:**

Livers Construction, Inc., respectfully requests to intervene in the above captioned action and adopt Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief (R. Doc. 20891), Interior Exterior Building Supply, L.P.'s Memorandum in Support of Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief (R. Doc. 20891-1-5), Interior Exterior Building Supply, L.P.'s Proposed Order (R. Doc. 20891-6), and Interior Exterior Building Supply, L.P.'s Notice of Submission (R. Doc. 20891-7) as its own as if copied herein *in extensor.*

As a General Contractor and Installer who purchased or received Chinese Drywall from InEx, Livers Construction, Inc. is a "Downstream InEx Releasee" as referenced in the Settlement Agreement Regarding Claims Against Interior-Exterior in MDL No. 2047 (R. Doc. 8628-3). As such, Livers Construction, Inc. is a Released Party and is released from all claims arising out of or related to Chinese Drywall in Affected Property sold, marketed, distributed, or supplied by InEx. Livers Construction, Inc. avers that the legal argument presented in Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief is the same it would make;

and for judicial economy and brevity Livers Construction, Inc. adopts Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief as its own.

Livers Construction, Inc. would also like to point out an inaccuracy in the Burns' Memorandum in Opposition to Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief (R. Doc. 21032). In their Opposition, the Burns claim they have "clearly and ambiguously" asserted claims against Livers Construction, Inc. based on its installation of Chinese Drywall within their property and subsequent failure to inform the Burns of the existence of the Chinese Drywall or of MDL 2047.[1] The Burns' Petition for Damages filed in state court, however, never alleges Livers Construction failed to inform the Burns of the existence of Chinese Drywall or of MDL 2047.[2] Thus, the Burns' unsupported allegations are not properly before the state court and likewise should not be considered by this Court.

Livers Construction, Inc. respectfully requests this Court allows Livers Construction, Inc. to intervene and adopt Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief as its own, and that this Court issue a writ enjoining or precluding the *matter Winston J. Burns, Jr. and Wendy Burns versus Livers Construction, Inc.., et al.*, No. 2016-04002 in the Civil District Court for the Parish of Orleans, State of Louisiana.

                                       Respectfully submitted,

                                       **DUNCAN & SEVIN, L.L.C.**

                                       */s/ Elton F. Duncan III*
                                       **ELTON F. DUNCAN III, T.A. (LA 14967)**
                                       **P. SINNOTT MARTIN (#37218)**
                                       400 Poydras Street, Suite 1200
                                       New Orleans, LA 70130

---

[1] R. Doc. 21032 at page 14.
[2] Exhibit A, Petition for Damages.

2

Telephone: (504) 524-5566
Facsimile: (504) 524-9003
E-Mail: eduncan@duncansevin.com
E-Mail: smartin@duncansevin.com
**Attorneys for Defendant Livers Construction, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, via e-mail, through CM/ECF electronic filing, this 12th day of October, 2017.

_____