UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THE FEE COMMITTEE'S RESPONSE TO PRIMARY COUNSEL'S MOTION
FOR ACCOUNTING AND ADJUSTMENT OF GLOBAL AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

# FILED UNDER SEAL IN ITS ENTIRETY