UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: ALL CASES | |

**THE PLAINTIFFS' STEERING COMMITTEE'S REPLY TO
SEVENTH MOTION FOR DISBURSEMENT OF FUNDS
(FOR EXPENSES)**

This Court issued an Order and Reasons dated October 3, 2017 (Rec. Doc. 21027) regarding Primary Counsel's Motion for Reconsideration on the Court's August 10, 2017 Order (Rec. Doc. 20896) (granting the Seventh Motion for Disbursement of Funds (Rec. Doc. 20922)). In that Order, the Court vacated its August 10, 2017 order granting the Seventh Motion for Disbursement of Funds pending further review of the issue.

The Plaintiffs' Steering Committee ("PSC") has filed numerous Motions for Disbursement of Funds with the Court throughout this litigation. All counsel were notified of the filing of each of these motions through the Court's ECF system. The filings were done in accordance with Pretrial Order No. 6. Further, each filing was made with disclosure to the Court-appointed CPA Philip A. Garrett so that Mr. Garrett could keep track of financial issues relating to funds expended by the PSC for common benefit purposes. The following chart identifies each of the seven motions for disbursements filed:

1

| MOTION (REC. DOC.) | DATE FILED | NOTICE OF SUBMISSION DATE | HEARING DATE | DATE MOTION GRANTED |
|---|---|---|---|---|
| 1st (12110) | 1/4/2012 | n/a | n/a | 1/6/2012 |
| 2nd (15029) | 7/3/2012 | 7/25/2012 | Not set by Court | 7/9/2012 |
| 3rd (16145) | 11/8/2012 | 11/28/2012 | Not set by Court | 11/30/2012 |
| 4th (16506) | 1/16/2013 | 2/20/2013 | Motion for expedited hearing filed on 1/23/2013. The Court set it for submission on 2/1/2013 without oral argument. | 2/4/2013 |
| 5th (19427) | 8/31/2015 | 9/16/2015 | Not set by Court | 9/1/2015 |
| 6th (20218) | 4/28/2016 | 5/25/2016 | Not set by Court | 5/6/2016 |
| 7th (20889) | 8/3/2017 | 8/23/2017 | Not set by Court | 8/10/2017 |

At all relevant times, the PSC has submitted back-up receipts for moneys expended for common benefit purposes to Mr. Garrett for review.[1] In addition, the Court has reviewed and overseen all shared expenses in this litigation on a monthly basis. Despite the oversight protocols in place, Primary Counsel contends that the holdback account contains contested funds and that the Knauf Settlement funds should not finance ongoing litigation against the Taishan Defendants. However, this Court's Order of December 17, 2014 (Rec. Doc. 18215) accepted the Fee Committee's recommendation of a reasonable holdback in the amount of $10 million for use in connection with on-going remaining litigation and settlement administration work. In fact, no one ever objected to the Fee Committee's Inspection Cost and Holdback Motion Pursuant to Pretrial Order No. 28E and further, up until now, almost three years later and after several additional motions were filed relating to the holdback amount, this is the first time that any

---

[1] *See also* The Fee Committee's Response to Primary Counsel's Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses [UNDER SEAL Rec. Doc. 21045], incorporated herein as if copied *in extenso*.

objections have been made regarding this set-aside.

Further, it is entirely appropriate to use the moneys received from settling Defendants to pursue non-settling Defendants. *See*, *e.g.*, *In re School Asbestos Litig.*, 977 F.2d 764, 789 (1992) (refusing to review on a mandamus petition (and implicitly sanctioning) district court's authorization for class plaintiffs to use certain escrowed funds from prior settlements to pay for ongoing litigation expenses against non-settling defendants, which was based on district court's view that "counsel for the class plaintiffs should not have to wait until the long-distant conclusion of this litigation for reimbursement of their reasonable expenses"); *see also In re WorldCom, Inc. Sec. Litig.*, 2004 WL 2591402, *22 (S.D.N.Y. Nov. 12, 2004) (approving petition for creation of a $5 million fund for continuation of litigation against non-settling defendants), citing *Teachers' Ret. Sys. of Louisiana v. A.C.L.N. Ltd.*, 01 Civ. 11814(MP), 2004 WL 1087261, at *6 (S.D.N.Y. May 14, 2004).[2]

Moreover, the objectors have created a conflict of interest for themselves as a result of their filing an opposition to the Seventh Motion for Disbursement.   Numerous objectors represent non-Knauf property owners whose claims are being pursued by the PSC against the Taishan Defendants.   These claims are being pursued in the *Amorin* class action as well as in the *Brooke* matter.   The funds at issue are being utilized to pursue these claims on behalf of the objectors' clients.   Objectors have placed their own selfish interests regarding an attorney fee in front of the interests of their clients.   According to information within the possession of the Fee Committee the following chart identifies the number of claimants represented by the various objectors:

---

[2] Other Courts have adopted alternative means to address issues such as this by requiring that each plaintiff asserting a claim in the MDL to make a payment towards costs on an upfront basis as an "assessment sum."   *See In Re: Orthopedic Bone Screw Products Liability Litigation,* 1996 WL 900349 (ED Pa. Jun. 17, 1996).   The PSC proposes that utilizing the Holdback alternative to pay ongoing litigation expenses is a preferred method or alternative.

| Firm Name | *Amorin* | *Brooke* | Total |
|---|---|---|---|
| Morgan & Morgan | 269 | 50 | **319** |
| Parker | 301 | 24 | **325** |
| Baron & Budd | 442 | 40 | **482** |
| Allison Grant | 423 | 46 | **469** |
| Alters | 235 | 0 | **235** |
| Milstein/Roberts & Durkee | 62 | 26 | **88** |
| Mrachek Fitzgerald and Leopold Law | 41 | 6 | **47** |
| Whitfield Bryson & Mason, Rhine Law Firm, Luckey & Mullins, and Pendley, Baudin & Coffin | 188 | 2 | **190** |
| Morris Bart | 34 | 0 | **34** |
| Taylor Martino | 4 | 0 | **4** |
| Collins & Horsely | 7 | 14 | **21** |
| Doyle Law Firm | 102 | 92 | **194** |
| Willis & Buckley | 6 | 1 | **7** |
| Gentle, Turner, Sexton & Harbison, LLC | 18 | 1 | **19** |
| McCallum, Hoaglund, Cook & Irby | 20 | 0 | **20** |
| Paul Lea | 21 | 0 | **21** |
| Hawkins/Gibson | 13 | 0 | **13** |

Given the legitimacy of the PSC's request for disbursement and for the reasons set forth above, the Seventh Motion for Disbursement should be granted.

Respectfully submitted,

Dated: October 18, 2017        /s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Levin, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
robbecnel@aol.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Suite 1900
Dallas, TX 75251
Phone: (972) 387-3327
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson Hicks
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
Daniel@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony Irpino
Irpino Law Firm
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of October, 2017.

      /s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047