UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PRIMARY COUNSEL'S MOTION FOR LEAVE TO FILE REPLY TO FEE COMMITTEE'S RESPONSE TO PRIMARY COUNSEL'S MOTION FOR ACCOUNTING AND ADJUSTMENT OF GLOBAL AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES UNDER SEAL**

**MAY IT PLEASE THE COURT:**

*Primary Counsel's Reply to Fee Committee's Response to Primary Counsel's Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses* contains information from documents and deposition testimony previously sealed by the Special Master in the attorneys' fee allocation proceedings. As some of the information contained in primary counsel's Reply has been sealed from public disclosure, primary counsel[1] respectfully request leave to file *Primary Counsel's Reply to Fee Committee's Response to Primary Counsel's Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses* and the accompanying Exhibits "A", "B", "C", and "D" under seal.

Respectfully Submitted,

---

[1] Primary counsel are those firms listed or otherwise designated in the signature block of this pleading.

1

| | |
|---|---|
| Dated: <u>October 19, 2017</u> | **BARON & BUDD, P.C.**<br><br>By: <u>*/s/ S. Ann Saucer*</u><br>S. Ann Saucer (TX #00797885; LA #21368)<br>asaucer@baronbudd.com<br>Russell W. Budd (TX #03312400)<br>rbudd@baronbudd.com<br>Holly R. Werkema (TX #24081202)<br>hwerkema@baronbudd.com<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Phone: 214-521-3605<br>Fax: 214-520-1181 |
| **ALLISON GRANT, P.A.**<br><br>By: <u>*/s/ Allison Grant*</u><br>Allison Grant (FL #858330)<br>agrant@allisongrantpa.com<br>14 SE 4th St<br>Boca Raton, FL 33432-6111<br>Phone: 561-994-9646<br>Fax: 561-431-4627 | **ALTERS LAW FIRM, P.A.**<br><br>By: <u>*/s/ Jeremy W. Alters*</u><br>Jeremy W. Alters (FL #111790)<br>jeremy@alterslaw.com<br>Justin D. Grosz (FL #984000)<br>justin@alterslaw.com<br>Matthew T. Moore, Of Counsel (FL #70034)<br>matthew@alterslaw.com<br>1855 Griffin Road, Suite C470<br>Dania Beach, FL 33004<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558 |
| **FAIRCLOTH, MELTON & SOBEL, LLC**<br><br>By: <u>*/s/ Jimmy R. Faircloth, Jr.*</u><br>Jimmy R. Faircloth, Jr. (LA #20645)<br>jfaircloth@fairclothlaw.com<br>Brook L. Villa (LA #31988)<br>bvilla@fairclothlaw.com<br>Franklin "Drew" Hoffmann (LA #35824)<br>dhoffmann@fairclothlaw.com<br>412 N. 4th Street, Suite 230<br>Baton Rouge, LA 70802<br>Phone: (225) 343-9535<br>Fax: (225) 343-9538<br><br>*Attorneys for Parker Waichman LLP* | **LISKA, EXNICIOS & NUNGESSER**<br><br>By: <u>*/s/ Val Patrick Exnicios*</u><br>Val Patrick Exnicios, Esq.<br>vpexnicios@exnicioslaw.com<br>1515 Poydras Street<br>14th Floor, Ste. 1400<br>New Orleans, LA 70112<br>Phone: (504) 410-9611<br>Fax: (504) 410-9937<br>Cell: (504) 495-9666<br><br>*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By: */s/ K. Edward Sexton, II*
K. Edward Sexton, II
esexton@gtandslaw.com
501 Riverchase Parkway East, Suite 100
Hoover, AL 35244
Phone: (205) 716-3000
Fax: (205) 716-3010

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By: */s/ Mark Milstein*
Mark Milstein
mmilstein@mjfwlaw.com
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Phone: (310) 396-9600
Fax: (310) 396-9635

**YANCE LAW FIRM, LLC**

By: */s/ R. Tucker Yance*
R. Tucker Yance (AL #ASB-9775-H71Y)
rty@yancelaw.com
169 Dauphin Street, Suite 318
Mobile, AL 36602
Phone: (251) 432-8003
Fax: (251) 432-8009

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By: */s/ Eric D. Hoaglund*
Eric D. Hoaglund
ehoaglund@mhcilaw.com
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
Phone: (205) 824-7767
Fax: (205) 824-7768

**ROBERTS AND DURKEE, LLP**

By: */s/ C. David Durkee*
C. David Durkee
durkee@rdlawnet.com
2665 South Bayshore Drive, Suite 300
Coconut Grove, FL 33133
Phone: (305) 442-1700
Fax: (305) 442-2559

**GIEGER, LABORDE & LAPEROUSE, LLC**

By: */s/ Victoria E. Emmerling*
Andrew A. Braun (LA #3415)
abraun@glllaw.com
Victoria E. Emmerling (LA #33117)
temmerling@glllaw.com
701 Poydras Street, Suite 4800
New Orleans, LA 70139-4800
Phone: (504) 561-0400
Fax: (504) 561-1011

*Attorneys for Morris Bart, L.L.C.*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of October, 2017.

                /s/ S. Ann Saucer
                S. Ann Saucer