UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                           MDL 2047

                                                     SECTION: L

                                                     JUDGE FALLON
                                                     MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

## ORDER

CONSIDERING the Motion of Primary Counsel for Leave to File Reply to Fee Committee's Response to Primary Counsel's Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses Under Seal;

IT IS ORDERED BY THE COURT that the Motion is granted and Primary Counsel's Reply to Fee Committee's Response to Primary Counsel's Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses with attached exhibits be filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2017.

                                        _____
                                        Eldon E. Fallon
                                        United States District Court Judge