**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                          MDL 2047

                                    SECTION: L

                                    JUDGE FALLON
                                    MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
*****************************************************************************

**PRIMARY COUNSEL'S REPLY TO FEE COMMITTEE'S RESPONSE TO PRIMARY COUNSEL'S MOTION FOR ACCOUNTING AND ADJUSTMENT OF GLOBAL AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

# FILED UNDER SEAL