**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                              MDL 2047

                                        SECTION: L

                                        JUDGE FALLON
                                        MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

**EXHIBIT "B" TO PRIMARY COUNSEL'S REPLY TO FEE COMMITTEE'S RESPONSE TO PRIMARY COUNSEL'S MOTION FOR ACCOUNTING AND ADJUSTMENT OF GLOBAL AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

# FILED UNDER SEAL