**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION           MDL 2047

          SECTION: L

          JUDGE FALLON
          MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
*************************************************************************

**EXHIBIT "D" TO PRIMARY COUNSEL'S REPLY TO FEE COMMITTEE'S RESPONSE TO PRIMARY COUNSEL'S MOTION FOR ACCOUNTING AND ADJUSTMENT OF GLOBAL AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

# FILED UNDER SEAL