UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                  MDL 2047

                                            SECTION: L

                                            JUDGE FALLON
                                            MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

## ORDER

CONSIDERING the Motion of Primary Counsel for Leave to File Reply to Fee Committee's Response to Primary Counsel's Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses Under Seal;

IT IS ORDERED BY THE COURT that the Motion is granted and Primary Counsel's Reply to Fee Committee's Response to Primary Counsel's Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses with attached exhibits be filed UNDER SEAL.

New Orleans, Louisiana, this  20th  day of  October , 2017.

_____
Eldon E. Fallon
United States District Court Judge

1