UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO. 09-02047 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "L" (5) |

## ORDER

The Court has received an invoice from Phillip A. Garrett, CPA, detailing the work he performed and the cost thereof in connection with the Objectors' hearings and proceedings regarding common benefit fees.

In addition, the Court has received an invoice from Special Master Dan Balhoff from the law firm, Perry, Balhoff, Mengis & Burns, LLC, who conducted the hearings, oversaw discovery, and issued a Report and Recommendation on fees allocation.

After reviewing the invoices, which are attached to this Order, the Court finds the amounts fair and reasonable in light of the work performed by both individuals. Accordingly,

**IT IS ORDERED** that the following amounts be paid from the funds set aside for attorney's fees and cost:

- **$385,000.000** to **PERRY, BALHOFF, MENGIS & BURNS, LLC**
- **$19,846.44** to **PHILLIP A. GARRETT, CPA**

At a future time, the Court will make a decision as to the appropriate apportionment to these fees among the interested parties.

New Orleans, Louisiana, this 24th day of October, 2017.

ELDON E. FALLON
United States District Judge