**Perry, Balhoff, Mengis & Burns, LLC**
2141 Quail Run Drive
Baton Rouge, LA 70808
Telephone: 225-767-7730
Fax: 225-767-7967
Tax ID: 72-1310179
October 17, 2017

**Chinese Drywall Special Master – Fee Issue**

File # 99438-0046
Invoice # 70329

| Description | Hours | Amount (@ $500/hr) |
|---|---|---|
| initial documents received from Court (130 documents); email communications (1139 reviewed or sent); additional documents received from parties (153 documents); preparation of Special Master Case Management Order No. 1; preparation of Special Master's Ruling Concerning Objectors' October 7, 2016 Request to Modify Special Master Case Management Order No. 1; preparation of Special Mater Case Management Order No. 2; preparation of Special Master's Ruling Concerning Requests for Additional Discovery; preparation of Special Master's Case Management Order Regarding Evidentiary Hearing; status conference appearances (9 times; including travel to and from New Orleans); additional meetings with Judge Fallon and/or counsel in New Orleans (4 times; including travel to and from New Orleans); meetings with counsel in Baton Rouge (2 times); prepare for and attend depositions (4 depositions; including travel to and from New Orleans); prepare for and attend evidentiary hearing (2 days; including travel to and from New Orleans); telephone conferences with parties (numerous); prepare final recommendations (including review of approximately 1,000 exhibits) | 770.00 | $385,000.00 |

| Special Master CDW Monthly Billing Summary | |
|---|---|
| **Activity** | **Hours** |
| **July 2016** | |
| Initial Review of documents provided by the Court (R. Docs. 21, 22, 144-1, 147, 151, 337, 12961, 16934, 17379, 17402, 17567, 17639, 17832, 18037, 20205, 20257, 20282, 20239, 20293, 20309, 20336, 20337, 20338, 20340, 20341, 20343, 20344, 20346, 20347, 20348, 20349, 20350, 20351, 20354, 20355, 20356, 20357, 20376, 20380, 20382, 20384, 20390, 20392, 20394, 20396, 20397, 20398, 20407, 20410, 20411, 20112, 20413, 20415, 20417, 20430, 20433, 20434, 20435, 20436, 20455, 20456, 20464) | 30.00 |
| Email communications (30) and telephone communications (numerous) | 6.00 |
| Attend status conference, travel to and from New Orleans (8/25/16) (prorated) | 1.00 |
| | |
| **August 2016** | |
| Continued review of documents provided by the Court | 25.00 |
| Email communications (93) and telephone communications (numerous) | 18.60 |
| | |
| **September 2016** | |
| Email communications (114) and telephone communications (numerous) | 22.80 |
| Prepare Special Master Case Management Order No. 1 (entered 9/5/16) | 8.00 |
| Separate meetings with various counsel (Jimmy Faircloth and Val Exnicios at Special Master Baton Rouge office; Eddie Sexton at Special Master Baton Rouge office; Skip Lambert at Special Master Baton Rouge office; member of Fee Committee at Herman office in New Orleans; Richard Taylor at courthouse in New Orleans) | 10.00 |
| | |
| **October 2016** | |
| Email communications (98) and telephone communications (numerous) | 19.60 |
| Attend status conference, travel to and from New Orleans (10/20/16) (prorated) | 1.00 |
| Special Master's Ruling Concerning Objectors' October 7, 2016 Request to Modify Special Master Case Management Order No. 1 (10/28/16) | 20.00 |
| | |
| **November 2016** | |
| Email communications (122) and telephone communications (numerous) | 24.40 |

| | |
|---|---|
| Prepare Special Master Case Management Order No. 2 (entered 11/14/16) | 7.00 |
| Attend status conference, travel to and from New Orleans (11/18/16) (prorated) | 1.00 |
| | |
| **December 2016** | |
| Email communications (118) and telephone communications (numerous) | 23.60 |
| Prepare for deposition of Phil Garrett | 4.00 |
| Travel to and from New Orleans for deposition of Phil Garrett | 3.00 |
| Attend deposition of Phil Garrett (12/14/16) | 7.70 |
| Attend status conference, travel to and from New Orleans (12/21/16) (prorated) | 1.00 |
| | |
| **January 2017** | |
| Email communications (83) and telephone communications (numerous) | 16.60 |
| Prepare for depositions of Russ Herman, Sandra Duggan, and Arnold Levin | 10.00 |
| Travel to and from New Orleans for deposition of Russ Herman | 3.00 |
| Deposition of Russ Herman (1/24/17) | 10.10 |
| Travel to and from New Orleans for deposition of Sandra Duggan | 3.00 |
| Supplemental deposition of Russ Herman (1/25/17) | 0.30 |
| Deposition of Sandra Duggan (1/25/17) | 9.40 |
| Travel to and from New Orleans for deposition of Arnold Levin | 3.00 |
| Deposition Arnold Levin (1/26/17) | 11.20 |
| Attend status conference, travel to and from New Orleans (1/31/17) (prorated) | 1.00 |
| | |
| **February 2017** | |
| Email communications (47) and telephone communications (numerous) | 9.40 |
| | |
| **March 2017** | |
| Email communications (68) and telephone communications (numerous) | 13.60 |
| | |
| **April 2017** | |
| Email communications (83) and telephone communications (numerous) | 16.60 |
| Prepare Special Master's Ruling Concerning Requests for Additional Discovery (entered 4/5/17) | 2.00 |

| | |
|---|---|
| Attend status conference, travel to and from New Orleans (4/6/17) (prorated) | 1.00 |
| Prepare Special Master's Case Management Order Regarding Evidentiary Hearing (entered 4/23/17) | 8.00 |
| | |
| **May 2017** | |
| Email communications (207) and telephone communications (numerous) | 41.40 |
| Attend status conference, travel to and from New Orleans (5/16/17) (prorated) | 1.00 |
| Prepare for evidentiary hearing | 40.00 |
| Travel to and from New Orleans for Evidentiary Hearing | 3.00 |
| Evidentiary Hearing Day 1 (5/31/17) | 6.50 |
| | |
| **June 2017** | |
| Email communications (76) and telephone communications (numerous) | 15.20 |
| Travel to and from New Orleans for Evidentiary Hearing | 3.00 |
| Evidentiary Hearing Day 2 (6/1/17) | 8.00 |
| Receive and review exhibits (1,000); draft recommendations | 50.00 |
| Attend status conference, travel to and from New Orleans (6/27/17) (prorated) | 1.00 |
| | |
| **July 2017** | |
| Receive briefs, draft recommendations; various communications | 80.00 |
| | |
| **August 2017** | |
| Draft recommendations; various communications | 125.00 |
| | |
| **September 2017** | |
| Draft recommendations; various communications | 40.00 |
| Travel to and from New Orleans; meet with Judge Fallon | 4.00 |
| | |
| **October 2017** | |
| Attend status conference, travel to and from New Orleans (10/12/17); deliver Special Master record to Judge Fallon (prorated) | 0.50 |
| | |
| **Total** | |
| | 770.00 |

# Philip A. Garrett CPA

600 Northwoods Drive

Abita Springs, La 70420

985-746-9165

pgarrett@garrettco.com


Mr. Daniel J. Balhoff
Perry, Balhoff, Mengis & Burns, LLC
2141 Quail Run Drive
Baton Rouge, La 70808

TIME & COSTS FOR MONTH OF December 31,2016

Re: Chinese Drywall - Special Master disclosures

| Date | Employee | Description | Hours | Value |
|---|---|---|---|---|
| 12/2/2016 | Philip A. Garrett | NEW QUESTIONS FROM OBJECTIORS RESEARCHED: TIMING OF RETENTION BY COURT AND PSC; PRINT OUT 9A-28 A-F; CCMS SYSTEM; EXHIBITS FOR SETTLEMENT AMOUNTS;;OCTOBER 2011 STATEMENT | 2.00 | $720.00 |
| 12/4/2016 | Philip A. Garrett | OUTLINE PTO 9 DIFFERENT AREAS; TIME STANDARDS; TIME REPORTS- WHAT IS INCLUDED; HELD COST REPORTS AND SHARED COSTS REPORTS;ASSESSMENTS; DUTIES ON SHARED COSTS; DUTIES ON HELD COSTS | 4.00 | $1,440.00 |
| 12/5/2016 | Philip A. Garrett | AREAS OF INQUIRY BY OBJECTORS AND RESPONSES BY FEE COMMITTEE; VIRGINIA STIPEND AMOUNTS ; SETTLEMENT WORKPAPERS | 2.00 | $720.00 |
| 12/6/2016 | Philip A. Garrett | PTO28 - PREPARE OUTLINE OF DUTIES | 1.00 | $360.00 |
| 12/8/2016 | Philip A. Garrett | GO OVER CHANGE IN HOURS DUE TO PTO28 AND RECONCILE TO PRIOR SCHEDULES | 2.50 | $900.00 |
| 12/10/2016 | Philip A. Garrett | PULL TOGETHER 10 RANDOM SAMPLES AND SUPPORTING DOCUMENTS FOR TIME AND 1 SAMPLE OF HELD COSTS WITH SUPPORT AND LISTING OF ALL POSTED TIME SUBMISSIONS | 8.00 | $2,880.00 |
| 12/12/2016 | Bridgett Rosa | PREPARE AND REVIEW REPORTS FOR SPECIAL MASTER | 2.00 | $300.00 |
| 12/12/2016 | Philip A. Garrett | PREP FOR DEPOSITION - LISTING OF ALL INVOICES FROM GARRETTCO; VENDOR BACKUP TRACE TO SAMPLE LIST;- PUT TOGETHER SEPARATE FILES ON EACH INQUIRY | 8.00 | $2,880.00 |
| 12/13/2016 | Philip A. Garrett | PREPARE FOR DEPOSITION - CLEAR ANY AREAS OF QUESTIONS FROM WORKPAPERS | 5.00 | $1,800.00 |
| 12/14/2016 | Philip A. Garrett | ATTEND DEPOSITION AND GIVE TESTIMONY | 8.00 | $2,880.00 |
| | | OVERNIGHT STAY FOR DEPOSITION | | $ 324.19 |
| | | TOTAL | | $15,204.19 |

**Philip A. Garrett CPA**

**600 Northwoods Drive**

**Abita Springs, La 70420**

**985-746-9165**

pgarrett@garrettco.com

Mr. Daniel J. Balhoff
Perry, Balhoff, Mengis & Burns, LLC
2141 Quail Run Drive
Baton Rouge, La 70808

TIME & COSTS FOR MONTH OF September 30, 2016

Re: Chinese Drywall - Special Master disclosures

| Date | Employee | Description | Hours | Value |
|---|---|---|---|---|
| 9/27/2016 | Philip A. Garrett | INFORMATION PER SPECIAL MASTER CASE MANAGEMENT ORDER | 3.20 | $1,152.00 |
| 9/27/2016 | Bridgett Rosa | CROSS REFERNCE ALL NUMBERS IN AFFIDAVIT, MAKE CORRCTIONS TO MONTHL REPORTS | 6.00 | $900.00 |
| 9/28/2016 | Philip A. Garrett | KEY REPORTS TO VIEW AND PRODUCE - ALL REPORTS NEED TO TIE IN | 3.00 | $1,080.00 |
| 9/29/2016 | Philip A. Garrett | SIGN IN FOR "EXPENSE ONLY" USER | 2.00 | $720.00 |
| 9/30/2016 | Philip A. Garrett | REVIEW FIRST DRAFT OF REPORTS FOLDER - CHANGES TO REPORTS | 1.50 | $540.00 |
| | | COPY COST | | $250.25 |
| | | TOTAL FOR SEPTEMBER,2016 | | $4,642.25 |