UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 09-2047 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "L" (5) |

# ORDER

Defendants have filed a motion to vacate preliminary defaults. Rec. Doc. 21050. Accordingly,

**IT IS ORDERED** that the following timeline be set for the matter:

    November 21, 2017:    PSC opposition due.

    December 8, 2017:    Reply brief due.

    December 14, 2017:    Oral argument after monthly status conference.

New Orleans, Louisiana, this 25th day of October, 2017.

_____

**ELDON E. FALLON**
United States District Judge