# Exhibit "A"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Lela and Melinda Allen, et al., individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON EXHIBIT "A" ATTACHED HERETO],**<br><br>Plaintiffs,<br><br>v.<br><br>**Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Beijing New Building Materials Public Limited Co.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Material Co., Ltd.**<br><br>Defendants. | CASE NO.:   2:17-cv-08288<br><br>CLASS ACTION COMPLAINT<br><br><br>JURY TRIAL DEMAND |

## INTERVENING PLAINTIFFS', GERALD AND BEEBE ESSARY, *et al.*, OMNIBUS CLASS ACTION COMPLAINT (XXXI(A)) IN INTERVENTION (MS)

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, or sold by the Defendants.[1]

Intervening Plaintiffs have intervened in *Allen, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action No. 2:17-cv-08288 (E.D.La.), since they are absent class members in that action.

---

[1] Intervening Plaintiffs are not pursuing claims against China National Building Materials Group Co. ("CNBM Group") as this defendant has been dismissed from these proceedings.

1

As absent class members, Intervening Plaintiffs are similarly situated to the *Allen* plaintiffs and the defendants named in the *Allen* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Allen* complaint herein by reference.

The Intervening Plaintiffs seek to be class representatives for the class identified in *Allen*. The *Allen* Defendants are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, or sale of the defective drywall at issue in this litigation.

The Intervening Plaintiffs, Gerald and Beebe Essary are citizens of Mississippi and together own real property located at 244 County Road 620, Corinth, MS 33834. Intervening Plaintiffs have incurred damages caused by the drywall distributed by Defendants and are participating as class representatives for similarly situated individuals. The remaining Plaintiffs are identified on the attached Exhibit "A," which is incorporated herein by reference.[2]

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

  a.  an order certifying the case as a class action;

---

[2] Counsel for intervening Plaintiffs are identified on Exhibit "A."

2

b. an order certifying the Class and each of the Subclasses;

c. an order appointing Plaintiffs as the Class Representatives of the Class;

d. an order appointing undersigned counsel and their firms as counsel for the Class;

e. compensatory and statutory damages;

f. punitive damages as allowed by law;

g. pre and post-judgment interest as allowed by law;

h. injunctive relief;

I. an award of attorneys' fees as allowed by law;

j. an award of taxable costs; and

k. any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: November 1, 2017

By: /s/ Russ M. Herman
Russ M. Herman
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com
**Plaintiffs' Liaison Counsel MDL 2047**

Arnold Levin
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
**Plaintiffs' Lead Counsel MDL 2047**

3

## COURT APPOINTED PLAINTIFFS' STEERING COMMITTEE IN MDL 2047 - OF COUNSEL TO PLAINTIFFS

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Robert Becnel
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
rbecnel@becnellaw.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**OF COUNSEL TO COURT APPOINTED PLAINTIFFS' STEERING COMMITTEE IN MDL 2047 - OF COUNSEL TO PLAINTIFFS**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS ARE SET FORTH ON EXHIBIT "A"**

*Essary, Gerald and Beebe, et al., individually and on behalf of all others similarly situated v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.- Civ. 2:17-cv-08288*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint Omni (XXXI(A)) IN INTERVENTION (MS)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Essary, Gerald & Beebe | 244 County Road 620, Corinth MS 33834 | | MS | K. Edward Sexton, II; Gentle,Turner, Sexton & Harbison, LLC; 501 Riverchase Parkway East Suite 100 Hoover, AL 35244, 205-716-3000 (phone); (205) 716-3010; esexton@gtandslaw.com |
| Farmer, Lee o.b.o Bogue Homa Baptist Church | 163 McFarland Road, Heidelberg, MS 39439 | | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Mitchell, Roy & Rose | 583 Henderson Avenue, Pass Christian, MS 39571 | | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Palma, Marilyn | 406 Broad Street, Hattiesburg, MS 39401 | | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Pruitt, Troyce & Rhonda | 12 Gulfview Drive, Ocean Springs, MS 39564 | | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Essary, Gerald and Beebe, et al., individually and on behalf of all others similarly situated v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.- Civ. 2:17-cv-08288*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint Omni (XXXI(A)) IN INTERVENTION (MS)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Washington, Earllean | 207 Olivari St. Waveland, MS 39576 | | MS | Hawkins Gibson PLLC, 628 North State Street, Jackson, Mississippi 39225-4627, 601-345-4140, egibson@hgattorneys.com; kristi@hgattorneys.com |