# Exhibit "D"

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Stephen and Diane Brooke, et al., individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON EXHIBIT "A" ATTACHED HERETO],** | **CASE NO.:   2:15-cv-4127** |
| **Plaintiffs,** | **CLASS ACTION COMPLAINT** |
| **v.** | |
| **The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation** | **JURY TRIAL DEMAND** |
| **Defendants.** | |

_____/

### INTERVENING PLAINTIFFS', JOHN ANDERSON, _et al._, OMNIBUS
### CLASS ACTION COMPLAINT (XX(B)) IN INTERVENTION (LA)

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf

of themselves and all other similarly situated owners and residents of real properties containing

defective Chinese manufactured drywall that was manufactured, imported, exported, brokered,

distributed, delivered, supplied, marketed, inspected, or sold by the Defendants.[1]

---

[1] Intervening Plaintiffs are not pursuing claims against China National Building Materials Group Co. ("CNBM Group") as this defendant has been dismissed from these proceedings.

1

Intervening Plaintiffs have intervened in *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* Civ. Action No. 2:15-cv-4127 (E.D.La.), since they are absent class members in that action.   As absent class members, Intervening Plaintiffs are similarly situated to the *Brooke* plaintiffs and the defendants named in the *Brooke* complaint are liable to the Intervening Plaintiffs.   Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Brooke* complaint herein by reference.

The Intervening Plaintiffs seek to be class representatives for the class identified in *Brooke*.   The *Brooke* Defendants are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, or sale of the defective drywall at issue in this litigation.

The Intervening Plaintiff, John Anderson is a citizen of Alabama and owns real property located at 410 Ross Neely Road, Albertville, AL 35951.   Intervening Plaintiff has incurred damages caused by the drywall distributed by Defendants and is participating as class representative for similarly situated individuals. The remaining Plaintiffs are identified on the attached Exhibit "A," which is incorporated herein by reference.[2]

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

---

[2] Counsel for intervening Plaintiffs are identified on Exhibit "A."

a.      an order certifying the case as a class action;

b.      an order certifying the Class and each of the Subclasses;

c.      an order appointing Plaintiffs as the Class Representatives of the Class;

d.      an order appointing undersigned counsel and their firms as counsel for the

Class;

e.      compensatory and statutory damages;

f.      punitive damages as allowed by law;

g.      pre and post-judgment interest as allowed by law;

h.      injunctive relief;

I.      an award of attorneys' fees as allowed by law;

j.      an award of taxable costs; and

k.      any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated:   November 1, 2017

By:      /s/ Russ M. Herman
         Russ M. Herman
         HERMAN, HERMAN & KATZ, LLC
         820 O'Keefe Avenue
         New Orleans, Louisiana 70113
         Phone: (504) 581-4892
         Fax: (504) 561-6024
         rherman@hhklawfirm.com

         *Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## COURT APPOINTED PLAINTIFFS' STEERING COMMITTEE IN MDL 2047 - OF COUNSEL TO PLAINTIFFS

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Robert Becnel
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
rbecnel@becnellaw.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

5

**OF COUNSEL TO COURT APPOINTED PLAINTIFFS' STEERING COMMITTEE IN MDL 2047 - OF COUNSEL TO PLAINTIFFS**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS ARE SET FORTH ON EXHIBIT "A"**

| Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127 |
| --- |
| Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA) |

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
| --- | --- | --- | --- | --- |
| Anderson, John | 410 Ross Neely Road, Albertville, AL35951 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Cassidy, Stanley & Vickie | 900 Park Avenue, Oneonta, AL  35121 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Duncan, Calvin Anthony; Duncan, Debra | 4635 Lucille Road, West Blocton, AL  35184 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Ellison, Bryon | 960 Leeth Gap Road, Attalla, AL  35954 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Molpus, Stacey | 8 Spring Lake Court, Clanton, AL  35045 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

**Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127**

**Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)**

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Prince, Cherry | 88 Spring Lake Boulevard, Clanton, AL 35045 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Weeks, Cherryl | 9907 Briarcliff Drive Mobile, AL 36608 | 7089 Crown Pointe Drive Mobile, AL 36695 | AL | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Ball, Edward; Gravel, Margot J. | 2464 Silver Palm Road, North Port, FL 34288 | 656 Southern Hills Drive, Eureka, MO 63025 | MO | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Bittle, Jodah; Bittle, Holly | 2385 84th Court, Vero Beach, FL 32966 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Bonilla, Omar | 8667 Pegasus Drive, Lehigh Acres, FL 33971 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

***Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127***

***Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)***

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Daniel, Victor | 2516 NW 21 Avenue, Cape Coral, FL  33993 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Daniel, Wilnite; Delince, Enrico | 6730 NW Pinson Court West, Port St. Lucie, FL 34983 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Dipp, Evelyn | 3720 6th Street West, Lehigh Acres, FL 33971 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Dombrowski, Joseph | 3207 43rd Street West, Lehigh Acres, FL 33971 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Egnaczyk, Sylvia | 5375 Corsica Place, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Elia, William & Elizabeth | 1305 Sw 12th Avenue, Cape Coral, FL  33991 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Enriquez, Luis; GEC Assoc Investment, Inc. | 4113 SW 8th Place, Cape Coral, FL  33914 | 9487 NW 12 ST, Miami, FL 33172 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Grande, Marta | 157 Medici Terrace, Nokomis, FL  34275 | 8874 Bloomfield Boulevard, Sarasota, FL  34238 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Greatchus, Michael | 7888 Tarabilla Avenue, North Port, FL  34291 | 6439 Grand Cypress Boulevard, North Port, FL 34287 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Helmick, Ina | 13237 Emerald Acres Avenue, Dover, FL 33527 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Hemming, Stephen & Bonita | 738 Parsons Circle SE, Palm Bay, FL  32909 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Herrera, William & Giselle | 13266 SW 218 Terrace, Miami, FL  33170 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Hickey, William | 1237 Kendari Terrace, Naples, FL  34113 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Hoang, Khanh | 5751 58th Avenue North, St. Petersburg, FL  33709 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Howell, Brian | 228 Sharwood Drive, Naples, FL  34110 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

***Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127***
***Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)***

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Huynh, Tam | 7001 38th Avenue North, St. Petersburg, FL  33710 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| James, Consuella | 24531 SW 129 Court, Homestead, FL  33032 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Johnson, Edward & Beverly Ann | 4007 Southernwood Court, Tampa, FL  33616 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Johnson, Ethlyn; Jackman, Janella | 2016 Gloria Circle NE, Palm Bay, FL  32905 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Kenneth Mendelson & Joelle Moreon | 7901 SW 52nd Ct. Miami, FL 33143 | | FL | Skip Pita, Esquire Pita Weber Del Prado 9350 S. Dixie Hwy, Suite 1200 Miami, FL 33156 (305) 670-2889 (phone) spita@pwdlawfirm.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Klein, Michael & Mayna | 10247 Isle Wynd Court, Boynton Beach, FL 33437 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Krekic, Nelica | 120 SE 21st Terrace, Cape Coral, FL 33990 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Kurtz, Garld G. Kurt | 480 Bosphorous Avenue, Tampa, FL 33606 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Loredo, Pierre | 13452 Little Gem Circle, Fort Myers, FL 33913 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Mathurin, Martine & Richardson | 3008 12th Street West, Lehigh Acres, FL 33971 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

**Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127**

**Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)**

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Naves, Juan Carlos; Cuttler Bay Holdings, LLC | 12982 SW 135 Street, Miami, FL 33186 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Neff, Matt | 140 South Dixie Highway, Unit 619, Hollywood, FL 33020 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Nicaisse, Natacha | 3512 NE 3rd Drive Homestead, FL | same | FL | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Norton, Randall | 231 SE Crescent Street, Palm Bay, FL 32909 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Painter, Richard & Robin | 11219 Laurel Brook Court, Riverview, FL 33569 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Pereira, Stella | 24004 SW 109 Path, Homestead, FL  33032 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Pierre, Gessie | 665 SW Gailbreath, Port St. Lucie, FL  34953 | | FL | Pro Se |
| River Pointe at Grand Harbor Condominium HOA & Barton, Michael | 5620 North Harbor Village Drive, #301, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Bruckner, Steve | 5620 North Harbor Village Drive, #201, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Lindsay, Horace & Donna | 5620 North Harbor Village Drive, #402, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Melnick, Nicholas & Elizabeth | 5620 North Harbor Village Drive, #302, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| River Pointe at Grand Harbor Condominium HOA & Mendell, John & Linda | 5620 North Harbor Village Drive, #401, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Passaretti, Bernice | 5620 North Harbor Village Drive, #203, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Porter, Cheryl | 5620 North Harbor Village Drive, #403, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Redmond, David | 5620 North Harbor Village Drive, #303, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Whiteman, Robert & Rita | 5620 North Harbor Village Drive, #202, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

**Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127**
**Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)**

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Riveron, Darlene; Biltz, Shane | 2190 Frangipani Avenue, Naples, FL  34120 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Roberts, Wanda | 3949 Port Sea Place, Kissimmee, FL  34746 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Roeder, Brenda | 200  171st Avenue East, North Redington Beach, FL 33708 | 10728 Dowry Avenue, Tampa, FL 33615 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Severance, Rick & Gretchen | 250 Citadel Lane, Crestview, FL  32536 | 12620 Oak Bend Drive, Fort Myers, FL  33905 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Singer, Brad | 1019 N.E. 87th St., Miami, FL 33138 | 1019 N.E. 87th St., Miami, FL 33138 | FL | Roberts & Durkee PA Milstein Adelman LLP Alhambra Towers, Penthouse I 121 Alhambra Plaza, Suite 1603 Coral Gables, FL  33134 (305) 442-1700 |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Szala, Chad M.; Szala, Kristen K. | 4355 Hawksley Place, Wesley Chapel, FL 33545 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Torres, Yanisel; Llopiz, Yosvani | 1210 Cordoba Street E, Lehigh Acres, FL 33974 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Turnbow, Tony & Tiffany | 22806 SW 89 Place, Miami, FL 33190 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Weinberger, Benjamin & Ruth | 2440 NE 27 Terrace, Fort Lauderdale, FL 33305 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Wells, James Randall; Meyers, Amy | 5346 Southlake Drive, Pace, FL 32571 | 3112 Brittany Terrace, Pensacola, FL 32504 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Zapp, Andrew | 4835 Portmarnoch Way, Wesley Chapel, FL  33543 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Guerra, Joe and Josefina | 1105 Bowlin Drive Locust Grove, GA 30248 | same | GA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Mitchell, Rhonda | 94 Silver Top Drive, Grayson, GA  30017 | | GA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Robinsor-Reese, Inger | 1024 Levista Drive Locust Grove, GA 30248 | same | GA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Sciacca, Michael | 3072 Pale Moon Place, McDonough, GA  30253 | | GA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Stutzman, Diane | 5356 LRC Road, Waterloo, IL  62298 | P.O. Box 2530, Hutchinson, KS  67504 | IL | PSC |

**Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127**

**Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)**

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Anderson, Patricia | 7516 Primrose Drive, New Orleans, LA 70126 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Armour, Charles and Johnnie **(Road Home Remediation)** | 4802 Shalimar Drive, New Orleans, LA 70126 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Barre, Kerry | 11150 South Idlewood Court, New Orleans, LA 70128 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Bellande, Joseph & Christy | 9201 N. Patricia Street, Chalmette, LA 70043 | 3409 Story Park Blvd., Meraux, LA 70075 | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Bierria, Gwendolyn | 5286 Warrington Drive, New Orleans, LA 70122 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Blackman, Judy | 1241 Riviera Drive, New Orleans, LA  70122 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Boissiere, Shelita | 5301 Pasteur Boulevard, New Orleans, LA 70122 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Brooks, Okema | 3017 Angelique Drive, Violet, LA  70092 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Carter, Clarence (deceased) & Delores | 1912 Pauline Street, New Orleans, LA 70117 | | LA | Bruno & Bruno, LLP 855 Baronne Street  New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Cook, Patricia | 11110 Whiteside Road, New Orleans, LA 70128 | | LA | Bruno & Bruno, LLP 855 Baronne Street  New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Cutrer, Jason | 3601 Jupiter Street, Chalmette, LA 70043 | 1204 Bayou Road, St. Bernard, LA 70085 | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Davis, Sharon | 7232 Claridge Court, New Orleans, LA 70127 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Dugay-Stark, Pamela | 5439 Dauphine Street, New Orleans, LA 70117 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Dymond, Saundra | 4607 Frenchmen Street, New Orleans, LA 70122 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Emerald Property Management, LLC | 941 Emerald Street, New Orleans, LA | 1507 Demosthenes Street, Metairie, LA 70005 | LA | Pro Se |
| Ergelen, Mehmet | 732-734 Delachaise Street, New Orleans, LA 70115 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Anderson, John, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Estrade, Mary Ann; Trosclair, Linda | 501-503 Dubarry Place, Chalmette, LA 70043 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Fogan, Darnell R.; Fogan, Wylona T. | 7615 Forum Boulevard, New Orleans, LA 70128 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Fortenberry, Stephanie | 3012 Oak Drive, Violet, LA 70092 | 25025 North Benville Road, Picayune, MS 39466 | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Fowler, Ryan | 2408 Riverbend Drive, Violet, LA 70092 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Green, Reginald & Annette | 4951-53 Camelia Street, New Orleans, LA 70126 | | LA | Pro Se |
| Hudson, Bernice | 2425 St. Matthew Circle, Violet, LA 70092 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Irvin, Carl & Velez | 1240 Riviera Drive, New Orleans, LA 70122 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Jelks, Forrest & Bernadette | 4979 Demontluzin, New Orleans, LA 70122 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Joseph, Rose | 7549 Scottwood Drive, New Orleans, LA 70128 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Lockley, Vendetta | 920 Tupelo Street, New Orleans, LA 70117 | 7501 Newcastle Street, New Orleans, LA 70126 | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Lozes, Edward | 3720 Delachaise, New Orleans, LA 70125 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Marks, Noel | 7748 Barataria Blvd, Crown Point, LA 70072 | | LA | Becnel Law Firm 425 W. Airline Hwy, Suite B Laplace, LA 70068 (985) 536-1186 Schristina@becnellaw.com |
| Matthews, Gavin & Catherine | 7613 Lacombe Street, New Orleans, LA 70128 | 1644 Holiday Place, New Orleans, LA 70114 | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Mosely, Kirk | 3009 Lakewood Drive, Violet, LA 70092 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Musgrave, Richard and Michele | 6864 Colbert Street, New Orleans, Louisiana 70124 | | LA | Irpino, Avin & Hawkins; 2216 Magazine Street New Orleans, LA 70130, 504-525-1500, airpino@irpinolaw.com; hcannata@irpinolaw.com |
| Nunez, Marlen | 2301 Valmar Street, Meraux, LA 70075 | 1200 Breckell Bay Dr., Unit 3009, Miami, FL 333131 | FL | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Onagoruwa, Adenike | 411 South Dupre, New Orleans, LA 70119 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Pena, Abraham | 3412 Rosetta Dr., Chalmette LA 70043 | | LA | Becnel Law Firm 425 W. Airline Hwy, Suite B Laplace, LA 70068 (985) 536-1186 Schristina@becnellaw.com |
| Propps, Timothy | 4448 Parkshore Dr, Marrero, LA 70072 | | LA | Becnel Law Firm 425 W. Airline Hwy, Suite B Laplace, LA 70068 (985) 536-1186 Schristina@becnellaw.com |
| Regis, Ferdinand | 6026 Campus Boulevard, New Orleans, LA 70126 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Richard, Dwight & Alice | 4748-4750 Shalimar Drive, New Orleans, LA 70126 | 6828 Mayo Blvd., New Orleans, LA 70126 | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Rodney, Lance | 3201 Angelique Drive, Violet, LA 70092 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Shaheed, Dawud & Cynthia | 6234 Curran Road, New Orleans, LA 70126 | 4515 Laine Avenue, New Orleans, LA 70126 | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Smith, Lionel & Darleen (Road Home Remediation) | 2420 St. Paul Ct., Violet, LA 70092 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Sutton, Shawndrika | 103129 Lake Carmel Dr. New Orleans LA 70128 | | LA | Becnel Law Firm 425 W. Airline Hwy, Suite B Laplace, LA 70068 (985) 536-1186 Schristina@becnellaw.com |
| Umfrey, Kevin; Umfrey, Travis | 3836 Lyndell Drive, Chalmette, LA  70044 | 2909 East St. Bernard Highway, Meraux, LA  70075 | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Walsdorf, John | 226 &228 14th Street New Orleans, LA 70124 | 560 Evangeline Rd, Montz LA 70068 | LA | Becnel Law Firm 425 W. Airline Hwy, Suite B Laplace, LA 70068 (985) 536-1186 Schristina@becnellaw.com |
| Williams, Ollie (Jr) & Joyce | 4838 Donna Drive, New Orleans, LA 70127 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Wilson, Brad | 4516 Stella Dr., Meraux, LA. 70075 | | LA | Jeffrey P. Berniard,  Berniard Law Firm, 300 Lafayette St Ste 101, New Orleans, LA 70130, (504) 527-6225, Jeff@GetJeff.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Zimmerman, James | 7509 Daniel Drive, New Orleans, LA  70127 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Essary, Gerald & Beebe | 244 County Road 620, Corinth MS 33834 | | MS | K. Edward Sexton, II; Gentle,Turner, Sexton & Harbison, LLC;  501 Riverchase Parkway East Suite 100  Hoover, AL 35244, 205-716-3000 (phone); (205) 716-3010; esexton@gtandslaw.com |
| Farmer, Lee o.b.o Bogue Homa Baptist Church | 163 McFarland Road, Heidelberg, MS 39439 | | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Mitchell, Roy & Rose | 583 Henderson Avenue, Pass Christian, MS  39571 | | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Palma, Marilyn | 406 Broad Street, Hattiesburg, MS  39401 | | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Pruitt, Troyce & Rhonda | 12 Gulfview Drive, Ocean Springs, MS  39564 | | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Washington, Earllean | 207 Olivari St. Waveland, MS 39576 | | MS | Hawkins Gibson PLLC, 628 North State Street,  Jackson, Mississippi 39225-4627, 601-345-4140, egibson@hgattorneys.com; kristi@hgattorneys.com |
| Allman, James and Tamera | 103 Gregg Court Lot 2 Pozier Acres Moyock, NC 27958 | 5211 Lindbergh Avenue Kitty Hawk, NC 27949 | NC | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Fiala, John and Joan | 101 Potecasi Creek Court Hertford, NC 27944 | 114 Milton Lane Warren Center, PA 18851 | PA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Groves, Brian | 5670 Gooseneck Road Riegelwood, NC 28456 | 2532 Flint Drive Wilmington, NC 28401 | NC | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |

***Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127***

***Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)***

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Antoniou, Antony and Ann | 3206 Arran Thistle Williamsburg, VA 23188 | 20 Cheerbrook Road Willaston, Nantwich United Kingdom CW5 7EN | | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Bunting, Robert | 26 Wornom Farm Road Poquoson, VA 23662 | same | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Crawford Bay Associates, LLC | 73 Linden Avenue Portsmouth, VA 23704 | 11 Cypress Road Portsmouth, VA 23701 | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Hancock, Terry and Patty | 4645 Town Creek Drive Williamsburg, VA 23188 | 5194 Rollison Drive Williamsburg, VA 23188 | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Mendelson, Judd and Sara | 1507 Burrowin Drive Chesapeake, VA 23321 | same | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |

*Anderson, John, et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(B)) in Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Nolan, Daniel and Lillian | 216 Wildlife Trace Chesapeake, VA 23320 | same | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Robertson, Ralph and Colleen | 5575 Brixton Road Williamsburg, VA 23185 | 376 Merrimac Trail Williamsburg, VA 23185 | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Seeman, Paul and Patti | 312 Tindalls Court Suffolk, VA 23436 | same | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |