UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Payton, et al. v. Knauf Gips KG, et al<br>Case No. 09-7628 | |
| Amato, et al. v. Liberty Mutual Insurance Company, et al.<br>Case No. 10-932 | |

_____

### EX-PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, come Dawn M. Barrios, Bruce S. Kingsdorf, Zachary L. Wool and the law firm of Barrios, Kingsdorf & Casteix, LLP, who, pursuant to LR 83.2.11, hereby move to withdraw as counsel of record on behalf of Vincent Randolph, for the following reasons, to wit:

1. Movers have represented Vincent Randolph in this matter in connection with his Chinese drywall claim under the KPT settlement program;

2. Under the KPT settlement program, Vincent Randolph elected Option 2 and has received various payments from KPT under that program;

3. Under Option 2 Vincent Randolph and the licensed and insured contractor must provide proof of building permits and fees, Environmental Certificate and certification of removal of electrical wiring, home security equipment, and copper gas lines in compliance with the Remediation Protocol.  They must also provide proof of Chinese drywall removal and new drywall installation and proof that the remediation of the KPT property has been completed.

4. Since receipt of his lump sum payment on June 10, 2014, Movers have attempted to contact Vincent Randolph by telephone at 772-579-0619, by email at gatorhuntr1@aol.com and by mail at 5602 Birch Drive, Fort Pierce, FL 34982, all to no avail;

1

5. As indicated in the Certificate of Service below, Movers have served this motion upon Vincent Randolph by certified mail at his last known address.

6. As Vincent Randolph refuses to communicate with Movers, Movers cannot continue to represent Mr. Randolph's interests; and

7. There are currently no deadlines or pending court appearances in this matter and it is therefore not necessary that Vincent Randolph be notified of any deadlines or pending court appearances.

WHEREFORE, Movers prays that after due consideration that this Motion be granted and that Dawn M. Barrios, Bruce S. Kingsdorf, Zachary L. Wool and the law firm of Barrios, Kingsdorf & Casteix, LLP, be permitted to withdraw as counsel of record on behalf of Vincent Randolph.

Dated:  November 2, 2017    Respectfully submitted,

By: /s/ Dawn M. Barrios
Dawn M. Barrios (LA Bar Roll #2821)
Bruce S. Kingsdorf (LA Bar Roll #7403)
Zachary L. Wool (LA Bar Roll #32778)
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139
Tel: (504) 524-3300
Fax: (504) 524-3313
barrios@bkc-law.com
bkingsdorf@bkc-law.com
zwool@bkc-law.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Ex-Parte Motion to Withdraw as Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel and counsel for Knuaf, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and via certified mail upon Vincent Randolph, 5602 Birch Drive, Fort Pierce, FL 34982 on this 2nd day of November, 2017.

                /s/ Dawn M. Barrios_____
                Dawn M. Barrios