UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al. v. Knauf Gips KG, et al<br>Case No. 09-7628<br><br>Amato, et al. v. Liberty Mutual Insurance Company, et al.<br>Case No. 10-932 | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Ex-Parte Motion to Withdraw as Counsel of Record, the Court's finding that good grounds exist to grant same, accordingly,

IT IS ORDERED that Dawn M. Barrios, Bruce S. Kingsdorf, Zachary L. Wool, and the law firm of Barrios, Kingsdorf & Casteix, LLP be and are hereby withdrawn as counsel of record for Vincent Randolph in these proceedings and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

1