UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to:    ALL CASES | Judge Fallon |
| | Mag. Judge Wilkinson |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY ASHTON TAMPA RESIDENTIAL, LLC

Pursuant to Pretrial Order No. 1(J), dated March 20, 2015, Ashton Tampa Residential, LLC hereby gives notice of its intention to dispose of the physical evidence that Ashton Tampa Residential, LLC was previously preserving from the following property or properties:  SEE ATTACHED EXHIBIT A WITH LIST OF PROPERTIES.

Any person or entity wishing to inspect this physical evidence or, in the case of the owner of the property, take possession of this physical evidence at their own expense, must do so within thirty (30) days of the date of this notice upon reasonable notice to Ashton Tampa Residential, LLC by contacting counsel for Ashton Tampa Residential, LLC, Jaret Fuente, by telephone at (813) 229-4362 and by email at jfuente@carltonfields.com.  Upon the expiration of the 30 day period, Ashton Tampa Residential, LLC may dispose of such physical evidence.

Dated:  November 3, 2017.

*/s/ Jaret J. Fuente*
Jaret J. Fuente
Florida Bar No. 0146773
CARLTON FIELDS
P.O. Box 3239
Tampa, FL  33601-3239
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
jfuente@carltonfields.com
tsharick@carltonfields.com (secondary)

112667138.2

tpaecf@cfdom.net (secondary)
*Counsel for Ashton Tampa Residential, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Disposal of Physical Evidence by Ashton Tampa Residential, LLC** has been served on <u>Plaintiffs' Liaison Counsel</u>, Russ Herman, and <u>Defendants' Liaison Counsel</u>, Kerry Miller, Esq., and <u>Homebuilders' Liaison Counsel</u>, Phillip A. Wittman, Esq. and Dorothy Wimberly, Esq., and <u>Insurer Defendants' Liaison Counsel</u>, Judy Y. Barrasso, Esq., by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, <u>and</u> that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of November, 2017.

*/s/ Jaret J. Fuente*
Attorney

**Exhibit A to**

**Notice of Disposal of Physical Evidence by Ashton Tampa Residential, LLC**

| No. | Community | Address | City | State | Zip |
|---|---|---|---|---|---|
| 1 | Camden Woods | 7984 Camden Woods Drive | Tampa | FL | 33619 |
| 2 | Camden Woods | 7980 Camden Woods Drive | Tampa | FL | 33619 |
| 3 | Camden Woods | 7934 Camden Woods Drive | Tampa | FL | 33619 |
| 4 | Camden Woods | 7966 Camden Woods Drive | Tampa | FL | 33619 |
| 5 | Camden Woods | 7965 Camden Woods Drive | Tampa | FL | 33619 |
| 6 | Tanglewood | 7721 Tangle Rush Drive | Gibsonton | FL | 33534 |
| 7 | Sagamore Trace | 213 Montara Drive | Seffner | FL | 33584 |
| 8 | Sagamore Trace | 304 Montara Drive | Seffner | FL | 33584 |
| 9 | Sagamore Trace | 202 Montara Drive | Seffner | FL | 33584 |
| 10 | Camden Woods | 7932 Camden Woods Drive | Tampa | FL | 33619 |
| 11 | Camden Woods | 7969 Camden Woods Drive | Tampa | FL | 33619 |
| 12 | Sagamore Trace | 207 Montara Drive | Seffner | FL | 33584 |
| 13 | Camden Woods | 7962 Camden Woods Drive | Tampa | FL | 33619 |
| 14 | Tanglewood | 7725 Tangle Rush Drive | Gibsonton | FL | 33534 |
| 15 | Sagamore Trace | 208 Montara Drive | Seffner | FL | 33584 |
| 16 | Sagamore Trace | 210 Montara Drive | Seffner | FL | 33584 |
| 17 | Camden Woods | 7936 Camden Woods Drive | Tampa | FL | 33619 |
| 18 | Tanglewood | 11525 Tangle Branch Lane | Gibsonton | FL | 33534 |
| 19 | Camden Woods | 7933 Camden Woods Drive | Tampa | FL | 33619 |
| 20 | Camden Woods | 7967 Camden Woods Drive | Tampa | FL | 33619 |
| 21 | Sagamore Trace | 204 Montara Drive | Seffner | FL | 33584 |
| 22 | Camden Woods | 7929 Camden Woods Drive | Tampa | FL | 33619 |
| 23 | Tanglewood | 7705 Tangle Rush Drive | Gibsonton | FL | 33534 |
| 24 | Camden Woods | 7935 Camden Woods Drive | Tampa | FL | 33619 |
| 25 | Sagamore Trace | 206 Montara Drive | Seffner | FL | 33584 |
| 26 | Sagamore Trace | 115 Montara Drive | Seffner | FL | 33584 |
| 27 | Tanglewood | 7709 Tangle Rush Drive | Gibsonton | FL | 33534 |
| 28 | Sagamore Trace | 113 Montara Drive | Seffner | FL | 33584 |
| 29 | Camden Woods | 7975 Camden Woods Drive | Tampa | FL | 33619 |