UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION<br><br>MDL NO. 09-2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>WILLIAM AND KELLY WAYNE | * * | |

## ORDER

The Court has received Pro Se Plaintiffs William and Kelly Wayne's motion to grant lump sum payment, which is attached to this Order. Plaintiffs are claiming $18,666.00 from the Remediation Fund pursuant to Section 4.3.5.1(b) of the Knauf Settlement Agreement. Because the motion raises a novel question under the Settlement Agreement, the Chinese Drywall Settlement Administrator has recommended that Defendant Knauf submit its briefing and response on Plaintiffs' motion. Accordingly,

**IT IS ORDERED** that Knauf shall file its briefing and response to Plaintiffs' motion by November 30, 2017. Please mail a copy to Plaintiffs at the below address.

**IT IS FURTHER ORDERED** that Plaintiffs may file a reply brief by December 20, 2017. If the Court requires further briefing on the matter, a hearing may be set for oral argument following the January 2018 monthly status conference.

New Orleans, Louisiana, this 6th day of November, 2017.

ELDON E. FALLON
United States District Judge

Mail copy to: Mr. William Wayne & Mrs. Kelly Wayne
1007 Chippewa
Round Rock, TX 78665