**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | JUDGE FALLON |
| ALL CASES | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**ORDER**</u>

Considering the foregoing *Motion for Leave to File Supplemental Motion for Injunctive Relief, Supplemental Memorandum in Support, and Supplemental Order* filed by defendant Interior Exterior Building Supply, L.P.;

**IT IS HEREBY ORDERED** that Interior Exterior Building Supply, L.P.'s *Motion for Leave to File Supplemental Motion for Injunctive Relief, Supplemental Memorandum in Support, and Supplemental Order* is GRANTED and the *Supplemental Motion for Injunctive Relief, Supplemental Memorandum in Support*, and *Supplemental Order* are hereby filed.

**New Orleans, Louisiana, this** _8th_ **day of** _____November_____ **, 2017.**

_Eldon C Fallon_

**Honorable Eldon E. Fallon**
**U.S. District Court Judge**