UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * * | |
| | * | JUDGE FALLON |
| ALL CASES | * | MAG. WILKINSON |

**INTERIOR EXTERIOR BUILDING SUPPLY, L.P.'S
SUPPLEMENTAL MOTION FOR INJUNCTIVE RELIEF**

**NOW INTO COURT**, through undersigned counsel, comes Interior Exterior Building Supply, L.P. ("InEx"), who file this *Supplemental Motion for Injunctive Relief* to clarify the relief sought by InEx considering the Burns' *Memorandum in Opposition to Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief* [Rec. Doc. No. 21032].

InEx believes its *Original Motion for Injunctive Relief* [Rec. Doc. No. 20891] should be granted for the reasons addressed more fully in its *Original Memorandum in Support of Interior Exterior Building Supply L.P.'s Motion for Injunctive Relief* [Rec. Doc. No. 20891-1]. However, if that relief is not granted, InEx respectfully submits that this Honorable Court should enter a restraining order or injunction precluding, continuing, or staying Winston Burns, Jr., Wendy Burns, and Livers Construction, Inc., or their attorneys, from maintaining, continuing, prosecuting, and/or commencing any claim or action, pending or future, ***against InEx*** that arises from, concerns, or otherwise relates, directly or indirectly, to Chinese Drywall, including, but not limited to, the matter *Winston J. Burns, Jr. and Wendy Burns versus Livers Construction, Inc, et al.,* No. 2016-04002 in the Civil District Court For The Parish of Orleans, State of Louisiana (the "Burns

1

Litigation"). This specific relief has merit and is not opposed by any party.

The Burns Litigation involves claims by homeowners for alleged damage caused by Chinese Drywall. The Plaintiffs in the Burns Litigation are Members of the InEx Settlement Class who did not opt out of the *InEx Settlement* [Rec. Doc. Nos. 8628-3 and 12258-3]. *See* [Rec. Doc Nos. 16191-1, 16191-2, and 16191-5]. All claims asserted in the Burns Litigation against defendant Livers are barred by the doctrine of *res judicata* and this Court's *Order and Judgment,* [Rec. Doc. No. 16570], because Livers is a named "Downstream Releasee" in the *InEx Settlement*. [Rec. Doc. Nos. 8628-3, 8628-4, and 12258-3]. The *Third-Party Demand* of Livers against InEx in the Burns Litigation is similarly barred by *res judicata* and the *Order and Judgment.*

This *Motion* is made pursuant to the Court's inherent equitable powers, Rule 65 of the Federal Rules of Civil Procedure, 28 U.S.C. §§ 1651 and 2283, and the terms of the *InEx Settlement* approved by this Court in Multi-District Litigation 2047, *In Re: Chinese-Manufactured Drywall Products Liability Litigation*. This *Supplemental Motion for Injunctive Relief* is supported by the *Original Motion* [Rec. Doc. No. 20891] and *Original Memorandum in Support of Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief* [Rec. Doc. No. 20891-1], as well as the corresponding *Supplemental Memorandum in Support of Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief* (collectively, the "Motion" or "Motion for Injunctive Relief"), and such matters as are presented at the hearing on this *Motion*.

**WHEREFORE,** Interior Exterior Building Supply, L.P. respectfully requests that the instant Motion be granted and, if the relief sought in the *Original Motion for Injunctive Relief* is not granted, requests this Court issue a writ enjoining, precluding, continuing, or staying Winston Burns, Jr., Wendy Burns, and Livers Construction, Inc., or their attorneys from maintaining, continuing, prosecuting, and/or commencing any claim or action, pending or future, against

Interior Exterior Building Supply, L.P. that arises from, concerns, or otherwise relates, directly or indirectly, to Chinese Drywall, including, but not limited to the matter *Winston J. Burns, Jr. and Wendy Burns versus Livers Construction, Inc, et al.,* No. 2016-04002 in the Civil District Court for The Parish of Orleans, State of Louisiana. Interior Exterior Building Supply, L.P. also seeks such further relief as this Court deems just, proper, and equitable.

Respectfully submitted,

/s/ Philip D. Nizialek
PHILIP D. NIZIALEK (La. Bar No. 24180)
ANDREW J. BRIEN (La. Bar No. 37051)
Carver, Darden, Koretzky, Tessier, Finn,
Blossman & Areaux, LLC
1100 Poydras Street, 3100
New Orleans, LA  70163
Phone: (504) 585-3800
Fax: (504) 585-3801
Nizialek@carverdarden.com
Brien@carverdarden.com
*Counsel for Interior/Exterior Building Supply, L.P.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of October, 2017.

**I ALSO CERTIFY** that this document is being served this day on Matthew A. Sherman, One Galleria Boulevard, Suite 1100, Metairie, Louisiana 70001, attorney for Winston J. Burns, Jr. and Wendy B. Burns; and Ron A. Austin, Esq., Jevan Felming, Esq., and Lillian Williams, Esq., Ron Austin & Associates, L.L.C., 400 Manhattan Boulevard, Harvey, Louisiana 70059, and Elton F. Duncan, III, Esq., and P. Sinnott Martin, Esq., Duncan & Sevin, L.L.C., 400 Poydras Street, 12th Floor, New Orleans, Louisiana 70130, attorneys for Livers Construction, Inc. via U.S. mail on this 12th day of October, 2017.

/s/ Philip D. Nizialek
PHILIP D. NIZIALEK

4823-6387-6177, v. 1