UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 |
| | | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * * | |
| ALL CASES | * | JUDGE FALLON MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Intervene and Adopt Interior Exterior's Motion for Injunctive Relief filed by Livers Construction, Inc.:

**IT IS HEREBY ORDERED** that Livers Construction, Inc. has adopted the Motion for Injunctive Relief filed by Interior Exterior as its own.

New Orleans, Louisiana 8th day of ___November___, 2017.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT COURT JUDGE**