UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION  SECTION: L

THIS DOCUMENT RELATES TO:  JUDGE FALLON
  MAG. JUDGE WILKINSON
Payton, et al. v. Knauf Gips KG, et al
Case No. 09-7628

Amato, et al. v. Liberty Mutual Insurance
Company, et al.
Case No. 10-932
_____

## ORDER

  Considering the foregoing Ex-Parte Motion to Withdraw as Counsel of Record, the Court's

finding that good grounds exist to grant same, accordingly,

  IT IS ORDERED that Dawn M. Barrios, Bruce S. Kingsdorf, Zachary L. Wool, and the

law firm of Barrios, Kingsdorf & Casteix, LLP be and are hereby withdrawn as counsel of record

for Vincent Randolph in these proceedings and that the Clerk of Court's records be changed to

reflect the same.

  New Orleans, Louisiana, this  8th  day of _____November_____, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1