UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF SUPPLEMENTAL MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION FOLLOWING *BRISTOL-MYERS SQUIBB V. SUPERIOR COURT*

Defendants Taishan Gypsum Co., Ltd., Tai'an Taishan Plasterboard Co., Ltd., BNBM PLC, BNBM (Group) Co., and CNBM Co. Ltd. (collectively, "Defendants") submit the attached new authorities supporting Defendants' motion to dismiss nonresident claimants from all Omni Complaints for lack of personal jurisdiction *after Bristol-Myers Squibb* (Rec. Doc. Nos. 20882 and 20894). These authorities explicitly reject the PSC's arguments that Bristol-Myers does not apply in federal actions and in class actions.

In *McDonnell v. Nature's Way Products LLC*, a United States district court in Illinois applied *Bristol-Myers* in a federal putative class action. 2017 WL 4864910 (N.D. Ill. Oct. 26, 2017) (attached as **Exhibit A**). The court ruled specifically that "*Bristol-Myers Squibb* applies" to personal jurisdiction in that federal court because the court was "exercising diversity jurisdiction" and relying on state law. *Id*. at *4 n.7. The court also ruled that it lacked jurisdiction over claims brought on behalf of consumers whose claims arose in multiple other states, even though those putative class members were "not named plaintiffs." *Id.* at *4. The class complaint did "not include allegations connecting [defendant's] activities in Illinois . . . to purchasers of [the product] outside

of Illinois so as to provide the Court with specific jurisdiction over these claims." *Id*. The court found that non-resident purchasers had "no injury arising from [defendant's] forum-related activities in Illinois. Instead, any injury suffered occurred in the state where they purchased the products." *Id.* The court thus dismissed all claims from states other than Illinois.

*McDonnell* supported its class-dismissal ruling with the October decision of an Arizona district court. *Id.* (citing *Wenokur v. AXA Equitable Life Ins. Co.*, 2017 WL 4357916, at *4 n.4 (D. Ariz. Oct. 2, 2017) (attached as **Exhibit B**). The *Wenokur* court ruled that under *Bristol-Myers*, it "lack[ed] personal jurisdiction over the claims of putative class members with no connection to Arizona and therefore would not be able to certify a nationwide class." (*McDonnell* also relied on two other class-action personal-jurisdiction cases that Defendants here have already cited to this Court.)

The attached new decisions confirm that *Bristol-Myers* applies to federal courts sitting in diversity and in the class action context. The cases thus provide further support for this Court to dismiss from each Omni Complaint the claims of non-resident named plaintiffs. Here, as in *McDonnell*, the Omni Complaints contain no allegations connecting Taishan's activities, much less the CNBM and BNBM Entities' activities, in each forum state to any non-resident claimant. In fact, the grounds for dismissal are even more compelling in *Amorin* because *Amorin* involves only named class members as opposed to the out-of-state claims of unnamed claimants in *McDonnell*. The Court should dismiss the claims of non-resident claimants and decertify the multistate *Amorin* class.

Dated November 13, 2017

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625

Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)
Eric Matthew Hairston (CA Bar No. 229892)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building 405 Howard Street San Francisco, CA 94105
Tel: 415-773-5700
cvejnoska@orrick.com
ehairston@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street

New York, NY, 10019
Tel: 212-506-5000
jstengel@orrick.com
xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
eshumsky@orrick.com

*Counsel for CNBM Co., Ltd., BNBM (Group) Co., Ltd., and BNBM PLC*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC 201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000 Tel: (504) 582-1111
eeagan@gordonarata.com
dcurrault@gordonarata.com

*Counsel for CNBM Co., Ltd.*

Harry Rosenberg (LA Bar No. 11465)
Phelps Dunbar LLP
365 Canal St., Suite 2000
New Orleans, LA 70130
Tel: (504) 566-1311
Email: Harry.Rosenberg@Phelps.com

*Counsel for BNBM (Group) Co., Ltd., and BNBM PLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of November, 2017.

Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan*