# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## ORDER

Upon consideration of Defendants' Motion for Leave to File Notice of Supplemental Authority, it is hereby ORDERED BY THE COURT that the motion is GRANTED and the attached Notice and exhibits are hereby filed into the record.

New Orleans, Louisiana, this  13th  day of      November     , 2017.

_____
ELDON E. FALLON
Judge, United States District Court