UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File the Plaintiffs' Steering Committee's Response to Defendants' Notice of Supplemental Authority in Support of Supplemental Motion to Dismiss for Lack of Personal Jurisdiction Following *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County,* filed November 13, 2017 (Rec. Doc. 21073);

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached The Plaintiffs' Steering Committee's Response to Defendants' Notice of Supplemental Authority in Support of Supplemental Motion to Dismiss for Lack of Personal Jurisdiction Following *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County,* filed November 13, 2017 (Rec. Doc. 21073) be and is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge