# EXHIBIT

# "B"

SCHENKIER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1.2 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:16-cv-05011

| | |
|---|---|
| McDonnell v. Nature's Way Products LLC et al | Date Filed: 05/05/2016 |
| Assigned to: Honorable Sara L. Ellis | Jury Demand: Both |
| Cause: 28:1332 Diversity-Fraud | Nature of Suit: 370 Other Fraud |
| | Jurisdiction: Diversity |

**Plaintiff**

**Angel McDonnell**  represented by  **Wesley W. Barnett**
Davis & Norris, Llp
2154 Highland Avenue South
Birmingham, AL 35205
(205) 930-9900
Email: wbarnett@davisnorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dargan Maner Ware**
Davis & Norris Llp
2154 Highland Avenue South
Birmingham, AL 35205
(205) 335-9108
Email: dware@davisnorris.com
*ATTORNEY TO BE NOTICED*

**Gerald Jonathan Bekkerman**
Taxman, Pollock, Murray &
Bekkerman, LLC
225 W. Wacker Drive
Suite 1750
Chicago, IL 60606
312-586-1700
Email: gbekkerman@tpmblegal.com
*ATTORNEY TO BE NOTICED*

**Michael Jeffrey Gunderson**
The Gunderson Law Firm, LLC
2155 W. Roscoe St.
Chicago, IL 60618
United Sta
312-600-5000
Email:
mgunderson@gundersontharp.com

*ATTORNEY TO BE NOTICED*

**John E. Norris**
Davis & Norris, Llp
2154 Highland Avenue South
Birmingham, AL 35205
(205) 930-9900
Email: jnorris@davisnorris.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nature's Way Products LLC**          represented by   **Donald L. Mrozek**
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3000
Email: dmrozek@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Francis MacEntee**
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3000
Email: bmacentee@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**James C. Vlahakis**
Sessions, Fishman, Nathan & Israel
120 S. LaSalle
Suite 1960
Chicago, IL 60603
(312) 578-0993
Email: jvlahakis@sessions.legal
*TERMINATED: 05/01/2017*

**Joel David Bertocchi**
Hinshaw & Culbertson LLP
222 North LaSalle St.
Suite 300
Chicago, IL 60601
(312) 704 3130
Email: jbertocchi@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Schwabe North America, Inc.**  represented by **Donald L. Mrozek**
*TERMINATED: 09/19/2016*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Francis MacEntee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James C. Vlahakis**
(See above for address)
*TERMINATED: 05/01/2017*

**Joel David Bertocchi**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2016 | 1 | COMPLAINT filed by Angel McDonnell; Jury Demand. Filing fee $ 400, receipt number 0752-11903852.(Norris, John) (Entered: 05/05/2016) |
| 05/05/2016 | 2 | CIVIL Cover Sheet (Norris, John) (Entered: 05/05/2016) |
| 05/06/2016 |  | CASE ASSIGNED to the Honorable Sara L. Ellis. Designated as Magistrate Judge the Honorable Sidney I. Schenkier. (jn, ) (Entered: 05/06/2016) |
| 05/06/2016 |  | SUMMONS Issued as to Defendants Nature's Way Products LLC, Schwabe North America, Inc. (nsf, ) (Entered: 05/06/2016) |
| 05/23/2016 | 3 | SUMMONS Returned Executed by Angel McDonnell as to Nature's Way Products LLC on 5/16/2016, answer due 6/6/2016; Schwabe North America, Inc. on 5/16/2016, answer due 6/6/2016. (Norris, John) (Entered: 05/23/2016) |
| 05/26/2016 | 4 | ATTORNEY Appearance for Defendants Nature's Way Products LLC, Schwabe North America, Inc. by Donald L. Mrozek (Mrozek, Donald) (Entered: 05/26/2016) |
| 05/26/2016 | 5 | ATTORNEY Appearance for Defendants Nature's Way Products LLC, Schwabe North America, Inc. by Joel David Bertocchi (Bertocchi, Joel) (Entered: 05/26/2016) |
| 05/26/2016 | 6 | ATTORNEY Appearance for Defendants Nature's Way Products LLC, Schwabe North America, Inc. by Barry Francis MacEntee (MacEntee, Barry) (Entered: 05/26/2016) |
| 05/26/2016 | 7 | MOTION by Defendants Nature's Way Products LLC, Schwabe North America, Inc. for extension of time *UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE TO JULY 22, 2016* (MacEntee, Barry) (Entered: 05/26/2016) |

| | | |
|---|---|---|
| 05/26/2016 | 8 | *NOTICE OF UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING* NOTICE of Motion by Barry Francis MacEntee for presentment of extension of time 7 before Honorable Sara L. Ellis on 6/7/2016 at 09:45 AM. (MacEntee, Barry) (Entered: 05/26/2016) |
| 06/07/2016 | 9 | MINUTE entry before the Honorable Sara L. Ellis: Defendants' unopposed motion to extend deadline for responsive pleading to July 22, 2016 7 is granted. The initial status conference in this matter is set for 7/26/2016 at 9:30AM. The parties are directed to review the procedures and requirements for this conference on Judge Ellis' web site and to submit the required Initial Status Report by 7/19/2016. Mailed notice (rj, ) (Entered: 06/08/2016) |
| 07/08/2016 | 10 | ATTORNEY Appearance for Plaintiff Angel McDonnell by Gerald Jonathan Bekkerman (Bekkerman, Gerald) (Entered: 07/08/2016) |
| 07/08/2016 | 11 | ATTORNEY Appearance for Plaintiff Angel McDonnell by Gerald Jonathan Bekkerman (Bekkerman, Gerald) (Entered: 07/08/2016) |
| 07/19/2016 | 12 | MOTION by Defendants Nature's Way Products LLC, Schwabe North America, Inc. for extension of time *UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING, TO EXTEND DEADLINE FOR INITIAL STATUS REPORT AND TO RESET DATE FOR INITIAL STATUS CONFERENCE* (MacEntee, Barry) (Entered: 07/19/2016) |
| 07/19/2016 | 13 | *NOTICE OF UNOPPOSED MOTION* NOTICE of Motion by Barry Francis MacEntee for presentment of extension of time, 12 before Honorable Sara L. Ellis on 7/26/2016 at 09:30 AM. (MacEntee, Barry) (Entered: 07/19/2016) |
| 07/21/2016 | 14 | ATTORNEY Appearance for Defendants Nature's Way Products LLC, Schwabe North America, Inc. by James Constantine Vlahakis (Vlahakis, James) (Entered: 07/21/2016) |
| 07/26/2016 | 15 | MINUTE entry before the Honorable Sara L. Ellis: Defendants' unopposed motion to extend deadline for responsive pleading 12 is granted. Defendants' responsive pleading is due by 8/5/16. The initial status conference is reset to 8/9/16 at 9:30 AM with initial status report due by 8/2/16. Mailed notice (rj, ) (Entered: 07/26/2016) |
| 08/02/2016 | 16 | STATUS Report *PARTIES' JOINT STATUS REPORT FILED BY DEFENDANTS ON BEHALF OF PLAINTIFF AND DEFENDANTS* by Nature's Way Products LLC, Schwabe North America, Inc. (MacEntee, Barry) (Entered: 08/02/2016) |
| 08/05/2016 | 17 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM*DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS* (Attachments: # 1 Memorandum in Support of Defendants' Rule 12(b)(6) Motion to Dismiss)(MacEntee, Barry) (Entered: 08/05/2016) |
| 08/05/2016 | 18 | NOTICE of Motion by Barry Francis MacEntee for presentment of Motion to Dismiss for Failure to State a Claim 17 before Honorable Sara L. Ellis on 8/9/2016 at 09:30 AM. (MacEntee, Barry) (Entered: 08/05/2016) |
| 08/09/2016 | 19 | MINUTE entry before the Honorable Sara L. Ellis: Status hearing held. Plaintiff's response to Defendants' Motion to Dismiss 17 shall be filed by |

| | | |
|---|---|---|
| | | 09/09/16. Defendants' reply shall be filed by 09/30/16. Status hearing set for 01/10/17 at 9:30 AM for ruling on the motion to dismiss. If plaintiff decides she wants to file an amended complaint, she should file a motion for leave to file an amended complaint. Mailed notice. (et, ) (Entered: 08/09/2016) |
| 09/08/2016 | 20 | MOTION by Plaintiff Angel McDonnell to amend/correct *Complaint* (Attachments: # 1 Exhibit Amended Complaint)(Norris, John) (Entered: 09/08/2016) |
| 09/08/2016 | 21 | NOTICE of Motion by John E. Norris for presentment of motion to amend/correct 20 before Honorable Sara L. Ellis on 9/20/2016 at 09:30 AM. (Norris, John) (Entered: 09/08/2016) |
| 09/09/2016 | 22 | RESPONSE by Plaintiff Angel McDonnell to Motion to Dismiss for Failure to State a Claim 17 (Norris, John) (Entered: 09/09/2016) |
| 09/19/2016 | 23 | MINUTE entry before the Honorable Sara L. Ellis: Defendants' motion to dismiss 17 is denied as moot. Plaintiff's motion for leave to amend 20 is granted. Movant to file amended complaint, forthwith. Status hearing set for 1/10/2017 is stricken and reset to 10/12/2016 at 09:30 AM. No appearance required, 9/20/2016. Mailed notice (rj, ) (Entered: 09/19/2016) |
| 09/19/2016 | 24 | *First* AMENDED complaint by Angel McDonnell against Nature's Way Products LLC and terminating Schwabe North America, Inc. (Norris, John) (Entered: 09/19/2016) |
| 10/11/2016 | 25 | MINUTE entry before the Honorable Sara L. Ellis: Based on the parties' stipulation, the Court enters the following briefing schedule on Defendant's motion to dismiss: Defendant's motion to dismiss and/or strike the First Amended Complaint is due by 11/2/16; Plaintiff's response is due 12/2/16; and Defendant's reply is due by 12/16/16. The status hearing set for 10/12/16 is stricken and reset to 3/15/17 at 9:30 AM for ruling on Defendant's motion to dismiss. Mailed notice (rj, ) (Entered: 10/11/2016) |
| 11/07/2016 | 26 | AGREED ORDER SETTING REVISED BRIEFING SCHEDULE. Defendant shall file its motion to dismiss / strike the First Amended Complaint by December 2, 2016. Plaintiff shall file her response in opposition to the motion by January 9, 2017. Defendant shall file its reply in support of the motion by January 23, 2017. The status hearing previously set for March 15, 2017 at 9:30 a.m. for ruling on Defendant's motion shall stand. Signed by the Honorable Sara L. Ellis on 11/7/2016. Mailed notice(rj, ) (Entered: 11/07/2016) |
| 12/02/2016 | 27 | MOTION TO DISMISS Amended Complaint by Nature's Way's. (MacEntee, Barry)Docket Text Modified by Clerk's Office on 12/5/2016 (jh, ). (Entered: 12/02/2016) |
| 12/02/2016 | 28 | MEMORANDUM in Support of Nature's Way's to Dismiss Plaintiff's Amended Complaint. (MacEntee, Barry) Docket Text Modified by Clerk's Office on 12/5/2016 (jh, ). (Entered: 12/02/2016) |
| 01/09/2017 | 29 | RESPONSE by Angel McDonnellin Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM*Nature's Way's Rule 12(b)(6) Motion to Dismiss Amended Complaint* 27 (Norris, John) (Entered: 01/09/2017) |
| | | |

| | | |
|---|---|---|
| 01/09/2017 | 30 | RESPONSE by Angel McDonnellin Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM*Nature's Way's Rule 12(b)(6) Motion to Dismiss Amended Complaint* 27 (Norris, John) (Entered: 01/09/2017) |
| 01/27/2017 | 31 | MINUTE entry before the Honorable Sara L. Ellis: Enter Agreed Order. The January 23, 2017 deadline is hereby stricken and extended to January 27, 2017. Defendant shall file its reply brief in support of its motion to dismiss/strike the First Amended Complaint by January 27, 2017. The status hearing previously set for March 15, 2017 at 9:30 a.m. for ruling on Defendant's motion shall stand. Mailed notice (rj, ) (Entered: 01/27/2017) |
| 01/27/2017 | 32 | AGREED ORDER EXTENDING DEADLINE FOR REPLY TO JANUARY 27, 2017. Signed by the Honorable Sara L. Ellis on 1/27/2017:Mailed notice(rj, ) (Entered: 01/27/2017) |
| 01/27/2017 | 33 | REPLY by Nature's Way Products LLC to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Memorandum in Support of Nature's Way's Rule 12(b)(6) Motion to Dismiss* 28 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM*Nature's Way's Rule 12(b)(6) Motion to Dismiss Amended Complaint* 27 (Attachments: # 1 Notice of Filing Notice of Filing re Jan. 27, 2017 filing of reply)(MacEntee, Barry) (Entered: 01/27/2017) |
| 03/09/2017 | 34 | MINUTE entry before the Honorable Sara L. Ellis: Status hearing set for 3/15/2017 is stricken and reset to 3/29/2017 at 9:30 AM for ruling on motion to dismiss. Mailed notice (rj, ) (Entered: 03/09/2017) |
| 03/11/2017 | 35 | ATTORNEY Appearance for Plaintiff Angel McDonnell by Michael Jeffrey Gunderson (Gunderson, Michael) (Entered: 03/11/2017) |
| 03/27/2017 | 36 | ATTORNEY Appearance for Plaintiff Angel McDonnell by Dargan Maner Ware (Ware, Dargan) (Entered: 03/27/2017) |
| 03/28/2017 | 37 | MINUTE entry before the Honorable Sara L. Ellis: Enter Opinion and Order. The Court grants in part and denies in part Nature's Way's motion to dismiss 27 . The Court dismisses the UDTPA claim (Count I) and McDonnell's claims based on unnamed Nature's Way products without prejudice. See separate order for details. Mailed notice (rj, ) (Entered: 03/28/2017) |
| 03/28/2017 | 38 | OPINION AND ORDER. Signed by the Honorable Sara L. Ellis on 3/28/2017. Mailed notice(rj, ) (Entered: 03/28/2017) |
| 03/29/2017 | 39 | MINUTE entry before the Honorable Sara L. Ellis: Case called for status hearing on 3/29/2017 and no one appeared. Status hearing reset for 4/4/2017 at 9:30 AM. Mailed notice (rj, ) (Entered: 03/29/2017) |
| 04/03/2017 | 40 | ATTORNEY Appearance for Plaintiff Angel McDonnell by Wesley W. Barnett (Barnett, Wesley) (Entered: 04/03/2017) |
| 04/04/2017 | 41 | MINUTE entry before the Honorable Sara L. Ellis: Status hearing held. Plaintiff intends to amend the complaint on or before 4/18/17. Status hearing set for 4/26/17 at 9:30 a.m. Mailed notice (ep, ) (Entered: 04/04/2017) |
| 04/18/2017 | 42 | |

| | | |
|---|---|---|
| | | *Second* AMENDED complaint by Angel McDonnell against Nature's Way Products LLC (Attachments: # 1 Exhibit A. Nature's Way Notice, # 2 Exhibit B. Sample Photographs)(Norris, John) (Entered: 04/18/2017) |
| 04/26/2017 | 43 | MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 4/26/17. Defendant's responsive pleading due by 5/24/17; Plaintiff's response is due by 6/7/17; and Defendant's reply is due by 6/21/17. Next status date set for 9/26/17 at 9:30 AM for ruling on motion to dismiss. Mailed notice (rj, ) (Entered: 04/27/2017) |
| 04/28/2017 | 44 | MOTION by Attorney James C. Vlahakis to withdraw as attorney for Nature's Way Products LLC. No party information provided (Vlahakis, James) (Entered: 04/28/2017) |
| 04/28/2017 | 45 | NOTICE of Motion by James Constantine Vlahakis for presentment of motion to withdraw as attorney 44 before Honorable Sara L. Ellis on 5/3/2017 at 09:45 AM. (Vlahakis, James) (Entered: 04/28/2017) |
| 05/01/2017 | 46 | MINUTE entry before the Honorable Sara L. Ellis:Motion to withdraw as attorney 44 is granted. Attorney James C. Vlahakis terminated. Motion hearing date of 5/3/17 is stricken. Mailed notice (rj, ) (Entered: 05/01/2017) |
| 05/22/2017 | 47 | MOTION by Defendant Nature's Way Products LLC for extension of time to file *Unopposed Motion to Extend Deadline for Responsive Pleading to June 7, 2017* (MacEntee, Barry) (Entered: 05/22/2017) |
| 05/22/2017 | 48 | NOTICE of Motion by Barry Francis MacEntee for presentment of motion for extension of time to file 47 before Honorable Sara L. Ellis on 5/25/2017 at 01:45 PM. (MacEntee, Barry) (Entered: 05/22/2017) |
| 05/25/2017 | 49 | MINUTE entry before the Honorable Sara L. Ellis: Defendants' unopposed motion to extend deadline for responsive pleading to June 7, 2017 47 is granted. Defendants' responsive pleading is due by 6/7/17; Plaintiff's response is due by 6/23/17; and Defendants' reply is due by 7/7/17. Ruling date of 9/26/17 to stand. No appearance required, 5/25/17. Mailed notice (rj, ) (Entered: 05/25/2017) |
| 06/07/2017 | 50 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, MOTION by Defendant Nature's Way Products LLC to dismiss for lack of jurisdiction (Attachments: # 1 Memorandum in Support of Motion to Dismiss 2nd Amended Complaint)(MacEntee, Barry) (Entered: 06/07/2017) |
| 06/08/2017 | 51 | Corrected MEMORANDUM in support of its motion by Defendant Nature's Way Products LLC to amend/correct MOTION TO DISMISS FOR FAILURE TO STATE A CLAIMMOTION by Defendant Nature's Way Products LLC to dismiss for lack of jurisdiction 50 *CORRECTED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS 2ND AMENDED COMPLAINT* (MacEntee, Barry) (Docket text modified by Clerk's Office (bg)) (Entered: 06/08/2017) |
| 06/23/2017 | 52 | RESPONSE by Angel McDonnellin Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIMMOTION by Defendant Nature's Way Products LLC to dismiss for lack of jurisdiction 50 (Norris, John) (Entered: 06/23/2017) |
| | | |

| | | |
|---|---|---|
| 07/07/2017 | 53 | REPLY by Defendant Nature's Way Products LLC to Motion to Dismiss for Failure to State a Claim,, motion to dismiss/lack of jurisdiction, 50 , response in opposition to motion 52 *REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT* (MacEntee, Barry) (Entered: 07/07/2017) |
| 09/25/2017 | 54 | MINUTE entry before the Honorable Sara L. Ellis: On the Court's own motion, status hearing set for 9/26/2017 is stricken and reset for 10/26/2017 at 1:30 PM for ruling on motion to dismiss. Mailed notice (rj, ) (Entered: 09/25/2017) |
| 10/18/2017 | 55 | MOTION by Defendant Nature's Way Products LLC for leave to file *supplemental authority in support of fully briefed motion to dismiss second amended complaint* (Attachments: # 1 Exhibit A (Copy of Cowen Decision)) (MacEntee, Barry) (Entered: 10/18/2017) |
| 10/18/2017 | 56 | NOTICE of Motion by Barry Francis MacEntee for presentment of motion for leave to file 55 before Honorable Sara L. Ellis on 10/24/2017 at 09:30 AM. (MacEntee, Barry) (Entered: 10/18/2017) |
| 10/23/2017 | 57 | MINUTE entry before the Honorable Sara L. Ellis: Defendant's motion for leave to cite supplemental authority in support of motion to dismiss Plaintiff's second amended complaint 55 is granted. The Court was aware of and considered this opinion when the Cowen court issued it. The Court, therefore, does not require a response from Plaintiff. Mailed notice (rj, ) (Entered: 10/23/2017) |
| 10/26/2017 | 58 | OPINION AND ORDER. For the reasons stated in the accompanying Opinion and Order, the Court grants in part and denies in part Nature's Way's motion to dismiss 50 . The Court dismisses McDonnell's claims related to the products listed in paragraphs 22 and 24 of the second amended complaint without prejudice. The Court dismisses Count 5 of the second amended complaint, which encompasses all claims on behalf of prospective class members in Florida, Michigan, Minnesota, Missouri, New Jersey, New York, and Washington, without prejudice. The Court orders Nature's Way to answer the remaining allegations of the second amended complaint by November 27, 2017. Status hearing held on 10/26/2017 and continued to 11/2/2017 at 1:30 PM to set discovery schedule. Signed by the Honorable Sara L. Ellis on 10/26/2017. Mailed notice(rj, ) (Entered: 10/26/2017) |
| 11/02/2017 | 59 | MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 11/2/17. Discovery schedule: Rule 26(a) disclosures are due by 11/16/18; fact discovery closes 6/1/18. Status hearing set for 3/22/18 at 1:30 PM to report on discovery and settlement. Mailed notice (rj, ) (Entered: 11/03/2017) |
| 11/16/2017 | 60 | MOTION by Defendant Nature's Way Products LLC for extension of time *to file answer and affirmative defenses and to issue initial disclosures*, MOTION by Defendant Nature's Way Products LLC for extension of time to file answer regarding status hearing, set case scheduling order,, 59 , amended complaint 42 *UNOPPOSED MOTION* (MacEntee, Barry) (Entered: 11/16/2017) |
| 11/17/2017 | 61 | MOTION by Defendant Nature's Way Products LLC for extension of time to file answer *& Affirmative Defenses and Initial Disclosures* (MacEntee, Barry) (Entered: 11/17/2017) |
| 11/17/2017 | 62 | |

| | |
|---|---|
| | *Unopposed* NOTICE of Motion by Barry Francis MacEntee for presentment of motion for extension of time to file answer 61 before Honorable Sara L. Ellis on 11/28/2017 at 09:45 AM. (MacEntee, Barry) (Entered: 11/17/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/20/2017 11:07:16 | | | |
| **PACER Login:** | lfsblaw0044:2586701:4460865 | **Client Code:** | Chinese Drywall |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cv-05011 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |