**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO:<br>*Gross v. Knauf Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*Wiltz v. Beijing New Building Materials Public Limited Co.*, 10-cv-361 | |

**O R D E R**

Considering the Motion for Leave to File the Plaintiffs' Steering Committee's Opposition to Defendants' Motion to Vacate Preliminary Defaults Under Seal In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that The Plaintiffs' Steering Committee's Opposition to Defendants' Motion to Vacate Preliminary Defaults be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge