**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ================================ | x | ============================ |
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | x | SECTION: L |
| LITIGATION | x | JUDGE FALLON |
| | x | MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO: | x | |
| *Gross v. Knauf Gips KG, 2:09-cv-6690* | x | |
| *Amorin v. Taishan Gypsum, 2:11-cv-1395* | x | |
| *Amorin v. Taishan Gypsum, 2:11-cv-1673* | x | |
| *Wiltz v. Beijing New Building Materials* | x | |
| *Public Limited Co.*, **10-cv-361** | x | |
| ================================ | x | ============================ |

**THE PLAINTIFFS' STEERING COMMITTEE'S OPPOSITION**
**TO DEFENDANTS' MOTION TO VACATE PRELIMINARY DEFAULTS**

# FILED UNDER SEAL IN ITS ENTIRETY