# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OTIS ASHFORD, ET AL | § | |
|     PLAINTIFFS | § | |
| | § | |
| VS. | § | MDL No. 2047 |
| | § | |
| KNAUF GIPS KG, KNAUF | § | |
| PLASTERBOARD TIANJIN CO., | § | Case No. 2:09-cv-07042 |
| LTD., TAISHAN GYPSUM CO. | § | |
| LTD. f/k/a SHANDONG TAIHE | § | |
| DONGXIN CO. LTD., UNITED | § | |
| STATES GYPSUM f/k/a USG | § | In re: CHINESE-MANUFACTURED |
| CORPORATION, L&W SUPPLY | § | DRYWALL PRODUCTS LIABILITY |
| CORPORATION d/b/a | § | LITIGATION |
| SEACOAST SUPPLY, INTERIOR | § | |
| EXTERIOR BUILDING SUPPLY LP, | § | |
| INDEPENDENT BUILDERS | § | |
| SUPPLY ASSOCIATION, INC., | § | |
| ROTHCHILT INTERNATIONAL | § | |
| LIMITED, GREAT SOUTHERN | § | |
| BUILDERS, L.L.C., GAVINS | § | |
| CONSTRUCTION COMPANY, | § | |
| BEL-TEX CONTRACTING, INC. | § | |
| and JOHN DOES 1 - 20 | § | |
| | § | |
|     DEFENDANTS | § | |
| | § | |

## <u>ORDER</u>

Considering the foregoing Motion to Dismiss without Prejudice for certain Plaintiffs, and the court finding good grounds exist to grant the same, accordingly;

**IT IS ORDERED** that Mikal Watts, Robert Hilliard, and Kevin W. Grillo, Of Counsel be and they are hereby withdrawn as counsel of record for Plaintiffs listed in <u>Exhibit A</u>.

New Orleans, Louisiana, this _____ day of November, 2017.

_____
ELDON E.FALLLON
UNITED STATES DISTRICT COURT JUDGE