UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                         MDL Docket No. 2047

THIS DOCUMENT RELATES TO:
                                                    JUDGE FALLON

Brook, et al. v. The State Owned              MAGISTRATE JUDGE WILKINSON
Assets Supervision and Administration
Commission of the State Counsel, et al.
Case No. 15-4127

_____/

## EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Allison Grant, of the firm Allison Grant, P.A., counsel for Plaintiff Lucille Greenhill, hereby files this Ex Parte Motion to Withdraw as Counsel and states as follows:

1. Plaintiff's counsel filed a Global, Banner, InEx Repair and Relocation Expense Claim ("GBI Claim") under the Builders, Installers, Suppliers and Participating Insurers Settlement on behalf of Lucille Greenhill with respect to the property located at 4155 Amelia Plantation Court, Vero Beach, Florida (the "Subject Property").

2. The Settlement Administrator issued an Eligibility Notice and thereafter mailed checks to Plaintiff's counsel, which were promptly forwarded to Ms. Greenhill's home address, namely, 76 Sharon Road, Unit 8, Waterbury, CT 06705.

3. For reasons which are not known, Ms. Greenhill never cashed the checks (as well as the checks reissued by the Settlement Administrator) and has further failed to respond to dozens of attempts of communication by Plaintiff's counsel over the last two years.

4.	More specifically, Plaintiff's counsel attempted to contact Ms. Greenhill by telephone at (203) 430-8872; by e-mail at kmgnvm@aol.com and tmprec@bellsouth.net; and by mail both at the Subject Property and her current home address.   Ms. Greenhill failed to respond.

5.	Earlier this year, Plaintiff's counsel contacted Ms. Greenhill's daughter and was advised that Ms. Greenhill is not incapacitated and that she still resides at 76 Sharon Road, Unit 8, Waterbury, CT  06705.

6.	Plaintiff's counsel has served this motion upon Ms. Greenhill by regular and certified mail at her last known address, namely 76 Sharon Road, Unit 8, Waterbury, CT  06705.  Upon information and belief, the Subject Property has been transferred to a third party.

7.	Plaintiff's counsel cannot continue to represent Ms. Greenhill given her refusal to communicate with Plaintiff's counsel.

8.	There are currently no deadlines or pending court appearances in this matter and it is therefore not necessary that Ms. Greenhill be notified of any deadlines or pending court appearances.

WHEREFORE, Plaintiff's counsel respectfully requests that this Motion be granted and that Allison Grant and the law firm of Allison Grant, P.A. be permitted to withdraw as counsel of record on behalf of Lucille Greenhill.

Dated:  November 28, 2017

Respectfully submitted,

/s/ Allison Grant
Florida Bar No. 858330
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida  33432
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex-Parte Motion to Withdraw as Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel and counsel for Knuaf, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and via regular and certified mail upon Lucille Greenhill, 76 Sharon Road, Unit 8, Waterbury, CT 06705, on this 29th day of November, 2017.

/s/ Allison Grant
Florida Bar No. 858330
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33432
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com