UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Brook, et al. v. The State Owned Assets Supervision and Administration Commission of the State Counsel, et al. Case No. 15-4127 | MAGISTRATE JUDGE WILKINSON |

_____/

## ORDER

Considering the foregoing Ex-Parte Motion to Withdraw as Counsel of Record, the Court's finding that good grounds exist to grant same, accordingly,

IT IS ORDERED that Allison Grant, and the law firm of Allison Grant, P.A. be and are hereby withdrawn as counsel of record for Lucille Greenhill in these proceedings and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____

ELDON E. FALLON

UNITED STATES DISTRICT JUDGE