# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OTIS ASHFORD, ET AL<br>　　　PLAINTIFFS | § § § | |
| VS. | § § | MDL No. 2047 |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD., UNITED STATES GYPSUM f/k/a USG CORPORATION, L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY, INTERIOR EXTERIOR BUILDING SUPPLY LP, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INTERNATIONAL LIMITED, GREAT SOUTHERN BUILDERS, L.L.C., GAVINS CONSTRUCTION COMPANY, BEL-TEX CONTRACTING, INC. and JOHN DOES 1 - 20<br><br>　　　DEFENDANTS | § § § § § § § § § § § § § § § § § § | Case No. 2:09-cv-07042<br><br>In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION |

## ORDER

Considering the foregoing Motion to Dismiss without Prejudice for certain Plaintiffs, accordingly,

**IT IS ORDERED** that the motion is hereby **DENIED**.

New Orleans, Louisiana, this 29th day of November, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE