# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OTIS ASHFORD, ET AL<br>      PLAINTIFFS | § § § | |
| VS. | § § | MDL No. 2047 |
| KNAUF GIPS KG, KNAUF<br>PLASTERBOARD TIANJIN CO.,<br>LTD., TAISHAN GYPSUM CO.<br>LTD. f/k/a SHANDONG TAIHE<br>DONGXIN CO. LTD., UNITED<br>STATES GYPSUM f/k/a USG<br>CORPORATION, L&W SUPPLY<br>CORPORATION d/b/a<br>SEACOAST SUPPLY, INTERIOR<br>EXTERIOR BUILDING SUPPLY LP,<br>INDEPENDENT BUILDERS<br>SUPPLY ASSOCIATION, INC.,<br>ROTHCHILT INTERNATIONAL<br>LIMITED, GREAT SOUTHERN<br>BUILDERS, L.L.C., GAVINS<br>CONSTRUCTION COMPANY,<br>BEL-TEX CONTRACTING, INC.<br>and JOHN DOES 1 - 20<br><br>      DEFENDANTS | § § § § § § § § § § § § § § § § § § § § § | Case No. 2:09-cv-07042<br><br>In re: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION |

## ORDER

Considering the foregoing Ex-Parte Motion to Withdraw as Counsel Without Substitution for Certain Plaintiffs, accordingly,

**IT IS ORDERED** that the motion is hereby **DENIED**.

New Orleans, Louisiana, this 29th day of November, 2017.

_____

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE