UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Lorena Garcia, Angela Garcia, Hector Barrozo, and Maria Ines De Pinar Barrozo v. Lennar Corp., et al.**<br><br>**Case No. 2:09-cv-04118-EEF-JCW** | MDL NO. 2047<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE JOSEPH C. WILKINSON, JR. |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs Lorena Garcia, Angela Garcia, Hector Barrozo, and Maria Ines Pinar De Barrozo hereby dismiss with prejudice all claims or causes of action against all named Defendants in this action.  Parties are each to bear their own attorneys' fees and costs.

                                              Respectfully submitted:

Dated:  December 4, 2017                /s/ Holly R. Werkema_____
                                                        Holly R. Werkema (TX Bar No. 24081202)
                                                        Baron & Budd, P.C.
                                                        3102 Oak Lawn Ave., Ste. 1100
                                                       Dallas, TX  75219
                                                       Phone: (214) 521-3605
                                                       Fax: (214) 520-1181
                                                       hwerkema@baronbudd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal With Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of December, 2017.

/s/ Holly R. Werkema_____
Holly R. Werkema