**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE JOSEPH C. WILKINSON, JR. |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**Didio Victores, Monica Victores, Michael Gesele, Jorge Restrepo, and Jennifer Restrepo v. Lennar Corp., et al.**<br><br>**Case No. 2:09-cv-05872-EEF-JCW** | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs Didio Victores, Monica Victores, Michael Gesele, Jorge Restrepo, and Jennifer Restrepo hereby dismiss with prejudice all claims or causes of action against all named Defendants in this action.  Parties are each to bear their own attorneys' fees and costs.

Respectfully submitted:

Dated:  December 4, 2017

/s/ Holly R. Werkema_____
Holly R. Werkema (TX Bar No. 24081202)
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219
Phone: (214) 521-3605
Fax: (214) 520-1181
hwerkema@baronbudd.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal With Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of December, 2017.

/s/ Holly R. Werkema_____

Holly R. Werkema