UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | CIVIL ACTION<br><br>MDL NO. 09-2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>    WILLIAM AND KELLY WAYNE | | |

## ORDER

On November 11, 2017, the Court ordered Defendant Knauf to respond to *pro se* Plaintiffs William and Kelly Wayne's motion to grant lump sum payment. Rec. Doc. 21061. Because Plaintiffs are proceeding *pro se* and do not have access to the Court's electronic filing system, the Court instructed Defendant to mail Plaintiffs a copy of its opposition brief, so Plaintiffs may timely respond. On November 30, 2017, Defendant filed an opposition brief. Rec. Doc. 21085. However, on December 8, 2017, Plaintiffs informed the Court that they have not received Defendant's filing; thus, the Court e-mailed Plaintiffs a copy of Defendant's opposition memorandum. Accordingly,

**IT IS ORDERED** that the deadline for Plaintiffs to file a response to Defendant's brief is hereby **CONTINUED** from December 20, 2017 to December 29, 2017.

**IT IS FURTHER ORDERED** that the Clerk of the Court mail Plaintiffs a copy of this Order to the address below.

New Orleans, Louisiana, this 11th day of December, 2017.

_____
**ELDON E. FALLON**
United States District Judge

Clerk to mail:

    Mr. William Wayne & Mrs. Kelly Wayne
    1007 Chippewa
    Round Rock, TX 78665