UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
|     DRYWALL PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA
FOR DECEMBER 14, 2017 STATUS CONFERENCE**

**Joint Report**
  **Section**

    III.    OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

    V.    KNAUF REMEDIATION PROGRAM

    VI.    INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

    VII.    TAISHAN, BNBM AND CNBM DEFENDANTS

    X.    ATTORNEY FEES

    XIV.    NEXT STATUS CONFERENCE