IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON |
| THIS DOCUMENT RELATES TO: <br> ALL CASES | |

**TAISHAN'S NOTICE OF JOINDER TO CNBM AND BNBM ENTITIES MOTION TO CERTIFY IMMEDIATE APPEAL OF NOVEMBER 30, 2017 ORDER**

Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan") hereby join in Defendants CNBM Company, BNBM Group, and BNBM PLC's motion to certify immediate appeal (Rec. Doc. 21095) of the Court's November 30, 2017 order denying the Defendants' supplemental motion to dismiss in light of *Bristol-Myers Squibb Co. v. Superior Court*, 137 S. Ct. 1773 (2017). Taishan previously joined the CNBM and BNBM Entities' supplemental motion to dismiss and participated in briefing and oral argument. Rec. Doc. 20894 (Taishan's Notice of Joinder to Suppl. Mot. on Jurisdiction & Class Certification Following *Bristol-Myers Squibb v. Super. Ct.*). Taishan was not a movant to the CNBM and BNBM Entities' motions to dismiss for lack of personal jurisdiction and, therefore, does not join their motion as to re-certification of the Court's April 21, 2017 order denying those jurisdictional motions.

Dated: December 13, 2017

                                         Respectfully submitted,

                                         /s Michael P. Kenny
                                         Bernard Taylor, Esq.
                                         Georgia Bar No. 669625
                                         Michael P. Kenny, Esq.
                                         Georgia Bar No. 415064

Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana  70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF JOINDER TO CNBM AND BNBM ENTITIES MOTION TO CERTIFY IMMEDIATE APPEAL OF NOVEMBER 30, 2017 ORDER** has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of December, 2017.

/s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*