MINUTE ENTRY
FALLON, J.
DECEMBER 14, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                MDL NO. 2047
DRYWALL PRODUCTS LIABILITY LITIGATION
                                           SECTION: L

THIS DOCUMENT RELATES TO:                  JUDGE FALLON
ALL CASES                                  MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:   Patrick Montoya, Esq., for Plaintiff Villas at Oak Hammock, LLC
               Danny Dysart, Esq. for Knauf Defendants
               Sandra Duggan, Esq. for Plaintiffs
               Christopher Vejnoska, Esq. for Defendants CNBM Company, BNBM Group,
               BNBM PLC

1. Motion of Plaintiff, Villas at Oak Hammock, LLC, to Vacate the Order Extinguishing Claim and to Extend Time to Submit Affidavits in Support of Claim     (20247)

After argument – Granted – matter is to be sent to Special Master Dan Balhoff so that he can review matter and submit a recommendation to the Court.

2. Motion of Defendants, China National Building Materials Co., Ltd. ("CNBM Company"), Beijing New Building Material (Group) Company, Limited ("BNBM Group"), and Beijing New Building Materials Public Limited Company ("BNBM PLC"), to Vacate Preliminary Defaults (21050)

After argument – Motion was taken under submission

JS10:  :54