## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OTIS ASHFORD, ET AL<br>　　PLAINTIFFS<br><br>VS.<br><br>KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD., UNITED STATES GYPSUM f/k/a USG CORPORATION, L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY, INTERIOR EXTERIOR BUILDING SUPPLY LP, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INTERNATIONAL LIMITED, GREAT SOUTHERN BUILDERS, L.L.C., GAVINS CONSTRUCTION COMPANY, BEL-TEX CONTRACTING, INC. and JOHN DOES 1 - 20<br><br>　　DEFENDANTS | MDL No. 2047<br><br>Case No. 2:09-cv-07042<br><br>In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION |

### EX-PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

　　The undersigned counsel prays this honorable Court enter an Order granting leave to withdraw as counsel of only those certain Plaintiffs listed in Exhibit A.

　　Mikal C. Watts, Robert Hilliard, and Kevin W. Grillo, Of Counsel (collectively, "counsel") wish to withdraw as counsel and feel that they can no longer, in good faith, represent plaintiffs. Counsel wish to withdraw from these cases because Plaintiffs and

Counsel have irreconcilable differences that will not allow counsel to further represent Plaintiffs in this action.

Pursuant to LR 83.2.11 Counsel has diligently, but unsuccessfully, attempted to obtain Plaintiffs' signature approving of a motion to dismiss and/or this Motion to Withdraw as Counsel for Plaintiffs. Written notice of the proposed withdrawal has been served on Plaintiffs whose last known address and phone number are listed in Exhibit A. This motion to dismiss does not affect or apply to any of the claims made by any plaintiffs not listed in the attached Exhibit A. Defendants do not oppose this motion. WHEREFORE, the undersigned respectfully requests that this honorable Court grant the Motion to Withdraw as Counsel Without substitution for the fifty-seven Plaintiffs named in Exhibit A and allow Plaintiffs to obtain new counsel and/or proceed as Pro Se.

**DATED this 15th day of December, 2017**

Respectfully Submitted,

  /s/ Mikal C. Watts
Mikal C. Watts
Texas State Bar No. 20981820
Robert C. Hilliard
Texas State Bar No. 09677700
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500

**WATTS HILLIARD LLP**
Four Dominion Drive, Bldg. 3
San Antonio, Texas 78257
Telephone: (210) 448-0500
Fax: (210) 448-0501

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and forgoing Motion to Withdraw As Counsel Without Substitution For Certain Plaintiffs has been served on plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the forgoing was Electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisianan by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2046, on this day 15th of the December 2017.

          Respectfully Submitted,

          __/s/ Mikal C. Watts_____
          Mikal C. Watts
          Texas State Bar No. 20981820
          Robert C. Hilliard
          Texas State Bar No. 09677700
          Kevin W. Grillo, Of Counsel
          Texas State Bar No. 08493500

**WATTS HILLIARD LLP**
Four Dominion Drive, Bldg. 3
San Antonio, Texas 78257
Telephone: (210) 448-0500
Fax: (210) 448-0501

**ATTORNEYS FOR PLAINTIFFS**

# EXHIBIT A

|     | Plaintiff Name | Last Known Address | Last Known Phone number(s) |
| --- | --- | --- | --- |
| 1.  | Ashford, Otis | 4430 Walter St. Moss Point, MS 39563 | Home: 228-475-0024 Cell: 228-627-1935 |
| 2.  | Ashford, Rosa | 4430 Walter St. Moss Point, MS 39563 | Home: 228-475-0024 Cell: 228-623-8547 |
| 3.  | Bell, Noella H. | 2029 Guerra Dr. Violet, LA 70093 | Home: 504-682-4243 Cell: 504-220-5050 |
| 4.  | Bienemy, Jane | 2029 Guerra Dr. Violet, LA 70093 | Cell: 504-287-2180 |
| 5.  | Bui, Canh | 314 4th. St. Biloxi MS 39532 | Cell: 228-356-0586 |
| 6.  | Bui, Ho | 314 4th. St. Biloxi MS 39532 | Cell: 228-365-1123 |
| 7.  | Bui, Hoat Thi | 813 Elder St., Biloxi MS 39530 | Cell: 228-861-3129 |
| 8.  | Carter, Chris | 287 Northern Dr. Lake Charles, LA 39530 | Home: 373-855-4147 Cell: 951-840-5382 |
| 9.  | Carter, Willie Jean | 2876 Northern Dr. Lake Charles, LA 39530 | Home: 337-855-4147 Cell: 951-840-5383 |
| 10. | Dao, Trinh | 15360 Camelot Dr. Biloxi, MS 39530 | Cell: 228-861-9597 |
| 11. | Davis, Javante | 304 Lee St. Biloxi, MS 39530 | Home: 228-435-8816 Cell: 228-348-0791 |
| 12. | Dupree, Carloyn | 4235 Catalina St. May St Louis, MS 39520 | Home: 228-467-1723 Cell: 228-342-7045 |
| 13. | Hoang, Derrick Huu | 10338 Lake Forest Dr. Ocean Springs, MS | Home: 228-818-2654 Cell: 228-282-9338 |
| 14. | Hoang, Duom | 323 Collier St Biloxi, MS 39530 | Home: 228-324-4244 |
| 15. | Hoang, Duy Van | 10338 Lake Forest Dr. Ocean Springs, MS | Home: 228-818-2654 Cell: 228-282-9338 |
| 16. | Holmes, Everta | 4235 Ohio Ave Gulfport, MS 39501 | Home: 228-864-5965 Cell: 228-669-7770 |
| 17. | Huu, Andre | 205 Oak St. Biloxi, MS 39530 | Home: 228-313-3150 Cell: 228-324-4244 |
| 18. | Johnston, Lauren | 21460 Fenton Dedeaux Rd., Kiln, MS 39556 | Home: 228-586-0787 Cell: 228-216-3480 |
| 19. | Johnston, Raymond | 4235 Catalina St May St Louis, MS 39520 | Home: 228-467-1723 Cell: 228-342-7054 |
| 20. | Leonard, Melvin | 304 Lee St. Biloxi, MS 39530 | Home: 228-435-8816 Cell: 228-348-0791 |
| 21. | Minh, Pham | 7409 Southwind Dr. Biloxi, MS 39532 | |

| | | | |
|---|---|---|---|
| 22. | Nguyen, Allyson | 15360 Camelot Dr.<br>Biloxi, MS 39530 | Cell: 228-861-9597 |
| 23. | Nguyen, Anh | 10338 Lake Forest Dr.<br>Ocean Springs, MS | Home: 228-818-2654<br>Cell: 228-282-9338 |
| 24. | Nguyen, Anh | 323 Collier St<br>Biloxi, MS 39530 | Cell: 228-424-2285 |
| 25. | Nguyen, Anthony V. | 330 Crawford St.<br>Biloxi, MS 39530 | Cell: 228-324-4244 |
| 26. | Nguyen, Austin | 15360 Camelot Dr.<br>Biloxi, MS 39530 | Cell: 228-861-9597 |
| 27. | Nguyen, Dam | 114 Hwy 42<br>Petal, MS 39465 | Home: 228-861-9597 |
| 28. | Nguyen, In | 323 Collier St<br>Biloxi, MS 39530 | Home: 228-324-4244<br>Cell: 228-424-2285 |
| 29. | Nguyen, John Jay | 15360 Camelot Dr.<br>Biloxi, MS 39530 | Cell: 228-861-9597 |
| 30. | Nguyen, Johnathan | 15360 Camelot Dr.<br>Biloxi, MS 39530 | Cell: 228-861-9597 |
| 31. | Nguyen, Kieu Thi | 14017 Virginia St.<br>Ocean Springs, MS 39565 | Home: 228-243-1400<br>Cell: 228-324+4244 |
| 32. | Nguyen, Mau Thi | 314 4th St.<br>Biloxi MS 39532 | Cell: 228-365-1123 |
| 33. | Nguyen, MiMi Kim | 274 Khun St.<br>Biloxi, MS 39530 | Cell: 228-365-6451 |
| 34. | Nguyen, Ngai Thi | 319 Oak St.<br>Biloxi. MS | Cell: 228.348.6939 |
| 35. | Nguyen, Phung M. | 330 Crawford St.<br>Biloxi, MS 39530 | Cell: 228-324-4244 |
| 36. | Nguyen, Phuoc Hung | 274 Khun St.<br>Biloxi, MS 39530 | Cell: 228-365-6451 |
| 37. | Nguyen, Trung Van | 813 Elder St.<br>Biloxi, MS 39530 | Cell: 228-861-3129 |
| 38. | Nguyen, Tuan M | 330 Crawford St.<br>Biloxi, MS 39530 | Home: 228-243-1400<br>Cell: 228-324-4244 |
| 39. | Saucier, Donald | 3163 Firetower Rd.<br>Kiln, MS 39556 | Home: 228-216-0512 |
| 40. | Saucier, Kristen | 3163 Firetower Rd.<br>Kiln, MS 39556 | Home: 228-216-0512 |
| 41. | Sawyer, Margaret | 240 Jones Rd<br>Grenada, MS 38901 | Cell: 228-249-3826 |
| 42. | Sawyer, Wardell | 240 Jones Rd<br>Grenada, MS 38901 | Cell: 228-249-7317 |
| 43. | Shiyou, Carlos | 3163 Firetower Rd.<br>Kiln, MS 39556 | Home: 228-216-0512<br>Cell: 228-216-0518 |
| 44. | Shiyou, Stephanie | 3163 Firetower Rd.<br>Kiln, MS 39556 | Home: 228-216-0518<br>Cell:228-216-0512 |
| 45. | Smother, Quincy | 4235 Ohio Ave<br>Gulfport, MS 39501 | Home: 228-864-5965<br>Cell: 228-669-7770 |

| 46. | Starks, Willie | 4422 Indian Ave. Gulfport, MS 39501 | Cell: 228-223-1728 |
|---|---|---|---|
| 47. | Swanier, Pamela | 407 Russell Ave Long Beach, MS 39560 | Home: 228-864-5965 Cell: 228-547-9923 |
| 48. | Ta, Elizabeth | 205 Oak St. Biloxi, MS 39530 | Cell: 832-335-6911 |
| 49. | Ta, Maria | 205 Oak St. Biloxi, MS 39530 | Cell: 832-359-4597 |
| 50. | Thuy, Vu Thi | 15004 Dismuke Ave Biloxi, MS 39532 | Cell:  480-239-1538 |
| 51. | Tran, Canh | 15004 Dismuke Ave Biloxi, MS 39532 | Home: 228-218-0591 |
| 52. | Tran, Christina | 15004 Dismuke Ave Biloxi, MS 39532 | Home: 228-218-0591 |
| 53. | Tran, Kelly | 15004 Dismuke Ave Biloxi, MS 39532 | Home: 228-218-0591 |
| 54. | Tran, Stephen | 15004 Dismuke Ave Biloxi, MS 39532 | Home: 228-218-0591 |
| 55. | Tran, Viet Anh | 15004 Dismuke Ave Biloxi, MS 39532 | Home: 228- 218-0591 |
| 56. | Trawick, Judith Ibbotson | 2114 Miller St Pascagoula, MS 39581 | Home: 228-218-0591 Cell: 228-218-0591 |
| 57. | Vo, Han | 274 Khun St. Biloxi, MS 39530 | Home: 228-365-6451 |