# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OTIS ASHFORD, ET AL<br>    PLAINTIFFS | |
| VS. | MDL No. 2047 |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD., UNITED STATES GYPSUM f/k/a USG CORPORATION, L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY, INTERIOR EXTERIOR BUILDING SUPPLY LP, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INTERNATIONAL LIMITED, GREAT SOUTHERN BUILDERS, L.L.C., GAVINS CONSTRUCTION COMPANY, BEL-TEX CONTRACTING, INC. and JOHN DOES 1 - 20 | Case No. 2:09-cv-07042<br><br>In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION |
| DEFENDANTS | |

## **PLAINTIFF'S WITHDRAWAL OF DOCUMENT NO. 21091**

Plaintiff hereby withdraws Document No. 21091, Plaintiff's Motion to Dismiss With Prejudice For Certain Plaintiffs, filed on December 07, 2017. Plaintiff incorrectly filed the document and will refile the Motion to Dismiss With Prejudice for Certain Plaintiffs accordingly. Therefore, Plaintiff hereby respectfully withdraws Document No. 21091.

DATED this 15th day of December, 2017

Respectfully Submitted,

  /s/ Mikal C. Watts
Mikal C. Watts
Texas State Bar No.  20981820
Robert C. Hilliard
Texas State Bar No. 09677700
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500

**WATTS HILLIARD LLP**
Four Dominion Drive, Bldg. 3
San Antonio, Texas 78257
Telephone: (210) 448-0500
Fax: (210) 448-0501

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion to Withdraw As Counsel Without Substitution For Certain Plaintiffs has been served on plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the forgoing was Electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisianan by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2046, on this day 15th of the December 2017.

Respectfully Submitted,

  /s/ Mikal C. Watts
Mikal C. Watts
Texas State Bar No.  20981820
Robert C. Hilliard
Texas State Bar No. 09677700
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500

**WATTS HILLIARD LLP**
Four Dominion Drive, Bldg. 3
San Antonio, Texas 78257
Telephone: (210) 448-0500
Fax: (210) 448-0501

**ATTORNEYS FOR PLAINTIFFS**