UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OTIS ASHFORD, ET AL<br>PLAINTIFFS<br><br>VS.<br><br>KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD., UNITED STATES GYPSUM f/k/a USG CORPORATION, L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY, INTERIOR EXTERIOR BUILDING SUPPLY LP, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INTERNATIONAL LIMITED, GREAT SOUTHERN BUILDERS, L.L.C., GAVINS CONSTRUCTION COMPANY, BEL-TEX CONTRACTING, INC. and JOHN DOES 1 - 20<br><br>        DEFENDANTS | MDL No. 2047<br><br>Case No. 2:09-cv-07042<br><br>In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION |

**MOTION TO DISMISS WITH PREJUDICE FOR CERTAIN PLAINTIFFS**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned counsel, comes <u>only</u> those certain Plaintiffs listed in <u>Exhibit A</u> and hereby advise the Court that all claims brought by the listed Plaintiffs against all Defendants in the above-styled and captioned action have

1

agreed to dismiss and should be dismissed <u>with</u> prejudice pursuant to FED. R. CIV. P. 41(a)(2), with each party to bear its own costs.

This motion to dismiss does not affect or apply to any of the claims made by any plaintiffs <u>not</u> listed in the attached <u>Exhibit A</u>.

Defendants do not oppose this motion.

**DATED this 15th day of December, 2017**

                                        Respectfully Submitted,

                                        __/s/ Mikal C. Watts_____
                                        Mikal C. Watts
                                        Texas State Bar No.  20981820
                                        Robert C. Hilliard
                                        Texas State Bar No. 09677700
                                        Kevin W. Grillo, Of Counsel
                                        Texas State Bar No. 08493500

                                        **WATTS HILLIARD LLP**
                                        Four Dominion Drive, Bldg. 3
                                        San Antonio, Texas 78257
                                        Telephone: (210) 448-0500
                                        Fax: (210) 448-0501

                                        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

 I hereby certify that the above and forgoing Motion to Dismiss With Prejudice For Certain Plaintiffs has been served on plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the forgoing was Electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisianan by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2046, on this day 15th of the December, 2017.

        Respectfully Submitted,

        __/s/ Mikal C. Watts_____
        Mikal C. Watts
        Texas State Bar No.  20981820
        Robert C. Hilliard
        Texas State Bar No. 09677700
        Kevin W. Grillo, Of Counsel
        Texas State Bar No. 08493500

        **WATTS HILLIARD LLP**
        Four Dominion Drive, Bldg. 3
        San Antonio, Texas 78257
        Telephone: (210) 448-0500
        Fax: (210) 448-0501

# EXHIBIT A

| Plaintiff | |
|---|---|
| 1. | Bau. Le Van |
| 2. | Bui, Huy |
| 3. | Bui, Khanh |
| 4. | Bui, Le |
| 5. | Bui, Mo |
| 6. | Bui, Ngoc |
| 7. | Bui, Thuy Kiu |
| 8. | Bui, Thuy-Vy |
| 9. | Garrick, James |
| 10. | Garrick, Sharon |
| 11. | Gauthier, Cathy |
| 12. | Hanh, Le My |
| 13. | Hieu, Le |
| 14. | Khang, Le |
| 15. | Le, Trang |
| 16. | Murphy, Beverly |
| 17. | Murphy, Jamie |
| 18. | Murphy, Paul |
| 19. | Nguyen, Bay Thi |
| 20. | Nguyen, David Le |
| 21. | Nguyen, Dustin Le |
| 22. | Nguyen, Jesse Le |
| 23. | Nguyen, Lilly Le |
| 24. | Nhat, Le |
| 25. | Sheppard, Jadie |
| 26. | Sheppard, Logan |
| 27. | Soan, Le Tran Thi |
| 28. | Tran, Candre |
| 29. | Tran, Chin |
| 30. | Tran, Christina |
| 31. | Tran, Nikki |
| 32. | Tran, Tuan Q. |
| 33. | Williams, Calvin |
| 34. | Williams, Dantrell |
| 35. | Williams, Donielle |
| 36. | Williams, Durel |
| 37. | Williams, Myra |