# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OTIS ASHFORD, ET AL<br>    PLAINTIFFS | § § § | |
| VS. | § § | MDL No. 2047 |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD., UNITED STATES GYPSUM f/k/a USG CORPORATION, L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY, INTERIOR EXTERIOR BUILDING SUPPLY LP, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INTERNATIONAL LIMITED, GREAT SOUTHERN BUILDERS, L.L.C., GAVINS CONSTRUCTION COMPANY, BEL-TEX CONTRACTING, INC. and JOHN DOES 1 - 20<br><br>    DEFENDANTS | § § § § § § § § § § § § § § § § § § § § § § | Case No. 2:09-cv-07042<br><br>In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION |

## **ORDER**

Considering the foregoing Motion to Dismiss With Prejudice for certain Plaintiffs, and the court finding good grounds exist to grant the same, accordingly;

**IT IS ORDERED** that Plaintiffs listed in <u>Exhibit A</u> be dismissed with prejudice.

New Orleans, Louisiana, this ____ day of December, 2017.

_____
ELDON E.FALLLON
UNITED STATES DISTRICT COURT JUDGE