# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OTIS ASHFORD, ET AL<br>PLAINTIFFS | § § § | |
| VS. | § § | MDL No. 2047 |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD., UNITED STATES GYPSUM f/k/a USG CORPORATION, L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY, INTERIOR EXTERIOR BUILDING SUPPLY LP, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INTERNATIONAL LIMITED, GREAT SOUTHERN BUILDERS, L.L.C., GAVINS CONSTRUCTION COMPANY, BEL-TEX CONTRACTING, INC. and JOHN DOES 1 - 20<br><br>DEFENDANTS | § § § § § § § § § § § § § § § § § § § § § § § | Case No. 2:09-cv-07042<br><br>In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION |

**ORDER**

Considering the foregoing Ex-Parte Motion to Withdraw as Counsel Without Substitution for Certain Plaintiffs, and the court finding good grounds exist to grant the same, accordingly:

**IT IS ORDERED** that Mikal Watts, Robert Hilliard, Watts Hilliard LLP and Kevin W. Grillo, Of Counsel be and they are hereby withdrawn as counsel of record for Plaintiffs listed in Exhibit A.

New Orleans, Louisiana, this 18th day of December, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE