UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*Allen, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* 2:17-cv-08288 (E.D.La.)

*Bayne, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al,* 2:17-cv-08284 (E.D.La.)

*Bentz, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* 2:17-cv-08286 (E.D.La.)

*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel,* 2:15-cv-04127 (E.D.La.)

*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel,* 2:15-cv-06631 (E.D.La.)

*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel,* 2:15-cv-06632 (E.D.La.)

## ORDER

AND NOW, on this _____2nd_____ Day of _____January_____, 2018, upon consideration of

Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said

1

motion is GRANTED. The clerk is hereby directed to enter of record each of the complaints in intervention that are appended to Plaintiffs' Motion to Intervene (Exhibits "A" through "F").

The Intervening Plaintiffs identified in the Complaint in Intervention, are parties to the proceedings in *Allen, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 2:17-cv-08288 (E.D.La.) (Gerald and Beebe Essary, *et al*, Omni XXXI(A)); *Bayne, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al*, 2:17-cv-08284 (E.D.La.) (Stacey Molpus, *et al.*, Omni XXVIII(A)); *Bentz, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 2:17-cv-08286 (E.D.La.) (Joe and Josefina Guerra, *et al.*, Omni XXX(A)); *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-04127 (E.D.La.) (John Anderson, *et al.*, Omni XX(b))); *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06631 (E.D.La.)(Bryon Ellison, *et al.*, second omnibus intervention complaint); *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06632 (E.D.La.) (Omar Bonilla, *et al.*, first omnibus intervention complaint). Intervening Plaintiffs shall be deemed members of the classes set forth in the originally filed complaints in each of these actions.

By the Court,

HONORABLE ELDON E. FALLON

2