UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAGISTRATE JUDGE |
| ............................................................... : | | WILKINSON |

**THIS DOCUMENT RELATES TO:**
    **WILLIAM AND KELLY WAYNE**

## ORDER

The Court has received Plaintiffs William and Kelly Wayne's motion to grant lump sum pursuant to the Knauf Settlement Agreement. Subsequently, the Court ordered parties to file submissions regarding the motion. Having now received the parties' filings, accordingly,

**IT IS ORDERED** that the matter involving Plaintiffs William and Kelly Wayne be **REFERRED** to Special Master Dan Balhoff, who will provide the Court with a Report and Recommendation on Plaintiffs' motion.

New Orleans, Louisiana, this 2nd day of January, 2018.

**ELDON E. FALLON**
United States District Judge

Clerk to mail:

    Mr. William Wayne and Mrs. Kelly Wayne
    1007 Chippewa
    Round Rock, TX 78665