UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has received and reviewed Defendants' motion to certify an immediate appeal from the Court's jurisdictional orders filed on December 13, 2017. *See* Rec. Doc. 21095; Rec. Doc. 21096. The parties have agreed on a briefing schedule. Accordingly,

**IT IS ORDERED** that Plaintiffs' opposition brief is due on January 15, 2018, and Defendants' reply brief is due on February 8, 2018. Oral argument is not necessary on this motion.

New Orleans, Louisiana, this 10th day of January, 2018.

*/s/ Eldon E. Fallon*
_____
**ELDON E. FALLON**
United States District Judge