*Molpus, Stacey, et al., individually and on behalf of all others similarly situated v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. - Civ. 2:17-cv-08284*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XXVIII(A)) in Intervention (AL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Anderson, John | 410 Ross Neely Road, Albertville, AL 35951 | | AL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Cassidy, Stanley & Vickie | 900 Park Avenue, Oneonta, AL 35121 | | AL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Duncan, Calvin Anthony; Duncan, Debra | 4635 Lucille Road, West Blocton, AL 35184 | | AL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Ellison, Bryon | 960 Leeth Gap Road, Attalla, AL 35954 | | AL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Molpus, Stacey | 8 Spring Lake Court, Clanton, AL 35045 | | AL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |

*Molpus, Stacey, et al., individually and on behalf of all others similarly situated v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. - Civ. 2:17-cv-08284*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XXVIII(A)) in Intervention (AL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Prince, Cherry | 88 Spring Lake Boulevard, Clanton, AL 35045 | | AL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Weeks, Cherryl | 9907 Briarcliff Drive Mobile, AL 36608 | 7089 Crown Pointe Drive Mobile, AL 36695 | AL | Richard J. Serpe, Esq.<br>Law Offices of Richard J. Serpe, P.C.<br>580 East Main Street, Suite 310<br>Norfolk, Virginia 23510<br>(757) 233-0009<br>rserpe@serpefirm.com |