*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Anderson, John | 410 Ross Neely Road, Albertville, AL35951 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Cassidy, Stanley & Vickie | 900 Park Avenue, Oneonta, AL 35121 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Duncan, Calvin Anthony; Duncan, Debra | 4635 Lucille Road, West Blocton, AL 35184 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Ellison, Bryon | 960 Leeth Gap Road, Attalla, AL 35954 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Molpus, Stacey | 8 Spring Lake Court, Clanton, AL 35045 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Prince, Cherry | 88 Spring Lake Boulevard, Clanton, AL  35045 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Weeks, Cherryl | 9907 Briarcliff Drive Mobile, AL 36608 | 7089 Crown Pointe Drive Mobile, AL 36695 | AL | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Ball, Edward; Gravel, Margot J. | 2464 Silver Palm Road, North Port, FL 34288 | 656 Southern Hills Drive, Eureka, MO  63025 | MO | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Bittle, Jodah; Bittle, Holly | 2385 84th Court, Vero Beach, FL 32966 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Bonilla, Omar | 8667 Pegasus Drive, Lehigh Acres, FL  33971 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Daniel, Victor | 2516 NW 21 Avenue, Cape Coral, FL 33993 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Daniel, Wilnite; Delince, Enrico | 6730 NW Pinson Court West, Port St. Lucie, FL 34983 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Dipp, Evelyn | 3720 6th Street West, Lehigh Acres, FL 33971 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Dombrowski, Joseph | 3207 43rd Street West, Lehigh Acres, FL 33971 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Egnaczyk, Sylvia | 5375 Corsica Place, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Elia, William & Elizabeth | 1305 Sw 12th Avenue, Cape Coral, FL  33991 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Enriquez, Luis; GEC Assoc Investment, Inc. | 4113 SW 8th Place, Cape Coral, FL  33914 | 9487 NW 12 ST, Miami, FL 33172 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Grande, Marta | 157 Medici Terrace, Nokomis, FL  34275 | 8874 Bloomfield Boulevard, Sarasota, FL 34238 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Greatchus, Michael | 7888 Tarabilla Avenue, North Port, FL  34291 | 6439 Grand Cypress Boulevard, North Port, FL 34287 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Helmick, Ina | 13237 Emerald Acres Avenue, Dover, FL 33527 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and*
*Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Hemming, Stephen & Bonita | 738 Parsons Circle SE, Palm Bay, FL 32909 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Herrera, William & Giselle | 13266 SW 218 Terrace, Miami, FL 33170 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Hickey, William | 1237 Kendari Terrace, Naples, FL 34113 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Hoang, Khanh | 5751 58th Avenue North, St. Petersburg, FL 33709 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Howell, Brian | 228 Sharwood Drive, Naples, FL 34110 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Huynh, Tam | 7001 38th Avenue North, St. Petersburg, FL 33710 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| James, Consuella | 24531 SW 129 Court, Homestead, FL 33032 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Johnson, Edward & Beverly Ann | 4007 Southernwood Court, Tampa, FL 33616 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Johnson, Ethlyn; Jackman, Janella | 2016 Gloria Circle NE, Palm Bay, FL 32905 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Kenneth Mendelson & Joelle Moreon | 7901 SW 52nd Ct. Miami, FL 33143 | | FL | Skip Pita, Esquire Pita Weber Del Prado 9350 S. Dixie Hwy, Suite 1200 Miami, FL 33156 (305) 670-2889 (phone) spita@pwdlawfirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Klein, Michael & Mayna | 10247 Isle Wynd Court, Boynton Beach, FL 33437 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Krekic, Nelica | 120 SE 21st Terrace, Cape Coral, FL  33990 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Kurtz, Garld G. Kurt | 480 Bosphorous Avenue, Tampa, FL  33606 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Loredo, Pierre | 13452 Little Gem Circle, Fort Myers, FL  33913 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Mathurin, Martine & Richardson | 3008 12th Street West, Lehigh Acres, FL  33971 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Naves, Juan Carlos; Cuttler Bay Holdings, LLC | 12982 SW 135 Street, Miami, FL  33186 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Neff, Matt | 140 South Dixie Highway, Unit 619, Hollywood, FL 33020 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Nicaisse, Natacha | 3512 NE 3rd Drive Homestead, FL | same | FL | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Norton, Randall | 231 SE Crescent Street, Palm Bay, FL  32909 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Painter, Richard & Robin | 11219 Laurel Brook Court, Riverview, FL 33569 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Pereira, Stella | 24004 SW 109 Path, Homestead, FL 33032 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Pierre, Gessie | 665 SW Gailbreath, Port St. Lucie, FL 34953 | | FL | Pro Se |
| River Pointe at Grand Harbor Condominium HOA & Barton, Michael | 5620 North Harbor Village Drive, #301, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Bruckner, Steve | 5620 North Harbor Village Drive, #201, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Lindsay, Horace & Donna | 5620 North Harbor Village Drive, #402, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Melnick, Nicholas & Elizabeth | 5620 North Harbor Village Drive, #302, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| River Pointe at Grand Harbor Condominium HOA & Mendell, John & Linda | 5620 North Harbor Village Drive, #401, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Passaretti, Bernice | 5620 North Harbor Village Drive, #203, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Porter, Cheryl | 5620 North Harbor Village Drive, #403, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Redmond, David | 5620 North Harbor Village Drive, #303, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| River Pointe at Grand Harbor Condominium HOA & Whiteman, Robert & Rita | 5620 North Harbor Village Drive, #202, Vero Beach, FL 32967 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Riveron, Darlene; Biltz, Shane | 2190 Frangipani Avenue, Naples, FL 34120 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Roberts, Wanda | 3949 Port Sea Place, Kissimmee, FL 34746 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Roeder, Brenda | 200 171st Avenue East, North Redington Beach, FL 33708 | 10728 Dowry Avenue, Tampa, FL 33615 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Severance, Rick & Gretchen | 250 Citadel Lane, Crestview, FL 32536 | 12620 Oak Bend Drive, Fort Myers, FL 33905 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Singer, Brad | 1019 N.E. 87th St., Miami, FL 33138 | 1019 N.E. 87th St., Miami, FL 33138 | FL | Roberts & Durkee PA Milstein Adelman LLP Alhambra Towers, Penthouse I 121 Alhambra Plaza, Suite 1603 Coral Gables, FL 33134 (305) 442-1700 |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Szala, Chad M.; Szala, Kristen K. | 4355 Hawksley Place, Wesley Chapel, FL 33545 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Torres, Yanisel; Llopiz, Yosvani | 1210 Cordoba Street E, Lehigh Acres, FL 33974 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Turnbow, Tony & Tiffany | 22806 SW 89 Place, Miami, FL 33190 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Weinberger, Benjamin & Ruth | 2440 NE 27 Terrace, Fort Lauderdale, FL 33305 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Wells, James Randall; Meyers, Amy | 5346 Southlake Drive, Pace, FL 32571 | 3112 Brittany Terrace, Pensacola, FL 32504 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Zapp, Andrew | 4835 Portmarnoch Way, Wesley Chapel, FL 33543 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Guerra, Joe and Josefina | 1105 Bowlin Drive Locust Grove, GA 30248 | same | GA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Mitchell, Rhonda | 94 Silver Top Drive, Grayson, GA 30017 | | GA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Robinsor-Reese, Inger | 1024 Levista Drive Locust Grove, GA 30248 | same | GA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Sciacca, Michael | 3072 Pale Moon Place, McDonough, GA 30253 | | GA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Stutzman, Diane | 5356 LRC Road, Waterloo, IL 62298 | P.O. Box 2530, Hutchinson, KS 67504 | IL | PSC |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Anderson, Patricia | 7516 Primrose Drive, New Orleans, LA 70126 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Armour, Charles and Johnnie **(Road Home Remediation)** | 4802 Shalimar Drive, New Orleans, LA 70126 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Barre, Kerry | 11150 South Idlewood Court, New Orleans, LA 70128 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Bellande, Joseph & Christy | 9201 N. Patricia Street, Chalmette, LA 70043 | 3409 Story Park Blvd., Meraux, LA 70075 | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Bierria, Gwendolyn | 5286 Warrington Drive, New Orleans, LA 70122 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Blackman, Judy | 1241 Riviera Drive, New Orleans, LA  70122 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Boissiere, Shelita | 5301 Pasteur Boulevard, New Orleans, LA 70122 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Brooks, Okema | 3017 Angelique Drive, Violet, LA  70092 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Carter, Clarence (deceased) & Delores | 1912 Pauline Street, New Orleans, LA 70117 | | LA | Bruno & Bruno, LLP 855 Baronne Street  New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Cook, Patricia | 11110 Whiteside Road, New Orleans, LA 70128 | | LA | Bruno & Bruno, LLP 855 Baronne Street  New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Cutrer, Jason | 3601 Jupiter Street, Chalmette, LA 70043 | 1204 Bayou Road, St. Bernard, LA 70085 | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Davis, Sharon | 7232 Claridge Court, New Orleans, LA 70127 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Dugay-Stark, Pamela | 5439 Dauphine Street, New Orleans, LA 70117 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Dymond, Saundra | 4607 Frenchmen Street, New Orleans, LA 70122 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Emerald Property Management, LLC | 941 Emerald Street, New Orleans, LA | 1507 Demosthenes Street, Metairie, LA 70005 | LA | Pro Se |
| Ergelen, Mehmet | 732-734 Delachaise Street, New Orleans, LA 70115 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Estrade, Mary Ann; Trosclair, Linda | 501-503 Dubarry Place, Chalmette, LA  70043 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Fogan, Darnell R.; Fogan, Wylona T. | 7615 Forum Boulevard, New Orleans, LA  70128 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Fortenberry, Stephanie | 3012 Oak Drive, Violet, LA 70092 | 25025 North Benville Road, Picayune, MS 39466 | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Fowler, Ryan | 2408 Riverbend Drive, Violet, LA  70092 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Green, Reginald & Annette | 4951-53 Camelia Street, New Orleans, LA  70126 | | LA | Pro Se |
| Hudson, Bernice | 2425 St. Matthew Circle, Violet, LA 70092 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Irvin, Carl & Velez | 1240 Riviera Drive, New Orleans, LA 70122 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Jelks, Forrest & Bernadette | 4979 Demontluzin, New Orleans, LA 70122 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Joseph, Rose | 7549 Scottwood Drive, New Orleans, LA 70128 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Lockley, Vendetta | 920 Tupelo Street, New Orleans, LA 70117 | 7501 Newcastle Street, New Orleans, LA 70126 | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Lozes, Edward | 3720 Delachaise, New Orleans, LA 70125 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Marks, Noel | 7748 Barataria Blvd, Crown Point, LA 70072 | | LA | Becnel Law Firm 425 W. Airline Hwy, Suite B Laplace, LA 70068 (985) 536-1186 Schristina@becnellaw.com |
| Matthews, Gavin & Catherine | 7613 Lacombe Street, New Orleans, LA 70128 | 1644 Holiday Place, New Orleans, LA 70114 | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Mosely, Kirk | 3009 Lakewood Drive, Violet, LA  70092 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Musgrave, Richard and Michele | 6864 Colbert Street, New Orleans, Louisiana 70124 | | LA | Irpino, Avin & Hawkins; 2216 Magazine Street New Orleans, LA 70130, 504-525-1500, airpino@irpinolaw.com; hcannata@irpinolaw.com |
| Nunez, Marlen | 2301 Valmar Street, Meraux, LA 70075 | 1200 Breckell Bay Dr., Unit 3009, Miami, FL 333131 | FL | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Onagoruwa, Adenike | 411 South Dupre, New Orleans, LA  70119 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Pena, Abraham | 3412 Rosetta Dr., Chalmette LA 70043 | | LA | Becnel Law Firm 425 W. Airline Hwy, Suite B Laplace, LA 70068 (985) 536-1186 Schristina@becnellaw.com |
| Propps, Timothy | 4448 Parkshore Dr, Marrero, LA 70072 | | LA | Becnel Law Firm 425 W. Airline Hwy, Suite B Laplace, LA 70068 (985) 536-1186 Schristina@becnellaw.com |
| Regis, Ferdinand | 6026 Campus Boulevard, New Orleans, LA  70126 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Richard, Dwight & Alice | 4748-4750 Shalimar Drive, New Orleans, LA 70126 | 6828 Mayo Blvd., New Orleans, LA 70126 | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Rodney, Lance | 3201 Angelique Drive, Violet, LA 70092 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Shaheed, Dawud & Cynthia | 6234 Curran Road, New Orleans, LA 70126 | 4515 Laine Avenue, New Orleans, LA 70126 | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Smith, Lionel & Darleen (Road Home Remediation) | 2420 St. Paul Ct., Violet, LA 70092 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Sutton, Shawndrika | 103129 Lake Carmel Dr. New Orleans LA 70128 | | LA | Becnel Law Firm 425 W. Airline Hwy, Suite B Laplace, LA 70068 (985) 536-1186 Schristina@becnellaw.com |
| Umfrey, Kevin; Umfrey, Travis | 3836 Lyndell Drive, Chalmette, LA 70044 | 2909 East St. Bernard Highway, Meraux, LA 70075 | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Walsdorf, John | 226 &228 14th Street New Orleans, LA 70124 | 560 Evangeline Rd, Montz LA 70068 | LA | Becnel Law Firm 425 W. Airline Hwy, Suite B Laplace, LA 70068 (985) 536-1186 Schristina@becnellaw.com |
| Williams, Ollie (Jr) & Joyce | 4838 Donna Drive, New Orleans, LA 70127 | | LA | Bruno & Bruno, LLP 855 Baronne Street New Orleans, LA 70113 504-525-1335 (phone) jbruno@brunobrunolaw.com; don@brunobrunolaw.com; stephaniea@brunobrunolaw.com |
| Wilson, Brad | 4516 Stella Dr., Meraux, LA. 70075 | | LA | Jeffrey P. Berniard, Berniard Law Firm, 300 Lafayette St Ste 101, New Orleans, LA 70130, (504) 527-6225, Jeff@GetJeff.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Zimmerman, James | 7509 Daniel Drive, New Orleans, LA  70127 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Essary, Gerald & Beebe | 244 County Road 620, Corinth MS 33834 | | MS | K. Edward Sexton, II; Gentle,Turner, Sexton & Harbison, LLC;  501 Riverchase Parkway East Suite 100  Hoover, AL 35244, 205-716-3000 (phone); (205) 716-3010; esexton@gtandslaw.com |
| Farmer, Lee o.b.o Bogue Homa Baptist Church | 163 McFarland Road, Heidelberg, MS 39439 | | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Mitchell, Roy & Rose | 583 Henderson Avenue, Pass Christian, MS  39571 | | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Palma, Marilyn | 406 Broad Street, Hattiesburg, MS  39401 | | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Pruitt, Troyce & Rhonda | 12 Gulfview Drive, Ocean Springs, MS 39564 | | MS | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Washington, Earllean | 207 Olivari St. Waveland, MS 39576 | | MS | Hawkins Gibson PLLC, 628 North State Street,  Jackson, Mississippi 39225-4627, 601-345-4140, egibson@hgattorneys.com; kristi@hgattorneys.com |
| Allman, James and Tamera | 103 Gregg Court Lot 2 Pozier Acres Moyock, NC 27958 | 5211 Lindbergh Avenue Kitty Hawk, NC 27949 | NC | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Fiala, John and Joan | 101 Potecasi Creek Court Hertford, NC 27944 | 114 Milton Lane Warren Center, PA 18851 | PA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Groves, Brian | 5670 Gooseneck Road Riegelwood, NC 28456 | 2532 Flint Drive Wilmington, NC 28401 | NC | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Antoniou, Antony and Ann | 3206 Arran Thistle Williamsburg, VA 23188 | 20 Cheerbrook Road Willaston, Nantwich United Kingdom CW5 7EN | | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Bunting, Robert | 26 Wornom Farm Road Poquoson, VA 23662 | same | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Crawford Bay Associates, LLC | 73 Linden Avenue Portsmouth, VA 23704 | 11 Cypress Road Portsmouth, VA 23701 | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Hancock, Terry and Patty | 4645 Town Creek Drive Williamsburg, VA 23188 | 5194 Rollison Drive Williamsburg, VA 23188 | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Mendelson, Judd and Sara | 1507 Burrowin Drive Chesapeake, VA 23321 | same | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |

*Ellison, Bryon, et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.- Civ. 2:15-cv-6631*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Second Omnibus Class Action Complaint In Intervention (FL)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Nolan, Daniel and Lillian | 216 Wildlife Trace Chesapeake, VA 23320 | same | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Robertson, Ralph and Colleen | 5575 Brixton Road Williamsburg, VA 23185 | 376 Merrimac Trail Williamsburg, VA 23185 | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |
| Seeman, Paul and Patti | 312 Tindalls Court Suffolk, VA 23436 | same | VA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 (757) 233-0009 rserpe@serpefirm.com |