UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO. 09-02047 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "L" (5) |

## ORDER

The Court has received an invoice from Special Master Dan Balhoff, of Perry, Balhoff, Mengis & Burns LLC, in connection with his mediation involving common benefit fees. After reviewing the invoice, which is attached to this Order, the Court finds the amount fair and reasonable in light of the work performed by Mr. Balhoff. Accordingly,

**IT IS ORDERED** that the following amount be paid from the funds set aside for attorney's fees and cost:

- **$29,750.00** to **PERRY, BALHOFF, MENGIS & BURNS LLC**

At a future time, the Court will make a decision as to the appropriate apportionment to this fee among the interested parties.

New Orleans, Louisiana, this 11th day of January, 2018.

ELDON E. FALLON
United States District Judge

# Perry, Balhoff, Mengis & Burns, LLC
2141 Quail Run Drive
Baton Rouge, LA 70808
Telephone: 225-767-7730
Fax: 225-767-7967
Tax ID: 72-1310179
January 11, 2018

**CDW Special Master – Fee Mediation**          File # 99438-0046
                                                Invoice # 70522

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 10/25/2017 to 12/15/2017 | Communications with parties, attend two-day mediation in New Orleans (see accompanying time summary) | 59.5 | $500/hr | $ 29,750.00 |
| **TOTAL** | | 59.5 | $500/hr | $ 29,750.00 |

| Date | Description | Time (Hours) | Charge |
|---|---|---|---|
| 10/25/2017 | Multiple (7) telephone conferences | 1.40 | $ 700.00 |
| 11/1/2017 | Telephone conference (1); multiple (7) email communications | 0.90 | $ 450.00 |
| 11/2/2017 | Multiple (2) telephone conferences; multiple (17) email communications | 2.10 | $ 1,050.00 |
| 11/3/2017 | Multiple (2) telephone conferences; multiple (15) email communications | 1.90 | $ 950.00 |
| 11/4/2017 | Email communication | 0.10 | $ 50.00 |
| 11/6/2017 | Multiple (2) telephone conferences; multiple (15) email communications | 1.90 | $ 950.00 |
| 11/7/2017 | Multiple (2) telephone conferences; multiple (14) email communications | 1.80 | $ 900.00 |
| 11/8/2017 | Multiple (2) telephone conferences; multiple (8) email communications | 1.20 | $ 600.00 |
| 11/9/2017 | Multiple (16) telephone conferences; multiple (8) email communications | 4.00 | $ 2,000.00 |
| 11/10/2017 | Multiple (2) telephone conferences; multiple (8) email communications | 1.20 | $ 600.00 |
| 11/12/2017 | Telephone conference; multiple (3) email communications | 0.50 | $ 250.00 |
| 11/13/2017 | Multiple (2) telephone conferences; multiple (17) email communications | 2.10 | $ 1,050.00 |
| 11/14/2017 | Multiple (5) telephone conferences; multiple (31) email communications | 4.10 | $ 2,050.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/15/2017 | Multiple (4) telephone conferences; multiple (8) email communications; drive to and from New Orleans; attend mediation | 6.50 | $ 3,250.00 |
| 11/16/2017 | Multiple (4) telephone conferences; multiple (8) email communications; drive to and from New Orleans; attend mediation | 10.50 | $ 5,250.00 |
| 11/17/2017 | Multiple (6) telephone conferences; multiple (11) email communications | 2.30 | $ 1,150.00 |
| 11/18/2017 | Multiple (3) email communications | 0.30 | $ 150.00 |
| 11/20/2017 | Multiple (4) telephone conferences; multiple (5) email communications | 1.30 | $ 650.00 |
| 11/21/2017 | Multiple (3) telephone conferences; multiple (14) email communications | 2.00 | $ 1,000.00 |
| 11/22/2017 | Telephone conference; multiple (3) email communications | 0.50 | $ 250.00 |
| 11/24/2017 | Multiple (2) email communications | 0.20 | $ 100.00 |
| 11/27/2017 | Telephone conference; multiple (13) email communications | 1.50 | $ 750.00 |
| 11/28/2017 | Multiple (9) telephone conferences; multiple (19) email communications | 3.70 | $ 1,850.00 |
| 11/29/2017 | Multiple (2) telephone conferences; multiple (6) email communications | 1.00 | $ 500.00 |
| 11/30/2017 | Multiple (10) email communications | 1.00 | $ 500.00 |
| 12/1/2017 | Telephone conference; multiple (2) email communications | 0.40 | $ 200.00 |
| 12/2/2017 | Multiple (4) email communications | 0.40 | $ 200.00 |

| 12/4/2017 | Email communication | 0.10 | $ | 50.00 |
|---|---|---|---|---|
| 12/10/2017 | Multiple (7) email communications | 0.70 | $ | 350.00 |
| 12/11/2017 | Multiple (3) email communications | 0.30 | $ | 150.00 |
| 12/12/2017 | Email communication | | $ | - |
| 12/13/2017 | Telephone conference; multiple (7) email communications | 0.90 | $ | 450.00 |
| 12/14/2017 | Telephone conference; multiple (13) email communications | 1.50 | $ | 750.00 |
| 12/15/2017 | Multiple (2) telephone conferences; multiple (8) email communications | 1.20 | $ | 600.00 |
| **TOTAL** | | 59.50 | $ | 29,750.00 |