UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to Exceed Page Limitation on the Plaintiffs' Steering Committee's Memorandum of Law in Opposition to Defendants' Renewed Motion to Certify an Immediate Appeal From the Court's Jurisdictional Orders;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the attached Plaintiffs' Steering Committee's Memorandum of Law in Opposition to Defendants' Renewed Motion to Certify an Immediate Appeal Form the Court's Jurisdictional Orders be and is hereby filed into the record.

New Orleans, Louisiana, this ___ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge