UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>WINSTON BURNS, JR. AND WENDY BURNS | CIVIL ACTION<br><br>NO. 09-02047<br><br>SECTION "L" (5) |

## ORDER

The Court has received Interior/Exterior Building Supply's request for oral argument regarding its motion for injunctive relief. *See* Rec. Doc. 20891. Accordingly,

**IT IS ORDERED** that oral argument is hereby **SCHEDULED** on January 23, 2018 at 10:00 a.m.

New Orleans, Louisiana, this 16th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE