UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Stutzman, et al v. Taishan Gypsum Co., Ltd., et al*<br>Case No. 17-12511 | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summons and Complaint (XXXIII) in the above captioned matter on L. Christopher Vejnoska, Esquire on January 16, 2018 via Federal Express pursuant to Court Order dated November 9, 2015 (Rec. Doc. No. 19713). See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: January 19, 2018

Arnold Levin, Esquire
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of January, 2018

                                              /s/ Arnold Levin
                                              Arnold Levin, Esquire

# EXHIBIT A

## LEVIN SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

* also admitted in New Jersey
† also admitted in New York

January 16, 2018

*Via Federal Express*
L. Christopher Vejnoska
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

> RE: *Chinese Drywall Litigation*
> *Stutzman, et al v. Taishan Gypsum Co., Ltd, et al*
> *No. 17-12511 (Omni Class Action Complaint (XXXIII))*

Dear Mr. Vejnoska:

Pursuant to the Court's Order dated November 9, 2015 (Rec. Doc. No. 19713), enclosed please find the Summonses and Complaint for your clients, China National Building Material Co., Ltd., Beijing New Building Materials Public Limited Co. and Beijing New Building Materials Group Co., Ltd. for the above action.

Should you have any questions, please feel free to contact me.

Very truly yours,

ARNOLD LEVIN

AL:jsl
Enclosures

Track your package or shipment with FedEx Tracking
Case 2:05-md-02047-EEF-MBN   Document 21147   Filed 01/19/18   Page 5 of 5
Page 1 of 2

| | Shipping | Tracking | Printing Services | Locations | Support | Levin |

**IMPORTANT!**
A FedEx Express National Service Disruption is in effect. Learn More

# FedEx® Tracking

**771228769930**

Ship date:
Tue 1/16/2018

Actual delivery:
Wed 1/17/2018 1:02 pm

Levin Sedran & Berman
SUITE 500
510 WALNUT STREET
PHILADELPHIA, PA US 19106
215 592-1500

**Delivered**
Signed for by: I.HOLLIS



Orrick Herrington & Sutcliffe LLP
L. Christopher Vejnoska
The Orrick Building
405 Howard Street
SAN FRANCISCO, CA US 94105
215 592-1500

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **1/17/2018 - Wednesday** | | |
| 1:02 pm | Delivered | SAN FRANCISCO, CA |
| 11:47 am | On FedEx vehicle for delivery | SAN FRANCISCO, CA |
| 9:37 am | At local FedEx facility | SAN FRANCISCO, CA |
| 7:48 am | At destination sort facility | SAN FRANCISCO, CA |
| 5:59 am | In transit | MEMPHIS, TN |
| 5:57 am | In transit | MEMPHIS, TN |
| 5:51 am | Departed FedEx location | MEMPHIS, TN |
| **1/16/2018 - Tuesday** | | |
| 11:10 pm | Arrived at FedEx location | MEMPHIS, TN |
| 8:30 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 4:52 pm | Picked up | PHILADELPHIA, PA |
| 1:36 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking Number | 771228769930 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Shipping/Receiving | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | cdw - stutzman | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | Standard transit | 1/17/2018 by 3:00 pm |

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
Developer Resource Center
FedEx Cross Border

**LANGUAGE**
Change Country
English

Ask FedEx

FOLLOW FEDEX

© FedEx 1995-2017    Feedback | Site Map | Terms of Use | Security & Privacy