UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA
FOR JANUARY 23, 2018 STATUS CONFERENCE**

**Joint Report
   Section**

   III.   OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

   V.     KNAUF REMEDIATION PROGRAM

   VI.    INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

   VII.   TAISHAN, BNBM AND CNBM DEFENDANTS

   X.     ATTORNEY FEES

   XIV.   NEXT STATUS CONFERENCE