MINUTE ENTRY
FALLON, J.
JANUARY 23, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 2016-04002, Civil District Court, Orleans Parish | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Philip Nizialek, Esq., Richard Duplantier, Esq., for Defendant, Interior/Exterior Building Supply, L.P.
Chip Duncan, Esq., for Defendant Livers Construction, Inc.
Matthew Sherman, Esq. for Plaintiffs Wendy Burns and Winston Burns, Jr.

Motion of Defendant, Interior Exterior Building Supply, L.P., for Injunctive Relief    (20891)

After argument – Motion was taken under submission

JS10:   :25