UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-04127 (E.D.La.)<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06631 (E.D.La.)<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06632 (E.D.La.) | |

**ORDER**

AND NOW, on this _____ Day of _____, 2018, upon consideration of Plaintiff's Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.   The clerk is hereby directed to enter of record each of the complaints in intervention that are appended to Plaintiff's Motion to Intervene (Exhibits "A" through "C").

The Intervening Plaintiff identified in the Complaints in Intervention, is a party to the proceedings in *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-04127 (E.D.La.) (Omni XX(d)); *Brooke, et. al. v. The*

1

*State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06631 (E.D.La.)(Fourth Omnibus Intervention Complaint); *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06632 (E.D.La.) (Third Omnibus Intervention Complaint).   Intervening Plaintiff shall be deemed a member of the classes set forth in the originally filed complaints in each of these actions.

By the Court,

_____
HONORABLE ELDON E. FALLON