UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | § | MDL NO. 2047 |
| DRYWALL PRODUCTS | § | |
| LIABILITY LITIGATION | § | SECTION "L" |
| | § | |
| | § | JUDGE FALLON |
| This Document Relates to:  All Cases | § | |
| | § | MAG. JUDGE WILKINSON |

## MOTION FOR STATUS CONFERENCE

**NOW INTO COURT,** through undersigned counsel, come the Knauf Defendants[1], who respectfully move this Honorable Court to schedule a Status Conference regarding sixteen (16) Knauf Class Settlement Agreement claims and Case No. 14-cv-2722, styled *Elizabeth Bennett, et al v. Gebrueder Knauf Verwaltungsgesellshaft, KG., et al.*, all still currently pending before this Court.  In support of its motion, the Knauf Defendants state:

1.

The Knauf Defendants have sixteen (16) unresolved Already Remediated Home ("ARH") claims all represented by the same plaintiff counsel.[2]  As the Court is aware, typically when unresolved, ARH claims under the Settlement Agreement are submitted to the Special Master, who reviews and provides an opinion and decree, with all parties having appeal rights to this Court.   However, for the sixteen (16) unresolved claims, plaintiffs' counsel's position is that these claims may be submitted directly to the Court for review and decision.   The Knauf

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

[2] Based on the last information received by the Knauf Defendants, all sixteen (16) claims are still represented by the same law firm.

Defendants do not have a position on whether the Court or the Special Master review the claims in the first instance.  Therefore, the Knauf Defendants seek clarification and direction from the Court so that it may submit its position regarding these sixteen (16) claims and why they are not compensable under the Knauf Class Settlement Agreement.

2.

Case No. 14-cv-2722, styled *Elizabeth Bennett, et al v. Gebrueder Knauf Verwaltungsgesellshaft, KG., et al.*, is a class action currently pending and stayed in MDL-2047. The Knauf Defendants now move the Court and the parties for status conference to discuss preliminary issues regarding this action, including party and service issues, scheduling for plaintiffs' discovery, and the potential inclusion of a *Lone Pine* order.

**WHEREFORE**, for the reasons set forth above, the Knauf Defendants respectfully request a status conference be set with the Court regarding these pending matters.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

By:  */s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:(504) 566-8646
Facsimile: (504) 585-6946
Email:     kjmiller@bakerdonelson.com

*Counsel for the Knauf Defendants*

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this 1st day of February, 2018, the above and foregoing has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                */s/ Kerry J. Miller*
                **KERRY J. MILLER**