UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL NO. 2047 <br><br> SECTION "L" <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| This Document Relates to: All Cases | | |

## **PROPOSED ORDER**

Considering the above and foregoing Motion for Status Conference;

**IT IS ORDERED** that a status conference be set for the _____ day of _____, 2018, at _____ o'clock \_\_\_\_\_.M.

**New Orleans, Louisiana**, this _____ day of _____, 2018.

_____
**UNITED STATES DISTRICT JUDGE**