UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION: L JUDGE: FALLON |
| This Document Relates to all cases | MAGISTRATE JUDGE WILKINSON |

**PETITION FOR LEAVE TO SUBMIT
TIME TO PHILIP GARRETT, CPA**

The undersigned counsel respectfully petitions the Court for leave to submit his time reports to Philip Garrett, CPA, appointed by this Court to provide accounting services in this matter, and in support thereof states the following:

1.  Time and expense reporting in this matter is governed by Pretrial Order No. 9 (Rec. Doc. 147) and Pretrial Order No. 9A (Rec. Doc. 12961).

2.  The undersigned counsel has complied with these pre-trial orders and submitted his time for all MDL common benefit matters since the inception of this litigation, except for a hiatus of five (5) months that occurred from February of 2017 through June of 2017 for the following reasons.

3.  Undersigned counsel was assisted in this litigation from inception by a critical law firm employee with over 8 years' experience specifically in Chinese drywall litigation and support. This staff person completed a course of studies and left the practice to transition to a new occupation beginning in February of 2017.

4. While undersigned counsel replaced this critical resource, training and transition of all staff person responsibilities was impacted by the unexpectedly heavy drywall litigation demands last spring from both the Taishan default judgment assignment in the state court Allen consolidation (Judge Hall) as well as undersigned counsel's role in the evidentiary fee hearing held before Special Master Balhoff last May.

5. Undersigned counsel kept time records contemporaneously in his case management system, but did not transfer those hours for submission to Philip Garrett through June of 2017.

6. Undersigned counsel spent considerable time in New Orleans for preparation and hearing before the Special Master as counsel for the Fee Committee until the first week of June.

7. Following his return to Norfolk, Virginia, counsel resumed and ultimately concluded the trial set in Norfolk against Taishan for determination of class wide damages as assigned by the Venture Supply Default.

8. Thereafter, the undersigned counsel submitted his time for 2017 to Mr. Garrett.

9. Mr. Garrett informed the undersigned counsel that the late-filed time will not be accepted without Court Order.

10. Lead counsel for Plaintiffs, Arnold Levin, recommended that the undersigned counsel submit a formal petition to the Court seeking such an order permitting him to submit all of his time for this five (5) month gap in 2017.

For these reasons, the undersigned counsel requests leave to submit his late-filed time for 2017 to Philip Garrett, CPA, in accordance with PTO 9 and PTO 9A. Going forward, the undersigned counsel will continue to submit his full time on a monthly basis. If the Court deems such submission inappropriate or unnecessary, or prefers that the undersigned counsel follow an alternative procedure, the undersigned counsel will submit his time accordingly.

Respectfully submitted,

Dated: February 6, 2018              /s/ Richard J. Serpe

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Telephone: 757.233.0009
Facsimile: 757.233.0455
rserpe@serpefirm.com
*Attorney for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Petition for Leave to Submit Time to Philip Garrett, CPA has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of February, 2018.

/s/ Richard J. Serpe

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Telephone: 757.233.0009
Facsimile: 757.233.0455
rserpe@serpefirm.com
*Attorney for Plaintiffs*

4