UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 2047

THIS DOCUMENT RELATES TO:

JUDGE FALLON

Brook, et al. v. The State Owned
Assets Supervision and Administration
Commission of the State Counsel, et al.
Case No. 15-4127

MAGISTRATE JUDGE WILKINSON

_____/

## ORDER

Considering the foregoing Ex-Parte Motion to Withdraw as Counsel of Record, the Court's finding that good grounds exist to grant same, accordingly,

IT IS ORDERED that Allison Grant, and the law firm of Allison Grant, P.A. be and are hereby withdrawn as counsel of record for Lucille Greenhill in these proceedings and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisiana, this 6th day of February, 2018.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE