UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL NO. 2047 |
| | | SECTION "L" |
| | | JUDGE FALLON |
| This Document Relates to: All Cases | | MAG. JUDGE WILKINSON |

## ORDER

Considering the above and foregoing Motion for Status Conference (R. Doc. 21167);

**IT IS ORDERED** that a status conference be set for the 7th day of March, 2018, at 3:30 p.m.

**New Orleans, Louisiana**, this 5th day of February, 2018.

_____
**UNITED STATES DISTRICT JUDGE**