UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION: L JUDGE: FALLON |
| This Document Relates to all cases | MAGISTRATE JUDGE WILKINSON |

## ORDER GRANTING PETITION FOR LEAVE TO SUBMIT TIME TO PHILIP GARRETT, CPA

Before the Court is Richard J. Serpe's Petition for Leave to Submit Time to Philip Garrett, CPA.

**IT IS ORDERED** that Richard J. Serpe's Petition is GRANTED.

**IT IS FURTHER ORDERED** that Philip Garrett, CPA accept Richard J. Serpe's late-filed time.

New Orleans, Louisiana, this 6th day of February, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge