UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                       MDL NO. 2047

                                                 SECTION: L

                                                 JUDGE FALLON
                                                 MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE PLAINTIFFS' LEAD AND LIAISON COUNSEL'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF THE MOTION FOR ADDITIONAL COMMON BENEFIT ASSESSMENTS, FILED PURSUANT TO STEP FOUR OF PRETRIAL ORDER NO. 28

NOW COME Plaintiffs' Lead and Liaison Counsel, who respectfully request leave of Court to file the attached Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Order No. 28.

WHEREFORE movers pray that this motion be GRANTED and that the attached Plaintiffs' Lead and Liaison Counsel's Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Order No. 28 be filed into the record.

                                            Respectfully submitted,

Dated: February 9, 2018        /s/ Russ M. Herman
                                          Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
                                          Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
                                          Stephen J. Herman, Esquire (Bar No. 23129)
                                          HERMAN, HERMAN & KATZ, L.L.C.
                                          820 O'Keefe Avenue
                                          New Orleans, LA 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          RHerman@hhklawfirm.com
                                          *Plaintiffs' Liaison Counsel MDL 2047*

                                            Arnold Levin (on the brief)
                                          Fred S. Longer (on the brief)
                                          Sandra L. Duggan (on the brief)
                                          Keith J. Verrier (on the brief)
                                          LEVIN, SEDRAN & BERMAN
                                          510 Walnut Street, Suite 500
                                          Philadelphia, PA 19106
                                          Phone:  (215) 592-1500
                                          Fax:  (215) 592-4663
                                          Alevin@lfsblaw.com
                                          *Plaintiffs' Lead Counsel MDL 2047*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of February, 2018.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*