# Exhibit "3"
# to
# Knauf's Opposition
# to G. Dieuvil's
# Objection to
# Special Master
# Ruling

**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS **

# Exhibit "K"

Email from Glhomes Construction Vice President acknowledged that

Guilfort Dieuvil has agreed for Glhomes to proceed with

renovation and remediation of the home. Despite all,

Glhomes was unwilling to finish the renovation

8757 BAYSTONE COVE

BOYNTON BEACH, FL 33473

KNAUF'S DEFECTIVE DRYWALLS

Mediation About Knauf's Drywall: 8757 Baystone Cove Boynton Beach FL 09/2017

**CONFIDENTIALITY NOTICE**: This e-mail communication and any documents, previous email messages or other attachments transmitted with it contain confidential information that may be legally privileged and is for the sole use of the intended recipient(s). If this email is received by any unintended recipient, please notify the sender by return email or by telephone and immediately discard this e-mail and all of its content. Unauthorized disclosure or distribution of the contents of this e-mail is **PROHIBITED**. Likewise, review of this e-mail by an unintended recipient shall not constitute a waiver of the attorney-client privilege.

**From:** Mike Toll
**Sent:** Saturday, December 11, 2010 6:54 AM
**To:** Heather Keith
**Cc:** Jamie Knott
**Subject:** CI79, Dieuvil; Metal Studs

Heather, Please see Dieuvil's email. He had previously indicated to me that he was okay with us proceeding.

Mike Toll

Director of Construction

---

**From:** guilf dieuvil [mailto:guilf5@hotmail.com]
**Sent:** Friday, December 10, 2010 7:04 PM
**To:** Mike Toll; Diane Cadorette; Jamie Knott; Elsa Nunes
**Subject:** RE: CI79, Change Order 7

Dear Mike
I think that it would be best to replace all of the metal frame because of health issue that it could create. Even now I am still having health issue because of the Chinese Drywall which I have no choice to schedule apt. to see Doctor again. I believe that it would be better to get the property free from all chinese Drywall issue and contamination. Since those metal frame changed color because of the chinese drywall, replacing them would be the right approach to take. I spoke to several people and company they are telling me the same thing in addition to the resale value that will be affected as well.
Also I do not know if Jamie already sent the check to the storage company for payment. if he did not sent it yet please do not mail it to the address in the lease that you have because I did not move to that property I have been living into a different one. Please let me know what happen regarding the storage. So I can know what to do with the storage for the vehicle.
Best regards
Guilfort Dieuvil

From: guilf5@hotmail.com
To: mike.toll@glhomes.com
Subject: RE: CI79, Change Order 7
Date: Wed, 8 Dec 2010 20:25:49 -0500

Hello Mike
I would like you to install the security lights as stated in the change order that you send to me in this attachment, and I will make the check $425,00 payable to Glhomes in our next meeting.
Guilfort Dieuvil

Subject: RE: CI79, Change Order 7
Date: Tue, 7 Dec 2010 11:22:21 -0500
From: mike.toll@glhomes.com
To: guilf5@hotmail.com; jamie.knott@glhomes.com

Mr. Dieuvil,
I have attached the Change Order for the security lights that we had discussed. Please sign it and send it back to me as

**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS **

# Exhibit "L"

Glhomes' counsel ordered their personals to stop all renovation and

remediation at the subject property, since

Claimant intended to hire counsel.

### 8757 BAYSTONE COVE

### BOYNTON BEACH, FL 33473

### KNAUF'S DEFECTIVE DRYWALLS

Mediation About Knauf's Drywall: 8757 Baystone Cove Boynton Beach FL 09/2017

# RE: CDW - CIS Lot 79 Dieuvil - Suspend CDW Repairs @ H/O's Request

### Heather Keith <Heather.Keith@glhomes.com>

Fri 12/24/2010 12:24 AM

To: guilf dieuvil <guilf5@hotmail.com>;

Cc: Elsa Nunes <Elsa.Nunes@glhomes.com>; Mike Toll <mike.toll@glhomes.com>; Diane Cadorette <Diane.Cadorette@glhomes.com>; Jamie Knott <jamie.knott@glhomes.com>; Becky Medley <Becky.Medley@glhomes.com>;

Mr. Dieuvil - At your request and direction, we will get in touch with Ervin and proceed from there. All of our staff is hereby instructed to suspend any further work for you at this time and to withhold any further payments to you. We will gladly proceed with our cdw repair program if you change your mind but in the meantime, we will suspend the cdw repair process for your home until we get further direction from you or Ervin.

**From:** guilf dieuvil [mailto:guilf5@hotmail.com]
**Sent:** Friday, December 24, 2010 12:00 AM
**To:** Heather Keith; Elsa Nunes; Mike Toll; Diane Cadorette; Jamie Knott; Becky
**Subject:** RE: CDW - CIS Lot 79 Dieuvil - Metal Studs

Hello Heather
It is unfortunate that I end up to hire an attorney to address this matter that already causes a lot of pains and sufferance to my family and myself. Due to your manipulation, damages and your careless action to create more harm to myself and my family; unfortunately, I left with no more choice. While GLhomes was fully aware about the defective chinese drywall that you installed in my home, and you did not even care to let me know about it when I purchased the property, and you took almost $ 1.2 Million from me to make me live in a chemical environment with five kids that are facing now several health issues as well. It comes to the point that I have no choice than to hire a lawyer that can handle this matter. Based on your statement you have made to me that Glhomes would rather let me stay in the house until the bank repo the property from me from foreclosure because it will cost Glhomes less money since you will not have to horry about moving expense, storage and some other expenses from that point it will be cheaper for GLhomes as you stated previously. Since you are a lawyer please talk to my attorney with respect to this matter. His name is Ervin Gonzalez

Best regards
Guilfort Dieuvil

Subject: CDW - CIS Lot 79 Dieuvil - Metal Studs
Date: Thu, 23 Dec 2010 20:28:35 -0500
From: Heather.Keith@glhomes.com
To: guilf5@hotmail.com
CC: mike.toll@glhomes.com; jamie.knott@glhomes.com

Mr. Dieuvil,

**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS **

# Exhibit "N"

Email from Glhomes requested from claimant to pay $25,000.00 payments / contribution for remediation and renovation of the home to ensure removal of all residual of KPT Drywalls. Such request was denied by Claimant, and Glhomes abandoned and relinquished the subject property without any intent or agreement to come back and fix the subject property

8757 BAYSTONE COVE

BOYNTON BEACH, FL 33473

KNAUF'S DEFECTIVE DRYWALLS

Mediation About Knauf's Drywall: 8757 Baystone Cove Boynton Beach FL 09/2017

# Re: CDW - CIS Lot 79 Dieuvil - Suspend CDW Repairs @ H/O's Request

**From:** Heather Keith <Heather.Keith@glhomes.com>
**Sent:** Friday, December 24, 2010 12:24 AM
**To:** guilf dieuvil
**Cc:** Elsa Nunes; Mike Toll; Diane Cadorette; Jamie Knott; Becky Medley
**Subject:** RE: CDW - CIS Lot 79 Dieuvil - Suspend CDW Repairs @ H/O's Request

Mr. Dieuvil - At your request and direction, we will get in touch with Ervin and proceed from there. All of our staff is hereby instructed to suspend any further work for you at this time and to withhold any further payments to you. We will gladly proceed with our cdw repair program if you change your mind but in the meantime, we will suspend the cdw repair process for your home until we get further direction from you or Ervin.

---

Subject: CDW - CIS Lot 79 Dieuvil - Metal Studs
Date: Thu, 23 Dec 2010 20:28:35 -0500
From: Heather.Keith@glhomes.com
To: guilf5@hotmail.com
CC: mike.toll@glhomes.com; jamie.knott@glhomes.com

Mr. Dieuvil,

However, as a courtesy to you and in an effort to accommodate your request, we will agree to remove and replace the metal framing provided you pay in advance for all work necessary to complete this task. Based on the timing of when you brought this issue to our attention, we already had re-installed the electric wiring and copper plumbing as well as the insulation. To remove the metal framing at this stage, will require all of that work to be removed again and then reinstalled again. Our cost estimate to replace the metal framing together with this other necessary work is $25,000. Accordingly, this $25,000 must be paid by you ASAP if you want the metal framing removed. In order to accommodate your request, we must receive payment in the amount of **$25,000 by Monday January 3, 2011**. Please understand that the cdw repairs in your Home have been on hold for over 2 weeks based on your request which is outside our scope of work protocol. We are agreeing to delay the cdw repairs another week to provide you some additionally time to decide how you wish to proceed. However, we will not

hold-off endlessly and unreasonably delay the cdw repairs. Our scope of work clearly explains that we can not be unduly delayed and this issue will result in a delay of over 3 weeks.

Accordingly, please get in touch with Mike Toll to resolve this issue one way or the other by Monday January 3rd. If you elect to pay the $25,000 by January 3rd, we will absorb the delay costs and conduct this additional work at that time. If you do not want to cover the $25,000 for the metal framing work, then we will proceed with the repairs in compliance with our scope of work on January 4th. Finally, if you do not want to pay for the $25,000 and you refuse to allow us to proceed with the work, then we will have no choice but to suspend further repairs, suspend any further payments for temporary housing, terminate our construction permit and turn possession of the Home back over to you for you to complete any further cdw repairs at your cost and at your direction.

Sincerely,
Heather C. Keith
Assistant General Counsel
Boynton Beach Associates XVI, LLLP
1600 Sawgrass Corporate Parkway, Suite 400
Sunrise, FL 33323
(954) 753-1730 ext. 2383
(954) 603-0383 - direct dial
(954) 575-5383 - direct fax
email - heather.keith@glhomes.com
~~~~~~~~~~~~~~~~~~~~~~~~~

**CONFIDENTIALITY NOTICE**: This e-mail communication and any documents, previous email messages or other attachments transmitted with it contain confidential information that may be legally privileged and is for the sole use of the intended recipient(s). If this email is received by any unintended recipient, please notify the sender by return email or by telephone and immediately discard this e-mail and all of its content. Unauthorized disclosure or distribution of the contents of this e-mail is **PROHIBITED**. Likewise, review of this e-mail by an unintended recipient shall not constitute a waiver

---

**From:** Mike Toll
**Sent:** Saturday, December 11, 2010 6:54 AM
**To:** Heather Keith
**Cc:** Jamie Knott
**Subject:** CI79, Dieuvil; Metal Studs

Heather, Please see Dieuvil's email. He had previously indicated to me that he was okay with us proceeding.

**Mike Toll**
Director of Construction