UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' LEAD AND LIAISON COUNSEL'S CLARIFICATION
REGARDING SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT
OF THE MOTION FOR ADDITIONAL COMMON BENEFIT ASSESSMENTS,
FILED PURSUANT TO STEP FOUR OF PRETRIAL ORDER NO. 28[1]**

Plaintiffs' Lead and Liaison Counsel hereby seek to clarify that with regard to the Motion for Additional Common Benefit Assessments, filed pursuant to Step Four of Pretrial Order No. 28 ("PTO 28"),[2] no assessments are being sought from any of the Various Homebuilders that signed the Amended Memorandum of Understanding ("MOU") approved by the Court on January 23, 2017.[3] The MOU provides that:

> Plaintiffs' Lead Counsel and Plaintiffs' Liaison Counsel, on behalf of the PSC, agree not to pursue the Motion for Additional Common Benefit Assessments (Rec.Doc.No. 17831) ("Motion") against the Various Homebuilders, pursuant to which the PSC sought "additional common benefit assessments from those other Chinese Drywall cases and claims that were not participating in any of the Class Action Settlement Agreements previously addressed in the

---

[1] Rec. Doc. 17379, ¶ 9.

[2] Rec. Doc. 17831 ("Assessment Motion") filed July 9, 2014; *see also* Rec. Doc. 21174 ("Supplemental Memorandum") filed February 9, 2018.

[3] Rec. Doc. 20641.

>Global Fee Petition," Motion at 1, including any common benefit assessments associated with those claims described in the Major Homebuilders Settlement Agreement. The PSC further waives any additional right it may have now or in the future to seek any additional fees or costs from the Various Homebuilders in connection with any Chinese Drywall litigation or settlements.

To the extent the Supplemental Memorandum of Lead and Liaison Counsel did not make this clear, we wish to clarify the record.

Respectfully submitted,

Dated: February 12, 2018  /s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Keith J. Verrier (on the brief)
LEVIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of February, 2018.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*