UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Plaintiffs' Lead and Liaison Counsel's Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Order No. 28;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Lead and Liaison Counsel's Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Order No. 28 be and is hereby filed into the record.

New Orleans, Louisiana, this 14th day of February, 2018.

_____
Eldon E. Fallon
United States District Court Judge