UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : | MDL NO. 2047 <br><br> SECTION:  L |
| **This matter relates to:** | : <br> : <br> : | <br> JUDGE FALLON |
| **Amorin, et al v. Taishan Gypsum Co., Ltd., et al,**<br>**Case No. 11-1395 (EDLA)** | : <br> : | <br> MAG JUDGE WILKINSON |
| **Amorin, et al v. Taishan Gypsum Co., Ltd., et al,**<br>**Case No. 11-1672 (EDLA)** | : <br> : <br> : | |
| **Amorin, et al v. Taishan Gypsum Co., Ltd., et al,**<br>**Case No. 11-1673 (EDLA)** | : <br> : <br> : | |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**PRE-TRIAL ORDER NO. 11B**
**(Supplemental Plaintiff Profile Form – Residential and**
**Commercial Properties (Non-Knauf))**

On August 17, 2009, this Court issued Pre-Trial Order No. 11.  Thereafter, on January 24, 2018, this Court filed Pre-Trial Order No. 11A, which set forth Supplemental Plaintiff Profile Forms (SPPF) to be completed and signed by every person making a claim in this litigation in the Amorin matters against any manufacturer of Chinese drywall, other than the Knauf Defendants.

Paragraph 2 of Pre-Trial Order No. 11A requires a complete and verified SPPF and all responsive documents to be submitted using the Chinese Drywall Portal within forty-five days from January 24, 2018, the date of Pre-Trial Order 11A.  The parties have been informed that the Chinese Drywall Portal was not fully accessible by January 24, 2018 and, therefore, have requested and the Court has agreed that the deadline to submit a SPPF and all responsive documents should be extended to March 22, 2018.

All other provisions of Pre-Trial Order No. 11A remain in effect.

New Orleans, Louisiana, this 14th day of February, 2018.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE