## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: "L" |
| | * | |
| This document relates to ALL CASES | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD

ON MOTION of Berrigan Litchfield, LLC, and through undersigned counsel, Karen B. Sher, and on suggesting that only Karen B. Sher will no longer be handling the representation of Defendants, Mr. and Mrs. Calvin Pizani (Lindsay), Mr. and Mrs. Norman Gilchrist (Sharon), Mr. and Mrs. Glen Triche (Susan), Mr. Nicholas Triche, Mr. Dennis Shae and Mr. and Mrs. Hector Perez (Karen), in the above captioned matter;

IT IS ORDERED that Karen B. Sher, be allowed to withdraw from the representation of Defendants, Mr. and Mrs. Calvin Pizani, Mr. and Mrs. Norman Gilchrist, Mr. and Mrs. Glen Triche, Mr. Nicholas Triche, Mr. Dennis Shae and Mr. and Mrs. Hector Perez, and that her name **only** be stricken from the record.

Respectfully Submitted:

BERRIGAN LITCHFIELD, LLC

BY: /s/Karen B. Sher
KAREN B. SHER (#12013)
E. JOHN LITCHFIELD (#8622)
KATHY LEE TORREGANO (#9948)
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
(504) 799-6372 Telephone
(504) 561-8655 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Order to Withdraw as Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ M. Herman, at rherman@hhklawfirm.com, Plaintiffs' Lead Counsel, Arnold Levin, at alevin@lfsblaw.com., Secretary of Fee Committee, Counsel, Leonard Davis at ldavis@hhklawfirm.com, and to Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of February, 2018.

/s/ Karen B. Sher
KAREN B. SHER