UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has received the Plaintiff's Steering Committee's Supplemental Memorandum of Law in support of the Motion for Additional Common Benefit Assessments, filed pursuant to Step Four of PTO 28. *See* R. Doc. 17831. Accordingly,

**IT IS ORDERED** that the matter be set for submission on March 28, 2018. Response and opposition briefs are due by March 20, 2018.

New Orleans, Louisiana, this 16th day of February, 2018.

_____
**ELDON E. FALLON**
United States District Judge