UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR FEBRUARY 21, 2018 STATUS CONFERENCE**

**Joint Report**
   **Section**

      I.     PRE-TRIAL ORDERS

      III.   OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

      V.    KNAUF REMEDIATION PROGRAM

      VI.   INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

      VII.  TAISHAN, BNBM AND CNBM DEFENDANTS

      X.    ATTORNEY FEES

      XIV.  NEXT STATUS CONFERENCE