**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED | * | MDL NO.  2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | JUDGE FALLON |
| ALL CASES | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR RECONSIDERATION OF ORDER DENYING LIVER'S MOTION FOR INJUNCTIVE RELIEF**

**NOW INTO COURT**, through undersigned counsel, comes Livers Construction, Inc. ("Livers"), who respectfully submits this Rule 59(e) Motion for Reconsideration of the Court's Order (R. Doc. 21177) denying Liver's Motion for Injunctive Relief. For the reasons set forth below and in the accompanying Memorandum in Support, Livers's Motion for Reconsideration should be granted, and the Court should vacate its prior Order denying Liver's Motion for Injunctive Relief.

Despite finding both the Burns and Livers were members of the InEx Settlement Class, the Court refused to enjoin the Burns' state court action against Livers. The Court held the Burns' allegations that their inability to participate in the benefits of the Knauf/InEx Settlement resulted from fraudulent activities by Livers to conceal the *Chinese-Manufactured Drywall* MDL and its settlement program, if true, "is beyond the scope of the Court's Settlement Judgment."[1] Thus, the Court refused to enjoin the Burns' state court action against Livers.

The Court committed manifest errors of law in denying Livers's Motion for Injunctive

---

[1] R. Doc. 21177 at page 15.

Relief, which has and will continue to result in manifest injustice to Livers. While the Burns have made vague allegations of fraud in their briefings and oral argument before the Court, **the Burns have never plead fraud in the state action**. Thus, the Burns vague and unsubstantiated allegations of fraud are not before the state court. Furthermore, even if the Burns' had plead fraud in the state court action, the terms of the InEx Settlement Agreement, of which this Court held both the Burns and Livers are members, specifically enumerates "Fraud" as a "Released Claim."[2] Thus, the Burns allegations of fraud are within the scope of the InEx Settlement Agreement.

Not only was this Court's Order denying Livers's Motion for Injunctive Relief manifestly erroneous as a matter of law, the Order has and will continue to result in manifest injustice to Livers. Livers will have to continue its defense in the state court action, even though all of the Burns' claims against Livers are precluded by the InEx Settlement Agreement. The Burns have never plead fraud in the state court action and, even if the Burns could meet the heightened pleading standard for fraud under Louisiana law, their fraud claims are precluded under the InEx Settlement Agreement. Forcing Livers to continue to litigate the state court action, despite the fact all the Burns' claims are precluded by the InEx Settlement Agreement, will not only result in manifest injustice to Livers, but is also a waste of judicial resources. This is a manifest injustice warranting reconsideration of the Court's Order.

The instant Motion for Reconsideration is timely.  Under Rule 59(e), motions for reconsideration "must be filed no later than 28 days after the entry of judgment."  Fed. R. Civ. P. 59(e).  The Court's Order denying Livers's Motion for Injunctive Relief was entered into the record on February 9, 2018.  (See R. Doc. 21177).  Livers's Motion for

---

[2] R. Doc. 8628-3 at page 11.

Reconsideration is being filed less than 28 days from the entry of the Court's Order.

For these reasons, and as set forth in the accompanying Memorandum in Support, Livers respectfully requests that its Rule 59(e) Motion for Reconsideration be granted, and that this Court vacate its Order (R. Doc. 21177) denying Livers's Motion for Injunctive Relief.

Respectfully submitted,

**DUNCAN & SEVIN, L.L.C.**

*Elton F Duncan III*

**ELTON F. DUNCAN III, T.A. (LA 14967)**
**P. SINNOTT MARTIN (#37218)**
400 Poydras Street, Suite 1200
New Orleans, LA  70130
Telephone: (504) 524-5566
Facsimile: (504) 524-9003
E-Mail: eduncan@duncansevin.com
E-Mail: smartin@duncansevin.com
**Attorneys for Defendant Livers Construction, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, via e-mail, through CM/ECF electronic filing, this 20th day of February, 2018.

*Elton F Duncan III*