## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| ALL CASES | * | JUDGE FALLON MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Livers Construction, Inc. will submit its Motion for Reconsideration of Order Denying Liver's Motion for Injunctive Relief for hearing before the Honorable Judge Eldon Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Wednesday, March 14, 2018 at 9:00 AM.

Respectfully submitted,

**DUNCAN & SEVIN, L.L.C.**

_____
**ELTON F. DUNCAN III, T.A. (LA 14967)**
**P. SINNOTT MARTIN (#37218)**
400 Poydras Street, Suite 1200
New Orleans, LA 70130
Telephone: (504) 524-5566
Facsimile: (504) 524-9003
E-Mail: eduncan@duncansevin.com
E-Mail: smartin@duncansevin.com
**Attorneys for Defendant Livers Construction, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, via e-mail, through CM/ECF electronic filing, this 20th day of February, 2018.

_____