| Claimant Name | Claim ID | Option | Current Status | Last Payment Date | Counsel |
|---|---|---|---|---|---|
| Randolph Vincent | 100270 | Option 2 | M1 issued | 6/10/2014 | Barrios Kingsdorf & Casteix, LLP |
| Coleman, Jaqueline & J. | 100630 | Option 2 | M3 issued | 12/14/2017 | Colson Hicks Eidson |
| Santamaria, Rafael | 104151 | Option 2 | M2 issued | 1/13/2015 | Colson Hicks Eidson |
| Sar Shalom Yehiel202 | 107167 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Visciglia, Gian Carl | 107243 | Option 2 | M2 issued | 11/24/2015 | Colson Hicks Eidson |
| Prime Home #201 | 109089 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #2601 | 109136 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #2602 | 109137 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #2604 | 109138 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #2606 | 109139 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #2803 | 109140 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #2901 | 109141 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3001 | 109142 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3002 | 109143 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3003 | 109144 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3004 | 109145 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3102 | 109146 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3103 | 109147 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3201 | 109149 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3202 | 109150 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3203 | 109151 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3204 | 109152 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3206 | 109153 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3301 | 109154 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3302 | 109155 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3306 | 109159 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3307 | 109160 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home #3308 | 109161 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Prime Home Clubhouse | 110151 | Option 2 | No payments issued | N/A | Colson Hicks Eidson |
| Winstead, David | 111493 | Option 2 | M3 issued | 1/28/2016 | Doyle Law Firm, PC |
| Giangrosso, John & Mar | 111504 | Option 2 | M2 issued | 4/12/2016 | Doyle Law Firm, PC |
| Broussard, Jason | 111801 | Option 2 | M3 issued | 12/15/2014 | Doyle Law Firm, PC |
| Maillot, Georges & Jan | 102220 | Option 2 | M3 issued | 12/14/2017 | Herman, Herman & Katz, LLC |
| Glickman, David & Joan | 100406 | Option 2 | M3 issued | 4/6/2016 | Krupnick Campbell |
| Rodriguez, Raymond | 111656 | Option 2 | M3 issued | 10/27/2015 | Krupnick Campbell |
| Toran, George Jr. | 102039 | Option 2 | M3 issued | 1/28/2016 | Parker Waichman, LLP |
| Ervin, Rodella & Ronni | 103626 | Option 2 | M3 issued | 7/23/2014 | Roberts & Durkee |
| Graham & Russel U9301 | 103818 | Option 2 | M3 issued | 1/9/2015 | Roberts & Durkee |
| Litus, Rodney &Suze | 103839 | Option 2 | M3 issued | 3/20/2014 | Roberts & Durkee |
| Dalsin, Julie & Mike | 110849 | Option 2 | M3 issued | 12/14/2017 | Roberts & Durkee |
| Salinas, Maria | 100981 | Option 2 | M3 issued | 7/19/2016 | VM Diaz & Partners, LLC |