UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-04127 (E.D.La.)<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06631 (E.D.La.)<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06632 (E.D.La.) | |

## ORDER

AND NOW, on this 21st Day of February, 2018, upon consideration of Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. The clerk is hereby directed to enter of record each of the complaints in intervention that are appended to Plaintiffs' Motion to Intervene (Exhibits "A" through "C").

The Intervening Plaintiffs identified in the Complaint in Intervention, are parties to the proceedings in *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-04127 (E.D.La.) (Omni XX(c)); *Brooke, et. al. v. The*

1

*State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06631 (E.D.La.)(Third Omnibus Intervention Complaint); *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06632 (E.D.La.) (Second Omnibus Intervention Complaint). Intervening Plaintiffs shall be deemed members of the classes set forth in the originally filed complaints in each of these actions.

By the Court,

_____
HONORABLE ELDON E. FALLON