UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY : | SECTION: L |
| LITIGATION : | JUDGE FALLON |
| : | MAG. JUDGE WILKINSON |
| : | |
| THIS DOCUMENT RELATES TO: : | |
| *ALL CASES* : | |
| : | |

### KRUPNICK CAMPBELL MALONE ET AL.'S MOTION FOR INTERIM DISBURSEMENT OF UNDISPUTED AMOUNT OF ATTORNEY'S FEES

The undersigned law firm, Krupnick Campbell Malone, et al. (hereinafter "KCM Firm") respectfully, on its own behalf and not in its role as a member of the Fee Committee, hereby moves this Honorable Court of an Order providing for interim disbursement of the undisputed portion of the total available attorney's fees.[1] Specifically, the undersigned moves this Court for an Order (1) providing for interim disbursement of the amount of the attorney's fees allocated to "Individually Retained Counsel" as determined by the Court in the Order of January 31, 2018 [Doc. 21168]; (2) alternatively, providing an interim disbursement of attorney's fees at an amount less than ordered by the Court and, (3) preserving all claims, rights, entitlements and/or arguments regarding the remaining attorney's fees (disputed portion).

The Undersigned notes that, as it pertains to claims involving Knauf and the Global Settlement, claims on behalf of homeowner plaintiffs have been resolved for years. While to

---

[1] In awarding a net of $99,762,099.56 to the common benefit attorneys, the Court did not address the additional $3,335,628.26 in voluntary payments paid by individually retained contract lawyers and deposited into the Court registry at the request of the PSC. These funds were an assessment on attorneys' fees in state court settlements for common benefit fee allocation and costs. [Doc. 8545]. As a result, rather than $99,762,099.56 available for common benefit, the actual total for common benefit is potentially $103,097,727.82 which will presumably be allocated amongst the common benefit lawyers for the work outlined in the Court's January 31, 2018 Order.

date no firms have been disbursed earned attorney's fees on claims long resolved, the Undersigned holds hope that the learned and thorough January 31, 2018 Order of this Court on allocation of the Global Fee fund will inspire a new spirit of collaboration and cooperation.

The Undersigned Firm respectfully requests the Court enter an Order disbursing the undisputed portion of fees to "individually retained firms" and grant the relief as requested in all other regards. Plaintiffs' Liaison Counsel opposes the relief sought herein.

Dated: February 26, 2018.

Respectfully submitted,

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION FOR INTERIM DISBURSEMENT OF UNDISPUTED AMOUNT OF ATTORNEY'S FEES has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using

the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047. Dated: February 26, 2018.

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*