UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO AMEND AND CORRECT
FOOTNOTE 15 IN PLAINTIFFS' LEAD AND LIAISON COUNSEL'S
SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF THE
MOTION FOR ADDITIONAL COMMON BENEFIT ASSESSMENTS, FILED
PURSUANT TO STEP FOUR OF PRETRIAL ORDER NO. 28 [REC. DOC. 21182]**

NOW COME Plaintiffs' Lead and Liaison Counsel, who respectfully request leave of Court to amend and correct Footnote 15 in their Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Order No. 28 ("Supplemental Memorandum") [Rec. Doc. 21182].

Footnote 15, on page 4 of the Supplemental Memorandum, refers to "*Little, et al. v. Taishan Gypsum Co. Ltd., et al.*, 13-cv-0612 (S.D. Ala.) (Plaintiffs represented by James V. Doyle, Jr.)" ("*Little* Reference"). This reference was made in error and is incorrect. The correct reference that should be amended and replaced within Footnote 15 (instead of the *Little* Reference) on page 4 of the Supplemental Memorandum is "*Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, 14-cv-2722-EEF-JCW (E.D. La.) (Plaintiffs represented by James V. Doyle, Jr.)" ("*Bennett* Reference"). Footnote 15 would remain unaltered in any other way, other than replacing the *Little* Reference with the *Bennett* Reference.

WHEREFORE movers pray that this motion be GRANTED and Footnote 15, on page 4 of Plaintiffs' Lead and Liaison Counsel's Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Order No. 28 [Rec. Doc. 21182], be amended and corrected by replacing, within Footnote 15, the reference of "*Little, et al. v. Taishan Gypsum Co. Ltd., et al.*, 13-cv-0612 (S.D. Ala.) (Plaintiffs represented by James V. Doyle, Jr.)," with the reference of "*Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, 14-cv-2722-EEF-JCW (E.D. La.) (Plaintiffs represented by James V. Doyle, Jr.)." All other portions of Footnote 15 remain the same and unchanged.

Respectfully submitted,

Dated: February 27, 2018

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Keith J. Verrier (on the brief)
LEVIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 27th day of February, 2018.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*