UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the above and foregoing Motion for Leave to Amend and Correct Footnote 15 in Plaintiffs' Lead and Liaison Counsel's Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Order No. 28 [Rec. Doc. 21182];

IT IS ORDERED BY THE COURT that the motion is GRANTED and Footnote 15, on page 4 of Plaintiffs' Lead and Liaison Counsel's Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Order No. 28 [Rec. Doc. 21182], be and is hereby amended and corrected by replacing, within Footnote 15, the reference of "*Little, et al. v. Taishan Gypsum Co. Ltd., et al.*, 13-cv-0612 (S.D. Ala.) (Plaintiffs represented by James V. Doyle, Jr.)," with the reference of "*Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, 14-cv-2722-EEF-JCW (E.D. La.) (Plaintiffs represented by James V. Doyle, Jr.)." All other portions of Footnote 15 will remain the same.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge