UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | : : : : | |

### KRUPNICK CAMPBELL MALONE ET AL.'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR INTERIM DISBURSEMENT OF UNDISPUTED AMOUNT OF ATTORNEY'S FEES

COMES NOW the undersigned law firm of Krupnick Campbell Malone et. al. (hereinafter KCM Firm), pursuant to Local Rule 78.1, and respectfully request oral argument on the KCM Firm's Motion for Interim Disbursement of Undisputed Amount of Attorney's Fees, at the monthly status conference for the MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation on March 20, 2018 or at a time set by this Court so as to more fully address any questions the Court may have concerning the Motion filed by KCM Firm.

Respectfully submitted,

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing REQUEST FOR ORAL ARGUMENT ON KCM'S MOTION FOR INTERIM DISBURSEMENT OF UNDISPUTED AMOUNT OF ATTORNEY'S FEES has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047. Dated: February 26, 2018.

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*