**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                    MDL 2047

                                              SECTION: L

                                              JUDGE FALLON
                                              MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

**PRIMARY COUNSEL'S MOTION FOR CERTIFICATION OF ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b), OR IN THE ALTERNATIVE ENTRY OF FINAL JUDGMENT UNDER RULE 54(b)**

S. Ann Saucer (TX Bar No. 00797885;
LA Bar No. 21368)
Russell W. Budd (TX Bar No. 03312400)
Holly R. Werkema (TX Bar No. 24081202)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
asaucer@baronbudd.com
rbudd@baronbudd.com
hwerkema@baronbudd.com

Allison Grant (FL Bar No. 858330)
ALLISON GRANT, P.A.
14 S.E. 4th St
Boca Raton, FL 33432-6111
Tel.: 561-994-9646
Fax: 561-431-4627
agrant@allisongrantpa.com

Jeremy W. Alters (FL Bar No. 111790)
Justin D. Grosz (FL Bar No. 984000)
Matthew T. Moore (FL Bar No. 70034)
ALTERS LAW FIRM, P.A.
1855 Griffin Road, Suite C470
Dania Beach, FL 33004
Tel.: (305) 571-8550
Fax: (305) 571-8558
jeremy@alterslaw.com
justin@alterslaw.com
matthew@alterslaw.com

Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison
Counsel) (LA #20645)
Brook L. Villa (LA #31988)
Franklin "Drew" Hoffmann (LA #35824)
FAIRCLOTH, MELTON & SOBEL, LLC
301 Main Street, Suite 920
Baton Rouge, LA 70801
Phone: (225) 343-9535
Fax: (225) 343-9538
jfaircloth@fairclothlaw.com
bvilla@fairclothlaw.com
dhoffmann@fairclothlaw.com
*Attorneys for Parker Waichman LLP*

K. Edward Sexton, II
(AL Bar No. ASB-5463-O69K)
GENTLE, TURNER, SEXTON & HARBISON, LLC
501 Riverchase Parkway East, Suite 100
Hoover, AL 35244
Phone: (205) 716-3000
Fax: (205) 716-3010
esexton@gtandslaw.com

Eric D. Hoaglund
(AL Bar No. ASB-3449-55E)
MCCALLUM, HOAGLUND, COOK & IRBY, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
Phone: (205) 824-7767
Fax: (205) 824-7768
ehoaglund@mhcilaw.com

Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel)
LISKA, EXNICIOS & NUNGESSER
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA 70112
Phone: (504) 410-9611
Fax: (504) 410-9937
vpexnicios@exnicioslaw.com
*Attorney for Pendley Baudin & Coffin, Rhine Law Firm and Luckey & Mullins*

NOW COMES Primary Counsel[1] who, pursuant to Rule 7 of the Federal Rules of Civil Procedure, Rule 5 of the Federal Rules of Appellate Procedure, and Title 28, United States Code Section 1292(b), respectfully move the Court for an Order certifying the Court's Order and Reasons Setting Common Benefit Fees (the "Order") (Doc. 21168), for interlocutory appeal to the Fifth Circuit under 28 U.S.C. § 1292(b), or in the alternative that the Court direct entry of final judgment, upon a finding that there is no reason for delay, pursuant to Federal Rule of Civil Procedure 54(b).

As more fully explained in the accompanying memorandum of law, the order involves controlling questions of law as to which there is substantial ground for difference of opinion, and an immediate appeal from the order may materially advance the ultimate termination of the litigation. This motion is based upon the memorandum of authorities attached hereto, the pleadings and record in this case, and such further evidence and argument as may be presented.

Dated: February 28, 2018                RESPECTFULLY SUBMITTED:

/s/ S. Ann Saucer
S. Ann Saucer (TX Bar No. 00797885;
LA Bar No. 21368)
Russell W. Budd (TX Bar No. 03312400)
Holly R. Werkema (TX Bar No. 24081202)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
asaucer@baronbudd.com
rbudd@baronbudd.com
hwerkema@baronbudd.com

---

[1] Primary counsel include the individually retained counsel appearing or represented through counsel in the signature block of this pleading.

1

Allison Grant (FL Bar No. 858330)
ALLISON GRANT, P.A.
14 S.E. 4th St
Boca Raton, FL 33432-6111
Tel.: 561-994-9646
Fax: 561-431-4627
agrant@allisongrantpa.com

Jeremy W. Alters (FL Bar No. 111790)
Justin D. Grosz (FL Bar No. 984000)
Matthew T. Moore, Of Counsel (FL Bar No. 70034)
ALTERS LAW FIRM, P.A.
1855 Griffin Road, Suite C470
Dania Beach, FL 33004
Tel.: (305) 571-8550
Fax: (305) 571-8558
jeremy@alterslaw.com
justin@alterslaw.com
matthew@alterslaw.com

Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)
Brook L. Villa (LA #31988)
Franklin "Drew" Hoffmann (LA #35824)
FAIRCLOTH, MELTON & SOBEL, LLC
301 Main Street, Suite 920
Baton Rouge, LA 70801
Phone: (225) 343-9535
Fax: (225) 343-9538
jfaircloth@fairclothlaw.com
bvilla@fairclothlaw.com
dhoffmann@fairclothlaw.com
*Attorneys for Parker Waichman LLP*

K. Edward Sexton, II
(AL Bar No. ASB-5463-O69K)
GENTLE, TURNER, SEXTON & HARBISON, LLC
501 Riverchase Parkway East, Suite 100
Hoover, AL 35244
Phone: (205) 716-3000
Fax: (205) 716-3010
esexton@gtandslaw.com

2

Eric D. Hoaglund
(AL Bar No. ASB-3449-55E)
MCCALLUM, HOAGLUND, COOK & IRBY, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
Phone: (205) 824-7767
Fax: (205) 824-7768
ehoaglund@mhcilaw.com

Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel)
LISKA, EXNICIOS & NUNGESSER
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA 70112
Phone: (504) 410-9611
Fax: (504) 410-9937
vpexnicios@exnicioslaw.com
*Attorney for Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and electronic mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of February, 2018.

Dated: February 28, 2018                RESPECTFULLY SUBMITTED:

                                          /s/ S. Ann Saucer
                                          S. Ann Saucer (TX Bar No. 00797885;
                                          LA Bar No. 21368)
                                          BARON & BUDD, P.C.
                                          3102 Oak Lawn Avenue, Suite 1100
                                          Dallas, TX 75219
                                          Tel.: 214-521-3605
                                          Fax: 214-520-1181
                                          asaucer@baronbudd.com