**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that *Primary Counsel's Motion for Certification of Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b), or in the Alternative Entry of Final Judgment Under Rule 54(b)*, and the *Proposed Orders* are submitted for hearing on March 15, 2018 at 9:00 a.m., or as soon thereafter as counsel can be heard, before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana.

Dated: February 28, 2018

RESPECTFULLY SUBMITTED:

/s/ S. Ann Saucer
S. Ann Saucer (TX Bar No. 00797885;
LA Bar No. 21368)
Russell W. Budd (TX Bar No. 03312400)
Holly R. Werkema (TX Bar No. 24081202)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
asaucer@baronbudd.com
rbudd@baronbudd.com
hwerkema@baronbudd.com

1

Allison Grant (FL Bar No. 858330)
ALLISON GRANT, P.A.
14 S.E. 4th St
Boca Raton, FL 33432-6111
Tel.: 561-994-9646
Fax: 561-431-4627
agrant@allisongrantpa.com

Jeremy W. Alters (FL Bar No. 111790)
Justin D. Grosz (FL Bar No. 984000)
Matthew T. Moore, Of Counsel (FL Bar No. 70034)
ALTERS LAW FIRM, P.A.
1855 Griffin Road, Suite C470
Dania Beach, FL 33004
Tel.: (305) 571-8550
Fax: (305) 571-8558
jeremy@alterslaw.com
justin@alterslaw.com
matthew@alterslaw.com

Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)
Brook L. Villa (LA #31988)
Franklin "Drew" Hoffmann (LA #35824)
FAIRCLOTH, MELTON & SOBEL, LLC
301 Main Street, Suite 920
Baton Rouge, LA 70801
Phone: (225) 343-9535
Fax: (225) 343-9538
jfaircloth@fairclothlaw.com
bvilla@fairclothlaw.com
dhoffmann@fairclothlaw.com
*Attorneys for Parker Waichman LLP*

K. Edward Sexton, II
(AL Bar No. ASB-5463-O69K)
GENTLE, TURNER, SEXTON & HARBISON, LLC
501 Riverchase Parkway East, Suite 100
Hoover, AL 35244
Phone: (205) 716-3000
Fax: (205) 716-3010
esexton@gtandslaw.com

Eric D. Hoaglund
(AL Bar No. ASB-3449-55E)
MCCALLUM, HOAGLUND, COOK & IRBY, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
Phone: (205) 824-7767
Fax: (205) 824-7768
ehoaglund@mhcilaw.com

Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel)
LISKA, EXNICIOS & NUNGESSER
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA 70112
Phone: (504) 410-9611
Fax: (504) 410-9937
vpexnicios@exnicioslaw.com
*Attorney for Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and electronic mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of February, 2018.

Dated: February 28, 2018                RESPECTFULLY SUBMITTED:

/s/ S. Ann Saucer
S. Ann Saucer (TX Bar No. 00797885;
LA Bar No. 21368)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
asaucer@baronbudd.com