UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                    MDL 2047

                                              SECTION: L

                                              JUDGE FALLON
                                              MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

### [PROPOSED] ORDER CERTIFYING ORDER 21168 FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)

Pursuant to Rule 5 of the Federal Rules of Appellate Procedure, and Title 28, United States Code Section 1292(b), the Court hereby certifies the Court's Order and Reasons Setting Common Benefit Fees (the "Order") (Doc. 21168), for interlocutory appeal to the Fifth Circuit under 28 U.S.C. § 1292(b). Legal issues arising from the Order are contract counsel's property interest in their fee contracts, due process rights, the parameters of the common benefit fund doctrine, whether the transfer of property interest rights from counsel with contract rights to those without can be justified by legal principles (*e.g.*, restitution, unjust enrichment), Rule of Evidence 1006, the jurisprudence defining limited funds, the requirements of billing judgment, legal limits on double counting, legal limits on the Court's jurisdiction, breaches of duty, and estoppel.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
HONORABLE ELDON E. FALLON
United States District Judge