UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                        MDL 2047

                                                  SECTION: L

                                                  JUDGE FALLON
                                                  MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
********************************************************************************

**[PROPOSED] ORDER DIRECTING FINAL JUDGMENT PURSUANT TO RULE 54(b)**

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court determines that there is no just reason for delaying immediate appeal of the Court's Order and Reasons Setting Common Benefit Fees (the "Order") (Doc. 21168), and therefore enters an appealable final judgment on the Order setting the available attorneys' fees for common benefit work at $99,762,099.56 and for contract counsel at $94,607,042.17.

New Orleans, Louisiana, this _____ day of _____, 2018.

                                        _____
                                        HONORABLE ELDON E. FALLON
                                        United States District Judge

1