UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

**PRIMARY COUNSEL'S MOTION FOR LEAVE TO AMEND SUBMISSION DATE OF NOTICE OF SUBMISSION OF PRIMARY COUNSEL'S MOTION FOR CERTIFICATION OF ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b), OR IN THE ALTERNATIVE ENTRY OF FINAL JUDGMENT UNDER RULE 54(b) [DOC. 21216-2]**

NOW COMES Primary Counsel[1] who respectfully request leave of Court to amend the submission date set forth in the Notice of Submission (Doc. 21216-2) filed with *Primary Counsel's Motion for Certification of Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b), or in the Alternative Entry of Final Judgment Under Rule 54(b)* ("Motion for Certification") (Doc. 21216).

According to this Court's civil motion calendar, the next available submission date for the Motion for Certification is March 28, 2018. The Notice of Submission filed with the Motion for Certification incorrectly submits the motion on March 15, 2018. Primary Counsel request leave to amend the submission date to March 28, 2018. Primary Counsel have conferred with the Plaintiffs' Steering Committee and the Fee Committee, who have advised they have no objection to the amendment of the submission date.

---

[1] Primary Counsel include the individually retained counsel appearing or represented through counsel in the signature block of this pleading.

1

WHEREFORE, Primary Counsel respectfully request that this Motion be GRANTED and the Notice of Submission (Doc. 21216-2) filed with *Primary Counsel's Motion for Certification of Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b), or in the Alternative Entry of Final Judgment Under Rule 54(b)* (Doc. 21216) be amended to replace March 15, 2018 with March 28, 2018 as the submission date.

Dated: March 2, 2018     RESPECTFULLY SUBMITTED:

/s/ S. Ann Saucer
S. Ann Saucer (TX Bar No. 00797885;
LA Bar No. 21368)
Russell W. Budd (TX Bar No. 03312400)
Holly R. Werkema (TX Bar No. 24081202)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
asaucer@baronbudd.com
rbudd@baronbudd.com
hwerkema@baronbudd.com

Allison Grant (FL Bar No. 858330)
ALLISON GRANT, P.A.
14 S.E. 4th St
Boca Raton, FL 33432-6111
Tel.: 561-994-9646
Fax: 561-431-4627
agrant@allisongrantpa.com

Jeremy W. Alters (FL Bar No. 111790)
Justin D. Grosz (FL Bar No. 984000)
Matthew T. Moore, Of Counsel (FL Bar No. 70034)
ALTERS LAW FIRM, P.A.
1855 Griffin Road, Suite C470
Dania Beach, FL 33004
Tel.: (305) 571-8550
Fax: (305) 571-8558
jeremy@alterslaw.com

justin@alterslaw.com
matthew@alterslaw.com

Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)
Brook L. Villa (LA #31988)
Franklin "Drew" Hoffmann (LA #35824)
FAIRCLOTH, MELTON & SOBEL, LLC
301 Main Street, Suite 920
Baton Rouge, LA 70801
Phone: (225) 343-9535
Fax: (225) 343-9538
jfaircloth@fairclothlaw.com
bvilla@fairclothlaw.com
dhoffmann@fairclothlaw.com

*Attorneys for Parker Waichman LLP*

K. Edward Sexton, II
(AL Bar No. ASB-5463-O69K)
GENTLE, TURNER, SEXTON & HARBISON, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Phone: (205) 716-3000
Fax: (205) 716-3010
esexton@gtandslaw.com

Eric D. Hoaglund
(AL Bar No. ASB-3449-55E)
MCCALLUM, HOAGLUND, COOK & IRBY, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Phone: (205) 824-7767
Fax: (205) 824-7768
ehoaglund@mhcilaw.com

Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel)
LISKA, EXNICIOS & NUNGESSER
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA. 70112
Phone: (504) 410-9611
Fax: (504) 410-9937

3

Cell: (504) 495-9666
vpexnicios@exnicioslaw.com

*Attorney for Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and electronic mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of February, 2018.

Dated: March 2, 2018

RESPECTFULLY SUBMITTED:

/s/ S. Ann Saucer
S. Ann Saucer (TX Bar No. 00797885;
LA Bar No. 21368)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
asaucer@baronbudd.com