UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                            MDL 2047

                                                      SECTION: L

                                                      JUDGE FALLON
                                                      MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

# ORDER

Considering the foregoing Motion for Leave to Amend Submission Date of Notice of Submission of Primary Counsel's Motion for Certification of Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b), or in the Alternative Entry of Final Judgment Under Rule 54(b);

IT IS ORDERED BY THE COURT that the motion is GRANTED and the submission date of March 15, 2018 is amended and replaced with March 28, 2018 in the Notice of Submission filed with Primary Counsel's Motion for Certification of Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b), or in the Alternative Entry of Final Judgment Under Rule 54(b) [Rec. Doc. 21216-2].

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
HONORABLE ELDON E. FALLON
United States District Judge