## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Brooke, et al v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al***<br>***Case No. 15-6631*** | |

### AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summonses and Third Omnibus Complaint in Intervention (FL) in the above captioned matter on Bernard Taylor, Esquire on February 28, 2018 via Federal Express pursuant to Court Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566).  See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: March 6, 2018

_____
Arnold Levin, Esquire
Levin Sedran & Berman LLP
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of March, 2018

/s/ Arnold Levin
Arnold Levin, Esquire

# EXHIBIT A

# LEVIN SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

———

ARNOLD LEVIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER •
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN •
MICHAEL M. WEINKOWITZ • †
MATTHEW C. GAUGHAN • †
KEITH J. VERRIER •
LUKE T. PEPPER
NICOLA F. SERIANNI •

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

———

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

\* also admitted in New Jersey
† also admitted in New York

February 28, 2018

**Via Federal Express**
Bernard Taylor
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

> **RE:   Chinese Drywall Litigation**
> **Brooke, et al v. The State-Owned Assets Supervision and Administration**
> **Commission of the State Council, et al**
> **No. 15-6631 (Third Omnibus Complaint in Intervention (FL))**

Dear Mr. Taylor:

Pursuant to the Court's Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566), enclosed please find the Summonses and Complaint for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. for the above action.

Should you have any questions, please feel free to contact me.

Very truly yours,

ARNOLD LEVIN

AL:jsl
Enclosures

Ex.    Shipping    Tracking    Printing Services    Locations    Support    Levin

**IMPORTANT!**
**FedEx is closely monitoring the winter storms across the U.S.** Learn More

## FedEx ® Tracking



**771635201704**

Ship date:                                          Actual delivery:
**Wed 2/28/2018**                                   **Thu 3/01/2018 10:04 am**

Levin Sedran & Berman                  **Delivered**        Alston & Bird LLP
SUITE 500                          Signed for by: V.BRIDGES   Bernard Taylor, Esquire
510 WALNUT STREET                                            1201 West Peachtree Street
PHILADELPHIA, PA US 19106                                   ATLANTA, GA US 30309
215 592-1500                                                215 592-1500

### Travel History

| Date/Time | Activity | Location |
|-----------|----------|----------|
| **– 3/01/2018 - Thursday** | | |
| 10:45 am | At local FedEx facility | ATLANTA, GA |
| 10:04 am | Delivered | ATLANTA, GA |
| 8:00 am | On FedEx vehicle for delivery | ATLANTA, GA |
| 7:33 am | At local FedEx facility | ATLANTA, GA |
| 5:47 am | At destination sort facility | ATLANTA, GA |
| 3:54 am | Departed FedEx location | MEMPHIS, TN |
| **– 2/28/2018 - Wednesday** | | |
| 11:24 pm | Arrived at FedEx location | MEMPHIS, TN |
| 8:55 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 6:39 pm | Picked up | PHILADELPHIA, PA |
| 10:38 am | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking Number | 771635201704 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | cdw - brooke 3rd omni FL | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | Standard transit | 3/01/2018 by 3:00 pm |

Ask FedEx

**OUR COMPANY**                    **MORE FROM FEDEX**              **LANGUAGE**

About FedEx    FedEx Blog        FedEx Compatible               Change Country
Our Portfolio  Corporate Responsibility   Developer Resource Center
Investor Relations   Newsroom   FedEx Cross Border             English
Careers        Contact Us

**FOLLOW FEDEX**

© FedEx 1995-2018        Feedback  |  Site Map  |  Terms of Use  |  Security & Privacy