UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke, et al v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al*<br>Case No. 15-6631 | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summonses and Fourth Omnibus Complaint in Intervention (FL) in the above captioned matter on L. Christopher Vejnoska, Esquire on February 28, 2018 via Federal Express pursuant to Court Order dated November 9, 2015 (Rec. Doc. No. 19713). See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: March 6, 2018

_____
Arnold Levin, Esquire
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of March, 2018.

/s/ Arnold Levin
Arnold Levin, Esquire

# EXHIBIT A

## LEVIN SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

* also admitted in New Jersey
† also admitted in New York

February 28, 2018

*Via Federal Express*
L. Christopher Vejnoska
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

RE:  **Chinese Drywall Litigation**
     **Brooke, et al v. The State-Owned Assets Supervision and Administration**
     **Commission of the State Council, et al**
     **No. 15-6631 (Fourth Omnibus Complaint in Intervention (FL))**

Dear Mr. Vejnoska:

Pursuant to the Court's Order dated November 9, 2015 (Rec. Doc. No. 19713), enclosed please find the Summonses and Complaint for your clients, China National Building Material Co., Ltd., Beijing New Building Materials Public Limited Co. and Beijing New Building Materials Group Co., Ltd. for the above action.

Should you have any questions, please feel free to contact me.

Very truly yours,

ARNOLD LEVIN

AL:jsl
Enclosures

| | Shipping | Tracking | Printing Services | Locations | Support | Levin |

**IMPORTANT!**
FedEx is closely monitoring the winter storms across the U.S. Learn More

## FedEx® Tracking

**771635171970**

Ship date:
Wed 2/28/2018

Actual delivery:
Thu 3/01/2018 11:17 am

Levin Sedran & Berman
SUITE 500
510 WALNUT STREET
PHILADELPHIA, PA US 19106
215 592-1500

**Delivered**
Signed for by: T.TERASITA

Orrick Herrington & Sutcliffe LLP
L. Christopher Vejnoska
The Orrick Building
405 Howard Street
SAN FRANCISCO, CA US 94105
215 592-1500

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 3/01/2018 - Thursday | | |
| 11:17 am | Delivered | SAN FRANCISCO, CA |
| 8:48 am | On FedEx vehicle for delivery | SAN FRANCISCO, CA |
| 8:37 am | At local FedEx facility | SAN FRANCISCO, CA |
| 6:45 am | At destination sort facility | SAN FRANCISCO, CA |
| 4:15 am | Departed FedEx location | MEMPHIS, TN |
| 2/28/2018 - Wednesday | | |
| 11:24 pm | Arrived at FedEx location | MEMPHIS, TN |
| 8:55 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 6:39 pm | Picked up | PHILADELPHIA, PA |
| 10:38 am | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking Number | 771635171970 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Shipping/Receiving | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | cdw - brooke 4th omni FL | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | Standard transit | 3/01/2018 by 3:00 pm |

OUR COMPANY
About FedEx
Our Portfolio
Investor Relations
Careers

MORE FROM FEDEX
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

FedEx Compatible
Developer Resource Center
FedEx Cross Border

LANGUAGE
Change Country
English

Ask FedEx

FOLLOW FEDEX

© FedEx 1995-2018    Feedback | Site Map | Terms of Use | Security & Privacy

https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=771635171970||2018...   3/2/2018