# EXHIBIT A

Claimant: David and Joan Glickman
Address: 3236 NE 4 Street, Pompano Beach, FL 33062
Claimant ID: 100353-478

<u>AFFIDAVIT IN REPSONSE TO MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS</u>

County of Broward
State of Florida

Personally appeared before me, the undersigned authority, who, after being duly sworn, deposes and says:

1. My name is David Glickman.

2. I, along with my wife Joan Glickman, own the Affected Property at 3236 NE 4 Street, Pompano Beach, FL 33062.

3. My wife and I signed the Property Owner Release and Assignment of Claims for Mixed Board Property Self-Remediation on or about May 28, 2015.

4. Since then, this has been a nightmare for us.

5. The contractor, Sepicorp General Contractors, provided the necessary documents to the Settlement Administrator.

6. However, after a lengthy delay in the completion of the project, I have recently spoken to the contractor Rob Sepielli. The major problem

1

with the project is a few sub-contractors haven't been paid up to date and have left the job.

7. As a result, Joan and I have funded major portions of the job but have run out of money to pay the sub-contractors owed their money.

8. The sub-contractors should have been paid from the last draw Sepicorp received but it apparently went elsewhere.

9. Numerous conversations were had with Rob Sepielli over the months and it was obvious he wasn't going to pay those owed obligations.

10. Outstanding bills owed total $7,880.00. Additionally, we have the following to complete: Electric trim work in the kitchen and third floor bedroom. High hats, cans, bulbs, and installation thru out the townhouse. Plumbing trim work in two bathrooms needs completion. Trim out of the elevator also needs to be done.

11. I have spoken to the electrician and he has agreed to finish what he has left as long as we guarantee him of his invoice getting paid. The a/c contractor has finished but he is expecting his final payment too.

12. The remaining funds will be used to make everyone whole and make sure all the open permits get closed.

13. Sepicorp has agreed to pay the outstanding bills from the last draw from the settlement fund.

14. While our efforts and discussions are continuing, it would be an extreme prejudice to us if Knauf was allowed to extinguish our claims before the home is completed pursuant to their obligation.

Further Says Affiant Not

_____
David Glickman

State of Florida )
 )
County of Broward )

The foregoing Affidavit was acknowledged before me this __6__ day of March, 2018, by David Glickman, who is personally known to me or who has produced (type of ID) as identification and who did (not take an oath).

_____
Signature of Notary

**ELIZABETH WIESEND**
Notary Public - State of Florida
Commission # GG 063813
My Comm. Expires Feb 26, 2021
Bonded through National Notary Assn.

_____
(type, print or stamp name of notary)

3