# EXHIBIT B

Claimant: Raymond Rodriguez
Address: 3358 NE 3 Drive, Homestead, FL
Claimant ID: 100591-782

### AFFIDAVIT IN REPSONSE TO MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS

County of Pinellas
State of Florida

Personally appeared before me, the undersigned authority, who, after being duly sworn, deposes and says:

My name is Raymond Rodriguez.

1. I own the Affected Property at 3358 NE 3 Drive, Homestead, Florida, 33303.

2. I signed the Property Owner Release and Assignment of Claims for Self-Remediation on or about April 23, 2014.

3. The original contractor, Luis Calvo of A-1 Power Construction, commenced the Remediation project and after having the Funds Administrator deposit $90,000.00 directly into his account in three stages of some $30,000.00 abandoned the project.

4. A remediation process which should have only taken four months, since 2014, has drawn out to almost four years.

5. I am and have been doing everything I can to complete the project.

6.  The city of Homestead is charging me utility every month for trash disposal and that figure is now over $1,000.00 owed by me since it commenced in 2014.

7.  The subject house in its current state cannot be lived in by me.

8.  The city of Homestead was going to place a lien on the property for the back owed Utility dues but I reasoned with them that the paper work was in their office pending Chinese Dry Wall Remediation and they stopped the Lien. However, my point is I am fighting after affects from the Contractor's mischievous breach of contract after receiving the three stages of funds. He knew he would not complete the project and would therefore not receive the final 4th stage funds which I am now also in jeopardy of losing as well.

9.  Currently the permits to perform the work have expired for almost a year due to the Contractor's negligence and breach of contract; therefore, it will cost some $6,000.00 to renew them to re-commence the remediation by the new contractor.

10.  I have provided the Settlement Administrator with a contract for a new contractor but he cannot finish the project without the remaining funds.  Outstanding work to be done includes: <u>Please refer to attached Contractor Estimate/Quote</u>

11. While our efforts and discussions are continuing, it would be an extreme prejudice to us if Knauf was allowed to extinguish our claims before the home is completed pursuant to their obligation.

Further Says Affiant Not

_Raymond Rodriguez_
Raymond Rodriguez

State of Florida )
)
County of Pineallas )

The foregoing Affidavit was acknowledged before me this ___ day of March, 2018, by Raymond Rodriguez, who is personally known to me or who has produced (type of ID) as identification and who did (not take an oath).

_Signature of Notary_
Signature of Notary

MELISSA MOYER
Commission # FF 222547
My Commission Expires
May 15, 2019

MELISSA MOYER
(type, print or stamp name of notary)



# VARMO  CONSTRUCTION  LLC.

_____     License # CGC 1520547

February 6 , 2017

**Place of Labor :  3358 NE 3rd Dr. Homestead Fl.**
**REF :   House remodeling.**

# E S T I M A T E

## CONSTRUCTION WORK

- **1st floor.** Install a mirror in the 1/2 bath .
- **2nd Floor balcony** sliding door and screen were not put back correctly and now it won't close and lock, re-install them correctly.
- **2nd floor bathrooms:**
    - Shower in one bathroom has correct plates in the other one, it does not. ( install the correct one).
    - Install  toilette seats in three bathrooms.
- **2nd Floor .** Install and finish door frames, where needed.
- Wherever the floor tile is cracked and/or chipped, replace the tile. Especially the kitchen corners.
- **2nd Floor Bathrooms.**  Remove two chipped shower tubs and install new ones.
- Repair cracked, chipped bathroom wall tiles.
- **Kitchen:** From one area to another, there are different tiles, there should be a divider plate between both on the floor. ( install threshold ).
- Check and fix all windows, especially 1st floor

- Perform all work with permits, abide by all regulations, laws, requirements, legality etc...
- After job is completed, obtain all permits and final certificate of habitability from the city of Homestead.
- Remove and dispose of all debris after the job is completed.

**.............   $ 8,300**



# VARMO CONSTRUCTION LLC.

_____  License # CGC 1520547

## PAINTING

- Cover holes around any and all wall plates, outlets etc. They were over cut.
- Fix walls where needed.
- Primer and paint whole interior house, with BENJAMIN MOORE or SHERWIN WILLIAMS paint.

................. 3,500

## ELECTRICAL

- **1st floor.** Install a multi light instead of a single light bulb in the 1/2
- **2nd floor**. Replace two Bath room lights with multi light bulb system as before.

- Install new ceiling fans in three rooms and one in the garage. (total 4) *(Up to $150.oo each one)*
- **Ceiling:** replace lights with the same as before or better quality. in hallways and living room.
- **Dining room.** Install chandelier similar to the original one. *(Up to $250.oo cost)*
- **Garage:** install proper wiring for garage door opener to function properly as before.
- **Outside.** Install outside lights to match the original ones with the complex.

................... $ 3,500



**VARMO  CONSTRUCTION  LLC.**
_____     License # CGC 1520547

# AIR CONDITIONED

- Install a new A/C unit (outside  and inside units ).

    **(Price to be set according to the unit brand and efficiency** )

    *(The price for a 4 tons A/C could be between $3,600  to $4,600
     depending on the brand and efficiency).*

This price is not included in this estimate.

# APPLIANCES

- New Washer and Dryer  *( Up to $800.oo each including taxes)*
- New set (Refrigerator, Stove, Microwave, and dishwasher ) *(Up to $2,800.oo the whole set including taxes).*
- Garbage disposal. *(Up to $150.oo including taxes).*
- Water Heater  40 Gal. Electrical. *(Up to $700.oo including taxes).*

- Install Washer and Dryer in the garage

- Install water heater in the garage

- Install appliances in the kitchen as follows:
  Stove, Microwave, refrigerator, Dishwasher, garbage disposal.

                                              **................     $ 5,700**



# VARMO  CONSTRUCTION  LLC.

_____   License # CGC 1520547

## KITCHEN

- Install kitchen cabinets
  <u>(Cabinets are included in this price)</u>   ........................ **$ 7,500**

- Install granite counter top ................................................... **$ 3,300**

## PERMITS

| | |
|---|---|
| MASTER PERMIT................................................................. | $ 3,581.32 |
| ELECTRICAL PERMIT........................................................ | $ 1,205.80 |
| MECHANICAL PERMIT....................................................... | $   571.92 |
| PLUMBING PERMIT........................................................... | $   639.60 |

## TOTAL ............. $ 37,798.64

**NOTES:  <u>This estimate includes:</u>**
- labor and construction materials.
- Light fixtures, fans
- Kitchen cabinets and granite countertop.
- Washer , Dryer,  water heater, Stove, Microwave, refrigerator, Dishwasher, garbage disposal.
  **and the installation of them.**



# VARMO  CONSTRUCTION  LLC.

_____    License # CGC 1520547

**TIME OF COMPLETION :**

      60  days  beginning the day we have the permits issued by the City of Homestead.

**Payment method :**

                                                   **TOTAL  $ 37,798.64**

    **50 %**   **To start the job ………...….........…..$  18,899.32**
    30 %   When ready to paint .........................$   11,339.59
    20 %   At the end of the job…………....…. $      7,559.73

                                                        Proposal  Accepted

_____                          Name : _____
William  Vargas
President                                       Signature:_____