| | *Elizabeth Bennett, et al. v.Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* | | | | | |
|---|---|---|---|---|---|---|
| | *Exhibit "A" - Plaintiffs Named in Class Action* | | | | | |
| | **Plaintiff(s)** | **Address of Affected Property** | | | | |
| 1. | Toshonia Jackson Armstrong & Martin Armstrong | 418 | Sandstone Creek Lane | Dickinson | TX | 77539 |
| 2. | Elizabeth Bennett | 102 | Morningwalk Lane | Huntsville | AL | 35824 |
| 3. | Dan Blonsky | 8220 | SW 60 Court | South Miami | FL | 33143 |
| 4. | Jennifer Brady | 2089 | Knollwood Place | Birmingham | AL | 35242 |
| 5. | Mary Sue Caranna | 224 | Pinewood Drive | Pass Christian | MS | 39531 |
| 6. | Damian Cason | 124 | Arbor Hill Lane | Huntsville | AL | 35824 |
| 7. | CDO Investments, LLC | 25409 | Durango Court | Punta Gorda | FL | 33955 |
| 8. | Michael Chamberlin | 275 | West Robert E. Lee Blvd. | New Orleans | LA | 70124 |
| 9. | Mardechria Charles | 116 | Dufresne Drive | Vacherie | LA | 70090 |
| 10. | Bonnie Cordier | 11429 | Maxine Drive | New Orleans | LA | 70128 |
| 11. | George Ferry | 101 | Lakeside Drive | Waveland | MS | 39576 |
| 12. | Stephanie Fussell | 229 | Felicity Street | Bay St. Louis | MS | 39520 |
| 13. | Michael Ginart | 2104 | Olivia Street | Meraux | LA | 70075 |
| 14. | Jack Green | 1709 | Seacrest Drive | Gautier | MS | 39553 |
| 15. | Katie Hallmark | 775 | Ridgefield Way | Odenville | AL | 35120 |
| 16. | Tim Hoffman | 624 | NE 2nd Place | Cape Coral | FL | 33909 |
| 17. | Ike Ijemere | 7012 | Eagle Point Trail | Birmingham | AL | 35242 |
| 18. | Mike Issman | 669 | Timberwood Loope | Madisonville | LA | 70447 |
| 19. | Jeremy Jordan | 11592 | Azalea Trace | Gulfport | MS | 39503 |
| 20. | Toni Macksey | 4321 | Lucerne Street | Metairie | LA | 70006 |
| 21. | Karen McCann | 73244 | Penn Mill Road | Covington | LA | 70435 |
| 22. | MCF Enterprises, Inc. | 8554 | Pegasus Drive | Lehigh Acres | FL | 33971 |
| 23. | Mindy Milam | 4625 | Palmyra Street | New Orleans | LA | 70119 |
| 24. | Mindy Milam | 4627 | Palmyra Street | New Orleans | LA | 70119 |
| 25. | Joseph Niemiec | 6881 | Brompton Drive | Lakeland | FL | 33809 |
| 26. | Ronald Pendelton | 5224 | Pasteur Blvd. | New Orleans | LA | 70122 |
| 27. | Chien Van Pham | 9549 | Homestead Drive | Baton Rouge | LA | 70817 |
| 28. | Peter Robinson | 131 | Sea Oaks Drive | Long Beach | MS | 39560 |
| 29. | Veronica Rosenaur | 13891 | Calle Savario Drive | Prairieville | LA | 70769 |
| 30. | Jason Scott | 149 | Silo Hill Road | Madison | AL | 35758 |
| 31. | Laura Veira | 14763 | SW 35 Lane | Miami | FL | 33185 |

| # | Name | Number | Street | City | State | Zip |
|---|---|---|---|---|---|---|
| 32. | Jinxi Zhu | 16002 | Innerarity Point Road | Pensacola | FL | 32507 |
| 33. | Ruben Dapena o.b.o. Annetta, LLC | 363 | NE 30th Avenue | Homestead | FL | 33033 |
| 34. | Scott Armstrong & Kim Armstrong | 42296 | Forest Lane | Hammond | LA | 70403 |
| 35. | Jason Arnold | 26057 | Coronation Avenue | Denham Springs | LA | 70726 |
| 36. | Bank of Louisiana | 35211 | Beverly Hills Drive | Prairieville | LA | 70769 |
| 37. | Hoan Bao | 1008 | Washington Court | Moody | AL | 35004 |
| 38. | Carole Bonney | 35471 | Reese Lane | Slidell | LA | 70460 |
| 39. | Isidro Calderon | 3441 | SW Haines Street | Port St. Lucie | FL | 34953 |
| 40. | Braulio Castillo & Maximo Sanchez | 357 | SW Log Drive | Port St. Lucie | FL | 34953 |
| 41. | Becky Chedester & Michael Chedester | 10955 | Brighton Drive | Chunchula | AL | 36521 |
| 42. | Abigail Cohen | 20305 | Chestnut Grove Drive | Tampa | FL | 33647 |
| 43. | Bill Foreman | 7514 | Pinehurst Court | Diamondhead | MS | 39525 |
| 44. | Jawad Gharib & Fatme Gharib | 4 | Beresford Drive | Metairie | LA | 70001 |
| 45. | Jawad Gharib | 8807 | South Claiborne Avenue, Apt. A | New Orleans | LA | 70118 |
| 46. | Jawad Gharib | 8807 | South Claiborne Avenue, Apt. B | New Orleans | LA | 70118 |
| 47. | Jawad Gharib | 8807 | South Claiborne Avenue, Apt. C | New Orleans | LA | 70118 |
| 48. | Cathey Gueydan & Tommy Gueydan | 42055 | Jefferson Drive | Hammond | LA | 70403 |
| 49. | Cesar Jaramillo & Ines Jaramillo | 5301 | Nicklaus Drive | Winter Haven | FL | 33884 |
| 50. | John Judge & Rebecca Judge | 2618 | 50th Street West | Lehigh Acres | FL | 33971 |
| 51. | Kevin Karpel | 17770 | 64th Place North | Loxahatchee | FL | 33470 |
| 52. | Joshua Kelley | 160 | Blairs Circle | Pell City | AL | 35215 |
| 53. | Christopher Kopach & Julianne Kopach | 20318 | Chestnut Grove Drive | Tampa | FL | 33647 |
| 54. | Nancy Lafontaine & Larry Lafontaine | 478 | St. Charles Street | Bay St. Louis | MS | 39520 |
| 55. | Adelaide Levin | 2201-03 | Neyrey Street | Metairie | LA | 70001 |
| 56. | V. Alethia Locke-Esberry | 962 | SW Haas Avenue | Port St. Lucie | FL | 34953 |
| 57. | Marie Lorquet | 284 | James Circle | Lake Alfred | FL | 33850 |
| 58. | Nancy Mansour & William Mansour | 8678 | Tally Ho Lane | Royal Palm Beach | FL | 33411 |
| 59. | Ron Martinez | 6507 | Memphis Street | New Orleans | LA | 70124 |
| 60. | David Reynolds & Dahnelle Reynolds | 101 | Spotted Fawn Road | Madison | AL | 35758 |
| 61. | Carl Russell & Lynn Russell | 5427 | Creekside Lane | Hoover | AL | 35244 |
| 62. | Pasquale Russo | 9809 | Boraso Way, Unit #105 | Fort Myers | FL | 33908 |
| 63. | Jay Wang | 4220 | Vincennes Place | New Orleans | LA | 70125 |
| 64. | Ronnie Bogard | 451 | Linda Drive | Biloxi | M | 39531 |

| | | | | | S | |
|---|---|---|---|---|---|---|
| 65. | Tobi Butcher | 4020 | Island Lakes Drive | Winter Haven | FL | 33881 |
| 66. | Lee Booker | 3258 | Clubhouse Road | Mobile | AL | 36605 |
| 67. | Billy McCullar | 603 | East Second Street | Pass Christian | MS | 39571 |
| 68. | Susyn Cain | 5040 | Georgia Street | Bay St. Louis | MS | 39520 |
| 69. | Affinity Elite Development Corp. | 3970 | Cherrybrook Loop | Ft. Myers | FL | 33966 |
| 70. | Affinity Elite Development Corp. | 16042 | Via Solera Circle, Unit 102 | Ft. Myers | FL | 33908 |
| 71. | Vince Russo | 9800 | Quinta Artesa Way, Unit 105 | Ft. Myers | FL | 33908 |
| | | **ADDITIONAL CLAIMS** | | | | |
| 72. | Kurt Tolliver | 4531 | Darwin Boulevard | Port St. Lucie | FL | 34953 |
| 73. | Mark Rigopoulos and Sheri Rigopoulos | 3411 | 24th Avenue NE | Naples | FL | 34120 |
| 74. | Nathan Junius | 6537 | Marshall Foch Street | New Orleans | LA | 70124 |
| 75. | Jacques Brousseau | 437 | Delgado Drive | Baton Rouge | LA | 70808 |
| 76. | Neville Marques | 1722 | NE 6th Street | Boynton Beach | FL | 33435 |
| 77. | Chilet Dejean | 1918 | NE 5th Street | Boynton Beach | FL | 33435 |
| 78. | Pierre Wicler | 1714 | NE 6th Street | Boynton Beach | FL | 33435 |
| 79. | Karen Baldwin | 909 | High Ridge Drive | Friendswood | TX | 77546 |
| 80. | Nicole Norris and Michael Norris | 700 | Arctic Fox Run | Madisonville | LA | 70447 |
| 81. | Stephanie Amuso | 9461 | Ambrose Lane | Kimberly | AL | 35091 |
| 82. | Catherine Baber | 121 | Country Club Drive | Pass Christian | MS | 39571 |
| 83. | Olivia Porciuncula and Les Porciuncula | 339 | Wilton Avenue, SW | Palm Bay | FL | 32908 |
| 84. | Glenn Price | 1751 | Bobcat Trail | North Port | FL | 34288 |
| 85. | Mark Lee | 308 | Italian Isle | Gautier | MS | 39553 |
| 86. | Wade Gauthreaux and Sheryl Gauthreaux | 10171 | Lagan Street | Bay St. Louis | MS | 39520 |
| 87. | David Fozard and Candace Fozard | 72685 | Diamondhead Drive North | Diamondhead | MS | 39525 |
| 88. | Carl Moore & Ellen Moore | 5427 | Kedgwick Lane | North Port | FL | 34288 |
| 89. | Laura Butler | 4323 | NW 31st Street | Cape Coral | FL | 33993 |
| 90. | Fred Pool & Raquel DeFigueiredo | 14531 | Coronado Drive | Spring Hill | FL | 34609 |
| 91. | Michael Goldenberg and Michelle Goldenberg | 12176 | SW 49th Court | Cooper City | FL | 33330 |
| 92. | Ed Ball and Margot Gravel | 2464 | Silver Palm Road | North Port | FL | 34288 |
| 93. | Julio Martinez | 14731 | SW 34 LN | Miami | FL | 33185 |
| 94. | Mercedes Gaspard & | 1402 | O'Donnell Lane SE | Port St. Lucie | FL | 34983 |

3

|  | Name | Number | Street | City | State | Zip |
|---|---|---|---|---|---|---|
|  | Nicole Gaspard |  |  |  |  |  |
| 95. | Mark Perez and Kimberlie Perez | 3036 | Whitty Drive | Slidell | LA | 70461 |
| 96. | Sharon Timmons | 1820 | NE 7th Avenue | Cape Coral | FL | 33909 |
| 97. | Peter Walimire | 3589 | Malagrotta Circle | Cape Coral | FL | 33909 |
| 98. | Levi Taylor | 4090 | SW Kallen Street | Port St. Lucie | FL | 34953 |
| 99. | Dung Nguyen | 3 | Laudeac Court | Long Beach | MS | 39571 |
| 100. | Fred Stockton | 13095 | Montego Street | Spring Hill | FL | 34609 |
| 101. | Bholonath Dhume | 150 | Spencer Avenue | New Orleans | LA | 70124 |
| 102. | Funches Dixon and Sharise Dixon | 20 | Cross Creek Drive | Slidell | LA | 70124 |
| 103. | Edward Laremore | 7018 | Pilgrim Court | Labelle | FL | 33935 |
| 104. | James Blevins | 2636 | SE 19th Place | Cape Coral | FL | 33904 |
| 105. | M. Elena Kendall and A&B Real Estate Holdings, LLC | 23205 | SW 217 AVE | Miami | FL | 33031 |
| 106. | Consuelo Burgos | 384 | NE 24 TER | Miami | FL | 33033 |
| 107. | George Humphries | 11209 | Texas Street | Bay St. Louis | MS | 39520 |
| 108. | Carlos Salabarria | 12940 | SW 135 ST | Miami | FL | 33186 |
| 109. | Ina Helmick | 13237 | Emerald Acres Avenue | Dover | FL | 33527 |
| 110. | Frank Grande | 7 | Nevin Court | Conroe | TX | 77301 |
| 111. | Johnny Tyler | 8675 | 130th Avenue | Fellsmere | FL | 32948 |
| 112. | Feng Hu | 3016 | Taft Park | Metairie | LA | 70002 |
| 113. | Michael Zelenenki | 4331 | Ferrari Drive | Sebring | FL | 33872 |
| 114. | Byron Robbins and Fern Robbins | 421 | Chelsea Place Avenue | Ormond Beach | FL | 32174 |
| 115. | Michael Phillips | 11263 | Creek Drive | Gulfport | MS | 39560 |
| 116. | Steve Binns | 1417 | SW Devera Place | Port St. Lucie | FL | 34953 |
| 117. | Anjali Van Drie | 4101 | NW 22nd Street | Cape Coral | FL | 33993 |
| 118. | Clayton Thomas | 32793 A | Waterview Drive East | Loxley | AL | 36551 |
| 119. | Leonard Armstrong | 121 | 11th Avenue East | Bradenton | FL | 34208 |
|  | **CLAIMS WITHDRAWN** |  |  |  |  |  |
| A. | Luciano Bado | 26057 | Coronation Drive | Denham Springs | LA | 70726 |
| B. | Paul J. Kleinmann | 1042 | NE 40th Terrace | Cape Coral | FL | 33909 |
| C. | Dan Tavanese | 208 | NE 23rd Place | Cape Coral | FL | 33909 |
| D. | John Fagan | 11126 | Tahiti Street | Bay St. Louis | MS | 39520 |
| E. | Tony Turnbow | 22806 | SW 89 Place | Miami | FL | 33190 |