MINUTE ENTRY
FALLON, J.
MARCH 7, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES | * | |
| TO ALL CASES | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

A status conference occurred on this date in the Chambers of the Honorable Eldon E. Fallon. In attendance were Lenny Davis and Jimmy Doyle, on behalf of Plaintiffs, and Kerry Miller and Danny Dysart, on behalf of Defendant Knauf Entities. The parties discussed the status of the Knauf claims and remediation program.

JS10 (00:10)