UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY COUNSEL'S MOTION FOR DISBURSEMENT OF
CONTRACT COUNSEL FEES AWARDED BY THE COURT**

NOW INTO COURT, comes Primary Counsel[1] who, for the reasons set forth in the accompanying supporting memorandum, respectfully move the Court for an Order allowing individually retained counsel the option to receive, as full and final payment, disbursement of their pro rata share of the amount of attorneys' fees allocated to "contract counsel" in the amount of $94,607,042.17 as determined by the *Order and Reasons Setting Common Benefit Fees* (R. Doc. 21168). Pursuant to Federal Rule of Civil Procedure 10(c), Primary Counsel herein adopt and incorporate those portions of *Krupnick Campbell Malone et al.'s Motion for Interim Disbursement of Undisputed Amount of Attorney's Fees* (R. Doc. 21212) and supporting memorandum (R. Doc. 21212-1) (collectively the "Krupnick Disbursement Motion"), which seek an order providing for the disbursement of the amount of attorneys' fees allocated to "Individually Retained Counsel" as determined by the *Order and Reasons Setting Common Benefit Fees* (R. Doc. 21168).[2] As more fully explained in the accompanying memorandum, the

---

[1] Primary Counsel include the individually retained counsel appearing or represented through counsel in the signature block of this pleading.

[2] Primary Counsel do not adopt those portions of the Krupnick Disbursement Motion seeking an order (1) providing for an alternative interim disbursement of an amount less than that ordered by the court or (2) preserving all claims, rights, entitlements and/or arguments regarding the remaining attorneys' fees. *See* R. Docs. 21212 and 21212-1. Further, Primary Counsel do not agree with any allegations or insinuations made in the Krupnick Disbursement

requested disbursement of fees to those firms opting to receive full and final payment of their contract counsel fees will serve the dual purpose of: (1) expediting the resolution of the attorney fee allocation dispute and (2) facilitating payment to those firms not wishing to contest the *Order and Reasons Setting Common Benefit Fees* (R. Doc. 21168).[3]

**WHEREFORE**, Primary Counsel pray that the instant Motion be granted and that the Court issue an order allowing individually retained counsel the option to receive, as full and final payment, disbursement of their pro rata share of the amount of attorneys' fees allocated to "contract counsel" as determined by the *Order and Reasons Setting Common Benefit Fees* (R. Doc. 21168).

Respectfully submitted:

| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
|---|---|
| By:  /s/ *Jimmy R. Faircloth, Jr.* <br> Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645) <br> jfaircloth@faircothlaw.com <br> Brook L. Villa (LA #31988) <br> bvilla@faircothlaw.com <br> Franklin "Drew" Hoffmann (LA #35824) <br> dhoffmann@faircothlaw.com <br> 412 N. 4th Street, Suite 230 <br> Baton Rouge, LA 70802 <br> Phone: (225) 343-9535 <br> Fax: (225) 343-9538 <br><br> *Attorneys for Parker Waichman LLP* | By:  /s/ *Val Patrick Exnicios* <br> Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel) <br> vpexnicios@exnicioslaw.com <br> 1515 Poydras Street <br> 14th Floor, Ste. 1400 <br> New Orleans, LA. 70112 <br> Phone: (504) 410-9611 <br> Fax: (504) 410-9937 <br> Cell: (504) 495-9666 <br><br> *Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |

---

Motion that Primary Counsel are responsible for the vexatious, inefficient or protracted nature of the fee dispute. R. Doc. 21212-1 at 6.

[3] Several firms have signaled their intent to appeal the *Order and Reasons Setting Common Benefit Fees* (R. Doc. 21168).  *See* Primary Counsel's Motion for Certification of Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b), or in the Alternative, Entry of Final Judgment Under Rule 54(b) (R. Doc. 21216).

**BARON & BUDD, P.C.**

By: /s/ *Russell W. Budd*
Russell W. Budd (TX #03312400)
rbudd@baronbudd.com
S. Ann Saucer (TX #00797885;
LA #21368)
asaucer@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By: /s/ *K. Edward Sexton, II*
K. Edward Sexton, II
esexton@gtandslaw.com
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Phone: (205) 716-3000
Fax: (205) 716-3010

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By: /s/ *Eric D. Hoaglund*
Eric D. Hoaglund
ehoaglund@mhcilaw.com
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Phone: (205) 824-7767
Fax: (205) 824-7768

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By: /s/ *Mark Milstein*
Mark Milstein
mmilstein@mjfwlaw.com
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Phone: (310) 396-9600
Fax: (310) 396-9635

**ROBERTS AND DURKEE, LLP**

By: /s/ *C. David Durkee*
C. David Durkee
durkee@rdlawnet.com
2665 South Bayshore Drive, Suite 300
Coconut Grove, FL 33133
Phone: (305) 442-1700
Fax: (305) 442-2559

**GIEGER, LABORDE & LAPEROUSE, LLC**

By: /s/ *Victoria E. Emmerling*
Andrew A. Braun (LA #3415)
abraun@glllaw.com
Victoria E. Emmerling (LA #33117)
temmerling@glllaw.com
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Phone: (504) 561-0400
Fax: (504) 561-1011

*Attorneys for Morris Bart, L.L.C.*

**ALLISON GRANT, P.A.**

By: /s/ *Allison Grant*
Allison Grant (FL #858330)
agrant@allisongrantpa.com
14 SE 4th St

**ALTERS LAW FIRM, P.A.**

By: /s/ *Jeremy W. Alters*
Jeremy W. Alters (FL #111790)
jeremy@alterslaw.com
Justin D. Grosz (FL #984000)

<div style="display: flex;">
<div>
Boca Raton, FL 33432-6111
Phone: 561-994-9646
Fax: 561-431-4627
</div>
<div>
justin@alterslaw.com
Matthew T. Moore, Of Counsel (FL #70034)
matthew@alterslaw.com
1855 Griffin Road, Suite C470
Dania Beach, FL 33004
Phone: (305) 571-8550
Fax: (305) 571-8558
</div>
</div>

**CERTIFICATE OF SERVICE**

 I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of March, 2018.

  /s/ *Jimmy R. Faircloth, Jr.*
  JIMMY R. FAIRCLOTH, JR.