**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that the *Motion for Disbursement of Contract Counsel Fees Awarded by the Court* is submitted for hearing on March 28, 2018, at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules.

Respectfully submitted:

| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
|---|---|
| By:   /s/ *Jimmy R. Faircloth, Jr.*<br>      Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)<br>      jfaircloth@fairclothlaw.com<br>      Brook L. Villa (LA #31988)<br>      bvilla@fairclothlaw.com<br>      Franklin "Drew" Hoffmann (LA #35824)<br>      dhoffmann@fairclothlaw.com<br>      412 N. 4th Street, Suite 230<br>      Baton Rouge, LA 70802<br>      Phone: (225) 343-9535<br>      Fax: (225) 343-9538<br><br>      *Attorneys for Parker Waichman LLP* | By:   /s/ *Val Patrick Exnicios*<br>      Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel)<br>      vpexnicios@exnicioslaw.com<br>      1515 Poydras Street<br>      14th Floor, Ste. 1400<br>      New Orleans, LA. 70112<br>      Phone: (504) 410-9611<br>      Fax: (504) 410-9937<br>      Cell: (504) 495-9666<br><br>      *Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |

| | |
|---|---|
| **BARON & BUDD, P.C.**<br><br>By:   /s/ *Russell W. Budd*<br>    Russell W. Budd (TX #03312400)<br>    rbudd@baronbudd.com<br>    S. Ann Saucer (TX #00797885;<br>    LA #21368)<br>    asaucer@baronbudd.com<br>    3102 Oak Lawn Avenue, Suite 1100<br>    Dallas, TX 75219<br>    Phone: 214-521-3605<br>    Fax: 214-520-1181 | **GENTLE, TURNER, SEXTON & HARBISON, LLC**<br><br>By:   /s/ *K. Edward Sexton, II*<br>    K. Edward Sexton, II<br>    esexton@gtandslaw.com<br>    501 Riverchase Parkway East, Suite 100<br>    Hoover, Alabama 35244<br>    Phone: (205) 716-3000<br>    Fax: (205) 716-3010 |
| **MCCALLUM, HOAGLUND, COOK & IRBY, LLP**<br><br>By:   /s/ *Eric D. Hoaglund*<br>    Eric D. Hoaglund<br>    ehoaglund@mhcilaw.com<br>    905 Montgomery Highway, Suite 201<br>    Vestavia Hills, Alabama 35216<br>    Phone: (205) 824-7767<br>    Fax: (205) 824-7768 | **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**<br><br>By:   /s/ *Mark Milstein*<br>    Mark Milstein<br>    mmilstein@mjfwlaw.com<br>    10250 Constellation Blvd., 14th Floor<br>    Los Angeles, CA 90067<br>    Phone: (310) 396-9600<br>    Fax: (310) 396-9635 |
| **ROBERTS AND DURKEE, LLP**<br><br>By:   /s/ *C. David Durkee*<br>    C. David Durkee<br>    durkee@rdlawnet.com<br>    2665 South Bayshore Drive, Suite 300<br>    Coconut Grove, FL 33133<br>    Phone: (305) 442-1700<br>    Fax: (305) 442-2559 | **GIEGER, LABORDE & LAPEROUSE, LLC**<br><br>By:   /s/ *Victoria E. Emmerling*<br>    Andrew A. Braun (LA #3415)<br>    abraun@glllaw.com<br>    Victoria E. Emmerling (LA #33117)<br>    temmerling@glllaw.com<br>    701 Poydras Street, Suite 4800<br>    New Orleans, Louisiana 70139-4800<br>    Phone: (504) 561-0400<br>    Fax: (504) 561-1011<br><br>*Attorneys for Morris Bart, L.L.C.* |
| **ALLISON GRANT, P.A.**<br><br>By:   /s/ *Allison Grant*<br>    Allison Grant (FL #858330)<br>    agrant@allisongrantpa.com<br>    14 SE 4th St | **ALTERS LAW FIRM, P.A.**<br><br>By:   /s/ *Jeremy W. Alters*<br>    Jeremy W. Alters (FL #111790)<br>    jeremy@alterslaw.com<br>    Justin D. Grosz (FL #984000) |

<div style="display: flex;">
<div>
Boca Raton, FL 33432-6111
Phone: 561-994-9646
Fax: 561-431-4627
</div>
<div>
justin@alterslaw.com
Matthew T. Moore, Of Counsel (FL #70034)
matthew@alterslaw.com
1855 Griffin Road, Suite C470
Dania Beach, FL 33004
Phone: (305) 571-8550
Fax: (305) 571-8558
</div>
</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of March, 2018.

       */s/ Jimmy R. Faircloth, Jr.*