# EXHIBIT "A"

美国地区法庭

路易斯安那东区联邦地方法院

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 关于：中国制造石膏板产品责任诉讼<br>**IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | 多区诉讼：2047 号<br>部：L<br>法伦法官<br>威尔金斯大法官<br>**MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| 本文件是关于以下案件的诉讼：<br>**THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Case No. 12-cv-498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,* Case No. 10-cv-932 (E.D. La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,* Case No. 09-cv-6687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.,* Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Case No. 10-cv-361 (E.D. La.) | |

代表 PORTER-BLAINE/VENTURE SUPPLY 集体将其在 2047 号

多区诉讼中的损害赔偿请求权转让至集体的损害赔偿请求权和解协议

**SETTLEMENT AGREEMENT OF ASSIGNED CLAIMS IN MDL NO. 2047 ON BEHALF OF THE PORTER-BLAINE/VENTURE SUPPLY CLASS REGARDING**

**PORTER-BLAINE/VENTURE**

**参与的被告和参与的保险人将对泰山石膏有限公司**
**和泰安泰山石膏板有限公司的损害赔偿请求权转让至集体**
**CLAIMS ASSIGNED TO THE CLASS BY THE PORTER-BLAINE/VENTURE**
**PARTICIPATING DEFENDANTS AND PARTICIPATING INSURERS AGAINST**
**TAISHAN GYPSUM CO., LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.**[1]

本转让损害赔偿请求权和解协议由原告集体律师代表 Porter-Blaine/Venture Supply 集体（*关于中国制造石膏板产品责任诉讼*，多区诉讼 2047 号（E.D.La））和被告泰山石膏有限公司和泰安泰山石膏板有限公司（合称为"泰山"）于最后签署一方在协议末尾签字之日订立。

This Settlement Agreement of Assigned Claims is entered into by and among Plaintiffs' Class Counsel on behalf of the Porter-Blaine/Venture Supply Class in *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (E. D. La.) and Defendants Taishan Gypsum Company Ltd. and Taian Taishan Plasterboard Co., Ltd. (collectively, "Taishan"), as of the latest date of a Party's signature below.

鉴于，泰山是弗吉尼亚联邦和州法庭（"弗吉尼亚法庭"）和 2047 号多区诉讼（"多区诉讼法庭"）的被告，和/或被指控对安装在受影响不动产的中国石膏板负有赔偿损失和/或伤害的责任。

**WHEREAS**, Taishan is named as a Defendant in certain lawsuits filed in federal and state courts in the Commonwealth of Virginia ("Virginia Court") and in MDL No. 2047 ("MDL Court"), and/or is otherwise alleged to be liable for the damages and/or injuries related to Chinese Drywall that was installed in the Affected Properties;

鉴于，在弗吉尼亚法庭的 *Allen，及其他方. 诉 Venture Supply, Inc.，及其他方*案件编号 10-6976（弗吉尼亚. 巡回法庭，诺福克，弗吉尼亚）诉讼程序中，被告 Porter-Blaine 和 Venture Supply, Inc.对泰山提起了第三方索赔，在 2011 年 12 月 1 日，针对泰山所提起的第三方索赔作出了缺席判决。

**WHEREAS**, in Virginia Court proceedings in *Allen, et al. v. Venture Supply, Inc., et al.*, Case No. 10-6976 (Va. Cir. Ct., Norfolk, Va.), Defendants Porter-Blaine Corp. and Venture Supply, Inc. brought third-party claims against Taishan, and on December 1, 2011, a default judgment was entered against Taishan with respect to the third-party claims;

鉴于，在 2013 年 7 月 9 日，多区诉讼法庭批准了和解集体律师提出的 Porter-Blaine/Venture Supply 集体的认证动议，并最终批准了 Porter-Blaine/Venture Supply 的和解 [记录文件编号 16934];

---

[1] 除本协议的"定义"部分另有定义外，本协议中的大写术语应具有同 Porter-Blaine/Venture Supply 和解 [R 记录文件编号 15969-6]中的定义一致的含义。

Capitalized terms used in this Settlement Agreement of Assigned Claims shall have the same meaning as those defined in the Porter-Blaine/Venture Supply Settlement [Rec. Doc. 15969-6], except as otherwise defined in the "Definitions" section of this Agreement.

WHEREAS, on July 9, 2013, the MDL Court granted Settlement Class Counsel's motion for certification of the Porter-Blaine/Venture Supply Class and final approval of the Porter-Blaine/Venture Supply Settlement [Rec. Doc. 16934];

鉴于，Porter-Blaine/Venture Supply 和解解决了集体成员针对 Porter-Blaine/Venture 参与的被告和参与的保险公司的涉及受影响不动产的因中国石膏板引起的或与之相关的所有索赔主张。

WHEREAS, the Porter-Blaine/Venture Supply Settlement settled all claims of Class Members arising from or related to Chinese Drywall in connection with Affected Properties against the Porter-Blaine/Venture Participating Defendants and Participating Insurers;

鉴于，Porter-Blaine/Venture Supply 和解保留了集体成员针对 Porter-Blaine/Venture 未参与的被告和未参与的保险公司的涉及受影响不动产的因中国石膏板引起的或与之相关的所有索赔主张；

WHEREAS, the Porter-Blaine/Venture Supply Settlement reserved all claims of Class Members arising from or related to Chinese Drywall in connection with Affected Properties against Non-Participating Defendants and Non-Participating Insurers;

鉴于，泰山在 Porter-Blaine/Venture Supply 和解中为未参与的被告（参见 Porter-Blaine/Venture Supply 和解第 1.13 条）；

WHEREAS, Taishan was a Non-Participating Defendant in the Porter-Blaine/Venture Supply Settlement (*see* Section 1.13 of the Porter-Blaine/Venture Supply Settlement);

鉴于，在 Porter-Blaine/Venture Supply 和解中，除特定的例外情形（见 Porter-Blaine/Venture Supply 和解协议第 6 条）以外，Porter-Blaine/Venture 参与的被告和参与的保险公司向集体转让了其具有的针对泰山的涉及受影响不动产的因中国石膏板引起的或与之相关的任何和所有索赔主张（"转让的损害赔偿请求权"）；

WHEREAS, in the Porter-Blaine/Venture Supply Settlement, the Porter-Blaine/Venture Participating Defendants and Participating Insurers assigned to the Class any and all claims they had against Taishan arising out of or relating to Chinese Drywall in connection with the Affected Properties ("Assigned Claims"), subject to certain exceptions (*see* Section 6 of the Porter-Blaine/Venture Supply Settlement);

鉴于，集体成员试图向泰山主张在 *Allen, 及其他方 v. Venture Supply, Inc., 及其他方* 案件（案号 10-6976 (弗吉尼亚.巡回法庭，诺福克，弗吉尼亚)）中的转让的损害赔偿请求权；

WHEREAS, Class Members attempted to pursue the Assigned Claims against Taishan in *Allen, 及其他方 v. Venture Supply, Inc., 及其他方*, Case No. 10-6976 (Va. Cir. Ct., Norfolk, Va.);

鉴于，泰山对集体成员追偿转让的损害赔偿请求权的权利以及任何声称的泰山与此相关的责任有异议；

WHEREAS, Taishan disputed Class Members' right to pursue the Assigned Claims and any purported Taishan liability related thereto;

3

鉴于，在不承认任何其他一方的法律观点、权利主张和/或抗辩的前提下，各方仅希望避免就转让的损害赔偿请求权继续诉讼而需要付出和承担的精力、金钱和风险；

**WHEREAS,** without conceding the correctness of any other Party's legal position, claims and/or defenses, the Parties wish to avoid the effort, expense and risk of continued litigation with regard to the Assigned Claims only;

因此，基于本协议项下的相互承诺并希望受到法律约束，各方达成如下协议：

**NOW, THEREFORE,** in consideration of the mutual covenants contained herein and intending to be legally bound, the Parties agree as follows:

1.    <u>定义</u>
      <u>**Definitions**</u>

   1.1.   **各方。** "各方"指集体和泰山：
          **Parties.** "Parties" shall mean the Class and Taishan:

      1.1.1.   **集体。** "集体"，也称"和解集体"、"Porter-Blaine/Venture Supply 集体"或"集体成员"，应包含多区诉讼法院已于 2013 年 7 月 9 日予以认证［记录文件编号 16934］的 Porter-Blaine/Venture Supply 集体中的所有人士和实体，其包含：拥有已知或未知的具备以下两项条件的索赔且未选择退出 Porter-Blaine/Venture Supply 和解案的所有人士和实体（除 Porter-Blaine, Venture Supply, Citizens Insurance Company of America 和 Hanover Insurance Company 以外）及其继承人、代表、律师、遗嘱执行人、管理人、主管人员、后来的买家、住户、房客、承租人、出借人、继任者与受让人，且（1）涉及受影响不动产，且（2）因实际或声称所购买、进口、供应、分销、推广、安装、使用、出售的中国石膏板引起或与之相关，或以任何方式声称应由 Porter-Blaine, Venture Supply, Citizens Insurance Company of America 或 Hanover Insurance Company 承担法律责任。

      **Class.** "Class," also referred to as "Settlement Class," "Porter-Blaine/Venture Supply Class," or "Class Members," shall include all persons or entities in the Porter-Blaine/Venture Supply Class, which was certified by the MDL Court on July 9, 2013 [Rec. Doc. 16934] and includes: all persons or entities (except for Porter-Blaine, Venture Supply, Citizens Insurance Company of America and Hanover Insurance Company) together with their heirs, representatives, attorneys, executors, administrators, executives, subsequent purchasers, residents, guests, tenants, lenders, successors and assigns, with claims, known or unknown, involving Affected Property and arising from or related to actual or alleged Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of Porter-Blaine,

Venture Supply, Citizens Insurance Company of America or Hanover Insurance Company, who did not opt out of the Porter-Blaine/Venture Supply Settlement..

1.1.2. 泰山。"泰山"指泰山石膏有限公司（前身为山东泰和东新股份有限公司）和泰山石膏有限公司和泰安泰山石膏板有限公司，以及它们各自的过去、当前和未来的高管人员、董事、董事会成员、成员、代理人、律师、顾问、索赔管理人、经理、雇员、合伙人、母公司、兄弟公司、子公司、关联实体、分支机构、继承人、联营方、持股人、股东、零售商、经销商、保险公司、再保险人，以及该等主体的所有前身、承继者、受让人、遗赠人、法定代表，以及各个前述主体的任何其他利益相关方，包括北新集团建材股份有限公司（下称"北新建材股份"）、北新建材集团有限公司（下称"北新建材集团公司"）、中国建材股份有限公司（下称"中国建材股份"）和中国建材集团有限公司（下称"中国建材集团"）。

**Taishan.** "Taishan" shall mean Taishan Gypsum Company Ltd. f/k/a/ Shandong Taihe Dongxin Co., Ltd. and Taishan Gypsum Co., Ltd., and Taian Taishan Plasterboard Co., Ltd., and their respective past, present, and future officers, directors, board members, members, agents, attorneys, consultants, claim administrators, managers, employees, partners, parent corporations, sister corporations, subsidiaries, related entities, divisions, heirs, associates, stockholders, shareholders, retail dealers, distributors, insurers, reinsurers, and all of their predecessors, successors, assigns, legatees, legal representatives, and any other stakeholders of each of the foregoing, including Beijing New Building Materials Public Limited Company ("BNBM PLC"); Beijing New Building Material (Group) Co. Ltd. ("BNBM Group"); China National Building Material Co. Ltd. ("CNBM"); and China National Building Material Group Corporation ("CNBM Group").

1.2. 转让的损害赔偿请求权。"转让的损害赔偿请求权"指 Porter-Blaine/Venture 参与的被告和参与的保险公司就受影响不动产可能已经享有的与中国石膏板有关的针对泰山的任何和所有索赔主张，该等索赔主张已根据 Porter-Blaine/Venture Supply 和解第 6 条为集体之利益被转让。转让的损害赔偿请求权不包括任何保留的损害赔偿请求权。

**Assigned Claims.** "Assigned Claims" shall mean any and all claims that the Porter-Blaine/Venture Participating Defendants and Participating Insurers may have had against Taishan relating to Chinese Drywall in connection with the Affected Properties, which claims were assigned for the benefit of the Class pursuant to Section 6 of the Porter-Blaine/Venture Supply Settlement. Assigned Claims do not include any Reserved Claims.

1.3.　**CDW 相关诉讼**。"CDW 相关诉讼"指针对任何 Porter-Blaine/Venture 参与的被告或参与的保险公司、泰山或 Porter-Blaine/Venture Supply 和解协议项下的任何其他非参与的被告或非参与的保险公司或任何其他实体所作出的涉及受影响不动产的因中国石膏板引起的或与之相关的任何和所有法定、规定、州法庭、联邦法庭、国际法庭和仲裁索赔请求或其他任何类型或性质的权利主张或要求等。

**CDW-Related Actions**. "CDW-Related Actions" shall mean any and all statutory, regulatory, state court, federal court, international tribunal, arbitration claims or other claims or demands of any type or nature whatsoever against any of the Porter-Blaine/Venture Participating Defendants or Participating Insurers, Taishan or any other Non-Participating Defendant or Non-Participating Insurer in the Porter-Blaine/Venture Supply Settlement, or any other entity arising out of or relating to Chinese Drywall in connection with Affected Properties.

1.4.　**律师**。"律师"指：

**Counsel**. "Counsel" shall mean:

1.4.1.　　"原告集体律师"指于 2013 年 1 月 17 日经法庭指定[记录文件编号 16516]的地址位于 580 East Main St., Suite 310, Norfolk, VA 23510, Arnold Levin of Levin Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106 的 Richard J. Serpe, P.C.律师事务所的 Richard Serpe，以及地址位于 820 O'Keefe Ave., New Orleans, LA 70113 的 Herman, Herman & Katz, LLC 的 Russ Herman。

"Plaintiffs' Class Counsel" shall mean Richard Serpe of the Law Offices of Richard J. Serpe, P.C., 580 East Main St., Suite 310, Norfolk, VA 23510, Arnold Levin of Levin Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106, and Russ Herman of Herman, Herman & Katz, LLC, 820 O'Keefe Ave., New Orleans, LA 70113, appointed by the Court on January 17, 2013 [Rec. Doc. 16516].

1.4.2.　　"泰山律师"指地址位于 1201 West Peachtree Street, Atlanta, GA 30309 的奥斯顿律师事务所。

"Taishan's Counsel" shall mean Alston & Bird, LLP, 1201 West Peachtree Street, Atlanta, GA 30309.

1.5.　**适格集体成员**。"适格集体成员"指根据经多区诉讼法庭认定为公正衡平的经修订拟分配方案，而被确定为有资格依据 Porter-Blaine/Venture Supply 和解获得索赔款项的集体成员[参见记录文件编号 16934¶¶41-43]，如**附件 A**所载明。为确定在本次和解中有权分配和解金额的人员范围之目的，在 *Germano* 案件中的介入的原告不属于适格集体成员。

**Eligible Class Members**. "Eligible Class Members" shall mean Class Members who were determined to be eligible for a claim payment from the Porter-

Blaine/Venture Supply Settlement pursuant to the Revised Proposed Plan of Allocation approved by the MDL Court as fair and equitable [*see* Rec. Doc. 16934, at ¶¶ 41-43], as listed in **Exhibit A**. Intervening Plaintiffs in *Germano* are not Eligible Class Members for purposes of entitlement to an allocation of the Settlement Funds in this Settlement.

1.6.　**监管账户。**"监管账户"指将由多区诉讼法庭批准的属于财政部规章 1.468B-1 以及后面所有条文（根据 1981 年国内税收法典第 468B 条颁布，包括其不时的修订）项下合格结算资金的账户。原告的集团诉讼律师将作为法院批准的集团诉讼代理担任监管账户的持有人。和解金将依据本和解协议第 4 和第 13 条自监管账户分配给诉讼集团。就本和解协议批准开立的转让请求权的监管账户应与任何其他监管账户区别开来，包括就其他中国石膏板和解相关事项开立或批准的监管账户。

**Escrow Account.** "Escrow Account" shall mean an account to be approved by the MDL Court that is a Qualified Settlement Fund pursuant to Section 1.468B-1 *et seq.* of the Treasury Regulation promulgated under Section 468B of the Internal Revenue Code of 1981, as amended. Plaintiffs' Class Counsel will be the Escrow Account holder as the Court-approved agent for the Class. Settlement funds will be distributed from the Escrow Account to the Class in accordance with Section 4 and Section 13 of this Settlement Agreement. The Escrow Account approved in connection with this Settlement Agreement of Assigned Claims shall be separate from any other Escrow Account, including those established or approved in connection with other Chinese Drywall-related settlements.

1.7.　**签署日。**"签署日"指各方之中最后签署本和解协议的一方的签署日期，如其下方签名栏所示。

**Execution Date.** "Execution Date" shall mean the latest date on which any of the Parties signs this Settlement Agreement, as shown by their signature blocks below.

1.8.　**公平听证会。**"公平听证会"指本和解协议第 9 条所述的于多区诉讼法庭进行的听证会。

**Fairness Hearing.** "Fairness Hearing" shall mean the hearing before the MDL Court described in Section 9 of this Settlement.

1.9.　***Germano* 案中介入的原告。**"*Germano* 案中介入的原告"指 Deborah 和 William Morgan；Jerry 和 Inez Baldwin；Joe 和 Cathy Leach；Robert 和 Lisa Orlando；Fred 和 Vanessa Michaux；Preston 和 Rachel McKellar；以及 Steven 和 Elizabeth Heischober。

**Intervening Plaintiffs in *Germano*.** "Intervening Plaintiffs in *Germano*" shall mean: Deborah and William Morgan; Jerry and Inez Baldwin; Joe and Cathy Leach; Robert and Lisa Orlando; Fred and Vanessa Michaux; Preston and Rachel McKellar; and Steven and Elizabeth Heischober.

1.10.   **诉讼。** "诉讼" 指 CDW 相关诉讼中的所有正式程序，包括但不限于所有的 Omnibus 集体诉讼行动诉求（下称 "Omni 索赔"）和所有记录于或合并于 2047 号多区诉讼的其他诉求。
   **Litigation.** "Litigation" shall mean all formal proceedings in CDW-Related Actions, including but not limited to all Class Action Omnibus Complaints ("Omni Complaints") and all other complaints filed in or consolidated with MDL No. 2047.

1.11.   **命令和判决。** "命令和判决" 指多区诉讼法庭于公平听证会之后作出的最终命令和判决：
   **Order and Judgment.** The "Order and Judgment" shall mean the final order and judgment entered by the MDL Court following the Fairness Hearing, that:

   1.11.1.   认为转让的损害赔偿请求权的和解是公正、合理和充分的；认为转让的损害赔偿请求权的和解是真实善意作出的且不存在串通；认为转让的损害赔偿请求权代表了协商一致的结果；并根据联邦民事诉讼规则 P. 23(e)批准转让的损害赔偿请求权的和解；
   Finds that the Settlement of Assigned Claims is fair, reasonable, and adequate; finds that the Settlement of Assigned Claims was entered into in good faith and without collusion; finds the Settlement of Assigned Claims represents a negotiated agreement; and approves the Settlement of Assigned Claims pursuant to Fed. R. Civ. P. 23(e);

   1.11.2.   发布第 9 条和第 10 条明确的命令；
   Issues the Orders identified in Sections 9 and 10; and

   1.11.3.   认为根据联邦民事诉讼规则 P. 54(b)，不存在就转让的损害赔偿请求权延迟作出最终判决的正当原因。
   Finds that pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay of entry of final judgment with respect to the Assigned Claims.

1.12.   **Porter-Blaine/Venture Supply 集体。** "Porter-Blaine/Venture Supply 集体" 指 Porter-Blaine/Venture Supply 和解中定义的集体，于 2013 年 7 月 9 日经多区诉讼法庭认定[记录文件编号 16934]。
   **Porter-Blaine/Venture Supply Class.** "Porter-Blaine/Venture Supply Class" shall mean the class defined in the Porter-Blaine/Venture Supply Settlement, which was certified by the MDL Court on July 9, 2013 [Rec. Doc. 16934].

1.13.   **Porter-Blaine/Venture Supply 和解。** "Porter-Blaine/Venture Supply 和解" 指经多区诉讼法庭批准[记录文件编号 16934]的 Porter-Blaine/Venture 参与的被告和参与的保险公司达成的集体和解协议[记录文件编号 15969-6]。
   **Porter-Blaine/Venture Supply Settlement.** "Porter-Blaine/Venture Supply Settlement" shall mean the Class Settlement Agreement with the Porter-Blaine/Venture Participating Defendants and Participating Insurers [Rec. Doc. 15969-6] approved by the MDL Court on July 9, 2013 [Rec. Doc. 16934].

1.14.    **初步批准命令。**"初步批准命令"指多区诉讼法庭初步批准本转让的损害赔偿请求权的和解的命令。

**Preliminary Approval Order.** "Preliminary Approval Order" shall mean an order of the MDL Court preliminarily approving this Settlement of Assigned Claims.

1.15.    **豁免的损害赔偿请求权。**"豁免的损害赔偿请求权"如第 5.1 条所定义，且应包括第 5.2 条至 5.3 条项下所述所有豁免。"豁免的损害赔偿请求权"不包括保留的损害赔偿请求权。

**Released Claim; Released Claims.** "Released Claim" or "Released Claims" shall be as defined in Section 5.1, and shall include all releases described in Sections 5.2 to 5.3.  "Released Claims" shall not include Reserved Claims.

1.16.    **被豁免方。**除第 5.4 条中的规定外，"被豁免方"指泰山。

**Released Party.** Except as provided in Section 5.4, "Released Party" shall mean Taishan.

1.17.    **保留的损害赔偿请求权。**"保留的损害赔偿请求权"指第 5.4 条项下保留的损害赔偿请求权。

**Reserved Claims.** "Reserved Claims" shall mean those claims reserved in Section 5.4.

1.18.    **和解；协议。**"和解"或"协议"指多区诉讼法庭编号为 2047 的代表 Porter-Blaine/Venture Supply 集体的关于 Porter-Blaine/Venture 参与的被告和参与的保险公司将针对泰山的权利主张转让给集体的本转让损害赔偿请求权和解协议。

**Settlement; Agreement.** "Settlement" or "Agreement" shall mean this Settlement Agreement of Assigned Claims in MDL No. 2047 on Behalf of the Porter-Blaine/Venture Supply Class Regarding Claims Assigned to the Class by the Porter-Blaine/Venture Participating Defendants and Participating Insurers Against Taishan.

1.19.    **和解一方；和解各方。**"和解各方"指所有集体成员和泰山。"和解一方"指任何和解各方中的任何一方。

**Settling Party; Settling Parties.** "Settling Parties" shall mean all Class Members and Taishan.  "Settling Party" shall mean any one of the Settling Parties.

2. 生效日
   **Effective Date**

2.1.   本和解的"生效日"应为和解最终达成之日，而不考虑签署日或初步批准命令签发之日。"最终达成"是指以下两项中后发生的时间：
       The "Effective Date" of this Settlement shall be the date when the Settlement is Final irrespective of the Execution Date or the date of the Preliminary Approval Order. "Final" means the later of:

   2.1.1.   命令和判决的上诉期届满且未提出上诉之次日；或
            The date after the time to appeal the Order and Judgment has expired with no appeal having been taken; or

   2.1.2.   如就命令和判决提起了上诉，则为命令和判决被维持，或任何和所有上诉或提请重新辩论或再审议的要求被驳回或否决，且判决无需再经过任何上诉审查之次日。
            If an appeal is sought from the Order and Judgment, the day after the Order and Judgment is either affirmed, or any and all appeals, or motions for reargument or reconsideration are dismissed or denied, and the judgment is no longer subject to further appellate review.

2.2.   就批准向诉讼律师（如第 13.6 条定义）支付费用和成本的任何命令提起的上诉不应影响和解的最终达成。
       An appeal from any order approving the payment of fees and costs to be paid to Petitioning Attorneys, as defined in Section 13.6, shall not affect the finality of the Settlement.

3. 针对泰山的所有转让的损害赔偿请求权的和解
   **Settlement of All Assigned Claims Against Taishan**

3.1.   除了第 5.4 条规定的任何保留的损害赔偿请求权，各方同意和解和解决第 5.1 条至第 5.4 条规定的 Porter-Blaine/Venture Supply 参与的被告和/或参与的保险公司主张或原本可能已经作出主张的所有针对泰山的转让的损害赔偿请求权，其作为 Porter-Blaine/Venture Supply 和解的一部分被转让至集体。本和解将只最终和解和解决针对泰山在诉讼中和 CDW 相关诉讼中的涉及集体成员、Porter-Blaine/Venture Supply 参与的被告和参与的保险公司和/或泰山的被转让的损害赔偿请求权。
       Except as to any Reserved Claims described in Section 5.4, the Parties agree to settle and resolve all Assigned Claims against Taishan that were asserted or could have been asserted by any of the Porter-Blaine/Venture Supply Participating Defendants and/or Participating Insurers as set forth in Sections 5.1 to 5.4, which were assigned to the Class as part of the Porter-Blaine/Venture Supply Settlement. This Settlement will settle and resolve with finality only the Assigned Claims against Taishan in the Litigation and the CDW-Related Actions, involving the

10

Class Members, Porter-Blaine/Venture Supply Participating Defendants and Participating Insurers, and/or Taishan.

**4.** 泰山付款和收益的使用
**Payments by Taishan and Application of Proceeds**

4.1. 和解数额。考虑到针对泰山的所有转让的损害赔偿请求权的和解和豁免，泰山将会支付 1,978,528.40 美元（"和解金额"或"和解数额"）。和解数额应按照以下方式支付：
**Settlement Amount.** In consideration of the settlement and release of all Assigned Claims against Taishan, Taishan will pay $1,978,528.40 (the "Settlement Funds" or "Settlement Amount"). Payment of the Settlement Amount shall be made as follows:

4.1.1. 泰山应在本和解生效日起 60 日内将和解数额存放于托管账户。关于向托管账户汇入和解数额的指令规定于**附件 B**。为便利支付手续，原告的集团诉讼律师将就和解数额向泰山提供账单。账单上将记载附件 B 所规定的电汇指示，其中包括托管账户持有人名称，账户编号、银行国际代码（SWIFT）、银行名称以及银行地址。说明和解金额应根据本和解协议第 13 条进行分配。
Taishan shall deposit into the Escrow Account the Settlement Amount within sixty (60) days of the Effective Date of this Settlement. Instructions for wiring the Settlement Amount into the Escrow Account are provided in **Exhibit B**. To facilitate payment, Plaintiffs' Class Counsel will provide Taishan with an invoice for the Settlement Amount. The invoice will include the wiring instructions provided in Exhibit B, including the escrow account holder's name, the account number, the SWIFT code, the bank name, and the bank address. The Settlement Funds will be allocated in accordance with Section 13 of this Settlement Agreement.

**5.** 豁免
**Releases**

5.1. 豁免的损害赔偿请求权应指（除了以下所列以及第 5.4 条所列的保留的损害赔偿请求权外）集体成员针对泰山任何和所有的转让的损害赔偿请求权。
**"Released Claim" or "Released Claims"** shall mean (except as listed below and except for Reserved Claims in Section 5.4) any and all Assigned Claims of a Class Member against Taishan.

5.2.　集体豁免
**Class Release**

5.2.1.　除非第 5.4 条规定，否则本和解自生效日起，每一方集体成员和通过或代表集体成员提出索赔的任何人和实体，在此充分地、最终地和永远地免除、放弃、豁免、弃权、停止、抛弃、舍弃、取消、免除责任和永远免除任何和所有被豁免的损害赔偿请求权并承诺不再对有关任何和所有损害赔偿请求权提出诉讼，但是不包括第 5.4 条规定的针对泰山的保留的损害赔偿请求权。

Except as provided in Section 5.4, as of the Effective Date of the Settlement, each Class Member, and any person or entity claiming by, through, and/or on behalf of a Class Member, hereby fully, finally, and forever releases, remises, waives, surrenders, foregoes, gives up, abandons, cancels, acquits and forever discharges and covenants not to sue with respect to any and all Released Claims, but not Reserved Claims as set forth in Section 5.4, against Taishan.

5.2.2.　自本和解生效日起，所有集体成员和通过或代表集体成员提出索赔的任何人将永远被禁止和禁令不得向泰山提出任何和所有豁免的损害赔偿请求权，但是不包括第 5.4 条规定的针对泰山的保留的损害赔偿请求权。
As of the Effective Date of the Settlement, all Class Members, and anyone claiming by, through and/or on behalf of any of them, will be forever barred and enjoined from asserting against Taishan any and all Released Claims, but not Reserved Claims as set forth in Section 5.4.

自本和解生效日起，根据本协议第 13 条收到分配的和解款项的各名集体成员于其另外获得的针对泰山的有关特定受影响不动产的判决应在最大程度上中被扣减或满足，或被抵消。该等判决应被每一个集体成员所分配的和解价金额所减少或满足（包括向原告集体法律顾问支付的任何数额的律师费）。本条的目的是减少或消除（a）由、代表、通过或源于集体成员或被影响不动产的其他所有人或占有人，或该集体成员的出借人、继承人、遗嘱执行人、代表、律师或前律师、继承人、雇主、保险公司、雇主保险公司、医疗保险公司、医疗保健提供方、受让方、被代位求偿人、利益相关的前任人、继承人、受益人或幸存人；和（b）由上述（a）条所列的集体成员或其他方继续针对泰山提出或主张有关受影响不动产的任何付款索赔，普通法赔偿，合同赔偿，和/或代位赔偿，无论该等赔偿是源于侵权行为，合同或其他方面。在特别主事官最后确定各名集体成员的和解数额和将向原告律师支付的律师费起 30 日内，原告集体律师将向泰山律师提供各名集体成

员和解对价总额列表。如果在两者被确定前获得了有关受影响不动产的判决，原告集体律师将根据泰山律师的要求向泰山律师提供有关该受影响不动产所获知的和解分配金额信息，并将在确定的 30 日内提供该等信息的余额。

As of the Effective Date of the Settlement, each Class Member who receives an allocated settlement payment under Section 13 of this Agreement shall reduce or satisfy, *pro tanto* or by set off, any judgment otherwise obtained against Taishan with respect to the particular Affected Property. Such judgment shall be reduced or satisfied by each Class Member's allocated settlement consideration amount (including any sum awarded as attorneys' fees to Plaintiffs' Class Counsel). The intent of this section is to reduce or extinguish (a) any and all claims involving that Affected Property brought or otherwise asserted by, on behalf of, through, or deriving from the Class Member or other owners or occupiers of the Affected Property or from such Class Member's lenders, heirs, executors, representatives, attorneys or former attorneys, successors, employers, insurers, employers' insurers, health insurers, health care providers, assignees, subrogees, predecessors in interest, successors in interest, beneficiaries or survivors; and (b) any claims for contribution, common law indemnity, contractual indemnity, and/or subrogation, whether arising under tort, contract or otherwise, brought or otherwise asserted against Taishan as a result of the continued pursuit of claims by the Class Member or any other party listed in the foregoing clause (a) related to that particular Affected Property. Within thirty (30) days of the later of the Special Master's determination of each Class Member's share of the Settlement Amount and the determination of attorney's fees to be awarded to Plaintiffs' Class Counsel, Plaintiffs' Class Counsel will provide to Taishan's Counsel a list of each Class Member's total allocated settlement consideration. In the event that any judgment is obtained related to an Affected Property prior to both such determinations, Plaintiffs' Class Counsel will provide to Taishan's Counsel the available allocated settlement amount information for that Affected Property upon request, and will provide the balance of the information within thirty (30) days of its determination.

5.3.    **泰山豁免**
       **Taishan Release**

5.3.1.    除了执行第 5.4 条所规定的范围外，自本和解生效日起，泰山在此充分地、最终地且永远地免除、放弃、豁免、弃权、停止、抛弃、舍弃、取消、免除责任和永远免除针对所有集体成员的任何和所有豁免的损害赔偿请求权。

Except to the extent necessary to enforce Section 5.4, as of the Effective Date of the Settlement, Taishan hereby fully, finally and forever releases, remises, waives, surrenders, foregoes, gives up, abandons, cancels, acquits, and forever discharges and covenants not to sue with respect to any and all Released Claims against all Class Members.

5.4.    **保留的损害赔偿请求权**。无论本协议是否有相反规定，以下损害赔偿请求权应被保留：

**Reserved Claims**. Notwithstanding anything in this Agreement to the contrary, the following claims are reserved:

5.4.1.    除了转让的损害赔偿请求权外，本协议不豁免关于受影响不动产有关的、由中国石膏板引起的或以任何方式与之相关的任何损害赔偿请求权或抗辩，无论该等损害赔偿请求权或抗辩是任何集体成员针对泰山，或 Porter-Blaine/Venture Supply 和解中任何其他非参与的被告或非参与的保险公司、或任何其他实体所享有的。

Except for the Assigned Claims, this Settlement does not release any claims or defenses whatsoever that any Class Member has against Taishan, or any other Non-Participating Defendant or Non-Participating Insurer in the Porter-Blaine/Venture Supply Settlement, or any other entity, arising out of, in any manner related to, or connected in any way with Chinese Drywall relating to the Affected Properties.

5.4.2.    各方明确确认，集体成员有意对于在向泰山提出的诉讼中，就受影响不动产的因中国石膏板引起的或与之相关的保留的损害赔偿请求权，继续向泰山、Porter-Blaine/Venture Supply 和解其他非参与的被告和非参与的保险公司和其他实体寻求索赔。

The Parties expressly acknowledge that Class Members intend to continue pursuing their Reserved Claims arising out of or relating to Chinese Drywall in connection with the Affected Properties in the Litigation against Taishan, other Non-Participating Defendants and Non-Participating Insurers in the Porter-Blaine/Venture Supply Settlement, and other entities.

14

6.　　**根据联邦民事诉讼规则 23（e）和相关动议批准和解**
　　　**Approval of Settlement Pursuant to Federal Rule of Civil Procedure 23(e) and Related Motions**

　　6.1.　　本和解应受制于多区诉讼法庭的批准。
　　　　　This Settlement shall be subject to approval of the MDL Court.

　　6.2.　　在本和解签署日的 10 日内，集体法律顾问应提交多区诉讼法庭以寻求作出命令：
　　　　　Within ten (10) days of the Execution Date of this Settlement, the Class Counsel will move the MDL Court for an order:

　　　　6.2.1.　　初步批准和解（"初步批准命令"）；
　　　　　　　Preliminarily approving the Settlement (the "Preliminary Approval Order");

　　　　6.2.2.　　只保留关于泰山于本诉讼和 CDW 相关诉讼中所有转让的损害赔偿请求权。
　　　　　　　Staying all Assigned Claims only in the Litigation and CDW-Related Actions as to Taishan.

　　6.3.　　如果多区诉讼法庭不出具任何被请求的命令，则泰山有权利退出该和解。
　　　　　Taishan shall have the right to withdraw from the Settlement if the MDL Court does not issue any of the requested orders.

7.　　**向集体成员发送通知**
　　　**Notice to Class Members**

　　7.1.　　**要求的通知种类**
　　　　　**Type of Notice Required**

　　　　7.1.1.　　在初步批准命令初步批准和解的 10 日内，原告集体律师应通过以下方式发送集体和解通知（"通知"）以开始计算集体和解通知期限；
　　　　　　　Within ten (10) days after entry of the Preliminary Approval Order preliminarily approving the Settlement, Plaintiffs' Class Counsel will commence the Class Settlement Notice Period by disseminating Class Settlement Notice ("Notice") by:

7.1.1.1.    以一级信件，邮资预付的方式，向能够被原告集体律师
辨认的所有集体成员和其所记录的律师（如有）的最新
地址发送；

First-class mail, postage prepaid, to the last known address
of all Class Members and their counsel of record, if any,
who are identifiable by Plaintiffs' Class Counsel;

7.1.1.2.    以一级信件，邮资预付的方式，向集体成员拥有的每一
个不动产发送，如该地址不同于集体成员的最新地址，
则该地址应能够被各方律师合理地辨认；

First-class mail, postage prepaid to each Affected Property
owned by a Class Member, if different from the Class
Member's last known address, which can reasonably be
identified by counsel for the Parties;

7.1.1.3.    提供通知的复印件，要求该通知张贴在美国路易斯安那
州东区联邦地方法院的美国地区法庭；

Providing a copy of the Notice and requesting that it be
posted at the United States District Court, Eastern District
of Louisiana;

7.1.1.4.    提供通知的复印件，要求该通知张贴在未决的 CDW 相
关诉讼的所有法庭，包括弗吉尼亚州东部地区的美国地
区法庭（包括诺福克、朴次茅斯和里士满的 部门）以
及未决的 CDW 相关诉讼的州法庭；

Providing a copy of the Notice and requesting that it be
posted at each courthouse in which the CDW-Related
Actions are pending, including the United States District
Court for the Eastern District of Virginia (Norfolk,
Portsmouth and Richmond Divisions) and the state courts
in which CDW-Related Actions are pending;

7.1.1.5.    提供通知复印件，要求该通知在法庭的中国石膏板多区
诉讼网站公布；

Providing a copy of the Notice and requesting that it be
posted on the Court's Chinese Drywall MDL website;

7.1.1.6.    提供通知复印件，要求该通知张贴在法庭命令或各方要
求的其他公共场所；

Providing a copy of the Notice and requesting that it be
posted at such other public places as may be ordered by the
Court or by request of the Parties; and

7.1.1.7.    法庭根据联邦民事诉讼规则 23（c）(2)的要求所指令的
方式发送；

7.1.1.8.   As the Court may direct, in accordance with the requirements of Federal Rule of Civil Procedure 23(c)(2).

**8.   反对案**
**Objections**

8.1.   任何反对批准本和解及和解中任何条款，或批准程序的集体成员必须通过下列程序提出反对案：
Any Class Member who objects to approval of this Settlement, any terms hereof, or the approval process must make that objection by the following procedure:

8.1.1.   反对案必须以书面方式提出；
The objection must be in writing;

8.1.2.   反对案必须列明全部反对意见和相应理由，并提出集体成员是否有意（携或不携反对人律师）出席公平听证会的声明（反对人律师有待进一步确定）。反对案还必须列明其计划传唤的证人、证人证言的主题范围以及作为证据在公平听证会上使用或提交全部文件；
The objection must set forth all objections and the reasons therefore, and a statement whether the Class Member intends to appear at the Fairness Hearing either with or without the objector's counsel (who shall be identified). The objection must identify any witnesses intended to be called, the subject area of the witnesses' testimony, and all documents to be used or offered into evidence at the Fairness Hearing;

8.1.3.   反对案必须由集体成员及其律师签署，仅有律师签署的反对案无效；
The objection must be signed by the Class Member and his, her or its counsel; an objection signed by counsel alone shall not be sufficient;

8.1.4.   反对案中应载明：2047号多区诉讼的标题及其他该集体成员作为显名当事人参与的任何诉讼，以及该提出反对案的集体成员的名称/姓名、邮寄地址、电子邮件地址（如有，电子邮件地址为非必须事项）、电话号码；
The objection must contain the caption of MDL No. 2047 and any Litigation in which the Class Member is a named party and include the name, mailing address, e-mail address, if any (an e-mail address is not required), and telephone number of the objecting Class Member;

8.1.5.   反对案必须载明与该集团诉讼成员诉求相关的受影响不动产的地址；且
The objection must provide the address of the Affected Property to which the Class Member's claims relate; and

8.1.6.　该反对案应被寄至 Arnold Levin, Levin Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106 和 Richard Serpe, Law Offices of Richard J. Serpe, PC, 580 East Main St., Suite 310, Norfolk, VA 23510。该反对案应为书面文件，邮戳载明日期不晚于集团和解通知期限开始后的六十（60）日。

The objection shall be mailed to Arnold Levin, Levin Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106 and Richard Serpe, Law Offices of Richard J. Serpe, PC, 580 East Main St., Suite 310, Norfolk, VA 23510, in writing, postmarked no later than sixty (60) days following the commencement of the Class Settlement Notice Period.

8.1.7.　原告集体律师应在二十四（24）小时内，以电子邮件的方式向泰山律师提供一份载明全部反对案的文件，并且在集体和解通知期限开始后的七十（70）日内向法庭提交该等反对案。该等反对案必须提交给 2047 号多区诉讼并且通过 LexisNexis File & Serve 系统送达给泰山律师。

Plaintiffs' Class Counsel shall provide a copy of all objections to Taishan's Counsel within twenty-four (24) hours by email and file any objections with the Court no later than seventy (70) days after commencement of the Class Settlement Notice Period. The objection must be filed in MDL No. 2047 and served on Taishan's Counsel through LexisNexis File & Serve.

8.2.　未及时、全部地满足上述程序要求将导致任何反对案无效且被撤销。未能依照本协议 8.1 条及时提交并送达书面反对案的集团成员将被视为放弃该等反对案，公平听证会也不会听取其反对意见，且被禁止就和解提出反对（无论是以上诉或其他方式）。

Failure to comply timely and fully with these procedures shall result in the invalidity and dismissal of any objection. Class Members who fail to file and serve timely written objections in accordance with Section 8.1 shall be deemed to have waived any objections, shall not be heard at the Fairness Hearing, and shall be foreclosed from making any objection (whether by appeal or otherwise) to the Settlement.

8.3.　原告集体律师和泰山律师应在公平听证会召开五（5）日前向法庭提交针对反对案的答复。

Plaintiffs' Class Counsel and Taishan's Counsel shall file any response to the objections with the Court no later than five (5) days before the date of the Fairness Hearing.

**9.** **公平听证会**
**Fairness Hearing**

9.1. 集体和解通知期限结束后，原告集体律师与泰山律师应提起最终批准和解的动议。

After close of the Class Settlement Notice Period, Plaintiffs' Class Counsel and Taishan's Counsel shall move for final approval of the Settlement.

9.1.1. 作为该等动议的一部分，各方应当：

As part of that motion, the Parties shall:

9.1.1.1. 动议多区诉讼法庭做出定义于 1.11 条的命令和判决；

Move the MDL Court to enter the Order and Judgment described in Section 1.11;

9.1.1.2. 动议多区诉讼法庭禁止并永久性禁止任何及全部集体成员在本诉讼中或 CDW 相关诉讼中、或在针对被豁免方的与受影响不动产有关的因中国石膏板引起的或与之相关的转让的损害赔偿请求权具有直接或间接关系的未决/潜在诉讼中，保持、继续和/或继续行使转让的损害赔偿请求权（但不包括任何保留的损害赔偿请求权）；

Move the MDL Court to enjoin and forever bar any and all Class Members from maintaining, continuing, and/or prosecuting the Assigned Claims in the Litigation or CDW-Related Actions, or any action, pending or future, against the Released Parties that arises from, concerns, or otherwise relates, directly or indirectly to, the Assigned Claims (but excluding any Reserved Claims) related to Chinese Drywall in connection with the Affected Properties; and

19

9.1.1.3. 共同向多区诉讼法庭或适格法庭提交发出不可再诉的驳回起诉的法庭命令申请，该法庭命令针对所有在本诉讼和在州法庭、联邦法庭、国际法庭或任何仲裁庭的CDW 相关诉讼中针对泰山的转让的损害赔偿请求权（但不包括任何保留的损害赔偿请求权）。各方应负担各自相应的费用。该法庭命令申请应包括就综合案件 *Allen, 及其他方 v. Venture Supply, Inc., 及其他方*, 案件编号 10-6976 (弗吉尼亚.巡回法庭，诺福克，弗吉尼亚)案中，以及其他任何集体成员在弗吉尼亚法庭提起的CDW 相关诉讼中所有针对泰山的索赔发出不可再诉的驳回起诉的法庭命令申请。

Jointly submit to the MDL Court, or the appropriate forum, a proposed order dismissing with prejudice all Assigned Claims (but excluding any Reserved Claims) against Taishan in the Litigation and CDW-Related Actions in state court, federal court, international tribunal, or in any arbitral forum, with each party to bear his, her or its own costs. This shall include filing a dismissal with prejudice of all claims against Taishan in the consolidated cases styled *Allen, et al. v. Venture Supply, Inc., et al.*, Case No. 10-6976 (Va. Cir. Ct., Norfolk, Va.), and any other CDW-Related Actions brought by Class Members in Virginia Court.

9.1.2. 如果多区诉讼法庭不发出全部被请求发出的命令和/或禁止令，泰山有权撤回和解提案。

Taishan shall have the right to withdraw from the proposed Settlement if the MDL Court does not issue all of the requested orders and/or injunctions.

9.2. 公平听证会上，多区诉讼法庭应被要求（包括但不限于）：（i）考虑任何适当提交的针对和解的反对案，（ii）确定和解是否公平、合理且充分，以及是否出于善意订立且无通谋，以及是否应当被批准，（iii）提供与此有关的发现，并且（iv）做出被要求发出的法庭命令和判决。

At the Fairness Hearing the MDL Court shall be requested to, *inter alia*, (i) consider any properly filed objections to the Settlement, (ii) determine whether the Settlement is fair, reasonable, and adequate, was entered into in good faith and without collusion, and should be approved, (iii) provide findings in connection therewith, and (iv) enter a proposed Order and Judgment.

10.    禁令
       **Bar Order**

10.1.   作为法庭命令和判决的一部分，多区诉讼法庭应针对任何及全部集体成员继续行使任何及全部因受影响不动产因中国石膏板引起的或与之相关的转让的损害赔偿请求权发出一份禁令与永久性禁止令。
        As part of the Order and Judgment, the MDL Court shall issue a bar order and permanent injunction against the prosecution of any and all Assigned Claims by any and all Class Members in connection with claims arising out of, or otherwise related to, Chinese Drywall at Affected Properties.

10.2.   该禁令不得禁止、阻却或终止任何集体成员的保留的损害赔偿请求权。
        The bar order shall not bar, enjoin, or stay any Reserved Claims of Class Members.

10.3.   本条无意防止或阻止本和解项下索赔的执行或利益的实现。
        This provision is not intended to prevent or impede the enforcement of claims or entitlements to benefits under this Settlement.

11.    本和解的终止
       **Termination of this Settlement**

11.1.   以下任一情形发生时，本和解应被终止且取消：
        This Settlement shall be terminated and cancelled upon any of the following events:

        11.1.1.    多区诉讼法庭拒绝作出初步批准命令或第 10 条规定的禁令；
                   The MDL Court declines to enter the Preliminary Approval Order or the bar order described in Section 10;

        11.1.2.    多区诉讼法庭未召开公平听证会；
                   The Fairness Hearing is not held by the MDL Court;

        11.1.3.    多区诉讼法庭未做出命令和判决，或更高审级法庭推翻了该等命令与判决，或该等命令和判决的内容与本和解不一致；或者
                   The Order and Judgment is not entered by the MDL Court, or is reversed by a higher court, or is entered in a form inconsistent with the terms of this Settlement; or

        11.1.4.    任何法庭拒绝不可再诉地驳回针对泰山的转让的损害赔偿请求权（但不包括任何保留的损害赔偿请求权）。
                   Any court declines to dismiss the Assigned Claims (but excluding Reserved Claims) against Taishan with prejudice.

11.2.  以下任一情形发生时，泰山有权自主决定撤回及取消其在本和解中的义务：
Taishan may, at its sole and exclusive discretion and option, withdraw from and cancel its obligations under this Settlement, upon any of the following events:

11.2.1.  通知未能遵守多区诉讼法庭的命令；
The Notice does not comply with the Order of the MDL Court;

11.2.2.  原告集体律师，代表集体，实质性违反了本和解且该等违约实质性地使和解目的不能实现；
Plaintiffs' Class Counsel, on behalf of the Class, materially breaches the Settlement and such breach materially frustrates the purposes of this Settlement;

11.2.3.  针对泰山的转让的损害赔偿请求权（但不包括保留的损害赔偿请求权）未被不可再诉地驳回；
The Assigned Claims against Taishan are not dismissed with prejudice (but excluding Reserved Claims);

11.2.4.  多区诉讼法庭未做出第 10.1 条与第 10.2 条规定的禁令与永久禁止令；或者
The MDL Court does not enter the bar order and permanent injunction described in Sections 10.1 and 10.2, above; or

11.2.5.  除以各方书面同意的方式外，本和解在任何实质性方面发生改变。
This Settlement is changed in any material respect, except by written consent of the Parties.

12. **多区诉讼法庭就实施与执行和解有管辖权**
    **MDL Court to Retain Jurisdiction to Implement and Enforce Settlement Agreement**

12.1.  无论本和解中其他条款规定内容如何，为管理、监督、解释以及执行的目的，多区诉讼法庭应继续就本诉讼、集体、集体成员以及本和解有管辖权，且多区诉讼法庭亦应就和解金额及其在集体成员间的发放继续保有排他的管辖权。
Notwithstanding any other provision of this Settlement, the MDL Court shall retain continuing jurisdiction over the Litigation, the Class, the Class Members, and the Settlement for the purposes of administering, supervising, construing and enforcing same, and the MDL Court shall also retain continuing and exclusive jurisdiction over the Settlement Funds and the distribution of same to Class Members.

13. **和解金分配**
    **Allocation of Payments**

13.1.  根据多区诉讼法庭批准的公平且衡平的[参见：记录文件编号 16934, at ¶¶ 41-43]修正分配方案草案[Rec. Doc. 16823-8]，Porter-Blaine/Venture Supply 和解方案确立了其和解金额支付数额。本案中和解金额应依照该确定的和解金额支付数额按比例在适格集体成员间分配。因为根据该法庭做出的判决[见记录文件编号 3013; 记录文件编号 18725]，Germano 案中介入的原告已经因其诉讼自泰山处取得了索赔金额，为分配之目的，Germano 案中介入的原告并非适格集体成员。特别主事官应确定适格集体成员应取得的和解金额份额。特别主事官进行的分配仅能在本法庭提起上诉，其判决应为终局判决。
The allocation of the Settlement Funds among Eligible Class Members shall be made on a pro rata basis in accordance with the settlement payment amounts made in the Porter-Blaine/Venture Supply Settlement pursuant to the Revised Proposed Plan of Allocation [Rec. Doc. 16823-8] approved by the MDL Court as fair and equitable [*see* Rec. Doc. 16934, at ¶¶ 41-43]. The Intervening Plaintiffs in *Germano* are not Eligible Class Members for purposes of this allocation, due to the fact they already received payments for their claims from Taishan pursuant to the Judgment entered by the Court [*see* Rec. Doc. 3013; Rec. Doc. 18725]. The Special Master shall determine each Eligible Class Member's pro rata share of the Settlement Funds. The allocation by the Special Master may be appealed solely to the Court, whose decision shall be final.

13.2.  和解金额分配不得牵涉泰山中。
Taishan shall not be involved in the allocation of the Settlement Funds.

13.3.  依据第 13.1 条所规定的分配程序在集体成员间分配和解金额所造成的任何争议不会造成本和解失败，且不会牵涉泰山。

23

Any disputes as to the allocation of payments among Class Members pursuant to the allocation procedure referenced in Section 13.1 will not defeat this Settlement and shall not involve Taishan.

13.4. 管理分配和解数额产生的全部成本以及通知集体成员的成本应自和解数额中扣除。

All costs of administering the allocation of Settlement Amount and the cost of notice to Class Members will be paid out of the Settlement Amount.

13.5. 无论本和解或任何其他文件中其他条款规定内容如何，泰山不应对支付任何原告集体律师、集体成员私下聘请的律师或公益律师就转让的损害赔偿请求权或本和解产生的费用、成本和开支承担责任，其中包括批准和/或实施本和解协议的开支、管理索赔的开支和/或分配与处置和解金额的开支。泰山也对上述费用、成本和开支没有任何义务。

Notwithstanding any other provision of this Settlement or of any other document, Taishan shall not be liable for, and shall have no responsibility whatsoever for payment of any fees, costs, and expenses incurred by Plaintiffs' Class Counsel, privately retained counsel for Class Members, or common benefit counsel with respect to the Assigned Claims or this Settlement, including costs associated with the approval and/or implementation of this Settlement, the administration of claims, and/or the allocation and disposition of the Settlement Funds.

13.6. 生效日后，原告集体律师、公益律师以及全部集体成员私下聘请的律师（以下简称"申诉律师"）应有权向本法庭要求取得总计为和解金额总额 32%的律师费，并要求报销除通知成本外的合理开支。本法庭应决定律师费和诉讼费事宜（包括申诉律师之间的分配），且全体申诉律师同意该等决定不可上诉，申诉律师在此放弃就该等决定提起上诉的权利。

After the Effective Date, Plaintiffs' Class Counsel, common benefit attorneys, and privately retained attorneys for all Class Members (the "Petitioning Attorneys") shall be entitled to petition the Court for attorneys' fees totaling in the aggregate up to 32% of the Settlement Funds, and reimbursement of reasonable expenses, excluding the cost of notice. The determination of any attorney's fee or court cost issue, including the allocation between and amongst the Petitioning Attorneys, shall be determined by the Court, and all Petitioning Attorneys agree that such determination is not appealable and Petitioning Attorneys hereby waive all appeals of any such determination.

# 14. 其他
## Miscellaneous

14.1. 如本和解规定的任何期间的最后一日为周末或法定假日，该期间应当包括下一个工作日；

If the last day of any period mentioned in this Settlement falls on a weekend or legal holiday, the period shall include the next business day.

14.2.   全体人员应知晓其有持续关注多区诉讼法庭关于最近提交文件和信息摘要的
        义务。多区诉讼法庭有权不做额外正式通知地自己决定变更、推迟或修改任
        何与批准本和解有关的该法庭设定的截止日期。有关该等变更的命令将被公
        布于多区诉讼法庭的网站：
        **http://www.laed.uscourts.gov/Drywall/Drywall.htm**.

        All persons shall be on notice of their continuing duty to monitor the MDL
        Court's docket for the most current filings and information. The MDL Court, in
        its discretion, may alter, postpone or amend any of these deadlines scheduled by
        the Court in connection with the approval of this Settlement without additional
        formal notice. Orders of any such changes are expected to be presented on the
        MDL Court's website:

        **http://www.laed.uscourts.gov/Drywall/Drywall.htm**.

14.3.   任何集体成员（或其律师）以任何形式的欺骗、谎言、欺诈提交错误或故意
        误导信息，应被处以适当处罚（包括金錢制裁及成本）。
        Any Class Member (or his or her attorney) who submits false or intentionally
        misleading information, through any form of deception, dishonesty or fraud, shall
        be subject to appropriate sanctions (including monetary sanctions and costs).

14.4.   除非另有约定，任何本和解项下的书面通知或其他通讯应为书面，且应被送
        至下述地址：
        Unless otherwise specified, any written notices and other communications under
        this Settlement shall be in writing and shall be sent to:

        给原告集体律师：

        For Plaintiffs' Class Counsel:

        Arnold Levin
        Sandra L. Duggan
        Levin Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA  19106
        alevin@lfsblaw.com
        sduggan@lfsblaw.com

        Richard J. Serpe
        Law Offices of Richard J. Serpe, P.C.
        580 East Main St., Suite 310
        Norfolk, VA 23510
        rserpe@serpefirm.com

25

Russ Herman
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA  70113
rherman@hhklawfirm.com
ldavis@hhklawfirm.com

给泰山律师：

For Taishan's Counsel:

Bernard Taylor
Christy Hull Eikhoff
Aaron Block
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309
bernard.taylor@alston.com
christy.eikhoff@alston.com
aaron.block@alston.com

常规通讯可以以电子邮件方式进行。主张违背本和解的通讯应以电子邮件发送，并且亲自或以次日达快递（如：Express Mail，Overnight UPS，或 FedEx）寄送。

Routine communications may be made by email. Communications asserting a breach of this Settlement shall be made by email and by hand delivery or overnight courier (*e.g.*, Express Mail, Overnight UPS, or FedEx).

14.5.   此前各方达成的和解均有效，本和解的任何规定不会以任何方式对此前的和解造成影响。

All prior settlements entered into by any of the Parties shall be recognized and nothing in this Settlement shall in any way affect prior settlements.

14.6.   本和解为原告集体律师与泰山公平协商的成果。原告集体律师或泰山均不被视为本和解及其中任何条款的起草人。从本和解的准备或谈判中均无法得出任何有利于或不利于原告集体律师或泰山的推论。

This Settlement is the product of arms' length negotiations between Plaintiffs' Class Counsel and Taishan.  Neither Plaintiffs' Class Counsel nor Taishan shall be deemed to be the drafter of this Settlement or any provision thereof. No presumption shall be deemed to exist in favor of or against either Plaintiffs' Class Counsel or Taishan as a result of the preparation or negotiation of this Settlement.

14.7.   本和解为各方就转让的损害赔偿请求权达成的全部协议。除本和解中书面约定的内容以外，各方尚未收到或依赖任何其他协议或保证。

This Settlement constitutes the entire agreement between the Parties with respect to the Assigned Claims. The Parties have not received or relied upon any agreements or promises other than as contained in writing in this Settlement.

14.8. 除非全体协议方书面协议更改或修订本和解，本和解不得被更改或修订。
This Settlement may not be modified or amended unless such modification or amendment is in writing executed by all Parties.

14.9. 本和解可以签署一式多份，各份效力相同。
This Settlement may be executed in multiple counterparts, all of which taken together shall constitute one and the same Settlement.

## 15.    联邦证据规则 408 条
**Federal Rule of Evidence 408**

15.1. 各方明确知晓、同意且承认该和解，连同所有相关草案、动议、诉状、沟通、谈判与通讯均应被视为符合联邦证据规则 408 条与各州（包括弗吉尼亚州）的同等证据规则或程序。且各方明确知晓、同意且承认该和解协议不（i）构成、被解释成、被提供、被接纳成为认可任何诉求、抗辩有效的证据，或认可本诉讼、CDW 相关诉讼或其他已被提起的任何未决或后续的诉讼中的对任何声称的事实的陈述或其他指控属实的证据，或任何一方的任何不当行为、错误、违法或任何种类的责任的证据（除本和解第 15.3 条所允许的以外）；或者（ii）被用于证实放弃任何抗辩或权利，或者被用于证实或驳斥管辖权或管辖法院的合规性。
The Parties specifically acknowledge, agree and admit that this Settlement, along with all related drafts, motions, pleadings, conversations, negotiations and correspondence, shall be considered a compromise within the meaning of Federal Rules of Evidence Rule 408, and any equivalent rule of evidence or procedure of any state, including the Commonwealth of Virginia, and shall not (i) constitute, be construed, be offered, or received into evidence as an admission of the validity of any claim or defense, or the truth of any fact alleged or other allegation in the Litigation, the CDW-Related Actions, or in any other pending or subsequently filed action, or of any wrongdoing, fault, violation of law, or liability of any kind on the part of any Party, except as permitted in Section 15.3 of this Settlement; or (ii) be used to establish a waiver of any defense or right, or to establish or contest jurisdiction or venue.

15.2. 各方也同意本和解，任何推动本和解的命令、诉状或其他文件，与履行本和解的任何行为无意于，或事实上不应在任何针对泰山的案件及诉讼中被作为本协议中任何一方的任何责任或潜在责任的证据被认可、被提交或与该等案件及诉讼相关。
The Parties also agree that this Settlement, any orders, pleadings or other documents entered in furtherance of this Settlement, and any acts in the performance of this Settlement are not intended to be, nor shall they in fact be, admissible, discoverable, or relevant in any case or other proceeding against

Taishan as evidence of any obligation that any Party hereto has or may have to anyone.

15.3.  本和解的任何条款，任何推动本和解的命令、诉状或其他文件，仅在下列情形下可以被提交或接纳作为证据：（i）为了执行本协议及推动本和解的命令、诉状或其他文件的各条款；（ii）应本协议之一方申请，在进行反对听证后，有管辖权法院特别授权；（iii）在后续诉讼中，为确定针对声称的损失的付款或预付款、相互抵消或在正式反对法庭判决的情形下的积极抗辩（包括以一事不再理为诉因的抗辩）；（iv）与任何禁止或停止任何在CDW 相关诉讼中的转让的损害赔偿请求权（但不包括保留的损害赔偿请求权）动议有关，或（v）为取得本和解的法庭批准。

The provisions of this Settlement, and any orders, pleadings or other documents entered in furtherance of this Settlement, may be offered or received in evidence solely (i) to enforce the terms and provisions hereof or thereof, (ii) as may be specifically authorized by a court of competent jurisdiction after contradictory hearing upon application of a Party hereto, (iii) in order to establish payment, prior payment for a claimed loss, set-off or an affirmative defense of exception in a subsequent case, including *res judicata*, (iv) in connection with any motion to enjoin or stay any of the Assigned Claims (but excluding any Reserved Claims) in any CDW-Related Action, or (v) to obtain Court approval of the Settlement.

[故意留白]

[intentionally left blank]

**EXHIBIT A PORTER-BLAINE/VENTURE SUPPLY ELIGIBLE CLASS MEMBERS**

| Plaintiff | CDW Address | CDW City | CDW State | CDW Zip | Square Feet |
|-----------|-------------|----------|-----------|---------|-------------|
| Allen, Phillip and Clarine | 907 Eastfield Lane | Newport News | VA | 23602 | 2227 |
| Allman, James and Tamara | 103 Gregg Court | Moyock | NC | 27958 | 3012 |
| Amante, Phillip and Annemarie | 3205 Arran Thistle | Williamsburg | VA | 23188 | 1418 |
| Anderson, Alexander | 309 Preservation Reach | Chesapeake | VA | 23320 | 2622 |
| Anderson, Timothy | 2492 N. Landing Road | Virginia Beach | VA | 23456 | 1625 |
| Anderson, Valerie, Richard and Delores Jones | 1010 Hollymeade Circle | Newport News | VA | 23602 | 1797 |
| Anello, Joseph, Delma and Margaret | 3957 Border Way | Virginia Beach | VA | 23456 | 3831 |
| Antoniou, Antony and Ann | 3206 Arran Thistle | Williamsburg | VA | 23188 | 1334 |
| Atkins, Tadarreio and Mattea J. Atkins | 955 Hollymeade Circle | Newport News | VA | 23602 | 1797 |
| Atwell, Roger | 5516 Brixton Road | Williamsburg | VA | 23185 | 2115 |
| Ayodeji, Olayiwola and Kifayat | 1027 Hollymeade Circle | Newport News | VA | 23602 | 1797 |
| Bailey, Christopher | 958 Hollymeade Circle | Newport News | VA | 23602 | 2227 |
| Bailey, Dorothy | 3304 Rannock Moor | Williamsburg | VA | 23188 | 1352 |
| Barnes, Gerald and Michelle | 5588 Brixton Road | Williamsburg | VA | 23185 | 2176 |
| Barrett, Robert and Lisa | 310 Preservation Reach | Chesapeake | VA | 23320 | 2752 |
| Barry, Roy | 8063 Bi-County Road | Norfolk | VA | 23518 | 2394 |
| Beker, Tiffany, Roger and Donna Broadbent | 4611 Town Creek Drive | Williamsburg | VA | 23188 | 2088 |
| Berry, Keith and Elizabeth | 607 Mansion Road | Yorktown | VA | 23693 | 2700 |
| Betz, Kenneth | 2488 North Landing Road | Virginia Beach | VA | 23456 | 1666 |
| Binetti, Michael | 2929 Riddick Lane | Virginia Beach | VA | 23456 | 2933 |

| Plaintiff | CDW Address | CDW City | CDW State | CDW Zip | Square Feet |
|---|---|---|---|---|---|
| Blount, Demitrous and Gonzalo Brian Rivera | 963 Hollymeade Circle | Newport News | VA | 23602 | 1844 |
| Bohler, Robert and Annie | 1360 Julian Drive | Watkinsville | GA | 30677 | 2434 |
| Bollenberg, Craig and Angela | 100 Patricks Court | Carrollton | VA | 23314 | 3140 |
| Boothe, Nell | 483 Tranquil Drive | Winder | GA | 30680 | 1870 |
| Brasher, April | 43 Pleasant Circle | Odenville | AL | 35120 | 1788 |
| Bray, Andy and Chandra | 141 Dorsey Springs Dr. | Hampton | GA | 30228 | 2449 |
| Brett, Patrick and Layne | 2492 North Landing Road | Virginia Beach | VA | 23456 | 1700 |
| Bright, David and Melonie | 187 Mulberry Lane | Hertford | NC | 27944 | 1993 |
| Brown, Craig and Angela | 1031 Hollymeade Circle | Newport News | VA | 23602 | 1897 |
| Brown, Darryl and Monique | 219 Wildlife Trace | Chesapeake | VA | 23320 | 3104 |
| Brown, James and Virginia | 3091 Cider House Road | Toano | VA | 23168 | 2950 |
| Bunting, Robert | 26 Wornom Farm Rd. | Poquoson | VA | 23662 | 2954 |
| Burgohy, Demetria | 950 Hollymeade Circle | Newport News | VA | 23602 | 2227 |
| Butzer, Albert and Betsy | 9519 26th Bay Street | Norfolk | VA | 23518 | 2898 |
| Caburian, Eugene and Genalin | 2501 Rowan Place | Virginia Beach | VA | 23456 | 2697 |
| Cain, Victoria | 1020 Hollymeade Circle | Newport News | VA | 23602 | 1797 |
| Camden, Sidney and Susan | 109 Algonquin Trail | Shawboro | NC | 27973 | 2521 |
| Campana, Ronald | 4323 Eleanors Way | Williamsburg | VA | 23188 | 960 |
| Castell, Maurice | 1049 W. 36th Street | Norfolk | VA | 23502 | 1958 |
| CG Stony Point Townhomes, LLC | 9301 Creek's Crossing Boulevard | Richmond | VA | 23235 | 2140 |
| CG Stony Point Townhomes, LLC | 9303 Creek's Crossing Boulevard | Richmond | VA | 23235 | 1984 |

| Plaintiff | CDW Address | CDW City | CDW State | CDW Zip | Square Feet |
|---|---|---|---|---|---|
| CG Stony Point Townhomes, LLC | 9305 Creek's Crossing Boulevard | Richmond | VA | 23235 | 1984 |
| CG Stony Point Townhomes, LLC | 9307 Creek's Crossing Boulevard | Richmond | VA | 23235 | 2146 |
| CG Stony Point Townhomes, LLC | 9309 Creek's Crossing Boulevard | Richmond | VA | 23235 | 2146 |
| CG Stony Point Townhomes, LLC | 9311 Creek's Crossing Boulevard | Richmond | VA | 23235 | 1984 |
| CG Stony Point Townhomes, LLC | 9313 Creek's Crossing Boulevard | Richmond | VA | 23235 | 1984 |
| CG Stony Point Townhomes, LLC | 9315 Creek's Crossing Boulevard | Richmond | VA | 23235 | 2140 |
| Chappell, Kristie and Lucius | 2125 Benefit Road | Chesapeake | VA | 23322 | 3219 |
| Combs, Larkin | 3305 Arran Thistle | Williamsburg | VA | 23185 | 1418 |
| Condra, Jerome | 6399 Old Stage Highway | Smithfield | VA | 23430 | 4165 |
| Cone, Terence | 4324 Lydias Drive | Williamsburg | VA | 02318 | 2442 |
| Connell, Rebecca | 326 County Road 3310 | Troy | AL | 36079 | 4689 |
| Cope, Frances f/k/a Myott | 3208 Rannock Moor | Williamsburg | VA | 23188 | 1334 |
| Corbett, Janie | 3203 Arran Thistle | Williamsburg | VA | 23188 | 1244 |
| Corinth Homes, LLC | 712 Stanhope Close | Chesapeake | VA | 23320 | 2580 |
| Cousins, Edwin and Leslie | 952 Hollymeade Circle | Newport News | VA | 23602 | 1797 |
| Crawford Bay Associates | 73 Linden Avenue | Portsmouth | VA | 23704 | 2508 |
| Crist, Byron and Maria | 2408 Caitlan Loch Lane | Virginia Beach | VA | 23456 | 3198 |
| Crowder, Kenneth and Sandra | 7041 Lilac Ct | Norfolk | VA | 23518 | 5043 |
| Curtis, Gregory and Nancy | 221 Wildlife Trace | Chesapeake | VA | 23320 | 2814 |
| Davenport, DuShane and Janelle | 4045 Bradshaw Dr | Williamsburg | VA | 23188 | 2484 |

| Plaintiff | CDW Address | CDW City | CDW State | CDW Zip | Square Feet |
|---|---|---|---|---|---|
| Dawson, Robert | 4326 Lydias Dr | Williamsburg | VA | 23188 | 2352 |
| Day, Daniel and Maureen | 1804 Mayberry Dr | Virginia Beach | VA | 23456 | 4224 |
| Dickey, Jeremy and Lindsey | 60 Pinebark Court | Wetumpka | AL | 36093 | 1869 |
| Dillard, Vida | 1219 Avondale Ln | Newport News | VA | 23602 | 2227 |
| Dimitrov, Nikolay and Iliyana | 1925 Maxey Manor Ct | Virginia Beach | VA | 23454 | 1842 |
| Dobbs, Kevin and Ashley | 102 Camerons Way | Lincoln | AL | 35096 | 1261 |
| Dodge, Dedrick | 1109 Bowlin Drive | Locust Grove | GA | 30248 | 2862 |
| Dolan, Christopher and Carrie | 3302 Rannock Moor | Williamsburg | VA | 23188 | 1192 |
| Donohue, Francis | 408 Jefferson Avenue | Cape Charles | VA | 23310 | 1381 |
| Dooling, Jay | 645 Roland Dr | Norfolk | VA | 23509 | 2476 |
| Dunaway, Jason and Lisa | 27037 Flaggy Run Rd | Courtland | VA | 23837 | 1864 |
| Duncan, Brian | 1406-1408 Cypress Avenue | Virginia Beach | VA | 23451 | 3836 |
| Dunn, Jeffrey | 8170 North View Blvd | Norfolk | VA | 23518 | 2420 |
| Edmonds, Ricky | 801 Holly St | Richmond | VA | 23320 | 1728 |
| Espinal, Jack and Patricia Byrne | 4615 Town Creek Dr | Williamsburg | VA | 23188 | 3072 |
| Estes, Jeffrey | 308 Preservation Reach | Chesapeake | VA | 23320 | 2933 |
| Evans, Cassie | 4321 Eleanors Way | Williamsburg | VA | 23188 | 944 |
| Ewell, Abby and Michael | 1638 Cicero Ct | Chesapeake | VA | 23322 | 3584 |
| Fadl, Yahya and Nawal | 5301 Center St | Williamsburg | VA | 23188 | 2352 |
| Fannie Mae c/o David R. Box | 5539 Brixton Rd. | Williamsburg | VA | 23185 | 2608 |
| Fannie Mae c/o David R. Box | 3972 Border Way | Virginia Beach | VA | 23456 | 4033 |
| Fannie Mae c/o David R. Box | 101 Patricks Ct | Carrollton | VA | 23314 | 3343 |
| Fannie Mae c/o David R. Box | 961 Hollymeade Cir | Newport News | VA | 23602 | 2227 |
| Fannie Mae c/o David R. Box | 322 Bernard Dr | Newport News | VA | 23602 | 2216 |

| Plaintiff | CDW Address | CDW City | CDW State | CDW Zip | Square Feet |
|-----------|-------------|----------|-----------|---------|-------------|
| Fannie Mae c/o David R. Box | 954 Hollymeade Cir | Newport News | VA | 23602 | 1859 |
| Fannie Mae c/o David R. Box | 2408 Caitlan Loch Lane | Virginia Beach | VA | 23456 | 3198 |
| Fannie Mae c/o David R. Box | 100 Patricks Court | Carrollton | VA | 23314 | 3140 |
| Fannie Mae c/o David R. Box | 1757 W. Queen St | Hampton | VA | 23666 | 2458 |
| Fannie Mae c/o David R. Box | 3900 Manning Road | Suffolk | VA | 23434 | 2749 |
| Fannie Mae c/o David R. Box | 4020 Dunbarton Circle | Williamsburg | VA | 23188 | 2372 |
| Farmer, Pearl | 521 Triumph Way | Winder | GA | 30680 | 1893 |
| Fiala, John and Joan | 101 Potecasi Creek Ct | Hertford | NC | 27944 | 2832 |
| Firvida, Maria and Jose Ramos | 2488 N. Landing Rd | Virginia Beach | VA | 23456 | 1666 |
| Fontenot, Perry and Cassandra | 1016 Hollymeade Cir | Newport News | VA | 23602 | 2227 |
| Fowle, Amanda | 957 Hollymeade Cir | Newport News | VA | 23602 | 1797 |
| Franklin, Irene | 4315 Eleanors Way | Williamsburg | VA | 23188 | 960 |
| Freeman, Carroll | 951 Hollymeade Cir | Newport News | VA | 23602 | 2227 |
| Frucht, Jeffrey | 5305 Center St | Williamsburg | VA | 23188 | 1674 |
| Frugard, Roy and Lori | 4646 Lake Dr | Virginia Beach | VA | 23455 | 2527 |
| Fuller, David | 213 Wildlife Trace | Chesapeake | VA | 23320 | 2884 |
| Galanda, John and Margaret | 186 Cedarwood Blvd | Hertford | NC | 27944 | 2639 |
| Gale, Thomas and Dawn | 614 Plum St | Cape Charles | VA | 23310 | 1672 |
| Galgano, Barbara and Peter | 8105 Kirkcaldy Ct | Williamsburg | VA | 23188 | 2475 |
| Gandy, Tappan | 1215 Avondale Ln | Newport News | VA | 23602 | 1897 |
| Germano, Mary Michelle | 8171 North View Blvd | Norfolk | VA | 23518 | 2625 |
| Goboy, Arvin and Clarissa | 3972 Border Way | Virginia Beach | VA | 23456 | 4033 |
| Gonsoulin, Bradley | 4124 Brittany Way | Williamsburg | VA | 23188 | 973 |

| Plaintiff | CDW Address | CDW City | CDW State | CDW Zip | Square Feet |
|---|---|---|---|---|---|
| Grabham, George and Linda | 3200 Hamilton Road | Opelika | AL | 36804 | 2607 |
| Griffin, James and Kristin | 311 Preservation Reach | Chesapeake | VA | 23320 | 2603 |
| Groves, Brian | 5670 Gooseneck Road | Riegelwood | NC | 28456 | 2892 |
| Guerra, Joe and Josefina | 1105 Bowlin Drive | Locust Grove | GA | 30248 | 2600 |
| Gulledge, Roy and Juanita | 1772 Carriage Dr | Hampton | VA | 23664 | 2759 |
| Gurnee, Robert and Ann Shinners Gurnee | 4349 Blackthorne Ct | Virginia Beach | VA | 23455 | 4133 |
| Hancock, Terry and Patricia | 4645 Town Creek Drive | Williamsburg | VA | 23188 | 2000 |
| Hand, Bryon | 3207 Arran Thistle | Williamsburg | VA | 23188 | 1270 |
| Hanley, Keith and Lily | 105 Patriots Ridge | Carrollton | VA | 23314 | 3388 |
| Harry, Joshua and Sharntay | 903 Eastfield Ln | Newport News | VA | 23602 | 1797 |
| Hartline, Carolyn | 3201 Rannock Moor | Williamsburg | VA | 23188 | 1244 |
| Havrilla, John | 967 Hollymeade Cir | Newport News | VA | 23602 | 1797 |
| Helbig, Cindy | 1921 Maxey Manor Ct | Virginia Beach | VA | 23454 | 1842 |
| Hemphill, James and Gail | 4609 Town Creek Dr | Williamsburg | VA | 23188 | 2442 |
| Henson, Shawn and Alvin | 1213 Avondale Lane | Newport News | VA | 23602 | 1797 |
| Hinkley, Curtis, Sylvia and Stephanie L. Hinkley-Lopez | 156 Mulberry Ln | Hertford | NC | 27944 | 1700 |
| Hollingsworth, Michael | 905 Eastfield Lane | Newport News | VA | 23602 | 1797 |
| Hong, Yeong | 5539 Brixton Rd. | Williamsburg | VA | 23185 | 2608 |
| Hooper, Harold and Robert King, Jr | 5515 Brixton Rd | Williamsburg | VA | 23185 | 2283 |
| Hrishikesh, Rajiv, Maria and Papanasam | 5599 Brixton Rd | Williamsburg | VA | 23185 | 2406 |
| Huynh, Duoc and Pamela | 2488 North Landing Rd | Virginia Beach | VA | 23456 | 1636 |
| Ilich, Richard and Catherine | 4023 Appaloosa Ct | Suffolk | VA | 23434 | 3102 |

| Plaintiff | CDW Address | CDW City | CDW State | CDW Zip | Square Feet |
|---|---|---|---|---|---|
| Ingram, Ronald and Tiffany Finch | 4025 Appaloosa Ct | Suffolk | VA | 23434 | 3446 |
| Jackson, Dennis and Sharon | 8151 North View Blvd | Norfolk | VA | 23518 | 2426 |
| Jarrett, Scott and Margaret | 3210 Rannock Moor | Williamsburg | VA | 23188 | 1352 |
| Johnson, Kenneth and Jeri | 609 Mansion Rd | Yorktown | VA | 23693 | 3330 |
| Jones, Casey and Megan | 2251 Sandalwood Rd. | Virginia Beach | VA | 23451 | 2084 |
| Jones, Paul and Janet | 3301 Rannock Moor | Williamsburg | VA | 23188 | 1244 |
| Kellogg, Jarmaal and Vicki | 5801 Arden St | Portsmouth | VA | 23703 | 2102 |
| Kernisan, Marie | 1028 Levista Drive | Locust Grove | GA | 30248 | 2834 |
| Kiewiet, Nathan and Elizabeth | 3307 Arran Thistle | Williamsburg | VA | 23185 | 1270 |
| Kim, Soon | 1022 Hollymeade Cir | Newport News | VA | 23602 | 1897 |
| Klett, Mark | 2488 North Landing Rd | Virginia Beach | VA | 23465 | 1666 |
| Klinker, Nora | 5527 Brixton Road | Williamsburg | VA | 23185 | 2275 |
| Knight, Asa | 4319 Eleanors Way | Williamsburg | VA | 23188 | 944 |
| L&B Quarterpath, LLC | 211 Quarterpath Road | Williamsburg | VA | 23185 | 2878 |
| Lafoon, Robert and Patricia | 609 Lord Dunmore Dr | Virginia Beach | VA | 23464 | 3767 |
| Lake Crest Townhomes | 621 Trumpet Circle | Birmingham | AL | 35226 | 2493 |
| Lane, Penny | 2074 Tazewell Rd | Virginia Beach | VA | 23455 | 1734 |
| Lawlor, Bruce and Carol | 9513 7th Bay St | Norfolk | VA | 23510 | 3830 |
| Lee, Hoo and Eun Kim | 1018 Hollymeade Cir | Newport News | VA | 23606 | 1797 |
| Lee, Mariana | 4320 Lydias Dr | Williamsburg | VA | 23188 | 2424 |
| Lenander, Jon and Suzanne | 8108 Helmsdale Ct | Williamsburg | VA | 23188 | 2372 |
| Levine, Michael and Cheryl Mendelsohn | 5548 Brixton Rd | Williamsburg | VA | 23185 | 2218 |
| Levy, Christopher and Wendy | 4644 Lake Dr | Virginia Beach | VA | 23455 | 2116 |
| Long, Cleon | 953 Hollymeade Circle | Newport News | VA | 23602 | 1797 |

| Plaintiff | CDW Address | CDW City | CDW State | CDW Zip | Square Feet |
|---|---|---|---|---|---|
| Loper, Calvin and Tammy Jones | 321 Croft Crossing | Chesapeake | VA | 23320 | 4047 |
| Mackall, Turner and Juanita | 1211 Avondale Ln | Newport News | VA | 23602 | 2227 |
| Madzuma, Jason and Jessica | 5303 Center St | Williamsburg | VA | 23188 | 1936 |
| Matulenas, Elizabeth | 163 South Gum Ave | Virginia Beach | VA | 23452 | 3362 |
| McArthur, Robert and Meradee | 13401 Holly Ln | Carrollton | VA | 23314 | 2922 |
| McGinn, John and Anna | 4301 Blackthorne Ct | Virginia Beach | VA | 23455 | 4451 |
| McLain, Jason | 3209 Rannock Moor | Williamsburg | VA | 23188 | 1418 |
| McLenaghan, Jessica | 4317 Eleanors Way | Williamsburg | VA | 23188 | 928 |
| Miller, Dale and Sharon | 3204 Arran Thistle | Williamsburg | VA | 23188 | 1354 |
| Miller, Elwood | 3308 Arran Thistle | Williamsburg | VA | 23188 | 1334 |
| Mishkind, Howard and Jane | 9531 26th Bay St | Norfolk | VA | 23518 | 1848 |
| Mullaney, Matthew | 1913 Maxey Manor Ct | Virginia Beach | VA | 23454 | 1842 |
| Nathan, Vernette | 228 Wildlife Tr | Chesapeake | VA | 23320 | 3198 |
| Neighbours, Sidney | 57 Riverview Ave | Portsmouth | VA | 23704 | 2262 |
| Nguyen, Colleen and Tuan | 1100 Michaelwood Dr | Virginia Beach | VA | 23452 | 4850 |
| Nicaisse, Natacha | 3512 NE 3rd Drive | Homestead | FL | 33033 | 1831 |
| Nolan, Daniel and Lillian | 216 Wildlife Trace | Chesapeake | VA | 23320 | 3124 |
| Oh, Gun Man | 961 Hollymeade Cir | Newport News | VA | 23603 | 2227 |
| O'Leary, Dennis and Stephanie | 9523 26th Bay St | Norfolk | VA | 23518 | 1874 |
| Olson, Daniel and Sarah | 9535 26th Bay St | Norfolk | VA | 23518 | 2872 |
| Overlook, LLC Steven Middleton | 700 S. Laurel Street | Richmond | VA | 23220 | 1384 |
| Overlook, LLC Steven Middleton | 702 S. Laurel Street | Richmond | VA | 23220 | 1372 |
| Overlook, LLC Steven Middleton | 716 S. Pine Street | Richmond | VA | 23220 | 1686 |
| Overlook, LLC Steven Middleton | 704 S. Laurel Street | Richmond | VA | 23220 | 1033 |

| Plaintiff | CDW Address | CDW City | CDW State | CDW Zip | Square Feet |
|---|---|---|---|---|---|
| Overlook, LLC Steven Middleton | 706 S. Laurel Street | Richmond | VA | 23220 | 1033 |
| Overlook, LLC Steven Middleton | 708 S. Laurel Street | Richmond | VA | 23220 | 1376 |
| Overlook, LLC Steven Middleton | 710 S. Laurel Street | Richmond | VA | 23220 | 1360 |
| Overlook, LLC Steven Middleton | 803 Holly Street | Richmond | VA | 23220 | 1234 |
| Overlook, LLC Steven Middleton | 805 Holly Street | Richmond | VA | 23220 | 1213 |
| Overlook, LLC Steven Middleton | 807 Holly Street | Richmond | VA | 23220 | 1272 |
| Overlook, LLC Steven Middleton | 809 Holly Street | Richmond | VA | 23220 | 1271 |
| Overlook, LLC Steven Middleton | 714 S. Pine Street | Richmond | VA | 23220 | 2073 |
| Owen, John and Meredith Parks | 2549 Robert Fenton Rd | Williamsburg | VA | 23185 | 3445 |
| Page, Dwight and Psyche | 102 Overlook Point | Yorktown | VA | 23693 | 2363 |
| Palamidessi, Anthony and Caroline | 3309 Arran Thistle | Williamsburg | VA | 23188 | 1418 |
| Palmer, Ben and Kay | 320 Pine Point | Eclectic | AL | 36024 | 4505 |
| Park, Il Heui | 113 Estons Run | Yorktown | VA | 23693 | 2583 |
| Parker, Marlon and LaTasha | 954 Hollymeade Cir | Newport News | VA | 23602 | 1859 |
| Perez, Zenaida | 965 Hollymeade Cir | Newport News | VA | 23602 | 1797 |
| Phillips, Jacqueline and Rodney | 1025 Hollymeade Cir | Newport News | VA | 23602 | 2227 |
| Pipkin, Joseph and Shannon | 5576 Brixton Rd | Williamsburg | VA | 23185 | 2176 |
| Popovitch, Robert | 1217 Avondale Ln | Newport News | VA | 23602 | 1797 |
| Powell, Claire | 5508 Holly Rd | Virginia Beach | VA | 23451 | 2363 |
| Powell, Claire | 5510 Holly Rd | Virginia Beach | VA | 23452 | 2792 |
| Proto, Benjamin and Holly | 10 Bradford Point | Virginia Beach | VA | 23455 | 2995 |
| Purse, Jason | 4309 Creekside Loop | Williamsburg | VA | 23188 | 957 |

| Plaintiff | CDW Address | CDW City | CDW State | CDW Zip | Square Feet |
|---|---|---|---|---|---|
| Reeves, Carrie | 4926 Paradise Lake Circle | Birmingham | AL | 35244 | 1680 |
| Reilly, Karen and Paul | 198 The Maine | Williamsburg | VA | 23185 | 3395 |
| Renner, Russell and Judi | 188 Regency Cir | Moyock | NC | 27958 | 2456 |
| Riedl, Anton and Melissa | 969 Hollymeade Cir | Newport News | VA | 23602 | 2227 |
| Roberts, Candi f/k/a Darst | 1014 Hollymeade Cir | Newport News | VA | 23602 | 1897 |
| Robertson, Ralph and Colleen | 5575 Brixton Road | Williamsburg | VA | 23185 | 2236 |
| Robinson-Reese, Inger | 1024 Levista Drive | Locust Grove | GA | 30248 | 2862 |
| Rogers, Glen and Joan | 1101 Highland Way | Kimberly | AL | 35091 | 2039 |
| Rogers, Margaret | 9527 26th Bay St | Norfolk | VA | 23518 | 1874 |
| Roskowski, Thomas and Jill | 101 Patricks Ct | Carrollton | VA | 23314 | 3343 |
| Ryan, Patrick and Jennifer | 13019 Lighthouse Ln | Carrollton | VA | 23314 | 2980 |
| Ryan, William and Shanna | 66 Scotland Rd | Hampton | VA | 23663 | 2038 |
| Sakony, Karen and Vincent | 4063 Dunbarton Cir | Williamsburg | VA | 23188 | 2475 |
| Sakowski, Mark | 120 Chanticleer Ct | Williamsburg | VA | 23185 | 2118 |
| Sanders, Christian and Julie Weidner | 1917 Maxey Manor Ct | Virginia Beach | VA | 23454 | 1842 |
| Savage, Carter and Barbara | 106 Shehandoah River Ct | Hetford | NC | 27944 | 2418 |
| Schultz, Kimberly | 2021 Kings Fork Rd | Suffolk | VA | 23434 | 2978 |
| Scott, Sonya | 224 Clay St | Suffolk | VA | 23434 | 3008 |
| Scott, Steven and Berna | 1757 W. Queen St | Hampton | VA | 23666 | 2458 |
| Seeman, Paul and Patti | 312 Tindalls Court | Suffolk | VA | 23436 | 3391 |
| Shen, Xueming and Xiaoyan Wu | 4340 Blackthorne Ct | Virginia Beach | VA | 23455 | 4715 |
| Sherwood, Karl | 1029 Hollymeade Cir | Newport News | VA | 23602 | 1797 |
| Sigmon, Monica | 3310 Rannock Moor | Williamsburg | VA | 23188 | 1352 |
| Silva, Sandra and Javier | 3408 Galloping Bend Way | Auburn | GA | 30011 | 4156 |
| Simpson, Catherine | 112 Chanticleer Ct | Williamsburg | VA | 23185 | 2118 |

| Plaintiff | CDW Address | CDW City | CDW State | CDW Zip | Square Feet |
|---|---|---|---|---|---|
| Sims, Ronald and Serbrenia | 4215 New Town Avenue | Williamsburg | VA | 23188 | 2442 |
| Skinner, Andre | 3703 Polk St | Portsmouth | VA | 23703 | 2449 |
| Smith, Juanita | 956 Hollymeade Cir | Newport News | VA | 23602 | 1716 |
| Smith, Samuel and Wanda | 4019 Appaloosa Ct | Suffolk | VA | 23434 | 3326 |
| South Hampton Holding, LLC | 3355 S. Military Hwy. | Chesapeake | VA | 23323 | 42462 |
| Spencer, Thomas and Virginia | 2481 Lakewood Manor Dr | Athens | GA | 30606 | 7366 |
| Starnes, David | 4095 Dunbarton Cir | Williamsburg | VA | 23188 | 2475 |
| Stephens, Pryncess f/k/a Johnson | 959 Hollymeade Cir | Newport News | VA | 23602 | 2227 |
| Talbot, Cynthia | 2101 Governors Pointe Dr | Suffolk | VA | 23436 | 3391 |
| Tierney, Susann and Jeffrey | 3303 Rannock Moor | Williamsburg | VA | 23188 | 1244 |
| Tomas, Noel, Lance L. Coates, Virginia K. Masana, Villania Flor, Joan E. Nesbit | 3961 Border Way | Virginia Beach | VA | 23456 | 2947 |
| Tompkins, Mark and Karen | 3306 Arran Thistle | Williamsburg | VA | 23188 | 1334 |
| Ton, Phat and Hang Le | 5519 Brixton Rd | Williamsburg | VA | 23185 | 2275 |
| Topf, Frank and Yvonne | 2417 Caitlan Loch Ln | Virginia Beach | VA | 23602 | 3549 |
| Torres-Lutz, Marcelo | 334 Cipriani Way | North Venice | FL | 34275 | 1638 |
| Troublefield, Elmer and Rorrie Jefferies | 8 St Johns Dr | Hampton | VA | 23666 | 2871 |
| Tyler, Albania | 6 St Johns Dr | Hampton | VA | 23666 | 2474 |
| Vest, Hugh and Tracy | 111 Eston's Run | Yorktown | VA | 23693 | 3037 |
| Walker, Benjamin | 1012 Hollymeade Cir | Newport News | VA | 23602 | 1716 |
| Walker, Demetra | 485 Tranquil Drive | Winder | GA | 30680 | 1746 |
| Ward, Larry | 214 B 80th St | Virginia Beach | VA | 23451 | 2500 |
| Weeks, Cherryl | 9907 Briarcliff Drive | Mobile | AL | 36608 | 1950 |

| Plaintiff | CDW Address | CDW City | CDW State | CDW Zip | Square Feet |
|---|---|---|---|---|---|
| Whittington, Brenda and Charles | 2105 Governors Pointe Dr | Suffolk | VA | 23436 | 3391 |
| Wightman, Karen and John Berlin | 322 Bernard Dr | Newport News | VA | 23602 | 2216 |
| Wilson, Roslyn | 830 W. 31st St | Norfolk | VA | 23508 | 2123 |
| Wiseman, Patrick | 117 Overlook Point | Yorktown | VA | 23693 | 2480 |
| Wood, Bryan and Kimberly | 603 Mansion R. | Yorktown | VA | 23693 | 2580 |
| Woods, Matthew and Vernestine | 2430 Ballentine Blvd | Norfolk | VA | 23509 | 2284 |
| Woodson, Gregory and Flordeliza | 3965 Border Way | Virginia Beach | VA | 23456 | 2931 |
| Young, Angela and Diane | 3202 Arran Thistle | Williamsburg | VA | 23188 | 1192 |

附件 **B**--电汇指示
**Exhibit B – Wiring Instructions**

1. 托管账户户名：
   The Escrow Account Holder's Name: _____

2. 账户号：
   The Account Number: _____

3. 银行国际代码（SWIFT）：
   The SWIFT Code: _____

4. 银行名：
   The Bank Name: _____

5. 银行地址：
   The Bank Address: _____

各方已经由其合法授权代表在下述日期签订本和解协议。

The Parties have executed this Settlement Agreement by their duly authorized representatives on the dates stated below.

**Russ M. Herman**

原告集体律师
**Plaintiffs' Class Counsel**

代表人：
By: _____

印刷名：
Print Name: _Russ M Herman_

职务：
Title: _PSC Liasion & Class Counsel Plaintiffs_

日期：
Date: _February 28, 2018_

**Arnold Levin**

原告集体律师
**Plaintiffs' Class Counsel**

代表人：
By: _____

印刷名：
Print Name: _Arnold Levin_

职务：
Title: _Plaintiffs' Class Counsel_

日期：
Date: _February 27, 2018_

42

**Richard Serpe**

原告集体律师
**Plaintiffs' Class Counsel**

代表人：
By: _____

印刷名：
Print Name: _Richard Serpe_

职务：
Title: _PLAINTIFF'S CLASS COUNSEL_

日期：
Date: _February 13, 2018_

泰山石膏有限公司
**Taishan Gypsum Co., Ltd.**

代表人：
By: _____ 2018.3.12

印刷名：
Print Name: _____

职务：
Title: _____

日期：
Date: _____