# EXHIBIT "B"

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**PROPOSED CLASS COUNSEL'S ORDER: (1) PRELIMINARILY APPROVING THE SETTLEMENT AGREEMENT OF ASSIGNED CLAIMS IN MDL NO. 2047 ON BEHALF OF THE PORTER-BLAINE/VENTURE SUPPLY CLASS REGARDING CLAIMS ASSIGNED TO THE CLASS BY THE PORTER-BLAINE/VENTURE PARTICIPATING DEFENDANTS AND PARTICIPATING INSURERS AGAINST TAISHAN GYPSUM CO., LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.; (2) DIRECTING THE DISSEMINATION OF CLASS NOTICE; AND (3) SCHEDULING A FAIRNESS HEARING**

Upon consideration of the Motion of Class Counsel for Preliminary Approval of the Settlement Agreement of Assigned Claims In MDL No. 2047 on Behalf of the Porter-

Blaine/Venture Supply Class Regarding Claims Assigned to the Class by the Porter-Blaine/Venture Participating Defendants and Participating Insurers Against Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. (the "Assigned Claims Settlement" or "Settlement"), brought pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3) and 23(e), it is hereby,

ORDERED, ADJUDGED AND DECREED that:

1. Capitalized terms used in this Order have the same meaning as those defined in the Assigned Claims Settlement.

2. The Assigned Claims Settlement is preliminarily approved by the Court as fair, reasonable and adequate, as negotiated by the Parties and entered into at arm's-length, in good faith, and free of collusion to the detriment of the Porter-Blaine/Venture Supply Class, and as being within the range of possible approval at a prospective Joint Fairness Hearing.

3. The proposed Assigned Claims Settlement provides that Taishan will pay a sum of $1,978,528.40 for the benefit of the Porter-Blaine/Venture Supply Class in order to resolve all Chinese Drywall claims that the Porter-Blaine/Venture Participating Defendants and Participating Insurers had against Taishan, which were previously assigned to the Class in connection with the Porter-Blaine/Venture Supply Settlement.

4. The Class Notice presented to the Court is hereby approved.

5. The protocol for dissemination of Notice to Class Members as set forth in the Assigned Claims Settlement Agreement is approved.

6. On or before_____, Class Counsel shall (a) cause the Notice to be sent via first-class mail, postage prepaid to the last known address of all Class Members and their counsel of record, if any, who are identifiable by Class Counsel and to each Affected Property owned by Class Members; (b) provide a copy of the Notice to be posted at the United

2

States District Court, Eastern District of Louisiana; and (c) request that said Notice be posted on federal and state court websites where the Litigation or CDW-related actions are pending, including the United States District Court for the Eastern District of Virginia (Norfolk, Portsmouth and Richmond Divisions).

7. The Notice shall be posted on the Court's Chinese Drywall MDL website so as to commence the Notice Period.

8. All objections to the proposed Settlement shall be mailed to Class Counsel, Arnold Levin (Levin Sedran & Berman, 510 Walnut St., Suite 500, Philadelphia, PA 19106), Russ M. Herman (Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113), and Richard Serpe (Law Offices of Richard Serpe, P.C., 580 East Main St., Suite 310, Norfolk, VA 23510), in writing, postmarked no later than sixty (60) days after the last date to provide Notice to the Class, *i.e.*, postmarked no later than _____, or they will be deemed waived. All objections must be signed by the individual Class Member and by his or her counsel, if any. Class Counsel will file with the Court all objections that they receive.

9. The Settling Parties shall file any response to the objections or other papers in support of final approval of the Settlement on or before_____.

10. A formal Joint Fairness Hearing shall occur before the Honorable Eldon E. Fallon (Presiding Judge) of the E.D. La., with the assistance of the Honorable Mary Jane Hall of the Norfolk Virginia Circuit Court (who will participate at the hearing through a telephonic connection to facilitate the participation of class members in the Virginia region) on _____, beginning at_____, and continuing to_____, if necessary, in order to consider comments on and objections to the proposed Assigned Claims Settlement Agreement and to consider whether (a) to approve thereafter the Assigned Claims Settlement as fair, reasonable and adequate pursuant to Rule 23

of the Federal Rules of Civil Procedure, and (b) to enter the Order and Judgment provided in Section 1.11 of the Assigned Claims Settlement Agreement.

11. The Settling Parties have reserved all claims and defenses in the Litigation should the proposed Settlement not become final, for whatever reason.

This _____ day of _____, at New Orleans, Louisiana

_____
ELDON E. FALLON
United States District Court Judge