UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL       :   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                     :
                                                                              :
                                                                              :   SECTION: L
This Document Relates to All Cases                         :
                                                                              :   JUDGE FALLON
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :   MAG. JUDGE WILKINSON

**REPORT BY THE SETTLEMENT ADMINISTRATOR FOR THE CHINESE
DRYWALL SETTLEMENT PROGRAM**

**STATUS REPORT NO. 51 DATED MARCH 19, 2018**

The Settlement Administrator for the Chinese Drywall Settlement Program (the "Settlement Program") submits this Status Report to inform the Court of the status of the Chinese Drywall Settlement Program as of March 19, 2018. The Settlement Administrator will provide additional information as requested by the Court.

**I.    STIPEND LIST**

On December 17, 2014, the Court issued an Order granting the Fee Committee's inspection costs and hold back motion pursuant to Pre-Trial Order No. 28(E) and accepted the recommendation of the Fee Committee that a reasonable stipend of $1,000.00 per property for those properties where KPT Chinese Drywall is present, including homes with mixed board that includes KPT Chinese Drywall. The Court further accepted the Fee Committee's recommendation that for those properties with non-KPT Chinese Drywall only, a reasonable stipend should be $150.00 per property (See Rec. Doc. 18215). The stipend payment applies to eligible Chinese Drywall properties that are in the MDL Settlements.

To date, the Settlement Administrator has issued a total of $4,755,050.00 in stipend payments, which is 94% of the total stipend payment amount.

1

## II.     PTO 28(F)

On May 25, 2016, the Court issued PTO 28(f), which obligated the Settlement Administrator to distribute to all individual plaintiffs' counsel a listing setting forth the actual recovery amount of each claimant represented by that individual plaintiffs' counsel, as well as the total amount of recovery paid to all claimants. Any individual plaintiffs' counsel for individual claimants who disputed the actual recovery amount for a claimant were required to submit an objection by June 17, 2016, to BrownGreer and Class Counsel. BrownGreer and Class Counsel received objections from several firms and are in the process of reviewing the objections to determine accuracy. If BrownGreer determines that the actual recovery amount should be updated, it will issue a revised listing to the affected counsel.

## III.    STATUS OF CLAIMS

The Settlement Administrator opened the Settlement Program on March 27, 2013 following the Court's Order requiring registration of claims. The registration period closed on October 25, 2013 after several deadline extensions. Claim forms became available for both online and hard copy submission on May 27, 2013 and were available until the October 25, 2013 claims filing deadline. Claimants filed a total of 22,786 claims with the Settlement Program. The Settlement Administrator has completed review of all submitted claims.

The Settlement Administrator has completed the calculations necessary to distribute the amounts held back from initial Global, Banner, and InEx Repair and Relocation payments. On February 19, 2018, the Settlement Administrator mailed checks on to counsel of record, or in the case of pro se claimants, directly to the claimant. As of March 16, 2018, 29% of all holdback checks had been cashed by the recipient.

The payment amount for each claimant is a percentage of the original claim payment, as shown below:

| GBI Fund | Percentage |
|---|---|
| Banner | 12.18% |
| Global | 12.52% |
| InEx | 15.38% |

As an example of how these payments will be calculated, a claimant who initially received $1,000 from the Banner fund will receive $121.18 as a holdback payment.

Table 1 provides details of payments issued for Global, Banner, InEx Repair and Relocation claims to date, including the holdback payments.

| Table 1. Global, Banner, InEx Payments (As of 3/19/2018) | | | |
|---|---|---|---|
| Row | Settlement Fund | # of Claim Payments | Total Disbursement |
| 1. | Banner | 8,131 | $32,337,977.88 |
| 2. | InEx | 4,293 | $2,016,221.11 |
| 3. | Global | 13,742 | $42,490,390.66 |
| 4. | **Total** | **26,166** | **$76,844,589.65** |

Table 2 provides details on total Other Loss payments made to date.

| Table 2. Other Loss Payment Summary (As of 3/19/2018) | | | |
|---|---|---|---|
| Row | Claim Type | # of Claims Paid | Total Disbursement |
| 1. | Bodily Injury | 134 | $122,037.56 |
| 2. | Foreclosure or Short Sale | 698 | $19,117,539.69 |
| 3. | Lost Rent, Use, or Sales | 1,236 | $6,173,523.50 |
| 4. | Miscellaneous | 2,409 | $6,023,653.29 |
| 5. | Pre-Remediation Alternative Living Expenses | 524 | $6,905,173.38 |
| 6. | Tenant Loss | 26 | $60,711.23 |
| 7. | **Total** | **5,027** | **$38,402,638.65** |

## IV. REMEDIATION PROGRAM

The remediation program is nearing completion and is expected to close in 2018. A total of 44 properties remain open in the program. Table 3 provides a summary of the open properties.

| **Table 3. Open Remediation Program Properties (As of 3/19/2018)** |
|---|---|---|
| **Row** | **Remediation Settlement Option** | **# of Properties** |
| 1. | Option 1 - Program Contractor Remediation | 2 |
| 2. | Option 2 - Self-Remediation | 41 |
| 3. | Option 3 - Cash-Out | 1 |
| 4. | Option Not Selected | 0 |
| 5. | **Total** | **44** |

## V. CONCLUSION

The Settlement Administrator offers this Report to ensure that the Court is informed of the status of the Program to date. If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

    Respectfully submitted,

    __/s/ Jacob Woody_____
    Lynn Greer, Esquire (Va. Bar No. 29211)
    Jacob S. Woody, Esquire (Va. Bar No. 77485)
    BrownGreer, PLC
    250 Rocketts Way
    Richmond, VA 23231
    Telephone: (804) 521-7200
    Facsimile: (804) 521-7299
    lgreer@browngreer.com
    jswoody@browngreer.com

    *Settlement Administrator for the Chinese Drywall Settlement Program*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above pleading will be served on by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March 2018.

    /s/Jacob Woody
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*