## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | MDL NO. 2047<br><br>SECTION "L", MAG. "2"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES the movant Lori Cantrell, through the undersigned counsel of record, who respectfully requests this Honorable Court substitute her for her deceased mother Loretta H. Cantrell, and on suggesting that the movant is familiar with her mother's Chinese drywall claims, the proceedings before this Court, and is in possession of decedent's affected property located at 2805 Campagna Drive, Chalmette, LA 70043, all as more fully set forth in the attached Declaration. (Exhibit "A", Declaration of Lori Cantrell). Additionally, movant notes that no succession has been commenced for the decedent. Moreover, the movant respectfully requests that the Court accept her signature on the Supplemental Plaintiff Profile Form.

The undersigned counsel certifies that he contacted Defendants' Liaison Counsel and Plaintiffs' Liaison Counsel prior to filing this motion and there is no opposition to the filing of this motion.

WHEREFORE, the movant Lori Cantrell prays this Honorable Court substitute her for her deceased mother Loretta H. Cantrell, permit her to continue to pursue her mother's Chinese drywall claims and accept her signature on the Supplemental Plaintiff Profile Form in lieu of her deceased mother Loretta Cantrell.

1

Respectfully submitted,

THORNHILL LAW FIRM, A PLC
Tommy W. Thornhill (La. Bar No. 12776)
1308 Ninth Street
Slidell, Louisiana 70458
Telephone: (985) 641-5010
Facsimile: (985) 641-5011
tom@thornhilllawfirm.com

AND

FAYARD & HONEYCUTT, APLC
D. Blayne Honeycutt (La. Bar No. 18264)
519 Florida Ave. SW
Denham Springs, LA 70726
Phone: (225) 664-4193
Facsimile: (225) 664-6925
dbhoneycutt@fayardlaw.com

AND

*/s/ N. Frank Elliot III*_____
N. Frank Elliot III, # 23054
N. FRANK ELLIOT III, LLC
P.O. Box 3065
Lake Charles, LA 70602
Telephone: (337) 309-6999
Facsimile: (337) 439-2545
frank@nfelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20th, 2018, I electronically filed the foregoing Motion to Substitute with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ N. Frank Elliot III*_____
N. Frank Elliot III, # 23054