UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | MDL NO. 2047<br><br>SECTION "L", MAG. "2"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### DECLARATION OF LORI CANTRELL

I, Lori Cantrell, do appear and declare pursuant to 28 U.S.C. § 1746(2), as follows:

1. I am of full age of majority and am domiciled in the State of Louisiana;

2. I have never been convicted of a felony and I am of sound mind;

3. My mother is Loretta H. Cantrell and I have advised her attorneys that she is deceased;

4. My mother was a class member in this action, and she is part of the *Amorin* class;

5. She owned the affected property with municipal address 2805 Campagna Drive, Chalmette, LA 70043;

6. I understand that my mother's Claimant ID No. is 101555 and that her Affected Property ID No. is 2994;

7. I have knowledge of the Chinese drywall contained in my mother's home located at 2805 Campagna Drive, Chalmette, LA 70043;

8. Prior to my mother's death, I assisted her in filling out forms, including her Plaintiff Profile Form, and aided her in providing counsel with requested documentation;

9. Additionally, prior to her death, I cared for my mother and handled her affairs, including assisting in paying her bills;

10. I am currently in possession of her home located at 2805 Campagna Drive, Chalmette, LA 70043;

11. Her succession has not been filed at this time;

12. I respectfully request that the Court permit me to be substituted for my mother and to be allowed to continue to pursue her claims for her property located at 2805 Campagna Drive, Chalmette, LA 70043 and for her estate;

13. I have agreed to continue to be represented by my mother's counsel in this matter and to pursue her claims to the best of my ability;

14. Counsel has provided me with a copy of PTO 11A and of the Supplemental Plaintiff Profile Form which I have completed;

15. I respectfully request that the Court accept my signature on the Supplemental Plaintiff Profile Form; and

16. I agree to inform my counsel of the status of my mother's succession, so that the Court may be informed of any relevant developments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of March 2018, Chalmette, Louisiana.

_____
LORI CANTRELL

**Exhibit "A"**