**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION "L", MAG. "2"** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| *ALL ACTIONS* | |
| | **MAG. JUDGE WILKINSON** |

## ORDER

Considering the Movant's Motion to Substitute Party Plaintiff,

**IT IS HEREBY ORDERED** that the Movant Lori Cantrell's Motion to Substitute Party

Plaintiff is granted and that she be substituted in place of her deceased mother Loretta Cantrell in

this action.

**IT IS FURTHER ORDERED** that the Movant Lori Cantrell is authorized to sign the

Supplemental Plaintiff Profile Form as mandated by PTO 11A.

Thus done and signed New Orleans, Louisiana this _____ day of _____, 2018.


_____
**THE HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**