UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Leave to Exceed Page Limitation and to File Plaintiffs' Lead and Liaison Counsels' Memorandum of Law in Opposition to Primary Counsel's Motion for Certification of Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b), Or In the Alternative, Entry of Final Judgment Under Rule 54(b);

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the attached Plaintiffs' Lead and Liaison Counsels' Memorandum of Law in Opposition to Primary Counsel's Motion for Certification of Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b), Or In the Alternative, Entry of Final Judgment Under Rule 54(b) be and is hereby filed into the record herein.

New Orleans, Louisiana, this 19th day of _____March_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge