**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL  *  | |
| PRODUCTS LIABILITY LITIGATION  * | |
| * | CIVIL ACTION |
| * | |
| * | MDL NO. 2047 |
| * | |
| * | SECTION L (5) |
| *THIS DOCUMENT RELATES TO:*  * | |
| ALL *AMORIN* FLORIDA CASES  * | |
|     FLS  / 11-cv-22408  * | |
|     LAE / 11-cv-1672 | |

**SUPPLEMENTAL ORDER**

On March 12, 2018, the Court issued its Suggestion of Remand, Opinion and Order, recommending the remand of certain Florida cases in the above-captioned multidistrict litigation. Rec. Doc. 21242.  This Order supplements the March 12, 2018 opinion with Appendices B and C.

This Court initially provided the Judicial Panel on Multidistrict Litigation with Appendix A to the March 12, 2018 opinion, which listed the individual claims in *Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Class Action Case No. 11-cv-22408 (S.D. Fla.).  Here, Appendix B is that *Amorin* class action complaint, which was originally filed in the Southern District of Florida.  Appendix C is a copy of the Panel's conditional transfer order, which transferred said Florida *Amorin* case to this Court on July 19, 2011.  Based on the reasons noted in the Court's Suggestion of Remand, Opinion and Order, accordingly,

**IT IS FURTHER SUGGESTED** that *Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, 11-cv-22408 (S.D. Fla.), be remanded to the Southern District of Florida.

New Orleans, Louisiana, this 20th day of March, 2018.

                                                                               **ELDON E. FALLON**
                                                                               United States District Judge