Case 2:09-md-02047-EEF-MBN Document 21357-2 Filed 03/20/18 Page 1 of 2
Case 2:11-cv-02016-EEF-JCW Document 6 Filed 07/27/11 Page 1 of 2
Case MDL No. 2047 Document 352 Filed 07/19/11 Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUL 19 AM 9:49

LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2047

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-22)

On June 15, 2009, the Panel transferred 9 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 626 F.Supp.2d 1346 (J.P.M.L. 2009). Since that time, 150 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E Fallon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 19, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___Fee _____
___Process_____
_x_Dktd _____
___CtRmDep_____
___Doc. No._____

Case 2:09-md-02047-EEF-MBN Document 21252-2 Filed 03/20/18 Page 2 of 2
Case 2:11-cv-02457-EEF-JCW Document 3 Filed 02/17/12 Page 2 of 2
Case MDL No. 2047 Document 352 Filed 07/19/11 Page 2 of 2

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2047

### SCHEDULE CTO-22 – TAG-ALONG ACTIONS

EDLA
SEC L/2

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|------|------|---------|--------------|---|
| **FLORIDA SOUTHERN** | | | | |
| FLS | 1 | 11-22408 | Amorin et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. | 11-1672 |
| **VIRGINIA EASTERN** | | | | |
| VAE | 2 | 11-00377 | Amorin et al v. Taishan Gypsum Co., LTD. et al | 11-1673 |