**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION "L", MAG. "2"** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| *LORETTA CANTRELL* | |
| | **MAG. JUDGE WILKINSON** |

## ORDER

Considering the Movant's Motion to Substitute Party Plaintiff,

**IT IS HEREBY ORDERED** that the Movant Lori Cantrell's Motion to Substitute Party Plaintiff is granted and that she be substituted in place of her deceased mother Loretta Cantrell in this action.

**IT IS FURTHER ORDERED** that the Movant Lori Cantrell is authorized to sign the Supplemental Plaintiff Profile Form as mandated by PTO 11A.

Thus done and signed New Orleans, Louisiana this 20th day of March, 2018.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

1