UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR ENTRY OF PRE-TRIAL ORDER
(Re:   Access to PSC's Knauf Trial Package)**

MAY IT PLEASE THE COURT:

Plaintiff's counsel from Alabama, James V. Doyle, Jr., has made a request to the Plaintiffs' Steering Committee ("PSC") for a "Knauf" Trial Package.  The PSC has accumulated materials and prepared a Trial Package containing the appropriate discovery and trial materials specifically relating to the Knauf Defendants, and is willing to provide same to Mr. Doyle and any other counsel in this MDL that agree to the terms of conditions set forth herein pertaining to access to the PSC Trial Package.  The Knauf Trial Package will enable recipients to review documents produced by the Knauf Defendants and other third parties, will enable access to and the ability to review the work-product of the PSC, including depositions and exhibits, and will contain a number of pleadings and filings made in MDL 2047.  A copy of the index of the Knauf Trial Package is attached hereto as Exhibit "A" and is being filed UNDER SEAL.  Many of the documents and materials contained in the Knauf Trial Package have been deemed confidential pursuant to Pre-Trial order No. 16 and some of the documents and materials within the Trial Package may contain privileged and/or work product and/or confidential information.   In contemplation of requests for

1

a Trial Package, the PSC suggests that a Pre-Trial order be entered outlining the proper procedure for plaintiff counsel to request a Trial Package from the PSC. A proposed Pre-Trial Order is attached. Access to the Knauf Trial Package should only be made to Plaintiffs' Counsel approved by the PSC and should not be made accessible to any counsel for Defendants.

On January 31, 2018, the Court issued an Order and Reasons Setting Common Benefit Fees [Rec. Doc. 21168]. The Order established a split of 52% to common benefit counsel and 48% to contract counsel. In accordance with the directives set forth in Pre-Trial Order No. 28, as amended, on July 9, 2014, the PSC filed a Motion for Additional Common Benefit Assessments Pursuant to Pretrial No. 28 [Rec. Doc. 17831]. That motion addressed particular cases, including those of Mr. Doyle, that should be subject to an assessment.[1] The PSC submits that an appropriate assessment should be entered by the Court, along with the proposed protocol for obtaining the PSC's work-product and trial package, which is the subject of the instant motion.

                                  Respectfully submitted,

Dated: March 21, 2018                  By: /s/ Leonard A. Davis
                                         Russ M. Herman, Esquire (Bar No. 6819)
                                         Leonard A. Davis, Esquire (Bar No. 14190)
                                         Stephen J. Herman, Esquire (Bar No. 23129)
                                         HERMAN, HERMAN & KATZ, L.L.C.
                                         820 O'Keefe Avenue
                                         New Orleans, LA 70113
                                         Phone: (504) 581-4892
                                         Fax: (504) 561-6024
                                         Ldavis@hhklawfirm.com
                                         *Plaintiffs' Liaison Counsel in MDL 2047*

---

[1] On February 14, 2018, the PSC filed a Supplemental Memorandum in support of its Motion for Additional Common Benefit Assessments, Filed Pursuant to Pretrial Order No. 28 (Rec. Doc. 21182). *See also* Rec. Doc. 21183], Plaintiffs' Lead and Liaison Counsel's Clarification Regarding Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Order No. 28, and Rec. Doc. 21213, Motion to Amend and Correct Footnote 15, filed February 27, 2018. By Order dated March 16, 2018, this Court set the matter for submission on March 28, 2018 (Rec. Doc. 21186).

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel,
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste. 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
pmontoya@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd., Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880/Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ   07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W. Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 21st day of March, 2018.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-Counsel for Plaintiffs*