**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**EXHIBIT "A" TO**

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR ENTRY OF PRE-TRIAL ORDER**
**(Re:   Access to PSC's Knauf Trial Package)**

# FILED UNDER SEAL