UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

# O R D E R

Considering the Motion for Leave to File Exhibit Under Seal filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibit "A" attached to the Plaintiffs' Steering Committee's Motion for Entry of Pre-Trial Order (Re: Access to PSC's Knauf Trial Package) [Rec. Doc. 21257] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge