UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION
## AND TO FILE EXHIBIT UNDER SEAL

NOW COME Plaintiffs' Lead and Liaison Counsel who submit that the Memorandum in Support of their Motion Addressing Suggestion of Remand's Reference to The Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit ("Memorandum in Support") exceeds the page limitation allowed by the Federal Rules. Accordingly, movers request leave to exceed the page limitation and allow the filing of the attached Memorandum in Support into the record herein.

Further, Exhibit "C" attached to movers' Memorandum in Support contains confidential information. Accordingly, movants request that Exhibit "C" attached to the Memorandum in Support be filed UNDER SEAL. This document reflects time and expenses incurred by plaintiffs' counsel which, pursuant to PTO 9, General Standard (3), should be "considered as if submitted under seal," and prohibited from disclosure to any Defendants under any circumstance. However, upon request by interested plaintiffs' counsel to Plaintiffs' Lead or

Liaison Counsel they may be released to those interested plaintiffs' counsel who would be subject to the Court's holdback order.

WHEREFORE, movants pray that this motion be GRANTED, that they be allowed to exceed page limitation and that the Memorandum in Support of their Motion Addressing Suggestion of Remand's Reference to The Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit be filed into the record; and further, that Exhibit "C" attached to Memorandum in Support of Plaintiffs' Lead and Liaison Counsel's Motion Addressing Suggestion of Remand's Reference to The Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit be filed UNDER SEAL.

Dated: March 22, 2018

Respectfully Submitted,

By: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*

        Arnold Levin (on the brief)
        Fred S. Longer (on the brief)
        Sandra L. Duggan (on the brief)
        Keith Verrier (on the brief)
        Nicola F. Serianni (on the brief)
        Levin Sedran & Berman LLP
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 22nd day of March, 2018.

        /s/ Leonard A. Davis
        Leonard A. Davis
        HERMAN, HERMAN & KATZ, LLC
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com
        Plaintiffs' Liaison Counsel
        MDL 2047

        *Co-Counsel for Plaintiffs*