UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to Exceed Page Limitation and to File Exhibit Under Seal filed by Plaintiffs' Lead and Liaison Counsel;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Lead and Liaison Counsel's Motion Addressing Suggestion of Remand's Reference to The Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit be filed in its entirety (including Memorandum in Support and all exhibits).

IT IS FURTHER ORDERED BY THE COURT that Exhibit "C" attached to the Memorandum in Support of Plaintiffs' Lead and Liaison Counsel's Motion Addressing Suggestion of Remand's Reference to The Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge