# EXHIBIT A

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances (January 2014 – March 2018)

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 02/20/2014 | 17456 | Monthly Status Conference |
| 03/13/2014 | 17516 | Monthly Status Conference |
| 03/19/2014 | 17545 | Motion Hearing re 17507 Motion to Enforce Settlement Agreement and Immediately Release RCR Units at the Villa Lago at Renaissance Commons for Remediation filed by Knauf Defendants. Defendant's motion for enforcement of the settlement agreement is denied as moot. |
| 04/17/2014 | 17619 | Monthly Status Conference |
| 04/17/2014 | 17620 | Motion Hearing re 17460 Motion for an Order Granting Incentive Awards; 17586 Motion for an Order of Court Concerning Late Filed Claim of Catholic Charities Archdiocese of New Orleans; 17573 Motion to Extend Other Loss Fund Claim Submission Deadline; 17502 Motion to be Admitted into Settlement Class by Claimant Vista Royale Association, Inc.; 17588 Motion for Extension of Time to File Late Claims into the Global Banner InEx Settlement; 17551 Motion to Extend Other Loss Fund Claim Submission Deadline for Claimants Diana Pohner and Barry Labell; 17572 Motion to Extend Bodily Injury Claim Submission Deadline.  All motions were granted. |
| 05/20/2014 | 17702 | Monthly Status Conference |
| 05/20/2014 | 17704 | Motion Hearing re 17595 Motion To Construe Settlement Agreement – taken under submission; 17632 Motion to Dismiss Claims With Prejudice Against Coastal Construction of South Florida, Inc. - granted; 17633 Motion to Dismiss Claims With Prejudice Against Coastal Construction of South Florida, Inc. - granted; 17640 Motion for Rule to Show Cause Why the Lafarge Entities Should Not Be Dismissed - granted; 17642 Motion to Compel the Knauf Defendants Cash-Out Option Payment – not argument, to be reset at a later date, if necessary. |
| 06/17/2014 | 17765 | Monthly Status Conference |
| 06/17/2014 | 17766 | Motion Hearing re 17723 Motion to Preclude Disposal of Physical Evidence - Court's written reasons to follow; 17730 Motion to Prohibit Disposal of Evidence by the Knauf Defendants - Court's written reasons to follow; 17714 Motion to Compel Knauf to Pay His Self-Remediation Claim in Full Per Settlement Agreement - granted in part and denied in part; and 17676 Motion for Extension of Deadlines to File a Claim Motion for Leave to File Late Claim Motion for Extension of Time to File Documents - granted. |
| 07/17/2014 | 17865 | Monthly Status Conference |
| 07/17/2014 | 17867 | Motion hearing re Plaintiffs Peter Thriffiley and Jeannette Thriffiely's Motion 17834 for Authority to File Claim and on the Pro Se Curator, Robert Johnston's 17837 Motion regarding late Knauf Claims. These 2 motions were continued without date. Defendant Banner Supply Company Pompano LLC's 17744 Motion to Enforce Injunction Regarding Claims Brought by Plaintiff, Ralph Mangiarelli, Jr. was granted as unopposed. |
| 07/17/2014 | 17868 | Motion Hearing re 17846 Motion to Withdraw Hogan Lovells US, LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorney for defendant Taishan and 17858 Motion to Withdraw law |

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances (January 2014 – March 2018)

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| | | firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorney as to Taishan defednants. These 2 motions were continued without date. Plaintiffs' 17760 Motion to Examine Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd. as a Judgment Debtor - granted with written reasons to follow. |
| 08/13/2014 | 17954 | The Court conducted an informal status conference in the two cases listed below, following the Drywall Monthly Status Conference. The parties discussed the status of the case and requested their motion for a scheduling conference. It is ordered that a telephone status conference will be held in these two cases on September 9, 2014, at 2:30 p.m. The Court will discuss a scheduling order at that time. (Reference: 13-6652 & 13-6653) |
| 08/13/2014 | 17955 | Monthly Status Conference |
| 08/13/2014 | 17956 | Motion hearing re 17846 Motion to Withdraw Hogan Lovells US, LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorney and 17858 Motion to Withdraw law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorney filed by Defendants. Motions were submitted, Counsel to file additional briefs. 17897 Motion to Enforce Injunction Regarding State Court Claims Brought by Putative Class Representative Ralph Mangiarelli Jr. filed by Defendants - Motion was Taken under Advisement. 17920 Motion for Contempt as to Chairmen Jia Tongchun and Peng Shiliang of Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. filed by Plaintiffs - Motion was Taken under Advisement.  17924 Joint Motion for Scheduling Conference - granted. |
| 08/13/2014 | 17977 | Status Conference regarding the Plaintiffs Raymond P. Farley and Amelia J. Farley's case. It is ordered that Taylor Morrison remediate the Farleys' home as soon as feasible. As explained previously, the Court does not find that the Farleys are entitled to the lump sum payment from Taylor Morrison. However, the Court is explicitly reserving the Farleys' right to, at a later date, make claims against the manufacturer of their drywall for the additional losses that they have incurred. |
| 09/09/2014 | 18001 | Telephone Status Conference |
| 09/18/2014 | 18017 | Monthly Status Conference. Motion Hearing re 17883 Motion to Certify Class filed by Plaintiffs. Motion was taken under advisement. |
| 10/17/2014 | 18064 | Telephone Status Conference was held on 10/17/2014. It is ordered that the parties shall submit any discovery stipulation at least three days prior to the telephone status conference. |
| 10/21/2014 | 18070 | Monthly Status Conference |
| 10/21/2014 | 18071 | Motion Hearing re 17981 Motion for Reconsideration of Order Denying Injunction for Claims Brought by Plaintiff Ralph Mangiarelli, Jr. filed by Defendant. After argument, motion was taken under submission. Plaintiffs Phillip and Clarine Allen's Notice of Appeal from Special Master's decision in their case |

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances (January 2014 – March 2018)

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| | | governed by the Virginia Settlements was also heard. After argument, the appeal was dismissed for the reasons orally stated on the record. |
| 11/13/2014 | 18127 | Telephone Status Conference. It is ordered that Plaintiffs' counsel, Stephen Mullins, show cause in writing to the Court as to why he failed to attend the scheduled status conference. |
| 11/25/2014 | 18160 | Monthly Status Conference |
| 11/25/2014 | 18161 | Motion hearings. 1. Motion or Authority to File Claim in Knauf Class Settlement Program by Plaintiffs Peter S. Thriffiley, Jeannette N. Thriffiley 17834; 2. Motion of Pro Se Curator Robert Johnston for Pro Se Plaintiffs Regarding Late Knauf Claims 17837; 3. Motion of Plaintiff Whitney Bank for Authority to File Claim 18085; 4. Amended Motion for Extension of Deadlines and/or To Allow Late Filing by Claimant Lorenzo Alvarez 18094 - There was no oral argument on the above four motions.  They will be Taken under Advisement and Court's ruling on these Motions is forthcoming; 5. Motion of the Knauf Defendants for an Order Extinguishing Knauf Defendants' Settlement Obligations for Certain Claims 18046; 6. Motion of the Knauf Defendants to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims 18066 - After argument, these two Motions were granted. Court's Order to follow; 7. Motion for Reconsideration of Special Master's Decision by Defendant Preservation Alliance of New Orleans, Inc. 18087 - After argument Motion was taken under advisement. 8. Motion for Approval of Plan of Distribution by Settlement Class Counsel 18150 - After argument Motion was granted; 9. Trout Creek Property's unopposed motion to dismiss the party from this litigation 18052 - Motion was unopposed.  Order to be entered. |
| 12/17/2014 | 18212 | Monthly Status Conference |
| 12/17/2014 | 18214 | Motion Hearing re 18086 Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) and Request for Approval of Supplemental Notice filed by Plaintiffs' and on the 18081 Motion Inspection Costs and Hold Back Motion Pursuant to Pretrial Order No. 28(E) by the Fee Committee filed by the Fee Committee. After argument, the Inspection Costs and Hold Back was granted and the Request for Approval of Supplemental Notice was granted and the remaining portion of the motion was continued. |
| 01/22/2015 | 18274 | Monthly Status Conference |
| 02/12/2015 | 18330 | Monthly Status Conference |
| 02/12/2015 | 18331 | Motion Hearing re 18086 Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) and Request for Approval of Supplemental Notice filed by Plaintiffs was set for this date. Attorney Aaron Block appeared on behalf of defendant BNBM and it's entities. Matter is continued until 3/17/2015 at 9:00 AM before Judge Eldon E. Fallon. BNBM, and any other party that wishes to respond to the Motion for Assessment of Damages, must file said responses by March 9, 2015. |

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances (January 2014 – March 2018)

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 02/25/2015 | 18395 | Motion Hearing re 18292 Motion to Dismiss for Lack of Jurisdiction filed by Defendants Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc., and 18089 Motion to Dismiss for Lack of Jurisdiction filed by 3rd-Party Defendants Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc. After argument both motions were taken under submission. |
| 03/17/2015 | 18493 | Motion Hearing re 18367 Motion to Preclude Taishan or Any of its Affiliates from Participating in Proceedings Involving Plaintiffs' Motion for Assessment of Class Damages Unless and Until Taishan Purges Itself of Contempt and Request to Reinstate Judgment Debtor Exam filed by Plaintiffs' Steering Committee. After reviewing the parties' memoranda, reviewing the applicable law, and hearing oral argument from all parties, the Court took the motion to preclude under advisement, subject to the conditions ordered by the Court as set forth in document. |
| 03/26/2015 | 18551 | Motion hearing. 17846 Motion to Withdraw Hogan Lovells US, LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorney filed by Defendant Defendant Taishan Gypsum Co. Ltd. - granted; 17858 Motion to Withdraw law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorney filed by Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co. Ltd. - granted; 18446 Motion of The Knauf Defendants, to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims - granted and 18263 Motion to Amend Complaint by Interlineation filed by Plaintiffs - granted with written reasons to follow. |
| 03/26/2015 | 18559 | Monthly Status Conference |
| 04/07/2015 | 18688 | Telephone Status Conference. Ordered that the PSC's 18596 motion to compel is denied as moot. Further ordered that Taishan's 18598 motion to compel is granted in part and denied in part. Further ordered that the PSC's 18597 objection to Ronald Wright's deposition is denied as moot. |
| 04/17/2015 | 18718 | Motion Hearing re Motion to Strike Hogan Lovells' Designation of Documents as Highly Confidential by Plaintiffs' Steering Committee 18530, After argument - Motion was taken under advisement. Defendants have five days to file a response to the motion and Plaintiffs will have two thereafter to respond to Defendants' brief; Motion of T. Rowe Price Group, Inc. to quash the subpoena and amended notice of oral and videotaped deposition 18554 Motion was deferred; Motion to Dismiss the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims by Knauf Defendants 18580 Motion was Granted with a written order to follow and Motion for Reconsideration of Order (18592) to serve defendant State-owned Assets Supervision and Administration Commission via mail to 28 U.S.C. § 1608(b)(3)(b) and/or through CNBM Group pursuant to F.R.C.P. 4(f)(3) 18594 - After argument Motion was Granted as to the alternate service through CNBM and otherwise denied. Court's order as to the alternate service to follow. |
| 04/17/2015 | 18722 | Status Conference |

4

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances (January 2014 – March 2018)

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 04/24/2015 | 18757 | Telephone Status Conference regarding issues of class discovery. 18609, 18680, 18681 The Court gave the parties cut-off dates for the June 9, 2015 damages hearing. Accordingly, it is ordered that any witness testifying at the June 9, 2015 hearing may be deposed no later than fourteen days prior to June 9, 2015. |
| 04/30/2015 | 18844 | Telephone Status Conference. The parties discussed the status of discovery relating to contempt and damages. |
| 05/07/2015 | 18925 | Telephone Status Conference. The PSC's 18768 Emergency Motion to Expedite Return on Discovery Requests and Shortened Time to Notice Depositions is denied without prejudice. Taishan's 18815 Motion for Protective Order Limiting Scope of 30(b)(6) Depositions and Memorandum in Support is denied without prejudice, as to the first portion and granted in part and denied in part as to the Second Portion. The PSC's 18818 Motion to Compel Expedited Responses to Outstanding Discovery is denied without prejudice. The PSC's 18831 Motion to Set Briefing Schedule is denied without prejudice. The PSC's Motion for complete and accurate English translations is granted in part and denied in part. The PSC's 18628 Emergency Motion to Compel Complete Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Forms from Beijing New Building Materials Public Limited Company and Beijing New Building Materials (Group) Co., Ltd. is denied without prejudice.  It is further ordered that the Court will not set any other future telephone status conferences relating to discovery matters. Rather, when a party files a discovery motion, any response must be filed no later than the next business day after the motion is filed. The Court will assess the motion on the day after responses are due and will conduct oral argument, if necessary, and if appropriately requested by the movant or nonmovant. |
| 05/20/2015 | 18980 | Motion Hearing re 18495 Motion to Enforce Injunction Regarding Claims Brought by Daniel and Shonna Blonsky Against Banner Supply Co. filed by Defendant Banner Supply Co. After argument - Motion was taken under advisement. 18962 Emergency Motion to Compel BrownGreer PLC's Production of Documents in Compliance with Court Order filed by Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. After argument - Motion was granted as stated on the record. 18957 Motion to Modify Scheduling Order by Defendant Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co., Ltd. filed by Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. After argument - Motion was taken under advisement. |
| 05/20/2015 | 18981 | Monthly Status Conference |
| 05/28/2015 | 19035 | Telephone Status Conference. Ordered that the participating parties shall submit to the Court an exhibit book three full business days prior to the June 9 hearing. Further ordered that the participating parties shall submit to the Court as soon as possible a copy of the deposition of each witness who will testify at the June 9 hearing. |
| 06/02/2015 | 19058 | Prior to the start of the 30(b)(6) deposition of Taishan in the Courtroom of Judge Eldon E. Fallon, the Court considered Taishan's motion for a protective order |

5

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances (January 2014 – March 2018)

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| | | 19013 limiting the scope of that deposition. As more fully stated on the record of the deposition, the Court denied the motion for a protective order. |
| 06/09/2015 | 19118 | Evidentiary Hearing re 18086 Motion of Plaintiff for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B). Matter taken under submission. |
| 06/23/2015 | 19208 | Monthly Status Conference |
| 06/23/2015 | 19209 | 1) Motion Hearing re 19054 Motion of the Knauf Defendants, to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims - after argument Motion was Granted with Court order to follow; 2) sealed motion of the Plaintiffs' Steering Committee, to Compel Taishan to Produce a Rule 30(b)(6) Witness - After argument - Denied in Part with Court's written reasons to follow' 3) Rule to Show Cause Why Taishan Gypsum and Devon International Industries, Inc., Should Not be Held in Default 19088, 18999 - After argument - granted as to Devon International Industries, Inc.; denied as to Taishan Gypsum - Counsel for Taishan Gypsum has been authorized to accept service of 3rd party complaint in this matter. |
| 06/29/2015 | 19242 | Telephone Status Conference re: 19004 Emergency Motion to Compel JP Morgan Chase & Co. and Morgan Stanley to comply with the PSCs discovery requests. With regards to the discovery sought from Morgan Stanley, the motion is denied as premature as set forth in document. Ordered that Morgan Stanley prepare a privilege log and submit any privileged documents to the Court under seal for the Courts review. With regards to the discovery sought from JP Morgan, It is ordered that JP Morgan set its pending Cross-Motion to Quash the May 18, 2015 Subpoena 19028 for submission on a mutually agreed upon date. Further ordered that the Court will hear oral arguments on the motion on its submission date and thereafter, rule on the motion with dispatch. |
| 07/02/2015 | 19255 | Telephone Status Conference. It is ordered that the Parties meet and confer to determine an appropriate date (or dates) on which the Court will hear CNBM Group's Motion to Dismiss for Lack of Subject Matter Jurisdiction (as well as the other motions subsumed within Rec. Doc. 19179). If the parties cannot come to an agreement on an appropriate date(s), the Court will set a hearing date. |
| 07/14/2015 | 19298 | Motion Hearing re 19023 Motion for Review of Special Master's Opinion and Decree regarding Oceanique Development Co.'s Already Remediated Home Claim Under the Knauf Settlement Agreement . After argument, motion was taken under submission. |
| 07/14/2015 | 19299 | Monthly Status Conference |
| 07/15/2015 | 19304 | Motion Hearing re 19004 Emergency Motion to Compel JP Morgan & Chase Co. and Morgan Stanley to Comply with the PSC's Discovery Requests filed by Plaintiffs' Steering Committee. |
| 07/16/2015 | 19315 | Meet and confer by telephone |
| 08/04/2015 | 19366 | Telephone Status Conference. It is ordered that the Court will hear oral argument on Taishan's 19296 Motion to Dismiss Ace Home Center's Third Party |

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances (January 2014 – March 2018)

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| | | Complaints for Failure to State a Claim on 8/7/2015 AM before Judge Eldon E. Fallon immediately following the monthly status conference. |
| 08/07/2015 | 19373 | Motion Hearing. Motion 19357 to Strike 19354 Sealed Affidavit of Russ M. Herman filed by Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. - granted; Motion 19271 of China National Building Materials Group Corporation, China National Building Materials Company, Ltd., China National Building Materials & Equipment Import & Export Corporation, CNBM (USA) Corporation, CNBM Forest Products (Canada) Ltd., China National Building Materials Investment Trading, and United Suntech, Inc., to Clarify the July 17, 2014 Contempt Order, 17869 or in the alternative, to Vacate the Order to the Extent it Purports to Apply to Said Defendants - denied with Court's written reasons to follow; and 19296 Motion of Taishan Gypsum Co., Ltd., to Dismiss Ace Home Center, Inc.'s First Amended 3rd Party Complaint for Failure to State a Claim - after argument, motion was taken under advisement. |
| 08/07/2015 | 19386 | Monthly Status Conference |
| 08/31/2015 | 19432 | Telephone Status Conference |
| 09/04/2015 | 19444 | Telephone Status Conference regarding the PSC's recent motion to compel |
| 09/18/2015 | 19526 | Telephone Status Conference. Ordered that the Evidentiary Hearing is set for 11/10/2015 09:00 AM before Judge Eldon E. Fallon. Further ordered that Counsel for Taishan instruct its client to refrain from changing, deleting or modifying any aspect of the computer or its hard-drive. Ordered that the opposition memorandum is due on or before November 24, 2015 and any reply memorandum is due on or before December 3, 2015. |
| 09/24/2015 | 19547 | Status Conference. It is ordered that JP Morgan produce a 30(b)(6) witness within two weeks of this order to answer questions (i) regarding its efforts to comply with the Courts July 17, 2015 order and (ii) providing context and background for the materials already produced. |
| 09/30/2015 | 19566 | Telephone Status Conference. It is ordered that Counsel for Plaintiffs show cause by letter to the Court explaining why they should not be held in contempt for not participating in this conference. |
| 10/06/2015 | 19578 | Motion Hearing re 19542 China National Building Materials Group Corporation's Motion for Reconsideration re 19526 . After argument motion was taken under submission. |
| 10/07/2015 | 19579 | Monthly Status Conference |
| 10/07/2015 | 19580 | Motion Hearing re Motion of Plaintiff, Victor Zheltkov, for Reconsideration of Special Master Daniel Balhoff's Opinion and Decree 19295, Claimant Samuel Perone's Objections to Special Master's Determination Denying Claimant's Global, Banner, In-Ex Repair and Relocation Expenses Claim 19345 and 19360 Claimant Rose Brandolino's Objections to Special Master's Determination Denying Claimant's Global, Banner, In-Ex Repair and Relocation Expenses Claim. After argument, all three motions were taken under submission. |

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances (January 2014 – March 2018)

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 10/13/2015 | 19608 | Telephone Status Conference. It is ordered that Taishan will forthwith deliver the material from the computers at issue on a rotating basis. Production shall commence no later than October 16, 2015, and all non-privileged data shall be delivered by October 21, 2015. It is further ordered that Taishan shall compile a log of all the files which Taishan considers privileged, and file the privilege log with the Court under seal. The Court will promptly evaluate the claims of privilege. It is further ordered that a telephone status conference regarding the aforementioned issues will be held at 3:30 p.m. on Wednesday, October 21, 2015. |
| 10/21/2015 | 19629 | Telephone Status Conference. It is ordered that the Parties meet and confer within the next 24 hours to discuss the issues discussed at the conference, including the determination of an appropriate date for the deposition of Mr. Wenglong Peng. It is further ordered that the Parties reach out to the Court immediately following their meeting to inform the Court as to whether any or all of the issues have been resolved. |
| 10/21/2015 | 19635 | Telephone Status Conference. The parties discussed the status of the document production related to Mr. Wenglong Peng's computer files as well as the attending privilege log. These issues are detailed further in the attached emails. Ordered that the Parties meet and confer within the next 24 hours to discuss the issues discussed at the conference and described in the attached emails. Further ordered that after the Parties meet and confer, the Parties may reach out to the Court at 3:00 p.m. CT if they need Court intervention to resolve any outstanding issues. |
| 10/30/2015 | 19673 | Telephone Status Conference. It is ordered that the Evidentiary Hearing set for 11/10/15 is continued until 11/17/2015 at 9:00 AM before Judge Eldon E. Fallon. |
| 11/03/2015 | 19686 | Telephone Status Conference. It is ordered that the deposition of Mr. Peng is to begin on Thursday, November 12, 2015 at 7:30 a.m. It is further ordered that the November 17th Evidentiary Hearing will begin on Tuesday, November 17, 2015 at 10:30 a.m. and continue until at least 8:30 p.m. If, at the end of the second day, it is determined that an additional day is necessary, the Evidentiary Hearing will continue on Wednesday, November 18, 2015 at 7:00 a.m. It is further ordered that the November Monthly Status Conference will be held on Monday, November 16, 2015 at 2:00 p.m. It is further ordered that oral argument on (1) Knauf's Motion for Reconsideration 19428, (2) Rule to Show Cause regarding Roger Elliott's motion to release settlement funds from the court registry, 19584 and (3) any preliminary motions related to the November 17, 2015 Evidentiary Hearing will be heard before the Honorable Eldon E. Fallon immediately following the November Monthly Status Conference. |
| 11/09/2015 | 19710 | Motion Hearing re 19669 MOTION for Protective Order and Motion to Tax Costs 19671 filed by Morgan Stanley. Motion was granted in Part and denied as premature in Part for the Reasons Orally stated on the record. |
| 11/10/2015 | 19717 | Telephone Status Conference. It is ordered that the Defendants' Response to the Motion is due on or before November 16, 2015 and the Court will take this matter under advisement and issue an opinion shortly thereafter. |

8

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances (January 2014 – March 2018)

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 11/16/2015 | 19753 | Rule to Show Cause regarding Second Motion to Deposit Settlement Funds into Court's Registry regarding Roger and Allison Elliott 19584 - Satisfied with the Court's written reasons to follow. 19428 Motion of Knauf Defendants, to Reconsider Order regarding Oceanique's Motion for Court Review of the Special Master's Opinion 19413 - Motion granted. An Evidentiary Hearing regarding this matter is to be held following the next Monthly Status Conference, on December 7, 2015 at 2:00pm. |
| 11/16/2015 | 19758 | Monthly Status Conference |
| 11/17/2015 | 19752 | Evidentiary (Spoliation) Hearing |
| 11/23/2015 | 19793 | Telephone Status Conference. It is ordered that closing statements with regard to the November 17th Taishan Evidentiary Hearing will heard on Tuesday, December 15, 2015 at 10:00 a.m. CT in the Courtroom of the Honorable Eldon E. Fallon. It is further ordered that each side will have no more than one hour for its closing statement and no more than twenty minutes for its rebuttal. It is further ordered that the order of the arguments is as followed: the PSC will begin; Taishan will then respond; the PSC will then have an opportunity to rebut Taishan; and, finally, Taishan will have an opportunity to offer a sur-rebuttal. |
| 12/07/2015 | 19890 | Evidentiary Hearing regarding Knauf Defendants' Motion to Reconsider Order regarding Oceanique's Motion for Court Review of the Special Master's Opinion. |
| 12/07/2015 | 19893 | Monthly Status Conference |
| 12/08/2015 | 19891 | Motion Hearing re 19527 Motion for Leave to File Amended Motion to Dismiss filed by Defendants China New Building Materials Group (CNBM Group), China New Building Materials Co, (CNBM Co.), CNBMIT Co. Ltd., CNBM USA Corp. and United Suntech Craft, Inc. Motion was taken under advisement after oral argument was heard. The 19885 Motion to Sanction Defendants filed by Plaintiffs' Steering Committee was stricken from the record. |
| 12/15/2015 | 19910 | Spoliation Hearing. Closing arguments were made and matter was taken under advisement. |
| 12/16/2015 | 19914 | Evidentiary Hearing regarding Rebecca Hohne's home rediation by Moss. Exhibits were offered and admitted, witnesses were sworn and testified. Matter was taken under advisement. |
| 01/14/2016 | 19976 | Objections 19786 of Plaintiff Jody Ferchaud, to Special Master's Opinion and Decree were heard on 1/14/2016. Matter was taken under advisement. |
| 01/14/2016 | 19977 | Monthly Status Conference |
| 01/27/2016 | 20011 | Telephone Status Conference. It is ordered that the Court orders contained in 19959 are hereby stayed until Friday, February 5, 2016 at 1:30 p.m. at which time the Court will conduct a telephone status conference to determine whether the parties were able to come to an amicable resolution regarding the aforementioned orders. |
| 02/17/2016 | 20064 | Motion Hearing re 19666 Motion to Compel Settlement Administrator to Disburse GBI Funds to Fernando Cerna - Special Master Dan Balhoff is to review matter and submit a report to the Court at which time the matter will be |

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances (January 2014 – March 2018)

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| | | revisited. 19832 Motion for Reconsideration of Order Denying Samuel Perone's GBI Claim - Motion is taken under advisement. 19948 Motion for Extension of Deadlines to Submit Late Filed Foreclosure Claim by Plaintiffs Gary and Patricia Lustberg - Granted. |
| 02/17/2016 | 20092 | Monthly Status Conference |
| 02/18/2016 | 20087 | Motion Hearing re Amended Motion 19527 of Defendants China New Buildings Materials Group, China New Building Materials Co., CNBMIT Co. Ltd, CNBM USA Corp. and United Suntech Craft, Inc., to Dismiss Complaints Pursuant to Rules 12(B)(1), 12(B)(2), 12(B)(4) and 12(B)(5); 19646 Motion to Dismiss Complaints Pursuant to Rules 12(B)(2) and 12(B)(5) filed by Defendant Beijing New Building Materials Public Limited Company; 19663 Motion to Dismiss Petition Pursuant to Rule 12(b)(2), Rule 12(b)(5) and Rule 12(b)(6) filed by Defendants Beijing New Building Materials Public Limited Company and BeijingNew Building Material (Group) Co., Ltd. and 19664 Motion to Dismiss the cases against it for lack of personal jurisdiction and failure of service pursuant to Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure filed by Defendant Beijing New Building Material (Group) Co., Ltd. After argument, all motions were taken under submission. |
| 02/23/2016 | 20101 | Telephone Status Conference. Ordered that 19911 Motion to Stay Ace Home Center, Inc.'s Motion to Stay is granted. However, notwithstanding the stay, it is further ordered that the parties may proceed with depositions of the Plaintiffs and, if necessary, an inspection of the Plaintiff property. This Order recognizes that this is a unique case with a unique procedural posture in that there are claims in two cases involving many of the same parties and the same issues. |
| 03/22/2016 | 20181 | Monthly Status Conference |
| 04/26/2016 | 20224 | Status Conference |
| 05/05/2016 | 20242 | Motion Hearing. The Court heard from the parties in the above noted filings and will take all matters under submission. |
| 05/25/2016 | 20281 | Status Conference as to 20247 MOTION to Vacate. Motion is continued and reset for the next monthly status conference which is set for June 29, 2016 at 9:00am. |
| 05/25/2016 | 20285 | Monthly Status Conference |
| 06/29/2016 | 20359 | Monthly Status Conference |
| 07/27/2016 | 20427 | Monthly Status Conference |
| 08/25/2016 | 20465 | Monthly Status Conference |
| 09/29/2016 | 20509 | Motion Hearing re 20450 Labb Investments' Motion for Reconsideration of Special Master's Opinion and Decree. After oral argument was heard, the Opinion of the Special Master was affirmed. |
| 09/29/2016 | 20510 | Monthly Status Conference |
| 10/20/2016 | 20519 | Motion Hearing re 1) 20340 Motion for Attorney Fees and Litigation Expenses Outside the MDL and Pursuant to A Stand-Alone Settlement Agreement with Knauf. After argument Motion was taken under submission. 2) 20341 Motion of |

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances (January 2014 – March 2018)

| Date | Rec. Doc. | Subject Matter |
| --- | --- | --- |
| | | Prichard Housing Authority and Taylor Martino, P.C., for Payment of Attorneys' Fees and Expenses Pursuant to the Stand-Alone Settlement Agreement with Knauf. After argument Motion was taken under submission. |
| 10/20/2016 | 20522 | Monthly Status Conference |
| 11/18/2016 | 20553 | Motion Hearing re 20517 Motion To Extinguish The Knauf Defendants' Settlement Obligations - After argument Interested parties shall be contacted and given the opportunity to file objections to said motion. If no objections are received, the motion will be granted on December 21, 2016. |
| 11/18/2016 | 20555 | Monthly Status Conference |
| 12/21/2016 | 20612 | Monthly Status Conference |
| 01/23/2017 | 20642 | Monthly Status Conference |
| 03/02/2017 | 20698 | Motion Hearing re 20627 Motion to Decertify Class pursuant to 23(c)(1)(C) filed by Defendant, 18302 Motion of Plaintiff-Intervenors and the PSC to Enforce the Court's July 17, 2014 Contempt Order and Injunction filed by Plaintiff. After argument - Motions were taken under submission |
| 03/02/2017 | 20702 | Monthly Status Conference |
| 04/06/2017 | 20725 | Motion Hearing re 20639 Motion to Sever and Remand filed by Plaintiffs Braxton and Kerrie Collins, 20640 Motion to Sever and Remand filed by Plaintiffs Jason and Cassie Herrington. After argument Court instructed Plaintiffs to withdraw from the class action within a week, and then the motions will be taken under advisement. |
| 04/06/2017 | 20726 | Monthly Status Conference |
| 05/16/2017 | 20773 | Monthly Status Conference |
| 06/27/2017 | 20842 | Monthly Status Conference |
| 08/03/2017 | 20888 | Monthly Status Conference |
| 08/24/2017 | 20926 | Telephone Status Conference |
| 10/12/2017 | 21040 | Motion Hearing re 20882 Motion to Dismiss for Lack of Jurisdiction and Class Certification. After argument-Motion was taken under submission. |
| 10/12/2017 | 21074 | Monthly Status Conference |
| 11/09/2017 | 21071 | Monthly Status Conference |
| 12/14/2017 | 21097 | Motion Hearing held re 20247 Motion to Vacate filed by Plaintiff. Motion was taken under submission. |
| 12/14/2017 | 21098 | Monthly Status Conference |
| 01/23/2018 | 21160 | Motion Hearing held re 20891 Interior Exterior Building Supply, L.P.'s Motion for Injunctive Relief. After argument, motion was taken under submission. |
| 01/23/2018 | 21161 | Monthly Status Conference |
| 02/21/2018 | 21191 | Monthly Status Conference |
| 03/07/2018 | 21238 | Monthly Status Conference |