# APPRAISAL REPORT

of

An Existing Single Family Residence at

5724 Via Toscana

Ocean Springs, MS 39564

## As Of:

May 12, 2008

## Prepared For:

Ric Williams
BancorpSouth Bank
2900 13th St
Gulfport, MS 39501

## Prepared By:

Julie Ford Martin
Myers & Company, Inc.
P O Box 459
Ocean Springs, MS 39566

Myers & Company, Inc.
P O Box 459
Ocean Springs, MS 39566

May 27, 2008

BancorpSouth Bank
2000 13th St
Gulfport, MS 39501

RE: _____
5724 Via Toscana
Ocean Springs, MS 39564
File No.   B080508

Dear  Mr. Williams:

In accordance with your request, I have prepared a residential real estate appraisal report on the real property located at:

5724 Via Toscana, Ocean Springs, MS 39564

The purpose of this appraisal is to estimate the market value of the subject property in the terms of this appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation of the property.  The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of  May 12, 2008 is:

$ 700,000

The opinion of value expressed in this report is contingent upon the limiting conditions in this report.

It has been a pleasure to assist  you  If I may be of further service to you in the future, please let me know

Respectfully submitted,

Signature _____

Julie Ford Martin
MS  RA-516

File No.   R080506
Case No.

## Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 5724 Via Toscana | City Ocean Springs   State MS  Zip Code  39564 |
| Borrower  Gregg and Meredith Descher   Owner of Public Record  Gregg and Meredith Descher | County  Jackson |
| Legal Description Lot 22, Toscana S/D | |
| Assessor's Parcel #  07221022.000 | Tax Year  2007   R.E. Taxes $ 4,852.11 |
| Neighborhood Name Toscana S/D | Map Reference  14.25M786.23-02   Census Tract |
| Occupant  [X] Owner  [ ] Tenant  [ ] Vacant  Special Assessments $   n/a | [ ] PUD   HOA $   n/a   [ ] per year  [ ] per month |
| Property Rights Appraised  [X] Fee Simple  [ ] Leasehold  [ ] Other (describe) | |
| Assignment Type  [ ] Purchase Transaction  [X] Refinance Transaction  [ ] Other (describe) | |
| Lender/Client  BancorpSouth Bank   Address  2900 13th St, Gulfport, MS 39501 | |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   [ ] Yes  [X] No | |
| Report data source(s) used, offering price(s), and date(s).   owner & MLS | |

**CONTRACT**

I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   Subject is not under contract for sale.

| | |
|---|---|
| Contract Price $   n/a   Date of Contract   n/a   Is the property seller the owner of public record?  [X] Yes  [ ] No  Data Source(s)  tax rolls | |
| Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   [ ] Yes  [X] No | |
| If Yes, report the total dollar amount and describe the items to be paid.  n/a | |

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|---|
| Location [X] Urban [ ] Suburban [ ] Rural | | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE $(000) | AGE (yrs) | One-Unit  100 % | |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | Low | New | 2-4 Unit  % | |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | High | Pred. | Multi-Family  % | |
| | | | | | | | | Commercial  % | |
| | | | | | | | | Other  % | |

PRICE $(000): 250 Low / 400 Pred. / 750+ High
AGE (yrs): New / 4 Pred. / 15+ High

Neighborhood Boundaries  Neighborhood includes the newer upscale subdivisions of East Ocean Springs with high-end homes.

Neighborhood Description  Subject is in Toscana S/D, a new, 2 street s/d with large upscale homes existing & under construction as it is currently not fully developed. S/D is located off Ocean Springs Vancleave Rd just outside the Eastern city limits of Ocean Springs. S/D is convenient to Ocean Springs shopping area at Hwy 90 & Ocean Springs Vancleave Rd, employment centers along the Coast, highways & most all other amenities.

Market Conditions (including support for the above conclusions)  Market conditions have stabilized after the increase following Hurricane Katrina when due to supply & demand prices increased & marketing times decreased.  FHA, VA, & conventional financing is prevalent.  Interest rates are considered low at this time with financing available to most qualifying buyers.

**SITE**

| | |
|---|---|
| Dimensions  irregular | Area 19,880 SF/0.46 acres  Shape  irregular, in a cul-de-sac  View  S/D homes |
| Specific Zoning Classification  R-1 | Zoning Description  Single Family Residential |
| Zoning Compliance  [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe) | |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes  [ ] No  If No, describe | |

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street  Concrete | [X] | |
| Gas | | [X] | Sanitary Sewer | [X] | | Alley | | |

FEMA Special Flood Hazard Area  [X] Yes  [ ] No   FEMA Flood Zone  A9   FEMA Map #  28059C 0180D   FEMA Map Date  09/04/1987

Are the utilities and off-site improvements typical for the market area?  [X] Yes  [ ] No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  [ ] Yes  [X] No  If Yes, describe.  No title opinion or survey provided.  No apparent adverse easements or encroachment visible which measurably impact the subject site.  Flood zone is subject to survey and/or flood certification.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [X] Concrete Slab [ ] Crawl Space | | | Foundation Walls  chainwall slab | Floors | Heart pine/cpt/brick-gd | |
| # of Stories  1 1/2 | [ ] Full Basement [ ] Partial Basement | | | Exterior Walls  brick/stucco/hardi bd | Walls | ptd sheetrock-gd | |
| Type [X] Det. [ ] Att. [ ] S-Det/End Unit | Basement Area   sq. ft. | | | Roof Surface  Architect shgl | Trim/Finish  Wd crown/base-gd | |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish   % | | | Gutters & Downspouts  none noted | Bath Floor  travertine-gd | |
| Design (Style)  Conventional | [ ] Outside Entry/Exit [ ] Sump Pump | | | Window Type  vinyl frame dbl pn | Bath Wainscot  marble/fiberglass-gd | |
| Year Built  2006 | Evidence of [ ] Infestation  Assumed none | | | Storm Sash/Insulated  insulated | Car Storage [ ] None | |
| Effective Age (Yrs)  1 | [ ] Dampness [ ] Settlement | | | Screens  1/2 Screens | [X] Driveway  # of Cars  2 | |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | | | Amenities | Woodstove(s) # | Driveway Surface  washed pebble | |
| [X] Drop Stair [ ] Stairs | [ ] Other [ ] Fuel  Elec. | | | [X] Fireplace(s) # 1 [X] Fence  wd privacy | [X] Garage  # of Cars  2+ | |
| [ ] Floor [ ] Scuttle | Cooling [X] Central Air Conditioning | | | [ ] Patio/Deck [X] Porch  front & back | [ ] Carport  # of Cars | |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | | | [X] Pool  in-ground [X] Other  pool house | [X] Att. [ ] Det. [ ] Built-in | |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains:   9  Rooms   4  Bedrooms   3.50  Bath(s)   3,760  Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)  8' interior doors, jetted tub, clg fans, high clgs, crown molding, wide base, sec sys, rec lights, gas lanterns, upscale appt, wine cooler, veg sink, granite ctr tops, blt.ins, sprinkler sys, custom cabinets, home generator, pool house w/ bath, kitchenette & outdoor shower.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  Existing improvements deemed to be a very good quality construction in like new condition with many upscale finishes & custom features.  Subject is compatible with the neighborhood.  No obsolescence noted to floor plan.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  [ ] Yes  [X] No  If Yes, describe.  Appraiser is not an expert in this field and no inspection report was provided.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  [X] Yes  [ ] No  If No, describe.

## Uniform Residential Appraisal Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| There are | 1 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | | 520,000 | to $ | | |
| There are | 3 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | 562,000 | to $ | 725,000 | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5721 Via Toscana | 2704 Royal Nun Lane | | 5316 Via Toscana | | 5 Birch Cove | |
| | Ocean Springs, MS 39564 | Gautier, MS 39553 | | Ocean Springs, MS 39564 | | Gulfport, MS 39503 | |
| Proximity to Subject | | 5.99 miles SE | | 0.39 miles SE | | 16.05 miles W | |
| Sale Price | $ n/a | | $ 630,000 | | $ 487,100 | | $ 725,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 192.78 sq. ft. | | $ 186.99 sq. ft. | | $ 172.62 sq. ft. | |
| Data Source(s) | on-site inspection | MLS-Sara Moore, C/B JME Rlty | | MLS-Terre Price | | MLS-Sherry Owen | |
| Verification Source(s) | | & on-site inspection | | C/B Alfonso Rlty | | Owen & Co | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | financing | | financing | | financing | |
| Date of Sale/Time | pending | 02/28/07 | | 3/23/07 | | 11/21/07 | |
| Location | average | Similar | | Similar | | Similar | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 19,380 SF/0.46 acres | 0.51 acres similar | | Similar lot value | | Similar lot value | |
| View | S/D homes | excl s/d/golf course | | S/D homes | | S/D homes | |
| Design (Style) | Conventional | Similar | | Similar | | Similar | |
| Quality of Construction | Very Good | Similar | | Similar | | Similar | |
| Actual Age | 2 yrs | 3 yrs | | New | | 9 yrs | +5,000 |
| Condition | good-new like | good-New like | | New | | slightly inferior | +5,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 9  4  3.50 | 8  4  3.50 | | 6  3  3.00 | +1,500 | 9  5  5.50 | -5,000 |
| Gross Living Area | 3,760 sq. ft. | 3,268 sq. ft. | +49,200 | 2,605 sq. ft. | +115,500 | 4,200 sq. ft. | -44,000 |
| Basement & Finished | | | | | | | |
| Rooms Below Grade | None | none | | none | | none | |
| Functional Utility | Typical-avg | Similar | | Similar | | Similar | |
| Heating/Cooling | FWA/Central | Similar | | Similar | | Similar | |
| Energy Efficient Items | Typical-avg | Similar | | Similar | | Similar | |
| Garage/Carport | 2 Car Gar. Att. | 3 Car Gar Att | -5,000 | 2 Car Gar Att | | 2 Car Gar. Att. | |
| Porch/Patio/Deck | Porch/front & back | entry & back por. patio | | Front & back porch | | porches, patio | |
| Fireplace | 1 FP | 1 FP | | 1 FP | | 2 FP | -2,000 |
| Other amenities | pool/outdoor ktchn/bath/gazebo | none | +60,000 | none | | +60,000 fence, pool, carport | +25,000 |
| Net Adjustment (Total) | | X + - | $ 104,200 | X + - | $ 177,000 | + X - | $ -16,000 |
| Adjusted Sale Price | | Net Adj. 17% | | Net Adj. 36% | | Net Adj. -2% | |
| of Comparables | | Gross Adj. 18% | $ 734,200 | Gross Adj. 36% | $ 664,100 | Gross Adj. 12% | $ 709,000 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  owner & MLS

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No sale in past 3 yrs | No known sale in past year. | No known sale in past year. | No known sale in past year. |
| Price of Prior Sale/Transfer | other than purchase of lot. | | | |
| Data Source(s) | owner & MLS | | | |
| Effective Date of Data Source(s) | May 12, 2008 | | | |

Analysis of prior sale or transfer history of the subject property and comparable sales  No known transaction involving the subject within the past three years
other than purchase of subject lot for $65,000 per owner.  No known sale of comps in the past year unless noted above.

Summary of Sales Comparison Approach   Subject is an upscale custom home in Toscana S/D, a newer s/d in East Ocean Springs with only a few
homes completed at this time. Only sales data available from the s/d was a smaller home which sold last year for $187/SF-see comp #2 above.
There is currently a pending sale of a $509,000 home as well a listing at $599,800. Subject has many extras including home generator,
in-ground pool, pool house with 1/2 bath & outdoor kitchen, etc. Comps are all high-end homes located in similar s/ds along the Coast. Comp #1
is an upscale home in Gautier's Shell Landing & comp #3 in Gulfport's Bayou Oaks. Comps are adjusted for significant differences but only
required extensive adjustments for square footage & site amenities. Comps shown are deemed the best available & representative of current
market value. All three comps sold within the last 15 months & the Market approach is well supported.

Indicated Value by Sales Comparison Approach $    700,000

Indicated Value by: Sales Comparison Approach $   700,000   Cost Approach (if developed) $  818,644   Income Approach (if developed) $   n/a

Cost appr is considered as subject is a newer home but mainly used as a check of value for the market approach. Subject has extra site amenites which the cost
often exceeds the market value. Income appr is not considered applicable as newer homes or homes in this price range rarely rent. Market appr is given full
weight. Value adopted as the current opinion of market value appears reasonable "as is" at $700,000 within the comps range shown above at $186.17/SF.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  summary report.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$   700,000   , as of   May 12, 2008   , which is the date of inspection and the effective date of this appraisal.

File No.   R060506
Casa No.

## Uniform Residential Appraisal Report

INTENDED FOR USE

**ADDITIONAL COMMENTS**

**SITE ADJUSTMENTS**

The appraiser gave much consideration in the final reconciliation to the economic characteristics of the subject's land.  The economic characteristics of land are the factors that influence its value as an investment.  Area preference, an economic characteristic sometimes called situs, does not refer to a geographical location, but rather to people's choices and preferences for a given area.  It is the unique quality of people's preferences that results in different valuation being attributed to similar units.  Area preference is the most important economical characteristic of land.  Site adjustments are based on land values not lot dimensions.

**FLOOD DETERMINATION**

If the subject is not clearly seen on the flood map due to lack of street labeling, the appraiser can not say with certainty flood determination and recommends that a flood certification be done as a precaution and back up the appraiser's findings.

---

**COST APPROACH TO VALUE (not required by Fannie Mae.)**

Provide adequate information for the lender/client to replicate your cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Site value estimated from sales of similar sites in the area

**COST APPROACH**

| ESTIMATED | REPRODUCTION OR | X REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | | =$ | 85,000 |
|---|---|---|---|---|---|---|---|---|
| Source of cost data | | | Dwelling | 3,760 | Sq. Ft. @ $ | 155.00 | =$ | 582,800 |
| Quality rating from cost service | Effective date of cost data | | | Sq. Ft. @ $ | | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | porches, pool, pool house, priv fence | | | | | 100,000 |
| Cost data is derived from Marshall and Swift Residential Cost Manual | | | Garage/Carport | 553 | Sq. Ft. @ $ | 35.00 | =$ | 19,355 |
| as well as local contractor prices.  Site dimensions taken from s/d plat, | | | Total Estimate of Cost new | | | | =$ | 702,155 |
| survey or tax map.  Square footage of improvements calculated from | | | Less | Physical 0.50 | Functional | External | | |
| actual measurements taken upon inspection by the appraiser. | | | Depreciation | 3,511 | 0 | 0 | =$ ( | 3,511 ) |
| | | | Depreciated Cost of Improvements | | | | =$ | 698,644 |
| | | | "As-Is" Value of Site Improvements | | | | =$ | 35,000 |
| Estimated Remaining Economic Life (HUD and VA only) | 60 | Years | Indicated Value By Cost Approach | | | | =$ | 818,644 |

**INCOME APPROACH TO VALUE (not required by Fannie Mae.)**

**INCOME**

| Estimated Monthly Market Rent $ | n/a | X Gross Multiplier | n/a | =$ | n/a | Indicated Value by Income Approach | |
|---|---|---|---|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

---

**PROJECT INFORMATION FOR PUDs (if applicable)**

**PUD INFORMATION**

Is the developer/builder in control of the Homeowner's Association (HOA)? [ ] Yes [ ] No   Unit type(s) [ ] Detached [ ] Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | | Total number of units | | Total number of units sold | | |
|---|---|---|---|---|---|---|
| Total number of units rented | | Total number of units for sale | | Data source(s) | | |

Was the project created by the conversion of existing building(s) into a PUD? [ ] Yes [ ] No   If Yes, date of conversion.

Does the project contain any multi-dwelling units? [ ] Yes [ ] No   Data source.

Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association? [ ] Yes [ ] No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

---

MYERS & COMPANY, INC.

**Uniform Residential Appraisal Report**

File No. R080506

Case No.

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions.

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**Uniform Residential Appraisal Report** Case No.

## APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

MYERS & COMPANY, INC.

File No.   R080506

Case No

## Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

## SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Julie Ford Martin_ | Signature |
| Name   Julie Ford Martin | Name   John D. Myers |
| Company Name MYERS & COMPANY, INC. | Company Name MYERS & COMPANY, INC. |
| Company Address P O Box 459 | Company Address P O Box 459 |
| Ocean Springs, MS 39566 | Ocean Springs, MS 39566 |
| Telephone Number 228-872-2857 | Telephone Number 228-872-2857 |
| Email Address juliefm@datasync com | Email Address |
| Date of Signature and Report May 27, 2008 | Date of Signature   May 27, 2008 |
| Effective Date of Appraisal May 12, 2008 | State Certification # GA-168 |
| State Certification #   RA-516 | or State License # |
| or State License # | State MS |
| or Other (describe) _____ State # ____ | Expiration Date of Certification or License  12/31/09 |
| State   MS | |
| Expiration Date of Certification or License 07-31-08 | |

ADDRESS OF PROPERTY APPRAISED

5724 Via Toscana
Ocean Springs, MS 39564

APPRAISED VALUE OF SUBJECT PROPERTY $ ____700,000

LENDER/CLIENT

Name   Ric Williams
Company Name BancorpSouth Bank
Company Address 2900 13th St
Gulfport, MS 39501
Email Address

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☒ Did inspect interior and exterior of subject property
   Date of Inspection

COMPARABLE SALES

☒ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

MYERS & COMPANY, INC.

## USPAP COMPLIANCE ADDENDUM

File No.   R080506
Case No.

**APPRAISER'S CERTIFICATION:**
The following Certification statements are in addition to and may supersede the signed Appraiser's Certification attached to this appraisal report. This Appraiser's Certification is compliant with the current edition of the Uniform Standards of Professional Appraisal Practice.

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

My engagement in this assignment was not contingent upon developing or reporting predetermined results.

My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

I [X] have [ ] have not made a personal inspection of the property that is the subject of this report. (If more than one person signs this certification, the certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraised property.)

No one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance must be stated.)

**PURPOSE, INTENDED USE, AND INTENDED USER OF THE APPRAISAL:**
The purpose of the appraisal is to estimate the market value of the subject property, as defined in this report, as of the effective date of this report. The intended use of the appraisal is to assist the client and any other intended users in the underwriting, approval, and funding of the mortgage loan. The intended users of this report are the stated client and any other institutions involved in the underwriting , approval, and funding of the mortgage loan. No one else, including the purchaser and seller, should rely on the estimate of value or any other conclusions contained in this appraisal report.

**ANALYSIS AND REPORT FORM:**
The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales, listings, and/or rentals within the subject market area.

The original source of the comparable data described in the Data Source section of the market grid along with the source of confirmation provided, where available, the original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report or used as a basis for the value conclusion. The extent of the analysis is stated in the Appraiser's Certification included above and attached to this report.

**DEFINITION OF INSPECTION:**
The term "Inspection", as used in this report, is not the same level of inspection that is required for a "Professional Home Inspection". The appraiser does not fully inspect the electrical system, plumbing systems, mechanical systems, foundation system, floor structure, or subfloor. The appraiser is not an expert in construction materials and the purpose of the appraisal is to make an economic evaluation of the subject property. If the client needs a more detailed inspection of the property, a home inspection, by a Professional Home Inspector, is suggested.

**DIGITAL SIGNATURES:**
The signature(s) affixed to this report, and certification, were applied by the original appraiser(s) or supervisory appraiser and represent their acknowledgements of the facts, opinions and conclusions found in the report. Each appraiser(s) applied his or her signature electronically using a password encrypted method. Hence these signatures have safeguards and carry the same validity as the individual's hand applied signature. If the report has a hand-applied signature, this comment does not apply.

**OPINION OF MARKET VALUE VS ESTIMATE OF MARKET VALUE:**
The current Uniform Standards of Professional Appraisal Practice defines the market value conclusion as an opinion of market value and not an estimate of market value.

**THREE YEAR SALES HISTORY FOR THE SUBJECT PROPERTY:**
The appraiser has complied with Standards Rule 1-5b and 2-2b (ix) requiring the appraiser to analyze and report all sales of the subject property that occurred within the three (3) years prior to the effective date of the appraisal. If this information was available to the appraiser(s), it is reported in the subject column of Sales Comparison Analysis section of the appraisal report.

**EXPOSURE PERIOD:**
By studying the sales of similar comparable residential properties with value ranges as identified in the Neighborhood section of this report and discussions with individuals knowledgeable of current neighborhood trends in the subject area, the appraiser feels that the exposure time for the subject property is equal to the indicated Marketing Time identified in the Neighborhood section of this appraisal report.

| | | |
|---|---|---|
| Signature | Signature | [X] Did [ ] Did Not |
| Name   Julie Ford Martin | Name   John D. Myers | Inspect Property |
| Date Report Signed May 27, 2008 | Date Report Signed  May 27, 2008 | |
| State Certification # RA-516          State   MS | State Certification # GA-168          State   MS | |
| Or State License # | Or State License # | State |





MYERS & COMPANY, INC.
**SKETCH ADDENDUM**

File No.   R080506
Case No

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Gregg and Meredith Descher | | | | | |
| Property Address | 5724 Via Toscana | | | | | |
| City  Ocean Springs | | County | Jackson | State | MS | Zip Code   39564 |
| Lender/Client | BancorpSouth Bank | | Address   2900 13th St, Gulfport, MS 39501 | | | |



| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| A1 : 18.5 x 11.5 = | | 212.8 |
| Pool house | | 212.8 |
| **Total Misc. Area** | | **212.8** |
| A2 : 17.7 x 7.3 = | | 129.2 |
| A3 : 27.2 x 14.6 = | | 397.1 |
| A4 : 40.5 x 6.0 = | | 243.0 |
| A5 : 78.6 x 7.1 = | | 558.1 |
| A6 : 74.5 x 5.5 = | | 409.8 |
| A7 : 53.9 x 5.4 = | | 291.1 |
| A8 : 50.0 x 3.9 = | | 195.0 |
| A9 : 59.8 x 5.0 = | | 299.0 |
| A10 : 46.0 x 6.4 = | | 294.4 |
| A11 : 25.9 x 0.6 = | | 15.5 |
| A12 : 18.1 x 3.4 = | | 61.5 |
| A13 : 17.0 x 1.6 = | | 27.2 |
| A14 : 44.0 x 2.6 = | | 114.4 |
| A15 : 12.0 x 2.4 = | | 28.8 |
| A16 : 0.5 x 3.8x3.8 = | | 7.2 |
| A17 : 40.5 x 3.8 = | | 153.9 |
| First Floor | | 3225.2 |
| A18 : 9.0 x 4.5 = | | 40.5 |
| A19 : 16.6 x 4.7 = | | 78.0 |
| A20 : 15.3 x 3.8 = | | 58.1 |
| A21 : 17.0 x 3.1 = | | 52.7 |
| A22 : 20.9 x 4.5 = | | 94.1 |
| A23 : 19.5 x 1.4 = | | 27.3 |
| A24 : 15.6 x 11.8 = | | 184.1 |
| Second Floor | | 534.8 |
| **Total Living Area** | | **3760.0** |
| A25 : 5.9 x 5.0 = | | 29.5 |
| A26 : 19.7 x 6.4 = | | 126.1 |
| A27 : 21.7 x 18.3 = | | 397.1 |
| Attached Garage | | 552.7 |
| **Total Garage Area** | | **552.7** |

MYERS & COMPANY, INC.
**SUBJECT PHOTO ADDENDUM**

File No.   R080506
Case No

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Gregg and Meredith Descher | | | | | | |
| Property Address | 5724 Via Toscana | | | | | | |
| City  Ocean Springs | | County | Jackson | State | MS | Zip Code | 39564 |
| Lender/Client | BancorpSouth Bank | | Address | 2900 13th St, Gulfport, MS 39501 | | | |



**FRONT OF
SUBJECT PROPERTY**
5724 Via Toscana
Ocean Springs, MS 39564



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

MYERS & COMPANY, INC.
**SUBJECT PHOTO ADDENDUM**

File No.   R080506
Case No

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Borrower | Gregg and Meredith Descher | | | | | | | |
| Property Address | 5724 Via Toscana | | | | | | | |
| City   Ocean Springs | | County | | Jackson | | State   MS | | Zip Code   39564 |
| Lender/Client   BancorpSouth Bank | | | | Address   2900 13th St, Gulfport, MS 39501 | | | | |



Outdoor kitchen & bath



View of pool

MYERS & COMPANY, INC.
**COMPARABLES 1-2-3**

File No.   R080506
Case No

| Borrower | Gregg and Meredith Descher | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | |
| City  Ocean Springs | | County | Jackson | State | MS | Zip Code | 39564 |
| Lender/Client | BancorpSouth Bank | | Address | 2900 13th St, Gulfport, MS 39501 | | |



**COMPARABLE SALE #**    1
2704 Royal Run Lane
Gautier, MS 39553



**COMPARABLE SALE #**    2
5616 Via Toscana
Ocean Springs, MS 39564



**COMPARABLE SALE #**    3
5 Birch Cove
Gulfport, MS 39503

MYERS & COMPANY, INC.
## LOCATION MAP ADDENDUM

File No.   R080506
Case No

| Borrower | Gregg and Meredith Descher | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | | |
| City   Ocean Springs | | County | Jackson | State | MS | Zip Code | 39564 |
| Lender/Client   BancorpSouth Bank | | | Address   2900 13th St, Gulfport, MS 39501 | | | | |



MYERS & COMPANY, INC.

## LOCATION MAP ADDENDUM

File No.  R080506

Case No

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Gregg and Meredith Descher | | | | | |
| Property Address | 5724 Via Toscana | | | | | |
| City  Ocean Springs | | County | Jackson | State | MS | Zip Code  39564 |
| Lender/Client  BancorpSouth Bank | | | Address  2900 13th St, Gulfport, MS 39501 | | | |



MYERS & COMPANY, INC.

**FLOOD MAP ADDENDUM**

File No.   R080506
Case No.

| Borrower | Gregg and Meredith Descher | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | | | |
| City  Ocean Springs | | County | Jackson | State | MS | Zip Code | 39564 | |
| Lender/Client   BancorpSouth Bank | | | Address   2900 13th St, Gulfport, MS 39501 | | | | | |



**Flood Map Legends**

Flood Zones

- Areas inundated by 500-year flooding
- Areas outside of the 100 and 500 year flood plains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazard
- Areas not mapped on any published FIRM

**Flood Zone Determination**

SFHA (Flood Zone): **In**
Within 250 ft. of multiple flood zone? **Yes**
Community: **285256**
Community Name:  **UNINCORPORATED AREA**
Zone: **A9**  Panel: **28059C 0180D**   Panel Date: **09/04/1987**
FIPS Code: **28059**   Census Tract: .

This Flood Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by the customer. That customer's use of this report is subject to the terms agreed by that customer when accessing this product. No third party is authorized to use or rely on this report for any purpose. NEITHER FIRST AMERICAN FLOOD DATA SERVICES NOR THE SELLER OF THIS REPORT MAKES ANY REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT ACCURACY OR COMPLETENESS OF THIS REPORT INCLUDING ANY WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Neither FAFDS nor the seller of this Report shall have any liability to any third party for any use or misuse of this Report.

| Borrower | Gregg and Meredith Descher | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | | |
| City | Ocean Springs | County | | Jackson | State | MS | Zip Code | 39564 |
| Lender/Client | BancorpSouth Bank | | Address | 2900 13th St, Gulfport, MS 39501 | | | |



TAX PE741                    File No. 0000004
                            Case No

Borrower   Gregg and Meredith Descher
Property Address  5724 Via Toscana
City  Ocean Springs          County          Jackson          State   MS   Zip Code     39564
Lender/Client   BancorpSouth Bank              Address   2900 13th St, Gulfport, MS 39501

| Borrower | Gregg and Meredith Descher | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | | |
| City | Ocean Springs | County | Jackson | State | MS | Zip Code | 39564 |
| Lender/Client | BancorpSouth Bank | | Address | 2900 13th St, Gulfport, MS 39501 | | | |



May 7, 2008
Date

Mr. John Myers
Appraiser Name

822 Washington Avenue
Address

Ocean Springs, MS  39564
City, State, Zip

Re: Property address or legal: 5724 Via Toscana, Ocean Springs, MS  39564    -- Request for a
Summary Format Appraisal of Residential property.
Officer:  Ric Willems                     Telephone number: (228)214-4340

Dear: John
         Appraiser

Please accept this letter as BancorpSouth Bank's request to engage your services in appraisal of
the above-referenced real estate. The appraisal must conform to the Uniform Standards of
Professional Appraisal Practice (USPAP) and support the current valuation of the property. All
assumptions and projections must be supported in full detail and conform to current market
conditions. Unless otherwise noted, the value definition utilized will always be "Market Value"
as defined in 12 CFR Part 34, Section 34.42(f) or as required by applicable bank regulatory
agencies. In addition, BancorpSouth requires the following:

1. The appraisal will be reviewed in specific detail. Accordingly, there must be sufficient
data and discussion of the analytical process for the reader to understand the conclusions
of the report. Please provide specific data regarding the subject property's area and
vicinity and photographs of any surrounding properties that may adversely affect the subject     A
thorough, job-specific scope of work section in your report is required based on our request that
drives your development of this report, based on the level of report required on the next page.

2. Please include an environmental section in the appraisal and note any evidence of
contamination and/or other environmental hazards. BancorpSouth hereby releases you from any
liability regarding comments made as to environmental conditions.  BancorpSouth specifically
would want to be advised of asbestos, lead and other similarly related issues associated with older
structures. Also, please note in your report any recommended inspection issues, such as stucco
concerns, structural, roofing, electrical, plumbing and the like.

3. Please sign the report and if any individuals other than yourself work on the project, then the
report will need co-signatures. We ask that in submission of your report, you provide
BancorpSouth with a PDF file complete with all maps, exhibits, signatures and the like. Please
email a copy of the completed report to: _____ . .  Julie.Farmer _____@bxs.com

End of page 1 of Engagement Letter

| Borrower | Gregg and Meredith Descher | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | | |
| City Ocean Springs | | County | Jackson | State | MS | Zip Code | 39564 |
| Lender/Client | BancorpSouth Bank | | Address | 2900 13th St, Gulfport, MS 39501 | | | |

May-07-2008 09:40 AM BancorpSouth Gulfport Main 2288644754                                    3/3

Appraiser Engagement Letter, page 2

4. We request that you include a copy of this executed engagement letter in the addenda section of your report. Should your expert witness testimony be required in connection with this appraisal, you agree to provide such services with additional reasonable fees to be negotiated at the time your testimony is required. The appraisal shall be performed for a fee of $_____, and shall be completed on or before  05/23/2008 _____. A fee reduction of _____ per day may be imposed for any reports not turned in by the due date.

The type of report required in this assignment is:  (check one)

**Level 1 Summary:** _____✓_____     All applicable approaches to be used.  Cost approach may be excluded on older properties, if not relevant.  A full interior and exterior inspection is required.  (this report will be the most thorough residential report that is performed. Additional sales and write up is generally required.  The FNMA form 1004 is required)

**Level 2 Summary:** _____.     Summary report with only the most applicable approaches to value.  An interior and exterior inspection is required. The Original FNMA 2055 form is used.

**Level 3 Summary:** _____ .  Same as Level 2, but an exterior inspection only.   Please use the FNMA form 2055, March, 2005 version.

**Level 4 Restricted:** _____.  This is a desktop restricted report, and there is no interior or exterior inspection.  This report may never be used on loan amounts over $250,000.

Thank you in advance for your prompt attention to this matter. Please do not hesitate to contact me should there be any questions or should you require additional information on the subject property.

Sincerely,

**BANCORPSOUTH BANK**

BY: _Julie P. Jara_____     Date: _May 7, 2008_____
              Officer

BY: _____     Date: _May 8 08_____
        Responsible Appraiser

Borrower: _Gregg & Meredith Descher_____
Borrower's telephone #: (228)697-5834 or 875-6935

**ADDITIONAL COMMMENTS:** Please return a SIGNED COPY OF THIS ENGAGEMENT LETTER with your completed appraisal.  Thank You!

2

# INVOICE

Date:   May 27, 2008

File No.   R080506
Case No.

Prepared for:

Ric Williams
BancorpSouth Bank
2900 13th St
Gulfport, MS 39501

Property Appraised:

Gregg and Meredith Descher
5724 Via Toscana
Ocean Springs, MS 39564

Work Performed:

| | | |
|---|---|---|
| Summary Report | $ | 450.00 |
| by Julie Ford Martin | $ | |
| | $ | |
| | $ | |