Tammy Smith Appraisals
15 Shady Lane
Gulfport, MS 39507
(228) 861-4277


January 04, 2011

Ric Williams
BancorpSouth
Gulfport Main
2909 13th Street
Gulfport, MS 39501


Re: Property:     5724 Via Toscana
                  Ocean Springs, MS 39564-2676
    Borrower:     Gregory & Meredith Descher
    File No.:     TS10-107


Opinion of Value: $  712,000.00
Effective Date:      12/30/2010


In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,


*Tammy Smith*


Tammy Smith
License or Certification #: RA-510
State: MS     Expires: 3/31/2012
smitlm@aol.com

# APPRAISAL OF REAL PROPERTY



## LOCATED AT
5724 Via Toscana
Ocean Springs, MS 39564-2676
Lot 22, Toscana S/D

## FOR
BancorpSouth
2909 13th Street
Gulfport, MS 39501

## OPINION OF VALUE
712,000.00

## AS OF
12/30/2010

## BY
Tammy Smith
Tammy Smith Appraisals
15 Shady Lane
Gulfport, MS 39507
(228) 861-4277
smitlm@aol.com

## SUMMARY OF SALIENT FEATURES

| | | |
|---|---|---|
| **SUBJECT INFORMATION** | Subject Address | 5724 Via Toscana |
| | Legal Description | Lot 22, Toscana S/D |
| | City | Ocean Springs |
| | County | Jackson |
| | State | MS |
| | Zip Code | 39564-2676 |
| | Census Tract | 0407.00 |
| | Map Reference | 37700 |
| **SALES PRICE** | Sale Price | $ N/A |
| | Date of Sale | N/A |
| **CLIENT** | Appraiser | Tammy Smith |
| | Client | BancorpSouth |
| **DESCRIPTION OF IMPROVEMENTS** | Size (Square Feet) | 3,760 |
| | Price per Square Foot | $ 189.36 |
| | Location | Toscana Sudvision |
| | Age | 4 Years/1YrEff. |
| | Condition | Very Good |
| | Total Rooms | 9 |
| | Bedrooms | 4 |
| | Baths | 3.50 |
| **APPRAISER** | Appraiser | Tammy Smith |
| | Date of Appraised Value | 12/30/2010 |
| **VALUE** | Opinion of Value | $ 712,000.00 |

# Uniform Residential Appraisal Report
File # TS10-107

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address | 5724 Via Toscana | City Ocean Springs | State MS | Zip Code 39564-2676 |
|---|---|---|---|---|

Borrower Gregory & Meredith Descher  Owner of Public Record Gregory & Meredith Descher  County Jackson
Legal Description Lot 22, Toscana S/D
Assessor's Parcel # 07221022.000  Tax Year 2009  R.E. Taxes $ 5,981.07
Neighborhood Name Toscana S/D  Map Reference 37700  Census Tract 0407.00
Occupant ☒ Owner ☐ Tenant ☐ Vacant  Special Assessments $ N/A  ☐ PUD  HOA $ 400.00 ☒ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)
Lender/Client BancorpSouth  Address 2909 13th Street, Gulfport, MS 39501
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). The subject property is not currently listed for sale in the MS Gulf Coast Multiple Listing Service.

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A

Contract Price $ N/A  Date of Contract N/A  Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) N/A
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid. N/A

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☒ Urban ☐ Suburban ☐ Rural | | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | PRICE $(000) | AGE (yrs) | One-Unit | 100 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | 250 Low | New | 2-4 Unit | % |
| Growth | ☐ Rapid ☐ Stable ☒ Slow | | Marketing Time | ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | 750+ High | 18 | Multi-Family | % |
| Neighborhood Boundaries | Bound north by Interstate 10, south by US Highway 90, east by US Hwy 57 and | | | | | 450 Pred. | 6 | Commercial | % |
| | | | | | | | | Other | % |

west by Washington Avenue.
Neighborhood Description  Subject property is located in the Toscana Subdivision. Toscana Subdivision includes large upscale homes existing and under construction and is not fully developed.

Market Conditions (including support for the above conclusions)  Market conditions remain mostly stable in the subject subdivision, interest rates have recently dropped which is beneficial to buyers in this market.

| Dimensions Irregular | Area 19,880 SqFt./0.46Acre | Shape Irregular-CulDeSac | View S/D Homes |
|---|---|---|---|

Specific Zoning Classification R-1  Zoning Description Single Family Residence
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | Street Concrete | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | Alley | | |

FEMA Special Flood Hazard Area ☒ Yes ☐ No  FEMA Flood Zone AE  FEMA Map # 28059C0292G  FEMA Map Date 3/16/2009
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
No adverse encroachments, easements or environmental conditions known, indicated or apparent to the appraiser. This is subject to a current survey that was not made available to the appraiser at the time of this report. Although no environmental conditions were observed, the appraiser is not licensed for this type of inspection.

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls | Chainwall/Slab/G | Floors | Hrt/PWd/Cpt/Brk/G |
| # of Stories 1.5 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | Brick/Stuc/Hard8d/G | Walls | Drywall/Good |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | | Basement Area N/A sq.ft. | | Roof Surface | Arch. Shingles/Good | Trim/Finish | Wood/Paint/Good |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish N/A % | | Gutters & Downspouts | Overhang/Good | Bath Floor | Travertine/Good |
| Design (Style) Conventional | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Vinyl/FramDbl/Pane/G | Bath Wainscot | Marb/FiberG/Good |
| Year Built 2006 | | Evidence of ☐ Infestation NoneObsv. | | Storm Sash/Insulated | Insulated/Good | Car Storage | ☐ None |
| Effective Age (Yrs) 1 Year | | ☐ Dampness ☐ Settlement | | Screens | 1/2Screen/Good | ☒ Driveway # of Cars 2+ |
| Attic | ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | ☐ Woodstove(s) # | Driveway Surface SurfWashPebble |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Elec. | | ☒ Fireplace(s) # 2 | ☒ Fence WdPrivac. | ☒ Garage # of Cars 2+ |
| ☒ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck | ☒ Porch Frt&Rear | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☒ Pool Inground | ☒ Other PoolHous | ☒ Att. ☐ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains: 9 Rooms  4 Bedrooms  3.50 Bath(s)  3,760 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). High ceilings, 8' interior doors, crown molding, security system, top of the line kitchen appliances, gas lanterns, custom cabinets, granite counter tops, built-in home generator, pool house with bath,outdoor kitchen area and outdoor shower.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). The subject property is in very good condition with no obvious or readily observable repairs need at this time.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

| Freddie Mac Form 70 March 2005 | Page 1 of 6 | Fannie Mae Form 1004 March 2005 |
|---|---|---|

## Uniform Residential Appraisal Report

File # TS10-107

| | | | |
|---|---|---|---|
| There are | 1 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 439,000.00 | to $ |
| There are | 2 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 450,000.00 | to $ 480,000.00 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5724 Via Toscana | 14028 Puerto Drive | | 505 Cleveland Avenue | | 5 Birch Cove | |
| | Ocean Springs,MS 39564-2676 | Ocean Springs,MS  39564 | | Ocean Springs,MS 39564 | | Gulfport,MS  39503 | |
| Proximity to Subject | | 4.88 miles W | | 4.36 miles W | | 16.05 miles W | |
| Sale Price | $             N/A | $             850,000.00 | | $             700,000.00 | | $             650,000.00 | |
| Sale Price/Gross Liv. Area | $           sq.ft. | $  223.68 sq.ft. | | $  205.88 sq.ft. | | $  155.73 sq.ft. | |
| Data Source(s) | | MGC MLS | | MGC MLS | | MGC MLS | |
| Verification Source(s) | | MLS# 218356 | | MLS# 224515 | | MLS# 227788 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ConventionLoan | | ConventionLoan | | ConventionLoan | |
| Concessions | | Market Terms | | Market Terms | | Market Terms | |
| Date of Sale/Time | | 05/14/2010 | | 02/19/2010 | | 07/16/2010 | |
| Location | Toscana Sudvisi | Gulf Hills | | Ocean Springs | | Bayou Oaks | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 19,880SqFt./.46 | 16,964 SqFt.* | | 2.20 Acres/Sup. | -35,000 | 18,409 SqFt./+/- | |
| View | S/D Homes | Re/Bayou/Sup* | -50,000 | Similar | | Similar | |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | BrkV/Stu/HrB/G | BrkVen./Stuc/G | | BrkV/WdSid/G | | BrkVen/Stuc/G | |
| Actual Age | 4 Years/1YrEff. | 6 Years/2YrsEff. | +1,000 | 45Yrs./10YrsEff. | +9,000 | 12 Yrs./6 YrsEff. | +5,000 |
| Condition | Very Good | Very Good | | Good/Updated* | | Very Good | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | |
| Room Count | 9 | 4 | 3.50 | 9 | 4 | 3.50 | | 9 | 4 | 4.50 | -3,000 | 10 | 5 | 4.50 | -3,000 |
| Gross Living Area | 3,760  sq.ft. | 3,800  sq.ft. | | 3,400  sq.ft. | +36,000 | 4,174  sq.ft. | -41,400 |
| Basement & Finished | N/A | N/A | | N/A | | N/A | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central/Central | Central/Central | | Central/Central | | Central/Central | |
| Energy Efficient Items | EnrgyEffCons. | EnrgyEffCons. | | EnrgyEffCons. | | EnergEffConstr. | |
| Garage/Carport | Dbl. Garage | Dbl. Garage | | Dbl. Garage | | Dbl. Garage | |
| Porch/Patio/Deck | Frt/Rear Porch | Frt/Rear Porch | | Porch/Deck | | Frt/RearPorch | |
| | Fireplace | Fireplace | | Fireplace | | (2)Fireplace | -2,000 |
| | Pool/Ok/Kit/Bth | Inground Pool | +10,000 | None/Inferior | +60,000 | Pool | +15,000 |
| | Generator/Fen. | ScreDeck/Fen. | | Workshop | | BoatStg./Fence | |
| Net Adjustment (Total) | | ☐ + ☒ - | $       -39,000 | ☒ + ☐ - | $       67,000 | ☐ + ☒ - | $       -26,400 |
| Adjusted Sale Price | | Net Adj.    4.6 % | | Net Adj.    9.6 % | | Net Adj.    4.1 % | |
| of Comparables | | Gross Adj.  7.2 % | $  811,000 | Gross Adj.  20.4 % | $  767,000 | Gross Adj. 10.2 % | $  623,600 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain     The subject property has not sold in the past
three years as per the Jackson County Tax Assessors Office. The comparable sales have no prior sales in the past year as per MSGC
MLS/Jackson County Tax Assessors Office.

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)      Jackson County Tax Records/Property Owner
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)      MS Gulf Coast Multiple Listing Service/Jackson & Harrison County Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No prior sale in past 3 yrs. | No prior sale in past year. | No prior sale in past year. | No prior sale in past year. |
| Price of Prior Sale/Transfer | N/A | N/A | N/A | N/A |
| Data Source(s) | Owner/JacCtnyTaxR./MLS | MGCMLS/JacCtnyTaxAsses | MGCMLS/JacCtnyTaxAsses | MGCMLS/HarCtnyTaxAsses |
| Effective Date of Data Source(s) | 12/30/2010 | 12/30/2010 | 12/30/2010 | 12/30/2010 |

Analysis of prior sale or transfer history of the subject property and comparable sales     The subject property has not sold in the past three years as per the
Jackson County Tax Records. The comparable sales have no prior sales in the past year as per MSGC MLS/Jackson County Tax Records.

Summary of Sales Comparison Approach     The subject property is an upscale custom home in Toscana Subdivision in Oceans Springs.  The subject
home includes many upgrades/extras including a home generator, in-ground pool, pool house with 1/2 bath and outdoor kitchen. Comparable home
sales similar in size and interior finish are very limited.  There have been 2 sales in the subject subdivision in the past 12 months.  Boths of these
sales were inferior in square footage. The undersigned appraiser included one of these 2 sales as a 4th comparable but it wasn't given much
weight in the sales comparison approach due to the fact that it required large adjustments.  These large adjustments resulted in net and
gross adjustments exceeding banking guidelines. *Site adjustments are based on location/market value, not just square footage. Due to very
limited comparable sales, comparable sales 1-3 were located more than 1 mile from the subject property. Comparable sale #3 is located in
Gulfport in a similar upscale subdivision. After research and analysis, these comparables were the best available at the time of inspection.
Indicated Value by Sales Comparison Approach $  712,000.00

Indicated Value by: Sales Comparison Approach $ 712,000.00     Cost Approach (if developed) $ 722,665     Income Approach (if developed) $  N/A
The most reliable measure of market value in the appraiser's opinion for the subject property is the Sales Comparison Approach. The Cost
approach typically sets the upper limits of value & the income approach is not very reliable for owner occupied properties.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 712,000.00   , as of     12/30/2010     , which is the date of inspection and the effective date of this appraisal.

# Uniform Residential Appraisal Report

File # TS10-107

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     Land values were derived from the local market.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 90,000 |
|---|---|---|---|---|
| Source of cost data  Marshall & Swift Builder Est. and Local Contractors | DWELLING | 3,760 Sq.Ft. @ $ 130.00 | =$ | 488,800 |
| Quality rating from cost service  VeryG   Effective date of cost data  12/30/2010 | | N/A Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Porches,Pool, Pool House(Kit/Bath),Fence,Gen | | =$ | 120,000 |
| Effective Age/Life Span = Estimated Remaining Economic Life | Garage/Carport | 553 Sq.Ft. @ $ 35.00 | =$ | 19,355 |
| | Total Estimate of Cost-New | | =$ | 628,155 |
| | Less | Physical | Functional | External | | |
| | Depreciation | 10,490 | | | =$( | 10,490) |
| | Depreciated Cost of Improvements | | | =$ | 617,665 |
| | "As-Is" Value of Site Improvements | | | =$ | 15,000 |
| Estimated Remaining Economic Life (HUD and VA only)     59 Years | INDICATED VALUE BY COST APPROACH | | =$ | 722,665 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?  ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?  ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 70 March 2005                     Page 3 of 6                     Fannie Mae Form 1004 March 2005

## Uniform Residential Appraisal Report

File # TS10-107

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

File # TS10-107

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report
File # TS10-107

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature  *Tammy Smith*
Name  Tammy Smith
Company Name  Tammy Smith Appraisals
Company Address  15 Shady Lane, Gulfport, MS 39507

Telephone Number  (228) 861-4277
Email Address  smiltm@aol.com
Date of Signature and Report  January 04, 2011
Effective Date of Appraisal  12/30/2010
State Certification #  RA-510
or State License # _____
or Other (describe) _____  State # _____
State  MS
Expiration Date of Certification or License  3/31/2012

ADDRESS OF PROPERTY APPRAISED
5724 Via Toscana
Ocean Springs, MS 39564-2676
APPRAISED VALUE OF SUBJECT PROPERTY $  712,000.00
LENDER/CLIENT
Name  Ric Williams
Company Name  BancorpSouth
Company Address  2909 13th Street, Gulfport, MS 39501

Email Address _____

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____
Name _____
Company Name _____
Company Address _____
_____
Telephone Number _____
Email Address _____
Date of Signature _____
State Certification # _____
or State License # _____
State _____
Expiration Date of Certification or License _____

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection _____
☐ Did inspect interior and exterior of subject property
    Date of Inspection _____

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection _____

## Uniform Residential Appraisal Report
File # TS10-107

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | | COMPARABLE SALE #5 | | | COMPARABLE SALE #6 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | 5724 Via Toscana | 5616 Via Ponte | | | | | | | | |
| | Ocean Springs, MS 39564-2676 | Ocean Springs, MS 39564 | | | | | | | | |
| Proximity to Subject | | 0.12 miles SE | | | | | | | | |
| Sale Price | $ N/A | $ | 450,000.00 | | $ | | | $ | | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 150.00 | sq.ft. | | $ sq.ft. | | | $ sq.ft. | | |
| Data Source(s) | | MGC MLS | | | | | | | | |
| Verification Source(s) | | MLS# 224691 | | | | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | | DESCRIPTION | +(-) $ Adjustment | | DESCRIPTION | +(-) $ Adjustment | |
| Sales or Financing | | Cash Sale | | | | | | | | |
| Concessions | | Market Terms | | | | | | | | |
| Date of Sale/Time | | 10/07/2010 | | | | | | | | |
| Location | Toscana Sudvisi | Toscana | | | | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | | | | |
| Site | 19,880SqFt./.46 | 19,420 SqFt.+/- | | | | | | | | |
| View | S/D Homes | Similar | | | | | | | | |
| Design (Style) | Conventional | Conventional | | | | | | | | |
| Quality of Construction | BrkV/Stu/HrB/G | Stuc/Good/Infer. | +20,000 | | | | | | | |
| Actual Age | 4 Years/1YrEff. | 2Yrs./SimEff. | | | | | | | | |
| Condition | Very Good | Good | | | | | | | | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | | Total / Bdrms / Baths | | | Total / Bdrms / Baths | | |
| Room Count | 9 / 4 / 3.50 | 8 / 4 / 4 | -1,500 | | | | | | | |
| Gross Living Area | 3,760 sq.ft. | 3,000 sq.ft. | +76,000 | | sq.ft. | | | sq.ft. | | |
| Basement & Finished | N/A | N/A | | | | | | | | |
| Rooms Below Grade | N/A | N/A | | | | | | | | |
| Functional Utility | Good | Good | | | | | | | | |
| Heating/Cooling | Central/Central | Central/Central | | | | | | | | |
| Energy Efficient Items | EnrgyEffCons. | EnrgyEffCons. | | | | | | | | |
| Garage/Carport | Dbl. Garage | Dbl. Garage | | | | | | | | |
| Porch/Patio/Deck | Frt/Rear Porch | Frt/Rear Porch | | | | | | | | |
| | Fireplace | Fireplace | -2,000 | | | | | | | |
| | Pool/QuldKkc/Bath | None/Inferior | +60,000 | | | | | | | |
| | Generator/Fen. | Fence | +3,000 | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 155,500 | | ☐ + ☐ - | $ | | ☐ + ☐ - | $ | |
| Adjusted Sale Price | | Net Adj. 34.6 % | | | Net Adj. % | | | Net Adj. % | | |
| of Comparables | | Gross Adj. 36.1 % | $ 605,500 | | Gross Adj. % | $ | | Gross Adj. % | $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No prior sale in past 3 yrs. | No prior sale in past year. | | |
| Price of Prior Sale/Transfer | N/A | N/A | | |
| Data Source(s) | Owner/JacCtnyTaxR./MLS | MGCMLS/JacCtnyTaxAsses | | |
| Effective Date of Data Source(s) | 12/30/2010 | 12/30/2010 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales      The subject property has not sold in the past three years. Comparable sale #4 has not sold in the past year.

Analysis/Comments    There have been 2 sales in the subject subdivision in the past 12 months.  The above sale is located in the subject subdivision but was used as a 4th comparable and was not given much weight due to large adjustments that exceed banking guidelines.  The other sale from the subject subdivision was only 2,700 H/C square footage and would have required even larger adjustments.

## Subject Photo Page

| Appraiser | Tammy Smith | | | | | | |
|-----------|-------------|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | | |
| City | Ocean Springs | County | Jackson | | State | MS | Zip Code 39564-2676 |
| Client | BancorpSouth | | | | | | |



### Subject Front

| | |
|---|---|
| 5724 Via Toscana | |
| Sales Price | N/A |
| Gross Living Area | 3,760 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.50 |
| Location | Toscana Sudvision |
| View | S/D Homes |
| Site | 19,880SqFt./.46Acre |
| Quality | BrkV/Stu/HrB/G |
| Age | 4 Years/1YrEff. |



### Subject Rear



### Subject Street

Form LPICPIX.DSS_LTR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Interior Photo Page

| Appraiser | Tammy Smith | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | |
| City | Ocean Springs | County | Jackson | State MS | Zip Code | 39564-2676 |
| Client | BancorpSouth | | | | | |



### Subject Interior

5724 Via Toscana
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 3,760 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.50 |
| Location | Toscana Sudvision |
| View | S/D Homes |
| Site | 19,880SqFt./.46Acre |
| Quality | BrkV/Stu/HrB/G |
| Age | 4 Years/1YrEff. |

### Subject Interior



### Subject Interior



## Subject Interior Photo Page

| Appraiser | Tammy Smith | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | |
| City | Ocean Springs | County | Jackson | State  MS | Zip Code | 39564-2676 |
| Client | BancorpSouth | | | | | |



### Subject Interior

5724 Via Toscana

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 3,760 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.50 |
| Location | Toscana Sudvision |
| View | S/D Homes |
| Site | 19,880SqFt./.46Acre |
| Quality | BrkV/Stu/HrB/G |
| Age | 4 Years/1YrEff. |



### Subject Interior



### Subject Interior

Main File No. TS10-107| Page #14

## Photograph Addendum

| Appraiser | Tammy Smith | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | |
| City | Ocean Springs | County | Jackson | State MS | Zip Code 39564-2676 | |
| Client | BancorpSouth | | | | | |



Pool



Pool House/Outdoor Kitchen



Left Rear of Subject

### Photograph Addendum

| Appraiser | Tammy Smith | | | | |
|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | |
| City | Ocean Springs | County | Jackson | State MS | Zip Code 39564-2676 |
| Client | BancorpSouth | | | | |



Plat of Subject Property



Aerial of subject property.



Flood

Main File No. TS10-107 Page #16

## Comparable Photo Page

| Appraiser | Tammy Smith | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | |
| City | Ocean Springs | County | Jackson | State | MS | Zip Code 39564-2676 |
| Client | BancorpSouth | | | | | |



### Comparable 1

14028 Puerto Drive
| | |
|---|---|
| Prox. to Subject | 4.88 miles W |
| Sales Price | 850,000.00 |
| Gross Living Area | 3,800 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.50 |
| Location | Gulf Hills |
| View | Re/Bayou/Sup* |
| Site | 16,964 SqFt.* |
| Quality | BrkVen./Stuc/G |
| Age | 6 Years/2YrsEff. |



### Comparable 2

505 Cleveland Avenue
| | |
|---|---|
| Prox. to Subject | 4.36 miles W |
| Sales Price | 700,000.00 |
| Gross Living Area | 3,400 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.50 |
| Location | Ocean Springs |
| View | Similar |
| Site | 2.20 Acres/Sup. |
| Quality | BrkV/WdSid/G |
| Age | 45Yrs./10YrsEff. |



### Comparable 3

5 Birch Cove
| | |
|---|---|
| Prox. to Subject | 16.05 miles W |
| Sales Price | 650,000.00 |
| Gross Living Area | 4,174 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.50 |
| Location | Bayou Oaks |
| View | Similar |
| Site | 18,409 SqFt.+/- |
| Quality | BrkVen/Stuc/G |
| Age | 12 Yrs./6 YrsEff. |

## Comparable Photo Page

| Appraiser | Tammy Smith | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | |
| City | Ocean Springs | County | Jackson | State | MS | Zip Code 39564-2676 |
| Client | BancorpSouth | | | | | |



### Comparable 4

**5616 Via Ponte**

| | |
|---|---|
| Prox. to Subject | 0.12 miles SE |
| Sales Price | 450,000.00 |
| Gross Living Area | 3,000 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 |
| Location | Toscana |
| View | Similar |
| Site | 19,420 SqFt.+/- |
| Quality | Stuc/Good/Infer. |
| Age | 2Yrs./SimEff. |

### Comparable 5

| |
|---|
| Prox. to Subject |
| Sales Price |
| Gross Living Area |
| Total Rooms |
| Total Bedrooms |
| Total Bathrooms |
| Location |
| View |
| Site |
| Quality |
| Age |

### Comparable 6

| |
|---|
| Prox. to Subject |
| Sales Price |
| Gross Living Area |
| Total Rooms |
| Total Bedrooms |
| Total Bathrooms |
| Location |
| View |
| Site |
| Quality |
| Age |

## Sketch Page 1



## Sketch Page 2



Borrower  Gregg and Meredith Descher
Property Address  5724 Via Toscana
City  Ocean Springs  County  Jackson  State  MS  Zip Code  39564
Lender/Client  BancorpSouth Bank  Address  2900 13th St, Gulfport, MS 39501

| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| A1 : 18.5 x 11.5 = | | 212.8 |
| Pool house | | 212.8 |
| Total Misc. Area | | 212.8 |
| A2 : 17.7 x 7.3 = | | 129.2 |
| A3 : 27.2 x 14.6 = | | 397.1 |
| A4 : 40.5 x 6.0 = | | 243.0 |
| A5 : 78.6 x 7.1 = | | 558.1 |
| A6 : 74.5 x 5.5 = | | 409.8 |
| A7 : 93.9 x 5.4 = | | 291.1 |
| A8 : 50.0 x 3.9 = | | 195.0 |
| A9 : 59.8 x 5.0 = | | 299.0 |
| A10 : 45.0 x 6.6 = | | 294.4 |
| A11 : 25.9 x 0.5 = | | 13.5 |
| A12 : 18.1 x 3.4 = | | 61.5 |
| A13 : 17.0 x 1.6 = | | 27.2 |
| A14 : 44.0 x 2.6 = | | 114.4 |
| A15 : 12.0 x 2.4 = | | 28.8 |
| A16 : 0.5 x 3.8x3.8 = | | 7.2 |
| A17 : 42.5 x 3.6 = | | 153.9 |
| First Floor | | 3225.2 |
| A18 : 9.0 x 4.5 = | | 40.5 |
| A19 : 16.6 x 4.7 = | | 78.0 |
| A20 : 15.3 x 3.8 = | | 58.1 |
| A21 : 17.0 x 3.1 = | | 52.7 |
| A22 : 20.9 x 4.5 = | | 94.1 |
| A23 : 19.5 x 1.4 = | | 27.3 |
| A24 : 15.9 x 14.8 = | | 144.1 |
| Second Floor | | 534.8 |
| Total Living Area | | 3760.0 |
| A25 : 5.9 x 5.0 = | | 29.5 |
| A26 : 19.7 x 6.4 = | | 126.1 |
| A27 : 21.7 x 18.3 = | | 397.1 |
| Attached Garage | | 552.7 |
| Total Garage Area | | 552.7 |

Click FORMS Appraisal Software 800-822-8727

**Location Map**

| Appraiser | Tammy Smith | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5724 Via Toscana | | | | | | |
| City | Ocean Springs | County | Jackson | State | MS | Zip Code | 39564-2676 |
| Client | BancorpSouth | | | | | | |



## Market Conditions Addendum to the Appraisal Report

File No. TS10-107

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address 5724 Via Toscana | City Ocean Springs | State MS | ZIP Code 39564-2676 |
|---|---|---|---|

Borrower   Gregory & Meredith Descher

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 5 | 4 | 2 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 0.83 | 1.33 | 0.67 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Total # of Comparable Active Listings | 53 | 44 | 43 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 63.9 | 33.1 | 64.2 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 359,900. | 375,000. | 365,000. | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 84 | 198 | 93 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | 375,000. | 409,450. | 399,000. | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 143 | 162 | 179 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Sale Price as % of List Price | 97.53 | 95.43 | 95.85 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☒ Yes | ☐ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.)   As per local lending institutions, mortgage companies and the MS Gulf Coast MLS, seller concession trends seem to be increasing. Depending on the loan to value ratios, government loans we allowing up to 6% seller concessions and conventional loans up to 3%. The market trends do show developers/builders etc. offering financial assistance to buyers by offering to pay up to $5,000. in buyers closing cost.

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes   ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
As of the time of inspection, REO sales were not a factor in the immediate subject market area.

Cite data sources for above information.   Data sources for the above information, include local lending institutions, mortgage companies and the local MS Gulf Coast Multiple Listing Service.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The research/analysis derived from the MS Gulf Coast Multiple Listing Service displays a slight decline in number of comparable sales settled. . Although "days on market" are increasing the DOM remain in the 3-6 month range and the absorption rate slows a slight decline. Data for this market conditions analysis was derived from market data similar in square footage to the subject property.

| If the subject is a unit in a condominium or cooperative project, complete the following: | N/A | | Project Name: N/A | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes   ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature *Tammy Smith* | Signature |
|---|---|
| Appraiser Name   Tammy Smith | Supervisory Appraiser Name |
| Company Name   Tammy Smith Appraisals | Company Name |
| Company Address   15 Shady Lane, Gulfport, MS 39507 | Company Address |
| State License/Certification #   RA-510   State   MS | State License/Certification #   State |
| Email Address   smittm@aol.com | Email Address |

| Freddie Mac Form 71   March 2009 | Page 1 of 1 | Fannie Mae Form 1004MC   March 2009 |
|---|---|---|

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Letter of Engagement Page 1

# ✹ BancorpSouth

December 22, 2010
Date

Tammy Smith
Appraiser's Name

16 Shady Lane
Address

Gulfport, MS  39507
City, State, Zip

Re:   Property address or legal: 6724 Via Toscana, Ocean Springs, MS 39564   – Request for a
Summary Format Appraisal of Residential property.
Officer: Rio Williams                  Telephone number: 228-214-1204

Dear: Tammy
           Appraiser

Please accept this letter as BancorpSouth Bank's request to engage your services in appraisal of
the above-referenced real estate. The appraisal must conform to the Uniform Standards of
Professional Appraisal Practice (USPAP) and support the current valuation of the property. All
assumptions and projections must be supported in full detail and conform to current market
conditions.  Unless otherwise noted, the value definition utilized will always be "Market Value"
as defined in 12 CFR Part 34, Section 34.42(f) or as required by applicable bank regulatory
agencies.  In addition, BancorpSouth requires the following:

1. The appraisal will be reviewed in specific detail. Accordingly, there must be sufficient
data and discussion of the analytical process for the reader to understand the conclusions
of the report. Please provide specific data regarding the subject properties area and
vicinity and photographs of any surrounding properties that may adversely affect the subject.    A
through, job specific scope of work section in your report is required based on our request that
drives your development of this report, based on the level of report required on the next page.

2. Please include an environmental section in the appraisal and note any evidence of
contamination and/or other environmental hazards. BancorpSouth hereby releases you from any
liability regarding comments made as to environmental conditions.  BancorpSouth specifically
would want to be advised of asbestos, lead and other similarly related issues associated with older
structures. Also, please note in your report any recommended inspection issues, such as stucco
concerns, structural, roofing, electrical, plumbing and the like.

ONE MISSISSIPPI PLAZA, 201 S. SPRING STREET, TUPELO, MS 38804-4011
P.O. BOX 789, TUPELO, MS 38802-0789

## Letter of Engagement Page 2

Dec-22-2010 01:29 PM BancorpSouth Pres Gulfport 228-214-4526

3/3

Appraiser Engagement Letter, page 2

3. Please sign the report and if any individuals other than yourself work on the project, then the report will need co-signatures. We ask that in submission of your report, you provide BancorpSouth with a PDF file complete with all maps, exhibits, signatures and the like. Please email a copy of the completed report to: _____ kim Farrar @bxs.com.

We request that you include a copy of this executed engagement letter in the addenda section of your report. Should your expert witness testimony be required in connection with this appraisal, you agree to provide such services with additional reasonable fees to be negotiated at the time your testimony is required. The appraisal shall be performed for a fee of $ 4400.00 , and shall be completed on or before 01/05/2011 . A fee reduction of _____ per day may be imposed for any reports not turned in by the due date.

The type of report required in this assignment is: (check one)

Level 1 Summary: ___✓___       All applicable approaches to be used.  Cost approach may be excluded on older properties, if not relevant.  A full interior and exterior inspection is required. (this report will be the most thorough residential report that is performed. Additional sales and write up is generally required. The FNMA form 1004 is required)

Level 2 Summary: _____       Summary report with only the most applicable approaches to value.  An interior and exterior inspection is required. The Original FNMA 2055 form is used.

Level 3 Summary: _____.  Same as Level 2, but an exterior inspection only.  Please use the FNMA form 2055, March, 2005 version.

Thank you in advance for your prompt attention to this matter. Please do not hesitate to contact me should there be any questions or should you require additional information on the subject property.

Sincerely,

BANCORPSOUTH BANK

BY: _Julie P. Aaron_
        Officer

Date: _December 22, 2010_

BY: _Nancy Smith_
        Responsible Appraiser

Date: _12/22/2010_

Borrower: Gregory & Meredith Deacher        Borrower Telephone #: 228-897-5834

ADDITIONAL
COMMENTS: Please returned a SIGNED COPY OF THIS ENGAGEMENT LETTER with the
completed appraisal.  Thank you!

2