UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the *Motion for Leave to File a Reply in Support of Primary Counsel's Motion for Disbursement of Contract Counsel Fees Awarded by the Court*;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the *Reply in Support of Primary Counsel's Motion for Disbursement of Contract Counsel Fees Awarded by the Court* shall be entered into the record.

New Orleans, Louisiana, this  26th  day of  March , 2018.

_____
Eldon E. Fallon
United States District Court Judge