UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE PLAINTIFFS' LEAD AND LIAISON COUNSEL'S REPLY MEMORANDUM IN FURTHER SUPPORT OF THE SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF THE MOTION FOR ADDITIONAL COMMON BENEFIT ASSESSMENTS, FILED PURSUANT TO STEP FOUR OF PRETRIAL ORDER NO. 28[1] AND TO EXCEED PAGE LIMITATION**

NOW COME Plaintiffs' Lead and Liaison Counsel, who upon suggesting to the court that on March 20, 2018, the Doyle Law firm filed a Memorandum in Opposition to Plaintiffs' Lead and Liaison Counsels' Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial order No. 28 [Rec. Doc. 21253] ("Doyle Opposition") and Primary Counsel filed a Response to Plaintiffs' Lead and Liaison Counsel's Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial order No. 28 [Rec. Doc. 21251] ("PC Response").   In light of these filings, movers desire to file the attached Reply Memorandum in Further Support of the Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Oder No. 28 ("PSC Reply"),

---

[1] Rec. Doc. 17379, ¶ 9.

and requests leave of Court to file same into the record. Additionally, the PSC Reply exceeds the page limitation allowed by the federal rules, and movers request leave to exceed said page limitation.

WHEREFORE movers pray that this motion be GRANTED and that the attached Plaintiffs' Lead and Liaison Counsels' Reply Memorandum in Further Support of the Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Oder No. 28 be filed into the record.

Respectfully submitted,

Dated: March 27, 2018         /s/ Russ M. Herman_____
                              Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
                              Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
                              Stephen J. Herman, Esquire (Bar No. 23129)
                              HERMAN, HERMAN & KATZ, L.L.C.
                              820 O'Keefe Avenue
                              New Orleans, LA 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              RHerman@hhklawfirm.com
                              *Plaintiffs' Liaison Counsel MDL 2047*

                              Arnold Levin (on the brief)
                              Fred S. Longer (on the brief)
                              Sandra L. Duggan (on the brief)
                              Keith J. Verrier (on the brief)
                              LEVIN, SEDRAN & BERMAN
                              510 Walnut Street, Suite 500
                              Philadelphia, PA 19106
                              Phone:  (215) 592-1500
                              Fax:  (215) 592-4663
                              Alevin@lfsblaw.com
                              *Plaintiffs' Lead Counsel MDL 2047*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 27th day of March, 2018.

    /s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*