UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Motion for Leave to File Plaintiffs' Lead and Liaison Counsels' Reply Memorandum in Further Support of the Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Order No. 28 and to Exceed Page Limitation;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Lead and Liaison Counsels' Reply Memorandum in Further Support of the Supplemental Memorandum of Law in Support of the Motion for Additional Common Benefit Assessments, Filed Pursuant to Step Four of Pretrial Oder No. 28 be and is hereby filed into the record.

New Orleans, Louisiana, this ___ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge