UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Entry of Pre-Trial Order (Re: Access to PSC's Knauf Trial Package);

IT IS ORDERED BY THE COURT that the attached Pre-Trial Order be entered and any plaintiff counsel desiring to obtain the Knauf Trial Package from the Plaintiffs' Steering Committee is directed to follow the procedures outlined in the Pre-Trial Order.

New Orleans, Louisiana, this 27th day of March, 2018.

_____
Eldon E. Fallon
United States District Court Judge