UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

ALL CASES

_____/

### EX-PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the law firm of Parker Waichman, LLP, and hereby moves to withdraw as counsel of record on behalf of Diane Wilson and Richard Wilson pursuant to Local Rule 83.2.11, and as grounds thereof would state as follows:

1. Parker Waichman LLP has represented Diane Wilson and Richard Wilson in this matter in connection with their defective Chinese Drywall claims against Taishan and their entities, and other Chinese-based Defendants.

2. Diane and Richard Wilson are currently listed on the *Amorin* Complaint and a Supplemental Plaintiff Profile Form has been uploaded on their behalf. Their affected property address is 11812 Bayport Lane #4, Fort Myers, Florida 33908.

3. Irreconcilable differences have arisen between Parker Waichman LLP, its staff and attorneys, and claimants, Diane and Richard Wilson, necessitating the withdrawal of Parker Waichman LLP from their case.

4. Plaintiff's counsel has served this motion upon Diane and Richard Wilson at their last known address, 12022 Avingston Lake Drive, Fort Myers, Florida, 33966, via regular and certified mail. Their last known phone number is (419) 304-6501.

5.      There are currently no deadlines or pending court appearances in this matter and Plaintiff's counsel has sent Diane and Richard Wilson correspondence advising to seek counsel immediately should they wish to proceed with their claims.

WHEREFORE, the undersigned law firm, Parker Waichman LLP, respectfully requests this Honorable Court to grant this motion and permit Parker Waichman LLP and its attorneys to withdraw as counsel of record on behalf of Diane Wilson and Richard Wilson.

Dated: March 29, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been provided to Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to File & Serve Xpress f/k/a LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and sent via regular and certified mail to Diane Wilson and Richard Wilson, 12022 Avingston Lake Drive, Fort Myers, FL 33966, on this 29th day of March, 2018.

/s/ Francisco A. Albites
FRANCISCO A. ALBITES, ESQ.
Florida Bar NO. 78046
PARKER WAICHMAN LLP
27300 Riverview Center Blvd., Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Direct: (239) 390-8612
Fax: (239) 390-0055
PWFLPleadings@yourlawyer.com