UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.   2047<br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

ALL CASES

_____/

## ORDER

Considering the foregoing Ex-Parte Motion to Withdraw as Counsel of Record, the Court finds that good grounds exist to grant same, accordingly,

IT IS ORDERED that Parker Waichman LLP and its attorneys are hereby withdrawn as counsel of record for Diane Wilson and Richard Wilson in these proceedings and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE