**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | **MDL NO. 2047** |
| | **SECTION: L** |
| | **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| THIS DOCUMENT RELATES TO: *ALL CASES* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF COMPLIANCE AND STIPULATION OR DESIGNATION OF THE CONTENTS OF THE RECORD OR PART THEREOF TO BE REMANDED PURSUANT TO RULE 10.4 OF THE RULES OF PROCEDURE OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOW INTO COURT comes Plaintiffs' Liaison Counsel, Russ M. Herman, who provides this Notice of Compliance Pursuant to Rule 10.4 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, and advises as follows:

1. The United States Judicial Panel on Multidistrict Litigation issued a Conditional Remand Order on March 22, 2018 in case FLS/1:11-cv-22408 (Rec. Doc. 5).

2. The United States Judicial Panel on Multidistrict Litigation issued a Conditional Remand Order on March 22, 2018 in case MDL 2047 (Rec. Doc. 482).

3. Both of the Conditional Remand Orders require that "pursuant to Rule 10.4(a), the parties, shall furnish the Clerk for the Eastern District of Louisiana with a stipulation or designation of the contents of the record to be remanded."

4. On March 23, 2018, the PSC requested that counsel for the Taishan Defendants meet and confer and provide designations in accordance with the Conditional Remand Orders (see attached Exhibit "A"). The Taishan Defendants elected not to meet and confer with the PSC as requested and elected not to provide timely designations of the contents of the record to be remanded. Therefore, the PSC is filing its own designations of the contents of the record to be remanded.

1

5.  In accordance with the Conditional Remand Orders, the PSC attaches hereto as Exhibit "B" its designation of the contents of the record to be remanded in accordance with Rule 10.4 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and the Conditional Remand Order.

Respectfully submitted,

Dated: March 29, 2018

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Keith J. Verrier (on the brief)
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of March, 2018.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*