# EXHIBIT "A"

**Lillian Flemming**

| | |
|---|---|
| **From:** | Lillian Flemming |
| **Sent:** | Friday, March 23, 2018 11:06 AM |
| **To:** | Harry Rosenberg (harry.rosenberg@phelps.com); Alan Dean Weinberger (aweinberger@hanrylaw.com); Bernard Taylor (bernard.taylor@alston.com); Christina Hull Eikhoff (Christy.Eikhoff@alston.com); Michael Kenny (mike.kenny@alston.com); Alex Rothenberg (arothenberg@gordonarata.com); Donna Currault (dcurrault@gordonarata.com); Eric Shumsky (eshumsky@orrick.com); Ewell Eagan Jr. (eeagan@gordonarata.com); James L. Stengel (jstengel@orrick.com); L. Christopher Vejnoska Esq. (cvejnoska@orrick.com) |
| **Cc:** | Arnold Levin; Fred Longer (FLonger@lfsblaw.com); Sandy Duggan; Russ Herman; Lenny Davis; Regina Valenti |
| **Subject:** | Chinese Drywall MDL 2047 re Meet and Confer re JPML Conditional Remand Order |
| **Attachments:** | 5  JPML Conditional Remand Order (Amorin).pdf; 482  JPML Conditional Remand Order (Amorin).pdf |

From:  Leonard A. Davis

The Conditional Remand Order(s) (attached) issued by the Judicial Panel on Multidistrict Litigation requires that the parties furnish to the Clerk of the Eastern District of Louisiana a stipulation or designation of the contents of the record to be remanded.  We are prepared to meet and confer with you Tuesday morning to address the submission.  Please provide your designations to us prior to the meet and confer.  We are available at 9:00 a.m. (central) for a call.  We can use the following call-in number:   855-747-8824; Participant Code:  4892.

Lillian M. Flemming
Legal Assistant to
Leonard A. Davis
**Herman, Herman & Katz, L.L.C.**
**Herman Gerel, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
(504) 581-4892
(504) 561-6024 (fax)
Email:  lflemming@hhklawfirm.com
www.hhklawfirm.com

# CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.