**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**EXHIBIT "A" TO
THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO
REDRESS IMPROPER CONFIDENTIALITY DESIGNATIONS
AND ENFORCE ORDER REQUIRING MANUAL TRANSLATION
OF CHINESE DOCUMENTS IN RECOGNITION OF THE
SUGGESTION OF REMAND OF THE FLORIDA AMORIN PLAINTIFFS**

# FILED UNDER SEAL