**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

**O R D E R**

Considering the Motion for Leave to File Plaintiffs' Lead and Liaison Counsel's Reply to Krupnick Campbell Malone, et al's Opposition to the Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Lead and Liaison Counsel's Reply to Krupnick Campbell Malone, et al's Opposition to the Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit is hereby filed into the record.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge