**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

NOW COMES, Plaintiffs' Lead and Liaison Counsel, who respectfully represents that on April 2, 2018, it filed Plaintiffs' Lead and Liaison Counsel's Reply to Krupnick Campbell Malone, et al's Opposition to the Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys For Services Performed and Expenses Incurred for MDL Administration and Common Benefit.   Exhibit A to the Reply is an agenda for a meeting of Plaintiffs only counsel to be held April 4-5, 2018 to prepare Florida Plaintiffs' Bar for its involvement in remand trials. The exhibit contains information that is work product or should be designated or is confidential.  Accordingly, Plaintiffs' Lead and Liaison Counsel requests that Exhibit "A" attached to its Reply to Krupnick Campbell Malone, et al's Opposition to the Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys For Services Performed and Expenses Incurred for MDL Administration and Common Benefit be filed UNDER SEAL.

WHEREFORE, mover prays that this motion be GRANTED and that Exhibit "A" attached to its Reply to Krupnick Campbell Malone, et al's Opposition to the Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys For Services Performed and Expenses Incurred for MDL Administration and Common Benefit be filed UNDER SEAL.

Respectfully submitted,

Dated: April 2, 2018

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial

2

Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 2nd day of April, 2018.

          /s/ Leonard A. Davis
          Leonard A. Davis
          HERMAN, HERMAN & KATZ, LLC
          820 O'Keefe Avenue
          New Orleans, Louisiana 70113
          Phone: (504) 581-4892
          Fax: (504) 561-6024
          Ldavis@hhklawfirm.com
          Plaintiffs' Liaison Counsel
          MDL 2047

*Co-Counsel for Plaintiffs*