IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Motion for Leave to File Exhibits Under Seal filed by the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits A, B, C and D attached to the Plaintiffs' Steering Committee's Motion to Redress Improper Confidentiality Designations and Enforce Order Requiring Manual Translation of Chinese Documents in Recognition of the Suggestion of Remand of the Florida Amorin Plaintiffs [Rec. Doc. 21280] be and they are hereby filed UNDER SEAL.

New Orleans, Louisiana, this  2nd  day of  April , 2018.

_____
Eldon E. Fallon
United States District Court Judge