UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PRIMARY COUNSEL'S MOTION FOR LEAVE TO
WITHDRAW AND SUBSTITUTE RECORD DOCUMENT NO. 21288**

NOW COME Primary Counsel[1] who respectfully move that they be granted leave of court to withdraw *Primary Counsel's Response in Opposition to Plaintiffs' Lead and Liaison Counsel's Motion Addressing Suggestion of Remand (R. Dox. 21259-2)* (R. Doc. 21288) (the "Opposition") and substitute *Primary Counsel's Response in Opposition to Plaintiffs' Lead and Liaison Counsel's Motion Addressing Suggestion of Remand (R. Dox. 21267)* (attached hereto as Exhibit "A") in its place. In the Opposition (R. Doc. 21288), Primary Counsel inadvertently cited to the wrong record document numbers for *Plaintiffs' Lead and Liaison Counsel's Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorneys' Fees Fund to compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit* (R. Doc. 21267) and supporting memorandum (21267-1). The document attached as Exhibit "A" contains citations to the correct document numbers. Accordingly, Primary Counsel request that the Court enter the attached proposed order granting leave to withdraw Record Document number 21288 and substitute Exhibit "A" in its place.

---

[1] Primary Counsel include the individually retained counsel appearing or represented through counsel in the signature block of this pleading.

Respectfully submitted:

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:   /s/ *Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr. (LA #20645)
jfaircloth@fairclothlaw.com
Brook L. Villa (LA #31988)
bvilla@fairclothlaw.com
Franklin "Drew" Hoffmann (LA #35824)
dhoffmann@fairclothlaw.com
412 N. 4th Street, Suite 230
Baton Rouge, LA 70802
Phone: (225) 343-9535
Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

**BARON & BUDD, P.C.**

By:    /s/ *Russell W. Budd*
Russell W. Budd (TX #03312400)
rbudd@baronbudd.com
S. Ann Saucer (TX #00797885;
LA #21368)
asaucer@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:    /s/ *Eric D. Hoaglund*
Eric D. Hoaglund
ehoaglund@mhcilaw.com
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Phone: (205) 824-7767
Fax: (205) 824-7768

**LISKA, EXNICIOS & NUNGESSER**

By:    /s/ *Val Patrick Exnicios*
Val Patrick Exnicios, Esq.
vpexnicios@exnicioslaw.com
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA. 70112
Phone: (504) 410-9611
Fax: (504) 410-9937
Cell: (504) 495-9666

*Attorneys for Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By:    /s/ *K. Edward Sexton, II*
K. Edward Sexton, II
esexton@gtandslaw.com
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Phone: (205) 716-3000
Fax: (205) 716-3010

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By:    /s/ *Mark Milstein*
Mark Milstein
mmilstein@mjfwlaw.com
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Phone: (310) 396-9600
Fax: (310) 396-9635

| | |
|---|---|
| **ROBERTS AND DURKEE, LLP**<br><br>By:   /s/ *C. David Durkee*<br>    C. David Durkee<br>    durkee@rdlawnet.com<br>    2665 South Bayshore Drive, Suite 300<br>    Coconut Grove, FL 33133<br>    Phone: (305) 442-1700<br>    Fax: (305) 442-2559 | **ALTERS LAW FIRM, P.A.**<br><br>By:   /s/ *Jeremy W. Alters*<br>    Jeremy W. Alters (FL #111790)<br>    jeremy@alterslaw.com<br>    Justin D. Grosz (FL #984000)<br>    justin@alterslaw.com<br>    Matthew T. Moore, Of Counsel (FL #70034)<br>    matthew@alterslaw.com<br>    1855 Griffin Road, Suite C470<br>    Dania Beach, FL 33004<br>    Phone: (305) 571-8550<br>    Fax: (305) 571-8558 |
| **ALLISON GRANT, P.A.**<br><br>By:   /s/ *Allison Grant*<br>    Allison Grant (FL #858330)<br>    agrant@allisongrantpa.com<br>    14 SE 4th St<br>    Boca Raton, FL 33432-6111<br>    Phone: 561-994-9646<br>    Fax: 561-431-4627 | |

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing *Motion for Leave to Withdraw Doc. 21288* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of April, 2018.

                                        /s/ *Jimmy R. Faircloth, Jr.*
                                    JIMMY R. FAIRCLOTH, JR.