UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

Considering *Primary Counsel's Motion for Leave to Withdraw and Substitute Record Document No. 21288*;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Record Document No. Doc. 21288 will be STRICKEN from the record and *Primary Counsel's Response in Opposition to Plaintiffs' Lead and Liaison Counsel's Motion Addressing Suggestion of Remand (R. Dox. 21267)* shall be entered in the record.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge

1