IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

# O R D E R

Considering the Motion for Leave to File Plaintiffs' Lead and Liaison Counsel's Reply to Krupnick Campbell Malone, et al's Opposition to the Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Lead and Liaison Counsel's Reply to Krupnick Campbell Malone, et al's Opposition to the Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit is hereby filed into the record.

New Orleans, Louisiana, this  3rd  day of _____April_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge