UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion to File Exhibit Under Seal filed by Plaintiffs' Lead and Liaison Counsel;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Lead and Liaison Counsel's Motion requesting Exhibit "A" attached to the Reply to Krupnick Campbell Malone, et al's Opposition to the Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys For Services Performed and Expenses Incurred for MDL Administration and Common Benefit be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this  3rd  day of _____April_____, 2018.

Eldon E. Fallon
United States District Court Judge