# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO. 09-02047 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "L" (5) |

## ORDER

Considering the parties' request for oral argument on *Plaintiffs' Lead and Liaison Counsel's Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit* (Rec. Doc. 21267), accordingly,

**IT IS ORDERED** that oral argument is hereby **SCHEDULED** for this matter on May 1, 2018 at 10:00 a.m.

New Orleans, Louisiana, this 4th day of April, 2018.

_____
**ELDON E. FALLON**
United States District Judge