UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO. 09-02047 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "L" (5) |

## ORDER

Considering the Plaintiffs' Steering Committee's *Motion to Redress Improper Confidentiality Designations and Enforce Order Requiring Manual Translation of Chinese Documents in Recognition of the Suggestion of Remand of the Florida* Amorin *Plaintiffs* (Rec. Doc. 21280), filed March 29, 2018, the Court hereby sets the following deadlines for briefs and schedule for oral argument:

- Defendants' Opposition Brief        April 13, 2018
- PSC's Reply Brief                   April 20, 2018
- Oral Argument                       May 1, 2018 at 10:00 a.m.

**IT IS SO ORDERED.**

New Orleans, Louisiana, this 4th day of April, 2018.

**ELDON E. FALLON**
United States District Judge