UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

This Document Relates to:

Greg Descher, et ux. V. Knauf GIPS KG, et al.
So. Dist. Mississippi, C.A. No. MSS/1:17-cv-00249

### ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO COMPLETE SERVICE OF PROCESS

THIS DAY this cause came on to be heard upon Plaintiffs, Greg and Meredith Descher', Motion for Extension of Time within which to Complete Service of Process, and the Court, after having considered same, finds that the Motion is well-taken and should be sustained.

It is, therefore,

ORDERED AND ADJUDGED that the deadline for service of process on the Defendants in the above-referenced case be, and the same is hereby extended for an additional _____ days, making the new deadline to be _____, 2018.

SO ORDERED AND ADJUDGED this, the \_\_\_ day of April, 2018.

**U. S. DISTRICT COURT JUDGE**

This Order prepared & submitted by:

*Attorneys for Plaintiffs*

STEPHEN W. MULLINS (LA Bar No. 22124)
**Luckey & Mullins, PLLC**
Post Office Box 990
Ocean Springs, MS  39566
Telephone: 228-875-3175
Facsimile: 228-872-4719
Email:  smullins@luckeyandmullins.com