UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                             MDL NO. 2047

                                                                                        SECTION: L

                                                                                        JUDGE FALLON
                                                                                        MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MOTION FOR LEAVE TO FILE
PLAINTIFFS' LEAD AND LIAISON COUNSEL'S SUPPLEMENTAL REPLY
ADDRESSING RESPONSE OF PRIMARY COUNSEL AND MORGAN & MORGAN
TO MOTION TO ESTABLISH A PLAINTIFFS' ATTORNEYS' FEES FUND TO
COMPENSATE AND REIMBURSE ATTORNEYS FOR SERVICES PERFORMED AND
EXPENSES INCURRED FOR MDL ADMINISTRATION AND COMMON BENEFIT

NOW COME Plaintiffs' Lead and Liaison Counsel who respectfully submit that on March 22, 2018, they filed a Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit [Rec. Doc. 21259-2]. On April 3, 2018, Morgan & Morgan filed a Response to Plaintiffs' Lead and Liaison Counsel's Motion and Memorandum Requesting Common Benefit Fees From the *Amorin* Cases That May Be Remanded to the Southern District of Florida [Rec. Doc. 21291] and Primary Counsel filed an Opposition to Plaintiff's Lead and Liaison Counsel's Motion Addressing Suggestion of Remand (R. Doc. 21267) [Rec. Doc. 21289-1]. Movers request leave of court to file the attached Supplemental Reply Addressing Response of Primary Counsel and Morgan & Morgan to Motion to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse

Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit.

WHEREFORE movers pray that this motion be GRANTED and that the attached Plaintiffs' Lead and Liaison Counsel's Supplemental Reply Addressing Response of Primary Counsel and Morgan & Morgan to Motion to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit be filed into the record.

Dated: April 9, 2018  Respectfully Submitted,

By: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Keith Verrier (on the brief)
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 9th day of April, 2018.

<u>/s/ Leonard A. Davis</u>
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Co-Counsel for Plaintiffs MDL 2047*