UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL       MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

This Document Relates to:     ALL CASES       Judge Fallon
Mag. Judge Wilkinson

_____/

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY**
**THE M/I HOMES ENTITIES[1]**

Pursuant to Pretrial Order No. 1(J), dated March 20, 2015, M/I Homes, Inc. and its past and present subsidiaries and affiliates, including without limitation, M/I Homes of Tampa, LLC, M/I Homes of West Palm Beach, LLC, and M/I Homes of Florida, LLC (referred to herein as "the M/I Homes Entities") hereby give notice of their intention to dispose of the physical evidence that the M/I Homes Entities were previously preserving from the following property or properties:  SEE ATTACHED EXHIBIT A WITH LIST OF PROPERTIES.

Any person or entity wishing to inspect this  physical  evidence or, in the case of the owner of the property, take possession of this physical evidence at their own expense, must do so within thirty (30) days of the date of this notice upon reasonable notice to the M/I Homes Entities by contacting counsel for the M/I Homes Entities, Jaret Fuente, by telephone at (813) 229-4362 and by email at jfuente@carltonfields.com.  Upon the expiration of the 30 day period, the M/I Homes Entities may dispose of such physical evidence.

---

[1] The M/I Homes Entities includes M/I Homes, Inc. and its past and present subsidiaries and affiliates, including without limitation, M/I Homes of Tampa, LLC, M/I Homes of West Palm Beach, LLC, and M/I Homes of Florida, LLC.

114429381.1

Dated:  April 12, 2018

*/s/ Jaret J. Fuente*
Jaret J. Fuente
Florida Bar No. 0146773
CARLTON FIELDS
P.O. Box 3239
Tampa, FL  33601-3239
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
jfuente@carltonfields.com
tsharick@carltonfields.com (secondary)
tpaecf@cfdom.net (secondary)
*Counsel for M/I Homes of Tampa, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Disposal of Physical Evidence by the M/I Homes Entities** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Liaison Counsel, Phillip A. Wittman, Esq. and Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of April, 2018.

*/s/ Jaret J. Fuente*
Attorney

114429381.1

**Exhibit A to**
**Notice of Disposal of Physical Evidence by the M/I Homes Entities**

| No. | Community | Address | City | State | Zip |
|---|---|---|---|---|---|
| 1. | Easton Park | 20220 Still Wind Drive | Tampa | FL | 33647 |
| 2. | Easton Park | 20222 Still Wind Drive | Tampa | FL | 33647 |
| 3. | Palm Cove | 7752 Crescent Palm Drive | Wesley Chapel | FL | 33545 |
| 4. | River Bend | 2407 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 5. | River Bend | 2505 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 6. | River Bend | 2509 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 7. | River Bend | 2513 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 8. | River Bend | 2519 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 9. | River Bend | 2622 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 10. | River Walk | 9307 River Rock Lane | Riverview | FL | 33578 |
| 11. | River Walk | 9311 River Rock Lane | Riverview | FL | 33578 |
| 12. | River Walk | 9313 River Rock Lane | Riverview | FL | 33578 |
| 13. | River Walk | 9317 River Rock Lane | Riverview | FL | 33578 |
| 14. | River Walk | 9318 River Rock Lane | Riverview | FL | 33578 |
| 15. | River Walk | 9319 River Rock Lane | Riverview | FL | 33578 |
| 16. | River Walk | 9322 River Rock Lane | Riverview | FL | 33578 |
| 17. | River Walk | 9324 River Rock Lane | Riverview | FL | 33578 |
| 18. | River Walk | 9325 River Rock Lane | Riverview | FL | 33578 |
| 19. | River Walk | 9326 River Rock Lane | Riverview | FL | 33578 |
| 20. | River Walk | 9327 River Rock Lane | Riverview | FL | 33578 |
| 21. | River Walk | 9328 River Rock Lane | Riverview | FL | 33578 |
| 22. | Watson Glen | 11406 Blue Lilac Avenue | Riverview | FL | 33578 |
| 23. | Watson Glen | 11412 Blue Lilac Avenue | Riverview | FL | 33578 |
| 24. | Watson Glen | 11418 Dutch Iris Drive | Riverview | FL | 33578 |
| 25. | Watson Glen | 11447 Dutch Iris Drive | Riverview | FL | 33578 |
| 26. | Watson Glen | 5708 Butterfield Street | Riverview | FL | 33578 |
| 27. | Misty Oaks | 3602 Oak Brook Lane | Eustis | FL | 32736 |
| 28. | Misty Oaks | 3650 Oak Brook Lane | Eustis | FL | 32736 |
| 29. | Misty Oaks | 433 Split Oak Court, | Eustis | FL | 32736 |
| 30. | Misty Oaks | 472 Misty Oaks Lane | Eustis | FL | 32736 |
| 31. | Oaks | 5927 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 32. | Oaks | 5968 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 33. | Oaks | 5991 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 34. | Oaks | 5992 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 35. | Oaks | 6015 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 36. | Oaks | 6016 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 37. | Oaks | 6023 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 38. | Oaks | 6024 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |

1144429381.1

| 39. | Oaks | 6039 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
|---|---|---|---|---|---|
| 40. | Oaks | 6048 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 41. | Oaks | 6063 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 42. | Oaks | 6064 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 43. | Oaks | 6071 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 44. | Oaks | 6072 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 45. | Oaks | 6079 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 46. | Oaks | 7631 S.E. Heritage Boulevard | Hobe Sound | FL | 33455 |
| 47. | Oaks | 7655 S.E. Heritage Boulevard | Hobe Sound | FL | 33455 |
| 48. | Oaks | 7691 S.E. Heritage Boulevard | Hobe Sound | FL | 33455 |

114429381.1