UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                MDL NO. 2047

This Document Relates to:

Greg Descher, et ux. V. Knauf GIPS KG, et al.
So. Dist. Mississippi, C.A. No. MSS/1:17-cv-00249

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF
TIME WITHIN WHICH TO COMPLETE SERVICE OF PROCESS**

THIS DAY this cause came on to be heard upon Plaintiffs, Greg and Meredith Descher', Motion for Extension of Time within which to Complete Service of Process, and the Court, after having considered same, finds that the Motion is well-taken and should be sustained.

It is, therefore,

ORDERED AND ADJUDGED that the deadline for service of process on the Defendants in the above-referenced case be, and the same is hereby extended for an additional 60 days.

New Orleans, Louisiana, this 10th day of April, 2018.

_Eldon E. Fallon_
**U. S. DISTRICT JUDGE**