UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

EXHIBIT "E" TO
REPLY MEMORANDUM IN SUPPORT OF THE PLAINTIFFS'
STEERING COMMITTEE'S MOTION TO REDRESS IMPROPER
CONFIDENTIALITY DESIGNATIONS AND ENFORCE ORDER
REQUIRING MANUAL TRANSLATION OF CHINESE
DOCUMENTS IN RECOGNITION OF THE SUGGESTION
OF REMAND OF THE FLORIDA *AMORIN* PLAINTIFFS

# FILED UNDER SEAL