## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the Motion for Leave to Exceed Page Limitation and to File Exhibits Under Seal filed by the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the motion is GRANTED, the PSC is allowed to exceed page limitation and the Reply Memorandum in Support of the Plaintiffs' Steering Committee's Motion to Redress Improper Confidentiality Designations and Enforce Order Requiring Manual Translation of Chinese Documents in Recognition of the Suggestion of Remand of the Florida *Amorin* Plaintiffs be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that Exhibits C, E and F attached to the Reply Memorandum in Support of the Plaintiffs' Steering Committee's Motion to Redress Improper Confidentiality Designations and Enforce Order Requiring Manual Translation of Chinese Documents in Recognition of the Suggestion of Remand of the Florida *Amorin* Plaintiffs be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 23rd day of _____April_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge