# EXHIBIT "A"

## Taishan Meet and Confer
## March 28, 2017

| NAME | FIRM | PARTY REPRESENTING |
|---|---|---|
| Russ Herman | HHK | PSC |
| Leonard Davis | HHK | PSC |
| Arnold Levin | L+F | PSC |
| Emma Kingsdorf | BKC | PSC |
| Salvadore Christina | Becnel | PSC |
| Pete Albanis | Morgan + Morgan | PSC |
| Jay Dwan | PW | PSC |
| Hugh "Skip" Lambert | The Lambert Firm, PLC | PSC |
| Christy Eikhoff | Alston + Bird | Taishan |
| Matt Lawson | Alston + Bird | Taishan |

## BNBM Meet and Confer
## March 27, 2017

| NAME | FIRM | PARTY REPRESENTING |
|---|---|---|
| Russ Herman | HHK | PLC |
| Lenny Davis | HHK | PLC |
| Dan Bryson | WBM | PLC |
| Holly Werkema | Baron & Budd | PLC |
| Jay Dinan | PW | PLC |
| Sal Christina | Becnel Law Firm | PLC |
| Matt Nickel | Dentons | BNBM |
| Chris Kim | Dentons | BNBM |
| Gaye Petersen | The Lambert Firm | PSC |
| Hugh "Skip" Lambert | The Lambert Firm | PSC |
| Pete Albanis | Morgan + Morgan | PSC |
| Emma Kingsdorf | BKC | PSC |
| Arnold Levin | L&B | PSC |

## CNBM Meet and Confer
## March 28, 2017

| NAME | FIRM | PARTY REPRESENTING |
|---|---|---|
| Jay Dinan | PW | PSC |
| Arnold Levin | L&B | PSC |
| Russ Herman | HHK | PSC |
| Lenny Davis | HHK | PSC |
| Emma Kingsdorf | HHK | PSC |
| Sal Christina | Becnel | PSC |
| Hugh "Skip" Lambert | The Lambert Firm, PLC | PSC |
| Holly Werkema | Baron & Budd | PSC |
| Andrew Davidson | Orrick | CNBM |
| Eric Hairston | Orrick | CNBM |
| Pete Albanis | Morgan + Morgan | PSC |