# EXHIBIT "B"

# Lillian Flemming

| | |
|---|---|
| **From:** | Lillian Flemming |
| **Sent:** | Friday, April 13, 2018 12:37 PM |
| **To:** | Harry Rosenberg (harry.rosenberg@phelps.com) |
| **Cc:** | Alan Dean Weinberger (aweinberger@hanrylaw.com); Bernard Taylor (bernard.taylor@alston.com); Christina Hull Eikhoff (Christy.Eikhoff@alston.com); Michael Kenny (mike.kenny@alston.com); Alex Rothenberg (arothenberg@gordonarata.com); Donna Currault (dcurrault@gordonarata.com); Eric Shumsky (eshumsky@orrick.com); Ewell Eagan Jr. (eeagan@gordonarata.com); James L. Stengel (jstengel@orrick.com); L. Christopher Vejnoska Esq. (cvejnoska@orrick.com) |
| **Subject:** | Chinese Drywall MDL 2047 re Confidentiality Logs |
| **Attachments:** | LTR  Rosenberg, Harry re Confidentiality Logs 2018-4-13.pdf |

Please see attached from Leonard A. Davis.

Lillian M. Flemming
Legal Assistant to
Leonard A. Davis
***Herman, Herman & Katz, L.L.C.***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
(504) 581-4892
(504) 561-6024 (fax)
Email:  lflemming@hhklawfirm.com
www.hhklawfirm.com

## CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.



820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

John S. Creevy
Mikalia M. Kott[2]
Patrick R. Busby[3]
Alexandra E. Faia
Charles M. King

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.
Robert S. Peck[4]

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Colorado
[3] Also Admitted in Alabama
 & Oklahoma
[4] Only Admitted in Washington, D.C.
 & New York

April 13, 2018

**VIA EMAIL ONLY**

Harry Rosenberg, Esq.
Phelps Dunbar
365 Canal Street, Suite 2000
New Orleans, LA   70130-6534
harry.rosenberg@phelps.com

   Re: *In re:   Chinese-Manufactured Drywall Products Liability Litigation*
      **MDL 2047**

Dear Harry:

  Pre-Trial Order No. 16 issued by the Court on September 25, 2009 [Rec. Doc. 288], requires each Producing Party to produce a confidentiality log in a searchable electronic format identifying information including (a) beginning and ending bates numbers; (b) date; (c) title; (d) document type; (e) author(s); (f) recipient(s); and (g) confidentiality status (*e.g.* "Confidential," "Highly-Confidential" or "Non-Confidential") for each document produced or made available in this litigation.  Each Producing Party was to update the confidentiality log on the first business day of each month and was to reflect all documents produced or declared confidential by the Producing Party by the 15th date of the prior month.  Please provide us with the most current confidentiality log from each of the Producing Parties.  We are sending this letter to you in your capacity as Liaison Counsel and request that you provide it to all Producing Parties.

              Sincerely,

              /s/ Leonard A. Davis

              **LEONARD A. DAVIS**

April 13, 2018
PAGE 2


LAD:lmf
cc: Bernard Taylor, Esq. *(via email)*
 Christina Hull Eikhoff, Esq. *(via email)*
 Michael Kenny, Esq. *(via email)*
 Alan Dean Weinberger, Esq. *(via email)*
 L. Christopher Vejnoska, Esq. *(via email)*
 James L. Stengel, Esq. *(via email)*
 Ewell Eagan, Jr., Esq. *(via email)*
 Eric Shumsky, Esq. *(via email)*
 Donna Currault, Esq. *(via email)*
 Alex Rothenberg, Esq. *(via email)*