UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR MAY 1, 2018 STATUS CONFERENCE**

**Joint Report**
   **Section**

     I.     PRE-TRIAL ORDERS

     III.   OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

     V.    KNAUF REMEDIATION PROGRAM

     VI.   INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

     VII.  TAISHAN, BNBM AND CNBM DEFENDANTS

     VIII. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

     X.    ATTORNEY FEES

     XV.  SUGGESTION OF REMAND

     XVI. NEXT STATUS CONFERENCE