**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**REVISED AND SUBSTITUTED EXHIBIT "C" TO**
**THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO**
**REDRESS IMPROPER CONFIDENTIALITY DESIGNATIONS**
**AND ENFORCE ORDER REQUIRING MANUAL TRANSLATION**
**OF CHINESE DOCUMENTS IN RECOGNITION OF THE**
**<u>SUGGESTION OF REMAND OF THE FLORIDA AMORIN PLAINTIFFS</u>**

# FILED UNDER SEAL