UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:**
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to Substitute and File Exhibit Under Seal filed by the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached revised Exhibit "C" to the Reply Memorandum in Support of the Plaintiffs' Steering Committee's Motion to Redress Improper Confidentiality Designations and Enforce Order Requiring Manual Translation of Chinese Documents in Recognition of the Suggestion of Remand of the Florida *Amorin* Plaintiffs [Rec. Doc. 21308-2] be and is hereby substituted in place of the Exhibit "C" filed with the Reply Brief on April 20, 2018.

IT IS FURTHER ORDERED BY THE COURT that the revised and substituted Exhibit "C" be filed UNDER SEAL.

New Orleans, Louisiana, this 30th day of April, 2018.

_____
Eldon E. Fallon
United States District Court Judge