MINUTE ENTRY
FALLON, J.
MAY 1, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
DRYWALL PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
REF: ALL CASES          MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:    Leonard Davis, Esq., Jerry Meunier, Esq., Arnold Levin, Esq., Russ Herman, Esq., and Anthony Irpino, Esq., for Plaintiffs
Michael Ryan, Esq., Jimmy Faircloth, Esq. and Pete Albanis, Esq. for Certain Plaintiffs
Christina Eikhoff, Esq. and Bernard Taylor, Esq., for Taishan Defendants
Andrew Davidson, Esq. for Defendants CNBM Company, BNBM Group and BNBM PLC

1. The Plaintiffs' Steering Committee's Motion to Redress Improper Confidentiality Designations and Enforce Order Requiring Manual Translation of Chinese Documents in Recognition of Remand of the Florida Amorin Plaintiffs      (21280) & (20598)

After argument – motion was taken under submission

2. Motion of Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. for a Plan to Satisfy Translation Order      (20643)

After argument – motion was taken under submission

3. Plaintiffs' Lead and Liaison Counsel's Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorneys' Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit      (21267)

After argument – motion was taken under submission


JS10:    1:38