**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **CIVIL ACTION** |
| | **MDL NO. 09-2047** |
| | **SECTION "L" (5)** |
| **THIS DOCUMENT RELATES TO:  ALL CASES** | |

## ORDER

Plaintiffs have filed a motion to enforce this Court's January 8, 2016 Order, which required the Taishan Defendants to translate manually all of the documents produced from a certain former Taishan employee, Mr. Peng Wenlong.  *See* Rec. Doc. 21280.  The Court heard oral argument on Plaintiffs' motion on May 1, 2018.

The Court's January 2016 Order was initially entered after the Court found that Taishan engaged in discovery abuse.  *See* Rec. Doc. 19959.  Therefore, the Court ordered as follows:  "All documents produced from Mr. Peng's computers and emails . . . be accurately (non-machine) translated into English by Taishan and at Taishan's cost."  *Id.*  These documents are relevant, necessary, and a part of discovery in this multidistrict litigation, and thus should be translated with accuracy.

Despite the Court's mandate, over two years later, Taishan still has not complied with the January 2016 Order.  The Court is deeply disappointed.  From the outset of this litigation, Taishan Defendants have repeatedly disregarded the Court's orders and authority, resulting in contempt charges.  This time, unfortunately, is no different.

Nonetheless, before the Court enforces its January 2016 Order—including the possibility of holding Taishan in contempt once again—the Court is allowing Defendant Taishan to engage

1

in good-faith discussion with Plaintiffs to redress the translation issues. Defendants have represented at the May 1, 2018 hearing that they would promptly, and in good faith, resolve translation issues with Plaintiffs. The Court will afford them with this opportunity.

Accordingly,

**IT IS ORDERED** that the parties shall meet and confer regarding the translation issues within 30 days. During this period, Taishan's proposed translation plan is temporarily adopted:

1. Based upon Taishan's qualitative review, Taishan shall identify to the PSC all relevant non-privileged documents. The PSC shall advise of any previously translated documents.

2. Taishan shall provide manual translations of all relevant non-privileged, untranslated documents in Taishan's relevant set.

3. PSC shall identify relevant documents based on its own review. The parties shall engage in good faith discussion regarding the proposed additional translations.

4. The parties will update the Court regarding the status of this translation plan within 30 days. The Court will reassess and resolve any issues, without oral argument, following the next monthly status conference on June 12, 2018, if necessary.


New Orleans, Louisiana, this 3rd day of May, 2018.

**ELDON E. FALLON**
United States District Judge