# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| | : | |

## KRUPNICK CAMPBELL MALONE ET AL.'S MOTION TO COMPEL FEE COMMITTEE TO TRANSMIT TO COMMON BENEFIT COUNSEL THE COMMITTEE'S RECOMMENDATION AND/OR SET TIMELINES PURSUANT TO PRE-TRIAL ORDER 28 AND PRE-TRIAL ORDER 28(E)

The undersigned law firm, Krupnick Campbell Malone, et al. (hereinafter "KCM Firm") respectfully, hereby moves this Honorable Court of an Order compelling the Fee Committee to transmit to Common Benefit Counsel the Fee Committee's Recommendation of proposed common benefit fee allocation pursuant to Pre-Trial Order ("PTO") 28 and/or setting deadlines pursuant to PTO 28 and PTO 28(E).[1]

On April 30, 2018 the Fee Committee conducted a final meeting to generate a common benefit fee aware proposal for each law firm seeking a common benefit award. Transmitting the Committee's Recommendation triggers a deadline and timeline towards resolution. PTO 28(E) contemplates that the Court would set a time for the Fee Committee to make these recommendations; to date, no time has been set.

---

[1] The Court appointed the undersigned as a member of the Fee Committee. PTO 28, para. 21.

The undersigned moves this Court for an Order (1) requiring the Fee Committee to transmit to each law firm seeking common benefit the Committee's Recommendation; (2) setting specific deadlines for the Fee Committee to prepare final recommendations to the Court.

Plaintiffs' Lead and Liaison Counsel oppose the relief sought herein.

Dated: May 4, 2018.

>Respectfully submitted,
>
>/s *Michael J. Ryan*
>Michael J. Ryan, Esquire
>Bar No. 975990
>Krupnick Campbell Malone Buser Slama
>Hancock Liberman  P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL  33301
>Phone (954) 763-8181
>Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MOTION TO COMPEL FEE COMMITTEE TO TRANSMIT TO COMMON BENEFIT COUNSEL THE COMMITTEE'S RECOMMENDATION AND/OR SET TIMELINES PURSUANT TO PRE-TRIAL ORDER 28 AND PRE-TRIAL ORDER 28(E) has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress f/k/a LexisNexis  in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will

2

send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated:   May 4, 2018.

        /s *Michael J. Ryan*_____
        Michael J. Ryan, Esquire
        Bar No. 975990
        Krupnick Campbell Malone Buser Slama
        Hancock Liberman  P.A.
        12 S.E. 7 Street, Suite 801
        Fort Lauderdale, FL  33301
        Phone (954) 763-8181
        Fax (954) 763-8292
        pleadings-MJR@krupnicklaw.com
        mryan@krupnicklaw.com
        *Attorneys for Plaintiffs*