## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : | |

### KRUPNICK CAMPBELL MALONE ET AL.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL FEE COMMITTEE TO TRANSMIT TO COMMON BENEFIT COUNSEL THE COMMITTEE'S RECOMMENDATION AND/OR SET TIMELINES PURSUANT TO PRE-TRIAL ORDER 28 AND PRE-TRIAL ORDER 28(E)

The undersigned law firm, Krupnick Campbell Malone, et al. (hereinafter "KCM Firm") respectfully, hereby offers this Memorandum in support of KCM's Motion to have this Honorable Court enter an Order compelling the Fee Committee to transmit to Common Benefit Counsel the Fee Committee's Recommendation of proposed common benefit fee allocation pursuant to Pre-Trial Order ("PTO") 28 and/or setting deadlines pursuant to PTO 28 and PTO 28(E).[1]

As it pertains to claims involving Knauf and the Global Settlement, claims on behalf of virtually all homeowner plaintiffs have been resolved for years.[2] To date, no firms have received any earned attorneys' fees from the Global Fee fund related to the claims of their respective individual homeowner clients.

---

[1] The undersigned is a court-appointed member of the Fee Committee.  PTO 28, para. 21.

[2] From the Undersigned's experience with a large volume of homeowner clients, the vast majority all of the homes which qualified for remediation under Option 1 were completed by the end of 2013.  The vast majority of the GBI claims were paid by 2014, with appeals completed in 2016.

Pursuant to PTO 28, originally, the Fee Committee was to provide "to each participating attorney or law firm notice of the Committee's Recommendation" by October 15, 2014. PTO 28, para. 18. As the Court is aware, the date to provide the Committee's Recommendation was extended as individually retained contract lawyers and the Fee Committee litigated the appropriate allocation of the Global Fee Fund between common benefit attorneys and individually retained contract lawyers. That dispute was resolved by the Court on January 31, 2018. [Doc. 21168].

On April 30, 2018, the Fee Committee conducted a final meeting to generate a common benefit fee award proposal for each law firm seeking a common benefit award.[3] Once the Committee Recommendations are transmitted to each law firm, each firm has 14 days to provide a detailed written objection, if any, to the Fee Committee. PTO 28, para. 19. Therefore, transmitting the Committee's Recommendations triggers a deadline and timeline towards resolution. PTO 28(E) contemplates that the Court would set a time for the Fee Committee to make these recommendations; to date, no time has been set.

While the Fee Committee has conducted a final vote, Lead and Liaison counsel have not transmitted the Committee's Recommendations to the law firms seeking common benefit as contemplated by PTO 28. Lead and Liaison Counsel suggest this transmission should await the resolution of a 1292(b) petition filed by attorneys objecting to the Court's January 31, 2018 decision. However, no stay has been entered and further delay in the process is unnecessary.

---

[3] The Fee Committee was unable to find consensus as to final recommendations during a meeting in February. The originally scheduled March meeting was cancelled.

2

The undersigned moves this Court for an Order (1) requiring the Fee Committee to transmit to each law firm seeking common benefit the Committee's Recommendation; (2) setting specific deadlines for the Fee Committee to prepare final recommendations to the Court as contemplated by PTO 28 and PTO 28(E).

Plaintiffs' Lead and Liaison Counsel oppose the relief sought herein.

Dated:  May 4, 2018.

              Respectfully submitted,

              /s *Michael J. Ryan*
              Michael J. Ryan, Esquire
              Bar No. 975990
              Krupnick Campbell Malone Buser Slama
              Hancock Liberman  P.A.
              12 S.E. 7 Street, Suite 801
              Fort Lauderdale, FL  33301
              Phone (954) 763-8181
              Fax (954) 763-8292
              pleadings-MJR@krupnicklaw.com
              mryan@krupnicklaw.com
              *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT of KCM'S MOTION TO COMPEL FEE COMMITTEE TO TRANSMIT TO COMMON BENEFIT COUNSEL THE COMMITTEE'S RECOMMENDATION AND/OR SET TIMELINES PURSUANT TO PRE-TRIAL ORDER 28 AND PRE-TRIAL ORDER 28(E) has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File &

ServeXpress f/k/a LexisNexis in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated:   May 4, 2018.

                    /s *Michael J. Ryan*  
                    Michael J. Ryan, Esquire  
                    Bar No. 975990  
                    Krupnick Campbell Malone Buser Slama  
                    Hancock Liberman  P.A.  
                    12 S.E. 7 Street, Suite 801  
                    Fort Lauderdale, FL  33301  
                    Phone (954) 763-8181  
                    Fax (954) 763-8292  
                    pleadings-MJR@krupnicklaw.com  
                    mryan@krupnicklaw.com  
                    *Attorneys for Plaintiffs*