# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 09-2047 |
| THIS DOCUMENT RELATES TO:  ALL CASES | SECTION "L" (5) |

## ORDER

Pending before the Court is Knauf Defendants' Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims.  Rec. Doc. 21190.  Accordingly,

**IT IS ORDERED** that oral argument on this motion (Rec. Doc. 21190) is hereby **SCHEDULED** on June 12, 2018 at 9:00 a.m. following the monthly status conference.

New Orleans, Louisiana, this 4th day of May, 2018.

_____
**ELDON E. FALLON**
United States District Judge