UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL No. 2047

SECTION: L

**THIS DOCUMENT RELATES TO:**     JUDGE FALLON
MAG. JUDGE WILKINSON

All Cases

_____

### NOTICE OF REMEDIATION BY PLAINTIFFS DOUGLAS AND PAMELA ROMAIN

NOTICE IS HEREBY given that the property located 10846 SW Meeting Street, Port St Lucie, Florida 34987, is being remediated and is available for inspection. Plaintiff alleges that the property contains drywall manufactured by Taishan. The drywall was supplied by Banner Supply. The installer was PDC Drywall and the Builder was Hanover.

Dated: May 8, 2018.

                       Respectfully submitted,

                       */s/ Michael J. Ryan*
                       Michael J. Ryan
                       Florida Bar No. 975990
                       Krupnick Campbell Malone Buser Slama
                       Hancock Liberman , P.A.
                       Attorneys for Plaintiff
                       12 S.E. 7 Street, Suite 801
                       Ft. Lauderdale, FL 33301
                       PH: (954) 763-8181
                       FAX: (954) 763-8292
                       mryan@krupnicklaw.com
                       pleadings-mjr@krupnicklaw.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Remediation has been served on

all parties by electronically uploading the same to File & ServeXpress f/k/a LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of May, 2018.

/s/ Michael J. Ryan
Michael J. Ryan
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman  P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
PH: (954) 763-8181
FAX: (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com