UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY MERITAGE HOMES OF FLORIDA, INC. AND MERITAGE HOMES OF TEXAS, LLC**

Pursuant to Pretrial Order No. 1(J), dated March 20, 2015, Meritage Homes of Florida, Inc., and Meritage Homes of Texas, LLC (collectively, "Meritage") hereby give notice of their intention to dispose of the physical evidence that Meritage was previously preserving from the following property or properties:  SEE ATTACHED EXHIBIT A WITH LIST OF PROPERTIES.

Any person or entity wishing to inspect this physical evidence or, in the case of the owner of the property, take possession of this physical evidence at their own expense, must do so within thirty (30) days of the date of this notice upon reasonable notice to Meritage by contacting Timothy A. Kolaya, Esq., at Greenberg Traurig, P.A., by telephone at: (305) 579-0811 or by e-mail at kolayat@gtlaw.com.  Upon the expiration of the thirty (30) day period, Meritage may dispose of such physical evidence and will not be subject to a claim or defense of spoliation with respect to its disposal of such physical evidence.

Dated: May 8, 2018

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Meritage Homes of Florida, Inc., and Meritage Homes of Texas, LLC*
333 S.E. 2nd Ave., Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com
E-mail: kolayat@gtlaw.com

By: /s/ Mark A. Salky
    HILARIE BASS
    Florida Bar No. 334323
    MARK A. SALKY
    Florida Bar No. 058221
    TIMOTHY A. KOLAYA
    Florida Bar No. 056140

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 8, 2018, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to File & ServeXpress Service in accordance with Pretrial Order No. 6.

/s/ Mark A. Salky
MARK A. SALKY