# EXHIBIT "A"

**Meritage Homes of Florida, Inc., and Meritage Homes of Texas, LLC**
**Exhibit "A" - List of Properties for**
**Notice of Disposal of Physical Evidence**

| Property Address | City | State | Zip |
|---|---|---|---|
| 20071 Eagle Glen Way | Estero | Florida | 33928 |
| 20521 Rookery Drive | Estero | Florida | 33928 |
| 221 James Circle | Lake Alfred | Florida | 33850 |
| 284 James Circle | Lake Alfred | Florida | 33850 |
| 305 James Circle | Lake Alfred | Florida | 33850 |
| 313 James Circle | Lake Alfred | Florida | 33850 |
| 345 James Circle | Lake Alfred | Florida | 33850 |
| 12936 Turtle Cove Trail | North Fort Myers | Florida | 33903 |
| 12960 Seaside Key | North Fort Myers | Florida | 33903 |
| 12960 Turtle Cove Trail | North Fort Myers | Florida | 33903 |
| 12978 Turtle Cove Trail | North Fort Myers | Florida | 33903 |
| 12982 Turtle Cove Trail | North Fort Myers | Florida | 33903 |
| 12990 Turtle Cove Trail | North Fort Myers | Florida | 33903 |
| 13001 Moody River Parkway | North Fort Myers | Florida | 33903 |
| 13011 Sandy Key Bend #1 | North Fort Myers | Florida | 33903 |
| 13011 Sandy Key Bend #2 | North Fort Myers | Florida | 33903 |
| 13011 Sandy Key Bend #3 | North Fort Myers | Florida | 33903 |
| 13011 Sandy Key Bend #4 | North Fort Myers | Florida | 33903 |
| 13011 Sandy Key Bend #5 | North Fort Myers | Florida | 33903 |
| 13011 Sandy Key Bend #6 | North Fort Myers | Florida | 33903 |
| 13012 Moody River Parkway | North Fort Myers | Florida | 33903 |
| 13055 Sail Away Street | North Fort Myers | Florida | 33903 |
| 13078 Moody River Parkway | North Fort Myers | Florida | 33903 |
| 13090 Seaside Harbour Drive | North Fort Myers | Florida | 33903 |
| 13110 Seaside Harbour Drive | North Fort Myers | Florida | 33903 |
| 3061 Turtle Cove Ct. | North Fort Myers | Florida | 33903 |
| 3110 Midship Drive | North Fort Myers | Florida | 33903 |
| 3131 Midship Drive | North Fort Myers | Florida | 33903 |
| 3131 Sea Trawler Bend #2 | North Fort Myers | Florida | 33903 |
| 3131 Sea Trawler Bend #4 | North Fort Myers | Florida | 33903 |
| 3131 Sea Trawler Bend #5 | North Fort Myers | Florida | 33903 |
| 3131 Sea Trawler Bend #6 | North Fort Myers | Florida | 33903 |
| 3150 Midship Drive | North Fort Myers | Florida | 33903 |
| 3160 Midship Drive | North Fort Myers | Florida | 33903 |
| 3170 Midship Drive | North Fort Myers | Florida | 33903 |
| 3171 Sea Trawler Bend #1 | North Fort Myers | Florida | 33903 |
| 3171 Sea Trawler Bend #2 | North Fort Myers | Florida | 33903 |
| 3171 Sea Trawler Bend #3 | North Fort Myers | Florida | 33903 |
| 3171 Sea Trawler Bend #4 | North Fort Myers | Florida | 33903 |

| Property Address | City | State | Zip |
|---|---|---|---|
| 3180 Midship Drive | North Fort Myers | Florida | 33903 |
| 3190 Midship Drive | North Fort Myers | Florida | 33903 |
| 3200 Midship Drive | North Fort Myers | Florida | 33903 |
| 3201 Midship Drive | North Fort Myers | Florida | 33903 |
| 3201 Sea Haven Ct. #1 | North Fort Myers | Florida | 33903 |
| 3201 Sea Haven Ct. #4 | North Fort Myers | Florida | 33903 |
| 3201 Sea Haven Ct. #5 | North Fort Myers | Florida | 33903 |
| 3201 Sea Haven Ct. #6 | North Fort Myers | Florida | 33903 |
| 3210 Midship Drive | North Fort Myers | Florida | 33903 |
| 3220 Midship Drive | North Fort Myers | Florida | 33903 |
| 3231 Midship Drive | North Fort Myers | Florida | 33903 |
| 3231 Sea Haven Ct. #3 | North Fort Myers | Florida | 33903 |
| 3231 Sea Haven Ct. #4 | North Fort Myers | Florida | 33903 |
| 3240 Midship Drive | North Fort Myers | Florida | 33903 |
| 3250 Lee Way Ct. #1 | North Fort Myers | Florida | 33903 |
| 3250 Lee Way Ct. #2 | North Fort Myers | Florida | 33903 |
| 3250 Lee Way Ct. #3 | North Fort Myers | Florida | 33903 |
| 3250 Lee Way Ct. #4 | North Fort Myers | Florida | 33903 |
| 3250 Lee Way Ct. #5 | North Fort Myers | Florida | 33903 |
| 3250 Lee Way Ct. #6 | North Fort Myers | Florida | 33903 |
| 3250 Lee Way Ct. #7 | North Fort Myers | Florida | 33903 |
| 3250 Lee Way Ct. #8 | North Fort Myers | Florida | 33903 |
| 3251 Lee Way Ct. #1 | North Fort Myers | Florida | 33903 |
| 3251 Lee Way Ct. #2 | North Fort Myers | Florida | 33903 |
| 3251 Lee Way Ct. #3 | North Fort Myers | Florida | 33903 |
| 3251 Lee Way Ct. #4 | North Fort Myers | Florida | 33903 |
| 3251 Lee Way Ct. #5 | North Fort Myers | Florida | 33903 |
| 3251 Lee Way Ct. #6 | North Fort Myers | Florida | 33903 |
| 3251 Lee Way Ct. #7 | North Fort Myers | Florida | 33903 |
| 3251 Lee Way Ct. #8 | North Fort Myers | Florida | 33903 |
| 3251 Midship Drive | North Fort Myers | Florida | 33903 |
| 3260 Lee Way Ct. #1 | North Fort Myers | Florida | 33903 |
| 3260 Lee Way Ct. #2 | North Fort Myers | Florida | 33903 |
| 3260 Lee Way Ct. #3 | North Fort Myers | Florida | 33903 |
| 3260 Lee Way Ct. #4 | North Fort Myers | Florida | 33903 |
| 3260 Lee Way Ct. #5 | North Fort Myers | Florida | 33903 |
| 3260 Lee Way Ct. #6 | North Fort Myers | Florida | 33903 |
| 3261 Lee Way Ct. #1 | North Fort Myers | Florida | 33903 |
| 3261 Lee Way Ct. #2 | North Fort Myers | Florida | 33903 |
| 3261 Lee Way Ct. #3 | North Fort Myers | Florida | 33903 |
| 3261 Lee Way Ct. #4 | North Fort Myers | Florida | 33903 |
| 3261 Lee Way Ct. #5 | North Fort Myers | Florida | 33903 |
| 3261 Lee Way Ct. #6 | North Fort Myers | Florida | 33903 |

| Property Address | City | State | Zip |
|---|---|---|---|
| 3261 Lee Way Ct. #7 | North Fort Myers | Florida | 33903 |
| 3261 Lee Way Ct. #8 | North Fort Myers | Florida | 33903 |
| 3270 Midship Drive | North Fort Myers | Florida | 33903 |
| 3280 Midship Drive | North Fort Myers | Florida | 33903 |
| 3281 Midship Drive | North Fort Myers | Florida | 33903 |
| 3290 Midship Drive | North Fort Myers | Florida | 33903 |
| 3291 Midship Drive | North Fort Myers | Florida | 33903 |
| 3311 Midship Drive | North Fort Myers | Florida | 33903 |
| 3320 Midship Drive | North Fort Myers | Florida | 33903 |
| 3321 Midship Drive | North Fort Myers | Florida | 33903 |
| 3330 Midship Drive | North Fort Myers | Florida | 33903 |
| 3341 Midship Drive | North Fort Myers | Florida | 33903 |
| 3351 Midship Drive | North Fort Myers | Florida | 33903 |
| 14315 Wildwood Spring Lane | Houston | Texas | 77044 |
| 14411 Quiet Summer Lane | Houston | Texas | 77044 |
| 14502 Quiet Summer Lane | Houston | Texas | 77044 |
| 2801 Knob Hill Street | Pearland | Texas | 77581 |
| 2805 Knob Hill Street | Pearland | Texas | 77581 |
| 2941 Auburn Woods Drive | Pearland | Texas | 77581 |
| 25611 Ayers Lane | Porter | Texas | 77365 |
| 5223 Bathgate Lane | Houston | Texas | 77084 |
| 25557 Ramrock Dr | Kingwood | Texas | 77365 |
| 2916 Dogwood Blossom Trail | Pearland | Texas | 77581 |