# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : | |

### KRUPNICK CAMPBELL MALONE ET AL.'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL FEE COMMITTEE TO TRANSMIT TO COMMON BENEFIT COUNSEL THE COMMITTEE'S RECOMMENDATION AND/OR SET TIMELINES PURSUANT TO PRE-TRIAL ORDER 28 AND PRE-TRIAL ORDER 28(E)

The undersigned law firm, Krupnick Campbell Malone, et al. (hereinafter "KCM Firm") respectfully, hereby requests leave to file a Reply Memorandum to further support its Motion to Compel Fee Committee to Transmit to Common Benefit Counsel the Committee's Recommendation and/or Set Timelines Pursuant to pre-Trial Order 28 and Pre-Trial Order 28(E). In light of the filing by Plaintiffs' Lead and Liaison Counsel's Response to KCM's Motion to Compel Fee Committee to Transmit to Common Benefit Counsel The Committee's Recommendation and/or Set Timelines Pursuant to pre-Trial Order 28 and Pre-Trial Order 28(E) (D.E. 21321), the undersigned desires to file the attached Reply Memorandum in Further Support of KCM's Motion To Compel.

Wherefore the undersigned prays that this Motion be Granted and that the attached KCM Reply Memorandum of Law in Support of Motion to Compel Fee Committee to Transmit to Common Benefit Counsel the Committee's Recommendation and/or Set Timelines Pursuant to

Pre-Trial Order 28 and Pre-Trial Order 28(E) be filed into the record.

Dated: May 9, 2018.

>Respectfully submitted,
>
>/s *Michael J. Ryan*\_\_\_\_\_
>Michael J. Ryan, Esquire
>Bar No. 975990
>Krupnick Campbell Malone Buser Slama
>Hancock Liberman P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL 33301
>Phone (954) 763-818l; Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT of KCM'S MOTION TO COMPEL FEE COMMITTEE TO TRANSMIT TO COMMON BENEFIT COUNSEL THE COMMITTEE'S RECOMMENDATION AND/OR SET TIMELINES PURSUANT TO PRE-TRIAL ORDER 28 AND PRE-TRIAL ORDER 28(E) has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress f/k/a LexisNexis in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will

send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated:   May 9, 2018.

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman  P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*