UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : |  |
| *ALL CASES* | : |  |
|  | : |  |

## ORDER TO ALLOW KCM REPLY

Considering the Motion for Leave to File KCM's Reply Memorandum to further support its Motion to Compel Fee Committee to Transmit to Common Benefit Counsel the Committee's Recommendation and/or Set Timelines Pursuant to pre-Trial Order 28 and Pre-Trial Order 28(E).

IT IS ORDERED BY THE COURT that the Motion is GRANTED and the attached KCM Reply Memorandum of Law in Support of Motion to Compel Fee Committee to Transmit to Common Benefit Counsel The Committee's Recommendation and/or Set Timelines Pursuant to pre-Trial Order 28 and Pre-Trial Order 28(E) is hereby filed into the record.

New Orleans, Louisiana, this __9th__ day of _____May_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge