**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| _____ | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| _____ | : | |

**KRUPNICK CAMPBELL MALONE ET AL.'S
REPLY MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO COMPEL FEE COMMITTEE TO TRANSMIT TO COMMON BENEFIT
COUNSEL THE COMMITTEE'S RECOMMENDATION AND/OR SET TIMELINES
PURSUANT TO PRE-TRIAL ORDER 28 AND PRE-TRIAL ORDER 28(E)**

The undersigned law firm, Krupnick Campbell Malone, et al. (hereinafter "KCM Firm") respectfully, hereby offers this Reply Memorandum in support of KCM's Motion to have this Honorable Court enter an Order compelling the Fee Committee to transmit to Common Benefit Counsel the Fee Committee's Recommendation of proposed common benefit fee allocation pursuant to Pre-Trial Order ("PTO") 28 and/or setting deadlines pursuant to PTO 28 and PTO 28(E).

KCM did not make the decision to file the instant motion lightly or without due regard to the labor dedicated by this Court in the pursuit of justice for matters well beyond and far more important than this fee dispute.[1]

Lead and Liaison counsel, in an effort to make the undersigned appear unreasonable, express surprise at KCM's decision to file the instant motion for relief and to do so only four

---

[1] It is true, KCM is not a member of the Plaintiffs' Steering Committee ("PSC").  KCM did litigate claims against Banner Supply and others in state Circuit Court in and for the 17th Judicial Circuit (Broward).   As has been noted, since January 20, 2014, now over four years ago, KCM has been a court-appointed member of the Fee Committee.

days after the April 30, 2018 Fee Committee meeting. However, it was the undersigned that was surprised by what appears to have been the unilateral decision by Lead and Liaison counsel, and certainly not the product of a vote involving the undersigned as a member of the Fee Committee, to hold in abeyance the transmittal of the final Fee Recommendations.

It was only after the April 30, 2018 Fee Committee meeting when the undersigned requested the timeline for transmittal of the Fee Committee Recommendations, which had been produced in final form, that for the first time was there any indication that there would be an indeterminate delay. Notably, Lead and Liaison counsel do not dispute that the Fee Recommendations are final; they simply argue they can decide when they are ready to transmit the Fee Recommendations.[2]

Transmission of the completed Common Benefit Fee Recommendation Chart has nothing to do with the preparation of other future pleadings involving the Fee Committee's efforts to justify the recommendations or the delay associated with getting prepared for the predictable onslaught of foreseeable objections.[3] Moreover, while there is certainly important work being performed involving the Taishan litigation, that work is unrelated to this fee dispute. To the extent Lead and Liaison counsel have other responsibilities, perhaps other members of the PSC could assist to allow Lead and Liaison counsel the opportunity to complete the Fee issues.

Simply put, this fee matter has taken far too long and consumed far too many resources of both the Court and certain parties. Without claiming to be prophetic, it is predictable the

---

[2] Considering there was no Fee Committee vote to delay disclosure, perhaps the Court can sense the undersigned's frustration with the process, even as a full voting member of the Fee Committee.

[3] The Court has resolved one of the reasons Lead and Liaison counsel suggested delay in distribution was appropriate. [D.E. 21322].

journey is not complete even after the Fee Recommendations are transmittal in accordance with PTO 28.  Once the Committee Recommendations are transmitted to each law firm, each firm has 14 days to provide a detailed written objection, if any, to the Fee Committee.  PTO 28, para. 19.  Therefore, transmitting the Committee's Recommendations triggers the next steps in the journey.

But, unnecessary delay in any step serves no purpose. None of the stated reasons by Lead and Liaison counsel in their Opposition sufficiently justifies more delay in the simple transmittal of that which is completed and in final form.

The undersigned respectfully requests that the Court compel the transmittal of the Fee Recommendations and set deadlines so that the Fee Committee will complete its work.  If a conference is necessary with Lead and Liaison counsel, the undersigned requests the opportunity to participate.

Dated:  May 9, 2018.

                Respectfully submitted,

                /s *Michael J. Ryan*
                Michael J. Ryan, Esquire
                Bar No. 975990
                Krupnick Campbell Malone Buser Slama
                Hancock Liberman  P.A.
                12 S.E. 7 Street, Suite 801
                Fort Lauderdale, FL  33301
                Phone (954) 763-8181
                Fax (954) 763-8292
                pleadings-MJR@krupnicklaw.com
                mryan@krupnicklaw.com
                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing REPLY MEMORANDUM OF LAW IN SUPPORT OF KCM'S MOTION TO COMPEL FEE COMMITTEE TO TRANSMIT TO COMMON BENEFIT COUNSEL THE COMMITTEE'S RECOMMENDATION AND/OR SET TIMELINES PURSUANT TO PRE-TRIAL ORDER 28 AND PRE-TRIAL ORDER 28(E) has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress f/k/a LexisNexis  in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated:   May 9, 2018.

                                                /s *Michael J. Ryan*_____
                                                Michael J. Ryan, Esquire
                                                Bar No. 975990
                                                Krupnick Campbell Malone Buser Slama
                                                Hancock Liberman  P.A.
                                                12 S.E. 7 Street, Suite 801
                                                Fort Lauderdale, FL  33301
                                                Phone (954) 763-8181
                                                Fax (954) 763-8292
                                                pleadings-MJR@krupnicklaw.com
                                                mryan@krupnicklaw.com
                                                *Attorneys for Plaintiffs*