UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 02047 |
| THIS DOCUMENT RELATES TO: *Mitchell Co. Inc. v. Knauf Gips KG, et al.*, 09-cv-4115 | SECTION "L" (5) |

### ORDER

The parties have agreed on a discovery and briefing schedule regarding Builder Plaintiffs' Renewed Motion for Class Certification Against Taishan Gypsum Co., Ltd. (Rec. Doc. No. 20857). Accordingly,

**IT IS ORDERED** that the following schedule is hereby adopted:

- All discovery regarding class certification, including depositions, shall be completed by **July 24, 2018.**
- Taishan shall file its Response to the Motion on or before **September 17, 2018.**
- Plaintiffs shall file their Reply on or before **October 9, 2018.**

New Orleans, Louisiana, this 14th day of May, 2018.

**ELDON E. FALLON**
United States District Judge