UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED              MDL NO.  2047
DRYWALL PRODUCTS LIABILITY               SECTION: L
LITIGATION                               JUDGE FALLON
                                         MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL CASES

_____/

## ORDER

Considering the foregoing Ex-Parte Motion to Withdraw as Counsel of Record, the Court finds that good grounds exist to grant same, accordingly,

IT IS ORDERED that Parker Waichman LLP and its attorneys are hereby withdrawn as counsel of record for Diane Wilson and Richard Wilson in these proceedings and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisiana, this 14th day of May, 2018.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE