# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Plaintiffs' Motions for Leave to Amend, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. Plaintiffs' requests for leave are well taken and both the Fourth Amended Class Action Complaint (Doc. 20554) and Fifth Amended Class Action Complaint submitted on March 6, 2018, are accepted as filed. Claims asserted by the additional plaintiffs contained in those amendments shall be deemed members of the class described in the complaint effective on the date of filing.

New Orleans, Louisiana, this  14th  day of _____May_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge