UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 02047 |
| THIS DOCUMENT RELATES TO: GUILFORT DIEUVIL [REC. DOC. 21104] | SECTION "L" (5) |

## ORDER

Pending before the Court is *pro se* Claimant Guilfort Dieuvil's objection to the special master's opinion and decree. Rec. Doc. 21104. After reviewing the submissions, the Court finds that further inquiry may be warranted. Accordingly,

**IT IS ORDERED** that the Plaintiffs' Liaison Counsel reviews Mr. Dieuvil's claim, confers with all necessary parties, and makes a recommendation to this Court regarding any further proceedings. The Court may conduct an evidentiary hearing on this matter on a future date.

New Orleans, Louisiana, this 14th day of May, 2018.

*/s/ Eldon E. Fallon*

**ELDON E. FALLON**
United States District Judge

Clerk to mail copy to:

Mr. Guilfort Dieuvil
P.O. Box 740533
Boynton Beach, FL 33473