UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 02047 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "L" (5) |

### ORDER

Numerous motions are currently pending in the Court's docket related to the above-captioned case. Generally, these motions have been resolved or is no longer relevant. Accordingly, for administrative purposes,

**IT IS ORDERED** that all pending motions filed before December 31, 2015 are hereby deemed **MOOT** and thus **TERMINATED**. If parties find that any of these motions are in fact relevant or material, the parties may refile the motion(s).

New Orleans, Louisiana, this 14th day of May, 2018.

_____
**ELDON E. FALLON**
United States District Judge