UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

MOTION FOR ASSIGNMENT OF
PLAINTIFFS' STEERING COMMITTEE MEMBER DUTIES

NOW COME Plaintiffs' Lead Counsel and Plaintiffs' Liaison Counsel, who respectfully submit that:

1. Scott Weinstein is a member of the PSC in MDL 2047, *In re: Chinese-Manufactured Drywall Products Liability Litigation* ("Chinese Drywall litigation") [*see* Rec. Docs. 144-2, 6960, 13084, 16608, 17600, and 18782].

2. Scott Weinstein has retired from the full-time practice of law at Morgan & Morgan.

3. The PSC recommends that Pete Albanis of the Morgan & Morgan law firm, and a participating attorney in the Chinese Drywall litigation for over nine (9) years, be allowed to assume the duties of and take the place and stead of Scott Weinstein as a member of the PSC. Scott Weinstein consents to this change and recommends Pete Albanis for the PSC.

4. The curriculum vitae of Pete Albanis is attached hereto.

5. Since early in the litigation, Anthony Irpino has been Of Counsel to the PSC. The PSC

now recommends Anthony Irpino be added as an additional member of the PSC.

6. The curriculum vitae of Anthony Irpino is attached hereto.

WHEREFORE, movers requests that an Order issue allowing Pete Albanis to assume the duties of and take the place and stead of Scott Weinstein as a member of the PSC and that Anthony Irpino be added as an additional member of the PSC.

Respectfully submitted,

/s/ Russ M. Herman
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 17th day of May, 2018.

                                          /s/ Leonard A. Davis
                                          Leonard A. Davis
                                          HERMAN, HERMAN & KATZ, LLC
                                          820 O'Keefe Avenue
                                          New Orleans, Louisiana 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          Ldavis@hhklawfirm.com
                                          Plaintiffs' Liaison Counsel
                                          MDL 2047
                                          *Co-counsel for Plaintiffs*