

# PANAGIOTIS V. ALBANIS



Panagiotis "Pete" V. Albanis is a partner in the Fort Myers office of Morgan & Morgan. He has been a member of the firm's national Complex Litigation Group since 2009. Prior to joining the firm, Pete practiced in Chicago at a large defense firm where he primarily represented corporate defendants in intellectual property, securities, and breach of contract disputes.

From 2009 through the present, Pete has been an integral member of the firm's Chinese Drywall Team, representing hundreds of property owners in MDL No. 2047, *In re: Chinese-Manufactured Drywall Products Liability Litigation* (Eastern District of Louisiana). Pete is hands-on with all of his clients' claims while also engaging in the global aspects of the litigation against manufacturers, suppliers, installers, and builders. Beginning in 2015 through today, Pete has been heavily involved in the Chinese Drywall PSC's efforts to bring Taishan and its affiliates to justice.

Pete also represents property owners in other construction defect litigation including defective windows, doors, shingles, and decking. The cases are pending in federal courts throughout the

country. Pete has been appointed to and currently serves on the PSC in MDL No. 2688, *In Re: Windsor Wood Clad Window Products Liability Litigation* (Eastern District of Wisconsin).

In addition to his construction defect litigation practice, Pete handles other mass tort matters nationwide involving defective products, gross negligence, and strict products liability. He has been appointed and is currently serving on the Bellwether Committee in MDL No. 2740, *In Re: Taxotere (Docetaxel) Products Liability Litigation*, where he has been involved in the bellwether vetting process while overseeing an inventory of approximately 200 individual cases. In addition, he also currently oversees the firm's Mirena IUD cases.

Finally, Pete is honored to represent intellectual property owners in copyright, patent, trademark, and trade secret infringement disputes throughout the country. Pete assists small businesses and individuals in the enforcement of their IP rights. Representative cases include: *Vinson v. Nike, Inc.*, Case No. 09-721 (Western District of Wisconsin) (representing plaintiff in reverse confusion trademark infringement matter); *Byrne et al. v. Crist et al.,* Case No. 10-1187 (Middle District of Florida) (representing Charlie Crist in copyright infringement case brought by musician David Byrne).

Pete is an *AV-Preeminent®* rated attorney on *Martindale-Hubbell*. He has been a member in good standing of the Illinois Bar since 2002 and the Florida Bar since 2010. Pete graduated from the University of Chicago with a Bachelor of Arts degree in 1999 and from DePaul University College of Law with his Juris Doctor in 2002.