# ANTHONY D. IRPINO, ESQ.
**IRPINO, AVIN & HAWKINS**
2216 Magazine Street, New Orleans, Louisiana 70130
Telephone (504) 525-1500
Telefax (504) 525-1501
Email: airpino@irpinolaw.com

**PROFESSIONAL:** ATTORNEY – Founding/Senior Partner of Irpino, Avin & Hawkins

**EDUCATION:** Tulane Law School, Juris Doctor (cum laude)

University of Illinois, B.A. (cum laude)

**CERTIFICATES:** Admitted to practice in all courts of the State of Louisiana, U.S. District Courts for the Eastern, Western and Middle Districts of Louisiana, the U.S. 5th Circuit Court of Appeals, and the United States Supreme Court

While his law firm handles a wide range of cases, Anthony Irpino has spent most of his legal career working on multi-district litigation ("MDL"), class action and mass joinder cases. Mr. Irpino has served as class counsel for plaintiffs in more than fifty (50+) such cases, including litigation involving defective drugs, defective medical devices, explosions, oil spills/chemical releases, and other matters.

Anthony Irpino is well versed in the prosecution and management of MDL, class action and mass joinder cases. His devotion to MDL, class action and mass joinder cases has allowed him to gain expertise in: Pretrial Order drafting, case management planning, fact and expert discovery, privilege and confidentiality claims, trial plans, trial work, and the role, mechanism and operation of Steering Committees. His experience in complex litigation has led to his successful representation of thousands of claimants in MDL, class action and mass joinder proceedings.

Mr. Irpino has been part of the plaintiffs' Trial Teams and/or served as Lead Counsel in various cases, including: MDL 2179 - *In Re: Oil spill by the Oil Rig "Deepwater Horizon* (Phase One and Phase Two Trial Team member), MDL 2047 - *In Re: Chinese-Manufactured Drywall Products Liability Litigation* (member of multiple Trial Teams), *Darlene Husband, et al. v. Tenet Memorial Medical Center, Inc.*, State of Louisiana, Orleans Parish Case No. 2006-10210, Div. "B" (Co-Lead Counsel and Trial Team member), *Eddy Oliver, et al. v. Orleans Parish School Board, et al.*, State of Louisiana, Orleans Parish Case No. 2005-12244, Div. "N" (Trial Team member), *Mary Self, et al. v. Illinois Central Railroad*, USDC EDLA Case No. 96-CV-4141, Section "K" (Co-Lead Counsel and Trial Team member).

In most of the MDL and class action cases in which he has been involved, Mr. Irpino had the responsibility of formulating and negotiating pretrial orders, conducting discovery, researching and drafting briefs, working with experts, preparing for trial and/or serving as a Trial Team member. Mr. Irpino is currently involved in and/or has completed, among others, the attached list of MDL, class action and/or mass joinder cases.

***In Re: Invokana (Canagliflozin) Products Liability Litigation*** (2017 defective drug / pharmaceutical MDL); serving as Court Appointed Plaintiffs' Steering Committee Member and PSC-appointed Privilege Committee Leader.   USDC, SOUTHERN DIST. OF NEW JERSEY, MDL No. 2750.   PENDING.

***Cheryl Hill, et al. v.  Sid Hebert, et al.***, (2016 appointment – toxic chemical exposure class action); serving as Court Appointed Plaintiffs' Steering Committee Member and Lead Counsel.   16th JDC for the Parish of Iberia, Case#: 114131, Div. "G".   SETTLED / FINAL DISTRIBUTION PENDING.

***In Re: Benicar (Olmesartan) Products Liability Litigation*** (2015 defective drug / pharmaceutical MDL); serving as Court Appointed Plaintiffs' Steering Committee Member.   USDC, DIST. OF NEW JERSEY, MDL No. 2606.   SETTLED.

***In Re: Xarelto (Rivaroxaban) Products Liability Litigation*** (2014 defective drug / pharmaceutical MDL); serving as PSC-appointed Privilege Committee Leader.   USDC, EASTERN DIST. OF LOUISIANA, MDL No. 2592.   PENDING.

***In Re: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation*** (2013 defective medical device MDL); Chair of Privilege Sub-Committee.   USDC, SOUTHERN DIST. OF WEST VIRGINIA, MDL No. 2440.   PENDING.

***Lara Snyder, et al. vs. Summerlin Hospital Medical Center, LLC, et al.***, (2013 Tuberculosis outbreak - class action) serving as Plaintiffs' Steering Committee Member. DISTRICT COURT OF CLARK COUNTY, NEVADA, DOCKET NO. #A691831. CLASS CERTIFIED and PENDING.

***In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*** (2012 defective medical device MDL); Chair of Privilege Sub-Committee.   USDC, SOUTHERN DIST. OF WEST VIRGINIA, MDL No. 2327.   PENDING.

***Doe, et al. v. University Healthcare Systems, LLC, et al.***, (2011 contaminated endoscope class action); Court Appointed Plaintiffs' Steering Committee Member.   CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, Case #: 2011-1924, Div. "M".   SETTLED.

***In Re: Avaulta Pelvic Support Systems Products Liability Litigation*** (2010 defective medical device MDL); Chair of Privilege and member of Confidentiality Sub-Committees. USDC, SOUTHERN DIST. OF WEST VIRGINIA, MDL No. 2327.   PENDING.

***In Re: Oil spill by the Oil Rig "Deepwater Horizon,"*** (2010 oil spill); Trial Team Member, Co-Chair of BP Written Discovery Committee, Chair of Privilege Sub-Committee, Chair of Confidentiality Committee, Co-Chair of Depository Sub-Committee, Co-Chair of ESI Committee.   USDC, EASTERN DIST. OF LOUISIANA, MDL No. 2179.   SETTLED.

***In Re: Chinese-Manufactured Drywall Products Liability Litigation***, (2009 product liability litigation against various manufacturers, distributors, installers and insurers for contaminated Chinese Drywall); Trial Team member, Chair of Privilege Sub-Committee, Co-Chair of Depository Sub-Committee, member of Personal Jurisdiction Sub-Committee and member of Discovery Committee. USDC, EASTERN DIST. OF LOUISIANA, MDL No. 2047. PARTIAL SETTLEMENT.

***Hebert, et al. v. Ochsner Fertility Clinic, et al.***, (2009 lost/destroyed embryo class action); Court Appointed Plaintiffs' Steering Committee Member. 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON, Case #: 676-140, Div. "P". SETTLED.

***In Re: Cox Enterprises, Inc. Set-Top Cable Television Box Antitrust Litigation***, (2009 anti-trust litigation against Cox for illegal rental of set-top cable boxes); serving as Court Appointed Plaintiffs' Steering Committee Member. USDC, WESTERN DIST. OF OKLAHOMA, MDL No. 2048. PENDING.

***Darlene Husband, et al. v. Tenet Memorial Medical Center, Inc.***, (2006 Baptist/Memorial hospital class action); Court Appointed Plaintiffs' Steering Committee Member and Co-Lead Counsel. CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, Case #: 2006-10210, Div. "B". SETTLED.

***Miriam Samuel, et al. v. Universal Health Services, et al.***, (2006 Hurricane Katrina hospital mass joinder); served as counsel for over one hundred plaintiffs USDC, EASTERN DIST. OF LOUISIANA, CA No. 06-7234, Section "L". SETTLED.

***Ronald Rivers, et al. v. Universal Health Services, et al.***, (2006 Hurricane Katrina hospital mass joinder); served as counsel for over one hundred plaintiffs. USDC, EASTERN DIST. OF LOUISIANA, CA No. 06-8519, Section "L". SETTLED.

***Wendy Duhon, et al. v. Universal Health Services, et al.***, (2006 class action against condominium association board); Court Appointed Plaintiffs' Steering Committee Member and Co-Lead Counsel. CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, Case #: 2006-7013, Div. "D". CLASS CERTIFIED and PENDING.

***Elizabeth Dannel, et al. v. Tenet Mid-City Medical, L.L.C.***, (2006 Lindy Boggs hospital class action); Court Appointed Plaintiffs' Steering Committee Member and Co-Lead Counsel. CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, Case #: 2006-6479, Div. "J". SETTLED.

***Cheryl Weems, et al. v. Touro Infirmary, et al.***, (2006 Touro hospital class action); served as Court Appointed Interim Plaintiffs' Steering Committee Member, and serving as counsel for over one hundred plaintiffs. USDC, EASTERN DIST. OF LOUISIANA, CA No. 06-5460, Section "S". PARTIAL SETTLEMENT.

*Cheryl Martin, et al. v. Lafon Nursing Facility of the Holy Family, Inc.*, (2006 Hurricane Katrina nursing home class action); served as Court Appointed Interim Plaintiffs' Steering Committee Member, Chairman of Discovery Committee.  USDC, EASTERN DISTRICT OF LOUISIANA, CA No. 06-5108, Section "I".  SETTLED.

*Willie Shepherd, et al. v. Naft, Inc., et al.*, (2006 chemical spill class action); served as Court Appointed Lead Counsel and Liaison Counsel.  CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, Case #: 2006-11898, Div. "D".  SETTLED.

*In Re: Fosamax Products Liability Litigation*, (2006 pharmaceutical MDL); served as Court Appointed Plaintiffs' Steering Committee Member with various roles.  USDC, SOUTHERN DIST. OF NEW YORK, MDL No. 1789.  SETTLED.

*Eddy Oliver, et al. v. Orleans Parish School Board, et al.*, (2005 class action for wrongful termination of Orleans Parish School Board employees); served as Court Appointed Plaintiffs' Steering Committee Member and Trial Team member.  CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, Case #: 2005-12244, Div. "N".  TRIED TO FAVORABLE VERDICT.

*Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc.*, (2005 property contamination and exposure - class action); served as Court Appointed Plaintiffs' Steering Committee Member, Chairman of Class Representative Committee and member of Discovery and Damages Committees.  USDC, EASTERN DISTRICT OF LOUISIANA, CA No. 05-4206, Section "L".  SETTLED.

*In Re: Vioxx Products Liability Litigation*, (2005 pharmaceutical litigation against Merck for Vioxx); served as Head of Privilege Log Sub-Committee, Head of Depository Sub-Committee, member of Science Committee and member of Discovery Committee.  USDC, EASTERN DIST. OF LOUISIANA, MDL No. 1657.  SETTLED.

*Philip Bayer, et al. v. Omni Hotels Management Corporation, et* **al.**, (2003 mold contamination - class action); served as Co-Lead Counsel.  CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, Case #: 2003-17354, Div. "H".  SETTLED.

*In Re: New Orleans May 2002 Tank Car Chlorine Chemical Release*, (2002 chemical exposure - class action); served as Court Appointed Plaintiffs' Steering Committee Member and Co-Lead Counsel.  CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, Case #: 2002-8256, Div. "G".  DISMISSED.

*Will Scott, et al. v. Historical Restoration, Inc., et al.*, (2002 mold contamination injury and property damage - class action); served as Class Counsel.  CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, Case #: 2002-1431, Div. "C" - SETTLED.

***Noretta Thomas, et al vs. A. Wilbert & Sons, et al.***, (2001 chemical exposure and water contamination - class action); serving as Court Appointed Interim Plaintiff's Steering Committee Member. 18th JDC FOR THE PARISH OF IBERVILLE, DOCKET NO. 55,127, c/w all related cases, Div. "B".   PENDING.

***In Re: Vulcan Litigation January 5, 2001 Incident***, (2001 chemical release - class action); served as Court Appointed Plaintiff's Steering Committee Member.   USDC, MIDDLE DIST. OF LOUISIANA, DOCKET NO. 01-MD-05-D-M3.   SETTLED.

***Sharell Stewart, et al. v. Vulcan Materials Company***, (2001 explosion - class action); served as Court Appointed Plaintiff's Steering Committee Member.   USDC, MIDDLE DIST. OF LOUISIANA, DOCKET NO. 01-673-C-M2, JUDGE TYSON, MAGISTRATE JUDGE NOLAND.   SETTLED.

***In Re: Vulcan Litigation April, 2001 Incidents***, (2001 chemical releases - mass joinder); served as attorney for hundreds of claimants.   23rd JDC FOR THE PARISH OF ST. JAMES, DOCKET NO. 69,388, DIVISION "A".   SETTLED.

***Carl Bell, et al. vs. Kaiser Aluminum and Chemical Corporation***, (1999 explosion, fire and chemical release- class action); served as associate to class counsel.   USDC, EASTERN DIST. OF LOUISIANA, DOCKET NO. 99-2078, SECTION "N", MAG. (4).   SETTLED.

***James E. Fox, et al. v. Cheminova, Inc., et al.***, (1997 chemical releases & water contamination); served as class counsel.   USDC, EASTERN DIST. OF NEW YORK, DOCKET NO. 00-5145.   SETTLED.

***Ernest Lomas, Sr., et al. vs. Capital Utilities Corp.***, (1996 water contamination - mass joinder); served as lead counsel for plaintiffs.   23RD JDC FOR THE PARISH OF ASCENSION, DOCKET NO. 51444, SECTION "B".   SETTLED.

***Mary Self, et al vs. Illinois Central Railroad***, (1995 train derailment and evacuation - class action); served as Court Appointed Plaintiff's Steering Committee Member and Co-Lead Counsel and Trial Team Member.   USDC, EASTERN DIST. OF LOUISIANA, DOCKET NO. 96-CV-4141, c/w all related cases, Section "K", Mag. (3).   TRIED TO FAVORABLE VERDICT and SETTLED.

***Lowell Bastian, et al. vs. Cytec Industries, Inc., et al.***, (1995 chemical release- class action); served as class counsel. 24TH JDC FOR THE PARISH OF JEFFERSON, DOCKET NO. 473-408 c/w 478-510 and 481-138, Div. "F".   SETTLED.

***Letha Hampton, et al. vs. Illinois Central Railroad Company, et al.***, (1995 tank car chemical release - mass joinder); served as co-counsel for plaintiffs.    21ST JDC FOR THE PARISH OF TANGIPAHOA, DOCKET NO. 95-1824, Div. "B" - SETTLED.

***Beverly Louis, et al. vs. Koch Industries, Inc., et al.***, (1995 chemical release- class action); served as associate attorney to Court appointed Plaintiffs' Steering Committee Member, Discovery Chairman and Lead Trial Attorney. 29TH JDC FOR THE PARISH OF ST. CHARLES, DOCKET NO. #44-848, Div. "E" - SETTLED.

***Letitia Jefferson, et al. vs. Lead Industries Association, Inc.***, (1995 lead paint exposure- class action); served as class counsel. USDC, EASTERN DIST. OF LOUISIANA DOCKET NO. 95-2835, SECTION "R", MAG. (5).

***Carrie Deffes, et al. vs. Murphy Oil U.S.A., Inc., et al.***, (1995 explosion, fire and chemical release- class action); served as associate attorney to Court Appointed Plaintiff's Steering Committee Member (plant explosion). 34TH JDC FOR THE PARISH OF ST. BERNARD, DOCKET NO. #77-139, Div. "D". SETTLED.

***Herbert Davis, et al. vs. Union Carbide Chemical Corporation***, (1995 chemical release- class action); served as associate attorney to Court Appointed Plaintiff's Steering Committee. 29TH JDC FOR THE PARISH OF ST. CHARLES, DOCKET NO. #44,498, Div. "C". SETTLED.

***Gail Clement, et al. vs. Occidental Chemical Corporation, et al.***, (1994 explosion, fire and chemical release- class action); served as associate attorney to Court appointed Plaintiff's Steering Committee Member, Co-Liaison Counsel, Discovery Chairman and Co-Lead Counsel. 29TH JDC FOR THE PARISH OF ST. CHARLES, DOCKET NO. #42,624 c/w all cases, Div. "E". SETTLED.

***In Re: 1994 Exxon Chemical Plant Fire and Explosion***, (1994 explosion and fire- class action); served as Court Appointed Plaintiff's Steering Committee Member. USDC, MIDDLE DIST. OF LOUISIANA, MASTER DOCKET 94-MS-3. RESOLVED.

***Terry Cedotal, et al. vs. Whitney National Bank Retirement, et al.***, (1994 pension and employee benefits- class action); served as co-counsel for Plaintiff's. USDC, EASTERN DIST. OF LOUISIANA, DOCKET NO. #94-1397, SECTION "S" MAG. (5). SETTLED.

***In Re: 1993 Exxon Coker Fire Litigation***, (1993 explosion, fire and chemical release- class action); served as Court Appointed Plaintiff's Steering Committee Member and Plaintiff's Discovery Committee Member. USDC MIDDLE DIST. OF LOUISIANA, MASTER DOCKET 93-MS-2-A-M2. RESOLVED.

***Marilyn Spitzfaden, et al. vs. Dow Corning Corporation, et al.***, (1992 breast implant litigation- class action); served as associate attorney to Court Appointed Plaintiff's Steering Committee Member and Trial Team Member. CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, Case #: 92-2589, Div. "F". SETTLED.

***Alana Burke, et al. vs. La Paz Compania Naviera, S. A., et al.***, (1990 chemical release- class action) served as Plaintiff's Steering Committee Member, Plaintiff's Discovery Committee Member and Trial Team Member.   40TH JDC FOR THE PARISH OF ST. JOHN THE BAPTIST, DOCKET NO. #26392, Div. "C".   SETTLED.

***In Re: New Orleans Train Car Leak and Fire Litigation***, (1987 tank car fire and chemical release- class action); served as associate attorney to Court Appointed Plaintiff's Steering Committee Member, Discovery Chairman and Lead Trial Attorney.   CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, Case #: 87-16374, Div. "B".   SETTLED.