UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

# O R D E R

Considering the Motion for Assignment of Plaintiffs' Steering Committee Member Duties;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Pete Albanis will assume the duties of and take the place and stead of Scott Weinstein as a member of the PSC.

IT IS FURTHER ORDERED BY THE COURT that Anthony Irpino be added as an additional member of the PSC.

New Orleans, Louisiana, this ___ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge