**FIVE-YEAR SUMMARY OF CONSOLIDATED FINANCIAL HIGHLIGHTS**

| (unaudited)<br>As of or for the year ended December 31,<br>(in millions, except per share, ratio, headcount data and where otherwise noted) | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|
| **Selected income statement data** | | | | | |
| Total net revenue | $ 99,624 | $ 95,668 | $ 93,543 | $ 95,112 | $ 97,367 |
| Total noninterest expense | 58,434 | 55,771 | 59,014 | 61,274 | 70,467 |
| **Pre-provision profit** | 41,190 | 39,897 | 34,529 | 33,838 | 26,900 |
| Provision for credit losses | 5,290 | 5,361 | 3,827 | 3,139 | 225 |
| **Income before income tax expense** | 35,900 | 34,536 | 30,702 | 30,699 | 26,675 |
| Income tax expense | 11,459 | 9,803 | 6,260 | 8,954 | 8,789 |
| **Net income**[a] | $ 24,441 | $ 24,733 | $ 24,442 | $ 21,745 | $ 17,886 |
| **Earnings per share data** | | | | | |
| Net income:   Basic | $ 6.35 | $ 6.24 | $ 6.05 | $ 5.33 | $ 4.38 |
|                         Diluted | 6.31 | 6.19 | 6.00 | 5.29 | 4.34 |
| Average shares:   Basic | 3,551.6 | 3,658.8 | 3,741.2 | 3,808.3 | 3,832.4 |
|                              Diluted | 3,576.8 | 3,690.0 | 3,773.6 | 3,842.3 | 3,864.9 |
| **Market and per common share data** | | | | | |
| Market capitalization | $ 366,301 | $ 307,295 | $ 241,899 | $ 232,472 | $ 219,657 |
| Common shares at period-end | 3,425.3 | 3,561.2 | 3,663.5 | 3,714.8 | 3,756.1 |
| Share price:[b] | | | | | |
|   High | $ 108.46 | $ 87.39 | $ 70.61 | $ 63.49 | $ 58.55 |
|   Low | 81.64 | 52.50 | 50.07 | 52.97 | 44.20 |
|   Close | 106.94 | 86.29 | 66.03 | 62.58 | 58.48 |
| Book value per share | 67.04 | 64.06 | 60.46 | 56.98 | 53.17 |
| Tangible book value per share ("TBVPS")[c] | 53.56 | 51.44 | 48.13 | 44.60 | 40.72 |
| Cash dividends declared per share | 2.12 | 1.88 | 1.72 | 1.58 | 1.44 |
| **Selected ratios and metrics** | | | | | |
| Return on common equity ("ROE") | 10% | 10% | 11% | 10% | 9% |
| Return on tangible common equity ("ROTCE")[c] | 12 | 13 | 13 | 13 | 11 |
| Return on assets ("ROA") | 0.96 | 1.00 | 0.99 | 0.89 | 0.75 |
| Overhead ratio | 59 | 58 | 63 | 64 | 72 |
| Loans-to-deposits ratio | 64 | 65 | 65 | 56 | 57 |
| High quality liquid assets ("HQLA") (in billions)[d] | $ 556 | $ 524 | $ 496 | $ 600 | $ 522 |
| Common equity tier 1 ("CET1") capital ratio[e] | 12.2% | 12.3%[i] | 11.8% | 10.2% | 10.7% |
| Tier 1 capital ratio[e] | 13.9 | 14.0[i] | 13.5 | 11.6 | 11.9 |
| Total capital ratio[e] | 15.9 | 15.5 | 15.1 | 13.1 | 14.3 |
| Tier 1 leverage ratio[e] | 8.3 | 8.4 | 8.5 | 7.6 | 7.1 |
| **Selected balance sheet data (period-end)** | | | | | |
| Trading assets | $ 381,844 | $ 372,130 | $ 343,839 | $ 398,988 | $ 374,664 |
| Securities | 249,958 | 289,059 | 290,827 | 348,004 | 354,003 |
| Loans | 930,697 | 894,765 | 837,299 | 757,336 | 738,418 |
|   Core Loans | 863,683 | 806,152 | 732,093 | 628,785 | 583,751 |
|   Average core loans | 829,558 | 769,385 | 670,757 | 596,823 | 563,809 |
| Total assets | 2,533,600 | 2,490,972 | 2,351,698 | 2,572,274 | 2,414,879 |
| Deposits | 1,443,982 | 1,375,179 | 1,279,715 | 1,363,427 | 1,287,765 |
| Long-term debt[f] | 284,080 | 295,245 | 288,651 | 276,379 | 267,446 |
| Common stockholders' equity | 229,625 | 228,122 | 221,505 | 211,664 | 199,699 |
| Total stockholders' equity | 255,693 | 254,190 | 247,573 | 231,727 | 210,857 |
| **Headcount** | 252,539 | 243,355 | 234,598 | 241,359 | 251,196 |
| **Credit quality metrics** | | | | | |
| Allowance for credit losses | $ 14,672 | $ 14,854 | $ 14,341 | $ 14,807 | $ 16,969 |
| Allowance for loan losses to total retained loans | 1.47% | 1.55% | 1.63% | 1.90% | 2.25% |
| Allowance for loan losses to retained loans excluding purchased credit-impaired loans[g] | 1.27 | 1.34 | 1.37 | 1.55 | 1.80 |
| Nonperforming assets | $ 6,426 | $ 7,535 | $ 7,034 | $ 7,967 | $ 9,706 |
| Net charge-offs[h] | 5,387 | 4,692 | 4,086 | 4,759 | 5,802 |
| Net charge-off rate[h] | 0.60% | 0.54% | 0.52% | 0.65% | 0.81% |

(a) On December 22, 2017, the Tax Cuts and Jobs Act ("TCJA") was signed into law. The Firm's results included a $2.4 billion decrease to net income as a result of the enactment of the TCJA. For additional information related to the impact of the TCJA, see Note 24.
(b) Based on daily prices reported by the New York Stock Exchange.
(c) TBVPS and ROTCE are non-GAAP financial measures. For further discussion of these measures, see Explanation and Reconciliation of the Firm's Use of Non-GAAP Financial Measures and Key Financial Performance Measures on pages 52-54.
(d) HQLA represents the amount of assets that qualify for inclusion in the liquidity coverage ratio. For December 31, 2017, the balance represents the average of quarterly reported results per the U.S. LCR public disclosure requirements effective April 1, 2017. Prior periods represent period-end balances under the final U.S. rule ("U.S. LCR") for December 31, 2016 and 2015, and the Firm's estimated amount for December 31, 2014 prior to the effective date of the final rule, and under the Basel III liquidity coverage ratio ("Basel III LCR") for December 31, 2013. For additional information, see LCR and HQLA on page 93.
(e) Ratios presented are calculated under the Basel III Transitional rules, which became effective on January 1, 2014, and for the capital ratios, represent the Collins Floor. Prior to 2014, the ratios were calculated under the Basel I rules. See Capital Risk Management on pages 82-91 for additional information on Basel III.
(f) Included unsecured long-term debt of $218.8 billion, $212.6 billion, $211.8 billion, $207.0 billion and $198.9 billion respectively, as of December 31, of each year presented.
(g) Excluded the impact of residential real estate purchased credit-impaired ("PCI") loans, a non-GAAP financial measure. For further discussion of these measures, see Explanation and Reconciliation of the Firm's Use of Non-GAAP Financial Measures and Key Performance Measures on pages 52-54, and the Allowance for credit losses on pages 117-119.
(h) Excluding net charge-offs of $467 million related to the student loan portfolio sale, the net charge-off rate for the year ended December 31, 2017 would have been 0.55%.
(i) The prior period ratios have been revised to conform with the current period presentation.

