Table 1—Financial Highlights

|  | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|
|  | (In millions, except per share data) | | | | |
| **EARNINGS SUMMARY** | | | | | |
| Interest income, including other financing income | $ 3,988 | $ 3,814 | $ 3,603 | $ 3,589 | $ 3,647 |
| Interest expense and depreciation expense on operating lease assets | 448 | 416 | 296 | 309 | 384 |
| Net interest income and other financing income | 3,540 | 3,398 | 3,307 | 3,280 | 3,263 |
| Provision for loan losses | 150 | 262 | 241 | 69 | 138 |
| Net interest income and other financing income after provision for loan losses | 3,390 | 3,136 | 3,066 | 3,211 | 3,125 |
| Non-interest income | 2,105 | 2,153 | 2,071 | 1,903 | 2,096 |
| Non-interest expense | 3,624 | 3,617 | 3,607 | 3,432 | 3,556 |
| Income from continuing operations before income taxes | 1,871 | 1,672 | 1,530 | 1,682 | 1,665 |
| Income tax expense | 614 | 514 | 455 | 548 | 561 |
| Income from continuing operations | 1,257 | 1,158 | 1,075 | 1,134 | 1,104 |
| Income (loss) from discontinued operations before income taxes | 8 | 8 | (22) | 21 | (24) |
| Income tax expense (benefit) | 2 | 3 | (9) | 8 | (11) |
| Income (loss) from discontinued operations, net of tax | 6 | 5 | (13) | 13 | (13) |
| Net income | $ 1,263 | $ 1,163 | $ 1,062 | $ 1,147 | $ 1,091 |
| Net income from continuing operations available to common shareholders | $ 1,193 | $ 1,094 | $ 1,011 | $ 1,082 | $ 1,072 |
| Net income available to common shareholders | $ 1,199 | $ 1,099 | $ 998 | $ 1,095 | $ 1,059 |
| Earnings per common share from continuing operations – basic | $ 1.01 | $ 0.87 | $ 0.76 | $ 0.79 | $ 0.77 |
| Earnings per common share from continuing operations – diluted | 1.00 | 0.87 | 0.76 | 0.78 | 0.76 |
| Earnings per common share – basic | 1.01 | 0.87 | 0.75 | 0.80 | 0.76 |
| Earnings per common share – diluted | 1.00 | 0.87 | 0.75 | 0.79 | 0.75 |
| Return on average common stockholders' equity | 7.56% | 6.74% | 6.21% | 6.90% | 7.09% |
| Return on average tangible common stockholders' equity (non-GAAP)[1] | 11.01 | 9.69 | 8.96 | 10.00 | 10.59 |
| Return on average assets from continuing operations | 0.96 | 0.87 | 0.83 | 0.91 | 0.91 |
| **BALANCE SHEET SUMMARY** | | | | | |
| As of December 31 | | | | | |
| Loans, net of unearned income | $ 79,947 | $ 80,095 | $ 81,162 | $ 77,307 | $ 74,609 |
| Allowance for loan losses | (934) | (1,091) | (1,106) | (1,103) | (1,341) |
| Assets | 124,294 | 125,968 | 126,050 | 119,563 | 117,288 |
| Deposits | 96,889 | 99,035 | 98,430 | 94,200 | 92,453 |
| Long-term debt | 8,132 | 7,763 | 8,349 | 3,462 | 4,830 |
| Stockholders' equity | 16,192 | 16,664 | 16,844 | 16,873 | 15,660 |
| Average balances | | | | | |
| Loans, net of unearned income | $ 79,846 | $ 81,333 | $ 79,634 | $ 76,253 | $ 74,924 |
| Assets | 123,976 | 125,506 | 122,265 | 118,352 | 117,712 |
| Deposits | 97,341 | 97,921 | 96,890 | 93,481 | 92,646 |
| Long-term debt | 7,076 | 8,159 | 5,046 | 4,057 | 5,206 |
| Stockholders' equity | 16,665 | 17,126 | 16,916 | 16,620 | 15,411 |
| **SELECTED RATIOS** | | | | | |
| Basel I Tier 1 common regulatory capital (non-GAAP)[3] | N/A% | N/A% | N/A% | 11.65% | 11.21% |
| Basel III common equity Tier 1 ratio [2] | 11.05 | 11.21 | 10.93 | N/A | N/A |
| Basel III common equity Tier 1 ratio—Fully Phased-In Pro-Forma (non-GAAP) [1][2][3] | 10.95 | 11.05 | 10.69 | 11.00 | 10.58 |
| Tier 1 capital [2][3][4] | 11.86 | 11.98 | 11.65 | 12.54 | 11.68 |
| Total capital [2][3][4] | 13.78 | 14.15 | 13.88 | 15.26 | 14.73 |
| Leverage capital [2][3][4] | 10.01 | 10.20 | 10.25 | 10.86 | 10.03 |
| Tangible common stockholders' equity to tangible assets (non-GAAP)[1] | 8.71 | 8.99 | 9.13 | 9.66 | 9.15 |
| Efficiency ratio | 63.19 | 64.20 | 66.15 | 65.42 | 65.69 |
| Adjusted efficiency ratio (non-GAAP)[1] | 62.16 | 63.28 | 64.87 | 64.45 | 64.46 |

