**FINANCIAL OVERVIEW**

Selected consolidated financial and other data for the past five years is shown in the following tables.

TABLE 3—SELECTED CONSOLIDATED FINANCIAL AND OTHER DATA[1,2]

| (Dollars in thousands, except per share data) | \multicolumn{5}{c}{Years Ended December 31} | | 2017 vs. 2016 | |
|---|---|---|---|---|---|---|---|
| | 2017 | 2016 | 2015 | 2014 | 2013 | $ Change | % Change |
| **Income Statement Data** | | | | | | | |
| Interest and dividend income | $ 913,783 | $ 716,939 | $ 646,858 | $ 504,815 | $ 437,197 | 196,844 | 27 |
| Interest expense | 104,937 | 67,701 | 59,100 | 44,704 | 46,953 | 37,236 | 55 |
| Net interest income | 808,846 | 649,238 | 587,758 | 460,111 | 390,244 | 159,608 | 25 |
| Provision for loan losses | 51,111 | 44,424 | 30,908 | 19,060 | 5,145 | 6,687 | 15 |
| Net interest income after provision for loan losses | 757,735 | 604,814 | 556,850 | 441,051 | 385,099 | 152,921 | 25 |
| Non-interest income | 211,040 | 233,821 | 220,393 | 173,628 | 168,958 | (22,781) | (10) |
| Non-interest expense | 675,896 | 566,665 | 570,305 | 473,614 | 472,796 | 109,231 | 19 |
| Income before income tax expense | 292,879 | 271,970 | 206,938 | 141,065 | 81,261 | 20,909 | 8 |
| Income tax expense | 150,466 | 85,193 | 64,094 | 35,683 | 16,133 | 65,273 | 77 |
| Net income | 142,413 | 186,777 | 142,844 | 105,382 | 65,128 | (44,364) | (24) |
| Less: Preferred stock dividends | 9,095 | 7,977 | — | — | — | 1,118 | 14 |
| Net Income Available to Common Shareholders | $ 133,318 | $ 178,800 | $ 142,844 | $ 105,382 | $ 65,128 | (45,482) | (25) |
| Earnings per common share – basic | $ 2.61 | $ 4.32 | $ 3.69 | $ 3.31 | $ 2.20 | (1.71) | (40) |
| Earnings per common share – diluted | 2.59 | 4.30 | 3.68 | 3.30 | 2.20 | (1.71) | (40) |
| Cash dividends per common share | 1.46 | 1.40 | 1.36 | 1.36 | 1.36 | 0.06 | 4 |

| (Dollars in thousands, except per share data) | \multicolumn{5}{c}{As of December 31} | | 2017 vs. 2016 | |
|---|---|---|---|---|---|---|---|
| | 2017 | 2016 | 2015 | 2014 | 2013 | $ Change | % Change |
| **Balance Sheet Data** | | | | | | | |
| Total assets | $ 27,904,129 | $ 21,659,190 | $ 19,504,068 | $ 15,757,904 | $ 13,365,550 | 6,244,939 | 29 |
| Cash and cash equivalents | 625,724 | 1,362,126 | 510,267 | 548,095 | 391,396 | (736,402) | (54) |
| Investment securities | 4,817,380 | 3,535,313 | 2,899,214 | 2,275,813 | 2,090,906 | 1,282,067 | 36 |
| Loans, net of unearned income | 20,078,181 | 15,064,971 | 14,327,428 | 11,441,044 | 9,492,019 | 5,013,210 | 33 |
| Goodwill and other intangible assets, net | 1,277,464 | 759,823 | 765,655 | 548,130 | 425,442 | 517,641 | 68 |
| Deposits | 21,466,717 | 17,408,283 | 16,178,748 | 12,520,525 | 10,737,000 | 4,058,434 | 23 |
| Borrowings | 2,487,132 | 1,138,089 | 667,064 | 1,248,996 | 961,043 | 1,349,043 | 119 |
| Shareholders' equity | 3,696,791 | 2,939,694 | 2,498,835 | 1,852,148 | 1,530,346 | 757,097 | 26 |
| Book value per common share [3] | 66.17 | 62.68 | 58.87 | 55.37 | 51.38 | 3.49 | 6 |
| Tangible book value per common share (Non-GAAP) [3][5] | 42.56 | 45.80 | 40.35 | 39.08 | 37.15 | (3.24) | (7) |



Exhibit D

Source: IBERIABANK CORP, 10-K, February 23, 2018                                                                                    Powered by Morningstar® Document Research℠
The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information,
except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.