| (in thousands) | | At and For the Years Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2017 | 2016 | 2015 | 2014 | 2013 |
| **Period-End Balance Sheet Data:** | | | | | | |
| Total loans, net of unearned income (a) | $ | 19,004,163 $ | 16,752,151 $ | 15,703,314 $ | 13,895,276 $ | 12,324,817 |
| Loans held for sale | | 39,865 | 34,064 | 20,434 | 20,252 | 24,515 |
| Securities | | 5,888,380 | 5,017,128 | 4,463,792 | 3,826,454 | 4,033,124 |
| Short-term investments | | 92,384 | 78,177 | 565,555 | 802,948 | 268,839 |
| Total earning assets | | 25,024,792 | 21,881,520 | 20,753,095 | 18,544,930 | 16,651,295 |
| Allowance for loan losses | | (217,308) | (229,418) | (181,179) | (128,762) | (133,626) |
| Goodwill | | 745,523 | 621,193 | 621,193 | 621,193 | 625,675 |
| Other intangible assets, net | | 90,640 | 87,757 | 107,538 | 132,810 | 159,773 |
| Other assets | | 1,692,439 | 1,614,250 | 1,532,958 | 1,576,371 | 1,704,722 |
| Total assets | $ | 27,336,086 $ | 23,975,302 $ | 22,833,605 $ | 20,746,542 $ | 19,007,839 |
| Noninterest-bearing deposits | $ | 8,307,497 $ | 7,658,203 $ | 7,276,127 $ | 5,945,208 $ | 5,530,253 |
| Interest-bearing transaction and savings deposits | | 8,181,554 | 6,910,466 | 6,767,881 | 6,531,628 | 6,162,959 |
| Interest-bearing public fund deposits | | 3,040,318 | 2,563,758 | 2,253,645 | 1,982,616 | 1,571,532 |
| Time deposits | | 2,723,833 | 2,291,839 | 2,051,259 | 2,113,379 | 2,095,772 |
| Total interest-bearing deposits | | 13,945,705 | 11,766,063 | 11,072,785 | 10,627,623 | 9,830,263 |
| Total deposits | | 22,253,202 | 19,424,266 | 18,348,912 | 16,572,831 | 15,360,516 |
| Short-term borrowings | | 1,703,890 | 1,225,406 | 1,423,644 | 1,151,573 | 657,960 |
| Long-term debt | | 305,513 | 436,280 | 490,145 | 373,647 | 384,414 |
| Other liabilities | | 188,532 | 169,582 | 157,761 | 176,089 | 179,880 |
| Stockholders' equity | | 2,884,949 | 2,719,768 | 2,413,143 | 2,472,402 | 2,425,069 |
| Total liabilities & stockholders' equity | $ | 27,336,086 $ | 23,975,302 $ | 22,833,605 $ | 20,746,542 $ | 19,007,839 |
| **Average Balance Sheet Data:** | | | | | | |
| Total loans, net of unearned income (a) | $ | 18,280,885 $ | 16,064,593 $ | 14,433,367 $ | 12,938,869 $ | 11,700,218 |
| Loans held for sale | | 21,920 | 28,777 | 18,101 | 16,540 | 24,986 |
| Securities (b) | | 5,442,829 | 4,706,482 | 4,208,195 | 3,816,724 | 4,140,051 |
| Short-term investments | | 363,077 | 380,294 | 513,659 | 423,359 | 578,613 |
| Total earning assets | | 24,108,711 | 21,180,146 | 19,173,322 | 17,195,492 | 16,443,868 |
| Allowance for loan losses | | (223,416) | (217,550) | (133,470) | (129,642) | (137,897) |
| Goodwill and other intangible assets | | 806,900 | 718,592 | 740,666 | 768,047 | 799,996 |
| Other assets | | 1,548,556 | 1,497,445 | 1,464,502 | 1,601,883 | 1,821,333 |
| Total assets | $ | 26,240,751 $ | 23,178,633 $ | 21,245,020 $ | 19,435,780 $ | 18,927,300 |
| Noninterest-bearing deposits | $ | 7,777,652 $ | 7,232,221 $ | 6,195,234 $ | 5,641,792 $ | 5,393,955 |
| Interest-bearing transaction and savings deposits | | 7,746,220 | 6,772,364 | 6,877,394 | 6,173,683 | 5,962,114 |
| Interest-bearing public fund deposits | | 2,664,929 | 2,261,659 | 1,844,802 | 1,530,972 | 1,410,679 |
| Time deposits | | 2,642,781 | 2,390,081 | 2,207,359 | 2,053,546 | 2,350,488 |
| Total interest-bearing deposits | | 13,053,930 | 11,424,104 | 10,929,555 | 9,758,201 | 9,723,281 |
| Total deposits | | 20,831,582 | 18,656,325 | 17,124,789 | 15,399,993 | 15,117,236 |
| Short-term borrowings | | 2,006,896 | 1,412,194 | 1,025,133 | 1,005,680 | 806,082 |
| Long-term debt | | 384,127 | 469,064 | 478,078 | 378,645 | 387,435 |
| Other liabilities | | 211,278 | 177,983 | 174,233 | 176,514 | 229,983 |
| Stockholders' equity | | 2,806,868 | 2,463,067 | 2,442,787 | 2,474,948 | 2,386,564 |
| Total liabilities & stockholders' equity | $ | 26,240,751 $ | 23,178,633 $ | 21,245,020 $ | 19,435,780 $ | 18,927,300 |

(a)   Includes nonaccrual loans.

(b)   Average securities does not include unrealized holding gains/losses on available for sale securities.



Exhibit E

32