Table of Contents

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| October 1 - October 31, 2017 | 518 | $ 41.50 | 518 | 366,994 |
| November 1 - November 30, 2017 | — | — | — | 366,994 |
| December 1 - December 31, 2017 | 25 | 43.58 | 25 | 366,969 |
| Total | 543 | $ 41.60 | 543 | 366,969 |

### Item 6. Selected Financial Data.

Set forth below is selected summary historical financial and other data of the Company. When you read this summary historical financial data, it is important that you also read the historical financial statements and related notes contained in Item 8 of this Form 10-K, as well as "Management's Discussion and Analysis of Financial Condition and Results of Operations."

| (dollars in thousands) | As of December 31, | | | | |
|---|---|---|---|---|---|
| | 2017 | 2016 | 2015 | 2014 | 2013 |
| **Selected Financial Condition Data:** | | | | | |
| Total assets | $2,228,121 | $1,556,732 | $1,551,912 | $1,221,415 | $984,241 |
| Cash and cash equivalents | 150,418 | 29,315 | 24,798 | 29,078 | 32,639 |
| Interest-bearing deposits in banks | 2,421 | 1,884 | 5,144 | 5,526 | 2,940 |
| Investment securities: | | | | | |
| Available for sale | 234,993 | 183,730 | 176,762 | 174,801 | 149,632 |
| Held to maturity | 13,034 | 13,365 | 13,927 | 11,705 | 9,405 |
| Loans receivable, net | 1,642,987 | 1,215,323 | 1,214,818 | 901,208 | 700,538 |
| Intangible assets | 68,033 | 12,762 | 15,304 | 4,266 | 1,909 |
| Deposits | 1,866,227 | 1,248,072 | 1,244,217 | 993,573 | 741,312 |
| Federal Home Loan Bank advances | 71,826 | 118,533 | 125,153 | 47,500 | 97,000 |
| Securities sold under repurchase agreements | — | — | — | 20,371 | — |
| Shareholders' equity | 277,871 | 179,843 | 165,046 | 154,144 | 141,910 |

| (dollars in thousands, except per share data) | For the Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2017 | 2016 | 2015 | 2014 | 2013 |
| **Selected Operating Data:** | | | | | |
| Interest income | $74,398 | $67,684 | $58,410 | $54,323 | $43,721 |
| Interest expense | 6,549 | 5,268 | 3,866 | 3,284 | 3,503 |
| Net interest income | 67,849 | 62,416 | 54,544 | 51,039 | 40,218 |
| Provision for loan losses | 2,317 | 3,200 | 2,071 | 2,364 | 3,653 |
| Net interest income after provision for loan losses | 65,532 | 59,216 | 52,473 | 48,675 | 36,565 |
| Noninterest income | 9,962 | 11,157 | 8,770 | 8,175 | 7,670 |
| Noninterest expense | 46,177 | 46,797 | 42,022 | 41,772 | 33,205 |
| Income before income taxes | 29,317 | 23,576 | 19,221 | 15,078 | 11,030 |
| Income taxes | 12,493 | 7,568 | 6,671 | 5,206 | 3,736 |
| Net income | $16,824 | $16,008 | $12,550 | $ 9,872 | $ 7,294 |
| Earnings per share—basic | $ 2.36 | $ 2.34 | $ 1.87 | $ 1.51 | $ 1.11 |



Source: HOME BANCORP, INC., 10-K, March 14, 2018                                                                                                   Powered by Morningstar® Document Research℠
The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information,
except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.