# Chinese Drywall

## Attorney Fee reconciliation

| | Original | Attorney fees received | Attorney Fees available |
|---|---:|---:|---:|
| Banner Attorney Fund | $ 18,986,103.44 | | |
| Global Attorney Fund | $ 25,519,345.68 | | |
| Inex Attorney Fund | $ 2,960,000.00 | | |
| Knauf Attorney Fund | $ 160,000,000.00 | | |
| Builders Mutual | $ 629,000.00 | | |
| Nationwide | $ 3,650,000.00 | | |
| Porter Blaine | $ 1,060,000.00 | | |
| Tobin Trading | $ 949,000.00 | | |
| Total 11/30/2013 | $ 213,753,449.12 | $ 213,753,449.12 | |
| Interest | $ 83,711.98 | | |
| QSF charges | $ (19,658.00) | | |
| Reimbursement of advanced costs/assessments | $ (17,435,000.00) | | |
| Set aside for Taishan | $ (10,000,000.00) | | |
| Stipend payments | $ (4,570,633.93) | | |
| Reduction of fees and distributed to claimants | $ (348,000.00) | | |
| Garrettson Fees | $ (267,110.97) | | |
| Current total 2/29/2016 | $ 181,196,758.20 | | $ 181,196,758.20 |
| | | | |
| Additional Knauf settlement | | $ 13,592,762.95 | $ 13,592,762.95 |
| | | | |
| Monies to be paid | | | |
| Stipend | $ (328,424.99) | | |
| Held costs 12/31/2014 | $ (3,842,737.87) | | |
| Unreimbursed cash assessments | $ (2,187,000.00) | | |
| | $ (6,358,162.86) | | $ (6,358,162.86) |
| | | | |
| Funds remaining from Knauf Advance | | | |
| PSC checking | $ 1,374,531.18 | | |
| PSC (ICS) account | $ 2,000,000.00 | | |
| PSC (Federated) account | $ 1,000,174.81 | | |
| PSC (Esquire) Knauf advance | $ 175,299.07 | | |
| | $ 4,550,005.06 | | $ 4,550,005.06 |
| | | | |
| Funds available for Common Benefit and Individual Retained attorneys as of 2/29/2016 | | | $ 192,981,363.35 |
| | | | |
| Attorney Fees received for common benefit and individual retained attorneys as of 2/29/2016 | | $ 227,346,212.07 | |
| | | | |
| Specific purpose Attorney Funds | | | |
| North River | | $ 2,400,000.00 | $ 2,400,000.00 |
| Voluntary Contributions | | $ 3,332,058.26 | $ 3,332,058.26 |
| | | | |
| Grand total of Attorneys fees received as of 2/29/2016 | | $ 233,078,270.33 | |

C:\Users\Philip Garrett CPA\Dropbox\Chinese Drywall\Attorney fees\Allocation reports\Attorney Fees reconciliation ver3

**Exhibit J**