UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO:<br>*Amorin, et al. v. Taishan Gypsum Co. Ltd., et al.*<br>    Case No. 11-cv-1395<br>*Brooke, et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*<br>    Case No. 15-cv-4127 | SECTION "L" (5) |

## ORDER

In an effort to resolve this litigation, the Court will proceed to the trial phase of all Louisiana actions (*see* Appendix) within this Court's jurisdiction.  Accordingly,

**IT IS ORDERED** that the parties shall confer and be prepared to discuss a trial plan for all Louisiana cases with the Court at the next monthly status conference on June 12, 2018 at 9:00 a.m.

New Orleans, Louisiana, this 18th day of May, 2018.

_____
**ELDON E. FALLON**
United States District Judge