UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**O R D E R**

Considering the Motion for Assignment of Plaintiffs' Steering Committee Member Duties;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Pete Albanis will assume the duties of and take the place and stead of Scott Weinstein as a member of the PSC.

IT IS FURTHER ORDERED BY THE COURT that Anthony Irpino be added as an additional member of the PSC.

New Orleans, Louisiana, this 17th day of May, 2018.

_____
Eldon E. Fallon
United States District Court Judge