# EXHIBIT "E"

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Stephen and Diane Brooke, et al., individually, and on behalf of all others similarly situated,** | **CASE NO.:   2:15-cv-6632** |
| **Plaintiffs,** | |
| **v.** | **CLASS ACTION COMPLAINT** |
| **The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation** | **JURY TRIAL DEMAND** |
| **Defendants.** | |

_____/

### INTERVENING PLAINTIFFS', JAMES E. MCDONNELL, et al.
### FOURTH OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (VA)

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of himself and all others similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, or sold by the Defendants.[1]

Intervening Plaintiffs have intervened in *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* Civ. Action No. 2:15-cv-6632 (E.D.La.) (Omni XX), since they are absent class members in that action.   As absent

---

[1] Intervening Plaintiffs are not pursuing claims against China National Building Materials Group Co. ("CNBM Group") as this defendant has been dismissed from these proceedings.

class members, Intervening Plaintiffs are similarly situated to the *Brooke* plaintiffs and the defendants named in the *Brooke* complaint (Omni XX) are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Brooke* complaint herein by reference.

The Intervening Plaintiffs seek to be class representatives for the class identified in *Brooke*.   The *Brooke* Defendants are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, or sale of the defective drywall at issue in this litigation.

The Intervening Plaintiff, James E. McDonnell is a citizen of Florida and owns real property located at 198 171st Avenue, E, North Redington Beach, FL   33708.   Intervening Plaintiff has incurred damages caused by the drywall distributed by Defendants and is participating as a class representative for similarly situated individuals.

The remaining Plaintiffs are identified on the attached Exhibit "A," which is incorporated herein by reference.[2]

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of itself and all others similarly situated demands upon Defendants jointly and severally for:

      a.     an order certifying the case as a class action;

---

[2] Counsel for intervening Plaintiffs are identified on Exhibit "A."

b.      an order certifying the Class and each of the Subclasses;

c.      an order appointing Plaintiff as a Class Representative of the Class;

d.      an order appointing undersigned counsel and their firms as counsel for the Class;

d.      compensatory and statutory damages;

e.      punitive damages as allowed by law;

f.      pre and post-judgment interest as allowed by law;

g.      injunctive relief;

h.      an award of attorneys' fees as allowed by law;

i.      an award of taxable costs; and

j.      any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated:   May 22, 2018

By:     /s/ Russ M. Herman
        Russ M. Herman
        HERMAN, HERMAN & KATZ, LLC
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        rherman@hhklawfirm.com

        ***Plaintiffs' Liaison Counsel MDL 2047***

Arnold Levin
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

***Plaintiffs' Lead Counsel MDL 2047***

## COURT APPOINTED PLAINTIFFS' STEERING COMMITTEE IN MDL 2047 - OF COUNSEL TO PLAINTIFFS

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Robert Becnel
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
robbecnel@aol.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@ForThePeople.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Christopher Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ   07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Jerrold Seth Parker
Parker Waichman LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Case 2:09-md-02047-EEF-MBN   Document 21342-6   Filed 05/22/18   Page 7 of 23

**OF COUNSEL TO COURT APPOINTED PLAINTIFFS' STEERING COMMITTEE IN MDL 2047 - OF COUNSEL TO PLAINTIFFS**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS ARE SET FORTH ON EXHIBIT "A"**

6

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Abitbol, Gilbert | 1451 Hepner Street SE, Palm Bay, FL 32909 | 184-33 Tudor Road, Jamaica Estates, NY 11423 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Allman, James and Tamera | 103 Gregg Court Lot 2 Pozier Acres Moyock, NC 27958 | 5211 Lindbergh Avenue Kitty Hawk, NC 27949 | NC | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 |
| Alvarez, Sem | 2217 N.W. 7th Street, Unit 1201, Miami, FL 33125 | | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Arroyo, Carlos | 2217 N.W. 7th Street, Unit 706, Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Baldelomar, Paola Yesenia | 2217 NW 7 ST, #605, Miami, FL 33126 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Banks, Anne S. & Banks, Thomas S. | 4213 Milhaven Drive, Birmingham, AL  35243 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Barata, Gilda | 2217 N.W. 7th Street, Unit 1007 Miami, FL 33125 | SAME | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Barcelona Condo Association 2217 | All Affected Units | 2217 N.W. 7th Street, Miami, FL 33125 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Beveridge, Richard & Diana | 11 Oak Alley Lane, Long Beach, MS 39560 | 3380 Depew Avenue, Port Charlotte, FL 33952 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| C4 Barcelona 1 LLC | 2217 N.W. 7th Street, Unit 506, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 502, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 503, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 507, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 508, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 606, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 703, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 707, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 802, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |

| | | | | |
|---|---|---|---|---|
| *McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632* <br><br> *Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)* | | | | |
| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 906, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 908, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 3 LLC | 2217 N.W. 7th Street, Unit 1108, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 3 LLC | 2217 N.W. 7th Street, Unit 809, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 3 LLC | 2217 N.W. 7th Street, Unit 1006, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 3 LLC | 2217 N.W. 7th Street, Unit 1008, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| C4 Barcelona 3 LLC | 2217 N.W. 7th Street, Unit 1106, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 4 LLC | 2217 N.W. 7th Street, Unit 1206, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| C4 Barcelona 4 LLC | 2217 N.W. 7th Street, Unit 1208, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Castell, Ramon | 2217 N.W. 7th Street, Unit 808, Miami, FL 33125 | SAME | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Chandler, Stacey J. and Chandler, Everett C. III | 19810 Strathmore Place, Land O Lakes, FL 34638 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Choi, Injoon Clark and Choi, Sharon Mei Kwei | 542 San Filippo Drive SE, Palm Bay, FL 32909 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Claro, Elio & Zaldivar-Claro, Brenda | 4342 14th Avenue NE, Naples, FL 34120 | 4905 Lowell Drive, Ave Maria, FL 34142 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Clevenger, Michael Travis | 3906 SW Kabane Street, Port St. Lucie, FL 34953 | 10940 Oyster Bay Circle, New Port Richey, FL 34654 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Contreras, Xiomara | 2217 N.W. 7th Street, Unit 807 Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Cosnowski, William & Cosnowski, Christine B. | 11442 Heritage Point Drive, Hudson, FL 34667 | 42401 Tessmer Drive, Sterling Heights, MI 48314 | MI | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| de Esquijarosa, Mariana | 2217 N.W. 7th Street, Unit 608, Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Degado, Teresa | 2217 N.W. 7th Street, Unit 501, Miami, FL 33125 | Same | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| del Rio, Barbara | 2217 N.W. 7th Street, Unit 804, Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Eves, Royce | 60 Pinebark Court, Wetumpka, AL 36093 | 79 Mulder Cove Lane, Wetumpka, AL 36093 | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Farinella, Richard H. | 1609 SW 22nd Lane, Cape Coral, FL 33991 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Fernandez, Lorraine | 200 171st Avenue East, North Redington Beach, FL 33708 | 803 Brooker Village Circle, Lutz, FL 33548 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Ferreira, Darren | 192 171st Avenue East, North Redington Beach, FL 33708 | 126 Hamilton Hedge Palce, Cary, NC 27519 | NC | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Fiala, John and Joan | 101 Potecasi Creek Court Hertford, NC 27944 | 114 Milton Lane Warren Center, PA 18851 | PA | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Franco, Brenda del Pilar | 2217 NW 7 ST, #1204, Miami, FL 33126 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Frizzle, Jerome; Frizzle, Magnoria | 103 Forge Drive, Crestview, FL  32539 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Funez, Gladys | 2217 NW 7 ST, #505, Miami, FL 33126 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Garcia, Belkys & Quintanilla, Ivan L. | 2217 NW 7 ST, #1209 Miami, FL 33126 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| German, Betty | 7545 Tamarind Avenue, Tampa, FL 33625 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Gilliam, Mary | 3006 North 19th Avenue, Milton, FL  32583 | 116 Grand Flora Way, Santa Rosa Beach, FL 32459 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Gilliam, Mary | 3010 North 19th Avenue, Milton, FL  32583 | 116 Grand Flora Way, Santa Rosa Beach, FL 32459 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 902, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 903, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 909, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1002,  Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| GRAN VIA | 2217 N.W. 7th Street, Unit 1003, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1004, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1005, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1009, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1101, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1102, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| GRAN VIA | 2217 N.W. 7th Street, Unit 1103, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1104, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1107, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1202, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1203, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1207, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| GRAN VIA | 2217 N.W. 7th Street, Unit 1109, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Groves, Brian | 5670 Gooseneck Road Riegelwood, NC 28456 | 2532 Flint Drive Wilmington, NC 28401 | NC | Richard J. Serpe, Esq. Law Offices of Richard J. Serpe, P.C. 580 East Main Street, Suite 310 Norfolk, Virginia 23510 |
| Hernandez, Patsy | 2217 N.W. 7th Street, Unit 709, Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Iraheta, Raul | 2217 N.W. 7th Street, Unit 509, Miami, FL 33125 | Same | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| James, Josephine | 7200 Springlake Drive, New Orleans, LA 70126 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Janicek, Sue | 7554 Tamarind Avenue, Tampa, FL 33625 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Maldonado, Victor | 2217 N.W. 7th Street, Unit 602, Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Masis, Enrique | 2217 N.W. 7th Street, Unit 607, Miami, FL 33125 | SAME | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| McDonnell, James | 198 171st Avenue East, North Redington Beach, FL 33708 | | FL | Plaintiffs' Steering Committee |
| McIsaac, Summer | 1539 Crown Point Drive, Gardendale, AL  35071 | | AL | Doyle Law Firm, PC; 2100 Southbridge Parkway, Suite 650, Birmingham, AL 35226; jimmy@doylefirm.com |
| Michel, Griselda | 2217 N.W. 7th Street, Unit 601, Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Moore, Bernadette | 6601 Pauline Drive, New Orleans, LA  70126 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Moore, Carol | 2217 N.W. 7th Street, Unit 5-103 Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Ngo, Henry; Ngo, Sarah | 7547 Tamarind Avenue, Tampa, FL 33625 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Nierle, Joseph | 1735 Pauline Street, New Orleans, LA  70117 | | LA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Nolasco, Winor R. | 2217 N.W. 7th Street, Unit 907, Miami, FL 33125 | SAME | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Ortuno, Carlos & Leticia | 2217 N.W. 7th Street, Unit 1001, Miami, FL 33125 | SAME | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Patel, Sanjay & Sharoj | 12 Oak Alley Lane, Long Beach, MS 39560 | 4060 Riversong Drive, Suqanee, GA 30024 | GA | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Rollins, Gerald T. | 659 Windermere Drive, Lehigh Acres, FL  33972 | 257 J4 Ranch Road, Labelle, FL  33935 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*

*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Romero, Carlos | 2217 N.W. 7th Street, Unit 603, Miami, FL 33125 | SAME | Florida | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |
| Saidi, Parwin; Saidi, Johnaqa; and, SaidiP, LLC | 13 Oak Alley Lane, Long Beach, MS 39560 | 3616 Park Glenn Drive, Moore, OK 73160 | OK | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Sandmeier, Peter; Sandmeier, Marianne; PAM Enterprise of SW FL, LLC | 1719 SW 54th Street, Cape Coral, FL  33914 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Sandoval, Elsa Z. | 2217 NW 7 ST, #504, Miami, FL 33126 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Signature Investments, LLC | 1495 Brooks Road, Sylacauga, AL  35150 | 109 North Broadway Avenue, Sylacauga, AL 35150 | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Stuart Podolsky o.b.o. Balmoral Special, LLC | 9801 Collins Avenue, Unit 10Z, Bal Harbour, FL 33154 | | NY | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Fourth Omnibus Class Action Complaint In Intervention (VA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Stutzman, Diane | 5356 LRC Road, Waterloo, IL 62298 | P.O. Box 2530, Hutchinson, KS 67504 | IL | Plaintiffs' Steering Committee |
| Van Drie, Anjali | 4101 NW 22nd Street, Cape Coral, FL 33993 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Wieland, Dana | 7549 Tamarind Avenue, Tampa, FL 33625 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Williams, Peter | 20400 SW 316 ST, Miami, FL 33030 | 10710 SW 154 ST, Miami, FL 33157 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |