MINUTE ENTRY
FALLON, J.
MAY 29, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION:  L(2)<br><br>JUDGE FALLON<br>MAG. WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

On this date, the Court held a telephone status conference with the Fees Allocation Committee regarding common benefit fees.  For a copy of the transcript of the proceeding, please contact Court Reporter Karen Ibos at (504) 589-7776.

JS10 (00:22)