



























































Master Bedroom





























































