

# 54 GOOD STREET, BAY ST. LOUIS, MS 39520

**Inspection Date:**
04/28/2017

**Prepared For:**
John B. Dunlap III

**Prepared By:**
Home Inspection Building Specialist, INC
P.O. Box 273
Ocean Springs, MS 39566-0273
228.875.3699
228.875.9889 Fax
homeinspecspec@aol.com

**Report Number:**
7118519

**Inspector:**
Rickey Authement MHIB0157 exp. 01/18

**EXHIBIT**

C

© 2017 Home Inspection Building Specialist, INC

# REPORT OVERVIEW

## THE HOUSE IN PERSPECTIVE

## CONVENTIONS USED IN THIS REPORT

**SATISFACTORY** - Indicates the component is functionally consistent with its original purpose but may show signs of normal wear and tear and deterioration.

**MARGINAL** - Indicates the component will probably require repair or replacement anytime within five years.

**POOR** - Indicates the component will need repair or replacement now or in the very near future.

**MAJOR CONCERNS** - A system or component that is considered significantly deficient or is unsafe.

**SAFETY HAZARD** - Denotes a condition that is unsafe and in need of prompt attention.

## THE SCOPE OF THE INSPECTION

All components designated for inspection in the ASHI® Standards of Practice are inspected, except as may be noted in the "Limitations of Inspection" sections within this report.

It is the goal of the inspection to put a home buyer in a better position to make a buying decision. Not all improvements will be identified during this inspection. Unexpected repairs should still be anticipated. The inspection should not be considered a guarantee or warranty of any kind.

Please refer to the pre-inspection contract for a full explanation of the scope of the inspection.

## BUILDING DATA

| | |
|---|---|
| Approximate Age: | 1997 = 20 Years |
| Style: | Single-Family - 1 Story - Slab |
| Main Entrance Faces: | East |
| State of Occupancy: | Occupied |
| Weather Conditions: | Cloudy |
| Recent Rain: | No |
| Ground cover: | Dry |
| Temperature: | 77°F |

54 Good Street, Bay St. Louis, MS 39520   Page 3 of 37

# RECEIPT / INVOICE

**Home Inspection Building Specialist, INC**
**P.O. Box 273**
**Ocean Springs, MS 39566-0273**
**228.875.3699**

Date: 04/28/2017                    Inspection Number: 7118519

Name:  John B. Dunlap III

| Inspection: | 375.00 |
|---|---|
| Other** | 0.00 |
| Total: | 375.00 |

** ☐ Mold
  ☐ Pool / Hot Tub
  ☐ CDWI
  ☐ Other:_____

  ☐ Check #
  ☐ Cash
  ☐ Credit Card

Inspected By: Rickey Authement
License/Certification #: MHIB0157 exp. 01/18

This confidential report is prepared exclusively for John B. Dunlap III
© 2017 Home Inspection Building Specialist, INC

54 Good Street, Bay St. Louis, MS 39520   Page 4 of 37

## DRIVEWAY/PARKING

| | | | |
|---|---|---|---|
| **Material:** | ☑ Concrete | ☐ Asphalt | ☑ Gravel | ☐ Brick |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Settling Cracks*   ☑ Typical cracks |
| | ☐ *Pitched towards home* | | ☐ *Trip hazard* | ☑ Fill cracks and seal |

## PORCH *(covered entrance)*

| | | | |
|---|---|---|---|
| **Support Pier:** | ☐ Concrete | ☑ Wood | ☐ Not visible | |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Railing/Balusters recommended* |
| **Floor:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Safety Hazard* |

## STOOPS/STEPS

| | | | |
|---|---|---|---|
| **Material:** | ☐ Concrete | ☑ Wood | ☐ *Railing/Balusters recommended* | |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Safety Hazard* |

## DECK/BALCONY *(flat, floored, roofless area)*

| | | | |
|---|---|---|---|
| **Material:** | ☑ Wood | ☐ Metal | ☐ Composite | ☐ *Railing/Balusters recommended* |
| **Finish:** | ☐ Treated | ☑ Painted/Stained | | ☐ *Railing loose* |
| | ☐ | ☐ *Improper attachment to house* | | ☐ *Wood in contact with soil* |
| **Condition:** | ☐ Satisfactory | ☐ Marginal | ☐ Poor | |

## DECK/PATIO/PORCH COVERS

| | | | |
|---|---|---|---|
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Posts/Supports need Repair* |
| **Recommend:** | ☐ Metal Straps/Bolts/Nails/Flashing | ☐ *Improper attachment to house* | | |

## LANDSCAPING AFFECTING FOUNDATION

| | | | |
|---|---|---|---|
| **Negative Grade:** | ☐ East | ☐ West | ☐ North | ☐ South | ☑ Satisfactory |
| | ☐ *Recommend additional backfill* | ☐ *Recommend window wells/covers* | | ☐ *Trim back trees/shrubberies* |
| | ☐ *Wood in contact with/improper clearance to soil* | | ☐ *Yard drains present -- not inspected* | |

## RETAINING WALL   Material:

| | | | |
|---|---|---|---|
| | | | ☐ *Drainage holes recommended* |
| **Condition:** | ☐ Satisfactory | **Marginal** | ☐ Poor | ☐ *Safety Hazard*   *Leaning/cracked/bowed* |
| (Relates to the visual condition of the wall) | | | |

## HOSE BIBS

| | | | |
|---|---|---|---|
| | ☑ None | ☐ No anti-siphon valve | ☑ **Recommend Anti-siphon valve** |
| **Operable:** | ☐ Yes | ☐ No | ☐ Not tested | ☐ Not on |

## GENERAL COMMENTS

### GROUNDS / LANDSCAPING:

1. Driveway and / or sidewalk(s) had some cracking considered to be typical, but usable, repair as needed. Recommend sealing the cracks with a self-leveling concrete crack filler to avoid further damage to the driveway. Water infiltration in the crack can cause additional compaction of soils below the concrete causing the concrete to become uneven and / or concaved.

2.  Bait traps present in the yard at the foundation perimeter. These particular stations are designed for monitoring activity of wood destroying insects. Recommend consulting with the owner / seller for additional comment.



3.  Bulkhead along the water's edge showing evidence of failure as the bulkhead is leaning outward, pier damage to pressure of tension / tie back, sink holes along the bulkhead, etc... Recommend a qualified marine contractor evaluate for repair.



**DECK / STAIRS:**

1.  Deck post under the rear mid-span landing are deteriorated at the base. Recommend budgeting to replace damaged deck post.



2.  Deck at the mid-span landing of the staircase has separation between the joists and rim joists. Recommend installation of metal joists hangers.



54 Good Street, Bay St. Louis, MS 39520  Page 6 of 37

3. Spacing between balusters of the decks guardrail exceeds the maximum spacing of 4" and is a concern if the dwelling is occupied by small children and / or pets. In any case this condition would be considered a pre-existing, non-conforming component to the structure and may have been constructed prior to such standard. While there is no requirement to upgrade and / or make changes, we do recommend that corrections be made if deemed fit for occupants of the home.



4. The ledger attaching the porch deck structure to the home structure interrupted the exterior wall covering and was inadequately flashed. No flashing was installed above the ledger. Flashing is designed to protect the wall assembly from moisture intrusion where the deck attaches to the home. The Inspector recommends correction by a qualified contractor to help prevent damage from moisture intrusion of the exterior wall structure with the potential for damage to the structure.



**EXCLUSIONS TO THIS REPORT:**
➢ Unattached structures / out buildings are outside the scope of this inspection, therefore not evaluated.



54 Good Street, Bay St. Louis, MS 39520   Page 7 of 37

| ROOF VISIBILITY | ☒ All | ☐ Partial | ☐ None | ☐ Limited by: |

| INSPECTED FROM | ☒ Roof | ☐ Ladder at eaves | ☐ Ground (*Inspection Limited*) | ☐ With Binoculars |

## STYLE OF ROOF
**Type:**   ☐ Gable   ☒ Hip   ☐ Mansard   ☐ Shed   ☐ Flat
**Pitch:**   ☐ Low   ☐ Medium   ☒ Steep   ☐ Flat
Type: Asphalt Architectural        Layers: 1 Layer   **Approx. age: 10-15 Yrs.**

**VENTILATION SYSTEM**        Type: ☒ Soffit   ☐ Ridge   ☐ Gable   ☐ Roof   ☐ Turbine   ☒ Powered
**Ventilation Present:** ☒ Yes   ☐ No        (See Interior remarks)

**CONDITION OF ROOF COVERINGS**        ☒ Satisfactory   ☐ Marginal   ☐ Poor
**Condition:**   ☐ Curling   ☐ Cracking   ☐ Ponding   ☐ Burn Spots   ☐ Broken/Loose Tiles/Shingles
  ☒ Nail popping   ☐ Granules missing   ☐ Alligatoring   ☐ Blistering   ☐ Missing Tabs/Shingles/Tiles
  ☐ Moss buildup   ☐ Exposed felt   ☐ Cupping   ☐ Incomplete/Improper Nailing
  ☐ *Recommend roofer evaluate*   ☐ *Evidence of Leakage*   ☐ Exposed nails – Ridge / flashing(s)

**PLUMBING VENTS**   ☐ Not Visible   ☐ Yes   ☐ No   ☒ Satisfactory   ☐ Marginal   ☐ Poor
**Material:**   ☐ Galv/Alum   ☐ Copper   ☐ Plastic / Neoprene   ☐ Lead   ☐ Other
*Conditions reported above reflect <u>visible</u> portion only. See additional Comments*

## GENERAL COMMENTS
**ROOF:**
1.  Exposed roof nails on the ridge cap and / or flashings.  Recommend sealing the exposed nail heads.



2.  Roof shingles damaged in many locations due to nail punctures. Recommend a qualified roofing contractor replace punctured shingles. *Example of condition. <u>Condition sited in 15+ locations</u>*

**GUTTERS/SCUPPERS/EAVESTROUGH**   ☑ None

**SIDING**

| Material: | ☐ Stone | ☐ Slate | ☐ Brick | ☐ Fiberboard | ☐ Fiber-cement | ☐ Stucco |
|---|---|---|---|---|---|---|
| | ☐ EIFS* Not Inspected | | ☐ Asphalt | ☐ Wood | ☑ Vinyl | ☐ Block |
| | ☐ Typical cracks | | ☐ Peeling paint | ☐ *Monitor* | ☐ *Wood rot* | ☐ *Loose/Missing/Holes* |
| Condition: | ☑ Satisfactory | | ☐ Marginal | ☐ Poor | ☐ *Recommend repair/painting* | |

**1.)TRIM  2.)SOFFIT  3.)FASCIA  4.)FLASHING**

| Material: | ☐ Wood | ☐ Fiberboard | ☑ Aluminum/Steel | ☐ Other |
|---|---|---|---|---|
| | ☑ *Recommend repair* | | ☐ *Damaged wood* | |
| Condition: | ☑ Satisfactory | ☐ Marginal | ☐ Poor | |

**CAULKING**

| Condition: | ☐ Satisfactory | ☑ Marginal | ☐ Poor |
|---|---|---|---|
| | ☑ *Recommend around windows/doors/masonry ledges/corners/utility penetrations* | | |

**WINDOWS & SCREENS**       ☐ *Failed/fogged insulated glass*

| Material: | ☐ Wood | ☑ Metal | ☐ Vinyl | ☐ Aluminum/Vinyl Clad |
|---|---|---|---|---|

Condition:  ☐ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Wind Poor  ☐ Recommend Repair/Painting  ☐ Bent  ☐ Not Installed  ☐ Glazing Compound/Caulk needed

**Condition reported above reflect <u>visible</u> portion only.**

**GENERAL COMMENTS**

**EXTERIOR:**

1.  Penetration(s) in the exterior finishes do not appear to be sealed. Recommend sealing all penetrations.



2.  Window screens not installed at the time of the inspection. Sizes and number were not verified. Recommend installing screens.
3.  Windows trim is not sealed to the vinyl j-channel. Recommend sealing.



This confidential report is prepared exclusively for John B. Dunlap III
© 2017 Home Inspection Building Specialist, INC

4. Metal fascia cap at the rear of the home is loose. Recommend a qualified professional repair.

54 Good Street, Bay St. Louis, MS 39520  Page 10 of 37

| SERVICE ENTRY | ☐ Underground | ☐ Overhead | ☐ *Weather head/mast needs repair* |
|---|---|---|---|
| Exterior receptacles: | ☐ Yes  ☐ No  Operable: | ☐ Yes  ☐ No | ☐ *Overhead wires too low* |
| GFCI present: | ☐ Yes  ☐ No  Operable: | ☐ Yes  ☐ No | ☐ *Safety Hazard* |
|  | ☐ Reverse polarity | ☐ *Open ground(s)* | ☐ Recommend GFCI Receptacles |
| Condition: | ☐ Satisfactory  ☐ Marginal | ☐ Poor |  |

**BUILDING(S) EXTERIOR WALL CONSTRUCTION**

| Type: | ☐ Not visible | ☑ Framed | ☐ Masonry | |
|---|---|---|---|---|
| Condition: | ☑ Not visible | ☐ Satisfactory | ☐ Marginal | ☐ Poor |

**EXTERIOR DOORS**

| Weatherstripping: | ☐ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Missing | ☐ Replace |
|---|---|---|---|---|---|
| Door Condition: | ☐ Satisfactory | ☐ Marginal | ☐ Poor | | |

**EXTERIOR A/C - HEAT PUMP**     Location: Right side

| Brand: Trane | Model #: 2TWR3036A1000AA | Approximate age: 2006 = 11 yrs. |
|---|---|---|
| Outside Disconnect: ☑ Yes  ☐ No | Maximum fuse/breaker rating: 30 Amp | Fuses/breakers installed: 60 Amp |
| Level: ☑ Yes  ☐ No | ☐ *Cabinet/housing rusted* | ☐ *Improperly sized fuses/breakers* |
| Condenser Fins: | ☐ *Damaged*  ☐ Need cleaning | ☐ *Damaged base/pad* |
|  | ☐ *Damaged Refrigerant Line* | Insulation: ☑ Yes  ☐ No  ☐ Replace |
| Condition: | ☑ Satisfactory  ☐ Marginal  ☐ Poor | Proper Clearance (air flow) ☑ Yes  ☐ No |

**GENERAL COMMENTS**

**EXTERIOR ELECTRICAL:**

1. Electrical outlets at the rear exterior wall of the porch test open hot, no power. Recommend a licensed electrician repair.



**EXTERIOR DOOR(S):**

1. Exterior door is missing screws in one or more hinges.  The missing screws appear to be the three inch screws used to secure the hinge to the walls framing. Recommend installing a 3 inch screw where missing to prevent the door from dragging over time.

**A-C CONDENSER:**

1. The ledger attaching the mechanical platform structure to the home structure interrupted the exterior wall covering and was inadequately flashed. No flashing was installed above the ledger. Flashing is designed to protect the wall assembly from moisture intrusion where the deck attaches to the home. The Inspector recommends correction by a qualified contractor to help prevent damage from moisture intrusion of the exterior wall structure with the potential for damage to the structure.



2. Joist hanger hardware under the mechanical platform structure are rusted through. Recommend replacing damaged joists hangers.



3. Condenser unit is rated for a maximum disconnect of 30 amps. The breaker in service to condenser is a 60-amp breaker and the wire size between disconnect and unit is a #10 wire. Recommend a licensed electrician reduced reduce the breaker to a 30-amp breaker.



54 Good Street, Bay St. Louis, MS 39520   Page 12 of 37

| COUNTERTOPS | ☑ Satisfactory | ☐ Marginal | ☐ *Recommend repair/caulking* |
|---|---|---|---|
| CABINETS | ☑ Satisfactory | ☐ Marginal | ☐ *Recommend repair/adjustment* |

**PLUMBING COMMENTS**

| | | | | |
|---|---|---|---|---|
| Faucet Leaks: | ☐ Yes | ☑ No | Pipes leak/corroded: ☐ Yes | ☑ No |
| Sink/Faucet: | ☑ Satisfactory | ☐ Corroded | ☐ Chipped ☐ Cracked | ☐ *Recommend repair* |
| Functional Drainage: | ☑ Satisfactory | ☐ Marginal | ☐ Poor **Functional Flow:** ☑ Satisfactory | ☐ Marginal ☐ Poor |

**WALLS & CEILING**

Condition:   ☑ Satisfactory   ☐ Marginal      ☐ Poor      ☐ Typical cracks   ☐ *Moisture stains*

**HEATING / COOLING SOURCE**        ☑ Yes   ☐ No

**FLOOR**        Condition:   ☑ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Sloping   ☐ Squeaks

**APPLIANCES**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☑ Disposal | *Operable:* | ☑ Yes | ☐ No | ☐ Trash compactor | *Operable:* | ☐ Yes | ☐ No |
| ☐ Oven | *Operable:* | ☑ Yes | ☐ No | ☑ Exhaust fan | *Operable:* | ☑ Yes | ☐ No |
| ☐ Range | *Operable:* | ☑ Yes | ☐ No | ☑ Refrigerator | *Operable:* | ☑ Yes | ☐ No |
| ☐ Dishwasher | *Operable:* | ☑ Yes | ☐ No | ☐ Microwave | *Operable:* | ☑ Yes | ☐ No |
| ☐ Ice Maker | *Operable:* | ☑ Yes | ☐ No | ☐ Beverage Refrigerator | *Operable:* | ☐ Yes | ☐ No |

| | | | | |
|---|---|---|---|---|
| Dishwasher Airgap: | ☐ Yes | ☑ No and/or | Dishwasher Drain Line Looped: ☐ Yes | ☐ No |
| Receptacles Present: | ☑ Yes | ☐ No | Operable: ☑ Yes | ☐ No |
| GFCI: | ☑ Yes | ☐ No | Operable: ☑ Yes | ☐ No ☐ Recommend GFCI Receptacles |

Open ground/Reverse polarity:   ☐ Yes   ☑ No   ☐ *Potential safety hazard(s)*

**GENERAL COMMENTS**

1.  Range downdraft is no longer connected under the unit. Recommend repair.



2.  Dishwasher control board does not function properly. Recommend a qualified appliance professional service / repair.

54 Good Street, Bay St. Louis, MS 39520   Page 13 of 37

**LAUNDRY**

| | | | | | | |
|---|---|---|---|---|---|---|
| Laundry sink: | ☐ N/A | **Faucet leaks:** | ☐ Yes ☑ No | **Pipes leak:** | ☐ Yes ☑ No |
| Cross connections: | ☐ Yes ☑ No | Heat source present: | ☑ Yes ☐ No | Room vented: | ☐ Yes ☑ No |
| Dryer vented: | ☐ N/A ☐ Wall | ☐ Ceiling | ☑ Floor | ☐ Not vented |

☐ *Plastic Dryer Vent not recommended*   ☐ *Not vented to Exterior*   ☐ *Recommend repair*   ☐ *Safety hazard*

**Electrical:**   Open ground/reverse polarity within 6' of water:   ☐ Yes ☑ No   ☐ *Safety hazard*

**GFCI present:**   ☐ Yes ☑ No   **Operable:**   ☐ Yes ☐ No   ☐ Recommend GFCI Receptacles

**Appliances:**   ☑ Washer   ☑ Dryer   ☐ Water heater   ☐ Furnace/Boiler

**Washer hook-up lines/valves:**   ☐ Leaking   ☐ Corroded   ☑ Not visible

**Gas Shut-off Valve:**   ☑ N/A

## GENERAL COMMENTS

**EXCLUSIONS FROM THIS REPORT:**

➢ Washing machines and clothes dryers are not fixed components of the home, therefore no inspections were performed to these particular components.

54 Good Street, Bay St. Louis, MS 39520   Page 14 of 37

## HALL

| | | | | | | |
|---|---|---|---|---|---|---|
| Sinks: | Faucet leaks: | ☐ Yes ☑ No | Pipes leak: | ☐ Yes ☑ No | | |
| Tubs: | Faucet leaks: | ☐ Yes ☑ No | Pipes leak: | ☐ Yes ☑ No | ☐ Not visible | |
| Showers: | Faucet leaks: | ☐ Yes ☑ No | Pipes leak: | ☐ Yes ☑ No | ☐ Not visible | |
| Toilet: | Bowl Loose: | ☐ Yes ☑ No | Operable: | ☑ Yes ☐ No | ☐ Cracked bowl | ☐ Toilet leaks |

Shower/Tub area: ☐ Ceramic/Plastic   ☐ Fiberglass   ☐ Masonite   ☑ Other
Condition:   ☑ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Rotted floors
Caulk/Grouting Needed:   ☐ Yes   ☑ No   Where:

| | | | |
|---|---|---|---|
| Drainage: | ☑ Satisfactory | ☐ Marginal | ☐ Poor |
| Water flow: | ☑ Satisfactory | ☐ Marginal | ☐ Poor |

Moisture stains present: ☐ Yes   ☑ No   ☐ Walls   ☐ Ceilings   ☐ Cabinetry
Window/doors: ☑ Satisfactory   ☐ Marginal   ☐ Poor
Receptacles Present:   ☑ Yes   ☐ No   Operable: ☑ Yes   ☐ No
GFCI:   ☑ Yes   ☐ No   Operable:   ☑ Yes   ☐ No
Open ground/Reverse polarity:   ☐ Yes   ☑ No   ☐ *Potential Safety Hazard(s)*
Heat source present:   ☑ Yes   ☐ No
Exhaust fan:   ☑ Yes   ☐ No   Operable: ☑ Yes   ☐ No   ☐ Noisy   ☐ Operable window

## GENERAL COMMENTS

1. Floor / tub abutment does not appear to be sealed. Recommend sealing the tile / tub abutment with a proper caulk bead.



2. Tub / shower water spigot does not fit firmly to the shower surround, nor appears to be properly sealed.  To avoid water infiltration behind the wall, recommend sealing the spigot to the surround.

This confidential report is prepared exclusively for John B. Dunlap III
© 2017 Home Inspection Building Specialist, INC

## MASTER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sinks: | Faucet leaks: | ☐ Yes | ☑ No | Pipes leak: | ☐ Yes | ☑ No | |
| Showers: | Faucet leaks: | ☐ Yes | ☑ No | Pipes leak: | ☐ Yes | ☐ No | ☐ Not visible |
| Toilet: | Bowl Loose: | ☐ Yes | ☑ No | Operable: | ☑ Yes | ☐ No | ☐ Cracked bowl  ☐ Toilet leaks |

**Shower area:** ☐ Ceramic/Plastic   ☐ Fiberglass   ☐ Masonite   ☑ Other
**Condition:** ☑ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Rotted floors
**Caulk/Grouting Needed:** ☐ Yes   ☑ No   Where:

| | | | |
|---|---|---|---|
| **Drainage:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |
| **Water flow:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |

**Moisture stains present:** ☐ Yes   ☑ No   ☐ Walls   ☐ Ceilings   ☐ Cabinetry
**Window/doors:** ☑ Satisfactory   ☐ Marginal   ☐ Poor
**Receptacles Present:** ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**GFCI:** ☑ Yes   ☑ No   **Operable:** ☑ Yes   ☐ No
**Open ground/Reverse polarity:** ☐ Yes   ☑ No   ☐ *Potential Safety Hazard(s)*
**Heat source present:** ☑ Yes   ☐ No
**Exhaust fan:** ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No   ☐ Noisy   ☐ Operable window

## GENERAL COMMENTS

1. Master bathroom electrical outlets (left side only) are not ground fault protected. Due to the presence of ground fault protected devices in other areas of the home, recommend the electrical outlets be replaced with ground fault protected devices.



2. Vanity sink on the left side does not appear to have venting. Recommend monitoring, making corrections as needed.



This confidential report is prepared exclusively for John B. Dunlap III
© 2017 Home Inspection Building Specialist, INC

54 Good Street, Bay St. Louis, MS 39520   Page 16 of 37

## LIVING ROOM

| | | | | |
|---|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ Damage |

**Moisture stains:** ☐ Yes   ☑ No         Where:

**Floor:** ☑ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Squeaks   ☐ Slopes

**Ceiling Fan:** ☐ N/A   ☑ Satisfactory   ☐ Marginal   ☐ Poor

**Electrical:   Switches:** ☑ Yes   ☐ No   **Receptacles:** ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No

**Open ground/Reverse polarity:** ☐ Yes   ☑ No   ☐ **Safety Hazard**   ☐ Cover plates missing

**Heating Source Present:** ☑ Yes   ☐ Not visible   **Holes:** ☐ Doors   ☐ Walls   ☐ Ceilings

**Doors & Windows:** ☑ Satisfactory  ☐ Marginal  ☐ Poor   ☐ Cracked glass
             ☐ Evidence of leaking insulated glass   ☐ Broken/Missing hardware

## GENERAL COMMENTS

## DINING ROOM

**Walls & Ceiling:** ☑ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Typical cracks   ☐ Damage

**Moisture stains:** ☐ Yes   ☑ No         Where:

**Floor:** ☑ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Squeaks   ☐ Slopes

**Ceiling Fan:** ☐ N/A   ☑ Satisfactory   ☐ Marginal   ☐ Poor

**Electrical:   Switches:** ☑ Yes   ☐ No   **Receptacles:** ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No

**Open ground/Reverse polarity:** ☐ Yes   ☑ No   ☐ **Safety Hazard**   ☐ Cover plates missing

**Heating Source Present:** ☑ Yes   ☐ Not visible   **Holes:** ☐ Doors   ☐ Walls   ☐ Ceilings

**Doors & Windows:** ☑ Satisfactory  ☐ Marginal  ☐ Poor   ☐ Cracked glass
             ☐ Evidence of leaking insulated glass   ☐ Broken/Missing hardware

## GENERAL COMMENTS

54 Good Street, Bay St. Louis, MS 39520   Page 17 of 37

## HALLWAY

| | | | | |
|---|---|---|---|---|
| Walls & Ceiling: | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks   ☐ Damage |
| Moisture stains: | ☐ Yes | ☑ No   Where: | | |
| Floor: | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks   ☐ Slopes |
| Electrical:   Switches: | ☑ Yes   ☐ No | Receptacles: ☑ Yes | ☐ No   Operable: ☑ Yes   ☐ No | |
| Open ground/Reverse polarity: | ☐ Yes   ☐ No | ☐ Safety Hazard | ☐ Cover plates missing | |
| Heating Source Present: | ☑ Yes | ☐ Not visible | Holes: | ☐ Doors   ☐ Walls   ☐ Ceilings |
| Egress Restricted: | ☐ N/A | ☐ Yes   ☑ No | | |
| Doors & Windows: | ☑ Satisfactory | ☐ Marginal   ☐ Poor | ☐ Cracked glass | |
| | ☐ Evidence of leaking insulated glass | ☐ Broken/Missing hardware | | |

## GENERAL COMMENTS

## BEDROOM (MASTER)

| | | | | |
|---|---|---|---|---|
| Walls & Ceiling: | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks   ☐ Damage |
| Moisture stains: | ☐ Yes | ☑ No   Where: | | |
| Floor: | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks   ☑ Slopes |
| Ceiling Fan: | ☐ N/A | ☑ Satisfactory | ☐ Marginal | ☐ Poor |
| Electrical:   Switches: | ☑ Yes   ☐ No | Receptacles: ☑ Yes | ☐ No   Operable: ☑ Yes   ☐ No | |
| Open ground/Reverse polarity: | ☐ Yes   ☐ No | ☐ Safety Hazard | ☐ Cover plates missing | |
| Heating Source Present: | ☑ Yes | ☐ Not visible | Holes: | ☐ Doors   ☐ Walls   ☐ Ceilings |
| Egress Restricted: | ☐ N/A | ☐ Yes   ☑ No | | |
| Doors & Windows: | ☑ Satisfactory | ☐ Marginal   ☐ Poor | ☐ Cracked glass | |
| | ☐ Evidence of leaking insulated glass | ☐ Broken/Missing hardware | | |

## GENERAL COMMENTS

54 Good Street, Bay St. Louis, MS 39520   Page 18 of 37

**BEDROOM (SPARE)**

**Walls & Ceiling:** ☑ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Typical cracks   ☐ Damage
**Moisture stains:** ☐ Yes   ☑ No   Where:
**Floor:** ☑ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Squeaks   ☐ Slopes
**Ceiling Fan:** ☐ N/A   ☑ Satisfactory   ☐ Marginal   ☐ Poor
**Electrical:   Switches:** ☑ Yes   ☐ No   **Receptacles:** ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**Open ground/Reverse polarity:** ☐ Yes   ☑ No   ☐ **Safety Hazard**   ☐ Cover plates missing
**Heating Source Present:** ☑ Yes   ☐ Not visible   **Holes:** ☐ Doors   ☐ Walls   ☐ Ceilings
**Egress Restricted:** ☐ N/A   ☐ Yes   ☑ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor   ☐ Cracked glass
☐ Evidence of leaking insulated glass   ☐ Broken/Missing hardware

**GENERAL COMMENTS**

1. Door stop not installed to prevent door knob from damaging wall. Recommend installing a door stop.

This confidential report is prepared exclusively for John B. Dunlap III
© 2017 Home Inspection Building Specialist, INC

☐ Representative number of windows operated ☐ Painted shut
☐ Glazing compound needed ☐ Cracked glass ☐ Hardware missing ☐ Broken counter-balance mechanism
**Evidence of Leaking Insulated Glass:** ☐ Yes ☒ No ☐ N/A

## SMOKE / CARBON MONOXIDE DETECTORS

| Present: | Smoke Detector: | ☒ Yes ☐ No | Operable: | ☒ Yes ☐ No ☐ Not tested |
|---|---|---|---|---|
| | CO Detector: | ☐ Yes ☒ No | Operable: | ☐ Yes ☐ No ☐ Not tested |

## ATTIC/STRUCTURE/FRAMING/INSULATION

| | | | |
|---|---|---|---|
| **Access:** | ☐ Stairs ☒ Pulldown | ☐ Scuttlehole/Hatch | ☐ *No access* ☐ N/A |
| **Inspected From:** | ☐ Access panel | ☒ In the attic | |
| **Location:** | ☒ Bedroom hall | ☐ Bedroom closet | ☐ Garage |
| **Flooring:** | ☐ Complete | ☒ Partial | ☐ None |
| **Insulation:** | ☒ Fiber glass | ☒ Batts ☐ Loose | ☐ Cellulose ☐ Foam |
| | ☐ Vermiculite | ☐ Rockwoll Depth: 6-9" | ☐ *Recommend Baffles @ Eaves* |
| | ☐ *Damaged* | ☐ *Displaced* | ☐ *Missing* ☐ *Compressed* |
| **Installed In:** | ☐ Rafters ☐ Walls | ☒ Between ceiling joists | ☐ Underside of Roof Deck ☐ Not visible |
| | ☐ *Recommend additional insulation (See comments)* | | |
| **Vapor Barriers:** | ☒ Kraft/foil faced | ☐ Plastic | ☐ Not visible ☐ *Improperly Installed* |
| **Ventilation:** | ☐ *Ventilation appears adequate* | ☒ *Recommend additional ventilation* | |
| **Fans Exhausted To: Attic:** | ☒ Yes ☐ No | **Outside:** ☒ Yes | ☐ No ☐ Not visible |
| **HVAC Duct:** | ☐N/A ☒Satisfactory | ☐*Damaged* ☐*Split* ☐*Disconnected* ☐*Leaking* ☐*Repair/Replace* ☐*Recommend Insulation* | |
| **Structural Problems Observed:** | ☐ Yes ☒ No | ☐ *Recommend repair* | ☐ *Recommend Structural Engineer* |
| **Roof Structure:** | ☒ Rafters ☐ Trusses | ☐ Wood ☐ Metal | |
| | ☒ Collar Ties ☐ Purlins | ☐ Knee Wall ☐ Not Visible | |
| **Ceiling Joists:** | ☒ Wood ☐ Metal | ☐ Not visible | |
| **Sheathing:** | ☐ Plywood ☒ OSB | ☐ Planking ☐ *Rotted* | ☐ *Stained* ☐ *Delaminated* |
| **Evidence of Condensation/Moisture Leaking:** | ☐ Yes | ☒ No | |
| **Electrical:** | ☐ *Open junction box(es)* | ☐ *Handyman wiring* | ☐ *Visible knob-and-tube* |

## GENERAL COMMENTS

**INTERIOR:**

1. The home when entering had a suspect odor to corollate with the presence of Chinese drywall. The level of odor varies greatly in each home as does each person's ability to detect the odor. Recommend having home checked for contaminated chinese drywall.

**SMOKE DETECTOR:**

1. Smoke detectors installed in each of the required locations have 2. One hardwire / linked unit and one standalone battery. Recommend the hardwire system be repaired.

54 Good Street, Bay St. Louis, MS 39520   Page 19 of 37

**INTERIOR WINDOWS / GLASS**
Condition:    ☑ Satisfactory        ☐ Marginal              ☐ Poor          ☐ *Needs repair*

**ATTIC:**
1.   Attic exhaust fan did not function. Recommend repair / replacement.



*LIMITATION(S): Storage in the attic did limit the inspectors ability to observe all conditions in the attic.

**CRAWL SPACE**   ☐ N/A   ☑ Full crawlspace   ☐ Combination basement/crawl space/slab
Conditioned (heated/cooled):   ☐ Yes   ☑ No

**FOUNDATION WALLS**

| Material: | ☐ Satisfactory | ☐ Marginal | ☑ *Have evaluated* | ☐ *Monitor* |
|---|---|---|---|---|
| | ☐ Concrete block | ☐ Poured Concrete | ☐ Stone | ☐ IFC |
| | ☑ Wood | ☐ Brick | ☑ Piers & columns | |
| | ☐ Cracks | ☐ Movement | | |

**FLOOR**   ☑ Concrete   ☐ Gravel   ☐ Dirt
☑ Typical cracks   ☐ Not Visible

**JOISTS**   Material:   ☐ Wood   ☐ Steel   ☐ Truss   ☑ Not visible
☐ 2x6   ☐ 2x8   ☐ 2x10   ☐ 2x12   ☐ Engineered I-Type
Condition:   ☐ Satisfactory   ☐ Marginal   ☐ Poor

**SUB FLOOR**   ☐ indication of moisture stains/rotting
     **Areas around shower stalls, etc., as viewed from basement or crawl space.

**INSULATION**   ☑ Not visible
Location:   ☐ Walls   ☐ Between floor joists

**VAPOR BARRIER**
☐ Yes   ☐ No
☐ Kraft/foil face   ☐ Plastic   ☑ Not visible

**GENERAL COMMENTS**
1. Concrete under the home had some cracking considered to be typical, but usable, repair as needed. Recommend sealing the cracks with a self-leveling concrete crack filler to avoid further damage. Water infiltration in the crack can cause additional compaction of soils below the concrete causing the concrete to become uneven and / or concaved.
2. Piers in several locations along the left side of the home have been retrofitted with steel brackets and a splice in the pier. Inspector offers no opinion on the structural integrity of the repair. Recommend consulting with the seller for any documentation of a structural engineer.

3.  Pier at the left side is wrapped with metal. Unable to identify uses for the metal, however did limit the inspector's ability to inspect pier. Recommend consulting with seller for additional comments.



4.  Vinyl materials loose to the ceiling under the house. Recommend repair.



5.  **Exterior electrical outlets under the home are not ground fault protected at all locations. Due to the presence of ground fault protected devices in other areas of the home, recommend the exterior electrical outlets be replaced with ground fault protected devices.**

6.  Electrical outlets in two or more location is missing the protective cover. Recommend repair / replacement.



54 Good Street, Bay St. Louis, MS 39520   Page 23 of 37

**WATER SERVICE**          Main Shut-off Location: Well house

| | | |
|---|---|---|
| **Water Entry Piping:** | ☑ Not visible ☐ Copper/Galv. | ☐ **Plastic*** (PVC, CPVC, Polybutylene, PEX) ☐ Lead |
| **Lead Other Than Solder Joints:** | ☐ Yes ☐ No | ☑ Unknown ☐ Service entry |
| **Visible Water Distribution Piping:** | ☑ Copper ☐ Galvanized | ☑ **Plastic*** (PVC, CPVC, Polybutylene, PEX) |
| **Condition:** | ☑ Satisfactory ☐ Marginal | ☐ Poor |
| **Functional Flow:** | ☑ Satisfactory ☐ Marginal | ☐ Poor ☐ *Water pressure over 80 psi* |
| **Pipes, Supply/Drain:** | ☐ *Corroded* ☐ *Leaking* | ☐ *Valves broken/missing* |
| | ☐ *Dissimilar metal* | **Cross connection:** ☐ Yes ☐ No |
| **Drain/Waste/Vent Pipe:** | ☐ Copper ☐ Cast iron | ☐ Galvanized ☑ PVC ☐ ABS |
| **Condition:** | ☑ Satisfactory ☐ Marginal | ☐ Poor |
| **Traps Proper P-Type:** | ☑ Yes ☐ No | ☐ *P-traps recommended* |
| **Functional Drainage:** | ☑ Satisfactory ☐ Marginal | ☐ Poor |

**WELL PUMP**   ☐ N/A   ☐ Submersible   ☐ In basement   ☐ Well house   ☐ Well pit   ☑ Shallow well
**Pressure Gauge Operable:** ☑ Yes   ☐ No          Well pressure: 90 psi

**SANITARY / GRINDER PUMP**        Operable: ☑ Yes ☐ No
**Sealed Crock:** ☑ Yes ☐ No   *Note: Sealed are not opened by the inspector!
**Check Valve:** ☐ Yes ☐ No ☑ Not visible    Vented: ☐ Yes ☑ No

**WATER HEATER**   Location: Curbside
| | | |
|---|---|---|
| **Brand name:** | Rheem | **Serial #:** RH 0106255913 |
| **Type:** | ☐ Gas ☑ Electric ☐ Oil | |
| **Capacity:** | 50 gallons | **Approx. age:** 2006 = 11 year(s) |
| **Relief Valve:** | ☑ Yes ☐ No | **Extension proper:** ☑ Yes ☐ No   ☐ *Missing*   ☐ *Recommend repair* |
| **Condition:** | ☑ Satisfactory | ☐ Marginal ☐ Poor |

**GENERAL COMMENTS**

**WELL PUMP**

1.  Well pressure gauge was observed with 90psi at the time of the inspection. Pressures this high are a concern for the supply water piping, gauge could be defective. Recommend a qualified plumber check gauge for accuracy and adjust pressure if necessary.

**HEATING SYSTEM**      Location: Exterior wall (Left)

| | |
|---|---|
| **Brand Name:** | Trane      **Approximate age:** 2006 = 11 year(s) |
| | Model #: 2TEC3F36A1000AA      Serial #: 6053T792V |

*Energy Source:*    ☐ Gas    ☐ LP    ☐ Oil    ☑ Electric    ☐ Solid Fuel

*Warm Air System:*    ☐ Belt drive    ☑ Direct drive    ☐ Gravity    ☐ Central system    ☐ Floor/Wall unit

*Controls:*    Disconnect: ☑ Yes ☐ No    ☑ Normal operating and safety controls observed

*Distribution:*    ☑ Metal duct ☐ Insulated flex duct ☐ Cold air returns ☑ Duct board    *☐ Asbestos-like wrap*

*Filter:*    ☑ Standard    ☐ Electrostatic    ☐ Satisfactory    ☑ Needs cleaning/replacement    ☐ Missing

*Proper Operation:*    ☑ Yes    ☐ No    ☐ Not tested

*Heat Pump:*    ☐ N/A    ☑ Aux. electric ☐ Aux. gas

*System Condition:*    ☑ Satisfactory    ☐ Marginal    ☐ Poor      ☐ Recommended HVAC Technician Examine

*System Not Operated Due To:*    ☐ Exterior temperature

**GENERAL COMMENTS**

**HEATER / AIR HANDLER:**

1. Surface microbial growth present on the air handler and plenum in the attic. Typical location for such condition. Surface microbial growth growing on non-porous materials such as hard plastic, concrete, glass, metal, and solid wood can usually be cleaned. Cleaning needed in the mechanical closet.



2. Wood decking in the mechanical closet is stained and / or damaged. Appears the condensate drain pipe is condensing water, dripping on the deck. Recommend installing pipe insulation on the condensate drain pipe.



3. Drain pan is rusted. Recommend cleaning rust, inspect pan and recoating with a rust inhibitor type coating'



This confidential report is prepared exclusively for John B. Dunlap III
© 2017 Home Inspection Building Specialist, INC

54 Good Street, Bay St. Louis, MS 39520  Page 25 of 37

**DUCTWORK:**

1. Ductwork run throughout the attic is metal rigid piping wrapped with insulation blankets. There are areas of the piping that appear of being in need additional hangers. Recommend hanging duct where needed.

| **MAIN PANEL** | Location: Exterior wall | **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |
|---|---|---|---|---|---|

**Adequate Clearance To Panel:** ☑ Yes ☐ No   Amperage: 200 Volts: 120/240   ☑ Breakers ☐ Fuses
**Appears Grounded:** ☑ Yes ☐ No ☐ Not visible
**MAIN WIRE:** ☑ Copper ☐ Aluminum ☐ Not visible ☐ *Double tapping of the main wire*
**Condition:** ☑ Satisfactory ☐ Poor ☐ *Federal Pacific Panel Stab Lok® (See remarks)\**
**BRANCH WIRE:** ☑ Copper ☐ **Aluminum\*** ☐ Not visible
**Condition:** ☑ Satisfactory ☐ Poor ☐ *Recommend electrician evaluate/repair\**
☑ Romex ☐ BX cable ☐ Conduit ☐ *Knob & tube\*\**
☐ *Double tapping* ☐ *Wires undersized/oversized breaker/fuse*
☐ Panel not accessible ☐ Not evaluated  Reason:

---

**SUB PANEL(S)**
Location 1: Laundry room
☐ Panel not accessible ☐ Not evaluated  **Reason:**
**Branch Wire:** ☑ Copper ☐ Aluminum ☑ Breakers ☐ Fuses
**GFCI Breaker:** ☐ Yes ☑ No **Operable:** ☐ Yes ☐ No
**AFCI Breaker:** ☐ Yes ☑ No **Operable:** ☐ Yes ☐ No
Neutral/ground separated: ☑ Yes ☐ No Neutral isolated: ☑ Yes ☐ No ☐ *Safety hazard*
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ *Recommend separating/isolating neutrals*

---

**ELECTRICAL FIXTURES**
A representative number of installed lighting fixtures, switches, and receptacles located inside the house, garage, and exterior walls were tested and found to be:
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Open grounds ☐ Reverse polarity
☐ GFCIs not operating ☐ *Solid conductor aluminum branch wiring circuits\**
☐ Ungrounded 3-prong receptacles
☐ *Recommend electrician evaluate/repair\**

---

**GENERAL COMMENTS**
**ELECTRICAL SUB-PANEL (LAUNDRY ROOM):**
1. **Exposed bare copper wiring inside the electric sub-panel appears dark and corroded. Recommend have home checked for contaminated chinese drywall.**

**ADDITIONAL COMMENTS:**

1. Covers were removed from elelctrical outlets and switches throughout the home finding the exposed bare copper wiring dark and corroded in many locations (dining room, master bath, living room, bathrooms (both). Recommend have home checked for contaminated chinese drywall.



**AC UNIT**

| | | | | |
|---|---|---|---|---|
| Energy Source: | ☑ Electric | ☐ Gas | | |
| Unit Type: | ☑ Air cooled | ☐ Water cooled | ☐ Geothermal | ☑ Heat pump |
| *Evaporator Coil:* | ☑ Satisfactory | ☐ Not visible | ☐ Needs cleaning | ☐ Damaged |
| **Refrigerant lines:** | ☐ *Leak* | ☐ *Damage* | ☐ *Insulation missing* | ☑ Satisfactory |
| **Condensate Line/Drain:** | ☐ To exterior | ☐ To pump | ☐ Floor drain | ☑ Waste drain |
| Operation: | Differential: 16.6 °F (Supply: 56.9 °F / Return: 73.5 °F) | | | |
| | Difference in temperature (split) should be 14-22° Fahrenheit | | | |
| Condition: | ☑ Satisfactory | ☐ Marginal ☐ Poor | ☐ *Recommend HVAC technician examine/clean/service* | |

**GENERAL COMMENTS**



## ITEMS NOT OPERATING

1. Electrical outlets at the rear exterior wall of the porch test open hot, no power. Recommend a licensed electrician repair.
2. Attic exhaust fan did not function. Recommend repair / replacement.

## MAJOR CONCERNS

*Item(s) that have failed or have potential of failing soon.*

1. Bulkhead along the water's edge showing evidence of failure as the bulkhead is leaning outward, pier damage to pressure of tension / tie back, sink holes along the bulkhead, etc... Recommend a qualified marine contractor evaluate for repair.
2. Deck post under the rear mid-span landing are deteriorated at the base. Recommend budgeting to replace damaged deck post.
3. Deck at the mid-span landing of the staircase has separation between the joists and rim joists. Recommend installation of metal joists hangers.
4. Roof shingles damaged in many locations due to nail punctures. Recommend a qualified roofing contractor replace punctured shingles.
5. The ledger attaching the mechanical platform structure to the home structure interrupted the exterior wall covering and was inadequately flashed. No flashing was installed above the ledger. Flashing is designed to protect the wall assembly from moisture intrusion where the deck attaches to the home. The Inspector recommends correction by a qualified contractor to help prevent damage from moisture intrusion of the exterior wall structure with the potential for damage to the structure.
6. Joist hanger hardware under the mechanical platform structure are rusted through. Recommend replacing damaged joists hangers.
7. Range downdraft is no longer connected under the unit. Recommend repair.
8. Dishwasher control board does not function properly. Recommend a qualified appliance professional service / repair.
9. Well pressure gauge was observed with 90psi at the time of the inspection. Pressures this high are a concern for the supply water piping, gauge could be defective. Recommend a qualified plumber check gauge for accuracy and adjust pressure if necessary.
10. The home when entering had a suspect odor to corollate with the presence of Chinese drywall. The level of odor varies greatly in each home as does each person's ability to detect the odor. Recommend having home checked for contaminated Chinese drywall.
11. Exposed bare copper wiring inside the electric sub-panel appears dark and corroded. Recommend having home checked for contaminated Chinese drywall.
12. Covers were removed from electrical outlets and switches throughout the home finding the exposed bare copper wiring dark and corroded in many locations (dining room, master bath, living room, bathrooms (both)). Recommend having home checked for contaminated Chinese drywall.

## POTENTIAL SAFETY HAZARDS

1. Spacing between balusters of the decks guardrail exceeds the maximum spacing of 4" and is a concern if the dwelling is occupied by small children and / or pets. In any case this condition would be considered a pre-existing, non-conforming component to the structure and may have been constructed prior to such standard. While there is no requirement to upgrade and / or make changes, we do recommend that corrections be made if deemed fit for occupants of the home.
2. Condenser unit is rated for a maximum disconnect of 30 amps. The breaker in service to condenser is a 60-amp breaker and the wire size between disconnect and unit is a #10 wire. Recommend a licensed electrician reduced reduce the breaker to a 30-amp breaker.
3. Master bathroom electrical outlets (left side only) are not ground fault protected. Due to the presence of ground fault protected devices in other areas of the home, recommend the electrical outlets be replaced with ground fault protected devices.
4. Exterior electrical outlets under the home are not ground fault protected at all locations. Due to the presence of ground fault protected devices in other areas of the home, recommend the exterior electrical outlets be replaced with ground fault protected devices.

This confidential report is prepared exclusively for John B. Dunlap III
© 2017 Home Inspection Building Specialist, INC

*Items listed in this report may inadvertently have been left off the Summary Sheet. Customer should read the entire report, including the Remarks.*

AMERICAN SOCIETY OF HOME INSPECTORS®

# Standards of Practice

1.      Introduction
2.      Purpose & Scope
3.      Structural System
4.      Exterior
5.      Roofing System
6.      Plumbing System
7.      Electrical System
8.      Heating System
9.      Air Conditioning System
10.     Interior
11.     Insulation & Ventilation
12.     Fireplaces & Solid Fuel Burning Appliances
13.     General Limitations & Exclusions
        Glossary

Effective 1 January 2000
© 2000 American Society of Home Inspectors®

## 1. INTRODUCTION

**1.1** The American Society of Home Inspectors®, Inc. (ASHI®) is a not-for-profit professional society established in 1976. Membership in ASHI is voluntary and its members include private, fee-paid home *inspectors.* ASHI®'s objectives include promotion of excellence within the profession and continual improvement of its members' inspection services to the public.

## 2. PURPOSE AND SCOPE

**2.1** The purpose of these Standards of Practice is to establish a minimum and uniform standard for private, fee-paid home *inspectors* who are members of the American Society of Home Inspectors. *Home inspections* performed to these Standards of Practice are intended to provide the client with information regarding the condition of the *systems* and *components* of the home as *inspected* at the time of the *Home Inspection.*

**2.2 The *inspector* shall:**
    A. *inspect:*
        1.  *readily accessible systems* and *components* of homes listed in these Standards of Practice.
        2.  *installed systems* and *components* of homes listed in these Standards of Practice.
    B. *report:*
        1.  on those *systems* and *components inspected* which, in the professional opinion of the *inspector,* are *significantly deficient* or are near the end of their service lives.
        2.  A reason why, if not self-evident, the system or component is *significantly deficient* or near the end of its service life.
        3.  the *inspector's* recommendations to correct or monitor the *reported* deficiency.
        4.  on any *systems* and *components* designated for inspection in these Standards of Practice which were present at the time of the *Home Inspection* but were not *inspected* and the reason they were not *inspected.*

**2.3 These Standards of Practice are not intended to limit *inspectors* from:**
    A. including other inspection services, *systems* or *components* in addition to those required by these Standards of Practice.
    B. specifying repairs, provided the *inspector* is appropriately qualified and willing to do so.
    C. excluding *systems* and *components* from the inspection if requested by the client.

## 3. STRUCTURAL *SYSTEM*

3.1    **The** *inspector* **shall:**
  A. *inspect*:
    1.   the *structural components* including foundation and framing.
    2.   by probing a *representative number* of *structural components* where deterioration is suspected or where clear indications of possible deterioration exist. Probing is NOT required when probing would damage any finished surface or where no deterioration is visible.
  B. *describe*:
    1.   the foundation and *report* the methods used to *inspect* the *under-floor crawl space*.
    2.   the floor structure.
    3.   the wall structure.
    4.   the ceiling structure.
    5.   the roof structure and *report* the methods used to *inspect* the attic.

**3.2 The** *inspector* **is NOT required to:**
  A. provide any *engineering service* or *architectural service*.
  B. offer an opinion as to the adequacy of any *structural system* or *component*.

# 4. EXTERIOR

**4.1 The** *inspector* **shall:**
  A. *inspect*:
    1.   the exterior wall covering, flashing and trim.
    2.   all exterior doors.
    3.   attached decks, balconies, stoops, steps, porches, and their associated railings.
    4.   the eaves, soffits, and fascias where accessible from the ground level.
    5.   the vegetation, grading, surface drainage, and retaining walls on the property when any of these are likely to adversely affect the building.
    6.   walkways, patios, and driveways leading to dwelling entrances.
  B. *describe* the exterior wall covering.

**4.2 The** *inspector* **is NOT required to:**
  A. *inspect*:
    1.   screening, shutters, awnings, and similar seasonal accessories.
    2.   fences.
    3.   geological, geotechnical, or hydrological conditions.
    4.   *recreational facilities*.
    5.   outbuildings.
    6.   seawalls, break-walls, and docks.
    7.   erosion control and earth stabilization measures.

# 5. ROOF *SYSTEM*

**5.1 The** *inspector* **shall:**
  A. *inspect*:
    1.   the roof covering.
    2.   the *roof drainage systems*.
    3.   the flashings.
    4.   the skylights, chimneys, and roof penetrations.
  B. *describe* the roof covering and *report* the methods used to *inspect* the roof.

**5.2 The** *inspector* **is NOT required to:**
  A. *inspect*:
    1.   antennae.
    2.   interiors of flues or chimneys which are not *readily accessible*.
    3.   other installed accessories.

# 6. PLUMBING *SYSTEM*

**6.1 The *inspector* shall:**
    A. *inspect*:
        1. the interior water supply and distribution *systems* including all fixtures and faucets.
        2. the drain, waste and vent *systems* including all fixtures.
        3. the water heating equipment
        4. the vent *systems*, flues, and chimneys.
        5. the fuel storage and fuel distribution *systems*.
        6. the drainage sumps, sump pumps, and related piping.
    B. *describe*:
        1. the water supply, drain, waste, and vent piping materials.
        2. the water heating equipment including the energy source.
        3. the location of main water and main fuel shut-off valves.

**6.2 The *inspector* is NOT required to:**
    A. *inspect*:
        1. the clothes washing machine connections.
        2. the interiors of flues or chimneys which are not *readily accessible*.
        3. wells, well pumps, or water storage related equipment.
        4. water conditioning *systems*.
        5. solar water heating *systems*.
        6. fire and lawn sprinkler *systems*.
        7. private waste disposal *systems*.
    B. determine:
        1. whether water supply and waste disposal *systems* are public or private.
        2. the quantity or quality of the water supply.
        3. operate safety valves or shut off valves.

## 7. ELECTRICAL SYSTEM

**7.1 The *inspector* shall:**
    A. *inspect*:
        1. the service drop.
        2. the service entrance conductors, cables, and raceways.
        3. the service equipment and main disconnects.
        4. the service grounding.
        5. the interior *components* of service panels and sub panels.
        6. the conductors.
        7. the overcurrent protection devices.
        8. a *representative number* of *installed* lighting fixtures, switches, and receptacles.
        9. the ground fault circuit interrupters.
    B. *describe*:
        1. the amperage and voltage rating of the service
        2. the location of main disconnect(s) and sub panels
        3. the *wiring methods*
    C. *report*:
        1. on the presence of solid conductor aluminum branch circuit wiring
        2. on the absence of smoke detectors

**7.2 The *inspector* is NOT required to:**
    A. *inspect*:
        1. the remote control devices unless the device is the only control device.
        2. the *alarm systems* and *components*.
        3. the low voltage wiring, *systems* and *components*.
        4. the ancillary wiring, *systems* and *components* not a part of the primary electrical power distribution *system*.
    B. measure amperage, voltage, or impedance.

## 8. HEATING *SYSTEM*

54 Good Street, Bay St. Louis, MS 39520   Page 33 of 37

**8.1 The** *inspector* **shall:**
    A. *inspect:*
        1. the *installed* heating equipment.
        2. the vent *systems*, flues, and chimneys.
    B. *describe*
        1. the energy source.
        2. the heating method by its distinguishing characteristics.

**8.2 The** *inspector* **is NOT required to:**
    A. *inspect:*
        1. the interiors of flues or chimneys which are not *readily accessible*.
        2. the heat exchanger.
        3. the humidifier or dehumidifier.
        4. the electronic air filter.
        5. the solar space heating system.
    B. determine heat supply adequacy or distribution balance.

## 9. AIR CONDITIONING *SYSTEMS*

**9.1 The** *inspector* **shall:**
    A. *inspect* the *installed* central and through-wall cooling equipment.
    B. *describe*:
        1. the energy source.
        2. the cooling method by its distinguishing characteristics.
**9.2 The** *inspector* **is NOT required to:**
    A. *inspect* electronic air filters.
    B. determine cooling supply adequacy or distribution balance.

## 10. INTERIOR

**10.1 The** *inspector* **shall:**
    A. *inspect:*
        1. the walls, ceilings, and floors.
        2. the steps, stairways, and railings.
        3. the countertops and a *representative number* of *installed* cabinets.
        4. a *representative number* of doors and windows.
        5. garage doors and garage door operators.
**10.2 The** *inspector* **is NOT required to:**
    A. *inspect:*
        1. the paint, wallpaper, and other finish treatments.
        2. the carpeting.
        3. the window treatments.
        4. the central vacuum *systems*.
        5. the *household appliances*.
        6. *recreational facilities*.

## 11. INSULATION & VENTILATION

**11.1 The** *inspector* **shall:**
    A. *inspect:*
        1. the insulation and vapor retarders in unfinished spaces.
        2. the ventilation of attics and foundation areas.
        3. the mechanical ventilation *systems*.
    B. *describe*:
        1. the insulation and vapor retarders in unfinished spaces.
        2. the absence of insulation in unfinished spaces at conditioned surfaces.

**11.2 The** *inspector* **is NOT required to:**
    A. disturb insulation or vapor retarders.

B. determine indoor air quality.

## 12. FIREPLACES AND SOLID FUEL BURNING APPLIANCES

**12.1 The *inspector* shall:**
    A. *inspect* :
        1.  the system *components.*
        2.  the vent *systems*, flues, and chimneys.
    B. *describe*:
        1.  the fireplaces and solid fuel burning appliances.
        2.  the chimneys.

**12.2   The *inspector* is NOT required to:**
    A. *inspect*:
        1.  the interiors of flues or chimneys.
        2.  the firescreens and doors.
        3.  the seals and gaskets.
        4.  the automatic fuel feed devices.
        5.  the mantles and fireplace surrounds.
        6.  the combustion make-up air devices.
        7.  the heat distribution assists whether gravity controlled or fan assisted.
    B. ignite or extinguish fires.
    C. determine draft characteristics.
    D. move fireplace inserts or stoves or firebox contents.

## 13. GENERAL LIMITATIONS AND EXCLUSIONS

**13.1    General limitations:**
    A. Inspections performed in accordance with these Standards of Practice
        1.  are not *technically exhaustive.*
        2.  will not identify concealed conditions or latent defects
    B. These Standards of Practice are applicable to buildings with four or fewer dwelling units and their garages or carports.

**13.2    General exclusions:**
    A. The *inspector* is not required to perform any action or make any determination unless specifically stated in these Standards of Practice, except as may be required by lawful authority.
    B. *Inspectors* are NOT required to determine:
        1.  the condition of *systems* or *components* which are not *readily accessible.*
        2.  the remaining life of any system or component.
        3.  the strength, adequacy, effectiveness, or efficiency of any system or component.
        4.  the causes of any condition or deficiency.
        5.  the methods, materials, or costs of corrections.
        6.  future conditions including, but not limited to, failure of *systems* and *components*.
        7.  the suitability of the property for any specialized use.
        8.  compliance with regulatory requirements (codes, regulations, laws, ordinances, etc.).
        9.  the market value of the property or its marketability.
      10.  the advisability of the purchase of the property.
      11.  the presence of potentially hazardous plants or animals including, but not limited to wood destroying organisms or diseases harmful to humans.
      12.  the presence of any environmental hazards including, but not limited to toxins, carcinogens, noise, and contaminants in soil, water, and air.
      13.  the effectiveness of any system *installed* or methods utilized to control or remove suspected hazardous substances.
      14.  the operating costs of *systems* or *components*.
      15.  the acoustical properties of any system or component.
    C. *Inspectors* are NOT required to offer:
        1.  or perform any act or service contrary to law.
        2.  or perform *engineering services.*

This confidential report is prepared exclusively for John B. Dunlap III
© 2017 Home Inspection Building Specialist, INC

54 Good Street, Bay St. Louis, MS 39520  Page 35 of 37

   3.   or perform work in any trade or any professional service other than *home inspection*.

   4.   warranties or guarantees of any kind.

D. *Inspectors* are NOT required to operate:
1. any system or component which is shut down or otherwise inoperable.
2. any system or component which does not respond to *normal operating controls*.
3. shut-off valves.

E. *Inspectors* are NOT required to enter:
1. any area which will, in the opinion of the *inspector*, likely be dangerous to the *inspector* or other persons or damage the property or its *systems* or *components*.
2. the *under-floor crawl spaces* or attics which do not conform to recognized standards for clearance.

F. *Inspectors* are NOT required to *inspect*:
1. underground items including, but not limited to underground storage tanks or other underground indications of their presence, whether abandoned or active.
2. *systems* or *components* which are not *installed*.
3. *decorative items*.
4. *systems* or *components* located in areas which are not entered in accordance with these Standards of Practice.
5. detached structures other than garages and carports.
6. common elements or common areas in multi-unit housing, such as condominium properties or cooperative housing.

G. *Inspectors* are NOT required to:
1. perform any procedure or operation which will, in the opinion of the *inspector*, likely be dangerous to the *inspector* or other persons or damage the property or its *systems* or *components*.
2. move suspended ceiling tiles, personal property, furniture, equipment, plants, soil, snow, ice, or debris.
3. *dismantle* any *system* or *component*, except as explicitly required by these Standards of Practice.

## GLOSSARY OF ITALICIZED WORDS

**Alarm Systems**
Warning devices, *installed* or free-standing, including but not limited to; carbon monoxide detectors, flue gas and other spillage detectors, security equipment, ejector pumps and smoke alarms

**Architectural Service**
Any practice involving the art and science of building design for construction of any structure or grouping of structures and the use of space within and surrounding the structures or the design for construction, including but not specifically limited to, schematic design, design development, preparation of construction contract documents, and administration of the construction contract

**Automatic Safety Controls**
Devices designed and installed to protect systems and components from unsafe conditions

**Component**
A part of a *system*

**Decorative**
Ornamental; not required for the proper operation of the essential *systems* and *components* of a home

**Describe**
To report a *system* or *component* by its type or other observed, significant characteristics to distinguish it from other *systems* or *components*

**Dismantle**
To take apart or remove any *component*, device or piece of equipment that would not be taken apart or removed by a homeowner in the course of normal and routine home owner maintenance

This confidential report is prepared exclusively for John B. Dunlap III
© 2017 Home Inspection Building Specialist, INC

54 Good Street, Bay St. Louis, MS 39520   Page 36 of 37

**Engineering Service**
Any professional service or creative work requiring engineering education, training, and experience and the application of special knowledge of the mathematical, physical and engineering sciences to such professional service or creative work as consultation, investigation, *evaluation*, planning, design and supervision of construction for the purpose of assuring compliance with the specifications and design, in conjunction with structures, buildings, machines, equipment, works or processes

**Further Evaluation**
Examination and analysis by a qualified professional, tradesman or service technician beyond that provided by the *home inspection*

**Home Inspection**
The process by which an inspector visually examines the *readily accessible systems* and *components* of a home and which describes those *systems* and *components* in accordance with these Standards of Practice

**Household Appliances**
Kitchen, laundry, and similar appliances, whether *installed* or free-standing

**Inspect**
To examine readily accessible *systems* and *components* of a building in accordance with these Standards of Practice, using *normal operating controls* and opening *readily openable access panels*

**Inspector**
A person hired to examine any *system* or *component* of a building in accordance with these Standards of Practice

**Installed**
Attached such that removal requires tools

**Normal Operating Controls**
Devices such as thermostats, switches or valves intended to be operated by the homeowner

**Readily Accessible**
Available for visual inspection without requiring moving of personal property, *dismantling*, destructive measures, or any action which will likely involve risk to persons or property

**Readily Openable Access Panel**
A panel provided for homeowner inspection and maintenance that is within normal reach, can be removed by one person, and is not sealed in place

**Recreational Facilities**
Spas, saunas, steam baths, swimming pools, exercise, entertainment, athletic, playground or other similar equipment and associated accessories

**Report**
To communicate in writing

**Representative Number**
One *component* per room for multiple similar interior *components* such as windows and electric outlets; one *component* on each side of the building for multiple similar exterior *components*

**Roof Drainage Systems**
*Components* used to carry water off a roof and away from a building

**Significantly Deficient**
*Unsafe* or not functioning

**Shut Down**
A state in which a *system* or *component* cannot be operated by *normal operating controls*

This confidential report is prepared exclusively for John B. Dunlap III
© 2017 Home Inspection Building Specialist, INC

54 Good Street, Bay St. Louis, MS 39520   Page 37 of 37

**Solid Fuel Burning Appliances**
A hearth and fire chamber or similar prepared place in which a fire may be built and which is built in conjunction with a chimney; or a listed assembly of a fire chamber, its chimney and related factory-made parts designed for unit assembly without requiring field construction

**Structural Component**
A *component* which supports non-variable forces or weights (dead loads) and variable forces or weights (live loads)

**System**
A combination of interacting or interdependent *components*, assembled to carry out one or more functions

**Technically Exhaustive**
An investigation that involves *dismantling*, the extensive use of advanced techniques, measurements, instruments, testing, calculations, or other means

**Under-Floor Crawl Space**
The area within the confines of the foundation and between the ground and the underside of the floor

**Unsafe**
A condition in a readily accessible, *installed component* or *system* which is judged to be a significant risk of personal injury during normal, day-to-day use. The risk may be due to damage, deterioration, improper installation or a change in accepted residential construction standards

**Wiring Methods**
Identification of electrical conductors or wires by their general type, such as "non-metallic sheathed cable" ("Romex"), "armored cable" ("bx") or "knob and tube," etc.