UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION: "L" |
| This document relates to ALL CASES | * * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion to Withdraw as Counsel of Record;

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Record withdrawing only Karen B. Sher from the representation of Defendants, Mr. and Mrs. Calvin Pizani, Mr. and Mrs. Norman Gilchrist, Mr. and Mrs. Glen Triche, Mr. Nicholas Triche, Mr. Dennis Shae and Mr. and Mrs. Hector Perez, is hereby GRANTED and she is hereby authorized to withdraw from the representation of Mr. and Mrs. Calvin Pizani, Mr. and Mrs. Norman Gilchrist, Mr. and Mrs. Glen Triche, Mr. Nicholas Triche, Mr. Dennis Shae and Mr. and Mrs. Hector Perez, and that her name only be stricken from the record.

Thus done and signed in New Orleans, Louisiana, on this 29th day of May 2018.

_____
UNITED STATES DISTRICT JUDGE