UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co., et al.,* Civ. Action No. 10-361 (LA)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (FL)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (LA)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (VA) | |

**BARRY LITWIN AND MELVIN LITWIN**
<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Barry Litwin and Mel Litwin (aka Melvin Litwin) as Trustee of the Mel Litwin (aka Melvin Litwin) Declaration of Trust, hereby dismiss with prejudice, all of their claims against all DEFENDANT(s), in Plaintiffs' Omnibus Complaints set forth in the above caption.   Each party is to bear its own attorneys' fees and costs.   Attached hereto as Exhibit A is correspondence from Rhine Law Firm, PC, counsel for Barry Litwin and Melvin Litwin, dated May 31, 2018 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:   May 31, 2018 | /s/ Leonard A. Davis_____ <br> Russ M. Herman, Esquire (Bar No. 6819) <br> Leonard A. Davis, Esquire (Bar No. 14190) <br> Stephen J. Herman, Esquire (Bar No. 23129) <br> HERMAN, HERMAN & KATZ, L.L.C. <br> 820 O'Keefe Avenue <br> New Orleans, Louisiana 70113 <br> Phone: (504) 581-4892 <br> Fax: (504) 561-6024 <br> ldavis@hhklawfirm.com <br> *Plaintiffs' Liaison Counsel* <br> *MDL 2047* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller and Harry Rosenberg, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of May, 2018.

/s/ Leonard A. Davis_____
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*