# EXHIBIT "A"



1612 Military Cutoff Road, Suite 300, Wilmington, NC 28403
Voice 910.772.9960  Fax 910.772.9062
Web www.rhinelawfirm.com  Email attorneys@rhinelawfirm.com

May 31, 2018

Russ M. Herman, Esq.
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Ave
New Orleans, LA 70113

  In Re:  Chinese Manufactured Drywall Products Liability Litigation

Dear Russ,

  Our clients, Barry Litwin and Mel Litwin (aka Melvin Litwin) as Trustee of the Mel Litwin (aka Melvin Litwin) Declaration of Trust, authorize the attorneys of Herman, Herman & Katz, LLC to sign any appropriate documents and/or pleadings on their behalf to voluntary dismiss with prejudice all of their claims in the above referenced cases.

  Thank you for your cooperation in this matter.

          Very truly yours,


          Joel Rhine

JRR/slc