UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*Benes v. Knauf Gips KG, et al.,* Civ. Action No. 09-6690<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (FL)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (LA)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (VA) | |

**JUAN CARLOS AND MARTHA JULIA'S**
**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Juan Carlos and Martha Julia, hereby dismiss with prejudice, all of their claims against all DEFENDANT(s), in Plaintiffs' Omnibus Complaints set forth in the above caption. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit A is correspondence from Rhine Law Firm, PC, counsel for Mr. and Mrs. Julia, dated May 31, 2018 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                                        Respectfully submitted,

Dated:   May 31, 2018    /s/ Leonard A. Davis_____
                                                    Russ M. Herman, Esquire (Bar No. 6819)
                                                    Leonard A. Davis, Esquire (Bar No. 14190)
                                                    Stephen J. Herman, Esquire (Bar No. 23129)
                                                    HERMAN, HERMAN & KATZ, L.L.C.
                                                    820 O'Keefe Avenue
                                                    New Orleans, Louisiana 70113
                                                    Phone: (504) 581-4892
                                                    Fax: (504) 561-6024
                                                    ldavis@hhklawfirm.com
                                                    *Plaintiffs' Liaison Counsel*
                                                    *MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller and Harry Rosenberg, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of May, 2018.

                                                    /s/ Leonard A. Davis_____
                                                    Leonard A. Davis, Esquire
                                                    HERMAN, HERMAN & KATZ, L.L.C.
                                                    820 O'Keefe Avenue
                                                    New Orleans, Louisiana 70113
                                                    Phone: (504) 581-4892
                                                    Fax: (504) 561-6024
                                                    ldavis@hhklawfirm.com
                                                    *Plaintiffs' Liaison Counsel*
                                                    *MDL 2047*