# EXHIBIT "A"



1612 Military Cutoff Road, Suite 300, Wilmington, NC 28403
Voice 910.772.9960  Fax 910.772.9062
Web www.rhinelawfirm.com  Email attorneys@rhinelawfirm.com

May 31, 2018

Russ M. Herman, Esq.
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Ave
New Orleans, LA 70113

In Re:  Chinese Manufactured Drywall Products Liability Litigation

Dear Russ,

Our clients, Juan Carlos and Martha Julia, authorize the attorneys of Herman, Herman & Katz, LLC to sign any appropriate documents and/or pleadings on their behalf to voluntary dismiss with prejudice all of their claims in the above referenced cases.

Thank you for your cooperation in this matter.

Very truly yours,

*Joel R. Rhine*

Joel Rhine

JRR/slc