UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*ALL CASES*

### TAYLOR MARTINO, P.C.'S JOINDER IN RELIEF SOUGHT IN YANCE LAW FIRM'S MOTION TO IMMEDIATELY TRANSFER ATTORNEY FEE QUALIFIED SETTLEMENT FUND TO A DIFFERENT DEPOSITORY OR BACK INTO THE COURT REGISTRY

COMES NOW, Taylor Martino, P.C., and hereby gives notice of joinder in Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository or Back Into the Court Registry, filed by Yance Law Firm, LLC on May 18, 2018 (Document numbers 21338 and 21338-1 in this cause).

Respectfully Submitted,

Dated: May 31, 2018

/s/ Richard H. Taylor
RICHARD H. TAYLOR
Ala. State Bar # ASB-8925-Y75R
TAYLOR MARTINO, P.C.
51 St. Joseph Street
Mobile, Alabama 36602
T: (251) 433-3131
F: (251) 433-4207
richardtaylor@taylormartino.com

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing joinder has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 31st day of May, 2018

/s/ Richard H. Taylor
RICHARD H. TAYLOR
Ala. State Bar # ASB-8925-Y75R
TAYLOR MARTINO, P.C.
51 St. Joseph Street
Mobile, Alabama 36602
T: (251) 433-3131
F: (251) 433-4207
richardtaylor@taylormartino.com