**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: CHINESE-MANUFACTURED**
**DRYWALL PRODUCTS LIABILITY**
**LITIGATION**

**MDL NO. 2047**
**SECTION: L**
**JUDGE FALLON**
**MAG. JUDGE WILKINSON**

**THIS DOCUMENT RELATES TO:**

***ALL CASES***

## ORDER

Considering Taylor Martino, P.C.'s Joinder in Relief Sought in Yance Law Firm's

Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different

Depository or Back into the Court Registry;

IT IS ORDERED BY THE COURT that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2018.

`                          _____
                          Eldon E. Fallon
                          United States District Court Judge