UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** | JUDGE ELDON E. FALLON |
| ***Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, Case No. 11-1395 (EDLA)** | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| ***Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, Case No. 11-1672 (EDLA)** | |
| ***Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, Case No. 11-1673 (EDLA)** | |

## <u>CNBM COMPANY, BNBM GROUP, AND BNBM PLC'S MOTION TO DISMISS CERTAIN PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(b)</u>

China National Building Materials Company, Ltd., Beijing New Building Materials (Group) Co. Ltd., and Beijing New Building Materials Public Limited Company, (collectively, the "CNBM and BNBM Entities") respectfully move the Court, pursuant to Federal Rule of Civil Procedure 37(b), to issue an order dismissing with prejudice those Plaintiffs who failed to submit and/or verify Supplemental Plaintiff Profile Forms ("SPPFs") as required by the Court's Pre-Trial Order 11A.  Good cause for dismissing those Plaintiffs is provided in the accompanying memorandum of law and exhibit.

Dated: May 31, 2017

                        Respectfully submitted,

                        */s/ L. Christopher Vejnoska*

- 1 -

L. Christopher Vejnoska (CA Bar No. 96082)
Eric Matthew Hairston (CA Bar No. 229892)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA  94105
T:  415-773-5700
Email:  cvejnoska@orrick.com
        ehairston@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T:   212-506-5000
Email:  jstengel@orrick.com
        xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
T:  202-339-8400
Email:  eshumsky@orrick.com

*Attorneys for the CNBM and BNBM Entities*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T:  (504) 582-1111
Email:  eeagan@gamb.law
        dcurrault@gamb.law
        arothenberg@gamb.law

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com

*Attorneys for BNBM (Group) Co. Ltd. and BNBM PLC*

Dated:  May 31, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **CNBM AND BNBM ENTITIES'**

**MOTION TO DISMISS CERTAIN PLAINTIFFS PURSUANT TO FEDERAL RULE OF**

**CIVIL PROCEDURE 37(b)** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and

Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by

electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and

that the foregoing was electronically filed with the Clerk of Court of the United States District

Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a

notice of electronic filing in accordance with the procedures established in MDL 2047 on this

31st day of May, 2018.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
T:  415-773-5700
Fax:  415-773-5759
Email: cvejnoska@orrick.com

*Attorney for the CNBM and BNBM Entities*