UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, **Case No. 11-1395 (EDLA)**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, **Case No. 11-1672 (EDLA)**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.,* et al, **Case No. 11-1673 (EDLA)** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**CNBM COMPANY, BNBM GROUP, AND BNBM PLC'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CERTAIN PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(b)**

China National Building Materials Company, Ltd., Beijing New Building Materials (Group) Co. Ltd., and Beijing New Building Materials Public Limited Company, (collectively, the "CNBM and BNBM Entities") respectfully submit this memorandum in support of their motion, pursuant to Federal Rule of Civil Procedure 37(b), for an order dismissing with prejudice those Plaintiffs who failed to submit and/or verify Supplemental Plaintiff Profile Forms ("SPPFs") as required by the Court's Pre-Trial Order 11A.  *See* Rec. Doc. 21162.

**I.    STATEMENT OF FACTS**

On January 24, 2018, this Court ordered that all plaintiffs making claims in the *Amorin* matters against any manufacturer of Chinese drywall, other than the Knauf defendants (hereinafter the "*Amorin* Plaintiffs"), to complete and verify SPPFs.  Rec. Doc. 21162 at 1-2 (hereinafter the "Order").  Following an extension, the SPPF submissions were due by March 22,

2018. Rec. Doc. 21181. Thereafter, the CNBM and BNBM Entities agreed to further extensions for hundreds of Plaintiffs based on a showing of "good cause." Rec. Doc. 21162 at 2. With limited exception, the extensions expired on April 22, 2018.

Following the passage of that deadline, PTO 11A requires that liaison counsel for the Defendants notify noncompliant Plaintiffs of deficiencies and provide for an additional 20 days to cure "for good cause shown." *Id.* As the Court explained, failure to cure those deficiencies could result in dismissal:

> Failure to timely comply may result in a motion filed pursuant to Rule 37 of the Federal Rules of Civil Procedure, which may include a request for dismissal, in whole or in part, of a Plaintiff's claim. Upon such motion and/or as the Court deems just and proper, the Court may dismiss a claim for failure to cure a deficient SPPF.

*Id.* The SPPF itself likewise made clear Plaintiffs' obligation to submit and verify an SPPF or face a motion filed against them pursuant to Rule 37, "which could include a request for dismissal of the action in whole or in part."[1]

Thousands of Plaintiffs complied with the court's schedule. But those listed in Exhibit A (attached hereto) did not. In accordance with the Order, Defendants subsequently issued Notices of Deficiency that restated Plaintiffs' obligation and the consequence of noncompliance. Plaintiffs nonetheless failed to cure deficiencies.

---

[1] *Available at* ww3.browngreer.com/drywall. This Court again noted Plaintiffs' obligation to serve and verify SPPFs or face dismissal at the March 20, 2018, Status Conference. In response to BrownGreer's reminder to timely submit SPPFs, the Court stated, "[T]hat's very important. You have to get those forms in. If not, then I'll be having a motion and rule to show cause why the case should not be dismissed. So let's get those in." Rec. Doc. 21256 at 4-5: 25, 1-5.

## II. THE COURT SHOULD DISMISS PLAINTIFFS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PTO 11A

### A. The Court Has the Authority to Dismiss Plaintiffs with Prejudice for Non-Compliance with Its Order.

A district court's authority to dismiss a complaint with prejudice for failure to follow a discovery order is "firmly established" pursuant to Federal Rule of Civil Procedure 37(b). *Batson v. Neal Spelce Assocs.*, 765 F.2d 511, 514 (5th Cir. 1985) (citing *Nat'l Hockey League v. Metro Hockey Club, Inc.*, 427 U.S. 639, 640 (1976)); *see* Fed. R. Civ. Proc. 37(b)(2)(A)(v) ("If a party" "fails to obey an order to provide or permit discovery," the court may issue an order "dismissing the action or proceeding in whole or in part.").

Though dismissal is a serious sanction, where, as here, a court "has issued previous discovery orders which the parties intentionally disregarded without indicating that they were confused by the orders or unable to comply, the Fifth Circuit has upheld dismissal with prejudice, agreeing that lesser sanctions would be futile." *Cooper v. Subsea Int'l, Inc.*, No. CIV. A. 98-1622, 1999 WL 544698, at *3 (E.D. La. July 27, 1999) (citing *Bluitt v. Arco Chem. Co.*, 777 F.2d 188, 190 (5th Cir. 1985)). Indeed, courts have done so even when the plaintiff has "special status" and is afforded extra protection. *Id.* at *2. Here, the Court's deadlines were clear and it expressly identified the consequences of non-compliance, citing Rule 37 in its Order. *See* Rec. Doc. 21162 at 4.

This outcome is well-supported by the Fifth Circuit precedent. As the Court of Appeals has explained, dismissal is appropriate when 1) the failure to comply with the court's order results from willfulness and is accompanied by a clear record of delay or contumacious conduct, and 2) where the deterrent value of Rule 37 cannot be substantially achieved by the use of less drastic sanctions. *F.D.I.C. v. Conner*, 20 F.3d 1376, 1380-81 (5th Cir. 1994). Courts additionally consider whether the disobedient party's failure to comply substantially prejudiced

the other party's preparation for trial.  *Id.*  Finally, violation of the discovery order should be attributable to the client rather than the attorney.  *Id.*

### B. Plaintiffs' Willful Violation of PTO 11A Warrants Dismissal.

In analyzing willfulness, the Fifth Circuit permits district courts to infer willfulness from conduct.  *See Moore v. CITGO Ref. & Chemicals Co., L.P.*, 735 F.3d 309, 316 (5th Cir. 2013) (affirming dismissal where district court inferred willfulness based on notice to plaintiffs of the Court's orders and subsequent noncompliance).  Here, Plaintiffs demonstrated willful noncompliance with the Order, given multiple statements from the Court regarding the necessity to submit verified SPPFs.  Yet these Plaintiffs did not comply, nor did they explain their noncompliance—even after Notices of Deficiency were issued.  This amounts to contumacious conduct subject to dismissal.  *See Wilson v. James Indus. Contractors*, No. CV 16-1263, 2016 WL 7717492, at *3 (E.D. La. Nov. 18, 2016), report and recommendation adopted, No. CV 16-1263, 2017 WL 111281 (E.D. La. Jan. 11, 2017) (concluding plaintiff's refusal to comply with the court's orders to provide discovery responses without an excuse was contumacious conduct).

### C. Less Drastic Sanctions Would Prove Futile.

Given that thousands of others have filed in timely fashion, non-compliant Plaintiffs could have as well, and there is no basis for delaying resolution of timely-filed claims by affording non-compliant Plaintiffs additional time.  Where plaintiffs have disregarded discovery orders without indicating inability to comply or confusion, courts have deemed lesser sanctions than dismissal futile.  *Cooper,* No. CIV. A. 98-1622, 1999 WL 544698, at *3.  Having received multiple extensions followed by additional notice, it is clear that extending the deadline yet again will not result in a different outcome.

### D. Additional Factors Support Dismissal.

The additional factors the Fifth Circuit considers in its Rule 37 dismissal analysis are likewise satisfied here. By approving and ordering the SPPF process, this Court acknowledged the CNBM and BNBM Entities would be prejudiced if required to proceed on remand without the most basic claim information from Plaintiffs. Finally, dismissal is warranted given Plaintiffs are directly responsible for failing to submit and/or verify SPPFs. PTO 11A expressly required <u>each plaintiff</u> to personally provide a signed verification and forbade counsel from signing on a client's behalf. *See* Rec. Doc. 21162 at 3. The Fifth Circuit standard for dismissal is satisfied.

### III. CONCLUSION

Despite the Court's Order and repeated warnings of dismissal, Plaintiffs have not submitted and/or verified SPPFs. As PTO 11A expressly contemplates, dismissal with prejudice serves as the appropriate sanction. The CNBM and BNBM Entities respectfully submit that the Court should issue an order dismissing with prejudice the claims of the Plaintiffs referenced in Exhibit A.

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

L. Christopher Vejnoska (CA Bar No. 96082)
Eric Matthew Hairston (CA Bar No. 229892)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA  94105
T:  415-773-5700
Email:  cvejnoska@orrick.com
              ehairston@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
T:  202-339-8400
Email:  eshumsky@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019

T:  212-506-5000
Email:  jstengel@orrick.com
           xiangwang@orrick.com

*Attorneys for the CNBM and BNBM Entities*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T:  (504) 582-1111
Email:  eeagan@gamb.law
           dcurrault@gamb.law
           arothenberg@gamb.law

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com

*Attorneys for BNBM (Group) Co. Ltd. and BNBM PLC*

Dated:  May 31, 2018

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **CNBM AND BNBM ENTITIES' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CERTAIN PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(b)** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of May, 2018.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
T:  415-773-5700
Fax:  415-773-5759
Email: cvejnoska@orrick.com

*Attorneys for the CNBM and BNBM Entities*

# EXHIBIT A

| Claimant Name | Address | Law Firm |
|---|---|---|
| 2522 Cambronne Street, LLC c/o Toso, Michael J. III | 2514 Cambronne Street | Pro Se |
| Abromatts, Clifford and Worobec, Janice | 3437 Lago de Talavera | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Alexander, Kerry L. and Taunton, Kim | No. 3 Loren Lane | Vaughn & Bowden, PA |
| Amaral, Antonio and Isabel | 5221 Athens Way | Parker Waichman |
| Arrington, Angel | 2113 Delightful Drive | Reich & Binstock |
| Battie, Silas | 4668 Corrinne Street | Becnel Law Firm, LLC |
| Bazemore, Larry | 183 Mulberry Lane | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Bertholette, Anna and  Lund, Leslie | 4412 Olive Drive | Bencomo & Associates |
| Bertrand, Yolanda J.; Joseph, Terry L., Charles, Jr., Toran W. And Troylon | 5535 Vermillion Blvd. | Herman, Herman & Katz |
| Bienemy, Eric | 2823 Daniel Drive | Bencomo & Associates |
| Bilbo, Chester | 403 Seventh St | REEVES & MESTAYER |
| Bishop, Brian | 60 Oak Lane | HAWKINS GIBSON PLLC |
| Bland, Elbert | 2315 - 2317 Industry St | REICH & BINSTOCK, LLP |
| Bowden, Charles and Tracy | 73 Thomas School Road | Becnel Law Firm/ Morris Bart LLC |
| Braden, Tiffany as Representative of the Estate of Jane Bienemy, Deceased | 2024 Guerra Drive | Pro Se |
| Breckenridge, Russell | 311 S Laurel St | HAWKINS GIBSON PLLC |
| Bridges, Juanita and William | 1449 Mirabeau Avenue | Hurricane Legal Center, LLC |
| Brik, Beni | 240 West End Dr., Unit 1311 | Baron & Budd/Allison Grant |
| Brik, Beni | 240 West End Dr., Unit 1312 | Baron & Budd/Allison Grant |
| Brock, Ora | 2026 Clouet St | REICH & BINSTOCK, LLP |
| Brown, Kerri and Jack | 2729 Reunion Drive | Hurricane Legal Center, LLC |
| Buckley, Stephen and Cathleen | 3041 59th Avenue, South | Morgan & Morgan |
| Caputo, Marc Turer, Scott | 2220 Soho Bay Court | Parker Waichman |

1

| Claimant Name | Address | Law Firm |
| --- | --- | --- |
| Ceminsky, Gerald and Margaret | 2572 Keystone Lake Drive | Roberts & Durkee PA  Milstein Adelman LLP |
| Chestnut, Thomas | 3700 Lena Dr | REICH & BINSTOCK, LLP |
| Connolly, Megan | 1976 NW 79 Terrace | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Crandle, Angela | 2234 Joliet St | REICH & BINSTOCK, LLP |
| Cummings, Brian and Leslie | 221 SE 24th Street | Parker Waichman |
| Daigle, Eric | 3913-5 SW Santa Barbara Place | Parker Waichman |
| Delayo, William and Jennifer | 19848 Maddelena Circle | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| DeOlivera, Harry | 1819 Carriage Oak Ct. | REICH & BINSTOCK, LLP |
| Dillon, Ray | 30147 Ola Magee Rd | Martzell, Bickford & Centola APC |
| Dobric, Mario | 1690 Renaissance Commons Blvd., Unit 1228 | WHITFIELD BRYSON & MASON LLP |
| Dowell, Kim | 421 Lavoisier St | Martzell, Bickford & Centola APC |
| Duvernay, Victor | 5115 Chamberlin Street | Hurricane Legal Center, LLC |
| Emerald Greens at Carrollwood, LLC | 13942 Clubhouse Drive (6B) | Cook Sadorf Law |
| Emerald Greens at Carrollwood, LLC | 4143 Courtside Way (2C) | Cook Sadorf Law |
| Emerald Greens at Carrollwood, LLC | 4145 Courtside Way (2B) | Cook Sadorf Law |
| England, Charles | 2516 Reunion Dr. | WHITFIELD BRYSON & MASON LLP |
| Epstein, Kim | 2556 Keystone Lake Drive | Roberts & Durkee PA  Milstein Adelman LLP |
| Ercolino, Vincent | 1690 Renaissance Commons Blvd., Unit 1206 | WHITFIELD BRYSON & MASON LLP |
| Falls, Jameson and Lauren | 852 Barkley Drive | Whitfield, Bryson & Mason |
| Farve, Crystal | 5032 Sixth Street | REEVES & MESTAYER |
| Fields, Lawrence | 384 Hunter Ave | HAWKINS GIBSON PLLC |
| Foxworth, Merle | 360 Church Avenue | REEVES & MESTAYER |
| Frazier, Debra | 10231 Castlewood Dr | REICH & BINSTOCK, LLP |

2

| Claimant Name | Address | Law Firm |
|---|---|---|
| Fulton, David and Marjorie | 3370 Montgomery Street | Whitfield, Bryson & Mason |
| Garcia, Alexander and Sylvia | 8049 West 36th Avenue, Unit #1 | Parker Waichman |
| Gaylord, Peter | 240 West End Drive # 321 | Baron & Budd/Allison Grant |
| Gaylord, Peter | 240 West End Drive # 322 | Baron & Budd/Allison Grant |
| GFB Properties, LLC c/o Daniel Gleinig | 325 NW 25th Terrace | Morgan & Morgan |
| Giving, Rose | 6007 Warfield St. | REICH & BINSTOCK, LLP |
| Gobel, Jason and Cynthia | 5771 S.W. 162nd Court | Morgan & Morgan |
| Gobos, Peter V. | 9607 Exbury Court | Krupnick Cambell |
| Gonzalez, Damian | 3770 7th Avenue SW | Morgan & Morgan, FT. Myers, PLLC |
| Gonzalez, Robert and Natasha | 1816 Michelle Drive | Law Offices of Sidney D. Torres, III |
| Gottung, Douglas and Deolores Florio | 10360 SW Stephanie Way, Unit #204 | Colson Hicks Eidson |
| Guerreiro, Michael and Nancy | 15336 Yellow Wood Drive | Parker Waichman |
| Hampton, Konrad | 2514 Kenneth Drive | Becnel Law Firm, LLC |
| Helmick, Maria and Timothy | 8931 SW 228th Lane | Pro Se |
| Hill, Jamar | 4736 Rosalia Drive | Hurricane Legal Center, LLC |
| Hudson, Adam | 1818 Perdido Blvd. | Hawkins Gibson |
| Hudson, Melissa | 5522 Travellers Court | Taylor Martino, P.C. |
| Huynh, Phuong | 18208 Saltwater Run Place | Pro Se |
| Ingram, Richard L. and Sylvia A. | 2400 Veronica Drive | Herman, Herman & Katz |
| Intelconst Investments, LLC | 240 West End Dr., #1521 | Baron & Budd/Allison Grant |
| Isichei, Obi | 104 Covington Meadows Circle, Unit L | Paul A Lea, Jr. APLC |
| James, Ken & Vita, Thomas (James & Vita, LLC) | 3808 Gallo Drive | Parker Waichman |
| Johnson, Fred and Sylvia | 1562 Davis Acres Drive | Matthews & Associates |
| Johnson, Walter | 4342 Sybil Street | Hurricane Legal Center, LLC |
| Jones, Christopher B. | 5527 13th Avenue South | Whitfield, Bryson & Mason |
| Jones, William and Margie | 5403 West End Blvd. | Hurricane Legal Center, LLC |
| Katz, Barry | 11001 Gulf Reflections Dr, #406 | Roberts & Durkee PA |
| Kent, Edward and Donna | 14143 Citrus Crest Circle | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |

| Claimant Name | Address | Law Firm |
|---|---|---|
| Kepouros, James and Delia | 1936 Four Mile Cove | Allison Grant, P.A. |
| Kessler, Andrew | 3056 Juniper Lane | Baron & Budd P.C. |
| King Properties Ltd. | 240 West End Drive Unit 1511 | Baron & Budd/Allison Grant |
| Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd., Unit 2310 | WHITFIELD BRYSON & MASON LLP |
| Krause, Howard | 1690 Renaissance Commons Blvd., Unit 1109 | WHITFIELD BRYSON & MASON LLP |
| Labell, Barry | 10560 SW Stephanie Way, Unit 206 | Colson Hicks Eidson, P.A. |
| Lamarque, Carroll Jr. | 708 Magistrate Street | Dysart & Tabary, LLP |
| Landry, Merritt A. | 738 Angela Street | Herman, Herman & Katz |
| Lazard, Norma | 14401 Morrison Road | Hurricane Legal Center, LLC |
| Lefont, David and Garcia, Michelle | 106 Southwest Milburn Circle | Leopold~Kuvin, P.A. |
| Leone, Michael | 1690 Renaissance Commons Blvd., Unit 1202 | WHITFIELD BRYSON & MASON LLP |
| Lewis, Jayme and Todd | 6040 Jonathan's Bay Circle, Unit 501 | Parker Waichman |
| Lindemann, Teresa | 6012 NW 116th Drive | Baron & Budd P.C. |
| Lopez, Rebekah | 1940 SE 23 Avenue | VM Diaz & Partners, LLC |
| Lopez, Christie | 92 Oak Lane | HAWKINS GIBSON PLLC |
| Louise, Exilus | 4727 Rosalia Drive | Gainsburgh, Benjamin, David, Meunier & Warshauer,LLC |
| Mack, Thomas Jr. | 2117 Colonial Blvd. | Matthews & Associates |
| Madigan, Murphy | 1660 Renaissance Commons Blvd., Unit 2119 | WHITFIELD BRYSON & MASON LLP |
| Maesel, Shawn | 1660 Renaissance Commons Blvd.Unit 2417 | WHITFIELD BRYSON & MASON LLP |
| Mancini, Richard | 11813 Bayport Lane 304 | Parker Waichman LLP |
| Massaro, Mario | 240 West End Drive #823 | Baron & Budd/Allison Grant |
| Mendez, Lincoln and America | 4180 North Highway A1A Unit 801B | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Meyer, Harry E. Jr. | 3014 Spruce Street | Reich & Binstock |
| Mike, Tamas | 6302 N. 17th Street | Morgan & Morgan, FT. Myers, PLLC |
| Mirakian, Samuel | 20316 Larino Loop | Morgan & Morgan |
| Mitchell, Tellina | 10902 NW 83rd St, Unit 07-201 | Podhurst Orseck, P.A. |

4

| Claimant Name | Address | Law Firm |
|---|---|---|
| Molina, Carlos and Margarita | 1690 Renaissance Commons Blvd., Unit 1308 | WHITFIELD BRYSON & MASON LLP |
| Moore, Brenda | 1464 Edward Street | Collins & Horsley, P.C. |
| Mosley, Shawn | 10440 SW Stephanie Way, Unit 203 | Pro Se |
| Murphy, Lawrence | 7021 Mayo Boulevard | Becnel Law Firm, LLC |
| Negrov, Pavel | 1316 Nucelli Road | Norton, Hammersley, Lopez & Skokos, P.A.  James, Hoyer, Newcomer & Smiljanich, P.A. |
| Neri, Carl | 9435 West Maiden Court | Reich & Binstock |
| Nicholas, Barbara | 7732 Dogwood Drive | Hurricane Legal Center, LLC |
| Noldge, Don | 2046 Beach Boulevard #D-102 | HAWKINS GIBSON PLLC |
| Nunez, Alvaro | 10833 NW 79 Street | Colson Hicks Eidson, P.A. |
| Ovicher, Joseph and Celine | 1690 Renaissance Commons Blvd., Unit 1417 | WHITFIELD BRYSON & MASON LLP |
| Packard, Suki and Michael | 3028 Lake Manatee Court | Roberts & Durkee PA Milstein Adelman LLP |
| Palmer, Olga | 1233 Kendari Terrace | Roberts & Durkee PA Milstein Adelman LLP |
| Patterson, Gary and Nicole | 3096 Juniper Lane | Pro Se |
| Patterson, Manuel | 6105-6107 Todd Street | Hurricane Legal Center, LLC |
| Pena, Orlando | 824 SW 17th Street | Parker Waichman |
| Peoples, Debra | 1350 Park Brooke Circle | Herman, Herman & Katz |
| Perez, Adela | 12430 SW 50 Street, Unit 113 | Baron & Budd, P.C. |
| Perez, Carlos | 8129 W 36th Street Unit #3 | Parker Waichman |
| Pernell, Staci | 2082 Sundown Drive | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Poggio, James and Janice | 13409 Ainsworth Lane | Whitfield, Bryson & Mason |
| Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd., Unit 2210 | WHITFIELD BRYSON & MASON LLP |
| Prosser, Charles; Davis, Laura Prosser, as Administrator of | 725 Navarre Avenue | Herman, Herman & Katz |

| Claimant Name | Address | Law Firm |
|---|---|---|
| the Estate of Charles Harris Prosser | | |
| Querol, Damian | 3301 NE 183 Street, Unit 1207 | Podhurst Orseck, P.A. |
| Racius, Lubraine and Anese | 4013 24th Street SW | Parker Waichman |
| Rankins, Edward | 4841 Franciso Verrette | REICH & BINSTOCK, LLP |
| Redway, Robert | 2521 White Sand Lane | Baron & Budd P.C. |
| Renzetti, Nicholas | 1690 Renaissance Commons Blvd., Unit 1321 | WHITFIELD BRYSON & MASON LLP |
| Robles, Amparo and Jose | 12430 SW 50th Street, Apt. 147 | Parker Waichman |
| Rodriguez, Otonier and Margarita | 14141 Whitter Lane | Whitfield, Bryson & Mason |
| Rogers, Billy W. on behalf of Rogers Company | 3236 Van Cleave | Law Offices of Sidney D. Torres, III |
| Rogers, Billy W. on behalf of Rogers Company | 4501 Colony Drive Meraux, LA 70075 | Law Offices of Sidney D. Torres, III |
| Rogers, Billy W. on behalf of Rogers Company | 4505 Colony Drive Meraux, LA 70075 | Law Offices of Sidney D. Torres, III |
| Rogers, Michelle L. | 8313 Creole Drive | Herman, Herman & Katz |
| Santiago, Angel and Yvette | 4018 NW 12th Street | Parker Waichman |
| Santiago, Cesar and Crespo, Eileen | 12978 Turtle Cove Trail | Parker Waichman |
| Schandelmeier, Patricia | 25748 Deep Creek Blvd. | Pro Se |
| Sentino, Hubert | 3605/3607 Frenchmen Street | Hurricane Legal Center, LLC |
| Seymore, Danny | 86 Legends Lane | Collins & Horsley, P.C. |
| Sims, Sarah and Michael | 2017 Guerra Drive | Hurricane Legal Center, LLC |
| Smith, Richard | 8001 Sherwood Circle | Parker Waichman |
| St. Martin Lion's Club c/o Don Richardson | 15900 La Moyne Blvd. | Taylor Martino Zarzaur, PC |

6

| Claimant Name | Address | Law Firm |
|---|---|---|
| Steele, Wanda | 7821 Mullet St | REICH & BINSTOCK, LLP |
| Steffy, Sandra and Meyers, Peggy | 26121 Highway 40 | Becnel Law Firm, LLC |
| Suarez, Eduardo and Mercedes | 14113 Stilton Street | Levin Papantonio |
| Suarez, Humberto | 208 SE 6th Street | Roberts & Durkee PA  Milstein Adelman LLP |
| Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 76 –8851 Sunrise Lakes Blvd., Unit 205 | Colson Hicks Eidson |
| Swan, Christiana and Harwick, Michael | 14125 Stowbridge Avenue | Levin Papantonio |
| Tarver, Theodore and Cynthia | 1016 Woodbrook Road | Whitfield, Bryson & Mason |
| Thrower, Christopher | 541 Ledbetter Road | Whitfield, Bryson & Mason |
| Tillman, Joel | 7522 Lucerne Street | Hurricane Legal Center, LLC |
| Tracey, Ronald | 402 Waveland Ave | HAWKINS GIBSON PLLC |
| Travis, Taylor | 11090 Douglas Rd | REEVES & MESTAYER |
| Trillo, Raquel | 12421 SW 50 CT, Unit 303 | Baron & Budd P.C. |
| Urso, Christopher | 2120 Delightful Dr | REICH & BINSTOCK, LLP |
| Urtubey, Jason | 2617 69th St W. | REICH & BINSTOCK, LLP |
| Vaca, Amada | 1152 SW Kickaboo Road | Allison Grant, P.A.  Baron & Budd, P.C. |
| Vargas, Odilio | 1690 Renaissance Commons Blvd., Unit 1424 | WHITFIELD BRYSON & MASON LLP |
| Verderame, Frances | 1690 Renaissance Commons Blvd., Unit 1219 | WHITFIELD BRYSON & MASON LLP |
| Voskressensky, Andre and Goldstein, Janet | 8627 Cobblestone Point Circle | Baron & Budd, P.C. |
| Waiters, James and Terrea | 3108 Angelique Drive | Hurricane Legal Center, LLC |
| Walker, Andrew and Cathy | 7460 Bridgeview Drive | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Walker, Christopher and Tanya | 712 Stanhope Close | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |

| Claimant Name | Address | Law Firm |
|---|---|---|
| Washington, Monique | 5251 East Idlewood Court | Hurricane Legal Center, LLC |
| Watson, Jerry; Gordon; Karen and Charles | 1759 Fuller Drive | Levin Papantonio |
| Weekley, William and Charlotte | 6227 Clear Creek Road | Levin Papantonio |
| Welcome, Dave and Darnell | 7619 Berg Street | Hurricane Legal Center, LLC |
| Wells, Crystal | 534 Angela Street | Hurricane Legal Center, LLC |
| Whitney, Brian | 435 S. Oregon Ave Unit 402 | REICH & BINSTOCK, LLP |
| Wiley III, John | 1541 Gerona Terrace | WHITFIELD BRYSON & MASON LLP |
| Wiley, Thad | 1660 Renaissance Commons Blvd. 2111 | WHITFIELD BRYSON & MASON LLP |
| Williams, Albert | 3015 Clouet Street | Hurricane Legal Center, LLC |
| Williams, Deborah | 2101 caluda lane | WHITFIELD BRYSON & MASON LLP |
| Williams, Logan A. | 2429 Judy Drive | Herman, Herman & Katz |
| Williams, Raymond and Johnell | 7150 West Renaissance Court | Hurricane Legal Center, LLC |
| Wilson, Alton and Rhonda | 15570 Hwy. 104 | Levin Papantonio |
| Winsome, Russell n/k/a Hutchinson, Winsome | 184 Wanatah Avenue | Morgan & Morgan |
| Wong, Kenneth | 4230 NW 33rd Street | Baron & Budd P.C. |
| Zavala, Carlos | 14119 Danpark Loop | Parker Waichman |