UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, **Case No. 11-1395 (EDLA)**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, **Case No. 11-1672 (EDLA)**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.,* et al, **Case No. 11-1673 (EDLA)** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## LOCAL RULE 78.1 REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come defendants China National Building Materials Company, Ltd., Beijing New Building Materials (Group) Co. Ltd., and Beijing New Building Materials Public Limited Company, (collectively, the "CNBM and BNBM Entities") and pursuant to Local Rule 78.1, respectfully request oral argument on their Motion to Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 37(b) currently submitted for consideration by the Honorable Eldon E. Fallon on June 15, 2018 at 9:00 am CST. Oral argument will aid the Court's consideration of the motion.

Dated: May 31, 2017

                                      Respectfully submitted,

                                      */s/ L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) <br> Eric Matthew Hairston (CA Bar No. 229892) <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> The Orrick Building <br> San Francisco, CA  94105 <br> T:  415-773-5700 <br> Email:  cvejnoska@orrick.com <br> ehairston@orrick.com | Eric A. Shumsky (D.C. Bar No. 477926) <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> Columbia Center <br> 1152 15th Street NW <br> Washington, D.C. 20005 <br> T:  202-339-8400 <br> Email:  eshumsky@orrick.com |

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T:   212-506-5000
Email:  jstengel@orrick.com
xiangwang@orrick.com

*Attorneys for the CNBM and BNBM Entities*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T:  (504) 582-1111
Email:  eeagan@gamb.law
dcurrault@gamb.law
arothenberg@gamb.law

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com

*Attorneys for BNBM (Group) Co. Ltd. and BNBM PLC*

Dated:   May 31, 2018

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Submission of CNBM and BNBM Entities' Motion to Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 37(b)** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of May, 2018.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
T:  415-773-5700
Fax:  415-773-5759
Email: cvejnoska@orrick.com

*Attorney for the CNBM and BNBM Entities*