## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1672 (S.D. Fl.)**;<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1395 (E.D. La.); and**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1673 (E.D. Va.).** | |

**MEMORANDUM IN SUPPORT OF TAISHAN'S MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLETE SUPPLEMENTAL PROFILE FORMS**

Earlier this year, by agreement of the parties, the Court issued Pre-Trial Orders 11A and 11B requiring all claimants to submit Supplemental Plaintiff Profile Forms ("SPPFs"). Most claimants have complied with the Court's directive to provide that important information. But over 150 claimants still have not—despite receiving extensions plus the mandated deficiency notice and 20-day cure period.

The Court has advised the parties that the SPPF process is "very important" and that the claimants "have to get those forms in." [Rec. Doc. 21256 at 4-5]. The Court warned claimants that failure to comply could result in dismissal from this MDL. *Id.* Earlier this month, another MDL judge dismissed more than 100 plaintiffs who failed to complete a "supplemental plaintiff profile form." *In re Testosterone Replacement Therapy Prod. Liab. Litig.*, 1:14-cv-01748, Case Management Order No. 118 at 1 (N.D. Ill., May 1, 2018) (attached as Exhibit B). Having warned

1

the claimants of the consequences of their failure to comply with its orders, this Court should take the same course. The claimants listed on Exhibit A have disregarded the Court's Orders and have exhausted all extensions and cure periods. Their claims should be dismissed.

## RELEVANT PROCEDURAL HISTORY

PTO 11A required all claimants to complete an SPPF through the Brown Greer electronic portal. *See* Rec. Doc. 21162 at 2.[1] The Order also required each claimant to verify the SPPF by physically signing and uploading the signature page. The Order provided for potential extensions "for good cause shown," and also required the sending of a deficiency notice followed by a 20-calendar-day cure period. PTO 11A warned that the Court "may dismiss a claim for failure to cure a deficient SPPF" and authorized Defendants to file "a motion filed pursuant to Rule 37 of the Federal Rules of Civil Procedure, which may include a request for dismissal, in whole or in part, of a Plaintiff's claim." *Id.* at 4.

The Court ordered claimants to complete the SPPFs by March 22, 2018. Between January and March of 2018, Defendants granted over 1,100 extensions, including many requested on the day of the March deadline. For those claimants who had not requested extensions, Defendants served their first set of Notices of Deficiency on March 23, 2018 to counsel. To date, 42 of the 81 claimants identified in those first Notices have submitted SPPFs.

Most of the extensions that were timely requested ran through late April. After the extended deadlines expired, Defendants sent another set of deficiency notices to counsel for claimants who had been granted extensions but failed to submit verified SPPFs by April 24—two days after the latest extension deadline. Of these claimants, 67 still have not submitted SPPFs.

---

[1] PTO 11B set the SPPF completion deadline as March 22, 2018. [Rec. Doc. 21181].

2

Separately, of the claimants who did submit SPPFs, 65 did not provide verification signature pages as required.

On May 21, 2018, Defendants reached out to the PSC and engaged in a meet and confer on the Exhibit A list. That meet and confer process resulted in the Defendants removing some claimants' names from Exhibit A and also led to certain claimants agreeing to voluntary dismissal of their claims. Taishan maintains that the claims identified on Exhibit A should be dismissed with prejudice for non-compliance with PTO 11A and 11B.

**ARGUMENT**

This Court should dismiss with prejudice the claimants in Exhibit A who "fail[ed] to obey an order to provide or permit discovery." Fed. R. Civ. P. 37(b)(2)(A). That is precisely what an MDL court just did to tort claimants who failed in various ways to complete court-ordered SPPFs. *See In re Testosterone Prod. Liab. Litig.* (Exhibit B). That court ruled that "[t]he failure to produce discovery is prejudicial to the defendants in these cases because it hinders the investigation and preparation of a defense in these cases." *Id.* at 3.

Similarly here, the claimants' failure to produce the SPPF discovery prejudices Defendants' ability to prepare its defense in the deficient cases, many of which may soon be remanded. The PSC agreed that Defendants should get this information, and the Court agreed that it was very important. But after the passing of the SPPF submission deadline, several extensions, and deficiency-cure periods, Defendants still do not have completed and verified SPPFs from over 100 claimants.

Extensions have come and gone. Deficiency curing periods have passed. The claimants identified in Exhibit A have had ample time to submit verified SPPFs and have failed to abide by

this Court's Orders.  Taishan requests that the Court dismiss with prejudice the claims identified in Exhibit A for non-compliance with PTO 11A and 11B.

Respectfully submitted this 31st day of May, 2018.

<u>/s Michael P. Kenny</u>
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana  70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*