# EXHIBIT A

| Claimant Name | Address | Law Firm |
|---|---|---|
| 2522 Cambronne Street, LLC c/o Toso, Michael J. III | 2514 Cambronne Street | Pro Se |
| Abromatts, Clifford and Worobec, Janice | 3437 Lago de Talavera | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Alexander, Kerry L. and Taunton, Kim | No. 3 Loren Lane | Vaughn & Bowden, PA |
| Amaral, Antonio and Isabel | 5221 Athens Way | Parker Waichman |
| Arrington, Angel | 2113 Delightful Drive | Reich & Binstock |
| Battie, Silas | 4668 Corrinne Street | Becnel Law Firm, LLC |
| Bazemore, Larry | 183 Mulberry Lane | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Bertholette, Anna and  Lund, Leslie | 4412 Olive Drive | Bencomo & Associates |
| Bertrand, Yolanda J.; Joseph, Terry L., Charles, Jr., Toran W. And Troylon | 5535 Vermillion Blvd. | Herman, Herman & Katz |
| Bienemy, Eric | 2823 Daniel Drive | Bencomo & Associates |
| Bilbo, Chester | 403 Seventh St | REEVES & MESTAYER |
| Bishop, Brian | 60 Oak Lane | HAWKINS GIBSON PLLC |
| Bland, Elbert | 2315 - 2317 Industry St | REICH & BINSTOCK, LLP |
| Bowden, Charles and Tracy | 73 Thomas School Road | Becnel Law Firm/ Morris Bart LLC |
| Braden, Tiffany as Representative of the Estate of Jane Bienemy, Deceased | 2024 Guerra Drive | Pro Se |
| Breckenridge, Russell | 311 S Laurel St | HAWKINS GIBSON PLLC |
| Bridges, Juanita and William | 1449 Mirabeau Avenue | Hurricane Legal Center, LLC |
| Brik, Beni | 240 West End Dr., Unit 1311 | Baron & Budd/Allison Grant |
| Brik, Beni | 240 West End Dr., Unit 1312 | Baron & Budd/Allison Grant |
| Brock, Ora | 2026 Clouet St | REICH & BINSTOCK, LLP |
| Brown, Kerri and Jack | 2729 Reunion Drive | Hurricane Legal Center, LLC |
| Buckley, Stephen and Cathleen | 3041 59th Avenue, South | Morgan & Morgan |
| Caputo, Marc Turer, Scott | 2220 Soho Bay Court | Parker Waichman |

| Claimant Name | Address | Law Firm |
|---|---|---|
| Ceminsky, Gerald and Margaret | 2572 Keystone Lake Drive | Roberts & Durkee PA  Milstein Adelman LLP |
| Chestnut, Thomas | 3700 Lena Dr | REICH & BINSTOCK, LLP |
| Connolly, Megan | 1976 NW 79 Terrace | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Crandle, Angela | 2234 Joliet St | REICH & BINSTOCK, LLP |
| Cummings, Brian and Leslie | 221 SE 24th Street | Parker Waichman |
| Daigle, Eric | 3913-5 SW Santa Barbara Place | Parker Waichman |
| Delayo, William and Jennifer | 19848 Maddelena Circle | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| DeOlivera, Harry | 1819 Carriage Oak Ct. | REICH & BINSTOCK, LLP |
| Dillon, Ray | 30147 Ola Magee Rd | Martzell, Bickford & Centola APC |
| Dobric, Mario | 1690 Renaissance Commons Blvd., Unit 1228 | WHITFIELD BRYSON & MASON LLP |
| Dowell, Kim | 421 Lavoisier St | Martzell, Bickford & Centola APC |
| Duvernay, Victor | 5115 Chamberlin Street | Hurricane Legal Center, LLC |
| Emerald Greens at Carrollwood, LLC | 13942 Clubhouse Drive (6B) | Cook Sadorf Law |
| Emerald Greens at Carrollwood, LLC | 4143 Courtside Way (2C) | Cook Sadorf Law |
| Emerald Greens at Carrollwood, LLC | 4145 Courtside Way (2B) | Cook Sadorf Law |
| England, Charles | 2516 Reunion Dr. | WHITFIELD BRYSON & MASON LLP |
| Epstein, Kim | 2556 Keystone Lake Drive | Roberts & Durkee PA  Milstein Adelman LLP |
| Ercolino, Vincent | 1690 Renaissance Commons Blvd., Unit 1206 | WHITFIELD BRYSON & MASON LLP |
| Falls, Jameson and Lauren | 852 Barkley Drive | Whitfield, Bryson & Mason |
| Farve, Crystal | 5032 Sixth Street | REEVES & MESTAYER |
| Fields, Lawrence | 384 Hunter Ave | HAWKINS GIBSON PLLC |
| Foxworth, Merle | 360 Church Avenue | REEVES & MESTAYER |
| Frazier, Debra | 10231 Castlewood Dr | REICH & BINSTOCK, LLP |

| Claimant Name | Address | Law Firm |
|---|---|---|
| Fulton, David and Marjorie | 3370 Montgomery Street | Whitfield, Bryson & Mason |
| Garcia, Alexander and Sylvia | 8049 West 36th Avenue, Unit #1 | Parker Waichman |
| Gaylord, Peter | 240 West End Drive # 321 | Baron & Budd/Allison Grant |
| Gaylord, Peter | 240 West End Drive # 322 | Baron & Budd/Allison Grant |
| GFB Properties, LLC c/o Daniel Gleinig | 325 NW 25th Terrace | Morgan & Morgan |
| Giving, Rose | 6007 Warfield St. | REICH & BINSTOCK, LLP |
| Gobel, Jason and Cynthia | 5771 S.W. 162nd Court | Morgan & Morgan |
| Gobos, Peter V. | 9607 Exbury Court | Krupnick Cambell |
| Gonzalez, Damian | 3770 7th Avenue SW | Morgan & Morgan, FT. Myers, PLLC |
| Gonzalez, Robert and Natasha | 1816 Michelle Drive | Law Offices of Sidney D. Torres, III |
| Gottung, Douglas and Deolores Florio | 10360 SW Stephanie Way, Unit #204 | Colson Hicks Eidson |
| Guerreiro, Michael and Nancy | 15336 Yellow Wood Drive | Parker Waichman |
| Hampton, Konrad | 2514 Kenneth Drive | Becnel Law Firm, LLC |
| Helmick, Maria and Timothy | 8931 SW 228th Lane | Pro Se |
| Hill, Jamar | 4736 Rosalia Drive | Hurricane Legal Center, LLC |
| Hudson, Adam | 1818 Perdido Blvd. | Hawkins Gibson |
| Hudson, Melissa | 5522 Travellers Court | Taylor Martino, P.C. |
| Huynh, Phuong | 18208 Saltwater Run Place | Pro Se |
| Ingram, Richard L. and Sylvia A. | 2400 Veronica Drive | Herman, Herman & Katz |
| Intelconst Investments, LLC | 240 West End Dr., #1521 | Baron & Budd/Allison Grant |
| Isichei, Obi | 104 Covington Meadows Circle, Unit L | Paul A Lea, Jr. APLC |
| James, Ken & Vita, Thomas (James & Vita, LLC) | 3808 Gallo Drive | Parker Waichman |
| Johnson, Fred and Sylvia | 1562 Davis Acres Drive | Matthews & Associates |
| Johnson, Walter | 4342 Sybil Street | Hurricane Legal Center, LLC |
| Jones, Christopher B. | 5527 13th Avenue South | Whitfield, Bryson & Mason |
| Jones, William and Margie | 5403 West End Blvd. | Hurricane Legal Center, LLC |
| Katz, Barry | 11001 Gulf Reflections Dr, #406 | Roberts & Durkee PA |
| Kent, Edward and Donna | 14143 Citrus Crest Circle | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |

| Claimant Name | Address | Law Firm |
|---|---|---|
| Kepouros, James and Delia | 1936 Four Mile Cove | Allison Grant, P.A. |
| Kessler, Andrew | 3056 Juniper Lane | Baron & Budd P.C. |
| King Properties Ltd. | 240 West End Drive Unit 1511 | Baron & Budd/Allison Grant |
| Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd., Unit 2310 | WHITFIELD BRYSON & MASON LLP |
| Krause, Howard | 1690 Renaissance Commons Blvd., Unit 1109 | WHITFIELD BRYSON & MASON LLP |
| Labell, Barry | 10560 SW Stephanie Way, Unit 206 | Colson Hicks Eidson, P.A. |
| Lamarque, Carroll Jr. | 708 Magistrate Street | Dysart & Tabary, LLP |
| Landry, Merritt A. | 738 Angela Street | Herman, Herman & Katz |
| Lazard, Norma | 14401 Morrison Road | Hurricane Legal Center, LLC |
| Lefont, David and Garcia, Michelle | 106 Southwest Milburn Circle | Leopold~Kuvin, P.A. |
| Leone, Michael | 1690 Renaissance Commons Blvd., Unit 1202 | WHITFIELD BRYSON & MASON LLP |
| Lewis, Jayme and Todd | 6040 Jonathan's Bay Circle, Unit 501 | Parker Waichman |
| Lindemann, Teresa | 6012 NW 116th Drive | Baron & Budd P.C. |
| Lopez , Rebekah | 1940 SE 23 Avenue | VM Diaz & Partners, LLC |
| Lopez, Christie | 92 Oak Lane | HAWKINS GIBSON PLLC |
| Louise, Exilus | 4727 Rosalia Drive | Gainsburgh, Benjamin, David, Meunier & Warshauer,LLC |
| Mack, Thomas Jr. | 2117 Colonial Blvd. | Matthews & Associates |
| Madigan, Murphy | 1660 Renaissance Commons Blvd., Unit 2119 | WHITFIELD BRYSON & MASON LLP |
| Maesel, Shawn | 1660 Renaissance Commons Blvd.Unit 2417 | WHITFIELD BRYSON & MASON LLP |
| Mancini, Richard | 11813 Bayport Lane 304 | Parker Waichman LLP |
| Massaro, Mario | 240 West End Drive #823 | Baron & Budd/Allison Grant |
| Mendez, Lincoln and America | 4180 North Highway A1A Unit 801B | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Meyer, Harry E. Jr. | 3014 Spruce Street | Reich & Binstock |
| Mike, Tamas | 6302 N. 17th Street | Morgan & Morgan, FT. Myers, PLLC |
| Mirakian, Samuel | 20316 Larino Loop | Morgan & Morgan |
| Mitchell, Tellina | 10902 NW 83rd St, Unit 07-201 | Podhurst Orseck, P.A. |

| Claimant Name | Address | Law Firm |
|---|---|---|
| Molina, Carlos and Margarita | 1690 Renaissance Commons Blvd., Unit 1308 | WHITFIELD BRYSON & MASON LLP |
| Moore, Brenda | 1464 Edward Street | Collins & Horsley, P.C. |
| Mosley, Shawn | 10440 SW Stephanie Way, Unit 203 | Pro Se |
| Murphy, Lawrence | 7021 Mayo Boulevard | Becnel Law Firm, LLC |
| Negrov, Pavel | 1316 Nucelli Road | Norton, Hammersley, Lopez & Skokos, P.A.  James, Hoyer, Newcomer & Smiljanich, P.A. |
| Neri, Carl | 9435 West Maiden Court | Reich & Binstock |
| Nicholas, Barbara | 7732 Dogwood Drive | Hurricane Legal Center, LLC |
| Noldge, Don | 2046 Beach Boulevard #D-102 | HAWKINS GIBSON PLLC |
| Nunez, Alvaro | 10833 NW 79 Street | Colson Hicks Eidson, P.A. |
| Ovicher, Joseph and Celine | 1690 Renaissance Commons Blvd., Unit 1417 | WHITFIELD BRYSON & MASON LLP |
| Packard, Suki and Michael | 3028 Lake Manatee Court | Roberts & Durkee PA  Milstein Adelman LLP |
| Palmer, Olga | 1233 Kendari Terrace | Roberts & Durkee PA  Milstein Adelman LLP |
| Patterson, Gary and Nicole | 3096 Juniper Lane | Pro Se |
| Patterson, Manuel | 6105-6107 Todd Street | Hurricane Legal Center, LLC |
| Pena, Orlando | 824 SW 17th Street | Parker Waichman |
| Peoples, Debra | 1350 Park Brooke Circle | Herman, Herman & Katz |
| Perez, Adela | 12430 SW 50 Street, Unit 113 | Baron & Budd, P.C. |
| Perez, Carlos | 8129 W 36th Street Unit #3 | Parker Waichman |
| Pernell, Staci | 2082 Sundown Drive | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Poggio, James and Janice | 13409 Ainsworth Lane | Whitfield, Bryson & Mason |
| Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd., Unit 2210 | WHITFIELD BRYSON & MASON LLP |
| Prosser, Charles; Davis, Laura Prosser, as Administrator of | 725 Navarre Avenue | Herman, Herman & Katz |

| Claimant Name | Address | Law Firm |
| --- | --- | --- |
| the Estate of Charles Harris Prosser | | |
| Querol, Damian | 3301 NE 183 Street, Unit 1207 | Podhurst Orseck, P.A. |
| Racius, Lubraine and Anese | 4013 24th Street SW | Parker Waichman |
| Rankins, Edward | 4841 Franciso Verrette | REICH & BINSTOCK, LLP |
| Redway, Robert | 2521 White Sand Lane | Baron & Budd P.C. |
| Renzetti, Nicholas | 1690 Renaissance Commons Blvd., Unit 1321 | WHITFIELD BRYSON & MASON LLP |
| Robles, Amparo and Jose | 12430 SW 50th Street, Apt. 147 | Parker Waichman |
| Rodriguez, Otonier and Margarita | 14141 Whitter Lane | Whitfield, Bryson & Mason |
| Rogers, Billy W. on behalf of Rogers Company | 3236 Van Cleave | Law Offices of Sidney D. Torres, III |
| Rogers, Billy W. on behalf of Rogers Company | 4501 Colony Drive Meraux, LA 70075 | Law Offices of Sidney D. Torres, III |
| Rogers, Billy W. on behalf of Rogers Company | 4505 Colony Drive Meraux, LA 70075 | Law Offices of Sidney D. Torres, III |
| Rogers, Michelle L. | 8313 Creole Drive | Herman, Herman & Katz |
| Santiago, Angel and Yvette | 4018 NW 12th Street | Parker Waichman |
| Santiago, Cesar and Crespo, Eileen | 12978 Turtle Cove Trail | Parker Waichman |
| Schandelmeier, Patricia | 25748 Deep Creek Blvd. | Pro Se |
| Sentino, Hubert | 3605/3607 Frenchmen Street | Hurricane Legal Center, LLC |
| Seymore, Danny | 86 Legends Lane | Collins & Horsley, P.C. |
| Sims, Sarah and Michael | 2017 Guerra Drive | Hurricane Legal Center, LLC |
| Smith, Richard | 8001 Sherwood Circle | Parker Waichman |
| St. Martin Lion's Club c/o Don Richardson | 15900 La Moyne Blvd. | Taylor Martino Zarzaur, PC |

| Claimant Name | Address | Law Firm |
| --- | --- | --- |
| Steele, Wanda | 7821 Mullet St | REICH & BINSTOCK, LLP |
| Steffy, Sandra and Meyers, Peggy | 26121 Highway 40 | Becnel Law Firm, LLC |
| Suarez, Eduardo and Mercedes | 14113 Stilton Street | Levin Papantonio |
| Suarez, Humberto | 208 SE 6th Street | Roberts & Durkee PA  Milstein Adelman LLP |
| Swan, Christiana and Harwick, Michael | 14125 Stowbridge Avenue | Levin Papantonio |
| Tarver, Theodore and Cynthia | 1016 Woodbrook Road | Whitfield, Bryson & Mason |
| Thrower, Christopher | 541 Ledbetter Road | Whitfield, Bryson & Mason |
| Tillman, Joel | 7522 Lucerne Street | Hurricane Legal Center, LLC |
| Tracey, Ronald | 402 Waveland Ave | HAWKINS GIBSON PLLC |
| Travis, Taylor | 11090 Douglas Rd | REEVES & MESTAYER |
| Trillo, Raquel | 12421 SW 50 CT, Unit 303 | Baron & Budd P.C. |
| Urso, Christopher | 2120 Delightful Dr | REICH & BINSTOCK, LLP |
| Urtubey, Jason | 2617 69th St W. | REICH & BINSTOCK, LLP |
| Vaca, Amada | 1152 SW Kickaboo Road | Allison Grant, P.A.  Baron & Budd, P.C. |
| Vargas, Odilio | 1690 Renaissance Commons Blvd., Unit 1424 | WHITFIELD BRYSON & MASON LLP |
| Verderame, Frances | 1690 Renaissance Commons Blvd., Unit 1219 | WHITFIELD BRYSON & MASON LLP |
| Voskressensky, Andre and Goldstein, Janet | 8627 Cobblestone Point Circle | Baron & Budd, P.C. |
| Waiters, James and Terrea | 3108 Angelique Drive | Hurricane Legal Center, LLC |
| Walker, Andrew and Cathy | 7460 Bridgeview Drive | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Walker, Christopher and Tanya | 712 Stanhope Close | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Washington, Monique | 5251 East Idlewood Court | Hurricane Legal Center, LLC |

| Claimant Name | Address | Law Firm |
|---|---|---|
| Watson, Jerry; Gordon; Karen and Charles | 1759 Fuller Drive | Levin Papantonio |
| Weekley, William and Charlotte | 6227 Clear Creek Road | Levin Papantonio |
| Welcome, Dave and Darnell | 7619 Berg Street | Hurricane Legal Center, LLC |
| Wells, Crystal | 534 Angela Street | Hurricane Legal Center, LLC |
| Whitfield, Douglas and Sherry deLeon, Gordon and Donna | 2609 Veronica Drive | Parker Waichman |
| Whitney, Brian | 435 S. Oregon Ave Unit 402 | REICH & BINSTOCK, LLP |
| Wiley III, John | 1541 Gerona Terrace | WHITFIELD BRYSON & MASON LLP |
| Wiley, Thad | 1660 Renaissance Commons Blvd. 2111 | WHITFIELD BRYSON & MASON LLP |
| Williams, Albert | 3015 Clouet Street | Hurricane Legal Center, LLC |
| Williams, Deborah | 2101 caluda lane | WHITFIELD BRYSON & MASON LLP |
| Williams, Logan A. | 2429 Judy Drive | Herman, Herman & Katz |
| Williams, Raymond and Johnell | 7150 West Renaissance Court | Hurricane Legal Center, LLC |
| Wilson, Alton and Rhonda | 15570 Hwy. 104 | Levin Papantonio |
| Wilson, Darrell and Darlene | 24226 Santa Inez Road | Parker Waichman |
| Winsome, Russell n/k/a Hutchinson, Winsome | 184 Wanatah Avenue | Morgan & Morgan |
| Wong, Kenneth | 4230 NW 33rd Street | Baron & Budd P.C. |
| Zavala, Carlos | 14119 Danpark Loop | Parker Waichman |