UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (FL)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (LA)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (VA)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 12-0498 (LA) | |

**JAMES KEPOUROS AND DELIA KEPOUROS' NOTICE OF**
**VOLUNTARY DISMISSAL OF DEFENDANTS**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, JAMES KEPOUROS and DELIA KEPOUROS, hereby dismiss, with prejudice, all of their claims against all Defendants in Plaintiffs' Omnibus Complaints set forth in the above caption. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Allison Grant, P.A., counsel for JAMES KEPOUROS and DELIA KEPOUROS, dated June 1, 2018, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated:   June 4, 2018	/s/ Leonard A. Davis
	Russ M. Herman, Esquire (Bar No. 6819)
	Leonard A. Davis, Esquire (Bar No. 14190)
	Stephen J. Herman, Esquire (Bar No. 23129)
	HERMAN, HERMAN & KATZ, L.L.C.
	820 O'Keefe Avenue
	New Orleans, Louisiana 70113
	Phone: (504) 581-4892
	Fax: (504) 561-6024
	ldavis@hhklawfirm.com
	*Plaintiffs' Liaison Counsel*
	*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller and Harry Rosenberg, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of June, 2018.

	/s/ Leonard A. Davis
	Leonard A. Davis, Esquire
	HERMAN, HERMAN & KATZ, L.L.C.
	820 O'Keefe Avenue
	New Orleans, Louisiana 70113
	Phone: (504) 581-4892
	Fax: (504) 561-6024
	ldavis@hhklawfirm.com
	*Plaintiffs' Liaison Counsel*
	*MDL 2047*