# EXHIBIT "A"

## ALLISON GRANT, P.A.
**Attorney at Law**

14 Southeast 4th Street
Boca Raton, Florida  33432
Tel: (561) 994-9646
Fax: (561) 431-4627
Email: agrant@allisongrantpa.com

June 1, 2018

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

    In Re: Chinese Manufactured Drywall Products Liability Litigation
    James and Delia Kepouros: 1936 Four Mile Cove, Cape Coral, Florida  33990

Dear Mr. Herman:

    My clients, James and Delia Kepouros, authorize Herman, Herman & Katz, LLC to sign any appropriate documents and/or pleadings on their behalf to voluntary dismiss with prejudice all of their claims in the above referenced matter.

    Thank you for your cooperation.

                              Sincerely,

                              Allison Grant