UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

This Document Relates to:

Greg Descher, et ux. V. Knauf GIPS KG, et al.
No. 17-17500

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COME NOW the Plaintiffs, GREG & MEREDITH DESCHER, by and through undersigned counsel, and file this, their Motion for Leave to File an Amended Complaint against the Defendants, KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., and Fictitious Defendants A-Z (collectively "Defendants"), and in support thereof would show unto this Honorable Court the following, to-wit:

I.

Plaintiffs filed their Complaint on or about September 11, 2017.

II.

Since that time, Plaintiffs have filed Motions for Extension of Time Within Which to Complete Service of Process, and there is currently an Order entered granting them until June 7, 2018.

III.

Plaintiffs move this Honorable Court for leave to file an Amended Complaint in the same form as the proposed Amended Complaint attached hereto as Exhibit "A". Since service has not been completed and no Defendants have made an appearance, there is no opposition.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this, their Motion for Leave to File an Amended Complaint, be received and filed, and that this Court will enter an Order granting Plaintiffs leave to file their Amended Complaint.

RESPECTFULLY SUBMITTED this, the 4th day of June, 2018.

> GREG & MEREDITH DESCHER, Individually and on Behalf of Others Similarly Situated, Plaintiffs
>
> By: /s/ Stephen W. Mullins
>       STEPHEN W. MULLINS

*Attorneys for Plaintiffs*

STEPHEN W. MULLINS (MS Bar No. 9772)
**Luckey & Mullins, PLLC**
Post Office Box 990
Ocean Springs, MS  39566
Telephone: 228-875-3175
Facsimile: 228-872-4719
Email:  smullins@luckeyandmullins.com

OF COUNSEL:

NICHOLAS ROCKFORTE (LA Bar No. 31305)
**Pendley, Baudin & Coffin, L.L.P.**
P.O. Drawer 71
Plaquemine, Louisiana 70765-0071
Tele: 225-687-6396
Fax:  225-687-6398
Email:  nrockforte@pbclawfirm.com