UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                              MDL NO. 2047

This Document Relates to:

Greg Descher, et ux. V. Knauf GIPS KG, et al.
No. 17-17500

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

THIS DAY this cause came on to be heard upon Plaintiffs, Greg and Meredith Descher', Motion for Leave to File an Amended Complaint, and the Court, after having considered same, finds that the Motion is well-taken and should be sustained.

It is, therefore,

ORDERED AND ADJUDGED that Plaintiffs be, and they are hereby granted leave to file an Amended Complaint in the same form as that attached as Exhibit "A" to the Motion.

SO ORDERED AND ADJUDGED this, the ____ day of June, 2018.

_____
**U. S. DISTRICT COURT JUDGE**

This Order prepared & submitted by:

*Attorney for Plaintiffs*

STEPHEN W. MULLINS (LA Bar No. 22124)
**Luckey & Mullins, PLLC**
Post Office Box 990
Ocean Springs, MS  39566
Telephone: 228-875-3175
Facsimile: 228-872-4719
Email:  smullins@luckeyandmullins.com