UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has received the Taishan Defendants' motions to dismiss certain Plaintiffs' claims for failure to comply with PTO 11A, R. Docs. 21351, 21353. The parties have conferred and agreed the following briefing schedule:

- The PSC will respond to Defendants' motions by July 3, 2018
- CNBM/BNBM and Taishan will file any replies by July 13, 2018
- The Court will hear oral argument on the motions following the July 18, 2018 Monthly Status Conference

Accordingly,

**IT IS ORDERED** that the above motions be set for oral argument on July 18, 2018 following the Monthly Status Conference.

New Orleans, Louisiana, this 1st day of June, 2018.

_____
United States District Judge