# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES, WITH SPECIFIC NOTICE TO THE FOLLING RELATED CASES: | MAG. JUDGE WILKINSON |
| 2:09-cv-04320-EEF-JCW | |
| 2:09-cv-04657-EEF-JCW | |
| 2:09-cv-05869-EEF-JCW | |
| 2:09-cv-05871-EEF-JCW | |
| 2:09-cv-05872-EEF-JCW | |
| 2:09-cv-06532-EEF-JCW | |
| 2:09-cv-06533-EEF-JCW | |
| 2:09-cv-06534-EEF-JCW | |
| 2:09-cv-06538-EEF-JCW | |
| 2:09-cv-06545-EEF-JCW | |
| 2:09-cv-06547-EEF-JCW | |
| 2:09-cv-06737-EEF-JCW | |
| 2:09-cv-06751-EEF-JCW | |
| 2:11-cv-00336-EEF-JCW | |

## **NOTICE OF FILING ORDER SUSPENDING JEREMY W. ALTERS**

Jeremy W. Alters, Esq. hereby gives notice to the Court, Clerk of Court, and all counsel and parties of record of the attached Order of Suspension of the Supreme Court of Florida, to take effect thirty days from the Order. ("Exhibit A")

Dated: June 6, 2018.

Respectfully Submitted,

By: ___/s Matthew T. Moore_____
 Matthew T. Moore, Esq.
 matthew@alterslaw.com
 Florida Bar No.: 70034
 *Of Counsel*

 Jeremy W. Alters, Esq.
 jeremy@alterslaw.com

        Florida Bar No.: 111790

        Alters Law Firm, P.A.
        n/k/a The Justin Grosz Firm, P.A.
        1855 Griffin Road, Ste C-470
        Dania Beach, Florida 33004
        Telephone: (305) 571-8550
        Facsimile: (305) 571-8558

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of June, 2018 the above and foregoing pleadings has been served upon all counsel of record and all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
matthew@alterslaw.com
Florida Bar No.: 70034
*Of Counsel*