# Supreme Court of Florida

MONDAY, MAY 21, 2018

CASE NO.: SC14-100
Lower Tribunal No(s).:
2012-70,199(11P)

THE FLORIDA BAR				vs.	JEREMY W. ALTERS

Complainant(s)					Respondent(s)

    On the Court's own motion, and having considered the Report of Referee, the briefs filed by the parties, and the issues presented at oral argument, Respondent is suspended from the practice of law until further order of this Court, effective thirty days from the date of this order so that Respondent can close out his practice and protect the interests of existing clients. If Respondent notifies this Court in writing that he is no longer practicing and does not need the thirty days to protect existing clients, this Court will enter an order making the suspension effective immediately. Respondent shall fully comply with Rule Regulating the Florida Bar 3-5.1(h).

    Respondent is further ordered:

    a. To accept no new clients from the date of this Court's order and to cease representing any clients after thirty days of this Court's order.

    b. To immediately furnish a copy of Respondent's suspension order to all clients, opposing counsel and courts before which Respondent is counsel of record and to furnish Staff Counsel of The Florida Bar with the requisite affidavit listing all clients, opposing counsel and courts so informed within thirty days of this Court's order.

    c. To stop disbursing or withdrawing any monies from any trust account without approval of the Florida Supreme Court or a referee appointed by the Florida Supreme Court or order of the circuit court in which an inventory attorney has been appointed.

    d. To deposit into a specified trust account all sums received from the practice of law, whether as fees, costs, deposits, or trust funds, within thirty days of this Court's order and to immediately advise Bar Counsel of the receipt and location of said funds.

**CASE NO.:** SC14-100
Page Two

  e. To immediately notify in writing all financial institutions in which Respondent maintains trust accounts of the provisions of Respondent's suspension and to provide said financial institutions with a copy of this Court's order, and furthermore, to provide Bar Counsel with a copy of the notice sent to each financial institution.

  <u>The filing of a motion for rehearing shall not alter the effective date of this suspension.</u>

LABARGA, C.J., and PARIENTE, LEWIS, QUINCE, CANADY, POLSTON, and LAWSON, JJ., concur.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court



as
Served:

WILLIAM MULLIGAN
ANDREW SCOTT BERMAN
JAMIE LEIGH WEBNER
ADRIA E. QUINTELA
HON. MARCIA B. CABALLERO, JUDGE