UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:**
*Donna Little, et al. v. Taishan Gypsum Co. Ltd., et al.*
2:14-cv-0587-EEF-JCW

## ORDER

Before the Court is Plaintiffs' Second Motion to Amend Complaint. R. Doc. 20299. This motion was previously set for oral argument at the November 2016 Monthly Status Conference. However, it is the understanding of the Court that Plaintiffs intended to withdraw this motion prior to that hearing date. *See* Transcript November 2016 Monthly Status Conference, p. 6.

Accordingly,

**IT IS ORDERED** that the Plaintiffs' Second Motion to Amend Complaint, R. Doc. 20299, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 7th day of June, 2018.

_____
United States District Judge