UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is the Plaintiffs' Steering Committee's ("PSC") Motion for Leave to Exceed Page Limitation. R. Doc. 20935. This motion requested permission to exceed the page limitation for the PSC's response in opposition to R. Doc. 20882. However, the motion 20882 has been resolved, R. Doc. 21088.

Accordingly,

**IT IS ORDERED** that the PSC's Motion for Leave to Exceed Page Limitation, R. Doc. 20935, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 7th day of June, 2018.

_____
United States District Judge