UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** 09-7042

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw their previous Motion to Dismiss. R. Doc. 21100.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Withdraw, R. Doc. 21100 is hereby **GRANTED** and Plaintiffs' Motion to Dismiss, R. Doc. 21091, is hereby **WITHDRAWN**.

New Orleans, Louisiana, this 7th day of June, 2018.

_____
United States District Judge