UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION L  JUDGE FALLON  MAGISTRATE JUDGE  WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

## <u>ORDER</u>

Before the Court is Arch Insurance Company's Motion to Adopt. R. Doc. 20941. This motion requested permission to adopt Interior Exterior Building Supply's Motion for Permanent Injunction, R. Doc. 20891. However, the motion 20891 has been resolved, R. Doc. 21177.

Accordingly,

**IT IS ORDERED** that Arch Insurance Company's Motion to Adopt, R. Doc. 20941, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 7th day of June, 2018.

_____
United States District Judge