UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is the Fee Committee's Motion to Substitute Exhibit to Motion. R. Doc. 20561. This motion requested permission to amend an exhibit attached to R. Doc. 20467. However, the motion 20467 has been resolved, R. Doc. 20641.

Accordingly,

**IT IS ORDERED** that the Fee Committee's Motion to Substitute Exhibit to Motion, R. Doc. 20561, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 7th day of June, 2018.

_____
United States District Judge