UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| _____ | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| _____ | : | |

ORDER GRANTING GLICKMAN & RODRIGUEZ
MOTION TO ATTEND BY TELEPHONE

Considering Counsel for Plaintiffs' Motion to Attend by Telephone for oral argument on June 12, 2018 at 9:00 a.m., IT IS HEREBY ORDERED that the Motion is GRANTED. Counsel for David and Joan Glickman and Robert Rodriguez may attend by telephone.

NEW Orleans, Louisiana, this _____ day of June, 2018.

_____
Eldon E. Fallon
United States District Judge