UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                                  MDL NO. 2047

This Document Relates to:

Greg Descher, et ux. V. Knauf GIPS KG, et al.
Case No. 17-17500

---

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO COMPLETE SERVICE OF PROCESS**

---

Plaintiffs, Greg and Meredith Descher, by and through undersigned counsel, hereby file this Motion for Extension of Time within which to Complete Service of Process, and for the reasons set forth herein, Plaintiffs request that this Court enter an Order extending the time within which to complete service of process.

I.

Plaintiffs filed their Complaint in this matter on September 11, 2017, in the U. S. District Court for the Southern District of Mississippi.  This Court has subsequently granted extensions of time within which to complete service of process, with the last Order making the deadline June 7, 2018.

III.

Plaintiffs have recently filed a Motion for Leave to File an Amended Complaint which is currently pending.  At this time, proof of service of the original Complaint on either Defendant still has been received; therefore, Plaintiffs must once again request additional time.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this, their Motion for Extension of Time Within Which to Complete Service of Process, be received and

filed, and that upon a full and complete hearing hereon, that this Honorable Court will enter its Order extending the time within which to complete service of process.

RESPECTFULLY SUBMITTED this, the 7th day of June, 2018.

>GREG and MEREDITH DESCHER, Plaintiffs
>
>By and Through Their Attorneys,
>LUCKEY & MULLINS, PLLC
>
>BY: _____/s/ Stephen W. Mullins_____

*Attorneys for Plaintiffs*

STEPHEN W. MULLINS (MS Bar No. 9772)
**Luckey & Mullins, PLLC**
Post Office Box 990
Ocean Springs, MS  39566
Telephone: 228-875-3175
Facsimile: 228-872-4719
Email:  smullins@luckeyandmullins.com

OF COUNSEL:

NICHOLAS ROCKFORTE (LA Bar No. 31305)
**Pendley, Baudin & Coffin, L.L.P.**
P.O. Drawer 71
Plaquemine, Louisiana 70765-0071
Tele: 225-687-6396
Fax:  225-687-6398
Email:  nrockforte@pbclawfirm.com

## CERTIFICATE OF SERVICE

I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically filed the above and foregoing Motion with this Court using the ECF filing system which has caused notification of such filing to be sent to registered counsel of record.

THIS, the 7th day of June, 2018.



                                                     */s/ Stephen W. Mullins*
                                                     STEPHEN W. MULLINS