*Beveridge, Richard and Diana, et al., individually and on behalf of all others similarly situated v. Taishan Gypsum Co., Ltd., et al. - Civ. 2:17-cv-08288*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XXXI(B)) In Intervention (MS)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Beveridge, Richard & Diana | 11 Oak Alley Lane, Long Beach, MS 39560 | 3380 Depew Avenue, Port Charlotte, FL 33952 | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Patel, Sanjay & Sharoj | 12 Oak Alley Lane, Long Beach, MS 39560 | 4060 Riversong Drive, Suqanee, GA 30024 | GA | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Saidi, Parwin; Saidi, Johnaqa; and, SaidiP, LLC | 13 Oak Alley Lane, Long Beach, MS 39560 | 3616 Park Glenn Drive, Moore, OK 73160 | OK | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |