| Banks, Anne S. and Thomas, individually and on behalf of all others similarly situated v. Taishan Gypsum Co., Ltd., et al. - Civ. 2:17-cv-08284 |
| --- |
| Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XXVIII(B)) In Intervention (AL) |

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
| --- | --- | --- | --- | --- |
| Banks, Anne S. & Banks, Thomas S. | 4213 Milhaven Drive, Birmingham, AL  35243 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Eves, Royce | 60 Pinebark Court, Wetumpka, AL  36093 | 79 Mulder Cove Lane, Wetumpka, AL  36093 | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| McIsaac, Summer | 1539 Crown Point Drive, Gardendale, AL  35071 | | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Signature Investments, LLC | 1495 Brooks Road, Sylacauga, AL  35150 | 109 North Broadway Avenue, Sylacauga, AL 35150 | AL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |