*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Abitbol, Gilbert | 1451 Hepner Street SE, Palm Bay, FL 32909 | 184-33 Tudor Road, Jamaica Estates, NY 11423 | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Allman, James and Tamera | 103 Gregg Court<br>Lot 2 Pozier Acres<br>Moyock, NC 27958 | 5211 Lindbergh Avenue Kitty Hawk, NC 27949 | NC | Richard J. Serpe, Esq.<br>Law Offices of Richard J. Serpe, P.C.<br>580 East Main Street, Suite 310<br>Norfolk, Virginia 23510 |
| Alvarez, Sem | 2217 N.W. 7th Street, Unit 1201, Miami, FL 33125 | | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| Arroyo, Carlos | 2217 N.W. 7th Street, Unit 706, Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| Baldelomar, Paola Yesenia | 2217 NW 7 ST, #605, Miami, FL 33126 | | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Banks, Anne S. & Banks, Thomas S. | 4213 Milhaven Drive, Birmingham, AL 35243 | | AL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |

| *McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127* |||||
|---|---|---|---|---|
| *Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)* |||||
| **Plaintiff(s) (Last/First)** | **Affected CDW Property Address (include city, state and zip code)** | **Current Address of Plaintiff(s) if different from Affected CDW Property Address** | **Citizenship (State) of Plaintiff(s)** | **Law Firm(s) Representing Plaintiff(s); Email Adresses** |
| Barata, Gilda | 2217 N.W. 7th Street, Unit 1007 Miami, FL 33125 | SAME | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| Barcelona Condo Association 2217 | All Affected Units | 2217 N.W. 7th Street, Miami, FL 33125 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| Beveridge, Richard & Diana | 11 Oak Alley Lane, Long Beach, MS 39560 | 3380 Depew Avenue, Port Charlotte, FL 33952 | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| C4 Barcelona 1 LLC | 2217 N.W. 7th Street, Unit 506, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 502, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 503, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 507, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 508, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 606, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 703, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 707, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 802, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 906, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| C4 Barcelona 2 LLC | 2217 N.W. 7th Street, Unit 908, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| C4 Barcelona 3 LLC | 2217 N.W. 7th Street, Unit 1108, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| C4 Barcelona 3 LLC | 2217 N.W. 7th Street, Unit 809, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| C4 Barcelona 3 LLC | 2217 N.W. 7th Street, Unit 1006, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| C4 Barcelona 3 LLC | 2217 N.W. 7th Street, Unit 1008, Miami, FL 33125 | 1398 S.W. 1st Street, 12th Floor, Miami, FL 33135 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Claro, Elio & Zaldivar-Claro, Brenda | 4342 14th Avenue NE, Naples, FL 34120 | 4905 Lowell Drive, Ave Maria, FL 34142 | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Clevenger, Michael Travis | 3906 SW Kabane Street, Port St. Lucie, FL 34953 | 10940 Oyster Bay Circle, New Port Richey, FL 34654 | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Contreras, Xiomara | 2217 N.W. 7th Street, Unit 807 Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| Cosnowski, William & Cosnowski, Christine B. | 11442 Heritage Point Drive, Hudson, FL 34667 | 42401 Tessmer Drive, Sterling Heights, MI 48314 | MI | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| de Esquijarosa, Mariana | 2217 N.W. 7th Street, Unit 608, Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |

*McDonnell, James E., et al. , individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Degado, Teresa | 2217 N.W. 7th Street, Unit 501, Miami, FL 33125 | Same | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| del Rio, Barbara | 2217 N.W. 7th Street, Unit 804, Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| Eves, Royce | 60 Pinebark Court, Wetumpka, AL 36093 | 79 Mulder Cove Lane, Wetumpka, AL 36093 | AL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Farinella, Richard H. | 1609 SW 22nd Lane, Cape Coral, FL 33991 | | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Fernandez, Lorraine | 200 171st Avenue East, North Redington Beach, FL 33708 | 803 Brooker Village Circle, Lutz, FL 33548 | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Ferreira, Darren | 192 171st Avenue East, North Redington Beach, FL 33708 | 126 Hamilton Hedge Palce, Cary, NC 27519 | NC | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Fiala, John and Joan | 101 Potecasi Creek Court Hertford, NC 27944 | 114 Milton Lane Warren Center, PA 18851 | PA | Richard J. Serpe, Esq.<br>Law Offices of Richard J. Serpe, P.C.<br>580 East Main Street, Suite 310<br>Norfolk, Virginia 23510 |
| Franco, Brenda del Pilar | 2217 NW 7 ST, #1204, Miami, FL 33126 | | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Frizzle, Jerome; Frizzle, Magnoria | 103 Forge Drive, Crestview, FL 32539 | | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Funez, Gladys | 2217 NW 7 ST, #505, Miami, FL 33126 | | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |

| McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127 Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA) | | | | |
|---|---|---|---|---|
| **Plaintiff(s) (Last/First)** | **Affected CDW Property Address (include city, state and zip code)** | **Current Address of Plaintiff(s) if different from Affected CDW Property Address** | **Citizenship (State) of Plaintiff(s)** | **Law Firm(s) Representing Plaintiff(s); Email Adresses** |
| Garcia, Belkys & Quintanilla, Ivan L. | 2217 NW 7 ST, #1209 Miami, FL 33126 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| German, Betty | 7545 Tamarind Avenue, Tampa, FL 33625 | | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Gilliam, Mary | 3006 North 19th Avenue, Milton, FL 32583 | 116 Grand Flora Way, Santa Rosa Beach, FL 32459 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| Gilliam, Mary | 3010 North 19th Avenue, Milton, FL 32583 | 116 Grand Flora Way, Santa Rosa Beach, FL 32459 | FL | James V. Doyle, Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 (phone) jimmy@doylefirm.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 902, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire Colson Hicks Eidson 255 Alhambra Circle, Penthouse 305 476-7400 (phone) 305 476-7444 (fax) patrick@colson.com |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| GRAN VIA | 2217 N.W. 7th Street, Unit 903, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 909, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1002, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1003, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1004, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1005, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| GRAN VIA | 2217 N.W. 7th Street, Unit 1009, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1101, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1102, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1103, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1104, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1107, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| GRAN VIA | 2217 N.W. 7th Street, Unit 1202, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1203, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1207, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| GRAN VIA | 2217 N.W. 7th Street, Unit 1109, Miami, FL 33125 | 444 Brickell Avenue, Suite 700, Miami, FL 33131 | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| Groves, Brian | 5670 Gooseneck Road Riegelwood, NC 28456 | 2532 Flint Drive Wilmington, NC 28401 | NC | Richard J. Serpe, Esq.<br>Law Offices of Richard J. Serpe, P.C.<br>580 East Main Street, Suite 310<br>Norfolk, Virginia 23510 |
| Hernandez, Patsy | 2217 N.W. 7th Street, Unit 709, Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Iraheta, Raul | 2217 N.W. 7th Street, Unit 509, Miami, FL 33125 | Same | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| James, Josephine | 7200 Springlake Drive, New Orleans, LA 70126 | | LA | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Janicek, Sue | 7554 Tamarind Avenue, Tampa, FL 33625 | | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Maldonado, Victor | 2217 N.W. 7th Street, Unit 602, Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| Masis, Enrique | 2217 N.W. 7th Street, Unit 607, Miami, FL 33125 | SAME | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| McDonnell, James | 198 171st Avenue East, North Redington Beach, FL 33708 | | FL | Plaintiffs' Steering Committee |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| McIsaac, Summer | 1539 Crown Point Drive, Gardendale, AL 35071 | | AL | Doyle Law Firm, PC; 2100 Southbridge Parkway, Suite 650, Birmingham, AL 35226; jimmy@doylefirm.com |
| Michel, Griselda | 2217 N.W. 7th Street, Unit 601, Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| Moore, Bernadette | 6601 Pauline Drive, New Orleans, LA 70126 | | LA | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Moore, Carol | 2217 N.W. 7th Street, Unit 5-103 Miami, FL 33125 | SAME | FL | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| Ngo, Henry; Ngo, Sarah | 7547 Tamarind Avenue, Tampa, FL 33625 | | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Nierle, Joseph | 1735 Pauline Street, New Orleans, LA 70117 | | LA | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Nolasco, Winor R. | 2217 N.W. 7th Street, Unit 907, Miami, FL 33125 | SAME | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| Ortuno, Carlos & Leticia | 2217 N.W. 7th Street, Unit 1001, Miami, FL 33125 | SAME | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |
| Patel, Sanjay & Sharoj | 12 Oak Alley Lane, Long Beach, MS 39560 | 4060 Riversong Drive, Suqanee, GA 30024 | GA | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Rollins, Gerald T. | 659 Windermere Drive, Lehigh Acres, FL 33972 | 257 J4 Ranch Road, Labelle, FL 33935 | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Romero, Carlos | 2217 N.W. 7th Street, Unit 603, Miami, FL 33125 | SAME | Florida | Patrick Montoya, Esquire<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>305 476-7400 (phone)<br>305 476-7444 (fax)<br>patrick@colson.com |

*McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127*
*Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)*

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Saidi, Parwin; Saidi, Johnaqa; and, SaidiP, LLC | 13 Oak Alley Lane, Long Beach, MS 39560 | 3616 Park Glenn Drive, Moore, OK 73160 | OK | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Sandmeier, Peter; Sandmeier, Marianne; PAM Enterprise of SW FL, LLC | 1719 SW 54th Street, Cape Coral, FL 33914 | | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Sandoval, Elsa Z. | 2217 NW 7 ST, #504, Miami, FL 33126 | | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Signature Investments, LLC | 1495 Brooks Road, Sylacauga, AL 35150 | 109 North Broadway Avenue, Sylacauga, AL 35150 | AL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Stuart Podolsky o.b.o. Balmoral Special, LLC | 9801 Collins Avenue, Unit 10Z, Bal Harbour, FL 33154 | | NY | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Stutzman, Diane | 5356 LRC Road, Waterloo, IL 62298 | P.O. Box 2530, Hutchinson, KS 67504 | IL | Plaintiffs' Steering Committee |

***McDonnell, James E., et al., individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-4127***
***Exhibit "A" -- Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XX(E)) In Intervention (LA)***

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Adresses |
|---|---|---|---|---|
| Van Drie, Anjali | 4101 NW 22nd Street, Cape Coral, FL 33993 | | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Wieland, Dana | 7549 Tamarind Avenue, Tampa, FL 33625 | | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |
| Williams, Peter | 20400 SW 316 ST, Miami, FL 33030 | 10710 SW 154 ST, Miami, FL 33157 | FL | James V. Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>(205) 533-9500 (phone)<br>jimmy@doylefirm.com |