# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO:**

*ALL CASES*

## ORDER

Considering Taylor Martino, P.C.'s Joinder in Relief Sought in Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository or Back into the Court Registry;

IT IS ORDERED BY THE COURT that the Motion is GRANTED.

New Orleans, Louisiana, this  7th  day of _____June_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge

1