UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                     MDL NO. 2047

This Document Relates to:

Greg Descher, et ux. V. Knauf GIPS KG, et al.
No. 17-17500

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT**

THIS DAY this cause came on to be heard upon Plaintiffs, Greg and Meredith Descher', Motion for Leave to File an Amended Complaint, and the Court, after having considered same, finds that the Motion is well-taken and should be sustained.

It is, therefore,

ORDERED AND ADJUDGED that Plaintiffs be, and they are hereby granted leave to file an Amended Complaint in the same form as that attached as Exhibit "A" to the Motion.

SO ORDERED AND ADJUDGED this, the  7th  day of June, 2018.

**U. S. DISTRICT COURT JUDGE**