UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

**ORDER**

Considering Morris Bart, L.L.C.'s Motion to Join and Adopt Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank Or Back Into The Court Registry (R. Doc. 21338);

IT IS ORDERED BY THE COURT that the Motion is GRANTED.

New Orleans, Louisiana, this __7th__ day of _____June_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge