# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES, WITH SPECIFIC NOTICE TO THE FOLLING RELATED CASES: | MAG. JUDGE WILKINSON |
| 2:09-cv-04320-EEF-JCW | |
| 2:09-cv-04657-EEF-JCW | |
| 2:09-cv-05869-EEF-JCW | |
| 2:09-cv-05871-EEF-JCW | |
| 2:09-cv-05872-EEF-JCW | |
| 2:09-cv-06532-EEF-JCW | |
| 2:09-cv-06533-EEF-JCW | |
| 2:09-cv-06534-EEF-JCW | |
| 2:09-cv-06538-EEF-JCW | |
| 2:09-cv-06545-EEF-JCW | |
| 2:09-cv-06547-EEF-JCW | |
| 2:09-cv-06737-EEF-JCW | |
| 2:09-cv-06751-EEF-JCW | |
| 2:11-cv-00336-EEF-JCW | |

## NOTICE OF FIRM NAME/ADDRESS CHANGE

Pursuant to the notice from the Clerk of Court to correct deficient Doc. No. 21362, notice is hereby given to the Court, Clerk of Court, and all counsel and parties of record, that Alters Law Firm, P.A., which is of record in these matters, has changed its name to The Justin Grosz Firm, P.A.  The address of the firm should now be: 1855 Griffin Road, Suite C-470, Dania Beach, FL 33004,[1] and the phone and fax numbers remain unchanged as (305) 571-8550 and (305) 571-8558, respectively.

Dated:  June 8, 2018.

Respectfully Submitted,

---

[1] The Clerk's Office may still have the former address of 4141 NE 2nd Avenue, Miami, FL 33137 on file.

By: /s Matthew T. Moore
    Matthew T. Moore, Esq.
    matthew@alterslaw.com
    matthew@thejgfirm.com
    Florida Bar No.: 70034
    *Of Counsel*

THE JUSTIN GROSZ FIRM, P.A.
f/k/a Alters Law Firm, P.A.
1855 Griffin Road, Ste C-470
Dania Beach, Florida 33004
Telephone:   (305) 571-8550
Facsimile:    (305) 571-8558

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of June, 2018 the above and foregoing pleadings has been served upon all counsel of record and all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
matthew@alterslaw.com
matthew@thejgfirm.com
Florida Bar No.: 70034
*Of Counsel*