**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED** | MDL NO. 2047 |
| **DRYWALL PRODUCTS** | |
| **LIABILITY LITIGATION** | SECTION: L |
| | |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | |
| THE FOLLING CASES: | MAG. JUDGE WILKINSON |
| 2:09-cv-04320-EEF-JCW | |
| 2:09-cv-04657-EEF-JCW | |
| 2:09-cv-05869-EEF-JCW | |
| 2:09-cv-05871-EEF-JCW | |
| 2:09-cv-05872-EEF-JCW | |
| 2:09-cv-06532-EEF-JCW | |
| 2:09-cv-06533-EEF-JCW | |
| 2:09-cv-06534-EEF-JCW | |
| 2:09-cv-06538-EEF-JCW | |
| 2:09-cv-06545-EEF-JCW | |
| 2:09-cv-06547-EEF-JCW | |
| 2:09-cv-06737-EEF-JCW | |
| 2:09-cv-06751-EEF-JCW | |
| 2:11-cv-00336-EEF-JCW | |

_____

**MOTION FOR SUBSTITUTION OF COUNSEL**
**(WITHIN FIRM)**

COMES NOW Justin D. Grosz, Esq. of The Justin Grosz Firm, P.A. (f/k/a Alters Law Firm, P.A.) and respectfully requests that he be substituted as counsel in all Chinese Drywall matters where the firm is of record (cases listed in the case style, above).[1]  This motion results from the suspension of Jeremy W. Alters by the Supreme Court of Florida.  He further requests that all notices, documents, pleadings and correspondence be directed to him, and that his e-mail for these matters should be justin@thejgfirm.com (primary) and marisela@thejgfirm.com (secondary).  A proposed order and an ECF registration form are attached hereto.

Dated:  June 8, 2018.

Respectfully Submitted,

---

[1] A Notice of Firm/Name Address Change has been contemporaneously filed with this motion, reflecting the firm name change from Alters Law Firm, PA to The Justin Grosz Firm, PA in the pending cases listed above.

By:___*/s Matthew T. Moore*_____
      Matthew T. Moore, Esq.
      matthew@alterslaw.com
      matthew@thejgfirm.com
      Florida Bar No.: 70034
      *Of Counsel*

THE JUSTIN GROSZ FIRM, P.A.
f/k/a Alters Law Firm, P.A.
1855 Griffin Road, Ste C-470
Dania Beach, Florida 33004
Telephone:    (305) 571-8550
Facsimile:    (305) 571-8558

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this 8th day of June, 2018 the above and foregoing pleadings has been served upon all counsel of record and all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

By:     */s Matthew T. Moore*     
Matthew T. Moore, Esq.
matthew@alterslaw.com
matthew@thejgfirm.com
Florida Bar No.: 70034
*Of Counsel*
