UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO:
*ALL CASES*

JUDGE FALLON
MAG. JUDGE WILKINSON

******************************************************************************

## YANCE LAW FIRM'S NOTICE OF OBJECTION TO JOINT REPORT NO. 100

Comes Now, the undersigned counsel and objects to the Joint Report No. 100 [Rec. Doc. 21389] filed by Liaison Counsel in this action on June 8, 2018 insofar as its reference to Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank or Back Into the Court Registry [Rec. Doc. 21338] (hereinafter the "Yance QSF Motion").

Undersigned counsel filed and served the Yance QSF Motion on May 18, 2018 along with a memorandum and exhibits in support thereof, as well as a Notice of Submission pursuant to Local Rule 7.2 with a submission date of June 12, 2018.  Court staff confirmed to the undersigned Counsel that the Yance QSF Motion is in fact calendared for submission on June 12, 2018.  As such, any response in opposition thereto was due on or before June 4, 2018 (5 days ago), and no such response has been filed. The Yance QSF Motion raises very serious issues concerning the approximately 200 million dollars of attorney fees deposited with Esquire Bank and the need to transfer the money immediately and it has now remained unopposed for three (3) weeks.

The Joint Report No. 100 on page 13 states that the Yance QSF Motion "has not been set for hearing and will be discussed further at the June 12, 2018 monthly status conference." To the extent this statement is intended to indicate that the Yance QSF Motion is not set for submission to the Court on June 12, 2018, or is otherwise not ripe for the Court's ruling based upon the unopposed written submissions of the Motion, supporting documents, and the Joinders therein by other firms then the undersigned counsel absolutely disagrees and objects. If "discussed further" merely means acknowledging to the Court that there is no opposition and that the Yance QSF Motion is ripe for the Court's ruling, then so be it- this Objection can be ignored. The urgency of the Yance QSF Motion is clear on its face and it concerns a very large amount of money belonging to a very large number of people. Any attempt to delay a ruling on this motion would be unreasonable under the circumstances.

Respectfully submitted,

/s/ R. Tucker Yance
R. TUCKER YANCE
Ala. State Bar #- ASB-9775-H71Y
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served upon Plaintiffs' Liaison Counsel Russ M. Herman and Defendants' Liaison Counsel Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of June, 2018.

/s/ R. Tucker Yance
R. TUCKER YANCE
Ala. State Bar #- ASB-9775-H71Y
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com