UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D.La.)<br><br>*Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. Action No. 15-4127 (E.D.La.) | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering the Plaintiffs' Steering Committee ("PSC") Second Motion to Substitute Appendix to the Court's May 21, 2018 Order,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the clerk is directed to substitute the Appendix to the PSC's Second Motion to Substitute in place of the Appendix to the Court's May 21, 2018 Order (Rec.Doc. 21339-1, Appendix) and May 29, 2018 (Rec. Doc. 21344.)

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge