UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| _____ | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| _____ | : | |

### ORDER GRANTING GLICKMAN & RODRIGUEZ
### MOTION TO ATTEND BY TELEPHONE

Considering Counsel for Plaintiffs' Motion to Attend by Telephone for oral argument on June 12, 2018 at 9:00 a.m., IT IS HEREBY ORDERED that the Motion is GRANTED.  Counsel for David and Joan Glickman and Robert Rodriguez may attend by telephone.

NEW Orleans, Louisiana, this  11th   day of June, 2018.

Eldon E. Fallon
United States District Judge