# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED** | MDL NO. 2047 |
| **DRYWALL PRODUCTS** | |
| **LIABILITY LITIGATION** | SECTION: L |
| | |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | |
| THE FOLLOWING CASES: | MAG. JUDGE WILKINSON |
| 2:09-cv-04320-EEF-JCW | |
| 2:09-cv-04657-EEF-JCW | |
| 2:09-cv-05869-EEF-JCW | |
| 2:09-cv-05871-EEF-JCW | |
| 2:09-cv-05872-EEF-JCW | |
| 2:09-cv-06532-EEF-JCW | |
| 2:09-cv-06533-EEF-JCW | |
| 2:09-cv-06534-EEF-JCW | |
| 2:09-cv-06538-EEF-JCW | |
| 2:09-cv-06545-EEF-JCW | |
| 2:09-cv-06547-EEF-JCW | |
| 2:09-cv-06737-EEF-JCW | |
| 2:09-cv-06751-EEF-JCW | |
| 2:11-cv-00336-EEF-JCW | |

## ORDER

Considering Justin D. Grosz's Motion for Substitution of Counsel in matters where Alters

Law Firm, P.A. n/k/a The Justin Grosz Firm, P.A. is of record (R. Doc. 21391)

IT IS ORDERED BY THE COURT that the Motion is GRANTED.

New Orleans, Louisiana, this 11th day of ____June____, 2018.

_____
Eldon E. Fallon
United States District Judge