UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is Krupnick Campbell Malone's Motion to Compel Fee Committee to Transmit Recommendation. R. Doc. 21319. Plaintiffs' Lead and Liaison Counsel has filed a response in opposition. R. Doc. 21321. Having considered the parties' arguments,

The Court notes that the Fee Committee is comprised of capable and experienced attorneys familiar with the issues and concerns surrounding MDL fees. The Fee Committee has been working diligently and has indicated that it continues work to prepare recommendations and will continue to follow the Court's direction in communicating these recommendations to the common benefit fee applicants. The Court sees no reason to believe that the Fee Committee will not continue to fulfill its responsibilities and no reason to compel the Fee Committee to make a recommendation at this time. Accordingly,

**IT IS ORDERED** that the motion to compel, R. Doc. 21319, is hereby **DENIED**.

New Orleans, Louisiana, this 12th day of June, 2018.

_____
United States District Judge