UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has received the Yance Law Firm's Motion to Transfer Qualified Settlement Fund. R. Doc. 21338. Pursuant to discussion during the June 12, 2018 status conference, the Court sets the following briefing schedule:

- Mr. Russ Herman will respond to the motion by June 26, 2018
- Mr. Tucker Yance will file any replies by July 3, 2018
- The Court will hear oral argument on the motions on July 12, 2018 at 9:00 a.m.

Accordingly,

**IT IS ORDERED** that the above motion be set for oral argument on July 12, 2018 at 9:00 a.m.

**IT IS FURTHER ORDERED** that until further notice the Attorney Fee Qualified Settlement Fund shall be transferred from the Esquire Bank to be place in the Court Registry. Counsel may contact the Court's financial unit for further instructions.

New Orleans, Louisiana, this 12th day of June, 2018.

_____
United States District Judge