UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br>SECTION L |
| This document relates to: All Cases | * * * * | JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations (R. Doc. 21190);

**IT IS ORDERED** that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for the two (2) Option 2 remediation claims listed below is **GRANTED**.

| Claimant Name | Claim ID | Option | Last Status | Last Payment Date | Counsel |
|---|---|---|---|---|---|
| Ervin, Rodella & Ronni | 103626 | Option 2 | M3 issued | 07/23/14 | Roberts & Durkee |
| Litus, Rodney &Suze | 103839 | Option 2 | M3 issued | 03/20/14 | Roberts & Durkee |

**IT IS FURTHER ORDERED** that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for the claims listed below is **CONTINUED** until the July 18, 2018 status conference where the parties will report to the Court regarding status of the remediation claims.

| Claimant Name | Claim ID | Counsel |
|---|---|---|
| Randolph Vincent | 100270 | Barrios Kingsdorf & Casteix |
| Santamaria, Rafael | 104151 | Colson Hicks Eidson |
| Sar Shalom Yehiel202 | 107167 | Colson Hicks Eidson |
| Visciglia, Gian Carl | 107243 | Colson Hicks Eidson |
| Prime Home #201 | 109089 | Colson Hicks Eidson |
| Prime Home #2601 | 109136 | Colson Hicks Eidson |
| Prime Home #2602 | 109137 | Colson Hicks Eidson |
| Prime Home #2604 | 109138 | Colson Hicks Eidson |
| Prime Home #2606 | 109139 | Colson Hicks Eidson |
| Prime Home #2803 | 109140 | Colson Hicks Eidson |
| Prime Home #2901 | 109141 | Colson Hicks Eidson |
| Prime Home #3001 | 109142 | Colson Hicks Eidson |
| Prime Home #3002 | 109143 | Colson Hicks Eidson |
| Prime Home #3003 | 109144 | Colson Hicks Eidson |
| Prime Home #3004 | 109145 | Colson Hicks Eidson |
| Prime Home #3102 | 109146 | Colson Hicks Eidson |
| Prime Home #3103 | 109147 | Colson Hicks Eidson |
| Prime Home #3201 | 109149 | Colson Hicks Eidson |
| Prime Home #3202 | 109150 | Colson Hicks Eidson |
| Prime Home #3203 | 109151 | Colson Hicks Eidson |
| Prime Home #3204 | 109152 | Colson Hicks Eidson |
| Prime Home #3206 | 109153 | Colson Hicks Eidson |
| Prime Home #3301 | 109154 | Colson Hicks Eidson |
| Prime Home #3302 | 109155 | Colson Hicks Eidson |
| Prime Home #3306 | 109159 | Colson Hicks Eidson |
| Prime Home #3307 | 109160 | Colson Hicks Eidson |
| Prime Home #3308 | 109161 | Colson Hicks Eidson |
| Prime Home Clubhouse | 110151 | Colson Hicks Eidson |
| Graham & Russel U9301 | 103818 | Roberts & Durkee |
| Dalsin, Julie & Mike | 110849 | Roberts & Durkee |
| Salinas, Maria | 100981 | VM Diaz & Partners, LLC |
| Maillot, Georges & Jan | 102220 | Herman, Herman, Katz |
| Glickman, David & Joan | 100406 | Krupnick Campbell |
| Rodriguez, Raymond | 111656 | Krupnick Campbell |
| Toran, George Jr. | 102039 | Parker Waichman |

New Orleans, Louisiana, this 12th day of June, 2018.

_____

**UNITED STATES DISTRICT COURT JUDGE**

3