UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke, et al v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al*<br>Case No. 15-4127 | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summonses and Omnibus Class Action Complaint (XX(E)) in Intervention (LA) in the above captioned matter on Bernard Taylor, Esquire on June 11, 2018 via Federal Express pursuant to Court Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566).  See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: June 13, 2018

_____
Arnold Levin, Esquire
Levin Sedran & Berman LLP
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of June, 2018

                                            /s/ Arnold Levin
                                            Arnold Levin, Esquire

# EXHIBIT A

## LEVIN SEDRAN & BERMAN LLP
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592 1500
FACSIMILE (215) 592 4663

OF COUNSEL:
HOWARD J. SEDRAN
SANDRA L. DUGGAN
RAYMOND P. FORCENO

* also admitted in New Jersey
† also admitted in New York

June 11, 2018

*Via Federal Express*
Bernard Taylor
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

RE:  Chinese Drywall Litigation
     *Brooke, et al v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al*
     No. 15-4127 (Omnibus Class Action Complaint (XX(E) in Intervention (LA))

Dear Mr. Taylor:

Pursuant to the Court's Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566), enclosed please find the Summonses and Complaint for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. for the above action.

Should you have any questions, please feel free to contact me.

Very truly yours,

ARNOLD LEVIN

AL:jsl
Enclosures



FedEx    Shipping    Tracking    Printing Services    Locations    Support      Levin

# FedEx® Tracking

**772446450669**

Ship date: Mon 6/11/2018

Actual delivery: Tue 6/12/2018 10:19 am

Levin Sedran & Berman
SUITE 500
510 WALNUT STREET
PHILADELPHIA, PA US 19106
215 592-1500

**Delivered**
Signed for by: J.MARTIN

Alston & Bird LLP
Bernard Taylor, Esquire
1201 West Peachtree Street
ATLANTA, GA US 30309
215 592-1500

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 6/12/2018 - Tuesday | | |
| 10:19 am | Delivered | ATLANTA, GA |
| 7:52 am | On FedEx vehicle for delivery | ATLANTA, GA |
| 7:25 am | At local FedEx facility | ATLANTA, GA |
| 4:52 am | At destination sort facility | ATLANTA, GA |
| 3:02 am | Departed FedEx location | MEMPHIS, TN |
| 6/11/2018 - Monday | | |
| 11:05 pm | Arrived at FedEx location | MEMPHIS, TN |
| 8:41 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 6:51 pm | Picked up | PHILADELPHIA, PA |
| 2:18 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking Number | 772446450669 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Mailroom | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | cdw - brooke XXe | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | Standard transit | 6/12/2018 by 3:00 pm |

OUR COMPANY
- About FedEx
- Our Portfolio
- Investor Relations
- Careers

MORE FROM FEDEX
- FedEx Blog
- Corporate Responsibility
- Newsroom
- Contact Us

- FedEx Compatible
- Developer Resource Center
- FedEx Cross Border

LANGUAGE
Change Country
English

Ask FedEx

FOLLOW FEDEX

© FedEx 1995-2018    Feedback | Site Map | Terms of Use | Security & Privacy