UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
|            PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

**O R D E R**

Pending before the Court are three motions brought by the Settlement Administrator Regarding Stipend Disputes For the Chinese Drywall Settlement Program (Condominium Associations), R. Docs. 20400, 20401, and 20402;

It is the Court's understanding that because these motions were filed over a year ago many of the disputes have been resolved. Therefore,

IT IS ORDERED BY THE COURT that the motions, R. Docs. 20400, 20401, and 20402, are hereby DENIED and the Court asks the Settlement Administrator to refile any motion to show cause that remains relevant.

New Orleans, Louisiana, this 14th day of _____June_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge