UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## MOTION TO APPOINT
## PLAINTIFFS' STEERING COMMITTEE MEMBER

NOW COME Plaintiffs' Lead Counsel and Plaintiffs' Liaison Counsel, who respectfully submit that:

1. The PSC recommends that Salvadore Christina of the Becnel Law Firm, LLC, and a participating attorney in the Chinese Drywall litigation, be added as an additional member of the Plaintiffs' Steering Committee ("PSC").

2. The curriculum vitae of Salvadore Christina is attached hereto.

3. Mr. Christina has previously worked and continues to work in this litigation while at the Becnel Law Firm, LLC.

4. The addition of Mr. Christina to the PSC will assist the PSC, in particular since Daniel Becnel is no longer a member of the PSC and Daniel Becnel was also a member of the Becnel Law Firm, LLC.

WHEREFORE, movers pray that an Order issue adding Salvadore Christina of the Becnel Law Firm, LLC as an additional member of the PSC.

                Respectfully submitted,

/s/ Russ M. Herman
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhklawfirm.com
***Plaintiffs' Liaison Counsel***
***MDL 2047***

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215) 592-4663
Alevin@lfsblaw.com
***Plaintiffs' Lead Counsel***
***MDL 2047***

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of June, 2018.

                                                <u>/s/ Leonard A. Davis</u>
                                                Leonard A. Davis
                                                HERMAN, HERMAN & KATZ, LLC
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                [Ldavis@hhklawfirm.com](mailto:Ldavis@hhklawfirm.com)
                                                Plaintiffs' Liaison Counsel
                                                MDL 2047
                                                *Co-counsel for Plaintiffs*