# Salvadore Christina, Jr.

Becnel Law Firm, LLC
425 W. Airline Hwy., Ste. B
LaPlace, Louisiana 70068
985-536-1186
985-536-6445
schristina@becnellaw.com

    I, Salvadore Christina, Jr., am a native of Louisiana, born in Metairie, Louisiana. I have eighteen years of experience in State and Federal Court practice. I graduated from Louisiana State University with a Bachelor of Science from the College of Business in International Trade and Finance in 1996 and received my law degree from Louisiana State University, Paul M. Hebert School of Law in 2000. After completing law school, I practiced personal injury, worker's compensation and family law in Baton Rouge, Louisiana for two years before joining the Becnel Law Firm, LLC in 2002.

    My legal practice at the Becnel Law Firm, LLC has been concentrated in Mass Tort and Class Action Litigation. I began with simple document review and client retention and communication and progressed to discovery and trial practice nationwide, focusing on drug manufacture/device litigation.

    I am admitted to practice before all Louisiana state courts, as well as, the United States District Courts for the Eastern, Middle and Western Districts of Louisiana and the United States Court of Appeals for the Fifth Circuit. I am a member of the Louisiana Bar Association, St. John the Baptist Bar Association and the Baton Rouge Bar Association.

    I have experience in working on subcommittees in several MDL style litigations including:

| | |
|---|---|
| MDL NO. 1407 | IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION |
| MDL NO. 1477 | IN RE SERZONE PRODUCTS LIABILITY LITIGATION |
| MDL NO. 1535 | IN RE WELDING ROD PRODUCTS LIABILITY LITIGATION |
| MDL NO. 1629 | IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION |
| MDL NO. 1657 | IN RE VIOXX PRODUCTS LIABILITY LITIGATION |
| MDL NO. 1699 | IN RE BEXTRA AND CELEBREX LITIGATION |
| MDL NO. 1708 | IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION |

| | |
|---|---|
| MDL NO. 1724 | IN RE VIAGRA PRODUCTS LIABILITY LITIGATION |
| MDL NO. 1726 | IN RE MEDTRONIC, INC. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION |
| MDL NO. 1905 | IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION |
| MDL NO. 1953 | IN RE HEPARIN PRODUCTS LIABILITY LITIGATION |
| MDL NO. 1997 | IN RE TEXT MESSAGING ANTITRUST LITIGATION |
| MDL NO. 2047 | IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION; and |
| MDL NO. 2223 | IN RE NAVISTAR 6.0 L DIESEL ENGINE LITIGATION |
| 2:12-CV-2059 | LEBLANC ET AL V. TEXAS BRINE COMPANY, LLC |