

**PRO-LAB®**

Professional's Choice
Environmental Testing

1675 N. Commerce Parkway, Weston, FL   33326
Tel: (954) 384-4446   Fax: (954) 384-4838

Report Number: 832061

# Certificate of Drywall Analysis

| | |
|---|---|
| Prepared for: | Gregg Descher |
| Phone Number: | 228-697-5834 |
| Email Address: | Gdescher@hotmail.com |
| Test Address: | Descher Residence<br>5724 Via Toscano<br>Ocean Springs, MS 39564 |
| Collection Location | Garage (832061-1) Master Bedroom Closet (832061-2) |
| Date Collected: | March 18, 2015 |
| Receive Date: | March 19, 2015 |
| Report Date: | March 30, 2015 |

*Erika Piechowski* — Erika Piechowski, Technical Manager

*Carlos Ochoa* — Carlos Ochoa, Quality Control Manager

Analytical results and reports are generated by PRO-LAB/SSPTM, Inc. for and at the request of its client(s) named on this report, and for their exclusive use. PRO-LAB/SSPTM, Inc. does not release original, copies or verbal results to any third party without prior written approval from the named client(s). This report applies only to the sample(s) tested. This report may not be reproduced, except in full, without approval from PRO-LAB/SSPTM, Inc. The client(s) is solely responsible for the use and interpretation of this report. PRO-LAB/SSPTM, Inc. makes no express or implied warranties as to health of a property from only the samples sent to their laboratory for analysis. The Client is hereby notified that all samples of gypsum board are sent to Columbia Analytical Services. After the testing, samples and are retained for a 7 day period, after which they are discarded in a manner consistent with local and federal guidelines.

All tests are subject to false positives and false negatives and the analyses and interpretation(s) made herein may not be regarded as a basis for taking any action regarding health or remediation of the tested materials.

For more information please contact PRO-LAB at 954-384-4446



EXHIBIT A

PRO-LAB/SSPTM, Inc. Report #832061                                                         Page 1 of 2



**Professional's Choice**
**for Environmental Testing**

Report Number:  832061

Analysis Date:  March 30, 2015
Report Date:    March 30, 2015

## Case Narrative

Approximately 1 gram of gypsum board was prepared and analyzed using a GC ECD (Gas Chromatograph Electron Capture Detector) method. This analysis technique is used to determine the amount of Elemental Sulfur (orthorhombic sulfur, cyclooctasulfur, S8) in your sample. The Consumer Product Safety Commission (CPSC) has determined that Elemental Sulfur analysis of suspected contaminated drywall is the most accurate way to test (SUMMARY OF REVISION 1 TO THE INTERIM GUIDANCE – IDENTIFICATION OF HOMES WITH CORROSION FROM PROBLEM DRYWALL, AUGUST 27, 2010). Gypsum in drywall samples from homes containing greater than 10 mg/kg is believed to contribute to sulfur gasses emitted from corrosive drywall.
(http://www.doh.state.fl.us/environment/community/indoor-air/casedefinition.html)

## Results

Elemental Sulfur was DETECTED above a level (>10 kg/mg) the CPSC has determined as being a marker for problem drywall gypsum product (http://www.cpsc.gov/info/drywall/guidance0827.pdf).

## Conclusion (POSITIVE FOR CONTAMINATED DRYWALL)

The testing shows this sample is consistent with problem drywall product known to cause corrosive conditions demonstrated by the formation of copper sulfide (blackening) on any or all of the electronic components, copper grounding wires, copper air conditioning coils, and corrosive for copper pipes; specifically air conditioning condensor coils. The positive results of the GC ECD testing indicate the presence of high levels of Elemental Sulfur that the CPSC uses to distinguish between problematic and non-problematic drywall product.

This is only an analytical report. The interpretation and application of results are left to the user.

**Drywall Analysis Results**   Elemental Sulfur*   220 mg/kg (ppm)

*(LOQ = 5 mg/kg, See attached Laboratory data)

Copper wiring and AC condensor coils, copper wiring, and other electronic components are likely to show blackening due to gasses produced from your sample of drywall. The State of Florida has an excellent self-assessment guide for evaluating homes affected by drywall from China.
(http://www.doh.state.fl.us/environment/community/indoor-air/inspections.html).

### END OF REPORT

## ALS ENVIRONMENTAL

RESULTS OF ANALYSIS
Page 1 of 1

Client: PRO-LAB, Inc.
Client Project ID: Drywall Investigation

ALS Project ID: P1501147

### Orthorhombic Cyclooctasulfur

Test Code: ALS AQL 103A
Instrument ID: HP6890+/GC23/ECD
Analyst: Zheng Wang
Sample Type: Wallboard
Test Notes:

Date Received: 3/23/15
Date Extracted: 3/26/15
Date Analyzed: 3/26/15

| Client Sample ID | ALS Sample ID | Sample Amount Gram(s) | Extract Volume ml(s) | Dilution Factor | Result mg/Kg | LOQ mg/Kg | Data Qualifier |
|---|---|---|---|---|---|---|---|
| 832061-1 | P1501147-001 | 1.00 | 5.0 | 1.00 | 120 | 5.0 | |
| 832061-2 | P1501147-002 | 1.00 | 5.0 | 1.00 | 390 | 5.0 | |
| Negative Control Sample | P150326-NCS | 1.00 | 5.0 | 1.00 | ND | 5.0 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.
According to the Florida Department of Health (http://www.doh.state.fl.us/environment/community/indoor-air/casedefinition.html, 1/5/2010), a positive result above 10 mg/kg is indicative of corrosive drywall.
A positive result between 5-10 mg/kg is inconclusive; further testing may be warranted.

### LABORATORY CONTROL SAMPLE / DUPLICATE LABORATORY CONTROL SAMPLE SUMMARY

| Client Sample ID | ALS Sample ID | Spike Amount LCS / DLCS mg/Kg | Result LCS mg/Kg | Result DLCS mg/Kg | % Recovery LCS | % Recovery DLCS | ALS Acceptance Limits | RPD | RPD Limit | Data Qualifier |
|---|---|---|---|---|---|---|---|---|---|---|
| Dup Lab Control Sample | P150326-DLCS | 141 | 150 | 140 | 106 | 99 | 89-114 | 7 | 7 | |