## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (FL)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (LA)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (VA)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1077 (LA) | |

## PLAINTIFF SHERIDAN BEACH CLUB CONDOMINIUM ASSOCIATION NUMBER THREE, INC.'S NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Sheridan Beach Club Condominium Association Number Three, Inc., including the pool restroom located at 529 E. Sheridan Street, Dania Beach, Florida 33004, shall be made available for inspection prior to the commencement of remediation, which shall occur no sooner than fourteen (14) days from the date of this notice. Plaintiffs allege that the drywall contained within affected units was manufactured by Taishan Gypsum Co., Ltd. and supplied by G. Proulx, LLC.

Dated: June 21, 2018　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　BARON & BUDD, P.C.

　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Holly R. Werkema
　　　　　　　　　　　　　　　　　　　　　　Holly R. Werkema (TX #24081202)
　　　　　　　　　　　　　　　　　　　　　　hwerkema@baronbudd.com
　　　　　　　　　　　　　　　　　　　　　　3102 Oak Lawn Avenue, Suite 1100
　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　　　　　　　　　　　Phone: 214-521-3605
　　　　　　　　　　　　　　　　　　　　　　Fax: 214-520-1181

## CERTIFICATE OF SERVICE

　　I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and Harry Rosenberg, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　/s/ Holly R. Werkema
　　　　　　　　　　　　　　　　　　　　　　Holly R. Werkema