UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**O R D E R**

Considering the Motion to Appoint Plaintiffs' Steering Committee Member;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Salvadore Christina of the Becnel Law Firm, LLC be added as an additional member of the PSC.

New Orleans, Louisiana, this 21st day of June, 2018.

_____
Eldon E. Fallon
United States District Court Judge