IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-90013

_____

A True Copy
Certified order issued Jun 20, 2018

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

_____

EDUARDO AMORIN; STEPHEN BROOKE; PERRY FONTENOT; DAVID GROSS; KENNETH WILTZ; ET AL,

    Plaintiffs - Respondents

v.

CHINA NATIONAL BUILDING MATERIALS COMPANY, LIMITED; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY; BEIJING NEW BUILDING MATERIAL GROUP COMPANY LIMITED,

    Defendants - Petitioners

_____

Motion for Leave to Appeal
from an Interlocutory Order

_____

Before HIGGINBOTHAM, JONES and COSTA, Circuit Judges.

PER CURIAM:

    The motion for leave to appeal from the interlocutory order of the United States District Court of the Eastern District of Louisiana, entered on April 21, 2017, is Granted.