# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

June 20, 2018

TO:  All Counsel and Parties Listed Below

   Misc. No. 18-90013  In Re: Chinese-Manufactured, et al
                USDC No. 2:09-MD-2047

Enclosed is a copy of the court's order granting the motion(s) for leave to appeal.  The case is transferred to the court's general docket.  All future inquiries should refer to docket No. 18-30742.

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant(s) should immediately pay the court of appeals' $505.00 docketing fee to the clerk of the district court, and notify this office of your payment within 14 days from the date of this letter.  If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

Counsel desiring to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter.  The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.  If you fail to electronically file the form, we will remove your name from the docket.  Pro se parties do not need to file an appearance form.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Shea E. Pertuit, Deputy Clerk
                        504-310-7666

Mr. Ewell Elton Eagan Jr.
Mr. Russ M. Herman
Mr. Arnold Levin
Mr. Harry A. Rosenberg
Mr. Eric Shumsky
Mr. James Stengel
Mr. Lawrence Christopher Vejnoska

Enclosure(s)

cc:
     Mr. William W. Blevins