UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## MOTION TO AUTHORIZE PLAINTIFFS' LIAISON COUNSEL TO PAY AND/OR REIMBURSE PAYMENT OF TAXES

NOW COMES, Plaintiffs' Liaison Counsel, Russ M. Herman, who, as an accommodation to the Court-Appointed CPA, Philip A. Garrett ("Garrett"), makes this filing for Garrett which is being made solely by Garrett. Garrett requests authorization to pay taxes or be reimbursed the total sum of $28,456.00. This amount represents income taxes reported and paid for the years 2015, 2016 and 2017, all as more fully set forth in a letter from Garrett to Leonard Davis dated May 21, 2018, attached as Exhibit "A." The taxes are a result of interest income received from Esquire Bank on various accounts as outlined in Exhibit "A." The issue of income taxes due was recently addressed with Plaintiffs' Liaison Counsel and Garrett acknowledged to Plaintiffs' Liaison Counsel that no penalties or interest would be paid by the PSC as a result of taxes due for years 2015, 2016 or 2017, and Garrett's error in not filing timely. Garrett has advised that $28,456.00 should be paid as follows: $23,307.00 from the Holdback Account and $5,149.00 from the advanced account. The Holdback Account is located at Esquire Bank and the advanced account is located at Whitney Bank.

1

WHEREFORE, Philip A. Garrett prays that this motion be GRANTED and that Plaintiffs= Liaison Counsel, Russ M. Herman, be authorized to pay taxes or reimburse the Court Appointed CPA, Philip A. Garrett, the total sum of $28,456.00 for the payment of taxes, all as more fully set forth in the attached Exhibit "A." The total sum of $28,456.00 should be authorized to be paid in the amount of $23,307.00 from the Holdback Account and $5,149.00 from the advanced account.

                                                                  Respectfully submitted,

Dated: June 25, 2018          /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith J. Verrier
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**APPROVED FOR FILING:**

_____
Philip A. Garrett, CPA
Date: 6/21/2018

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of June, 2018.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*