# Exhibit "A"

**Philip A. Garrett, CPA**
**600 Northwoods Drive**
**Abita Springs, LA 70420**
**985-635-1500**
**pgarrett@garrettco.com**

Mr. Leonard Davis
Herman Herman and Katz
820 O'keefe Ave
New Orleans, LA  70113

                    May 21,2018
                    RE: Income tax – for 2015, 2016, 2017

Dear Lenny,

    I recently wrote you for reimbursement of income taxes that I paid on behalf of CDW in 2017. You correctly questioned why were there no taxes paid in 2015 or 2016.

    After some research I found I had not reported income taxes for Garrett and Company which from IRS regulations is a "pass through" entity to me. We have now amended the 3 years of my tax returns for this interest income. No interest or penalties are included in any of the below taxes.

2015: Amended tax return for interest income from Esquire Bank totaling $948.34. The federal and state income tax on these returns total $277.00, $237.00 for federal and $40.00 for state of Louisiana. Please request my reimbursement of $277.00 from the federated account.

2016: Amended tax return for interest income from Esquire Bank totaling $22,579.69.
        Holdback acct:    $21,660.69 int    $9,507.00 Federal tax   $1,294.00 State tax
        Advance Cost:    $919.14 int    $ 396.00 Federal tax   $ $54.00
    Please reimburse $10,801.00 from the holdback acct and $450.00 from the Federated acct.

2017: Amended tax return for interest income from Esquire Bank totaling $ 16,950.53.
        Advanced Cost acct   $6,944.04 int   $1,800.00 Federal tax  $184.00 State tax
        Advance Cost acct    $10,006.49 int  $2,438.00 Federal tax  $ .00 State tax
    Original 2017 return for interest income from Esquire Bank totaling $36,781.88.
        Holdback acct   $36,781.88 int    $10,299.00 Federal tax  $ $2,207.00 State tax
  Please reimburse $12,506.00 from the holdback acct and $4,422.00 from the Federated acct.

    I apologize for this error in not filing and as I mentioned above will be responsible for any penalties and interest on these taxes.
    The grand total for reimbursement is $28,456.00 which should be $23,307.00 from the Holdback account and $5,149.00 from the advanced acct.

                                          Sincerely

                                          Philip A. Garrett