UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: ALL CASES | |

**O R D E R**

Considering the Motion to Authorize Plaintiffs' Liaison Counsel to Pay and/or Reimburse Payment of Taxes;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Liaison Counsel, Russ M. Herman, be and is hereby authorized to pay taxes or reimburse the Court Appointed CPA, Philip A. Garrett, the total sum of $28,456.00, to be paid in the amount of $23,307.00 from the Holdback Account located at Esquire Bank and $5,149.00 from the advanced account located at Whitney Bank.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge