# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (LA)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (VA) | |

## OBI ISICHEI NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Obi Isichei, hereby dismisses, with prejudice, all of his claims against all DEFENDANT(s), in Plaintiffs' Omnibus Complaints set forth in the above caption. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Paul A. Lea, Jr., counsel for Obi Isichei, dated June 21, 2018 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                Respectfully submitted,

Dated:  June 25, 2018        /s/ Leonard A. Davis
      Russ M. Herman, Esquire (Bar No. 6819)
      Leonard A. Davis, Esquire (Bar No. 14190)
      Stephen J. Herman, Esquire (Bar No. 23129)
      HERMAN, HERMAN & KATZ, L.L.C.
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      ldavis@hhklawfirm.com
      *Plaintiffs' Liaison Counsel*
      *MDL 2047*

OF COUNSEL:

Paul. A. Lea, Jr., Esquire
724 East Boston Street
Covington, LA   70433
(985) 292-2300 (phone)
(985) 249-6006 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of June, 2018.

    /s/ Leonard A. Davis
    Russ M. Herman, Esquire (Bar No. 6819)
    Leonard A. Davis, Esquire (Bar No. 14190)
    Stephen J. Herman, Esquire (Bar No. 23129)
    HERMAN, HERMAN & KATZ, L.L.C.
    820 O'Keefe Avenue
    New Orleans, Louisiana 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    *Plaintiffs' Liaison Counsel*
    *MDL 2047*