

# PAUL A. LEA, JR.
**Professional Law Corporation**
ATTORNEYS AT LAW

724 East Boston Street
Covington, LA 70433

Licensed in Louisiana
Office: (985) 292-2300
Facsimile: (985) 249-6006
Email: paul@paullea.com

June 21, 2018

Leonard A. Davis
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

**Re:**   *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (FL)

*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (LA)

*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (VA)

Dear Mr. Davis:

After being unsuccessful in trying to locate Mr. Isichei for over a year and could not even find him on the internet, I hereby voluntary dismiss Obi Isichei from the above matters.

With kind regards, I am,

Sincerely yours,

Paul A. Lea, Jr.

PAL/jh

**EXHIBIT A**

www.paullea.com