# Exhibit "A"

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

# MATTHEWS & ASSOCIATES
ATTORNEYS & COUNSELORS AT LAW

www.dmlawfirm.com

244 FIFTH AVENUE # 2882
NEW YORK, NEW YORK 10001
212-726-1435
888-520-5202
FAX 713-535-7184

*REPLY TO HOUSTON OFFICE

June 25, 2018

Leonard A. Davis
HERMAN, HERMAN, & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113

    Re:    Civil Action No. 11-1672, Amorin et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Doxgin Co., Ltd., et al.

           Civil Action No. 11-1395, Amorin et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Doxgin Co., Ltd., et al.

           Civil Action No. 11-1673; Amorin et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Doxgin Co., Ltd., et al.

Dear Mr. Davis:

Matthews & Associates hereby authorizes you and your firm to file a Notice of Voluntary Dismissal for our plaintiff, Thomas Mack, Jr., in the above referenced Civil Action (s).

Very truly yours,

Julie L. Rhoades

JLR/ah

cc:    Aaronson & Rash, PLLC