UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** *Slidell Property Management, LLC v. Knauf Gips KG et al*, No. 09-6068

# ORDER

It has come to the Court's attention that Plaintiff Slidell Property Management, LLC is without representation in the above captioned case in violation of 28 U.S.C. § 1654. *Collier v. Cobalt, LLC*, 2002 WL 726640 at *1 (E.D. La. 2002). "The Fifth Circuit has held 'that a corporation as a fictional legal person can only be represented by licensed counsel.' . . . Thus, [an] LLC . . . may only appear in court through counsel." *Collier*, 2002 WL 726640 at *1 (quoting *Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir.1984), cert. denied, 469 U.S. 1217 (1985)).

Accordingly,

**IT IS ORDERED** that the Plaintiff Slidell Property Management, LLC shall appear on August 14, 2018 following the Drywall Monthly Status Conference at 9:00 a.m. to show cause why the above captioned case should not be dismissed.

New Orleans, Louisiana, this 26th day of June, 2018.

_____
United States District Judge