UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SUBSTITUTE
PLAINTIFFS' LEAD AND LIAISON COUNSEL'S RESPONSE IN
OPPOSITION TO YANCE LAW FIRM'S MOTION TO IMMEDIATELY
TRANSFER ATTORNEY FEE QUALIFIED SETTLEMENT FUND TO A
DIFFERENT DEPOSITORY BANK OR BACK INTO THE COURT REGISTRY**

NOW COME Plaintiffs' Lead and Liaison Counsel, who respectfully submit that on June 26, 2018 a Memorandum and Response of Russ M. Herman, On Behalf of Russ M. Herman in His Capacity as Liaison Counsel and Arnold Levin as Lead Counsel in Response to Yance Law firm's Motion and Memorandum to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank or Back Into the Court Registry was filed under a Motion for leave to Exceed Page Limitation [Rec. Doc. 21429] was filed into the record. After review of the filing, it was determined that the formatting of the pleading was improper and Plaintiffs' Lead and Liaison Counsel request that the attached Response in Opposition to Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank or Back Into the Court Registry, with exhibits, be substituted in place and instead of the filing made at Rec. Doc. 21429. There has been no substantive change to the content of the pleading, other than to change the filed memoranda into the Declaration of Russ M. Herman and to adopt all

1

Declarations and Affidavits (with exhibits) as the response/opposition to the Yance Law Firm's Motion. Nothing new has been added to any portion of the pleading.

                                              Respectfully submitted,

Dated: June 27, 2018           /s/ Russ M. Herman
                                        Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
                                        Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
                                        Stephen J. Herman, Esquire (Bar No. 23129)
                                        HERMAN, HERMAN & KATZ, L.L.C.
                                        820 O'Keefe Avenue
                                        New Orleans, LA 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        RHerman@hhklawfirm.com
                                        *Plaintiffs' Liaison Counsel MDL 2047*
                                        *Fee Committee Co-Chair/Secretary*

                                        Arnold Levin (on the brief)
                                        Fred S. Longer (on the brief)
                                        Sandra L. Duggan (on the brief)
                                        LEVIN, SEDRAN & BERMAN LLP
                                        510 Walnut Street, Suite 500
                                        Philadelphia, PA 19106
                                        Phone: (215) 592-1500
                                        Fax: (215) 592-4663
                                        Alevin@lfsblaw.com
                                        *Plaintiffs' Lead Counsel MDL 2047*
                                        *Fee Committee Chair*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 27th day of June, 2018.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        Herman, Herman & Katz, L.L.C.
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com
        Plaintiffs' Liaison Counsel MDL 2047
        *Co-counsel for Plaintiffs*