UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO: *ALL CASES* | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## DECLARATION OF ARNOLD LEVIN

I, Arnold Levin, declare, based on personal knowledge, information and belief the following:

1. I was appointed by the Honorable Eldon E. Fallon to be Lead Counsel for *In re Chinese-Manufactured Drywall Products Liability Litigation*, MDL 2047 (E.D.La.).

2. I was separately appointed by the Court to act as Class Counsel for the Inex, Banner, Knauf, L&W and Global Settlement Classes.

3. In my capacity as Lead and Class Counsel, I approved and authorized the Motion to Establish Various Qualified Settlement Funds and to Appoint Fund Administrator and Depository Bank [Rec.Doc. 17009]. Therein, Class Counsel requested that the Court approve Esquire Bank to act as the Depository Bank for each of the QSF Funds set forth in the motion.

4. I approved of the appointment of Esquire Bank based on the presentation and documentation provided to me and presented to the Court in the motion and accompanying

1


EXHIBIT B

papers [Rec.Doc. 17009], as well as the presentation of Andrew Sagliocca, the President of Esquire Bank, at the hearing on September 17, 2013.

    5. At that time, in our supporting memorandum, the following was disclosed:

> Class Counsel discloses and informs the Court that members of the Plaintiffs' Steering Committee cumulatively own less than 5% of the issued and outstanding stock in this financial institution. Any member of the Plaintiffs' Steering Committee is available to the Court for further disclosure of information should the Court desire any additional information.

[Rec.Doc. 17009-1 at 3 fn.1].

    6. I personally purchased 8,000 shares of Esquire Financial Holdings, Inc. for $100,000.00 on November 30, 2012, and continue to hold this investment.

    7. Neither myself nor my firm have a loan with Esquire Bank.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of June, 2018.

                                        ARNOLD LEVIN