UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON
........................................ :

## AFFIDAVIT OF JACOB S. WOODY

COMMONWEALTH OF VIRGINIA
COUNTY OF HENRICO, to-wit:

Jacob S. Woody, of full age, being duly sworn, upon his oath deposes and says:

1. My name is Jacob S. Woody. I am a Senior Counsel at BrownGreer PLC, located at 250 Rocketts Way, Richmond, Virginia. I am responsible for the day to day operation of the Chinese Drywall Settlement Program.

2. The matters set forth in this Affidavit are based upon my personal knowledge.

3. I have worked with Esquire Bank since 2013 as part of my duties in administering the Chinese Drywall Settlement Program.

4. Payments disbursed from Chinese Drywall QSFs have been voluminous and complex, and I have found Esquire Bank staff to be cooperative, helpful, and efficient.

5. I have worked with other banks on other Settlement Programs and have found Esquire Bank to have a higher level of responsiveness and customer service than other banks I have worked with. This has improved the efficiency of the payment disbursement process and payments have been disbursed quickly and without delay, in part due to Esquire Bank's high level of service.


EXHIBIT D

6. I have never been instructed by any member of the Plaintiff's Steering Committee or anyone else to withhold information related to inquiries regarding Esquire Bank's administration of any Chinese Drywall QSF.

Executed on June 8, 2018.

_____
Jacob S. Woody

COMMONWEALTH OF VIRGINIA
COUNTY OF HENRICO, to-wit

Sworn to and subscribed before me, the undersigned authority, on this 8th day of June 2018.

_____
Notary Public

My commission expires: 12-31-20

Registration Number: 320046

*[Notary seal: JANICE B. BUTLER, NOTARY PUBLIC, MY COMMISSION NUMBER 320046, COMMONWEALTH OF VIRGINIA]*