UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW JERROLD SETH PARKER FROM THE PLAINTIFFS' STEERING COMMITTEE

NOW COME, through undersigned counsel, Jerrold Seth Parker and the law firm of Parker Waichman, LLP who represent as follows:

1. Mr. Parker was appointed as an original member of the Plaintiffs' Steering Committee (the "PSC"). Pretrial Order No. 8, R. Doc. 144-2.

2. Mr. Parker currently serves as a member of the PSC.

3. Mr. Parker desires to withdraw from the PSC.

4. In connection with this motion, movers specifically reserve the right to reimbursement of: (a) all PSC assessments which have not been reimbursed, (b) work performed at the request and on behalf of the PSC, including that work performed for the common benefit of all claimants, and (c) work performed on behalf of or for the benefit of individual claimants.

5. Mr. Parker's declaration is attached as Exhibit "A" hereto.

Wherefore, movers pray that an Order issue withdrawing Jerrold Seth Parker of Parker Waichman, LLP from the PSC.

1

Respectfully Submitted:

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:     /s/ *Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr. (LA #20645)
jfaircloth@fairclothlaw.com
Brook L. Villa (LA #31988)
bvilla@fairclothlaw.com
Franklin "Drew" Hoffmann (LA #35824)
dhoffmann@fairclothlaw.com
412 N. 4th Street, Suite 230
Baton Rouge, LA 70802
Phone: (225) 343-9535
Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion to Withdraw Jerrold Seth Parker from the Plaintiffs' Steering Committee* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of June, 2018.

      /s/ *Jimmy R. Faircloth, Jr.*
JIMMY R. FAIRCLOTH, JR.

2