**MINUTE ENTRY**
**FALLON, J.**
**JUNE 27, 2018**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | * | SECTION L |
| | * | JUDGE FALLON |
| *Elizabeth Bennett et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al*, 14-2722 | * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

The status conference was held on this date in the Chambers of District Judge Eldon E. Fallon. Lenny Davis and Jimmy Doyle represented Plaintiffs. Danny Dysart and Kerry Miller represented Defendants. The parties discussed the status of the case and particularly supplemental plaintiff profile forms and proposed amendments to the complaint. The Court directed the parties to meet and confer on these issues and return to the Court with a plan by the next status conference. Accordingly,

**IT IS ORDERED** that the parties will participate in a telephone status conference with the Court on Friday, July 6, 2018 at 9:30 a.m. The parties shall use the following call-in information: telephone number 877-336-1839; access code 4227405; security code 070618.

JS10 (00:17)