UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATED TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 11-1395 (EDLA)**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 11-1672 (EDLA)**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 11-1673 (EDLA)** | MDL No.: 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**PLAINTIFFS' MEMORANDUM IN RESPONSE TO CNBM COMPANY, BNBM GROUP, AND BNBM PLC'S MOTION TO DISMISS CERTAIN PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(b)**

**MAY IT PLEASE THE COURT:**

Plaintiffs, Exilus Louis and Roselene Alexis, as former co-owners of the property located at 4727 Rosalia Drive, New Orleans, Louisiana, have represented to undersigned counsel that they no longer wish to pursue any claims of damage or loss due to Chinese Drywall. Plaintiffs, therefore, have no opposition to the Motion to Dismiss filed by CNBM Company, BNBM Group, and BNBM PLC, and Plaintiffs understand that their claims will be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY: */s/ Michael J. Ecuyer*
    **GERALD E. MEUNIER**
    **BAR NO. 9471**
    **MICHAEL J. ECUYER**
    **BAR NO. 23050**
    2800 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163-2800
    Telephone: (504) 522-2304
    Facsimile: (504) 528-9973
    E-mail:  gmeunier@gainsben.com

    Attorneys For Plaintiffs, Exilus Louis and Roselene Alexis

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    */s/ Michael J. Ecuyer*
    **MICHAEL J. ECUYER**