UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 2:09-md-2047 |
| | SECTION L |
| **THIS DOCUMENT RELATED TO:** | JUDGE ELDON E. FALLON |
| *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1395 (E.D. La.);** | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* **Case No. 11-1672 (S.D. Fl.);** | |
| *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* **Case No. 11-1673 (E.D. Va.).** | |

**PLAINTIFFS' MEMORANDUM IN RESPONSE TO
TAISHAN'S MOTION TO DISMISS CLAIMS FOR FAILURE TO
COMPLETE SUPPLEMENTAL PROFILE FORMS**

**MAY IT PLEASE THE COURT:**

Plaintiffs, Exilus Louis and Roselene Alexis, as former co-owners of the property located at 4727 Rosalia Drive, New Orleans, Louisiana, have represented to undersigned counsel that they no longer wish to pursue any claims of damage or loss due to Chinese Drywall. Plaintiffs, therefore, have no opposition to the Motion to Dismiss filed by Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd., and Plaintiffs understand that their claims will be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID,**
**MEUNIER & WARSHAUER, L.L.C.**

BY: */s/ Michael J. Ecuyer*
     **GERALD E. MEUNIER**
     **BAR NO. 9471**
     **MICHAEL J. ECUYER**
     **BAR NO. 23050**
     2800 Energy Centre
     1100 Poydras Street
     New Orleans, Louisiana 70163-2800
     Telephone: (504) 522-2304
     Facsimile: (504) 528-9973
     E-mail:  gmeunier@gainsben.com

     Attorneys For Plaintiffs, Exilus Louis and
     Roselene Alexis

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

     */s/ Michael J. Ecuyer*
     **MICHAEL J. ECUYER**

2