UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to Exceed Page Limitation by Plaintiffs' Lead and Liaison Counsel;

IT IS ORDERED BY THE COURT that leave is GRANTED and the Memorandum and Response of Russ M. Herman, On Behalf of Russ M. Herman in His Capacity as Liaison Counsel and Arnold Levin as Lead Counsel in Response to Yance Law Firm's Motion and Memorandum to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank or Back Into the Court Registry be and is hereby filed into the record.

New Orleans, Louisiana, this 28th day of June, 2018.

_____
Eldon E. Fallon
United States District Court Judge