# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering the Motion to Substitute filed by Plaintiffs' Lead and Liaison Counsel;

IT IS ORDERED BY THE COURT that the motion is GRANTED and they be allowed to substitute the Plaintiffs' Lead and Liaison Counsel's Response in Opposition to Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank or Back Into the Court Registry in place and instead of the filing made at Rec. Doc. 21429 entitled "Memorandum and Response of Russ M. Herman, On Behalf of Russ M. Herman in His Capacity as Liaison Counsel and Arnold Levin as Lead Counsel in Response to Yance Law firm's Motion and Memorandum to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank or Back Into the Court Registry."

IT IS FUTHER ORDERED BY THE COURT that this substitution eliminates the need to exceed the page limitation and therefore the Motion to Exceed Page Limitation [Rec. Doc. 21429] is moot.

New Orleans, Louisiana, this   29th   day of     June    , 2018.

_____
Eldon E. Fallon
United States District Court Judge