UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' LEAD AND LIAISON COUNSEL'S RESPONSE IN OPPOSITION TO YANCE LAW FIRM'S MOTION TO IMMEDIATELY TRANSFER ATTORNEY FEE QUALIFIED SETTLEMENT FUND TO A DIFFERENT DEPOSITORY BANK OR BACK INTO THE COURT REGISTRY**

**MAY IT PLEASE THE COURT:**

Plaintiffs' Lead and Liaison Counsel file this Response in Opposition to Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank or Back Into the Court Registry, filed on May 18, 2018 [Rec. Doc. 21338] ("Yance Motion"), as well as the joinders filed by Krupnick Campbell Malone [Rec. Doc. 21341], Taylor Martino, P.C. [Rec. Doc. 21350], and Morris Bart, LLC [Rec. Doc. 21360]. In opposition to the Yance Motion and all joinders, Plaintiffs' Lead and Liaison Counsel submit and incorporate the following attached exhibits:

1. Exhibit "A" – Declaration of Russ M. Herman (with exhibits);

2. Exhibit "B" – Declaration of Arnold Levin;

3. Exhibit "C" – Affidavit of Esquire Bank (with exhibits);

4. Exhibit "D" – Affidavit of Jacob S. Woody of BrownGreer.

1

Plaintiffs' Lead and Liaison counsel assert vehemently that there is no evidence of any improper actions taken by Esquire Bank and that Esquire Bank, as well as Lead and Liaison Counsel, prudently fulfilled their obligations with respect to Qualified Settlement Fund deposits, all of which were guaranteed by the United States of America. The funds were safe guarded and all interest received on such funds were properly reported monthly and annually each year. The accounts were "swept" daily and all funds were readily available. In summary, Court Orders were complied with and there has been nothing improper done with respect to any funds in QSFs.

          Respectfully submitted,

Dated: June 26, 2018

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Fee Committee Co-Chair/Secretary*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
LEVIN, SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Fee Committee Chair*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of June, 2018.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*