UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the *Motion to Withdraw Jerrold Seth Parker from the Plaintiffs' Steering Committee*;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Jerrold Seth Parker is withdrawn from the Plaintiffs' Steering Committee.

New Orleans, Louisiana, this  29th  day of        June         , 2018.

Eldon E. Fallon
United States District Court Judge

1