UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

Payton et al v. Knauf Gips KG et al,
Case No. 2:09-cv-07628-EEF-JCW

Rogers et al v. Knauf Gips KG et al
Case No. 2:10-cv-00362-EEF-JCW

Amato et al v. Liberty Mutual Insurance
Company et al
Case No. 2:10-cv-00932-EEF-JCW

_____/

MDL NO. 2047
SECTION L

JUDGE FALLON
MAGISTRATE JUDGE
WILKINSON

PLAINTIFF DAVID ORLOWSKI'S
AMENDED MOTION TO BE INCLUDED AS A TIMELY FILLED CLAIMANT

Plaintiff David Orlowski ("Plaintiff"), by and through their undersigned counsel, hereby amends his Motion to be included as a timely filled claimant, thereby authorizing the court appointed Settlement Administrator to review Plaintiff's claim and in support states the following:

1. On October 18, 2013 Plaintiff filed submitted documents to BrownGreer, PLC, the Settlement Administrator, in support of his claim to "Other Loss Funds" pursuant to the Knauf Defendant Settlement Agreement. [DE 12061-5]

2. Plaintiff Orlowski submitted to the Settlement Administrator a form in which he listed his types of claims as [1] Remediation [2] Other Losses and [3] Bodily Injury[1]. See Exhibit "A" attached.

---

[1] The Bodily injury claim was abandoned.

3. Orlowski chose the Pilot Remediation program and due to this election, his remediation claim was denied on December 29, 2014. See Exhibit "B" attached.

4. As to the "other losses," Orlowski provided the Settlement Administrator with Verification of Claims and Receipt supporting his claim for "Other Loss Funds" based on damages he sustained to his Air Conditioning Unit and various electronics as a result of the Chinese Manufactured Drywall installed in his home. See Exhibit "C" attached.

5. After filing these documents, the Settlement Administrator confirmed with Plaintiff Orlowski and the undersigned counsel that the forms were received and would be reviewed.

6. In fact, on February 4, 2015, Orlowski received emails that indicated he would be receiving payment. See Exhibit "D" attached.

7. No subsequent payment was received by Orlowski and no denial was ever received. Plaintiff was not notified of any deficiency prior to the October 25, 2013 deadline.

8. Furthermore the settlement administrator failed to act in accordance with its own "Incomplete Claims Procedure" by notifying the Plaintiff in writing and through the online portal of the deficient filing. *See Exhibit "A" Claims Administration Procedure 2013-3*.

9. Subsequently, upon further inquiry by the undersigned firm to the Settlement Administrator, the Settlement Administrator stated that because a Proof of Claim Form was not filed, this claim was deficient.

10. The Settlement Administrator stated that because form was not submitted prior to the October 25, 2013, the Plaintiff is unable to file the needed form.

11. The fact that the Plaintiff filed, in addition to a Verification of Claims form, all the supporting documentation related to his claim, coupled with the fact that the Settlement

Administrator failed notify him of the deficient filing constitutes exceptional circumstances which should warrant the granting of this motion.

12. There is ample evidence to allow Orlowski's informal claim as a timely filed proof of claim.

WHEREFORE, the Plaintiff David Orlowski respectfully requests that this court enter an order GRANTING the present motion and allow the Plaintiff be included as a timely filled claim and authorizing the Settlement Administrator to review Plaintiff's claim. The Plaintiff also requests leave from the court to treat this filing as a Miscellaneous Claims Form corresponding to the documents already submitted to the Settlement Administrator which are attached hereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served by U.S. Mail and email to Russ Herman, Esq., Plaintiffs' Liaison Counsel, and Kerry Miller, Esquire, Defendants' Liaison Counsel, and upon all parties by electronically unloading the same to File and Serve Xpress f/k/a Lexis Nexis File and Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 29th day of June, 2018.

Respectfully Submitted,
Moffa & Breuer, PLLC
1776 N Pine Island Rd, Suite 102
Plantation, Florida 33322
Telephone: 954-634-4733
electronic mail: david@moffa.law
electronic mail: allusers@moffa.law


By:_/s/ David Bierman_____
David Bierman, Esquire
FL Bar No. 0020720