# EXHIBIT "B"

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

### DENIAL NOTICE
### DATE OF NOTICE: 12/29/14
### DEADLINE FOR RESPONSE: 1/28/15

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>Orlowski | First<br>David | Middle |
|---|---|---|---|
| Representative Claimant Name | Last | First | Middle |
| Claimant ID | 100704 | **Claim ID** | 1502 |
| Claim Type | Knauf Remediation | **Affected Property ID** | 1113 |
| Affected Property Address | Street<br>2722 SW 10 Ave | | Unit |
| | City<br>Cape Coral | State<br>FL | Zip code<br>33914 |
| Law Firm | Law Offices of Russel Lazega | | |

## II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Settlement Program ("Settlement Program") and relates to the claim and Affected Property identified in Section I.  We reviewed this claim and are denying it for the following reason(s):

| | DENIAL REASON | EXPLANATION |
|---|---|---|
| 1. | Pilot Program Remediation | You submitted a Knauf Remediation Claim  for an Affected Property that will be Remediated through the Pilot Program or which already has been Remediated through the Pilot Program.  Because Remediation is scheduled or complete, your Knauf Remediation claim with the Settlement Program is moot.  This denial has no effect on your Remediation claim in the Pilot Program. |

## III. YOUR OPTIONS AFTER THIS NOTICE

Because this claim has been denied, you do not have the option to resubmit it to the Settlement Program.  You may file an Appeal to the Special Master if you disagree with the denial of your claim.  If you wish to file an appeal, you must complete the Notice of Appeal by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**.  If you do not have online access, you may submit the Notice of Appeal form attached to this Notice.  Follow the instructions on the Portal or on the form to submit the Notice of Appeal.

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com.**

| V. HOW TO RESPOND TO THIS NOTICE | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your  submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC c/o Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

Claimant ID: 100704

*89412-100704-2*

Claim ID: 1502

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

## NOTICE OF APPEAL

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>Orlowski | | First<br>David | Middle |
|---|---|---|---|---|
| Representative<br>Claimant Name | Last | | First | Middle |
| Claimant ID | 100704 | | **Claim ID** | 1502 |
| Claim Type | Knauf Remediation | | **Affected Property ID** | 1113 |
| **Affected Property Address** | Street<br>2722 SW 10 Ave | | | Unit |
| | City<br>Cape Coral | State<br>FL | | Zip code<br>33914 |
| Law Firm | Law Offices of Russel Lazega | | | |

### II. BASIS OF APPEAL

Use the space below to provide the basis of your Appeal. This information will be transmitted to the Special Master, along with all documents related to your claim. The Special Master will decide your Appeal and will issue a written opinion providing details about the results of your appeal. You must attach all documents that support your appeal if you have not already submitted them. You may attach additional sheets as necessary.

| III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP | |
|---|---|
| We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com.** | |

| IV. HOW TO RESPOND TO THIS NOTICE | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your  submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC c/o Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

Claimant ID: 100704

*89412-100704-2*

Claim ID: 1502