# EXHIBIT "C"

# CHINESE DRYWALL SETTLEMENT PROGRAM

MDL 2047

## CHINESE DRYWALL SETTLEMENT PROGRAM
## VERIFICATION OF CLAIMS

All claimants must submit this Verification of Claims in support of Chinese Drywall Claims. You need only submit this Affidavit once and the Settlement Administrator will review it in conjunction with submitted claims. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. CLAIMANT INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name: Orlowski | First: DAVID | M.I.: W |
| **2. Claimant Identification Number (if you know it):** | 100704 | | |
| **3. SSN or TIN (if you do not know the Affected Property Identification Number):** | 2 9 1 1 | | |

### B. VERIFICATION OF CLAIMS

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed all Chinese Drywall Settlement Program Claim Form(s) and evidence submitted in supporte of all claims and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| | | | |
|---|---|---|---|
| **Claimant's Signature:** | [signature] | **Date:** | 10/18/2013 (Month/Day/Year) |
| **Title (If a business):** | | | |
| **Printed Name:** | First: DAVID | Last: Orlowski | M.I.: W |

CDW AFF-2

**Warnky Heating & Cooling**
a Division of Richard Warnky LLC
6250 Bayshore Road Unit B
N. Fort Myers, FL 33917
(239)940-1500 WarnkyAC@msn.com

# HVAC SERVICE ORDER INVOICE

(3)

1502

**METHOD OF PAYMENT**

☐ CASH
☐ CHECK DRIVERS LIC. NO. ____
CREDIT CARD ☐ MC ☐ VISA ☐ AMEX
EXP. DATE ____
CC NO. ____

| UNIT | UNIT |
|---|---|
| MAKE Kood | MAKE |
| MODEL CHCA-HMUKO | MODEL OK |
| SERIAL NUMBER M 506-0260 | SERIAL NUMBER |

NAME David Orlowski
STREET 2722 SW 10th Ave
CITY Cape Coral, FL 33904
PHONE (HOME) 239-671-8099 PHONE (WORK)
TECHNICIAN Bryan
DATE 8-11-09
PROMISED
SCHED. TIME ☐ A.M. ☐ P.M.

WORK TO BE PERFORMED: Change out evap coil & liquid line 3/8 dryer

**ENVIRONMENTAL CHECKLIST**

| CONDENSING UNIT | QTY | TYPE/DISPOSITION |
|---|---|---|
| ☐ RECOVERED | | |
| ☐ RECYCLED | | |
| ☐ RECLAIMED | | |
| ☐ RETURNED | | |
| ☐ DISPOSAL | | |
| ☐ DISMANTLED | | |
| ☐ CHANGED OUT/REPLACED | | TOTAL $ |

| QTY | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R- LBS. | | |
| | FILTERS X X | | |
| | TOTAL MATERIALS | | |

| HRS | LABOR | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | TOTAL LABOR | | |

**DESCRIPTION OF WORK**

Replace Black coil with new 4ton R22 Evap coil and new filter line dryer. Added 3 lbs of R22

**RECOMMENDATIONS**

DAVIDWORLOWSKI @ yahoo.com

TERMS

pd cash

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense and/or impose a 2% liquidation fee on the entire amount contained in the Seller/Buyer transaction. Any damage resulting from said removal shall not be the responsibility of Seller.

CUSTOMER SIGNATURE ____ DATE ____

LIMITED WARRANTY: All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

☐ REGULAR ☐ WARRANTY
☐ SERVICE CONTRACT

Thank You

**CHECK LIST**

- ☐ COMPRESSOR
  - ☐ SUCTION ____ PSI
  - ☐ HEAD ____ PSI
  - ☐ VOLTS ____ AMPS
  - ☐ ELECTRICAL CONNECTIONS
  - ☐ CONTACTS TIGHT & CLEAN
  - ☐ OIL LEVEL & CONDITION
- ☐ CONDENSER COIL
  - ☐ CLEAN COIL & CHECK FIN COND.
  - ☐ ENT. ____ °F LVG. ____ °F
- ☐ REFRIGERANT
  - ☐ LEAK ☐ CHARGE
- ☐ FAN AND MOTOR
  - ☐ VOLTS ____ AMPS ____
  - ☐ ELECTRICAL CONNECTIONS
  - ☐ CONTACTS TIGHT & CLEAN
  - ☐ FAN PULLEYS (ADJUST BELT)
  - ☐ CHK. LUB BEARINGS & MOTOR
- ☐ EVAPORATOR COIL
  - ☐ CLEAN COIL & CHECK FIN
  - ☐ ENT DB ____ °F LVG DB ____ °F
  - ☐ ENT WB ____ °F LVG WB ____ °F
- ☐ CONDENSATE AREAS
  - ☐ INSPECT & CLEAN DRAIN PAN
  - ☐ INSPECT & CLEAN DRAIN
- ☐ AIR FILTERS
  - ☐ CLEANED ☐ REPLACED
  - FILTER SIZE ____
- ☐ HEATING ASSEMBLY
  - ☐ BURNER & HEAT EXCHANGER
  - ☐ FUEL SUPPLY & PRESSURE
  - ☐ PILOT ASSEMBLY
  - ☐ FLAME ADJUSTMENT
  - ☐ PRIMARY RELAY & FLUE
  - ☐ FAN & LIMIT SWITCH OPER.
  - ☐ BLOWER ASSEMBLY
  - ☐ RV VALVE
  - ☐ STRIP HEAT
  - ☐ DEFROST CYCLE
- ☐ ELECTRICAL COMP'TS.
  - ☐ RELAYS ☐ CONTACTORS
  - ☐ OVERLOAD ☐ PRESS. SWITCH
- ☐ THERMOSTAT
  - ☐ O.K. ☐ REPLACE
  - ☐ RELOCATE

**TOTAL SUMMARY**

| | | |
|---|---|---|
| TOTAL MATERIALS | | |
| TOTAL LABOR | | |
| TRAVEL CHARGE | | |
| TAX | | |
| | | |
| TOTAL | 400 | 00 |

**Warnky Heating & Cooling**
a Division of Richard Warnky LLC
6250 Bayshore Road, Unit B
N. Fort Myers, FL 33917
(239)940-1500 Warnky...@msn.com

# HVAC SERVICE ORDER INVOICE

1436

**METHOD OF PAYMENT**

☐ CASH
☐ CHECK DRIVER'S LIC. NO.
CREDIT CARD ☐ MC ☐ VISA ☐ AMEX
EXP. DATE
CC NO.

| UNIT | UNIT |
|---|---|
| MAKE: Ruud c/u | MAKE |
| MODEL: UAPC 048 JAZ | MODEL |
| SERIAL NUMBER: 6994 F 250662585 | SERIAL NUMBER |

NAME: David Orlowski
STREET: 2722 SW 10th Ave
DATE: 07-22-09
CITY: Cape Coral FL 33914
PROMISED:
PHONE (HOME): 239-[illegible]
PHONE (WORK):
SCHED. TIME: ☒ A.M. ☐ P.M.
TECHNICIAN: [illegible] Mayer
WORK TO BE PERFORMED: No Cool

**ENVIRONMENTAL CHECKLIST**

| CONDENSING UNIT | QTY | TYPE/DISPOSITION |
|---|---|---|
| ☐ RECOVERED | | |
| ☐ RECYCLED | | |
| ☐ RECLAIMED | | |
| ☐ RETURNED | | |
| ☐ DISPOSAL | | |
| ☐ DISMANTLED | | |
| ☐ CHANGED OUT/REPLACED | | TOTAL $ |

**DESCRIPTION OF WORK**

System low on charge. Adjusted to proper Spec's

| QTY | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R-22 LBS. | | 70 00 |
| | FILTERS x x | | |
| | TOTAL MATERIALS | | |

| HRS | LABOR | RATE | AMOUNT |
|---|---|---|---|
| 1 | | | 70 00 |
| | TOTAL LABOR | | |

**RECOMMENDATIONS**

TERMS

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense and/or impose a 2% liquidation fee on the entire amount contained in the Seller/Buyer transaction. Any damage resulting from said removal shall not be the responsibility of Seller.

CUSTOMER SIGNATURE: [signature] DATE: 07-22-09

LIMITED WARRANTY: All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

☒ REGULAR ☐ WARRANTY
☐ SERVICE CONTRACT

Thank You

**CHECK LIST**

☐ **COMPRESSOR**
☐ SUCTION ____ PSI
☐ HEAD ____ PSI
☐ VOLTS ____ AMPS
☐ ELECTRICAL CONNECTIONS
☐ CONTACTS TIGHT & CLEAN
☐ OIL LEVEL & CONDITION

☐ **CONDENSER COIL**
☐ CLEAN COIL & CHECK FIN COND.
☐ ENT. ____ °F LVG. ____ °F

☐ **REFRIGERANT**
☐ LEAK ☐ CHARGE

☐ **FAN AND MOTOR**
☐ VOLTS ____ AMPS ____
☐ ELECTRICAL CONNECTIONS
☐ CONTACTS TIGHT & CLEAN
☐ FAN PULLEYS (ADJUST BELT)
☐ CHK. LUB BEARINGS & MOTOR

☐ **EVAPORATOR COIL**
☐ CLEAN COIL & CHECK FIN
☐ ENT DB ____ °F LVG DB ____ °F
☐ ENT WB ____ °F LVG WB ____ °F

☐ **CONDENSATE AREAS**
☐ INSPECT & CLEAN DRAIN PAN
☐ INSPECT & CLEAN DRAIN

☐ **AIR FILTERS**
☐ CLEANED ☐ REPLACED
FILTER SIZE ____

☐ **HEATING ASSEMBLY**
☐ BURNER & HEAT EXCHANGER
☐ FUEL SUPPLY & PRESSURE
☐ PILOT ASSEMBLY
☐ FLAME ADJUSTMENT
☐ PRIMARY RELAY & FLUE
☐ FAN & LIMIT SWITCH OPER.
☐ BLOWER ASSEMBLY
☐ RV VALVE
☐ STRIP HEAT
☐ DEFROST CYCLE

☐ **ELECTRICAL COMP'TS.**
☐ RELAYS ☐ CONTACTORS
☐ OVERLOAD ☐ PRESS. SWITCH

☐ **THERMOSTAT**
☐ O.K. ☐ REPLACE
☐ RELOCATE

**TOTAL SUMMARY**

| | | |
|---|---|---|
| TOTAL MATERIALS | | |
| TOTAL LABOR | | |
| TRAVEL CHARGE | | |
| TAX | | |
| TOTAL | 140 | 00 |

# D&J Heating & Cooling — INVOICE

1022 SW 37th Street
Cape Coral, FL 33914 239-645-8298

**SOLD TO:**
David Orlowski
2722 SW 10th Ave
Cape Coral, FL 33914

INVOICE NUMBER ORL-COIL
INVOICE DATE May 17,2011

**SHIPPED TO:**
Same

Sales Tax Rate: 6.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Install New EVAP COIL | 1,780.00 | 1,780.00 |
| | Service Call | 75.00 | 75.00 |
| | Charge System with 5.4lbs R-22 | 270.00 | 270.00 |
| | | SUBTOTAL | 2,125.00 |
| | | TAX | 127.50 |
| | | FREIGHT | |
| | | PAY THIS AMOUNT | $2,252.50 |

**MAKE ALL CHECKS PAYABLE TO:**
D&J Heating and Cooling
Attn: Accounts Receivable
1022 SW 37th St
Cape Coral, FL 33914

*THANK YOU FOR YOUR BUSINESS!*

# D&J Heating & Cooling — INVOICE

1022 SW 37th Street
Cape Coral, FL 33914 239-646-8298

**SOLD TO:**
David Orlowski
2722 SW 10th Ave
Cape Coral, FL 33914

INVOICE NUMBER: ORL-COIL
INVOICE DATE: September 5,2013

**SHIPPED TO:**
Same

Sales Tax Rate: 6.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Service Call | 75.00 | 75.00 |
| | Install New 2 Ton Goodman Airhandler to replace 2 Ton RUDD | 1,050.00 | 1,050.00 |
| | Charge System with 3.2lbs of R-22 | 192.50 | 192.50 |
| | *Manufacture has right to reserve warranty.Chinese Drywall | | |
| | | SUBTOTAL | 1,317.50 |
| | | TAX | 79.05 |
| | | FREIGHT | |
| | | PAY THIS AMOUNT | $1,396.55 |

**MAKE ALL CHECKS PAYABLE TO:**
D&J Heating and Cooling
Attn: Accounts Receivable
1022 SW 37th St
Cape Coral, FL 33914

***THANK YOU FOR YOUR BUSINESS!***

AIR ADVANTAGE Heating and Cooling

B № 3703

Today's Date: 12-18-2012

Good Until: 12-19-2012

5611 Second Street West
Lehigh Acres, Florida 33971
Lee 239-433-4635
Collier 239-352-3336

Install Date: 12-19-2012

Time: 8-10 AM

# Proposal and Agreement

Customer Name: David Orlowski

Address: 2722 S.W. 10th Ave

City, State: Cape Coral, FL

Zip: ______ Phone: 239 671-0072

Homewatch / Renter Name: ______

Billing Address: SAME

City: ______ State: ______

Zip: ______ North Phone: ______

Cell: ______ Fax: ______

Phone: ______

## Equipment Specifications

We will furnish, install and service the equipment listed below at the price, terms and conditions outlined.

Make Goodman Model Number(s) 10 KW HKR-10DA Serial Number(s) ______

Installation shall include: Ins[illegible] of one new Goodman 4 ton air handler w/ 10 kw of heat.

## X in Boxes = Yes

- [x] Misc. Materials
- [x] Taxes
- [x] Labor
- [ ] Permit
- [ ] New reinforced equipment pad
- [ ] New vibration isolation pads
- [ ] New properly sized refrigerant lines
- [ ] New clean, dry ACR copper tubing
- [x] Insulate refrigerant suction line(s)
- [ ] Install refrigerant drier(s)
- [x] Evacuate refrigerant system
- [x] Charge to manufacturer's specifications
- [x] Meet all federal, state and local laws
- [x] Remove existing equipment from premises
- [ ] Install energy saving setback thermostat
- [ ] New copper wire From ______ To ______
- [ ] Make air tight plenum transition
- [ ] New supply diffusers
- [ ] Supply run From ______ To ______
- [ ] Supply run From ______ To ______
- [ ] Return run From ______ To ______
- [ ] Return run From ______ To ______
- [ ] New vent pipe and cap
- [x] Clean work area
- [ ] Misc ______
- [ ] New condensate drain system
- [ ] New condensate pump
- [ ] Install aux. condensate drainpipe
- [ ] Meet all code requirements
- [x] Complete system start up
- [x] 10 year parts warranty
- [x] 1 year labor warranty
- [ ] ______ year compressor warranty
- [ ] ______ year service agreement
- [ ] ______ 555 PLAN
- [ ] ______ Expected MFG Rebate

| | |
|---|---|
| Total Investment | $ 1400.00 |
| FPL Rebate | $ - 0 - |
| | $ |
| Balance Due | $ 1400.00 |
| Deposit | $ |
| Remaining Balance | $ |

☐ VISA ☐ MasterCard ☐ American Express NET DUE UPON COMPLETION
We accept credit cards.

IF PAYING BY CREDIT CARD, PLEASE COMPLETE

EXP. DATE (Required) ☐☐/☐☐ Month Year CREDIT CARD ZIP CODE ______

Form of Payment: ☐ Credit Card ☐ Cash
30 DAYS ☐ Check ☑ Financing

Acceptance (Customer)

By: [signature] Date: 12/19/12

Approval (Company)

By: [signature] Date: 12/18/12

LIC# CAC 1813217

# D&J Heating & Cooling

# INVOICE

1022 SW 37th Street
Cape Coral, FL 33914

239-645-8298

**SOLD TO:**
David Orlowski
2722 SW 10th Ave
Cape Coral, FL 33914

INVOICE NUMBER 1012
INVOICE DATE August 19,2010

**SHIPPED TO:**
Same

Sales Tax Rate: 6.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Service Call | 75.00 | 75.00 |
| | RUDD Air Handler | 2,650.00 | 2,650.00 |
| | Charge System with 8lbs R-22 | 475.00 | 475.00 |
| | Labor 3.5 hours | 297.50 | 297.50 |
| | Damage done to old unit from Chinese Drywall. | | |
| | RUDD will not warranty old unit because of Drywall. | | |
| | | SUBTOTAL | 3,497.50 |
| | | TAX | 209.85 |
| | | FREIGHT | |
| | | | $3,707.35 PAY THIS AMOUNT |

**MAKE ALL CHECKS PAYABLE TO:**
D&J Heating and Cooling
Attn: Accounts Receivable
1022 SW 37th St
Cape Coral, FL 33914

***THANK YOU FOR YOUR BUSINESS!***




5611 2nd St W
Lehigh Acres, FL 33971

# Invoice

| Date | Invoice # |
| --- | --- |
| 10/22/2012 | 18057 |

| Bill To |
| --- |
| DAVE ORLOWSKI<br>2722 S.W. 10TH AVE.<br>CAPE CORAL, FL. |

| Job Address |
| --- |
| |

| W.O. No. | Terms |
| --- | --- |
| | |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| | DIAGNOSTIC FOR RESIDENTIAL CUSTOMER. | 66.00 | 66.00 |
| | REPLACE AH FAN MOTOR OVER 1/2 TO 3/4 HP INCLUDES NEW RUN CAPACITOR | 407.00 | 407.00 |
| | REPLACE CONTACTOR 2 POLE 30 OR 40 AMP | 144.00 | 144.00 |
| 2 | RE-WIRE AIR HANDLER | 65.00 | 130.00 |
| | DISCOUNT PER SCOTT B. | -200.00 | -200.00 |

Thank-You

| | |
| --- | --- |
| Payments/Credits | $0.00 |
| Balance Due | $547.00 |
| Total | $547.00 |

| Phone # | Fax # |
| --- | --- |
| 433-4635 | 433-4950 |

# THE CAPE LIGHTHOUSE, INC.
## *** INVOICE ***

Number : 25851 - Invoice
Account: STERLIN
Slm # : CC

Date: 12/31/2006
Page: 1

Bill To:
THE STERLING COLLECTION,INC.

4707 SE 9TH.PL.
CAPE CORAL, FL 33904

Ship To:
THE STERLING COLLECTION,INC.

4707 SE 9TH.PL.
CAPE CORAL, FL 33904

| Description | Order Date | PO # | Sales Order | Shipping Instructions |
|---|---|---|---|---|
| ORLOWSKY | 11/28/2005 | LIGHTING | 1122LWORLO | 2722 SW 10TH AVE. |

| Inv. # Fix # | Qty | Description | Price | Amount |
|---|---|---|---|---|
| 10040122832RS0000001 | 3 | EXT WALL MT | $118.22 | $354.66 |
| 1025021PD35723RBZ001 | 1 | CHANDELIER/FOYER PIECE ROMAN | $89.94 | $89.94 |
| 10020248930HWAC00001 | 3 | 2LT.FLUSH MT. HARVES WHEAT 75A | $49.00 | $147.00 |
| 10390235135495000001 | 1 | 4LT. BATH FIXT. OW 4-60A19 | $111.54 | $111.54 |
| 1050912*25CACL000001 | 9 | 25WT CA/CL | $0.90 | $8.10 |
| 1050912*60A19CL00001 | 8 | 60W/A19 CLEAR/130V | $0.65 | $5.20 |
| 1050912*40A19CL00001 | 17 | 40WA19 CLEAR/130V | $0.65 | $11.05 |
| 1041014S78CFRU000001 | 1 | 2LT CEILING MT RUST (2-60A) | $42.16 | $42.16 |
| 10390235154330000001 | 2 | 4 LT. BATH/CS/SCAVO GLASS | $102.25 | $204.50 |
| 10390225451330000001 | 1 | SCONCE/ONE LIGHT/COBBLESTONE | $25.32 | $25.32 |
| 10390235094319500001 | 1 | 3LT FIXTURE WITH GL/OW(3-A19) | $39.75 | $39.75 |

ARE DISCONTINUED

Terms: NET 30
** 1% per month late fees after 30 days **
Remit Payment To:
THE CAPE LIGHTHOUSE, INC.
874 S.E. 46th Lane
CAPE CORAL, FL 33904
(239) 549-2303

| | |
|---|---|
| Disc. (0.000): | $0.00 |
| Subtotal : | $1,039.22 |
| Tax (CAPE CORAL): | $62.35 |
| Total w/o deposit: | $1,101.57 |
| Less Deposit : | $333.59 |
| Amount Due : | $767.98 |

AIR ADVANTAGE Heating and Cooling

**AIR ADVANTAGE HEATING AND COOLING, INC.**
5611 2nd St West
Lehigh Acres, FL 33971
239-433-4635
www.myairadvantage.com

№ 21712

Want An Efficient System? Ask About Our PCM Plans!

STATE LICENSE # CAC1813217

Date: 11/06/14 Technician: Luis
Reason For Today's Call: No cool
Time Dispatched: ____ Arrival Time: ____ Time Completed: ____

Type: Cond Age: ____ Type: AH Age: ____
Brand: Rheem Brand: Goodman
Model: 4 Ton Model: ____
Serial No. ____ Serial No. ____

Name: Dave Orlowski Community: ____
Address: 2722 SW 10th Ave Bill To: ____
City/Zip: Cape Coral. FL Address: ____
C. Phone: ____ City: ____
H. Phone: ____ State/Zip: ____
Email: ____ H. Phone: ____

| Qty | Repair Code | Description | Reg | PCM |
|---|---|---|---|---|
| | SR Diag | Diagnostic | 80.00 | 80.00 |
| | SR GNC | Generic Cap | | 142.00 |
| | SR R-22 | Add one pound R-22 | | 60.00 |
| | | | | 282.00 |

Work Performed: Filter Size __ x __ x __ Filter Type ____

- ☐ Cleaned O.D. Coil
- ☐ Checked Evap Coil
- ☐ Checked Motors
- ☐ Amp Check
- ☐ Checked Thermostat
- ☐ Adjusted Ref. Chg.
- ☐ Vacuum Drain Line
- ☐ Nitro Blow
- ☐ Checked Air Filter
- ☐ Changed Air Filter
- ☐ Cleaned I.D. Coil
- ☐ Checked for Ref. Leaks
- ☐ Checked Safety Controls
- ☐ Checked Heat Amps
- ☐ Clean Drain Pan
- ☐ RA ____
- ☐ SA ____
- ☐ Split ____
- ☐ Head PSI ____
- ☐ SuctionPSI ____
- ☐ Subcool ____
- ☐ Superheat ____

**Payment Due on Completion**
PAID BY: ☒ Cash ☐ Check# ____
☐ Visa ☐ Mastercard ☐ American Express
Card No. ____
Card Zip Code ____
Exp. Date ____
Confirmation # ____

Sub Total $ ____
Credits $ All By Scott
Amount Due $ 100.00

**Next Maintenance**
__ / __ / __
Due Date

Description of Work Performed: Bad dual capacitor; Replace and add one pound R-22

Technician Recommendations:

Part Ordered: ____
Part Arrival: ____ Part At: ____

STOP WANT TO PAY LESS? If you are a member of our Preferred Customer Maintenance Program you receive a 15% discount on repair services.

PCM Savings On This Invoice $ ____

**Thank You!**
All of us at AIR ADVANTAGE Value This Opportunity to Serve You!

Signature ____ I hereby acknowledge the satisfactory completion of the above described work.
Technician's signature ____

2722 S.W. 10TH AVE
CAPE CORAL FL 33914
(239) 671 0072

Sold by:FRANCOIS, Nicole (TV 15:19
rg16 JACQUELINE CHERFILS 15:31

SAMSU PN50C450 1 688.88 688.88
50"720P PLASMA
Warranty Parts 12 months/Labor 12 months
In Home Service 30 DAY RETURN
SERVC EXTEND WARRA. 1 0.00 0.00
CUST DECLINES
Warranty Parts months/Labor months
In Home Service 0 DAY RETURN
SOLD BY NICOLE

FOR SERVICE, DELIVERY, or SALES CALL:
(954) 846 0000

***** T O T A L P I E C E S 1 *****

Sales Amount: 688.88
Sales Tax: 41.33
Total: 730.21

CASH 740.21

| | | | | |
|---|---|---|---|---|
| | Sharp LC60LE835U Class A Recertified Aquos Quattron 60 inch 1080p 3D LED HDTV | | | |
| PKGINS | Shipping Insurance | 61.17 | 1 | 61.17 |
| | | | | |

Replacement of Living Room TV 3rd Time!

| | |
|---|---|
| **Subtotal** | $1,111.16 |
| **Tax** | $0.00 |
| **Shipping & Handling** | $0.00 |
| | |
| **Total** | $1,111.16 |

**LC60LE835U : Sharp LC60LE835U Class A Recertified Aquos Quattron 60 inch 1080p 3D LED HDTV**
**PKGINS : Shipping Insurance**

DATE: 10-27-09

INVOICE **93491**

# GOOD DEALS APPLIANCE

14680-4 S.TAMIAM TR
FORT MYERS, FL 33912
239-437-9134 239-437-9138FAX: 239-437-9138
WWW.GOODDEALSAPPLIANCES.COM

***** BILL TO *****
540-4605
gale orlowski

***** SHIP TO *****
540-4605
gale orlowski

Replacement of Micro + oven

SHIP VIA : CUSTOMER PICK U
declined 5 years @99.00 each
teller check#4212

TERMS :PAID AT TIME OF SALE
SALESPERSON: DL DREW

| *** QUANTITY *** ORD | SHIP | B O | BRAND | PART/ MODEL | SERIAL#/LOC | DESCRIPTION | UNIT PRICE | EXT PRICE | DATE PROM/DEL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | Ka | KUDS40FVSS | FY1503484 | KA OVEN | 949.00 | 949.00 | 10-29-09 |
| 1 | 1 | 0 | KA | KHMS2040WSS | TRY3313925 | 2.0CU FT OTR MICRO STAINLESS | 499.00 | 499.00 | 10-29-09 |

| | | |
|---|---|---|
| SUB TOTAL | | 1448.00 |
| TAX | | 86.88 |
| TOTAL | | 1534.88 |
| PAYMENT 1 10-27-09 CASH | DL | 400.00 |
| PAYMENT 2 10-27-09 CHECK | DL | 1134.88 |
| PAYMENT TOTAL | | 1534.88 |
| BALANCE DUE | | 0.00 |

Authorized by_______________________ Date__________ Received by _______________________ Date________

I UNDERSTAND FACTORY WARRANTY(s) and Accept__________Decline________ Extended Service Protection

*********************************************************************************************************

Thank you for your business!

Good Deals Appliances, Inc (GDA)does not allow returns of special order merchandise. Returns or exchanges of merchandise (other than special order merchandise) are subject to GDA management's approval, and if approved, are subject to a restocking fee of 30% of the purchase price plus freight charges. Due to the additional costs associated with installed/built-in merchandise, returns and exchanges installed/built-in merchandise are subject to installation and/or de-installation charges plus the applicable opened carton restocking fee. Customer must notify GDA immediately if merchandise is delivered damaged, defective or not as ordered.

*********************************************************************************************************

DATE: 07-31-11

INVOICE 115753

# GOOD DEALS APPLIANCE

14680-4 S.TAMIAM TR
FORT MYERS, FL 33912
239-437-9134 239-437-9138FAX: 239-437-9138
WWW.GOODDEALSAPPLIANCES.COM

***** BILL TO *****
671-8999
GALE ORLOWSKI

***** SHIP TO *****
671-8999
GALE ORLOWSKI

SHIP VIA :

Pick Up

TERMS :PAID AT TIME OF SALE
SALESPERSON: DL DREW

| *** QUANTITY *** ORD | SHIP | B O | BRAND | PART/ MODEL | SERIAL#/LOC | DESCRIPTION | UNIT PRICE | EXT PRICE | DATE PROM/DEL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | KA | KERS206XSS | FW12912066 | CONV S/TOP RANGE STAINLESS | 850.00 | 850.00 | 08-18-11 |
| 1 | 1 | 0 | | DEL | | Deliver and remove old appliance | 55.99 | 55.99 | 08-18-11 |
| | | | | | | SUB TOTAL | | 905.99 | |
| | | | | | | TAX | | 54.36 | |
| | | | | | | TOTAL | | 960.35 | |
| | | | | | | PAYMENT 1 07-31-11 CHECK DL | | 901.00 | |
| | | | | | | PAYMENT 2 08-17-11 CASH LA | | 59.35 | |
| | | | | | | PAYMENT TOTAL | | 960.35 | |
| | | | | | | BALANCE DUE | | 0.00 | |

Authorized by________________ Date________ Received by ________________ Date______

I UNDERSTAND FACTORY WARRANTY(s) and Accept________Decline_______ Extended Service Protection

*****************************************************************************************************

Thank you for your business!

Good Deals Appliances, Inc.is not responsible for repairing any pre-existing plumbing (pipes, fixtures, lines, etc). Good Deals Appliances, Inc (GDA)does not allow returns of special order merchandise. Returns or exchanges of merchandise (other than special order merchandise) are subject to GDA management's approval, and if approved, are subject to a restocking fee.of 30% of the purchase price plus freight charges. Due to the additional costs associated with installed/built-in merchandise, returns and exchanges installed/built-in merchandise are subject to installation and/or de-installation charges plus the applicable opened carton restocking fee. Customer must notify GDA immediately if merchandise is delivered damaged, defective or not as ordered.

*****************************************************************************************************

AIR ADVANTAGE Heating and Cooling

**AIR ADVANTAGE HEATING AND COOLING, INC.**
5611 2nd St West
Lehigh Acres, FL 33971
239-433-4635
www.myairadvantage.com

№ 18057

Want An Efficient System? Ask About Our PCM Plans!

STATE LICENSE # CAC1813217

Date: 10/15/12 Technician: [signature]
Reason For Today's Call: No cool
Time Dispatched: ____ Arrival Time: ____ Time Completed: ____

Type: ____ Age: ____ Type: ____ Age: ____
Brand: ____ Brand: ____
Model: ____ Model: ____
Serial No. ____ Serial No. ____

Work Performed: Filter Size __x__x__ Filter Type ____

- ☐ Cleaned O.D. Coil
- ☐ Checked Evap Coil
- ☐ Checked Motors
- ☐ Amp Check
- ☐ Checked Thermostat
- ☐ Adjusted Ref. Chg.
- ☐ Vacuum Drain Line
- ☐ Nitro Blow
- ☐ Checked Air Filter
- ☐ Changed Air Filter
- ☐ Cleaned I.D. Coil
- ☐ Checked for Ref. Leaks
- ☐ Checked Safety Controls
- ☐ Checked Heat Amps
- ☐ Clean Drain Pan
- ☐ RA ____
- ☐ SA ____
- ☐ Split ____
- ☐ Head PSI ____
- ☐ SuctionPSI ____
- ☐ Subcool ____
- ☐ Superheat ____

Description of Work Performed:
~~Changed plug position on evap fan motor~~
Replace evap fan motor Removed circuit board did rewired system

Technician Recommendations:

Part Ordered:
Part Arrival: Part At:

Name: Dave
Address: SW 10th Ave
City/Zip: Cape Coral
C. Phone:
H. Phone:
Email:

Community:
Bill To:
Address:
City:
State/Zip:
H. Phone:

| Qty | Repair Code | Description | Reg | PCM |
|---|---|---|---|---|
| | SED reg | | | 66 |
| | SDAHM 2 | | | 407 |
| | SECON 2 | | | 144 |
| | NSSU | | | 130 |

**Payment Due on Completion**
PAID BY: ☐ Cash ☐ Check# ____
☐ Visa ☐ Mastercard ☐ American Express
Card No.
Card Zip Code
Exp. Date
Confirmation #

Sub Total $ 747 -
Credits $ ✓
Amount Due $ 747 -

**Next Maintenance**
Due Date

STOP
WANT TO PAY LESS?
If you are a member of our Preferred Customer Maintenance Program you receive a 15% discount off repair services.
PCM Savings on this invoice $
Initials

**Thank You!**
All of us at AIR ADVANTAGE Value This Opportunity to Serve You!

Signature [signature]
I hereby acknowledge the satisfactory completion of the above described work.
Technician's signature

AIR ADVANTAGE Heating and Cooling

**AIR ADVANTAGE HEATING AND COOLING, INC.**

5611 2nd St West
Lehigh Acres, FL 33971
239-433-4635
www.myairadvantage.com

15770 STATE LICENSE # CAC1813217

Want An Efficient System?
Ask About Our
PCM Plans!

Date: 5-17-11 Technician: Steve
Reason For Today's Call: Change out evaporator coil
Time Dispatched: ______ Arrival Time: ______ Time Completed: ______

Type: ______ Age: ______ Type: ______ Age: ______
Brand: ______ Brand: ______
Model: ______ Model: ______
Serial No. ______ Serial No. ______

Work Performed:
- ☐ Cleaned O.D. Coil
- ☐ Checked Evap Coil
- ☐ Checked Motors
- ☐ Amp Check
- ☐ Checked Thermostat
- ☐ Adjusted Ref. Chg.
- ☐ Vacuum Drain Line
- ☐ Nitro Blow

Filter Size __x__x__
- ☐ Checked Air Filter
- ☐ Changed Air Filter
- ☐ Cleaned I.D. Coil
- ☐ Checked for Ref. Leaks
- ☐ Checked Safety Controls
- ☐ Checked Heat Amps
- ☐ Clean Drain Pan

Filter Type ______
- ☐ RA ______
- ☐ SA ______
- ☐ Split ______
- ☐ Head PSI ______
- ☐ SuctionPSI ______
- ☐ Subcool ______
- ☐ Superheat ______

Description of Work Performed: Changed out evaporator coil

Technician Recommendations:

Part Ordered:
Part Arrival: Part At:

Name: Dave Orlowski
Address: 2722 SW 10 Ave
City/Zip: CC
C. Phone:
H. Phone: 671-0072

Community:
Bill To:
Address:
City:
State/Zip:
H. Phone:

| Qty | Repair Code | Description | Reg | PCM |
|---|---|---|---|---|
| 1 | SP-W- | Labor to change coil | | 250 |

**Payment Due on Completion**
PAID BY: ☒ Cash ☐ Check# ______
☐ Visa ☐ Mastercard ☐ American Express
**Card No.** ______
**Card Zip Code** ______
**Exp. Date** ______
**Confirmation #** ______

**Sub Total $** ______
**Credits $** ______
**Amount Due $** 250.00

**Next Maintenance**
___ - ___ - ___
**Due Date**

STOP
WANT TO PAY LESS?
If you are a member of our Preferred Customer Maintenance Program you receive a 15% discount off repair services.

PCM Savings on this invoice $ ______

The PCM Program has been explained to me and I decline to participate. Initials ______

**Thank You!**

**All of us at AIR ADVANTAGE Value This Opportunity to Serve You!**

Signature ______
I hereby acknowledge the satisfactory completion of the above described work.
Technician's signature ______

AIR ADVANTAGE Heating and Cooling

# AIR ADVANTAGE HEATING AND COOLING, INC.

5611 2nd St West
Lehigh Acres, FL 33971
239-433-4635
www.myairadvantage.com

14939

Want An Efficient System?
Ask About Our
PCM Plans!

STATE LICENSE # CAC1813217

Date: ______ Technician: Luis

Reason For Today's Call: No cool

Time Dispatched: ______ Arrival Time: 7:45 Time Completed: 8:15

Type: ______ Age: 8/2006 Type: A/H Age: ______

Brand: Ruud Brand: Ruud

Model: UHLA-HM4821JTA Model: UAPC-048JAZ

Serial No. M310602690 Serial No. [illegible]F250602545

Work Performed: Filter Size __x__x__ Filter Type ______

- ☐ Cleaned O.D. Coil
- ☐ Checked Evap Coil
- ☐ Checked Motors
- ☐ Amp Check
- ☐ Checked Thermostat
- ☐ Adjusted Ref. Chg.
- ☐ Vacuum Drain Line
- ☐ Nitro Blow
- ☐ Checked Air Filter
- ☐ Changed Air Filter
- ☐ Cleaned I.D. Coil
- ☐ Checked for Ref. Leaks
- ☐ Checked Safety Controls
- ☐ Checked Heat Amps
- ☐ Clean Drain Pan
- ☐ RA
- ☐ SA
- ☐ Split
- ☐ Head PSI
- ☐ SuctionPSI
- ☐ Subcool
- ☐ Superheat

Description of Work Performed: Customer [illegible] the System is low in Refrigerant because he has a Chinese drywall, so I found the System freezing up and I was to come back next morning and recharged the system using 3 pounds freon.

Technician Recommendations:

Part Ordered:

Part Arrival: Part At:

Name: Dave Orlowski

Address: 2722 SW 10th Ave

City/Zip: C Coral FL 33914

C. Phone:

H. Phone: 671-0072

Bill To:

Address:

City:

State/Zip:

H. Phone:

Community:

| Qty | Repair Code | Description | Reg. | PCM |
|---|---|---|---|---|
| | SR Trip charge | System freezing UP Adjust the System | 58.00 | 48.00 |
| | RR-22 | 3 Pound freon | 102.00 | 90.00 |
| | | | 160.00 | 138.00 |

**Payment Due on Completion**

PAID BY: ☒ Cash ☐ Check# ______

☐ Visa ☐ Mastercard ☐ American Express

Card No.

Card Zip Code

Exp. Date

Confirmation #

Sub Total $

Credits $

Amount Due $ 138.00

**Next Maintenance**

Due Date

STOP

WANT TO PAY LESS?

If you are a member of our Preferred Customer Maintenance Program you receive a 15% discount off repair services.

PCM Savings on this service $ 22.00

The PCM Program has been explained to me and I decline to participate.

Initials

Thank You!

All of us at AIR ADVANTAGE Value This Opportunity to Serve You!

Signature ______

I hereby acknowledge the satisfactory completion of the above described work.

Technician's signature ______

AIR ADVANTAGE Heating and Cooling

**AIR ADVANTAGE HEATING AND COOLING, INC.**
5611 2nd St West
Lehigh Acres, FL 33971
239-433-4635
www.myairadvantage.com

17955

Want An Efficient System? Ask About Our PCM Plans!

STATE LICENSE # CAC1813217

Date: 9/7/10 Technician: [signature]
Reason For Today's Call: NO COOL
Time Dispatched: 9:30 Arrival Time: 10:20 Time Completed: ____

Type: ____ Age: ____ Brand: ON SITE Model: ____ Serial No. ____

Type: CU Age: 6/06 Brand: RUUD Model: UAPC-048JAZ Serial No. 6994F250662545

Name: DAVID ORLOWSKI
Address: 2702 SW 17th AVE
City/Zip: CAPE CORAL
C. Phone:
H. Phone: 641-0070
Email:

Community:
Bill To:
Address:
City:
State/Zip:
H. Phone:

| Qty | Repair Code | Description | Req | PCM |
|---|---|---|---|---|
| | SEDING | | | 66 |
| | R22R | 8 LBS R22 | | 352 |

PAID CK# 7?

Work Performed: Filter Size __ x __ x __ Filter Type __

- ☐ Cleaned O.D. Coil
- ☐ Checked Evap Coil
- ☐ Checked Motors
- ☐ Amp Check
- ☐ Checked Thermostat
- ☐ Adjusted Ref. Chg.
- ☐ Vacuum Drain Line
- ☐ Nitro Blow
- ☐ Checked Air Filter
- ☐ Changed Air Filter
- ☐ Cleaned I.D. Coil
- ☐ Checked for Ref. Leaks
- ☐ Checked Safety Controls
- ☐ Checked Heat Amps
- ☐ Clean Drain Pan
- ☐ RA
- ☐ SA
- ☐ Split
- ☐ Head PSI
- ☐ SuctionPSI
- ☐ Subcool
- ☐ Superheat

Description of Work Performed:
SYSTEM: HOLDS STARTING AT 28802

Technician Recommendations:

Part Ordered:
Part Arrival: Part At:

**Payment Due on Completion**
PAID BY: ☐ Cash ☐ Check#
☐ Visa ☐ Mastercard ☐ American Express
Card No.
Card Zip Code
Exp. Date
Confirmation #

Sub Total $
Credits $
Amount Due $ 418 —

**Next Maintenance**
Due Date

STOP
WANT TO PAY LESS?
If you are a member of our Preferred Customer Maintenance Program you receive a 15% discount off repair services.

PCM Savings On This Invoice $

The PCM Program has been explained to me and I decline to participate. Initials

**Thank You!**
All of us at AIR ADVANTAGE Value This Opportunity to Serve You!

Signature [signature]
I hereby acknowledge the satisfactory completion of the above described work.
Technician's signature [signature]

AIR ADVANTAGE Heating and Cooling

# AIR ADVANTAGE HEATING AND COOLING, INC.

5611 2nd St West
Lehigh Acres, FL 33971
239-433-4635
www.myairadvantage.com

Want An Efficient System?
Ask About Our
PCM Plans!

4220 STATE LICENSE # CAC1813217

Date: 9-4-10 Technician: [illegible signature]

Reason For Today's Call: ____

Time Dispatched: ____ Arrival Time: ____ Time Completed: ____

Type: ____ Age: ____ Type: ____ Age: ____
Brand: ____ Brand: ____
Model: ____ Model: ____
Serial No. ____ Serial No. ____

Work Performed: Filter Size ___x___x___ Filter Type ____

- ☐ Cleaned O.D. Coil ☐ Checked Air Filter ☐ RA ____
- ☐ Checked Evap Coil ☐ Changed Air Filter ☐ SA ____
- ☐ Checked Motors ☐ Cleaned I.D. Coil ☐ Split ____
- ☐ Amp Check ☐ Checked for Ref. Leaks ☐ Head PSI ____
- ☐ Checked Thermostat ☐ Checked Safety Controls ☐ SuctionPSI ____
- ☐ Adjusted Ref. Chg. ☐ Checked Heat Amps ☐ Subcool ____
- ☐ Vacuum Drain Line ☐ Clean Drain Pan ☐ Superheat ____
- ☐ Nitro Blow

Description of Work Performed: Charged unit with R-22 3.48 lb total

Technician Recommendations:

Part Ordered: ____

Part Arrival: ____ Part At: ____

Name: Dave Orlowski
Address: 2722 SW 10th Ave
City/Zip: Cape Coral
C. Phone: ____
H. Phone: 671-0072

Community: ____
Bill To: ____
Address: ____
City: ____
State/Zip: ____
H. Phone: ____

| Qty | Repair Code | Description | Reg | PCM |
|---|---|---|---|---|
| | SAR-22R | R-22 @ 35 x 3.48 | | $121.80 |

**Payment Due on Completion**

PAID BY: ☐ Cash ☐ Check# ____

☐ Visa ☐ Mastercard ☐ American Express

Card No. ____ Paid
Card Zip Code ____
Exp. Date ____ Cash
Confirmation # ____

Sub Total $ $121.80
Credits $ ____
Amount Due $ 121.80

**Next Maintenance**

___ - ___ - ___
Due Date

STOP

WANT TO PAY LESS?

If you are a member of our Preferred Customer Maintenance Program you receive a 15% discount off repair services.

PCM Savings On this Invoice $ ____

The PCM Program has been explained to me and I decline to participate. Initials ____

# Thank You!

All of us at AIR ADVANTAGE Value This Opportunity to Serve You!

Signature ____
I hereby acknowledge the satisfactory completion of the above described work.

Technician's signature ____

**Warnky Heating & Cooling**
a Division of Richard Warnky LLC
6250 Bayshore Road Unit B
N. Fort Myers, FL 33917
(239)940-1900 WarnkyAC@msn.com

# HVAC SERVICE ORDER INVOICE

1334

**METHOD OF PAYMENT**

☐ CASH
☐ CHECK DRIVER'S LIC. NO. ______
CREDIT CARD ☐ MC ☐ VISA ☐ AMEX
EXP. DATE ______
CC NO. ______

NAME: David Orlowski
STREET: 2722 SW 10th AVE
CITY: Cape
PHONE (HOME): PHONE (WORK):
DATE:
PROMISED:
SCHED. TIME: ☐ A.M. ☐ P.M.
TECHNICIAN: Bryan
WORK TO BE PERFORMED:

**DESCRIPTION OF WORK**

found unit low on R22. Added 1 lbs of R22. Unit is cooling good at this time.

**RECOMMENDATIONS**

TERMS: PD cash

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense and/or impose a 2% liquidation fee on the entire amount contained in the Seller/Buyer transaction. Any damage resulting from said removal shall not be the responsibility of Seller.

X [signature]
CUSTOMER SIGNATURE DATE

**UNIT** | **UNIT**

| MAKE | MAKE |
|---|---|
| MODEL | MODEL |
| SERIAL NUMBER | SERIAL NUMBER |

**ENVIRONMENTAL CHECKLIST**

| CONDENSING UNIT | QTY | TYPE/DISPOSITION |
|---|---|---|
| ☐ RECOVERED | | |
| ☐ RECYCLED | | |
| ☐ RECLAIMED | | |
| ☐ RETURNED | | |
| ☐ DISPOSAL | | |
| ☐ DISMANTLED | | |
| ☐ CHANGED OUT/REPLACED | | TOTAL $ |

| QTY | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R-22 LBS. 1 | | 35 00 |
| | FILTERS X X | | |
| | TOTAL MATERIALS | | 35 00 |

| HRS | LABOR | RATE | AMOUNT |
|---|---|---|---|
| | service call | | 75 |
| | TOTAL LABOR | | 75 |

LIMITED WARRANTY: All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

☐ REGULAR ☐ WARRANTY
☐ SERVICE CONTRACT

**Thank You**

**CHECK LIST**

- ☐ **COMPRESSOR**
  - ☐ SUCTION ______ PSI
  - ☐ HEAD ______ PSI
  - ☐ VOLTS ______ AMPS
  - ☐ ELECTRICAL CONNECTIONS
  - ☐ CONTACTS TIGHT & CLEAN
  - ☐ OIL LEVEL & CONDITION
- ☐ **CONDENSER COIL**
  - ☐ CLEAN COIL & CHECK FIN COND.
  - ☐ ENT. ______ °F LVG. ______ °F
- ☐ **REFRIGERANT**
  - ☐ LEAK ☐ CHARGE
- ☐ **FAN AND MOTOR**
  - ☐ VOLTS ______ AMPS ______
  - ☐ ELECTRICAL CONNECTIONS
  - ☐ CONTACTS TIGHT & CLEAN
  - ☐ FAN PULLEYS (ADJUST BELT)
  - ☐ CHK. LUB-BEARINGS & MOTOR
- ☐ **EVAPORATOR COIL**
  - ☐ CLEAN COIL & CHECK FIN
  - ☐ ENT DB ______ °F LVG DB ______ °F
  - ☐ ENT WB ______ °F LVG WB ______ °F
- ☐ **CONDENSATE AREAS**
  - ☐ INSPECT & CLEAN DRAIN PAN
  - ☐ INSPECT & CLEAN DRAIN
- ☐ **AIR FILTERS**
  - ☐ CLEANED ☐ REPLACED
  - FILTER SIZE ______
- ☐ **HEATING ASSEMBLY**
  - ☐ BURNER & HEAT EXCHANGER
  - ☐ FUEL SUPPLY & PRESSURE
  - ☐ PILOT ASSEMBLY
  - ☐ FLAME ADJUSTMENT
  - ☐ PRIMARY RELAY & FLUE
  - ☐ FAN & LIMIT SWITCH OPER.
  - ☐ BLOWER ASSEMBLY
  - ☐ RV VALVE
  - ☐ STRIP HEAT
  - ☐ DEFROST CYCLE
- ☐ **ELECTRICAL COMP'TS.**
  - ☐ RELAYS ☐ CONTACTORS
  - ☐ OVERLOAD ☐ PRESS. SWITCH
- ☐ **THERMOSTAT**
  - ☐ O.K. ☐ REPLACE
  - ☐ RELOCATE

**TOTAL SUMMARY**

| | | |
|---|---|---|
| TOTAL MATERIALS | 35 | |
| TOTAL LABOR | | |
| TRAVEL CHARGE | 75 | |
| TAX | | |
| | | |
| TOTAL | 110 | 00 |

THE CAPE LIGHTHOUSE, INC.
*** INVOICE ***

Number : 25852 - Invoice
Account: STERLIN
Slm # : CC

Date: 12/31/2006
Page: 1

Bill To:
THE STERLING COLLECTION,INC.

4707 SE 9TH.PL.
CAPE CORAL, FL 33904

Ship To:
THE STERLING COLLECTION,INC.

4707 SE 9TH.PL.
CAPE CORAL, FL 33904

| Description | Order Date | PO # | Sales Order | Shipping Instructions |
|---|---|---|---|---|
| ORLOWSKY | 11/28/2005 | FANS | 1122LWORLO | 2722 SW 10TH AVE. |

| Inv. # | Fix # | Qty | Description | Price | Amount |
|---|---|---|---|---|---|
| 10394001435259500001 | | 2 | 52" ESTATE PATIO FAN-OLD WORLD | $118.15 | $236.30 |
| 10390271375950000001 | | 2 | 1LT. OLD WORLD PATIO LIGHT KIT | $63.38 | $126.76 |
| 1050912*60G25WH00001 | | 2 | 60 WT G25 WH | $1.69 | $3.38 |
| 1055400F502BCW000001 | | 1 | "GYRO" FAN BELCARO WALNUT | $660.90 | $660.90 |
| 1055400DR524BCW00001 | | 1 | DR524BCW DOWNROD | $16.50 | $16.50 |
| 10394007752549000001 | | 1 | CAPRI FAN OLD COPPER | $90.95 | $90.95 |
| 10394004952549000001 | | 1 | FAN 52" HAMMERED COPPER | $169.15 | $169.15 |
| 10394006244900000001 | | 1 | DR2449 OC | $10.50 | $10.50 |
| 10390271049490000001 | | 1 | FAN LIGHT AMBER GLASS COPPER | $52.39 | $52.39 |
| 1050912*60A19CL00001 | | 2 | 60W/A19 CLEAR/130V | $0.65 | $1.30 |

ARE DISCONTINUED

Terms: NET 30
** 1% per month late fees after 30 days **
Remit Payment To:
THE CAPE LIGHTHOUSE, INC.
874 S.E. 46th Lane
CAPE CORAL, FL 33904
(239) 549-2303

| | |
|---|---|
| Disc. (0.000): | $0.00 |
| Subtotal : | $1,368.13 |
| Tax (CAPE CORAL): | $82.09 |
| Total w/o deposit: | $1,450.22 |
| Less Deposit : | $0.00 |
| Amount Due : | $1,450.22 |

2722 S.W. 10TH AVE
CAPE CORAL FL 33914
(239) 671 0072

---

Sold by:DICAMILLO, MAURO (TV) 14:02
rg15 CLAUDENA JOSEPH 14:06

---

PANAS TCP60S30 1 1099.88 1099.88
60" PLASMA 1080P
Warranty Parts 12 months/Labor 12 months
In Home Service 30 DAY RETURN
SERVC EXTEND WARRA 1 0.00 0.00
CUST DECLINES
Warranty Parts months/Labor months
In Home Service 0 DAY RETURN

---

BTEC B2760C 1 129.88 129.88
60" 3 SHELF TV CONSOLE 125LBS
Warranty Parts 12 months/Labor 12 months
Carry in Service 30 DAY RETURN

The cardholder agrees to the credit card amount shown hereon and agrees to perform the obligations set forth in the cardholder's agreement with the issuer.

FOR SERVICE, DELIVERY, or SALES CALL:
(954) 346 0000

***** T O T A L P I E C E S 2 *****