# EXHIBIT "D"

## John A. Moffa

| | |
|---|---|
| **From:** | David Bierman |
| **Sent:** | Tuesday, April 17, 2018 12:54 PM |
| **To:** | John A. Moffa |
| **Subject:** | FW: Orlowski Property 2722 SW 10th Ave Cape Coral, Florida 33914 |

Per our conversation Brown Greer information below

Regards,


David Bierman,Esquire
Moffa & Breuer, PLLC
1776 N Pine Island Road Suite 102
Plantation, Florida 33322
Telephone: 954-634-4733
Facsimile: 954-337-0637
Email: david@moffa.law
Email: dabier@att.net

<u>**CONFIDENTIALITY NOTICE:**</u>


**This e-mail message and attachments hereto may contain legally privileged and confidential information intended for the exclusive use of the addressee. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by e-mail or telephone, and delete the original message from your computer.**

**From:** Mindy Nunnally [mailto:mnunnally@browngreer.com]
**Sent:** Wednesday, February 04, 2015 11:27 AM
**To:** 'davidworlowski@yahoo.com'
**Subject:** RE: Orlowski Property 2722 SW 10th Ave Cape Coral, Florida 33914

We received your updated Release and we will request funding this week.  Generally funding takes 2-4 weeks.  After funding is received Moss will issue a Move-Out Notice and the Lump Sum Payment will be issued within a week.  Let me know if you have any questions.

Thanks,
Mindy

**From:** davidworlowski@yahoo.com [mailto:davidworlowski@yahoo.com]
**Sent:** Monday, February 02, 2015 5:18 PM
**To:** Mindy Nunnally
**Subject:** RE: Orlowski Property 2722 SW 10th Ave Cape Coral, Florida 33914

The forms were completed and signed by a Notary. It was send USPS Overnight. You should have it tomorrow.

Thanks

1

Sent from my Verizon Wireless 4G LTE Smartphone

--------- Original message --------
From: Mindy Nunnally
Date:02/02/2015 4:14 PM (GMT-05:00)
To: 'David Orlowski'
Subject: RE: Orlowski Property 2722 SW 10th Ave Cape Coral, Florida 33914


Below is the Lawsuit Commencement date and the case and court caption.


1. **Lawsuit Commencement Date:**  12/9/09

    • This is the date that the Payton complaint was filed (2nd paragraph, 1st blank).


2. **Case / Caption:**  2:2009-cv-07628 / Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.

    • This is the case number and case caption/name of the complaint (2nd paragraph, 2nd blank).


3. **Court Information:**  USDC Eastern District of Louisiana

    • This is the court in which the case was filed (2nd paragraph, 3rd blank).


Thanks


**From:** David Orlowski [mailto:davidworlowski@yahoo.com]
**Sent:** Monday, February 02, 2015 4:04 PM
**To:** Mindy Nunnally
**Subject:** Re: Orlowski Property 2722 SW 10th Ave Cape Coral, Florida 33914


Where exactly is this case filed? Mine is the Class Action Suit based in Louisiana. So where it says :claimant's
action was filed as:" _____in the (Court)_____.  What do I put here?


Thanks

On Monday, February 2, 2015 3:56 PM, Mindy Nunnally <mnunnally@browngreer.com> wrote:

You can send this directly to me to the address below.

**Mindy Nunnally**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7225
Facsimile: (804) 521-7299
www.browngreer.com

---

**From:** David Orlowski [mailto:davidworlowski@yahoo.com]
**Sent:** Monday, February 02, 2015 3:31 PM
**To:** Mindy Nunnally
**Subject:** Re: Orlowski Property 2722 SW 10th Ave Cape Coral, Florida 33914

I am getting this notorized once again for the third time. What is the best address to send this? Who is the best person to send this to directly? I am overnighting this today so there are no more delays.

Thanks,

On Monday, February 2, 2015 3:01 PM, Mindy Nunnally <mnunnally@browngreer.com> wrote:

Mr. Orlowski,

The Release submitted on 1/20/15 is deficient. The review shows the Release was not properly notarized and will need to be signed and resubmitted. The notary failed to complete the paragraph section of the Release, which should include the month, date, year and the name of the person who signed in the blanks.

"I certify that on _____, 201_, _____ personally came

before me and acknowledged under oath, to my satisfaction, that this person (a) is named in and

personally signed this document; and (b) signed, sealed and delivered this document by her act and

deed."

You can submit a PDF version of the Release for us to review before sending it by mail.  Let me know if you have any questions.

Thanks,

Mindy

---

**From:** David Orlowski [mailto:davidworlowski@yahoo.com]
**Sent:** Monday, February 02, 2015 2:38 PM
**To:** Mindy Nunnally
**Subject:** Orlowski Property 2722 SW 10th Ave Cape Coral, Florida 33914

Hello:

I just want to check the status of my Chinese Drywall Claim. All forms have been signed, notorized, and returned to your office.

Can you please update me?

Thanks,