# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

David Orlowski
**PLAINTIFF(S)**

**VERSUS**

Knauf Gips KG, et al
**DEFENDANT(S)**

CIVIL ACTION

No.   2047

SECTION:   L

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion (Amended) To Be Included As A Timely Filed Claimant hereby set for submission before District Judge/Magistrate Judge Wilkinson on _____ at _____ __.m.

/s/ David Bierman
(Signature)

David Bierman
(Name)

Moffa & Breuer, PLLC
1776 N Pine Island Rd #102
(Address)

Plantation, FL 33322
(City)        (State)      (Zip)

954-634-4733
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this  29th  day of  June , 20 18 .

/s/ David Bierman
**(SIGNATURE)**