UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY          MDL NO. 2047
LITIGATION                          SECTION: L
                                    JUDGE FALLON
                                    MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

Amorin et al v. Taishan Gypsum Co., Ltd., et al,
Nos. 11-1395; 11-1672; & 11-1673.
As to Claimants:
Silas Battie; Charles and Tracy Bowden
Konrad Hampton; Lawrence Murphy; and
Sandra Steffy
**************************************************************************

**OBJECTION TO DEFENDANTS' MOTION TO DISMISS CERTAIN PLAINTIFFS
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 37(b)
(Doc Nos. 21351 &21353)**

MAY IT PLEASE THE COURT, Plaintiffs in the ongoing CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, Silas Battie, Charles and Tracy Bowden, Konrad Hampton, Lawrence Murphy, as well as Sandra Steffy, through undersigned counsel respectfully submit this Objection to the Defendants motions, claiming to be pursuant to Federal Rule of Civil Procedure 37(b), requesting an order dismissing with prejudice Plaintiffs who failed to timely submit and/or verify Supplemental Plaintiff Profile Forms ("SPPFs") as required by the Court's Pre-Trial Order 11(A). Plaintiffs aver as follows:

### STATEMENT OF FACTS

On January 24, 2018, this Court issued Pre-Trial Order 11(A) mandating that all plaintiffs in this litigation complete and sign the SPPF by March 22, 2018. Since that time Defendants have granted Plaintiffs an extension on submitting their SPPFs that ran through the end of April.

However, for reasons that will be further explained, the above named Plaintiffs have not been able to comply with this request.

## ARGUMENT

As everyone is aware, this litigation has been ongoing for over nine (9) years. In that time Plaintiffs have been required to submit an untold number of documents and evidence. Until the SPPF, all of the Plaintiffs making this Objection have complied with every submission order of this court. Meanwhile Defendants, unlike the Defendants in almost every case they relied on in their Memorandums in Support, willfully refused to answer any Orders issued by this court or even make an appearance, until they finally complied in 2016. This refusal caused the Defendants to be held in Contempt by this honorable court and caused everyone involved to acquire unnecessary time, costs, and expenses.

Because of the length of time that has passed, life for the Plaintiffs has moved on, and for most it has changed in some way. Many of the Plaintiffs have found themselves to be in a position where they could no longer live in their homes that had been tainted by the Defendants' products and were forced to move. Some Plaintiffs, unknown to their counsel, passed away. Plaintiffs who were in the military have been transferred or called to duty overseas. Most, if not all of the Plaintiffs, have been seriously disheartened by the length of time that has lapsed without a resolution, to such an extent that some have simply given up on ever seeing any compensation and have not kept their counsel apprised as to their whereabouts.

The court will be pleased to learn that Silas Battie was successfully located by his counsel this week in Alabama at an address previously unknown. The SPPF has been forwarded to him and he is in the process of returning it completed. Sandra Steffy is an active member of the military. Since this litigation started she has been transferred twice to bases in different states

that her counsel knows of.  It is not beyond the realm of possibility that she has been transferred again and merely overlooked notifying her counsel.

Charles and Tracy Bowden, Konrad Hampton, and Lawrence Murphy are no longer residing at their residences that were tainted by the Defendants drywall product, nor are they employed in the manner they were in 2009.  Unfortunately they also did not understand the necessity of letting their counsel know where they were relocating.  However, counsel is still attempting to find them and doubtless will if given more time to do so.

**CONCLUSION**

The Plaintiffs who are submitting this Objection have complied with every submission requested of them by this court over the last nine years.   The singular reason this one has not been answered yet is that they have not been located.  Because of the amount of time that has unnecessarily passed since the initial filing of this litigation and the number of Plaintiffs involved, it is not outside the realm of possibility that a small percentage of them have simply moved and forgotten to notify their counsel of a forwarding address.  For the foregoing reasons, Plaintiffs  respectfully request that the Defendants' Motions to Dismiss Claims For Failure to Complete Supplemental Profile Forms be denied.

Respectfully submitted this 2nd day of July, 2018.

    /s/Salvadore Christina, Esq.
SALVADORE CHRISTINA,ESQ.(LA Bar #27198)
TONI S. BECNEL, ESQ. (LA Bar #23645
Becnel Law Firm, L.L.C.
425 West Airline Highway, Suite B
Laplace, LA 70068
Telephone: (985)536-1186
Facsimile: (985)536-6445
schristina@becnellaw.com
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Objection has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of July, 2018.

                              Respectfully submitted:

                               _/s/ Salvadore Christina, Esq._
                              SALVADORE CHRISTINA,ESQ.(LA Bar #27198)
                              *Counsel for Plaintiff*