UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
    JUDGE FALLON
MAG. JUDGE

WILKINSON
THIS DOCUMENT RELATES TO:

Amorin et al v. Taishan Gypsum Co., Ltd., et al,
Nos. 11-1395; 11-1672; & 11-1673.
As to Claimants:
Silas Battie; Charles and Tracy Bowden
Konrad Hampton; Lawrence Murphy; and
Sandra Steffy
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF SALVADORE CHRISTINA, JR.

STATE OF LOUISIANA

ST. JOHN THE BAPTIST PARISH


BEFORE ME, the undersigned authority, personally came and appeared:

### SALVADORE CHRISTINA, JR.

Who, after first being duly sworn, did depose and state:

That he is an attorney with the Becnel Law Firm, LLC who represents Silas

Battie, Charles and Tracy Bowden, Konrad Hampton, Lawrence Murphy and Sandra

Steffy in their claims in the Chinese-Manufactured Drywall Products Liability Litigation.

Silas Battie originally resided at 4668 Corinne Street in New Orleans, Louisiana

when this litigation started.  Since 2009, Mr. Battie has participated in this litigation and

has produced all documents and forms as ordered by the Court or requested by the PSC.

Mr. Battie was sent multiple letters on January 30, 2018, February 14, 2018, March 22,

2018, April 25, 2018, and May 14, 2018 concerning the Supplemental Claim form. I searched the New Orleans Assessor's website to check that Mr. Battie still owns the property. I found that he does as well as another property in Orleans Parish. I sent the last two letters to each address. I recently found Mr. Battie living in Alabama. Mr. Battie has been sent a Supplemental Plaintiff Profile Form via email and our firm is awaiting its return.

Mr. Charles and Tracey Bowden were sent letters on the same dates as Mr. Battie. Mr. Bowden originally lived in a trailer containing Chinese Drywall at 73 Thomas School Road in Lumberton, Mississippi. Since the litigation has commenced, Mr. Bowden has moved to 5 Whisper Pine Lane, Poplarville, Mississippi. The letters sent to this address have been returned by the Post Office as "No Receptacle, unable to forward." I have tried to call Mr. Bowden, however his contact numbers are no longer valid.

Mr. Konrad Hampton was mailed letters on the same dates as Mr. Battie. I looked up on the assessor's website for St. Bernard, Orleans, St. Tammany and Jefferson Parishes and did not find that Mr. Hampton owned any property other than the property located at 2514 Kenneth Drive, Violet, Louisiana which is the property containing Chinese drywall. I have also sent emails to his last known email address with no response.

Mr. Murphy was mailed letters on the same dates as Mr. Battie. I looked up on the assessor's website for St. Bernard, Orleans, St. Tammany and Jefferson Parishes and did find that Mr. Hampton owned another piece of property in Orleans Parish located at 2300 Monticello St. New Orleans, Louisiana, 70117. I sent the last letter on May 14, 2018 to this address and to 7021 Mayo Dr. New Orleans Louisiana, which is the property

containing the Chinese drywall.  I have also sent emails to his last known email address with no response.

Mrs. Sandra Steffy originally resided at 26121 Hwy 40 Bush, LA 70431.  Her home was remediated staring in May 2015 via the Road Home Program and after completion of the remediation was sold.  Mrs. Steffy is a member of the United States Navy and moved to 201 Rainbow Dr. in Jonesborough, Tennessee.  Mrs. Steffy thereafter was transferred and relocated to Swannanoa, North Carolina.  The letters sent here were returned as "No longer at this address, unable to forward".  We found a new address for Mrs. Steffy in Wuethville, Virginia and sent correspondence to her regarding the Supplement Profile Form to that address but as of today, there has been no response.

_____
Salvadore Christina, Jr.

**SWORN TO AND SUBSCRIBED,** before me, Notary Public, on this 28th day of June, 2018.

_____
**NOTARY PUBLIC: Matthew B. Moreland**

Matthew Benjamin Moreland
La. Bar #24567
La. Notary #57681
Attorney-at-Law
My commission is for life.