Case 2:09-md-02047-EEF-MBN  Document 21449  Filed 07/02/18  Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO:** | JUDGE ELDON E. FALLON |
| *Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al., **Case No. 11-1395 (EDLA)** | MAGRISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| *Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al., **Case No. 11-1672 (EDLA)** | |
| *Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al., **Case No. 11-1673 (EDLA)** | |

## <u>PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS</u>

Plaintiffs Paul and Tellina Mitchell submit the following Response in Opposition to Defendants CNBM Company, BNBM Group, BNBM PLC, Taishan Gypsum Co., Ltd., and Tai'an Taishan Plasterboard Co., Ltd.s' Motions to Dismiss. For the reasons stated herein, the Motions should be denied with respect to the Mitchells.

The matter has been resolved. The Mitchells' verified Supplemental Plaintiff Profile Form ("SPPF") has been submitted pursuant to Pre-Trial Orders 11A and 11B. While the verification form was submitted after the applicable deadline, there was good cause for the delay.

Plaintiffs' SPPF, containing all necessary information related to their claim, was submitted on March 8, 2018, well before the deadline. Obtaining the Mitchell's verification, however, took some time as the undersigned did not have up-to-date contact information. The undersigned was eventually able to obtain that information, and Plaintiffs and counsel diligently coordinated to verify the SPPF. Said verification was submitted to the system as of June 26,

2018. Accordingly, good cause existed, and the moving parties were in no way prejudiced by the brief delay in submitting the verification.

WHEREFORE, Plaintiffs respectfully request that the Court deny Defendants' Motions to Dismiss.

Dated: July 2, 2018

PODHURST ORSECK P.A.
SunTrust International Center, Suite 2300
One SE Third Ave.
Miami, Florida 33130
Tel: 305/358-2800 - Fax: 305/358-2382
Email: rjosefsberg@podhurst.com
           jgravante@podhurst.com

By:    s/ Robert C. Josefsberg
       Robert C. Josefsberg (FBN 040856)
       John Gravante III (FBN 617113)

*Counsel for Plaintiff Tellina Mitchell*
*Member of Plaintiffs Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Leonard Davis and Russ Herman, and Kerry J. Miller, Defendants' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of July, 2018.

By:    s/ Robert C. Josefsberg