# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Stephen and Diane Brooke, individually, and on behalf of all others similarly situated<br><br>vs.<br><br>The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation<br><br>*Case 2:15-cv-04127* | |

## PLAINTIFF RALPH DELLA-PIETRA, JR.'S NOTICE OF INTENT TO REMEDIATE

NOTICE IS HEREBY given that the property located at 5076 S.E. Mariner Garden Circle, Stuart, Florida 34997, shall be made available for inspection prior to the commencement of remediation, which shall occur no sooner than fourteen (14) days from the date of this Notice.

1

Plaintiff alleges that the property contains drywall manufactured by Taishan.

Dated: July 2, 2018                           Respectfully submitted,

/s/ Allison Grant
Allison Grant, Esquire (Fla. Bar No. 858330)
Allison Grant, P.A.
14 S.E. 4th Avenue
Boca Raton, Florida   33432
Phone: (561) 994-9646
Fax:    (561) 431-4627
Email: agrant@allisongrantpa.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and Harry Rosenberg, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of July, 2018.

/s/ Allison Grant
Allison Grant, Esquire
Fla. Bar No. 858330
Allison Grant, P.A.
14 S.E. 4th Avenue
Boca Raton, Florida   33432
Phone: (561) 994-9646
Fax:    (561) 431-4627
Email: agrant@allisongrantpa.com