UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (LA)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (VA)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Civ. Action No. 10-0361<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-0080 | |

### ST. MARTIN LIONS CLUB NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, St. Martin Lions Club, hereby dismisses, with prejudice, all of their claims against all DEFENDANT(s), in Plaintiffs' Omnibus Complaints set forth in the above caption. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Edward P. Rowan of Taylor Martino, P.C., counsel for St. Martin Lions Club dated June 29, 2018 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated July 2, 2018                         /s/ Russ M. Herman
                                           Russ M. Herman, Esquire (Bar No. 6819)
                                           Leonard A. Davis, Esquire (Bar No. 14190)
                                           Stephen J. Herman, Esquire (Bar No. 23129)
                                           HERMAN, HERMAN & KATZ, L.L.C.
                                           820 O'Keefe Avenue
                                           New Orleans, Louisiana 70113
                                           Phone: (504) 581-4892
                                           Fax: (504) 561-6024
                                           ldavis@hhklawfirm.com
                                           *Plaintiffs' Liaison Counsel*
                                           *MDL 2047*

OF COUNSEL:

Edward P. Rowan, Esq.
Taylor Martino, P.C.
51 Saint Joseph Street
Mobile, Alabama 36602
Tel: (251) 433-3131
Fax: (251) 433-4207

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of July, 2018.

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel*
*MDL 2047*