

[+]Richard H. Taylor
Steven A. Martino
[+]Edward P. Rowan
W. Lloyd Copeland
[+#†]Amanda D. Summerlin
W. Bradford Kittrell
Benjamin N. Kearns

[+]*Also Admitted in Mississippi*
[#]*Also Admitted in New York*
[†]*Also Admitted in Pennsylvania*

June 29, 2018



**VIA ELECTRONIC MAIL: ldavis@hhklawfirm.com**
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

  Re: **St. Martin Lions Club**

Dear Mr. Davis:

  Please allow this correspondence to represent permission to file a Notice of Voluntarily Dismissal of Claims for St. Martin Lions Club in the Chinese Drywall litigation. They no longer wish to pursue their claims. Should you need anything further, please let us know.

  Please call with questions.

            Highest regards,

            *[signature]*

            EDWARD P. ROWAN
            For the Firm

**51 Saint Joseph Street**
**Post Office Box 894**
**Mobile, Alabama 36601**
www.TaylorMartino.com

*Representing Victims For Over 30 Years*

Tel: (251) 433-3131
Fax: (251) 433-4207
Fax: (251) 405-5080
Toll Free: (800) 256-7728