UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE:* CHINESE-MANUFACTURED DRWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON<br>: |

## CLAIMANT REBEKAH LOPEZ'S VERIFIED RESPONSE TO TAISHAN'S MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLETE SUPPLEMENTAL PROFILE FORMS

The law firm of VM Diaz & Partners, LLC hereby submits this response on behalf of claimant, Rebekah Lopez (hereinafter "Ms. Lopez") in response to Taishan Gypsum Co, Ltd and Tai'an Taishan Plasterboard Co. Ltd.'s (hereinafter the "Taishan Defendants") Motion to Dismiss Claims for Failure to Complete Supplemental Profile Forms (Rec. D. 21353). In opposition to the dismissal sought by the Taishan Defendants, states as follows:

Ms. Lopez is the quintessential Chinese drywall victim. A single mother and evening shift nurse, Ms. Lopez purchased the townhome located at 1940 SE 23rd Avenue in Homestead, Florida (hereinafter the "home") in July of 2006 and, after years of adverse health effects, in July 2010 discovered that the home contained defective drywall manufactured by the Taishan Defendants. Despite her efforts to maintain an ownership interest in the home, given the loss in value of the home and her inability to pay for the needed gut renovation, Ms. Lopez ultimately lost her home to foreclosure. Forced to relocate, Ms. Lopez unintentionally neglected to provide counsel with her new contact information.

Upon receipt of Pre-Trial Orders 11A and 11B, VM Diaz & Partners, LLC began its efforts to notify the firm's clients with drywall manufactured by the Taishan Defendants regarding the completion and required verification of the Supplemental Plaintiff Profile Form (the "SPPF"). Not having Ms. Lopez's new contact information, the firm tried unsuccessfully to

notify Ms. Lopez of the SPPF submission deadline. Notably, the firm **did** complete the SPPF form on Ms. Lopez's behalf **and timely submitted the form** – missing was *only* the executed verification from Ms. Lopez.

VM Diaz & Partners, LLC continued its effort to notify Ms. Lopez after submittal of the completed - but unverified - SPPF form and has since made contact with her. Ms. Lopez has executed the SPPF and **the verified form has been submitted** in accordance with Pre-Trial Orders 11A and 11B. Ms. Lopez respectfully requests that this Honorable Court excuse her delay and not dismiss her pending claim against the Taishan Defendants. Her delayed submission of the verification page was caused only by the fact that she lost her home to foreclosure and – because she failed to maintain contact with her attorneys - was unaware of the Court's deadline. She has since complied and her, albeit delayed submission of the verification page of the SPPF, has not caused any substantive prejudice to the Taishan Defendants which would merit dismissal of her claim.

For these reasons, claimant Rebekah Lopez, respectfully requests that the Court deny Taishan's Motion to Dismiss Claims for Failure to Complete Supplemental Profile Forms to the extent the motion seeks dismissal of any of Ms. Lopez's claims.

Respectfully submitted,

**VM DIAZ & PARTNERS, LLC**
119 Washington Avenue, Suite 402
Miami Beach, Florida 33139
Tel: 305-704-3200
Fax: 305-538-4928

By:   /s/ Victor M. Diaz, Jr.
      Victor M. Díaz, Jr., Esq.
      Florida Bar No. 503800
      victor@diazpartners.com

2

*In re: Chinese-Manufactured Drywall Products Liability Litigation*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response has been served on Plaintiff's Liaison Counsel, Russ Herman, by email and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of July, 2018.

          **VM DIAZ & PARTNERS, LLC**
          119 Washington Avenue, Suite 402
          Miami Beach, Florida 33139
          Tel: 305-704-3200
          Fax: 305-538-4928

          By:   /s/ Victor M. Diaz, Jr.
                    Victor M. Díaz, Jr., Esq.
                    Florida Bar No. 503800
                    victor@diazpartners.com

*In re: Chinese-Manufactured Drywall Products Liability Litigation*

## VERIFICATION

I, Rebekah Lopez, have personal knowledge of the facts set forth herein and verify under penalty of perjury that the factual statements in this Response to Taishan's Motion to Dismiss Claims for Failure to Complete Supplemental Profile Forms are true and correct.

_____
Rebekah Lopez

BEFORE ME, this 29 day of June, 2018, personally appeared Rebekah Lopez, who is known to me personally or else who has produced D1F1L120730725121 as identification of her person and has sworn to the verification above.   exp 01-12-19



CLAUDIA BALAREZO
Notary Public - State of Florida
Commission # FF 177221
Comm. Expires Nov 18, 2018

_____
Notary Public

4