UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (LA)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (VA)<br><br>*Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 12-0498 (E.D.La.) | |

**LAURA PROSSER DAVIS, AS ADMINISTRATOR
OF THE ESTATE OF CHARLES HARRIS PROSSER
<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), Laura Prosser Davis, as Administrator of the Estate of Charles Harris Prosser, hereby dismisses, with prejudice, all claims against all DEFENDANT(s), in Plaintiffs' Omnibus Complaints set forth in the above caption.  Each party is to bear its own attorneys' fees and costs.   Undersigned counsel, Russ M. Herman and the firm of Herman, Herman & Katz, are counsel of record for Laura Prosser Davis, as Administrator   of

1

the Estate of Charles Harris Prosser, and hereby specifically authorizing the filing of this Notice of Voluntary Dismissal.

                                                  Respectfully submitted,

Dated: July 3, 2018                          /s/ Russ M. Herman
                                                  Russ M. Herman, Esquire (Bar No. 6819)
                                                  Leonard A. Davis, Esquire (Bar No. 14190)
                                                  Stephen J. Herman, Esquire (Bar No. 23129)
                                                  HERMAN, HERMAN & KATZ, L.L.C.
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  ldavis@hhklawfirm.com
                                                  *Plaintiffs' Liaison Counsel*
                                                  *MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of July, 2018.

                                                  /s/ Leonard A. Davis
                                                  Russ M. Herman, Esquire (Bar No. 6819)
                                                  Leonard A. Davis, Esquire (Bar No. 14190)
                                                  Stephen J. Herman, Esquire (Bar No. 23129)
                                                  HERMAN, HERMAN & KATZ, L.L.C.
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  *Plaintiffs' Liaison Counsel*
                                                  *MDL 2047*